# EXHIBIT A

# Seagate Limited Warranty

| | |
|---|---|
| **English** | **1** |
| **Dansk** | **2** |
| **Deutsch** | **3** |
| **Español** | **4** |
| **Français** | **5** |
| **Italiano** | **6** |
| العربية | **7** |
| **Nederlands** | **8** |
| **Norsk** | **9** |
| **Polski** | **10** |
| **Português** | **11** |
| **Português (Brasil)** | **12** |
| **Русский** | **13** |
| **Suomi** | **14** |
| **Svenska** | **15** |
| **Čeština** | **16** |
| **Ελληνικά** | **17** |
| **Magyar** | **18** |
| **Türkçe** | **19** |
| עברית | **20** |
| 简体中文 | **21** |
| 繁體中文 | **22** |
| 한국어 | **23** |
| 日本語 | **24** |

**What Does This Limited Warranty Cover?**
This limited warranty covers any defects in material or workmanship in the new Seagate product accompanied by this limited warranty statement. Only consumers purchasing this product from an authorized Seagate retailer or reseller may obtain coverage under this limited warranty.

**How Long Does The Coverage Last?**
The warranty period for your product is the length of time indicated as part of your product packaging. Please see your product box or quick start guide for the applicable warranty period for your product. You also may go to http://www.seagate.com/retailwarranty/ to obtain the length of your warranty period and to determine whether there are any usage-based limitations. If you purchased the product in a European Economic Area Member State, you will receive the longer of your applicable product warranty period or two (2) years. The warranty period for all components other than the main product is ninety (90) days from the documented date of your purchase or two (2) years if purchased in a European Economic Area Member State.

**What Does This Limited Warranty Not Cover?**
This limited warranty does not cover any problem that is caused by (a) commercial use, accident, abuse, neglect, shock, electrostatic discharge, degaussing, heat or humidity beyond product specifications, improper installation, operation, maintenance or modification; or (b) any misuse contrary to the instructions in the user manual; or (c) lost passwords; or (d) malfunctions caused by other equipment. This limited warranty is void if a product is returned with removed, damaged or tampered labels or any alterations (including the unauthorized removal of any component or external cover). This limited warranty does not cover data loss – back-up the contents of your drive to a separate storage medium on a regular basis. Also, consequential damages; incidental damages; and costs related to data recovery, removal, and installation are not recoverable under this warranty.

**What Do You Have To Do?**
Seagate will not provide any warranty coverage unless your claim is in compliance with all terms of this limited warranty statement and you follow proper return procedure. To request warranty service, contact an authorized Seagate service center or refer to www.seagate.com for more information regarding customer support within your jurisdiction. You also may obtain information regarding the location of authorized Seagate service centers and access the Seagate automated customer service directory by calling +1-800-SEAGATE. Callers outside the US can reach this service by dialing +1-405-324-4770. Once an authorized service center or Seagate determines that a repair or replacement is required, you will be prompted for your name, address, phone number, e-mail and product serial number and then issued a Return Order Number to use when returning product to Seagate. Product you return to Seagate must be properly packaged in its original packaging (or packaging providing the product with protection equivalent to the original packaging) and shipped, with the shipping charges prepaid via a shipping method that provides for tracking of your package, to the address provided when you received your Return Order Number. In addition to regular back-ups, if possible, back-up your data before returning a drive, because the product you send to Seagate or an authorized service provider will not be returned to you. Additional information on backing-up the contents of your drive can be found at www.seagate.com.

**What Will Seagate Do?**
If Seagate authorizes you to return your product to Seagate or an authorized service provider, Seagate will replace your product without charge with a functionally equivalent replacement product. Seagate may replace your product with a product that was previously used, repaired and tested to meet Seagate specifications. Seagate will pay to ship the replacement product to you. By sending product for replacement, you agree to transfer ownership of the original product to Seagate. Seagate will not return your original product to you. Data recovery is not covered under this limited warranty and is not part of the repair or exchange process. If you would like data recovery performed on your drive, it is available from Seagate as a separate service for an additional charge. Seagate warrants that repaired and replaced products are covered for the greater of either the remainder of the original product warranty or 90 days.

**How Does State Law Apply?**
The laws of the State of California, USA, govern this limited warranty. It gives you specific legal rights, and you may also have other rights that vary from state to state. This limited warranty does not affect any additional rights you have under laws in your jurisdiction governing the sale of consumer goods, including, without limitation, national laws implementing EC Directive 99/44. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions in this limited warranty statement may not apply to you.

**Which Seagate Technology Companies Are Extending this Limited Warranty?**
The Seagate company offering this limited warranty depends on where you purchased the product:

*US & Americas:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europe, Middle East, Africa:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

*Asia Pacific:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Please do not return products to the addresses listed above but follow the rules described in the paragraph "What Do You Have To Do?"

# Seagate Begrænset Garanti

**Hvad Dækker Denne Begrænsede Garanti?**
Denne begrænsede garanti dækker enhver fejl i materiel eller udførelse ved et nyt Seagate-produkt, hvor denne begrænsede garanti medfølger. Kun forbrugere, der har købt produktet hos en autoriseret Seagate-forhandler eller videreforhandler, er dækket af denne begrænsede garanti.

**Hvor Længe Dækker Garantien?**
Garantiperioden for dit produkt er den tid, der er angivet som en del af din produktemballage. Se venligst på produktboksen eller quick start-vejledningen for den gældende garantiperiode for dit produkt. Du kan også gå til http://www.seagate.com/retailwarranty/ for at få oplysning om længden af din garantiperiode og afgøre, hvorvidt der er nogen brugsbaserede begrænsninger. Hvis du har købt produktet i en medlemsstat indenfor Europæiske Økonomiske Samarbejdsområde, vil du modtage den længst gældende produktgarantiperiode eller to (2) år. Garantiperioden for alle andre komponenter and hovedprodukter er halvfems (90) dage fra den dokumenterede dato for dit køb eller to (2) år, hvis købet er sket i en medlemsstat indenfor Det Europæiske Økonomiske Samarbejdsområde.

**Hvad Dækker Garantien Ikke?**
Denne begrænsede garanti dækker ikke problemer opstået ved (a) kommerciel brug, uheld, misbrug, misligholdelse, stød, elektrostatisk afladning, afmagnetisering, varme eller fugt overskridende produktspecifikationerne, fejlagtig installation, fejlagtig brug, fejlagtig vedligeholdelse eller modificering, eller (b) misbrug i strid med instruktionsmanualen, eller (c) mistede passwords, eller (d) fejl forårsaget af andet udstyr. Denne begrænsede garanti bortfalder, såfremt et produkt returneres med fjernet, ødelagte eller manipulerede mærkater eller ændringer (inklusiv uautoriseret fjernelse af komponenter eller eksterne covere). Denne begrænsede garanti dækker ikke tab af data – foretag jævnligt backup på et eksternt lagringsmedium. Endvidere er følgeskader og hændelige skader samt udgifter i relation til dataretablering, -installation og -fjernelse ikke dækket af denne begrænsede garanti.

**Hvad Skal Du Gøre?**
Seagate yder ikke nogen garanti, medmindre dit krav opfylder alle vilkår under denne begrænsede garanti, og du følger alle procedurer vedrørende returnering af varen. Ved ønske om garantiservice kontakt da et autoriseret Seagate servicecenter eller se www.seagate.com for mere information vedrørende forbrugersupport i dit område. Du kan også finde mere information vedrørende lokale Seagate servicecentre via få adgang til den automatiske forbrugerservice ved at ringe på tlf.: +1-800-SEAGATE. Forbrugere udenfor USA kan opnå denne service ved at ringe på tlf.: +1-405-324-4770. Når et autoriseret servicecenter eller Seagate har vurderet, at en reparation eller udskiftning er nødvendig, vil du blive bedt om at oplyse dit navn, adresse, telefonnummer, e-mail og serienummeret på produktet. Herefter vil du få udleveret et returordrenummer, som du skal benytte, når du returnerer produktet til Seagate. Yderligere information om back-up af indholdet på dit drev kan findes på www.seagate.com. Produktet, du returnerer til Seagate, skal være forsvarligt indpakket i original-emballagen (eller anden emballage, der giver tilsvarende beskyttelse af produktet). Du skal benytte adressen, der er angivet på dit returordrenummer, du har modtaget, og fragtomkostningerne skal være forudbetalt af dig på en måde, hvorpå det er muligt at følge forsendelsen. Udover jævnlig back-

up bør du, hvis det er muligt, tage en back-up af dine data, før du returnerer en harddisk, da det produkt, du sender til Seagate eller et autoriseret servicecenter, ikke vil blive returneret til dig.

**Hvad Vil Seagate Foretage Sig?**
Hvis Seagate beder dig returnere produktet til Seagate eller et autoriseret servicecenter, erstatter Seagate uden beregning dit produkt med et tilsvarende funktionelt erstatningsprodukt. Seagate kan erstatte dit produkt med et produkt, der er brugt, repareret eller testet for, om det opfylder Seagates specifikationer. Seagate betaler for fragten af erstatningsproduktet til dig. Ved at sende produktet til ombytning accepterer du, at ejerskabet af det originale produkt overgår til Seagate. Seagate returnerer ikke det originale produkt til dig. Genetablering af data er ikke dækket af denne begrænsede garanti og er ikke en del af reparations eller ombytningsprocessen. Hvis du ønsker genetablering af data på din harddisk, kan Seagate tilbyde dette som en separat service mod ekstra betaling. Seagate garanterer, at reparerede eller ombyttede produkter er dækket af original produktets resterende garantiperiode eller 90 dage afhængigt af, hvad der er mest fordelagtigt for dig.

**Hvilket Lands Love Gælder?**
Denne begrænsede garanti er omfattet af loven i staten Californien, USA. Garantien giver dig specifikke juridiske rettigheder, og du kan – varierende fra land til land – herudover have andre rettigheder. Den begrænsede garanti influerer ikke på de yderligere rettigheder, du måtte have efter gældende retsregler om forbrugerkøb i dit land, herunder og uden øvrig begrænsning, nationale love, der implementerer EU's forbrugerkøbsdirektiv (Europa-Parlamentets og Rådets direktiv 99/44/EF om visse aspekter af forbrugerkøb og garantier i forbindelse hermed). Nogle lande tillader ikke fraskrivelse eller begrænsning af ansvar for følgeskader eller hændelige skader, så det er muligt, at du ikke er omfattet af de fraskrivelser og begrænsninger, der følger af denne begrænsede garanti.

**Hvilke Seagate Technology Firmaer Er Omfattet Af Denne Garanti?**
Hvilket Seagate selskab, der yder dig denne begrænsede garanti, er afhængig af, hvor du har købt dit produkt:

*US & Americas:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europa, Mellemøsten, Afrika:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

*Asien:* Seagate Singapore International, Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Vi beder dig venligst om ikke at returnere produkter til ovenstående adresser, men følge anvisningerne under punktet "Hvad Skal Du Gøre?".

**Was deckt diese beschränkte Garantie ab?**
Unsere beschränkte Garantie deckt alle Mängel am Material oder an der Verarbeitung des neuen Seagate-Produkts ab, dem diese beschränkte Garantieerklärung beiliegt. Diese beschränkte Garantie gilt nur für Kunden, die dieses Produkt von einem autorisierten Seagate-Einzelhändler oder -Wiederverkäufer erworben haben.

**Wie lange gilt die Garantie?**
Die Garantiedauer für dieses Produkt ist der auf der Produktverpackung angegebene Zeitraum. Weitere Informationen zu dem für Ihr Produkt zutreffenden Garantiezeitraum finden Sie auf der Produktverpackung oder in der Schnellstartanleitung. Die Länge des Garantiezeitraums können Sie auch auf http://www.seagate.com/retailwarranty/ abrufen und ermitteln, ob nutzungsbedingte Einschränkungen bestehen. Falls Sie das Produkt in einem Mitgliedsstaat des Europäischen Wirtschaftsraums erworben haben, erhalten Sie den längeren zutreffende Produktgarantiezeitraum oder zwei (2) Jahre. Der Garantiezeitraum für Komponenten, abgesehen vom Hauptprodukt, beträgt neunzig (90) Tage ab dem dokumentierten Kaufdatum oder zwei (2) Jahre, falls das Produkt in einem Mitgliedsstaat des Europäischen Wirtschaftsraums erworben wurde.

**Was deckt diese Garantie nicht ab?**
Unsere beschränkte Garantie deckt kein Problem ab, dass seine Ursache hat in (a) einer geschäftlichen Nutzung, einem Unfall, einem Missbrauch, einer Pflichtverletzung, einer Erschütterung, einer elektrostatischen Entladung, Entmagnetisierung, übermäßiger Hitze oder Feuchtigkeit entgegen den Produktspezifikationen, einer fehlerhaften Installation, Bedienung, Wartung oder Änderung oder (b) einem falschen Gebrauch entgegen den Anweisungen im Nutzerhandbuch oder (c) verlorenen Passwörtern oder (d) Fehlfunktionen, die von anderen Geräten verursacht wurden. Unsere beschränkte Garantie ist ungültig wenn ein eingesandtes Produkt entfernte, beschädigte oder manipulierte Aufschriften/Etiketten oder sonstige Änderungen (z.B. unberechtigterweise entfernte Komponenten oder Gehäusedeckel) aufweist. Unsere beschränkte Garantie deckt keinen Datenverlust ab – machen Sie regelmäßig Sicherheitskopien ihres Laufwerkes auf einem anderen Speichermedium. Auch werden keine Folgeschäden, Begleitschäden und mit der Wiederherstellung von Daten, dem Ausbau und der Installation verbundene Kosten im Rahmen unserer Garantie ersetzt.

**Was müssen Sie tun?**
Wir werden keine Garantieleistung erbringen, wenn der von Ihnen geltend gemachte Garantieanspruch nicht mit allen Bedingungen der beschränkten Garantieerklärung für ein bestimmtes Produkt übereinstimmt und Sie nicht das richtige Rückgabeverfahren einhalten. Um eine Garantieleistung zu erhalten, wenden Sie sich bitte an ein autorisiertes Seagate Service Center oder informieren Sie sich unter www.seagate.com über den Kundenservice in ihrem Land. Sie können zudem unter der Rufnummer +1-800-SEAGATE die automatische Telefonauskunft des Seagate Kundenservice erreichen und Informationen darüber erhalten, wo sich autorisierte Seagate Service Center befinden. Anrufer außerhalb der USA können diese Auskunft unter der Rufnummer +1-405-324-4770 erreichen. Sobald ein autorisiertes Service Center oder Seagate festgestellt hat, dass eine Reparatur oder ein Austausch erforderlich ist, werden Sie aufgefordert, Ihren Namen, Ihre Adresse, Ihre Telefonnummer, Ihre Emailadresse und die Seriennummer des Produktes anzugeben. Es wird daraufhin für eine Bestellnummer zur Rücksendung der Ware (Rücksendebestellnummer) ausgestellt, die Sie bei der Rücksendung des Produktes an Seagate verwenden müssen. Die Produkte, die Sie an Seagate zurücksenden, müssen

in der Originalverpackung (oder einer anderen Verpackung, die das Produkt in gleicher Weise sicher schützt) ordnungsgemäß verpackt werden und an die Adresse versandt werden, die Ihnen mitgeteilt wurde als Die der Rücksendebestellnummer erhalten haben. Die Kosten dieser Versendung müssen von Ihnen im Voraus bezahlt werden und die Versendungsmethode muss das Verfolgen Ihres Pakets ermöglichen. Machen Sie neben regelmäßigen Sicherungskopien eine Sicherungskopie Ihrer Daten, wenn möglich, auch bevor Sie das Laufwerk zurückgeben, da Sie das Produkt, das Sie an Seagate oder an einen autorisierten Kundendienst schicken, nicht wieder zurück erhalten. Weitere Informationen zum Anfertigen von Sicherungskopien Ihres Laufwerksinhalts finden Sie auf www.seagate.com.

**Was wird Seagate machen?**
Wenn Sie Seagate dazu berechtigt, ein Produkt an Seagate oder einen autorisierten Kundendienst zurückzusenden, tauschen wir Ihr Produkt kostenlos gegen ein funktionell gleichwertiges Austauschprodukt aus. Seagate kann Ihr Produkt gegen ein Produkt austauschen, das schon gebraucht ist, repariert und getestet wurde, damit es den Seagate Anforderungen entspricht. Seagate trägt die Kosten der Versendung des Austauschprodukts an Sie. Dadurch, dass Sie Ihr Produkt zum Austausch senden, sind Sie damit einverstanden, dass das Eigentum an dem ursprünglichen Produkt auf Seagate übergeht. Seagate wird ursprüngliche Produkte nicht an Kunden zurücksenden. Die Wiederherstellung von Daten ist von dieser beschränkten Garantie nicht abgedeckt und ist nicht Teil des Reparatur- oder Austauschverfahrens. Falls Sie die Wiederherstellung von Daten auf Ihrem Laufwerk wünschen, können Sie diesen Service von Seagate gegen eine gesonderte Gebühr erhalten. Seagate garantiert, dass reparierte oder ausgetauschte Produkte für die übrige Laufzeit der Garantie für das Originalprodukt oder, falls dies länger ist, für 90 Tage unter diese Garantie fallen.

**Wie findet örtliches Recht Anwendung?**
Das Recht des US-Bundesstaates Kalifornien ist auf diese beschränkte Garantie anwendbar. Diese beschränkte Garantie verleiht Ihnen besondere Rechte, Sie haben jedoch möglicherweise zusätzliche Rechte, die von Land zu Land variieren. Diese beschränkte Garantie lässt alle zusätzlichen Rechte unberührt, die Ihnen nach der in Ihrem Land anwendbaren Rechtsordnung beim Verbrauchsgüterkauf zustehen. Dies schließt die nationalen Gesetze ein, die die Richtlinie der EG 1999/44/EG umsetzen, beschränkt sich jedoch nicht hierauf. In einigen Ländern ist der Ausschluss oder die Beschränkung von Begleitschäden oder Folgeschäden unzulässig. Diese Ausschlüsse oder Beschränkungen in dieser Garantie gelten daher möglicherweise nicht für Sie.

**Welche Seagate Technology Gesellschaften gewähren diese beschränkte Garantie?**
Welche Seagate Gesellschaft Ihnen diese Garantie gewährt hängt davon ab, wo Sie das Produkt gekauft haben:

*USA und Rest-Amerika:* Seagate Technology LLC, 10200 S. De Anza Blvd., Cupertino, CA 95014, USA

*Europa, Nahost und Afrika:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Niederlande

*Asien-Pazifik:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapur 569877.

Bitte senden Sie Ihre Produkte nicht an diese Adressen, sondern gehen Sie entsprechend der Beschreibung in dem Abschnitt „Was müssen Sie tun?" vor.

## ¿Qué cubre la presente garantía limitada?

La presente garantía limitada cubre cualquier defecto en el material o en la mano de obra de los nuevos productos de Seagate que incluyan este documento de garantía limitada. Únicamente aquellos consumidores que hayan adquirido el presente producto a un minorista o proveedor autorizado de Seagate estarán cubiertos por la presente garantía limitada.

## ¿Cuánto dura la cobertura?

El periodo de garantía para su producto corresponde al tiempo indicado como parte del embalaje del mismo. Consulte la caja del producto o la guía de inicio rápido para ver el periodo de garantía aplicable al producto. También puede visitar http:/www.seagate. com/retailwarranty/ para conocer el periodo de garantía y para determinar si existen limitaciones de uso. Si adquirió el producto en un Estado miembro del Espacio Económico Europeo, recibirá el periodo de garantía aplicable más extenso para el producto o dos (2) años. El periodo de garantía para todos los componentes distintos al producto principal será de noventa (90) días a partir de la fecha que figure en el documento de compra o dos (2) años si se adquieren en un Estado miembro del Espacio Económico Europeo.

