# EXHIBIT C

## Backblaze Hard Drive Failure Rates
Ordered by Drive Size (2013 through Q3 2015)

| Model Name/Number | Size | 2013 Failure Rate | 2014 Failure Rate | 2015 Failure Rate | All Periods: 2013 - 2015 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Failure Rate | Low Rate | High Rate | Max # in Service | Avg Age (Months) |
| Western Digital Caviar Green (WD10EACS) | 1TB | 0.00% | 5.21% | 0.00% | 2.48% | 1.40% | 8.10% | 84 | 70.5 |
| Western Digital Caviar Green (WD10EADS) | 1TB | 4.29% | 3.90% | 9.91% | 5.44% | 4.10% | 7.10% | 474 | 70.0 |
| All 1TB Drives | | 4.29% | 4.09% | 8.66% | 5.02% | | | | |
| Seagate Barracuda Green ST1500DL003 | 1.5TB | 129.88% | 66.01% | 222.77% | 106.52% | 85.70% | 130.90% | 51 | 26.7 |
| Seagate Barracuda 7200.11 (ST31500341AS) | 1.5TB | 23.29% | 23.53% | 26.69% | 23.87% | 20.80% | 27.30% | 539 | 67.9 |
| Seagate Barracuda LP (ST31500541AS) | 1.5TB | 10.52% | 9.52% | 12.07% | 10.43% | 9.40% | 11.50% | 1,929 | 65.0 |
| All 1.5TB Drives | | 16.57% | 13.11% | 15.10% | 14.71% | | | | |
| HGST(*) Deskstar 7K2000 (HDS722020ALA330) | 2TB | 1.03% | 1.07% | 2.81% | 1.61% | 1.40% | 1.90% | 4,716 | 55.5 |
| Seagate Barracuda LP (ST32000542AS) | 2TB | 7.90% | 13.43% | | 10.28% | 6.90% | 14.20% | 288 | 0.0 |
| Western Digital Red (WD20EFRX) | 2TB | | 0.00% | 6.85% | 6.85% | 2.40% | 17.50% | 126 | 6.1 |
| All 2TB Drives | | 1.45% | 1.42% | 2.87% | 1.88% | | | | |
| HGST(*) Deskstar 5K3000 (HDS5C3030ALA630) | 3TB | 0.99% | 0.59% | 1.31% | 0.92% | 0.70% | 1.10% | 4,595 | 40.5 |
| HGST(*) Deskstar 7K3000 (HDS723030ALA640) | 3TB | 1.01% | 2.27% | 2.12% | 1.91% | 1.40% | 2.60% | 1,027 | 45.7 |
| Seagate Barracuda 7200.14 (ST3000DM001) | 3TB | 10.35% | 43.08% | 30.94% | 28.46% | 26.90% | 29.60% | 4,247 | 34.5 |
| Seagate Barracuda XT (ST33000651AS) | 3TB | 6.91% | 4.80% | 3.55% | 5.11% | 3.50% | 7.30% | 293 | 42.8 |
| Toshiba DT01ACA Series (TOSHIBA DT01ACA300) | 3TB | 6.93% | 3.68% | 2.80% | 4.20% | 1.40% | 9.80% | 58 | 29.1 |
| Western Digital Red 3 TB (WDC WD30EFRX) | 3TB | 3.79% | 6.94% | 8.79% | 7.65% | 6.40% | 9.30% | 1,085 | 16.3 |
| Western Digital Green 3 TB (WDC WD30EZRX) | 3TB | 6.32% | 0.00% | | 6.32% | 4.10% | 9.80% | 388 | 0.0 |
| All 3TB Drives | | 5.22% | 15.06% | 4.33% | 9.43% | | | | |
| HGST(*) Deskstar 5K4000 (HDS5C4040ALE630) | 4TB | 1.65% | 0.91% | 0.86% | 1.07% | 0.80% | 1.40% | 2,643 | 29.9 |
| HGST Megascale 4000 (HMS5C4040ALE640) | 4TB | 3.85% | 1.41% | 0.70% | 0.93% | 0.70% | 1.20% | 7,092 | 14.0 |
| HGST Megascale 4000.B (HMS5C4040BLE640) | 4TB | | 0.52% | 0.47% | 0.50% | 0.30% | 0.80% | 3,103 | 16.9 |
| Seagate Desktop HDD.15 (ST4000DM000) | 4TB | 4.17% | 2.58% | 3.31% | 3.06% | 2.80% | 3.30% | 20,921 | 13.1 |
| Seagate Barracuda XT (ST4000DX000) | 4TB | 1.12% | 1.12% | 3.73% | 1.99% | 0.70% | 3.60% | 214 | 23.8 |
| Toshiba MD04ABA-V Series (MD04ABA400V) | 4TB | | | 4.80% | 4.80% | 1.00% | 14.20% | 145 | 5.2 |
| Western Digital Red 4 TB (WD40EFRX) | 4TB | | 0.00% | 2.97% | 1.42% | 0.00% | 7.90% | 45 | 18.5 |
| All 4TB Drives | | 2.75% | 1.88% | 2.18% | 2.10% | | | | |
| Toshiba MD04ABA-V Series (MD04ABA500V) | 5TB | | | 3.84% | 3.84% | 0.10% | 21.60% | 45 | 7.0 |
| All 5TB Drives | | | | 3.84% | 3.84% | | | | |
| Seagate 6 TB SATA 3.5 (ST6000DX000) | 6TB | | 0.00% | 2.90% | 2.84% | 1.60% | 3.80% | 1,882 | 6.2 |
| Western Digital Red 6 TB (WD60EFRX) | 6TB | | | 3.07% | 5.73% | 5.49% | 3.20% | 8.20% | 458 | 9.4 |
| All 6TB Drives | | | 2.00% | 3.64% | 3.58% | | | | |
| HGST Ultrastar He8 (HUH728080ALE600) | 8TB | | | 3.41% | 3.41% | 0.10% | 19.10% | 45 | 7.7 |
| All 8TB Drives | | | | 3.41% | 3.41% | | | | |
| All Drives | | 5.25% | 6.36% | 3.10% | 4.81% | | | | |

Source: *What Can 49,056 Hard Drives Tell Us? Hard Drive Reliability Stats for Q3 2015*, Backblaze (Oct. 14, 2015), https://www.backblaze.com/blog/hard-drive-reliability-q3-2015.