

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Marc Adam Goldich, Esq.*

**DATE OF ADMISSION**

*October 7, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 16, 2015

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk