| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 | | (510) 725-3000 | |
| Attorneys for: PLAINTIFFS | | W2657934 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

CHRISTOPHER A. NELSON

Defendant:

SEAGATE TECHNOLOGY LLC

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>5:16 cv 00523 |
|---|---|---|---|---|

I, B. Anderson                                        , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served:   SUMMONS; CLASS ACTION COMPLAINT ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF
REGISTRATION INFORMATION; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE
PAUL S. GREWAL (JUNE 2014); CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED
STATES MAGISTRATE JUDGE FOR TRIAL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; U.S. MAGISTRATE JUDGE PAUL
S. GREWAL SETTLEMENT CONFERENCE PROCEDURES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : SEAGATE TECHNOLOGY LLC

Served:              : VALERIE VILLEGAS, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of
                       Process
Address              : 818 West Seventh Street, Suite 930 , Los Angeles, CA 90017
Date & Time          : Wednesday, February 3, 2016 @ 2:25 p.m.
Witness fees were     : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
52 Second Street, Third Floor                (2) Registration No.: 6416
San Francisco, California 94105              (3) County: Los Angeles
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: February 3, 2016                   Signature: _____
                                                              B. Anderson


Printed on recycled paper