Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice to be filed*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*Pro Hac Vice*)
SHELLER, P.C.
1528 Walnut St., 4th Floor
Philadelphia, PA 19102
mgoldich@sheller.com
Telephone:  (215) 790-7300
Facsimile:  (215) 546-0942

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00523-RMW<br><br>DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES<br>3-12 AND 7-11 |
| THIS DOCUMENT RELATES TO:<br><br>*Ginsberg v. Seagate Technology LLC*, Case No. 5:16-cv-00612-LHK | |

010581-11  852401 V1

I, Jeff D. Friedman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP (Hagens Berman), attorneys of record for plaintiffs Adam Ginsberg, Dudley Lane Dortch IV, Dennis Crawford, and David Schechner (Plaintiffs) in the case *Ginsberg, et al. v. Seagate Technology*, Civil No. 5:16-cv-00612.

2. I am one of the attorneys responsible for handling this matter, along with the other attorneys identified on the *Ginsberg* complaint. If called as a witness, I could and would competently testify to the matters stated herein.

3. Pursuant to Civil Local Rules 3-12 and 7-11, I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11.

4. My firm, along with our co-counsel Sheller PC, filed the *Ginsberg* action on February 5, 2016. It is currently assigned to the Honorable Lucy H. Koh.

5. Attached hereto as Exhibit A is a copy of the *Ginsberg* complaint.

6. Plaintiffs' counsel believe that the *Ginsberg* case is related to the above-captioned *Nelson* case, as both cases assert identical claims and involves nearly identical issues of fact and law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2016 at Berkeley, California.

*/s/ Jeff. D. Friedman*
JEFF D. FRIEDMAN

DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT
OF PLS' MOT. TO CONSIDER WHETHER CASES      - 1 -
SHOULD BE RELATED - Case No.: 5:16-cv-00523-RSW
010581-11 852401 V1