1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00523<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Ginsberg v. Seagate Technology LLC*, Case No. 5:16-cv-00612-LHK | |

010581-11  852396 V1

1   On February 10, 2015, Plaintiffs filed an Administrative Motion to Consider Whether Cases

2   Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11.  The Court, having considered the

3   papers and pleadings on file, and good cause appearing, hereby GRANTS the motion.

4   It is hereby ordered that *Ginsberg v. Seagate Technology LLC*, Case No. 5:16-cv-00612, filed

5   February 5, 2016, and *Nelson v. Seagate Technology LLC*, Case No. 5:16-cv-00523, filed

6   February 1, 2016, shall be related and assigned to this Court.

7   **IT IS SO ORDERED.**

9   DATED: _____

    HONORABLE RONALD M. WHYTE

    UNITED STATES SENIOR DISTRICT COURT JUDGE

12  Respectfully Submitted,

13  DATED: February 10, 2016

14  HAGENS BERMAN SOBOL SHAPIRO LLP

16  By:   */s/ Jeff. D. Friedman*
          JEFF D. FRIEDMAN

17  715 Hearst Avenue, Suite 202
    Berkeley, California 94710
18  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
19  jefff@hbsslaw.com

20  Steve W. Berman (*pro hac vice to be filed*)
    1918 Eighth Avenue, Suite 3300
21  Seattle, Washington 98101
    Telephone: (206) 623-7292
22  Facsimile: (206) 623-0594
    steve@hbsslaw.com

24  Marc A. Goldich (*Pro Hac Vice*)
    SHELLER, P.C.
    1528 Walnut St., 4th Floor
25  Philadelphia, PA 19102
    Telephone: (215) 790-7300
26  Facsimile: (215) 546-0942
    mgoldich@sheller.com

27  Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLS' MOT.   - 1 -
TO CONSIDER WHETHER CASES SHOULD
BE RELATED - Case No.: 5:16-cv-00523
010581-11  852396 V1