Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice to be filed*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*Pro Hac Vice*)
SHELLER, P.C.
1528 Walnut St., 4th Floor
Philadelphia, PA 19102
mgoldich@sheller.com
Telephone:  (215) 790-7300
Facsimile:  (215) 546-0942

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>　　　　　　　　　Defendant. | No. 5:16-cv-00523-RMW<br><br>CERTIFICATE OF SERVICE |

010581-11  852376 V1

1    I, the undersigned, declare:

2    That declarant is and was, at all times herein mentioned, a resident of the United States and is
3    employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested
4    in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley,
5    California 94710.

6    On February 11, 2016, declarant served via United Parcel Service the following documents to
7    the party denoted on the attached Service List:

8       1.   Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related
9           Pursuant to Civil Local Rules 3-12 and 7-11; and
10      2.   Declaration of Jeff D. Friedman in Support Thereof.

11   I declare under penalty of perjury under the laws of the United States of America that the
12   foregoing is true and correct. Executed this 11th day of February 2016 at Berkeley, California.

13

14                                         s/ Brian R. Miller
15                                         BRIAN R. MILLER

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE - Case No.: 5:16-cv-00523-RSW

010581-11  852376 V1

## SERVICE LIST

**SEAGATE TECHNOLOGY LLC**
c/o Registered Agent CT CORPORATION SYSTEM
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

CERTIFICATE OF SERVICE - Case No.: 5:16-cv-00523-RSW

010581-11  852376 V1