SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC**<br><br>Courtroom 6 – 4TH Floor<br>Hon. Ronald M. Whyte<br><br>Complaint filed: February 1, 2016 |

-2-

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorneys of the law firm Sheppard Mullin Richter & Hampton LLP represent defendant Seagate Technology LLC in this matter. All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

```
Neil A.F. Popović, Cal. Bar No. 132403
Anne S. McLean Cal. Bar No. 142233
David E. Snyder, Cal. Bar No. 262001
Liên H. Payne, Cal. Bar No. 291569
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 18th Floor
San Francisco, CA  94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Emails:      npopovic@sheppardmullin.com
             amclean@sheppardmullin.com
             dsnyder@sheppardmullin.com
             lpayne@sheppardmullin.com
```

Dated: February 17, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Anna S. McLean
          ANNA S. McLEAN

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC