1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  npopovic@sheppardmullin.com
   ANNA S. McLEAN, Cal. Bar No. 142233
4  amclean@sheppardmullin.com
   DAVID E. SNYDER, Cal. Bar No. 262001
5  dsnyder@sheppardmullin.com
   LIÊN H. PAYNE, Cal. Bar No. 291569
6  lpayne@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
7  San Francisco, California 94111-4109
   Telephone:    415.434.9100
8  Facsimile:    415.434.3947

9  Attorneys for Defendant
   SEAGATE TECHNOLOGY LLC

11                UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC**<br><br>Courtroom 6 – 4TH Floor<br>Hon. Ronald M. Whyte<br><br>Complaint filed: February 1, 2016 |

SMRH:475107715.1     NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC

-2-

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL
2  INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorneys of the law firm Sheppard Mullin Richter & Hampton LLP represent defendant Seagate Technology LLC in this matter. All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

> Neil A.F. Popović, Cal. Bar No. 132403
> Anne S. McLean Cal. Bar No. 142233
> David E. Snyder, Cal. Bar No. 262001
> Liên H. Payne, Cal. Bar No. 291569
> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 18th Floor
> San Francisco, CA  94111-4109
> Telephone:   (415) 434-9100
> Facsimile:    (415) 434-3947
> Emails:       npopovic@sheppardmullin.com
>                    amclean@sheppardmullin.com
>                    dsnyder@sheppardmullin.com
>                    lpayne@sheppardmullin.com

Dated: February 17, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Anna S. McLean
            ANNA S. McLEAN

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC