SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant,
SEAGATE TECHNOLOGY, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAGATE TECHNOLOGY, LLC,<br><br>    Defendant. | Case No. 5:16-cv-00523-RMW<br><br>CLASS ACTION<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom 6 – 4TH Floor<br>Hon. Ronald M. Whyte<br><br>[Civil Local Rules 5-1(i)(3) and 6-1(a) and Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Complaint Filed: February 1, 2016 |

1  This Stipulation is entered into by and between Plaintiff Christopher A. Nelson ("Plaintiff") and Defendant Seagate Technology, LLC ("Defendant") through their respective counsel of record.

**RECITALS**

1. WHEREAS this action was filed by Plaintiff on February 1, 2016;
2. WHEREAS Defendant was served with Plaintiff's Complaint on February 3, 2016;
3. WHEREAS Defendant's responsive pleading is due on or before February 24, 2016;
4. WHEREAS the Parties agreed to extend Defendant's time to respond until April 6, 2016;
5. WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A) the Court may, for good cause, extend the time to answer the complaint with or without motion if a request is made before the original time or its extension expires;
6. WHEREAS, pursuant to Civil Local Rule 6-1(a), no court order is required;
7. WHEREAS, good cause exists for an extension of time to file a responsive pleading as to Plaintiff's Complaint, because Defendant and its counsel require sufficient time to investigate the facts and law applicable to this putative class action before a responsive pleading is due;
8. WHEREAS, the requested time modification will have no effect on the case schedule set by the Clerk's Notice Resetting Case Management Conference Following Reassignment (ECF No. 12);
9. WHEREAS, pursuant to Civil Local Rule 5-1(i)(3), Jeffrey D. Friedman, of Hagens Berman Sobol & Shapiro LLP, Attorneys for Plaintiff, concurs in the filing of this document.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the deadline for Defendant to file a responsive pleading as to Plaintiff's Complaint is extended to April 6, 2016.

**IT IS SO STIPULATED.**

Dated:  February 23, 2016

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By      */s/ Anna S. McLean*
                              ANNA S. McLEAN

                Attorneys for Defendant,
                SEAGATE TECHNOLOGY, LLC

Dated:  February 23, 2016

                HAGENS BERMAN SOBOL SHAPIRO LLP

                By      */s/ Jeffrey D. Friedman*
                              JEFFREY D. FRIEDMAN

                Attorneys for Plaintiff,
                CHRISTOPHER A. NELSON

Dated:  February 23, 2016      SHELLER, P.C.

                By      */s/ Marc A. Goldich*
                              MARC A. GOLDICH (*Pro Hac Vice*)

                Attorneys for Plaintiff,
                CHRISTOPHER A. NELSON