SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br>CLASS ACTION<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Courtroom 6 – 4th Floor<br>Hon. Ronald M. Whyte<br><br>Complaint filed: February 1, 2016 |

Pursuant to Civil L.R. 3-15, the undersigned certifies for Defendant Seagate Technology LLC that, other than defendant Seagate Technology LLC, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding: Quinta Corporation; Seagate US LLC; Seagate Technology (US) Holdings, Inc.; Seagate HDD Cayman (Cayman Islands); Seagate Technology HDD Holdings (Cayman Islands); Seagate Technology (Cayman Islands); Seagate Technology Public Limited Company [STX] (Ireland).

Dated: April 6, 2016                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                  By      /s/ *Anna S. McLean*
                                                          ANNA S. McLEAN

                                                  Attorneys for Defendant
                                                  SEAGATE TECHNOLOGY LLC