SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND FED. R. CIV. P. 9(b)**<br><br>Complaint filed: February 1, 2016 |

1  Having considered the motion of defendant Seagate Technology LLC ("Seagate") to
2  dismiss plaintiff's Complaint ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ.
3  P. 9(b), as well as the opposition filed by plaintiff Christopher Nelson, Seagate's reply papers and
4  the arguments of counsel, and good cause appearing, the Court hereby GRANTS Seagate's motion
5  to dismiss with prejudice all claims in the Complaint.
6  IT IS SO ORDERED.

8  DATED: _____, 2016

   _____
   The Honorable Ronald M. Whyte
   United States District Judge