```
Marc A. Goldich
AXLER GOLDICH LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 207-2920
mgoldich@axgolaw.com
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br><br>CLASS ACTION |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT:

Please take notice that Marc A. Goldich, counsel for Plaintiff, is no longer affiliated with the firm, Sheller, P.C., and is now affiliated with the firm of Axler Goldich LLC, located at One Liberty Place, 1650 Market Street, Suite 3600, Philadelphia, PA 19103.

Dated: April 7, 2016                              Respectfully submitted,

                                                  s/ Marc A. Goldich
                                                  Marc A. Goldich
                                                  AXLER GOLDICH LLC
                                                  One Liberty Place
                                                  1650 Market Street, Suite 3600

Philadelphia, PA 19103
(267) 207-2920
mgoldich@axgolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 7, 2016, the foregoing Notice of Change of Address was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties who have appeared in this action via the Court's ECF system. Parties may access this filing through the Court's system.

s/ Marc A. Goldich