SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 5:16-cv-00523-RMW<br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS THE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 7-12**<br><br>Complaint filed:  February 1, 2016 |

1  This Joint Stipulation is made by and between plaintiff Christopher A. Nelson ("Plaintiff")
2  and Seagate Technology LLC ("Defendant"), by and through their respective undersigned counsel
3  of record, with reference to the following facts:

4  **RECITALS**

5  1.   WHEREAS Plaintiff filed his Complaint on February 1, 2016;

6  2.   WHEREAS Plaintiff served the Complaint on Defendant on February 3, 2016;

7  3.   WHEREAS the parties agreed to extend Seagate's time to respond to the
8  Complaint until April 6, 2016;

9  4.   WHEREAS, Defendant filed its Motion to Dismiss the Complaint ("Motion to
10 Dismiss") on April 6, 2016;

11 5.   WHEREAS, pursuant to the Standing Order Regarding Case Management in Civil
12 Cases for the United States District Court for the Northern District of California ("Standing
13 Order"), counsel for the parties conferred regarding a hearing date;

14 6.   WHEREAS, pursuant to the instructions in the Standing Order regarding
15 scheduling hearings before Judge Whyte, the parties stipulated to a hearing date of Friday, June 3,
16 at 9 a.m.;

17 7.   WHEREAS, counsel for the parties stipulated that Plaintiff's opposition to the
18 Motion to Dismiss will be due on May 4, 2016;

19 7.   WHEREAS, counsel for the parties stipulated that Defendant's reply will be due on
20 May 20, 2016.

21 **STIPULATION**

22 IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:
23 (1) the hearing for Defendant's Motion to Dismiss is set for Friday, June 3, at 9 a.m.,
24 (2) Plaintiff's opposition to the Motion to Dismiss will be due on May 4, 2016, and
25 (3) Defendant's reply will be due on May 20, 2016.

26 The parties agree to comply with this Stipulation and Order pending the Court's approval.
27 ///
28 ///

Dated: April 7, 2016                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                               By         */s/ Anna S. McLean*
                                                          ANNA S. McLEAN

                                               Attorneys for Defendants
                                               SEAGATE TECHNOLOGY LLC

I, Anna McLean, whose user ID and password are used to efile this document, hereby attest that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated: April 7, 2016                           HAGENS BERMAN SOBOL SHAPIRO LLP

                                               By         */s/Jeff D. Friedman*
                                                          JEFF D. FRIEDMAN

                                               Attorneys for Plaintiffs and Proposed Class


Dated: April 7, 2016                           AXLER GOLDICH LLC

                                               By         */s/ Marc A. Goldich*
                                                          MARC A. GOLDICH (*Pro Hac Vice*)

                                               Attorneys for Plaintiffs and Proposed Class


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4/8/2016                               *Ronald M. Whyte*
                                               The Honorable Ronald M. Whyte
                                               United States Senior District Judge