Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. NELSON )
                      )  Case No: 5:16-cv-00523
          Plaintiff(s), )
                      )  **APPLICATION FOR**
    v.                )  **ADMISSION OF ATTORNEY**
                      )  **PRO HAC VICE**
SEAGATE TECHNOLOGY LLC )  (CIVIL LOCAL RULE 11-3)
                      )
          Defendant(s). )

I, Steve W. Berman, an active member in good standing of the bar of the State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Jeff D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hagens Berman Sobol Shapiro LLP | Hagens Berman Sobol Shapiro LLP |
| 1918 8th Ave., Ste. 3300, Seattle, WA 98101 | 715 Hearst Ave., Ste. 202, Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 623-7292 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| steve@hbsslaw.com | jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12536.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/11/16                                    Steve W. Berman
                                                      APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steve W. Berman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE