UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. NELSON,
individually and on behalf of all
others similarly situated,

    Plaintiff(s),

        v.

SEAGATE TECHNOLOGY LLC,

    Defendant(s).
_____/

Case No. 5:16-cv-00523-RMW
CLASS ACTION

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ not yet reached an agreement to an ADR process

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 13, 2016

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Anna McLean | Defendant Seagate | 415.774.3154 | amclean@sheppardmullin.com |
| Neil Popović | Defendant Seagate | 415.774.3156 | npopovic@sheppardmullin.com |
| Steve Berman | Plaintiff Christopher Nelson | 206-268-9320 | Steve@hbsslaw.com |
| Marc A. Goldich | Plaintiff Christopher Nelson | 267.207.2920 | mgoldich@axgolaw.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 04.12.16

/s/ Marc A. Goldich
Attorney for Plaintiff

Dated: 04.12.16

/s/ Anna S. McLean
Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."