Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (p*ro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>                         Defendant. | No. 5:16-cv-00523-RMW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF |

1    Pursuant to Civil Local Rule 3-15, the undersigned certify that, as of this date, other than the

2    named parties themselves, they are unaware of any persons, firms, partnerships, corporations

3    (including parent corporations) or other entities which have: (i) a financial interest in the subject

4    matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be

5    substantially affected by the outcome of the proceeding.

6    DATED: April 22, 2016                    HAGENS BERMAN SOBOL SHAPIRO LLP

7

8                                            By:      /s/ Jeff. D. Friedman
                                                    Jeff D. Friedman
9                                            715 Hearst Avenue, Suite 202
                                             Berkeley, California 94710
10                                           Telephone: (510) 725-3000
                                             Facsimile: (510) 725-3001
11                                           jefff@hbsslaw.com

12                                           Steve W. Berman (*pro hac vice*)
                                             1918 Eighth Avenue, Suite 3300
13                                           Seattle, Washington 98101
                                             Telephone: (206) 623-7292
14                                           Facsimile: (206) 623-0594
                                             steve@hbsslaw.com
15
                                             Marc A. Goldich (p*ro hac vice*)
16                                           AXLER GOLDICH, LLC
                                             One Liberty Place
17                                           1650 Market Street, Suite 3600
                                             Philadelphia, PA 19103
18                                           Telephone: (267) 207-2920
                                             mgoldich@axgolaw.com
19
                                             *Attorneys for Plaintiffs*
20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that, on April 22, 2016, the foregoing Certification of Interested Entities or

3

Persons was filed electronically via the Court's ECF system.  Notice of this filing will be sent to all

4

parties who have appeared in this action via the Court's ECF system.  Parties may access this filing

5

through the Court's system.

6

7

8

<u>s/ Marc A. Goldich</u>

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28