1 | Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
2 | 715 Hearst Avenue, Suite 202
Berkeley, California 94710
3 | Telephone: (510) 725-3000
Facsimile: (510) 725-3001
4 | jefff@hbsslaw.com

5 | Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
6 | 1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
7 | Telephone: (206) 623-7292
Facsimile: (206) 623-0594
8 | steve@hbsslaw.com

9 | Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
10 | One Liberty Place
1650 Market Street, Suite 3600
11 | Philadelphia, PA 19102
Telephone: (267) 207-2920
12 | mgoldich@axgolaw.com

13 | *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00523-RMW<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE |
| ADAM GINSBERG, DUDLEY LANE DORTCH IV, DENNIS CRAWFORD, and DAVID SCHECHNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00612-RMW |

010581-11 871588 V1

1   THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Consolidate
2   Related Cases. Having considered all papers in support and in opposition thereto, and arguments of
3   the parties, if any, the Court finds as follows:
4   WHEREAS, the two above-captioned cases are both currently pending before this Court, and
5   involve common factual and legal questions, common parties, and common counsel; and
6   WHEREAS, consolidation of the two actions would promote efficiency, conserve judicial
7   resources, and foster uniform decision-making;
8   THEREFORE, IT IS HEREBY ORDERED that:
9   1.   The two actions, Nos. 5:16-cv-00523-RMW and 5:16-cv-00612-RMW, be consolidated;
10
11  2.   That the schedule in Case No. 5:16-cv-00523-RMW should govern in the consolidated action; and
12  3.   That all deadlines in No. 5:16-cv-00612-RMW be vacated.
13  Dated: _____, 2016.

_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE[PROPOSED] ORDER
GRANTING UNOPPOSED MOTION TO CONSOLIDATE - 1
010583-11 871688 V1
Case No.: 5:16-cv-00523-RMW