# Exhibit A



Product Overview

# The Power of One
## Barracuda® Hard Drives

**What you get**

- Industry's first 1TB-per-disk hard drive technology—lower your storage costs, maximize your capacity
- Fast, 7200-RPM performance with every capacity
- Reliable performance, even in tough environments, thanks to Seagate AcuTrac™ servo technology
- Seagate OptiCache™ technology to help boost overall performance by as much as 45% over previous generation



Desktop | Laptop | Servers | Storage Arrays | Surveillance DVR | Consumer DVR

# The Power of One
## Barracuda® Hard Drives



### Adding Ever-Higher Capacity to Hard Drives Is Getting Harder—and Our Engineers Meet the Challenge

New, Seagate 1TB-per-disk technology marks another major milestone for the hard drive industry. To make this happen, Seagate engineers had to pack 340,000 hard drive tracks into the width of a single inch. This means that, when reading and writing data, the read/write head needs to accurately follow a track that is a mere 75 nanometers wide. That's about 500 times smaller than the period at the end of this sentence.

Seagate AcuTrac™ technology helps enable this incredible feat—reliably and accurately following these nano-tracks even in challenging operating environments, like an all-in-one PC with the music turned up.

### Seagate OptiCache™ Technology Continues to Push Performance

Barracuda 1TB-per-disk hard drives now include a host of refined technologies to further boost performance. Combined, these improvements squeeze even more performance out of storage already known for pushing the envelope!

- Third-generation dual-core processor with integrated ARM handles more data faster.
- 40nm chip manufacturing technology delivers more computing power without increasing electrical power requirements.
- 64MB of DDR2 SDRAM enables the fastest cache yet on Barracuda drives.

### You Don't Have to Compromise Performance to Use the Highest Capacities

Until now, the highest-capacity desktop drives were most commonly available in reduced RPM models. Now Seagate delivers every capacity point from 250GB to 3TB on our full 7200-RPM performance platform. Why settle for less?

### Innovation Goes Beyond Drive Technology Alone

We understand that industry changes and limitations can be a hassle. That's why Seagate has worked hard to deliver solutions to these challenges. Seagate SmartAlign™ technology offers you an easy, transparent way to make the inevitable transition to Advanced Format 4K sector drives—no extra time, no utilities, no hassles.

And if you're ready for 3TB drives but not quite ready to use the new UEFI BIOS technology, Seagate DiscWizard™ software can help, even with Windows XP and your current PC BIOS.

| Specifications | |
|---|---|
| Capacities[1] | 3TB, 2TB, 1.5TB, 1TB, 750GB, 500GB, 320GB, 250GB |
| Max Sustained Data Rate, OD read, (MB/s) | Up to 210 |
| Cache (MB) | 16 and 64 |
| Spindle Speed (RPM) | 7200 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.

**www.seagate.com**

 

AMERICAS        Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2011 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications.
PO0103.1-1111US, November 2011