Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00523-PSG<br><br>VENUE DECLARATION |

010581-11 871965 V1

1
2 **DECLARATION RE CLRA VENUE**

3    I, Christopher Nelson, do hereby declare and state as follows:

4    1.    I am a party plaintiff to the above captioned action. Pursuant to Cal. Civ. Code §

5 1780(d), I make this declaration in support of the Class Action Complaint and the claim therein for

6 relief under Cal Civ. Code § 1780(a). I have personal knowledge of the facts stated herein and, if

7 necessary, could competently testify thereto.

8    2.    This action for relief under Cal. Civ. Code § 1780(a) has been commenced in a county

9 that is a proper place for trial of this action because defendant Seagate Technology LLC does

10 business throughout the State of California.

11    This declaration is signed under penalty of perjury under the laws of the State of California

12 this  4  day of May 2016.

13
14                              *Christopher A. Nelson* (signature)

15                              Christopher Nelson

VENUE DECLARATIONVENUE DECLARATION - 1
Case No.: 5:16-cv-00523-RMW
010581-11  871965 V1