1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  Marc A. Goldich (*pro hac vice*)
   AXLER GOLDICH, LLC
10 One Liberty Place
   1650 Market Street, Suite 3600
11 Philadelphia, PA 19102
   Telephone: (267) 207-2920
12 mgoldich@axgolaw.com

13 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00523-RMW<br><br>MODIFIED ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE |
| ADAM GINSBERG, DUDLEY LANE DORTCH IV, DENNIS CRAWFORD, and DAVID SCHECHNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | No. 5:16-cv-00612-RMW |

MODIFIED ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

1  THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Consolidate Related Cases. Having considered all papers in support and in opposition thereto, and arguments of the parties, if any, the Court finds as follows:

WHEREAS, the two above-captioned cases are both currently pending before this Court, and involve common factual and legal questions, common parties, and common counsel; and

WHEREAS, consolidation of the two actions would promote efficiency, conserve judicial resources, and foster uniform decision-making;

THEREFORE, IT IS HEREBY ORDERED that:

1. The two actions, Nos. 5:16-cv-00523-RMW and 5:16-cv-00612-RMW, are hereby consolidated for all purposes into one action;

2. These actions shall be referred to herein as the "Consolidated Action" entitled *IN RE SEAGATE TECHNOLOGY LLC LITIGATION*;

3. All filings shall be filed in the LEAD CASE 5:16-cv-00523-RMW and shall bear the caption IN RE SEAGATE TECHNOLOGY LLC LITIGATION and underneath a sub-caption CONSOLIDATED ACTION;

4. That the schedule in Case No. 5:16-cv-00523-RMW should govern in the consolidated action; and

5. That the Clerk shall administratively close Case No. 5:16-cv-00612-RMW and VACATE all deadlines and hearings in No. 5:16-cv-00612-RMW.

6. Due to the impending filing of Plaintiffs consolidated amended complaint on or before May 4, 2016, Defendant Seagate Technology LLC's Motions to Dismiss currently calendared for June 3, 2016 are hereby VACATED.

7. The Case Management Conference currently set for May 13, 2016 at 10:30 a.m. is hereby rescheduled to July 8, 2016 at 10:30 a.m. and an Updated Joint Case Management Conference Statement is due June 28, 2016.

IT IS SO ORDERED.

Dated: May 6, 2016

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE