# Exhibit C





HARD DISK DRIVE KIT
Data Sheet

## The Power of One

The Seagate® Desktop HDD (formerly Barracuda® hard drive) is the industry standard hard drive for mainstream desktop computing, delivering both exceptional reliability and performance. A host of refined technologies helps boost performance further than ever before. The Desktop HDD is perfect for desktop performance towers or all-in-one computers, consumer-grade NAS devices and desktop RAID arrays. In fact, the Desktop HDD gives you one hard drive platform for every desktop storage application. One drive with trusted performance, reliability and simplicity in capacities up to 6TB.

1TB-per-disk technology incorporates 340,000 unique tracks in the width of a single inch. This incredible storage density drives new capacity possibilities and lowers your total storage costs.

Perpendicular recording technology increases performance and reliability by aligning the data bits vertically on the disk. Additionally, Seagate OptiCache™ technology helps boost overall performance by as much as 45% over the previous generation, and Seagate AcuTrac™ technology provides reliable performance, even in tough environments. The free Seagate DiscWizard™ software allows you to install 3TB and above hard drives in Windows, including XP, without UEFI BIOS.[1]

[1] This high-capacity drive may require a special driver for Windows to access disk capacity above 2TB. Visit http://www.seagate.com/beyond-2TB for more information.







HARD DISK DRIVE KIT

## Specifications

| Retail Packaging | Product Dimensions | | Box Dimensions | | Master Carton Dimensions | | Pallet Dimensions | |
|---|---|---|---|---|---|---|---|---|
| Capacity | 4TB and below | 6TB | 4TB and below | 6TB | 4TB and below | 6TB | 4TB and below | 6TB |
| Length (in/mm) | 5.75/146.99 | 5.75/146.99 | 5.88/149.35 | 5.88/149.35 | 6.5/165.1 | 6.5/165.1 | 48.0/1219.2 | 48.0/1219.2 |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 7.63/193.67 | 7.63/193.67 | 16.0/406.4 | 16.0/406.4 | 40.0/1016 | 40.0/1016 |
| Depth (in/mm) | 1.028/26.11 | 1.028/26.11 | 2.88/73.15 | 2.88/73.15 | 6.0/152.4 | 6.0/152.4 | 46.0/1168.4 | 46.0/1168.4 |
| Weight (lb/kg) | 0.90/0.408 | 1.69/0.767 | 1.95/0.89 | 2.08/0.943 | 8.45/3.83 | 8.85/4.014 | 944.0/428.19 | 999.80/453.502 |
| **Quantities** | | | | | | | | |
| Boxes per Master Carton | 4 | | | | | | | |
| Master Cartons per Pallet | 108 | | | | | | | |
| Pallet Layers | 6 | | | | | | | |
| **System Requirements** | | | | | | | | |
| Windows® 8, Windows 7, Windows Vista®, Windows XP Service Pack 3 | | | | | | | | |
| Power Mac® G5 and newer or Mac Pro® with Mac OS X 10.2 or higher | | | | | | | | |
| Linux | | | | | | | | |
| SATA interface connector on motherboard of add-in SATA card | | | | | | | | |
| For Desktop HDD 3TB and above[1] | | | | | | | | |
| 6Gb/s SATA interface connector on motherboard of add-in card (backward compatible to SATA 3Gb/s) | | | | | | | | |
| Windows 8, Windows 7, Windows Vista, Windows XP Service Pack 3 | | | | | | | | |
| System Memory: 1GB and higher for 32-bit systems; 2GB and higher for 64-bit systems | | | | | | | | |
| Mac OS X 10.6 Snow Leopard or higher | | | | | | | | |
| Linux | | | | | | | | |
| **What Is Included** | | | | | | | | |
| Seagate® Desktop HDD (3.5-inch hard disk drive) | | | Mounting screws | | | | | |
| Interface cable | | | Quick installation guide | | | | | |
| Power cable | | | 2-year limited warranty | | | | | |

| Region | Product | Capacity[2] | Cache | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|---|
| PANAM | Desktop HDD | 1TB | 64MB | ST310005N1A1AS-RK | 763649005828 | 10763649005825 |
| PANAM | Desktop HDD | 2TB | 64MB | STBD2000101 | 763649033227 | 10763649033224 |
| PANAM | Desktop HDD | 3TB[1] | 64MB | STBD3000100 | 763649033234 | 10763649033231 |
| WW | Desktop HDD | 4TB[1] | 64MB | STBD4000400 | 763649044896 | 10763649044893 |
| PANAM | Desktop HDD | 6TB[1] | 128MB | STBD6000100 | 763649058466 | 10763649058463 |

1 This high-capacity drive may require a special driver for Windows to access disk capacity above 2TB. Visit http://www.seagate.com/beyond-2TB for more information.
2 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes when referring to drive capacity.

www.seagate.com

AMERICAS    Seagate Technology LLC    10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.    7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS    16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2014 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard and OptiCache are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to hard drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1774.4 1403 AMER