SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING:**<br><br>**(1) EXTENDING TIME FOR DEFENDANT TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT; AND**<br><br>**(2) SETTING HEARING AND BRIEFING SCHEDULE FOR MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** |

This Joint Stipulation is made by and between plaintiffs Adam Ginsberg, Dudley Lane Dortch IV, Dennis Crawford, David Schechner, Joshuah Enders, Chadwick Hauff, James Hagey, John Smith, Nikolas Manak (collectively the "Ginsberg Plaintiffs"), and Christopher Nelson ("Nelson") and Seagate Technology LLC ("Seagate"), by and through their respective undersigned counsel of record, with reference to the following facts:

**RECITALS**

1. WHEREAS, the Ginsberg Plaintiffs filed an Amended Complaint on May 4, 2016;

2. WHEREAS, Nelson filed an Amended Complaint on May 4, 2016;

3. WHEREAS, the Court ordered the Nelson and Ginsberg actions consolidated on May 6, 2016;

4. WHEREAS, the Ginsberg Plaintiffs and Nelson (collectively "Plaintiffs") filed a Consolidated Amended Complaint on May 9, 2016;

5. WHEREAS, Plaintiffs have agreed to extend Seagate's time to respond to the Consolidated Amended Complaint until June 17, 2016;

6. WHEREAS, Seagate intends to move to dismiss the Consolidated Amended Complaint;

7. WHEREAS, pursuant to the Standing Order Regarding Case Management in Civil Cases for the United States District Court for the Northern District of California ("Standing Order"), counsel for the parties conferred regarding a hearing date on Seagate's motion to dismiss the Consolidated Amended Complaint;

5. WHEREAS, pursuant to the instructions in the Standing Order regarding scheduling hearings before Judge Whyte, the parties stipulated to a hearing date of August 19, 2016, at 9:00 a.m.;

6. WHEREAS, the parties have agreed, subject to the Court's approval, that Plaintiffs' opposition to Seagate's motion to dismiss will be due on or before July 18, 2016; and

7. WHEREAS, the parties have agreed, subject to the Court's approval, that Seagate's reply will be due on or before August 5, 2016.

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES pursuant to Local Rule 6-1(a) that Seagate's time to respond to the Consolidated Amended Complaint is extended to June 17, 2016.

1    IT IS HEREBY FURTHER STIPULATED AND AGREED BY AND BETWEEN THE
2 PARTIES that, subject to the Court's approval, the following briefing schedule shall apply to a
3 motion to dismiss directed to the Amended Consolidated Complaint:

4    **Motion:** June 17, 2016.

5    **Opposition:** July 18, 2016.

6    **Reply:** August 5, 2016.

7    **Hearing:** August 19, 2016 at 9:00 a.m.

9    Dated: May 12, 2016                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11                    By        */s/ Anna S. McLean*
                                ANNA S. McLEAN

                                Attorneys for Defendant
13                              SEAGATE TECHNOLOGY LLC

14 I, Anna McLean, whose user ID and password are used to efile this document, hereby attest that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other
15 Signatories, in lieu of each's signature.

17   Dated: May 12, 2016                HAGENS BERMAN SOBOL SHAPIRO LLP

19                    By        */s/Steve W. Berman*
                                STEVE W. BERMAN

20                              Attorneys for Plaintiffs and Proposed Class

23   Dated: May 12, 2016                AXLER GOLDICH LLC

25                    By        */s/ Marc A. Goldich*
                                MARC A. GOLDICH (*Pro Hac Vice*)

26                              Attorneys for Plaintiffs and Proposed Class

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: 5/12/2016

*Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte
United States Senior District Judge