Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 5:16-cv-00523-RMW<br><br>[PROPOSED] ORDER APPOINTING INTERIM CO-LEAD COUNSEL |

010581-11 873409 V1

On May 13, 2016, Plaintiffs filed a motion for the appointment of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Axler Goldich LLC ("Axler Goldich") as interim co-lead counsel for Plaintiffs and the proposed class.

### I.   APPOINTMENT OF INTERIM CO-LEAD COUNSEL

The Court has considered the Plaintiffs' motion, together with the Memorandum of Law and Declaration of Steve W. Berman filed together therewith, and finds that the designation of Hagens Berman and Axler Goldich as interim co-lead class counsel is in the best interests of the proposed class because those firms:

(1) have conducted significant independent investigations into the potential claims in this action;

(2) have extensive relevant experience in complex litigation and class action lawsuits, including consumer class actions, and have knowledge of the law applicable to this action; and

(3) are willing and able to commit the resources necessary to representing the Plaintiffs and proposed class.

### II.   DUTIES OF INTERIM CLASS COUNSEL

Interim co-lead counsel, working together in a coordinated fashion, shall be responsible for the overall conduct of the litigation on behalf of the Plaintiffs and the proposed class, including the following:

a. Supervise all pretrial, trial, and post-trial proceedings on behalf of Plaintiffs and the proposed class;

b. Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of Plaintiffs and the proposed class;

c. Determine and present in motions, briefs, oral argument or such other fashion as may be appropriate, the position of the Plaintiffs and the proposed class as to all matters arising during pretrial and trial proceedings;

ORDER APPOINTING INTERIM CO-LEAD COUNSEL - 1
Case No.: 5:16-cv-00523-RMW
010581-11  873409 V1

      d.    Designate attorneys to act as spokespersons at pretrial conferences and meetings with the defendant;

      e.    Negotiate and enter stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

      f.    Conduct or coordinate discovery on behalf of Plaintiffs and the proposed class, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

      g.    Coordinate the activities of Plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

      h.    Collect time and expense reports from counsel for the Plaintiffs on a periodic basis;

      i.    Employ and consult with experts;

      j.    Convene meetings of counsel;

      k.    Delegate tasks and otherwise coordinate the work of Plaintiffs' counsel, and perform such other duties as the co-lead interim class counsel deem necessary;

      l.    Allocate fees, if any are awarded by the Court; and

      m.    Ensure that all Plaintiffs' counsel are kept informed of the progress of this litigation as necessary.

Therefore, the Plaintiffs' Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: _____              _____
                                                                         HONORABLE RONALD M. WHYTE
                                                                         UNITED STATES SENIOR DISTRICT COURT JUDGE