Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 5:16-cv-00523-RMW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>Hearing Date: June 17, 2016<br>Hearing Time: 9:00 a.m. |

010581-11  873530 V1

1. I, Steve W. Berman, hereby declare the following:

2. 1. My name is Steve W. Berman. I am the managing partner of Hagens Berman Sobol Shapiro LLP and one of the counsel of record for Plaintiffs Christopher Nelson, Dennis Crawford, Joshuah Enders, Adam Ginsberg, David Schechner, Chadwick Hauff, James Hagey, Nikolas Manak, John Smith, and Dudley Lane Dortch IV in this litigation. I have been actively involved in this litigation and have personal knowledge of the matters set forth in this declaration. I could and would testify truthfully and accurately to the following.

3. 2. After filing the Nelson and Ginsberg actions, Plaintiffs become aware that a lawsuit involving similar subject matter is pending in California Superior Court, *Pozar v. Seagate Technology LLC*, No. CGC-15-547787.

4. 3. Since filing the Consolidated Amended Complaint, many consumers in states across the country have inundated Hagens Berman attorneys with stories similar to those alleged in the Consolidated Amended Complaint. We maintain a database with consumer information, which continues to grow steadily.

5. 4. Attached hereto as Exhibit A is a true and correct copy of the firm resume and attorney biographies for Hagens Berman Sobol Shapiro LLP.

6. 5. Attached here Attached hereto as Exhibit B is a true and correct copy of the firm resume and attorney biographies for Axler Goldich LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2016 at Seattle, Washington.

          */s/ Steve W. Berman*
          STEVE W. BERMAN

DECLARATION OF STEVE BERMAN - 1
Case No.: 5:16-cv-00523-RMW
010581-11  873530 V1