# Exhibit B

# AXLER GOLDICH LLC
## ATTORNEYS AT LAW



# CONSUMER CLASS ACTION & COMPLEX LITIGATION

## PROTECTING THE RIGHTS OF CONSUMERS NATIONWIDE

Our lawyers have recovered millions of dollars for consumers, injured individuals, and their families. The firm has a skilled team of lawyers that offer the kind of hard-hitting approach that modern class action and complex litigation demand.

Axler Goldich LLC, based in Philadelphia, is a class action and consumer litigation firm whose lawyers have recovered millions of dollars for consumers, injured individuals and their families. The firm has the ability to devote skilled lawyers and the resources necessary to the successful prosecution of complex class-action and individual litigation. By concentrating exclusively on representing those harmed by the misconduct and negligence of corporations, the firm avoids the conflicts of interest, both actual and philosophical, that can arise from multi-faceted representation, and is able to offer the kind of hard-hitting approach that complex plaintiffs' litigation demands.

Marc A. Goldich and Noah Axler, co-managing partners of the firm, have served or are currently serving as lead counsel, co-lead counsel, or in other leadership positions in a wide variety of class-action cases. See, e.g., *Livi, et al. v. Hyatt Hotels Corp.*, 2:15-cv-05371 (E.D. Pa.); *In re Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation*, MDL No. 2:15-ml-02639-RGK, (C.D.Cal.); *Murray, et al. v. Accor North America, Inc., et al.*, 2:15-cv-04907 (E.D. Pa.); *King v. General Information Services Inc.*, No. 10-06850 (E.D. Pa.); *Smith v. Levine Leichtman Capital Partners, Inc.*, No. 10-10 (N.D. Cal.); *Sonoda v. Amerisave Mortgage Corp.*, No. 11-1803 (N.D. Cal.); *Trombley v. Bank of America Corp.*, No. 1:08-cv-00456 (D.R.I.); *Brown v. Access Midstream Partners, L.P.*, 2015 WL 1471598 (M.D. Pa. Mar. 31, 2015); *Little v. LGE*, No. 13-1214 (W.D. Ky.); *Rothstein v. AAA*, No. 15-cv-09391-LAK-RLE (S.D.N.Y.).

Prior to founding Axler Goldich, Mr. Goldich was at a prominent plaintiffs' firm with a practice focused on consumer protection class action, products liability, qui tam/whistleblower, pharmaceutical litigation and mass tort litigation. Mr. Goldich also previously maintained a commercial litigation practice for more than a decade at Reed Smith LLP, representing Fortune 500 companies and corporate clients from various industries in complex commercial litigation and consumer class-action cases.

Prior to founding Axler Goldich, Mr. Axler was a partner at Donovan Axler LLC, a nationally recognized plaintiffs' class-action litigation firm, where he litigated numerous class-action cases, including consumer, antitrust, employment and environmental actions, and was repeatedly appointed lead counsel or co-lead counsel to represent plaintiff classes in state and federal courts throughout the country.

David Jacoby, of counsel to Axler Goldich, is also highly regarded and experienced in individual and class-action cases. Mr. Jacoby has more than 40 years of experience representing consumers and aggrieved plaintiffs. He was named a finalist for Trial Attorney of the Year by Lawyers for Public Justice, has tried numerous multimillion-dollar cases to verdict, served as liaison and trial counsel in the *In re Diet Drugs* state class-action litigation, liaison in the *In re Propulsid* class-action litigation and recently participated as trial counsel in the *In re Risperdal* trials in the Court of Common Pleas, Philadelphia County, Philadelphia.

**AXLER**GOLDICH LLC



# MARC A. GOLDICH

| **PRACTICE AREAS:** | **ADMISSIONS:** | **EDUCATION:** |
|---|---|---|
| Class Action | Pennsylvania | Temple University Beasley School of Law, J.D. |
| Consumer Protection | New Jersey | University of Arizona, B.A. in Psychology |
| Products Liability | Various Federal Courts | |
| Whistleblower | | |
| Mass Tort Litigation | | |

Mr. Goldich co-manages the firm's practice with a focus on class action, consumer protection, products liability, qui tam/whistleblower and mass tort litigation. Mr. Goldich's practice is largely focused on representing consumers and families in class-action cases against corporate defendants such as pharmaceutical manufacturers, financial institutions, and national and international corporations in a variety of industries.

Mr. Goldich has a wealth of pre-trial, trial and appellate experience in both state and federal courts. His experience includes first- and second-chair responsibility representing individuals as well as corporate clients from a variety of diverse industries in national and statewide putative class actions, government investigations and individual disputes. Mr. Goldich has extensive e-discovery expertise, including designing e-discovery strategies, preparing preservation policies, legal holds and internal protocols. Mr. Goldich has significant expertise on a wide array of consumer protection issues.

