Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 5:16-cv-00523-RMW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF REPLY ON MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Hearing date:  June 17, 2016<br>Hearing time:   9:00 am |
|---|---|

010581-11  877448 V1

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington, and my *pro hac vice* application was approved by this Court. I am the managing partner of Hagens Berman Sobol Shapiro LLP and one of the counsel of record for Plaintiffs Christopher Nelson, Dennis Crawford, Joshuah Enders, Adam Ginsberg, David Schechner, Chadwick Hauff, James Hagey, Nikolas Manak, John Smith, and Dudley Lane Dortch IV in this litigation. I have been actively involved in this litigation and have personal knowledge of the matters set forth in this declaration. I could and would testify truthfully and accurately to the following.

2. Attached hereto as Exhibit A is a true and correct copy of the Joint Case Management Conference Statement filed on March 9, 2016, in *Pozar v. Seagate Technology LLC*, No. CGC-15-547787 (Cal. Super. Ct.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of June, 2016, at Seattle, Washington.


      /s/ Steve W. Berman
STEVE W. BERMAN

DECL. OF STEVE W. BERMAN IN REPLY ON MOTION
FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL - 1
Case No.: 5:16-cv-00523-RMW