Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Seagate Technology LLC Lit.

Plaintiff(s),

v.

Defendant(s).

Case No: 5:16-cv-00523

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Bryan L. Clobes, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeff D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1101 Market Street, Suite 2650<br>Philadelphia, Pennsylvania  19107 | 715 Hearst Avenue, Suite 202<br>Berkeley, California  94710 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (215) 864-2800 | (510) 725-3000 |
| My email address of record: | Local co-counsel's email address of record: |
| bclobes@caffertyclobes.com | jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 68151.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/06/16

Bryan L. Clobes
APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Bryan L. Clobes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/7/2016

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE