Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re Seagate Technology LLC Lit.    )
                                     )    Case No: 5:16-cv-00523
                        Plaintiff(s),)
                                     )    **APPLICATION FOR**
          v.                         )    **ADMISSION OF ATTORNEY**
                                     )    **PRO HAC VICE**
                                     )    (CIVIL LOCAL RULE 11-3)
                                     )
                        Defendant(s).)
                                     )

I, Nyran Rose Rasche , an active member in good standing of the bar of
Illinois , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Plaintiffs in the
above-entitled action. My local co-counsel in this case is Jeff D. Friedman , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 150 South Wacker Drive, Suite 3000 Chicago, Illinois 60606 | 715 Hearst Avenue, Suite 202 Berkeley, California 94710 |
| MY TELEPHONE # OF RECORD: (312) 782-4880 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: nrasche@caffertyclobes.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 06276743 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/06/16                              Nyran Rose Rasche
_____
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nyran Rose Rasche is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 6/7/2016                          *Ronald M. Whyte*
_____
                              UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*