UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Susan Y. Soong                                                               General Court Number
Clerk of Court                                                                     415 522-2200

CASE NUMBER: 5:16-cv-00523-RMW
CASE TITLE: in re Seagate Technology LLC Litigation

## REASSIGNMENT ORDER

Magistrate Judge Paul S. Grewal resigned from the court on June 3, 2016.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Howard R. Lloyd as the referral judge.

ALL REFERRED MATTERS PRESENTLY SCHEDULED FOR HEARING BEFORE MAGISTRATE JUDGE GREWAL ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE HOWARD R. LLOYD.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

June 6th, 2016

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*

CLERK OF COURT