```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
```

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING:**<br><br>**(1)  THE FILING OF A CONSOLIDATED SECOND AMENDED COMPLAINT;**<br><br>**(2)  TIME FOR DEFENDANT TO RESPOND; AND**<br><br>**(3) HEARING AND BRIEFING SCHEDULE FOR MOTION TO DISMISS CONSOLIDATED SECOND AMENDED COMPLAINT** |

This Joint Stipulation is made by and between plaintiffs Adam Ginsberg, Dudley Lane Dortch IV, Dennis Crawford, David Schechner, Joshuah Enders, Chadwick Hauff, James Hagey, John Smith, Nikolas Manak (collectively the "Ginsberg Plaintiffs"), and Christopher Nelson ("Nelson") and Seagate Technology LLC ("Seagate"), by and through their respective undersigned counsel of record, with reference to the following facts:

**RECITALS**

1. WHEREAS, the Ginsberg Plaintiffs filed an Amended Complaint on May 4, 2016;

2. WHEREAS, Nelson filed an Amended Complaint on May 4, 2016;

3. WHEREAS, the Court ordered the Nelson and Ginsberg actions consolidated on May 6, 2016;

4. WHEREAS, the Ginsberg Plaintiffs and Nelson (collectively "Plaintiffs") filed a Consolidated Amended Complaint on May 9, 2016;

5. WHEREAS, Seagate has agreed to stipulate to the filing of a Consolidated Second Amended Complaint;

6. WHEREAS, Plaintiffs have agreed to file their Consolidated Second Amended Complaint on or before July 11, 2016;

7. WHEREAS, Plaintiffs have agreed to limit any amendments contained in the Consolidated Second Amended Complaint to: (1) amendments regarding notice provisions of the California Consumers Legal Remedies Act, Cal. Civ. Code § 1770 *et seq.*; the Texas Deceptive Trade Practices—Consumer Protection Act, Tex. Bus. & Comm. Code § 71.46, *et seq*; and Massachusetts General Law chapter 93A, and (2) a limited amendment to paragraph 265 of the Consolidated Amended Complaint to add allegations regarding an alleged South Dakota subclass; and Plaintiffs have specifically agreed that they will not at this time amend the Consolidated Amended Complaint to add further named plaintiffs or claims or additional facts supporting any existing claims other than as set forth above;

8. WHEREAS, Plaintiffs have agreed that Seagate's responsive pleading to the Consolidated Second Amended Complaint shall be due on or before August 5, 2016, and that no separate responsive pleading to the Consolidated Amended Complaint will be required;

9. WHEREAS, Seagate intends to move to dismiss the Consolidated Second Amended Complaint;

10. WHEREAS, pursuant to the Standing Order Regarding Case Management in Civil Cases for the United States District Court for the Northern District of California ("Standing

1  Order"), counsel for the parties conferred regarding a hearing date on Seagate's motion to dismiss
2  the Consolidated Second Amended Complaint;
3       5.   WHEREAS, pursuant to the instructions in the Standing Order regarding
4  scheduling hearings before Judge Whyte, the parties stipulated to a hearing date of October 7,
5  2016, at 9:00 a.m.;
6       6.   WHEREAS, the parties have agreed, subject to the Court's approval, that
7  Plaintiffs' opposition to Seagate's motion to dismiss will be due on or before September 2, 2016;
8  and
9       7.   WHEREAS, the parties have agreed, subject to the Court's approval, that Seagate's
10 reply will be due on or before September 23, 2016.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES pursuant to Local Rule 6-1(a) that Seagate's time to respond to the Consolidated Amended Complaint and, when filed, the Consolidated Second Amended Complaint, shall be August 5, 2016.

IT IS HEREBY FURTHER STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, the following briefing schedule shall apply to a motion to dismiss directed to the Second Amended Consolidated Complaint:

**Motion:** August 5, 2016.

**Opposition:** September 2, 2016.

**Reply:** September 23, 2016.

**Hearing:** October 7, 2016 at 9:00 a.m.

Dated:  June 8, 2016                                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                         By     */s/ Anna S. McLean*
                                                                 ANNA S. McLEAN

                                                         Attorneys for Defendant
                                                         SEAGATE TECHNOLOGY LLC

I, Anna McLean, whose user ID and password are used to efile this document, hereby attests that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated:  June 8, 2016                                     HAGENS BERMAN SOBOL SHAPIRO LLP

                                                         By     */s/Steve W. Berman*
                                                                 STEVE W. BERMAN

                                                         Attorneys for Plaintiffs and Proposed Class

Dated:  June 8, 2016                                     AXLER GOLDICH LLC

                                                         By     */s/ Marc A. Goldich*
                                                                 MARC A. GOLDICH (*Pro Hac Vice*)

                                                         Attorneys for Plaintiffs and Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                                                   _____
                                                         The Honorable Ronald M. Whyte
                                                         United States Senior District Judge