1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  Marc A. Goldich (*pro hac vice*)
   AXLER GOLDICH, LLC
10 One Liberty Place
   1650 Market Street, Suite 3600
11 Philadelphia, PA 19103
   Telephone: (267) 207-2920
12 mgoldich@axgolaw.com

13 *Attorneys for Plaintiffs*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 5:16-cv-00523-RMW |
|---|---|
| CONSOLIDATED ACTION | NOTICE OF APPEARANCE OF SHANA E. SCARLETT |

010581-11 879541v1

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorney of the law firm Hagens Berman Sobol Shapiro represents Plaintiffs in this matter.  All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

>    Shana E. Scarlett, SBN 217895
>    Hagens Berman Sobol Shapiro LLP
>    715 Hearst Avenue, Suite 202
>    Berkeley, CA 94710
>    Telephone: (510) 725-3000
>    Facsimile: (510) 725-3001
>    Email: shanas@hbsslaw.com

DATED: June 14, 2016                         HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By   */s/ Shana E. Scarlett*
                                                  SHANA E. SCARLETT

                                             *Counsel for Plaintiffs*

NOTICE OF APPEARANCE                         1
Case No. 3:16-cv-00523-RMW
010581-11-879541v1