# Exhibit D





**DESKTOP DRIVE
DISQUE EXTERNE**

Data Sheet

**Seagate Backup Plus, easy backup
for your digital life on your computer and the cloud**

The Seagate® Backup Plus desktop drive simplifies backup for consumers who want to protect their entire digital life locally, in the cloud or from social networks. Via the Seagate Dashboard, use the *Protect* function to set up a one-click plan or customize your scheduled local backup. Keep multiple copies of your files in case disaster strikes.

With the *Save* feature, user-generated content can be backed up from your favorite social networks. Many people now use their smartphones to capture priceless moments. While these devices are handy and readily available, storage is not their strong suit. Capture a memory, post it on a social networking site and let the Seagate Dashboard automatically back up any content posted. Even if the file gets accidentally deleted from the device, another copy can be waiting.

The *Share* feature allows multiple files to be uploaded to social networks at once from your computer. The days of uploading individual files without creating a new album are gone! Simply select files to upload, choose where to post them and even add comments. Managing your social profile has never been easier.

Install the pre-loaded NTFS driver for Mac, and use the drive interchangeably between PC and Mac® computers without reformatting the drive. For even more flexibility, with the Seagate Backup Plus design, you can upgrade from the included USB 3.0 interface to Thunderbolt™ technology or FireWire® 800 with the available additional adapter.






**DESKTOP DRIVE**
**DISQUE EXTERNE**

| Specifications | | | | |
|---|---|---|---|---|
| Retail Packaging | Product Dimensions | Box Dimensions | Master Carton Dimensions | Pallet Dimensions |
| Length (in/mm) | 6.22/158 | 7.87/200 | 14.96/372 | 43.93/1116 |
| Width (in/mm) | 4.88/124 | 9.06/230 | 9.52/242 | 38.11/968 |
| Depth (in/mm) | 1.73/44 | 3.54/90 | 8.58/218 | 47.76/1213 |
| Weight (lb/kg) | 2.38/1.08 | 2.93/1.33 | 12.44/5.66 | 785/356.8 |
| Quantities | | | | |
| Boxes per Master Carton | 4 | | | |
| Master Cartons per Pallet | 60 | | | |
| Pallet Layers | 5 | | | |
| System Requirements | | | | |
| Windows® 7, Windows Vista®, Windows XP SP3 (32-bit and 64-bit) operating system or Mac OS X 10.6 or higher[1] | | | | |
| SuperSpeed USB 3.0 port (required for USB 3.0 transfer speeds or backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds)[2] | | | | |
| Inside the Box | | | | |
| Seagate Backup Plus drive | | 4-foot USB 3.0 cable | | |
| Seagate Dashboard pre-loaded on drive | | Power adapter | | |
| NTFS driver for Mac pre-loaded on drive[1] | | Quick start guide | | |
| USB 3.0 interface adapter with capacity gauge | | 2-year limited warranty | | |

| Region | Product | Capacity[3] | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|
| AMER | Backup Plus desktop drive | 1TB | STCA1000100 | 763649040553 | 10763649040550 |
| AMER | Backup Plus desktop drive | 2TB | STCA2000100 | 763649040560 | 10763649040567 |
| AMER | Backup Plus desktop drive | 3TB | STCA3000101 | 763649040577 | 10763649040574 |
| AMER | Backup Plus desktop drive | 4TB | STCA4000100 | 763649040584 | 10763649040581 |

1 Reformatting for Mac may be required.
2 Compatibility may vary depending on user's hardware configuration and operating system.
3 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes when referring to drive capacity.

www.seagate.com

AMERICAS        Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC        Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA        Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1757.1 1204 AMER