# Exhibit G

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEAGATE TECHNOLOGY, LLC
C/O ANNA McLEAN
SHEPPARD MULLIN RICHTER & HAMPTON
FOUR EMBARCADERO CTR, 17TH FL
SAN FRANCISCO, CA 94111

9590 9403 0905 5223 1855 13

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X     ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
CHARLIE LUTGE

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7015 1660 0000 0900 9022

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
PO BOX 12548
AUSTIN, TX 78711

9590 9403 0905 5223 1855 20

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

RECEIVED IN
MAIL CENTER

MAY -9 2016

OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7015 1660 0000 0900 9015

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt





# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.



**Tracking Number:** 7015166000009009022

**Delivered**

## Product & Tracking Information

**Available Actions**

Postal Product:      Features:
     Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 9, 2016 , 10:48 am** | **Delivered** | **SAN FRANCISCO, CA 94103** |

Your item was delivered at 10:48 am on May 9, 2016 in SAN FRANCISCO, CA 94103.

| | | |
|---|---|---|
| May 7, 2016 , 11:10 pm | Departed USPS Facility | SAN FRANCISCO, CA 94188 |
| May 7, 2016 , 7:18 am | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| May 6, 2016 , 7:24 am | Departed USPS Facility | SEATTLE, WA 98168 |
| May 5, 2016 , 7:42 pm | Arrived at USPS Facility | SEATTLE, WA 98168 |

## Track Another Package

Tracking (or receipt) number

[                                    ]   **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**USPS.COM**

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

   

Search or Enter a Tracking Number