UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-RMW<br><br>**CASE MANAGEMENT CONFERENCE ORDER [~~CORRECTED~~]** |

The Court held a Case Management Conference on July 8, 2016.  Marc Goldich and Shana Scarlett appeared on behalf of Plaintiffs.  Anna McLean and Liên Payne appeared on behalf of Defendant.  The parties have completed the following items: (1) Defendant has responded to Plaintiffs' First Set of Requests for Production of Documents, and (2) the parties have exchanged Initial Disclosures.  Subsequently, Plaintiffs Second Consolidated Amended Complaint was filed on July 11, 2016.

Scheduling for the Motion to Dismiss is set as follows:  (1) the Motion to Dismiss or Answer is due by 8/5/2016, (2) the Response is due by 9/2/2016, and (3) the Reply is due by 9/23/2016.  The hearing on the Motion to Dismiss is set for 10/7/2016 at 9:00 AM in Courtroom 6, 4th Floor, San Jose.

The Court also set the following pre-class certification dates:

- Close of Fact Discovery: 3/3/2017;
- Plaintiffs' Expert Reports Concerning Class Certification: 4/7/2017;
- Defendant's Expert Reports Concerning Class Certification: 5/5/2017;
- Supplemental Expert Reports Concerning Class Certification: 5/26/2017.

Scheduling for the Motion for Class Certification is set as follows: (1) the Motion for Class Certification is due by 6/2/2017, (2) the Opposition is due by 6/20/2017, and (3) the Reply is due by 7/21/2017.  The hearing on the Motion for Class Certification is set for 8/4/2017 at 9:00 AM in Courtroom 6, 4th Floor, San Jose.

The Court also set the following post-class certification dates:

- Plaintiffs' Expert Reports: 8/18/2017;
- Defendant's Expert Reports: 9/15/2017;
- Supplemental Expert Reports: 9/29/2017.

The next Case Management Conference is set for 8/4/2017 at 10:30 AM in Courtroom 6, 4th Floor, San Jose. The following presumptive limits on discovery shall apply, absent further order of the Court: (1) 25 interrogatories per side, (2) 10 depositions per side, and (3) 10 Requests for Admissions per side. The Court is willing to raise the number of RFAs allowed if any authenticity issues arise. There are no limits on Requests for the Production of Documents, but requests must be narrowly tailored.

**IT IS SO ORDERED.**

Dated: July 25, 2016

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States Senior District Judge