Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 5:16-cv-00523-RMW<br><br>STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF ADAM GINSBERG WITHOUT PREJUDICE PURSUANT TO CIVIL PROCEDURE RULE 41(a)(1) |

010581-11  886536 V2

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and
2  agreed, by and between the parties, that plaintiff Adam Ginsberg is dismissed, without prejudice and
3  without costs.  This voluntary dismissal of Adam Ginsberg does not affect any of the claims made in
4  the Second Consolidated Amended Complaint (ECF No. 62).
5  In agreeing to this voluntary dismissal, Defendant does not waive its rights under the Federal
6  Rules of Civil Procedure, including Rules 45 and 26, to seek discovery from Mr. Ginsberg as a
7  percipient witness/absent member of the putative class.  Similarly, Plaintiffs do not waive their right
8  to seek a protective order under Rule 26 preventing any such discovery.

10 DATED: July 26, 2016                              HAGENS BERMAN SOBOL SHAPIRO LLP

                                                    By:     */s/ Steve W. Berman*
                                                          Steve W. Berman (*pro hac vice*)
                                                    1918 Eighth Avenue, Suite 3300
                                                    Seattle, Washington 98101
                                                    Telephone: (206) 623-7292
                                                    Facsimile: (206) 623-0594
                                                    steve@hbsslaw.com

                                                    Jeff D. Friedman
                                                    715 Hearst Avenue, Suite 202
                                                    Berkeley, California 94710
                                                    Telephone: (510) 725-3000
                                                    Facsimile: (510) 725-3001
                                                    jefff@hbsslaw.com

                                                    Marc A. Goldich (*pro hac vice*)
                                                    AXLER GOLDICH, LLC
                                                    One Liberty Place
                                                    1650 Market Street, Suite 3600
                                                    Philadelphia, PA 19103
                                                    Telephone: (267) 207-2920
                                                    mgoldich@axgolaw.com

                                                    *Attorneys for Plaintiffs*

|  |  |
|---|---|
|  | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations |
| DATED: July 26, 2016 | By:   */s/ Anna S. McLean*<br>ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>npopovic@sheppardmullin.com<br>DAVID E. SNYDER, Cal. Bar No. 262001<br>dsnyder@sheppardmullin.com<br>LIÊN H. PAYNE, Cal. Bar No. 291569<br>lpayne@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947 |
|  | *Attorneys for Defendant* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Voluntarily Dismissing Plaintiff Adam Ginsberg Without Prejudice Pursuant to Civil Procedure Rule 41(a)(1). In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: July 26, 2016               By:   */s/ Steve W. Berman*
                                          Steve W. Berman

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Steve W. Berman*
STEVE W. BERMAN