1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  npopovic@sheppardmullin.com
   ANNA S. McLEAN, Cal. Bar No. 142233
4  amclean@sheppardmullin.com
   DAVID E. SNYDER, Cal. Bar No. 262001
5  dsnyder@sheppardmullin.com
   LIÊN H. PAYNE, Cal. Bar No. 291569
6  lpayne@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
7  San Francisco, California 94111-4109
   Telephone:   415.434.9100
8  Facsimile:   415.434.3947

9  Attorneys for Defendant
   SEAGATE TECHNOLOGY LLC
10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-RMW<br><br>**[PROPOSED] ORDER DISMISSING SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |
|---|---|

1  Having considered the motion of defendant Seagate Technology LLC ("Seagate") to
2  dismiss plaintiffs' Second Consolidated Amended Complaint ("SAC") pursuant to Fed. R. Civ. P.
3  12(b)(6) and Fed. R. Civ. P. 9(b), as well as the opposition filed by plaintiffs Christopher Nelson,
4  Dennis Crawford, Joshuah Enders, David Schechner, Chadwick Hauff, James Hagey, Nikolas
5  Manak, John Smith and Dudley Lane Dortch IV, Seagate's reply papers and the arguments of
6  counsel, and good cause appearing, the Court hereby GRANTS Seagate's motion to dismiss with
7  prejudice as to all claims in the SAC.
8  IT IS SO ORDERED.
9
10 DATED: _____, 2016
11
12                                         _____
13                                         The Honorable Ronald M. Whyte
                                           United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28