1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3  NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
   DAVID E. SNYDER, Cal. Bar No. 262001
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947
   Email:        amclean@sheppardmullin.com
7                npopovic@sheppardmullin.com
                 dsnyder@sheppardmullin.com
8                lpayne@sheppardmullin.com

9  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
10   Including Professional Corporations
   MUKUND H. SHARMA, Cal. Bar No. 249125
11 390 Lytton Avenue
   Palo Alto, CA  94301
12 Telephone:    650.815.2600
   Facsimile:    650.815.2601
13 Email:        msharma@sheppardmullin.com

14 Attorneys for Defendant
   SEAGATE TECHNOLOGY, LLC
15

16               UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19

20 | IN RE SEAGATE TECHNOLOGY, LLC LITIGATION | Case No. 5:16-cv-00523-RMW |
   |---|---|
   | | NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC |
   | CONSOLIDATED ACTION | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorney of the law firm Sheppard Mullin Richter & Hampton LLP represents defendant Seagate Technology LLC in this matter. All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

> Mukund H. Sharma, Cal. Bar No. 249125
> Sheppard, Mullin, Richter & Hampton LLP
> 379 Lytton Avenue
> Palo Alto, CA 94301-1479
> Telephone:   650.815.2600
> Facsimile:   650.815.2601
> Email:   msharma@sheppardmullin.com

Dated: September 21, 2016         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ *Mukund H. Sharma*
         MUKUND H. SHARMA

Attorneys for Defendant
SEAGATE TECHNOLOGY, LLC