UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>IN RE SEAGATE TECHNOLOGY LLC LITIGATION,<br><br>Defendants. | Case No. 5:16-cv-00523-RMW<br><br>ORDER |

Judge Ronald M. Whyte will assume inactive status effective November 1, 2016. The court requests parties in this case to consider consenting to the jurisdiction of a magistrate judge in the Northern District in accordance with the provisions of Title 28, U.S.C. Section 636(c). By Friday, October 28, 2016, parties may file written consent to one or more of these three options: (1) the jurisdiction of any magistrate judge in San Jose; (2) the jurisdiction of any magistrate judge in San Francisco/Oakland; or (3) the jurisdiction of a specific magistrate judge in this district.

If all parties to a case do not file written consent to the same option, the case will be reassigned to a district judge in San Francisco or Oakland without regard to venue provisions.

**IT IS SO ORDERED.**

Dated: October 24th, 2016

_____
PHYLLIS J. HAMILTON
United States Chief District Judge