Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (pro hac vice)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 5:16-cv-00523-RMW<br><br>JOINT CONSENT TO JURISDICTION OF CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO |
|---|---|

010581-11  911416 V1

1    In accordance with the provisions of 28 U.S.C. § 636(c) and this Court's October 24, 2016

2  Order (ECF No. 81), the parties hereby consent to have Chief Magistrate Judge Joseph C. Spero

3  conduct all further proceedings in this case, including trial and entry of final judgment.  The parties

4  acknowledge and understand that appeal from any judgment shall be taken directly to the United

5  States Court of Appeals for the Ninth Circuit.

7  DATED: October 28, 2016                    HAGENS BERMAN SOBOL SHAPIRO LLP

   By:    */s/ Steve W. Berman*
              Steve W. Berman (*pro hac vice*)
   1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
   steve@hbsslaw.com

   Jeff D. Friedman
   715 Hearst Avenue, Suite 202
   Berkeley, California 94710
   Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
   jefff@hbsslaw.com

   Marc A. Goldich (*pro hac vice*)
   AXLER GOLDICH, LLC
   One Liberty Place
   1650 Market Street, Suite 3600
   Philadelphia, PA 19103
   Telephone: (267) 207-2920
   mgoldich@axgolaw.com

   *Attorneys for Plaintiffs*

| | |
|---|---|
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations |
| DATED: October 28, 2016 | By:   */s/ Anna S. McLean*<br>    ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>npopovic@sheppardmullin.com<br>DAVID E. SNYDER, Cal. Bar No. 262001<br>dsnyder@sheppardmullin.com<br>LIÊN H. PAYNE, Cal. Bar No. 291569<br>lpayne@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br><br>*Attorneys for Defendant* |

JOINT CONSENT TO MAGISTRATE JUDGE SPERO- 2
Case No.: 5:16-cv-00523-RMW

010581-11  911416 V1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file this Joint Consent to Magistrate Judge Jurisdiction. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 28, 2016            By:    */s/ Steve W. Berman*
                                                    Steve W. Berman

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

   */s/ Steve W. Berman*
   STEVE W. BERMAN