United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. NELSON, et al., | Case No. 16-cv-00523-RMW |
| Plaintiffs, | |
| v. | **ORDER REASSIGNING CASE** |
| SEAGATE TECHNOLOGY LLC, | |
| Defendant. | |

Judge Ronald M. Whyte has assumed inactive status as of November 1, 2016.  In order to avoid delay and to facilitate prompt disposition of this case, this matter is reassigned without regard to venue provisions.  Therefore,

IT IS ORDERED that this case is reassigned to the Honorable Joseph C. Spero in the San Francisco division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials JC immediately after the case number.

All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated:  November 2, 2016            FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*
Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.