UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| Case No.: 16-cv-00523-JCS | Case Name: In re Seagate Technology LLC Litigation v. |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: December 9, 2016   **Time:** 9 M |

**Attorney for Plaintiff**: Ashley Bede, Marc Goldich
**Attorney for Defendant:** Anna S. McLean, Liên Payne, Neil Popovic

**Deputy Clerk:** Karen Hom                **Court Reporter:** Not Reported

**PROCEEDINGS**

1. Initial Case Management Conference - Held

**ORDERED AFTER HEARING**

Except as modified, the Court adopted the dates in the joint case management conference statement, ECF 89, up to the Motion for Class Certification.
Updated joint case management conference statement due 2/3/17.

**NOTES:** Court advised the parties that the pending motion is under submission and ruling will issue.

**CASE CONTINUED TO:**    02/10/17 at 2:00 PM for a further case management conference.

**REFERRALS:**

[X] Case referred to ADR for Mediation to occur within 120 days from 12/9/16.
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at 8:30 AM for            days       [ ]  Jury   [ ]  Court

**Order to be prepared by:**
[ ] Plaintiff        [ ] Defendant        [X] Court
**cc:** ADR