UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEAGATE TECHNOLOGY LLC, LITIGATION | Case No. 16-cv-00523-JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following an initial case management conference held on **December 9, 2016,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement is due by February 3, 2017.

2. A further case management conference is set for **February 10, 2017, at 2:00 PM.**

3. This matter is referred to the Court's ADR program for mediation, to occur within 120 days.

4. All non-expert discovery shall be completed by June 2, 2017.

5. Plaintiffs' Expert Reports Concerning Class Certification shall be disclosed by July 7, 2017.

6. Defendant's Expert Reports Concerning Class Certification shall be disclosed by August 4, 2017.

7. Supplemental Expert Reports Concerning Class Certification shall be disclosed by August 25, 2017.

8. The Motion for Class Certification shall be filed and served on or before September 1, 2017.

9. The opposition memorandum to the Motion for Class Certification shall be filed and served on or before September 29, 2017. The reply brief to the Motion for Class Certification

shall be filed and served on or before October 20, 2017.  Hearing on the Motion for Class Certification is set for **November 17, 2017, at 2:00 PM.**

     IT IS SO ORDERED.

Dated: 12/14/16

_____
JOSEPH C. SPERO
Chief Magistrate Judge