Marc A. Goldich
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
P: 267.534.7400
F: 267.534.7407
mgoldich@axgolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT:

 Please take notice that the contact information for Marc A. Goldich, counsel for all Plaintiffs, is now as follows:

AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Phone: 267.534.7400
Facsimile: 267.534.7407
mgoldich@axgolaw.com

| | |
|---|---|
| Dated:  January 6, 2017 | Respectfully submitted,<br><br>s/ Marc A. Goldich<br>Marc A. Goldich<br>AXLER GOLDICH LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Phone: 267.534.7400<br>Facsimile: 267.534.7407<br>mgoldich@axgolaw.com<br><br>*Attorney for Plaintiffs and the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 6, 2017, the foregoing Notice of Change of Firm Address was filed electronically via the Court's ECF system.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's ECF system.  Parties may access this filing through the Court's system.

s/ Marc A. Goldich