Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>JOINT STIPULATION FOR REQUEST FOR REFERRAL TO MAGISTRATE JUDGE CORLEY FOR SETTLEMENT CONFERENCE |

1   The parties stipulate to a request for referral to Magistrate Judge Corley to conduct a

2   settlement conference.  At the December 9, 2016 Case Management Conference, the Court referred

3   this case to mediation 120 days from December 9.

4   The parties met and conferred, and by this stipulation hereby request referral to Judge Corley

5   for mediation in February 2017, or other agreeable date no later than April 10, 2017.

6   **IT IS SO STIPULATED.**

8   DATED: January 6, 2017                    HAGENS BERMAN SOBOL SHAPIRO LLP

By:      */s/ Steve Berman*
Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Jeff. D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxlert@axgolaw.com

*Attorneys for Plaintiffs*

1  DATED: January 5, 2017                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3                                            By:   /s/ Anna S. McLean
                                             Anna S. McLean (142233)
4                                            Neil A.F. Popović (132403)
                                             Tenaya Rodewald (248563)
5                                            Liên H. Payne (291569)

6                                            Four Embarcadero Center, 17th Floor
                                             San Francisco, CA 94111
7                                            Telephone: (415) 434-9100
                                             Facsimile: (415) 434-3947
8                                            amclean@sheppardmullin.com
                                             npopovic@sheppardmullin.com
9                                            trodewald@sheppardmullin.com
                                             lpayne@sheppardmullin.com

10                                           Mukund H. Sharma (249125)
                                             379 Lytton Avenue
11                                           Palo Alto, CA 94301
                                             Telephone: (650) 815-2600
12                                           Facsimile: ((650) 815-2601
                                             msharma@sheppardmullin.com
13
                                             *Attorneys for Defendant*
14

15

16  **IT IS SO ORDERED.**

17

18  DATED: _____

19                                           _____
                                             CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO
20

21

22

23

24

25

26

27

28