1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*pro hac vice*)
   Ashley A. Bede (*pro hac vice*)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
7  Seattle, Washington 98101
   Telephone: (206) 623-7292
8  Facsimile: (206) 623-0594
   steve@hbsslaw.com
9  ashleyb@hbsslaw.com

10 Marc A. Goldich (*pro hac vice*)
   Noah Axler
11 AXLER GOLDICH, LLC
   One Liberty Place
12 1650 Market Street, Suite 3600
   Philadelphia, PA 19103
13 Telephone: (267) 207-2920
   mgoldich@axgolaw.com
14 naxler@axgolaw.com

15 *Attorneys for Plaintiffs*

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19 IN RE SEAGATE TECHNOLOGY LLC          No. 3:16-cv-00523-JCS
   LITIGATION
20                                       JOINT STIPULATION FOR REQUEST
                                         FOR REFERRAL TO MAGISTRATE
21                                       JUDGE CORLEY FOR SETTLEMENT
                                         CONFERENCE
22

23

24

25

26

27

28

1    The parties stipulate to a request for referral to Magistrate Judge Corley to conduct a

2    settlement conference.  At the December 9, 2016 Case Management Conference, the Court referred

3    this case to mediation 120 days from December 9.

4    The parties met and conferred, and by this stipulation hereby request referral to Judge Corley

5    for mediation in February 2017, or other agreeable date no later than April 10, 2017.

6    **IT IS SO STIPULATED.**

7

8    DATED: January 6, 2017                    HAGENS BERMAN SOBOL SHAPIRO LLP

9

10                                By:  ____*/s/ Steve Berman*_____
                                Steve W. Berman (*pro hac vice*)
11                                Ashley A. Bede (*pro hac vice*)
                                1918 Eighth Avenue, Suite 3300
12                                Seattle, Washington 98101
                                Telephone: (206) 623-7292
13                                Facsimile: (206) 623-0594
                                steve@hbsslaw.com
14                                ashleyb@hbsslaw.com

15                                Jeff. D. Friedman (173886)
                                715 Hearst Avenue, Suite 202
16                                Berkeley, California 94710
                                Telephone: (510) 725-3000
17                                Facsimile: (510) 725-3001
                                jefff@hbsslaw.com

18                                Marc A. Goldich (*pro hac vice*)
                                Noah Axler (*pro hac vice*)
19                                AXLER GOLDICH, LLC
                                One Liberty Place
20                                1650 Market Street, Suite 3600
                                Philadelphia, PA 19103
21                                Telephone: (267) 207-2920
                                mgoldich@axgolaw.com
22                                naxlert@axgolaw.com

23                                *Attorneys for Plaintiffs*

24

25

26

27

28

1   DATED: January 5, 2017                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3                                                   By: ___/s/ Anna S. McLean_____
                                                    Anna S.McLean (142233)
4                                                   Neil A.F. Popović (132403)
                                                    Tenaya Rodewald (248563)
5                                                   Liên H. Payne (291569)

6                                                   Four Embarcadero Center, 17th Floor
                                                    San Francisco, CA 94111
7                                                   Telephone: (415) 434-9100
                                                    Facsimile: (415) 434-3947
8                                                   amclean@sheppardmullin.com
                                                    npopovic@sheppardmullin.com
9                                                   trodewald@sheppardmullin.com
                                                    lpayne@sheppardmullin.com

10                                                  Mukund H. Sharma (249125)
                                                    379 Lytton Avenue
11                                                  Palo Alto, CA 94301
                                                    Telephone: (650) 815-2600
12                                                  Facsimile: ((650) 815-2601
                                                    msharma@sheppardmullin.com
13
                                                    *Attorneys for Defendant*
14

15

16  **IT IS SO ORDERED.**

17

18  DATED:  _1/9/17_____

19                                                  _____
                                                    CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO
20

21

22

23

24

25

26

27

28