Noah Axler
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
P: 267.534.7400
F: 267.534.7407
naxler@axgolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| CONSOLIDATED ACTION | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT:

Please take notice that the contact information for Noah Axler, counsel for all Plaintiffs, is now as follows:

AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Phone: 267.534.7400
Facsimile: 267.534.7407
naxler@axgolaw.com

Dated:  January 19, 2017

Respectfully submitted,

s/ Noah Axler
Noah Axler
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Phone: 267.534.7400
Facsimile: 267.534.7407
naxler@axgolaw.com

*Attorney for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 19, 2017, the foregoing Notice of Change of Firm Address was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties who have appeared in this action via the Court's ECF system. Parties may access this filing through the Court's system.

s/ Noah Axler