Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
Liên H. Payne, Cal. Bar No. 291569
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
npopovic@sheppardmullin.com
amclean@sheppardmullin.com
lpayne@sheppardmullin.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint filed: May 9, 2016 |

010581-11 881889 V1

|   |   |
|---|---|
| 1 | **I.     INTRODUCTORY STATEMENT** |
| 2 | Pursuant to the Case Management and Pretrial Order (ECF 91), the parties to the above |
| 3 | actions jointly submit this UPDATED JOINT CASE MANAGEMENT STATEMENT.  This is the |
| 4 | third such Case Management Statement: the first was filed with the Court (Whyte, J.) on June 30, |
| 5 | 2016 (ECF 58) and the second was filed with the Court on December 2, 2016.  (ECF 89.) |
| 6 | **II.     JOINT CASE MANAGEMENT STATEMENT** |
| 7 | **1.     Motions** |
| 8 | Defendant filed its Motion to Dismiss on August 5, 2016.  (ECF 68.)  Plaintiffs filed their |
| 9 | Opposition on September 2 (ECF 72), and Defendant filed its Reply in Support on September 23 |
| 10 | (ECF 77).  The parties argued the motion before Judge Whyte on October 7.  That motion is |
| 11 | currently pending before this Court. |
| 12 | **2.     Related Cases** |
| 13 | As previously reported by the parties, a putative class action containing similar allegations |
| 14 | about Seagate's 3TB hard drives is currently pending before Judge Karnow in San Francisco |
| 15 | Superior Court, *Pozar v. Seagate Technology LLC*, CGC-15-547787 (filed September 4, 2015) |
| 16 | (alleging California class).  To the extent feasible, to avoid duplication and promote efficiency, the |
| 17 | parties here have agreed to informally coordinate discovery with the *Pozar* matter.  The Parties have |
| 18 | further agreed to *Pozar* counsel's participation in the upcoming Settlement Conference, described |
| 19 | below. |
| 20 | **3.     Status of Discovery** |
| 21 | As previously reported, the parties reached agreements on the protective order and ESI |
| 22 | protocol, which the Court approved (ECF 59 (protective order); ECF 73 (ESI protocol)).  Each of the |
| 23 | parties has served discovery requests and responded, with rolling productions ongoing.  The parties |
| 24 | have further agreed to engage in additional informal discovery for settlement purposes in advance of |
| 25 | the upcoming Settlement Conference, described below. |
| 26 |   |
| 27 |   |
| 28 |   |

**4.     Other**

On January 25, 2017, this Court entered a Notice and Order Regarding Settlement Conference (ECF 97). The parties will participate in the settlement conference with Magistrate Judge Corley on April 26, 2017, at 11:00 a.m. (ECF 98.)

DATED: February 3, 2017              **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:      */s/ Steve W. Berman*
        Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

**AXLER GOLDICH, LLC**

DATED: February 3, 2017              By:      */s/ Marc A. Goldich*
        Marc A. Goldich (*pro hac vice*)
Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

Bryan L. Clobes (*pro hac vice*)
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: (215) 864-2810
Facsimile: (215) 864-2810
bclobes@caffertyclobes.com

UPDATED JOINT CASE
MANAGEMENT STATEMENT  - 2
Case No.: 5:16-cv-00523-RMW
010581-11  881889 V1

|   |   |
|---|---|
|   | Nyran Rose Rasche (*pro hac vice*)<br>150 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312)782-4880<br>Facsimile: (312) 782-4485<br>nrasche@caffertyclobes.com<br><br>*Attorneys for Plaintiffs*<br><br>**SHEPPARD, MULLIN, RICHTER**<br>  **& HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations |
| DATED: February 3, 2017 | By:   */s/ Anna S. McLean*<br>    ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>npopovic@sheppardmullin.com<br>DAVID E. SNYDER, Cal. Bar No. 262001<br>dsnyder@sheppardmullin.com<br>LIÊN H. PAYNE, Cal. Bar No. 291569<br>lpayne@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br><br>*Attorneys for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file this Updated Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  February 3, 2017                             By:   */s/ Steve W. Berman*
                                                                         Steve W. Berman