SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANNA S. McLEAN, Cal. Bar No. 142233
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
LIÊN H. PAYNE, Cal. Bar No. 291569
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        amclean@sheppardmullin.com
              npopovic@sheppardmullin.com
              lpayne@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
TENAYA RODEWALD, Cal. Bar No. 248563
MUKUND H. SHARMA, Cal. Bar No. 249125
390 Lytton Avenue
Palo Alto, CA  94301
Telephone:    650.815.2600
Facsimile:    650.815.2601
Email:        trodewald@sheppardmullin.com
              msharma@sheppardmullin.com

Attorneys for Defendant
SEAGATE TECHNOLOGY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY, LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-RMW<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorney of the law firm Sheppard Mullin Richter & Hampton LLP represents defendant Seagate Technology LLC in this matter. All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

>     Tenaya Rodewald, Cal. Bar No. 248563
>     Sheppard, Mullin, Richter & Hampton LLP
>     379 Lytton Avenue
>     Palo Alto, CA 94301-1479
>     Telephone:    650.815.2600
>     Facsimile:    650.815.2601
>     Email:        trodewald@sheppardmullin.com

I consent to receive service of documents by electronic means. This constitutes my Notice of Appearance to appear as counsel of record for defendant Seagate Technology LLC in the above-titled action..

Dated:  February 9, 2017                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By          /s/ *Tenaya Rodewald,*
                                            TENAYA RODEWALD

                                            Attorneys for Defendant
                                            SEAGATE TECHNOLOGY, LLC