UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>

| **Case No.:** 16-cv-00523-JCS | **Case Name:** In re Seagate Technology LLC Litigation v. |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: February 10, 2017   **Time:** 6 M |

**Attorney for Plaintiff**: Shana Scarlett
**Attorney for Defendant:** Anna S. McLean, Neil Popovic

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Not Reported</u>

<u>PROCEEDINGS</u>

1. Further Case Management Conference - Held

<u>ORDERED AFTER HEARING</u>

Parties may file a stipulation to extend the class certification discovery deadlines, but they may not change the briefing schedule and hearing date on class certification.

**NOTES:** Settlement conference is 4/26/17 with Judge Corley.

**CASE CONTINUED TO:**    11/17/17 at 2:00 PM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for Mediation to occur within
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**           at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at 8:30 AM for          days      [ ]  Jury  [ ]  Court

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [ ] Court