| | |
|---|---|
| Jeff D. Friedman (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>jefff@hbsslaw.com<br><br>Steve W. Berman (*pro hac vice*)<br>Ashley A. Bede (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>ashleyb@hbsslaw.com<br><br>Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 534-7400<br>Facsimile: (267) 534-7407<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com<br><br>*Attorneys for Plaintiffs* | Neil A.F. Popović, Cal. Bar No. 132403<br>Anna S. McLean, Cal. Bar No. 142233<br>Liên H. Payne, Cal. Bar No. 291569<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br>npopovic@sheppardmullin.com<br>amclean@sheppardmullin.com<br>lpayne@sheppardmullin.com<br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>**STIPULATED AND [~~PROPOSED~~] ORDER AMENDING CASE SCHEDULE**<br><br>Complaint filed: May 9, 2016 |

010581-11 881889 V1

1    Following the February 10, 2017 Case Management Conference, the parties met and

2    conferred regarding amending the Case Schedule pursuant to the Court's instruction.

3    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN

4    THE PARTIES, subject to the Court's approval, that:

5    In accordance with ECF 102, the Case Management and Pretrial Order (ECF 91) is hereby

6    vacated following further Case Management Conference, except for deadlines relating to class

7    certification, such that:

8    (1) The Motion for Class Certification shall be filed and served on or before September 1, 2017;

9
10   (2) The opposition memorandum to the Motion for Class Certification shall be filed and served on or before September 29, 2017;

11   (3) The reply brief on the Motion for Class Certification shall be filed and served on or before October 20, 2017; and

12
13   (4) The hearing on the Motion for Class Certification is set for November 17, 2017, at 2:00 p.m.

14   The Parties shall submit a revised schedule for the remaining pre-class certification dates set

15   forth in ECF 91, after Plaintiffs' Third Amended Complaint is filed and any further pleadings

16   motions are resolved or otherwise after the settlement conference currently scheduled for April 26,

17   2017.

18   **IT IS SO STIPULATED.**

19

20   DATED: February 14, 2017                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

21
22                                              By:     */s/ Steve W. Berman*
                                                    Steve W. Berman (*pro hac vice*)
23                                              Ashley A. Bede (*pro hac vice*)
                                                1918 Eighth Avenue, Suite 3300
24                                              Seattle, Washington 98101
                                                Telephone: (206) 623-7292
25                                              Facsimile: (206) 623-0594
                                                steve@hbsslaw.com
26                                              ashleyb@hbsslaw.com

27
28

|   |   |   |
|---|---|---|
| 1 |  | Jeff D. Friedman (173886) |
| 2 |  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   |  | 715 Hearst Avenue, Suite 202 |
| 3 |  | Berkeley, California 94710 |
|   |  | Telephone: (510) 725-3000 |
| 4 |  | Facsimile: (510) 725-3001 |
|   |  | jefff@hbsslaw.com |

DATED: February 14, 2017            **AXLER GOLDICH, LLC**


By:      */s/ Marc A. Goldich*
        Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com


*Attorneys for Plaintiffs*

DATED: February 14, 2017            **SHEPPARD, MULLIN, RICHTER**
                                        **& HAMPTON LLP**
                                    A Limited Liability Partnership
                                    Including Professional Corporations


By:      */s/ Anna S. McLean*
        ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
npopovic@sheppardmullin.com
DAVID E. SNYDER, Cal. Bar No. 262001
dsnyder@sheppardmullin.com
LIÊN H. PAYNE, Cal. Bar No. 291569
lpayne@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February __16__, 2017



_____
THE HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge
United States District Court

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2   I, Steve W. Berman, am the ECF User whose identification and password are being used to
3 file this Updated Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3),
4 I hereby attest that all signatories have concurred in this filing.

5 Dated:  February 14, 2017                    By:     */s/ Steve W. Berman*
6                                                                             Steve W. Berman