1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3  NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
   LIÊN H. PAYNE, Cal. Bar No. 291569
4  JOY O. SIU, Cal. Bar No. 307610
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947
   Email:        amclean@sheppardmullin.com
7                npopovic@sheppardmullin.com
                 lpayne@sheppardmullin.com
8                jsiu@sheppardmullin.com

9  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10 TENAYA RODEWALD, Cal. Bar No. 248563
   MUKUND H. SHARMA, Cal. Bar No. 249125
11 390 Lytton Avenue
   Palo Alto, CA  94301
12 Telephone:    650.815.2600
   Facsimile:    650.815.2601
13 Email:        trodewald@sheppardmullin.com
                 msharma@sheppardmullin.com
14
   Attorneys for Defendant
15 SEAGATE TECHNOLOGY, LLC

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

20

21 IN RE SEAGATE TECHNOLOGY, LLC          Case No. 3:16-cv-00523-JCS
   LITIGATION
22                                        NOTICE OF APPEARANCE OF COUNSEL
                                          FOR SEAGATE TECHNOLOGY LLC
23 CONSOLIDATED ACTION

24

25

26

27

28

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED
2  PARTIES:
3      PLEASE TAKE NOTICE that the following attorney of the law firm Sheppard Mullin
4  Richter & Hampton LLP represents defendant Seagate Technology LLC in this matter.  All
5  notices and service of items in this matter should be addressed as follows and delivered via ECF or
6  otherwise to:
7      Joy O. Siu, Cal. Bar No. 307610
       Sheppard, Mullin, Richter & Hampton LLP
8      Four Embarcadero Center, 17th Floor
       San Francisco, CA  94111-4109
9      Telephone:    415.434.9100
       Facsimile:    415.434.3947
10     Email:        jsiu@sheppardmullin.com

12  Dated:  May 26, 2017                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14                                    By        /s/*Joy O. Siu*
                                                 JOY O. SIU

                                          Attorneys for Defendant
16                                        SEAGATE TECHNOLOGY, LLC