1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3   ANNA S. McLEAN, Cal. Bar No. 142233
    TENAYA RODEWALD, Cal. Bar No. 248563
4   MUKUND H. SHARMA, Cal. Bar No. 249125
    LIÊN H. PAYNE, Cal. Bar No. 291569
5   JOY O. SIU, Cal. Bar No. 307610
    Four Embarcadero Center, 17th Floor
6   San Francisco, California 94111-4109
    Telephone:     415.434.9100
7   Facsimile:     415.434.3947
    Email:         npopovic@sheppardmullin.com
8                  amclean@sheppardmullin.com
                   msharma@sheppardmullin.com
9                  rodewald@sheppardmullin.com
                   lpayne@sheppardmullin.com
10                 jsiu@sheppardmullin.com

11  Attorneys for Defendant,
    SEAGATE TECHNOLOGY LLC
12

13                      UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16  IN RE SEAGATE TECHNOLOGY LLC           Case No. 3:16-cv-00523-JCS
    LITIGATION
17  ────────────────────────────           **REQUEST FOR JUDICIAL NOTICE IN**
                                            **SUPPORT OF SEAGATE'S NOTICE OF**
18  CONSOLIDATED ACTION                     **MOTION AND MOTION TO STRIKE**
                                            **AND FOR JUDGMENT ON THE**
19                                          **PLEADINGS**

20                                          **Date:**   June 23, 2017
                                            **Time:**   9:30 a.m.
21                                          **Place:**  Courtroom G
                                            **Judge:**  Hon. Joseph C. Spero
22

23                                          Second Consolidated Amended Complaint
                                            filed:  July 11, 2016
24

25

26

27

28

SMRH:482985217.1                                              Case No. 16-00612-JCS
                              REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
                    MOTION TO STRIKE AND FOR JUDGMENT ON THE PLEADINGS

1

**REQUEST FOR JUDICIAL NOTICE**

2

3       Pursuant to Federal Rule of Evidence 201, Defendant Seagate Technology LLC

4  ("Seagate") hereby requests that the Court take judicial notice of the following item in connection

5  with Seagate's Motions to Dismiss:

6       1.      How long do disk drives last?, Backblaze (Nov. 12, 2013),

7  https://www.backblaze.com/blog/how-long-do-disk-driveslast/ referenced in Plaintiffs' Second

8  Consolidated Amended Complaint ("SCAC," Dkt. 62) at p. 14, fn 5 and p. 15, fns. 6 and 7,

9  referenced in Paragraphs 85, 87 and 88 of the SCAC, and attached hereto as **Exhibit A**.

10      A court may take judicial notice of facts outside the pleadings on a motion to dismiss or for

11 judgment on the pleadings.  *Mack v. South Bay Beer Distribs.*, 798 F.2d 1279, 1282 (9th Cir.

12 1986) (abrogated on other grounds).

13      The Court should take judicial notice of Exhibit A because it is a document referenced in

14 the SCAC.  *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (under the "incorporation by

15 reference" doctrine, courts may take judicial notice of documents "whose contents are alleged in a

16 complaint and whose authenticity no party questions, but which are not physically attached to the

17 [plaintiff's] pleading" (citing *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir.

18 2002).)  Accordingly, the Court should take judicial notice of the document attached hereto as

19 Exhibit A.

20   Dated: May 26, 2017                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21                                    By    _____
                                                  /s/ *Anna S. McLean*
22                                             ANNA S. McLEAN

23                                             Attorneys for Defendant
                                               SEAGATE TECHNOLOGY LLC
24

25

26

27

28