# EXHIBIT A

1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*pro hac vice*)
   Ashley Bede (*pro hac vice*)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
7  Seattle, Washington 98101
   Telephone: (206) 623-7292
8  Facsimile: (206) 623-0594
   steve@hbsslaw.com
9  ashleyb@hbsslaw.com

10 Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
11 AXLER GOLDICH, LLC
   One Liberty Place
12 1650 Market Street, Suite 3600
   Philadelphia, PA 19103
13 Telephone: (267) 207-2920
   mgoldich@axgolaw.com
14 naxler@axgolaw.com

15 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| CONSOLIDATED ACTION | DECLARATION OF DUDLEY LANE DORTCH IV REGARDING TRAVEL RESTRICTIONS |

010581-11 961073 V1

I, DUDLEY LANE DORTCH IV, declare as follows:

1. I am Dudley Lane Dortch IV, a named plaintiff in the above-captioned case. I am over 18 years old and make this declaration of my own personal knowledge and if called upon, I would and could competently testify accurately thereto.

2. I reside in Goose Creek, South Carolina, which is located approximately 18 miles northwest of Charleston, South Carolina.

3. I currently am the Information Technology and Security Manager at Coastal Kids Dental & Braces ("Coastal Kids").

4. Coastal Kids is a dentist practice with approximately seventeen dentists and orthodontists. It specializes in pediatric dentistry, orthodontics, and after-hours emergency dental care. Coastal Kids maintains five locations in the Charleston area that are each open six days a week. In addition, the company is presently establishing two new facilities as well, scheduled to be completed in the fall of this year.

5. As Information Technology and Security Manager, I manage all security, including HIPAA and physical, and IT operations for the entire company, among other duties. I am responsible for these same areas in the two facilities being built, so from present until fall are uniquely busy for me.

6. As part of the terms of my employment, I am required to be able to be on-call and able to physically respond to any inquiries or demands within a strict one hour window. This requirement is imposed six days a week, or any time Coastal Kids is open. This means I must remain within a forty to 100 mile radius of Charleston.

7. Proximity and responsiveness is critical for my position because I could be called to attend to different types of dental equipment failures, including equipment failure during surgical procedures that involve patients under medical sedation.

8. Because the five Coastal Kids centers are open six days a week, I have only one day per week where I am not on-call, or subject to this 100 mile restriction. I do not have two consecutive days off, nor do I get a traditional weekend.

DECL. OF DUDLEY LANE DORTCH IV       - 1 -
Case No.: 3:16-cv-00523-JCS
010581-11 961073 V1

9. If I physically left the 100 mile radius around Charleston at this time, I would be breaching my employment agreement to remain in the area. As a result, my employment could be terminated and Coastal Kids could seek any other remedies available to it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May, 2017, at Goose Creek, South Carolina.

                     */s/ Dudley Lane Dortch IV*
                     DUDLEY LANE DORTCH IV

DECL. OF DUDLEY LANE DORTCH IV        - 2 -
Case No.: 3:16-cv-00523-JCS
010581-11 961073 V1