| | |
|---|---|
| Jeff D. Friedman (173886) | Neil A.F. Popović, Cal. Bar No. 132403 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Anna S. McLean, Cal. Bar No. 142233 |
| 715 Hearst Avenue, Suite 202 | Liên H. Payne, Cal. Bar No. 291569 |
| Berkeley, California 94710 | SHEPPARD, MULLIN, RICHTER & |
| Telephone: (510) 725-3000 | HAMPTON LLP |
| Facsimile: (510) 725-3001 | Four Embarcadero Center, 17th Floor |
| jefff@hbsslaw.com | San Francisco, California 94111-4109 |
| | Telephone: 415.434.9100 |
| Steve W. Berman (*pro hac vice*) | Facsimile: 415.434.3947 |
| Ashley A. Bede (*pro hac vice*) | npopovic@sheppardmullin.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | amclean@sheppardmullin.com |
| 1918 Eighth Avenue, Suite 3300 | lpayne@sheppardmullin.com |
| Seattle, Washington 98101 | |
| Telephone: (206) 623-7292 | *Attorneys for Defendant* |
| Facsimile: (206) 623-0594 | |
| steve@hbsslaw.com | |
| ashleyb@hbsslaw.com | |

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO STRIKE AND FOR JUDGMENT ON THE PLEADINGS** |

010581-11 962505 v1

1   Pursuant to Local Rule 6-1, the parties stipulate to an extension of time for filing Plaintiffs'
2   opposition to Defendant's Motion to Strike and for Judgment on the Pleadings (ECF No. 114) and
3   Defendant's reply to the same. *See* Declaration of Ashley A. Bede ("Bede Decl."), ¶ 4. The parties
4   have agreed that Plaintiffs' opposition brief will be due June 23, 2017, and Defendant's reply brief
5   will be due on July 12, 2017. *Id.* The parties accordingly request that the hearing on Defendant's
6   motion be continued to July 28, 2017. *Id.*

7   Per Defendant's request, many named plaintiffs' depositions are occurring in the first two
8   weeks of June. *Id.* ¶ 3. The parties have scheduled five such depositions during the span of June 2 to
9   June 15. *Id.* For this reason, Plaintiffs requested additional time to respond to Defendant's Motion to
10  Strike and for Judgment on the Pleadings.

11  Local Rules 6-2 and 7-1 permit the parties to stipulate provided that they, *inter alia*, reduce
12  the stipulation to written form and file it with the Court. The stipulation is effective upon the Court's
13  approval. L.R. 6-2(b).

14  This requested time modification would have no effect on any other deadlines in the case.
15  *Id.* ¶ 5.

16  IT IS SO STIPULATED.

17  DATED: June 6, 2017                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

18                                          By:     */s/ Steve W. Berman*
                                                Steve W. Berman (*pro hac vice*)
19                                              Ashley A. Bede (*pro hac vice*)
                                                1918 Eighth Avenue, Suite 3300
20                                              Seattle, Washington 98101
                                                Telephone: (206) 623-7292
21                                              Facsimile: (206) 623-0594
                                                steve@hbsslaw.com
22                                              ashleyb@hbsslaw.com

23

24

25

26

27

28

| | |
|---|---|
| | Jeff D. Friedman (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>jefff@hbsslaw.com |
| DATED: June 6, 2017 | **AXLER GOLDICH, LLC**<br><br>By:      */s/ Marc A. Goldich*      <br>      Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 534-7400<br>Facsimile: (267) 534-7407<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com<br><br>*Attorneys for Plaintiffs* |
| DATED: June 6, 2017 | **SHEPPARD, MULLIN, RICHTER<br>   & HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations<br><br>By:      */s/ Anna S. McLean*      <br>      ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>npopovic@sheppardmullin.com<br>DAVID E. SNYDER, Cal. Bar No. 262001<br>dsnyder@sheppardmullin.com<br>LIÊN H. PAYNE, Cal. Bar No. 291569<br>lpayne@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br><br>*Attorneys for Defendant* |

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

DATED: June ___, 2017

_____
THE HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge
United States District Court

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 6, 2017                         By:      */s/ Steve W. Berman*
                                                              Steve W. Berman