Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
Liên H. Payne, Cal. Bar No. 291569
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
npopovic@sheppardmullin.com
amclean@sheppardmullin.com
lpayne@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF ASHLEY A. BEDE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO STRIKE AND FOR JUDGMENT ON THE PLEADINGS** |

010581-11 962515 v1

1.     I am an attorney at Hagens Berman Sobol Shapiro LLP and am one of the attorneys admitted *pro hac vice* in the above-captioned case. I am licensed to practice law in the State of Washington.

2.     The parties have stipulated to a request for an extension of time for filing of Plaintiffs' opposition to Defendant's Motion to Strike and for Judgment on the Pleadings (ECF No. 114) and Defendant's reply to the same.

3.     Plaintiffs requested an extension of time to respond to Defendant's Motion to Strike and for Judgment on the Pleadings because, per Defendant's request, many named plaintiffs' depositions are occurring in the first two weeks of June. The parties have scheduled five named plaintiffs' depositions from June 2 through June 15.

4.     To prevent prejudice to the parties or the Court's time in reviewing the relevant papers, the parties have agreed that Plaintiffs' opposition brief will be due June 23, 2017, and Defendant's reply on July 12, 2017. The parties accordingly request that the hearing on Defendant's motion be continued to July 28, 2017.

5.     The requested time modification would have no effect on any other deadlines in the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of June, 2017, at Seattle, Washington.

*/s/ Ashley A. Bede*
ASHLEY A. BEDE