Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
Liên H. Payne, Cal. Bar No. 291569
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
npopovic@sheppardmullin.com
amclean@sheppardmullin.com
lpayne@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO STRIKE AND FOR JUDGMENT ON THE PLEADINGS**<br>GRANTED AS MODIFIED |

010581-11 962505 v1

1  Pursuant to Local Rule 6-1, the parties stipulate to an extension of time for filing Plaintiffs'
2  opposition to Defendant's Motion to Strike and for Judgment on the Pleadings (ECF No. 114) and
3  Defendant's reply to the same. *See* Declaration of Ashley A. Bede ("Bede Decl."), ¶ 4. The parties
4  have agreed that Plaintiffs' opposition brief will be due June 23, 2017, and Defendant's reply brief
5  will be due on July 12, 2017. *Id.* ~~The parties accordingly request that the hearing on Defendant's~~
6  ~~motion be continued to July 28, 2017.~~ *Id.* `The hearing will occur on August 25, 2017 at 9:30 AM in Courtroom G.`
7  Per Defendant's request, many named plaintiffs' depositions are occurring in the first two
8  weeks of June. *Id.* ¶ 3. The parties have scheduled five such depositions during the span of June 2 to
9  June 15. *Id.* For this reason, Plaintiffs requested additional time to respond to Defendant's Motion to
10 Strike and for Judgment on the Pleadings.
11 Local Rules 6-2 and 7-1 permit the parties to stipulate provided that they, *inter alia*, reduce
12 the stipulation to written form and file it with the Court. The stipulation is effective upon the Court's
13 approval. L.R. 6-2(b).
14 This requested time modification would have no effect on any other deadlines in the case.
15 *Id.* ¶ 5.
16 IT IS SO STIPULATED.

17 DATED: June 6, 2017                **HAGENS BERMAN SOBOL SHAPIRO LLP**

18                                   By:      */s/ Steve W. Berman*
19                                       Steve W. Berman (*pro hac vice*)
                                         Ashley A. Bede (*pro hac vice*)
20                                       1918 Eighth Avenue, Suite 3300
                                         Seattle, Washington 98101
21                                       Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594
22                                       steve@hbsslaw.com
                                         ashleyb@hbsslaw.com

|   |   |
|---|---|
|   | Jeff D. Friedman (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>jefff@hbsslaw.com |
| DATED: June 6, 2017 | **AXLER GOLDICH, LLC**<br><br>By:    */s/ Marc A. Goldich*<br>     Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 534-7400<br>Facsimile: (267) 534-7407<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com<br><br>*Attorneys for Plaintiffs* |
| DATED: June 6, 2017 | **SHEPPARD, MULLIN, RICHTER<br>   & HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations<br><br>By:    */s/ Anna S. McLean*<br>     ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>npopovic@sheppardmullin.com<br>DAVID E. SNYDER, Cal. Bar No. 262001<br>dsnyder@sheppardmullin.com<br>LIÊN H. PAYNE, Cal. Bar No. 291569<br>lpayne@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br><br>*Attorneys for Defendant* |
| Dated: June 8, 2017<br><br>[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero] |   |

STIPULATION AND [~~PROPOSED~~] ORDER
FOR EXTENSION OF TIME – 2
010581-11 962505 v1

Case No. 3:16-cv-00523-JCS