UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  June 9, 2017                                                                 Judge:  Joseph C. Spero

Time:  19 minutes

Case No.        **3:16-cv-00523-JCS**
Case Name       **in re Seagate Technology LLC Litigation**

Attorney for Plaintiffs:         Ashley A. Bede

Attorneys for Defendant:         Lien H. Payne
                                 Joy O. Siu

Deputy Clerk:  William Noble                          FTR Recording Time:  2:05-2:24 p.m.

PROCEEDINGS

Hearings on:
Joint Discovery Letter (ECF No. 115)
Joint Discovery Letter (ECF No. 116)

RESULT OF HEARING

Joint Discovery Letter (ECF No. 115)
1. The Court ordered that document 115 is granted.  Defendant will produce information related to all Model 001 hard drives.

Joint Discovery Letter (ECF No. 116)
2. The Court ordered the parties to attempt to reach a negotiated solution.

3. If the parties are unable to reach an agreement, the Court will conduct a continued hearing on the Discovery Letter Brief (ECF No. 116) on Wednesday, June 14, 2017 at 9:30 a.m.  Lead trial counsel for each party is ordered to be personally present.