1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  MUKUND H. SHARMA, Cal. Bar No. 249125
   LIÊN H. PAYNE, Cal. Bar No. 291569
5  JOY O. SIU, Cal. Bar No. 307610
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:    415.434.9100
7  Facsimile:    415.434.3947
   Email:        npopovic@sheppardmullin.com
8                amclean@sheppardmullin.com
                 msharma@sheppardmullin.com
9                rodewald@sheppardmullin.com
                 lpayne@sheppardmullin.com
10               jsiu@sheppardmullin.com

11 Attorneys for Defendant,
   SEAGATE TECHNOLOGY LLC

12

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

16 | IN RE SEAGATE TECHNOLOGY LLC | Case No. 3:16-cv-00523-JCS
   | LITIGATION |

17 | | **JOINT STIPULATION AND [PROPOSED]**
   | | **ORDER REGARDING DOCUMENT**

18 | CONSOLIDATED ACTION | **NUMBER 116, JOINT DISCOVERY**
   | | **DISPUTE REGARDING THE LOCATION**

19 | | **OF NAMED PLAINTIFF'S DEPOSITION**

20 | | **Date:**   June 14, 2017
   | | **Time:**   9:30 a.m.

21 | | **Place:**  Courtroom G
   | | **Judge:**  Hon. Joseph C. Spero

22

23 | | Second Consolidated Amended Complaint
   | | filed:  July 11, 2016

24

25

26

27

28

SMRH:483168025.1                        JOINT STIPULATION AND [PROPOSED] ORDER RE NO. 116
                       JOINT DISCOVERY DISPUTE RE LOCATION OF NAMED PLAINTIFF'S DEPOSITION

This Joint Stipulation is made by and between Plaintiffs and the putative class and Seagate Technology LLC, by and through their respective undersigned counsel of record, with reference to the following facts:

**RECITALS**

1.      WHEREAS the Court held a hearing on the parties' Joint Discovery Letter Brief regarding the location of named plaintiff Dudley Lane Dortch IV's deposition, ECF No. 116, on June 9, 2017;

2.      WHEREAS the Court asked the parties to meet and confer to see if they could come to a negotiated agreement as to the location of Mr. Dortch IV's deposition;

3.      WHEREAS the Court ordered lead trial counsel for the parties to appear on June 14, 2017 at 9:30 a.m. if they were unable to reach a negotiated agreement;

4.      WHEREAS, the parties reached an agreement on June 13, 2017 that Mr. Dortch IV would be deposed within 100 miles of Charleston, South Carolina, in return for Plaintiffs' reimbursement of Seagate's following expenses:  commercial flight and hotel fare for one of Seagate's attorneys and half of Seagate's attorney's travel time to and from the deposition forum.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that: (1) the further hearing on ECF No. 116 set for June 14, 2017 at 9:30 a.m. is VACATED, and (2) Mr. Dortch IV will be deposed within 100 miles of Charleston, South Carolina, in return for Plaintiffs' reimbursement of Seagate's following expenses:  commercial flight and hotel fare for one of Seagate's attorneys and half of Seagate's attorney's travel time to and from the deposition forum.

The parties agree to comply with this Stipulation and Order pending the Court's approval.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Dated:  June 13, 2017                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3                                    By_____/s/ Neil A.F. Popović_____
                                                    NEIL A.F. POPOVIĆ
4

5                                         Attorneys for Defendants
                                         SEAGATE TECHNOLOGY LLC

6    I, Joy O. Siu, whose user ID and password are used to efile this document, hereby attest that,
     pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other
7    Signatories, in lieu of each's signature.

8

     Dated:  June 13, 2017                HAGENS BERMAN SOBOL SHAPIRO LLP
9

10                                   By_____/s/ Steve Berman_____
                                                    STEVE BERMAN
11

12                                        Attorneys for Plaintiffs and Proposed Class

13

14   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15
     Dated:                          _____
16                                        The Honorable Joseph C. Spero
                                          Chief Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28