SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
MUKUND H. SHARMA, Cal. Bar No. 249125
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
Email:   npopovic@sheppardmullin.com
        amclean@sheppardmullin.com
        msharma@sheppardmullin.com
        rodewald@sheppardmullin.com
        lpayne@sheppardmullin.com
        jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENT NUMBER 116, JOINT DISCOVERY DISPUTE REGARDING THE LOCATION OF NAMED PLAINTIFF'S DEPOSITION**<br><br>**Date:** June 14, 2017<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

This Joint Stipulation is made by and between Plaintiffs and the putative class and Seagate Technology LLC, by and through their respective undersigned counsel of record, with reference to the following facts:

**RECITALS**

1. WHEREAS the Court held a hearing on the parties' Joint Discovery Letter Brief regarding the location of named plaintiff Dudley Lane Dortch IV's deposition, ECF No. 116, on June 9, 2017;

2. WHEREAS the Court asked the parties to meet and confer to see if they could come to a negotiated agreement as to the location of Mr. Dortch IV's deposition;

3. WHEREAS the Court ordered lead trial counsel for the parties to appear on June 14, 2017 at 9:30 a.m. if they were unable to reach a negotiated agreement;

4. WHEREAS, the parties reached an agreement on June 13, 2017 that Mr. Dortch IV would be deposed within 100 miles of Charleston, South Carolina, in return for Plaintiffs' reimbursement of Seagate's following expenses: commercial flight and hotel fare for one of Seagate's attorneys and half of Seagate's attorney's travel time to and from the deposition forum.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that: (1) the further hearing on ECF No. 116 set for June 14, 2017 at 9:30 a.m. is VACATED, and (2) Mr. Dortch IV will be deposed within 100 miles of Charleston, South Carolina, in return for Plaintiffs' reimbursement of Seagate's following expenses: commercial flight and hotel fare for one of Seagate's attorneys and half of Seagate's attorney's travel time to and from the deposition forum.

The parties agree to comply with this Stipulation and Order pending the Court's approval.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: June 13, 2017                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Neil A.F. Popović*
     NEIL A.F. POPOVIĆ

Attorneys for Defendants
SEAGATE TECHNOLOGY LLC

I, Joy O. Siu, whose user ID and password are used to efile this document, hereby attest that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated: June 13, 2017                        HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve Berman*
     STEVE BERMAN

Attorneys for Plaintiffs and Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/14/17

The Honorable
Chief Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

SMRH:483168025.1

-2-                                              Case No. 16-00523-RMW
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR MOTION TO DISMISS THE COMPLAINT