Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>STIPULATION TO MODIFY CLASS CERTIFICATION DEADLINE |

010581-11  975001 V1

1  Pursuant to Local Rule 6-2, the parties stipulate to an extension of time for filing Plaintiffs' Motion for Class Certification, Defendant's opposition to the same, and Plaintiffs' reply.

3  WHEREAS, the parties have encountered discovery delays that cannot be resolved prior to late August or early September, including but not limited to document productions relating to all ST3000DM001 models as ordered by the Court on June 9, 2017 (ECF 120) and multiple witnesses' availability for depositions,

7  WHEREAS, in light of the foregoing, based on the discovery requested and exchanged to date, granting the stipulated extension for briefing and hearing Plaintiffs' Motion for Class Certification will allow for a more complete and orderly presentation of the factual and legal issues the Court will need to resolve in connection with Plaintiffs' Motion, and will not have any effect on any later event or deadline already fixed by court order;

12  NOW THEREFORE, pursuant to Local Rule 6-2, the parties jointly make the stipulated request that this Court enter an order modifying the schedule for briefing and hearing Plaintiffs' Motion for Class Certification as follows:

| Motion for Class Certification | November 8, 2017 |
| Opposition to Motion for Class Certification | December 8, 2017 |
| Reply in Support of Motion for Class Certification | January 5, 2018 |
| Hearing on Motion for Class Certification | February 9, 2018, at 9:30 a.m. |

Local Rules 6-2 and 7-1 permit the parties to stipulate provided that they, *inter alia*, reduce the stipulation to written form and file it with the Court.  The stipulation is effective upon the Court's approval.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: August 3, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By:    */s/ Steve Berman* <br>       Steve W. Berman (*pro hac vice*) |
| 4 | | Ashley A. Bede (*pro hac vice*) <br> 1918 Eighth Avenue, Suite 3300 |
| 5 | | Seattle, Washington 98101 <br> Telephone: (206) 623-7292 |
| 6 | | Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> ashleyb@hbsslaw.com |
| 7 | | |
| 8 | | Jeff. D. Friedman (173886) <br> 715 Hearst Avenue, Suite 202 |
| 9 | | Berkeley, California 94710 <br> Telephone: (510) 725-3000 |
| 10 | | Facsimile: (510) 725-3001 <br> jefff@hbsslaw.com |
| 11 | | Marc A. Goldich (*pro hac vice*) |
| 12 | | Noah Axler (*pro hac vice*) <br> AXLER GOLDICH, LLC |
| 13 | | 1520 Locust Street, Suite 301 <br> Philadelphia, PA 19102 |
| 14 | | Telephone: (267) 534-7400 <br> mgoldich@axgolaw.com <br> naxler@axgolaw.com |
| 15 | | |
| 16 | | *Attorneys for Plaintiffs* |

STIPULATION TO MODIFY CLASS CERTIFICATION - 2
Case No.: 3:16-cv-00523-JCS
010581-11 975001 V1

| | | |
|---|---|---|
| 1 | DATED: August 3, 2017 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By: ___s/ Anna S, McLean___
    Anna S.McLean (142233)
    Neil A.F. Popović (132403)
    Tenaya Rodewald (248563)
    Liên H. Payne (291569)
    Joy O. Sui (307610)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com
trodewald@sheppardmullin.com
lpayne@sheppardmullin.com
jsiu@sheppardmullin.com

Mukund H. Sharma (249125)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 815-2600
Facsimile: ((650) 815-2601
msharma@sheppardmullin.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: _____

_____
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  August 3, 2017

>        */s/ Steve W. Berman*
> Steve W. Berman

STIPULATION TO MODIFY CLASS CERTIFICATION - 4
Case No.: 3:16-cv-00523-JCS
010581-11  975001 V1