Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER VOLUNTARILY DISMISSING PLAINTIFF JOHN SMITH WITHOUT PREJUDICE PURSUANT TO CIVIL PROCEDURE RULE 41(a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties, that John Smith is dismissed as a named plaintiff in the above-captioned action, without prejudice and without costs. The voluntary dismissal is as to John Smith only, and is not a dismissal of the ongoing litigation.

In agreeing to this voluntary dismissal, Defendant does not waive its rights under the Federal Rules of Civil Procedure, including Rule 45 and 26, to seek discovery form Mr. Smith as a percipient witness/absent member of the putative class. Similarly, Plaintiffs do not waive their right to seek a protective order under Rule 26 preventing any such discovery.

**IT IS SO STIPULATED.**

DATED: August 21, 2017                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: ___*/s/ Steve Berman*___
Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Jeff. D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxlert@axgolaw.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: August 21, 2017 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By: _____/s/ *Anna S. McLean*_____ |
| | | Anna S. McLean (142233) |
| 4 | | Neil A.F. Popović (132403) |
| | | Liên H. Payne (291569) |
| 5 | | Four Embarcadero Center, 17th Floor |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 434-3947 |
| 7 | | amclean@sheppardmullin.com |
| | | npopovic@sheppardmullin.com |
| 8 | | lpayne@sheppardmullin.com |
| 9 | | Mukund H. Sharma (249125) |
| | | 379 Lytton Avenue |
| 10 | | Palo Alto, CA 94301 |
| | | Telephone: (650) 815-2600 |
| 11 | | Facsimile: ((650) 815-2601 |
| | | msharma@sheppardmullin.com |
| 12 | | |
| | | *Attorneys for Defendant* |
| 13 | **IT IS SO ORDERED.** | |
| 14 | | |
| 15 | DATED: __August 22, 2017__ | |
| 16 | | _____ |
| | | CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

STIPULATION & PROPOSED ORDER- 2
Case No.: 3:16-cv-00523-JCS

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  August 21, 2017

　　　　　　　　　　　　　　　　　　 */s/ Steve W. Berman*
　　　　　　　　　　　　　　　　　　Steve W. Berman