**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| Case No.: 16-cv-00523-JCS | Case Name: in re Seagate Technology LLC Litigation v. |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: August 25, 2017    **Time:** 20 M |

**Attorney for Plaintiff:** Shana Scarlett & Steve Berman
**Attorney for Defendant:** Anna McLean, Joy Sui, Neil Popovic

**Deputy Clerk:** Karen Hom                                **Court Reporter:** Kathy Sullivan

**PROCEEDINGS**

1. Motion for Judgment on the Pleadings and Motion to Strike [dkt 114] - Submitted

**ORDERED AFTER HEARING**

**NOTES:**

**CASE CONTINUED TO:**             at 2:00 PM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at **8:30 AM for**        days     [ ] **Jury**  [ ] **Court**

**Order to be prepared by:**
[ ] Plaintiff        [ ] Defendant         [ ] Court
**cc:**