Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
|---|---|

010581-11 994621 V1

1    Plaintiffs bring this administrative motion pursuant to Civil Local Rule 7-11 and 79-5, to file
2    under seal portions of Plaintiffs' Motion for Class Certification and the following exhibits to the
3    Declaration of Steve W. Berman in Support of Plaintiffs' Motion to Certify Class:

| | | |
|---|---|---|
| 4 | Exhibit 3: | Document Bates-numbered FED_SEAG0012340-0012364, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 6 | Exhibit 4: | Document Bates-numbered FED_SEAG0018291-0018292, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 8 | Exhibit 5: | Document Bates-numbered FED_SEAG0020297-0020298, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 10 | Exhibit 6: | Document Bates-numbered FED_SEAG0004700-0004701, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 12 | Exhibit 9: | Document Bates-numbered FED_SEAG00002505-0002557, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 14 | Exhibit 10: | Excerpts from the Deposition of Jeffrey Fochtman, taken in the above-captioned litigation on August 19, 2017 and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 17 | Exhibit 11: | Document Bates-numbered FED_SEAG0015567-0015568, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 19 | Exhibit 12: | Document Bates-numbered FED_SEAG0005081-0005100, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action, and marked as Exhibit 3 to the August 19, 2017 deposition of Jeffrey Fochtman; |
| 21 | Exhibit 18: | Document Bates-numbered FED_SEAG0004438-0004475, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 23 | Exhibit 19: | Document Bates-numbered FED_SEAG0003639-0003676, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| 25 | Exhibit 20: | Documents Bates-numbered FED_SEAG0004783-0004810, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |

| | | |
|---|---|---|
| Exhibit 21: | Document Bates-numbered FED_SEAG0006442-0006445, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 22: | Document Bates-numbered FED_SEAG0057214-0057216, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 23: | Document Bates-numbered FED_SEAG0002673-0002680, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 24: | Document Bates-numbered FED_SEAG0024743-0024763, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 25: | Document Bates-numbered FED_SEAG0010102-0010111, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 26: | Document Bates-numbered FED_SEAG0054829-0054832, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 28: | Defendant Seagate Technology LLC's Supplmental Responses to Plaintiff Christopher Nelson's First Set of Interrogatories, dated August 18, 2017, and designated "HIGHLY CONFIDENTIAL" by Defendant; |
| Exhibit 36: | Excerpt from documents Bates-numbered FED_SEAG00035341-42, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 38: | Document Bates-numbered FED_SEAG0002103-0002105, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 39: | Document Bates-numbered FED_SEAG0009464, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 40: | Document Bates-numbered FED_SEAG0012108-0012148, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 41: | Document Bates-numbered FED_SEAG0015574-0015576, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 42: | Document Bates-numbered FED_SEAG0006016-0006018, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 43: | Document Bates-numbered FED_SEAG0004853-0004854, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |

  Exhibit 44: Document Bates-numbered FED_SEAG0010119-0010125, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 45: Document Bates-numbered FED_SEAG0004309-0004347, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 46: Document Bates-numbered FED_SEAG0015901-0015907, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 47: Document Bates-numbered FED_SEAG0016455, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 48: Document Bates-numbered FED_SEAG0018144-0018176, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 49: Document Bates-numbered FED_SEAG0035574-0035581, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

  Exhibit 51: Document Bates-numbered BB_CTRL0000194, produced in the above-captioned litigation and marked "Seagate Confidential" by Defendant

  Defendant has designated these documents as "Confidential," or "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order in this action requires that information designated as confidential "qualify for protection under Federal Rule of Civil Procedure 26(c)"[2] or "extremely sensitive [information, the] disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means."[3]  In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[4] The Protective Order also provides

---

[1] Stipulated Protective Order, July 8, 2016, ECF No. 61.
[2] *Id*. at ¶ 2.2.
[3] *Id.* at ¶ 2.7.
[4] Fed. R. Civ. P. 26(c)(1)(G).

ADMIN MOTION TO FILE UNDER SEAL - 3
Case No.: 3:16-cv-00523-JCS
010581-11 994621 V1

This case involves the rights of thousands of consumers across the country—people who should have the ability to see the issues being litigated. The information contained in these documents are exactly the type of information that should be available for public review. As this district recognizes, "[r]eference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." Civil L.R. 79-5(d)(1)(A).

Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating party must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: November 8, 2017           HAGENS BERMAN SOBOL SHAPIRO LLP


By:     */s/ Steve Berman*
        Steve W. Berman (*pro hac vice*)
Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com


Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

ADMIN MOTION TO FILE UNDER SEAL - 4
Case No.: 3:16-cv-00523-JCS
010581-11 994621 V1