Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

010581-11  997186 V1

1    This matter comes before the Court on plaintiffs' administrative motion to seal portions of
2    Plaintiffs' Motion for Class Certification and certain exhibits to the Declaration of Steve W. Berman
3    in Support of Revised Motion for Class Certification because they contain information designated by
4    defendant as "Confidential," or "Highly Confidential—Attorneys' Eyes Only."
5    Upon consideration of the administrative motion to seal, the papers submitted in support and
6    in response thereto, and good cause appearing, the motion is DENIED.
7    Defendant has failed to carry its burden of establishing that the designated information is
8    sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the
9    public record. Accordingly, plaintiffs shall publicly file the Motion and exhibits to the Declaration of
10   Steve W. Berman.
11   IT IS SO ORDERED.

13   DATED: _____

                                    _____
                                    HONORABLE JOSEPH C. SPERO
                                    UNITED STATES DISTRICT COURT
                                    MAGISTRATE JUDGE