Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |
|---|---|

010581-11 998011V1

1   I, the undersigned, declare:

2   That declarant is and was, at all times herein mentioned, a resident of the United States and
3   is employed in the city of Seattle, Washington, over the age of 18 years, and not a party to or
4   interested in the within action; that declarant's business address is 1918 Eighth Avenue, Suite
5   3300, Seattle, WA 98101.

6   On November 8, 2017, declarant served via secure email transmission the following
7   materials submitted under seal in the above-captioned action to the parties enumerated in the
8   attached Service List:

9   1. [SEALED] Unredacted Version of Plaintiffs' Motion For Class Certification;

10   2. [SEALED] Unredacted Version of Declaration of Stefan Boedeker in Support of
11   Plaintiffs' Motion for Class Certification;

12   3. [SEALED] Unredacted Version of Declaration of Andrew Hospodor in Support of
13   Plaintiffs' Motion for Class Certification; and

14   4. [SEALED] Unredacted Versions of Exhibits 3-6, 9-12, 18-26, 36, 38-49, and 51 to the
15   Declaration of Steve. W. Berman in Support of Plaintiffs' Motion for Class
16   Certification.

17   I declare under penalty of perjury under the laws of the United States that the foregoing is
18   true and correct. Executed this 8th day of November, 2017 at Seattle, Washington.

*/s/ Joseph Salonga*
JOSEPH SALONGA

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS                                   -1-

010581-11 998011V1

## SERVICE LIST

Anna S. McLean
Neil A.F. Popović
Liên H. Payne
Joy O. Siu
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com
lpayne@sheppardmullin.com
jsiu@sheppardmullin.com


Mukund H. Sharma
Tenaya Rodewald
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 815-2600
Facsimile: ((650) 815-2601
msharma@sheppardmullin.com
trodewald@sheppardmullin.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS

- 2 -

010581-11 998011V1