Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>[PROPOSED] ORDER CERTIFYING CLASS AND APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL |

010581-11 997187 V1

Having reviewed the papers submitted in support of and in opposition to plaintiffs' motion for class certification, based on argument of counsel, and for good cause shown, the Court finds that plaintiffs have met their burden of satisfying the requirements of Federal Rule of Civil Procedure 23. Their motion is, therefore, GRANTED.

The Court finds that plaintiffs have satisfied the requirements of Rules 23(a) and (b)(3), such that certification of their claims is appropriate. Accordingly, the Court hereby certifies the following class seeking damages or restitution for violations of California's Consumer Legal Remedies Act, Cal. Civ Code §§ 1750, *et seq.* ("CLRA"); California's Unfair Competition Law, Cal. Civ. Code §§ 17200, *et seq.* ("UCL"); and California's False Advertising Law, Cal. Civ. Code §§ 17500, *et seq.* ("FAL"):

> All individuals in the United States who purchased new, not for resale, on or before February 1, 2016, at least one Seagate model ST3000DM001 hard drive or at least one drive with any of the following model numbers on the box it was sold in or on the hard drive's casing or chassis: STAC3000100, STAC3000102, STAC3000202, STAC3000402, STAC3000403, STAC3000404, STAC3000602, STAM3000100, STAM3000400, STAY3000100, STAY3000102, STBC3000101, STBC3000102, STBD3000100, STBM3000100, STBN6000100, STBP12000100, STBV3000100, STBV3000200, STCA3000101, STCA3000600, STCA3000601, STCA3000602, STCB3000100, STCB3000101, STCB3000201, STCB3000400, STCB3000401, STCB3000900, STCB3000901, STCP3000100, STCP3000400, STDT3000100, STDT3000400, STDT3000402, STDT3000600, STDU3000101, STDU3000400, STEB3000100, STEB3000200, STEB3000400, STEG3000100, STEG3000400, STFM3000100, or STFM3000400.

Excluded from the proposed classes are Seagate's officers, directors, managerial employees, and their immediate families, as well as this Court and the Court's immediate family members.

Further, the Court appoints Christopher Nelson, Chadwick Hauff, David Schechner, James Hagey, Dennis Crawford, Nikolas Manak, Joshuah Enders, and Dudley Lane Dortch IV as class representatives.

Finally, the Court, pursuant to Federal Rule of Civil Procedure 23(g), hereby appoints Hagens Berman Sobol Shapiro LLP and Axler Goldich LLC as class counsel.

IT IS SO ORDERED.

Dated:_____      _____
                                                        Honorable Joseph C. Spero
                                                        United States District Court Magistrate Judge

Submitted by:

Dated:  November 8, 2017

By:   /s/ Steve W. Berman
        STEVE W. BERMAN (*pro hac vice*)

Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

[PROPOSED] ORDER CERTIFYING CLASS AND
APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL - 2
Case No.: 3:16-cv-00523-JCS
010581-11 997187 V1