Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
|---|---|

010581-11 990646V1

I, STEVE W. BERMAN, declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs have actively served the class thus far, including responding to multiple discovery requests, producing documents, and traveling multiple days to attend their depositions.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Document Bates-numbered FED_SEAG0027180-0027181, produced in the above-captioned litigation by Defendant;

Exhibit 2: Document Bates-numbered FED_SEAG0031453-0031473, produced in the above-captioned litigation by Defendant;

Exhibit 3: Document Bates-numbered FED_SEAG0012340-0012364, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 4: Document Bates-numbered FED_SEAG0018291-0018292, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 5: Document Bates-numbered FED_SEAG0020297-0020298, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 6: Document Bates-numbered FED_SEAG0004700-0004701, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 7: Document Bates-numbered FED_SEAG0000440-0000441, produced in the above-captioned litigation by Defendant;

Exhibit 8: Document with the identification number of PLTFS_000106-000114, produced in the above-captioned litigation by Plaintiffs;

Exhibit 9: Document Bates-numbered FED_SEAG00002505-0002557, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 10: Excerpts from the Deposition of Jeffrey Fochtman, taken in the above-captioned litigation on August 19, 2017 and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 11: Document Bates-numbered FED_SEAG0015567-0015568, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

| | | |
|---|---|---|
| Exhibit 12: | Document Bates-numbered FED_SEAG0005081-0005100, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action and marked as Exhibit 3 to the August 19, 2017 deposition of Jeffrey Fochtman; | |
| Exhibit 13: | Desktop HDD 2012 Data Sheet dated December 2012; | |
| Exhibit 14: | April 26, 2012, website screenshot, "Desktop Hard Drives," captured at https://web.archive.ord/web/20120426215455; | |
| Exhibit 15: | Barracuda Data Sheet dated November 2011; | |
| Exhibit 16: | Storage Solutions Guide dated October 2012; | |
| Exhibit 17: | Desktop HDD Product Manual dated March 2016; | |
| Exhibit 18: | Document Bates-numbered FED_SEAG0004438-0004475, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 19: | Document Bates-numbered FED_SEAG0003639-0003676, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 20: | Documents Bates-numbered FED_SEAG0004783-0004810, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 21: | Document Bates-numbered FED_SEAG0006442-0006445, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 22: | Document Bates-numbered FED_SEAG0057214-0057216, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 23: | Document Bates-numbered FED_SEAG0002673-0002680, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 24: | Document Bates-numbered FED_SEAG0024743-0024763, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 25: | Document Bates-numbered FED_SEAG0010102-0010111, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 26: | Document Bates-numbered FED_SEAG0054829-0054832, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; | |
| Exhibit 27: | Excerpts from the Deposition of Alan Weir Clark, taken in the above-captioned litigation on October 20, 2017; | |

| | | |
|---|---|---|
| Exhibit 28: | Defendant Seagate Technology LLC's Supplmental Responses to Plaintiff Christopher Nelson's First Set of Interrogatories, dated August 18, 2017, and designated "HIGHLY CONFIDENTIAL" by Defendant; |
| Exhibit 29: | Excerpts from the Deposition of Dennis Crawford, taken in the above-captioned litigation on June 15, 2017; |
| Exhibit 30: | Excerpts from the Deposition of Dudley Lane Dortch, IV, taken in the above-captioned litigation on July 12, 2017; |
| Exhibit 31: | Excerpts from the Deposition of Joshuah Enders, taken in the above-captioned litigation on June 7, 2017; |
| Exhibit 32: | Excerpts from the Deposition of David Schechner, taken in the above-captioned litigation on June 6, 2017; |
| Exhibit 33: | Excerpts from the Deposition of James Hagey, taken in the above-captioned litigation on July 24, 2017; |
| Exhibit 34: | Excerpts from the Deposition of Nikolas Manak, taken in the above-captioned litigation on July 24, 2017; |
| Exhibit 35: | Excerpts from the Deposition of Christopher Nelson, taken in the above-captioned litigation on June 2, 2017; |
| Exhibit 36: | Excerpt from documents Bates-numbered FED_SEAG00035341-42, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 37: | Excerpts from the Seagate Techology 30(b)(6) Deposition of Bruce Marc Schwartz, taken in the above-captioned litigation on October 19, 2017; |
| Exhibit 38: | Document Bates-numbered FED_SEAG0002103-0002105, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 39: | Document Bates-numbered FED_SEAG0009464, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 40: | Document Bates-numbered FED_SEAG0012108-0012148, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 41: | Document Bates-numbered FED_SEAG0015574-0015576, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 42: | Document Bates-numbered FED_SEAG0006016-0006018, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 43: | Document Bates-numbered FED_SEAG0004853-0004854, produced in the |

|  |  |
|---|---|
| | above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 44: | Document Bates-numbered FED_SEAG0010119-0010125, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 45: | Document Bates-numbered FED_SEAG0004309-0004347, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 46: | Document Bates-numbered FED_SEAG0015901-0015907, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 47: | Document Bates-numbered FED_SEAG0016455, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 48: | Document Bates-numbered FED_SEAG0018144-0018176, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 49: | Document Bates-numbered FED_SEAG0035574-0035581, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action; |
| Exhibit 50: | Document Bates-numbered FED_SEAG0000506, produced in the above-captioned litigation by Defendant; |
| Exhibit 51: | Document Bates-numbered BB_CTRL0000194, produced in the above-captioned litigation and marked "Seagate Confidential" by Defendant; |
| Exhibit 52: | Declaration of Derek Noer; and |
| Exhibit 53: | Firm Resume of Hagens Berman Sobol Shapiro LLP. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of November, 2017 at Seattle, Washington.

                                             s/ Steve W. Berman
                                                          STEVE W. BERMAN