# EXHIBIT 7



FOR
POUR MAC

DESKTOP DRIVE
DISQUE EXTERNE
Data Sheet

### Easy automatic backup for your digital life on your computer, mobile devices and the cloud

The Seagate® Backup Plus desktop drive for Mac® simplifies backup for consumers who want to help protect their entire digital life locally, in the cloud, or from their mobile devices and social networks. The drive is formatted for Mac and compatible with Time Machine backup software right out of the box. High-speed USB 3.0 and 2.0 connectivity offers plug-and-play functionality on your Mac. Install the HFS+ driver for PC, and you can use the drive interchangeably between Windows and Mac computers without reformatting.

Via the Seagate Dashboard software, you are provided with tools for mobile, cloud and social media backup. Install the free Seagate Mobile Backup app on an iOS or Android mobile device to back up all of the pictures and videos from the device to your external drive or the cloud.

The Backup Plus desktop drive for Mac includes 200GB of cloud storage with OneDrive® for 2 years for added protection and on-the-go access for your most important files.[1] Back up to the cloud using the OneDrive client or Seagate Dashboard. Additional cloud connectivity is available for Google Drive and Dropbox, as well as social media backup for your Facebook and Flickr accounts.

For your videos and photos, the Lyve app recognizes your Backup Plus drive as a photo and video destination. Free up your phone's memory by off-loading files to your drive, and you can access them anywhere in a single, organized library with the Lyve mobile and desktop apps.

1 OneDrive service available for 2 years after activation. Must be activated by June 30, 2017. May not be available in all countries.



FED_SEAG0000440

 

### SEAGATE

**FOR MAC**

DESKTOP DRIVE
DISQUE EXTERNE

| Specifications | | | | |
|---|---|---|---|---|
| Retail Packaging | Product Dimensions | Box Dimensions | Master Carton Dimensions | Pallet Dimensions |
| Length (in/mm) | 7.063/179.4 | 8.346/212 | 11.220/285 | 44.764/1137 |
| Width (in/mm) | 4.650/118.10 | 8.583/218 | 9.409/239 | 40.00/1016 |
| Depth (in/mm) | 1.634/41.50 | 2.677/68 | 8.780/223 | 47.99/1219 |
| Weight (lb/kg) | 1.892/.860 | 2.750/1.250 | 11.656/5.298 | 789.518/358.872 |

| Quantities | |
|---|---|
| Boxes per Master Carton | 4 |
| Master Cartons per Pallet | 64 |
| Pallet Layers | 4 |

| System Requirements |
|---|
| Mac OS® X 10.7 or higher or Windows® 8, Windows 7 operating system[1] |
| SuperSpeed USB 3.0 port (required for USB 3.0 transfer speeds or backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds)[1] |
| Seagate Mobile Backup app system requirements: iOS 7 or higher, Android 2.3 or higher |
| Lyve software requirements: Mac OS X 10.9 or higher, Android 4.1 or higher  [3] |

| What is Included | |
|---|---|
| Seagate Backup Plus desktop drive for Mac | 4-foot (1.2m) USB 3.0 cable |
| Seagate Dashboard backup software[3] | Power adapter |
| 200GB cloud storage with OneDrive ® for 2 years (Must activate by June 30, 2017. May not be available in all countries.)[3] | Quick start guide |
| | 2-year limited warranty |
| HFS+ driver for PC[3] | |

| Region | Product | Capacity[2] | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|
| AMER | Seagate Backup Plus desktop drive for Mac | 2TB | STDU2000100 | 763649052952 | 10763649052959 |
| AMER | Seagate Backup Plus desktop drive for Mac | 3TB | STDU3000101 | 763649057209 | 10763649057206 |
| AMER | Seagate Backup Plus desktop drive for Mac | 4TB | STDU4000100 | 763649052969 | 10763649052966 |

1 Compatibility may vary depending on user's hardware configuration and operating system.
2 One terabyte, or TB, equals one thousand billion bytes when referring to drive capacity.
3 Requires Internet connection

seagate.com

AMERICAS        Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2015 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Spiral logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries.  All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1759.8 1505 AMER