# EXHIBIT 8




# Backup Plus

**DESKTOP DRIVE**
**DISQUE EXTERNE**

Easy backup for your digital life. For PC and Mac

Sauvegarde pour votre vie numérique, en toute simplicité. Pour PC et Mac

PLTFS_000106

 **2** Year limited warranty / Garantie limitée de 2 ans

 Fully recyclable package / Emballage entièrement recyclable 



PN 100705930  04/12

PLTFS_000107




Capacity gauge
(Front)
Jauge de
capacité
(Avant)

Power
Alimentation

SuperSpeed
USB 3.0

PLTFS_000108



Easy Backup
Facilité de la sauvegarde

Social Media Backup
Sauvegarde des réseaux sociaux

Upgradeable Interface
Interface pouvant être mise à niveau

Plug-and-play
Plug-and-play

Compatible with
Compatible avec:

- Mac® OS X 10.6 or higher/ou ultérieur
- Windows® 7, Windows Vista®, Windows® XP

  

Backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds.

Rétrocompatible avec les ports USB 2.0 pour des vitesses de transfert USB 2.0.

PLTFS_000109



### Easily protect your stuff
Quickly back up your data and irreplaceable memories locally and in the cloud.

### Protégez facilement vos données
Sauvegarder vos données et souvenirs irremplaçables, localement et sur Internet.



### Save from Facebook to your drive
Rest assured that even content in Facebook and other social media sites can be backed up too.

### Enregistrez vos données Facebook sur votre disque
N'ayez crainte, votre contenu sur Facebook et autres réseaux sociaux sera aussi sauvegardé.

 

### Flexible for all your needs
Use with both PC and Mac computers—no reformatting. Mac users can increase transfer speed by upgrading to a FireWire® or Thunderbolt™ adapter (sold separately).

### De la souplesse pour tous vos besoins
Utilisez des ordinateurs PC comme Mac, aucun reformatage n'est nécessaire. Utilisateurs de Mac : Augmentez la vitesse de transfert avec un adaptateur FireWire® ou Thunderbolt™ (vendu séparément).



### Sencillas copias de seguridad de sus archivos digitales para PC y Mac
- Proteja con facilidad sus archivos, tanto localmente como en la nube. Guarde incluso archivos de Facebook en su unidad.
- Usuarios de Mac: incremente la velocidad de transferencia realizando la actualización a un adaptador FireWire® o Thunderbolt™ (se venden por separado).

### Backup simples da sua vida digital para PC e Mac
- Proteja suas coisas com facilidade localmente e na nuvem. Salve até mesmo o conteúdo do Facebook na sua unidade.
- Usuários do Mac: Aumente a velocidade de transferência usando um adaptador para FireWire® ou Thunderbolt™ (vendido separadamente).

| USB 3.0 (5 ft cable included) (Câble 1,5 m fourni) | FireWire 800 adapter (Sold separately) (Adaptateur vendu séparément) | Thunderbolt adapter (Sold separately) (Adaptateur vendu séparément) |

   



Backup Plus
DESKTOP DRIVE
DISQUE DE BUREAU

QUICK START GUIDE
GUIDE DE DÉMARRAGE RAPIDE
GUÍA DE INICIO RÁPIDO
GUIA DE INÍCIO RÁPIDO

PLTFS_000111



*Capacity Gauge |
*Jauge de capacité |
*Indicador de capacidad |
*Indicador de capacidade

**EN** * Lights provide a real-time display of available drive capacity. Software must be installed.

**FR** * Les voyants indiquent en temps réel la capacité disponible du disque. Le logiciel doit avoir été installé.

**ES** * Los indicadores luminosos ofrecen una visualización en tiempo real de la capacidad disponible del disco duro. El software debe estar instalado.

**BR** * Luzes fornece uma exibição em tempo real da capacidade da unidade disponível. O software deve ser instalado.

## Seagate® Dashboard

**EN** **Seagate Dashboard Software**
The Seagate Dashboard helps you publish content to social media sites and back up data to Cloud Storage.

Seagate Dashboard software is optional, but recommended.

