# EXHIBIT 14



Product Finder   Where To Buy   United States   English   Login

Search   0

| External Hard Drives | Internal Hard Drives | Home Entertainment | Support | Partners | Services & Software |

Home   Internal Hard Drives   Desktop Hard Drives

# Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.



Laptop, Desktop and Consumer Electronics Drive Guide (343KB)

| PRODUCT NAME | AREAL DENSITY | ENCRYPTION | AFR | MEAN TIME BETWEEN FAILURES | AVERAGE OPERATING POWER |
|---|---|---|---|---|---|
| **Barracuda**<br><br>LEARN MORE<br><br>Barracuda Data Sheet (455KB) | 329 Gfc/in^2Gb/in$^2$, 329Gb/in$^2$, 625 Gfc/in^2Gb/in$^2$, 625Gb/in$^2$ | Security/Encryption, Volume level encryption | 0.34%, <1% | 750,000hr | 5.90W, 6.19W, 6.7W, 8.0W |

| AT A GLANCE | FEATURES | SPECIFICATIONS |

## Do More



**Transition to Advanced Format 4K Sector Hard Drives**
Benefits and pitfalls in moving from 512 to 4096 bytes
More



**Don't Be Afraid of 4K**
Break the barrier with Barracuda XT and DiscWizard
More

**Find more Stories**

Case 3:16-cv-00523-JCS    Document 136-14    Filed 11/08/17    Page 3 of 3



### Recent Blog Posts

*It Ain't Easy Being Green … but we try*  | Read Post

December 14, 2011
The Storage Effect - Seagate Corporate

*The period at the end of a sentence is 1,000,000 nanometers wide.*  | Read Post

November 09, 2011
The Storage Effect - Seagate Corporate

*Seagate Barracuda: What the experts are saying…so far*  | Read Post

November 03, 2011
Storage Means Business - Seagate SMB

*Why Seagate said goodbye to "green" drives*  | Read Post

November 01, 2011
The Storage Effect - Seagate Corporate

*Why Seagate said goodbye to "green" drives*  | Read Post

November 01, 2011
The Storage Effect - Seagate Corporate

*Less choice means more? Behind the simplified approach of Seagate's latest Barracuda*  | Read Post

November 01, 2011
Storage Means Business - Seagate SMB

Site Index    Company Information    Partners    Investors    Jobs    Contact Us    Legal & Privacy

©2012 Seagate Technology LLC