# EXHIBIT 15



Data Sheet

# Barracuda®

## The Power of One

### Key Advantages

- Double your capacity and drive down costs with the industry's first 1TB-per-disk hard drive technology.
- Up to 3TB capacity with 7200-RPM performance. Why compromise?
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software allows you to install a 3TB hard drive in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Barracuda®
## The Power of One



| Specifications | 3TB[1] | 2TB[1] | 1.5TB[1] | 1TB[1] | 750GB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|---|
| Model Number | ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 | ST750DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 156 | 156 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 210 | 210 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | | |
| Heads/Disks | 6/3 | 6/3 | 4/2 | 2/1 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% | +10%/-5.0% | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% |
| Voltage Tolerance, Including Noise (12V) | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% |
| **Reliability/Data Integrity** | | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Annualized Failure Rate (AFR) | <1% | <1% | <1% | <1% | <1% | <1% | <1% | <1% |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | | |
| Startup Power (A) | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 8.0 | 8.0 | 6.70 | 5.90 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle2 Average (W) | 5.40 | 5.40 | 4.50 | 3.36 | 3.36 | — | — | — |
| Idle Average (W) | — | — | — | — | — | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | | |
| Temperature | | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 |
| **Physical** | | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 626/1.38 | 626/1.38 | 535/1.18 | 400/0.88 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 | 25 |
| Cartons per Layer | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Pallet | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate SmartAlign™ Technology | Yes | Yes | Yes | Yes | Yes | Yes[2] | Yes[2] | Yes[2] |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.




www.seagate.com

AMERICAS    Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2011 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1737.1-1111US, November 2011