# EXHIBIT 16



# Storage Solutions Guide

**OCT 2012 | AMER**





# Contents

## External Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON ........................2
BACKUP PLUS PORTABLE ...........................................5
BACKUP PLUS PORTABLE FOR MAC............................6
THUNDERBOLT™ BACKUP PLUS FOR MAC PORTABLE..6
BACKUP PLUS DESKTOP FOR MAC .............................7
THUNDERBOLT™ BACKUP PLUS FOR MAC DESKTOP ...7
BACKUP PLUS DESKTOP.............................................8
SLIM PORTABLE FOR MAC...........................................8
SLIM PORTABLE ........................................................9
EXPANSION™ DESKTOP ..............................................9
EXPANSION™ PORTABLE............................................10
GOFLEX SATELLITE™.................................................10
GOFLEX HOME .........................................................11
BLACKARMOR® NAS 440/400 ...................................12
BLACKARMOR NAS 220.............................................13

## Internal Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON ....................14

**DESKTOP**
DESKTOP PRODUCTS MATRIX ...................................17
BARRACUDA®............................................................18
BARRACUDA 3.5-INCH INTERNAL ..............................19

**LAPTOP**
LAPTOP PRODUCTS MATRIX......................................21
MOMENTUS® XT .......................................................22
MOMENTUS .............................................................23
MOMENTUS THIN .....................................................24
MOMENTUS 2.5-INCH INTERNAL................................25

**ENTERPRISE**
ENTERPRISE PRODUCTS MATRIX ..............................27
SAVVIO® 10K ...........................................................28
SAVVIO 15K..............................................................29
CHEETAH® 15K ........................................................29
CONSTELLATION® ES.3..............................................30
CONSTELLATION ES.2...............................................31
CONSTELLATION ES..................................................31
CONSTELLATION CS..................................................32
CONSTELLATION.2™.................................................32
PULSAR.2™...............................................................33

**VIDEO STORAGE**
VIDEO STORGE PRODUCTS MATRIX...........................35
PIPELINE HD®...........................................................36
SV35 SERIES™ .........................................................36

PARTNER RESOURCES AND BENEFITS ......................37
SERVICE AND SUPPORT............................................37

## www.seagate.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.11-1210US, October 2012

# External Storage
## At-a-Glance Product Comparison



| | BACKUP PLUS | | | | |
|---|---|---|---|---|---|
| **Direct Attached/ Portable** | **Backup Plus Portable** | **Backup Plus Portable for Mac** | **Thunderbolt™ Backup Plus for Mac Portable** | **Backup Plus Desktop** | **Backup Plus Desktop for Mac** |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 |



| | GOFLEX |
|---|---|
| **Wireless Mobile** | **GoFlex Satellite™** |
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 10 |



| | GOFLEX |
|---|---|
| **Network Attached** | **GoFlex Home** |
| **PERFECT FOR** | Wireless centralized home storage |
| **DESCRIPTION** | This network storage system supports the external storage needs of every computer in your home. PC or Mac. |
| **LEARN MORE** | Page 11 |



| | SLIM | | EXPANSION™ | |
|---|---|---|---|---|
| **Thunderbolt™ Backup Plus for Mac Desktop** | **Slim Portable** | **Slim Portable for Mac** | **Expansion Portable** | **Expansion Desktop** |
| Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |



| BLACKARMOR® | | |
|---|---|---|
| **BlackArmor NAS 440** | **BlackArmor NAS 400** | **BlackArmor NAS 220** |
| Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| Page 12 | Page 12 | Page 13 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.



# Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

## Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

## Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ● Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

## Key Advantages

- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

## Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000301 | USB 3.0 | Silver/ White | Mac, PC |
| 500GB | STBW500301 | USB 3.0 | Silver/ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Thunderbolt™ Backup Plus for Mac Portable

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

## Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

## Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.



## Key Advantages

• Mac OS and Time Machine ready right out of the box
• Automatically saves photos from social networks
• Share photos and video to social networks with a click.
• Up to 3TB capacity for a lifetime of memories

## Best-Fit Applications

• Back up all your important files.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **3TB** | STCB3000900 | FireWire 800/ USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| **2TB** | STCB2000900 | FireWire 800/ USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| **PRODUCT DIMENSIONS** | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | ● ○ | |
| **PACKAGE DIMENSIONS** | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Thunderbolt Backup Plus for Mac Desktop

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.



