# EXHIBIT 29

Dennis Crawford, Vol 1 June 15, 2017

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                              CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____


VIDEOTAPED DEPOSITION OF DENNIS CRAWFORD

San Francisco, California

Thursday, June 15, 2017


Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2244

Pages 1 - 149

Dennis Crawford, Vol 1                                          June 15, 2017

Page 58
1  could not tell you exactly who.
2      Q   Okay.  Do you recall comparing the
3  warranties?
4      A   As one of the factors, yes.
5      Q   How was Seagate's warranty different, if
6  at all?
7      A   I don't believe it was different.  I
8  believe it was on par.
9      Q   On par with Western Digital?
10     A   Yes.
11     Q   Were there marketing statements on
12 Western Digital's websites?
13     A   There were.
14     Q   Was there anything in particular about
15 the statements you read on Seagate's website that
16 swayed you to choose Seagate as opposed to Western
17 Digital?
18     A   There was a statement on Seagate's
19 website that was not on Western Digital's because,
20 as I testified to earlier, that this was my first
21 time with a RAID 5.  And there was a statement that
22 said something to the effect of like it's like best
23 for all cases, or something to that effect, and
24 Western Digital's wasn't.  Not that it wasn't the
25 case, but it was clearly on Seagate's website.

Page 59
1          So we're going back five and a half
2  years.  RAID was not necessarily a home technology
3  back then.  So for me to invest in it, I needed a
4  level of comfort that the drives would be suitable
5  for that.
6      Q   You recall something to the effect of its
7  best for all cases on Seagate's website?
8      A   I can't recall the exact term, but there
9  was something that indicated that it wasn't just for
10 home computers, that it was suitable for all
11 scenarios, including RAID.
12     Q   And Western Digital didn't say anything
13 about RAID?
14     A   I didn't see anything on Western
15 Digital's website that immediately indicated that
16 they were.  They may have been, but it wasn't
17 prominent on their website.
18     Q   Is that the only thing that you recall
19 differentiating between Western Digital and Seagate
20 in 2012 when you were purchasing the drives was the
21 reference to RAID?
22     A   There was other differences.  Without
23 having the two data sheets in front of me, it would
24 be very difficult for me to tell you what they are.
25 But it was -- reliability was the big one.

Page 60
1      Q   Western Digital didn't promise
2  reliability?
3      A   I believe that Seagate's reliability
4  rating was slightly higher.  Not by much, but the
5  published value for failure was just slightly lower.
6      Q   The "published value for failure," what
7  does that mean?
8      A   It's an average -- as I understand it,
9  it's the average failure rate of a drive over a
10 period of time.  I don't know what that period of
11 time is.  But when you compare two things and it
12 says the word "failure," you typically go with the
13 lower value.
14     Q   Are you referring to any of the
15 information that we reviewed that are attached to
16 Exhibits A and B to the complaint that's been marked
17 as Enders Exhibit 2?
18     A   This section, "Reliability/data
19 integrity" would apply.
20     Q   Anything in particular under that
21 heading?  Now we're referring to Page 3 of 3 in
22 Exhibit B, correct?
23     A   Three of three, Exhibit B.  All these
24 factors are attributable to how reliable a drive is.
25 So when you have an annual failure rate of less than

Page 61
1  1 percent, that seems pretty good.
2          And I purchased three drives, one of
3  which was dead on arrival.  And as the testimony,
4  you know, I provided, they kept failing.  So that to
5  me does not seem like less than 1 percent unless --
6  unless I'm the unluckiest person in the world.  But
7  these values are what you would compare drive A with
8  drive B.
9      Q   What did you recall Western Digital's
10 data sheet that differentiated from Seagate's?
11     A   Like I said, without Western Digital's in
12 front of me I really can't -- I can't state.  But
13 like any consumer, I looked at their data sheets.  I
14 looked at Seagate's data sheets.  And if one was
15 slightly better, I usually make my decision based on
16 that.
17     Q   Under "Reliability/data integrity," you
18 refer to line, "Annualized failure rate AFR"?
19     A   Uh-huh.
20     Q   And it says, "less than 1 percent."
21     A   Uh-huh.
22     Q   What did it say on WD's website?
23     A   Again, without the data sheet in front of
24 me I couldn't tell you.
25     Q   And it's your belief that Seagate's value

Dennis Crawford, Vol 1                                                  June 15, 2017

Page 146

 1  network-attached storage drives was listed as
 2  best-fit application on the first page of Barracuda
 3  data sheet?
 4          MS. MCLEAN:  Objection.  Leading.
 5          THE WITNESS:  I did.
 6          MR. PIERCE:  Did you rely on the
 7  statements that the Barracuda was best fit for both
 8  desktop RAID and network-attached storage devices
 9  before making your decision to purchase the
10  Barracuda hard drives?
11          MS. MCLEAN:  Objection.  Compound.
12          THE WITNESS:  I utilized the list of
13  Seagate's provided best-fit applications when making
14  my selection.
15          MR. PIERCE:  Would you have purchased
16  Barracuda hard drives if you didn't think they were
17  a best fit for a network-attached storage device?
18      A   Absolutely not.
19      Q   Turning to the second page of the
20  document, the data sheet.  Did you look at the
21  annualized failure rate listed on this second page
22  of the Barracuda data sheet?
23      A   I did.
24      Q   Did you rely on the listed annualized
25  failure rate on the Barracuda data sheet before

Page 147

 1  making a decision to purchase the Barracuda hard
 2  drives?
 3      A   I did.
 4      Q   Would you have purchased the Barracuda
 5  hard drives if you thought the annualized failure
 6  rate was significantly higher than the percentage
 7  listed on this page?
 8      A   You couldn't have paid me to take them.
 9          MR. PIERCE:  No further questions.
10          MS. MCLEAN:  Okay.
11          THE VIDEOGRAPHER:  We're done?
12          MS. MCLEAN:  Yup, I believe so.
13          THE VIDEOGRAPHER:  This marks the end to
14  DVD No. 3 of 3 in the videotaped deposition of
15  Dennis Crawford and concludes today's testimony.
16  The time is 3:43 p.m. and we are off the record.
17
18          (TIME NOTED:  3:43 p.m.)

Page 148

 1          I, ASHLEY SOEVYN, do hereby declare under
 2  penalty of perjury that I have read the foregoing
 3  transcript; that I have made any corrections as
 4  appear noted, in ink, initialed by me, or attached
 5  hereto; that my testimony as contained herein, as
 6  corrected, is true and correct.
 7          EXECUTED this_____ day
 8  of_____,
 9  20____, at_____, _____.
                     (City)              (State)

13  ASHLEY SOEVYN

Page 149

 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4          That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were duly sworn; that a record
 8  of the proceedings was made by me using machine
 9  shorthand, which was thereafter transcribed under my
10  direction; further, that the foregoing is a true
11  record of the testimony given.
12          I further certify I am neither financially
13  interested in the action nor a relative or employee
14  of any attorney or party to this action.
15          IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17
18  Dated: _____

21  *Ashley Soevyn*
22  ASHLEY SOEVYN
    CSR No. 12019