# EXHIBIT 31

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                  CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____


VIDEOTAPED DEPOSITION OF JOSHUAH ENDERS

San Francisco, California

Wednesday, June 7, 2017


Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2228

Pages 1 - 272

Page 106
```
 1      A    We, as in the industry.
 2           Yeah.  I might have looked into that.
 3   That may have been related to Seagate acutrac off of
 4   that --
 5      Q    Where are you referring to that?
 6      A    Here, on the second page, under the large
 7   4K.  It says:  Maximize hard drive storage density.
 8   Barracuda one terabyte per disc technology
 9   incorporates 34 -- 340,000 unique tracks the width
10   of a single inch.  So that's referring to
11   perpendicular recording technology, where the
12   drive-head, instead of writing data in tracks on the
13   disk, it writes them vertically somehow.  I'm not
14   really sure how it works.
15      Q    Is that what you're referring here in
16   paragraph 227, where you say:  He read defendant's
17   statements contained therein, i.e. the information
18   on the 2012 Barracuda web page on the Barracuda data
19   sheet.
20      A    So can you -- page 38 of Exhibit 4?
21      Q    Yes.  I'm sorry.  I'm referring back to
22   paragraph 227.
23      A    I have a lot of documents in front of me
24   right now.
25      Q    If you can, try to keep that page open.
```

Page 107
```
 1      A    Okay.
 2      Q    So I'm referring to paragraph 227 where
 3   you say you reviewed the 2012 Barracuda web page and
 4   the Barracuda data sheet.  And then you say:  He
 5   read defendant's statements contained therein,
 6   particularly those pertaining to the benefits of
 7   acutrac technology.
 8           I believe that's what we were just
 9   discussing, acutrac technology.  That was one of the
10   things that you recall reviewing at the time?
11      A    That's right.  And I mean, very
12   specifically -- I mean, I pained over this decision
13   because it was a big capital expenditure.  And one
14   piece that I kept on -- I kind of was toggling back
15   and forth at the time between this and, probably,
16   the -- maybe the Western Digital greens.  I think,
17   yeah, I was priced out of the reds.  I think that
18   the --
19           Anyway, the specific -- the specific kind
20   of seller was -- Exhibit B was -- the best fit
21   applications on the first page with the logos on it.
22   Page 23 of Exhibit B.
23           And so Seagate Smart Align technology
24   provides a simple transparent migration to advanced
25   4K sectors.  That was very relevant.
```

Page 108
```
 1      Q    I thought we were referring to under best
 2   fit applications.
 3      A    Yeah.  Sorry.  I skipped around.
 4           So under best fit applications desktop
 5   raid network attached storage devices.  Network
 6   attached storage devices, that was my application.
 7   That's what I was building.
 8      Q    So you recall reviewing that in 2012?
 9      A    Absolutely.
10      Q    Anything else?
11      A    So under best fit applications, desktop
12   raid and then under key advantages, the Seagate
13   Smart Align and the acutrac server technology.
14      Q    So there's -- four bullets down on
15   Exhibit B, it refers to Seagate acutrac server
16   technology delivers dependable performance even with
17   hard drive track widths of only 75 nanometers.
18           Is that what you're referring to?
19      A    That's right.
20      Q    Then two bullets beyond that:  Seagate's
21   Smart Align technology provides a simple,
22   transparent migration to advanced format 4K sectors?
23      A    That's right.
24      Q    Anything beyond those four that you
25   specifically recall reviewing?
```

Page 109
```
 1      A    No.  On the other side of the page --
 2   obviously, I referenced these technical
 3   specifications, and all of these things have meaning
 4   to me.
 5      Q    Okay.  So now we're looking at Exhibit B
 6   to Exhibit 4, that's document 62-2 in the court
 7   filing system, page three of three.  The Barracuda
 8   specs.  Is that what you would call them?
 9      A    Yes.
10      Q    And you recall reviewing that on
11   Seagate's website in August 2012?
12      A    This format may have been either abridged
13   and had only key elements of this table that I'm
14   looking at here.  The PDF may have been supplied on
15   that third tab of the product page, but the key
16   elements are here.
17      Q    The product page, meaning what we just
18   reviewed on Exhibit 6?
19      A    That's correct.
20      Q    So what specific specs did you consider
21   and rely on?
22      A    Spindles.  Well, we're going to go down
23   the list, ready?
24           THE REPORTER:  Slowly.
25           THE WITNESS:  Interface options, spindle
```

Joshuah Enders, Vol 1                                                       June 07, 2017

