# EXHIBIT 33

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                    CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF JAMES HAGEY

San Francisco, California

Monday, July 24, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2259

Pages 1 - 94

Page 54

1  drives, with consistent quality and
2  performance-enhancing innovation and features.
3      Q    And then I think you also mentioned that
4  you had relied on subparagraph C, "proven quality
5  and performance"?
6      A    Yes, ma'am.
7      Q    And can you tell me why you relied on
8  that statement?
9      A    Because they said they had built quality
10 hard drives that had good performance.
11     Q    And, finally, with subparagraph A, you
12 mentioned that you relied on that as well.  Can you
13 tell me why?
14     A    Just because it speaks to the reliability
15 of any hard drive.
16     Q    Can you tell me what you mean by that?
17     A    Well, I interpret it as meaning that a
18 hard drive that is getting lots of read and writes
19 and being consistently used and accessed.  And that,
20 even in that environment, it would continue to
21 operate.
22     Q    Okay.  And then we're going to flip back
23 to the section of allegations.  So we're going to
24 Paragraph 178.
25     A    Okay.

Page 55

1      Q    Actually, we've been going for about an
2  hour.  Do you want to go ahead take a break now?
3      A    That would be good.
4      Q    Okay.
5           THE VIDEOGRAPHER:  This marks the end of
6  DVD 1 to the deposition of Mr. Hagey.  The time is
7  10:46 a.m.  We're going off the record.
8           (Recess taken.)
9           THE VIDEOGRAPHER:  Counsel, we are now
10 going on the record.  This marks the beginning of
11 DVD 2 in the deposition of James Hagey -- Hagey.
12 It's 10:56 a.m.  We're now on the record.
13 BY MS. SIU:
14     Q    So, at Paragraph 178 of the operative
15 complaint, it says that you read the Barracuda data
16 sheet, including AFR data; is that correct?
17     A    Yes.
18     Q    So if you'll bear with me and flip to
19 Exhibit B of the operative complaint.  And if you're
20 looking at the page numbers at the top, it's going
21 to say document 62-2.
22          THE REPORTER:  Fifty-two?
23          MS. SIU:  Sixty-two.
24          THE WITNESS:  I'm there.
25

Page 56

1  BY MS. SIU:
2      Q    Okay.  Can you tell me if this looks like
3  the data sheet you reviewed on Seagate's websites?
4      A    Yes, ma'am, it is.
5      Q    Okay.  And you said that you reviewed
6  that data sheet prior to purchasing your drive?
7      A    I did.
8      Q    Going back to 179 of the complaint.
9  You'll notice in that paragraph there are examples
10 one through five, of different representations that
11 you relied on.  We're just going to go one by one
12 and kind of talk about them.
13     A    Okay.
14     Q    So Paragraph 179 of the operative states
15 that you considered the AFR data to be material
16 because it pertained to the internal Barracuda's
17 reliability and longevity; is that correct?
18     A    Yes.
19     Q    And can you tell me a little bit about
20 your understanding of what AFR data is?
21     A    Yes.  It's the average failure rate for a
22 hard drive, just in general.
23     Q    And can you tell me how AFR is measured?
24     A    I cannot.
25     Q    Okay.  And have you seen the term "AFR"

Page 57

1  or "annualized failure rate" during your 20-year
2  career --
3      A    Yes.
4      Q    -- in information technology services?
5      A    I have.
6      Q    And going to the first statement, it says
7  that you relied on this data in deciding to purchase
8  the internal Barracuda because it caused you to
9  believe that the drive was stable, reliable, and had
10 a long life expectancy; is that correct?
11     A    It is.
12     Q    What caused that belief?  Actually, let
13 me rephrase.
14          So, remember, this paragraph starts
15 talking about AFR and how you viewed that
16 representation.
17     A    Yes.
18     Q    So what about that representation, the
19 AFR, made you believe that the drive was stable,
20 reliable, and had a long expected life?
21     A    Because it was such a -- because it was
22 such a small number.
23     Q    Okay.  And can you tell me, in your
24 opinion, what constitutes a long expected life?
25     A    For a hard drive?

