# EXHIBIT 34

Nikolas Manak, Vol 1                                              June 20, 2017

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF NIKOLAS MANAK

San Francisco, California

Tuesday, June 20, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2248

Pages 1 - 144

Page 134
1        MS. PAYNE:  This is Exhibit 36, which is
2   a USPS confirmation.
3        (Exhibit 36 marked for identification.)
4        THE WITNESS:  Okay.
5   BY MS. PAYNE:
6    Q   Do you recognize this document?
7    A   Yes.
8    Q   What does this document show?
9    A   I'm pretty sure this is the receipt for
10  sending in my defective hard drive for replacement.
11       MS. PAYNE:  This is Exhibit 37, which is
12  an e-mail from Seagate customer service.
13       (Exhibit 37 marked for identification.)
14       THE WITNESS:  Okay.
15  BY MS. PAYNE:
16   Q   Do you recognize this document?
17   A   Yes.
18   Q   So what does this document show?
19   A   This shows that my replacement hard drive
20  from Seagate was delayed due to low inventory, and
21  they will ship when one is available.
22   Q   But Seagate did provide you with a
23  replacement hard drive?
24   A   Yes.
25   Q   Was the replacement hard drive the same

Page 135
1   type of hard drive that you had returned to Seagate?
2    A   Yes.  It was the same model number.
3    Q   Was it a 3 terabyte Barracuda?
4    A   Yes.
5    Q   You testified earlier that when the hard
6   drive failed you lost movies.  What other types of
7   information did you lose?
8    A   Digitally archived copies of my music
9   collection and a few photos.  I can't remember
10  exactly of what, but some of my photo collection was
11  on there, and I hadn't recently synchronized it with
12  what was on my personal computer.
13   Q   Did you read any statements by Seagate
14  about AFR prior to purchasing the Seagate internal 3
15  terabyte hard drive?
16   A   Yes, it was on their data sheet.
17   Q   ==Did you read any statements by Seagate==
18  ==about the use of 3 terabyte Barracuda hard drives in==
19  ==RAID before purchasing the hard drives?==
20   A   ==Yes.==
21   Q   ==Where did you read those statements?==
22   A   ==On the data sheet.==
23   Q   ==Did you read any statements by Seagate==
24  ==about the use of 3 terabyte Barracuda hard drives in==
25  ==NAS before purchasing the hard drives?==

Page 136
1    A   ==Yes, I did.==
2    Q   ==Did you rely on any of those statements?==
3    A   ==Yes.  Both RAID and NAS were my intended==
4   ==usage so I relied on both of those statements.==
5    Q   ==Did you rely on statements about AFR?==
6    A   ==Yes, I did.  I knew I would be using RAID==
7   ==zero, so there was always the possibility of data==
8   ==loss.  So I relied on their very, very low AFR,==
9   ==which would mean it was very unlikely I would suffer==
10  ==any data loss.==
11   Q   Are you aware that the second
12  consolidated amended complaint states that you read
13  the data sheet but it does not specifically state
14  that you relied on statements about AFR, RAID or
15  NAS?
16   A   No, I'm not aware of that.
17   Q   We're finished with documents.
18       What relief are you seeking in this
19  lawsuit?
20   A   I am going to defer to the lawyers on
21  what would be appropriate relief.
22   Q   Is there a different amount that you
23  would have paid for the Seagate 3 terabyte internal
24  Barracudas knowing how long the drive lasted?
25       MR. SIEGEL:  Objection as to form.  Calls

Page 137
1   for speculation.
2        You can answer.
3        THE WITNESS:  I honestly would not have
4   bought them.
5   BY MS. PAYNE:
6    Q   And I apologize, we did discuss this a
7   little bit earlier, but I think it would take me
8   longer to find where this is in the record than it
9   will be for me to ask you again.
10       Did you contact Hagens Berman or did they
11  contact you?
12   A   I contacted them first and then they
13  contacted me back.
14   Q   And why did you contact them?
15   A   I've read about the class action lawsuit,
16  I believe, it was on a news story online, and there
17  was a link to their website, so I contacted them.
18   Q   Why did you decide to join in this
19  action?
20   A   Well, because it was brought up by one of
21  the attorneys and I thought since it looks like my
22  particular experience with those drives, as a
23  representative of the class, that I would probably
24  make a good representative.
25   Q   How many times have you spoken with your

Nikolas Manak, Vol 1                                                                 June 20, 2017

Page 142

1    MS. PAYNE:  No further questions.
2    THE VIDEOGRAPHER:  This marks the end to
3  DVD No. 2 of 2 in the videotaped deposition of
4  Nikolas Manak and concludes today's testimony in the
5  matter of the Seagate Technology consolidated action
6  litigation.
7    The time is 3:33 p.m. and we're off the
8  record.
9
10   (TIME NOTED:  3:33 p.m.)

Page 143

1    I, ASHLEY SOEVYN, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as
4  appear noted, in ink, initialed by me, or attached
5  hereto; that my testimony as contained herein, as
6  corrected, is true and correct.
7    EXECUTED this_____ day
8  of_____,
9  20____, at_____, _____.
             (City)              (State)

     _____
13   ASHLEY SOEVYN

Page 144

1    I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand, which was thereafter transcribed under my
10 direction; further, that the foregoing is a true
11 record of the testimony given.
12   I further certify I am neither financially
13 interested in the action nor a relative or employee
14 of any attorney or party to this action.
15   IN WITNESS WHEREOF, I have this date
16 subscribed my name.
17
18 Dated: _____

21       *Ashley Soevyn*
         _____
22 ASHLEY SOEVYN
   CSR No. 12019