# EXHIBIT 35

Christopher Nelson, Vol 1                                         June 02, 2017

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                    CASE NO. 5:16-CV-00523-RMW
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF CHRISTOPHER NELSON

San Francisco, California

Friday, June 2, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2257

Pages 1 - 171

Christopher Nelson, Vol 1                                                    June 02, 2017

Page 14
1  A   I have purchased an eight-terabyte hard
2  drive in the past year, and I had done some reading
3  at that point.
4         THE REPORTER: You said eight terabyte?
5         THE WITNESS: Eight terabyte.
6  BY MR. POPOVIC:
7  Q   Do you have an understanding of what this
8  case is about?
9  A   Yes.
10        MR. SIEGEL: Objection as to form. Just
11 wait just a step beat.
12 BY MR. POPOVIC:
13 Q   Let me just briefly, with respect to
14 objections, your attorney may object to the form of
15 a question, which gives me an opportunity to
16 rephrase the question. Unless your attorney
17 instructs you not to answer, though, if you're able
18 to answer the question, and I don't withdraw it or
19 reframe it, you should attempt to answer. Do you
20 understand that?
21 A   Yes.
22 Q   Thank you.
23        MR. POPOVIC: Can you read the last
24 question back, please.
25        THE REPORTER: Sure.

Page 15
1         (Record read.)
2         MR. SIEGEL: I objected as to form.
3  BY MR. POPOVIC:
4  Q   What is your understanding of what this
5  case is about?
6  A   That the specific model, the
7  three-terabyte hard drive, has a very low
8  reliability.
9  Q   Do you recall whether you read anything
10 about the reliability of hard drives prior to your
11 purchase of a Seagate three-terabyte hard drive?
12 A   Yes.
13 Q   Do you recall that you did read
14 something?
15 A   Uh-huh.
16 Q   What did you read?
17 A   I read information on Seagate's website.
18 Because at the time that was the only place that I
19 could really find much information on those drives.
20 Q   Do you recall what information you read
21 on that website?
22 A   I read the marketing information specific
23 to the drive that I was considering. And I also
24 read as much of the technical information as I could
25 find.

Page 16
1  Q   Which drive were you considering?
2  A   The Three-terabyte Backup Plus.
3  Q   We'll return to that topic later.
4      Are you currently employed?
5  A   Yes.
6  Q   What's your job?
7  A   I test software.
8  Q   Who are you employed by?
9  A   Esurance.
10 Q   What kind of software do you test?
11 A   Our internal software that our service
12 reps use.
13 Q   What does your testing of software
14 entail?
15 A   I'm the user-experience tester. So I
16 test it as the users would use it.
17 Q   And are the users customers of Esurance
18 or employees of Esurance?
19 A   Employees.
20 Q   And those would be people who interact
21 with external customers?
22 A   Correct.
23 Q   How long have you had that position?
24 A   Getting close to ten years.
25 Q   Have your responsibilities been the same

Page 17
1  through that entire ten-year period?
2  A   I have specialized in a couple different
3  areas of the software that we use.
4  Q   So it's testing different kinds of
5  software over time?
6  A   Yes.
7  Q   Thank you.
8      Does your job involve testing hardware at
9  all?
10 A   No.
11 Q   Does your job involve using hard drives?
12 A   No. Well, incidental to using a
13 computer.
14 Q   In the sense that things are stored on
15 hard drives when you're using a computer?
16 A   Yes.
17 Q   Prior to Esurance, were you employed
18 before that?
19 A   Yes.
20 Q   Where were you employed most recently,
21 before Esurance?
22 A   Office Max.
23 Q   What was your job at Office Max?
24 A   Sales associate.
25 Q   What was the approximate time period?

