# EXHIBIT 50

## Seagate Limited Warranty for Retail Products

The following describes the standard limited warranty available for retail products sold by Seagate. For complete warranty information, consumers should review the warranty materials included with their product packaging or available online at http://www.seagate.com/retailwarranty/. Warranty coverage may differ depending on jurisdiction.

**What Does This Limited Warranty Cover?**
Our limited warranty covers any defects in material or workmanship in new products. Only consumers purchasing Seagate products from an authorized retailer or reseller may obtain coverage under our limited warranty.

**How Long Does The Coverage Last?**
The warranty period for a product is indicated on the product packaging. Please see the product box or quick start guide for the applicable warranty period. You also may go to http://www.seagate.com/retailwarranty/ to obtain the length of a warranty period for a product and to determine whether there are any usage-based limitations.

**What Does This Limited Warranty Not Cover?**
Our limited warranty does not cover any problem that is caused by (a) commercial use, accident, abuse, neglect, shock, electrostatic discharge, degaussing, heat or humidity beyond product specifications, improper installation, operation, maintenance or modification; or (b) any misuse contrary to the instructions in the user manual; or (c) lost passwords; or (d) malfunctions caused by other equipment. Our limited warranty is void if a product is returned with removed, damaged or tampered labels or any alterations (including the unauthorized removal of any component or external cover). **Our limited warranty does not cover data loss – back-up the contents of your drive to a separate storage medium on a regular basis.** Also, consequential damages; incidental damages; and costs related to data recovery, removal, and installation are not recoverable under our warranties.

**What Do You Have To Do?**
We will not provide any warranty coverage unless a claim is in compliance with all terms of the warranty statement for a specific product and proper return procedures are followed. To request warranty service, contact an authorized Seagate service center or refer to www.seagate.com for more information regarding customer support within your jurisdiction. You also may obtain information regarding the location of authorized Seagate service centers and access the Seagate automated customer service directory by calling +1-800-SEAGATE. Callers outside the US can reach this service by dialing +1-405-324-4770. Once an authorized service center or Seagate determines that a repair or replacement is required, you will be prompted for your name, address, phone number, e-mail and product serial number and then issued a Return Order Number to use when returning product to Seagate. Product you return to Seagate must be properly packaged in its original packaging (or packaging providing the product with protection equivalent to the original packaging) and shipped, with the shipping charges prepaid via a shipping method that provides for tracking of your package, to the address provided when you received your Return Order Number. In addition to regular back-ups, if possible, back-up your data before returning a drive, because the product you send to Seagate or an authorized service provider will not be returned to you. Additional information on backing-up the contents of your drive can be found at www.seagate.com.

**What Will Seagate Do?**
If Seagate authorizes a product to be returned to Seagate or an authorized service provider, we will replace your product without charge with a functionally equivalent replacement product. Seagate may replace your product with a product that was previously used, repaired and tested to meet Seagate specifications. Seagate will pay to ship the replacement product to you. By sending product for replacement, ownership of the original product will be transferred to Seagate. Seagate will not return original products to consumers. Data recovery is not covered under this limited warranty and is not part of the repair or exchange process. If you would like data recovery performed on a drive, it is available from Seagate as a separate service for an additional charge. Seagate warrants that repaired or replaced products are covered for the greater of either the remainder of the original product warranty or 90 days.

**How Does State Law Apply?**
The laws of the State of California, USA, govern this limited warranty. It gives you specific legal rights, and you may also have other rights that vary from state to state. This limited warranty does not affect any additional rights you have under laws in your jurisdiction governing the sale of consumer goods, including, without limitation, national laws implementing EC Directive 99/44. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions in this limited warranty statement may not apply to you.

Rev. July 2013