# EXHIBIT 52

STATE OF MINNESOTA  )
                    )   SS.
COUNTY OF HENNEPIN  )

# DECLARATION OF DEREK NOER

I, Derek Noer, declare as follows:

1. I am over 18 years of age.

2. I make this Declaration based on my personal knowledge on behalf of Best Buy Co., Inc. ("Best Buy"), 7601 Penn Avenue South, Richfield, Minnesota 55423. If called upon as a witness, I could and would competently testify to the matters stated herein.

3. I am an employee of Best Buy Enterprise Services, Inc., a subsidiary of Best Buy. My title is Associate Director for Information and Records Management.

4. I have reviewed the Subpoena served on Best Buy by Plaintiffs for the matter In re Seagate Technology LLC Litigation, Civil Action No. 3:16-cv-00523-JCS, filed in the United States District Court for the Northern District of California.

5. Best Buy has been advised by Plaintiff's counsel that the proposed class contained in the Plaintiffs' Motion for Class Certification is as follows:

> All individuals in the United States who purchased new, not for resale, on or before February 1, 2016, at least one Seagate model ST3000DM001 hard drive or at least one drive with any of the following model numbers on the box it was sold in or on the hard drive's casing or chassis: STAC3000100, STAC3000102, STAC3000202, STAC3000402, STAC3000403, STAC3000404, STAC3000602, STAM3000100, STAM3000400, STAY3000100, STAY3000102, STBC3000101, STBC3000102, STBD3000100, STBM3000100, STBN6000100, STBP12000100, STBV3000100, STBV3000200, STCA3000101, STCA3000600, STCA3000601, STCA3000602, STCB3000100, STCB3000101, STCB3000201, STCB3000400, STCB3000401, STCB3000900, STCB3000901, STCP3000100, STCP3000400, STDT3000100, STDT3000400, STDT3000402, STDT3000600, STDU3000101, STDU3000400,

STEB3000100, STEB3000200, STEB3000400, STEG3000100, STEG3000400, STFM3000100, or STFM3000400.

6. Best Buy has been advised by Plaintiff's counsel that the Plaintiffs have also proposed the following state classes in the alternative:

> All individuals in the jurisdictions of California, Florida, Massachusetts, New York, South Carolina, South Dakota, Tennessee, and Texas, who purchased, not for resale, on or before February 1, 2016, at least one Seagate model ST3000DM001 hard drive or at least one drive with any of the following model numbers on the box it was sold in or on the hard drive's casing or chassis: STAC3000100, STAC3000102, STAC3000202, STAC3000402, STAC3000403, STAC3000404, STAC3000602, STAM3000100, STAM3000400, STAY3000100, STAY3000102, STBC3000101, STBC3000102, STBD3000100, STBM3000100, STBN6000100, STBP12000100, STBV3000100, STBV3000200, STCA3000101, STCA3000600, STCA3000601, STCA3000602, STCB3000100, STCB3000101, STCB3000201, STCB3000400, STCB3000401, STCB3000900, STCB3000901, STCP3000100, STCP3000400, STDT3000100, STDT3000400, STDT3000402, STDT3000600, STDU3000101, STDU3000400, STEB3000100, STEB3000200, STEB3000400, STEG3000100, STEG3000400, STFM3000100, or STFM3000400.

7. Best Buy has served objections to the Subpoena.

8. Subject to and without waiver of its objections, Best Buy has searched for information responsive to Plaintiffs' Subpoena in temporary satisfaction of compliance with it, and as a result, has produced to Plaintiffs certain responsive Point of Sale (POS) transaction data (the "POS Data Production").

9. The POS Data Production did not contain customer information related to the subject transactions.

10. Customer information may be—but is not always--provided to Best Buy by Best Buy customers during an interaction between Best Buy and customer. Best Buy solely relies on customers to provide the information.

11. Customer information includes, but is not limited to, contact, billing and shipping information. When provided by the customer, these records are kept by Best Buy in the ordinary course of business at or near the time of the acts, conditions or events described above.

12. Subject to and without waiver of its objections, if called upon to do so, Best Buy could and would perform a search for the most current customer information that exists related to the transactions contained within the POS Data Production, which would contain customer information for at least some of the proposed class and state class members, with the caveat that not all transactions may have corresponding customer information sufficient to identify the purchaser.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 7, 2017 in Richfield, Minnesota.

_____
Derek Noer

Signed and sworn to before me on this 7 day of November, 2017.

_____
Notary Public



KARA J PETERSON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2022