Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF MARC A. GOLDICH<br><br>DATE: Feb. 9, 2018<br>TIME: 9:30 a.m.<br>DEPT: Hon. Joseph C. Spero<br>          Courtroom G, 15th Floor |

- 1 -

I, Marc A. Goldich, declare and state as follows:

1. I am an attorney and senior partner of the law firm of Axler Goldich LLC, 1520 Locust Street, Suite 301, Philadelphia, Pennsylvania, 19102.

2. I have been admitted *pro hac vice* in this action and am co-counsel for Plaintiffs. I submit this affidavit in support of Plaintiffs' Motion for Class Certification and my firm's appointment as co-lead counsel for the proposed Class.

3. I have been involved in every aspect of this case since its filing, as well as all pre-filing research and activities.

4. Axler Goldich specializes in complex, class action litigation on behalf of consumers and other plaintiffs. The firm and its lawyers have served and are currently serving as lead or co-lead counsel in class action cases throughout the country. I am serving or have served as lead or co-lead counsel, or in another leadership role, in the following class action cases, among others: *Q+ Food, LLC, et al. v. Mitsubishi-Fuso Truck of America, Inc.*, No. 14-CV-6046 (D.N.J.) (resolved by class action settlement); *Murray, et al. v. Accor North America, Inc., et al.*, 2:15-cv-04907 (E.D. Pa.) (resolved by collective action settlement); *Livi v. Hyatt Hotels Corporation, et al.*, No. 15-5371 (E.D. Pa.); *In re Pacquiao-Mayweather Boxing Match Pay-Per-View MDL litigation*, MDL No. 2639; *Riaubia v. Hyundai Motor Company*, No. 2:16-cv-05150 (E.D. Pa.); and *In re Condry et al. v. United HealthGroup Inc., et al.*, No. 3:17-cv-00183 (N.D. Cal).

5. Attached as Exhibit A hereto is my firm's biography, setting forth in more detail our experience in class action litigation.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania and the State of California that the foregoing is true and correct. Executed in Philadelphia, Pennsylvania, on the November 8, 2017.

_____
Marc A. Goldich

010581-11 997633 V1