# EXHIBIT A

# AXLER | GOLDICH LLC
## ATTORNEYS AT LAW

1520 Locust Street, Suite 301
Philadelphia, PA 19102
(t) 267.534.7400
(f) 267.534.7407
www.axlergoldich.com

Axler Goldich LLC, based in Philadelphia, is a class action and consumer litigation firm whose lawyers have recovered millions of dollars for consumers, injured individuals and their families. The firm has the ability to devote skilled lawyers and the resources necessary to the successful prosecution of complex class-action and individual litigation. By concentrating exclusively on representing those harmed by the misconduct and negligence of corporations, the firm avoids the conflicts of interest, both actual and philosophical, that can arise from multi-faceted representation, and is able to offer the kind of hard-hitting approach that complex plaintiffs' litigation demands.

Marc A. Goldich and Noah Axler, co-managing partners of the firm, have served or are currently serving as lead counsel, co-lead counsel, or in other leadership positions in a wide variety of class-action cases. *See, e.g., Q+ Food, LLC, et al. v. Mitsubishi-Fuso Truck of America, Inc.*, No. 14-CV-6046 (D.N.J.); *In re Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation*, MDL No. 2:15-ml-02639 (C.D. Cal.); *Murray, et al. v. Accor North America, Inc., et al.*, No. 2:15-cv-04907 (E.D. Pa.); *King v. General Information Services Inc.*, No. 10-06850 (E.D. Pa.); *Smith v. Levine Leichtman Capital Partners, Inc.*, No. 3:10-cv-0010 (N.D. Cal.); *Sonoda v. Amerisave Mortgage Corp.*, No. 11-1803 (N.D. Cal.); *Brown v. Access Midstream Partners, L.P.*, 2015 WL 1471598 (M.D. Pa.); *Little v. LGE*, No. 13-1214 (W.D. Ky.); *Rothstein v. AAA*, No. 15-cv-09391 (S.D.N.Y.); *Riaubia v. Hyundai Motor Company*, No. 2:16-cv-05150 (E.D. Pa.); *In re Condry et al. v. United HealthGroup Inc., et al.*, No. 3:17-cv-00183 (N.D. Cal).

Prior to founding Axler Goldich, Mr. Goldich was at a prominent plaintiffs' firm with a practice focused on consumer protection class action, products liability, qui tam/whistleblower, pharmaceutical litigation and mass tort litigation. Mr. Goldich also previously maintained a commercial litigation practice for more than a decade at Reed Smith LLP, representing Fortune 500 companies and corporate clients from various industries in complex commercial litigation and consumer class-action cases.

Prior to founding Axler Goldich, Mr. Axler was a partner at Donovan Axler LLC, a nationally recognized plaintiffs' class-action litigation firm, where he litigated numerous class-action cases, including consumer, antitrust, employment and environmental actions, and was repeatedly appointed lead counsel or co-lead counsel to represent plaintiff classes in state and federal courts throughout the country.

# MARC A. GOLDICH

Mr. Goldich co-manages the firm's practice with a focus on class action, consumer protection, wage and hour, products liability, qui tam/whistleblower and mass tort litigation. Mr. Goldich's practice is largely focused on representing consumers, employees, and families in class-action cases against corporate defendants such as automobile manufacturers, pharmaceutical manufacturers, financial institutions, and national and international corporations in a variety of industries.

Prior to founding Axler Goldich LLC, Mr. Goldich was at a prominent plaintiffs' firm with a practice focused on consumer protection class action, products liability, wage and hour, qui tam/whistleblower, pharmaceutical litigation and mass tort litigation. Mr. Goldich also previously maintained a commercial litigation practice for more than a decade at Reed Smith LLP, representing Fortune 500 companies and corporate clients from various industries in complex commercial litigation, serving in lead roles on trial teams in consumer class-action cases involving consumer protection, breach of contract and fraud. *See, e.g., White, et al. v. The PNC Financial Services Group, Inc., et al.*, No. 2:11-cv-07928 (E.D. Pa.); *Judith Cunningham, et al. v. M & T Bank Corp., et al.*, No. 1:12-CV-123 (M.D. Pa); *Commonwealth of Pennsylvania v. Vahan Karian and Pure Weight Loss, Inc.*, Commonwealth Court of Pennsylvania, No. 36 M.D. 2008; *Ferrare v. IDT Energy, Inc.*, No. 14-4658 (E.D. Pa.).

