Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

010581-11  998202 V1

1   On November 8, 2017, plaintiffs filed the Declaration of Steve W. Berman in Support of Motion for Class Cerification in the above-captioned action. (ECF 136.)  Plaintiffs inadvertently filed an unredacted version of Exhibit 28 (ECF 136-28), which was designated "Highly Confidential" by defendant pursuant to the Stipulated Protective Order entered July 8, 2016 (ECF 61), and should have been an exhibit to plaintiffs' Administrative Motion to File Under Seal.

On November 9, 2017, at 10:15 a.m., counsel for plaintiffs contacted the ECF Help Desk for the Northern District of California to lock ECF 136-28 on the docket and to restrict access.  Pursuant to plaintiffs' request, the district's ECF Help Desk has restricted access to the document.

Plaintiffs are concurrently filing a corrected version of ECF 136-28.  Plaintiffs respectfully request that this Court order that the incorrectly filed ECF 136-28 be permanently removed from ECF, and that the corrected version be used by this Court and the parties in its place.

DATED: November 9, 2017                           HAGENS BERMAN SOBOL SHAPIRO LLP


By:     s/ Steve W. Berman
         STEVE W. BERMAN

Ashley A. Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hbsslaw.com

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*