1  Steve W. Berman (*pro hac vice*)
   Ashley Bede (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, Washington 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  ashleyb@hbsslaw.com

6  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
8  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
9  shanas@hbsslaw.com

10 Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
11 AXLER GOLDICH, LLC
   1520 Locust Street, Suite 301
12 Philadelphia, PA 19102
   Telephone: (267) 534-7400
13 mgoldich@axgolaw.com
   naxler@axgolaw.com
14
   *Attorneys for Plaintiffs and the*
15 *Proposed Class*

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19 | IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS
20 | | [PROPOSED] ORDER GRANTING MOTION TO REMOVE
21 | | INCORRECTLY FILED DOCUMENT

010581-11  998208 V1

Pursuant to plaintiffs' Motion to Remove Incorrectly Filed Document, the Court's staff is instructed to permanently remove ECF 136-28 from the ECF system in the above-captioned case.

IT IS SO ORDERED.

Dated: _____        _____
                                    Hon. Joseph C. Spero
                                    United States District Court Magistrate Judge

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT - 1
Case No.: 5:14-cv-02329-BLF