Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |

010581-11 998011V1

1    I, the undersigned, declare:

2    That declarant is and was, at all times herein mentioned, a resident of the United States and
3    is employed in the city of Seattle, Washington, over the age of 18 years, and not a party to or
4    interested in the within action; that declarant's business address is 1918 Eighth Avenue, Suite
5    3300, Seattle, WA 98101.

6    On November 9, 2017, declarant served via secure email transmission an Unredacted
7    Version of Exhibit 28 to the Declaration of Steve. W. Berman in Support of Plaintiffs' Motion for
8    Class Certification, submitted under seal in the above-captioned action, to the parties enumerated
9    in the attached Service List:

10   I declare under penalty of perjury under the laws of the United States that the foregoing is
11   true and correct. Executed this 9th day of November, 2017 at Seattle, Washington.

*/s/ Joseph Salonga*
JOSEPH SALONGA

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS                    -1-

010581-11 998011V1

## SERVICE LIST

Anna S. McLean
Neil A.F. Popović
Liên H. Payne
Joy O. Siu
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com
lpayne@sheppardmullin.com
jsiu@sheppardmullin.com


Mukund H. Sharma
Tenaya Rodewald
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 815-2600
Facsimile: ((650) 815-2601
msharma@sheppardmullin.com
trodewald@sheppardmullin.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS

- 2 -

010581-11 998011V1