# EXHIBIT A

Seagate Redacted Version of
Plaintiffs' Exhibit 20

| | |
|---|---|
| **From:** | Mark W Hall <mark.w.hall@seagate.com> |
| **Sent:** | Friday, February 28, 2014 2:48 PM |
| **To:** | Mary Shartle <mary.m.shartle@seagate.com> |
| **Cc:** | Barbara J Craig <barbara.j.craig@seagate.com>; Aubrey Muhlach <aubrey.muhlach@seagate.com>; Teresa Nykilchuk <teresa.nykilchuk@seagate.com>; Joshua Walti <joshua.walti@seagate.com>; Joanne Chan <joanne.chan@seagate.com>; Joni J Clark <joni.j.clark@seagate.com>; Jennifer L Bradfield <jennifer.l.bradfield@seagate.com> |
| **Subject:** | ██████████████████████████████████ ████████████ |
| **Attach:** | SSG1351.14-1310US_October2013 (M Hall Edits 2-28-14).pdf |

---

████████████████████████████████████████████
███████████████████████████████████████

Best regards,
Mark W. Hall
Sr. Marketing Manager, Flash Portfolio
Global Marketing

Seagate Technology – MS: SHK202 – 1280 Disc Drive – Shakopee, MN 55379

Cell:   612-244-5466
Office: 952-402-2987

On Thu, Feb 27, 2014 at 3:57 PM, Mary Shartle <mary.m.shartle@seagate.com> wrote:

████████████████████

████████████████████████████████████████
█████████████████

Thanks,
Mary

████████████████████

- ███████████████████████████████████████
  ████████████████████████████

CONFIDENTIAL



- [redacted]

- [redacted]

- [redacted]

On Wed, Feb 19, 2014 at 1:21 PM, Mary Shartle <mary.m.shartle@seagate.com> wrote:

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

Thanks in advance for your help. Please let me know if you have questions.

Best,
Mary

CONFIDENTIAL

FED_SEAG0004785





# Storage Solutions Guide

OCTOBER 2013 | AMER

# ROOM TO GROW

Double the storage.
Half the space.



## New 8-Bay Rackmount NAS

The first 1U rack that
fits 8× 3.5" drives

CONFIDENTIAL

FED_SEAG0004786

# Make the perfect gift complete.



Complete your tablet with
1TB of storage to carry and stream 500+
movies or thousands of songs.
No internet required.



**Wireless Plus**
Mobile Device Storage



# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON.................................. 2
BACKUP PLUS PORTABLE ............................................. 5
BACKUP PLUS PORTABLE FOR MAC................................... 6
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT™ .... 6
BACKUP PLUS DESKTOP FOR MAC...................................7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT™....7
BACKUP PLUS DESKTOP............................................ 8
SLIM FOR MAC.......................................................... 8
SLIM ......................................................................... 9
EXPANSION DESKTOP................................................ 9
EXPANSION PORTABLE............................................. 10
WIRELESS PLUS...................................................... 10
CENTRAL ................................................................ 11
BUSINESS STORAGE 8-BAY RACKMOUNT NAS.......... 11
BUSINESS STORAGE 4-BAY RACKMOUNT NAS.......... 12
BUSINESS STORAGE 4-BAY NAS............................... 12
BUSINESS STORAGE 2-BAY NAS............................... 13
BUSINESS STORAGE 1-BAY NAS............................... 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON.......................... 14
**SOLID STATE DRIVE SOLUTIONS**
SSD PRODUCTS MATRIX............................................ 17
1200 SSD ................................................................ 18
600 PRO SSD .......................................................... 18
600 SSD.................................................................. 19
**ENTERPRISE STORAGE SOLUTIONS**
ENTERPRISE PRODUCTS MATRIX............................... 21
ENTERPRISE TURBO SSHD......................................... 22
ENTERPRISE PERFORMANCE 15K HDD....................... 23
ENTERPRISE PERFORMANCE 10K HDD....................... 24
CHEETAH® 15K......................................................... 25
ENTERPRISE CAPACITY 3.5 HDD............................... 26
CONSTELLATION® ................................................... 27
TERASCALE™ HDD/CONSTELLATION CS................... 28
**DESKTOP STORAGE SOLUTIONS**
DESKTOP PRODUCTS MATRIX..................................... 31
DESKTOP SSHD....................................................... 32
DESKTOP HDD......................................................... 32
DESKTOP 3.5-INCH INTERNAL KIT............................. 33
**MOBILE STORAGE SOLUTIONS**
MOBILE PRODUCTS MATRIX....................................... 35
LAPTOP SSHD AND LAPTOP THIN SSHD...................... 36
MOMENTUS® THIN................................................... 36
LAPTOP ULTRATHIN HDD.......................................... 37
ULTRA MOBILE HDD................................................. 37
LAPTOP 2.5-INCH INTERNAL KIT............................... 38
**SPECIALTY STORAGE SOLUTIONS**
SPECIALTY PRODUCTS MATRIX.................................. 41
NAS HDD................................................................. 42
SV35 SERIES™......................................................... 42
VIDEO 3.5 HDD........................................................ 43
VIDEO 2.5 HDD........................................................ 43

