UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 16-cv-00523-JCS<br><br>**ORDER SEALING INCORRECTLY FILED DOCUMENT**<br><br>Re: Dkt. Nos. 136-28, 138 |

Plaintiffs inadvertently filed a document in the public record (dkt. 136-28) that they intended to include as a sealed exhibit to their administrative motion to file under seal. *See* Mot. to Remove Incorrectly Filed Document (dkt. 138). The ECF Help Desk restricted access to the document at Plaintiffs' request, and Plaintiffs now move to remove that document from the record. *See id.* Good cause having been shown, the document inadvertently filed in the public record is hereby SEALED. This order is intended only to address the erroneous public filing and does not resolve the question of whether any documents are properly subject to sealing under Civil Local Rule 79-5. *See* Admin. Mot. to File Under Seal (dkt. 133); Lane Decl. (dkt. 143).

**IT IS SO ORDERED.**

Dated: November 15, 2017

JOSEPH C. SPERO
Chief Magistrate Judge