# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case No.:** 16-cv-00523-JCS | **Case Name:** In re Seagate Technology LLC Litigation v. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: November 17, 2017 | **Time:** 9 M |

**Attorney for Plaintiff**: Shana Scarlett
**Attorney for Defendant:** Anna S. McLean, Neil Popovic

**Deputy Clerk:** Karen Hom                    **Court Reporter:** Not Reported

## PROCEEDINGS

1. Further Case Management Conference - Held

## ORDERED AFTER HEARING

Court extended the briefing schedule on the Motion for Class Certification as follows:
Opposition to class certification due: 1/5/18. Reply in support of class certification due: 2/20/18.
Hearing on class certification continued to 3/30/18 at 9:30 AM.
Updated joint case management conference statement due by 3/23/17.

**NOTES:**

**CASE CONTINUED TO:**   03/30/18 at 9:30 AM for a further case management conference.


**REFERRALS:**

[ ] Case referred to ADR for Mediation to occur within
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM

**Trial:** at **8:30 AM for** days    [ ] **Jury**  [ ] **Court**

**Order to be prepared by:**
 [ ] Plaintiff    [ ] Defendant    [ ] Court