Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | PLAINTIFFS' NOTICE OF ERRATA |

010581-11 999551V1

1  TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiffs respectfully submit this notice of errata to the Declaration of Stefan Boedeker in Support of Plaintiffs' Motion for Class Certification (ECF No. 133-4) and the Declaration of Andrew Hospodor in Support of Plaintiffs' Motion for Class Certification (ECF No. 133-5).

The Corrected Declaration of Stefan Boedeker in Support of Plaintiffs' Motion for Class Certification, attached as Exhibit A hereto, now includes Exhibit A to the declaration and tables to the appendix.

The Declaration of Andrew Hospodor in Support of Plaintiffs' Motion for Class Certification, attached as Exhibit B hereto, now includes Exhibit A to Appendix 1 of the declaration.

DATED: November 20, 2017                HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Steve Berman*
      Steve W. Berman (*pro hac vice*)

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF ERRATA - 1
Case No.: 3:16-cv-00523-JCS
010581-11 999551V1