Steve W. Berman (*pro hac vice*)
Ashley Bede (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ashleyb@hsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | CERTIFICATE OF SERVICE |

010581-11 998011V1

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a resident of the United States and is employed in the city of Seattle, Washington, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 1918 Eighth Avenue, Suite 3300, Seattle, WA 98101.

On November 20, 2017, declarant served via secure email transmission an Unredacted Version of Plaintiffs' Notice of Errata (ECF No. 146), submitted under seal in the above-captioned action, to the parties enumerated in the attached Service List:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of November, 2017 at Seattle, Washington.

*[signature: Joseph Salonga]*

JOSEPH SALONGA

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS                     -1-

010581-11 998011V1

## SERVICE LIST

Anna S. McLean
Neil A.F. Popović
Liên H. Payne
Joy O. Siu
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com
lpayne@sheppardmullin.com
jsiu@sheppardmullin.com


Mukund H. Sharma
Tenaya Rodewald
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 815-2600
Facsimile: ((650) 815-2601
msharma@sheppardmullin.com
trodewald@sheppardmullin.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE. –
Case No. 3:16-cv-00523-JCS

- 2 -

010581-11 998011V1