1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2      Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  MUKUND H. SHARMA, Cal. Bar No. 249125
   LIÊN H. PAYNE, Cal. Bar No. 291569
5  JOY O. SIU, Cal. Bar No. 307610
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:    415.434.9100
7  Facsimile:    415.434.3947
   Email:    npopovic@sheppardmullin.com
8      amclean@sheppardmullin.com
     msharma@sheppardmullin.com
9      rodewald@sheppardmullin.com
     lpayne@sheppardmullin.com
10     jsiu@sheppardmullin.com

11 Attorneys for Defendant,
   SEAGATE TECHNOLOGY LLC
12

13                   UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| 16 | IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 3:16-cv-00523-JCS |
|---|---|---|
| 17 | | **DECLARATION OF ANNA S. McLEAN IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 18 | CONSOLIDATED ACTION | |
| 19 | | |
| 20 | | Date:   March 30, 2018<br>Time:  9:30 a.m.<br>Place:  Courtroom G |
| 21 | | Judge: Hon. Joseph C. Spero |
| 22 | | |
| 23 | | Second Consolidated Amended Complaint filed:  July 11, 2016 |
| 24 | | |

25

26

27

28

## DECLARATION OF ANNA S. McLEAN

I, Anna S. McLean, declare:

1. I am a partner with Sheppard Mullin Richter & Hampton, LLP, counsel of record for Seagate Technology LLC ("Seagate"). I submit this Declaration in support of the Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5 (ECF Nos. 133, 138-140, 146). I have personal knowledge of the facts set forth in this declaration, except where noted otherwise, and, if called as a witness, could and would competently testify to these statements.

2. Plaintiffs filed their Motion for Class Certification on November 8, 2017, with various supporting documents, the following portions of which they moved to administratively seal: portions of their Memorandum of Points and Authorities, various exhibits to the Declaration of Steve Berman, and the Declarations of Andrew Hospodor and Stefan Boedeker in Support of Motion for Class Certification ("Hospodor Declaration" and "Boedeker Declaration," respectively) (ECF No. 133).

3. On November 13, 2017, pursuant to Local Rule 79-5(e), Seagate filed the Declaration of Ronald Lane in support of the Administrative Motion to Seal ("Lane Declaration") (ECF No. 143), seeking an order sealing only a portion of what Plaintiffs filed under seal.

4. In the interim, Seagate advised Plaintiffs that their filing omitted various exhibits and appendices. To correct these omissions, on November 20, 2017, Plaintiffs filed, among other documents, a Notice of Errata attaching new, complete versions of the Declarations of Andrew Hospodor and Stefan Boedeker under seal (ECF No. 146).

5. Seagate requests that this Court seal the same portions of the Hospodor Declaration attached to the Notice of Errata (ECF No. 146, Ex. B) as Seagate requested with relation to ECF No. 133 (i.e. the last two sentences of ¶ 2, ¶ 17, and ¶¶ 23-212, and corresponding figures and footnotes).

6. As set forth in the Lane Declaration (ECF No. 143, ¶ 3), the Hospodor Declaration quotes and incorporates Seagate's confidential and trade secret information in support of

1  discussing Mr. Hospodor's conclusions.  Therefore, the information contained in the Hospodor
2  Declaration is subject to protection under Local Rule 79-5.
3    I declare under the penalty of perjury under the laws of the United States that the above
4  statements are true.
5    Executed this 24th day of November, 2017 in San Francisco, California.

*/s/ Anna S. McLean*
Anna S. McLean