SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947
Email:   npopovic@sheppardmullin.com
         amclean@sheppardmullin.com
         rodewald@sheppardmullin.com
         lpayne@sheppardmullin.com
         jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF JOY O. SIU IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>**Date:** March 30, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

**DECLARATION OF JOY O. SIU**

I, Joy O. Siu, declare:

1. I am an associate with Sheppard Mullin Richter & Hampton, LLP, counsel of record for Seagate Technology LLC ("Seagate"). I submit this Declaration in support of the Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration, except where noted otherwise, and, if called as a witness, could and would competently testify to these statements.

2. Plaintiffs filed their Motion for Class Certification on November 8, 2017, with various supporting documents, including the Declaration of Andrew Hospodor ("Hospodor Declaration"). Dkt. 133. After Seagate advised Plaintiffs that their filing omitted various exhibits and appendices, on November 20, 2017, Plaintiffs filed, among other documents, a Notice of Errata attaching a new version of the Declaration of Andrew Hospodor. Dkt. 146, Ex. B.

3. Pursuant to Local Rule 79-5(e), Seagate filed the Declaration of Ronald Lane in support of the Administrative Motion to File Under Seal ("Lane Declaration"), Dkt. 143, and Declaration of Anna S. McLean in Support of Administrative Motion to File Under Seal, Dkt. 149, seeking an order sealing portions of the Hospodor Declaration (i.e. the last two sentences of ¶ 2, ¶ 17, and ¶¶ 23-212, and corresponding figures and footnotes).

4. As set forth in the Lane Declaration, Dkt.143 ¶ 3, the Hospodor Declaration quotes and incorporates Seagate's confidential and trade secret information. Therefore, the information contained in the Hospodor Declaration is subject to protection under Local Rule 79-5.

5. To rebut the contentions in the Hospodor Declaration, and in support of its Opposition to Plaintiffs' Motion for Class Certification, Seagate now files the Declarations of Don Adams, Glen Almgren, Patrick Dewey, Harrie Netel, and Itamar Simonson, Ph.D., and various exhibits to the Declaration of Liên H. Payne, all of which reference the same confidential information, or a portion thereof, cited in the Hospodor Declaration.

6. Because they reference the same confidential information as the Hospodor Declaration, Seagate seeks a further order sealing portions of the above documents.

1  I declare under the penalty of perjury under the laws of the United States that the above
2  statements are true.
3  Executed this 5th day of January, 2018 in San Francisco, California.

_____
Joy O. Siu