SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              rodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:**  March 30, 2018<br>**Time:**  9:30 a.m.<br>**Place:**  Courtroom G<br>**Judge:**  Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed:  July 11, 2016 |

The Court has reviewed Seagate Technology LLC's ("Seagate") Administrative Motion to File Under Seal Portions of its Opposition to Plaintiffs' Motion for Class Certification and related documents, as well as the Declaration of Ronald Lane, Dkt. 143. The Court rules as follows.

GOOD CAUSE APPEARING THEREFORE, the Administrative Motion to Seal is GRANTED. The documents identified below shall remain filed under seal:

| Document | Portion(s) to Be Sealed |
|---|---|
| Declaration of Donald Adams in Response to the Declaration of Andrew Hospodor and in Opposition to Plaintiffs' Motion for Class Certification | Declaration ¶¶ 11-12; 15-119 |
| Declaration of Glen Almgren in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification | Declaration ¶¶ 5-30 |
| Declaration of Patrick Dewey in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification | Declaration ¶¶ 5-39 |
| Declaration of Harrie Netel in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification | Declaration ¶¶ 7-40 |
| Declaration of Itamar Simonson, Ph.D. in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification | Portion of page 5 n.5 |
| Declaration of Liên H. Payne in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification | Exhibit 1 – Begin Bates FED_SEAG0026697<br>Exhibit 2 – Begin Bates FED_SEAG0026839<br>Exhibit 3 – Begin Bates FED_SEAG0026867<br>Exhibit 4 – Begin Bates FED_SEAG0026751<br>Exhibit 5 – Begin Bates FED_SEAG0057277<br>Exhibit 6 – Begin Bates FED_SEAG0056259<br>Exhibit 7 – Begin Bates FED_SEAG0008927 reproduced as FED_SEAG0054950<br>Exhibit 8 – Begin Bates FED_SEAG0055094<br>Exhibit 9 – Begin Bates FED_SEAG0009670<br>Exhibit 10 – Begin Bates FED_SEAG0071085<br>Exhibit 11 – Excerpt of Confidential Hospodor Depo.<br>Exhibit 12 – Excerpt of Dewey Depo.<br>Exhibit 13 – Excerpt of Almgren Depo.<br>Exhibit 14 – Excerpt of Khurshodov Depo.<br>Exhibit 15 – Begin Bates FED_SEAG0002320<br>Exhibit 16 – Begin Bates FED_SEAG0009095<br>Exhibit 19 – Begin Bates FED_SEAG0026135<br>Exhibit 20 – Begin Bates FED_SEAG0026244<br>Exhibit 21 – Begin Bates FED_SEAG0009883 |

1  **IT IS SO ORDERED**.

2  DATED: _____, 2018

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE