SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF GLEN ALMGREN IN SUPPORT OF SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:**  March 30, 2018<br>**Time:**  9:30 a.m.<br>**Place:**  Courtroom G<br>**Judge:**  Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed:  July 11, 2016 |
|---|---|

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

DECLARATION OF GLEN ALMGREN

I, Glen Almgren, declare as follows:

1.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.  In 1998 I received a B.S. in mechanical engineering from the Colorado School of Mines. I briefly worked as a manufacturing engineer for a company called Howard Industries. I joined Seagate Technology LLC ("Seagate") in 1999. I started as a product assurance engineer. My role was to test and help conduct failure analysis on new hard disk drives that were in development. In 2003, I became software lead for product assurance which meant I qualified the software that we used for testing hard drives. In 2006 or 2007 I became a reliability program manager ("RPM"). This means I was the reliability engineer or specialist on product core teams. A "core team" is the group responsible for designing and developing a new hard disk drive, and I was the member responsible for all the reliability testing of the drive being developed. I was RPM for Grenada Classic. After I was RPM for Grenada Classic, I became the manager of the RPM group, which means I managed and supervised the work of the other RPMs, including the RPMs for the Grenada BP and Grenada BP2. In 2013 I became the engineering director for Seagate's reliability group in Longmont, Colorado. In this role, I oversee reliability testing and qualification of Seagate hard drives for production. In other words, my team is responsible for ensuring that hard drives that are being developed meet specifications and reliability goals, and are ready to enter mass production for sale to consumers.

3.  I have reviewed the declaration of Andrew Hospodor filed in support of Plaintiffs' Motion for Class Certification. In it, Mr. Hospodor reviews internal Seagate documents and makes statements or assertions that he claims are based on those documents. However, as explained below, many of Hospodor's statements are clearly erroneous and/or misinterpret Seagate's documents.

**A.    Background on Seagate Drive Testing**

4.  From 2011 to early 2016, Seagate used the internal codename "Grenada" to refer to a family of drives that included the drives with model number ST3000DM001. The ST3000DM001

was the 3 terabyte (TB) version of the Grenada drive. There were three different versions of the Grenada drives: the Grenada Classic, Grenada BP and Grenada BP2.

5. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted] [redacted] 

1 █████████████████████████████████████████████████████████████████████
2 ████████████████████████████████████████████████████████████████
3 ███████████████████████████████
4  ● ████████████████████████████████████████████████████
5 █████████████████████████████████████████████████████████████████████
6 ██████████████████████████████████████████████████████████████████
7 ██████████████████████████████████████████████████████████████████
8 ██████████████████████████████████████████████████████████████████
9 ██████████████████████████████████████████████████████████████████
10 ████████████████████████████████
11  ● █████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████████████
15 █████████████████████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████████████████
23 █████████████████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████████████████████
26 ██████████████████████
27
28

[redacted]

**Figure 1 (Ex. 3 [FED_SEAG0026867] at p. 26887.)**

[redacted]

1  ██████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████████
3  ████████████████████████████████████████████████████████
4  ██████████████████████████████████████████████████████
5  ████████████████████
6    ██ ████████████████████████████████████████████████
7  █████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████
9  ███████████████████████████████████████████████████
10 ███████████████████████████████████████████████████
11 ██████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████
14 ███████████████████████████████
15   █ ███████████████████████████████████████████████
16 ██████████████████████████████████████████████████
17 ████████████████████████████████████████████████████
18 █████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████
20 █████████████████████████████████████████████████████
21 █████████████████████████████████████
22   █ ████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████
24 █████████████████████████████████████████████████████
25 ██████████████████████████████████████████████████████
26 ████████████████████████████████████████████
27 █████████████████████████████████████████████████
28 ████████████████████████████████████████████████████████

1 █████████████████████████████████████
2 ██████████████████████████████████████
3 ███████████████████████
4  █ ████████████████████████
5 ██████████████████████████████████████
6 █████████████████████████████████
7 ██████████████████████████████████
8 █████████████████████████████████
9 ██████████████████████████████████
10 █████████████████████████████████
11 ██████████████████████████████████████
12 ██████████████████████████████████████
13 █████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████
16 █████████████████████████████████████
17 ██████████████████████████████████
18 █████████████████████████████████████
19 ████████████████████████████████████
20 ██████████████████████████████████
21 ██████████████████████████████████████
22 ████████████████████████████████████
23 ███████████████████████████████
24  █ ███████████████████████████████
25 ███████████████████████████████████
26 █████████████████████████████████████
27 █████████████████████████████████████
28 ████████████████████████████████

1 ████████████████████████████████████████████████████████
2 ████████████████████████████████████████████████████████
3 ████████████████████████████████████████████████████████
4 ████████████████████████████████████████████████████
5 ████████████████████████████████████████████████████
6 ███
7 ██ ████████████████████████████████████████████████
8 ████████████████████████████████████████████████
9 ██████████████████████████████████████████████████████████
10 █████████████████████████████████████████████
11 ██████████████████████████████████████████████████████████
12 ██████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████
15 █████████████████████████████████████████████
16 ██████████████████████████████████████████████████████████
17 ██████████████████████████████████████████████████████████
18 █████████████████████████████████████████████████
19 █████████████████████████████████████████████████
20 █████████████████████████████████████████████
21 ████████████████████████████
22 █ ██████████████████████████████████████████████████
23 ████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████
27 ███████████████████████████████████████████████████
28 ████████████████████████████████████████████████████████

