SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:       npopovic@sheppardmullin.com
           amclean@sheppardmullin.com
           trodewald@sheppardmullin.com
           lpayne@sheppardmullin.com
           jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF HARRIE NETEL IN SUPPORT OF SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:**  March 30, 2018<br>**Time:**  9:30 a.m.<br>**Place:**  Courtroom G<br>**Judge:**  Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed:  July 11, 2016 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

## DECLARATION OF HARRIE NETEL

I, Harrie Netel, declare as follows:

1.      I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      I received my Masters in Physics from the University of Twente, The Netherlands in 1994 and my PhD in Physics from the University of Twente, The Netherlands in 1999.

3.      I was employed by Lawrence Livermore National Laboratory (as a physicist) from 1994 to 1999 and then by General Electric ("G.E.") from 1999 to 2005.  While at G.E., I initially worked as a physicist and later in six sigma with a focus on quality and reliability engineering for the manufacture of medical equipment, specifically, computed tomography ("CT") scanners.  From 2005 to the present, I have been employed by Seagate Technology, LLC ("Seagate").  From 2005 to 2011, I worked initially as a Principal Six Sigma Master Black Belt and later as the Director of Field Quality Analytics in Seagate's Longmont, Colorado facility.  In these roles, I led teams using empirical, statistical methods to measure and improve Seagate's product Quality and Reliability by identifying and removing the causes of defects in products and minimizing variability in manufacturing, the supply chain or in some cases even our customers' processes.  In January 2012, I moved to China and became Director of Operations Quality and Analytics, and in August 2013 I was promoted to Senior Director Operations Quality and Analytics. While in China I was initially stationed in Suzhou, China and since January 2017 in Wuxi, China.  My current role is to ensure the outgoing Quality of all Seagate's hard drives meets our customers' requirements. My current responsibilities include Supplier Quality Engineering (for incoming components), Factory Quality (for Seagate's outgoing quality control) as well as Factory and ODM Customer Technical Support.

4.      Since March 2015, I have supervised Seagate's "ongoing reliability testing" or "ORT," which refers to Seagate's process of assessing and improving the ongoing reliability performance of the products shipped from Seagate's factories.  ORT begins once products are approved for sale to customers.  I also supervise other types of post-release testing Seagate performs, including Outgoing DPPM Testing (ODT) and Periodic Design Margin Testing (PDMT).

1     5.    I have reviewed the documents discussed in my declaration, conferred with other

2    employees at Seagate, and make the following statements based on my personal knowledge of

3    Seagate's practices and procedures and the results of my review and investigation.

4     6.    I have reviewed the declaration of Andrew Hospodor filed in support of Plaintiffs'

5    Motion for Class Certification.  In it, Mr. Hospodor reviews internal Seagate documents and states

6    opinions that are, in many cases, clearly wrong, as explained below.

7    **A.    Background on Seagate Drive Testing**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:485048794.9
NETEL DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION



[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]



SMRH:485048794.9
NETEL DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION



[redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[1] All exhibit numbers refer to Exhibits attached to the Declaration of Liên Payne.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

1 ████ ████████████████████████████
2 ██████████████████████████████████
3 ███████████████████████████████████
4 ██████████████████████████████████
5 ███████████████████████████████████
6 ██████████████████████████████████
7 ███████████████████████████████████
8 █████████████████████████████████
9 █████████████████████████████████
10 ███████████████████████████████████
11 ████████████████████████████████
12 █████████████████████████████████
13 ████████████████
14 ████ ████████████████████████
15 ███████████████████████████████████
16 ███████████████████████████████████
17 ███████████████████████████████████
18 ████████████████████████████████
19 ███████████████
20 ████ ██████████████████████████
21 ████████████████████████████████
22 ████████████████████████████████
23 ██████████
24 ████ ██████████████████████████
25 ████████████████████████████████
26 ███████████████████████████████████
27 █████████████████████████████████
28 ██████████████████████████████████

SMRH:485048794.9    NETEL DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION



[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

1

2

3

4          I declare under penalty of perjury under the laws of the United States of America that the

5     foregoing is true and correct.

6          Executed on this __5th__ day of January, 2018, at ___Cupertino, CA__.

7

8                                                    _____

9                                              Harrie Netel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28