# EXHIBIT 10
[UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

| | |
|---|---|
| **Message** | |
| **From**: | Thanit Suksawang [thanit.suksawang@seagate.com] |
| **Sent**: | 3/9/2012 1:57:44 PM |
| **To**: | Norachet Saetang [norachet.saetang@seagate.com]; Ignatius Vun [ignatius.vun@seagate.com]; KianFatt Chong [kianfatt.chong@seagate.com] |
| **CC**: | Piangruetai.Sivaratana [Piangruetai.Sivaratana@seagate.com]; Nuttaset Luetragul [nuttaset.luetragul@seagate.com]; Jariya Poonsawat [jariya.poonsawat@seagate.com]; Apichart Wongaree [apichart.wongaree@seagate.com]; Decha Vittayathavornvong [decha.vittayathavornvong@seagate.com]; Randy A Myers [Randy.A.Myers@seagate.com]; MeiYu C Cui [meiyu.c.cui@seagate.com]; GuoPing Gui [guoping.gui@seagate.com]; Jerry.CC.Seh [Jerry.CC.Seh@seagate.com]; Orawan Wiwattanajit [orawan.wiwattanajit@seagate.com]; Duongamol Anakamanee [Duongamol.Anakamanee@seagate.com]; Sudaduang Kongthongnok [sudaduang.kongthongnok@seagate.com]; Naruepone Kaewkanjana [naruepone.kaewkanjana@seagate.com]; Thanorm Gunjeakpong [thanorm.gunjeakpong@seagate.com]; Orapin Janprim [orapin.janprim@seagate.com]; Suangsuda Saengarammanojit [suangsuda.saengarammanojit@seagate.com]; Niran Lersnimitthum [Niran.Lersnimitthum@seagate.com]; Chittiporn Pupaichitkul [chittiporn.pupaichitkul@seagate.com]; Wibulporn Nilnam [wibulporn.nilnam@seagate.com]; Brijesh KU Singh [brijesh.ku.singh@seagate.com]; Sai S Varanasi [sai.s.varanasi@seagate.com]; Hari H Narayan [hari.h.narayan@seagate.com]; Tao Bai [tao.b.bai@seagate.com]; Jimmy S Sin [jimmy.s.sin@seagate.com]; Pat Dewey [pat.dewey@seagate.com]; Brent VanDerVliet [Brent.VanDerVliet@seagate.com]; Timothy J Peterson [timothy.j.peterson@seagate.com]; Michael L Foye [michael.l.foye@seagate.com]; Sittipong Jitsiriboon [sittipong.jitsiriboon@seagate.com]; Michael R Crump [michael.r.crump@seagate.com]; Gary Kelsic [Gary.F.Kelsic@seagate.com]; Michael L Cook [michael.l.cook@seagate.com]; Kevin D Stenvall [kevin.d.stenvall@seagate.com]; Krishnan Subramanian [Krishnan.Subramanian@seagate.com] |
| **Subject**: | Re: Fw: Grenada SHIP HOLD - Status: SHIP HOLD( --SSO # KOR-0191-00) -- Grenada ORT DOM WW1233 RDT Trigger |

Hi,

Updates of Grenada DOM W33 ORT Trigger for Korat and SuZhou drives.

Reviewed ORT and ODT performance , 3TB showed no OEM ORT failures in recent few weeks as well as ODT Dppm is better than 1TB and 2TB. Reli team agrees to release 3TB drives but require 1TB and 2TB to be retested with PCO17.5 with A2 (or A5) code.

Total impacts for SuZhou drives are 14.4K (0.2K 9YW162-500 , 13.5K 9YN162-500 and 0.7K 9YW164-500).

Pull back starts today. Estimated pull back to be completed by mid of the next week (Date TBD). SuZhou team is working to expedite the pull back.

On Thu, Mar 8, 2012 at 8:23 PM, Thanit Suksawang <thanit.suksawang@seagate.com> wrote:
Hi ,

Updates of Grenada DOM W33 ORT Trigger for Korat and SuZhou drives.

