# EXHIBIT 12

[REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. 5:16-cv-00523-RMW

---

30(b)(6) DEPOSITION OF SEAGATE TECHNOLOGY, LLC
AS GIVEN BY: PATRICK DEWEY
September 7, 2017

---

IN RE SEAGATE TECHNOLOGY, LLC

LITIGATION

---

APPEARANCES:

AXLER GOLDICH, LLC
By Marc A. Goldich, Esq.
Matthew Strout, Esq.
1520 Locust Street, Suite 301
Philadelphia, Pennsylvania 19102
267.534.7400
mgoldich@axgolaw.com
mstrout@axgolaw.com
Appearing on behalf of Plaintiffs

SHEPPARD MULLIN
By Anna S. McLean, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100
amclean@sheppardmullin.com
and
Mukund Sharma, Esq.
379 Lytton Avenue
Palo Alto, California 94301-1479
msharma@sheppardmullin.com
Appearing on behalf of Seagate Technology, LLC



87

1  ███████████████████████████████
 ● ██████████████████████████ ████
 ● ████████████████████████
 ● ██████████████████████████████
 ● ██████████████████████████████
 ● ████
 ●    ● ██████████████████████
 ● ● ██████████████████████████
 ● █████████████████████████████
 ● █████████████
 ● ● ██
 ● ● ███████████
 ● ● ████████████████████████
 ● ● █████████████████████████
 ● █████████
 ● ● ██ ██████████████████████
 ● ████
 ●   ● ████████
 ● Q. Okay. You said "mat testing." Do you — is that short for maturity testing?
 ● A. I think so, yeah.
 ● Q. Okay.
 ● A. Yeah. It's part of the Reli suite of tests. You'll find a lot of different names used describing that.





Q Okay. And so those are the kinds of tests that are performed during development to -- to assess whether a drive has reached certain goals; is that correct?

A Yes.

Q Okay. And just correct me if I -- if I have this right based on what you just said, that depending on the results of mat testing, you could actually move up the development or even eliminate certain stages of development of a drive?

A You can.

Q Okay. It actually means you're ahead of schedule, right?

A You can -- I've been on programs where we have not had to have all of the phases because you are ahead, yes.





135

1

[redacted content]

Q  Okay.  Other than those three, what —
what sort of tests are performed on the drives during
development?
A  A series of tests that measure the drive
against specifications.  It's referred to in our
language as DMT, and it's design maturity testing.
So in those tests we look at things like power
consumption, acoustics, the thermal map of the drive,



136

1  how it reacts in shock and vibe, and verifying that
2  it meets specs to those events. So a lot of the spec
3  verification beyond the AFR and MTBF and DPPM.
4       Q.   And you answered my next question, which
5  was going to be, are those tests performed to assess
6  whether the drive is meeting the specifications that
7  are contemplated by the core team contract?
8       A.   Yes.
9       Q.   Okay.
10      A.   It's repeated many times.
11      Q.   Meaning the tests are repeated many times?
12      A.   The test measurement. As I described the
13 run/break/fix cycle, each time we subject them
14 against its specs and its MTBF and DPPM, and that
15 gives us the feedback to mature.

[remainder of page redacted]

Dewey, Pat 30(b)(6) - 09-07-2017



A

Q Okay. Do you recall why more testing needed to be done?

A Yes, and certainly refreshed by looking at this. I will refer you to where it says, "Drive



[redacted]

STATE OF COLORADO)
) ss. REPORTER'S CERTIFICATE
COUNTY OF DENVER )

I, Pamela J. Hansen, do hereby certify that I am a Registered Professional Reporter and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have affixed my signature this 18th day of September, 2017.

My commission expires September 3, 2018.

_________________________________

Pamela J. Hansen, CRR, RPR, RMR
216 - 16th Street, Suite 600
Denver, Colorado 80202