# EXHIBIT 13
[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
CASE NO. 5:16-cv-00523-RMW

---

30(b)(6) DEPOSITION OF SEAGATE TECHNOLOGY, LLC BY GLEN ALMGREN — July 26, 2017

---

IN RE SEAGATE TECHNOLOGY, LLC LITIGATION

---

APPEARANCES:

AXLER GOLDICH, LLC
By Marc A. Goldich, Esq.
and
Matthew Strout, Esq.
1520 Locust Street, Suite 301
Philadelphia, Pennsylvania 19102
Appearing on behalf of Plaintiffs.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
By Anna S. McLean, Esq.
and
Mukund Sharma, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Appearing on behalf Defendants.

ELITE LITIGATION SOLUTIONS, LLC
1518 Walnut Street, Suite 300
Philadelphia, Pennsylvania 19102

88

1  ████████████████████████████████
   ████████████████
   █ ███ ████ ███████████████████████
   ████████████████
   Q   So what accelerated life testing is
   performed in particular?
   A   In addition to the six-week demonstration
   reliability testing, that test is extended out past
   six weeks.  The six-week number is what we use to
   calculate our AFRs, but we keep the testing running
   out past that and out past what customers will
   ultimately test to to do exactly that, to -- it's a
   long-term accelerated test that we use to ensure that
   we don't have failure modes that exist even out past
   the six-week test.
   Q   So -- so initially, there's a six-week
   test period; is that right?
   A   Correct.
   Q   At a temperature, did you say it was 60
   degrees Celsius?
   A   Yes.
   Q   And based on that test, you come up with
   the AFR; is that right?
   A   That is right.

Almgren, Glen - 07-26-2017

Q And then you extend the test past the six weeks for purposes of accelerated life; is that correct?

A Yeah.

Q How long do you -- do you run those tests, those extended life tests?

A We run it at a minimum of nine weeks. There can be -- there can be testing extended past that, but it's typically nine weeks.

Q What sort of circumstances would there be for a drive to need to do more than a nine-week extension test?

MS. MCLEAN: Objection. Beyond the scope, calls for speculation.

A Relative to Grenada?

Q (By Mr. Goldich) First, in general.

MS. MCLEAN: Same objections.

A In general, we do -- we do longer testing for our Enterprise test drives because of the environment they're in and the longer warranty period of Enterprise drives versus Desktop drives.

Q (By Mr. Goldich) So typically for a Desktop drive, you would do a nine-week accelerated life beyond the six-week test, and you wouldn't

extend beyond that nine weeks, correct?

A We wouldn't extend beyond -- beyond the nine weeks as a whole, typically would not.

Q Did you extend beyond nine weeks with Grenada?

A I don't recall.

Case 3:16-cv-00523-JCS   Document 151-15   Filed 01/05/18   Page 6 of 15

143

[Text largely redacted]

Q  The next sentence says, "Currently demo
101k MTBF and potential of 167k," right?
A  Correct.
Q  And what does that mean?
A  What that means is where the product is

Almgren, Glen - 07-26-2017

currently demonstrating 101k or 101,000 hours. So 101,000 is basically the number -- the MTBF, the units are in time. So this is saying it's 101,000 MTBF. That's what's being demonstrated, and then there's a projection or a potential of 167,000 hours.

Q Okay. So -- so the drives were currently demonstrating 101,000 mean time between failures, correct?

A Correct.

Q And a potential of 167,000 mean time between failure, correct?

A Correct.

Q And the potential is a -- is an estimation based on what exactly?

A It's an estimation based on fixes that are upcoming, but may not be validated yet.

Q Okay. So you identify problems, for instance in this case, degrade readers and new media defects, right?

A Correct.

Q You propose a corrective action or fix, correct?

A Correct.

Q And then you calculate the change and the

mean time between failure after the corrective action is implemented?

A Yes. When the corrective action is implemented and demonstrated, that's that 101k MTBF number.

