# EXHIBIT 14
## [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

1

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    No. 5:16-cv-00523-RMW

4    _____

5    IN RE SEAGATE TECHNOLOGY, LLC

6    LITIGATION
     _____

7
     SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
     FOR THE CITY AND COUNTY OF SAN FRANCISCO
9
     Case No. CGC-15-547787
10   _____

11   TIM POZAR and SCOTT NALICK,
     Individually and on Behalf of All Others
12   Similarly situated,

13   Plaintiffs,

14   vs.

15   SEAGATE TECHNOLOGY LLC and DOES
     1-50,
16
     Defendants.
17   _____

18   VIDEOTAPED DEPOSITION OF ANDREI KHURSHUDOV
     September 8, 2017
19   _____

20

21

22

23

24

25

13

1        A      I was responsible for developing -- for

2    running projects related to big data analytics,

3    machine learning, and different types of exploratory

4    studies.

5        Q      What is machine learning?

6        A      Machine learning term refers to the field

7    of statistics, mathematics or computer science that

8    relates to algorithms or software that improve

9    performance with experience or with time or data.

10   Essentially, they learn over time.

11       Q      Okay.  And you also said you did

12   exploratory studies.

13       A      Uh-huh.

14       Q      What does that mean?

15       A      Ad hoc studies, whatever I was finding to

16   be important for the company at the time.

17       Q      So you had the freedom to choose the

18   own -- your -- the areas that you wanted to study?

19       A      That's correct.

20       Q      Did you work at any other position at

21   Seagate in the past other than as chief technologist?

22       A      Yes.

23       Q      And what was that?

24       A      I started as a director of advanced

25   reliability in 2006.  Then I moved to -- my subjects

Khurshudov, Andrei - 09-08-2017

14

1   changed, but the next milestone I will say was a

2   general manager of Seagate Recovery Services.  Then I

3   worked as a senior director in different other

4   functions, including managing cloud research in the

5   analytics organization.

6        Q     All right.  Well, let's take it

7   chronologically from your earliest position.  Take a

8   look at your LinkedIn profile on Page 2, please.

9   What was your first position at Seagate?

10       A     Yes, it says senior director, worldwide

11   advanced quality and reliability.

12       Q     What did you do in that position?

13       A     ██████████████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████████████

    ██████████████████████████████████████████

    ██████████████

    ███████████████████

    █████████████████████████████████████

    █████████████████

    █████████████████████

    ██████████████████████████████

15



```
12          MR. SHARMA:  I think -- did you say

13   fraction or function?

14          THE DEPONENT:  Fraction.

15          MR. SHARMA:  Fraction.

16          THE DEPONENT:  Fraction.  It's a smaller.

17   Q     (BY MR. STROUT)  Okay.  And we'll --

18   A     I'm sorry.

19   Q     We'll return to AFR in a little bit, but

20   for now I want to ask you about ARR.  What is that

21   exactly?

22   A     Annualized return rate is a fraction of

23   shipped product that comes back for whatever reason,

24   for any reason, during one year of operations.

25          THE REPORTER:  During one year of --
```

24

1    failure rate increases at the end of its life.

2         Q    (BY MR. STROUT)  Let's turn back to your

3    LinkedIn profile.  What was your position after

4    senior director of quality data analytics?

5         A    Yes.  General manager, Seagate Recovery

6    Services.

7         Q    And you were there from June 2010 to

8    August 2011, correct?

9         A    Uh-huh.

10        Q    What were your responsibilities in that

11   position?

12        A    Seagate acquired a recovery service

13   business from outside, and I was asked to manage it

14   and integrate it into Seagate company business wise,

15   technology wise, people wise.

16        Q    What was your position after that?

17        A    Yes, senior director, cloud research and

18   analytics.

