# EXHIBIT 15
[UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

# Failure Rate Assumptions for GoFlex Turbo

## Andrei Khurshudov

## March 1, 2011

Using materials from the CTS Reporting & Analysis Team (Harrie Netel)

CONFIDENTIAL
FED_SEAG0002320

# Background

- Goal: Estimate a 2-year <u>return rate</u> and <u>failure rate</u> of the future Content-Protected GoFlex Turbo SBS product
    - Inside: 7200 rpm Holiday 500 GB, SBS
    - Major customer: BestBuy

- Will analyze both the Holiday HDD itself and the Portable USB /Desktop USB offerings
    - Conversion from the Return Rate to Failure Rate:
        - FR = K * RR   (where K is a % of NTFs from the failure pareto)

CONFIDENTIAL
FED_SEAG0002321

# Retail – Portable USB Drives – Dashboard

## Portable USB

| Product | Cust | Comparison to Previous Products | 3 yr Return Rate vs Phase 0 Spec | Return Rate Trends | SPC Triggers | Social Media |
|---|---|---|---|---|---|---|
| FA GoFlexPro | DIST | 🟡 Worst in Group, low ship volume #4 | Not enough data points | 🟡 May-2010 vintage spike (high returns from Best Buy) | Not enough data points | |
| FA GoFlex | DIST | 🟢 Equal to Portable EXT #1,2 | Not enough data points | 🟡 May-2010 vintage spike (high returns from Best Buy) | 🟡 Best Buy, 1TB, 750GB | |
| FA Go | DIST | 🟡 Worse than FA GoFlex and Portable EXT #3 | 🟡 0.17% over spec | 🟡 Early vintage spike, declining then slight EOL increase | 🟡 Recent vintage, 880GB and 1TB, Best Buy | |
| Portable EXT | DIST | 🟢 Equal to FA GoFlex #1,2 | 🟡 1.01% over spec | 🟡 Increasing trend Jun/Jul-2010 | 🔴 750GB and 1TB, Target and Synnex | |

© Seagate Confidential

CONFIDENTIAL                                                                                                   FED_SEAG0002322

# FREEAGENTGOFLEXPRO – Product Comparison



Projected 2-y RR:
FreeAgent Go = 2.7%
FreeAgent GoFlex = 2.4%
FreeAgent GoFlexPro <3%
Portable External Drive <2.3%

FreeAgentGoFlexPro performing worst on low ship volume

| FA GOFLEXPRO | DIST ships | Returns |
|---|---|---|
| | 85,651 | 560 |

FYI only

# FREEAGENTGOFLEXPRO – Top 15 Ship Vol by Customer

FYI only



# FREEAGENTGOFLEX – Top 15 Ship Vol by Customer



FYI only



Best Buy has 18% of total ships and 54% of total returns, Costco also having impact

© Seagate Confidential

CONFIDENTIAL

FED_SEAG0002325

# FREEAGENT GO – Top 15 Ship Vol by Customer



FYI only



Best Buy has 11% of total ships and 20% of total returns, Costco and D&H also having impact

CONFIDENTIAL                                                                                                    FED_SEAG0002326

## SBS EDA Test (Jabil)
## FreeAgent Go



BB: 75% of returns are NTFs

| PRODUCT_MARKETING_NAM | FREEAGENT GO | | | |
|---|---|---|---|---|
| Count of PARENT_DRIVE_SE | SBS High Level Pareto | | | |
| CUR_CORP_DESC_1 | NTF | DNR | Failure - Test | Grand Total |
| WAL-MART | 185 | 62 | 20 | 267 |
| SYNNEX TECH INTL CORP | 30 | 37 | 120 | 187 |
| BEST BUY CO | 110 | 29 | 7 | 146 |
| FORTUNE MARKETING | 21 | 72 | 34 | 127 |
| D & H DISTRIBUTING CO. | 81 | 16 | 2 | 99 |
| INGRAM MICRO INC | 24 | 31 | 39 | 94 |
| SUPERTRON | 9 | 44 | 22 | 75 |
| SYNNEX | 44 | 24 | 2 | 70 |
| REDINGTON PRIVATE | 7 | 38 | 16 | 61 |
| COSTCO | 25 | 26 | 5 | 56 |
| Grand Total | 536 | 379 | 267 | 1182 |

