# EXHIBIT 19
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]



# VOC/FQR Review



CTS Consumer Support
25 July 2014

Seagate Confidential

# Open Actions from Previous Meetings

| Action | Status | Owner | Due Date |
|---|---|---|---|
| What is the current volume from customers regarding the Dashboard 3.0 headline? | No contacts regarding Dashboard 3.0 headline issue in the past week. | Ryan Tam | Completed |
| Provide details on Expansion Desk ARR | Sent July 8th. 3TB does have a higher return rate on older vintages, but newer vintages aren't showing a problem and the reviews for DOA were June/July. | Eric Lueb | Completed |
| Collect DOA Saker and Saker Desk drives for analysis to verify NTF rate | Collected 17 drives that had failed testing.  ALL 17 were fraud (WD. Hitachi or older Seagate drives inside). Escalated to fraud teams. | Eric Lueb | Ongoing |
| When is Redmine bug# 24053 going to be addressed on Fuel? *(Engineers are working on fixing the WiFi loss, drive not detected issue, Redmine bug#24053 - June FQR)* | There is a combination of issues that are causing the WiFi disconnect issue on Mobility products. Fixed in FW 4.3 Gemini: 24096, 19377, 22596, 21717, 10516, 11628, 10512, 23507 Working on: 24053, 20595, 23064, 22548, 23120 | Bhawna Mundotia | Ongoing |
| How many forum views/posts have we seen on the Fuel connection issue? | Still gathering data, should have it by next meeting | Bhawna Mundotia | 8/22/2014 |
| Investigate why email took 3 days to respond to and why the survey was sent to the customer 3 days after contact instead of the normal 7 days. *(Wintel NPS Review)* | 1) Thu 6/4 = Customer contacted APJ - Esc to ANP team 2) Mon 6/8 = Paul See tried to contact & closed case (survey trigger started) 3) Fri 6/12 = Paul See created new case and contacted customer 4) Thu 6/18 = Customer contacted APJ - Esc to ANP team 5) Fri 6/19 = Customer receives survey from 6/8 case closure 6) Mon 6/22 = Paul See contacts customer & closes case Actions: Research lenth of time between customer contact and escalation call-back (Alex/Shane) | Troy Beaty Alex Chin | 8/15/2014 |

Seagate Confidential

HIGHLY CONFIDENTIAL

# Direct Attached Storage

### Eric Lueb

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| Backup Plus Slim | Udon | 4.5 | 4.2 | 0.57% | 36% | 0 | 0 | 1.65% |
| Backup Plus Desk | Udon Desk | 4.2 | 3.6 | 1.50% | 34% | 0 | 0 | 9.14% |
| Backup Plus FAST HDD | Mars2 | 4.2 | 4.4 | 2.00% | 22% | 0 | 0 | N/A |
| Backup Plus FAST SDD | Saleen | 5.0 (15) | N/A | 2.70% | N/A | 0 | 0 | N/A |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| Backup Plus Fast | High contact ratios - Due to low shipment volumes. Fast SSD is not going to ship volume, EOL planning in progress. Fast HDD volume has picked up and ratio is starting to come down.<br>A total of 7 contacts on Fast SSD. | N/A | N/A |
| Backup Plus Desk | High ARR - Investigating. | Eric Lueb | 7/31/2014 |

Seagate Confidential

# Direct Attached Storage

Eric Lueb

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---------|---|-------------|------------------|--------------------------|-----|------------|----------------|-----------|
| Expansion | Falcon | 4.3 | 4.2 | 0.26% | 20% | 0 | 0 | 1.58% |
| Expansion Desk | Falcon Desk | 4.0 | 4.3 | 0.65% | 16% | 0 | 0 | 2.52% |
| Expansion Plus | Saker | 5.0 (2) | N/A | 1.48% | 30% | 0 | 0 | 7.63% |
| Expansion Plus Desk | Saker Desk | N/A | N/A | 2.14% | 12% (33) | 0 | 0 | 12.15% |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

