1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   JOY O. SIU, Cal. Bar. No. 307610
5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone:    415.434.9100
   Facsimile:    415.434.3947
7  Email:        npopovic@sheppardmullin.com
                 amclean@sheppardmullin.com
8                trodewald@sheppardmullin.com
                 lpayne@sheppardmullin.com
9                jsiu@sheppardmullin.com

10 Attorneys for Defendant SEAGATE TECHNOLOGY, LLC

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15

16 | IN RE SEAGATE TECHNOLOGY, LLC LITIGATION | Case No. 3:16-cv-00523 JCS

17 | CONSOLIDATED ACTION

**DECLARATION OF JEFF FOCHTMAN IN SUPPORT OF SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

18

19 Judge: Hon. Joseph C. Spero
   Date: March 30, 2018
20 Time: 9:30 a.m.
   Dept.: Courtroom G
21
   Filed Concurrently with DEFENDANT
22 SEAGATE TECHNOLOGY LLC'S
   OPPOSITION TO MOTION FOR CLASS
23 CERTIFICATION

24

25

26

27

28

1     I, Jeff Fochtman, declare as follows:

2          1.     I have personal knowledge of the facts set forth in this declaration, and, if

3     called as a witness, could and would competently testify to their truth.

4          2.     I have worked at Seagate Technology LLC ("Seagate" or the "Company")

5     for a total of ten years, first from October 2007–October 2009 and again from April 2012 to the

6     present.

7          3.     I am currently employed as Seagate's Vice President of Global Marketing.

8     From April 2012–August 2016, I was employed as Senior Director of Global Marketing.  From

9     October 2007–October 2009, I was employed as Director of Consumer Product Marketing.

10    Although my level of seniority and responsibility has increased as my title changed, my duties in

11    each role have involved managing Seagate's brand and marketing strategies, competitive analysis,

12    and campaign creation.  These duties all involve marketing Seagate hard drives ("HDDs").

13         4.     It is my understanding that Seagate HDDs with model ST3000DM001 (the

14    "Drives") are at issue in this action.  The Drives were marketed under numerous names.  The

15    internal products ("Internal Products") containing the Drives at issue are: Barracuda and Desktop

16    HDD Internal Kit. The external products ("External Products") containing the Drives at issue are:

17    Backup Plus Desk, Backup Plus for Mac, Expansion Desk, Expansion Desk Plus, GoFlex Desk for

18    Mac, FreeAgent GoFlex Home, FreeAgent GoFlex Desk, Business 1 Bay NAS, Business 2 Bay

19    NAS, and Business 4 Bay NAS.

20    **General Marketing of Seagate Products**

21         5.     Seagate does not publish marketing materials (including Product Manuals,

22    Data Sheets, and Storage Solutions Guides) specific to the ST3000DM001 drive alone.  Instead,

23    Seagate publishes marketing materials for specific products.  The Internal and External Products

24    were either exclusively or partially manufactured with the ST3000DM001.  In general, marketing

25    materials for Seagate's external products do not reference internal drive ST numbers, therefore,

26    marketing materials for the External Products at issue here would not have referenced the

27    ST3000DM001.   Marketing materials for the Internal Products may have referenced the

28    ST3000DM001, but there are no marketing materials for the ST3000DM001 itself.

Case No. 3:16-cv-00523 JCS

SMRH:485057864.1

FOCHTMAN DECLARATION
ISO CLASS CERTIFICATION OPPOSITION

6.          Additionally, Seagate's webpages concerning external products do not reference internal drive ST numbers. This means that the ST3000DM001 was never listed on Seagate's website in connection with any of the External Products at issue here, either through specifications tabs or through the publications discussed in Paragraph 5 above. The ST numbers listed on Seagate's website for the External Products were the ST numbers for the chassis or box, not the drive.

**Packaging Box Marketing for Products Containing the Drives**

7.          Joy Basa, a Packaging Program Manager at Seagate, gathered all available packaging box marketing from 2011 to February 2016 for both the Internal and External Products. Ms. Basa relayed that the artwork is the only artwork available from Seagate's packaging artwork repository. To the best of my knowledge, all of these materials have been produced to Plaintiffs in this litigation and those attached hereto as **Exhibit 1** are true and correct copies.

8.          Seagate never made any AFR representations on the packaging box marketing for the Internal or External Products.

**Combined AFR Publication of "0.34%, 1%" on Website**

9.          I understand that Plaintiffs claim Seagate published an AFR specification of "0.34%, 1%" for products containing the Drives on its website at certain points in time. *See* Motion, 7:1-2. This is not the case. Plaintiffs refer to archived copies of Seagate's webpages marketing the Barracuda on April 28, 2012 and January 17, 2013 found on the Wayback machine (Internet Archive). *Id*. (citing Hospodor Declaration).

10.          I have reviewed the archived copies of Seagate's website to which Plaintiffs refer. At these times, Seagate's website had summaries that combined information for many models and sizes of drives together. As shown in the images below, the website grouped information for all capacities of Barracuda drives (from 160GB - 3TB), with different speeds (5900RPM, 7200RPM) different amounts of cache (8MB, 16MB, 32MB, 64MB), different physical dimensions (including heights of 19.98mm, 20.17mm, 26.1mm), different areal densities, etc. The website clearly stated that visitors could "Compare Barracuda Desktop Hard Drive

SMRH:485057864.1

1    Models."  The combined AFR specification of "0.34%, 1%" was not an AFR representation for

2    the Barracuda product.

3    **April  28, 2012 Barracuda Marketing Webpage**

4    **(**https://web.archive.org/web/20120428124406/http://www.seagate.com:80/internal-hard-

5    drives/desktop-hard-drives/)

6    1.  "At A Glance" Tab.  The circled text shows that the various drives range from Capacities

7         of 160 GB – 3TB, have different Spindle Speeds (5900RPM and 7200RPM) and have

8         different amounts of Cache (8MB, 16MB, 32MB, 64MB).  The highlighted text invites

9         users to "Compare Barracuda Desktop Hard Drive Models."



2. "Features" Tab. Although it is difficult to discern in this image, the "Height" specification (highlighted) lists three different heights. The "Areal Density" specification also lists a variety of areal densities.



3. "Specifications" Tab. This specifications tab lists two different AFRs ("0.34%, <1%") for the different sizes of Barracuda drive. It also lists four different "Average Operating Power" specifications ("5.9W, 6.19W, 6.7W, 8.0W").



**January 17, 2013 Barracuda Marketing Webpage**

(https://web.archive.org/web/20130117005718/http://www.seagate.com/internal-hard-drives/desktop-hard-drives/)

1  Like the tabs above, the tabs from January 17, 2013 list multiple sizes (Capacities), Spindle

2  Speeds, Cache sizes, Areal Densities, Average Operating Power specifications, and two different

3  AFRs.

4      1.  "At A Glance" Tab.



14      2.  "Features" Tab.



SMRH:485057864.1

FOCHTMAN DECLARATION
ISO CLASS CERTIFICATION OPPOSITION

3. "Specifications" Tab.



Executed on this 5th day of January, 2018, at Tracy, California.