## ¿Qué no cubre la presente garantía limitada?

La presente garantía limitada no cubre ningún problema causado por (a) el uso comercial, accidente, abuso, negligencia, impacto, descarga electrostática, desmagnetización, calor o humedad que sobrepase las especificaciones del producto, instalación indebida, funcionamiento, mantenimiento o modificación; o (b) cualquier uso inadecuado que sea contrario a las instrucciones del manual del usuario; u (c) olvido o pérdida de contraseñas; o (d) mal funcionamiento causado por otro equipo. La presente garantía limitada es nula si el producto se devuelve con etiquetas removidas, dañadas o falsificadas, o cualquier otra alteración (incluyendo la eliminación no autorizada de cualquier componente o cubierta exterior). La presente garantía limitada no cubre el daño emergente o lucro cesante de la pérdida de datos - realice un respaldo del contenido de su unidad de disco de vez en cuando en un medio de almacenamiento separado. Asimismo, no son reembolsables bajo la presente garantía los daños derivados, incidentales y costes relacionados con la recuperación, eliminación e instalación de datos.

## ¿Qué debe hacer?

Seagate no proporcionará ninguna cobertura de garantía salvo que la reclamación cumpla con todos los términos del presente documento de garantía limitada y se haya seguido el correspondiente proceso de devolución. Para solicitar el servicio de garantía, póngase en contacto con un centro de servicio autorizado de Seagate o visite la página web www.seagate.com para obtener información adicional relativa al servicio al cliente en su jurisdicción. También podrá informarse acerca de dónde se encuentran los centros de servicio autorizados de Seagate y acceder al directorio computarizado de servicio al cliente de Seagate llamando al +1-800-SEAGATE. Los clientes que llamen desde fuera de EE.UU. podrán acceder a este servicio marcando el +1-405-324-4770. Cuando el centro de servicio autorizado, o Seagate, haya determinado que debe procederse a la reparación o sustitución, usted deberá indicar su nombre, dirección, número de teléfono, dirección de correo electrónico y el número de serie del producto y posteriormente se le asignará un Número de Orden de Devolución que deberá utilizar al devolver el producto a Seagate. El producto que devuelva a Seagate deberá ser convenientemente empaquetado en su embalaje original (o en otro con el que el

producto esté protegido de forma equivalente al embalaje original) y enviado, con las tasas de envío prepagadas a través de un método de envío en el que se pueda rastrear su paquete, a la dirección que se le indicó asignársele su Número de Orden de Devolución. Además del respaldo periódico del contenido de su unidad de disco, si es posible, realice el respaldo de datos antes de regresar la unidad de disco porque no se le devolverá el producto que envíe a Seagate o al proveedor de servicio autorizado. Puede encontrar información adicional sobre respaldo de contenido para su unidad de disco en www.seagate.com.

## ¿Qué hará Seagate?

Si es el caso que Seagate le autoriza a devolver su producto a Seagate o a un proveedor de servicio autorizado, Seagate sustituirá su producto a título gratuito por otro producto cuya funcionalidad sea equivalente. Seagate podrá sustituir su producto por otro que haya sido anteriormente utilizado, reparado y probado para cumplir con las especificaciones de Seagate. Seagate pagará el envío del producto dirigido a usted. Al enviar el producto para su sustitución, usted estará aceptando ceder a Seagate la propiedad del producto original. Seagate no le devolverá su producto original. La presente garantía limitada no cubre la recuperación de datos, la cual no formará parte del proceso de reparación o cambio. Si usted desea recuperar los datos incluidos en su unidad de disco, Seagate le ofrecerá dicho servicio de recuperación de datos de forma separada con un coste adicional. Seagate garantiza que los productos reparados o sustituidos están cubiertos durante el resto del periodo de garantía del producto original o durante un plazo de 90 días, si este último es mayor.

## ¿Cómo se aplica la legislación?

La presente garantía limitada se regirá por las leyes del Estado de California, EE.UU. Esta legislación le confiere derechos específicos que podrán ser adicionales y varían de Estado a Estado y de país a país. La presente garantía limitada no afectará a cualesquiera otros derechos adicionales que puedan corresponderle en virtud de las leyes de su jurisdicción relativas a la venta de bienes de consumo, incluyendo, sin limitación alguna, las leyes nacionales que implementen la Directiva 1999/44. Algunos Estados o países no permiten la exclusión o limitación de daños derivados o incidentales, de modo que las limitaciones o exclusiones previstas en el presente documento de garantía limitada podrían no serle de aplicación.

## ¿Qué compañías de Seagate Technology ofrecen la presente garantía limitada?

La compañía de Seagate que proporciona la presente garantía limitada depende del lugar en el que Usted haya adquirido el producto:

*EE.UU. y países de América:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, EE.UU.

*Europa, países del Medio Oriente y África:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Países Bajos.

*Asia Pacífico:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapur 569877.

Por favor no devuelva los productos a las direcciones arriba indicadas y siga los pasos descritos en el párrafo "¿Qué debe hacer?".

**Que couvre cette garantie limitée ?**
La présente garantie limitée couvre tous les défauts de conception ou de fabrication du nouveau produit Seagate auquel cette garantie limitée est jointe. Seuls les consommateurs achetant ce produit auprès d'un distributeur ou revendeur Seagate agréé peuvent bénéficier de la présente garantie limitée.

**Quelle est la durée de cette garantie ?**
La durée de garantie de votre produit correspond à la période indiquée sur son emballage. Veuillez vous reporter au carton du produit ou au guide de démarrage rapide pour connaître la période de garantie applicable au produit en question. Vous pouvez également vous rendre sur le site http://www.seagate.com/retailwarranty/ pour connaître la durée de garantie d'un produit et déterminer les éventuelles limitations de la garantie liées à l'utilisation. Si le produit a été acheté dans un état membre de la l'Espace économique européen, vous bénéficierez des conditions de garantie durant la plus longue des périodes suivantes : la durée de garantie applicable au produit ou une période de deux (2) ans. La durée de garantie de tous les composants autres que le produit principal est de quatre-vingt-dix (90) jours à compter de la date de votre achat (justifiée par une preuve d'achat) ou de deux (2) ans si le produit a été acheté dans un état membre de l'Espace économique européen.

**Qu'est-ce qui n'est pas couvert par cette garantie ?**
La présente garantie limitée ne couvre pas les problèmes causés par (a) l'utilisation du produit à des fins commerciales, les accidents, l'emploi abusif, la négligence, les chocs, les décharges électrostatiques, la démagnétisation, la chaleur ou l'humidité au-delà des spécifications du produit, une installation impropre, l'exploitation, la maintenance ou la modification, (b) toute mauvaise utilisation contraire aux instructions du guide de l'utilisateur, (c) la perte des mots de passe ou (d) les dysfonctionnements causés par d'autres équipements. La présente garantie limitée ne vaut si un produit est retourné sans son étiquette, si son étiquette a été endommagée ou altérée ou encore si le produit a lui-même été altéré (y compris le retrait non autorisé de tout composant ou couvercle externe). La garantie limitée ne couvre pas la perte de données – sauvegardez régulièrement le contenu de votre lecteur sur un support de stockage distinct. En outre, les dommages consécutifs, les dommages incidents, les coûts liés à la récupération des données, à la suppression et à l'installation ne sont pas couverts par la présente garantie.

**Que devez-vous faire ?**
Vous pourrez uniquement bénéficier de la garantie si votre réclamation est établie conformément aux conditions prévues par les présentes pour un produit spécifique et si vous respectez la procédure de retour du produit qui y est décrite. Pour actionner la présente garantie, vous devez contacter un centre de service Seagate agréé ou consulter le site www.seagate.com pour plus d'informations sur le support client dans votre pays. Vous pouvez également obtenir des informations sur la localisation des centres de service Seagate agréés et accéder à l'annuaire automatisé du service clients de Seagate en composant le +1-800-SEAGATE. Si vous appelez d'un autre pays que les États-Unis, composez le +1-405-324-4770. Une fois qu'un centre de service agréé ou que Seagate aura estimé qu'une réparation ou un remplacement de votre produit est nécessaire, vous devrez donner vos nom, adresse, numéro de téléphone, adresse électronique, ainsi que le numéro de série du produit concerné. Il vous sera ensuite délivré un Numéro de Demande de Retour (NDR), lequel devra être utilisé

pour retourner le produit à Seagate. Le produit doit être retourné à Seagate correctement emballé dans son emballage d'origine (ou dans un emballage assurant une protection équivalente à l'emballage d'origine) et envoyé, frais de port payés d'avance, via un mode d'expédition permettant de suivre le colis, à l'adresse qui vous aura été donnée au moment de la réception de votre Numéro de Demande de Retour. En plus des sauvegardes régulières auxquelles vous aurez procédé, sauvegardez si possible vos données avant d'envoyer le lecteur en réparation, le produit que vous enverrez à Seagate ou à un prestataire de service agréé ne vous étant pas retourné par la suite. Des informations complémentaires sur la sauvegarde du contenu de votre lecteur sont disponibles sur www.seagate.com.

**Que fera Seagate ?**
Si Seagate autorise le retour de votre produit à Seagate ou un prestataire de services agréé, Seagate s'engage à remplacer votre produit gratuitement par un produit aux fonctionnalités équivalentes. Seagate peut remplacer votre produit par un produit déjà utilisé, réparé et testé pour répondre aux spécifications de Seagate. Seagate paiera les frais d'expédition du produit de remplacement. En retournant votre produit en vue de son remplacement, vous acceptez d'en transférer la propriété d'origine à Seagate. Seagate ne vous retournera pas le produit d'origine. La récupération des données n'est pas couverte par la présente garantie limitée et ne fait donc pas partie de la procédure de réparation ou d'échange. Si vous souhaitez que des données soient récupérées sur votre lecteur, Seagate propose un service distinct moyennant le paiement d'une redevance supplémentaire. Seagate garantit que les produits réparés ou remplacés sont couverts pendant la plus longue des périodes suivantes : (i) le reste de la période de garantie du produit d'origine ou (ii) 90 jours.

**De quel État relève le droit applicable à la garantie ?**
Les lois de l'État de Californie, États-Unis, régissent la présente garantie limitée. Ces lois vous donnent des droits légaux spécifiques. Vous pouvez disposer également d'autres droits qui varient d'un État à l'autre. La présente garantie limitée n'affecte pas des droits supplémentaires dont vous pouvez bénéficier au titre des lois de votre pays concernant la vente de biens de consommation, y compris, notamment, les lois nationales transposant la Directive 99/44/CE. Certains États ne permettent pas l'exclusion ou la limitation des dommages incidents ou consécutifs ; dans ce cas, les limitations ou exclusions prévues à la présente garantie limitée pourront ne pas vous être applicables.

**Quelles sociétés Seagate Technology mettent en œuvre la présente garantie limitée ?**
La société Seagate qui vous accorde la présente garantie limitée dépend de l'endroit où vous avez acheté le produit :

*États-Unis et Amériques :* Seagate Technology LLC,
10200 S. De Anza Blvd, Cupertino, CA 95014, États-Unis

*Europe, Moyen-Orient, Afrique :* Seagate Technology International,
Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Pays-Bas

*Asie Pacifique :* Seagate Singapore International Headquarters Pte.
Ltd., 7000 Ang Mo Kio Avenue 5, Singapour 569877

Nous vous remercions de ne pas retourner les produits aux adresses ci-dessus mais de suivre les règles décrites à l'article « Que devez-vous faire ? ».

**Che cosa copre questa garanzia limitata?**
La presente garanzia limitata copre qualsiasi difetto nei materiali o nella lavorazione del nuovo prodotto Seagate accompagnato dalla presente garanzia limitata. Solo i consumatori che hanno acquistato questo prodotto Seagate presso un venditore al dettaglio o un rivenditore autorizzato Seagate avranno diritto alla copertura ai sensi della presente garanzia limitata.

**Quanto dura la copertura?**
Il periodo di garanzia per questo prodotto corrisponde a quello indicato sulla confezione. Consultare la confezione del prodotto oppure la guida introduttiva per identificare il periodo di garanzia valido per il prodotto. A questo scopo, oltre che per verificare la presenza di limitazioni basate sull'uso, è inoltre possibile visitare il sito Web http://www.seagate.com/retailwarranty/. Se l'acquisto è avvenuto in uno Stato membro dello Spazio Economico Europeo, il prodotto sarà coperto dalla garanzia più duratura applicabile oppure da due (2) anni. Il periodo di garanzia per tutti i componenti diversi dal prodotto principale è di novanta (90) giorni dalla data di acquisto documentale o due (2) anni se l'acquisto è avvenuto in uno Stato membro dello Spazio Economico Europeo.

**Che cosa non copre questa garanzia limitata?**
La presente garanzia limitata non copre i problemi causati da (a) uso commerciale, incidente, abuso, negligenza, shock, scarica elettrostatica, smagnetizzazione, calore o umidità superiori rispetto alle specifiche del prodotto, installazione, funzionamento, manutenzione o modifiche improprie; o (b) qualsiasi uso contrario alle istruzioni contenute nel manuale utente; o (c) perdita di password; o (d) malfunzionamenti causati da altri strumenti. La presente garanzia limitata è nulla se un prodotto viene reso con etichette rimosse, danneggiate o manomesse, o con qualsiasi altra modifica (compresa la rimozione non autorizzata di qualsiasi componente o copertina esterna). La presente garanzia limitata non copre la perdita di dati – si consiglia di eseguire regolarmente il back-up della sua unità su un supporto di memorizzazione separato. Non sono inoltre coperti dalla presente garanzia i danni consequenziali, incidentali e i costi connessi con il ripristino, la rimozione e l'installazione dei dati.

**Che cosa deve fare?**
Seagate fornirà la garanzia solo ove la richiesta di copertura sia conforme ai termini della presente dichiarazione di garanzia limitata e sia rispettata la speciale procedura per la restituzione. Per richiedere il servizio di garanzia la preghiamo di contattare un centro di assistenza autorizzato Seagate o di fare riferimento al sito www.seagate.com per maggiori informazioni relative al servizio clienti nella sua giurisdizione. È possibile ottenere informazioni relative ai centri di assistenza autorizzati Seagate e ottenere l'accesso automatico al servizio clienti chiamando il numero +1-800-SEAGATE. Le chiamate non provenienti dagli Stati Uniti possono avere accesso a questo servizio dal numero +1-405-324-4770. Quando il centro di assistenza autorizzato Seagate ritiene che una riparazione o sostituzione sia necessaria, le sarà richiesto di fornire nome, indirizzo, numero telefonico, e-mail e numero seriale del prodotto e quindi sarà emesso un Numero d'Ordine per la Restituzione che dovrà essere utilizzato per la restituzione del prodotto a Seagate. Il prodotto restituito a Seagate dovrà essere propriamente imballato nella confezione originale (o in una confezione che garantisca una protezione del prodotto equivalente a quella fornita dalla confezione originale) ed inviato, con spese di invio prepagate e mediante utilizzo di un sistema di spedizione che garantisca il monitoraggio della spedizione, all'indirizzo fornito al momento della ricezione del suo Numero d'Ordine per la Restituzione. Oltre al regolare back-up, ove possibile, le consigliamo di effettuare il back-up dei suoi dati prima di restituire la sua unità poiché il prodotto restituito a Seagate o ad un centro di assistenza autorizzato non le sarà restituito. Ulteriori informazioni circa il back-up dei contenuti della sua unità possono essere trovate sul sito www.seagate.com.

**Che cosa farà Seagate?**
Se Seagate la autorizza alla restituzione del suo prodotto a Seagate o ad un centro di assistenza autorizzato, Seagate sostituirà il suo prodotto gratuitamente con un prodotto avente funzionalità equivalente. Seagate potrà sostituire il suo prodotto con un prodotto che è stato precedentemente usato, riparato e testato in modo da rispettare le specifiche Seagate. Seagate sopporterà le spese per l'invio del prodotto sostitutivo. Inviando il prodotto per la sostituzione, lei accetta di trasferire la proprietà sul prodotto originale a Seagate. Seagate non le restituirà il suo prodotto originale. Il ripristino dei dati non è coperto dalla presente garanzia limitata e non è parte del processo di riparazione o sostituzione. Se desidera che venga effettuata l'attività di ripristino dei dati sulla sua unità, tale attività, fornita da Seagate, costituisce un servizio separato ad un costo addizionale. Seagate garantisce che i prodotti riparati o sostituiti sono coperti per una durata uguale a quella maggiore fra la rimanente durata della garanzia del prodotto originale ovvero 90 giorni.

**Come si applica la legge dello Stato?**
La presente garanzia limitata è soggetta alle leggi dello Stato della California, USA. Questa fornisce specifici diritti, ma è possibile che lei abbia ulteriori diritti che variano da stato a stato. La presente garanzia limitata non incide su quegli ulteriori diritti che le sono riconosciuti in base alla legge in materia di vendita di beni di consumo applicabile nella sua giurisdizione, incluse, senza limitazione, le leggi nazionali di attuazione della Direttiva Comunitaria 99/44. Alcuni stati non consentono l'esclusione o la limitazione di danni incidentali o consequenziali; in tal caso le limitazioni o esclusioni previste in questa dichiarazione di garanzia limitata potrebbero non trovare applicazione nei suoi confronti.

**Quale società Seagate Technology sta fornendo questa garanzia limitata?**
La società Seagate che offre la presente garanzia limitata dipende dal luogo dove il prodotto è stato acquistato:

*Stati Uniti & Americhe:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europa, Medio Oriente, Africa:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

*Asia-Pacifico:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

La preghiamo di non restituire i prodotti agli indirizzi sopra indicati, ma di seguire la procedura descritta nel paragrafo "Che Cosa Deve Fare?".

**ما الذي يغطيه هذا الضمان المحدود؟**

هذا الضمان المحدود يغطي أية عيوب في المادة أو المصنعية في منتج سيغيت الجديد الذي يرافقه هذا البيان بالضمان المحدود. ويجوز فقط للمستهلكين الذين اشتروا هذا المنتج من بائع تجزئة أو بائع مفرق معتمد لشركة سيغيت التمكن من التغطية بمقتضى الحصول هذا الضمان المحدود.

**ما هي مدة الضمان؟**

فترة الضمان لهذا المنتج هي عبارة عن الفترة الزمنية المشار إليها على عبوة المنتج الخاص بك، إلا يرجى فحص عبوة المنتج أو إلقاء نظرة سريعة على دليل البداية السريعة للاطلاع على فترة سريان الضمان، كما يمكنك أيضاً الدخول على الموقع الإلكتروني http://www.seagate.com/retailwarranty للحصول على فترة استمرار الضمان للمنتج، ولتحديد ما إذا كان هناك قيوداً تعتمد على الاستخدام. وإن كنت قمت بشراء المنتج من أحد الدول الأوروبية الأعضاء في المنطقة الاقتصادية الأوروبية فإنك ستحصل على فترة ضمان أطول تستمر لمدة عامين (2). وتجدر الإشارة إلى أن فترة ضمان كافة مكونات المنتج الرئيسي هي حوالي تسعين (90) يوماً من تاريخ الشراء الموثق أو لمدة عامين (2) إن قمت بشراء المنتج من أحد الدول الأوروبية الأعضاء في المنطقة الاقتصادية الأوروبية.

**ما الذي لا يغطيه هذا الضمان المحدود؟**

هذا الضمان المحدود لا يغطي أية مشكلة يكون سببها الآتي: (أ) الاستعمال التجاري، الحوادث، سوء الاستعمال، الإهمال، الصدمة، التصريف الكهروستاتيكي، أو إزالة المغنطة، أو الحرارة أو الرطوبة التي تتجاوز مواصفات المنتج، أو التركيب، التشغيل، الصيانة أو التعديل غير السليم؛ أو (ب) أي سوء استعمال يكون مخالفاً للتعليمات الواردة في كتيب المستخدم؛ أو (ج) كلمات السر المفقودة؛ أو (د) الأعطال التي تسببها معدات أخرى. وسيعتبر هذا الضمان المحدود لاغ إذا تم ترجيع المنتج والوراقات الملصقة عليه منزوعة أو تالفة أو متلاعب بها، أو حصلت فيه أية تعديلات (بما في ذلك القيام بشكل غير مصرح به بإزالة أي جزء منه أو غطائه الخارجي). كما لا يغطي هذا الضمان أي فقدان للبيانات – يجب أن تقوم بصورة دورية بحفظ محتويات المسرّ الخاص بك في وسط تخزين منفصل. بالإضافة إلى ذلك فإن الأضرار التبعية؛ والأضرار العرضية؛ والتكاليف المرتبطة باستعادة البيانات والإزالة والتركيب، غير قابلة للاسترداد بمقتضى هذا الضمان.