Prior to founding Axler Goldich LLC, Mr. Goldich was at a prominent plaintiffs' firm with a practice focused on consumer protection class action, products liability, qui tam/whistleblower, pharmaceutical litigation and mass tort litigation. Mr. Goldich also previously maintained a commercial litigation practice for more than a decade at Reed Smith LLP, representing fortune 500 companies and corporate clients from various industries in complex commercial litigation, serving in lead roles on trial teams in consumer class-action cases involving consumer protection, breach of contract and fraud. *See, e.g., White, et al. v. The PNC Financial Services Group, Inc., et al., Civil Action No. 2:11-cv-07928-L* (E.D. Pa.) (putative class action brought in Pennsylvania federal court alleging violations of the Real Estate Settlement Procedures Act and claims for unjust enrichment in relation to reinsurance arrangements that the financial institution's affiliate reinsurance company entered into with mortgage insurers); *Judith Cunningham, et al. v. M & T Bank Corp., et al., Civil Action No. 1:12-CV-123* (M.D. Pa) (putative class action brought in Pennsylvania federal court alleging violations of the Real Estate Settlement Procedures Act and claims for unjust enrichment in relation to reinsurance arrangements that the financial institution's affiliate reinsurance company entered into with mortgage insurers); *Commonwealth of Pennsylvania v. Vahan Karian and Pure Weight Loss, Inc., Commonwealth Court of Pennsylvania; No. 36 M.D. 2008* (involving consumer protection claims brought by the Attorney General of Pennsylvania in both the Commonwealth Court and U.S. Bankruptcy Court); *Ferrare v. IDT Energy, Inc., No. 14-4658* (E.D. Pa.) (putative class action involving allegations that an energy company breached its contracts with its customers and

AXLER GOLDICH LLC

the covenant of good faith and fair dealing implicit in those contracts). Mr. Goldich's practice also included leadership roles in other high stakes, complex commercial litigation, *see, e.g., WellSpan Health, et al. v. Quantum Imaging & Therapeutic Associates, Inc., et al., York Co. Court of Common Pleas, Case No. 2007-SU-5039-Y01* (represented health provider practice in a hard-fought multi-million dollar restrictive covenant/business tort case resulting in multi-million dollar settlement on the eve of trial).

Mr. Goldich also represented Fortune 500 companies and their employees in connection with regulatory proceedings. See, e.g., *In the Matter of National Century Financial Enterprises, Inc., United States Securities and Exchange Commission, No. C-03688* (representation of former employee of major accounting firm against allegations brought by SEC and assistance in his subsequent reinstatement to appear and practice before the SEC. Achieved successful resolution); *Department of Enforcement v. Suzanne K. Courter-Jann, FINRA Disciplinary Proceeding No. 2007011550101* (CRD No. 1282573) (representation of a former executive of large corporate banking institution in an investigation by FINRA in connection with allegations of backdating a significant compliance report. Achieved successful resolution).

Among many other matters, Mr. Goldich is currently serving on the leadership *In re Pacquiao-Mayweather Boxing Match Pay-Per-View MDL litigation (MDL No. 2639, 2:15-ml-02639-RGK)*, is co-lead counsel in two wage-and-hour class-action cases pending in federal court, *Murray, et al. v. Accor North America, Inc., et al., No. 2:15-cv-04907-JD* (E.D. Pa.), *Livi, et al. v. Hyatt Hotels Corp., et al., No. 2:15-cv-05371-CDJ* (E.D. Pa.). He is co-counsel in the nationwide warranty class-action pending in NJ federal court, *Q+Food, LLC et al v. Mitsubishi Fuso Truck of America, Inc.*, and has served on the discovery committee for the In re Xarelto mass tort pending in Pennsylvania state court.

Mr. Goldich's work on behalf of clients has been regularly acknowledged by his peers, as he has been identified as one of only 38 "Lawyers on the Fast Track" in Pennsylvania by American Law Media and has been consistently named in *Pennsylvania Super Lawyers* magazine. His commitment to pro bono work was acknowledged in 2008 and 2010, as he was listed in the annual "Pro Bono Honor Roll" and named an "Unsung Hero" by *The Legal Intelligencer* for his work on behalf of indigent clients. Furthermore, Mr. Goldich has also authored numerous publications, such as:

> To Bundle or Not to Bundle: Public Company Strategies in Packaging Corrective Disclosures in Press Releases, ADLAW By Request, 18 July 2008

> Charter Service: How The New Rule Impacts You, Mass Transit, 9 May 2008

> The Federal Transit Administration Releases Its Final Rule on Charter Service, Reed Smith Client Alerts, 17 March 2008

AXLER GOLDICH LLC

- Mortgage Lenders And Servicers Should Evaluate And Streamline Their Pre-Foreclosure Notice Procedures to Avoid Pitfalls, 67 Consumer Fin. L. Q. Rep. 178 (2013).