**Install Seagate Dashboard**
- **Windows®**: With your drive connected, double-click **Seagate Dashboard Installer.exe** on the drive.
- **Mac OS®**: With your drive connected, double-click **Seagate Dashboard Installer.dmg** on the drive.

For additional options for using the drive in Mac OS go to: http://support.seagate.com/mac.

**FR** **Logiciel Seagate Dashboard**
Le logiciel Seagate Dashboard vous aide à publier du contenu sur des sites de réseaux sociaux et à sauvegarder des données sur votre compte de stockage Cloud.

Le logiciel Seagate Dashboard est facultatif, mais conseillé.

**Installation de Seagate Dashboard**
- **Windows®** : Une fois le disque connecté, double-cliquez sur le fichier **Seagate Dashboard Installer.exe** du disque.
- **Mac OS®** : Une fois le disque connecté, double-cliquez sur le fichier **Seagate Dashboard Installer.dmg** du disque.

Vous trouverez des options supplémentaires d'utilisation du disque sous Mac OS sur le site http://support.seagate.com/mac.

**ES** **Software Seagate Dashboard**
El software Seagate Dashboard le permite publicar contenido en sitios web de redes sociales y realizar copias de seguridad de los datos en el servicio de almacenamiento en nube de Cloud.

El software Seagate Dashboard es opcional, aunque se recomienda su utilización.

**Instalación de Seagate Dashboard**
- **Windows®**: con la unidad conectada, haga doble clic en el archivo **Seagate Dashboard Installer.exe**, incluido en la unidad.
- **Mac OS®**: con la unidad conectada, haga doble clic en el archivo **Seagate Dashboard Installer.dmg**, incluido en la unidad.

Para conocer opciones adicionales sobre la utilización de la unidad en Mac OS, diríjase a: http://support.seagate.com/mac.

**BR** **Software Seagate Dashboard**
O Seagate Dashboard ajuda a publicar conteúdo em sites de mídia social e a fazer backup para o Cloud Storage.

O software Seagate Dashboard é opcional, porém, é recomendado.

**Instalação do Seagate Dashboard**
- **Windows®**: Com a unidade conectada, clique duas vezes em **Seagate Dashboard Installer.exe** na unidade.
- **Mac OS®**: Com a unidade conectada, clique duas vezes em **Seagate Dashboard Installer.dmg** na unidade.

Para opções adicionais de uso da unidade no Mac OS, visite: http://support.seagate.com/mac.



EN
1. Click to return to the Seagate Dashboard home page.
2. Click to see drive information and drive setting options.
3. Click to see cloud information and account settings.
4. Click to adjust software settings.
5. Click to view Help.
6. Click to back up your information automatically, whenever it changes or create your own backup plan.
7. Click to share information on your drive with social media networks.
8. Click to save social media content to your drive.

For more information, review the videos on your drive (in the Video folder) or go to www.seagate.com/support/software/dashboard/.

Información para NOM (únicamente para México)
La siguiente información se proporciona en el dispositivo o dispositivos descritos en este documento, en cumplimiento con los requisitos de la Norma oficial mexicana (NOM).
Número de modelo reglamentario: SRD0SD0, SRD0SD1
Clasificación: Class III, Supplied by SELV
Voltaje de alimentación: 12Vdc
Frecuencia: DC
Consumo Eléctrico: 0.82A, 9.92W;
Voltaje de Salida: N/A
Intensidad de Salida: N/A

FR
1. Cliquez pour revenir à la page d'accueil de Seagate Dashboard.
2. Cliquez pour afficher les informations sur le disque et les options de paramètres du disque.
3. Cliquez pour afficher les informations sur le cloud et les paramètres de compte.
4. Cliquez pour définir les paramètres du logiciel.
5. Cliquez pour afficher l'aide.
6. Cliquez pour sauvegarder automatiquement vos informations chaque fois qu'elles changent ou créez votre propre plan de sauvegarde.
7. Cliquez pour partager les informations de votre disque sur des réseaux sociaux.
8. Cliquez pour enregistrer le contenu de réseaux sociaux sur votre disque.