## Key Advantages

• Includes Thunderbolt cable, adapter and drive
• Dual ports enable daisy-chaining up to six devices
• Compatible with Thunderbolt displays and other devices
• Compatible with Time Machine softwares

## Best-Fit Applications

• Combine high-speed data transfer and high-definition display in a single interface
• Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
• Handle vast amounts of data more precisely than with any other connection
• Back up and restore data at 10Gbps

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **3TB** | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| **PRODUCT DIMENSIONS** | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| **PACKAGE DIMENSIONS** | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

STORAGE SOLUTIONS GUIDE    7

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.



## Key Advantages

- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

## Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **4TB** | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| **3TB** | STCA3000100 | USB 3.0 | ● Black | PC, Mac |
| **2TB** | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| **1TB** | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| **PRODUCT DIMENSIONS** | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| **PACKAGE DIMENSIONS** | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim Portable for Mac

The Seagate Slim portable drive for Mac combines our thinnest, sleekest form factor in a Time Machine-ready drive.



## Key Advantages

- World's slimmest portable external hard drive
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **500GB** | STCF500400 | USB 3.0 | ● Black | Mac, PC |
| **PRODUCT DIMENSIONS** | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| **PACKAGE DIMENSIONS** | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

# Slim Portable

The Seagate Slim portable drive is our thinnest, sleekest way yet to back up the things that are important to you.

## Key Advantages
- World's slimmest portable external hard drive
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **500GB** | STCD500100 | USB 3.0 | ● Black | PC, Mac |
| **PRODUCT DIMENSIONS** | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| **PACKAGE DIMENSIONS** | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

# Expansion™ Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

## Key Advantages
- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications
- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **3TB** | STBV3000100 | USB 3.0 | ● Black | PC |
| **2TB** | STBV2000100 | USB 3.0 | ● Black | PC |
| **1TB** | STBV1000100 | USB 3.0 | ● Black | PC |
| **PRODUCT DIMENSIONS** | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| **PACKAGE DIMENSIONS** | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# Expansion™ Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.



### Key Advantages

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Take large files with you when you travel.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |

# GoFlex Satellite™



With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages

- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life[3]

### Best-Fit Applications

- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.



## Key Advantages

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

## Best-Fit Applications

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | ■ack | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | ■ack | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | ■ack | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown
[3] Exact battery life subject to product model, normal usage conditions and configurations.

EXTERNAL STORAGE



# BlackArmor®
# NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations[3]
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **12TB** | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| **8TB** | ST380005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| **4TB** | ST340005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| **—** | STAR401 | Gigabit Ethernet | Black | PC, Mac |
| **PRODUCT DIMENSIONS** | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| **PACKAGE DIMENSIONS** | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs



## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup.[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

STORAGE SOLUTIONS GUIDE     13

# Internal Storage
## At-a-Glance Product Comparison

| | DESKTOP | ENTERPRISE | | |
|---|---|---|---|---|
| **3.5-inch** | Barracuda® | Cheetah® 15K | Constellation® ES.3 | Constellation ES.2 |
| **BUSINESS NEED** | Mainstream | Performance | Mainstream | |
| **USE THIS DRIVE FOR** | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | |
| **ENCRYPTION MODELS AVAILABLE** | | X | X | X |
| **LEARN MORE** | Page 18 | Page 29 | Page 30 | Page 31 |

| | LAPTOP | | |
|---|---|---|---|
| **2.5-inch** | Momentus® XT | Momentus | Momentus Thin |
| **BUSINESS NEED** | Performance | Mainstream | Thin (7mm z-ht.) |
| **USE THIS DRIVE FOR** | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference |
| **ENCRYPTION MODELS AVAILABLE** | | X | X |
| **LEARN MORE** | Page 22 | Page 23 | Page 24 |