Page 110
1   speed, cache, seek average -- read and seek average,
2   write, average data rate, max sustained data rate,
3   bytes per sector, load and unload cycles,
4   non-recoverable read errors per bits read max.
5             That one is very important.
6   BY MS. MCLEAN:
7        Q    Why is it very important?
8        A    That's basically how reliable the write
9   head is across the platter.  And so that's a -- it's
10  a big indicator of good engineering and long-term,
11  you know, availability, I guess.
12            The annualized failure rate, power-on
13  hours.
14            That's another big one.
15       Q    What is significant about the power-on
16  hours?
17       A    That's number of hours of continuous
18  operation, I believe.
19       Q    Did you use the drives in accordance with
20  the recommended power-on hours?
21       A    Yes.  But they didn't last that long.
22       Q    How many hours per week is 2,400 hours,
23  on a yearly basis?
24       A    I can't do the math.
25       Q    What did you have in mind when you were

Page 111
1   considering that?
2        A    24/7 operation.
3        Q    24/7?
4        A    That's right.
5        Q    Anything else?
6        A    The idle average power.  That was very
7   relevant.
8             The operating power or -- sorry,
9   operating mode.  This was all under the power
10  management section.  This is how much power the
11  drive draws, and that gives you the ability to
12  estimate your power bill and then also your power
13  requirements for the power supply in the computer,
14  and the efficiency of that.
15            Temperature.
16            And --
17       Q    What did you consider with regard to
18  temperature?
19       A    Well, in the Google white paper, with a
20  large population of drives, they didn't find a
21  unique relation between temperature and annualized
22  failure rate.  So it wasn't a huge concern of mine
23  before I purchased the drives.  But somewhere
24  between 40 and 60 degrees Celsius.
25       Q    That's where what temperature you

Page 112
1   intended to have the drives operating in?
2        A    Yeah.
3        Q    Do you have a cooling system in place?
4        A    I do.
5        Q    What kind of system is it?
6        A    It's passive intake active exhaust.  So I
7   have a 350 cubic foot a minute centrifugal fan that
8   exhausts in closed -- in a hot air containment
9   system, to a window, to the outside air.  And I have
10  a HEPA filter on the outside air that is passively
11  pulled in.
12       Q    What is that?
13       A    It's a filter that is used for filtering
14  particulates below a certain nanometer size, like
15  bacteria and pollen and dust that you can't get into
16  a computer.
17       Q    Do you keep the window open all the time?
18       A    The window is sealed with the HEPA filter
19  so the only way that the air gets in is through the
20  HEPA filter, so the window is, by nature, open
21  always.  Yes.
22       Q    Through the filter?
23       A    That's right.
24       Q    Anything else, while we're on the data
25  sheet, that you considered at the time?

Page 113
1        A    Acutrac and its Smart Align technology,
2   those are the marketing terms for the practices
3   behind them.  So those two.
4        Q    So, to the best of your recollection, the
5   items that you just listed were factors in your
6   consideration of purchasing the Seagate SD3000DM001?
7        A    That's correct.
8        Q    So, other than the 2012 Barracuda web
9   page and the Barracuda data sheet, did you read any
10  other materials in connection with your purchase of
11  the SD3000DM001?
12       A    I'm sure I read, you know, every
13  available review at the time, either on Tom's
14  Hardware or, you know, other sites.
15       Q    What other sites?
16       A    I don't have those ones memorized.
17       Q    Are there some that you generally go to
18  in making purchase decisions?
19       A    Sure.  AnandTech.
20       Q    A-N-A-N-D?
21       A    Yup.  AnandTech.  I can't recall any
22  other names.
23       Q    You also mentioned a Google white paper,
24  was that also a factor in your decision?
25       A    Yeah.

Joshuah Enders, Vol 1                                              June 07, 2017

Page 126

1  BY MS. MCLEAN:
2  Q   So other than the factors that we have
3  just reviewed on Exhibit B, were there any other
4  statements and data you believe were misrepresented
5  in Seagate's statement referred to in paragraph 230
6  in the complaint?
7       MR. SIEGEL:  Objection as to form.
8  BY MS. MCLEAN:
9  Q   I'll rephrase that.
10 A   Thank you.
11 **Q   Earlier, we talked about the AFR.  You**
12 **believed that was a misrepresentation.**
13 **A   Yes**.
14 Q   Are there any other statements that you
15 believed -- you considered, in connection with the
16 purchase of your hard drives that you believe were
17 misrepresented?
18 A   Yes.  So I mean under the -- on Exhibit
19 B, on the second page, the power-on hours, none of
20 my drives, including replacement drives, ever
21 achieved 2,400 power-on hours.
22      The non-recoverable read errors per bits
23 read, so a system of a drive's failing were
24 uncorrectable read errors as exposed by the drive
25 firmware and the Linux kernel.  And my experiences