James Hagey, Vol 1                                                                                         July 24, 2017

Page 74

1    Q    Okay. And in Paragraph 184, it mentions
2  that you haven't installed the refurbished drive
3  because you don't want to lose your data for a third
4  time; is that correct?
5    A    The -- I didn't get a third one.
6    Q    Oh.
7    A    I did not send back the second failed
8  drive, because I didn't want to have to deal with
9  another bad drive.
10   Q    Gotcha.
11        It had mentioned that, in the sort of
12 last line, it says that you lost some data; is that
13 correct?
14   A    That is correct.
15   Q    Okay. So was that -- did you lose data
16 from the original drive?
17   A    The data on the original drive, I lost
18 data on both drives, actually.
19   Q    Okay. And can you tell me what type of
20 data you lost?
21   A    Personal photographs, music, videos.
22   Q    Were those backed up anywhere?
23   A    No.
24   Q    And did you receive -- or, sorry, did you
25 seek any recovery services after either of those

Page 75

1  drives failed?
2    A    I did not.
3    Q    So we talked a little bit about
4  representations regarding AFR and what your
5  interpretation of what AFR was. I want to do the
6  same for RAID now.
7    A    Okay.
8    Q    So can you tell me what a RAID is?
9    A    It's a redundant array. It's multiple
10 disks run together so that if one fails you don't
11 lose your data; you just replace one disk that has
12 failed.
13   Q    And given your hobbies with videography
14 and things of that nature, do you use RAID, a RAID
15 configuration, for things like faster speeds?
16   A    I have, but -- I have, but at this time
17 I'm not.
18   Q    So it's mostly for data redundancy that
19 you're using your RAID?
20   A    Correct.
21   Q    So I know that you mentioned that you
22 have a RAID at home now, but you didn't purchase any
23 three-terabyte Barracuda drives for use in a RAID;
24 is that correct?
25   A    Correct.

Page 76

1    Q    And did you read any of the statements
2  made by Seagate regarding RAID capabilities, or the
3  internal Barracuda's RAID capabilities, prior to
4  purchasing --
5    A    Yes.
6    Q    Sorry -- prior to purchasing the drive?
7    A    Yes.
8    Q    Did you rely on any of those statements
9  considering you weren't going to use the drive on a
10 RAID configuration?
11   A    Yes.
12   Q    Why did you rely on them?
13   A    Because RAID is typically a more critical
14 application of a computer setup where you just
15 cannot afford to lose your data. And my assumption
16 was that a drive suitable for RAID would be just as
17 suitable for single-drive storage.
18   Q    Gotcha.
19        And just kind of turning to the -- to
20 another term that's used throughout the complaint.
21 Have you heard of a NAS before?
22   A    Yes.
23   Q    Do you know what it?
24   A    Yes.
25   Q    Can you tell me?

Page 77

1    A    It's network-attached storage.
2    Q    And what -- what does a NAS -- or, what
3  purpose does a NAS serve?
4    A    It's served typically as backup for your
5  network data, and can be, you know, one drive;
6  although, I don't know who would use that.
7  Typically, it's multiple drives in a RAID
8  configuration setup, to back up your network.
9    Q    And do you have a NAS that uses a
10 three-terabyte hard drive in Seagate?
11   A    I do not.
12   Q    And did you read any statements by
13 Seagate about the use of the three-terabyte
14 Barracuda hard drive in a NAS before purchasing the
15 drive?
16   A    Yes.
17   Q    And did you rely on Seagate statements
18 about use in a NAS configuration?
19   A    Yes, ma'am.
20   Q    Why would you -- why did you rely on
21 those statements?
22   A    It just goes back to the reliability and
23 the importance of network-attached storage to
24 businesses, or even individuals.
25   Q    What type of computer did you use your

James Hagey, Vol 1 — July 24, 2017

Page 94

```
 1        I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4        That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were duly sworn; that a record
 8  of the proceedings was made by me using machine
 9  shorthand, which was thereafter transcribed under my
10  direction; further, that the foregoing is a true
11  record of the testimony given.
12        I further certify I am neither financially
13  interested in the action nor a relative or employee
14  of any attorney or party to this action.
15        IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17
18  Dated: _____
19
20
21  _____
        /s/ Ashley Soevyn
22  ASHLEY SOEVYN
    CSR No. 12019
23
24
25
```