Christopher Nelson, Vol 1																				June 02, 2017

Page 130

```
 1    A    No.  Each time I tried to access the hard
 2  drive, it basically got worse.
 3    Q    How did it get worse?
 4    A    A larger number of errors.
 5    Q    Did you take any other steps to attempt
 6  to recover the lost data?
 7    A    Such as?
 8    Q    Such as hiring a vendor to recover it for
 9  you.
10    A    No.
11    Q    Such as asking Seagate if they can help
12  you recover.
13    A    No.
14    Q    Why not?
15    A    The errors that were occurring indicated
16  to me that there was nothing to recover.
17    Q    So you believe that the data was gone and
18  there was no possible way anyone could recover it?
19    A    That's correct.
20    Q    Did you have that data anywhere else,
21  stored anywhere else?
22    A    The data that was lost?
23    Q    The data that was on that hard drive that
24  was lost.
25    A    I'm not sure I understand specifically
```

Page 131

```
 1  what you're asking.
 2    Q    In the complaint, you allege, in
 3  Paragraph 145, that you lost data, including,
 4  without limitation, irreplaceable photos and
 5  documents.  And I'm asking you whether those
 6  irreplaceable photos and documents were stored
 7  anywhere other than the Seagate hard drive.
 8    A    The documents that were lost I did not
 9  store on any other drive or in any other medium.
10    Q    Documents and photos, or just documents?
11    A    Yeah.  Yes.
12    Q    Both?
13    A    Both.
14    Q    Do you know what RAID is?
15    A    Redundant array of inexpensive disks.
16    Q    Do you know what NAS is?
17    A    Network attached storage.
18    Q    Did you purchase your three-terabyte
19  Backup Plus hard drive for RAID use?
20    A    I did not.
21    Q    Did you purchase it for NAS use?
22    A    I did not.
23    Q    Prior to purchasing your Seagate
24  three-terabyte hard drive, did you read any
25  statements by Seagate about the drive suitability
```

Page 132

```
 1  for RAID?
 2    A    Yes.
 3    Q    Where did you read those?
 4    A    I believe they were in the marketing
 5  materials for the drives.
 6    Q    Seagate's marketing materials?
 7    A    Yes.
 8    Q    But you did not intend to use the drive
 9  for RAID; is that correct?
10    A    That's correct.
11    Q    Prior to purchasing the drive, did you
12  read any statements by Seagate about NAS use?
13    A    Yes.
14    Q    Was that also in Seagate's marketing
15  materials?
16    A    Yes.
17    Q    But, as with RAID, you did not intend to
18  use the drive for NAS; is that correct?
19    A    Because I can't say that I did initially,
20  but I didn't have a router at the time that would
21  allow that.
22    Q    Did you at some point subsequently decide
23  you were going to use it for NAS?
24    A    I -- I contemplated it but did not.
25    Q    So you never used it for NAS?
```

Page 133

```
 1    A    No.
 2    Q    Was the drive's suitability for NAS use a
 3  factor in your decision to purchase it?
 4    A    With an eye towards using it that way in
 5  the future, yes.
 6    Q    Was the drive's suitability for RAID use
 7  a factor in your decision to purchase?
 8    A    It was.
 9    Q    How was it a factor in your decision to
10  purchase if did you not intend to use it for RAID?
11    A    It indicated that the hard drive was --
12  would be good for use in a high-reliability
13  situation.
14    Q    So you considered the statements about
15  RAID an indication or an indicator of reliability?
16    A    Yes.
17    Q    Have you ever set up a RAID array?
18    A    Once or twice.
19    Q    Have you ever done a RAID array that uses
20  Seagate hard drives?
21    A    I don't recall all the hard drives that I
22  used.
23    Q    What type of RAID array, or arrays, have
24  you set up?
25    A    Mirrored striping with parity, striping
```

```
                                              Page 170
 1          I, CHRISTOPHER NELSON, do hereby declare
 2   under penalty of perjury that I have read the
 3   foregoing transcript; that I have made any
 4   corrections as appear noted, in ink, initialed by
 5   me, or attached hereto; that my testimony as
 6   contained herein, as corrected, is true and correct.
 7          EXECUTED this_____ day
 8   of_____,
 9   20____, at_____, _____.
                  (City)              (State)
10
11
12
     _____
13   CHRISTOPHER NELSON
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 171
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand, which was thereafter transcribed under my
10   direction; further, that the foregoing is a true
11   record of the testimony given.
12          I further certify I am neither financially
13   interested in the action nor a relative or employee
14   of any attorney or party to this action.
15          IN WITNESS WHEREOF, I have this date
16   subscribed my name.
17
18   Dated: _____
19
20
21   *Ashley Soevyn*
     _____
22   ASHLEY SOEVYN
     CSR No. 12019
23
24
25
```