Mr. Goldich's practice also included leadership roles in other high stakes, complex commercial litigation, *see, e.g., WellSpan Health, et al. v. Quantum Imaging & Therapeutic Associates, Inc., et al.*, York Co. Court of Common Pleas, Case No. 2007-SU-5039-Y01. Mr. Goldich also represented Fortune 500 companies and their employees in connection with regulatory proceedings. *See, e.g., In the Matter of National Century Financial Enterprises, Inc., United States Securities and Exchange Commission*, No. C-03688; *Department of Enforcement v. Suzanne K. Courter-Jann*, FINRA Disciplinary Proceeding No. 2007011550101 (CRD No. 1282573).

Mr. Goldich was appointed as Class Counsel in *Q+ Food, LLC, et al. v. Mitsubishi-Fuso Truck of America, Inc.*, No. 14-CV-6046 (D.N.J.), an automobile defect and warranty class action case that recently obtained final court approval of a $17.5 million dollar settlement and in a wage-and-hour collective action case, *Murray, et al. v. Accor North America, Inc., et al*., No. 2:15-cv-04907 (E.D. Pa.), which obtained final approval of a settlement consisting of 100% of back pay for the collective class members plus an equal amount of liquidated damages. Mr. Goldich is currently serving on the leadership in *In re Pacquiao-Mayweather Boxing Match Pay-Per-View MDL litigation* (MDL No. 2639, 2:15-ml-02639), in a warranty class action currently pending in the Eastern District of Pennsylvania, *Riaubia v. Hyundai Motor Company*, No. 2:16-cv-05150 (E.D. Pa.), and in an ERISA class action currently pending in the Northern District of California, *In re Condry et al. v. United HealthGroup Inc., et al.*, No. 3:17-cv-00183 (N.D. Cal).

Mr. Goldich's work on behalf of clients has been regularly acknowledged by his peers, as he has been selected as one of only 38 "Lawyers on the Fast Track" by The Legal Intelligencer and has been consistently named in Pennsylvania Super Lawyers magazine. His commitment to pro bono work was acknowledged in 2008 and 2010, as he was listed in the annual "Pro Bono Honor Roll" and named an "Unsung Hero" by The Legal Intelligencer for his work on behalf of indigent clients.

Furthermore, Mr. Goldich has also authored numerous publications, such as:

- TO BUNDLE OR NOT TO BUNDLE: PUBLIC COMPANY STRATEGIES IN PACKAGING CORRECTIVE DISCLOSURES IN PRESS RELEASES, ADLAW By Request, 18 July 2008;

- CHARTER SERVICE: HOW THE NEW RULE IMPACTS YOU, Mass Transit, 9 May 2008;

- THE FEDERAL TRANSIT ADMINISTRATION RELEASES ITS FINAL RULE ON CHARTER SERVICE, Reed Smith Client Alerts, 17 March 2008;

- MORTGAGE LENDERS AND SERVICERS SHOULD EVALUATE AND STREAMLINE THEIR PRE-FORECLOSURE NOTICE PROCEDURES TO AVOID PITFALLS, 67 Consumer Fin. L. Q. Rep. 178 (2013);

- FRCP AMENDMENTS COULD CHANGE DISCOVERY AS WE KNOW IT, Law360 Expert Analysis Section, 4 June 2013;

- DIFFERING OPINIONS FROM PA ON FRCP AMENDMENTS, Law360 Expert Analysis Section, 19 Feb 2014.

In accordance with his philanthropic interests, Mr. Goldich is a member of the Board of Directors in several organizations including his service as Secretary of the Board of the Welcoming Center for New Pennsylvanians and on the Board of Directors of the Elmwood Park Zoo. Furthermore, he has an extensive history of volunteer work with organizations such as Children's Crisis Treatment Center, where he has served in numerous leadership capacities. He is also active in numerous bar associations and was appointed to the Federal Practice and Court Committees of both the Philadelphia and Pennsylvania Bar Associations. He is also a member of the World Affairs Council of Philadelphia and the Historical Society of the U.S.D.C., Eastern District of Pennsylvania.