PARTNER RESOURCES AND BENEFITS........................ 44
SERVICE AND SUPPORT............................................ 44

**www.seagate.com**

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, Cheetah, Constellation, DiscWizard, Dynamic Data, Momentus, NASworks, OptiCache, PowerChoice, PowerTrim, Pulsar, Savvio, Seagate Secure, SmartAlign, SV35 Series, Terascale, Pipeline and Wuala are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including filesize, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications.No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.14-1310US, October 2013

STORAGE SOLUTIONS GUIDE    1

FED_SEAG0004787

# External Storage
## At-a-Glance Product Comparison



| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt™ | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| PERFECT FOR | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| DESCRIPTION | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| LEARN MORE | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |



| | | | | | | |
|---|---|---|---|---|---|---|
| **Wireless Mobile** | Wireless Plus | **Network Attached** | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Central |

| | | | |
|---|---|---|---|
| PERFECT FOR | Wireless storage for your tablet | | |
| DESCRIPTION | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | | |
| LEARN MORE | Page 10 | | |

| | | | | | |
|---|---|---|---|---|---|
| PERFECT FOR | Centralized storage and backup | | Centralized storage, collaboration and backup | | | Wireless centralized home storage |
| DESCRIPTION | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. | This shared storage device automatically backs up multiple Macs and PCs plus streams your shared library to the connected devices in the home. |
| LEARN MORE | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 | Page 11 |

CONFIDENTIAL

FED_SEAG0004788

EXTERNAL STORAGE

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





4

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

STORAGE SOLUTIONS GUIDE  **5**

FED_SEAG0004789

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000900 | USB 3.0 | ● Silver/ ○ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000901 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| 3TB | STCB3000900 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| 2TB | STCB2000900 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

### Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

### Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

## Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.



### Key Advantages
· Easy, flexible, built-in backup options
· Automatically saves photos from social networks
· Photos and videos can be shared to social networks with a click.
· Up to 4TB capacity for a lifetime of memories
· Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications
· Back up all your important files.
· Download and save content that's posted on your social networks.
· Share your digital memories to your social networks with a click.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000000 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

## Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.



### Key Advantages
· Just slightly thicker than an iPhone
· Protects your stuff with easy, flexible backups
· Automatically saves photos from social networks
· Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
· Store or back up photos, movies, music and documents.
· Download and save content that's posted on your social networks.
· Share your digital memories to your social networks with a click.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

## Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.



### Key Advantages
· Just slightly thicker than an iPhone
· Mac OS and Time Machine ready out of the box
· Automatically saves photos from social networks
· Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
· Store or back up photos, movies, music and documents.
· Download and save content that's posted on your social networks.
· Share your digital memories to your social networks with a click.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500102 | USB 3.0 | ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

## Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.