1 ███████████████████████████████████████████████████████
2 ██████████████████████████████████████████████
3 ██████████████████████████████████████████████
4 ███████████████████████████████████████████████████████
5 ██████████████████████████████████████████████████████
6 █████████████████████████████████████████████████████
7 ██████████████████████████████████████████████
8 █████████████████████████████████████████████████
9 ██████████████████████████
10 █ ████████████████████████████████
11 █ █████████████████████████████████████████████████
12 ███████████████████████████████████████████████████████
13 █████████████████████████████████████████████████
14 ██████████████████████████████████████████████
15 █████████████████████████████████████████████████████
16 ████████████████████████████████████████████████
17 █████████████████████████████████████████████████████
18 ███████████████████████████████████████████████
19 █████████████████████████████████████████████████████
20 ██████████████████████████████████████████████████████
21 █████████████████████████████████████████████████
22 ████████████████████████████████████████████████
23 ██████████████████████████████████████████████████████
24 ████████████████████████████████████
25 █ ██████████████████████████████████████████████████
26 ██████████████████████████████████████████████████████
27 ████████████████████████████████████████████████
28 ████████████████████████████████████████████████

1 █████████████████████████████████████████
2 ████████
3 █ █████████████████████████████
4  ██ ████████████████████████████
5 ████████████████████████████████████
6 ████████████████████████████████
7 █████████████████████████████████████
8 ████████████████████████████████████
9 ██████████████████████████████
10 ████████████████████████████████████
11 ██████████████████████████████████
12 ███████████████████████████████████
13 ██████████████████████████████████
14 ██████████████████████████████████
15 █████████████████████████████████████████
16 ████████████████████████████████████
17 ██████████████████████████████████
18 █████████████████████████████████████
19 █████████████████████████████████
20 █████████████████████████████████
21 █████████████████████████████████████
22 ████████████████████████████████████
23 ██████ ███████
24 _____
25 [2] ████████████████████████████████████████
26 ████████████████████████████████████████
27 ███████████████████████████████  ████████
28 ████████████████████████████████████████

1 █████████████████████████████████████████████████████
2 █████████████████████████████████████████████████████
3 █████████████████████████████████████████████████████
4 ███████████████████████████████████████████████
5 ████████████████████████████████████████████████
6 ██████████████████████████████████████
7 █ ███████████████████████████████████████████████
8 █████████████████████████████████████████████████████
9 ████████████████████████████████████████████
10 ████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████
14 ██████████████████████████████████████████████
15 ████████████████████████████████████████████████████
16 ██████████████████████████████████████████████████
17 ██████████████████████████████████████████████████
18 ██████████████████████████████████████████████████
19 ██████████████████████████████████████████████████
20 ████████████████████████████████████████████████
21 ██████████████████
22
23 █████████████████████████████████████████████████████
24 █████████████████████████████████████████████████████
25 █████████████████████████████████████████████████████
26 █████████████████████████████████████████████████████
27 █████████████████████████████████████████████████████
28 █████████████████████████████████████████████████████

1  ██ ████████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████████
3  ████████████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████████
10 ██████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████████
13 ██████████████████████████████████████████████████████ █████
14 ████████████████████████████████████████████████████████████
15 ██████████████████████████████████████████████████████████
16 ██████████████████████████████████████████
17  ██ ██████████████████████████████████████████████████████
18 ██████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████████
20 ██████████████████████████████████████████████████████████
21 ██████████████████████████████████████████████████████████
22 ██████████████████████████████████████████████████████████
23 ██████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████
25 ██████████████████████████████████████
26
27 _____
28  [4] ████████████████████████████████████████████████████

1  █ ████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████
4  ██████████████████████████████████
5  █ ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ██████████████████████████████████████
14 ████████████████████████████████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████
17 ██████████████████████████████████████
18 ████████████████████████████████████████████
19 ████████████████████████
20 █ ████████████████████████████████████████
21 ████████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████████
24 ████████████████████████████████████████████
25 ██████████████████████████████████████
26 ████████████████████████████████████
27
28

1. [REDACTED]
2. [REDACTED]
3. [REDACTED]
4. [REDACTED]
5. [REDACTED]
6. [REDACTED]
7. [REDACTED]
8. [REDACTED]
9. [REDACTED]
10. [REDACTED]
11. [REDACTED]
12. [REDACTED]
13. [REDACTED]

[REDACTED FIGURE]

Figure 2 (Ex. 5 [FED_SEAG0057277] at p. 57324).

[REDACTED]

---

[5] [REDACTED]

1. ████████████████████████████████████████
2. ████████████████████████████████████████
3. ████████████████████████████████████████
4. ████████████████████████████████████████
5. ████████████████████████████████████████
6. ██████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of January, 2018, at LONGMONT, Colorado.

_____
Glen Almgren