The SSO is extended to cover SuZhou OEM drives due to one additional failure (under FA) causing SuZhou failure rate at 4.9% (4/82) vs 3% trigger.

Total affected drives on hold is 75.6K (10.6K Korat and 65K SuZhou) with 223K shipped (59K Korat and 164K SuZhou).

SuZhou drives will be sorted out with paper screening criteria as

1) HGA V23 > 3000 and CTQ_NORM_NSE > 0.25.
2) Slider Bark_Jump CQ median at 3.83 min.
This will screening out 2/4 failed.

Clearing timeline will be provided by Mar 9.


---------- Forwarded message ----------
From: **Thanit Suksawang** <thanit.suksawang@seagate.com>
Date: Tue, Mar 6, 2012 at 8:49 PM
Subject: Fwd: Fw: Grenada SHIP HOLD - Status: SHIP HOLD( --SSO # KOR-0191-00) -- Grenada ORT DOM WW1233 RDT Trigger
To: Norachet Saetang <norachet.saetang@seagate.com>, Ignatius Vun <ignatius.vun@seagate.com>, KianFatt Chong <kianfatt.chong@seagate.com>
Cc: "Piangruetai.Sivaratana" <Piangruetai.Sivaratana@seagate.com>, Nuttaset Luetragul <nuttaset.luetragul@seagate.com>, Jariya Poonsawat <jariya.poonsawat@seagate.com>, Apichart Wongaree <apichart.wongaree@seagate.com>, Decha Vittayathavornvong <decha.vittayathavornvong@seagate.com>, Randy A Myers <Randy.A.Myers@seagate.com>, MeiYu C Cui <meiyu.c.cui@seagate.com>, GuoPing Gui <guoping.gui@seagate.com>, "Jerry.CC.Seh" <Jerry.CC.Seh@seagate.com>, Orawan Wiwattanajit <orawan.wiwattanajit@seagate.com>, Duongamol Anakamanee <Duongamol.Anakamanee@seagate.com>, Sudaduang Kongthongnok <sudaduang.kongthongnok@seagate.com>, Naruepone Kaewkanjana <naruepone.kaewkanjana@seagate.com>, Thanorm Gunjeakpong <thanorm.gunjeakpong@seagate.com>, Orapin Janprim <orapin.janprim@seagate.com>, Suangsuda Saengarammanojit <suangsuda.saengarammanojit@seagate.com>, Niran Lersnimitthum <Niran.Lersnimitthum@seagate.com>, Chittiporn Pupaichitkul <chittiporn.pupaichitkul@seagate.com>, Wibulporn Nilnam <wibulporn.nilnam@seagate.com>, Brijesh KU Singh <brijesh.ku.singh@seagate.com>, Sai S Varanasi <sai.s.varanasi@seagate.com>, Hari H Narayan <hari.h.narayan@seagate.com>, Tao Bai <tao.b.bai@seagate.com>, Jimmy S Sin <jimmy.s.sin@seagate.com>, Pat Dewey <pat.dewey@seagate.com>, Brent VanDerVliet <Brent.VanDerVliet@seagate.com>, Timothy J Peterson <timothy.j.peterson@seagate.com>, Michael L Foye <michael.l.foye@seagate.com>, Sittipong Jitsiriboon <sittipong.jitsiriboon@seagate.com>, Michael R Crump <michael.r.crump@seagate.com>, Gary Kelsic <Gary.F.Kelsic@seagate.com>, Michael L Cook <michael.l.cook@seagate.com>, Kevin D Stenvall <kevin.d.stenvall@seagate.com>, Krishnan Subramanian <Krishnan.Subramanian@seagate.com>


Hi ,

Updates Korat drive DOM W33 ORT Trigger. More details in the attached file.

**Background** :

Grenada DOM W28 ORT showed 5% (10/200) failed rate vs 3% trigger. Observed high failure from Korat (8.2%) vs Wuxi (2.2%) and SuZhou (3.7%). This causes AFR added by 0.68%.