Q Okay. Now, under this MTBF chart, we have the word demo, which means demonstrated, right?

A Yes.

Q And then it says, "Validated end potential," and earlier ewe were discussing validated end potential in terms of corrective action, right?

A Yes.

Q Okay. So is it correct that the demonstrated mean time before failure on April 27, 2011 was 101,000, right?

A Correct.

Q And that was after certain corrective actions were taken?

A Correct.

Q And the potential, as we saw in the Executive Summary, was calculated to be 167,000?

A Correct.

182

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Q    Do you know why Seagate uses the Weibull distribution as opposed to an exponential distribution or some other reliability model?  I believe there are four of them, Weibull being one.

A    It's ultimately been the distribution that has fit the data the best.

Q    Any reason why it fits best?

A    What it does, with typical hard drives, you have -- if you've heard of the bathtub curve, it's not just with hard drives, it's with anything reliability focused.  There are -- there can be distinct phases of, you know, infant mortality versus kind of a reduced failure rate versus a wear-out mechanism, and the Weibull distribution is able to model those very well.

Q    Does Seagate test all of its drives with the Weibull beta that's .608098?

Almgren, Glen - 07-26-2017

A No. That number is based on the data of this test bed that we are looking at right here.

Q How do you come to that figure for the Weibull beta?

A Well, you need a few pieces of data. You need to know the number of units in the test, which you have at 1651; you need to know the test time for the population; and then you need to know the time of failure for any individual serial number that is in this.

185

1 [redacted]
2 [redacted]
3 [redacted]
4           Q.    Has the Weibull ever been set to 1 or
5 greater than 1 for -- for AFR testing of drives at
6 Seagate?
7           A.    For Grenada drives?
8           Q.    Let's start with Grenada.
9           A.    Not to my knowledge.  I don't believe
10 we've ever had a Weibull beta or greater.  We don't
11 set it.  It's calculated from the data.
12          Q.    Right.
13          A.    Right.
14          Q.    Has anyone ever suggested that -- that the
15 data that Seagate's collected about its drives would
16 support having a Weibull of 1 or greater than 1 for
17 its reliability testing?
18                MS. MCLEAN:  Objection.  Vague, lacks
19 foundation.
20          Q.    (By Mr. Goldich)  Do you know?
21          A.    For Grenada?
22          Q.    For reliability testing generally.
23          A.    That we should set the beta to 1 or
24 greater?

Case 3:16-cv-00523-JCS    Document 151-15    Filed 01/05/18    Page 13 of 15

186

1   Q   Yes.
    MS. MCLEAN: Objection. Vague, lacks
foundation, overbroad.
    A   No. We wouldn't -- we wouldn't
specifically set the beta to anything. We would let
the beta come out of the data.

[remainder of page redacted]

Almgren, Glen - 07-26-2017

194

███████████████████████████████

████████

Q    Gotcha.  "Fixed validation.  Validation based MAT 1.2, 1.3 BTC failure rate the first 180 hours versus MAT 2.0."  Is this stating that this corrective action was -- was confirmed as a fix during these tests?

A    Yes, more specifically in the MAT 2.0 test.

    ███  █████████████████████
████████████████████████
    ███  █████
    ███  █████████████████████
█████████████████████████
    ███  █████
    ███  ███████████████████████
███  █████████████████████████████████
    ███  █████████████████████████████
█████████████████████████████████████████
████
    ███  ███  █████
    ███  ███████████████████████████████
████████████████████████████████
    ███  ███████████████████

STATE OF COLORADO).

ss). REPORTER'S CERTIFICATE

COUNTY OF DENVER ).

I, Brittany D. Leis, do hereby certify that I am a Court Reporter and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have affixed my signature this 4th day of August, 2017.

My commission expires December 13, 2017.

________________________________

Brittany D. Leis
216 - 16th Street, Suite 600
Denver, Colorado 80202