19        Q    And you were there from August 2011 until

20   May 2015; is that right?

21        A    Correct.

22        Q    What did you do in that position?

23        A    Well, as the title says, Seagate became

24   interested in cloud technology and cloud products,

25   and new organizations were formed focusing on this

25

1    field.  And I was building and managing an

2    organization that was responsible for doing research

3    work, in a way ad hoc research activities, and doing

4    analytics and developing analytics solutions for

5    Seagate.

6         Q      In this position, did you deal at all with

7    annualized failure rate?

8         A      Yes.

9         Q      So then you also dealt with mean time

10   between failure?

11        A      Correct.

12        Q      And defective parts per million?

13        A      Correct.

14        Q      Did you deal at all with factory yield in

15   this position?

16        A      Unlikely.

17        Q      And then after that your position was, as

18   we discussed, chief technologist, big data analytics

19   and insights; is that correct?

20        A      Correct.

21        Q      Okay.  You can put the LinkedIn profile to

22   the side.

23             Before you started working at Seagate --

24   and actually, you can refer back to the LinkedIn

25   profile if necessary -- but where did you work prior

36

```
 1        A     It's a very general question.  Everyone at
 2   Seagate worked on everything related to everything
 3   Seagate makes.  Specifically, I did not work on
 4   products.
 5        Q     (BY MR. STROUT)  What do you mean by you
 6   didn't work on products?
 7        A     There's a product reliability
 8   organization, and I was always in advanced/research
 9   function.  So we could have performed analysis of
10   this or that, or look into some issues, but actual
11   product quality and reliability was not my
12   responsibility or my organization's responsibility.
13        Q     Did you perform any research at all that
14   may have been on or related to the ST3000 drive?
15        A     I'm sure I did.
16        Q     Did you perform any research on any of the
17   external drives that used the ST3000 in them?
18        A     I -- to my recollection, I cannot answer
19   this question as yes or no.  I do not know, do not
20   remember.
21        Q     All right.  That's okay.
22              I'd like to now go back to talk a little
23   bit more about annualized failure rate.
24        A     Uh-huh.
25        Q     I know you spoke of it earlier, but could
```

Khurshudov, Andrei - 09-08-2017

1    you please define AFR for me?

2         A      If you look at all the drives of a

3    particular model, say, produced during one year, and

4    then you trace their future, the fraction of drives

5    that will come back will represent the annualized

6    return rate.

7              Of the returns that come back, there will

8    be a fraction measurable, sometimes greater,

9    sometimes smaller, fraction of drives that we will --

10   Seagate will call no trouble found, for example, no

11   trouble found, which means when drives are tested

12   internally, nothing wrong could be found with them,

13   and it remains a question why they were returned.

14              There will be another fraction that will

15   be tested and linked to issues outside of expected

16   range of stress.  As I mentioned before, drives that

17   are clearly mishandled, for example, or drives that

18   are electrocuted by poor electric connection,

19   something that could be easily discovered.

20              In the world of the retail, what's called

21   Disty, distribution drives, there will be some other

22   group of drives.  Sometimes they are returned without

23   even being removed from the packaging, essentially.

24   Internally this will be called buyer's remorse cases,

25   something like that.  Essentially somebody buys and

38

1    then change his mind and returns a drive even without

2    trying.

3             So depending on the application or market,

4    the fraction of not true failures varies, and it

5    could be as great as 80 percent in some cases.  For

6    every 100 returned drives, only 20 will be confirmed

7    as having real problem.  This is not a typical

8    number, but it could be as bad as this.

9       Q    So does AFR -- that does not include no

10   trouble found drives, right?

11      A    Uh-huh.

12      Q    Or drives that were returned due to

13   buyer's remorse?

14      A    Uh-huh.

15      Q    Or drives that were mishandled?

16      A    Uh-huh.

17           THE REPORTER:  Can I just get you to say

18   yes or no?

19           THE DEPONENT:  Oh, yes.  Yes.

20      Q    (BY MR. STROUT)  Okay.  So -- yeah, I

21   should -- I'll just run through those one more time

22   just because you said uh-huh instead of yes.