Sample Data
Approximately 3 days of FRIT data used for "Proof of Concept"

8

CONFIDENTIAL

FED_SEAG0002327

# Summary for Portable USB

- Average 2-year return rate 2.6%
  - Max 2-year return rate <3%
- BestBuy seem to have 2x to 3x higher return rate than average
  - Therefore, expect the worst 2-y return rate from BB to be 3x 2.6% = 7.8%
- However, the real failure rate for BB returns is about 25%
  - Therefore, expect the worst 2-y failure rate from BB to be 0.25x7.8% = 1.95%

CONFIDENTIAL
FED_SEAG0002328

# Statistical Summary

| Product | Category | 2-year return rate, % | 2-year failure rate, % |
|---|---|---|---|
| FA GoFlexPro | Portable USB drives | 2.7 | 1.35 |
| FA GoFlex | Portable USB drives | 2.4 | 1.2 |
| FA GoFlex Pro | Portable USB drives | 3 | 1.5 |
| Portable External Drive | Portable USB drives | 2.3 | 1.15 |
| FA Desktop | Desktop USB drives | 4.3 | **2.15** |
| FA GoFlex Desk | Desktop USB drives | 3.6 | 1.8 |
| Desktop external HDD | Desktop USB drives | 3.1 | 1.55 |

Converting RR to FR using another assumption of 50% NTF rate

CONFIDENTIAL                                                                                                    FED_SEAG0002329

# CPP Model for BestBuy

| | |
|---|---:|
| Units | 500,000 |
| Premium/Unit | $15.00 |
| Premium | $7,500,000 |
| Retailer Margin | 35% |
| "Natural profit" per HDD, $ | $ - |
| "Natural profit" from all sales | $ - |
| Seagate Incremental Revenue | $4,875,000 |

### Scenario 2

| | | |
|---:|---|---:|
| 5.0% | CPP Claim Rate | 25,000 |
| 2.15% | FR, % | 10,750 |
| 57% | Internet Recovery | 14,250 |
| 10% | In-lab write-off rate | 1,075 |
| 43% | Lab Recovery | 9,675 |
| 10% | IT recovery rejects | 1,425 |
| 90% | Total IT successful cases | 12,825 |
| 44% | Lab Recovery + IT rejects | 11,100 |
| 70% | Total Lab successful cases | 7,770 |
| 82% | Total successful cases | 20,595 |
| 0.88% | Units sold but not recovered | 4,405 |

| | |
|---|---:|
| Cost to Retail | |
| Internet Recovery | $40.0 |
| Lab Recovery | $473 |
| Average cost | $203 |
| | |
| Retail Cost for Recoveries | |
|   Internet Recovery | $513,000 |
|   Lab Recovery | $3,671,325 |
| SRS revenue | $4,184,325 |
| | |
| SRS Cost for Recoveries | |
|   Internet Recovery | $30 |
|   Lab Recovery | $350 |
| | |
| Cost of SRS Recoveries | |
|   Internet Recovery | $427,500 |
|   Lab Recovery | $2,719,500 |
| Total SRS cost | $3,147,000 |

| | | |
|---|---:|---:|
| Retail Profit | $690,675 | 14.17% |
| SRS Profit | $1,037,325 | 24.79% |
| 50%/50% Profit split | $864,000 | 19.48% |
| | | |
| Seagate Profit | $1,728,000 | |
| | 19% | |

**Used the highest 2-y FR% in SBS products documented**

**Good profitability for STX**

# Summary

- Estimated/measured 2-year <u>return rates</u> for SBS products ranges from 2.3% to 3%
    - Estimated 2-year return rate from BB could be as high as 7.8% (3x average of 2.6%)
    - Close to 75% of this returns are NTFs
    - The above numbers for BB are highly skewed by the BB return policy + buyer's remorse AND provide poor guidance for the DR return rate

- Estimated/measured 2-year <u>failure rates</u> for SBS products ranges from 1.2% to 2.15%
    - Estimated 2-year failure rate for BB is close to 2% (1.95%)