| Product | Issue/Status | Owner | Due Date |
|---------|--------------|-------|----------|
| Expansion Plus Desk | Target market is brick and mortar stores (Walmart and Target only). No distribution market to offset high NTF returns. We did discover 17 fraud cases with Expansion Plus Desk drives that had failed testing (that was 100% of the failures we had captured). Escalated to Sean Dykstra (fraud/tamper lead). Copied Brian Cowan and Anthony Leimas also. | Eric Lueb | 7/23/2014 |
| Expansion Desk | Spike in the number of complaints of DOA on 3TB Expansion Desk drives on Amazon in June/July. Confirmed no change in drives recently. No spike in returns with recent vintage(see backup). Attempting to capture a few DOAs for FA via technical support. (None came in week of 7/18)<br><br>DOA complaints on Expansion Desk on Amazon US in June/ early July:<br>4 TB : 1<br>3 TB : 23<br>2 TB : 5<br>1 TB : 2 | Eric Lueb | 7/29/2014 |

Seagate Confidential

# Direct Attached Storage (Pro)

## Alan Maricle

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| LaCie Little Big Disk Thunderbolt 2 | LBDv2 | 4.7 (6) | N/A | N/A | - 100% | N/A | N/A | N/A |
| LaCie 8big Thunderbolt 2 | 8big | 2.0 (1) | N/A | N/A | N/A | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| 8big | Complaints:<br>-8big is too big<br>-8big is too noisy.<br>-8big RAID degraded twice. 4 Seagate drives and 4 WD drives in the 8big.<br><br>There is nothing we can do about any of these items. | Alan Maricle | N/A |

Seagate Confidential

# Mobility & Simple NAS

Bhawna Mundotia

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---------|---|-------------|------------------|--------------------------|-----|------------|----------------|-----------|
| LaCie FUEL | Fuel | 3.2 | 3.1 | N/A | - 33% | N/A | N/A | N/A |
| Wireless Plus | Gemini | 3.3 | 3.3 | 4.90% | 22% | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | < 5% | > 13% | 0 | 0 | < 10% |

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---------|---|-------------|------------------|--------------------------|-----|------------|----------------|-----------|
| Central | Cirrus | 3.5 | 3.2 | 12.80% | 5% | 0 | 0 | 6.93% |
| Goal | | > 3.5 | > 3.5 | < 9% | > 13% | 0 | 0 | < 10% |

| Product | Issue/Status | Owner | Due Date |
|---------|--------------|-------|----------|
| Fuel | Star rating due to format not supported by app (platform limitation of iOS/tablets), app not robust. WiFi disconnect - bugs being worked on for WiFi disconnect issue. New app (8/4) will help with this as well. | Bhawna Mundotia | 8/4/2014 |
| Gemini | Low star rating due to Paragon driver and app crashes - new app (8/4) will help with this and new QSG will cover Paragon installation. A vine will be done on Gemini following the app launch. | Bhawna Mundotia | 8/4/2014 |
| Central | CIB contacts same as last month, ▇▇▇▇▇▇ New User Manual to help with minimizing contacts is being translated currently and will be launched in August. | Bhawna Mundotia | 8/22/2014 |

# Business NAS

Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| BS 1-Bay NAS | Sentinel | 2.6 | 3.9 | 19.02% | 9% | N/A | N/A | 6.19% |
| BS 2-Bay NAS | Half Dome | 3.1 | 3.9 | 21.42% | - 8% | N/A | N/A | 5.75% |
| BS 4-Bay NAS | El Capitan | 2.7 | 3.9 | 43.52% | - 12% | N/A | N/A | 6.91% |
| BS 4-Bay Rackmount | Charger | N/A | N/A | 70.06% | 71% (7) | N/A | N/A | N/A |
| BS 8-Bay Rackmount | Challenger | N/A | N/A | 65.12% | 13% (8) | N/A | N/A | N/A |
| BS Win Server 4-Bay | Wintel | 4.4 (14) | N/A | 41.44% | - 13% (8) | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| Rackmounts (4-Bay / 8-Bay) | **Actions:**<br>1. Update the products to Seagate NAS OS 4 in August. Adds new features (NVR) and creates synergy with marketing of other NAS OS 4 products.<br>2. Dedicated Sales team with new incentives / commissions to push BizNAs products. | Nathalie Crouzet | Q1'15 |
| Wintel | Low NPS score investigation. Recap can be found here. | Dustin Lopez | Completed |