Jeff Fochtman

SMRH:485057864.1

FOCHTMAN DECLARATION
ISO CLASS CERTIFICATION OPPOSITION

# EXHIBIT 1

FED_SEAG0070131



CONFIDENTIAL



FED_SEAG0070132

CONFIDENTIAL



FED_SEAG0070133

CONFIDENTIAL

FED_SEAG0070134





FED_SEAG0070135

Seagate

**3** Year limited warranty
Garantie limitée de 3 ans

PN 100714061  10/12

Fully recyclable package
Emballage entièrement recyclable

Seagate

# Backup Plus
FOR MAC
POUR MAC

DESKTOP DRIVE
DISQUE EXTERNE

Mac

Time Machine® compatible backup for your digital life
Sauvegarde compatible avec Time Machine® pour
votre vie numérique

Seagate

Time Machine® Compatible
Compatible avec Time Machine®

Social Media Backup
Sauvegarde des réseaux sociaux

Upgradeable Interface
Interface pouvant être mise à niveau

FireWire® 800
FireWire® 800

USB 2.0
USB 2.0

Compatible with
Compatible avec
• Mac® OS X 10.4 or higher/ou ultérieur
• Windows® 8, Windows 7
• Windows® Vista, Windows® XP

Mac

Seagate

**Easily protect your stuff**
Works seamlessly with Time Machine® backup software.

**Protégez facilement vos données**
Fonctionne parfaitement avec le logiciel de sauvegarde
Time Machine®.

**Save from Facebook to your drive**
Read onboard that even content in Facebook and other
social media sites can be blacked up too.

**Enregistrez vos données Facebook
sur votre disque**
N'ignorez onboard votre contenu sur Facebook et autres
réseaux sociaux sans aussi avoir sauvegardés.

**Flexible to suit all your needs**
Use with both Mac computers and PCs—no reformatting.
Mac users can increase transfer speed by upgrading to
a Thunderbolt™ adapter (sold separately).

**De la souplesse pour tous vos besoins**
Pour un ordinateur Mac comme PC — sans informatique.
Les utilisateurs de Mac peuvent augmenter la vitesse
de transfert avec un adaptateur Thunderbolt™ (vendu
séparément).

CONFIDENTIAL



FED_SEAG070136

CONFIDENTIAL

FED_SEAG0070137



CONFIDENTIAL

FED_SEAG070138

Seagate ®

100231489C

USB 3.0

Power
Alimentation

Capacity gauge
(Front)
Jauge de
capacité
(Avant)

Fully recyclable package
Emballage entièrement recyclable

Seagate ®

PN 100731489C   08/13

# Backup Plus FOR MAC

DESKTOP DRIVE
DISQUE EXTERNE

USB 3.0

Mac

Time Machine® compatible backup
for your digital life

Sauvegarde compatible avec
Time Machine® pour votre vie numérique

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC, or one of its affiliates. Mac, Time Machine and the Mac logo are trademarks of Apple Inc. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes when referring to hard drive capacity. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications.

Seagate Technology LLC, 10200 S. De Anza Blvd., Cupertino, CA 95014 • U.S.A.
Seagate Technology International, Koolhovenlaan 1, 1119 NB Schiphol-Rijk, The Netherlands

www.seagate.com

Seagate ®

Time Machine® Compatible
Compatible avec Time Machine®

Social Media Backup
Sauvegarde des réseaux sociaux

Upgradable Interface
Interface pouvant être mise à niveau

USB 3.0
USB 3.0

Compatible with
Compatible avec

• Mac OS® X 10.6 or higher/ou ultérieur
• Windows® 8, Windows® 7,
  Windows Vista®, Windows XP

Mac

Reversible compatible avec USB 2.0 (ou avec USB 3.0)
transfer speeds
de vitesse USB 3.0

---

HUDSON YARDS

MAGENTA
CYAN
BLACK
GLOSS

533 Seventh Ave.
San Francisco, CA 94103
Tel: 415.621.5966
Fax: 415.551.1104

Seagate ®

## Easily protect your stuff
Works seamlessly with Time
Machine® backup software.

## Protégez facilement vos
## données
Fonctionne parfaitement avec
le logiciel de sauvegarde
Time Machine®.

## Save from Facebook to
## your drive
Feel assured that even content
in Facebook and other
select social media sites can be
backed up too.

## Enregistrez vos données
## Facebook sur votre disque
Il est même possible de
sauvegarder du contenu de
Facebook et d'autres sites de
réseaux sociaux.

## Flexible for all your needs
Use with both Mac and PC
computers—no reformatting.
Connect using USB or
Thunderbolt™ or Thunderbolt™
(adapters sold separately).

## De la souplesse pour tous
## vos besoins
Pour ordinateurs Mac et PC,
aucun reformatage nécessaire.
Connexion avec USB, Thunderbolt,
ou Thunderbolt™
(adaptateurs vendus séparément).

Mac

USB 3.0
(A 3-cable included)
(Câble 3.0 inclus)

Thunderbolt™ adapter
(not included)
(Adaptateur non inclus)
(vendu séparément)

FED_SEAG0070139




# Backup Plus

Seagate

DESKTOP DRIVE
DISQUE DUR EXTERNE

USB 3.0

Easy backup for your digital life. For PC and Mac

Sauvegarde pour votre vie numérique, en toute simplicité. Pour PC et Mac

www.seagate.com

2 Year limited warranty
Garantie limitée de 2 ans
Details available at
www.seagate.com/retailwarranty

PN 100739896  11/13

Fully recyclable package
Emballage entièrement recyclable

Easy Backup
Sauvegarde aisée

Mobile Device Backup
Sauvegarde des données de votre appareil mobile

Social Media Backup
Sauvegarde des réseaux sociaux

Compatible with/avec:

• Windows® 8, Windows 7,
  Windows Vista®, Windows XP
• Mac OS® X 10.6.8 or higher/
  ou supérieur
• iOS 4 and/et higher/supérieur
• Android 2.3 or higher/ou supérieur

      





HUDSON YARDS

MAGENTA  CYAN  BLACK  GLOSS

• Easy backup for your computer, mobile devices¹ and social network sites
• Use between Windows and Mac

¹Mobile device backup feature available early 2014

• Sauvegarde facile de votre ordinateur, vos appareils mobiles¹ et vos réseaux sociaux
• Utilisation entre Windows et Mac

¹Fonctionnalité de sauvegarde sur appareils mobiles disponible début 2014

• Copias de seguridad sencillas para su ordenador, sus dispositivos móviles¹ y los sitios web de sus redes sociales.
• Utilícelas entre Windows y Mac.

¹Función de copias de seguridad de los dispositivos móviles disponible a principios de 2014.

• Backup fácil para seu computador, dispositivos móveis¹ e sites de rede social
• Use entre Windows e Mac

¹O recurso de backup para dispositivos móvel estará disponível no início de 2014.

flickr

FED_SEAG00070140

Seagate

**2** Year limited warranty
Garantie limitée de 2 ans
Details available at
www.seagate.com/onlinewarranty

PN 1007396965  04/14

Fully recyclable package
Emballage entièrement recyclable

Seagate

# Backup Plus

DESKTOP DRIVE
DISQUE DUR EXTERNE

USB 3.0

Easy backup for your digital life. For PC and Mac.

Sauvegarde pour votre vie numérique, en toute simplicité. Pour PC et Mac.

www.seagate.com

Seagate

Easy Backup
Sauvegarde aisée

Mobile Device Backup
Sauvegarde des données de votre appareil mobile

Social Media Backup
Sauvegarde des réseaux sociaux

Compatible with/avec
* Windows® 8, Windows® 7,
  Windows Vista®, Windows XP
* Mac OS® X 10.8.5 or higher/
  ou altérieur
* Android 2.3 or regher/ou altérieur



Seagate

* Easy backup for your computer, mobile devices and social network sites
* Use between Windows and Mac

* Sauvegarde facile de votre ordinateur, vos appareils mobiles et vos réseaux sociaux
* Utilisation entre Windows et Mac

* Copias de seguridad sencillas para su ordenador, sus dispositivos móviles y los sitios web de sus redes sociales.
* Utilícelas entre Windows y Mac.