**ما الذي يجب أن تفعله أنت؟**

لن تفر سيغيت أية تغطية بمقتضى الضمان ما لم تكن مطالباتك ممتثلة لجميع الشروط المنصوص عليها في هذا الضمان المحدود وتتبع أنت إجراءات الترجيع الصحيحة. ولطلب خدمة الضمان يمكنك الاتصال بمركز خدمة معتمد تابع لشركة سيغيت أو مراجعة الموقع التالي: www.seagate.com للمزيد من المعلومات المتعلقة بدعم العملاء داخل دولتك. كما يمكنك الحصول على المعلومات المتعلقة بأماكن مراكز الخدمة المعتمدة التابعة لشركة سيغيت والوصول إلى دليل خدمة العملاء الآتي أدناه بالاتصال على الرقم 800-SEAGATE-1 (800-7324283+). وعند الاتصال من خارج الولايات المتحدة فيمكنك الوصول إلى هذه الخدمة بطلب الرقم 405-324-4770+. وبمجرد أن يقرر مركز الخدمة المعتمد أن سيغيت بأن الأمر يتطلب إجراء تصليح أو استبدال سيُطلب منك إعطاء اسمك وعنوانك ورقم هاتفك وبريدك الإلكتروني والرقم المسلسل للمنتج، وبعد ذلك سيصدر لك رقم أمر ترجيع لاستخدامه عند ترجيع المنتج إلى سيغيت. يجب أن يكون المنتج الذي يتم ترجيعه إلى سيغيت معلّماً بالشكل الصحيح في علبته الأصلية (أو التعليب الذي يوفر للمنتج وقاية مماثلة لما يوفرها به التعليب الأصلي)، وبعد ذلك يتم شحنه إلى العنوان المقدّم لك عند حصولك على رقم أمر الترجيع، على أن يتم الشحن عن طريق وسيلة شحن تسمح بتتبع شحنتك مع دفع رسوم الشحن مقدماً. وبالإضافة إلى ما تقوم به من حفظ البيانات بصورة منتظمة كإجراء احتياطي، ينبغي إذا أمكن حفظ بياناتك احتياطيا قبل ترجيع أي مسيّر، وذلك لأن المنتج الذي ترسله إلى سيغيت أو أي مركز خدمة معتمد لن يعاد إليك. وللمزيد من المعلومات عن حفظ محتويات مسيّرك احتياطيا فيمكنك الحصول عليها بالموقع: www.seagate.com.

**ما الذي ستفعله سيغيت؟**

إذا صرّحت لك سيغيت بترجيع منتجك إلى سيغيت أو إلى مركز خدمة معتمد، ستقوم سيغيت باستبدال ذلك المنتج بمنتج مكافئ متكافئ وظيفيا للمنتج الأصلي بدون أية تكلفة. ويجوز لسيغيت استبدال منتجك بمنتج تم استعماله من قبل ثم تصليحه ثم اختباره لضمان مطابقته لمواصفات سيغيت. وستتحمل سيغيت تكلفة شحن المنتج البديل إليك. وممّا يجب إعلامك به أنه بإرسالك للمنتج لاستبداله فإنك توافق على نقل ملكية المنتج الأصلي إلى سيغيت، وأن سيغيت لن تعيد منتجك الأصلي إليك. وبالإضافة إلى ذلك فإن استعادة البيانات ليست مغطاة تحت هذا الضمان المحدود ولا تعتبر جزءا من عملية التصليح أو التبديل. فإذا كنت تريد إجراء عملية استعادة بيانات على المسيّر الخاص بك فتتيح لك سيغيت هذه الإمكانية كخدمة منفصلة وبتكلفة إضافية. علاوة على ذلك فإن سيغيت تضمن بأن تصليحها أو استبدالها إما للمدة المتبقية لضمان المنتج الأصلي أو لفترة تسعين (90) يوما أيهما الأكبر.

**كيف يُطبّق قانون الولاية؟**

تحكم هذا الضمان المحدود قوانين ولاية كاليفورنيا بالولايات المتحدة الأمريكية. فإنها تعطي لك حقوقا قانونية محددة، كما يجوز أن تكون لك حقوق أخرى تختلف من ولاية إلى أخرى. وهذا الضمان المحدود لا يؤثر على أية حقوق إضافية تتمتع بها بمقتضى قوانين دولتك الخاصة تحكم بيع السلع الاستهلاكية، بما في ذلك على سبيل المثال لا الحصر، القوانين الوطنية المنفذة لتوجيه الجماعة الأوروبية رقم 44/99. كما أن بعض الولايات لا تسمح باستثناء أو تحديد الأضرار العرضية أو التبعية، وبالتالي فإن الاستثناءات أو التحديدات الواردة في هذا الضمان المحدود قد لا تُطبَّق عليك.

**من هي شركات سيغيت للتكنولوجيا التي تقدم هذا الضمان المحدود؟**

لمعرفة من هي الشركة التابعة لسيغيت التي تقدّم هذا الضمان المحدود فذلك يتوقف على مكان شرائك للمنتج:

الولايات المتحدة والأمريكتان: شركة سيغيت للتكنولوجيا، شركة ذات مسؤولية محدودة، الولايات المتحدة الأمريكية:

South De Anza Boulevard, Cupertino, CA 95014, USA 10200

أوروبا، الشرق الأوسط، إفريقيا: شركة سيغيت للتكنولوجيا الدولية، هولندا:

Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

آسيا ومنطقة الباسيفيك: شركة سنغافورة المقر الدولي الخاصة المحدودة، سنغافورة:

7000 Ang Mo Kio Avenue 5, Singapore 569877

الرجاء عدم ترجيع أية منتجات إلى العناوين المذكورة أعلاه ولكن اتبع القواعد المشروحة في الفقرة أعلاه ذات العنوان: " ما الذي يجب أن تفعله أنت؟ "

### Waartoe strekt deze beperkte garantie zich uit?

Deze beperkte garantie betreft uitsluitend materiaal- of fabricagegebreken in de nieuwe Seagate-producten, waarbij deze garantietekst is verschaft. Deze beperkte garantieverklaring is uitsluitend van toepassing voor consumenten die dit Seagate product hebben aangeschaft bij een geautoriseerde Seagate wederverkoper of detaillist.

### Hoe lang geldt deze beperkte garantie?

De garantieperiode voor uw product is de tijd die aangegeven wordt als onderdeel van de productverpakking. Raadpleeg de doos of de snelstartgids voor de toepasselijke garantieperiode voor het product. U kunt ook http://www.seagate.com/retailwarranty/ gaan om de lengte van de garantieperiode te bepalen en te zien of er gebruiksgebaseerde beperkingen gelden. Als u het product hebt aangeschaft in een lidstaat van de Europese Economische Ruimte, geldt de langste toepasselijke productgarantieperiode of twee (2) jaren. De garantieperiode voor alle componenten die niet het hoofdproduct zijn, is negentig (90) dagen te rekenen vanaf de schriftelijk vastgelegde aankoopdatum of twee (2) jaren.

### Waarvoor geldt deze beperkte garantie niet?

Deze beperkte garantie is niet van toepassing op enig probleem veroorzaakt door (a): commercieel gebruik; ongeluk; misbruik; nalatigheid; schok; elektrostatische ontlading; demagnetisatie, hitte of vochtigheid buiten hetgeen vermeld in de productspecificaties; onjuiste installatie; gebruik; onderhoud of aanpassing; of (b) bij onjuist gebruik in strijd met de instructies in de gebruikershandleiding; of (c) kwijtgeraakte toegangscodes; of (d) storingen veroorzaakt door andere apparatuur. Deze beperkte garantieverklaring is nietig wanneer een product wordt teruggezonden met verwijderde, beschadigde of gewijzigde labels of andere veranderingen (inclusief ongeoorloofde verwijdering van een onderdeel of omhulsel). De beperkte garantie dekt geen verlies van gegevens – u dient regelmatig een back-up te maken van de inhoud van uw drive (harde schijf) op een afzonderlijke gegevensdrager. Bovendien aanvaarden wij onder deze garantie geen aansprakelijkheid voor enige vorm van gevolgschade (daaronder begrepen winst- en/of inkomensverlies); noch voor kosten gemaakt in verband met het recupereren, de verwijdering en/of de (her-)installatie van data.

### Wat moet u doen?

Seagate verschaft u geen dekking onder deze verklaring, tenzij uw garantieclaim in overeenstemming is met alle bepalingen in deze beperkte garantieverklaring en u de van toepassing zijnde retourneringsprocedures correct naleeft. Teneinde een dienst onder een garantie te verkrijgen, dient u contact op te nemen met een geautoriseerd Seagate service centrum; dan wel kunt u kijken op www.seagate.com voor nadere informatie betreffende klantenondersteuning in uw jurisdictie. U kunt ook informatie betreffende de locatie van geautoriseerde Seagate service centra en toegang tot de automatische klantenservice overzichten verkrijgen door het telefoonnummer +1-800-SEAGATE te bellen. Bellers van buiten de Verenigde Staten kunnen deze dienst bereiken door het nummer +1-405-324-4770 te bellen. Zodra een geautoriseerd Seagate service centrum of Seagate vaststelt dat reparatie of vervanging is vereist, zult u een verzoek ontvangen de volgende gegevens te verschaffen: uw naam, adres, telefoonnummer, e-mailadres en product serienummer. Vervolgens zal u een 'Return Order Number' worden verstrekt. U dient dit nummer te vermelden bij het retourneren van het product aan Seagate. Producten die u aan Seagate retourneert, dienen correct

te zijn verpakt in de originele verpakkingen (dan wel de verpakking met bescherming gelijk aan de oorspronkelijke verpakking) en dient te worden verzonden, waarbij u de verzendkosten hebt betaald, aan het adres dat is vermeld bij de verstrekking van het Return Order Number. De wijze van verzenden dient te voorzien in de mogelijkheid van het back-ups (tracking) van het poststuk. Naast de back-ups die u met regelmaat maakt, dient u, voor zover mogelijk, aanvullende back-ups van data te maken voordat u de drive terugstuurt, aangezien het product dat u aan Seagate of een geautoriseerd Seagate service centrum stuurt, niet aan u wordt geretourneerd. Nadere informatie over het maken van een back-up van de data op uw drive kunt u vinden op www.seagate.com.

### Wat doet Seagate?

Indien Seagate u toestemming verleent om uw product aan Seagate of een geautoriseerd Seagate service centrum te retourneren, zal Seagate uw product kosteloos vervangen door een vervangingsproduct dat functioneel equivalent is. Het is Seagate toegestaan uw product te vervangen door een product dat al eerder is gebruikt, gerepareerd en getest op de Seagate specificaties. Seagate betaalt de verzendkosten van het vervangende product. Door het product ter vervanging in te zenden, stemt u in met de eigendomsoverdracht van het originele product aan Seagate. Seagate zal het originele product niet aan u retourneren. Het herstellen van data valt niet onder deze beperkte garantieverklaring en maakt evenmin deel uit van de reparatie of de inwisselprocedure. Indien u dataherstel op de drive wenst, is deze dienst tegen vergoeding afzonderlijk leverbaar door Seagate. Seagate verklaart dat gerepareerde of vervangen producten zijn gedekt voor de resterende looptijd van de oorspronkelijke productgarantie of 90 dagen, indien dat langer is.

### Welk recht is van toepassing?

Het recht van de staat Californië, Verenigde Staten, is van toepassing op deze beperkte garantieverklaring. Onder dit recht hebt u specifieke rechten. Deze beperkte garantie beoogt niet aanvullende rechten, die u eventueel toekomen onder het recht van uw jurisdictie betreffende de verkoop van consumentengoederen, daaronder begrepen wetgeving ter implementatie van EG Richtlijn 99/44, opzij te zetten. Sommige jurisdicties staan de uitsluiting van aansprakelijkheid voor bepaalde schade (bijvoorbeeld gevolgschade) niet toe, en derhalve kan de hierboven in deze beperkte garantieverklaring vermelde uitsluiting in dat geval op u niet van toepassing zijn.

### Welke Seagate Technology entiteiten verstrekken deze beperkte garantie?

Afhankelijk van waar u het product hebt aangeschaft, verstrekt de volgende Seagate entiteit in deze verklaring vastgelegde beperkte garantie:

*Noord- en Zuid-Amerika:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europa, Midden-Oosten, Afrika:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Nederland

*Azië:* Seagate Singapore International Headquarters Pte. Ltd, 7000 Ang Mo Kio Avenue 5, Singapore 569877

Wilt u s.v.p. niet de producten terugzenden naar de hierboven vermelde adressen, maar in plaats daarvan de aanwijzingen volgen die staan vermeld in de paragraaf "Wat moet u doen?"

## Hva omfattes av denne begrensede garantien?
Denne begrensede garantien dekker enhver materialfeil av det nye Seagate-produktet som følger med denne begrensede garantien. Bare forbrukere som kjøper dette produktet fra en autorisert Seagate-forhandler eller videreforhandler kan få dekning under denne begrensede garantien.

## Hvor lenge gjelder garantien?
Garantiperioden for dette produktet er tiden som er indikert på produktforpakningen. Sjekk produktesken eller den korte bruksanvisningen for hvilken garantiperiode som gjelder for ditt produkt. Du kan også gå til http://www.seagate.com/retailwarranty/ for å finne ut av varigheten til garantiperioden og om det finnes noen brukerbaserte begrensninger. Hvis produktet er kjøpt i et av medlemslandene i Det europeiske økonomiske samarbeidsområdet får du en lengre gjeldende garantiperiode eller to (2) år. Garantiperioden for alle komponenter utenom hovedproduktet er på nitti (90) dager fra dokumentert kjøpsdato eller to (2) år hvis produktet er kjøpt i et av medlemslandene i Det europeiske økonomiske samarbeidsområdet.

## Hva omfattes ikke av denne garantien?
Denne begrensede garantien dekker ikke problemer som følger av a) kommersielt bruk, uhell, misbruk, vanskjøtsel, sjokk, elektrostatisk utladning, avmagnetisering, varme eller fuktighet utover det angitt i produktspesifikasjonen, feilaktig installasjon, bruk, vedlikehold eller modifisering; eller b) ethvert misbruk som strider mot instruksjonene i brukerhåndboken; eller c) mistet produktet; eller d) maskinvisikt forårsaket av annet utstyr. Denne begrensede garantien er ugyldig dersom et produkt leveres tilbake med etiketten som er fjernet, skadet eller endret, eller med andre endringer (inkludert uautorisert fjerning av komponenter eller utvendig deksel). Denne begrensede garantien dekker ikke tapte data – ta regelmessig sikkerhetskopi av innholdet på din harddisk til et eget lagringsmedium. Indirekte skader/tap; tilfeldige skader/tap; og kostnader knyttet til gjenoppretting av data, fjerning, og installering dekkes ikke under denne garantien.

## Hva må du gjøre?
 Seagate gir ikke dekning under garantien med mindre ditt krav er i samsvar med alle vilkårene i denne begrensede garantien, og at du følger riktig prosedyre for returnering. For å kreve service under garantien, kontakt et autorisert Seagate tjenestesenter eller gå til www.seagate.com for mer informasjon vedrørende kundestøtte innen din jurisdiksjon. Du kan også få informasjon om hvor autoriserte Seagate tjenestesentre befinner seg og få tilgang til Seagate automatiske kundeservice-katalog ved å ringe +1-800-SEAGATE. Innringere utenfor USA kan nå denne tjenesten ved å ringe +1-405-324-4770. Så snart et autorisert tjenestesenter eller Seagate avgjør at en reparasjon eller omlevering er påkrevd vil du bli bedt om å oppgi navn, adresse, telefonnummer, e-post og produktets fabrikasjonsnummer, og deretter bli tildelt et Retur Ordre Nummer (RON) som du skal benytte når produkt returneres til Seagate. Produktet som returneres til Seagate må være riktig innpakket i den originale pakning (eller pakning som gir produktet tilsvarende beskyttelse som den originale pakningen) og, etter at forsendelseskostnader er forhåndsbetalt for en forsendelsesmetode med mulighet for å sporing av pakken, sendt til den adresse som ble gitt da du mottok ditt Retur Ordre Nummer. I tillegg til alminnelige sikkerhetskopier, sørg for om mulig å ta sikkerhetskopi av dine data før du returnerer harddisken, ettersom produktet du sender

til Seagate eller en autorisert tjenesteyter ikke vil returneres til deg. Ytterligere informasjon om hvordan du kan ta en sikkerhetskopi av din harddisk finnes på www.seagate.com.

## Hva vil Seagate gjøre?
Dersom Seagate godkjenner at du returnerer produktet til Seagate eller til en autorisert tjenesteyter, vil Seagate kostnadsfritt erstatte ditt produkt med et funksjonelt tilsvarende produkt. Seagate kan erstatte ditt produkt med et produkt som tidligere har vært i bruk, og som er reparert og testet for å tilfredsstille Seagates spesifikasjoner. Seagate vil betale for å sende det omleverte produktet til deg. Ved å sende et produkt for omlevering aksepterer du å overføre eiendomsretten til det originale produktet til Seagate. Seagate vil ikke returnere det originale produktet til deg. Gjenoppretting av data er ikke dekket under denne begrensede garantien og er ikke en del av reparasjons- eller omleveringsprosessen. Dersom du ønsker at gjenoppretting av data skal foretas på din harddisk, er dette tilgjengelig fra Seagate som en separat tjeneste som ytes for en ekstra kostnad. Seagate garanterer at reparerte eller omleverte produkter er dekket for den periode som er lengst av enten resten av den opprinnelige produktgaranti eller for 90 dager.

## Hvordan gjelder statlig rett?
Denne begrensede garanti reguleres av lovene i staten California, USA. Den gir deg spesielle juridiske rettigheter, og du kan også ha andre rettigheter som kan variere fra stat til stat. Denne begrensede garantien påvirker ikke de tilleggsrettigheter du har i henhold til de forbrukerkjøpsregler som gjelder i din jurisdiksjon, inkludert, men ikke begrenset til nasjonale lover som implementerer EU direktiv 99/EF. Noen stater tillater ikke unntak eller begrensning for tilfeldig tap/skade eller følgetap/følgeskader, så begrensningene eller unntakene i denne begrensede garantien gjelder kanskje ikke for deg.

## Hvilke Seagate Technology selskaper tilbyr denne begrensede garantien?
Hvilke Seagate-selskaper som tilbyr denne begrensede garantien avhenger av hvor du kjøpte produktet:

*USA & det amerikanske kontinent:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europa, Midtøsten, Afrika:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

*Asia:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Vær vennlig å ikke returnere produkter til de adresser som er opplistet over, men følg de regler som er beskrevet under "Hva må du gjøre?"

# Ograniczona Gwarancja Seagate

### Co obejmuje niniejsza ograniczona gwarancja?

Niniejsza ograniczona gwarancja obejmuje wszelkie wady materiałowe i produkcyjne w nowych produktach Seagate oferowanych wraz z niniejszym oświadczeniem o ograniczonej gwarancji. Ochrona wynikająca z tytułu niniejszej ograniczonej gwarancji będzie przysługiwała jedynie tym konsumentom, którzy zakupią niniejszy produkt u autoryzowanego sprzedawcy detalicznego lub dystrybutora produktów Seagate.