- FRCP Amendments Could Change Discovery As We know It, Law360 Expert Analysis Section, 4 June 2013

- Differing Opinions From PA On FRCP Amendments, Law360 Expert Analysis Section, 19 Feb 2014

In accordance with his philanthropic interests Mr. Goldich is a member of the Board of Directors in several organizations including his service as Secretary of the Board of the Welcoming Center for New Pennsylvanians and on the Board of Directors of the Elmwood Park Zoo. Furthermore, he has an extensive history of volunteer work with organizations such as Children's Crisis Treatment Center, where he has served in numerous leadership capacities. He is also active in numerous bar associations and was appointed to the Federal Practice and Court Committees of both the Philadelphia and Pennsylvania Bar Associations, is an active member of the American Bar Association, and the Montgomery Bar Association. He is also a member of the World Affairs Council of Philadelphia and the Historical Society of the U.S.D.C., Eastern District of Pennsylvania.

# AXLERGOLDICH LLC



# NOAH AXLER

| **PRACTICE AREAS:** | **ADMISSIONS:** | **EDUCATION:** |
|---|---|---|
| Class Action | Pennsylvania | University of Pennsylvania Law School, J.D. |
| Consumer Protection | New Jersey | University of Pittsburgh, B.A. in English |
| Products Liability | Ohio (Inactive) | |
| Whistleblower | U.S. District Court for the Eastern District of Pennsylvania | |
| Mass Tort Litigation | U.S. District Court for the District of New Jersey | |
| | U.S. Court of Appeals for the Third Circuit | |
| | U.S. Court of Appeals for the Sixth Circuit | |

Mr. Axler co-manages the firm's practice with a focus on class action, consumer protection, products liability, qui tam/whistleblower and mass tort litigation. Mr. Axler's practice is largely focused on representing consumers in class-action cases against corporate defendants such pharmaceutical manufacturers, financial institutions, and national and international corporations in a variety of industries.

Prior to founding Axler Goldich, Mr. Axler was a partner at Donovan Axler LLC, a nationally recognized plaintiffs' class action litigation firm, where he litigated numerous class-action cases, including consumer, antitrust, employment and environmental actions, and was appointed lead counsel or co-lead counsel to represent plaintiff classes in numerous class actions.

Some of Mr. Axler's representative class-action settlements include *Sonoda v. Amerisave Mortgage Corp., No. 11-1803* (N.D. Cal.) (alleging violations of Truth in Lending Act and California law against online mortgage broker, resulting in $3.2 million settlement); *Smith v. Levine Leichtman Capital Partners, Inc., et al., No. 10-10* (N.D. Cal.) (alleging violation of RICO and debt collection laws against bad check recovery Company, resulting in $3.25 million settlement); *Ryals v. Hireright Solutions, Inc., No. 3:09-cv-625* (E.D. Va. 2011) (alleging violations of the federal Fair Credit Reporting Act ("FCRA") against credit reporting agency with respect to criminal background checks resulting in $28 million settlement).

A sample of Mr. Axler's reported decisions include: *Brown v. Access Midstream Partners, L.P., No. 3:14-591, 2015 WL 5829755* (M.D. Pa. Sept. 30, 2015) (defeating motions to dismiss as to all defendants in class action seeking underpayment of natural gas royalties, under RICO and state law); *Haber v. Bank of America, N.A., No. 14–0169, 2014 WL 2921659* (E.D. Pa. June 27, 2014) (defeating motion to dismiss on two of three counts in consumer class action, under Fair Debt Collection Practices Act ("FDCPA") and FCRA); *Little v. Louisville Gas and Electric Co., 33 F. Supp. 3d 791* (W.D. Ky. 2014) (defeating in part motion to dismiss in environmental class action, under Clean Air Act, RCRA, and Kentucky law); *Little v. Louisville Gas and Electric Co., --F.3d--, 2015 WL 6646984* (6th Cir. 2015) (affirming denial of motion to dismiss); *Newton v. Savit Collection Agency, No. 09-4911, 2011 WL 6724034* (D.N.J. Dec. 21, 2011) (defeating summary judgment in consumer class action, under FDCPA); and *Sonoda v. Amerisave Mortgage Corp., No. 11-1803, 2011 WL 2653565* (N.D. Cal. Jul. 6,

2011) (defeating motion to transfer venue in consumer class action, under TILA and California law).

Mr. Axler is also the author of a number of publications on class-action and consumer litigation topics, including:

> Survey of State Class Action Law (ABA 2012-2015) (co-author of Pennsylvania chapter);

> Pennsylvania Consumer Law (Bisel 2012-2014) (author of usury chapter);

> The Explosion & Evolution of Class Action Law (PBI 2004) (co-author).