Pour plus d'informations, consultez les vidéos sur votre disque (dans le dossier Video) ou accédez à www.seagate.com/support/software/dashboard/.

ES
1. Haga clic para regresar a la página principal de Seagate Dashboard.
2. Haga clic para ver la información de la unidad y sus opciones de configuración.
3. Haga clic para ver la información de la nube y la configuración de la cuenta.
4. Haga clic para ajustar la configuración del software.
5. Haga clic para ver la Ayuda.
6. Haga clic para realizar una copia de seguridad de la información de forma automática siempre que esta se modifique o para crear su propio plan de copia de seguridad.
7. Haga clic para compartir información de su unidad con las redes sociales.
8. Haga clic para guardar contenido de las redes sociales en su unidad.

Para obtener más información, consulte los vídeos de su unidad (incluidos en la carpeta Videos) o diríjase a www.seagate.com/support/software/dashboard/.

BR
1. Clique para retornar à página inicial do Seagate Dashboard.
2. Clique para ver informações e opções de configuração da unidade.
3. Clique para ver informações em nuvem e configurações de conta.
4. Clique para ajustar configurações de software.
5. Clique para exibir a Ajuda.
6. Clique para fazer backup das informações automaticamente, sempre que elas forem alteradas, ou crie seu próprio plano de backup.
7. Clique para compartilhar informações sobre a unidade com redes de mídia social.
8. Clique para salvar conteúdo de mídia social na unidade.

Para obter mais informações, verifique os vídeos sobre sua unidade (na pasta Videos) ou vá para www.seagate.com/support/software/dashboard/.

PLTFS_000113

## 🇬🇧 WWW.SEAGATE.COM

Visit us at our Support pages for assistance with:
- **Installation:** Additional instructions and troubleshooting assistance
- **Warranty Information**

To contact support, visit us at our **Contact Us** page.
**CAUTION:** Use with provided power supply only
**NOTE:** To protect your data, always follow the safe removal procedures for your operating system when disconnecting your product.

### FCC DECLARATION OF CONFORMANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

### CLASS B

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

**CAUTION:** Any changes or modifications made to this equipment may void the user's authority to operate this equipment.

## 🇫🇷 WWW.SEAGATE.COM

Consultez les pages de support technique de notre site pour toute question relative aux points suivants :
- **Installation :** instructions supplémentaires et assistance dépannage
- **Informations sur la garantie**

Pour contacter le support technique, consultez la page **Nous contacter**.
**ATTENTION :** utiliser exclusivement avec la source d'alimentation fournie
**REMARQUE :** pour protéger vos données, suivez toujours les procédures de retrait sécurisé correspondant à votre système d'exploitation lors de la déconnexion du produit.

## 🇪🇸 WWW.SEAGATE.COM

Consulte nuestras páginas de asistencia técnica para recibir ayuda sobre:
- **Instalación:** Instrucciones adicionales y asistencia para la resolución de problemas
- **Información de garantías**

Para ponerse en contacto con el servicio de asistencia técnica, consulte nuestra página **Contacto**.
**PRECAUCIÓN:** utilice el producto únicamente con la fuente de alimentación incluida.
**NOTA:** Para proteger sus datos, asegúrese de seguir los procedimientos de extracción segura de su sistema operativo siempre que desconecte el producto.

## 🇧🇷 WWW.SEAGATE.COM

Visite nossas páginas de Suporte para obter ajuda com:
- **Instalação:** Instruções adicionais e assistência para solução de problemas
- **Informações sobre garantia**

Para entrar em contato com o suporte, visite nossa página **Contact Us** (Entre em contato conosco).
**CUIDADO:** Use somente com a fonte de alimentação fornecida
**NOTA:** Para proteger seus dados, sempre siga os procedimentos de remoção segura do seu sistema operacional ao desconectar o produto.

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology, and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC, or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. Seagate reserves the right to change, without notice, product offerings or specifications. Complying with all applicable copyright laws is the responsibility of the user. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov) and controlled for import and use outside of the U.S.

Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014
U.S.A.

PN: 100709497 06/12