AT-A-GLANCE PRODUCT COMPARISON



| ENTERPRISE | | VIDEO STORAGE | |
| --- | --- | --- | --- |
| **Constellation ES** | **Constellation CS** | **SV35 Series™** | **Pipeline® HD** |
| Mainstream | Low Power | Surveillance | DVR |
| Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| X | | | |
| Page 31 | Page 32 | Page 36 | Page 36 |

| ENTERPRISE | | | ENTERPRISE SSD |
| --- | --- | --- | --- |
| **Savvio® 15K** | **Savvio 10K** | **Constellation.2™** | **Pulsar.2™** |
| Performance | Mainstream | Low Power | Mainstream |
| Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| X | X | X | X |
| Page 29 | Page 28 | Page 32 | Page 33 |

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



DESKTOP STORAGE

# Product Comparison

  

| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| **Application** | Mainstream | Mainstream and Performance |
| **Description** | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| **Form Factor** | 3.5 inch | 3.5 inch |
| **Performance** | 7200 RPM | 7200 RPM |
| **Reliability (AFR)** | <1% | <1% |
| **Max. Ext. Transfer Rate** | 300MB/s to 600MB/s | 600MB/s |
| **Capacity[1]** | 500GB to 3TB | 250GB to 3TB |
| **Interface** | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| **Cache** | 16MB to 64MB | 16MB to 64MB |
| **Power (Idle)** | | 4.60W 3.36W to 5.40W (Idle2) |

# Feature Comparison

 

| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| **Product** | Barracuda 3.5-Inch Internal Kit | Barracuda |
| **SATA Interface** | X | X |
| **Sustainable Technology** | X | X |
| **Best-in-Class Performance** | | X |
| **Capacity Leadership** | X | X |
| **Quiet Acoustics** | X | |
| **DiscWizard™ Installation Software** | X | X |
| **Compatible with Windows 7[2]** | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



## Key Advantages

- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# Barracuda® 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



## Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY[1] | KIT NUMBER[2] | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 2TB | STBD2000101 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 6Gb/s |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



# Product Comparison







| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 1TB | 500GB to 750GB | 250GB to 750GB | 250GB and 300GB |
| Interface | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 0.67W to 0.81W | 0.45W to 0.66W |

# Feature Comparison






| | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics | | | X | X |
| Lowest Power | | | X | X |
| Self-Encrypting Drive | | | X | X |
| Drop Sensor Options | | | X | |
| Solid State Hybrid | X | X | | |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

# Momentus® XT

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



## Key Advantages

- Boots and performs like an SSD[7]
- Up to 3x faster than a traditional HDD[7]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

## Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.



## Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

## Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS[6] | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG[2] | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS[5,6] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG[2] | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS[5] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS[5] | SATA 3Gb/s | 8MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Drive with G-Force Protection™ feature
[3] Advanced Format (4K) drive with SmartAlign™ technology resolves misalignment conditions.
[4] 7mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
[5] Self-Encrypting Drive model
[6] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[7] Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB SSHD.

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[2,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[2,3] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages
- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications
- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[5] | RPM | INTERFACE |
|---|---|---|---|
| 1TB | STBD1000100 | 5400 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 6Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.



# Product Comparison



|  | **SAVVIO®** | **CHEETAH®** | **CONSTELLATION®** | **PULSAR®** |
|---|---|---|---|---|
| **Application** | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Mainstream SSD |
| **Description** | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| **Form Factor** | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| **Performance** | 15K RPM and 10K RPM | 15K RPM | 7200 RPM | MLC and SLC |
| **Reliability (AFR)** | 0.44% | 0.55% | 0.62% and 1.1% | 0.44% |
| **Capacity[1]** | 300GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| **Power (Idle)** | 3.0W to 4.4W | 8.74W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| **Interface** | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| **Limited Warranty[4]** | 5 years | 5 years | 3 years and 5 years | 5 years |

# Feature Comparison



|  | **2.5-Inch Mission Critical** | | **3.5-Inch Mission Critical** | **2.5-Inch Nearline** | **3.5-Inch Nearline** | **Mainstream SSD** |
|---|---|---|---|---|---|---|
| **Product** | Savvio 15K | Savvio 10K | Cheetah 15K | Constellation | Constellation ES Constellation CS | Pulsar.2 |
| **Best-in-Class Performance** | X | X | X | X | X | |
| **Capacity Leadership** | | X | X | | X | X |
| **Vibration Tolerance for Multi-Drive Stablization** | X | X | X | X | X | |
| **6Gb/s SAS Interface** | X | X | X | X | X | X |
| **4Gb/s FC Interface** | | X | X | | | |
| **6Gb/s SATA Interface** | | | | X | X | X |
| **Best-in-Class Power Usage** | | X | | X | X | |
| **PowerChoice™ Optimized Idle Power Settings** | | X | | X | X | |
| **Self-Encrypting Drive (SED)[2]** | X | X | X | X | X | X |
| **FIPS 140-2 SED[2,3]** | X | X | X | X | X | |

---

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.



## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[5]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,4] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

## Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[2] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[2] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[2,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[2] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[2,3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

## Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05
[5] Protection Information (PI) feature requires PI-compliant host or controller support.

STORAGE SOLUTIONS GUIDE    29



# Constellation® ES.3

The Seagate Constellation ES.3 enterprise capacity HDD helps data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the SED FIPS 140-2 option.[4,5]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[4] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[4] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[4] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[4] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[4] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[4] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[4] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[4] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[4,5] | 6Gb/s SAS | 128MB |

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.

## Key Advantages

- Highest-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[2] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[2,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[2] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[2,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[2] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[2] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[2,3] | 6Gb/s SAS | 64MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.

## Key Advantages

- Enterprise nearline drive designed for 24x7 operation
- Best-in-class rotational vibration tolerance
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[2] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[2] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[2] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[2] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[2,3] | 6Gb/s SAS | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Seagate Instant Secure Erase Models
[3] DDR2 Cache
[4] Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
[5] FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635
[6] Based on maximum use of multiple 3.5-inch HDDs in standard 42U 19-inch rack.

# Constellation® CS

The Seagate Constellation CS enterprise value hard drive is designed for vast amounts of unstructured data in the cloud..



## Key Advantages

- Affordable storage for 24x7 cloud data center replicated environments
- High vibration tolerance for reliable performance
- Save on power and cooling costs with the lowest 3.5-inch enterprise drive operating power.
- Advanced format logical block management
- Lower TCO with Seagate Instant Secure Erase
- Maximize your cloud storage with up to 114TB per square foot.[6]

## Best-Fit Applications

- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB[3] |
| 3TB | ST3000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC000[2] | SATA 6Gb/s | 64MB[3] |

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |



# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.



### Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

### Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Data provided is based on format at 512 bytes.

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



# Product Comparison

 

| | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W (Idle2) |

# Feature Comparison

 

| | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x | |
| Quiet Acoustics | x | |
| Cool Operation | x | x |
| Sustainable Technology | x | |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x | |
| 24×7 Operation Capable | x | x |
| Extremely Low Vibration | x | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

STORAGE SOLUTIONS GUIDE     35

# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



## Key Advantages
• Virtually silent streaming performance as low as 19dB
• 75°C, 24-hour operation capable
• Operational power consumption as low as 3.4W
• 2.0A spin-up current limited

## Best-Fit Applications
• Consumer digital video recorders
• Media servers and centers
• Home theater PCs and servers
• Cable, satellite and IPTV set-top boxes

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM003 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



## Key Advantages
• Higher areal density for cost-effective DVR applications
• Performance-tuned for seamless video applications
• Enterprise-class reliability for 24x7 video surveillance applications
• Built-in error recovery for non-stop streaming

## Best-Fit Applications
• Video surveillance digital video recorder
• Video surveillance network digital video recorder
• Direct-attached JBOD video surveillance storage
• Network-attached JBOD video storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**

• Password-protected portal
• E-newsletter and regular news updates
• New product evaluation unit program
• Training and sales tools
• Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/partners**

• Complete the online form.
• Click through and accept our standard agreement.

# Service and Support

For information regarding products and services, visit
www.seagate.com/about/contact-us/technical-support

**Available services include:**

• Presales and Technical Support
• Global Support Services telephone numbers and business hours
• Authorized Seagate Service Centers

For information regarding Warranty Support, visit
www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit
services.seagate.com

For Seagate OEM and Distribution partner portal, visit
www.seagate.com/partners

For Seagate reseller portal, visit
www.seagate.com/partners



**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000