Page 127

1  were that those were a little outside of the typical
2  range, and those were symptoms of a drive that was
3  failing.
4  Q   What do you mean by a little outside of
5  the typical range?
6  A   It's very typical for uncorrectable
7  readers kind of in general.  So, in my professional
8  life, when working at you know, Six Apart or Zoosk,
9  it was -- or at Cloudflare, but mostly Six Apart and
10 Zoosk, I dealt with spinning disks in 24/7
11 operation, in data centers, where they were under
12 immense workloads of serving production traffic and
13 high op scenarios.  So, basically, they were just
14 constantly seeking.  And we would have drives last,
15 you know, three, four plus years; usually four or
16 five years, maybe.  But it wasn't a constant -- it
17 wasn't a constant issue.
18      So out of, let's say, 300 kilowatts of
19 machines, that's 48 divided by 4 times 16 machines,
20 times 24 drives, you would -- we would probably
21 replace one every three weeks out of all those
22 drives.  And the symptom was similar, where you see
23 uncorrectable read errors, as reported by the Linux
24 kernel, as exposed by the drive's firmware.
25      And, yes, this was extraordinary.  At any

Page 128

1  rate, I was losing a drive a week, a drive a month
2  of these Seagate drives, in my very ideal conditions
3  in my home NAS with -- you know, sitting mostly
4  idle.
5  Q   How did you calculate how many power-on
6  hours that you used?
7  A   So the drive firmware has something
8  called Smart Self Monitoring and Reporting
9  Technology.  And that is embedded in the drive
10 firmware, and it's exposed via a tool called HDParm.
11 And so I would have used the HDParm tool, with a
12 capital I flag, to read the data out of the firmware
13 and get a sense that, yeah, the power-on hours, in
14 addition to some of these other, you know,
15 diagnostics that are listed in Exhibit B.
16 Q   Do you have records of those -- that
17 smart data?
18 A   I might.
19 Q   Where would they be?
20 A   They might be in a backup.
21 Q   That might be something that we ask you
22 for.
23      So we talked about the AFR, we talked
24 about power-on hours, we talked about
25 non-recoverable read errors per bit.  Any other

Page 129

1  statements you believe were misrepresentations?
2       MR. SIEGEL:  Are you specifically talking
3  about statements in Exhibit B?
4       MS. MCLEAN:  No.  I'm speaking about
5  paragraph 230, where you refer to the statements
6  that were misrepresentations.
7       THE WITNESS:  I see.
8       The load and unload cycles.  The, yeah,
9  load and unload cycles.
10 BY MS. MCLEAN:
11 Q   300,000?
12 A   That's right.
13 Q   How was that wrong?
14 A   So that's a counter, as I understand,
15 that's incremented when the -- basically, the read
16 head of drive, it's a moving part, it parks and
17 unparks.  And I didn't get anywhere near 300,000.  I
18 can't speculate on what I got.  I don't remember.
19 But it was off by several orders of magnitude,
20 several orders of magnitude, before the drives
21 failed.
22 Q   Anything else you were referring to in
23 paragraph 230?
24      MR. SIEGEL:  Objection as to form.
25      THE WITNESS:  Anything else?  Could you

Joshuah Enders, Vol 1											June 07, 2017

Page 270
1  record.  Thank you.
2
3         (TIME NOTED:  7:20 p.m.)

Page 271
1         I, JOSHUAH ENDERS, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as
4  appear noted, in ink, initialed by me, or attached
5  hereto; that my testimony as contained herein, as
6  corrected, is true and correct.
7         EXECUTED this_____ day
8  of_____,
9  20____, at_____, _____.
              (City)            (State)
10
11
12
   _____
13 JOSHUA ENDERS

Page 272
1         I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4         That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand, which was thereafter transcribed under my
10 direction; further, that the foregoing is a true
11 record of the testimony given.
12        I further certify I am neither financially
13 interested in the action nor a relative or employee
14 of any attorney or party to this action.
15        IN WITNESS WHEREOF, I have this date
16 subscribed my name.
17
18 Dated: _____
19
20
21  *Ashley Soevyn*
22 ASHLEY SOEVYN
   CSR No. 12019