## NOAH AXLER

Mr. Axler co-manages the firm's practice with a focus on class action, consumer protection, products liability, qui tam/whistleblower and mass tort litigation. Mr. Axler's practice is largely focused on representing consumers in class-action cases against corporate defendants such as automobile manufacturers, pharmaceutical manufacturers, financial institutions, and national and international corporations in a variety of industries.

Prior to founding Axler Goldich, Mr. Axler was a partner at Donovan Axler LLC, a nationally recognized plaintiffs' class action litigation firm, where he litigated numerous class-action cases, including consumer, antitrust, employment and environmental actions, and was appointed lead counsel or co-lead counsel to represent plaintiff classes in numerous class actions.

Some of Mr. Axler's representative class and collective action settlements include *Sonoda v. Amerisave Mortgage Corp.*, No. 11-1803 (N.D. Cal.) (alleging violations of Truth in Lending Act and California law against online mortgage broker, resulting in $3.2 million settlement); *Smith v. Levine Leichtman Capital Partners, Inc., et al.*, No. 10-10 (N.D. Cal.) (alleging violation of RICO and debt collection laws against bad check recovery Company, resulting in $3.25 million settlement); *Murray, et al. v. Accor North America, Inc., et al.*, 2:15-cv-04907 (E.D. Pa.) (alleging failure to pay overtime and resulting in 100% recovery of overtime wages).

A sample of Mr. Axler's reported decisions include: *Brown v. Access Midstream Partners, L.P.,* No. 3:14-591,

2015 WL 5829755 (M.D. Pa. Sept. 30, 2015) (defeating motions to dismiss as to all defendants in class action seeking underpayment of natural gas royalties, under RICO and state law); *Haber v. Bank of America, N.A.*, No. 14–0169, 2014 WL 2921659 (E.D. Pa. June 27, 2014) (defeating motion to dismiss on two of three counts in consumer class action, under Fair Debt Collection Practices Act ("FDCPA") and FCRA); *Newton v. Savit Collection Agency*, No. 09-4911, 2011 WL 6724034 (D.N.J. Dec. 21, 2011) (defeating summary judgment in consumer class action, under FDCPA); and *Sonoda v. Amerisave Mortgage Corp.*, No. 11-1803, 2011 WL 2653565 (N.D. Cal. Jul. 6, 2011) (defeating motion to transfer venue in consumer class action, under TILA and California law).

Mr. Axler is also the author of a number of publications on class-action and consumer litigation topics, including:

- SURVEY OF STATE CLASS ACTION LAW (ABA 2012-2015) (co-author of Pennsylvania chapter);
- PENNSYLVANIA CONSUMER LAW (Bisel 2012-2014) (author of usury chapter);
- THE EXPLOSION & EVOLUTION OF CLASS ACTION LAW (PBI 2004) (co-author).

## MATTHEW STROUT

Matthew Strout was an associate at a prominent plaintiffs' firm where he maintained a busy mass tort, personal injury, and consumer class action practice. He also previously interned at two prosecutor's offices (Philadelphia District Attorney's Office and Camden County Prosecutor's Office), two public interest firms (Sheller Center for Social Justice and the Pennsylvania Innocence Project) and two public policy organizations (American Civil Liberties Union and Pennsylvanians for Modern Courts).

Mr. Strout graduated *summa cum laude* from the University of Maine with a degree in Political Science (2010) and graduated *cum laude* from Temple University Beasley School of Law (2015), where he was a Rubin Public Interest Law Honor Society Fellow.

## AWARDS

Pennsylvania Super Lawyers Rising Star
Marc A. Goldich, 2013-2017

Lawyer on the Fast Track, American Lawyer Media / The Legal Intelligencer
Marc A. Goldich, 2013

Pro Bono Honor Roll, E.D.P.A.
Marc A. Goldich, 2010

Pro Bono Unsung Hero
Marc A. Goldich, 2008

Super Lawyer, Super Lawyers Magazine
Noah Axler, 2014-2017

Rising Star, Super Lawyers Magazine
Noah Axler, 2007, 2010-2011