### Key Advantages
· Simple and straightforward setup
· No software to install and nothing to configure
· Saving files is easy—simply drag and drop.
· USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
· Instantly add more storage space to your computer.
· Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

# Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.



**Key Advantages**

· Simple and straightforward setup
· Powered from the USB cable
· Saving files is easy—simply drag and drop.
· USB 3.0 interface allows fast transfer speeds.

**Best-Fit Applications**

· Instantly add more storage space to your computer.
· Take large files with you when you travel.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.



**Key Advantages**

· Automatically back up multiple PC and Mac computers
· Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
· Access your content on-the-go with a Web browser or the free app for tablets and smartphones

**Best-Fit Applications**

· Consolidate content on one easily accessible device
· Back up multiple PC and Mac computers
· Enjoy a centralized media library on smart TVs, game consoles and media players
· Access your content on-the-go with laptops and mobile devices
· Archive your Facebook photos and videos

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.



**Key Advantages**

· Take your media library with you on the go
· Share media with up to eight Wi-Fi enabled devices at the same time
· Use anywhere, without an Internet connection
· Up to 10 hours battery life[3]

**Best-Fit Applications**

· Store and carry movies and other media on the go.
· Share media with others.
· Works with iPad or Android tablets and smartphones

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |

# Business Storage 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses



**Key Advantages**

· A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
· Wuala™ cloud service and apps for secure collaboration and anywhere access
· Centralized backup for PCs, plus Time Machine support for Mac computers
· Support for iSCSI enables maximum performance and compatibility for virtualized environments

**Best-Fit Applications**

· Store business-critical files centrally and securely
· Back up your organization's PC and Mac computers
· Access and manage files remotely using Internet-connected computers and devices
· Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 32TB | STDP32000100 | Gigabit Ethernet | Black | PC, Mac |
| 24TB | STDP24000100 | Gigabit Ethernet | Black | PC, Mac |
| 16TB | STDP16000100 | Gigabit Ethernet | Black | PC, Mac |
| 12TB | STDP12000100 | Gigabit Ethernet | Black | PC, Mac |
| 8TB | STDP8000100 | Gigabit Ethernet | Black | PC, Mac |
| PRODUCT DIMENSIONS | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS | 35.354-in L x 23.465-in W x 8.661-in D (898mm x 596mm x 220mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.
3 Exact battery life subject to product model, normal usage conditions and configurations.

CONFIDENTIAL

FED_SEAG0004792

## Business Storage 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.



### Key Advantages

- Centralized storage and backup for PCs and Macs, plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac devices
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[1] | INTERFACE | COLOR | | OS |
|---|---|---|---|---|---|
| 16TB | STDN16000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| — | STDN100 | Gigabit Ethernet | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 16.929-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) | | | | |
| PACKAGE DIMENSIONS | 22.44-in L x 19.567-in W x 6.496-in D (570mm x 497mm x 164mm) | | | | |

## Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere



### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[1] | INTERFACE | COLOR | | OS |
|---|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) | | | | |
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | | |

## Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations



### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications

- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data

| CAPACITY[1] | KIT NUMBER[1] | INTERFACE | COLOR | | OS |
|---|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | | |

## Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.



### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[1] | INTERFACE | COLOR | | OS |
|---|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 176mm x 148mm) | | | | |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown.