The major failures are head degradation , bad write (TI pre-amp) and NMD mainly contributed from HMM_ID FS1061.

**Investigations:**

- NMD is type 1 with no shock trigger near by bad BBM.
- Under FA for head degradation.
- Drives are tested with PCO17.3 and below.

**Impacts (Korat Drive Only):**

- Korat Drive : 69.6K drives (10.6K FGI and 59K Shipped).

**Actions :**

- Issue stop ship to contain affected drives DOM W33 , OEM only / [Done]
- Contain affected drive re-test with PCO17.5 and A2 code (on applicable customers) / Starting Mar 6.
- Continue further FA to understand root causes / On going

**Supply :**

- No impact. Will be recovered within W36.

---------- Forwarded message ----------
From: <Brijesh.KU.Singh@seagate.com>
Date: Tue, Mar 6, 2012 at 1:26 PM
Subject: Fw: Grenada SHIP HOLD - Status: SHIP HOLD( --SSO # KOR-0191-00) -- Grenada ORT DOM WW1233 RDT Trigger
To: Asia_Shiphold@seagate.com



Ship Hold Order For Grenada


Double Click Here to Access the Live Document!.

| Title: | Grenada ORT DOM WW1233 RDT Trigger | | Status: | SHIP HOLD |
|---|---|---|---|---|
| ShipHold Site: | KOR-Thailand | | | |
| Product Model #: | ST3000DM001, ST2000DM001, ST1000DM003 | | SH#: Ref SSO#: | KO SH-00314-00 KOR-0191-00 |
| Part Number: | 9YNxxx-xxx , 9YWxxx-xxx | | | |

| Date Created: | 03/06/2012 | Market Segment: PSG | VIQ: |
|---|---|---|---|

**Revision History**

Ver Date Author Description of Change
00 12-Mar-06 01:24 PM Sarun Nantavisuth/Seagate Initial Release

## General

### ▼ Ship Hold Approval

| Ship Hold has been Approved by: | Brijesh KU Singh | Date Approved: 03/06/2012 |
|---|---|---|
| Approver Comments: | No Comment | |

### ▼ Reason

Grenada RDT failure exceeded trigger on DOM 33. DOM 33 failure rate = 5% (10x / 200).

Failures are 3xDegraded Head, 2xNMD, 1xCRC and 1xHard Error CND and 3xBad Write with TI preamp from PCO17.3

**Current AFR = 2.01%, w/o DOM W1233 failures, it will be 1.33%, so the adder is 0.68%**

High RDT failure observed from Korat site, thus decison to quarantine WW33 OEM drives build from Korat.

| DOM1233 RDT | SITE | | | |
|---|---|---|---|---|
| SYMPTOM | SZ | TK | WX | Grand Total |
| Pass | 79 | 67 | 44 | 190 |
| Bad Write | 1 | 1 | 1 | 3 |
| CRC | 1 | | | 1 |
| Degraded Head | | 2 | | 2 |
| NMD | | 2 | | 2 |
| Pending FA | 1 | 1 | | 2 |
| RDT failure qty | 3 | 6 | 1 | 10 |
| RDT loading qty | 82 | 73 | 45 | 200 |
| RDT failure rate | 3.66% | 8.22% | 2.22% | 5.00% |

CONFIDENTIAL



Affected quantity under data crunching. - est. 06 Mar 2012

▼ **Clearing Action**

| Responsibility for Clearing: | **Thanit S, Suangsuda S, Jariya P, Nuttaset L, Sarun N, Hari N.** |
|---|---|
| **Clearing Action:** | |

- FIS crunch and quanrantine affected vintage. Sarun N. 06 Mar 2012.

- Re-process affected vintage with PCO 17.5 and A2 servo. Jariya / Thanit WW1236.

## Locations Affected

**Locations Affected:**

**Site Affected**
**Location(s) Affected:** FGI

## Conditional Releases

Form: SSO99 03/06/2012 01:23:46 PM

**Grenada Seagate Confidential**

--
Regards,
Thanit

--
Regards,
Thanit

--
Regards,
Thanit