23           So AFR does not include drives --

24      A    Sorry.

25           MR. SHARMA:  Take your time.

39

```
 1              THE VIDEOGRAPHER:  Need some help?
 2              THE DEPONENT:  I didn't do --
 3              (Discussion off the record.)
 4              THE DEPONENT:  Okay.
 5         Q     (BY MR. STROUT)  All right.  So AFR does
 6   not include drives where there is no trouble found?
 7         A     Correct.
 8         Q     And it does not include drives that were
 9   returned due to what you characterized as buyer's
10   remorse?
11         A     Correct.
12         Q     And AFR also does not include drives that
13   were misused?
14         A     I believe so.
15         Q     Does Seagate calculate AFR, you know,
16   prior to releasing a drive?
17              MR. SHARMA:  Objection, lack of
18   foundation.
19         Q     (BY MR. STROUT)  You can answer.
20              THE DEPONENT:  How is that --
21              MR. SHARMA:  If you know the answer --
22   yeah, if you know the answer to the question --
23         Q     (BY MR. STROUT)  You can answer.
24              MR. GOLDICH:  We normally just ignore
25   them.
```

1    Is it 5?

2           THE REPORTER:  6.

3           MR. STROUT:  6, all right.

4           I'm now marking as Exhibit 6 the document

5    Bates labeled FED_SEAG 0019045.

6           (Exhibit 6 marked.)

7     Q     (BY MR. STROUT)  All right.  Have you seen

8    this document before?

9     A     I have not seen this document before.  It

10   looks like a product manual, again typical product

11   manual for a Seagate product.

12    Q     All right.  I represent to you that this

13   document was produced by Seagate during discovery in

14   this case.  Right there on the first page it says

15   Product Manual, Barracuda; is that right?

16    A     Yes, correct.

17           MS. MCLEAN:  I'd also like to note, as I

18   did yesterday, that this document appears to be a

19   draft.  It's not clear that it -- it was released to

20   the public because it has redlines in it.

21    Q     (BY MR. STROUT)  Underneath where it says

22   Barracuda it says ST3000DM001; is that right?

23    A     Yes, that's correct.

24    Q     And this document is dated April 2011,

25   right?

68

1        A        Correct.

2        Q        And the data sheet that we were just

3    talking about, the copyright date was 2011, right?

4                 MR. SHARMA:  Take a look at it if you need

5    to.

6        A        That's correct.

7        Q        (BY MR. STROUT)  Please turn to Page

8    19056.

9        A        Uh-huh.  Yes.

10       Q        Do you see on this table where it says

11   annualized failure rate?

12       A        Yes, I can see.

13       Q        Okay.  And there's a column on here for

14   the ST3000 drive; is that right?

15       A        Yes, that's correct.

16       Q        And the annualized failure rate for the

17   ST3000 is listed as .34 percent; is that right?

18       A        I can see.

19       Q        Do you know why it says .34 percent here,

20   whereas in the data sheet we just looked at it said

21   less than 1 percent?

22                MR. SHARMA:  Objection, lacks foundation,

23   calls for speculation.

24       A        I don't know.

25       Q        (BY MR. STROUT)  Okay.

81













89







96













127



128





204

1    STATE OF COLORADO)

2                    )   ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4            I, Pamela J. Hansen, do hereby certify that

5    I am a Registered Professional Reporter and Notary

6    Public within the State of Colorado; that previous to

7    the commencement of the examination, the deponent was

8    duly sworn to testify to the truth.

9            I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14           I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18           In witness whereof, I have affixed my

19   signature and seal this 21st day of September, 2017.

20           My commission expires September 3, 2018.

21

22           _____
             Pamela J. Hansen, CRR, RPR, RMR
23           216 - 16th Street, Suite 600
             Denver, Colorado  80202
24

25

Khurshudov, Andrei - 09-08-2017