Seagate Confidential

# Business NAS

Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| Seagate NAS 2-Bay | Dart 2B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS 4-Bay | Dart 4B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 2-Bay | Superbee 2B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 4-Bay | Superbee 4B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 6-Bay | Superbee 6B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

Seagate Confidential



# BACK UP

HIGHLY CONFIDENTIAL                                                           FED_SEAG0026144

# Backup Plus Desk (Udon Desk)

## Cum Return Rate Comparison



Seagate Confidential



# Backup Plus FAST HDD (Mars2)

## Contacts to Install Base



| Lifetime Contacts | | CIB% |
|---|---|---|
| 396 | | 2.00% |



Seagate Confidential

# Backup Plus FAST SSD (Saleen)

## Contacts to Install Base





| Lifetime Contacts | | Lifetime contacts/drive |
|---|---|---|
| 6 | | 2.70% |





Seagate Confidential

FED_SEAG0026147



FED_SEAG0026148



Saker Captures

HIGHLY CONFIDENTIAL

# List SNs, PNs, Error code and info shipment and excel file

Microsoft Excel
Worksheet

| No | CP | PN | SN | Product | Error For DIAG | DF TESTER RESULT | OTC REMARK | Shipment No | Min Weight | Max Weight | Weight for tamper Drive | Weighting result |
|----|----|----|----|---------|----------------|------------------|------------|-------------|-----------|-----------|------------------------|------------------|
| 1 | US | 1HVAP3-500 | NA4W09W7 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 760 | Fail |
| 2 | US | 1HVAP2-500 | NA4W0D0A | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106470532 | 850.64 | 885.36 | 840 | Fail |
| 3 | US | 1HVAP3-500 | NA4W06GY | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 825 | Fail |
| 4 | US | 1HVAP3-500 | NA4W0DS6 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 855 | Pass |
| 5 | US | 1HVAP2-500 | NA4W05LY | Saker 3.5" | DNR | Cannot checking this drive | Bare Drive Capacity is lower then EDA Capacity | 106485143 | 850.64 | 885.36 | 865 | Pass |
| 6 | US | 1HVAP3-500 | NA4W06CW | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 680 | Fail |
| 7 | US | 1HVAP2-500 | NA4W0E06 | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106470532 | 850.64 | 885.36 | 680 | Fail |
| 8 | US | 1HVAP2-500 | NA4W0D36 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106470532 | 850.64 | 885.36 | 850 | Fail |
| 9 | US | 1HVAP3-500 | NA4W0254 | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 720 | Fail |
| 10 | US | 1HVAP2-500 | NA4W0GYS | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106472141 | 850.64 | 885.36 | 760 | Fail |
| 11 | US | 1HVAP2-500 | NA4W0HA3 | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106471606 | 850.64 | 885.36 | 675 | Fail |
| 12 | US | 1HVAP2-500 | NA4W0KY8 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106472141 | 850.64 | 885.36 | 680 | Fail |
| 13 | US | 1HVAP2-500 | NA4W0E1S | Saker 3.5" | DNR | Cannot checking this drive | WD | 106471606 | 850.64 | 885.36 | 840 | Fail |
| 14 | US | 1HVAP2-500 | NA4W032N | Saker 3.5" | DNR | Cannot checking this drive | Non Seagate Drive | 106485143 | 850.64 | 885.36 | 825 | Fail |
| 15 | US | 1HVAP2-500 | NA4W00A5 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 850.64 | 885.36 | 700 | Fail |
| 16 | US | 1HVAP3-500 | NA4W0C9B | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 755 | Fail |
| 17 | US | 1HVAP2-500 | NA4W0G04 | Saker 3.5" | DNR | Cannot checking this drive | Hitachi | 106435467 | 850.64 | 885.36 | 725 | Fail |