HUDSONYARDS

FED_SEAG0070141



# Backup Plus

## Seagate

FOR MAC
POUR MAC

DESKTOP DRIVE
DISQUE EXTERNE

USB 3.0

Time Machine® compatible backup for your digital life

Sauvegarde compatible avec Time Machine® pour votre vie numérique

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans
Details available at
www.seagate.com/retailwarranty

PN 100740744 11/13

Time Machine®
Compatible
Compatible avec
Time Machine®

Mobile Device
Backup
Sauvegarde des
données de vos
appareils mobiles

Social Media Backup
Sauvegarde des
réseaux sociaux

Compatible with/avec:
• Mac OS® X 10.6.8 or higher/
ou ultérieur
• Windows® 7,
Windows Vista®, Windows XP
• iOS 4 or higher/ou ultérieur
• Android 2.3 or higher/ou ultérieur



© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries.

Seagate Technology LLC, 10200 S. De Anza Blvd., Cupertino, CA 95014 U.S.A.

www.seagate.com



HUDSONYARDS

## Seagate



• Time Machine ready

• Backup content from mobile*
  devices and social network sites

• Use between Mac and Windows

*Mobile device backup feature available early 2014

• Compatible Time Machine

• Sauvegarde de contenus
  d'appareils mobiles* et de
  réseaux sociaux

• Utilisation entre Mac et Windows

*Fonctionnalité de sauvegarde sur appareil mobile
disponible début 2014

• Time Machine compatible.

• Realice copias de seguridad del
  contenido desde los dispositivos
  móviles* y los sitios web de las
  redes sociales.

• Utilícela entre Mac y Windows.

*La función de copia de seguridad de los dispositivos móviles
disponible a principios de 2014

• Time machine pronta

• Conteúdo de backup de
  dispositivos móveis* e sites
  de redes sociais

• Use entre Mac e Windows

*O recurso de backup para dispositivo móvel estará
disponível no início de 2014

CONFIDENTIAL

FED_SEAG0070142

# Backup Plus

## Seagate

FOR
POUR MAC

DESKTOP DRIVE
DISQUE EXTERNE

USB 3.0

Time Machine® compatible backup
for your digital life.

Sauvegarde compatible avec
Time Machine® pour votre vie numérique.

Time Machine® Compatible
Compatible avec Time Machine®

Mobile Device Backup
Sauvegarde des données
de vos appareils mobiles

Social Media Backup
Sauvegarde des réseaux sociaux

Compatible with/avec:

- Mac OS® X 10.6.8 or higher/ou ultérieur
- Windows® 8, Windows 7, Windows Vista®, Windows XP
- iOS 6 or higher/ou ultérieur
- Android 2.3 or higher/ou ultérieur

Fully recyclable package
Emballage entièrement recyclable

www.seagate.com

Seagate Technology LLC, 10200 S. De Anza Blvd., Cupertino, CA 95014 U.S.A.
Seagate Technology International, Koolhovenlaan, 1119 NB Schiphol-Rijk, The Netherlands

USB 3.0

USB 3.0

Power
Alimentation





FED_SEAG0070143

CONFIDENTIAL



FED_SEAG0070144

CONFIDENTIAL

FED_SEAG0070145



FED_CONFIDENTIAL




FED_SEAG0070146

IDEA/GrafX ISO 12647-7 Digital Control Strip 2009



---

Fully recyclable package
Emballage entièrement recyclable

**5** Year limited warranty
Garantie limitée de 5 ans





**High Performance • Hautes Performances**

# Barracuda®

DESKTOP PC HARD DRIVE
DISQUE DUR D'ORDINATEUR DE BUREAU

PN 100656244 01/10

**CONTENU DE L'EMBALLAGE**
- Disque interne 3,5" Seagate® Barracuda®
- Câble d'interface SATA
- Câble d'alimentation SATA
- Guide d'installation rapide
- Vis de montage
- Garantie limitée de 5 ans

**CONFIGURATION SYSTÈME REQUISE**
- Systèmes d'exploitation Windows® XP, Windows Vista® ou Windows® 7
- Mac® OS X
- Un port SATA libre

**CARACTÉRISTIQUES TECHNIQUES**
- Interfaces d'interface SATA sur la carte mère ou sur carte additionnelle

**INSIDE THE BOX**
- Seagate® Barracuda® 3.5" internal drive
- SATA interface cable
- SATA power cable
- Quick Install Guide
- Mounting screws
- 5-year limited warranty

**SYSTEM REQUIREMENTS**
- Windows® XP, Windows Vista®, Windows® 7, or Mac® OS X operating system
- Power Mac® G5 computer or newer running Mac® OS X operating system
- Linux
- SATA interface connector on motherboard or add-in card

**SPECIFICATIONS**
- Serial ATA interface with NCQ (Native Command Queuing)





---

# Seagate

# Barracuda®
DESKTOP PC HARD DRIVE
DISQUE DUR D'ORDINATEUR DE BUREAU

**Blazingly fast:** Delivers optimum mix of performance and energy efficiency with a 7200 RPM spin speed and up to 32MB of cache

**Whisper quiet:** Minimizes acoustic levels using Seagate® QuietStep™ technology

**Effortless:** Includes Seagate® DiscWizard™ software for easy migration from your old hard drive

**Dependable:** Gives you peace of mind with a Seagate 5-year limited warranty

**Extrème rapidité :** Il offre une combinaison optimale de performances et d'efficacité énergétique grâce à une vitesse de rotation de 7 200 tr/min et une mémoire cache jusqu'à 32 Mo.

**Ultra-silencieux :** Il réduit les niveaux sonores grâce à la technologie Seagate® QuietStep™

**Très simple :** Logiciel Seagate® DiscWizard™ inclus pour un transfert facile depuis votre ancien disque dur.

**Fiable :** Il vous offre une tranquillité d'esprit grâce à la garantie limitée Seagate de 5 ans.

**Espectacularmente rápido:** Ofrece una mezcla óptima de rendimiento y bajo consumo de energía con una velocidad de giro de 7.200 r.p.m. y hasta 32 MB de caché

**Ultrasilencioso:** Reduce el mínimo los niveles de ruido gracias a la tecnología Seagate® QuietStep™

**Sin esfuerzo:** Incluye el software Seagate® DiscWizard™ para una migración sencilla desde su anterior disco duro

**Fiable:** mira por su tranquilidad con los 5 años de garantía limitada de Seagate





FED_SEAG0070147



**Seagate**

**Barracuda®**
DESKTOP PC HARD DRIVE
DISQUE DUR D'ORDINATEUR DE BUREAU

**High Performance • Hautes Performances**

**Barracuda®**
DESKTOP PC HARD DRIVE
DISQUE DUR D'ORDINATEUR DE BUREAU

5 Year limited warranty
Garantie limitée de 5 ans

Fully recyclable package
Emballage entièrement recyclable

PN 100656246  0711

**CONTENU DE L'EMBALLAGE**
- Disque interne 3.5" Seagate® Barracuda®
- Câble d'interface SATA
- Câble d'alimentation SATA
- Guide d'installation rapide *(en option)*
- Vis de montage
- Garantie limitée de 5 ans

**CONFIGURATION SYSTÈME REQUISE**
- Système d'exploitation Windows® XP, Windows Vista®, Windows® 7, ou Windows® 8
- Power Mac® OS ou ordinateur avec système d'exploitation
- Linux
- Connecteur d'interface SATA sur la carte mère ou carte additionnelle

**CARACTÉRISTIQUES TECHNIQUES**
- Disque de stockage de données de 3.5 po
- Interface Serial ATA dotée de la technologie NCQ (Native Command Queuing)

**Especтаculamente rápido:** Ofrece una máxima potencia de rendimiento y bajo consumo de energía con una velocidad de giro de 7,200 r/m, y hasta 32 MB de caché.

**Ultrasilencioso:** Reduce al mínimo los niveles de ruido gracias a la tecnología Seagate® QuietStep™.

**Sin esfuerzo:** Incluye el software Seagate® DiscWizard™ para una migración sencilla desde su antiguo disco duro a su anterior.