### Jaki jest okres obowiązywania?

Informacja o okresie gwarancji na ten produkt znajduje się w opakowaniu. Aby sprawdzić okres gwarancji na produkt, należy odwołać się do informacji podanych na pudełku lub w poradniku szybkiego startu. Informacje o długości okresu gwarancji i ewentualnie ograniczeniach związanych z użytkowaniem można też uzyskać na stronie http://www.seagate.com/retailwarranty/. Jeżeli zakupu dokonano w jednym z Krajów Członkowskich Europejskiego Obszaru Gospodarczego, produkt jest objęty gwarancją przez okres podany w opakowaniu lub przez dwa (2) lata, w zależności od tego, który okres jest dłuższy. Okres gwarancji na wszystkie części, z wyłączeniem produktu głównego, wynosi dziewięćdziesiąt (90) dni od daty zakupu potwierdzonej dokumentem zakupu lub 2 (dwa) lata, jeżeli zakupu dokonano w jednym z Krajów Członkowskich Europejskiego Obszaru Gospodarczego.

### Czego nie obejmuje niniejsza ograniczona gwarancja?

Niniejsza ograniczona gwarancja nie obejmuje jakichkolwiek problemów będących skutkiem (a) wykorzystywania w ramach działalności gospodarczej; wypadku; niewłaściwego użycia; niedbalstwa; wstrząsu; wyładowania elektrostatycznego; rozmagnesowania; wysokiej temperatury lub wilgotności wykraczającej poza specyfikacje produktu; nieprawidłowej instalacji, eksploatacji, serwisu lub modyfikacji; lub (b) jakiegokolwiek niewłaściwego używania, sprzecznego z instrukcjami podanymi w podręczniku użytkownika; lub (c) utraty haseł; lub (d) awarii spowodowanych przez inny sprzęt. Niniejsza ograniczona gwarancja jest nieważna w przypadku, gdy produkt został zwrócony z usuniętymi, zniszczonymi lub zmienionymi etykietami lub w przypadku dokonania w produkcie zmian (w tym usunięcia jakiegokolwiek elementu lub obudowy zewnętrznej bez upoważnienia). Niniejsza ograniczona gwarancja nie obejmuje utraty danych – należy na bieżąco tworzyć na oddzielnym nośniku kopie zapasowe zawartości dysku. Niniejsza ograniczona gwarancja nie obejmuje również szkód wynikowych; szkód ubocznych; kosztów związanych z odzyskaniem danych, usunięciem oraz instalacją.

### Co należy zrobić, aby skorzystać z gwarancji?

Seagate nie uzna gwarancji klienta, jeżeli zgłoszone przez niego roszczenie nie będzie zgodne ze wszystkimi warunkami opisanymi w niniejszym oświadczeniu o ograniczonej gwarancji oraz jeżeli nie dochowa on właściwej procedury zwrotu produktu. Klienci chcący skorzystać z obsługi gwarancyjnej powinni skontaktować się z autoryzowanym centrum serwisowym Seagate lub zasięgnąć dalszych informacji na temat obsługi klientów w ich jurysdykcji odwiedzając witrynę www.seagate.com. Informacje na temat lokalizacji autoryzowanych centrów serwisowych Seagate oraz dostępu do automatycznego działu obsługi klientów Seagate można również uzyskać dzwoniąc pod numer +1-800-SEAGATE. Osoby dzwoniące spoza USA mogą skorzystać z tej usługi dzwoniąc pod numer +1-405-324-4770. W momencie stwierdzenia przez autoryzowane centrum serwisowe lub Seagate, że naprawa lub wymiana jest konieczna, klient zgłaszający awarię zostanie poproszony o podanie nazwiska, adresu, numeru telefonu, adresu poczty elektronicznej (e-mail) oraz numeru seryjnego produktu, a następnie otrzyma

Numer Zamówienia Zwrotnego, który będzie konieczny podczas zwrotu produktu do Seagate. Produkt zwracany do Seagate musi być odpowiednio zapakowany w swoje oryginalne opakowanie (lub opakowanie zapewniające produktowi ochronę odpowiadającą ochronie, jaką zapewnia oryginalne opakowanie) oraz wysłany, wraz z opłaconymi kosztami wysyłki, w sposób umożliwiający śledzenie przesyłki, na adres podany przy wystawianiu Numeru Zamówienia Zwrotnego. Oprócz sporządzania w regularnych odstępach kopii zapasowych należy również w miarę możliwości skopiować dane przed zwrotem dysku, ponieważ produkt wysyłany do Seagate bądź autoryzowanego centrum obsługi nie zostanie zwrócony. Więcej informacji na temat sporządzania kopii zapasowych treści zapisanych na dysku znajduje się na stronie www.seagate.com.

### Co zrobi Seagate w ramach ograniczonej gwarancji?

Jeżeli Seagate wyrazi zgodę na zwrot przez klienta produktu do Seagate bądź autoryzowanego centrum obsługi, Seagate wymieni zwrócony produkt na produkt o równoważnej funkcjonalności bez pobierania z tego tytułu żadnych opłat. Seagate może wymienić zwrócony produkt na produkt, który był już wcześniej używany, naprawiany i przeszedł testy potwierdzające, że spełnia on specyfikacje Seagate. Seagate pokryje koszty transportu zamiennego produktu do klienta. Odsyłając produkt w celu jego wymiany klient zgadza się na przeniesienie tytułu własności oryginalnego produktu na Seagate. Seagate nie zwróci klientowi oryginalnego produktu. Odzyskiwanie danych nie jest objęte zakresem niniejszej ograniczonej gwarancji i nie jest częścią procesu naprawy lub wymiany. Usługa polegająca na odzyskaniu danych z dysku jest dostępna, ale Seagate świadczy tego rodzaju usługi osobno, za dodatkową opłatą. Seagate gwarantuje, że naprawione lub wymienione produkty będą objęte gwarancją przez dłuższy z następujących okresów: pozostały okres gwarancji na produkt lub 90 dni.

### Zakres obowiązywania prawa stanowego?

Niniejsza ograniczona gwarancja podlega prawu obowiązującemu w stanie Kalifornia, USA. Prawo to przyznaje klientom określone uprawnienia. Klientom mogą również przysługiwać inne uprawnienia, w zależności od jurysdykcji. Niniejsza ograniczona gwarancja nie narusza jakichkolwiek dodatkowych praw, które mogą przysługiwać klientowi na podstawie prawa obowiązującego w jego jurysdykcji i mającego zastosowanie do sprzedaży towarów konsumpcyjnych, w tym m.in. międzynarodowych przepisów wykonawczych do Dyrektywy 99/44 Parlamentu Europejskiego i Rady. W niektórych państwach prawo zabrania wyłączania lub ograniczania odpowiedzialności za szkody uboczne lub wynikowe, dlatego ograniczenia lub wyłączenia przewidziane w niniejszym oświadczeniu o ograniczonej gwarancji mogą nie mieć zastosowania.

### Która ze spółek Seagate Technology udziela niniejszej ograniczonej gwarancji?

To, która ze spółek Seagate udziela niniejszej ograniczonej gwarancji, zależy od miejsca zakupu produktu:

*USA i Ameryki:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Europa, Bliski Wschód, Afryka:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Holandia

*Azja i Pacyfik:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapur 569877.

Prosimy o niezwracanie produktów na powyższe adresy, ale stosowanie się do zasad opisanych w punkcie „Co należy zrobić, aby skorzystać z gwarancji?"

# Garantia Limitada Seagate

## O Que Cobre Esta Garantia Limitada?

Esta garantia limitada cobre quaisquer defeitos no material ou manufactura do novo produto Seagate que seja acompanhado desta declaração de garantia limitada. Apenas os consumidores que tenham adquirido este produto a um retalhista ou revendedor Seagate autorizado poderão obter cobertura ao abrigo desta garantia limitada.

## Quanto Dura Esta Garantia?

O período de garantia do produto é o período de tempo indicado na embalagem. Por favor veja a embalagem do seu produto ou consulte o Guia de Início Rápido para saber qual o período de garantia aplicável ao seu produto. Pode ainda consultar http://www.seagate.com/retailwarranty/ para saber o período de tempo da sua garantia e para determinar se existem limitações de utilização. Se adquiriu o produto num Estado Membro da Área Económica Europeia, receberá o período mais longo de garantia aplicável ao seu produto ou dois (2) anos. O período de garantia para todos os componentes excepto o produto principal é de noventa (90) dias a partir da data documentada da compra, ou de dois (2) anos caso a aquisição tenha decorrido num Estado Membro da Área Económica Europeia.

## O Que Não Cobre Esta Garantia Limitada?

Esta garantia limitada não cobre qualquer problema que seja causado por (a) utilização comercial, acidente, uso indevido, negligência, choque, descarga electrostática, desmagnetização, calor ou humidade para além das especificações do produto, instalação, utilização, manutenção ou modificação incorrectas; ou (b) qualquer uso incorrecto contrário às instruções de manual do utilizador; ou (c) passwords perdidas; ou (d) mau funcionamento provocado por outro equipamento. Esta garantia fica sem efeito se um produto for devolvido com etiquetas removidas, danificadas ou adulteradas ou com quaisquer alterações (incluindo a remoção não autorizada de qualquer componente ou cobertura externa). Esta garantia não cobre a perda de dados – guarde frequentemente os conteúdos da sua drive num dispositivo de armazenamento em separado. Também os danos indirectos, danos acessórios e despesas relacionadas com a recuperação, eliminação e instalação de dados não são reembolsáveis por força garantia.

## O Que Terá Que Fazer?

A Seagate apenas proporcionará a cobertura da garantia caso o seu pedido respeite os termos desta declaração de garantia limitada e cumpra o procedimento de devolução apropriado. Para solicitar o serviço da garantia, contacte um centro de serviço autorizado da Seagate ou consulte www.seagate.com para mais informação sobre o apoio ao cliente da sua jurisdição. Poderá obter, igualmente, informação sobre a localização de centros de serviços autorizados da Seagate e aceder ao directório de serviço ao cliente automatizado da Seagate ligando para o +1-800-SEAGATE. Os interessados fora dos E.U.A. poderão aceder a este serviço marcando +1-405-324-4770. Sempre que um centro de serviço autorizado ou a Seagate determine que uma reparação ou substituição é necessária, ser-lhe-á solicitado o nome, morada, número de telefone, e-mail e o número de série do produto e, em seguida, emitido um Número de Solicitação de Devolução a ser usado aquando da devolução do produto à Seagate. O produto devolvido à Seagate deverá estar devidamente embalado na sua embalagem original (ou em embalagem que ofereça uma protecção ao produto equivalente à da embalagem original) e enviado, com as despesas de envio pré-pagas, para a morada fornecida quando recebeu o seu Número de Solicitação de Devolução, através de um método de envio que permite seguir a sua embalagem. Para além de guardar frequentemente, se possível, faça uma cópia de segurança dos seus dados antes de devolver uma drive porque o produto que enviar à Seagate ou a um prestador de serviços autorizado não lhe será devolvido. Informação adicional sobre como guardar os conteúdos da sua drive pode ser encontrada em www.seagate.com.

## O Que Fará A Seagate?

Se a Seagate o autorizar a devolver o seu produto à Seagate ou a um prestador de serviços autorizado, a Seagate substituirá, gratuitamente, o seu produto por um produto de substituição de funcionalidade equivalente. A Seagate poderá substituir o seu produto por um produto previamente usado, reparado ou testado para corresponder às especificações da Seagate. A Seagate suportará as despesas de envio do seu produto de substituição. Através do envio do produto para substituição, declara concordar com a transferência da propriedade do produto original para a Seagate. A Seagate não lhe devolverá seu produto original. A recuperação de dados não está coberta ao abrigo desta garantia limitada e não faz parte do processo de reparação ou troca. Se desejar a realização de uma recuperação de dados na sua drive, a Seagate disponibiliza este serviço em separado mediante uma taxa suplementar. A Seagate garante que os produtos reparados ou substituídos estão cobertos pelo tempo que restar da garantia do produto original, ou por 90 dias, consoante o que for mais longo.

## Qual A Lei Aplicável?

Esta garantia limitada está sujeita às leis do Estado da Califórnia, Estados Unidos da América. São-lhe atribuídos direitos legais concretos, e poderá deter outros direitos, os quais variam consoante os Estados. Esta garantia não prejudica outros direitos adicionais que lhe assistirão à luz das leis da sua jurisdição que regulem a venda de bens de consumo, incluindo, entre outras, as leis nacionais que transpõem a Directiva CE 99/44. Alguns Estados não permitem a exclusão ou limitação dos danos indirectos ou suplementares, pelo que as exclusões ou limitações constantes desta garantia limitada poderão não lhe ser aplicáveis.

## Quais As Empresas De Tecnologia Da Seagate Que Atribuem Esta Garantia Limitada?

A empresa Seagate que oferece esta garantia limitada depende de onde adquiriu o produto:

*E.U.A. & Restante Continente Americano:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, EUA

*Europa, Médio Oriente, África:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Holanda

*Ásia do Pacífico:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapura 569877.

Por favor não devolva os produtos para as moradas acima indicadas mas siga as instruções descritas no ponto "O Que Terá Que Fazer?".

**O Que Cobre Esta Garantia Limitada?**
Esta garantia limitada cobre quaisquer defeitos no material ou fabricação do novo produto Seagate que seja acompanhado desta declaração de garantia limitada. Apenas os consumidores que tenham adquirido este produto a um varejista ou revendedor Seagate autorizado poderão obter cobertura sob esta garantia limitada.

**Quanto Dura Esta Garantia?**
O período de garantia deste produto é a duração indicada na embalagem do produto. Consulte a caixa do produto ou guia de inicialização rápida para ver o período de garantia aplicável para o produto. Também é possível acessar http://www.seagate.com/retailwarranty/ para consultar a duração do período de garantia, bem como determinar se há alguma limitação de uso. Se o produto foi adquirido em um Estado-Membro do Espaço Econômico Europeu, será válido o período mais longo entre o período de garantia aplicável do produto ou dois (2) anos. O período de garantia para todos os componentes exceto o produto principal é de noventa (90) dias a partir da data comprovada da sua compra ou dois (2) anos se adquirido em um Estado-Membro do Espaço Econômico Europeu.

**O Que Não Cobre Esta Garantia Limitada?**
Esta garantia limitada não cobre qualquer problema que seja causado por (a) utilização comercial, acidente, uso indevido, negligência, choque, descarga eletrostática, desmagnetização, calor ou umidade para além das especificações do produto, instalação, utilização, manutenção ou modificação incorretas; ou (b) qualquer uso incorreto contrário às instruções do manual do usuário; ou (c) senhas perdidas; ou (d) mau funcionamento provocado por outro equipamento. Esta garantia fica sem efeito se um produto for devolvido com etiquetas removidas, danificadas ou adulteradas ou com quaisquer alterações (incluindo a remoção não autorizada de qualquer componente ou cobertura externa). Esta garantia não cobre a perda de dados – faça cópia de salvaguarda (back-up) frequentemente os conteúdos dos seu drive num dispositivo de armazenamento em separado. Também os danos indiretos, danos acessórios e despesas relacionadas com a recuperação, eliminação e instalação de dados não são reembolsáveis por força desta garantia.

**O Que Você Terá Que Fazer?**
A Seagate apenas proporcionará a cobertura da garantia caso o seu pedido respeite os termos desta declaração de garantia limitada e cumpra o procedimento de devolução apropriado. Para solicitar o serviço da garantia, entre em contato com um centro de serviço autorizado da Seagate ou consulte www.seagate.com para mais informação sobre o apoio ao cliente da sua jurisdição. Você poderá obter, igualmente, informação sobre a localização de centros de serviços autorizados da Seagate e acessar o diretório de serviço ao cliente automatizado da Seagate ligando para o número +1-800-SEAGATE. Os interessados fora dos Estados Unidos da América poderão acessar este serviço ligando para o número +1-405-324-4770. Sempre que um centro de serviço autorizado ou a Seagate determine que uma reparação ou substituição é necessária, ser-lhe-á solicitado o nome, endereço, número de telefone, e-mail e o número de série do produto e, em seguida, emitido um Número de Solicitação de Devolução a ser usado quando da devolução do produto à Seagate. O produto devolvido à Seagate deverá estar devidamente embalado na sua embalagem original (ou em embalagem que ofereça uma proteção ao produto equivalente à da embalagem original) e enviado, com as despesas de envio pré-pagas, para o endereço fornecido quando você recebeu o seu Número de Solicitação de Devolução, através de um método de envio que permite rastrear a sua embalagem. Além de realizar cópias de salvaguarda frequentemente, se possível, faça uma cópia de segurança dos seus dados antes de devolver um drive porque o produto que enviar à Seagate ou a um prestador de serviços autorizado não lhe será devolvido. Informação adicional sobre como guardar os conteúdos do seu drive podem ser encontrados em www.seagate.com.

**O Que Fará A Seagate?**
Se a Seagate o autorizar a devolver o seu produto à Seagate ou a um prestador de serviços autorizado, a Seagate substituirá, gratuitamente, o seu produto por um produto de substituição de funcionalidade equivalente. A Seagate poderá substituir o seu produto por um produto previamente usado, reparado ou testado para corresponder às especificações da Seagate. A Seagate suportará as despesas de envio do seu produto de substituição. Através do envio do produto para substituição, você declara concordar com a transferência da propriedade do produto original para a Seagate. A Seagate não lhe devolverá o seu produto original. A recuperação de dados não está coberta por esta garantia limitada e não faz parte do processo de reparação ou troca. Se desejar a realização de uma recuperação de dados no seu drive, a Seagate disponibiliza este serviço em separado mediante uma taxa suplementar. A Seagate garante que os produtos reparados ou substituídos estão cobertos pelo tempo que restar da garantia do produto original, ou por 90 dias, consoante o que for mais longo.

**Qual A Lei Aplicável?**
Esta garantia limitada está sujeita às leis do Estado da Califórnia, Estados Unidos da América. São-lhe atribuídos direitos legais concretos, e você poderá deter outros direitos, os quais variam consoante as jurisdições. Esta garantia não prejudica outros direitos adicionais que lhe assistirão à luz das leis da sua jurisdição que regulem a venda de bens de consumo, incluindo, entre outras, as leis nacionais que transpõem a Diretiva CE 99/44. Alguns Estados não permitem a exclusão ou limitação dos danos indiretos ou suplementares, pelo que as exclusões ou limitações constantes desta garantia limitada poderão não lhe ser aplicáveis.

**Quais As Empresas De Tecnologia Da Seagate Que Atribuem Esta Garantia Limitada?**
A empresa Seagate que oferece esta garantia limitada depende de onde adquiriu o produto:

*E.U.A. & Restante do Continente Americano:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, EUA

*Europa, Médio Oriente, África:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Holanda

*Ásia do Pacífico:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapura 569877.

Não devolva os produtos para os endereços acima indicados mas siga as instruções descritas no ponto "O Que Você Terá Que Fazer?".

# Ограниченная гарантия Seagate

**На что распространяется данная ограниченная гарантия?**
Данная ограниченная гарантия покрывает любые дефекты использованных материалов и недостатки при изготовлении товара Seagate, сопровождаемого настоящим гарантийным письмом. Действие настоящей гарантии распространяется лишь на покупателей, которые приобрели товар у официального розничного продавца или дилера продукции Seagate.

**Каков срок предоставляемой гарантии?**
Срок гарантии для данного изделия представляет собой тот период времени, который указан на упаковке изделия. Проверьте информацию на упаковке изделия или в кратком справочном руководстве, чтобы выяснить применимый срок гарантии для вашего изделия. Также можно зайти на веб-сайт http://www.seagate.com/retailwarranty/, чтобы выяснить продолжительность гарантийного периода и проверить, имеются ли какие-либо ограничения, связанные с использованием изделия. В случае приобретения изделия в государстве Европейской экономической зоны вы получите гарантию на более продолжительный срок, или на два (2) года. Срок гарантии для всех элементов, кроме основного изделия, составляет девяносто (90) дней от документально зафиксированной даты их приобретения, или два (2) года в случае приобретения в государстве Европейской экономической зоны.