AXLERGOLDICH LLC



# DAVID JACOBY

**PRACTICE AREAS:**
Class Action
Mass Tort Litigation

**ADMISSIONS:**
New Jersey

**EDUCATION:**
George Washington University Law School (with honors and Order of the Coif)
Rutgers College (Henry Rutgers Scholar)

Mr. Jacoby has devoted his entire professional career to helping those harmed by defective products. He is presently involved in numerous mass tort and class-action lawsuits. His experience in mass tort and class-action litigation began in the mid 1970s when he represented thousands of asbestos victims in state and federal courts around the country. He has tried numerous cases to verdict and his asbestos settlements exceeded $100 million. He then represented numerous victims in TEL (Tetra-ethyl lead) litigation resulting in a multimillion-dollar settlement.

For instance, Mr. Jacoby was one of the trial counsel in the diet drug (*Fen-Phen*) litigation resulting ultimately in a nationwide settlement in excess of $6 billion. He was appointed by the NJ Superior Court Judge Marina Corodemus as liaison counsel in that litigation. Subsequently he was appointed as liaison counsel between state and federal courts in the *Propulsid* litigation before Judge Eldon Fallon in New Orleans, Louisiana. Mr. Jacoby has represented numerous victims of silicone breast implants in MDL litigation. He was then appointed liaison counsel on the mass tort *Vioxx* litigation before Judge Carol Higbee in Atlantic City, New Jersey and represented hundreds of plaintiffs in this class action which ultimately resulted in a nationwide settlement of over $6 billion. Recently, Mr. Jacoby participated in the *Risperdal* trials in the Court of Common Pleas, Philadelphia County, Philadelphia. He has frequently been cited in case law most including for his successful jury verdict and subsequent Supreme Court of New Jersey arguments effecting a major change in New Jersey law permitting a civil lawsuit by an employee against his employer for deliberate harm.

He has received numerous awards and distinctions over his career from the White Lung Association (Asbestos victims) and Lawyers for Public Justice where he was named one of five finalists for Trial Attorney of the Year. He is an AV Rated Attorney whom has received recognition as a Super Lawyer both in New Jersey and Pennsylvania. He has published material in a book on Asbestos regarding the legal aspects. Furthermore, he is frequently cited in other publications.

His background includes graduation from Rutgers College, New Brunswick, NJ, with honors and distinction (Henry Rutgers Scholar) and George Washington University Law School, Washington, D.C. (with honors and Order of the Coif). For 10 years, he was an adjunct professor of law at Rutgers Camden School of Law teaching Trial Advocacy. He has argued class-action and mass tort cases before the New Jersey Supreme Court, numerous state and federal courts, and the 2nd, 3rd and 4th Federal Circuit Courts of Appeal. Mr. Jacoby has spoken at numerous seminars and conferences on varied subjects involving class-action and mass tort litigation. He is a member of the New Jersey Bar.

AXLER GOLDICH LLC



# MATTHEW STROUT

**PRACTICE AREAS:**
Class Action
Consumer Protection
Mass Tort Litigation
Personal Injury

**ADMISSIONS:**
New Jersey
Pennsylvania

**EDUCATION:**
Temple University Beasley School of Law, J.D., cum laude
University of Maine, B.A., summa cum laude

Prior to joining Axler Goldich LLC, Mr. Strout was an associate at a prominent plaintiffs' firm where he maintained a busy mass tort, personal injury, and consumer class action practice. He also previously interned at two prosecutor's offices (Phila D.A. and Camden County Prosecutor's Office), two public interest firms (Sheller Center for Social Justice and the Pennsylvania Innocence Project) and two public policy organizations (American Civil Liberties Union and Pennsylvanians for Modern Courts).

Mr. Strout graduated summa cum laude from the University of Maine with a degree in Political Science (2010) and graduated cum laude from Temple University Beasley School of Law (2015) where he was a Rubin Public Interest Law Honor Society Fellow.

AXLER GOLDICH LLC

# AWARDS

Pennsylvania Super Lawyers Rising Star
Marc A. Goldich, 2013-2016

Lawyer on the Fast Track, American Lawyer Media / The Legal Intelligencer
Marc A. Goldich, 2013

Pro Bono Honor Roll, E.D.P.A.
Marc A. Goldich, 2010

Pro Bono Unsung Hero
Marc A. Goldich, 2008

Super Lawyer, Super Lawyers Magazine
Noah Axler, 2014-2015

Rising Star, Super Lawyers Magazine
Noah Axler, 2007, 2010-2011

Trial Attorney of the Year, White Lung Association (Asbestos victims) and Lawyers for Public Justice
David Jacoby

AV Rated Attorney, the highest possible peer review in legal ability and ethical standard.
David Jacoby

Super Lawyer in both New Jersey and Pennsylvania
David Jacoby

Published material in a book on Asbestos regarding legal aspects and frequently cited in other publications.
David Jacoby