FED_SEAG0004793

# Internal Storage
## At-a-Glance Product Comparison



| | ENTERPRISE | | | DESKTOP | | SPECIALTY | | |
|---|---|---|---|---|---|---|---|---|
| **3.5-inch** | Cheetah® 15K | Enterprise Capacity 3.5 HDD | Terascale™ HDD | Desktop SSHD | Desktop HDD | NAS HDD | SV35 Series™ | Video 3.5 HDD |
| USE THIS DRIVE FOR | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | Small NAS systems needing performance with high capacities. 3-year limited warranty | Surveillance systems that require high performance, low power and centralized storage or every surveillance application. 3-year limited warranty | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | X | X | | | | | | |
| LEARN MORE | Page 25 | Page 26 | Page 28 | Page 32 | Page 32 | Page 42 | Page 42 | Page 43 |

| | SSD | | | ENTERPRISE SSHD | ENTERPRISE | | | MOBILE | | | | SPECIALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.5-inch** | 1200 SSD | 600 Pro SSD | 600 SSD | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation® | Laptop SSHD and Laptop Thin SSHD | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD | Video 2.5 HDD |
| USE THIS DRIVE FOR | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Data center and cloud applications that require fast performance and low power | On-the-go users who need the fastest performance and improved ruggedness | Improved storage performance tier between SSDs and high-capacity HDDs | Compute-intensive data requirements demanding the highest HDD performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications | Video streaming where 24x7 operation, small form factor and low power consumption are needed. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | | | X | X | X | X | X | | X | X | | |
| LEARN MORE | Page 18 | Page 18 | Page 19 | Page 22 | Page 22 | Page 24 | Page 27 | Page 36 | Page 36 | Page 37 | Page 37 | Page 43 |

EOL'd Products

CONFIDENTIAL                                    FED_SEAG0004794

SSD STORAGE

# Solid State Drive Solutions

Seagate is committed to the flash-based storage market, as is evident by its line of enterprise and client SSDs, engineered to deliver ultra-fast speed and high data integrity. Seagate is focused on the continuing technology leadership that allows it to be a premier supplier of both solid state drives and hard drives.

EOL'd Products

| | | 1200 SSD | 600 Pro SSD | 600 SSD |
|---|---|---|---|---|
| Product Comparison | Legacy Name | | | |
| | Description | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Fast performance and low power for performance-hungry data center and cloud applications | Speed up your laptop with SSD performance and ruggedness |
| | Form Factor/z-Height | 2.5-inch/7mm | 2.5-inch/7mm | 2.5-inch/5mm, 7mm |
| | Reliability | 0.44% AFR | 0.58% AFR | 0.58% AFR |
| | Capacity[1] | 200GB to 800GB | 100GB to 480GB | 120GB to 480GB |
| | Endurance (total terabytes written over warranty period) | 3650TBW to 14,600TBW | 24TBW to 1080TBW | 36.5TBW to 75TBW |
| | NAND Flash Type | MLC | MLC | MLC |
| | Power (Idle) | 2.72W to 3.0W | 1.05W to 1.25W | 1.1W |
| | Interface | 12Gb/s SAS | SATA 6Gb/s | SATA 6Gb/s |
| | Limited Warranty[4] | 5 years | 5 years | 3 years |
| Feature Comparison | Product | 1200 SSD | 600 Pro SSD | 600 SSD |
| | Self-Encrypting Drive (SED) Option[2] | X | | |
| | FIPS 140-2 SED Option[2, 3] | X | | |
| | Power Loss Data Protection | X | X | |



SPEED
Seagate SSDs offer ultra-fast performance

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

CONFIDENTIAL

FED_SEAG0004795

SSD STORAGE

# 1200 SSD



The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)

| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 800GB | ST800FM0053[3] | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063[2,3] | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073[3] | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073[3] | SATA 12Gb/s | MLC |

# 600 SSD



The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.

### Key Advantages

- Nearly 4× faster boot times and over 2× faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade for road warriors, power users, executives and gamers—work and play faster

### Best-Fit Applications

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching

| CAPACITY[1] | 7MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY[1] | 5MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

# 600 Pro SSD



A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.

### Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

### Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications

| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 100GB | ST100FP0021 | SATA 6Gb/s | MLC |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html

CONFIDENTIAL

FED_SEAG0004796

# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.