Seagate Confidential

HIGHLY CONFIDENTIAL



# Marked customer opened top cover



Seagate Confidential



## Marked customer opened top cover





Seagate Confidential



# Customer removed label



Seagate Confidential



# WD drive inside(NA4W00A5)



Seagate Confidential



# WD drive inside(NA4W0E1S)



Seagate Confidential



## WD drive inside(NA4W06CW)



Seagate Confidential

HIGHLY CONFIDENTIAL



# WD drive inside(NA4W0D0A)





Seagate Confidential



# WD drive inside(NA4W0E06)



Seagate Confidential

HIGHLY CONFIDENTIAL



# WD drive inside(NA4W09W7)



Seagate Confidential



# WD drive inside(NA4W0D36)



Seagate Confidential

FED_SEAG0026160



# WD drive inside(NA4W0HA3)



Seagate Confidential



# WD drive inside(NA4W0DS6)



Seagate Confidential

HIGHLY CONFIDENTIAL



# WD drive inside(NA4W0KY8)



Seagate Confidential



# Hitachi drive inside(NA4W0G04)



Seagate Confidential



## Maxtor drive inside(NA4W0C9B)



Seagate Confidential



# Maxtor drive inside(NA4W0GYS)



Seagate Confidential

HIGHLY CONFIDENTIAL    FED_SEAG0026166



# Maxtor drive inside(NA4W06GY)





Seagate Confidential

HIGHLY CONFIDENTIAL



# Maxtor drive inside(NA4W0254)



Seagate Confidential

HIGHLY CONFIDENTIAL



# Wrong Capacity NA4W05LY(only 300GB)



HIGHLY CONFIDENTIAL

FED_SEAG0026169



# Non label on top cover(NA4W032N)



Seagate Confidential

# Expansion Plus Desk (Saker Desk)

## Contacts to Install Base





| Lifetime Contacts | | Lifetime contacts/drive |
|---|---|---|
| 389 | | 2.14% |





Seagate Confidential

# LaCie Fuel

## Star Rating





- Connection (didn't appear on network)
- Media playback
- General setup difficult
- Slow transfer rate
- Didn't like software

Seagate Confidential



# Wireless Plus (Gemini)
## Star Rating





- Connection (didn't appear on network)
- Media playback
- General setup difficult
- Slow transfer rate
- Didn't like software

Seagate Confidential

# Central (Cirrus)
## Contacts to Install Base





| Lifetime Contacts | | CIB% |
|---|---|---|
| 25,235 | | 12.80% |

**Central - CIB% Trend**

- Non-Installation Issues
  - Setup Assistance
  - Backup creates excessive number of files
  - Discovery tool doesn't see drive
  - Not seen on network

- Instructions Not Clear
  - Restore assistance
  - The drive backs itself up onto itself
  - Unsure how to access the drive
  - Setup assistance

- Tappin
  - Unsure how to use remote access
  - Unsure how remote access works
  - Setup assistance

Seagate Confidential

FED_SEAG0026174

# BS 1-Bay NAS (Whitney-Sentinel)
## Star Rating







- Connection
- Slow transfer rate
- Documentation
- Difficult to setup

Seagate Confidential

FED_SEAG0026175

# BS 2-Bay NAS (Whitney-Half Dome)

## Star Rating







- Software
- Documentation
- Slow transfer rate
- Connection

Seagate Confidential

# BS 4-Bay NAS (Whitney-El Capitan)

## Star Rating







- Documentation
- Slow transfer rate
- Software
- Connection

Seagate Confidential

# BS 4-Bay NAS (Whitney-El Capitan)
## Contacts to Install Base





| Lifetime Contacts | Lifetime contacts/drive |
|---|---|
| 6120 | 43.52% |

**Business Storage 4-Bay NAS - CEB% Trend**

Seagate Confidential

# BS 4-Bay Rackmount NAS (Charger)

## Contacts to Install Base





Seagate Confidential

# BS 8-Bay Rackmount NAS (Challenger)

## Contacts to Install Base





| Lifetime Contacts | CIB% |
|---|---|
| 211 | 65.12% |

Seagate Confidential

# BS Windows Server 4-Bay NAS (Wintel)

## Contacts to Install Base





| Lifetime Contacts | | CIB% |
|---|---|---|
| 201 | | 41.44% |





Seagate Confidential

# BS 2-Bay NAS (Whitney-Half Dome)
## Net Promoter Score





Seagate Confidential

# BS 4-Bay NAS (Whitney-El Capitan)
## Net Promoter Score



Seagate Confidential

# BS Windows Server 4-Bay NAS (Wintel)
### Net Promoter Score





Seagate Confidential

FED_SEAG0026184

Seagate Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0026185