**Dependable:** Gives you peace of mind with Seagate's 5-year limited warranty.

**Extrema rapidez:** Ofrece una mix ideal de desempeño y bajo consumo de energía con una rotación de 7,200 RPM y un caché de hasta 32 MB.

**Operação silenciosa:** Minimiza níveis sonoros usando a tecnologia Seagate® QuietStep™.

**Fácilmente:** Inclui o software Seagate® DiscWizard™ para uma migração fácil do disco rígido antigo.

**Confiável:** Oferece tranquilidade com a garantia limitada de cinco anos da Seagate.

**INSIDE THE BOX**
- Seagate® Barracuda® 3.5" internal drive
- SATA interface cable
- SATA power cable
- Quick Start guide *(optional)*
- Mounting screws
- 5-year limited warranty

**SYSTEM REQUIREMENTS**
- Windows® XP, Windows Vista®, Windows® 7, Windows® 8 64-bit operating system
- Power Mac® OS computer or newer running an OS/X OS operating system
- Linux
- SATA interface connector on motherboard or add-in card

**SPECIFICATIONS**
- 3.5 inch data storage
- Serial ATA interface with NCQ (Native Command Queuing)

**Blazingly fast:** Delivers optimum mix of performance and energy efficiency with a 7,200 RPM spin speed and up to 32MB of cache.

**Whisper quiet:** Minimizes acoustic levels using Seagate® QuietStep™ technology.

**Effortless:** Includes Seagate® DiscWizard™ software for easy migration from your old hard drive.

**Dependable:** Gives you peace of mind with Seagate's 5-year limited warranty.

**Extrême rapidité:** Il offre une combinaison optimale de performances et d'efficacité énergétique grâce à une vitesse de rotation de 7,200 tr/min et une mémoire cache jusqu'à 32 Mo.

**Ultra-silencieux:** Il réduit les niveaux sonores grâce à la technologie Seagate® QuietStep™.

**Très simple:** Logiciel Seagate® DiscWizard™ inclus pour une migration facile depuis votre ancien disque dur.

**Fiable:** Il vous offre une tranquillité d'esprit grâce à la garantie limitée Seagate de 5 ans.

© 2011 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology, the Wave logo, Barracuda and the Barracuda logo are trademarks or registered trademarks of Seagate Technology LLC or its affiliates.

Seagate Technology LLC
920 Disc Drive, Scotts Valley CA 95066 U.S.A.

CONFIDENTIAL

HUDSONYARDS
500 Washington Street
Suite 200
San Francisco, CA 94111
tel 415 369 1871
fax 415 369 5971

MAGENTA
CYAN
BLACK
PMS 390C
Spot Gloss

FED_SEAG0070148



CONFIDENTIAL



FED_SEAG0070149

CONFIDENTIAL











FED_SEAG0070150

CONFIDENTIAL

FED_SEAG0070151

3 Year limited warranty
Garantie limitée de 3 ans

Fully recyclable package
Emballage entièrement recyclable

PN 100110239D  1/13

# Seagate

# Business Storage

**1-BAY NAS**
**SYSTÈME NAS À 1 BAIE**

Create your own private cloud
Créez votre espace de stockage privé sur Internet







CONFIDENTIAL

## Create Your Own Private Cloud
- Stay connected to your files from anywhere in the world and create a shared space for your colleagues to use.
- Download the free apps for iPhone, iPad and Android phones

## PC and Mac® Computer Backup
- Business-grade backup software offers full-system automated backup and restore for PCs
- Use Time Machine® to back up files from your Mac computer to the Seagate Business NAS

## Government-grade Data Security
- Hardware-encryption technology helps protect data stored on Business NAS — without slowing down your business

## State-of-the-art Media Streaming
- Stream movies, music and photos to media players, game consoles, computers and other devices throughout your business or home.

## Créez votre espace de stockage privé sur Internet
- Restez connecté à vos fichiers où que vous soyez dans le monde et créez un espace partagé pour collaborer avec vos collègues et amis.
- Téléchargez les applis gratuites pour iPhone, iPad et appareils Android™

## Sauvegarde pour PC et Mac®
- Sauvegardez et restaurez intégralement et automatiquement les ordinateurs PC grâce à un logiciel de sauvegarde professionnel.
- Utilisez Time Machine® pour sauvegarder les fichiers de votre Mac® sur le système NAS Seagate Business

## Sécurité des données de niveau supérieur
- La technologie de cryptage contribue à protéger les données stockées sur le système NAS, sans ralentir vos activités.

## Streaming multimédia de pointe
- Diffusez des films, de la musique et des photos sur des lecteurs multimédias, des consoles de jeu, des ordinateurs et d'autres appareils dans votre entreprise ou à domicile

## Create your own private cloud
- Permanezca conectado a sus archivos directo desde cualquier lugar del mundo y cree un espacio compartido para que lo usen sus colegas y amigos.
- Descargue las aplicaciones gratuitas para los dispositivos iPhone, iPad y Android™

## Copia de seguridad para ordenadores PC y Mac®
- El software de copia de seguridad de calidad empresarial ofrece copias de seguridad y restauración automáticas de todo el sistema para PC.
- Utilice Time Machine® para realizar copias de seguridad de los archivos de su ordenador Mac® en Seagate Business NAS

## Seguridad de datos de nivel gubernamental
- La tecnología de cifrado de hardware le ayuda a proteger los archivos almacenados en el servidor NAS, sin ralentizar su negocio.

## Reproducción multimedia de última generación
- Difunda cine, música y fotografías en reproductores multimedia, consolas de videojuegos, ordenadores, dispositivos, en casa o en el trabajo.

FED_SEAG0070152

# Seagate

## Business Storage

2-BAY NAS
SYSTÈME NAS À 2 BAIES

Create your own private cloud
Créez votre espace de stockage
privé sur Internet

**3** Year limited warranty
Garantie limitée de 3 ans

Fully recyclable package
Emballage entièrement recyclable

PN: 100176645  11/12

CONFIDENTIAL

FED_SEAG0070153





CONFIDENTIAL

Fully recyclable package
Emballage entièrement recyclable

**3** Year limited warranty
Garantie limitée de 3 ans

# Seagate

PN 100718449  10/12

# Business Storage

2-BAY NAS
SYSTÈME NAS À 2 BAIES





Create your own private cloud
Créez votre espace de stockage
privé sur Internet










FED_SEAG0070154









# Seagate

## Business Storage

2-BAY NAS
SYSTÈME NAS À 2 BAIES

Create your own private cloud

Créez votre espace de stockage privé sur Internet

Fully recyclable package
Emballage entièrement recyclable

**3** Year limited warranty
Garantie limitée de 3 ans

CONFIDENTIAL



CONFIDENTIAL



FED_SEAG00706

CONFIDENTIAL



FED_SEAG007357

CONFIDENTIAL

FED_SEAG0070158

Seagate

Un design [36,0 mm]

36,0 mm design

Fully recyclable package
Emballage entièrement recyclable

# Expansion

DESKTOP DRIVE
DISQUE DE BUREAU

Add-on storage for your PC
Stockage supplémentaire
pour votre PC

Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014 U.S.A.
**www.seagate.com**

PN 100707240 GXV2

Compatible with
Compatible avec

USB 3.0
USB 2.0

Windows® XP

Seagate

HUDSONYARDS

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw pc
- Dispositivo di memoria aggiuntivo per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας

- Extra lagringsutrymme till din dator
- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Armazenamento suplementar para o seu PC
- 适用于 PC 的附加存储设备
- 適用於 PC 的附加儲存裝置
- PC용 추가 스토리지
- PC 用アドオンストレージ

CONFIDENTIAL

FED_SEAG0070159



# Expansion

DESKTOP DRIVE
DISQUE DE BUREAU

Add-on storage for your PC
Stockage supplémentaire
pour votre PC

Seagate

Fully recyclable package
Emballage entièrement recyclable

36.0 mm design
Un design (36.0 mm)

Compatible with
Compatible avec

Windows® XP

USB 3.0
USB 2.0

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw pc
- Dispositivo di memoria aggiuntiva per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας
- Extra lagringsplats/minne till din dator
- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Armazenamento suplementar para o seu PC
- 適用于 PC 的附加存储设备
- 適用於 PC 的附加存儲裝置
- PC용 추가 스토리지
- PC 用アドオンストレージ

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

CONFIDENTIAL



FED_SEAG0070160

CONFIDENTIAL



# Expansion

**DESKTOP DRIVE**
**DISQUE DE BUREAU**

Add-on storage for your PC.
Stockage supplémentaire pour votre PC.