**На что данная ограниченная гарантия не распространяется?**
Настоящая гарантия не распространяется на ущерб, причиненный товару (а) при использовании его в коммерческих целях, вследствие несчастного случая, неправильного использования, ненадлежащего обращения, воздействия электрического или электростатического разряда, размагничивания, жары или влажности, по уровню не совместимых с техническими характеристиками товара, а также в результате ошибок при установке, использовании, обслуживании и текущем ремонте, видоизменении товара; или (б) при эксплуатации с нарушением правил, установленных в инструкции пользователя; или (в) в связи с утерей паролей; или (г) вследствие неисправностей в его работе, вызванных другими устройствами. Ограниченная гарантия не действует, если товар возвращен без этикетки, с поврежденной или фальсифицированной этикеткой или с иными изменениями (включая самовольное удаление одного из компонентов товара или внешней оболочки). Данная ограниченная гарантия не распространяется на случаи потери данных – копируйте содержимое вашего накопителя в отдельное хранилище регулярно. Кроме того, данная ограниченная гарантия не распространяется на косвенный или случайный ущерб и издержки, связанные с восстановлением данных, их изъятием, а также установкой.

**Что вы должны предпринять?**
Компания Seagate откажет в удовлетворении вашего требования по настоящей ограниченной гарантии, если оно не будет соответствовать всем ее условиям, и вы не будете соблюдать надлежащие процедуры возврата товара. За предоставлением гарантийного обслуживания в США обратитесь в уполномоченный сервисный центр компании Seagate или зайдите на сайт www.seagate.com, чтобы узнать дополнительную информацию, касающуюся обслуживания клиентов в вашем регионе. Вы также можете получить информацию относительно местонахождения уполномоченных сервисных центров компании Seagate и доступ к автоматической справочной по обслуживанию клиентов компании Seagate, позвонив по телефону +1-800-SEAGATE. Абоненты, находящиеся за пределами США, для доступа к сервисному центру Seagate должны позвонить по номеру +1-405-324-4770. В случае если уполномоченный сервисный центр или замена товара, вам потребуется установят, что необходимый ремонт или замена товара, вам потребуется назвать свое имя, адрес, номер телефона, адрес электронной почты и серийный номер товара, и вам будет выдан Номер Заказа Возврата для использования при возврате товара компании Seagate. Товар, который вы возвращаете компании Seagate, должен быть надлежащим образом упакован в оригинальную упаковку (или упаковку, обеспечивающую защиту товара, эквивалентную

оригинальной упаковки) и отправлен по адресу, предоставленному вместе с Номером Заказа Возврата. При этой отправка должна быть осуществлена способом, позволяющим отследить путь следования отправления, с предварительной оплатой сборов за отправку. Дополнительно к копированию данных, осуществляемому на регулярной основе, по возможности скопируйте данные перед тем как возвратить накопитель, так как товар, который вы направите компании Seagate или уполномоченной обслуживающей организации, не будет вам возвращен. Дополнительную информацию по поводу копирования содержимого вашего накопителя можно найти на сайте www.seagate.com.

**Что предпримет Seagate?**
В гарантийных случаях компания Seagate бесплатно заменит ваш товар эквивалентным по функциональности товаром. Компания Seagate может заменить ваш товар товаром, который ранее был использован, отремонтирован и протестирован, чтобы удовлетворять техническим характеристикам компании Seagate. Компания Seagate оплатит доставку замененного товара. Посылая товар для замены, вы тем самым соглашаетесь передать собственность на изначально приобретенный товар компании Seagate. Компания Seagate не вернет вам товар, отправленный на замену. Данная гарантия не распространяется на восстановление данных, и оно не является частью процесса ремонта или обмена товара. Если вы желаете восстановить данные на вашем накопителе, компания Seagate может предоставить вам эту услугу за дополнительную стоимость. Seagate подтверждает, что на отремонтированные или замененные товары распространяется наиболее длительная из двух следующих гарантий: остаток срока гарантии на изначально приобретенный продукт, либо гарантия сроком 90 дней.

**Каким образом на настоящую гарантию влияет национальное законодательство?**
Настоящая гарантия регулируется в соответствии с законами штата Калифорния, США. Она предоставляет вам определенные юридические права. Кроме того, вы можете обладать и иными правами, которые различаются в разных штатах/странах. Настоящая ограниченная гарантия не влияет на дополнительные права, которые вы можете иметь по законодательству вашей страны о защите прав потребителя, включая, без ограничения, законодательство, принятое во исполнение Директивы Европейского Сообщества 1999/44/EC. Законодательство ряда штатов/стран не допускает исключения либо ограничения случайного и обусловленного особыми обстоятельствами ущерба, и поэтому не исключено, что ограничения или исключения, предусмотренные настоящей гарантией, не распространяются на вас.

**Кем предоставляется настоящая ограниченная гарантия?**
Компания группы Seagate, предоставляющая настоящую ограниченную гарантию, зависит от региона, где вы приобрели товар:

*Для США, Центральной и Южной Америки:* компания Seagate Technology LLC, расположенная по адресу 10200 S. De Anza Blvd., Cupertino, CA 95014, USA

*Для Европы, Ближнего и Среднего Востока, Африки:* компания Seagate Technology International, расположенная по адресу Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

*Для Азиатско-Тихоокеанского региона:* компания Seagate Singapore International Headquarters Pte. Ltd., расположенная по адресу 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Пожалуйста, не возвращайте товары по адресам, указанным выше, а следуйте правилам, описанным в параграфе «Что вы должны предпринять?».

# Seagaten rajoitettu takuu

**Mitä tämä Rajoitettu takuu kattaa?**
Tämä rajoitettu takuu kattaa tämän rajoitetun takuuilmoituksen mukana toimitetussa uudessa Seagate-tuotteessa esiintyvät mahdolliset materiaali- ja valmistusvirheet. Ainoastaan valtuutetulta Seagate-jälleenmyyjältä tuotteen hankkineet kuluttajat ovat oikeutettuja tähän takuuseen.

**Kuinka kauan Takuu on voimassa?**
Tuotteen takuuaika on ilmoitettu tuotteen pakkauksessa. Katso tuotteeseen sovellettava takuuaika tuotteen laatikosta tai pikaoppaasta. Näet takuuajan ja mahdolliset käyttöön perustuvat rajoitukset myös osoitteesta http://www.seagate.com/retailwarranty/. Tuotteesi takuuaika on sovellettavista takuuajoista pidempi tai kaksi (2) vuotta, mikäli tuote on ostettu Euroopan talousalueen jäsenvaltiosta. Kaikkien muiden komponenttien paitsi päätuotteen takuuaika on yhdeksänkymmentä (90) päivää tuotteen todistetusta ostopäivästä lukien tai kaksi (2) vuotta, mikäli tuote on ostettu Euroopan talousalueen jäsenvaltiosta.

**Mitä tämä Rajoitettu takuu ei kata?**
Tämä rajoitettu takuu ei kata virheitä, jotka ovat aiheutuneet (a) kaupallisesta käytöstä, vahingosta, väärinkäytöstä, huolimattomuudesta, voimakkaasta iskusta, sähkömagneettisesta purkautumisesta, magnetoinnin poistosta, tuotteen ominaisuuksien kannalta liiallisesta kuumuudesta tai kosteudesta, väärästä asennuksesta, käytöstä, ylläpidosta tai muuntamisesta; tai (b) käyttöoppaan ohjeiden vastaisesta käytöstä; tai (c) kadonneista salasanoista; tai (d) muiden laitteiden aiheuttamista toimintahäiriöistä. Tämä rajoitettu takuu on mitätön, mikäli palautettavan tuotteen merkinnät on poistettu, niitä on vahingoitettu tai muunneltu, mikäli tuotetta on muutoin muutettu (mukaan lukien jos jokin sen komponentti tai kuori on irrotettu luvattomasti). Tämä takuu ei kata tietojen menetystä – asiakkaan tulee ottaa levyasemallaan olevasta sisällöstä säännöllisesti varmuuskopioita erilliseen tallennusvälineeseen. Tämä takuu ei myöskään kata välillisiä tai satunnaisia vahinkoja eikä tietojen palauttamisesta, poistamisesta ja asennuksesta aiheutuvia kuluja.

**Miten asiakkaan tulee menetellä?**
Seagate ei myönnä mitään takuusuojaa, ellei asiakkaan korvausvaatimus ole kaikkien tämän rajoitetun takuuilmoituksen sisältämien ehtojen mukainen ja ellei asiakas noudata asianmukaista palautusmenettelyä. Halutessaan takuupalvelua asiakkaan tulee ottaa yhteyttä valtuutettuun Seagaten palvelukeskukseen tai käydä osoitteessa www.seagate.com saadakseen lisätietoa asuinmaansa lakien mukaisesta asiakastuesta. Asiakas voi saada tietoja valtuutettujen Seagaten palvelukeskusten sijaintipaikoista ja ottaa yhteyttä Seagaten automaattiseen asiakaspalveluhakemistoon soittamalla Seagaten maksuttomaan palvelunumeroon +1-800-SEAGATE. Yhdysvaltojen ulkopuolelta soittavat pääsevät tähän palveluun soittamalla numeroon +1-405-324-4770. Kun valtuutettu palvelukeskus tai Seagate toteaa korjauksen tai korvaavan tuotteen olevan tarpeen, asiakkaalta pyydetään hänen nimensä, osoitteensa, puhelinnumeronsa, sähköpostiosoitteensa ja tuotteen sarjanumero ja hänelle annetaan tämän jälkeen Palautusnumero (Return Order Number) käytettäväksi palautettaessa tuotetta Seagatelle. Asiakkaan Seagatelle palauttaman tuotteen on oltava asianmukaisesti pakattu alkuperäispakkaukseensa (tai pakkaukseen, joka suojaa tuotetta alkuperäispakkausta vastaavalla tavalla) ja lähetetty lähetyskulut maksettuina ja käyttäen kuljetusmenetelmää, joka mahdollistaa lähetyksesi seurannan, osoitteeseen, jonka

asiakas sai vastaanottaessaan Palautusnumeron. Tavanomaisten varmuuskopioiden laskija asiakasta kehotetaan mahdollisuuksien mukaan ottamaan tiedoistaan varmuuskopio ennen levyaseman palauttamista, koska asiakkaan Seagatelle tai valtuutetulle palveluntarjoajalle lähettämää tuotetta ei palauteta asiakkaalle. Lisätietoa levyaseman sisällön varmuuskopioinnista on saatavilla osoitteesta www.seagate.com.

**Miten Seagate menettelee?**
Mikäli Seagate valtuuttaa asiakkaan palauttamaan tuotteensa Seagatelle tai valtuutetulle palveluntarjoajalle, Seagate korvaa asiakkaan tuotteen maksutta toisella tuotteella, jonka toiminnallisuus vastaa korvatun tuotteen toiminnallisuutta. Seagate voi korvata asiakkaan tuotteen toisella aikaisemmin käytetyllä tuotteella, joka on korjattu ja testein todettu täyttävän Seagaten spesifikaatiot. Seagate vastaa korvaavan tuotteen toimittamisesta aiheutuvista kustannuksista. Lähettämällä tuotteen korvattavaksi toisella asiakas sitoutuu luovuttamaan alkuperäisen tuotteen omistusoikeuden Seagatelle. Seagate ei palauta asiakkaalle hänen alkuperäistä tuotettaan. Tietojen palauttaminen ei kuulu tämän rajoitetun takuun piiriin eikä ole osa korjaus- tai vaihtomenettelyä. Mikäli asiakas haluaa tietojensa palauttamista levyasemalleen, Seagate huolehtii siitä lisämaksusta erillispalveluna. Seagate takaa, että korjattuja tai korvattuja tuotteita koskeva takuu on voimassa joko alkuperäisen tuotteen jäljellä olevan takuuajan tai 90 päivää sen mukaan, kumpi näistä on pidempi. Seagate maksaa korvaavan levyaseman lähetyskulut. Seagate hyvittää asiakkaan lähetyskulut, mikäli asiakas hankkii Seagatelta etukäteisen hyväksynnän ennen kulujen aiheutumista ja mikäli asiakkaalla on pätevä takuuvaade tämän takuun ehtojen ja määräysten mukaisesti.

**Miten lakia sovelletaan?**
Tähän rajoitettuun takuuseen sovelletaan Yhdysvaltojen Kalifornian osavaltion lakeja. Ne antavat asiakkaalle määrättyjä oikeuksia, joiden lisäksi asiakkaalla voi olla muita osavaltiokohtaisia oikeuksia. Tämä rajoitettu takuu ei vaikuta asiakkaan asuinmaan lakien mukaisiin muihin kulutushyödykkeiden myyntiin sovellettaviin oikeuksiin, mukaan lukien asiakkaitsetta kansalliset lait, jotka implementoivat direktiivin 1999/44/EY. Joidenkin maiden lait eivät salli satunnaisten tai välillisten vahinkojen poissulkemista, jolloin tämän rajoitetun takuuilmoituksen rajoitukset tai poissulkemiset eivät välttämättä koske asiakasta.

**Mitkä Seagate Technology -yhtiöt tarjoavat tämän rajoitetun takuun?**
Tämän takuun tarjoava Seagate Technology -yhtiö määritetään sen perusteella, mistä asiakas on ostanut tuotteen:

*Yhdysvallat & Amerikka:* Seagate Technology LLC
10200 S. De Anza Blvd, Cupertino, CA 95014, USA

*Eurooppa, Lähi-itä, Afrikka:*
Seagate Technology International, Koolhovenlaan 1
1119 NB Schiphol-Rijk, The Netherlands

*Aasian ja Tyynenmeren alue:*
Seagate Singapore International Headquarters Pte. Ltd.
7000 Ang Mo Kio Avenue 5, Singapore 569877

Älä palauta tuotteita edellä mainittuihin osoitteisiin, vaan noudata kohdassa "Miten asiakkaan tulee menetellä" kuvattuja ohjeita.

# Seagate begränsad konsumentgaranti

## Vad täcker denna begränsade garanti?

Den här begränsade garantin täcker alla brister vad avser material och utförande för den medföljande nya Seagate-produkten. Den här begränsade garantin gäller endast konsumenter som köper den medföljande produkten från en auktoriserad Seagate-återförsäljare eller detaljist.

## Hur lång tid gäller denna garanti?

Garantiden för produkten är den tid som anges på förpackningen. Se förpackningen eller snabbstartguiden för den garantitid som är tillämplig för din produkt. Du kan också gå till http://www.seagate.com/retailwarranty/ för att få reda för din garantiperiod och avgöra om det finns några användar begränsande villkor. Om produkten har köpts i en medlemsstat tillhörande den Europeiska unionen erhåller du en längre garantiperiod om två (2) år Garantiperioden för alla komponeneter förutom huvudprodukten är nittio (90) dagar från inköpsdatum eller två (2) år om produkten är inköpt inom den Europeiska unionen.

## Vad täcker inte denna begränsade garanti?

Denna garanti täcker inte några fel som har orsakats av (a) kommersiellt bruk, olycka, olämplig användning, försummelse, stöt, elektrostatisk urladdning, avmagnetisering hetta eller fukt utöver det som anges i produktspecifikationerna, felaktig installation, användning, skötsel eller modifiering; eller (b) felaktig användning som inte överensstämmer med instruktionerna i användarmanualen; eller (c) förlorade lösenord; eller (d) funktionsodugligheten som orsakats av annan utrustning. Denna begränsade garanti är ogiltig om en produkt returneras med borttagen, skadad eller manipulerad etikett eller några ändringar (inklusive oauktoriserat borttagande av komponent eller yttre hölje). Den här begränsade garantin täcker inte förlust av data – säkerhetskopiera regelbundet innehållet på din disk till en separat medium som kan spara informationen. Dessutom, indirekta skador; följdskador; och kostnader som har samband med återställande av data, databorttagande, och datainstallation är inte ersättningsbara under denna garanti.

## Vad behöver du göra?

Om du inte genomför din reklamation i enlighet med samtliga instruktioner i denna begränsade garanti samt följer det korrekta förfarandet för returnerande av produkten kommer Seagate inte att infria sin begränsade garanti. Kontakta ett auktoriserat Seagate service center för att begära tjänster enligt garantin eller besök www.seagate.com för att få mer information om kundsupport inom din jurisdiktion. Du kan också få information om var ett auktoriserat Seagate service center ligger samt få tillgång till Seagates automatiska kundservice katalog genom att ringa +1-800-SEAGATE. Kunder som inte ringer från USA kan få tillgång till denna service genom att ringa +1-405-324-4770. När ett auktoriserat service center eller Seagate beslutar att en reparation eller ett utbyte är nödvändigt kommer du att bli ombedd att uppge namn, adress, telefonnummer, e-postadress och produktens serienummer och därefter erhålla ett Return Order Number att använda vid returnerande av produkten till Seagate. Produkter som returneras till Seagate måste vara riktigt förpackade i produktens originalförpackning (eller i en förpackning som skyddar produkten på ett likvärdigt sätt) och skickade, med kostnaden för försändelsen betald i förskott, via ett fraktsätt som gör det möjligt att spåra din försändelse, till den adress du erhöll när du mottog ditt Return Order Number. Utöver dina ordinarie säkerhetskopieringar bör du, om möjligt, säkerhetskopiera dina data innan du returnerar disken eftersom produkten du skickar till Seagate eller till en auktoriserad serviceleverantör inte kommer att bli skickad tillbaka till dig. Mer information om säkerhetskopiering av innehållet på din disk finns på www.seagate.com.

## Vad kommer Seagate att göra?

Om Seagate godkänner att du skickar tillbaka produkten till Seagate eller till en auktoriserad serviceleverantör, kommer Seagate att byta ut din produkt mot en kålvärdig fungerande ersättningsprodukt utan kostnad. Seagate kan ersätta din produkt med en produkt som tidigare har varit använd men som reparerats och testats för att möta Seagates krav. Seagate kommer att betala för försändelsen av ersättningsprodukten till dig. Genom att sända din produkt för utbyte accepterar du att din äganderätt till originalprodukten övergår till Seagate. Seagate kommer inte att skicka tillbaka originalprodukten till dig. Återställande av data omfattas inte av denna begränsade garanti och är inte del av reparations- eller utbytesprocessen. Om du vill att data återställs från din disk kan detta genomföras av Seagate som en separat tilläggstjänst mot extra kostnad. De reparerade eller utbytta produkterna täcks av den garantitid som är längst av den återstående garantitiden eller 90 dagar.

## Hur tillämpas lagen?

På denna begränsade garanti skall lagen i den amerikanska delstaten Kalifornien i USA tillämpas. Den ger dig specifika juridiska rättigheter men du kan också ha andra rättigheter som gäller från delstat till delstat. Denna begränsade garanti påverkar inte andra rättigheter som du har i enlighet med de lagar som gäller i din jurisdiktion som avser försäljning av varor till konsumenter, inräknat utan att begränsas till, nationella lagar som har implementerat EU direktivet 99/44. En del länder tillåter inte att garantin begränsas till att inte omfatta indirekta skador eller följdskador, så dess begränsningar eller undantag i denna begränsade garanti omfattar eventuellt inte dig.

## Vilket Seagate Technology bolag utfärdar denna begränsade garanti?

Det Seagatebolag som lämnar denna begränsade garanti är beroende av var du köpte produkten:

*Nordamerika och Sydamerika:*
Seagate Technology LLC
10200 S De Anza Blvd
Cupertino, CA 95014
USA

*Europa, Mellanöstern, Afrika:*
Seagate Technology International
Koolhovenlaan 1
1119 NB Schiphol-Rijk
The Netherlands

*Asien:*
Seagate Singapore International Headquarters Pte. Ltd.
7000 Ang Mo Kio Avenue 5
Singapore 569877

Vänligen returnera inte produkter till adresserna listade ovanför utan följ de instruktioner som följer av punkten "Vad behöver du göra?"