**Product Comparison**

| | ENTERPRISE TURBO SSHD | ENTERPRISE PERFORMANCE HDD | CHEETAH | ENTERPRISE CAPACITY HDD | TERASCALE HDD/ CONSTELLATION CS |
|---|---|---|---|---|---|
| Legacy Name | | Savvio | | Constellation | |
| Application | Highest SFF Performance | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Affordable High Capacity With Low Power |
| Description | World's fastest hard drive | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High-performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, low-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-capacity, eco-friendly, cost-effective storage for Web-scale data centers |
| Form Factor | 2.5-inch | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 3.5-inch |
| Reliability | 0.44% AFR | 0.44% AFR | 0.55% AFR | 0.62% and 1.09% AFR | 800,000 MTBF |
| Capacity[1] | 300GB to 900GB | 300GB to 1200GB | 300GB to 600GB | 250GB to 4TB | 1TB to 4TB |
| Power (Idle) | 4.83W to 5.3W | 4.4W to 5.3W | 8.74W to 11.68W | 2.52W to 7.7W | up to 4.59W |
| Format | 5xxE, 4KN | 512N, 5xxE, 4KN | 512N | 512N, 5xxE | 512E |
| Interface | 6Gb/s SAS | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 5 years | 5 years | 3 years |

**Feature Comparison**

| Product | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Terascale HDD/ Constellation CS |
|---|---|---|---|---|---|---|---|
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | |
| PowerChoice™ Optimized Idle Power Settings | X | X | X | | X | X | X |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X | |
| FIPS 140-2 SED Option[2,3] | X | X | X | X | X | X | |
| Instant Secure Erase | X | X | X | | X | X | X |
| Solid State Hybrid | X | | | | | | |
| Energy-Saving Features | X | X | X | X | X | X | X |
| RoHS Compliance | X | X | X | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

CONFIDENTIAL

FED_SEAG0004797

# Enterprise Turbo SSHD



The Enterprise Turbo SSHD accelerates access to your most critical data with the world's fastest hard drive.

## Key Advantages

- Hard drive capacities with flash-based performance
- Best economic combination of performance, endurance and capacity—best $/IOPS enterprise HDD
- Meets critical demands for performance, scalability, flexibility and high density in a 2.5-inch form factor
- Automatically caches hot data to flash and absorbs write intensity by only promoting hot data
- Nonvolatile cache to enable faster write response time and help ensure data integrity during power loss

## Best-Fit Applications

- Big data analytics
- Databases (ERP and OLTP)
- Virtual desktop infrastructure (VDI)
- Web development and Web page delivery

| CAPACITY[1] | 5XX EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0004 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0014[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0024[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0054[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0044[2] | 6Gb/s SAS | 128MB |

# Enterprise Performance 15K HDD



Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.

## Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)[2] and FIPS SED[4] options cut IT drive retirement costs and help protect data at rest.

## Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0084[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074[2] | 6Gb/s SAS | 128MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#1935.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#905

CONFIDENTIAL

FED_SEAG0004798

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.



## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[1] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9000805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.



## Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635
4 Protection Information (PI) feature requires PI-compliant host or controller support.

# Enterprise Capacity 3.5 HDD



The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[2] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[2] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[2] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0073[2,3] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[2] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[2] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[2] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[2] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[2] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 6Gb/s SAS | 128MB |

# Constellation®



The Seagate Constellation drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

## Key Advantages

- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,4] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,4] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,4] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,4] | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635

CONFIDENTIAL

FED_SEAG0004800

# Terascale™ HDD Constellation®CS



The Seagate Terascale HDD and Constellation CS are designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.