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw pc
- Dispositivo di memoria aggiuntiva per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας
- Extra lagringsutrymme till din dator
- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Unidade de desktop
- Armazenamento suplementar para o seu PC
- 適用於 PC 的附加存储设备
- 適用於 PC 的附加儲存裝置
- PC용 추가 스토리지
- PC 用アドオンストレージ

Compatible with
Compatible avec
Compatible.com

Windows® XP

USB 3.0
USB 2.0

Fully recyclable package
Emballage entièrement recyclable

© 2014 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014 U.S.A.
www.seagate.com

PN 100732617   04/13

FED_SEAG0070161



FED_SEAG0070162

**SEAGATE**

Expansion ↻

Compatible with
Compatible avec
ComputerLink.com

USB 3.0
USB 2.0

Fully recyclable package
Emballage entièrement recyclable

**SEAGATE**

Expansion

**Desktop Drive**
for your PC
**Disque Dur Externe**
pour votre PC

PN 100783190 10/14

Seagate Technology LLC
www.seagate.com

**SEAGATE**

Expansion ↻

Connect with
Connectez-vous
ComputerLink.com

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw pc
- Dispositivo di memoria aggiuntiva per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας
- Extra lagringsutrymme till din dator

- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Armazenamento suplementar para o seu computador
- Unidade de desktop: para o seu PC
- Almacenamiento suplementar para o seu PC
- 適用于 PC 的附加存储设备
- 適用於 PC 的附加儲存裝置
- PC용 추가 스토리지
- PC用アドオンストレージ

HUDSONYARDS

**SEAGATE**

CONFIDENTIAL

FED_SEAG0070163



## SEAGATE

### Expansion

**Desktop Drive**
for your PC

**Disque Dur Externe**
pour votre PC

Compatible with
Compatible avec
Compatibel con

USB 3.0
USB 2.0

PN 100783106B  12/14

Fully recyclable package
Emballage entièrement recyclable

Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014 U.S.A.
Seagate Singapore International Headquarters Pte. Ltd.
7000 Ang Mo Kio Ave. 5, Singapore 569877
www.seagate.com

### Expansion

Connect with
Connectez-vous
Conecte con

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw PC
- Dispozitiv di memoria aggiuntiva per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας
- Extra lagringsutrymme till din dator
- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Armazenamento suplementar para o seu computador
- Unidade de desktop: para o seu PC seu PC
- 适用于 PC 的附加存储设备
- 適用於 PC 的附加儲存裝置
- PC용 추가 저장장치
- PC 用アドオンストレージ



## SEAGATE

© 2014 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Spiral logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

CONFIDENTIAL

FED_SEAGATE0070164

**SEAGATE**

Expansion+

Compatible with

USB 3.0
USB 2.0

Expansion+

**Expansion+**

**Desktop Drive**
for your PC

Seagate Technology LLC
10200 S. De Anza Blvd., Cupertino, CA 95014 U.S.A.
www.seagate.com

FC CE

Fully recyclable package

**1** Year limited warranty
Details available at
www.seagate.com/nawarranty

PN 100721144  02/15

Expansion+

Add-on storage with easy-to-use backup
software for your Windows® computer

USB 3.0

**SEAGATE**

**SEAGATE**

© 2015 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology, and the Spiral logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

HUDSONYARDS

MAGENTA
CYAN
BLACK
Spot Gloss

CONFIDENTIAL

FED_SEAG0070165

SEAGATE

Expansion

Compatible with
Compatible avec
Compatível com

USB

♲ Fully recyclable package
Emballage entièrement recyclable

SEAGATE

Expansion ↻

Expansion

**Desktop Drive**
for your PC
**Disque Dur Externe**
pour votre PC

PN 100769622  09/15

Seagate Technology LLC
www.seagate.com

SEAGATE

Expansion ↻

Expansion

Compatible with
Compatible avec
Compatível com

USB
SUPERSPEED

SEAGATE

HUDSONYARDS

MAGENTA
CYAN
BLACK
Spot Gloss

- Add-on storage for your PC
- Stockage supplémentaire pour votre PC
- Zusatzspeicher für Ihren PC
- Almacenamiento adicional para su PC
- Extra opslag voor uw PC
- Dispositivo di memoria aggiuntivo per PC
- Πρόσθετος χώρος αποθήκευσης για τον υπολογιστή σας
- Extra lagringsutrymme till din dator
- Dodatkowe urządzenie przechowujące dane
- Дополнительное хранилище для ПК
- Armazenamento suplementar para o seu computador
- **Unidade de desktop para o seu PC**
- 适用于 PC 的附加存储设备
- 適用於 PC 的附加儲存裝置
- PC용 확장 스토리지
- PC用アドインストレージ

CONFIDENTIAL

FED_SEAG0070166

# Seagate® 
## FreeAgent® GoFlex™ Desk
### EXTERNAL DRIVE / DISQUE EXTERNE

**USB 2.0 Plug-and-play**

For PC & Mac®

**2** Year limited warranty
Garantie limitée de 2 ans

Fully recyclable package
Emballage entièrement recyclable

PN 100611096 02-110

### World's Most Upgradeable Hard Drive
USB 3.0 upgradeable
Easy backup software
Secure data encryption

### Le plus évolutif des disques durs
Évolutif vers USB 3.0
Logiciel de sauvegarde simple
Cryptage des données sécurisé

**Inside the Box**
**System Requirements**

**Contenu de la boîte**
**Configuration systèmes requise**

Rockit 3.5 Bundle
229.5 x198.7 x 89.5

### Seagate®
### FreeAgent® GoFlex™ Desk
### EXTERNAL DRIVE / DISQUE EXTERNE

**Easy Backup Software**
Automatically and continuously backs up files and folders on your computer

**Secure Data Encryption**
Powerful encryption software makes it easy to keep your backed-up files private and secure.

**Upgradeable**
Easily upgrade to a faster interface by swapping out the desktop adapter.

**Logiciel de sauvegarde simple**
Sauvegarde automatiquement et en continu les fichiers et dossiers de votre ordinateur

**Cryptage des données sécurisé**
Le logiciel de cryptage puissant permet de faire facilement des sauvegardes de fichiers confidentiels et sécurisés

**Évolutif**
Il suffit de remplacer l'adaptateur de bureau pour mettre à niveau vers une interface plus rapide.

**Software de copia de seguridad sencillo**
Realiza copias de reserva automáticas y continuas de archivos y carpetas de su ordenador

**Cifrado de datos seguro**
Potente software de cifrado que facilita la protección y seguridad de los archivos de copia de seguridad

**Actualizable**
Realice la actualización a una interfaz más rápida mediante el cambio del adaptador de escritorio

USB 2.0
Power / Alimentación
Desktop adapter / Adaptador de bureau

HUDSONYARDS

Seagate Technology LLC
www.seagate.com

FC CE



CONFIDENTIAL

FED_SEAG070167



**Seagate**

Editors' Choice

For PC & Mac
Pour PC et Mac

**2** Year limited warranty
Garantie limitée de 2 ans

Fully recyclable package
Emballage entièrement recyclable

PN 100631368E  04-F11

FreeAgent
**GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

USB 2.0 Plug-and-play

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy Backup software with encryption
Share files between PC and Mac*

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac*

**Inside the Box**
**System Requirements**

**Contenu de la boîte**
**Configuration système requise**

FreeAgent
**GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

---

**Seagate**

FreeAgent **GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

**Easy Backup Software with Encryption**
Automatically and continuously back up your content and help keep those private with optional encryption.