# Omezená záruka Seagate

## Na co se tato omezená záruka vztahuje?

Tato omezená záruka se vztahuje na jakékoliv vady materiálu nebo provedení nového výrobku Seagate, ke kterému bylo toto prohlášení o omezené záruce připojeno. Plnění na základě této omezené záruky mohou získat pouze spotřebitelé, kteří výrobek koupí od autorizovaného prodejce nebo maloobchodního prodejce výrobků značek Seagate.

## Jak dlouho záruka trvá?

Záruční doba na tento produkt trvá po dobu uvedenou v balení. Prostudujte si obal produktu nebo stručný návod, kde naleznete délku příslušné záruční doby. Informace o délce záruční doby a omezení záruky naleznete také na adrese http://www.seagate.com/retailwarranty/. Pokud jste produkt zakoupili v členském státě Evropského hospodářského prostoru, bude se na váš produkt vztahovat příslušná delší záruční doba nebo dva roky. Záruční doba na všechny součásti kromě hlavního produktu je devadesát dní od doloženého data koupě nebo dva roky, pokud se koupě uskutečnila ve státě Evropského hospodářského prostoru.

## Na co se tato omezená záruka nevztahuje?

Tato omezená záruka se nevztahuje na případ, který je způsoben (a) komerčním užíváním, nehodou, hrubým zacházením, nedbalostí, nárazem, elektrostatickým výbojem, kompenzací magnetického pole, působením teplot nebo vlhkosti nad rámec specifikace výrobku, nesprávnou instalací, provozem, údržbou nebo úpravou nebo (b) nesprávným použitím v rozporu s pokyny uvedenými v návodu k použití nebo (c) ztrátou hesel nebo (d) funkční poruchou způsobenou jiným zařízením. Tato omezená záruka je neplatná, pokud je výrobek vrácen s odstraněnými, poškozenými nebo změněnými štítky nebo jinými úpravami (včetně odstranění jakékoliv součásti nebo vnějšího krytu). Tato omezená záruka se nevztahuje na ztrátu dat – pravidelně zálohujte obsah svého pevného disku na záložní médium. Tato záruka nekryje ani následné nebo nahodilé škody a náklady vynaložené na obnovu, odstranění a instalaci dat.

## Co musíte udělat?

Seagate vám neposkytne záruční plnění, pokud vaše reklamace nebude v souladu se všemi podmínkami tohoto prohlášení o omezené záruce a pokud nebudete při vrácení výrobku postupovat správným způsobem. Pokud budete požadovat záruční servis, obraťte se na autorizované servisní centrum Seagate nebo na internetové stránky www.seagate.com, kde získáte další informace ohledně zákaznické podpory v rámci vaší země. Informace o umístění autorizovaných servisních center Seagate získáte na telefonu +1-800-SEAGATE, kde získáte i přístup k automatickému adresáři zákaznického servisu. Pro volající mimo Spojené státy americké je tato služba dostupná na telefonním čísle +1-405-324-4770. Jakmile autorizované servisní centrum nebo Seagate určí, že je potřeba provést opravu nebo náhradu, budete vyzváni, abyste Seagate sdělili své jméno, adresu, telefonní číslo, e-mailovou adresu a sériové číslo výrobku, a poté vám bude přiděleno Objednací číslo pro vrácení, které se užívá při vrácení výrobku společnosti Seagate. Výrobek, který vrátíte Seagate, musí být řádně zabalen v originálním obalu (nebo obalu, který poskytne výrobku stejnou ochranu jako původní obal) a doručen s předplaceným poštovným, a to způsobem, který umožňuje sledování vaší zásilky, na adresu poskytnutou při přidělení Objednacího čísla pro vrácení. Mimo kompletní zálohování dat zálohujte svá data, pokud to bude možné, před odesláním vašeho pevného disku k opravě, jelikož výrobek, který posíláte Seagate nebo poskytovateli autorizované služby, vám nebude vrácen. Další informace o zálohování obsahu dat vašeho pevného disku naleznete na www.seagate.com.

## Co udělá Seagate?

Pokud Seagate schválí, abyste výrobek vrátili Seagate nebo autorizovanému poskytovateli služeb, nahradí Seagate zdarma váš produkt funkčně stejným náhradním výrobkem. Seagate může váš výrobek nahradit výrobkem, který byl již používán, opraven a otestován, aby vyhovoval specifikacím Seagate. Dodání náhradního produktu hradí Seagate. Zasláním výrobku k výměně souhlasíte s převodem vlastnictví původního výrobku na Seagate. Seagate vám obnovení výrobek nevrátí. Tato omezená záruka se nevztahuje na obnovení dat a ani toto obnovení dat není součástí opravy nebo výměny. Pokud byste chtěli, aby obnova dat byla na vašem pevném disku provedena, může Seagate toto poskytnout jako samostatnou službu za dodatečný poplatek. Seagate zaručuje, že opravené nebo nahrazené výrobky jsou kryty po zbývající původní záruční dobu nebo po dobu 90 dnů, podle toho, která z těchto lhůt bude delší.

## Jakým způsobem se uplatňuje právo daného státu?

Tato omezená záruka se řídí právním řádem státu Kalifornie, USA. To vám zaručuje určitá práva, můžete mít také další práva, která se liší v závislosti na státním území. Tato omezená záruka nemá vliv na dodatečná práva, která máte podle právních předpisů své soudní jurisdikce a kterými se řídí prodej spotřebního zboží, zejména zákonů členských států implementujících Směrnici 44/99/ES. Některé státy nepovolují vyloučení nebo omezení nahodilých či následných škod; v takovém případě se na vás omezení či výjimky uvedené v této omezené záruce nevztahují.

## Které společnosti v rámci Seagate Technology poskytují tuto záruku?

Určení, která Společnost Seagate poskytuje tuto omezenou záruku, závisí na tom, kde jste daný výrobek zakoupili:

*Spojené státy a Severní Amerika, Jižní Amerika a Střední Amerika:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA.

*Evropa, Střední Východ, Afrika:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Nizozemsko.

*Tichomoří a Asie:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapur 569877.

Výrobky nevracejte na adresy uvedené výše, řiďte se, prosím, pokyny uvedenými v odstavci s názvem „Co musíte udělat?"

# Περιορισμένη Εγγύηση Seagate

## Τι καλύπτει η περιορισμένη εγγύηση

Αυτή η περιορισμένη εγγύηση καλύπτει ελαττώματα όσον αφορά στα υλικά και στην κατασκευή του νέου προϊόντος Seagate που συνοδεύεται από αυτή τη δήλωση περιορισμένης εγγύησης. Μόνο οι καταναλωτές που αγοράζουν αυτό το προϊόν από εξουσιοδοτημένο σημείο λιανικής πώλησης ή μεταπώλησης της Seagate μπορούν να αποκτήσουν κάλυψη από την παρούσα περιορισμένη εγγύηση.

## Χρονικό διάστημα κάλυψης

Η περίοδος εγγύησης για το προϊόν είναι ο χρόνος που υποδεικνύεται στη συσκευασία του προϊόντος. Δείτε το κουτί του προϊόντος ή τον οδηγό γρήγορης εκκίνησης για την ισχύουσα περίοδο εγγύησης για το προϊόν σας. Μπορείτε επίσης να μεταβείτε στην τοποθεσία http://seagate.com/retailwarranty/ για να ενημερωθείτε για τη διάρκεια της περιόδου εγγύησης και να προσδιορίσετε αν υπάρχουν περιορισμοί όσον αφορά στη χρήση. Αν αγοράσατε το προϊόν σε κάποιο από τα Κράτη-μέλη του Ευρωπαϊκού Οικονομικού Χώρου, θα λάβετε το μεγαλύτερο δυνατό διάστημα της ισχύουσας εγγύησης προϊόντος που διαρκεί δύο (2) έτη. Η περίοδος εγγύησης για όλα τα εξαρτήματα εκτός από το κύριο προϊόν είναι ενενήντα (90) ημέρες από την τεκμηριωμένη ημερομηνία αγοράς ή δύο (2) έτη εάν η αγορά γίνει σε κάποιο από τα Κράτη-μέλη του Ευρωπαϊκού Οικονομικού Χώρου.

## Τι δεν καλύπτει η περιορισμένη εγγύηση

Αυτή η εγγύηση δεν καλύπτει οποιοδήποτε πρόβλημα προκλήθηκε από (α) εμπορική χρήση, ατύχημα, κατάχρηση, αμέλεια, χτύπημα, ηλεκτροστατική εκκένωση, απομαγνήτιση, θερμότητα ή υγρασία πέραν από τις προδιαγραφές του προϊόντος, ακατάλληλη εγκατάσταση, λειτουργία, συντήρηση ή τροποποίηση, ή (β) οποιαδήποτε κακή χρήση ή χρήση η οποία είναι αντίθετη προς τις οδηγίες χρήσης, ή (γ) απώλεια κωδικών πρόσβασης, ή (δ) δυσλειτουργίες που προκαλούνται από άλλον εξοπλισμό. Η περιορισμένη αυτή εγγύηση δεν ισχύει, εάν ένα προϊόν επιστραφεί με ετικέτα που έχει αφαιρεθεί, καταστραφεί ή παραποιηθεί ή με άλλες αλλοιώσεις (συμπεριλαμβανομένης της μη εξουσιοδοτημένης αφαίρεσης οποιωνδήποτε εξαρτημάτων ή εξωτερικού καλύμματος). Η παρούσα περιορισμένη εγγύηση δεν καλύπτει απλώς δεδομένα - πρέπει να λαμβάνετε αντίγραφα ασφαλείας του περιεχομένου της μονάδας δίσκου σε ξεχωριστό μέσο αποθήκευσης ανά τακτά χρονικά διαστήματα. Επίσης, η παρούσα εγγύηση δεν καλύπτει την αποκατάσταση αποθετικών ζημιών, παρεπόμενων ζημιών και εξόδων που σχετίζονται με την ανάκτηση, αφαίρεση και εγκατάσταση δεδομένων.

## Τι πρέπει να κάνετε

Η Seagate δεν παρέχει καμία κάλυψη εγγύησης εκτός εάν η απαίτησή σας συμμορφώνεται με όλους τους όρους της παρούσας δήλωσης περιορισμένης εγγύησης και ακολουθήσετε την κατάλληλη διαδικασία επιστροφής. Για την παροχή υπηρεσιών εγγύησης, επικοινωνήστε με ένα εξουσιοδοτημένο κέντρο εξυπηρέτησης της Seagate ή ανατρέξτε στη διεύθυνση www. seagate.com για περισσότερες πληροφορίες αναφορικά με την υποστήριξη πελατών στην περιοχή σας. Μπορείτε επίσης να λάβετε πληροφορίες αναφορικά με την τοποθεσία των εξουσιοδοτημένων κέντρων εξυπηρέτησης Seagate και να έχετε πρόσβαση στην αυτοματοποιημένη υπηρεσία καταλόγου πελατών Seagate καλώντας τον αριθμό +1 -800 -SEAGATE. Για κλήσεις εκτός των ΗΠΑ μπορείτε να έχετε πρόσβαση στην υπηρεσία καλώντας +1 -405-324-4770. Εφόσον κάποιο εξουσιοδοτημένο κέντρο εξυπηρέτησης της Seagate καθορίσει ότι απαιτείται επισκευή ή αντικατάσταση, θα σας ζητηθεί να δώσετε το ονοματεπώνυμο, τη διεύθυνση, τον αριθμό τηλεφώνου, τη διεύθυνση ηλεκτρονικού ταχυδρομείου σας και τον αριθμό σειράς προϊόντος και στη συνέχεια θα σας δοθεί ένας Αριθμός Εντολής Επιστροφής (Return Order Number), τον οποίο θα χρησιμοποιήσετε κατά την επιστροφή του προϊόντος στην Seagate. Το προϊόν που θα επιστρέψετε στη Seagate πρέπει να έχει συσκευαστεί κατάλληλα στην αρχική του συσκευασία (ή σε συσκευασία η οποία παρέχει αντίστοιχη προστασία με την αρχική) και να αποσταλεί με προπληρωμένο τέλος αποστολής και με τρόπο αποστολής ο οποίος σα παρέχει δυνατότητα εντοπισμού του πακέτου σας στη διεύθυνση που παρέχεται κατά τη λήψη του Αριθμού Εντολής Επιστροφής. Εκτός της τακτικής λήψης αντιγράφων ασφαλείας, εάν είναι δυνατό, δημιουργήστε αντίγραφο ασφαλείας των δεδομένων σας πριν επιστρέψετε τη μονάδα δίσκου, επειδή το προϊόν που αποστέλλετε στη Seagate ή σε εξουσιοδοτημένο πάροχο υπηρεσιών δεν θα σας επιστραφεί. Μπορείτε να βρείτε επιπρόσθετες πληροφορίες για τη λήψη αντιγράφων ασφαλείας του περιεχομένου του δίσκου σας στη διεύθυνση www.seagate.com.

## Ενέργειες της Seagate

Εάν η Seagate εγκρίνει την επιστροφή του προϊόντος σας στη Seagate ή σε κάποιο εξουσιοδοτημένο κέντρο εξυπηρέτησης, η Seagate θα αντικαταστήσει δωρεάν τη μονάδα δίσκου με κάποιο λειτουργικά ισοδύναμο προϊόν σε αντικατάσταση του παλιού. Η Seagate μπορεί να αντικαταστήσει το προϊόν σας με κάποιο προϊόν που έχει ήδη χρησιμοποιηθεί, επισκευαστεί και δοκιμαστεί ώστε να ανταποκρίνεται στις προδιαγραφές Seagate. Η Seagate θα πληρώσει το κόστος αποστολής του προϊόντος αντικατάστασης σε εσάς. Η αποστολή του προϊόντος για αντικατάσταση συνεπάγεται την απόδοση της μεταβίβασης της κυριότητας του αρχικού προϊόντος στην Seagate. Η Seagate δεν θα σας επιστρέψει το αρχικό προϊόν. Η ανάκτηση δεδομένων δεν καλύπτεται από την παρούσα περιορισμένη εγγύηση και δεν αποτελεί μέρος της διαδικασίας επισκευής ή ανταλλαγής. Εάν επιθυμείτε την ανάκτηση δεδομένων από τη μονάδα δίσκου σας, η δυνατότητα αυτή διατίθεται από την Seagate ως ξεχωριστή υπηρεσία με πρόσθετη χρέωση. Η Seagate εγγυάται ότι τα προϊόντα που έχουν επιδιορθωθεί ή έχουν αντικατασταθεί καλύπτονται για διάστημα ίσο είτε με το υπόλοιπο της εγγύησης του αρχικού προϊόντος είτε για 90 ημέρες, όποιο από τα δύο είναι μεγαλύτερο.

## Ισχύουσα νομοθεσία

Η παρούσα περιορισμένη εγγύηση διέπεται από τη νομοθεσία της Πολιτείας της Καλιφόρνια, ΗΠΑ. Η νομοθεσία αυτή σας παρέχει συγκεκριμένα νόμιμα δικαιώματα, ενώ ενδέχεται να σας αναγνωρίζονται και άλλα δικαιώματα τα οποία διαφέρουν από χώρα σε χώρα. Η παρούσα περιορισμένη εγγύηση δεν επηρεάζει οποιαδήποτε τυχόν πρόσθετα δικαιώματα έχετε σύμφωνα με την ισχύουσα νομοθεσία της περιοχής σας η οποία διέπει την πώληση καταναλωτικών αγαθών, συμπεριλαμβανομένης ενδεικτικά, της εθνικής νομοθεσίας που ενσωματώνει την Οδηγία 99/44/ΕΚ. Σε ορισμένα κράτη δεν επιτρέπεται ο αποκλεισμός ή περιορισμός παρεπόμενων ή αποθετικών ζημιών, επομένως οι αποκλεισμοί ή οι περιορισμοί στην παρούσα δήλωση περιορισμένης εγγύησης ενδέχεται να μην ισχύουν για εσάς.

## Εταιρείες της Seagate Technology που παρέχουν την παρούσα περιορισμένη εγγύηση

Η εταιρεία Seagate που προσφέρει αυτή την περιορισμένη εγγύηση εξαρτάται από το μέρος στο οποίο αγοράσατε το προϊόν:

*ΗΠΑ & Αμερική:* Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, ΗΠΑ

*Ευρώπη, Μέση Ανατολή & Αφρική:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Ολλανδία

*Ασία Ειρηνικός:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Σας παρακαλούμε να μην επιστρέφετε προϊόντα στις διευθύνσεις που αναγράφονται παραπάνω, αλλά να ακολουθήσετε τις οδηγίες που περιέχονται στην παράγραφο «Τι Πρέπει να Κάνετε».

# Seagate Korlátozott Szavatosság

**Mire vonatkozik a jelen korlátozott szavatosság?**
Jelen korlátozott szavatosság azon új Seagate-termék anyag- és kivitelezési hibáira vonatkozik, amelyhez a jelen nyilatkozatot mellékelték. Kizárólag azon a fogyasztók szerezhetnek jogosultságot a jelen korlátozott szavatosság alapján, akik hivatalos Seagate-viszonteladótól vagy -forgalmazótól vásárolták a terméket.

**Mennyi a szavatosság időtartama?**
A szavatosság időtartama a termék csomagolásán jelzett időszak. Kérjük, tekintse meg a termék dobozát vagy az üzembe helyezési útmutatót a szavatosság időtartamára vonatkozó információért. Továbbá a http://www.seagate.com/retailwarranty/ oldalra ellátogatva is meggyőződhet a szavatosság időtartamáról és a használaton alapuló esetleges korlátozásokról. Ha Ön a terméket az Európai Gazdasági Térség egyik tagállamában vásárolta, a termékre vonatkozó hosszabb szavatossági időszak vagy két (2) év érvényes. A fő termékek kivételével minden egyéb alkatrész szavatossági időtartama a vásárlás igazolható időpontjától számított kilencven (90) nap, vagy két (2) év, ha Ön a terméket az Európai Gazdasági Térség területén vásárolta.

**Mire nem vonatkozik a jelen korlátozott szavatosság?**
Jelen korlátozott szavatosság nem vonatkozik olyan problémára, amelyet a következők okoznak: (a) kereskedelmi használat, baleset, helytelen használat, gondatlanság, rázkódás (sokk), elektrosztatikus kisülés, mágnesezés, a termékleíráson felüli hő vagy nedvesség, nem megfelelő installáció, működés, karbantartás vagy módosítás; vagy (b) bármilyen, a használati útmutató rendelkezéseivel ellentétes használat; vagy (c) elfelejtett jelszavak; vagy (d) más berendezés által okozott működési zavarok. Jelen korlátozott szavatosság érvénytelen, amennyiben a termék elváltoztatott, megsértett vagy megrongálódott címkékkel vagy bármilyen módosítással (beleértve bármely alkatrész vagy a külső borító jogosulatlan eltávolítását) kerül visszaküldésre. Jelen korlátozott szavatosság nem vonatkozik az adatvesztésre; meghajtójának tartalmát rendszeresen mentse egy különálló tárolóegységre. Szintén nem vonatkozik a közvetett, illetve következményi károkra, továbbá az adatmentős (helyreállítás), eltávolítás és installáció költségeire.