## Key Advantages
- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

## Best-Fit Applications
- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)

| CAPACITY¹ | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000² | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000² | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000² | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000² | SATA 6Gb/s | 64MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate Instant Secure Erase Model

CONFIDENTIAL

FED_SEAG0004801



# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



## Product Comparison

|  | DESKTOP SSHD | DESKTOP SHDD INTERNAL KIT | DESKTOP HDD | DESKTOP 3.5 INCH INTERNAL KIT |
|---|---|---|---|---|
| Legacy Name |  |  | Barracuda® | Barracuda |
| Application | Performance | Performance | Mainstream | Mainstream |
| Description | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to desktop computers to get solid state speed for fast, responsive system performance | Tuned performance for low-power, mainstream and high-performance desktop computing | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers |
| Capacity[1] | 1TB to 4TB | 1TB to 4TB | 250GB to 4TB | 500GB to 4TB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s |
| Form Factor | 3.5 inch | 3.5 inch | 3.5 inch | 3.5 inch |
| Reliability | <1% AFR | <1% AFR | <1% AFR | <1% AFR |
| Cache | 64MB | 64MB | 16MB to 64M | 16MB to 64M |
| Power (Idle) | <3.3W to <3.9V | <3.3W to <3.9V | 4.0V to 5.8V |  |

## Feature Comparison

| Product | Desktop SSHD | Desktop SHDD Internal Kit | Desktop HDD | Desktop 3.5 Inch Internal Kit |
|---|---|---|---|---|
| OptiCache™ Technology |  |  | X | X |
| Solid State Hybrid | X | X |  |  |
| Mounting Hardware and Cables |  | X |  | X |
| Compatible with Windows 8[2] | X | X | X | X |
| Energy-Saving Features | X | X | X | X |
| RoHS Compliance | X | X | X | X |

CONFIDENTIAL

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0004802

Case 3:16-cv-00523-JCS    Document 143-1    Filed 11/13/17    Page 22 of 29

DESKTOP STORAGE

## Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.



### Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[2]

### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

## Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

 

### Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability
- Desktop solid state hybrid model offers SSD-like performance with the capacity of a hard drive

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY | KIT NUMBER[3] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310005N1A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

| DESKTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER[3] | INTERFACE | MLC FLASH |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.38-in W x 2.88-in D (149.35mm x 187.45mm x 73.15mm) | | |

## Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system.
3 U.S. model numbers shown

32    STORAGE SOLUTIONS GUIDE

STORAGE SOLUTIONS GUIDE    33

CONFIDENTIAL

FED_SEAG0004803

# Mobile Storage Solutions

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.





|  | LAPTOP SSHD AND LAPTOP THIN SSHD | LAPTOP SSHD INTERNAL KIT | LAPTOP 2.5-INCH INTERNAL KIT | MOMENTUS® THIN | LAPTOP ULTRATHIN HDD | ULTRA MOBILE HDD |
|---|---|---|---|---|---|---|
| **Product Comparison** | | | | | | |
| Legacy Name | Momentus XT | Momentus XT | Momentus Internal Kit | | | |
| Application | Performance | Performance | Performance | Mainstream, Slim Computing | Slim Computing | Slim, Robust Computing |
| Description | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to laptop computers to get solid state speed with capacity of a hard disk drive | A complete upgrade kit to transform your system to high performance or just add capacity | The 2.5-inch drive for laptops and notebooks | Affordable, high-capacity storage that is thinner than a pencil | Brings robust storage ideal for ultra-slim tablet, convertible and detachable applications in a 5mm form factor |
| Capacity[1] | 500GB and 1TB | 500GB and 1TB | 250GB and 1TB | 250GB, 320GB and 500GB | 320GB and 500GB | 500GB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| Form Factor/ z-Height | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/9.5mm | 2.5-inch/7mm | 2.5-inch/5mm | 2.5-inch/5mm |
| Reliability | 0.48% AFR | 0.48% AFR | 0.48% AFR | 0.48% AFR | | |
| Cache | 64MB | 64MB | 16MB | 16MB | 16MB | 16MB |
| Power (Idle) | 0.9W | 0.9W | 0.67W to 0.81W | 0.45W | 0.45W | 0.48W |
| Product | Laptop SSHD and Laptop Thin SSHD | Laptop SSHD Internal Kit | Laptop 2.5-Inch Internal Kit | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD |
| **Feature Comparison** | | | | | | |
| Self-Encrypting Drive (SED) with Instant Secure Erase[2] | | | | X | X | |
| FIPS 140-2 SED Option[2,3] | | | | X | | |
| Drop Sensor Options | | | | | | X |
| Solid State Hybrid | X | X | | | | |
| Compatible with Windows 8[4] | X | X | X | X | X | X |
| Energy-Saving Features | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
4 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

## Laptop SSHD and Laptop Thin SSHD



The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.