**Works with PC and Mac***
Share movies, photos, music and more between PC and Mac computers without reformatting.*

**Versatility Like No Other Hard Drive**
Increase your flexibility for customizing your drive with easy-to-use add-ons (sold separately) such as a FireWire 800 or USB 3.0 adapter.
* Reformatting for some Mac applications may be required.

**Logiciel de sauvegarde simple avec cryptage**
Sauvegardez vos données automatiquement et en continu et sécurisez-les grâce au cryptage en option.

**Compatible PC et Mac***
Partagez vos films, vos photos, votre musique et bien plus encore entre PC et Mac sans reformatage.*

**Une polyvalence unique**
Augmentez votre flexibilité en personnalisant votre disque dur avec des accessoires supplémentaires (vendus séparément) tels que l'adaptateur FireWire 800 ou USB 3.0.
* Le reformatage peut être requis pour certaines applications Mac.

**Software Backup con cifrado**

**Funciona con PC y Mac***

**Un disco duro versátil como ninguno**

**Software de backup fácil con cifrado**

**Funciona en PC o Mac***

**Ningún otro disco rígido posee tanta versatilidad**

**HUDSON YARDS**

Rockit 3.5 Bundle
229.5 x 198.7 x 89.5

USB 2.0

Power
Alimentation

Desktop adapter
Adaptateur de bureau

CONFIDENTIAL

FED_SEAG0070168

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100620 111  09/10

Seagate®

Backup EVERYTHING
on your PC's hard drive
Easily restore your operating
system, applications, settings and data

Sauvegardez TOUT ce qui se trouve
sur le disque dur de votre PC
Restaurez facilement votre système d'exploitation,
vos applications, paramètres et données

INCLUDES
INCLUS

avec logiciel de
sauvegarde
Replica




FreeAgent®
**GoFlex Desk**
EXTERNAL HARD DRIVE
DISQUE DUR EXTERNE
with **Replica**
auto backup software

FreeAgent®
**GoFlex Desk**
EXTERNAL HARD DRIVE
DISQUE DUR EXTERNE
with **Replica®**
auto backup software

229.5 x198.7 x 89.5








USB 2.0
Power | Alimentation
Desktop adapter
Adaptateur de bureau

CONFIDENTIAL

HUDSON YARDS

**Includes Replica™ Auto Backup Software**

**Inside the Box**

**System Requirements**

**Logiciel de sauvegarde automatique Replica™**

**Contenu de la boîte**

**Configuration systèmes requise**

**Incluye el software de copia de seguridad automática de Replica™**






FED_SEAG070169



Fully recyclable package
Emballage entièrement recyclable

**Seagate**

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100820280  00/100

Editors' Choice

For PC & Mac

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy backup software with encryption
Share files between PC and Mac*

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac*

**FreeAgent GoFlex Desk**
EXTERNAL DRIVE
DISQUE DUR EXTERNE

**USB 3.0 Plug-and-Play**
Also works with USB 2.0
Également compatible USB 2.0

**Inside the Box**
**Contenu de la boîte**

**System Requirements**
**Configuration systèmes requise**

**FreeAgent GoFlex Desk**
EXTERNAL DRIVE
DISQUE DUR EXTERNE

**Seagate**

**FreeAgent GoFlex Desk**
EXTERNAL DRIVE
DISQUE DUR EXTERNE

**SuperSpeed USB 3.0 and USB 2.0 Compatible**

**Easy Backup Software with Encryption**

**Works with PC and Mac®**

**Versatility Like No Other Hard Drive**

**Compatible USB 3.0 SuperSpeed et USB 2.0**

**Logiciel de sauvegarde simple avec cryptage**

**Compatible PC et Mac®**

**Une polyvalence inégalée**

USB 3.0
Power
Desktop adapter
Adaptateur de bureau

USB

Mac

**HUDSON/YARDS**

MAGENTA
YELLOW
BLACK
CYAN

Rockit 3.5 Bundle
229.5 x198.7 x 89.5

CONFIDENTIAL

FED_SEAG0070170

Seagate

**2** Year limited warranty
Garantie limitée de 2 ans

Fully recyclable package
Emballage entièrement recyclable

PN 100650685  09/10

**World's Most Versatile Hard Drive**
Up to 70x faster than USB 2.0
Easy Backup software with encryption
Share files between PC and Mac*

**Le plus polyvalent des disques durs**
Jusqu'à 70 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac*

FreeAgent
**GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

**USB 3.0 Plug-and-Play**
Also works with USB 2.0
Également compatible USB 2.0

For PC & Mac*

Editors' Choice

### Inside the Box

### System Requirements

### Contenu de la boîte

### Configuration systèmes requise

www.seagate.com

FreeAgent
**GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

---

Desktop adapter
Adaptateur de bureau

Power    USB 3.0
Alimentation

Rockit 3.5 Bundle
229.5 x198.7 x 89.5

---

HUDSON YARDS

Seagate

FreeAgent
**GoFlex Desk**
EXTERNAL DRIVE
DISQUE EXTERNE

**SuperSpeed USB 3.0 and USB 2.0 Compatible**

**Easy Backup Software with Encryption**

**Works with PC and Mac***

**Versatility Like No Other Hard Drive**

**Compatible USB 3.0 SuperSpeed et USB 2.0**

**Logiciel de sauvegarde simple avec cryptage**

**Compatible PC et Mac***

**Une polyvalence inégalée**

USB

For PC & Mac*



FED_SEAG070171

CONFIDENTIAL



Seagate

**GoFlex Desk** *For Mac*®
EXTERNAL DRIVE
DISQUE EXTERNE

FireWire® 800
USB 2.0

Mac® & PC

Upgradeable interface
Compatible with Apple® Time Machine®
Share files between Mac® and PC®

Interface évolutive
Compatible avec Apple® Time Machine®
Partagez vos fichiers entre Mac® et PC®

**3** Year limited warranty
Garantie limitée de 3 ans

Fully recyclable package
Emballage entièrement recyclable

229.5 x198.7 x 89.5

CONFIDENTIAL

FED_SEAG070173

Fully recyclable package
Emballage entièrement recyclable

**Seagate**

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100651000 _0111

Easily restore your operating system, applications, settings and data

**Backup EVERYTHING on your PC's hard drive**
USB 3.0 upgradeable

**Sauvegardez TOUT ce qui se trouve sur le disque dur de votre PC**
Évolutif vers USB 3.0

FreeAgent
**GoFlex Desk**
with Replica
auto backup software
EXTERNAL HARD DRIVE
DISQUE DUR EXTERNE

**USB 2.0 Plug-and-Play**

For PC & Mac

avec logiciel de sauvegarde automatique

### Inside the Box

### Contenu de la boîte

### Incluí software de backup

**Specifications / System Requirements**

www.seagate.com

229.5 x198.7 x 89.5

Desktop adapter / Power / USB 2.0

### Logiciel de sauvegarde automatique Replica™ inclus

### Fonctionne sur les ordinateurs PC et Mac®

### Évolutif

### Inclui software de backup automático Replica®

### Funciona em PC e Mac®

### Atualizável

### Includes Replica™ Auto Backup Software

### Works with PC and Mac®

### Upgradeable

### Incluye software de copia de seguridad automática Replica™

### Funciona con PC y Mac®

### Actualizable

CONFIDENTIAL

FED_SEAG070174

**2** Year limited warranty
Garantie limitée de 2 ans

Fully recyclable package
Emballage entièrement recyclable

**Seagate**

Backup EVERYTHING
on your PC's hard drive

Easily restore your operating
system, applications, settings and data

Sauvegardez TOUT ce qui se trouve
sur le disque dur de votre PC

Restaurez facilement votre système d'exploitation,
vos applications, paramètres et données