**Mit kell tennie?**
A Seagate semmilyen szavatossággal nem tartozik, amennyiben ÖN nem a jelen korlátozott szavatossági nyilatkozat rendelkezéseivel összhangban kéri azt, illetve nem követi a termék visszajuttatásra vonatkozó eljárást. Amennyiben szavatossági szolgáltatást kíván igénybe venni, keressen fel egy hivatalos Seagate-szervizpontot, vagy az Ön állama szerinti vevőszolgálathoz kapcsolódó további információért keresse fel a www.seagate.com oldalt. A hivatalos Seagate-szervizközpontok címéről és elérhetőségéről több információt tudhat meg a Seagate automata vevőszolgálatánál a +1-800-SEAGATE telefonszámon. Az USA-n kívülről telefonálók a szolgáltatást a +1-405-324-4770 tárcsázásával érhetik el. Amennyiben egy hivatalos szervizközpont arra a következtetésre jut, hogy javítás vagy csere szükséges, Önt a nevének, címének, telefonszámának, e-mail címének, és a termék azonosító (sorozat-) számának a megadására fogják kérni, továbbá adnak Önnek egy Visszaküldési Számot, amelyet a termék Seagate-hez történő visszaküldésénél kell használnia. A terméket megfelelően, az eredeti csomagolásba csomagolva kell visszaküldeni (vagy az eredeti csomagolóanyaggal egyenértékű védelmet nyújtó csomagolásban) a Visszaküldési Számmal egyidejűleg megadott címre olyan szállítási módon, amely lehetővé teszi a termék nyomon követését, és amely előre fizetésre került (mentesített). A rendszeres biztonsági mentéseken túl, amennyiben lehetséges, a meghajtó Seagate vagy hivatalos szolgáltatójának részére történő visszaküldése előtt készítsen biztonsági mentést az adatairól, mert a terméket nem kapja vissza. Kiegészítő információ a meghajtón lévő tartalmak biztonsági mentéséről a www.seagate.com oldalon található.

**Mit tesz a Seagate?**
Amennyiben Seagate felhatalmazza Önt arra, hogy visszaküldje a terméket a Seagate-nek vagy hivatalos szolgáltatójának, a Seagate térítés nélkül kicseréli az Ön termékét egy funkciójában egyenértékű termékre. A Seagate az Ön termékét használt, javított és a Seagate követelményeinek való megfelelés céljából tesztelt termékre is kicserélheti. A Seagate fizeti a kicserélt termék Önhöz történő szállítását. A termék kicserélés céljából történő visszaküldésével egyidejűleg Ön az eredeti termék tulajdonjogát a Seagate-re ruházza. A Seagate nem juttatja vissza Önnek az eredeti terméket. Az adatmentés (helyreállítás) nem tárgya a jelen korlátozott szavatosságnak és nem része a javítási vagy kicserélési folyamatnak. Amennyiben Ön adat-helyreállítást igényel a meghajtó tekintetében, azt a Seagate külön szolgáltatásaként, díj ellenében végzi el. A Seagate a javított vagy kicserélt termékre az alábbi időre vállal szavatosságot: a szavatossági időből hátralévő időre, vagy 90 napra, amelyik a kettő közül hosszabb.

**Hogyan alkalmazandóak a jogszabályok?**
Jelen korlátozott szavatosságra az egyesült államokbeli Kalifornia állam joga irányadó. Ez a jog Önnek különös jogi védelmet nyújt, ugyanakkor Ön rendelkezhet további jogokkal is, amelyek országonként eltérőek lehetnek. Jelen korlátozott szavatosság nem érinti az Ön olyan többletjogait, amely az Ön államának joga szerint a fogyasztóikat termékértékesítés esetén megilletni, korlátozás nélkül beleértve a 99/44/EK irányelvet implementáló nemzeti jogszabályt. Néhány országban nem lehetséges a közvetett vagy következményi károkért való felelősség korlátozása vagy kizárása, ezért a jelen korlátozott szavatosságba foglalt ilyen korlátozás vagy kizárás adott esetben nem vonatkozik Önre.

**Mely Seagate Technology társaság nyújtja a jelen korlátozott szavatosságot?**
Az, hogy melyik Seagate cég nyújtja Önnek a jelen korlátozott szavatosságot, attól függ, hogy Ön hol vásárolta a terméket.

*Az Egyesült Államok és amerikai országok esetében:*
Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA.

*Európa, Közel-Kelet, Afrika esetében:* Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Hollandia.

*Kelet-Ázsia:* Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

Kérjük, ne a fenti címekre küldje vissza a termékeket, hanem kövesse a "Mit kell tennie?" fejezetben leírt utasításokat.

## Bu Sınırlı Garantinin Kapsamı Nedir?
Bu sınırlı garanti, yeni Seagate ürünlerinin malzemesinde veya işçiliğinde çıkabilecek sorunları bu garantinin kapsamı altına almaktadır. Sadece, Seagate ürünlerini yetkili bir bayiden satın alan tüketiciler sınırlı garantimizin kapsamından yararlanabilir.

## Bu Sınırlı Garantinin Süresi Nedir?
Bir ürünün garanti süresi, ürün paketinde belirtilen süre kadardır. Uygun garanti süresi hakkında bilgi için lütfen ürün paketine ya da hızlı başlangıç kılavuzuna bakın. Ayrıca, bir ürünün garanti süresini öğrenmek ve kullanıma bağlı kısıtlamalar olup olmadığına dair bilgi almak için http://www.seagate.com/retailwarranty/ adresine göz atabilirsiniz. Bu ürünü bir Avrupa Ekonomik Bölgesi Üye Devletinde satın aldıysanız, ürün garanti süreniz iki (2) yıldır. Ürün bir Avrupa Ekonomik Bölgesi Üye Devletinde satın alındıysa, ana ürün dışındaki tüm ürünler için garanti süresi, ürüne ilişkin belgenin düzenlenmesinden itibaren doksan (90) gündür.

## Bu Sınırlı Garanti Neleri Kapsamaz?
Sınırlı garantimiz, (a) Ticari kullanım, kaza, kötü kullanım, ihmal, darbe, elektrostatik deşarj, manyetik nötrleme, sıcaklık veya nem, uygun olmayan kurulum, kullanım, bakım veya değişiklik nedenleriyle meydana gelen arızalar; (b) ürünün kullanıcı kılavuzunda anlatılan yöntemin haricinde kötü biçimde kullanılması; (c) şifre kaybedilmesi; (d) başka bir ekipman sebebi ile düzgün çalışmaması durumlarında geçerli değildir. Sınırlı garantimiz, ekipmanın etiketinin veya herhangi bir parçası veya kabinin yırtılmış, çıkarılmış, zarar görmüş veya bozulmuş veya başkaca tahrifata (ürünün herhangi bir parçasının veya dış korumasının izinsiz çıkarılması dahil olmak üzere) uğratılmış halde iadesi durumunda geçerli değildir. Veri kaybı, sınırlı garantimizin kapsamı içinde değildir – sürücünüzde bulunan verileri düzenli olarak başka bir medya üzerinde yedekleyiniz. Ayrıca dolaylı zararlar (bir fiilden meydana gelen zararlar), arızi zararlar, veri kurtarma, çıkarma ve kurulum maliyetleri garantiler kapsamı altında değildir.

## Ne Yapmalısınız?
Talebinizi işbu sınırlı garanti beyanatının tüm koşullarına uygun olarak yapmadığınız ve ürünün iadesine ilişkin uygun prosedürü takip etmediğiniz takdirde Seagate herhangi bir garanti sağlamayacaktır. İşbu sınırlı Garanti hizmeti almak için yetkili bir Seagate servis merkezini arayınız veya bulunduğunuz ülkede sağlanan müşteri desteğine ilişkin daha fazla bilgi almak için www.seagate.com adresini ziyaret ediniz. Ayrıca Seagate'in ücretsiz telefon hattını (+1-800-SEAGATE) arayarak da yetkili bir Seagate servisinin yeri hakkında bilgi alabilir veya Seagate otomatik müşteri hizmetleri rehberine erişebilirsiniz. Yurtdışından arayan kişiler +1-405-324-4770 numaralı telefonu arayarak bu servise ulaşabilir. Yetkili servis merkezi veya Seagate onarım yapılmasını veya yenisiyle değiştirilmesini gerekli gördükten sonra sizden adınızı, adresinizi, telefon numaranızı, e-posta adresinizi ve ürünün seri numarası sorulacak ve size ürünü Seagate'e gönderirken kullanacağınız bir İade Sipariş Numarası verilecektir. Seagate'e iade edeceğiniz ürünün kendi orijinal ambalajında uygun biçimde (veya orijinal ambalaja eşdeğer koruma sağlayacak şekilde) paketlenmiş olması ve nakliye ücretleri önceden ödenmiş olarak gönderilen paketin uzaktan takip edilmesini sağlayan bir nakliye yöntemi ile, size İade Sipariş Numarası ile beraber verilen adrese gönderilmiş olması gerekir. Düzenli olarak yaptığınız yedekleme işlemlerine ek olarak, eğer mümkünse, sürücüyü iade etmeden önce içinde bulunan verileri yedekleyiniz çünkü Seagate'e veya yetkili servis merkezine gönderdiğiniz ürün size iade edilmeyecektir. Sürücünüzün içeriğinin yedeklenmesi konusuyla ilgili daha fazla bilgiyi www.seagate.com internet adresinde bulabilirsiniz.

## Seagate Ne Yapacak?
Eğer Seagate, ürünü Seagate'e veya yetkili bir servis merkezine iade etmeniz için size onay verirse, Seagate ürününüzü eşdeğer bir ürünle ücret almadan değiştirecektir. Seagate, ürününüzü daha önceden kullanılmış, tamir edilmiş ve Seagate spesifikasyonlarına uygunluğu test edilmiş bir ürün ile değiştirebilir. Seagate, eski ürünün yerine gönderilecek ürünün nakliye masraflarını ödeyecektir. Ürününüzü değiştirilmek üzere göndermekle, mülkiyetinin Seagate'e geçmesini kabul etmektesiniz. Seagate elinizdeki orijinal ürünü size iade etmeyecektir. Sürücü üzerindeki verinin kurtarılması işbu sınırlı garantinin kapsamı altında olmayıp, onarım veya değişim prosesinin bir parçası değildir. Sürücünüz üzerinde veri kurtarma işlemi yapılmasını istiyorsanız, ilave bir ücret ödemek kaydıyla ayrı bir hizmet olarak bu servisi Seagate'den alabilirsiniz. Seagate, onarılan veya değiştirilen ürünün, orijinal ürünün geri kalan sınırlı garanti süresi boyunca veya doksan 90 gün boyunca (hangisi daha uzun ise) sınırlı garantinin kapsamı altında olduğunu taahhüt etmektedir.

## Hangi Ülke Hukuku Uygulanacaktır?
İşbu garantiye California Eyaleti, ABD hukuku uygulanacaktır. Bu hukuk, sizlere belirli yasal haklar tanımaktadır, ve ayrıca ülkeden ülkeye değişen başkaca haklarınız da mevcuttur. Sizin için, bulunduğunuz yargı çevresinde tüketiciye yapılan satışlara uygulanan hukukun, ulusal hukuklara uygulanan 99/44 sayılı AB Yönergesi dahil olmak üzere ve fakat bununla sınırlı olmaksızın, size sağlamış olduğu diğer hakları bertaraf etmeyecek ve etkilemeyecektir. Bazı ülkeler arızi ve dolaylı zararların garanti kapsamı dışında bırakılmasına izin vermemektedirler, bu nedenle işbu sınırlı garantide öngörülen sınırlamalar veya kapsam dışı bırakmalar size uygulanmayabilir.

## Hangi Seagate Technology Şirketleri bu sınırlı garantiyi sağlamaktadır?
Sınırlı Garantiyi sağlayacak Seagate Şirketi, ürünü nerede satın aldığınıza bağlıdır:

*ABD ve Amerika Kıtası:* Seagate Technology LLC,
10200 South De Anza Boulevard, Cupertino, CA 95014, ABD

*Avrupa, Orta Dogu ve Afrika:* Seagate Technology International,
Koolhovenlaan 1, 1119 NB Schiphol-Rijk, Hollanda

*Asya Pasifik:* Seagate Singapore International Headquarters Pte. Ltd.,
7000 Ang Mo Kio Avenue 5, Singapur 569877.

Lütfen Ürünleri yukarıdaki adreslere göndermeden önce yukarıdaki "Ne Yapmalısınız" başlıklı paragrafta belirtilen kuralları uygulayınız.

## מה מכסה אחריות מוגבלת זו?

אחריות מוגבלת זו מכסה את כל הפגמים בעבודה או בחומרים במוצר החדש של סגייט זו מצורפת אליו. רק צרכנים הרוכשים מוצר זה ממפיץ מורשה של סגייט זכאים לכיסוי לפי אחריות מוגבלת זו.

## מה אורך תקופת האחריות?

תקופת האחריות למוצר מצוינת על המוצר עצמו כחלק מן האריזה. חפשו על קופסת המוצר או במדריך להתחלה מהירה את ציון תקופת האחריות התקופה לגבי המוצר שלכם. ניתן גם ליכנס לאתר האינטרנט של סגייט http://www.seagate.com/retailwarranty/ לקבלת פרטים על אורך תקופת האחריות וביירור אם חלות הגבלות מבוססות מקום כלשהן לגבי אחריות זו. אם רכשתם את המוצר במדינת החברה בשוק האירופי, תקופת האחריות על המוצר תהיה או התקופה לגבי או שנתיים (2 שנים), לפי הארוכה מביניהן. תקופת האחריות לכל הרכיבים שאינם המוצר הראשי היא תשעים (90) ימים ממועד הרכישה המתועד, או שנתיים (2 שנים) אם נרכש במדינת החברה בשוק האירופי.

## מה לא מכוסה באחריות זו?

אחריות זו אינה מכסה כל בעיה שנגרמה עקב (א) שימוש מסחרי, תאונה, שימוש לרעה, הזנחה, פליטה אלקטרוסטטית, נטרול שדה מגנטי, חום או לחות החורגים ממפרט המוצר; התקנה, הפעלה, תחזוקה או שינויים לא נאותים; או (ב) כל שימוש בניגוד להוראות השימוש בהנחיות לצרכן, או (ג) סיסמאות אבודות; או (ד) תקלות שנגרמו עי ציוד אחר. אחריות מוגבלת זו בטלה אם המוצר מוחזר עם תגים שהוסרו, טושלו או נפגעו או כל שינויים (כולל הוצאה לא מורשית של כל חלק אן כיסוי חיצוני). אחריות מוגבלת זו אינה מכסה אובדן נתונים – יש לגבות באופן סדיר את תכולת הכונן לאמצעי אחסון אחר. כמו כן, אחריות זו אינה מכסה נזק תוצאתי; זכן נלווה; ועליות הקשורות לשחזור, הסרה והתקנה של נתונים, אינם מכוסות תחת אחריות זו.

## מה עליכם לעשות?

סגייט לא תעניק כיסוי כלשהו על פי האחריות אלא אם דרישתכם תעמוד בכל תנאי אחריות מוגבלת זו, ותופעלו בהתאם לנוהל החזרת המוצר. כדי לבקש שירות על פי האחריות, צרו קשר עם מרכז שירות מורשה של סגייט או פנו ל-www.seagate.com למידע נוסף בקשר לתמיכת לקוחות במדינתכם. ניתן גם לקבל פרטים על מיקום מרכזי שירות מורשים של סגייט, וליצור קשר עם מערכת שירות הלקוחות האוטומטית על ידי חיוג למספר 1-800-SEAGATE+. מתקשרים מחוץ לארצות הברית יכולים להתקשר למרכז שירות זה במספר 1-405-324-4770+. לאחר שמרכז שירות מורשה או סגייט יקבעו שיש צורך בתיקון או החלפה, תתבקשו למסור שם, כתובת, מספר טלפון, כתובת דואר אלקטרוני, ומספר סידורי של המוצר, ואז יונפק לכם מספר הזמנת החזרה לשימוש בעת החזרת מוצר לסגייט. על המוצר המוחזר לסגייט להיות ארוז כהלכה בארגזו המקורי (או בארגזו שנתן על המוצר בהגנה שוה של האריזה המקורית), ויש לשלוח לאחר תשלום דמי המשלוח מראש, באמצעי משלוח המספק מעקב אחר המשלוח, לכתובת שנמסרה לכם בעת קבלת מספר הזמנת החזרה. בנוסף לגיבויים הרגילים, בצעו, במידת האפשר, גיבוי נוסף לנתונים שלכם טרם החזרת כונן שתשולח לסגייט או לספק שירותים מורשה לא יוחזר אליכם. מידע נוסף על גיבויים של הכונן שלכם ניתן למצוא באתר www.seagate.com.

## מה סגייט תעשה?

אם סגייט אישרה את החזרת המוצר לסגייט או לספק שירות מורשה, סגייט תחליף את המוצר שלכם ללא תשלום, במוצר חלופי שווה ערך מבחינה תפקודית. סגייט רשאית להחליף את המוצר שלכם במוצר שנעשה בו שימוש קודם, אשר תוקן ונבדק לעמידתו בדרישות סגייט. סגייט תשלם את עלות המשלוח של המוצר החלופי אליכם. בעצם משלוח המוצר לשם החלפתו, אתם נותנים לנו את הסכמתכם להעברת הבעלות במוצר המקורי לסגייט. סגייט לא תחזיר לכם את המוצר

---

המקורי שלכם. אחריות זו אינה מכסה שחזור נתונים, ושחזור נתונים אינו חלק מהתהליך התיקון או ההחלפה. המעוניינים בשחזור נתונים מהכונן שלהם, יכולים לקבל שירות בתוספת תשלום. סגייט נותנת אחריות למוצרים שנוקנו או הוחלפו למשך יתרת תקופת האחריות המקורית על המוצר או למשך 90 יום, המאוחר מביניהם.

## כיצד חל הדין המדינתי?

על אחריות זו חלים דיני מדינת קליפורניה, ארהב. דין זה מעניק לכם זכויות משפטיות ספציפיות, וכן עשויות להיות לכם זכויות אחרות המשתנות ממדינה למדינה. אחריות זו אינה פוגעת בזכויות נוספות שיש לכם לפי דיני המדינה שלכם החלים על מכירה של מוצרים לצרכנים, לרבות, ומבלי לגרוע, חוקים המיישמים את דירקטיבה ה- EC 99/44 של האיחוד האירופאי. במדינות מסוימות הדין אינו מתיר לסייג או להגביל אחריות לנזקים תוצאתיים או נלווים, ולפיכך ייתכן שההגבלות או הסייגים שלעיל אינם חלים עליכם.

## אילו חברת מקבוצת סגייט טכנולוגיה מעניקות אחריות זו?

זהות חברת סגייט המעניקה אחריות תלויה במקום בו רכשתם את המוצר:

בארצות הברית ואמריקה:
Seagate Technology LLC, 10200 South De Anza Boulevard,
Cupertino, CA 95014, USA

באירופה, המזרח התיכון, ואפריקה:
Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

באסיה והפסיפיק: Seagate Singapore International Headquarters
Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877

נבקשכם לא להחזיר מוצרים לכתובות הרשומות לעיל, אלא לפעול בהתאם לכללים המפורטים בפיסקה "מה עליכם לעשות?"