### Key Advantages

- Boots and performs like an SSD[2]
- Up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

## Laptop Ultrathin HDD



The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.

### Key Advantages

- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

### Best-Fit Applications

- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT033[3] | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

## Momentus® Thin



The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.

### Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive[3] options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[5] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT019[5] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012 | SATA 6Gb/s | 16MB |
| 250GB | ST250LT012 | SATA 6Gb/s | 16MB |

## Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.

### Key Advantages

- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

### Best-Fit Applications

- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT035 | SATA 6Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Laptop SSHD 1TB and a Laptop Thin SSHD 500GB.
3 Self-Encrypting Drives (SED) are not available in all models or countries. May require TCG-compliant host or controller support.
4 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
5 SmartAlign technology is not available on this model.

CONFIDENTIAL

FED_SEAG0004805

# Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.




### Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003N3A1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

CONFIDENTIAL

FED_SEAG0004806

SPECIALTY STORAGE

   

# Specialty Storage Solutions

## Storage solutions for NAS, DVRs and surveillance systems

Seagate has the expertise to build drives optimized for specialty environments, like Network Attached Storage (NAS), CE and video storage. Our global presence, business partnerships, technology leadership and industry understanding enable Seagate to deliver industry-leading products.



| Product Comparison | | NAS HDD | SV35 SERIES™ | VIDEO 3.5 HDD | VIDEO 2.5 HDD |
|---|---|---|---|---|---|
| | Legacy Name | | | Pipeline® HD | Pipeline HD Mini |
| | Application | Small NAS | Video Surveillance | Mainstream CE-DVR | Small form factor CE-DVR |
| | Description | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems | Optimized performance and improved reliability for video surveillance applications | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs |
| | Capacity[1] | 2TB to 4TB | 1TB to 3TB | 250GB to 4TB | 250GB to 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s |
| | Form Factor | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
| | Simultaneous HD Streams Supported | — | — | up to 16 | up to 12 |
| | Reliability | 1M hours MTBF | <1% AFR | 0.55% AFR | 0.55% AFR |
| | Cache | 64MB | 64MB | 8MB to 64MB | 16MB |
| | Power (Idle) | 3.0W to 3.95W | 3.38W to 5.4V (idle2) | 2.5V to 5.0V | 0.68V |

| Feature Comparison | | NAS HDD | SV35 Series | Video 3.5 HDD | Video 2.5 HDD |
|---|---|---|---|---|---|
| | Product | | | | |
| | Cool Operation | | x | x | x |
| | 24x7 Operation Capable | x | x | x | x |
| | Extremely Low Vibration | x | | | |
| | NASWorks™ Technology | x | | | |
| | Energy-Saving Features | x | | x | x |
| | RoHS Compliance | x | x | x | x |

40

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0004807

SPECIALTY STORAGE

# NAS HDD



The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.

## Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

## Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

# Video 3.5 HDD



Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

## Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™



The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

## Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

## Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

# Video 2.5 HDD



Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

## Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

## Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

CONFIDENTIAL

FED_SEAG0004808

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

As a registered SPP member, you enjoy the following exclusive features:
· Password-protected portal
· E-newsletter and regular news updates
· New product evaluation unit program
· Training and sales tools
· Priority support

Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners
· Complete the online form.
· Click through and accept our standard agreement.



## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:
· Presales and Technical Support
· Global Support Services telephone numbers and business hours
· Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners



CONFIDENTIAL





Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0004810