INCLUDES
auto backup software
INCLUS

PN 100667337 03/11

FreeAgent **GoFlex Desk**
with **Replica** auto backup software
avec logiciel de sauvegarde automatique

EXTERNAL HARD DRIVE
DISQUE DUR EXTERNE

**USB 3.0 + USB 2.0**

229.5 x 198.7 x 89.5

Desktop adapter   Power   USB 3.0
Adaptateur de bureau   Alimentation

---

**Includes Replica™ Auto Backup Software**

- Replica auto-backup software actually prepares, backs and recovers your PC's entire boot (the contents in the event of a system failure, virus or other disaster.
- Easily restore your entire system to a previous point in time.
- It's that easy.

**Incluye el software de copia de seguridad automática de Replica™**

- El software de copia de seguridad automática de Replica prepara, copia y recupera todo el contenido de su PC en caso de fallo del sistema o infecciones de virus u otro desastre.
- Restaure con facilidad todo el sistema a un punto anterior en el tiempo.

**System Requirements**

- Windows® 7, Windows Vista® or Windows® XP
- USB 2.0 port (required for USB 3.0 transfer speeds)
- USB 2.0 port (required for system restore)

**Inside the Box**

- FreeAgent GoFlex Desk external drive
- Replica™ auto backup software pre-loaded on drive
- USB 3.0 desktop adapter with capacity gauge
- Power supply
- Quick start guide
- 2 year limited warranty

---

**Logiciel de sauvegarde automatique Replica™ Auto Backup**

- Le logiciel de sauvegarde automatique Replica prend en charge la préparation, la sauvegarde et la récupération de la totalité du contenu de votre disque dur de démarrage en cas de défaillance du système ou d'infection par un virus ou un logiciel espion.
- Restaurez facilement votre système à un instant déterminé.

**Configuration système requise**

- Windows® 7, Windows Vista® ou Windows® XP
- Port USB 2.0 (requis pour la transmission à la vitesse USB 3.0)
- Port USB 2.0 (requis pour la restauration du système)

**Contenu de la boîte**

- Disque externe GoFlex™ Desk
- Logiciel de sauvegarde automatique Replica™ préchargé sur le disque
- Adaptateur de bureau USB 3.0 doté d'une jauge de capacité
- Bloc d'alimentation
- Guide de démarrage rapide
- Garantie limitée de 2 ans

CONFIDENTIAL

FED_SEAG070175

229.5 x198.7 x 89.5

CONFIDENTIAL



FED_SEAG0070176

CONFIDENTIAL

FED_SEAG070177

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100805686  00/11

Seagate
*GoFlex Desk*
EXTERNAL DRIVE
DISQUE EXTERNE

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy backup software with encryption
Share files between PC and Mac®
Streamlined design complements any workspace

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac®
Un design indémodable pour agrémenter n'importe quel espace de travail

USB 3.0 +USB 2.0

For PC & Mac®

**Inside the Box**

**System Requirements**

**Contenu de la boîte**

**Configuration système requise**

Seagate
*GoFlex Desk*
EXTERNAL DRIVE
DISQUE EXTERNE

Rockit 3.5 Bundle
229.5 x198.7 x 89.5

**Seagate**
*GoFlex Desk*
EXTERNAL DRIVE
DISQUE EXTERNE

**SuperSpeed USB 3.0 and USB 2.0 Compatible**

**Versatile Like No Other Hard Drive**

**Easy Backup Software with Encryption**

**Works with PC and Mac®**

**SuperSpeed USB 3.0 et USB 2.0 Compatible**

**Une polyvalence inégalée**

**Logiciel de sauvegarde simple avec cryptage**

**Compatible PC et Mac®**

HUDSONYARDS



CONFIDENTIAL

FED_SEAG070178



Seagate
# GoFlex® Desk

EXTERNAL DRIVE
DISQUE EXTERNE

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy backup software with encryption
Share files between PC and Mac®
Streamlined design complements any workspace

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac®
Un design ingénieux pour s'agrémenter n'importe quel espace de travail

USB 3.0 + USB 2.0

for PC & Mac®

**2** Year limited warranty
Garantie limitée de 2 ans

Fully recyclable package
Emballage entièrement recyclable

Rockit 3.5 Bundle
229.5 x198.7 x 89.5

CONFIDENTIAL

FED_SEAG070179

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100591486C  01/11

Seagate
*GoFlex® Desk*

EXTERNAL DRIVE
DISQUE EXTERNE

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy backup software with encryption
Share files between PC and Mac
Streamlined design complements any workspace

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac
Un design raffiné pour agrémenter n'importe quel espace de travail

USB 3.0 + USB 2.0

For PC & Mac

**Inside the Box**

**System Requirements**

**Contenu de la boîte**

**Configuration pour PC et Mac**

Seagate
*GoFlex® Desk*
EXTERNAL DRIVE
DISQUE EXTERNE

Power  SuperSpeed USB 3.0

Rockit 3.5 Bundle
229.5 x 198.7 x 89.5

HUDSON YARDS

Seagate
*GoFlex® Desk*
EXTERNAL DRIVE
DISQUE EXTERNE

**SuperSpeed USB 3.0 and USB 2.0 Compatible**

**Versatility Like No Other Hard Drive**

**Easy Backup Software with Encryption**

**Works with PC and Mac®**

**Compatible USB 3.0 SuperSpeed et USB 2.0**

**Une polyvalence inégalée**

**Logiciel de sauvegarde simple avec cryptage**

**Compatible PC et Mac®**

CONFIDENTIAL

FED_SEAG0070180

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans

PN 100614860  09/11

Seagate
# GoFlex® Desk

EXTERNAL DRIVE
DISQUE EXTERNE

For PC & Mac®

**World's Most Versatile Hard Drive**
Up to 10x faster than USB 2.0
Easy backup software with encryption
Share files between PC and Mac®
Streamlined design complements any workspace

**Le plus polyvalent des disques durs**
Jusqu'à 10 fois plus rapide qu'avec un port USB 2.0
Logiciel de sauvegarde simple avec cryptage
Partagez vos fichiers entre PC et Mac®
Un design rationalisé pour s'agrémenter n'importe
quel espace de travail

USB 3.0 + USB 2.0

**Inside the Box**

**System Requirements**

**Contenu de la boîte**

**Configuration requise**

Rockit 3.5 Bundle
229.5 x 198.7 x 89.5

www.seagate.com

---

HUDSON YARDS

MAGENTA
CYAN
BLACK
YELLOW

Seagate
GoFlex® Desk

EXTERNAL DRIVE
DISQUE EXTERNE

**SuperSpeed USB 3.0 and USB 2.0 Compatible**

**Versatility Like No Other Hard Drive**

**Easy Backup Software with Encryption**

**Works with PC and Mac®**

**Compatible USB 3.0 SuperSpeed et USB 2.0**

**Une polyvalence intégrale**

**Logiciel de sauvegarde simple avec cryptage**

**Compatible PC et Mac®**



CONFIDENTIAL



FED_SEAG0070181

CONFIDENTIAL

FED_SEAG070182



Rockit 3.5 Bundle
229.5 x198.7 x 89.5

CONFIDENTIAL

FED_SEAG0070183





CONFIDENTIAL

FED_SEAG07070184

Fully recyclable package
Emballage entièrement recyclable

**3** Year limited warranty
Garantie limitée de 3 ans

PN 100709100  00/12

Seagate
**GoFlex Desk** For Mac®
EXTERNAL DRIVE
DISQUE EXTERNE

Thunderbolt™
Cable Included
Câble Inclus

For Plus Mac®

Up to 20x faster than USB 2.0
Jusqu'à 20 fois plus rapide
due to port USB 2.0

Compatible with Apple® Time Machine™
Compatible avec Apple® Time Machine™

**Thunderbolt** Technology/Technologie

Compatible with Apple® Time Machine™

**Inside the Box**
- GoFlex™ Desk external drive formatted for Mac®
- Thunderbolt™ adapter
- Thunderbolt™ cable
- Power supply
- Quick start guide