# Seagate的有限保证

## 本有限保证保障范围是哪些?

本有限保证系针对附有本有限保证书的Seagate新产品的任何材料或工艺瑕疵而制定。消费者只有在从授权Seagate零售商或转售商购买本产品的情况下,方有资格享有本有限保证提供的保障。

## 保证期为多长?

本产品的保证期为您产品包装上注明的时间期限。有关您产品的适用性指南,请查看您产品的包装盒或快速入门指南。还可以通过访问http://www.seagate.com/retailwarranty/查看您的保证证书并确定是否有任何使用限制条件。如果您是在欧洲经济区成员国内购买的产品,则本产品保证期将更长或为两(2)年。主要产品以外的所有组件的保证期为自您购买之日(以登记记录日期为准)起九十(90)天,或者,如果是在欧洲经济区成员国内购买的产品,则为两(2)年。

## 本有限保证不保障哪些方面?

本有限保证不保障以下情况引起的任何问题:(a)商业使用、事故、滥用、疏忽、震动、静电放电、消磁、产品规格范围之外的高温或潮湿、不当安装、操作、维护或变更;或(b)与用户手册说明不符的任何不当使用;或(c)密码遗失;或(d)其他设备引起的故障。如产品退还时标签已被撤除、损坏或篡改或已对产品做出改动(包括未经授权拆除任何部件或外壳),则本有限保证无效。本有限保证不对数据丢失做出保障——请定期将您的驱动器中的内容在其他存储媒介上进行备份。另外,本有限保证也不对数据恢复、删除和安装相关的后果性损害赔偿、附带损害赔偿和费用予以保障。

## 您需要采取哪些行动?

只有在您的索赔符合本有限保证书的所有条款,并且您办理适当退货手续的情况下,Seagate方提供保证。要申请质保服务,请与Seagate授权服务中心联系,或浏览www.seagate.com以进一步了解您所在的国家或地区内的客户服务信息。您也可拨打+1-800-SEAGATE了解Seagate授权服务中心的地点分布信息及获取Seagate自动客户服务目录。如在美国内,则可拨打+1-405-324-4770获得上述服务。授权服务中心或Seagate一旦确定需要修理或做出更换,请即按要求告知您的姓名、地址、电话号码、电邮和产品序列号,然后您会获得一个退货号(用于向Seagate退回产品)。退回Seagate的产品必须以原包装(或对产品具有与原包装同等保护作用的包装)妥善包装,并通过一种可以追踪您的包裹的装运方法发运至您收到退货号时所获提供的地址,运费预付。除例行备份之外,请在退还驱动器之前尽可能对数据进行备份,因为您发至Seagate或授权服务提供商的产品不会退还给您。有关对驱动器的内容进行备份的更多资料,请浏览www.seagate.com。

## Seagate会采取什么行动?

如果Seagate授权您将产品退回Seagate或授权服务提供商,则Seagate将免费将您的产品更换为功能上类似的代用产品。Seagate可将您的产品更换为先前使用过、经过修理和测试符合Seagate规格的产品。Seagate将支付向您发运替换产品的运输费用。您将产品发出进行更换,即表示您同意将原产品的所有权转移至Seagate。Seagate将不会把您的原产品退还给您。数据恢复不在本有限保证范围之内,也不属于修理或调换程序的一部分。如果您希望对您的驱动器进行数据恢复处理,Seagate可另行提供该服务,费用亦另行收取。Seagate保证:经过修理或更换的产品的保证期限为原产品保证的剩余期限或90天(以较长者为准)。

## 如何适用各州法律?

本有限保证受美国加利福尼亚州法律管辖。其赋予您特定的法律权利。您亦可享有其他州赋予的其他权利,但各州赋予的权利可能有所不同。本有限保证不影响您所在的国家或地区有关消费品销售法律(包括但不限于实施99/44欧盟指令的全国法律)项下您所享有的任何其他权利。某些州不允许排除或限制附带的或后果性的损害赔偿,因此本有限保证书中的限制或除外条款可能并不适用于您。

## 哪些Seagate Technology公司提供本有限保证?

哪家Seagate公司提供本有限保证取决于您的产品是在何处购买:

美国/美洲:Seagate Technology LLC,
10200 S. De Anza Blvd, Cupertino, CA 95014, USA

欧洲、中东、非洲:Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

亚太:Seagate Singapore International Headquarters Pte. Ltd.,
7000 Ang Mo Kio Avenue 5, Singapore 569877.

请勿将产品退至以上所列地址。请遵循"您需要采取哪些行动?"一段所述规定。

# Seagate的有限保固

**本有限保固保障什麼？**
本有限保固就附有本有限保固書的Seagate新產品的任何材料或工藝瑕疵而制定。只有從Seagate授權的零售商或轉售商購買本產品的消費者，方有資格享有本有限保固提供的保障。

**保固期有多長？**
本產品的保固期為在您產品包裝上註明的時間期限。有關您產品的適用保固期，請查看您產品的包裝盒或快速入門指南。還可以透過造訪http://www.seagate.com/retailwarranty/查看您的保固期並確定是否有任何使用限制條件。如果您是在歐洲經濟區成員國境內購買，您的適用產品保固期將更長或為二(2)年。主要產品以外的所有元件的保固期為自您登記記錄之購買日期起九十(90)天，或者，如果是在歐洲經濟區成員國內購買的產品，則為二(2)年。

**本有限保固不保障什麼？**
本有限保固不保障以下情況引起的任何問題：(a) 商業使用，事故，濫用，疏忽，震盪，靜電放電，消蝕，超出產品規格範圍之外的高溫或潮濕，不當安裝、不當操作、不當維修或變更；或 (b) 與使用者手冊說明不符的任何不當使用；或 (c) 密碼遺失；或 (d) 其他設備引起的故障。消費者所退回的產品，如其標籤已被移除、損壞或篡改或該產品有被改動（包括未經授權拆除任何部件或外殼），則本有限保固無效。本有限保固不對資料遺失做出保障──請定期將您的磁碟機中的內容備份到其他儲存媒體上。另外，本保固也不對資料恢復、刪除和安裝相關的後果性損害賠償、附帶損害賠償和費用予以保障。

**您需要做甚麼？**
只有在您的索償符合本有限保固書的所有條款，並且您辦理適當退貨手續的情況下，Seagate方提供保固。要申請保固服務，請與Seagate的授權服務中心聯絡，或瀏覽www.seagate.com以進一步瞭解您所在的國家或地區內的客戶服務資料。您也可撥打+1-800-SEAGATE從而取得Seagate授權服務中心的地點分佈資料及使用Seagate自動客戶服務目錄。如在美國以外，則可撥打+1-405-324-4770獲得上述服務。授權服務中心或Seagate一旦確定需要修理或做出更換，將您按要求告知您的姓名、地址、電話號碼、電郵和產品序號，然後您會獲得一個退貨號（用於向Seagate退回產品）。退回磁碟機的產品必須以原來包裝（或如非原來包裝，則該包裝須對產品提供同等保護作用）妥善包裝，並透過一種可以追踪您的包裹的裝運方法發運至您收到退貨號時Seagate提供給您的地址，運費預付。除例行備份之外，還請您在退回磁碟機之前儘可能對資料進行備

份，因為您寄給Seagate或授權服務提供商的產品不會退還給您。有關為磁碟機的內容進行備份的更多資料，請瀏覽www.seagate.com。

**Seagate將會做什麼？**
如果Seagate授權您將產品退回Seagate或授權服務提供商，則Seagate將免費以具有同等功能的產品更換您的產品。Seagate可以使用過、經過修理和測試符合Seagate規格的產品更換您的產品。Seagate將支付向您寄發替換產品的運輸費用。您將產品退回以要求更換，即表示您同意將該產品的所有權轉移給Seagate。Seagate將不會把您原來的產品退還給您。資料恢復不在本有限保固範圍之內，也不屬於修理或替換程序的一部分。如果您希望對您的磁碟機進行資料恢復處理，Seagate可另行提供該服務，費用亦另行收取。Seagate保證：經過修理或更換的產品的保固期限為原來產品保固的剩餘期限或90天（以較長者為準）。

**各州法律如何適用？**
本有限保固受美國加利福尼亞州法律管轄。其賦予您特定的法律權利。您亦可能享有其他州賦予的其他權利，但各州賦予的權利可能有所不同。本有限保固不影響您所在的國家或地區有關消費品銷售的法律（包括但不限於實施99/44歐盟指令的全國法律）之下您所享有的任何其他權益。某些州不允許排除或限制附帶的或後果性的損害賠償，因此本有限保固書中的限制或除外條款可能並不適用於您。

**哪些Seagate Technology公司提供本有限保固？**
由哪家Seagate公司提供本有限保固，取決於您購買產品的所在地：

美國/美洲：Seagate Technology LLC,
10200 S. De Anza Blvd, Cupertino, CA 95014, USA

歐洲、中東、非洲：Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

亞太區：Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877.

請勿將產品退至以上所列地址。請遵循「您需要做什麼？」一段所述規定。

## 품질보증의 적용대상.

본 제한적 품질보증은 이 제한적 품질보증서가 첨부되어 있는 Seagate 신규제품의 재료 또는 기술상의 결함에 대해서 적용됩니다. 그리고, 본 제한적 품질보증은 Seagate의 공식 소매인 또는 리셀러로부터 본 제품을 구매한 소비자에 한해서만 적용됩니다.

## 품질보증기간.

이 제품에 대한 보증기간은 제품 포장에 나와 있습니다. 제품 보증기간은 제품 상자나 퀵 스타트 가이드를 참조하십시오. 또한 http://www.seagate.com/retailwarranty/에 접속하여 보증기간을 확인하고 사용경기반 제한이 있는지도 확인할 수 있습니다. 유럽 경제 구역 회원 국가에서 제품을 구입한 경우 해당 제품의 보증기간 또는 이(2)년 이상입니다. 기본 제품 이외의 모든 구성품에 대한 보증기간은 서류상 구매일로부터 구십(90)일이며 유럽 경제 구역 회원 국가에서 제품을 구입한 경우 이(2)년입니다.

## 품질보증의 적용제외대상.

본 품질보증은 (a) 상업적 용도의 사용, 사고, 남용, 과실, 충격, 정전기 방전, 소자, 제품 사양을 초과하는 열기 또는 습기, 부적절한 설치·작동·보수·변경; (b) 사용자 매뉴얼상의 지시사항에 반한 오용; (c) 비밀번호 분실; 또는 (d) 다른 설비에 의해 야기된 기능장애에 대해서는 적용되지 않습니다. 본 제한적 품질보증은 제품의 라벨이 제거·손상·변조된 채로 제품이 반품되거나 또는 제품이 변경(구성요소 또는 외부 커버의 승인받지 아니한 제거 포함)된 채로 반품되는 경우에는 무효입니다. 본 제한적 품질보증은 데이터 손실에 대해서도 적용되지 않습니다—따라서, 귀하의 드라이브상의 저장내용을 별도의 저장장치에 정기적으로 백업해 두어야 합니다. 또한, 결과적 손해, 부수적 손해, 그리고 데이터 복구·제거·설치 관련 비용도 본 품질보증에 의하여 보증되지 않습니다.

## 소비자 의무사항.

Seagate는 귀하가 이 제한적 품질보증서의 모든 조건을 준수하고 적정한 반품절차를 따르지 않는 한 보증책임을 지지 아니합니다. 품질보증서비스는 Seagate 공식 서비스센터에 요청해야 하며, 귀하가 거주하고 있는 나라에서의 고객지원에 관한 보다 상세한 정보에 대해서는 www.seagate.com을 참조하시기 바랍니다. 그리고, 전화번호 +1-800-SEAGATE로 전화하여 Seagate 공식 서비스센터의 위치에 관한 정보를 얻을 수도 있으며 또한 자동고객서비스 디렉토리에 접속할 수도 있습니다. 미국 이외의 지역에서는 전화번호 +1-405-324-4770로 전화하면 이 서비스를 받을 수 있습니다. 공식 서비스센터나 Seagate는 수리 또는 교체가 필요하다고 판단하면, 귀하의 이름, 주소, 전화번호, 이메일 및 제품일련번호를 문의한 후, 귀하가 Seagate에 제품을 반품할 때 사용할 반품주문번호(Return Order Number)를 귀하에게 부여합니다. 귀하가 Seagate에 반품하는 제품은 원래의 포장상태대로 적절히 포장되어(또는 원래의 제품 포장에 상응하는 정도의 보호력이 있도록 포장되어) 귀하가 반품주문번호를 부여받을 때 제공받은 주소지로, 귀하의 물품의 운송 상태를 추적할 수 있는 운송 수단을 통하여 운송비 선불상태로 배달되어야 합니다. 정기적인 백업 이외에, Seagate에 드라이브를 반품할 때에는, 귀하가 Seagate 또는 공식 서비스센터에

보내는 제품 그 자체가 귀하에게 반환되는 것은 아니기 때문에, 가능하다면 그 전에 귀하의 데이터를 백업해 두어야 합니다. 귀하의 드라이브에 있는 콘텐츠의 백업에 관한 추가적인 정보는 www.seagate.com에서 확인할 수 있습니다.

## 품질보증의 내용.

Seagate가 귀하에게 제품을 Seagate 또는 공식 서비스센터에 반품하도록 허가하는 경우, Seagate는 귀하에게 비용을 부담시키지 아니하고 귀하의 제품을 그에 상응하는 기능을 가진 다른 제품으로 교체해 줍니다. Seagate는 귀하의 제품을 이전에 사용, 수리 및 검사되어 Seagate 사양에 부합하는 다른 제품으로 교체할 수 있습니다. 교체 제품의 귀하에 대한 운송비는 Seagate가 부담합니다. 귀하가 교체를 위해 제품을 보내게 되면, 귀하는 원래의 제품 소유권을 Seagate에 이전하는 것에 동의하는 것입니다. Seagate는 귀하에게 귀하의 원래의 제품을 반환하지 아니합니다. 데이터 복구는 본 제한적 품질보증에 의해 보증되지 않으며, 또한 데이터 복구는 수리 또는 교환 서비스의 대상이 되지 아니합니다. 귀하가 드라이브상의 데이터 복구를 Seagate에 의뢰하는 경우, 이는 별도의 서비스로서 추가수수료를 부담하여야 합니다. Seagate는 수리 또는 교체된 제품에 대해서는 원래의 제품보증기간의 잔여기간 또는 90일 중 더 긴 기간 동안만 품질보증을 합니다. 교체 제품의 귀하에 대한 운송비는 Seagate가 부담합니다.

## 준거법.

본 제한적 품질보증에 대해서는 미국 캘리포니아주 법률을 적용합니다. 귀하는 미국 캘리포니아주 법률에서 정한 특정한 권리를 가질 뿐만 아니라, 나라마다 다른 여타 권리를 가질 수도 있습니다. 본 제한적 품질보증은 EC 규정 99/44의 시행법률 등 소비자 제품에 관한 귀하의 국가의 법률상 귀하가 가지는 추가적인 권리에 영향을 미치지 않습니다. 일부 국가에서는 부수적 또는 결과적 손해배상의 배제 또는 제한을 허용하지 아니하며, 따라서 이 제한적 품질보증상의 그와 같은 배제 또는 제한은 귀하에게 적용되지 아니할 수도 있습니다.

## 품질보증 제공회사.

본 제한적 품질보증을 제공하는 Seagate 회사는 다음과 같이 귀하가 제품을 구입하는 지역에 따라 다릅니다.

미주지역: Seagate Technology LLC, 10200 S. De Anza Blvd, Cupertino, CA 95014, USA

유럽, 중동아시아 및 아프리카 지역: Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

아시아 태평양 지역: Seagate Singapore International Headquarters Pte. Ltd., 7000 Ang Mo Kio Avenue 5, Singapore 569877

제품의 반품은 위에 기재되어 있는 주소로 해서는 아니되며 위 "소비자 의무사항"에 규정되어 있는 규칙에 따라야 합니다.

# Seagate限定的保証

**限定的保証の範囲**
本限定的保証は、本保証付きのSeagateの新製品のあらゆる原材料または性能上の欠陥に対して適用されます。本保証は、Seagateの指定販売店または指定再販業者から本製品を購入された消費者にのみ適用されます。

**保証期間**
本製品の保証期間は製品の梱包箱の一部として表示されている期間です。本製品の適用保証期間については、製品ボックスまたはクイック スタード ガイドをご覧ください。また、http://www.seagate.com/retailwarranty/ からも保証期間および使用ベースの制限をご確認いただけます。欧州経済領域加盟国で製品を購入された場合、製品の保証期間は通常よりも長くなるため、2 年間となります。主な製品を除くすべてのコンポーネントの保証期間は、ご購入日から 90日間、また欧州経済領域加盟国で購入された場合は、2 年間となります。

**保証適用対象外事項**
本限定的保証は、(a) 商業的使用、事故、濫用、過失、衝撃、静電放電、消磁、製品仕様外の熱または湿気、不適切なインストール、運用、保守または改変、(b) ユーザマニュアル上の指示に反するあらゆる誤用、(c) パスワードの紛失、(d) 他の機器による誤動作には適用されません。ラベルの除去、損傷、表示の改ざん、その他の改変（許諾されていないコンポーネントまたは外箱の除去を含む）がなされた上で返品された場合、本限定的保証は無効です。本限定的保証はデータの喪失には適用されません。お客様のドライブのコンポーネントを定期的に別の記憶媒体にバックアップを取ってください。また、偶発的損害、付随的損害、ならびに、データの回復、削除およびインストールに関する費用について、本保証の適用はありません。

**お客様の責務**
お客様の請求が本限定的保証規程のすべての条件に従い、かつ、お客様が適切な返品手続に則っていない限り、Seagateはいかなる保証もいたしません。保証サービスを要求する場合、Seagateの指定サービスセンターに連絡するか、またはお客様の地域のカスタマサポート情報の詳細についてwww.seagate.comを参照してください。また、Seagateの指定サービスセンターの所在地に関する情報の入手、および、Seagateの自動カスタマサービス案内へのアクセスについては、+1-800-SEAGATE にお電話してください。米国外からお電話される場合には、+1-405-324-4770にお電話してください。指定サービスセンターをSeagateが修理または交換が必要であると判断した場合、お客様は、お客様の氏名、住所、電話番号、電子メールアドレスおよび製品シリアル番号を要求された後、Seagateに製品を返すときに使用する返品請求番号（Return Order Number）の発行を受けます。お客様は、Seagateに返す製品を、元々の包装によって（または元々の包装と同程度に製品を保護する包装によって）適切に包装し、かつ、送料前払いで、お客様の送付品の追跡が可能な送付方法により、返品請求番号（Return Order Number）の発行を受けた際に提供された住所宛てに、発送しなければなりません。お客様がSeagateまたは指定サービスプロバイダーに送る製品はお客様に返

還されませんので、定期的なバックアップに加え、可能であれば、ドライブを返品する前にお客様のデータをバックアップしてください。お客様のドライブのコンポーネントのバックアップに関する追加の情報についてはwww.seagate.comを参照してください。

**Seagateの責務**
Seagateがお客様に対してSeagateまたは指定サービスプロバイダーに対するお客様の製品の返品を認める場合、Seagateはお客様の製品を同等の機能を有する代替製品と無償で交換します。Seagateは、お客様の製品を、以前使用、修理およびSeagateの仕様との適合テストがなされた製品と交換する場合があります。Seagateは、代替製品をお客様に送付する際の送料を支払います。交換のために製品を送付することにより、お客様は、元の製品の所有権をSeagateに移転することに同意するものとします。Seagateは、お客様に対し、元の製品を返還いたしません。データの回復については、本限定的保証の適用はなく、修理または交換手続にも含まれません。お客様がお客様のドライブのデータの回復を希望する場合、別途有償でSeagateからかかるサービスを受けることができます。Seagateは、修理または交換された製品について、元の製品の残余保証期間または90日のいずれか長い方の期間、保証します。

**準拠法**
本限定的保証は米国カリフォルニア州法に準拠するものとします。同法はお客様に特別の法的権利を与えるものであり、お客様は、州ごとに異なるその他の権利を有する場合があります。本限定的保証は、EC Directive 99/44を実効するための国の法律を含みますがこれに限らず、お客様の管轄における消費者向け製品の販売に適用される法律に基づきお客様が有する追加的権利に影響を与えるものではありません。州によっては付随的または偶発的損害に関する免責または制限を認めていないため、お客様に本限定的保証の免責または制限が適用されない場合があります。

**保証の延長**
お客様が製品を購入された場所に応じてどのSeagate社が本限定的保証を提供するかが異なります。

米国および南北アメリカ: 10200 S. De Anza Blvd, Cupertino, CA 95014, USA 所在のSeagate Technology LLC

ヨーロッパ、中東、アフリカ: Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands 所在のSeagate Technology International

アジア太平洋: 7000 Ang Mo Kio Avenue 5, Singapore 569877所在の Seagate Singapore International Headquarters Pte. Ltd.

なお、上記の住所宛てに返品しないでください。「お客様の責務」の項に記載された手続に従って返品してください。

Copyright © 2013 Seagate Technology LLC. All rights reserved. Seagate and the Seagate stylized logo are registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. Seagate reserves the right to change, without notice, product offerings or specifications.

Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014
U.S.A.

Seagate Technology International
Koolhovenlaan 1
1119 NB Schiphol-Rijk
The Netherlands

Seagate Singapore International
Headquarters Pte. Ltd.
7000 Ang Mo Kio Avenue 5
Singapore 569877



PN: 100736398  08/13