**System Requirements**
- Mac OS X operating system 10.5 or higher
- Available Thunderbolt port

**Contenu de la boîte**
- Disque dur externe GoFlex™ Desk formaté pour Mac®
- Adaptateur Thunderbolt™
- Câble Thunderbolt™
- Bloc d'alimentation
- Guide de démarrage rapide

**Configuration systèmes requise**
- Système d'exploitation Mac OS X 10.5 ou supérieur
- Port Thunderbolt disponible

Seagate
**GoFlex Desk** For Mac®
EXTERNAL DRIVE
DISQUE EXTERNE

---

**HUDSON YARDS**

Seagate
**GoFlex Desk** For Mac®
EXTERNAL DRIVE
DISQUE EXTERNE

- High-performance desktop hard drive, compatible with Thunderbolt™ displays and other devices
- 10 Gb/s interface is up to 12x faster than FireWire® 800 and up to 20x faster than USB 2.0
- Dual ports allow daisy-chaining up to 6 devices, minimizing clutter on your desktop

- Disque dur de bureau hautes performances, compatible avec les écrans Thunderbolt™ et autres périphériques
- Interface 10 Gbit/s, 12 fois plus rapide que FireWire® 800 et jusqu'à 20 fois plus rapide qu'un transfert USB 2.0
- Grâce aux doubles ports pour connecter en chaîne jusqu'à 6 périphériques, votre bureau ne sera pas encombré

Thunderbolt™
ports

Power
Alimentation



FED_SEAG0070185

CONFIDENTIAL



FED_SEAG0070186

CONFIDENTIAL



FED_SEAGO070187

CONFIDENTIAL

FED_SEAG070188





FED_SEAG070189

CONFIDENTIAL



FED_SEAG0070190

CONFIDENTIAL

FED_SEAG0070191

CONFIDENTIAL



# BARRACUDA
## Desktop

**INTERNAL DRIVE**
**DISQUE INTERNE**

Internal storage for your desktop computer

Stockage interne pour votre ordinateur de bureau

Seagate

1 Year limited warranty
Garantie limitée de 1 an

Fully recyclable package
Emballage entièrement recyclable




---

Seagate

**Optimum mix of performance and energy efficiency**
7200RPM and SATA 6Gb/s maximize performance while advanced power modes consume less power.

**Whisper quiet**
Minimizes noise levels using Seagate QuietStep™ technology.

**Easy Installation**
Easily migrate from your old drive using Seagate DiscWizard™ software.

---

**Une combinaison optimale de performances et d'efficacité énergétique**
La vitesse de rotation de 7 200 tr/min et l'interface SATA 6 Gb/s optimisent les performances alors que les modes d'alimentation avancés économisent l'énergie consommée.

**Ultrasilencieux**
Il réduit les niveaux sonores grâce à la technologie Seagate QuietStep™.

**Installation simple**
Transférez facilement les données de votre ancien disque avec le logiciel Seagate DiscWizard™.

---

**La combinación perfecta de rendimiento y eficiencia energética**
La velocidad de 7.200 RPM y la interfaz SATA a 6 Gb/s maximizan el rendimiento mientras que los modos de energía avanzados reducen el consumo de energía.

**Ultrasilenciosa**
Reduce al mínimo los niveles de ruido gracias a la tecnología Seagate QuietStep™.

**Fácil de instalar**
Migre fácilmente desde su unidad antigua gracias al software Seagate DiscWizard™.

---

**Uma combinação ideal de desempenho e baixo consumo de energia**
7200RPM e SATA de 6Gb/s maximizam o desempenho enquanto os modos de energia avançados consomem menos energia.

**Operação silenciosa**
Minimiza níveis de ruído usando a tecnologia Seagate QuietStep™.

**Fácil instalação**
Migração fácil da sua unidade antiga usando o software Seagate DiscWizard™.

---

*Drives over 2TB may require a special device driver for Windows to access disk capacity above 2TB.*

**INCLUDES**
• SATA to host cable
• SATA power cable
• DiscWizard™ software
• Mounting screws

**SYSTEM REQUIREMENTS**
• Windows compatible computer
• Windows® 7, Windows® Vista, Windows® XP
• Mac® OS X 10.4.11 Tiger or higher for Mac® OS X

**SPECIFICATION**
• SATA 6Gb/s interface

SERIAL ATA



---

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC.

---




HUDSONYARDS

Seagate





FED_SEAG00700192

CONFIDENTIAL











Seagate®

Fully recyclable package
Emballage entièrement recyclable

2 Year limited warranty
Garantie limitée de 2 ans

Desktop
HARD DISK DRIVE
DISQUE DUR

Internal storage for your
desktop computer
Stockage interne pour
votre ordinateur de bureau

© 2012 Seagate Technology LLC

PN 100748812

**Drives over 2TB may require a special device driver for Windows to access disk capacity above 2TB.**

INCLUDES
- SATA interface hard disk
- SATA power cable
- DiscWizard™ software
- Mounting screws

SYSTEM REQUIREMENTS
- Available SATA interface
- Windows® 8, Windows 7, Windows Vista®
- Mac OS® X
- DiscWizard™ software

SPECIFICATION
- Serial ATA interface to SATA 6Gb/s
- Serial ATA interfaces with NCQ
- Native Command Queuing

**Un pilote spécial peut être nécessaire avec les disques de plus de 2 To pour que Windows puisse accéder à une capacité supérieure à 2 To.**

INCLUS
- Disque dur à interface SATA
- Câble d'alimentation SATA
- Logiciel DiscWizard™
- Vis de montage

CONFIGURATION SYSTÈME REQUISE
- Interface SATA disponible
- Windows® 8, Windows 7, Windows Vista®
- Mac OS® X
- Logiciel DiscWizard™

CARACTÉRISTIQUES TECHNIQUES
- Interface série Serial ATA à SATA 6 Gb/s
- NCQ (Native Command Queuing)



HUDSONYARDS
555 Nelson Street
San Francisco, CA 94107
Tel: 415.561.9086
Fax: 415.561.9191

MAGENTA
CYAN
BLACK

Cool Gray 11 C

Spot Gloss

Seagate®

Optimum mix of performance and energy efficiency

Easy installation

Ultrasilencieux

Installation simple

**Optimal blending in de prestaties en energie-efficiëntie**

Fast installation

Ultrasilent

Simple installation

**La combinación óptima de rendimiento y eficiencia energética**

Fácil instalación

SuperSpé



CE FC






FED_SEAG0070193

CONFIDENTIAL

FED_SEAG0070194







# Desktop

## HARD DISK DRIVE
## DISQUE DUR

Internal storage for your desktop computer

Stockage interne pour votre ordinateur de bureau

**Seagate**

Fully recyclable package
Emballage entièrement recyclable

**2** Year limited warranty
Garantie limitée de 2 ans





CONFIDENTIAL







FED_SEAG0070195

CONFIDENTIAL



FED_SEAG00170196

CONFIDENTIAL



FED_SEAG0070197

CONFIDENTIAL