SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar. No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant SEAGATE TECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY, LLC LITIGATION | Case No. 3:16-cv-00523 JCS |
| CONSOLIDATED ACTION | **DECLARATION OF KARL SCHWEISS IN SUPPORT OF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

-1-

1    I, Karl Schweiss, hereby declare as follows:

2    1.    I am an employee of Seagate Technology LLC ("Seagate" or the

3    "Company"). I have reviewed the documents discussed in my declaration and conferred with

4    other employees at Seagate. I make the following statements based on my personal knowledge of

5    Seagate's practices and procedures and the results of my review and investigation. If called as a

6    witness, I could and would competently testify thereto.

7    2.    I joined Seagate in 1989, when the Company acquired the disk drive

8    division of CDC Drives, for which I worked at the time. In 2001, I joined the Marketing and

9    Communications Department as a Technical Writer. I am currently employed as a Senior

10   Technical Writer. My duties remained the same in both roles but I am responsible for a higher

11   volume of work in the senior position. My duties include: (1) drafting product manuals for core,

12   desktop, enterprise, and notebook products, (2) maintaining and updating product manuals, and (3)

13   working with customer support to ensure the most current version of each product manual is

14   available on Seagate's website.

15   3.    I am based in Seagate's facility in Oklahoma City, Oklahoma.

16   4.    It is my understanding that Seagate hard drives with model ST3000DM001

17   (the "Drives") are at issue in this action. The Drives were marketed under numerous product

18   names. The internal products ("Internal Products") containing the Drives at issue are: Barracuda

19   and Desktop HDD Internal Kit. The external products ("External Products") containing the Drives

20   at issue are: Backup Plus Desk, Backup Plus for Mac, Expansion Desk, Expansion Desk Plus,

21   GoFlex Desk for Mac, FreeAgent GoFlex Home, FreeAgent GoFlex Desk, Business 1 Bay NAS,

22   Business 2 Bay NAS, and Business 4 Bay NAS.

23   **Format of Draft and Finalized Product Manuals**

24   5.    I am familiar with the format of finalized product manuals that are released

25   to the public and the format of draft product manuals that are not released to the public. Released

26   product manuals do not have redlines, while draft product manuals may have redlines.

27   Additionally, the final version of a released product manual will only have an alphabetical

28

1    character without numbers, while the draft version of a product manual may have numerical

2    characters.

3    **Draft April 2011 Desktop HDD Product Manual**

4              6.      I reviewed the document Plaintiffs refer to in their class certification motion

5    with beginning Bates number FED_SEAG0019045_1, which I understand is a product manual for

6    Seagate's Barracuda drives, including HDD model number ST3000DM001 dated April 2011 (the

7    "April 2011 Draft Product Manual").  *See* Motion, 6:22-7:1.  A true and correct copy of the April

8    2011 Draft Product Manual is attached here as **Exhibit 1**.

9              7.      I confirm the April 2011 Draft Product Manual is a draft that was never

10   released to the public.  The April 2011 Draft Product Manual, "Rev. A2," includes the number "2"

11   and not solely alphabetical characters.  Also, the April 2011 Draft Product Manual contains

12   redlines on many of its pages.  These redlines are indicated by vertical lines on the right-hand

13   margins of these pages.

14             8.      The Barracuda and Desktop HDD product manuals attached here as

15   **Exhibits 2-16** are true and correct copies of all finalized and published product manuals for the

16   Internal Products from January 2011 – February 2016.

17             9.      The Barracuda was eventually rebranded as the Desktop HDD, as shown by

18   the renaming of the Barracuda Product Manual to the Desktop HDD Product Manual in May 2014

19   at Revision J.   A true and correct copy is attached as **Exhibit 10**.

20   **AFR Representations in Product Manuals for Internal Products**

21             10.     Based on my review of Exhibits 2–12, I can confirm that finalized product

22   manuals for the Internal Products do not specify an Annualized Failure Rate (AFR) of less than

23   1% based on 2,400 power on hours (POH) for the ST3000DM001 prior to January 2015.

24             11.     Only after January 2015 did product manuals for the Internal Products

25   specify an AFR of less than 1% based on 2,400 power on hours (POH) for the ST3000DM001

26   HDDs.  Page 20 of Exhibit 12, the finalized January 2015 product manual (FED_SEAG0070909),

27   includes such language for the ST3000DM001 for the first time.

28

SMRH:485085668.4                   SCHWEISS DECLARATION ISO SEAGATE'S OPPOSITION
                                   TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Desktop HDD Data Sheets

12.      **Exhibit 17** is a true and correct copy of a draft data sheet for the Desktop HDD. The draft data sheet shows edits indicating that references to AFR were removed on October 25, 2012.

13.      **Exhibit 18** is a true and correct copy of a finalized data sheet for the Desktop HDD from December 2012 that shows AFR references no longer appeared in data sheets for the Desktop HDD as of that date.  After a data sheet or product manual is finalized, there is a period of time during which old versions of these materials remain on Seagate's website until the updated version is made available.

**Product Manuals for External Products**

14.      As a matter of practice at Seagate, product manuals for external products do not contain AFR representations or reference the ST number for the drive inside the product. Accordingly, product manuals for the External Products would not contain AFR representations or reference the ST3000DM001.  Moreover, no product manuals for the External Products were ever published.  This means the named plaintiffs who purchased the Backup Plus Desk and Backup Plus for Mac could not have: (1) viewed AFR representations for the Backup Plus Desk or Backup Plus for Mac in product manuals, or (2) determined the ST3000DM001 was inside these products after reviewing product manuals for the Backup Plus Desk or Backup Plus for Mac.

**Data Sheets for External Products**

15.      As a matter of practice at Seagate, the data sheets for external products never reference the ST number for the internal drive. The ST number referred to in data sheets for external products pertains to the chassis or box number for the product.  This means the data sheets for the External Products at issue here would not have referenced the ST3000DM001.

**Storage Solutions Guides**

16.      The Storage Solutions Guides attached here as **Exhibits 19–27** are true and correct copies of all Storage Solutions Guides published for the United States from January 2011-February 2016.

1          I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3          Executed on this 5th day of January, 2018, at Oklahoma City, Oklahoma.

4

5    Karl Schweiss

6    Karl Schweiss

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1





Product Manual

# Barracuda®

ST3000DM001
ST2500DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003

Gen 14
100666115
Rev. A2
April 2011

CONFIDENTIAL

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|----------------------|
| Rev. A1 | 03/18/2011 | Initial release. |
| Rev. A2 | 4/21/2011 | Updated specifications. |

Copyright © 2011 Seagate Technology LLC. All rights reserved.

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda, SeaTools and SeaTDD are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0019046

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the Serial ATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . . . . 24
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
       2.12   Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
       2.13   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       2.14   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
              2.14.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
              2.14.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
              2.14.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       2.15   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              2.15.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 26
              2.15.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 26
       2.16   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
       3.3    Serial ATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

4.0    Serial ATA (SATA) Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
       4.2    Serial ATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

CONFIDENTIAL

FED_SEAG0019048

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Figure 2     Mounting dimensions ( 3/2-disk: 3TB, 2.5TB, 2TB, 1.5TB models) . . . . . . . . . . . . . . . . . 30
Figure 3     Mounting dimensions (1-Disk: 1TB and 750GB models) . . . . . . . . . . . . . . . . . . . . . . . . 31

**Barracuda SATA Product Manual, Rev. A2**

CONFIDENTIAL

FED_SEAG0019050

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

CONFIDENTIAL                                                                                          FED_SEAG0019051

CONFIDENTIAL

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

ST3000DM001         ST2000DM001         ST1000DM003
ST2500DM001         ST1500DM003         ST750DM003

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

Perpendicular recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queueing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 10% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1   About the Serial ATA interface

The Serial ATA interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, Serial ATA makes the transition from parallel ATA easy by providing legacy software support. Serial ATA was designed to allow you to install a Serial ATA host adapter and Serial ATA disk drive in your current system and expect all of your existing applications to work as normal.

CONFIDENTIAL                                                                 FED_SEAG0019053

**Introduction**                                                                www.seagate.com

The Serial ATA interface connects each disk drive in a point-to-point configuration with the Serial ATA host adapter. There is no master/slave relationship with Serial ATA devices like there is with parallel ATA. If two drives are attached on one Serial ATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.



| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate Serial ATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical Serial ATA environment. |
|------|------|

The Serial ATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The Serial ATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All Serial ATA devices behave like Device 0 devices. For additional information about how Serial ATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

CONFIDENTIAL                                                          FED_SEAG0019054

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | |
|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1000DM003 |
| ST2500DM001 | ST1500DM003 | ST750DM003 |

## 2.1   Specification summary tables

The specifications listed in the following tables are for quick reference. For details on specification measurement or definition, see the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB and 2.5TB models*

| Drive Specification | ST3000DM001 | ST2500DM001 |
|---|---|---|
| Formatted capacity (512 bytes/sector)* | 3000GB (3TB) | 2500GB ((2.5TB) |
| Guaranteed sectors | 5,860,533,168 | 4,883,781,168 |
| Heads | 6 | 6 |
| Disks | 3 | 3 |
| Bytes per sector | 4096 | 4096 |
| Default sectors per track | 63 | 63 |
| Default read/write heads | 16 | 16 |
| Default cylinders | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI |
| Track density (avg) | 352 ktracks/in | 352 ktracks/in |
| Areal density (avg) | 329 Gfc/in$^2$ | 329 Gfc/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s |
| Sustained data transfer rate OD (max) | 159MB/s | 159MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s |
| ATA data-transfer modes supported | PIO modes: 0 to 4  Multiword DMA modes: 0 to 2  Ultra DMA modes: 0 to 6 | |
| Cache buffer | 64MB | 64MB |
| Height (max.) | 26.1mm / 1.028 in | 26.1mm / 1.028 in |
| Width (max.) | 101.6mm /4.0 in ($\pm$ 0.010 in) | 101.6mm /4.0 in ($\pm$ 0.010 in) |
| Length (max.) | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 622g /1.371 lb | 622g /1.371 lb |
| Average latency | 4.16ms | 4.16ms |
| Power-on to ready (max.) | <10.0s | <10.0s |
| Standby to ready (max.) | <10.0s | <10.0s |
| Track-to-track seek time (typical) | <1.0ms  read <1.2ms  write | <1.0ms  read <1.2ms  write |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms typical <9.5ms typical |

CONFIDENTIAL                                                                   FED_SEAG0019055

**Drive Specifications**                                                                www.seagate.com

*Table 1   Drive specifications summary for 3TB and 2.5TB models (continued)*

| Drive Specification | ST3000DM001 | ST2500DM001 |
|---|---|---|
| Startup current (typical) 12V (peak) | 2.5A | 2.5A |
| Voltage tolerance (including noise) | 5V +10% / -7.5%<br>12V +10% / -7.5% | 5V +10% / -7.5%<br>12V +10% / -7.5% |
| Ambient temperature | 0° to 70°C (operating)<br>−40° to 70°C (non-operating) | 0° to 70°C (operating)<br>−40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max.) | 30% per hour | 30% per hour |
| Wet bulb temperature (max.) | 37.7°C max (operating)<br>40.0°C max (non-operating) | 37.7°C max (operating)<br>40.0°C max (non-operating) |
| Altitude, operating | −304.8m to 3,048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3,048m<br>(−1000 ft to 10,000+ ft) |
| Altitude, non-operating<br>(below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power<br>    Idle**<br><br>    Seek | <br>2.4 bels (typical)<br>2.5 bels (max)<br>2.6 bels (typical)<br>2.7 bels (max) | <br>2.4 bels (typical)<br>2.5 bels (max)<br>2.6 bels (typical)<br>2.7 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Annulized Failure Rate (AFR) | 0.34% | 0.34% |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 2.5 specification | Yes | Yes |

*One GB equals one billion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

**During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL                                                                FED_SEAG0019056

*Table 2   Drive specifications summary for 2TB and 1.5TB models*

| Drive Specification | ST2000DM001 | ST1500DM003 |
|---|---|---|
| Formatted capacity (512 bytes/sector)* | 2000GB (2TB) | 1500GB (1.5TB) |
| Guaranteed sectors | 3,907,029,168 | 2.930,277,168 |
| Heads | 4 | 4 |
| Disks | 2 | 2 |
| Bytes per sector | 4096 | 4096 |
| Default sectors per track | 63 | 63 |
| Default read/write heads | 16 | 16 |
| Default cylinders | 16,383 | 16,383 |
| Recording density (max.) | 1807kFCI | 1807kFCI |
| Track density (avg.) | 352 ktracks/in | 352 ktracks/in |
| Areal density (avg.) | 625 Gfc/in$^2$ | 625 Gfc/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s |
| Sustained data transfer rate OD (max) | 159Mb/s | 159Mb/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s |
| ATA data-transfer modes supported | PIO modes: 0 to 4 Multiword DMA modes: 0 to 2 Ultra DMA modes: 0 to 6 | PIO modes: 0 to 4 Multiword DMA modes: 0 to 2 Ultra DMA modes: 0 to 6 |
| Cache buffer | 64MB | 64MB |
| Height (max.) | 26.1mm / 1.028 in | 26.1mm / 1.028 in |
| Width (max.) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm /4.0 in  (± 0.010 in) |
| Length (max.) | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s |
| Track-to-track seek time (typical) | <1.0ms read; <1.2ms write | <1.0ms read; <1.2ms write |
| Average seek, read (typical) | <8.5ms | <8.5ms |
| Average seek, write (typical) | <9.5ms | <9.5ms |
| Startup current (typical) 12V (peak) | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V +10% / -7.5% 12V +10% / -7.5% | 5V +10% / -7.5% 12V +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C (operating) 40.0°C (non-operating) |
| Altitude, operating | –304.8m to 3,048m (–1000 ft to 10,000+ ft) | –304.8m to 3,048m (–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms |

CONFIDENTIAL                                                                          FED_SEAG0019057

**Drive Specifications**                                                                                   www.seagate.com

*Table 2   Drive specifications summary for 2TB and 1.5TB models  (continued)*

| Drive Specification | ST2000DM001 | ST1500DM003 |
|---|---|---|
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | | |
|    Idle** | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
|    Seek | 2.4 bels (typical)<br>2.5 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Annulized Failure Rate (AFR) | 0.34% | 0.34% |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 2.5 specification | Yes | Yes |

*One GB equals one billion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

**During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

*Table 3   Drive specifications summary for 1TB and 750GB models*

| Drive Specification | ST1000DM003 | ST750DM003 |
|---|---|---|
| Formatted capacity (512 bytes/sector)* | 1000GB<br>(1TB) | 750GB |
| Guaranteed sectors | 1,953,525,168 | 1,465,149,168 |
| Heads | 2 | 2 |
| Disks | 1 | 1 |
| Bytes per sector | 4096 | 4096 |
| Default sectors per track | 63 | 63 |
| Default read/write heads | 16 | 16 |
| Default cylinders | 16,383 | 16,383 |
| Recording density (max.) | 1807kFCI | 1807kFCI |
| Track density (avg.) | 352 ktracks/in | 352 ktracks/in |
| Areal density (avg.) | 625 Gfc/in$^2$ | 625 Gfc/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max.) | 2147 Mb/s | 2147 Mb/s |
| Sustained data transfer rate OD (max.) | 159 MB/s | 159 MB/s |
| I/O data-transfer rate | 600 MB/s | 600 MB/s |
| ATA data-transfer modes supported | PIO modes: 0 to 4<br>Multiword DMA modes: 0 to 2<br>Ultra DMA modes: 0 to 6 | PIO modes: 0 to 4<br>Multiword DMA modes: 0 to 2<br>Ultra DMA modes: 0 to 6 |
| Cache buffer | 64MB | 64MB |
| Height (max.) | 20.17mm / 0.7825 in | 19.98mm / 0.787 in |
| Width (max.) | 101.6mm / 4.0 in ( ± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max.) | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb |

CONFIDENTIAL                                                    FED_SEAG0019058

*Table 3   Drive specifications summary for 1TB and 750GB models (continued)*

| Drive Specification | ST1000DM003 | ST750DM003 |
|---|---|---|
| Average latency | 4.16ms | 4.16ms |
| Power-on to ready (max.) | <8.5s | <8.5s |
| Standby to ready (max.) | <8.5s | <8.5s |
| Track-to-track seek time (typical) | <1.0ms (read)<br><1.2ms (write) | <1.0ms (read)<br><1.2ms (write) |
| Average seek, read (typical)<br>Average seek, write (typical) | <8.5ms (read)<br><9.5ms (write) | <8.5ms (read)<br><9.5ms (write) |
| Startup current (typical) 12V (peak) | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V +10% / -7.5%<br>12V +10% / -7.5% | 5V +10% / -7.5%<br>12V +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) |
| Temperature gradient (max.) | 20°C per hour  (operating)<br>30°C per hour  (non-operating) | 20°C per hour  (operating)<br>30°C per hour  (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max.) | 30% per hour | 30% per hour |
| Wet bulb temperature | 37.7°C max (operating)<br>40.0°C max (non-operating) | 37.7°C max (operating)<br>40.0°C max (non-operating) |
| Altitude, operating | –60.96m to 3,048m<br>(–1000 ft to 10,000+ ft) | –60.96m to 3,048m<br>(–1000 ft to 10,000+ ft) |
| Altitude, non-operating<br>(below mean sea level, max.) | –60.96m to 12,192m<br>(–1000 ft to 40,000+ ft) | –60.96m to 12,192m<br>(–1000 ft to 40,000+ ft) |
| Operational Shock (max.) | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max.) | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power<br>    Idle**<br><br>    Seek | <br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) | <br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Annulized Failure Rate (AFR) | 0.34% | 0.34% |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 2.5 specification | Yes | Yes |

*One GB equals one billion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

**During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL FED_SEAG0019059

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|-------|--------------------|--------------------|------------------|
| ST3000DM001 | 3000GB | 5,860,533,168 | 4096 |
| ST2500DM001 | 2500GB | 4,883,781,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | |

*One GB equals one billion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

### 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

| Cylinders | Read/write heads | Sectors per track |
|-----------|------------------|-------------------|
| 16,383 | 16 | 63 |

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

CONFIDENTIAL

FED_SEAG0019060

## 2.4   Recording and interface technology

| Interface | Serial ATA (SATA) |
|---|---|
| Recording method | Perpendicular |
| Recording density (kFCI) | 1807 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gfc/in$^2$ avg) | 625 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Sustained data transfer rate (MB/s max) | 159 |
| I/O data-transfer rate (MB/s max) | 600 |

## 2.5   Physical characteristics

| **Maximum height** | | |
|---|---|---|
| | 3TB, 2.5TB, 2TB,1.5TB | 26.1mm / 1.028 in |
| | 1TB | 20.17mm / 0.7825 in |
| | 750GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | | 146.99mm / 5.787 in |
| **Typical weight** | | |
| | 3TB, 2.5TB | 622g / 1.371 lb |
| | 2TB,1.5TB, 1TB, 750GB | 415g/0.915 lb |
| **Cache buffer** | | 64MB (64,768kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5,000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

CONFIDENTIAL                                                      FED_SEAG0019061

## 2.7   Start/stop times

|  | 3-disk models | 2-disk models | 1-disk models |
|---|---|---|---|
| Power-on to Ready (typ / max sec) | <10 | <8.5 | <6 |
| Standby to Ready (typ / max sec) | <10 | <8.5 | <6 |
| Ready to spindle stop (typ / max sec) | <11 | 10 | <10 |

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to Figure 1 on page 30 on page 30.

### 2.8.1   Power consumption

Power requirements for the drives are listed in Table 5 on page 20 and Table 6 on page 20. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

CONFIDENTIAL                                                       FED_SEAG0019062

CONFIDENTIAL

FED_SEAG0019063

*Table 4   DC power requirements (3-disk)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.5 (peak) |
| Idle* † | 6.4 | — | — |
| Idle* † (with offline activity) | 6.3 | — | — |
| Operating | 7.38 | — | — |
| Standby | 0.74 | — | — |
| Sleep | 0.74 | — | — |

*Table 5   DC power requirements (2/3-disk)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Idle* † | 5.9 | — | — |
| Idle* † (with offline activity) | 6.1 | — | — |
| Operating | 6.80 | — | — |
| Standby | 0.74 | — | — |
| Sleep | 0.74 | — | — |

*Table 6   DC power requirements (1-disk)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Idle* † | 4.8 | — | — |
| Idle* † (with offline activity) | 5.0 | — | — |
| Operating | 6.19 | — | — |
| Standby | 0.74 | — | — |
| Sleep | 0.74 | — | — |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.
†5W IDLE with DIPLM Enabled

## 2.8.2   Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

## 2.8.3   Voltage tolerance

Voltage tolerance (including noise):

5V +10% / -7.5%

12V +10% / -7.5%

CONFIDENTIAL                                                                                    FED_SEAG0019064

**Drive Specifications**

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
 The drive is in Active mode during the read/write and seek operations.

Idle mode
 The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
 The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
 The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
 Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

CONFIDENTIAL

## 2.9    Environmental specifications

### 2.9.1    Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions.

| Operating: | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating: | −40° to 70°C (−40° to 158°F) |

### 2.9.2    Temperature gradient

| Operating: | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating: | 30°C per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating: | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating: | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating: | 37.7°C (99.9°F max) |
|---|---|
| Non-operating: | 40°C (104°F max) |

### 2.9.4    Altitude

| Operating: | −304.8 m to 3,048 m (−1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating: | −304.8 m to 12,192 m (−1000 ft. to 40,000+ ft.) |

### 2.9.5    Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2    Non-operating shock

**3TB and 2.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

CONFIDENTIAL                                                                                         FED_SEAG0019066

**2TB, 1.5TB, 1TB and 750GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

Vibration

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

**Non-operating vibration**

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation: |
|---|---|
| | (Number of seeks per second = 0.4 / (average latency + average access time |

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

| | Idle* | Seek |
|---|---|---|
| 3 Disks, 3TB and 2.5GB<br>ST3000DM001,ST2500DM001) | 2.4 bels (typical)<br>2.5 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| 2 Disks, 2TB and 1.5TB models<br>(ST2000DM001,ST1500DM003) | 2.3 bels (typical)<br>2.4 bels (max) | 2.5 bels (typical)<br>2.6 bels (max) |
| 1 Disk, 1TB and 750GB models<br>(ST1000DM003,ST750DM003) | 2.2 bels (typical)<br>2.3 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL
FED_SEAG0019067

## 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in the following Table 8:

Table 8    Radio frequency environments

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12 Reliability

The product shall achieve an Annualized Failure Rate (AFR) of 0.34% (MTBF of 0.75 million hours) when operated in an environment of ambient air temperatures of 25°C. Operation at temperatures outside the specifications in Section 2.9 may increase the product AFR (decrease MTBF). AFR and MTBF are population statistics that are not relevant to individual units.

AFR and MTBF specifications are based on the following assumptions for desktop personal computer environments:

2400 power-on-hours per year.

10,000 average motor start/stop cycles per year.

Operations at nominal voltages.

Temperatures outside the specifications in Section 2.9 may reduce the product reliability.

Normal I/O duty cycle for desktop personal computers. Operation at excessive I/O duty cycle may degrade product reliability.

The desktop personal computer environment of power-on-hours, temperature, and I/O duty cycle affect the product AFR and MTBF. The AFR and MTBF will be degraded if used in an enterprise application.

| | |
|---|---|
| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
| Annualized Failure Rate (AFR) | 0.34% (nominal power, 25°C ambient temperature) |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 |
| Preventive maintenance | None required. |

CONFIDENTIAL                                                              FED_SEAG0019068

**Drive Specifications**

## 2.13  Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.14  Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda 7200.14

Certificate number: in progress

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

### 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

CONFIDENTIAL                                                    FED_SEAG0019069

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.15  Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2 China  Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

CONFIDENTIAL

FED_SEAG0019070

## 2.16  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

CONFIDENTIAL                                                                                      FED_SEAG0019071

CONFIDENTIAL                                                    FED_SEAG0019072

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1 Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

- Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.
- Handle the drive by its edges or frame *only*.
- The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.
- Always rest the drive on a padded, antistatic surface until you mount it in the computer.
- Do not touch the connector pins or the printed circuit board.
- Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2 Configuring the drive

Each drive on the Serial ATA interface connects point-to-point with the Serial ATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one Serial ATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

Serial ATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3 Serial ATA cables and connectors

The Serial ATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

CONFIDENTIAL                                                                 FED_SEAG0019073

**Configuring and Mounting the Drive**                                          **www.seagate.com**

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. See **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

CONFIDENTIAL                                          FED_SEAG0019074

*Figure 2  Mounting dimensions ( 3/2-disk: 3TB, 2.5TB, 2TB, 1.5TB models)*



CONFIDENTIAL                                                      FED_SEAG0019075

**Figure 3  Mounting dimensions (1-Disk: 1TB and 750GB models)**



# 4.0 Serial ATA (SATA) Interface

These drives use the industry-standard Serial ATA interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the Serial ATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1 Hot-Plug compatibility

Barracuda drives incorporate connectors which enable you to hot plug these drives in accordance with the Serial ATA Revision 2.5 specification. This specification can be downloaded from www.serialata.org.

## 4.2 Serial ATA device plug connector pin definitions

**Table 9** summarizes the signals on the Serial ATA interface and power connectors.

*Table 9    Serial ATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
|         | S1  | Ground   | 2nd mate   |
|         | S2  | A+       | Differential signal pair A from Phy |
|         | S3  | A-       |            |
|         | S4  | Ground   | 2nd mate   |
|         | S5  | B-       | Differential signal pair B from Phy |
|         | S6  | B+       |            |
| **Signal** | S7 | Ground | 2nd mate   |
| Key and spacing separate signal and power segments |||| 

CONFIDENTIAL                                                                FED_SEAG0019077

**Serial ATA (SATA) Interface**                                                                 www.seagate.com

*Table 9   Serial ATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| **Power** | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050") pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists Serial ATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 2.6 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 42 for details and subcommands used in the S.M.A.R.T. implementation.

| Command name | Command code (in hex) |
|--------------|------------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H / C1_H$ |
| Device Configuration Identify | $B1_H / C2_H$ |
| Device Configuration Restore | $B1_H / C0_H$ |
| Device Configuration Set | $B1_H / C3_H$ |

**34**                                                                 **Barracuda SATA Product Manual, Rev. A2**

**Serial ATA (SATA) Interface**

| Command name | Command code (in hex) |
|---|---|
| Device Reset | 08$_H$ |
| Download Microcode | 92$_H$ |
| Execute Device Diagnostics | 90$_H$ |
| Flush Cache | E7$_H$ |
| Flush Cache Extended | EA$_H$ |
| Format Track | 50$_H$ |
| Identify Device | EC$_H$ |
| Idle | E3$_H$ |
| Idle Immediate | E1$_H$ |
| Initialize Device Parameters | 91$_H$ |
| Read Buffer | E4$_H$ |
| Read DMA | C8$_H$ |
| Read DMA Extended | 25$_H$ |
| Read DMA Without Retries | C9$_H$ |
| Read Log Ext | 2F$_H$ |
| Read Multiple | C4$_H$ |
| Read Multiple Extended | 29$_H$ |
| Read Native Max Address | F8$_H$ |
| Read Native Max Address Extended | 27$_H$ |
| Read Sectors | 20$_H$ |
| Read Sectors Extended | 24$_H$ |
| Read Sectors Without Retries | 21$_H$ |
| Read Verify Sectors | 40$_H$ |
| Read Verify Sectors Extended | 42$_H$ |
| Read Verify Sectors Without Retries | 41$_H$ |
| Recalibrate | 10$_H$ |
| Security Disable Password | F6$_H$ |
| Security Erase Prepare | F3$_H$ |
| Security Erase Unit | F4$_H$ |
| Security Freeze | F5$_H$ |
| Security Set Password | F1$_H$ |
| Security Unlock | F2$_H$ |
| Seek | 70$_H$ |
| Set Features | EF$_H$ |

CONFIDENTIAL                                                                                                            FED_SEAG0019079

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Set Max Address<br><br>Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | F9$_H$<br><br>Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | 00$_H$<br>01$_H$<br>02$_H$<br>03$_H$<br>04$_H$ | |
| Set Max Address Extended | 37$_H$ | | |
| Set Multiple Mode | C6$_H$ | | |
| Sleep | E6$_H$ | | |
| S.M.A.R.T. Disable Operations | B0$_H$ / D9$_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | B0$_H$ / D2$_H$ | | |
| S.M.A.R.T. Enable Operations | B0$_H$ / D8$_H$ | | |
| S.M.A.R.T. Execute Offline | B0$_H$ / D4$_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | B0$_H$ / D1$_H$ | | |
| S.M.A.R.T. Read Data | B0$_H$ / D0$_H$ | | |
| S.M.A.R.T. Read Log Sector | B0$_H$ / D5$_H$ | | |
| S.M.A.R.T. Return Status | B0$_H$ / DA$_H$ | | |
| S.M.A.R.T. Save Attribute Values | B0$_H$ / D3$_H$ | | |
| S.M.A.R.T. Write Log Sector | B0$_H$ / D6$_H$ | | |
| Standby | E2$_H$ | | |
| Standby Immediate | E0$_H$ | | |
| Write Buffer | E8$_H$ | | |
| Write DMA | CA$_H$ | | |
| Write DMA Extended | 35$_H$ | | |
| Write DMA FUA Extended | 3D$_H$ | | |
| Write DMA Without Retries | CB$_H$ | | |
| Write Log Extended | 3F$_H$ | | |
| Write Multiple | C5$_H$ | | |
| Write Multiple Extended | 39$_H$ | | |
| Write Multiple FUA Extended | CE$_H$ | | |
| Write Sectors | 30$_H$ | | |
| Write Sectors Without Retries | 31$_H$ | | |
| Write Sectors Extended | 34$_H$ | | |
| Write Uncorrectable | 45$_H$ | | |

CONFIDENTIAL    FED_SEAG0019080

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 34. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the Serial ATA specification.

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>    Bit  15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |

CONFIDENTIAL                                                  FED_SEAG0019081

| Word | Description | Value |
|------|-------------|-------|
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available<br>(see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | Serial ATA capabilities | $xxxx_H$ |
| 77 | Reserved for future Serial ATA definition | $xxxx_H$ |
| 78 | Serial ATA features supported | $xxxx_H$ |
| 79 | Serial ATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |

CONFIDENTIAL
FED_SEAG0019082

**Serial ATA (SATA) Interface**

| Word | Description | Value |
|------|-------------|-------|
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 1,953,525,168<br>ST2500DM001 = 1,465,149,168<br>ST2000DM001 = 976,773,168<br>ST1500DM003 = 625,142,448<br>ST1000DM003 = 488,397,168<br>ST750DM003 = 312,581,808 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive. NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |

**Barracuda SATA Product Manual, Rev. A2**    39

CONFIDENTIAL

| | Bit | Word 84 |
|---|---|---|
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | Bit | Word 88 |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

CONFIDENTIAL                                    FED_SEAG0019084

## 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

| $02_H$ | Enable write cache *(default)*. |
|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

CONFIDENTIAL                                                         FED_SEAG0019085

### 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

CONFIDENTIAL                                                    FED_SEAG0019086

CONFIDENTIAL

FED_SEAG0019087

CONFIDENTIAL

FED_SEAG0019088

# Index

**A**
ACA 25
acceleration 23
acoustics 23
Active 21
Active mode 21
Agency certification 25
altitude 22
Ambient temperature 22
ambient temperature 17, 18
Annualized Failure Rate 25
Annualized Failure Rate (AFR) 24
areal density 17
ATA commands 33
Australia/New Zealand Standard AS/NZ CISPR22 25
Australian Communication Authority (ACA) 25
Australian C-Tick 25
Average latency 17
Average seek time 17
**B**
buffer 17
**C**
cables and connectors 28
cache 17
capacity 16
case temperature 22
CE mark 25
certification 25
Check Power Mode 33
China RoHS directive 26
compatibility 25
Conducted noise 20
Conducted RF immunity 24
Configuring the drive 28
connectors 28
Corrosive environment 27
CSA60950-1 25
Cylinders 16
**D**
data-transfer rates 9
DC power 18
Default logical geometry 16
density 17
Device Configuration Freeze Lock 33
Device Configuration Identify 33
Device Configuration Restore 33
Device Configuration Set 33
Device Reset 33

dimensions 30, 31
dissipation 20
Download Microcode 33
duty cycle 24
**E**
Electrical fast transient 24
Electromagnetic compatibility 25
Electromagnetic Compatibility (EMC) 25
Electromagnetic Compatibility control Regulation 25
Electromagnetic Compatibility Directive (2004/108/EC) 25
Electromagnetic immunity 24
Electrostatic discharge 24
electrostatic discharge (ESD) 28
EN 55022, Class B 25
EN 55024 25
EN60950 25
enclosures 25
Environmental specifications 22
error-correction algorithms 9
errors 24
ESD 28
EU 25
EU RoHS directive 26
European Union (EU) requirements 25
Execute Device Diagnostics 33
**F**
FCC verification 25
features 9
Flush Cache 33
Flush Cache Extended 33
Format Track 33
Formatted capacity 16
**G**
geometry 16
Gs 23
guaranteed sectors 16
**H**
Handling precautions 28
heads 16
height 17
humidity 22
**I**
I/O data-transfer rate 17
I/O duty cycle 24
Identify Device 33
Identify Device command 35
Idle 21, 33

**Barracuda SATA Product Manual, Rev. A2**                                    43

Idle Immediate 33
Idle mode 18, 21
Information Technology Equipment (ITE) 25
Initialize Device Parameters 33
Input noise ripple 20
input voltage 18
interface 17, 32
interference 25
internal data-transfer rate OD 17
is 17
ISO document 7779 23
ITE 25
**K**
KCC 25
Korean Communications Commission 25
Korean RRL 25
**L**
latency 17
LBA mode 16
length 17
logical geometry 16
**M**
maintenance 24
master/slave 10
mounting 29
mounting screws 22
mounting the drive 28
**N**
noise 20
nominal power 17
Nonoperating shock 22
Nonoperating vibration 23
Nonrecoverable read errors 24
**O**
operating 20
Operating power 18
Operating shock 22
Operating vibration 23
**P**
Physical characteristics 17
point-to-point 10, 28
Power consumption 18
power dissipation 20
Power modes 21
Power specifications 18
Power-management modes 21
Power-on to Ready 18
power-on-hours 24
precautions 28

printed circuit board 28
programmable power management 21
prominent discrete tone 24
**Q**
quick reference 11
**R**
Radiated RF immunity 24
radio and television interference 25
radio frequency (RF) 24
random seeks 18
Read Buffer 33
Read DMA 33
Read DMA Extended 33
Read DMA without Retries 33
read errors 24
Read Log Ext 33
Read Multiple 33
Read Multiple Extended 33
Read Native Max Address 33
Read Native Max Address Extended 34
Read Sectors 34
Read Sectors Extended 34
Read Sectors Without Retries 34
Read Verify Sectors 34
Read Verify Sectors Extended 34
Read Verify Sectors Without Retries 34
Read/write heads 16
Read/write power 18
Recalibrate 34
recording density 17
recording method 17
Recording technology 17
relative humidity 22
Reliability 24
RF 24
RMS read/write current 20
RoHS 26
RRL 25
**S**
S.M.A.R.T. Disable Operations 34
S.M.A.R.T. Enable Operations 34
S.M.A.R.T. Enable/Disable Autosave 34
S.M.A.R.T. Execute Offline 34
S.M.A.R.T. implementation 33
S.M.A.R.T. Read Attribute Thresholds 34
S.M.A.R.T. Read Data 34
S.M.A.R.T. Read Log Sector 34
S.M.A.R.T. Return Status 34
S.M.A.R.T. Save Attribute Values 34

CONFIDENTIAL

S.M.A.R.T. Write Log sector 34
Safety certification 25
SATA 32
screws 22
sectors 16
Sectors per track 16
Security Disable Password 34
Security Erase Prepare 34
Security Erase Unit 34
Security Freeze 34
Security Set Password 34
Security Unlock 34
See "S.M.A.R.T. commands" on page 34 33
Seek 34
Seek time 17
Serial ATA (SATA) interface 32
serial ATA ports 10
servo electronics 18
Set Features 34
Set Max Address 34
Set Max Address Extended 34
Set Multiple Mode 34
Shock 22
single-track seeks 17
Sleep 20, 21, 34
Sleep mode 21
sound 23
Specification summary table 11
spindle speed 17
Spinup 20
Spinup power 18
Standby 20, 21, 34
Standby Immediate 35
Standby mode 18, 21
standby timer 21
Standby to Ready 18
Start/stop times 18
static-discharge 28
subassembly 25
support services 41
Surge immunity 24
**T**
technical support services 41
temperature 17, 22
temperature gradient 22
timer 21
timers 21
track density 17
Track-to-track 17

Track-to-track seek time 17
**U**
UL60950-1 25
**V**
Vibration 23
voltage 18
Voltage dips, interrupts 24
Voltage tolerance 20
**W**
weight 17
wet bulb temperature 22
width 17
Write Buffer 35
Write DMA 35
Write DMA Extended 35
Write DMA FUA Extended 35
Write DMA Without Retries 35
Write Log Extended 35
Write Multiple 35
Write Multiple Extended 35
Write Multiple FUA Extended 35
Write Sectors 35
Write Sectors Extended 35
Write Sectors Without Retries 35

CONFIDENTIAL                    FED_SEAG0019091

CONFIDENTIAL

CONFIDENTIAL



**Seagate Technology LLC**

AMERICAS       Seagate Technology LLC 920 Disc Drive, Scotts Valley, California 95066, United States, 831-438-6550
ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

Publication Number: 100666115, Rev. A2
April 2011

Exhibit 2





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

Gen 14
100686584
Rev. A
August 2011

FED_SEAG0070462

## Document Revision History

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A1 | 08/19/2011 | Initial release. |

© 2011 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. A August 2011

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0070463

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2    Mounting dimensions (3-disk: 3TB / 2-disk: 2TB and 1.5TB models). . . . . . . . . . . . . . . . 26
Figure 3    Mounting dimensions (1-disk: 1TB, 750GB, 500GB, 320GB and 250GB models). . . . . . . . 27

FED_SEAG0070467

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070468

FED_SEAG0070469

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003
ST750DM003         ST500DM002         ST320DM000         ST250DM000

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queueing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 10% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

FED_SEAG0070470

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|---|---|

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

FED_SEAG0070471

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

## 2.1   Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 | ST2000DM001<br>ST1500DM003 | ST1000DM003<br>ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB<br>(3TB) | 2000GB (2TB);<br>1500GB (1.5TB) | 1000GB (1TB);<br>750GB |
| Guaranteed sectors | 5,860,533,168 | 3,907,029,168;<br>2,930,277,168 | 1,953,525,168;<br>1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147 Mb/s |
| Average data rate, read/write (MB/s) | 159MB/s | 159MB/s | 159MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600 MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |

FED_SEAG0070472

**Drive Specifications**                                                                 www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 | ST2000DM001<br>ST1500DM003 | ST1000DM003<br>ST750DM003 |
|---|---|---|---|
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |
| Average seek, read (typical)<br>Average seek, write (typical) | <8.5ms typical<br><9.5ms typical | <8.5ms (read)<br><9.5ms (write) | <8.5ms (read)<br><9.5ms (write) |
| Startup current (typical) 12V (peak) | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: +10% / -5.0%<br>12V: +10% / -7.5% | 5V: +10% / -5.0%<br>12V: +10% / -7.5% | 5V: +10% / -5.0%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating)<br>40.0°C max (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C max (operating)<br>40.0°C max (non-operating) |
| Altitude, operating | −304.8m to 3,048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3,048m<br>(−1000 ft to 10,000+ ft) | −60.96m to 3,048m<br>(−1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −60.96m to 12,192m<br>(−1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power<br>    Idle***<br><br>    Seek | <br>2.4 bels (typical)<br>2.5 bels (max)<br>2.6 bels (typical)<br>2.7 bels (max) | <br>2.3 bels (typical)<br>2.4 bels (max)<br>2.4 bels (typical)<br>2.5 bels (max) | <br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070473

**Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ( $\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read) | <8.5ms (read) | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V (peak) | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C (operating) 40.0°C (non-operating) |
| Altitude, operating | −304.8m to 3,048m (−1000 ft to 10,000+ ft) | −304.8m to 3,048m (−1000 ft to 10,000+ ft) | −304.8m to 3,048m (−1000 ft to 10,000+ ft) |

FED_SEAG0070474

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) |
| Operational Shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | 2.2 bels (typical) 2.3 bels (max) | 2.2 bels (typical) 2.3 bels (max) |
| Seek | 2.3 bels (typical) 2.4 bels (max) | 2.3 bels (typical) 2.4 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070475

**Drive Specifications**

## 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 159 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070476

## 2.5  Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 1.5TB and 2TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB | 626g / 1.38 lb |
| 2TB and 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6  Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

## 2.7    Start/stop times

|  | **3-disk**<br>(3TB model) | **2-disk**<br>(2TB and 1.5TB models) | **1-disk**<br>(1TB, 750GB, 500GB,<br>320GB, 250GB models) |
|---|---|---|---|
| Power-on to ready<br>( in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 8.5 (typical)<br>10 (max) |
| Standby to ready<br>(in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop<br>(in seconds) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

### 2.8.1    Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power
   Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current
   Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current
   Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power
   Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode
   During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3   DC power requirements (3-disk: 3TB)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

FED_SEAG0070478

*Table 4   DC power requirements (2-disk: 2TB and 1.5))*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Idle2* † | 3.36 | 0.152 | 0.006 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk 500, 320 and 250GB)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 (peak) |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

---

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

FED_SEAG0070479

**Drive Specifications**

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V
+10% / -5%

12V
+10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070480

## 2.9   Environmental specifications

## 2.9.1  Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

## 2.9.2  Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

## 2.9.3  Humidity

### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

### 2.9.3.2   Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

## 2.9.4  Altitude

| Operating | –304.8m to 3,048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation: |
|---|---|
| | (Number of seeks per second = 0.4 / (average latency + average access time |

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

| | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB ) | 2.4 bels (typical)<br>2.5 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(2TB and 1.5TB) | 2.3 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |
| **1 Disk**<br>(1TB, 750GB,<br>500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070482

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070484

## 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.

该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。



| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070485

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1   Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2   Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3   SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070486

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda  drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. See **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

   Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

   Use only 6-32 UNC mounting screws.

   The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

   Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2*  **Mounting dimensions (3-disk: 3TB / 2-disk: 2TB and 1.5TB models)**



FED_SEAG0070487

*Figure 3  Mounting dimensions (1-disk: 1TB, 750GB, 500GB, 320GB and 250GB models)*



FED_SEAG0070488

FED_SEAG0070489

# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1   Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2   SATA device plug connector pin definitions

Table 9 summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| Signal | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |

FED_SEAG0070490

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050") pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 37 for details and subcommands used in the S.M.A.R.T. implementation.

| Command name | Command code (in hex) |
|--------------|-----------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

FED_SEAG0070491

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |
| Security Freeze | $F5_H$ |
| Security Set Password | $F1_H$ |
| Security Unlock | $F2_H$ |
| Seek | $70_H$ |
| Set Features | $EF_H$ |
| Set Max Address | $F9_H$ |

FED_SEAG0070492

| Command name | Command code (in hex) | |
|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br> Bit 15: 0 = ATA; 1 = ATAPI<br> Bit 7: removable media<br> Bit 6: removable controller<br> Bit 0: reserved | 0C5A$_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | 0000$_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | 0000$_H$ |
| 5 | Retired | 0000$_H$ |
| 6 | Number of logical sectors per logical track: 63 | 003F$_H$ |
| 7–9 | Retired | 0000$_H$ |
| 10–19 | Serial number: (20 ASCII characters, 0000$_H$ = none) | ASCII |
| 20 | Retired | 0000$_H$ |
| 21 | Retired | 0400$_H$ |
| 22 | Obsolete | 0000$_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | 8010$_H$ |
| 48 | Reserved | 0000$_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | 2F00$_H$ |
| 50 | ATA-reserved | 0000$_H$ |
| 51 | PIO data-transfer cycle  timing mode | 0200$_H$ |
| 52 | Retired | 0200$_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | 0007$_H$ |
| 54 | Number of current logical  cylinders | xxxx$_H$ |
| 55 | Number of current logical heads | xxxx$_H$ |
| 56 | Number of current logical sectors per logical track | xxxx$_H$ |
| 57–58 | Current capacity in sectors | xxxx$_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | xxxx$_H$ |

FED_SEAG0070494

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | 0000$_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | xx07$_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | 0003$_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | 0078$_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | 0078$_H$ |
| 69–74 | ATA-reserved | 0000$_H$ |
| 75 | Queue depth | 001F$_H$ |
| 76 | SATA capabilities | xxxx$_H$ |
| 77 | Reserved for future SATA definition | xxxx$_H$ |
| 78 | SATA features supported | xxxx$_H$ |
| 79 | SATA features enabled | xxxx$_H$ |
| 80 | Major version number | 01F0$_H$ |
| 81 | Minor version number | 0028$_H$ |
| 82 | Command sets supported | 364B$_H$ |
| 83 | Command sets supported | 7F09$_H$ |
| 84 | Command sets support extension (see note following this table) | 4163$_H$ |
| 85 | Command sets enabled | 30xx$_H$ |
| 86 | Command sets enabled | BE09$_H$ |
| 87 | Command sets enable extension | 4163$_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | xx7F$_H$ |
| 89 | Security erase time | 0039$_H$ |
| 90 | Enhanced security erase time | 0039$_H$ |
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |

FED_SEAG0070495

SATA Interface

| Word | Description | Value |
|------|-------------|-------|
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |

FED_SEAG0070496

| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

## 4.3.2 Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |

FED_SEAG0070497

| | | |
|---|---|---|
| | $0A_H$ | PIO mode 2 |
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

## 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |

FED_SEAG0070498

| Code in features register | S.M.A.R.T. command |
|---|---|
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0070499

**SATA Interface**

FED_SEAG0070500

FED_SEAG0070501

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
Annualized Failure Rate 22
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22

Electrostatic discharge 22
electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 32
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26

FED_SEAG0070502

mounting screws 20
mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 10, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24

RRL 23
**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 15
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 17, 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
support services 39
Surge immunity 22
**T**
technical support services 39
temperature 16, 20
temperature gradient 20
timer 19
timers 19

FED_SEAG0070503

track density 15
Track-to-track 16
Track-to-track seek time 16
**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070504

FED_SEAG0070505

FED_SEAG0070506



**Seagate Technology LLC**

AMERICAS       Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. A*
*August 2011*

FED_SEAG0070507

Exhibit 3





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Gen 14**
100686584
Rev. B
September 2011

FED_SEAG0070508

# Document Revision History

| Revision | Date | Description of Change |
|----------|------|----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |

© 2011 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. B September 2011

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/
or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of
its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property
of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.
Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may
use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and
other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or
specifications.

FED_SEAG0070509

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

FED_SEAG0070511

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2    Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models) . . . . . . . . . . . . . . . . . . 26
Figure 3    Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4    Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . . 28

FED_SEAG0070513

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070514

FED_SEAG0070515

## 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:

   7200 RPM spindle speed.

   High instantaneous (burst) data-transfer rates (up to 600MB per second).

   TGMR recording technology provides the drives with increased areal density.

   State-of-the-art cache and on-the-fly error-correction algorithms.

   Native Command Queueing with command ordering to increase performance in demanding applications.

   Full-track multiple-sector transfer capability without local processor intervention.

   Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

   Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

   Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

   Quiet operation.

   Compliant with RoHS requirements in China and Europe.

   SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

   Support for S.M.A.R.T. drive monitoring and reporting.

   Supports latching SATA cables and connectors.

   Worldwide Name (WWN) capability uniquely identifies the drive.

### 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

   Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

   Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

   Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070516

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|---|

FED_SEAG0070517

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168 3,907,029,168 | 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147 Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600 MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | 101.6mm /4.0 in (± 0.010 in) | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |

FED_SEAG0070518

**Drive Specifications**                                                                    www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms (read) <9.5ms (write) | <8.5ms (read) <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C max (operating) 40.0°C max (non-operating) |
| Altitude, operating | –304.8m to 3,048m (–1000 ft to 10,000+ ft) | –304.8m to 3,048m15 (–1000 ft to 10,000+ ft) | –60.96m to 3,048m (–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –60.96m to 12,192m (–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | **ST3000DM001** and **ST2000DM001** | **ST1500DM003** | **ST1000DM003** and **ST750DM003** |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070519

**Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ( $\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% | 5V: +10% / -5.0% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C (operating) 40.0°C (non-operating) |
| Altitude, operating | –304.8m to 3,048m (–1000 ft to 10,000+ ft) | –304.8m to 3,048m (–1000 ft to 10,000+ ft) | –304.8m to 3,048m (–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |

FED_SEAG0070520

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power<br><br>Idle***<br><br>Seek | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

## 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1*, where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070522

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

## 2.7    Start/stop times

|  | 3-disk (3TB, 2TB models) | 2-disk (1.5TB model) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready ( in seconds) | 15 (typical) 17 (max) | 15 (typical) 17 (max) | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | 15 (typical) 17 (max) | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | 10 (typical) 11 (max) | 10 (typical) 11 (max) | 10 (typical) 11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

## 2.8.1    Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

FED_SEAG0070524

*Table 4   DC power requirements (2-disk: 1.5TB model)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.006 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

   5V
   +10% / -5%

   12V
   +10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
   The drive is in Active mode during the read/write and seek operations.

Idle mode
   The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
   The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
   The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
   Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070526

## 2.9   Environmental specifications

### 2.9.1   Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2   Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3   Humidity

#### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2   Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4   Altitude

| Operating | –304.8m to 3,048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

### 2.9.5   Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**Drive Specifications**

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|---|---|

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB, 250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070528

## 2.10.1Test  for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

## 2.13.1Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

## 2.13.2Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14  Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070530

### 2.14.2China  Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070531

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1 Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2 Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3 SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070532

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda  drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

   Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

   Use only 6-32 UNC mounting screws.

   The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

   Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models)**



FED_SEAG0070533

*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



FED_SEAG0070534

**Configuring and Mounting the Drive**                                                                                     www.seagate.com

*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



FED_SEAG0070535

# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1    Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
|         | S1  | Ground   | 2nd mate   |
|         | S2  | A+       | Differential signal pair A from Phy |
|         | S3  | A-       |            |
|         | S4  | Ground   | 2nd mate   |
|         | S5  | B-       | Differential signal pair B from Phy |
|         | S6  | B+       |            |
| **Signal** | S7 | Ground  | 2nd mate   |
| Key and spacing separate signal and power segments ||||

FED_SEAG0070536

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050") pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   the ground pins P4 and P12.
   the pre-charge power pins and the other ground pins.
   the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 37 for details and subcommands used in the S.M.A.R.T. implementation.

| Command name | Command code (in hex) |
|--------------|------------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | 92$_H$ |
| Execute Device Diagnostics | 90$_H$ |
| Flush Cache | E7$_H$ |
| Flush Cache Extended | EA$_H$ |
| Format Track | 50$_H$ |
| Identify Device | EC$_H$ |
| Idle | E3$_H$ |
| Idle Immediate | E1$_H$ |
| Initialize Device Parameters | 91$_H$ |
| Read Buffer | E4$_H$ |
| Read DMA | C8$_H$ |
| Read DMA Extended | 25$_H$ |
| Read DMA Without Retries | C9$_H$ |
| Read Log Ext | 2F$_H$ |
| Read Multiple | C4$_H$ |
| Read Multiple Extended | 29$_H$ |
| Read Native Max Address | F8$_H$ |
| Read Native Max Address Extended | 27$_H$ |
| Read Sectors | 20$_H$ |
| Read Sectors Extended | 24$_H$ |
| Read Sectors Without Retries | 21$_H$ |
| Read Verify Sectors | 40$_H$ |
| Read Verify Sectors Extended | 42$_H$ |
| Read Verify Sectors Without Retries | 41$_H$ |
| Recalibrate | 10$_H$ |
| Security Disable Password | F6$_H$ |
| Security Erase Prepare | F3$_H$ |
| Security Erase Unit | F4$_H$ |
| Security Freeze | F5$_H$ |
| Security Set Password | F1$_H$ |
| Security Unlock | F2$_H$ |
| Seek | 70$_H$ |
| Set Features | EF$_H$ |
| Set Max Address | F9$_H$ |

FED_SEAG0070538

**SATA Interface**                                                    www.seagate.com

| Command name | Command code (in hex) |
|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:          $00_H$<br>Password:      $01_H$<br>Lock:            $02_H$<br>Unlock:          $03_H$<br>Freeze Lock:  $04_H$ |
| Set Max Address Extended | $37_H$ |
| Set Multiple Mode | $C6_H$ |
| Sleep | $E6_H$ |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ |
| Standby | $E2_H$ |
| Standby Immediate | $E0_H$ |
| Write Buffer | $E8_H$ |
| Write DMA | $CA_H$ |
| Write DMA Extended | $35_H$ |
| Write DMA FUA Extended | $3D_H$ |
| Write DMA Without Retries | $CB_H$ |
| Write Log Extended | $3F_H$ |
| Write Multiple | $C5_H$ |
| Write Multiple Extended | $39_H$ |
| Write Multiple FUA Extended | $CE_H$ |
| Write Sectors | $30_H$ |
| Write Sectors Without Retries | $31_H$ |
| Write Sectors Extended | $34_H$ |
| Write Uncorrectable | $45_H$ |

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

FED_SEAG0070539

The following commands contain drive-specific features that may not be included in the SATA specification.

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>　Bit 15: 0 = ATA; 1 = ATAPI<br>　Bit 7: removable media<br>　Bit 6: removable controller<br>　Bit 0: reserved | 0C5A$_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | 0000$_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | 0000$_H$ |
| 5 | Retired | 0000$_H$ |
| 6 | Number of logical sectors per logical track: 63 | 003F$_H$ |
| 7–9 | Retired | 0000$_H$ |
| 10–19 | Serial number: (20 ASCII characters, 0000$_H$ = none) | ASCII |
| 20 | Retired | 0000$_H$ |
| 21 | Retired | 0400$_H$ |
| 22 | Obsolete | 0000$_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | 8010$_H$ |
| 48 | Reserved | 0000$_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | 2F00$_H$ |
| 50 | ATA-reserved | 0000$_H$ |
| 51 | PIO data-transfer cycle  timing mode | 0200$_H$ |
| 52 | Retired | 0200$_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | 0007$_H$ |
| 54 | Number of current logical  cylinders | xxxx$_H$ |
| 55 | Number of current logical heads | xxxx$_H$ |
| 56 | Number of current logical sectors per logical track | xxxx$_H$ |
| 57–58 | Current capacity in sectors | xxxx$_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | xxxx$_H$ |

FED_SEAG0070540

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported<br>(see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word<br>(120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension<br>(see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |

FED_SEAG0070541

SATA Interface

| Word | Description | Value |
|------|-------------|-------|
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|--------|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|--------|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |

**Barracuda SATA Product Manual, Rev. B**    35

| | 5 | GPL feature set is supported. |
|---|---|---|
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

## 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

| $02_H$ | Enable write cache *(default)*. |
|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$   Set PIO mode to default (PIO mode 2). |
| | $01_H$   Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$   PIO mode 0 |
| | $09_H$   PIO mode 1 |

FED_SEAG0070543

| | | |
|---|---|---|
| | $0A_H$ | PIO mode 2 |
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

## 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |

FED_SEAG0070544

| Code in features register | S.M.A.R.T. command |
|---|---|
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |

FED_SEAG0070545

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
Annualized Failure Rate 22
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22

Electrostatic discharge 22
electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 14, 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 32
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 14, 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26

FED_SEAG0070546

mounting screws 20
mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24

RRL 23
**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 14
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 17, 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16

FED_SEAG0070547

Track-to-track seek time 16
**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070548

FED_SEAG0070549

FED_SEAG0070550



**Seagate Technology LLC**

AMERICAS        Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. B*
*September 2011*

FED_SEAG0070551

Exhibit 4





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Gen 14**
100686584
Rev. C
October 2011

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |

© 2011 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. C October 2011

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda  and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.
Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0070553

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

FED_SEAG0070555

# Figures

Figure 1       Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2       Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models) . . . . . . . . . . . . . . . . . . . 26
Figure 3       Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4       Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . . . 28

FED_SEAG0070557

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

• Presales & Technical support
• Global Support Services telephone numbers & business hours
• Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070558

FED_SEAG0070559

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:

  7200 RPM spindle speed.

  High instantaneous (burst) data-transfer rates (up to 600MB per second).

  TGMR recording technology provides the drives with increased areal density.

  State-of-the-art cache and on-the-fly error-correction algorithms.

  Native Command Queueing with command ordering to increase performance in demanding applications.

  Full-track multiple-sector transfer capability without local processor intervention.

  Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

  Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

  Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

  Quiet operation.

  Compliant with RoHS requirements in China and Europe.

  SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

  Support for S.M.A.R.T. drive monitoring and reporting.

  Supports latching SATA cables and connectors.

  Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

  Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

  Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

  Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070560

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|-----------------------------------------------------------------------------------------------------------------------------------------|

FED_SEAG0070561

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168 3,907,029,168 | 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147 Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600 MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |

FED_SEAG0070562

**Drive Specifications**                                                    www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms (read) <9.5ms (write) | <8.5ms (read) <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C max (operating) 40.0°C max (non-operating) |
| Altitude, operating | –304.8m to 3,048m (–1000 ft to 10,000+ ft) | –304.8m to 3,048m15 (–1000 ft to 10,000+ ft) | –60.96m to 3,048m (–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –60.96m to 12,192m (–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | **ST3000DM001** and **ST2000DM001** | **ST1500DM003** | **ST1000DM003** and **ST750DM003** |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070563

**Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ( $\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) |
| Altitude, operating | –304.8m to 3,048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3,048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3,048m<br>(–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |

FED_SEAG0070564

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) |
| Seek | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

### 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br> 500GB, 320GB, 250GB models | <br>625<br>329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br>500GB, 320GB, 250GB models | <br>210<br>144 |
| **Average data rate, read/write** (MB/s)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br>500GB, 320GB, 250GB models | <br>156<br>125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070566

## 2.5    Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

FED_SEAG0070567

## 2.7    Start/stop times

|  | 3-disk<br>(3TB, 2TB models) | 2-disk<br>(1.5TB model) | 1-disk<br>(1TB, 750GB<br>models) | 1-disk<br>(250GB, 320GB,<br>500GB models) |
|---|---|---|---|---|
| Power-on to ready<br>( in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Standby to ready<br>(in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop<br>(in seconds) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

## 2.8.1    Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

FED_SEAG0070568

*Table 4   DC power requirements (2-disk: 1.5TB model)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.006 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power
 to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the
+12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave
injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave
injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

FED_SEAG0070569

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V
±5%

12V
+10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
| --- | --- | --- | --- |
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
The drive is in Active mode during the read/write and seek operations.

Idle mode
The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070570

## 2.9    Environmental specifications

### 2.9.1    Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|-----------|----------------------------|
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2    Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|-----------|----------------------------------------------------------|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|-----------|----------------------------------------------|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|-----------|----------------------|
| Non-operating | 40°C (104°F max) |

### 2.9.4    Altitude

| Operating | –304.8m to 3,048m (–1000 ft. to 10,000+ ft.) |
|-----------|-----------------------------------------------|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

### 2.9.5    Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2    Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|---|---|

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | **Idle*** | **Seek** |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070572

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070573

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14  Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070574

## 2.14.2 China  Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.

该产品具有20年的环境保护使用周期 （EPUP）。下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。



| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1 Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2 Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3 SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070576

**Configuring and Mounting the Drive**                                                   www.seagate.com

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

## 3.4 Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models)**



*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



FED_SEAG0070578

Configuring and Mounting the Drive

www.seagate.com

*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1    Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
|         | S1  | Ground   | 2nd mate   |
|         | S2  | A+       | Differential signal pair A from Phy |
|         | S3  | A-       |            |
|         | S4  | Ground   | 2nd mate   |
|         | S5  | B-       | Differential signal pair B from Phy |
|         | S6  | B+       |            |
| Signal  | S7  | Ground   | 2nd mate   |
| Key and spacing separate signal and power segments | | | |

FED_SEAG0070580

SATA Interface                                                                                    www.seagate.com

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050") pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 37 for details and subcommands used in the S.M.A.R.T. implementation.

| Command name | Command code (in hex) |
|--------------|-----------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

FED_SEAG0070581

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |
| Security Freeze | $F5_H$ |
| Security Set Password | $F1_H$ |
| Security Unlock | $F2_H$ |
| Seek | $70_H$ |
| Set Features | $EF_H$ |
| Set Max Address | $F9_H$ |

FED_SEAG0070582

| Command name | Command code (in hex) | |
|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: <br> Password: <br> Lock: <br> Unlock: <br> Freeze Lock: | $00_H$ <br> $01_H$ <br> $02_H$ <br> $03_H$ <br> $04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>  Bit 15: 0 = ATA; 1 = ATAPI<br>  Bit 7: removable media<br>  Bit 6: removable controller<br>  Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |

FED_SEAG0070584

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |

FED_SEAG0070585

| Word | Description | Value |
|------|-------------|-------|
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |

FED_SEAG0070586

| | 5 | GPL feature set is supported. |
|---|---|---|
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | **Word 88** | |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

## 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

| $02_H$ | Enable write cache *(default)*. | |
|---|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: | |
| | $00_H$ | Set PIO mode to default (PIO mode 2). |
| | $01_H$ | Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$ | PIO mode 0 |
| | $09_H$ | PIO mode 1 |

| | $0A_H$ | PIO mode 2 |
|---|---|---|
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

## 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |

FED_SEAG0070588

| Code in features register | S.M.A.R.T. command |
|---|---|
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0070589

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
Annualized Failure Rate 22
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22

Electrostatic discharge 22
electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 14, 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 32
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 14, 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26

FED_SEAG0070590

mounting screws 20
mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24

RRL 23
**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 14
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 17, 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16

FED_SEAG0070591

Track-to-track seek time 16
**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070592

FED_SEAG0070593

FED_SEAG0070594



**Seagate Technology LLC**

AMERICAS        Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. C*
*October 2011*

FED_SEAG0070595

Exhibit 5





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Gen 14**
100686584
Rev. D
January 2012

FED_SEAG0070596

## Document Revision History

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |

© 2012 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. D January 2012

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/
or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of
its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property
of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.
Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may
use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and
other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or
specifications.

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        1.1     About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0     Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        2.1     Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        2.2     Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
                2.2.1     LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.3     Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.4     Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.5     Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.6     Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.7     Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.8     Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                2.8.1     Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                2.8.2     Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
                2.8.3     Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
                2.8.4     Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.9     Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.1     Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.2     Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.3     Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.4     Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.5     Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
                2.9.6     Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        2.10    Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
                2.10.1    Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . 22
        2.11    Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        2.12    Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        2.13    Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
                2.13.1    Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
                2.13.2    Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
                2.13.3    FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
        2.14    Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
                2.14.1    European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
                2.14.2    China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 24
        2.15    Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0     Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
        3.1     Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . 25
        3.2     Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
        3.3     SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
        3.4     Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0     SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
        4.1     Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
        4.2     SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . 29
        4.3     Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
                4.3.1     Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
                4.3.2     Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
                4.3.3     S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

FED_SEAG0070598

FED_SEAG0070599

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2     Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models) . . . . . . . . . . . . . . . . . . . 26
Figure 3     Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4     Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . 28

FED_SEAG0070601

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070602

FED_SEAG0070603

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:

    7200 RPM spindle speed.

    High instantaneous (burst) data-transfer rates (up to 600MB per second).

    TGMR recording technology provides the drives with increased areal density.

    State-of-the-art cache and on-the-fly error-correction algorithms.

    Native Command Queueing with command ordering to increase performance in demanding applications.

    Full-track multiple-sector transfer capability without local processor intervention.

    Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

    Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

    Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

    Quiet operation.

    Compliant with RoHS requirements in China and Europe.

    SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

    Support for S.M.A.R.T. drive monitoring and reporting.

    Supports latching SATA cables and connectors.

    Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

    Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

    Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

    Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070604

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|---|

FED_SEAG0070605

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003

ST750DM003         ST500DM002         ST320DM000         ST250DM000

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168 3,907,029,168 | 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | 101.6mm /4.0 in (± 0.010 in) | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |

FED_SEAG0070606

**Drive Specifications**                                                                                      www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 ST2000DM001 | ST1500DM003 | ST1000DM003 ST750DM003 |
|---|---|---|---|
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms (read) <9.5ms (write) | <8.5ms (read) <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) | 0° to 60°C (operating) –40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C max (operating) 40.0°C max (non-operating) |
| Altitude, operating | –304.8m to 3048m (–1000 ft to 10,000+ ft) | –304.8m to 3048m (–1000 ft to 10,000+ ft) | –304.8m to 3048m (–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | **ST3000DM001** and **ST2000DM001** | **ST1500DM003** | **ST1000DM003** and **ST750DM003** |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

www.seagate.com                                                          **Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | 101.6mm / 4.0 in (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) |
| Altitude, operating | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |

FED_SEAG0070608

**Drive Specifications**                                                                      www.seagate.com

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power<br><br>    Idle***<br><br>    Seek | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) | <br><br>2.2 bels (typical)<br>2.3 bels (max)<br>2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2    Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

## 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1*, where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

FED_SEAG0070609

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070610

## 2.5    Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

**Drive Specifications**

## 2.7   Start/stop times

|  | 3-disk<br>(3TB, 2TB models) | 2-disk<br>(1.5TB model) | 1-disk<br>(1TB, 750GB<br>models) | 1-disk<br>(250GB, 320GB,<br>500GB models) |
|---|---|---|---|---|
| Power-on to ready<br>( in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Standby to ready<br>(in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop<br>(in seconds) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

## 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 1.5TB model)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

FED_SEAG0070613

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V
±5%

12V
+10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
The drive is in Active mode during the read/write and seek operations.

Idle mode
The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070614

## 2.9   Environmental specifications

### 2.9.1   Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| **Non-operating** | –40° to 70°C (–40° to 158°F) |

### 2.9.2   Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| **Non-operating** | 30°C per hour (86°F per hour max) |

### 2.9.3   Humidity

#### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| **Nonoperating** | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2   Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| **Non-operating** | 40°C (104°F max) |

### 2.9.4   Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| **Non-operating** | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

### 2.9.5   Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**Drive Specifications**

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3   Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|---|---|

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070617

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070618

## 2.14.2 China  Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070619

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1 Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2 Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3 SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

**Configuring and Mounting the Drive**                                          www.seagate.com

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda  drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

   Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

   Use only 6-32 UNC mounting screws.

   The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

   Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models)**



FED_SEAG0070621

*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1    Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| **Signal** | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |

FED_SEAG0070624

*Table 9   SATA connector pin definitions (continued)*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 38 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|--------------|-----------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

FED_SEAG0070625

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |
| Security Freeze | $F5_H$ |
| Security Set Password | $F1_H$ |
| Security Unlock | $F2_H$ |
| Seek | $70_H$ |
| Set Features | $EF_H$ |
| Set Max Address | $F9_H$ |

FED_SEAG0070626

**Table 10 SATA standard commands (continued)**

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: <br> Password: <br> Lock: <br> Unlock: <br> Freeze Lock: | $00_H$ <br> $01_H$ <br> $02_H$ <br> $03_H$ <br> $04_H$ | |
| Set Max Address Extended | $37_H$ | | |
| Set Multiple Mode | $C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0070627

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>    Bit  15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070628

**Table 11  Identify Device commands (continued)**

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |

FED_SEAG0070629

SATA Interface

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003 = 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|-----|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|-----|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |

FED_SEAG0070630

| | 2 | Media serial number is supported. |
|---|---|---|
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | **Word 88** | |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

### 4.3.2 Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| $02_H$ | Enable write cache *(default)*. | |
|---|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: | |
| | $00_H$ | Set PIO mode to default (PIO mode 2). |
| | $01_H$ | Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$ | PIO mode 0 |
| | $09_H$ | PIO mode 1 |
| | $0A_H$ | PIO mode 2 |
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

FED_SEAG0070632

## 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| $D5_H$ | S.M.A.R.T. Read Log Sector |
| $D6_H$ | S.M.A.R.T. Write Log Sector |
| $D8_H$ | S.M.A.R.T. Enable Operations |
| $D9_H$ | S.M.A.R.T. Disable Operations |
| $DA_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0070633

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
Annualized Failure Rate 22
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22

Electrostatic discharge 22
electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 14, 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 33
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 14, 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26

FED_SEAG0070634

mounting screws 20
mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24

RRL 23
**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 14
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 17, 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16

FED_SEAG0070635

Track-to-track seek time 16
**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070636

FED_SEAG0070637

FED_SEAG0070638



**Seagate Technology LLC**
AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. D*
*January 2012*

Exhibit 6





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

Gen 14
100686584
Rev. E
June 2012

FED_SEAG0070640

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|-----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |

© 2012 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. E June 2012

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

**Barracuda SATA Product Manual, Rev. E**

FED_SEAG0070643

# Figures

Figure 1        Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2        Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models) . . . . . . . . . . . . . . . . . . 26
Figure 3        Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4        Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . 28

FED_SEAG0070645

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070646

FED_SEAG0070647

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003
ST750DM003         ST500DM002         ST320DM000         ST250DM000

These drives provide the following key features:

   7200 RPM spindle speed.

   High instantaneous (burst) data-transfer rates (up to 600MB per second).

   TGMR recording technology provides the drives with increased areal density.

   State-of-the-art cache and on-the-fly error-correction algorithms.

   Native Command Queueing with command ordering to increase performance in demanding applications.

   Full-track multiple-sector transfer capability without local processor intervention.

   Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

   Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

   Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

   Quiet operation.

   Compliant with RoHS requirements in China and Europe.

   SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

   Support for S.M.A.R.T. drive monitoring and reporting.

   Supports latching SATA cables and connectors.

   Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

   Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

   Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

   Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070648

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| | |
|---|---|
| **Note** | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |

FED_SEAG0070649

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003

ST750DM003         ST500DM002         ST320DM000         ST250DM000

## 2.1   Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001<br>ST2000DM001 | ST1500DM003 | ST1000DM003<br>ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB);<br>2000GB (2TB) | 1500GB (1.5TB) | 1000GB (1TB);<br>750GB |
| Guaranteed sectors | 5,860,533,168<br>3,907,029,168 | 2,930,277,168 | 1,953,525,168;<br>1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |

FED_SEAG0070650

**Drive Specifications**                                                                      www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001<br>ST2000DM001 | ST1500DM003 | ST1000DM003<br>ST750DM003 |
|---|---|---|---|
| Average seek, read (typical)<br>Average seek, write (typical) | <8.5ms typical<br><9.5ms typical | <8.5ms (read)<br><9.5ms (write) | <8.5ms (read)<br><9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) | 20°C per hour max (operating)<br>30°C per hour max<br>(non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating)<br>40.0°C max (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C max (operating)<br>40.0°C max (non-operating) |
| Altitude, operating | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-Operational Shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | **ST3000DM001** and<br>**ST2000DM001** | **ST1500DM003** | **ST1000DM003** and<br>**ST750DM003** |
| Idle*** | 2.4 bels (typical)<br>2.6 bels (max) | 2.4 bels (typical)<br>2.6 bels (max) | 2.2 bels (typical)<br>2.4 bels (max) |
| Seek | 2.6 bels (typical)<br>2.7 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending
   on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power
    to operational levels.

FED_SEAG0070651

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | 101.6mm / 4.0 in (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) | 0° to 60°C (operating)<br>–40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) |
| Altitude, operating | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) | –304.8m to 3048m<br>(–1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) | –304.8m to 12,192m<br>(–1000 ft to 40,000+ ft) |
| Operational Shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |

FED_SEAG0070652

**Drive Specifications**                                                                                        www.seagate.com

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Non-Operational Shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | 2.2 bels (typical) 2.3 bels (max) | 2.2 bels (typical) 2.3 bels (max) |
| Seek | 2.3 bels (typical) 2.4 bels (max) | 2.3 bels (typical) 2.4 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

### 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

FED_SEAG0070653

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070654

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

## 2.7   Start/stop times

| | 3-disk<br>(3TB, 2TB models) | 2-disk<br>(1.5TB model) | 1-disk<br>(1TB, 750GB models) | 1-disk<br>(250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready<br>( in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Standby to ready<br>(in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop<br>(in seconds) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

## 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

FED_SEAG0070656

*Table 4   DC power requirements (2-disk: 1.5TB model)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

---

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

**Drive Specifications**

### 2.8.3   Voltage tolerance

Voltage tolerance (including noise):

　5V
　±5%

　12V
　+10% / -7.5%

### 2.8.4   Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
　The drive is in Active mode during the read/write and seek operations.

Idle mode
　The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
　The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
　The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
　Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070658

## 2.9   Environmental specifications

## 2.9.1   Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

## 2.9.2   Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

## 2.9.3   Humidity

### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

### 2.9.3.2   Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

## 2.9.4   Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

## 2.9.5   Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

FED_SEAG0070659

**Drive Specifications**

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3   Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

> **Note**
> For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:
>
> (Number of seeks per second = 0.4 / (average latency + average access time

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

| | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070660

## 2.10.1 Test  for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m,<br>80% AM with 1kHz sine<br>900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96<br>ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common,<br>AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds<br>0% short, 5 seconds<br>40%, 0.10 seconds<br>70%, 0.01 seconds | C<br>C<br>C<br>B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070662

## 2.14.2China  Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期（EPUP）。下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
|  | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070663

# 3.0  Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1  Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

> Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.
>
> Handle the drive by its edges or frame *only*.
>
> The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.
>
> Always rest the drive on a padded, antistatic surface until you mount it in the computer.
>
> Do not touch the connector pins or the printed circuit board.
>
> Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2  Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3  SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070664

**Configuring and Mounting the Drive**                                    www.seagate.com

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 1.5TB models)**



FED_SEAG0070665

*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



FED_SEAG0070666

Configuring and Mounting the Drive                                    www.seagate.com

*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



FED_SEAG0070667

# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1   Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2   SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| **Signal** | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |

FED_SEAG0070668

*Table 9   SATA connector pin definitions (continued)*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| **Power** | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   the ground pins P4 and P12.
   the pre-charge power pins and the other ground pins.
   the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 38 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|--------------|----------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |
| Security Freeze | $F5_H$ |
| Security Set Password | $F1_H$ |
| Security Unlock | $F2_H$ |
| Seek | $70_H$ |
| Set Features | $EF_H$ |
| Set Max Address | $F9_H$ |

FED_SEAG0070670

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

FED_SEAG0070671

### 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>    Bit  15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070672

*Table 11  Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable  extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |

FED_SEAG0070673

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003 = 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|----------------------------------------------------------------------------------------------------|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|-------------------------------------------------------------------------------------|

| Description (if bit is set to 1) | | |
|--------|-----|----------------------------------------|
| | Bit | Word 63 |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | Word 84 |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |

**Barracuda SATA Product Manual, Rev. E**                                        35

| | 2 | Media serial number is supported. |
|---|---|---|
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

SATA Interface

### 4.3.2 Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

## 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| $D5_H$ | S.M.A.R.T. Read Log Sector |
| $D6_H$ | S.M.A.R.T. Write Log Sector |
| $D8_H$ | S.M.A.R.T. Enable Operations |
| $D9_H$ | S.M.A.R.T. Disable Operations |
| $DA_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22
Electrostatic discharge 22

electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 14, 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 33
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 14, 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26
mounting screws 20

FED_SEAG0070678

mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24
RRL 23

**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 14
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 17, 18, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16
Track-to-track seek time 16

FED_SEAG0070679

**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070680

FED_SEAG0070681

FED_SEAG0070682



**Seagate Technology LLC**
AMERICAS     Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. E*
*June 2012*

FED_SEAG0070683

Exhibit 7





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

Gen 14
100686584
Rev. F
September 2012

FED_SEAG0070684

## Document Revision History

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |

© 2012 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. F September 2012

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0070685

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.8.3    Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 23
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
              4.3.3    S.M.A.R.T. commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

FED_SEAG0070687

# Figures

Figure 1      Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2      Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 2TB, 1.5TB models). . . . . . . . . . . . . . . 26
Figure 3      Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4      Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . . 28

**Barracuda SATA Product Manual, Rev. F**

FED_SEAG0070689

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070690

**Barracuda SATA Product Manual, Rev. F**

FED_SEAG0070691

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queueing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparentmigration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1 About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070692

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|---|

FED_SEAG0070693

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003

ST750DM003         ST500DM002         ST320DM000         ST250DM000

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in ( ± 0.010 in) | 101.6mm /4.0 in ( ± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | <10.0s | n/a |

FED_SEAG0070694

**Drive Specifications**                                                   www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms (read) <9.5ms (write) | <8.5ms (read) <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C max (operating) 40.0°C max (non-operating) |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | −304.8m to 3048m (−1000 ft to 10,000+ ft) | −304.8m to 3048m (−1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) |
| Operational shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-operational shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070695

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ( $\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Power-on to ready, 2.5A spin-up code option (typical) | n/a | n/a | n/a |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) |

FED_SEAG0070696

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Operational shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |
| Non-operational shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power<br>   Idle*** | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) |
|    Seek | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | 4k |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

\*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

## 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

FED_SEAG0070697

**Drive Specifications**

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br> 500GB, 320GB, 250GB models | <br>625<br>329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br>500GB, 320GB, 250GB models | <br>210<br>144 |
| **Average data rate, read/write** (MB/s)<br>3TB, 2TB, 1.5TB, 1TB and 750GB models<br>500GB, 320GB, 250GB models | <br>156<br>125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0070698

## 2.5    Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

## 2.7   Start/stop times

|  | **3-disk**<br>(3TB, 2TB models) | **2-disk**<br>(2TB, 1.5TB models) | **1-disk**<br>(1TB, 750GB models) | **1-disk**<br>(250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready<br>( in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Power-on to ready, 2.5A spin-up code option<br>(in seconds, typical) | <10 | <10 | n/a | n/a |
| Standby to ready<br>(in seconds) | 15 (typical)<br>17 (max) | 15 (typical)<br>17 (max) | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop<br>(in seconds) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) | 10 (typical)<br>11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

### 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power
  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current
  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current
  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power
  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode
  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Sleep | 0.75 | 0.136 | 0.005 |
|-------|------|-------|-------|

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|------------------------------------------|-------------------|------------------|-------------------|
| Spinup    | —    | —     | 2.0   |
| Idle2* †  | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby   | 0.75 | 0.136 | 0.005 |
| Sleep     | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|------------------------------------------|-------------------|------------------|-------------------|
| Spinup    | —    | —     | 2.0   |
| Idle2* †  | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby   | 0.63 | 0.111 | 0.006 |
| Sleep     | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|------------------------------------------|-------------------|------------------|-------------------|
| Spinup      | —    | —     | 2.0   |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating   | 6.19 | 0.656 | 0.243 |
| Standby     | 0.79 | 0.350 | 0.010 |
| Sleep       | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|------|

FED_SEAG0070701

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V
±5%

12V
+10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
| --- | --- | --- | --- |
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
The drive is in Active mode during the read/write and seek operations.

Idle mode
The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070702

## 2.9  Environmental specifications

## 2.9.1  Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

## 2.9.2  Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

## 2.9.3  Humidity

### 2.9.3.1  Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

### 2.9.3.2  Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

## 2.9.4  Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2  Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

FED_SEAG0070703

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|---|---|

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(2TB, 1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070704

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m,<br>80% AM with 1kHz sine<br>900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96<br>ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common,<br>AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds<br>0% short, 5 seconds<br>40%, 0.10 seconds<br>70%, 0.01 seconds | C<br>C<br>C<br>B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070705

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070706

### 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
|  | Lead 铅 (Pb) | Mercury 汞 (Hg) | Cadmium 镉 (Cd) | Hexavalent Chromium 六价铬 (Cr6+) | Polybrominated Diphenyl 多溴联苯 (PBB) | Polybrominated Diphenyl Ether 多溴二苯醚 (PBDE) |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070707

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070708

**Configuring and Mounting the Drive**                                    www.seagate.com

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

## 3.4   Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 2TB, 1.5TB models)**



FED_SEAG0070709

*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1   Hot-Plug compatibility

Barracuda  drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2   SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
|  | S1 | Ground | 2nd mate |
|  | S2 | A+ | Differential signal pair A from Phy |
|  | S3 | A- |  |
|  | S4 | Ground | 2nd mate |
|  | S5 | B- | Differential signal pair B from Phy |
|  | S6 | B+ |  |
| **Signal** | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments ||||

FED_SEAG0070712

*Table 9   SATA connector pin definitions (continued)*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   the ground pins P4 and P12.
   the pre-charge power pins and the other ground pins.
   the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 38 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|--------------|------------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

**Table 10 SATA standard commands (continued)**

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | 92$_H$ |
| Execute Device Diagnostics | 90$_H$ |
| Flush Cache | E7$_H$ |
| Flush Cache Extended | EA$_H$ |
| Format Track | 50$_H$ |
| Identify Device | EC$_H$ |
| Idle | E3$_H$ |
| Idle Immediate | E1$_H$ |
| Initialize Device Parameters | 91$_H$ |
| Read Buffer | E4$_H$ |
| Read DMA | C8$_H$ |
| Read DMA Extended | 25$_H$ |
| Read DMA Without Retries | C9$_H$ |
| Read Log Ext | 2F$_H$ |
| Read Multiple | C4$_H$ |
| Read Multiple Extended | 29$_H$ |
| Read Native Max Address | F8$_H$ |
| Read Native Max Address Extended | 27$_H$ |
| Read Sectors | 20$_H$ |
| Read Sectors Extended | 24$_H$ |
| Read Sectors Without Retries | 21$_H$ |
| Read Verify Sectors | 40$_H$ |
| Read Verify Sectors Extended | 42$_H$ |
| Read Verify Sectors Without Retries | 41$_H$ |
| Recalibrate | 10$_H$ |
| Security Disable Password | F6$_H$ |
| Security Erase Prepare | F3$_H$ |
| Security Erase Unit | F4$_H$ |
| Security Freeze | F5$_H$ |
| Security Set Password | F1$_H$ |
| Security Unlock | F2$_H$ |
| Seek | 70$_H$ |
| Set Features | EF$_H$ |
| Set Max Address | F9$_H$ |

FED_SEAG0070714

**Table 10 SATA standard commands (continued)**

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ | |
| Set Max Address Extended<br><br>Set Multiple Mode | $37_H$<br><br>$C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0070715

## 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
| --- | --- | --- |
| 0 | Configuration information:<br>    Bit  15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

SATA Interface                                                                www.seagate.com

**Table 11  Identify Device commands (continued)**

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable  extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |

FED_SEAG0070717

SATA Interface

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003 = 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|-------------|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|-------------|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |

**Barracuda SATA Product Manual, Rev. F**    35

| | 2 | Media serial number is supported. |
|---|---|---|
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | **Word 88** | |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

### 4.3.2 Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| | |
|---|---|
| 02$_H$ | Enable write cache *(default)*. |
| 03$_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | 00$_H$  Set PIO mode to default (PIO mode 2). |
| | 01$_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | 08$_H$  PIO mode 0 |
| | 09$_H$  PIO mode 1 |
| | 0A$_H$  PIO mode 2 |
| | 0B$_H$  PIO mode 3 |
| | 0C$_H$  PIO mode 4 *(default)* |
| | 20$_H$  Multiword DMA mode 0 |
| | 21$_H$  Multiword DMA mode 1 |
| | 22$_H$  Multiword DMA mode 2 |
| | 40$_H$  Ultra DMA mode 0 |
| | 41$_H$  Ultra DMA mode 1 |
| | 42$_H$  Ultra DMA mode 2 |
| | 43$_H$  Ultra DMA mode 3 |
| | 44$_H$  Ultra DMA mode 4 |
| | 45$_H$  Ultra DMA mode 5 |
| | 46$_H$  Ultra DMA mode 6 |
| 10$_H$ | Enable use of SATA features |
| 55$_H$ | Disable read look-ahead (read cache) feature. |
| 82$_H$ | Disable write cache |
| 90$_H$ | Disable use of SATA features |
| AA$_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| F1$_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

### 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 22
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 22
Conducted noise 18
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 17, 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 22
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 22
Electromagnetic immunity 22
Electrostatic discharge 22

electrostatic discharge (ESD) 25
EN 55022, Class B 22
EN 55024 22
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 22
EU RoHS directive 23
European Union (EU) requirements 22
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 14, 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 33
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 22
Initialize Device Parameters 31
Input noise ripple 18
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 22
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 14, 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26
mounting screws 20

FED_SEAG0070722

mounting the drive 25
**N**
noise 18
nominal power 16
Nonoperating shock 20
Nonoperating vibration 21
**O**
operating 17, 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 17, 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 18
RoHS 23, 24
RRL 23

**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 14
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 17, 18
Spinup power 17
Standby 17, 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16
Track-to-track seek time 16

**Barracuda SATA Product Manual, Rev. F**

FED_SEAG0070723

**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070724

FED_SEAG0070725

FED_SEAG0070726



**Seagate Technology LLC**

AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. F*
*September 2012*

FED_SEAG0070727

Exhibit 8





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

Gen 14
100686584
Rev. G
October 2012

FED_SEAG0070728

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|-----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |

© 2012 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. G October 2012

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1 (877-782-8351) to request permission.

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes.  Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Seagate reserves the right to change, without notice, product offerings or specifications.

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

1.0    Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
       2.2    Formatted capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.6    Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.7    Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.1    Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.9    Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.10   Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
              2.10.1   Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . 22
       2.11   Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       2.13   Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.1   Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 24
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 24
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

3.0    Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.1    Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.2    Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
       3.4    Drive mounting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       4.3    Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
              4.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

FED_SEAG0070731

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Figure 2     Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 2TB, 1.5TB models) . . . . . . . . . . . . . . . 26
Figure 3     Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . . 27
Figure 4     Mounting dimensions (1-disk: 500GB, 320GB and 250GB models). . . . . . . . . . . . . . . . . 28

FED_SEAG0070733

# Seagate Technology Support Services

For information regarding online support and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:

- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding data recovery services, visit http://www.i365.com
For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system
For Seagate reseller portal, visit http://spp.seagate.com

FED_SEAG0070734

FED_SEAG0070735

# 1.0 Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® model drives:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:

- 7200 RPM spindle speed.
- High instantaneous (burst) data-transfer rates (up to 600MB per second).
- TGMR recording technology provides the drives with increased areal density.
- State-of-the-art cache and on-the-fly error-correction algorithms.
- Native Command Queueing with command ordering to increase performance in demanding applications.
- Full-track multiple-sector transfer capability without local processor intervention.
- Seagate AcuTrac™ servo technology delivers dependable performance,even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors
- Quiet operation.
- Compliant with RoHS requirements in China and Europe.
- SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.
- Support for S.M.A.R.T. drive monitoring and reporting.
- Supports latching SATA cables and connectors.
- Worldwide Name (WWN) capability uniquely identifies the drive.

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

- Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.
- Thinner and more flexible cabling for improved enclosure airflow and ease of installation.
- Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow you to install a SATA host adapter and SATA disk drive in your current system and expect all of your existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

FED_SEAG0070736

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|------|

FED_SEAG0070737

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

## 2.1   Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001;<br>ST2000DM001 | ST2000DM001;<br>ST1500DM003 | ST1000DM003;<br>ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB);<br>2000GB (2TB) | 2000GB (2TB);<br>1500GB (1.5TB) | 1000GB (1TB);<br>750GB |
| Guaranteed sectors | 5,860,533,168;<br>3,907,029,168 | 3,907,029,168;<br>2,930,277,168 | 1,953,525,168;<br>1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1807kFCI | 1807kFCI | 1807kFCI |
| Track density (avg) | 352ktracks/in | 352ktracks/in | 352ktracks/in |
| Areal density (avg) | 625Gb/in$^2$ | 625Gb/in$^2$ | 625Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 2147Mb/s | 2147Mb/s | 2147Mb/s |
| Average data rate, read/write (MB/s) | 156MB/s | 156MB/s | 156MB/s |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | 210MB/s | 210MB/s |
| I/O data-transfer rate (max) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 64MB | 64MB | 64MB |
| Height (max) | 26.1mm / 1.028 in | 26.1mm / 1.028 in | 20.17mm / 0.7825 in |
| Width (max) | 101.6mm /4.0 in  (± 0.010 in) | 101.6mm /4.0 in (± 0.010 in) | 101.6mm / 4.0 in ( ± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <17.0s | <17.0s | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | <10.0s | n/a |

FED_SEAG0070738

**Drive Specifications**                                                           www.seagate.com

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Standby to ready (max) | <17.0s | <17.0s | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | <8.5ms (read) <9.5ms (write) | <8.5ms (read) <9.5ms (write) |
| Startup current 12V | 2.0A or 2.8A | 2.0A or 2.8A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% | 5V: ±5% 12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) | 0° to 60°C (operating) −40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) | 20°C per hour max (operating) 30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) | 5% to 95% (operating) 5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | 37.7°C (operating) 40.0°C (non-operating) | 37.7°C max (operating) 40.0°C max (non-operating) |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | −304.8m to 3048m (−1000 ft to 10,000+ ft) | −304.8m to 3048m (−1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) |
| Operational shock (max) | 80 Gs at 2ms | 80 Gs at 2ms | 80 Gs at 2ms |
| Non-operational shock (max) | 300 Gs at 2ms | 300 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs |
| Drive acoustics, sound power | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Rated workload | Average rate of <55TB/year. The MTBF specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year.  Workloads exceeding the annualized rate may degrade the drive MTBF and impact product reliability.  The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | 300,000 | 300,000 |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070739

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | 2 | 1 |
| Disks | 1 | 1 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | 4096 | 4096 |
| Default sectors per track | 63 | 63 | 63 |
| Default read/write heads | 16 | 16 | 16 |
| Default cylinders | 16,383 | 16,383 | 16,383 |
| Recording density (max) | 1413kb/in | 1413kb/in | 1413kb/in |
| Track density (avg) | 236ktracks/in | 236ktracks/in | 236ktracks/in |
| Areal density (avg) | 329Gb/in$^2$ | 329Gb/in$^2$ | 329Gb/in$^2$ |
| Spindle speed | 7200 RPM | 7200 RPM | 7200 RPM |
| Internal data transfer rate (max) | 1695Mb/s | 1695Mb/s | 1695Mb/s |
| Average Data Rate, read/write (MB/s) | 125MB/s | 125MB/s | 125MB/s |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | 144MB/s | 144MB/s |
| I/O data-transfer rate (max.) | 600MB/s | 600MB/s | 600MB/s |
| Cache buffer | 16MB | 16MB | 16MB |
| Height (max) | 19.98mm / 0.787 in | 19.98mm / 0.787 in | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | 101.6mm / 4.0 in ( $\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | 146.99mm / 5.787 in | 146.99mm / 5.787 in |
| Weight (typical) | 415g / 0.915 lb | 415g / 0.915 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | 4.16ms | 4.16ms |
| Power-on to ready (max) | <8.5s | <8.5s | <8.5s |
| Power-on to ready, 2.5A spin-up code option (typical) | n/a | n/a | n/a |
| Standby to ready (max) | <8.5s | <8.5s | <8.5s |
| Average seek, read (typical) | <8.5ms (read | <8.5ms (read | <8.5ms (read) |
| Average seek, write (typical) | <9.5ms (write) | <9.5ms (write) | <9.5ms (write) |
| Startup current (typical) 12V | 2.0A | 2.0A | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% | 5V: ±5%<br>12V: +10% / -7.5% |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | 20°C per hour max (operating)<br>30°C per hour max (non-operating) |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) | 5% to 95% (operating)<br>5% to 95% (non-operating) |
| Relative humidity gradient (max) | 30% per hour | 30% per hour | 30% per hour |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) | 37.7°C (operating)<br>40.0°C (non-operating) |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) |

FED_SEAG0070740

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Operational shock (max) | 70 Gs at 2ms | 70 Gs at 2ms | 70 Gs at 2ms |
| Non-operational shock (max) | 350 Gs at 2ms | 350 Gs at 2ms | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) | 2.2 bels (typical)<br>2.3 bels (max) |
| Seek | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read | 1 per $10^{14}$ bits read |
| Rated workload | Average rate of <55TB/year. The MTBF specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year.  Workloads exceeding the annualized rate may degrade the drive MTBF and impact product reliability.  The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp<br>From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.0 specification | Yes | Yes | Yes |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | 4k |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

\*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070741

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1*, where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

### LBA mode
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1*, where *n* is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

## 2.5  Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB and 750GB | 20.17mm / 0.7825 in |
| 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in ( ± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6  Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

FED_SEAG0070743

## 2.7    Start/stop times

| | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready ( in seconds) | 15 (typical) 17 (max) | 15 (typical) 17 (max) | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | <10 | n/a | n/a |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | 15 (typical) 17 (max) | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | 10 (typical) 11 (max) | 10 (typical) 11 (max) | 10 (typical) 11 (max) |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 26**.

### 2.8.1    Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power
Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current
Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current
Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power
Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode
During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070744

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|-----------------------------------------------------------------------------------------------------------|

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V
±5%

12V
+10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, you can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode
The drive is in Active mode during the read/write and seek operations.

Idle mode
The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode
The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode
The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers
Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive

FED_SEAG0070746

activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

## 2.9    Environmental specifications

### 2.9.1    Ambient temperature

Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Actual drive case temperature should not exceed 69°C (156°F) within the operating ambient conditions. Refer to **Section 3.4 on page 26** for base plate measurement location.

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | −40° to 70°C (−40° to 158°F) |

### 2.9.2    Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4    Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

### 2.9.5    Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2    Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|---|---|

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(2TB, 1.5TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics (continued)*

| **1 Disk**<br>(500GB, 320GB,<br>250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |
|---|---|---|

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.10.1 Test  for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m,<br>80% AM with 1kHz sine<br>900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96<br>ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common,<br>AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds<br>0% short, 5 seconds<br>40%, 0.10 seconds<br>70%, 0.01 seconds | C<br>C<br>C<br>B | EN61000-4-11: 94 |

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: support.seagate.com/customer/warranty_validation.jsp

From this page, click on the "Verify Your Warranty" link. You will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for your drive.

## 2.13 Agency certification

## 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

**Drive Specifications**

## 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, you are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, you should consult your dealer or an experienced radio/television technician for additional suggestions. You may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0070750

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.14.2 China  Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.

该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。



| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

# 3.0 Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1 Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

Before handling the drive, put on a grounded wrist strap, or ground yourself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until you mount it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2 Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if you connect the drive and receive a "drive not detected" error, your SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3 SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, you can connect the drive as illustrated in Figure 1.

FED_SEAG0070752

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

## 3.4    Drive mounting

You can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2**, **Figure 3**, and **Figure 4** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2* **Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 2TB, 1.5TB models)**



**Configuring and Mounting the Drive**                                                  www.seagate.com

*Figure 3  Mounting dimensions (1-disk: 1TB and 750GB models)*



*Figure 4  Mounting dimensions (1-disk: 500GB, 320GB and 250GB models)*



FED_SEAG0070755

# 4.0 SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1 Hot-Plug compatibility

Barracuda drives incorporate connectors which enable you to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2 SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
|  | S1 | Ground | 2nd mate |
|  | S2 | A+ | Differential signal pair A from Phy |
|  | S3 | A- |  |
|  | S4 | Ground | 2nd mate |
|  | S5 | B- | Differential signal pair B from Phy |
|  | S6 | B+ |  |
| Signal | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments |||| 

FED_SEAG0070756

*Table 9   SATA connector pin definitions (continued)*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   the ground pins P4 and P12.
   the pre-charge power pins and the other ground pins.
   the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   All used voltage pins ($V_x$) must be terminated.

## 4.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 38 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|--------------|-----------------------|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |

FED_SEAG0070757

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) |
|---|---|
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |
| Security Freeze | $F5_H$ |
| Security Set Password | $F1_H$ |
| Security Unlock | $F2_H$ |
| Seek | $70_H$ |
| Set Features | $EF_H$ |
| Set Max Address | $F9_H$ |

FED_SEAG0070758

**Table 10 SATA standard commands (continued)**

| Command name | Command code (in hex) | |
|---|---|---|
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

## 4.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>Bit  15: 0 = ATA; 1 = ATAPI<br>Bit 7: removable media<br>Bit 6: removable controller<br>Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070760

**Table 11 Identify Device commands (continued)**

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |

SATA Interface

*Table 11  Identify Device commands (continued)*

| Word | Description | Value |
|---|---|---|
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.  NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|---|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|---|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |

FED_SEAG0070762

| | 2 | Media serial number is supported. |
|---|---|---|
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | **Word 88** | |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070763

### 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| $02_H$ | Enable write cache *(default)*. | |
|---|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: | |
| | $00_H$ | Set PIO mode to default (PIO mode 2). |
| | $01_H$ | Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$ | PIO mode 0 |
| | $09_H$ | PIO mode 1 |
| | $0A_H$ | PIO mode 2 |
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

FED_SEAG0070764

### 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. You must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0070765

# Index

**A**
ACA 23
acceleration 21
acoustics 21
Active 19
Active mode 19
Agency certification 22
altitude 20
Ambient temperature 20
ambient temperature 16, 17
areal density 15
ATA commands 30
Australia/New Zealand Standard AS/NZ CISPR22 23
Australian Communication Authority (ACA) 23
Australian C-Tick 23
Average latency 16
Average seek time 16
**B**
buffer 16
**C**
cables and connectors 25
cache 16
capacity 14
case temperature 20
CE mark 23
certification 22
Check Power Mode 30
China RoHS directive 24
compatibility 23
Conducted noise 19
Conducted RF immunity 22
Configuring the drive 25
connectors 25
Corrosive environment 24
CSA60950-1 22
**D**
data-transfer rates 9
DC power 17
Default logical geometry 15
density 15
Device Configuration Freeze Lock 30
Device Configuration Identify 30
Device Configuration Restore 30
Device Configuration Set 30
Device Reset 30
dimensions 26, 27
dissipation 18
Download Microcode 31
**E**
Electrical fast transient 22
Electromagnetic compatibility 23
Electromagnetic Compatibility (EMC) 23
Electromagnetic Compatibility control Regulation 23
Electromagnetic Compatibility Directive (2004/108/EC) 23
Electromagnetic immunity 22
Electrostatic discharge 22

electrostatic discharge (ESD) 25
EN 55022, Class B 23
EN 55024 23
EN60950 22
enclosures 23
Environmental specifications 20
error-correction algorithms 9
ESD 25
EU 23
EU RoHS directive 24
European Union (EU) requirements 23
Execute Device Diagnostics 31
**F**
FCC verification 23
features 9
Flush Cache 31
Flush Cache Extended 31
Format Track 31
Formatted capacity 14
**G**
geometry 15
Gs 21
guaranteed sectors 15
**H**
Handling precautions 25
height 16
humidity 20
**I**
I/O data-transfer rate 15
Identify Device 31
Identify Device command 33
Idle 19, 31
Idle Immediate 31
Idle mode 17, 19
Information Technology Equipment (ITE) 23
Initialize Device Parameters 31
Input noise ripple 19
input voltage 17
interface 15, 29
interference 23
internal data-transfer rate OD 15
is 16
ISO document 7779 21
ITE 23
**K**
KCC 23
Korean Communications Commission 23
Korean RRL 23
**L**
latency 16
LBA mode 15
length 16
logical geometry 15
**M**
master/slave 10
mounting 26
mounting screws 20

FED_SEAG0070766

mounting the drive 25
**N**
noise 19
nominal power 16
Nonoperating shock 21
Nonoperating vibration 21
**O**
operating 18
Operating power 17
Operating shock 20
Operating vibration 21
**P**
Physical characteristics 16
point-to-point 9, 25
Power consumption 17
power dissipation 18
Power modes 19
Power specifications 17
Power-management modes 19
Power-on to Ready 17
precautions 25
printed circuit board 25
programmable power management 19
prominent discrete tone 22
**Q**
quick reference 11
**R**
Radiated RF immunity 22
radio and television interference 23
radio frequency (RF) 22
random seeks 17
Read Buffer 31
Read DMA 31
Read DMA Extended 31
Read DMA without Retries 31
Read Log Ext 31
Read Multiple 31
Read Multiple Extended 31
Read Native Max Address 31
Read Native Max Address Extended 31
Read Sectors 31
Read Sectors Extended 31
Read Sectors Without Retries 31
Read Verify Sectors 31
Read Verify Sectors Extended 31
Read Verify Sectors Without Retries 31
Read/write power 17
Recalibrate 31
recording density 15
recording method 15
Recording technology 15
relative humidity 20
Reliability 22
RF 22
RMS read/write current 19
RoHS 24
RRL 23

**S**
S.M.A.R.T. Disable Operations 32
S.M.A.R.T. Enable Operations 32
S.M.A.R.T. Enable/Disable Autosave 32
S.M.A.R.T. Execute Offline 32
S.M.A.R.T. implementation 30
S.M.A.R.T. Read Attribute Thresholds 32
S.M.A.R.T. Read Data 32
S.M.A.R.T. Read Log Sector 32
S.M.A.R.T. Return Status 32
S.M.A.R.T. Save Attribute Values 32
S.M.A.R.T. Write Log sector 32
Safety certification 22
screws 20
sectors 15
Security Disable Password 31
Security Erase Prepare 31
Security Erase Unit 31
Security Freeze 31
Security Set Password 31
Security Unlock 31
See "S.M.A.R.T. commands" on page 34 30
Seek 31
Seek time 16
Serial ATA (SATA) interface 29
serial ATA ports 10
servo electronics 17
Set Features 31
Set Max Address 31
Set Max Address Extended 32
Set Multiple Mode 32
Shock 20
single-track seeks 16
Sleep 18, 19, 32
Sleep mode 19
sound 21
Specification summary table 11
spindle speed 15
Spinup 18
Spinup power 17
Standby 18, 19, 32
Standby Immediate 32
Standby mode 17, 19
standby timer 19
Standby to Ready 17
Start/stop times 17
static-discharge 25
subassembly 23
Surge immunity 22
**T**
temperature 16, 20
temperature gradient 20
timer 19
timers 19
track density 15
Track-to-track 16
Track-to-track seek time 16

FED_SEAG0070767

**U**
UL60950-1 22
**V**
voltage 17
Voltage dips, interrupts 22
Voltage tolerance 19
**W**
weight 16
wet bulb temperature 20
width 16
Write Buffer 32
Write DMA 32
Write DMA Extended 32
Write DMA FUA Extended 32
Write DMA Without Retries 32
Write Log Extended 32
Write Multiple 32
Write Multiple Extended 32
Write Multiple FUA Extended 32
Write Sectors 32
Write Sectors Extended 32
Write Sectors Without Retries 32

FED_SEAG0070768

FED_SEAG0070769

FED_SEAG0070770



**Seagate Technology LLC**

AMERICAS       Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

*Publication Number: 100686584, Rev. G*
*October 2012*

FED_SEAG0070771

Exhibit 9





Product Manual

# Barracuda®

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

Gen 14
100686584
Rev. H
March 2014

FED_SEAG0070772

## Document Revision History

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |

© 2014 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. H March 2014

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda  and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

1.0    Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
       2.2    Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       2.6    Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
       2.7    Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
              2.8.1    Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
              2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
              2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.9    Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
              2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
              2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
              2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
              2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
              2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.10   Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
              2.10.1   Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . 15
       2.11   Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
       2.12   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.13   Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.13.1   Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.13.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.13.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
       2.14   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 17
              2.14.2   China Restriction of Hazardous Substances (RoHS) Directive . . . . . . . . . . . 18
       2.15   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

3.0    Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       3.1    Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       3.2    Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

4.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       4.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       4.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . 22
       4.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
              4.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
              4.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
              4.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Figure 2    Mounting dimensions (3-disk: 3TB, 2TB; 2-disk: 2TB, 1.5TB models). . . . . . . . . . . . . . . 20
Figure 3    Mounting dimensions (1-disk: 1TB and 750GB models). . . . . . . . . . . . . . . . . . . . . . . . . . 21

FED_SEAG0070775

# Seagate Technology Support Services

For information regarding online support and services, visit: **http://www**.seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www**.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www**.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www**.seagate.com/partners

For Seagate reseller portal, visit: **http://www**.seagate.com/partners/my-spp-dashboard/

FED_SEAG0070776

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following Seagate Barracuda® HDD model drives:

ST3000DM001        ST2000DM001        ST1500DM003        ST1000DM003
ST750DM003         ST500DM002         ST320DM000         ST250DM000

These drives provide the following key features:

    7200 RPM spindle speed.

    High instantaneous (burst) data-transfer rates (up to 600MB per second).

    TGMR recording technology provides the drives with increased areal density.

    State-of-the-art cache and on-the-fly error-correction algorithms.

    Native Command Queueing with command ordering to increase performance in demanding applications.

    Full-track multiple-sector transfer capability without local processor intervention.

    Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

    Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

    Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

    Quiet operation.

    Compliant with RoHS requirements in China and Europe.

    SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

    Support for S.M.A.R.T. drive monitoring and reporting.

    Supports latching SATA cables and connectors.

    Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0070777

**Introduction**

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.



The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070778

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| | | | |
|---|---|---|---|
| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001;<br>ST2000DM001 | ST2000DM001;<br>ST1500DM003 | ST1000DM003;<br>ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB);<br>2000GB (2TB) | 2000GB (2TB);<br>1500GB (1.5TB) | 1000GB (1TB);<br>750GB |
| Guaranteed sectors | 5,860,533,168;<br>3,907,029,168 | 3,907,029,168;<br>2,930,277,168 | 1,953,525,168;<br>1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector<br>(4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A<br>spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical)<br>Average seek, write (typical) | <8.5ms typical<br><9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |

FED_SEAG0070779

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: :http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070780

**Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read (MB/s) | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Power-on to ready, 2.5A spin-up code option (typical) | n/a | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |

FED_SEAG0070781

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
|    Idle*** | 2.2 bels (typical)<br>2.3 bels (max) | | |
|    Seek | 2.3 bels (typical)<br>2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours.<br>Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page:<br>:http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | 4K |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070782

### 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070783

## 2.5   Physical characteristics

| Maximum height | |
| --- | --- |
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| Maximum width (all models) | 101.6mm / 4.0 in (± 0.010 in) |
| Maximum length (all models) | 146.99mm / 5.787 in |
| Typical weight | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| Cache buffer | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
| --- | --- | --- |
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070784

**Drive Specifications**

## 2.7  Start/stop times

|  | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8  Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 19**.

### 2.8.1  Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070785

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power
  to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070786

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

> Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070787

**Drive Specifications**

## 2.9  Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

Refer to **Section 3.4 on page 20** for base plate measurement location.

### 2.9.1  Ambient temperature

| | |
|---|---|
| Operating | 0° to 60°C (32° to 140°F) |
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2  Temperature gradient

| | |
|---|---|
| Operating | 20°C per hour (68°F per hour max), without condensation |
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3  Humidity

#### 2.9.3.1  Relative humidity

| | |
|---|---|
| Operating | 5% to 95% non-condensing (30% per hour max) |
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2  Wet bulb temperature

| | |
|---|---|
| Operating | 37.7°C (99.9°F max) |
| Non-operating | 40°C (104°F max) |

### 2.9.4  Altitude

| | |
|---|---|
| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

| | |
|---|---|
| | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90& RH) |

FED_SEAG0070788

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2    Non-operating shock

#### 3TB, 2TB and 1.5TB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

#### 1TB, 750GB, 500GB, 320GB and 250GB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070789

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

 For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:

(Number of seeks per second = 0.4 / (average latency + average access time

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070790

**Drive Specifications**

## 2.12  Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.13  Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

FED_SEAG0070791

### 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

### 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070792

### 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogenous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

### 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See **Table 9 for connector** pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in **Figure 1.**

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Barracuda drives support latching SATA connectors.

FED_SEAG0070794

## 3.4  Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

# 4.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1    Hot-Plug compatibility

Barracuda drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.0 specification. This specification can be downloaded from www.serialata.org.

## 4.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

Notes

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070797

## 4.3 Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 30 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070798

www.seagate.com                                                        **SATA Interface**

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
| --- | --- | --- |
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: Password: Lock: Unlock: Freeze Lock: | $00_H$ $01_H$ $02_H$ $03_H$ $04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

FED_SEAG0070799

### 4.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 23. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>  Bit 15: 0 = ATA; 1 = ATAPI<br>  Bit 7: removable media<br>  Bit 6: removable controller<br>  Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070800

*Table 11  Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070801

**SATA Interface**

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | Bit | Word 63 |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | Word 84 |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |

FED_SEAG0070802

| | 8 | 64-bit World Wide Name is supported. |
|---|---|---|
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| Bit | Word 88 | |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070803

## 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| $02_H$ | Enable write cache *(default)*. |
|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0070804

### 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
| --- | --- |
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

FED_SEAG0070805

# Index

**A**
ACA 16
acceleration 14
acoustics 15
Active 12
Active mode 12
Agency certification 16
altitude 13
Ambient temperature 13
ambient temperature 9, 10
areal density 8
ATA commands 23
Australia/New Zealand Standard AS/NZ CISPR22 16
Australian Communication Authority (ACA) 16
Australian C-Tick 16
Average latency 9
Average seek time 9
**B**
buffer 9
**C**
cables and connectors 19
cache 9
capacity 7
CE mark 16
certification 16
Check Power Mode 23
China RoHS directive 18
compatibility 16
Conducted noise 12
Conducted RF immunity 15
Configuring the drive 19
connectors 19
Corrosive environment 18
CSA60950-1 16
**D**
data-transfer rates 2
DC power 10
Default logical geometry 8
density 8
Device Configuration Freeze Lock 23
Device Configuration Identify 23
Device Configuration Restore 23
Device Configuration Set 23
Device Reset 23
dimensions 20, 21
dissipation 11
Download Microcode 23
**E**
Electrical fast transient 15
Electromagnetic compatibility 16
Electromagnetic Compatibility (EMC) 16
Electromagnetic Compatibility control Regulation 16
Electromagnetic Compatibility Directive (2004/108/EC) 16
Electromagnetic immunity 15
Electrostatic discharge 15
electrostatic discharge (ESD) 19

EN 55022, Class B 16
EN 55024 16
EN60950 16
enclosures 17
Environmental specifications 13
error-correction algorithms 2
ESD 19
EU 16
EU RoHS directive 17
European Union (EU) requirements 16
Execute Device Diagnostics 23
**F**
FCC verification 17
featurs 2
Flush Cache 23
Flush Cache Extended 23
Format Track 23
Formatted capacity 7
**G**
geometry 8
Gs 14
guaranteed sectors 8
**H**
Handling precautions 19
height 9
humidity 13
**I**
I/O data-transfer rate 8
Identify Device 23
Identify Device command 25
Idle 12, 23
Idle Immediate 23
Idle mode 10, 12
Information Technology Equipment (ITE) 16
Initialize Device Parameters 23
Input noise ripple 12
input voltage 10
interface 8, 22
interference 17
internal data-transfer rate OD 8
is 9
ISO document 7779 15
ITE 16
**K**
KCC 16
Korean Communications Commission 16
Korean RRL 16
**L**
latency 9
LBA mode 8
length 9
logical geometry 8
**M**
master/slave 3
mounting 20
mounting screws 14
mounting the drive 19

FED_SEAG0070806

**N**
noise 12
nominal power 9
Nonoperating shock 14
Nonoperating vibration 14
**O**
operating 11
Operating power 10
Operating shock 14
Operating vibration 14
**P**
Physical characteristics 9
point-to-point 3, 19
Power consumption 10
power dissipation 11
Power modes 12
Power specifications 10
Power-management modes 12
Power-on to Ready 10
precautions 19
printed circuit board 19
programmable power management 12
prominent discrete tone 15
**Q**
quick reference 4
**R**
Radiated RF immunity 15
radio and television interference 17
radio frequency (RF) 15
random seeks 10
Read Buffer 23
Read DMA 23
Read DMA Extended 23
Read DMA without Retries 23
Read Log Ext 23
Read Multiple 23
Read Multiple Extended 23
Read Native Max Address 23
Read Native Max Address Extended 23
Read Sectors 23
Read Sectors Extended 23
Read Sectors Without Retries 23
Read Verify Sectors 23
Read Verify Sectors Extended 23
Read Verify Sectors Without Retries 23
Read/write power 10
Recalibrate 23
recording density 8
recording method 8
Recording technology 8
relative humidity 13
Reliability 16
RF 15
RMS read/write current 12
RoHS 17, 18
RRL 16

**S**
S.M.A.R.T. Disable Operations 24
S.M.A.R.T. Enable Operations 24
S.M.A.R.T. Enable/Disable Autosave 24
S.M.A.R.T. Execute Offline 24
S.M.A.R.T. implementation 23
S.M.A.R.T. Read Attribute Thresholds 24
S.M.A.R.T. Read Data 24
S.M.A.R.T. Read Log Sector 24
S.M.A.R.T. Return Status 24
S.M.A.R.T. Save Attribute Values 24
S.M.A.R.T. Write Log sector 24
Safety certification 16
screws 14
sectors 8
Security Disable Password 23
Security Erase Prepare 23
Security Erase Unit 23
Security Freeze 24
Security Set Password 24
Security Unlock 24
See "S.M.A.R.T. commands" on page 34 23
Seek 24
Seek time 9
Serial ATA (SATA) interface 22
serial ATA ports 3
servo electronics 10
Set Features 24
Set Max Address 24
Set Max Address Extended 24
Set Multiple Mode 24
Shock 14
single-track seeks 9
Sleep 11, 12, 24
Sleep mode 12
sound 15
Specification summary table 4
spindle speed 8
Spinup 11
Spinup power 10
Standby 11, 12, 24
Standby Immediate 24
Standby mode 10, 12
standby timer 12
Standby to Ready 10
Start/stop times 10
static-discharge 19
subassembly 17
Surge immunity 15
**T**
temperature 9, 13
temperature gradient 13
timer 12
timers 12
track density 8
Track-to-track 9
Track-to-track seek time 9

FED_SEAG0070807

**U**
UL60950-1 16
**V**
voltage 10
Voltage dips, interrupts 15
Voltage tolerance 12
**W**
weight 9
wet bulb temperature 13
width 9
Write Buffer 24
Write DMA 24
Write DMA Extended 24
Write DMA FUA Extended 24
Write DMA Without Retries 24
Write Log Extended 24
Write Multiple 24
Write Multiple Extended 24
Write Multiple FUA Extended 24
Write Sectors 24
Write Sectors Extended 24
Write Sectors Without Retries 24

FED_SEAG0070808



**Seagate Technology LLC**
*AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. H*
*March 2014*

Exhibit 10





Product Manual

# Seagate® Desktop HDD

Formerly Barracuda 7200.14

| | |
|---|---|
| ST3000DM001 | ST750DM003 |
| ST2000DM001 | ST500DM002 |
| ST1500DM003 | ST320DM000 |
| ST1000DM003 | ST250DM000 |

Gen 14
100686584
Rev. J
May 2014

FED_SEAG0070810

## Document Revision History

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |

© 2014 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. J May 2014

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0070811

# Contents

Seagate Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

1.0     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        1.1     About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2.0     Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        2.1     Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        2.2     Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
                2.2.1     LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        2.3     Default logical geometry. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        2.4     Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        2.5     Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        2.6     Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        2.7     Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        2.8     Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
                2.8.1     Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
                2.8.2     Conducted noise. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
                2.8.3     Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
                2.8.4     Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        2.9     Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
                2.9.1     Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
                2.9.2     Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
                2.9.3     Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
                2.9.4     Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
                2.9.5     Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
                2.9.6     Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.10    Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
                2.10.1    Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.11    Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.12    Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.13    Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
                2.13.1    Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
                2.13.2    Electromagnetic compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
                2.13.3    FCC verification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.14    Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                2.14.1    European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . . . . . . 17
                2.14.2    China Restriction of Hazardous Substances (RoHS) Directive . . . . . . . . . . . . . . . . . 18
        2.15    Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

3.0     Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        3.1     Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        3.2     Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        3.3     SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        3.4     Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

4.0     SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.1     Hot-Plug compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.2     SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.3     Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
                4.3.1     Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
                4.3.2     Set Features command. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
                4.3.3     S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 0

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

FED_SEAG0070813

# Seagate Technology Support Services

For information regarding online support and services, visit: **http://www**.seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www**.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www**.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www**.seagate.com/partners

For Seagate reseller portal, visit: **http://www**.seagate.com/partners/my-spp-dashboard/

FED_SEAG0070814

**Introduction**

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 |
|---|---|---|---|
| ST750DM003 | ST500DM002 | ST320DM000 | ST250DM000 |

These drives provide the following key features:
- 7200 RPM spindle speed.
- High instantaneous (burst) data-transfer rates (up to 600MB per second).
- TGMR recording technology provides the drives with increased areal density.
- State-of-the-art cache and on-the-fly error-correction algorithms.
- Native Command Queueing with command ordering to increase performance in demanding applications.
- Full-track multiple-sector transfer capability without local processor intervention.
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors
- Quiet operation.
- Compliant with RoHS requirements in China and Europe.
- SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.
- Support for S.M.A.R.T. drive monitoring and reporting.
- Supports latching SATA cables and connectors.
- Worldwide Name (WWN) capability uniquely identifies the drive.

**Introduction**

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

• Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

• Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

• Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.



The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070816

# 2.0　Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

ST3000DM001　　　　ST2000DM001　　　　ST1500DM003　　　　ST1000DM003

ST750DM003　　　　　ST500DM002　　　　　ST320DM000　　　　　ST250DM000

## 2.1　Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1　Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | | |

FED_SEAG0070817

www.seagate.com                                                                **Drive Specifications**

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001; ST2000DM001 | ST2000DM001; ST1500DM003 | ST1000DM003; ST750DM003 |
|---|---|---|---|
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | –304.8m to 3048m (–1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power  Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ **From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.** | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070818

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Power-on to ready, 2.5A spin-up code option (typ) | n/a | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% <br> 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) <br> –40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) <br> 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) <br> 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) <br> 40.0°C (non-operating) | | |
| Altitude, operating | –304.8m to 3048m <br> (–1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m <br> (–1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement <br> 22Hz to 350Hz: 0.50 Gs <br> 350Hz to 500Hz: 0.25 Gs | | |

FED_SEAG0070819

www.seagate.com                                                                 **Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 | 3000GB | 5,860,533,168 | |
| ST2000DM001 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | 4K |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070820

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n−1,* where *n* is the number of guaranteed sectors as defined above.

See Section 4.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

- **Cylinders**: 16,383
- **Read/write heads**: 16
- **Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n−1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | $7200 \pm 0.2\%$ |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070821

## 2.5  Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6  Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

- Track-to-track seek time is an average of all possible single-track seeks in both directions.
- Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070822

## 2.7   Start/stop times

|  | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 19**.

### 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

- Spinup power
  
  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

- Read/write power and current
  
  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

- Operating power and current
  
  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

- Idle mode power
  
  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

- Standby mode
  
  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070823

**Drive Specifications**

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | ---- | ---- | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4    DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | ---- | ---- | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5    DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | ---- | ---- | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6    DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | ---- | ---- | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070824

**Drive Specifications**

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

- Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.
- Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

> Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

- 5V ±5%
- 12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

- Active mode

  The drive is in Active mode during the read/write and seek operations.
- Idle mode

  The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.
- Standby mode

  The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**
- Sleep mode

  The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.
- Idle and Standby timers

  Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070825

**Drive Specifications**

## 2.9  Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

Refer to **Section 3.4 on page 20** for base plate measurement location.

### 2.9.1  Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2  Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3  Humidity

#### 2.9.3.1  Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2  Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4  Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

| | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90& RH) |
|---|---|

FED_SEAG0070826

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3   Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070827

**Drive Specifications**

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

> For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:
>
> (Number of seeks per second = 0.4 / (average latency + average access time

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070828

## 2.12  Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.13  Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

#### Korean RRL

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

• Family name: Barracuda

• Certificate number: KCC-REM-STX-Barracuda

#### Australian C-Tick (N176)

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

FED_SEAG0070829

### 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

### 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

## 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
| | Lead 铅（Pb） | Mercury 汞（Hg） | Cadmium 镉（Cd） | Hexavalent Chromium 六价铬（Cr6+） | Polybrominated Diphenyl 多溴联苯（PBB） | Polybrominated Diphenyl Ether 多溴二苯醚（PBDE） |
|---|---|---|---|---|---|---|
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

　"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

　"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070831

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

• Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

• Handle the drive by its edges or frame *only*.

• The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

• Always rest the drive on a padded, antistatic surface until mounting it in the computer.

• Do not touch the connector pins or the printed circuit board.

• Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See **Table 9** for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in **Figure 1**.

*Figure 1*  **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0070832

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the
bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important
mounting precautions when mounting the drive:

- Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.
- Use only 6-32 UNC mounting screws.
- The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.
- Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070833

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070834

# 4.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 4.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 4.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

Notes

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   - the ground pins P4 and P12.
   - the pre-charge power pins and the other ground pins.
   - the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   - All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070835

## 4.3 Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 30 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10  SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H / C1_H$ |
| Device Configuration Identify | $B1_H / C2_H$ |
| Device Configuration Restore | $B1_H / C0_H$ |
| Device Configuration Set | $B1_H / C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070836

*Table 10   SATA standard commands (continued)*

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Security Freeze | $F5_H$ | | |
| Security Set Password | $F1_H$ | | |
| Security Unlock | $F2_H$ | | |
| Seek | $70_H$ | | |
| Set Features | $EF_H$ | | |
| Set Max Address | $F9_H$ | | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: Password: Lock: Unlock: Freeze Lock: | $00_H$ $01_H$ $02_H$ $03_H$ $04_H$ | |
| Set Max Address Extended | $37_H$ | | |
| Set Multiple Mode | $C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0070837

**SATA Interface**

### 4.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 23. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11   Identify Device commands*

| Word | Description | Value |
|---|---|---|
| 0 | Configuration information:<br>• Bit 15: 0 = ATA; 1 = ATAPI<br>• Bit 7: removable media<br>• Bit 6: removable controller<br>• Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070838

*Table 11   Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $XXXX_H$ |
| 77 | Reserved for future SATA definition | $XXXX_H$ |
| 78 | SATA features supported | $XXXX_H$ |
| 79 | SATA features enabled | $XXXX_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable  extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070839

*Table 11    Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | Bit | Word 63 |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | Word 84 |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |

FED_SEAG0070840

| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| **Bit** | | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070841

**SATA Interface**

## 4.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0070842

### 4.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13   S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| $D5_H$ | S.M.A.R.T. Read Log Sector |
| $D6_H$ | S.M.A.R.T. Write Log Sector |
| $D8_H$ | S.M.A.R.T. Enable Operations |
| $D9_H$ | S.M.A.R.T. Disable Operations |
| $DA_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and $0x04$ (abort) is written to the Error register.

FED_SEAG0070843

# Index

**A**
ACA 16
acceleration 14
acoustics 15
Active 12
Active mode 12
Agency certification 16
altitude 13
Ambient temperature 13
ambient temperature 9, 10
areal density 8
ATA commands 23
Australia/New Zealand Standard AS/NZ CISPR22 16
Australian Communication Authority (ACA) 16
Australian C-Tick 16
Average latency 9
Average seek time 9
**B**
buffer 9
**C**
cables and connectors 19
cache 9
capacity 7
CE mark 16
certification 16
Check Power Mode 23
China RoHS directive 18
compatibility 16
Conducted noise 12
Conducted RF immunity 15
Configuring the drive 19
connectors 19
Corrosive environment 18
CSA60950-1 16
**D**
data-transfer rates 2
DC power 10
Default logical geometry 8
density 8
Device Configuration Freeze Lock 23
Device Configuration Identify 23
Device Configuration Restore 23
Device Configuration Set 23
Device Reset 23
dimensions 20, 21
dissipation 11
Download Microcode 23
**E**
Electrical fast transient 15
Electromagnetic compatibility 16
Electromagnetic Compatibility (EMC) 16
Electromagnetic Compatibility control Regulation 16
Electromagnetic Compatibility Directive (2004/108/EC) 16
Electromagnetic immunity 15
Electrostatic discharge 15
electrostatic discharge (ESD) 19
EN 55022, Class B 16

EN 55024 16
EN60950 16
enclosures 17
Environmental specifications 13
error-correction algorithms 2
ESD 19
EU 16
EU RoHS directive 17
European Union (EU) requirements 16
Execute Device Diagnostics 23
**F**
FCC verification 17
features 2
Flush Cache 23
Flush Cache Extended 23
Format Track 23
Formatted capacity 7
**G**
geometry 8
Gs 14
guaranteed sectors 8
**H**
Handling precautions 19
height 9
humidity 13
**I**
I/O data-transfer rate 8
Identify Device 23
Identify Device command 25
Idle 12, 23
Idle Immediate 23
Idle mode 10, 12
Information Technology Equipment (ITE) 16
Initialize Device Parameters 23
Input noise ripple 12
input voltage 10
interface 8, 22
interference 17
internal data-transfer rate OD 8
is 9
ISO document 7779 15
ITE 16
**K**
KCC 16
Korean Communications Commission 16
Korean RRL 16
**L**
latency 9
LBA mode 8
length 9
logical geometry 8
**M**
master/slave 3
mounting 20
mounting screws 14
mounting the drive 19

FED_SEAG0070844

**N**
noise 12
nominal power 9
Nonoperating shock 14
Nonoperating vibration 14
**O**
operating 11
Operating power 10
Operating shock 14
Operating vibration 14
**P**
Physical characteristics 9
point-to-point 3, 19
Power consumption 10
power dissipation 11
Power modes 12
Power specifications 10
Power-management modes 12
Power-on to Ready 10
precautions 19
printed circuit board 19
programmable power management 12
prominent discrete tone 15
**Q**
quick reference 4
**R**
Radiated RF immunity 15
radio and television interference 17
radio frequency (RF) 15
random seeks 10
Read Buffer 23
Read DMA 23
Read DMA Extended 23
Read DMA without Retries 23
Read Log Ext 23
Read Multiple 23
Read Multiple Extended 23
Read Native Max Address 23
Read Native Max Address Extended 23
Read Sectors 23
Read Sectors Extended 23
Read Sectors Without Retries 23
Read Verify Sectors 23
Read Verify Sectors Extended 23
Read Verify Sectors Without Retries 23
Read/write power 10
Recalibrate 23
recording density 8
recording method 8
Recording technology 8
relative humidity 13
Reliability 16
RF 15
RMS read/write current 12
RoHS 17, 18
RRL 16

**S**
S.M.A.R.T. Disable Operations 24
S.M.A.R.T. Enable Operations 24
S.M.A.R.T. Enable/Disable Autosave 24
S.M.A.R.T. Execute Offline 24
S.M.A.R.T. implementation 23
S.M.A.R.T. Read Attribute Thresholds 24
S.M.A.R.T. Read Data 24
S.M.A.R.T. Read Log Sector 24
S.M.A.R.T. Return Status 24
S.M.A.R.T. Save Attribute Values 24
S.M.A.R.T. Write Log sector 24
Safety certification 16
screws 14
sectors 8
Security Disable Password 23
Security Erase Prepare 23
Security Erase Unit 23
Security Freeze 24
Security Set Password 24
Security Unlock 24
See "S.M.A.R.T. commands" on page 34 23
Seek 24
Seek time 9
Serial ATA (SATA) interface 22
serial ATA ports 3
servo electronics 10
Set Features 24
Set Max Address 24
Set Max Address Extended 24
Set Multiple Mode 24
Shock 14
single-track seeks 9
Sleep 11, 12, 24
Sleep mode 12
sound 15
Specification summary table 4
spindle speed 8
Spinup 11
Spinup power 10
Standby 11, 12, 24
Standby Immediate 24
Standby mode 10, 12
standby timer 12
Standby to Ready 10
Start/stop times 10
static-discharge 19
subassembly 17
Surge immunity 15
**T**
temperature 9, 13
temperature gradient 13
timer 12
timers 12
track density 8
Track-to-track 9
Track-to-track seek time 9

FED_SEAG0070845

**U**
UL60950-1 16
**V**
voltage 10
Voltage dips, interrupts 15
Voltage tolerance 12
**W**
weight 9
wet bulb temperature 13
width 9
Write Buffer 24
Write DMA 24
Write DMA Extended 24
Write DMA FUA Extended 24
Write DMA Without Retries 24
Write Log Extended 24
Write Multiple 24
Write Multiple Extended 24
Write Multiple FUA Extended 24
Write Sectors 24
Write Sectors Extended 24
Write Sectors Without Retries 24

FED_SEAG0070846



**Seagate Technology LLC**
*AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-38 88*
*EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. J*
*May 2014*

FED_SEAG0070847

Exhibit 11





Product Manual

# Seagate® Desktop HDD

| Standard models | Self-Encryption models |
|---|---|
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1500DM003 | ST1000DM004 |
| ST1000DM003 | |
| ST750DM003 | |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

Gen 14
100686584
Rev. K
August 2014

FED_SEAG0070848

**Document Revision History**

| Revision | Date | Description of Change |
|----------|------|-----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |

© 2014 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. K August 2014

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import

FED_SEAG0070849

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

1.0  Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    1.1  About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2.0  Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    2.1  Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    2.2  Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        2.2.1  LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.3  Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.4  Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.5  Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    2.6  Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    2.7  Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    2.8  Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        2.8.1  Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        2.8.2  Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        2.8.3  Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        2.8.4  Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.9  Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        2.9.1  Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        2.9.2  Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        2.9.3  Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        2.9.4  Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        2.9.5  Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.9.6  Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    2.10 Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.10.1  Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . 15
    2.11 Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    2.12 Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    2.13 Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.13.1  Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.13.2  Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.13.3  FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    2.14 Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.14.1  European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 17
        2.14.2  China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 18
    2.15 Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

3.0  Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    3.1  Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    3.2  Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    3.3  SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    3.4  Drive mounting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

4.0  About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    4.1  Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    4.2  Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.2.1  Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.2.2  Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.2.3  Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        4.2.4  ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    4.3  Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    4.4  Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    4.5  Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

FED_SEAG0070850

# Contents

4.6   Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.7   Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.8   Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.9   Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.10  RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

5.0   **SATA Interface** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
5.1   Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
5.2   SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
5.3   Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
      5.3.1   Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
      5.3.2   Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
      5.3.3   S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

FED_SEAG0070851

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

FED_SEAG0070852

# Seagate® Technology Support Services

For information regarding online support and services, visit: **http://www**.seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www**.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www**.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www**.seagate.com/partners

For Seagate reseller portal, visit: **http://www**.seagate.com/partners/my-spp-dashboard/

FED_SEAG0070853

# 1.0   Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queueing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0070854

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.



The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070855

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |

FED_SEAG0070856

www.seagate.com                                                                **Drive Specifications**

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Voltage tolerance (including noise) | 5V: ±5% <br> 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) <br> −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) <br> 30°C per hour max <br> (non-operating) | | |
| Relative humidity | 5% to 95% (operating) <br> 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) <br> 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m <br> (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating <br> (below mean sea level, max) | −304.8m to 12,192m <br> (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement <br> 22Hz to 350Hz: 0.50 Gs <br> 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs <br> 22Hz to 350Hz: 3.0 Gs <br> 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.4 bels (typical) <br> 2.6 bels (max) | | 2.2 bels (typical) <br> 2.4 bels (max) |
| Seek | 2.6 bels (typical) <br> 2.7 bels (max) | | 2.4 bels (typical) <br> 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070857

www.seagate.com                                                              **Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Power-on to ready, 2.5A spin-up code option (typ) | n/a | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |

FED_SEAG0070858

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Rated workload | Average rate of <55TB/year. The AFR specification for the drive assumes the I/O workload does not exceed the average annualized workload rate limit of 55TB/year. Workloads exceeding the annualized rate may degrade the drive AFR and impact product reliability. The average annualized workload rate limit is in units of TB per year, or TB per 8760 power-on hours. Workload rate limit = TB transferred × (8760/recorded power-on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 ST3000DM002 | 3000GB | 5,860,533,168 | 4K |
| ST2000DM001 ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 ST1000DM004 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070859

### 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070860

**Drive Specifications**

## 2.5  Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6  Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

> These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070861

**Drive Specifications**

## 2.7  Start/stop times

|  | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8  Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 19**.

### 2.8.1  Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/ write electronics are in power-down mode.

FED_SEAG0070862

**Drive Specifications**

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070863

**Drive Specifications**

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

| | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070864

## 2.9 Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

Refer to **Section 3.4 Drive mounting** for base plate measurement location.

### 2.9.1 Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | −40° to 70°C (−40° to 158°F) |

### 2.9.2 Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3 Humidity

#### 2.9.3.1 Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2 Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4 Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

| | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90& RH) |
|---|---|

FED_SEAG0070865

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2   Non-operating shock

#### 3TB, 2TB and 1.5TB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

#### 1TB, 750GB, 500GB, 320GB and 250GB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3   Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| | |
|---|---|
| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| | |
|---|---|
| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070866

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

 For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:

(Number of seeks per second = 0.4 / (average latency + average access time

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070867

## 2.12 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.13 Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

FED_SEAG0070868

### 2.13.3FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

### 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.14.1European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

FED_SEAG0070869

## 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070870

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only.*

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See **Table 9 for connector** pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in **Figure 1.**

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0070871

www.seagate.com                                                    **Configuring and Mounting the Drive**

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070872

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070873

# 4.0   About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "protection of data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

Trusted Computing Group (TCG) Documents (apply to Self-Encrypting Drive models only)
TCG Storage Architecture Core Specification, Version 2.0
TCG Storage Security Subsystem Class Opal Specification, Version 2.0
(see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is an organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

- Trusted Send
- Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads.

## 4.1   Data Encryption

Encrypting drives use one inline encryption engine for each drive employing AES-256 data encryption in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled.

The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when it is in volatile temporary storage (DRAM) external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see **Section 4.5 Data Bands).**

## 4.2   Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless they also supply the correct credentials to prove the requester is authorized to perform the command.

### 4.2.1   Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking**). Access to the Admin SP is available using the SID (Secure ID) password or the MSID (Manufacturers Secure ID) password.

### 4.2.2   Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3   Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4   ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

FED_SEAG0070874

## 4.3  Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

## 4.4  Drive Locking

In addition to changing the passwords, as described in **Section 4.2.3 Default password**, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5  Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see **Section 4.6 Cryptographic Erase**) or the password when required. The bands should be aligned to 4K LBA boundaries.

## 4.6  Cryptographic Erase

A significant feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key changes, the user data can never be recovered. This is tantamount to an instantaneous data erase and is very useful if the drive is to be scrapped or redispositioned.

## 4.7  Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard (base) drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8  Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in **Section 2.8 Power specifications** for power requirements on the standard (non-SED) drive models.

## 4.9  Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in **Table 10**:

- Trusted Send
- Trusted Receive

## 4.10  RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0070875

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070876

## 5.3  Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 32 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070877

SATA Interface

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

FED_SEAG0070878

### 5.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 25. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|---|---|---|
| 0 | Configuration information:<br>  Bit 15: 0 = ATA; 1 = ATAPI<br>  Bit 7: removable media<br>  Bit 6: removable controller<br>  Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070879

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | $0FFFFFFFh^*$ |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070880

www.seagate.com                                                    **SATA Interface**

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

> Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

> See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | Bit | Word 63 |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | Word 84 |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0070881

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|---|
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070882

## 5.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0070883

### 5.3.3 S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at:
http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

FED_SEAG0070884

**Numerics**
32-byte Data Encryption Key 22
32-byte hardware RNG 23
**A**
ACA 16
acceleration 14
acoustics 15
Active 12
Active mode 12
Admin SP 22
AES-256 22
Agency certification 16
altitude 13
Ambient temperature 13
ambient temperature 9, 10
areal density 8
ATA commands 25
ATA Enhanced Security 22
Australia/New Zealand Standard AS/NZ CISPR22 16
Australian Communication Authority (ACA) 16
Australian C-Tick 16
Average latency 9
Average seek time 9
**B**
buffer 9
**C**
cables and connectors 19
cache 9
capacity 7
CE mark 16
certification 16
Check Power Mode 25
China RoHS directive 18
Cipher Block Chaining 22
compatibility 16
Conducted noise 12
Conducted RF immunity 15
Configuring the drive 19
connectors 19
Corrosive environment 18
cryptographic erase 23
CSA60950-1 16
**D**
data access controls 23
data band 23
data encryption 22
data-transfer rates 2
DC power 10
Default logical geometry 8
density 8
Device Configuration Freeze Lock 25
Device Configuration Identify 25
Device Configuration Restore 25
Device Configuration Set 25
Device Reset 25
dimensions 20, 21
dissipation 11

Download Microcode 25
Drive Locking 23
**E**
Electrical fast transient 15
Electromagnetic compatibility 16
Electromagnetic Compatibility (EMC) 16
Electromagnetic Compatibility control Regulation 16
Electromagnetic Compatibility Directive (2004/108/EC) 16
Electromagnetic immunity 15
Electrostatic discharge 15
electrostatic discharge (ESD) 19
EN 55022, Class B 16
EN 55024 16
EN60950 16
enclosures 17
Enhanced erase 22
Environmental specifications 13
error-correction algorithms 2
ESD 19
EU 16
EU RoHS directive 17
European Union (EU) requirements 16
Execute Device Diagnostics 25
**F**
FCC verification 17
features 2
Flush Cache 25
Flush Cache Extended 25
Format Track 25
Formatted capacity 7
**G**
geometry 8
Gs 14
guaranteed sectors 8
**H**
Handling precautions 19
height 9
humidity 13
**I**
I/O data-transfer rate 8
Identify Device 25
Identify Device command 27
Idle 12, 25
Idle Immediate 25
Idle mode 10, 12
Information Technology Equipment (ITE) 16
Initialize Device Parameters 25
Input noise ripple 12
input voltage 10
interface 8, 24
interference 17
internal data-transfer rate OD 8
is 9
ISO document 7779 15
ITE 16

FED_SEAG0070885

K
KCC 16
Korean Communications Commission 16
Korean RRL 16
L
latency 9
LBA mode 8
length 9
Locking SP 22
logical geometry 8
M
master/slave 3
mounting 20
mounting screws 14
mounting the drive 19
N
noise 12
nominal power 9
Nonoperating shock 14
Nonoperating vibration 14
Normal erase 22
O
operating 11
Operating power 10
Operating shock 14
Operating vibration 14
P
Physical characteristics 9
point-to-point 3, 19
Power consumption 10
power dissipation 11
Power modes 12
Power specifications 10
Power-management modes 12
Power-on to Ready 10
precautions 19
printed circuit board 19
programmable power management 12
prominent discrete tone 15
Q
quick reference 4
R
Radiated RF immunity 15
radio and television interference 17
radio frequency (RF) 15
random seeks 10
Read Buffer 25
Read DMA 25
Read DMA Extended 25
Read DMA without Retries 25
Read Log Ext 25
Read Multiple 25
Read Multiple Extended 25
Read Native Max Address 25
Read Native Max Address Extended 25
Read Sectors 25
Read Sectors Extended 25

Read Sectors Without Retries 25
Read Verify Sectors 25
Read Verify Sectors Extended 25
Read Verify Sectors Without Retries 25
Read/write power 10
Recalibrate 25
recording density 8
recording method 8
Recording technology 8
relative humidity 13
Reliability 16
RevertSP 23
RF 15
RMS read/write current 12
RoHS 17, 18
RRL 16
S
S.M.A.R.T. Disable Operations 26
S.M.A.R.T. Enable Operations 26
S.M.A.R.T. Enable/Disable Autosave 26
S.M.A.R.T. Execute Offline 26
S.M.A.R.T. implementation 25
S.M.A.R.T. Read Attribute Thresholds 26
S.M.A.R.T. Read Data 26
S.M.A.R.T. Read Log Sector 26
S.M.A.R.T. Return Status 26
S.M.A.R.T. Save Attribute Values 26
S.M.A.R.T. Write Log sector 26
Safety certification 16
screws 14
sectors 8
Security Disable Password 25
Security Erase Prepare 25
Security Erase Unit 25
Security Freeze 26
Security Set Password 26
Security Unlock 26
See "S.M.A.R.T. commands" on page 34 25
Seek 26
Seek time 9
Self-encrypting drives 22
Serial ATA (SATA) interface 24
serial ATA ports 3
servo electronics 10
Set Features 26
Set Max Address 26
Set Max Address Extended 26
Set Multiple Mode 26
Shock 14
single-track seeks 9
Sleep 11, 12, 26
Sleep mode 12
sound 15
Specification summary table 4
spindle speed 8
Spinup 11
Spinup power 10

FED_SEAG0070886

Standby 11, 12, 26
Standby Immediate 26
Standby mode 10, 12
standby timer 12
Standby to Ready 10
Start/stop times 10
static-discharge 19
subassembly 17
Surge immunity 15
T
temperature 9, 13
temperature gradient 13
timer 12
timers 12
track density 8
Track-to-track 9
Track-to-track seek time 9
Trusted Computing Group 22
U
UL60950-1 16
V
voltage 10
Voltage dips, interrupts 15
Voltage tolerance 12
W
weight 9
wet bulb temperature 13
width 9
Write Buffer 26
Write DMA 26
Write DMA Extended 26
Write DMA FUA Extended 26
Write DMA Without Retries 26
Write Log Extended 26
Write Multiple 26
Write Multiple Extended 26
Write Multiple FUA Extended 26
Write Sectors 26
Write Sectors Extended 26
Write Sectors Without Retries 26

FED_SEAG0070887



**Seagate Technology LLC**
*AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. K*
*August 2014*

FED_SEAG0070888

Exhibit 12



Product Manual

# Seagate® Desktop HDD

**Standard models**

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Self-Encryption models**

ST3000DM002
ST2000DM002
ST1000DM004

Gen 14
100686584
Rev. L
January 2015

FED_SEAG0070889

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. L January 2015

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.0    Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.2    Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
       2.6    Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
       2.7    Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.8.1    Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.9    Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
       2.10   Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.10.1   Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.11   Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.12   Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.12.1   Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
       2.13   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
       2.14   Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.1   Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.15   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.15.1   European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 22
              2.15.2   China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 22
       2.16   Corrosive environment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

3.0    Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.1    Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.2    Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.4    Drive mounting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.0    About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.1    Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.2    Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.1    Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.2    Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.3    Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.4    ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.3    Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

FED_SEAG0070891

# Contents

4.4    Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5    Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6    Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7    Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8    Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9    Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10   RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

5.0    SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3    Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       5.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
       5.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
       5.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

FED_SEAG0070892

# Figures

Figure 1      Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2      Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3      Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

FED_SEAG0070893

# Seagate® Technology Support Services

For information regarding online support and services, visit: **http://www**.seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www**.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www**.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www**.seagate.com/partners

For Seagate reseller portal, visit: **http://www**.seagate.com/partners/my-spp-dashboard/

FED_SEAG0070894

# 1.0  Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queuing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0070895

**Introduction**

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.


The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070896

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.36 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |

FED_SEAG0070897

**Drive Specifications**

Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070898

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

FED_SEAG0070899

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 ST3000DM002 | 3000GB | 5,860,533,168 | 4K |
| ST2000DM001 ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 ST1000DM004 | 1000GB | 1,953,525,168 | |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070900

### 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070901

**Drive Specifications**

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070902

## 2.7  Start/stop times

| | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8  Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 23**.

### 2.8.1  Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070903

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070904

**Drive Specifications**

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

| | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|---|---|

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070905

**Drive Specifications**

## 2.9   Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

> The maximum allowable drive case temperature is 60°C.
> See Figures 2 & 3 for HDA case temperature measurement locations.

Refer to **Section 3.4 Drive mounting** for base plate measurement location.

### 2.9.1   Ambient temperature

| | |
|---|---|
| Operating | 0° to 60°C (32° to 140°F) |
| Non-operating | −40° to 70°C (−40° to 158°F) |

### 2.9.2   Temperature gradient

| | |
|---|---|
| Operating | 20°C per hour (68°F per hour max), without condensation |
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3   Humidity

#### 2.9.3.1   Relative humidity

| | |
|---|---|
| Operating | 5% to 95% non-condensing (30% per hour max) |
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2   Wet bulb temperature

| | |
|---|---|
| Operating | 37.7°C (99.9°F max) |
| Non-operating | 40°C (104°F max) |

### 2.9.4   Altitude

| | |
|---|---|
| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

> Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90% RH)

FED_SEAG0070906

### 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2    Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

#### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

### 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070907

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

 For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:

(Number of seeks per second = 0.4 / (average latency + average access time

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070908

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Maximum Rated Workload | Maximum rate of <55TB/year |
| | Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The follow-ing are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070909

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0070910

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2China  Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | | |
|---|---|---|---|---|---|---|
| Name of Parts<br>部件名称 | Lead<br>铅<br>（Pb） | Mercury<br>汞<br>（Hg） | Cadmium<br>镉<br>（Cd） | Hexavalent<br>Chromium<br>六价铬<br>（Cr6+） | Polybrominated<br>Diphenyl<br>多溴联苯<br>（PBB） | Polybrominated<br>Diphenyl Ether<br>多溴二苯醚<br>（PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

　"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

　"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070911

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See **Table 9 for connector** pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in **Figure 1.**

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0070912

## 3.4  Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070913

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

# 4.0   About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)

TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

Trusted Send

Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1   Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible16 data bands (see **Section 4.5 Data Bands).**

## 4.2   Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1   Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking).** Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2   Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3   Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4   ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

FED_SEAG0070915

## 4.3  Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

## 4.4  Drive Locking

In addition to changing the passwords, as described in  **Section 4.2.3 Default password**, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands been been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5  Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see  **Section 4.6 Cryptographic Erase**) or the password when required.

## 4.6  Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7  Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8  Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in  **Section 2.8 Power specifications** for power requirements on the standard (non-SED) drive models.

## 4.9  Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in **Table 10**:

Trusted Send

Trusted Receive

## 4.10 RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0070916

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9   SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
|  | S2 | A+ | Differential signal pair A from Phy |
|  | S3 | A- |  |
|  | S4 | Ground | 2nd mate |
|  | S5 | B- | Differential signal pair B from Phy |
|  | S6 | B+ |  |
|  | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
|  | P2 | $V_{33}$ | 3.3V power |
|  | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
|  | P4 | Ground | 1st mate |
|  | P5 | Ground | 2nd mate |
|  | P6 | Ground | 2nd mate |
|  | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
|  | P8 | $V_5$ | 5V power |
|  | P9 | $V_5$ | 5V power |
|  | P10 | Ground | 2nd mate |
|  | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
|  | P12 | Ground | 1st mate. |
|  | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
|  | P14 | $V_{12}$ | 12V power |
|  | P15 | $V_{12}$ | 12V power |

Notes

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
       the ground pins P4 and P12.
       the pre-charge power pins and the other ground pins.
       the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
       All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070917

## 5.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070918

SATA Interface

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: Password: Lock: Unlock: Freeze Lock: | $00_H$ $01_H$ $02_H$ $03_H$ $04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

FED_SEAG0070919

### 5.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>  Bit 15: 0 = ATA; 1 = ATAPI<br>  Bit 7: removable media<br>  Bit 6: removable controller<br>  Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070920

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | $0FFFFFFFh^*$ |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070921

　　　　　　　　　　　　　　　　　　　　　　　**SATA Interface**

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

> Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

> See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | Bit | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0070922

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|---|
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070923

## 5.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| $02_H$ | Enable write cache *(default)*. |
|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0070924

**SATA Interface**

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

FED_SEAG0070925



**Seagate Technology LLC**
*AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. L*
*January 2015*

FED_SEAG0070926

Exhibit 13



Product Manual

# Seagate® Desktop HDD

| Standard models | Self-Encryption models |
|---|---|
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1500DM003 | ST1000DM004 |
| ST1000DM003 | |
| ST750DM003 | |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

Gen 14
100686584
Rev. M
March 2015

FED_SEAG0070927

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69$^\circ$C (page: 17) |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. M March 2015

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import

FED_SEAG0070928

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.0    Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.2    Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    2.6    Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    2.7    Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.8.1    Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    2.9    Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    2.10    Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.10.1    Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . . . 19
    2.11    Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    2.12    Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.12.1    Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    2.13    Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    2.14    Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.1    Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.2    Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.3    FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    2.15    Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        2.15.1    European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 22
        2.15.2    China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 22
    2.16    Corrosive environment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

3.0    Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    3.1    Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    3.2    Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    3.4    Drive mounting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.0    About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    4.1    Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    4.2    Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.1    Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.2    Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.3    Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.4    ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    4.3    Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

FED_SEAG0070929

# Contents

| 4.4 | Drive Locking. | 27 |
| 4.5 | Data Bands | 27 |
| 4.6 | Cryptographic Erase | 27 |
| 4.7 | Authenticated Firmware Download. | 27 |
| 4.8 | Power Requirements. | 27 |
| 4.9 | Supported Commands | 27 |
| 4.10 | RevertSP | 27 |

| **5.0** | **SATA Interface** | **28** |
| 5.1 | Hot-Plug compatibility. | 28 |
| 5.2 | SATA device plug connector pin definitions | 28 |
| 5.3 | Supported ATA commands. | 29 |
| | 5.3.1 | Identify Device command | 31 |
| | 5.3.2 | Set Features command | 35 |
| | 5.3.3 | S.M.A.R.T. commands. | 36 |

FED_SEAG0070930

# Figures

Figure 1        Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2        Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3        Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

FED_SEAG0070931

# Seagate® Technology Support Services

For information regarding online support and services, visit: **http://www**.seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www**.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www**.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www**.seagate.com/partners

For Seagate reseller portal, visit: **http://www**.seagate.com/partners/my-spp-dashboard/

FED_SEAG0070932

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models
before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

  7200 RPM spindle speed.

  High instantaneous (burst) data-transfer rates (up to 600MB per second).

  TGMR recording technology provides the drives with increased areal density.

  State-of-the-art cache and on-the-fly error-correction algorithms.

  Native Command Queuing with command ordering to increase performance in demanding applications.

  Full-track multiple-sector transfer capability without local processor intervention.

  Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of
  only 75 nanometers.

  Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous
  generation.

  Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

  Quiet operation.

  Compliant with RoHS requirements in China and Europe.

  SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

  Support for S.M.A.R.T. drive monitoring and reporting.

  Supports latching SATA cables and connectors.

  Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0070933

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

 The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070934

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in ($\pm$ 0.010 in) | | 101.6mm / 4.0 in ($\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |

FED_SEAG0070935

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transfered * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070936

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

FED_SEAG0070937

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001 ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

\*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070938

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070939

**Drive Specifications**

## 2.5 Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6 Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070940

## 2.7  Start/stop times

|  | 3-disk<br>(3TB, 2TB<br>models) | 2-disk<br>(2TB, 1.5TB<br>models) | 1-disk<br>(1TB, 750GB<br>models) | 1-disk<br>(250GB, 320GB,<br>500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical)<br>17 (max) | | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical)<br>17 (max) | | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical)<br>11 (max) | | 10 (typical)<br>11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8  Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 23**.

### 2.8.1  Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070941

**Drive Specifications**

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070942

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070943

**Drive Specifications**

## 2.9 Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

> The maximum allowable drive case temperature is 69°C.
> See Figures 2 & 3 for HDA case temperature measurement locations.

Refer to **Section 3.4 Drive mounting** for base plate measurement location.

### 2.9.1 Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | −40° to 70°C (−40° to 158°F) |

### 2.9.2 Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3 Humidity

#### 2.9.3.1 Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2 Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4 Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

> Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90% RH)

FED_SEAG0070944

### 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1    Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2    Non-operating shock

##### 3TB, 2TB and 1.5TB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

##### 1TB, 750GB, 500GB, 320GB and 250GB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

#### 2.9.5.3    Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

### 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070945

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

 For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:

(Number of seeks per second = 0.4 / (average latency + average access time

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) |  |  |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070946

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Maximum Rated Workload | Maximum rate of <55TB/year |
| | Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The follow-ing are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070947

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0070948

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2China Restriction of Hazardous Substances (RoHS) Directive  中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| Name of Parts<br>部件名称 | Lead<br>铅<br>（Pb） | Mercury<br>汞<br>（Hg） | Cadmium<br>镉<br>（Cd） | Hexavalent<br>Chromium<br>六价铬<br>（Cr6+） | Polybrominated<br>Diphenyl<br>多溴联苯<br>（PBB） | Polybrominated<br>Diphenyl Ether<br>多溴二苯醚<br>（PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

   "O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

   "X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070949

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only.*

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in Figure 1.

*Figure 1* **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0070950

## 3.4    Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070951

**Configuring and Mounting the Drive**

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070952

# 4.0   About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)

TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

Trusted Send

Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1   Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see **Section 4.5 Data Bands).**

## 4.2   Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1   Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking**). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2   Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3   Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4   ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

FED_SEAG0070953

**About (SED) Self-Encrypting Drives**

## 4.3  Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

## 4.4  Drive Locking

In addition to changing the passwords, as described in **Section 4.2.3 Default password**, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5  Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see **Section 4.6 Cryptographic Erase**) or the password when required.

## 4.6  Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7  Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8  Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in **Section 2.8 Power specifications** for power requirements on the standard (non-SED) drive models.

## 4.9  Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in **Table 10**:

> Trusted Send

> Trusted Receive

## 4.10  RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0070954

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---|---|---|---|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

Notes

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070955

SATA Interface

## 5.3 Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070956

**SATA Interface**

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: Password: Lock: Unlock: Freeze Lock: | $00_H$ $01_H$ $02_H$ $03_H$ $04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

FED_SEAG0070957

### 5.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11 Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>    Bit 15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

FED_SEAG0070958

**SATA Interface**

*Table 11  Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | $0FFFFFFFh^*$ |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable  extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070959

**SATA Interface**

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

> Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

> See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0070960

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|---|
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070961

## 5.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0070962

**SATA Interface**

### 5.3.3 S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

FED_SEAG0070963



**Seagate Technology LLC**
*AMERICAS     Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. M*
*March 2015*

FED_SEAG0070964

Exhibit 14



# Desktop HDD

### Product Manual

| Standard models | Self-Encryption models |
|---|---|
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1500DM003 | ST1000DM004 |
| ST1000DM003 | |
| ST750DM003 | |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

100686584, Rev. N
Gen 14 - Auguat 2015

FED_SEAG0070965

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69°C (page: 17) |
| Rev. N | 08/18/2015 | New cover design (page: fc)<br>Replaced mechanical drawings to correct side hole dimension (pages: 24-25) |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. N Auguat 2015

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1 (877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice,

FED_SEAG0070966

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

| | | | |
|---|---|---|---|
| 1.0 | | Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 | |
| | 1.1 | About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 | |

| | | | |
|---|---|---|---|
| 2.0 | | Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 | |
| | 2.1 | Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 | |
| | 2.2 | Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11 | |
| | | 2.2.1 | LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 |
| | 2.3 | Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 | |
| | 2.4 | Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 | |
| | 2.5 | Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | |
| | 2.6 | Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | |
| | 2.7 | Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 | |
| | 2.8 | Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 | |
| | | 2.8.1 | Power consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 |
| | | 2.8.2 | Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16 |
| | | 2.8.3 | Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16 |
| | | 2.8.4 | Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16 |
| | 2.9 | Environmental specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 | |
| | | 2.9.1 | Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 |
| | | 2.9.2 | Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 |
| | | 2.9.3 | Humidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 |
| | | 2.9.4 | Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 |
| | | 2.9.5 | Shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 |
| | | 2.9.6 | Non-operating vibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 |
| | 2.10 | Acoustics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 | |
| | | 2.10.1 | Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . 19 |
| | 2.11 | Electromagnetic immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 | |
| | 2.12 | Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 | |
| | | 2.12.1 | Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 |
| | 2.13 | Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 | |
| | 2.14 | Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 | |
| | | 2.14.1 | Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 |
| | | 2.14.2 | Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20 |
| | | 2.14.3 | FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 |
| | 2.15 | Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22 | |
| | | 2.15.1 | European Union Restriction of Hazardous Substances (RoHS) Directive . . . . . 22 |
| | | 2.15.2 | China Restriction of Hazardous Substances (RoHS) Directive . . . . . . . . . . . 22 |
| | 2.16 | Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22 | |

| | | | |
|---|---|---|---|
| 3.0 | | Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23 | |
| | 3.1 | Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . 23 | |
| | 3.2 | Configuring the drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23 | |
| | 3.3 | SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23 | |
| | 3.4 | Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24 | |

| | | | |
|---|---|---|---|
| 4.0 | | About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 | |
| | 4.1 | Data Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 | |
| | 4.2 | Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 | |
| | | 4.2.1 | Admin SP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 |
| | | 4.2.2 | Locking SP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 |
| | | 4.2.3 | Default password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 |
| | | 4.2.4 | ATA Enhanced Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 |
| | 4.3 | Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26 | |

FED_SEAG0070967

# Contents

4.4     Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5     Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6     Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7     Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8     Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9     Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10    RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

5.0     **SATA Interface** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28**
5.1     Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2     SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3     Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
        5.3.1     Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
        5.3.2     Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
        5.3.3     S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

FED_SEAG0070968

# Figures

Figure 1      Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2      Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3      Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

FED_SEAG0070969

# Seagate®Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/contacts/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/seagate-recovery-services/recover/

For Seagate OEM and Distribution partner portal, visit: http://www.seagate.com/partners/

For Seagate reseller portal, visit: http://www.seagate.com/partners/

FED_SEAG0070970

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queuing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0070971

**Introduction**

## 1.1   About the SATA interface

The Serial ATA(SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

> The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

FED_SEAG0070972

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |

FED_SEAG0070973

www.seagate.com                                                                                            **Drive Specifications**

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

FED_SEAG0070974

www.seagate.com                                                    **Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

FED_SEAG0070975

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25℃, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2    Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001 ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

\*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0070976

### 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3  Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4  Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

FED_SEAG0070977

**Drive Specifications**

## 2.5 Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6 Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |



These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

FED_SEAG0070978

## 2.7   Start/stop times

|  | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (**+5V** or **+12V**) through a native SATA power connector. Refer to **Figure 1 on page 23**.

### 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0070979

**Drive Specifications**

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4    DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5    DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6    DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0070980

**Drive Specifications**

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

> Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is** enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0070981

**Drive Specifications**

## 2.9  Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1℃ every 1000 ft.

> The maximum allowable drive case temperature is 69℃.
> See Figures 2 & 3 for HDA case temperature measurement locations.

Refer to **Section 3.4 Drive mounting** for base plate measurement location.

### 2.9.1  Ambient temperature

| Operating | 0° to 60℃ (32° to 140℉) |
| --- | --- |
| Non-operating | −40° to 70℃ (−40° to 158℉) |

### 2.9.2  Temperature gradient

| Operating | 20℃ per hour (68℉ per hour max), without condensation |
| --- | --- |
| Non-operating | 30℃ per hour (86℉ per hour max) |

### 2.9.3  Humidity

#### 2.9.3.1  Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
| --- | --- |
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2  Wet bulb temperature

| Operating | 37.7℃ (99.9℉ max) |
| --- | --- |
| Non-operating | 40℃ (104℉ max) |

### 2.9.4  Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
| --- | --- |
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

> Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32℃ (example: 34℃ / 90% RH)

FED_SEAG0070982

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2  Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0070983

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.



For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:

(Number of seeks per second = 0.4 / (average latency + average access time

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

### 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in **Table 8**.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

FED_SEAG0070984

## 2.12  Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

2400 power-on-hours per year.
Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Maximum Rated Workload | Maximum rate of <55TB/year |
| | Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13  Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty".Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14  Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0070985

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0070986

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

   "O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

   "X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0070987

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See **Table 9** for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in **Figure 1**.

*Figure 1*    Attaching SATA cabling



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0070988

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070989

*Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

FED_SEAG0070990

# 4.0    About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

>    TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)

>    TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

>    Trusted Send

>    Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1    Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see **Section 4.5 Data Bands**).

## 4.2    Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1    Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking**). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2    Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3    Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4    ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

## 4.3    Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

FED_SEAG0070991

**About (SED) Self-Encrypting Drives**

## 4.4    Drive Locking

In addition to changing the passwords, as described in **Section 4.2.3 Default password**, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5    Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see **Section 4.6 Cryptographic Erase**) or the password when required.

## 4.6    Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7    Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8    Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in **Section 2.8 Power specifications** for power requirements on the standard (non-SED) drive models.

## 4.9    Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in **Table 10**:

Trusted Send

Trusted Receive

## 4.10    RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0070992

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

Table 9    SATA connector pin definitions

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

Notes

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

FED_SEAG0070993

## 5.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10   SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H / C1_H$ |
| Device Configuration Identify | $B1_H / C2_H$ |
| Device Configuration Restore | $B1_H / C0_H$ |
| Device Configuration Set | $B1_H / C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0070994

*Table 10    SATA standard commands (continued)*

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Security Freeze | $F5_H$ | | |
| Security Set Password | $F1_H$ | | |
| Security Unlock | $F2_H$ | | |
| Seek | $70_H$ | | |
| Set Features | $EF_H$ | | |
| Set Max Address | $F9_H$ | | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ | |
| Set Max Address Extended | $37_H$ | | |
| Set Multiple Mode | $C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H / D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H / D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H / D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H / D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H / D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H / D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H / D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H / DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H / D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H / D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0070995

### 5.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11   Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>Bit 15: 0 = ATA; 1 = ATAPI<br>Bit 7: removable media<br>Bit 6: removable controller<br>Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |

Table 11   Identify Device commands (continued)

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100–103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0070997

*Table 11   Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0070998

SATA Interface

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0070999

### 5.3.2   Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12   Set Features command*

| $02_H$ | Enable write cache *(default)*. | |
|---|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register).<br>Sector Count register values: | |
| | $00_H$ | Set PIO mode to default (PIO mode 2). |
| | $01_H$ | Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$ | PIO mode 0 |
| | $09_H$ | PIO mode 1 |
| | $0A_H$ | PIO mode 2 |
| | $0B_H$ | PIO mode 3 |
| | $0C_H$ | PIO mode 4 *(default)* |
| | $20_H$ | Multiword DMA mode 0 |
| | $21_H$ | Multiword DMA mode 1 |
| | $22_H$ | Multiword DMA mode 2 |
| | $40_H$ | Ultra DMA mode 0 |
| | $41_H$ | Ultra DMA mode 1 |
| | $42_H$ | Ultra DMA mode 2 |
| | $43_H$ | Ultra DMA mode 3 |
| | $44_H$ | Ultra DMA mode 4 |
| | $45_H$ | Ultra DMA mode 5 |
| | $46_H$ | Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features | |
| $55_H$ | Disable read look-ahead (read cache) feature. | |
| $82_H$ | Disable write cache | |
| $90_H$ | Disable use of SATA features | |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. | |
| $F1_H$ | Report full capacity available | |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

FED_SEAG0071000

### 5.3.3   S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13   S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

FED_SEAG0071001

 SEAGATE

**Seagate Technology LLC**

*AMERICAS    Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. N*
*Auguat 2015*

FED_SEAG0071002

Exhibit 15



# Desktop HDD

Product Manual

| Standard models | Self-Encryption models |
| --- | --- |
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1500DM003 | ST1000DM004 |
| ST1000DM003 | |
| ST750DM003 | |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

100686584, Rev. P
Gen 14 - September 2015

FED_SEAG0071003

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69°C (page: 17) |
| Rev. N | 08/18/2015 | New cover design (page: fc)<br>Replaced mechanical drawings to correct side hole dimension (pages: 24-25) |
| Rev. P | 09/01/2015 | Revised Rated Workload statement (pages: 9, 11 & 20) |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. P September 2015
Seagate, Seagate Technology and the Spiral logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.
No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.
Call 877-PUB-TEK1(877-782-8351) to request permission.
When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0071004

# Contents

. . . . . . . . . . . 6
1.1     About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

. . . . . . . . 8
2.1     Specification summary tables. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
2.2     Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        2.2.1     LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
2.3     Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
2.4     Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
2.5     Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
2.6     Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
2.7     Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
2.8     Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.8.1     Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.8.2     Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.8.3     Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.8.4     Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
2.9     Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.1     Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.2     Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.3     Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.4     Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        2.9.5     Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        2.9.6     Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
2.10    Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.10.1    Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . . . 19
2.11    Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
2.12    Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.12.1    Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
2.13    Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
2.14    Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.1    Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.2    Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.14.3    FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
2.15    Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        2.15.1    European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 22
        2.15.2    China Restriction of Hazardous Substances (RoHS) Directive   . . . . . . . . . . . 22
2.16    Corrosive environment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

23
3.1     Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
3.2     Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
3.3     SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
3.4     Drive mounting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

26
4.1     Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
4.2     Controlled Access. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.1     Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.2     Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.3     Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        4.2.4     ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
4.3     Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

FED_SEAG0071005

# Contents

4.4    Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5    Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6    Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7    Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8    Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9    Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10   RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

                                                                                                                        28
5.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3    Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       5.3.1    Identify Device command  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
       5.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
       5.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

FED_SEAG0071006

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2     Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3     Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

FED_SEAG0071007

# Seagate® Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/contacts/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/seagate-recovery-services/recover/

For Seagate OEM and Distribution partner portal, visit: http://www.seagate.com/partners

For Seagate reseller portal, visit: http://www.seagate.com/partners

FED_SEAG0071008

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

| Note | Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary. |
|---|---|

These drives provide the following key features:

- 7200 RPM spindle speed.
- High instantaneous (burst) data-transfer rates (up to 600MB per second).
- TGMR recording technology provides the drives with increased areal density.
- State-of-the-art cache and on-the-fly error-correction algorithms.
- Native Command Queuing with command ordering to increase performance in demanding applications.
- Full-track multiple-sector transfer capability without local processor intervention.
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors
- Quiet operation.
- Compliant with RoHS requirements in China and Europe.
- SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.
- Support for S.M.A.R.T. drive monitoring and reporting.
- Supports latching SATA cables and connectors.
- Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0071009

**Introduction**

## 1.1    About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

- Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

- Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

- Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|---|

FED_SEAG0071010

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25℃, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

|  Standard models |  | Self-Encryption models |
| --- | --- | --- |
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 |  |

## 2.1    Specification summary tables

The specifications listed in       1 and       2 are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

**Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models**

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
| --- | --- | --- | --- |
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |

FED_SEAG0071011

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Ambient temperature | | 0° to 60°C (operating) −40° to 70°C (non-operating) | |
| Temperature gradient | | 20°C per hour max (operating) 30°C per hour max (non-operating) | |
| Relative humidity | | 5% to 95% (operating) 5% to 95% (non-operating) | |
| Relative humidity gradient (max) | | 30% per hour | |
| Wet bulb temperature (max) | | 37.7°C max (operating) 40.0°C max (non-operating) | |
| Altitude, operating | | −304.8m to 3048m (−1000 ft to 10,000+ ft) | |
| Altitude, non-operating (below mean sea level, max) | | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | |
| Operational shock (max) | | 80 Gs at 2ms | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | |
| Vibration, non-operating | | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | |
| Drive acoustics, sound power Idle*** | | 2.4 bels (typical) 2.6 bels (max) | 2.2 bels (typical) 2.4 bels (max) |
| Seek | | 2.6 bels (typical) 2.7 bels (max) | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | | 1 per $10^{14}$ bits read | |
| Annualized Failure Rate (AFR) | | <1.0% based on 2400 POH | |
| Rated Workload | Average annualized workload rating: <55 TB/year. The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | | 300,000 | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | | Yes | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating)<br>40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

FED_SEAG0071013

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | | 2.2 bels (typical)<br>2.3 bels (max) | |
| Seek | | 2.3 bels (typical)<br>2.4 bels (max) | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Rated Workload | Average annualized workload rating: <55 TB/year.<br>The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Check to see if the drive is under Warranty".Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATARevision 3.2 specification | Yes | | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2    Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001<br>ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001<br>ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003<br>ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0071014

## 2.2.1   LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3    Default logical geometry

- **Cylinders**: 16,383
- **Read/write heads**: 16
- **Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to *n–1,* where *n* is the number of guaranteed sectors as defined above.

## 2.4    Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density**  (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

**Drive Specifications**

## 2.5    Physical characteristics

| **Maximum height** | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical  weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25℃ ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

* Track-to-track seek time is an average of all possible single-track seeks in both directions.
* Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

FED_SEAG0071016

**Drive Specifications**

## 2.7    Start/stop times

|  | **3-disk** (3TB, 2TB models) | **2-disk** (2TB, 1.5TB models) | **1-disk** (1TB, 750GB models) | **1-disk** (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to    23.

### 2.8.1    Power consumption

Power requirements for the drives are listed in    3,    4,    5 and    6. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25℃ ambient temperature.

- Spinup power

  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

- Read/write power and current

  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

- Operating power and current

  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

- Idle mode power

  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

- Standby mode

  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

FED_SEAG0071017

www.seagate.com                                                                    **Drive Specifications**

*Table 3      DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4      DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5      DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6      DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

Seagate Desktop HDD Product Manual, Rev. P                                                        15

### 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

- Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.
- Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|------------------------------------------------------------------------------------------------------------|

### 2.8.3  Voltage tolerance

Voltage tolerance (including noise):
- 5V ±5%
- 12V +10% / -7.5%

### 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

- Active mode

  The drive is in Active mode during the read/write and seek operations.
- Idle mode

  The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.
- Standby mode

  The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.
- Sleep mode

  The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.
- Idle and Standby timers

  Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

## 2.9    Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

| Note | The maximum allowable drive case temperature is 69°C.<br>See Figures 2 & 3 for HDA case temperature measurement locations. |

Refer to               mounting for base plate measurement location.

### 2.9.1    Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2    Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4    Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

| Note | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90% RH) |



FED_SEAG0071020

**Drive Specifications**

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2  Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0071021

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|------|---|

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(2TB, 1.5TB) | | |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB, 250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11  Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in        8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m,<br>80% AM with 1kHz sine<br>900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96<br>ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common,<br>AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds<br>0% short, 5 seconds<br>40%, 0.10 seconds<br>70%, 0.01 seconds | C<br>C<br>C<br>B | EN61000-4-11: 94 |

FED_SEAG0071022

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

• 2400 power-on-hours per year.
• Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Rated Workload | Average annualized workload rating: <55 TB/year. |
| | The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0071023

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

• Family name: Barracuda

• Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)** 

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0071024

## 2.15  Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0071025

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

- Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.
- Handle the drive by its edges or frame *only*.
- The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.
- Always rest the drive on a padded, antistatic surface until mounting it in the computer.
- Do not touch the connector pins or the printed circuit board.
- Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in 1.

*Figure 1*    **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0071026

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to        2 and        3 for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

• Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

• Use only 6-32 UNC mounting screws.

• The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

• Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models)*



| Note | Drawings are for mounting hole reference only.<br>PCBA show in pictorial only and can vary based on specific customer configurations. |

www.seagate.com                                                      **Configuring and Mounting the Drive**

*Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models)*



| Note | Drawings are for mounting hole reference only.<br>PCBA show in pictorial only and can vary based on specific customer configurations. |

FED_SEAG0071028

# 4.0    About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

- TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)
- TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

- Trusted Send
- Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1    Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see Bands).

## 4.2    Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1    Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see Locking). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2    Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3    Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4    ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

## 4.3    Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

## 4.4    Drive Locking

In addition to changing the passwords, as described in _password_, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5    Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see _Erase_) or the password when required.

## 4.6    Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7    Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8    Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in _specifications_ for power requirements on the standard (non-SED) drive models.

## 4.9    Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in _10_:

- Trusted Send
- Trusted Receive

## 4.10    RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0071030

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

9 summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| **Signal** | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| **Key and spacing separate signal and power segments** | | | |
| **Power** | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   - the ground pins P4 and P12.
   - the pre-charge power pins and the other ground pins.
   - the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   - All used voltage pins ($V_x$) must be terminated.

## 5.3  Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10   SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

SATA Interface

*Table 10   SATA standard commands (continued)*

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Security Freeze | $F5_H$ | | |
| Security Set Password | $F1_H$ | | |
| Security Unlock | $F2_H$ | | |
| Seek | $70_H$ | | |
| Set Features | $EF_H$ | | |
| Set Max Address | $F9_H$ | | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ | |
| Set Max Address Extended | $37_H$ | | |
| Set Multiple Mode | $C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0071033

### 5.3.1   Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11   Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>• Bit 15: 0 = ATA; 1 = ATAPI<br>• Bit 7: removable media<br>• Bit 6: removable controller<br>• Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |

SATA Interface

Table 11    Identify Device commands (continued)

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0071035

*Table 11   Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | 0000$_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | 0000$_H$ |
| 128 | Security status | 0001$_H$ |
| 129–159 | Seagate-reserved | xxxx$_H$ |
| 160–254 | ATA-reserved | 0000$_H$ |
| 255 | Integrity word | xxA5$_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0071036

**SATA Interface**

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|---|
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0071037

### 5.3.2    Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12    Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

FED_SEAG0071038

SATA Interface

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for $D4_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13  S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| $D0_H$ | S.M.A.R.T. Read Data |
| $D2_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| $D3_H$ | S.M.A.R.T. Save Attribute Values |
| $D4_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| $D5_H$ | S.M.A.R.T. Read Log Sector |
| $D6_H$ | S.M.A.R.T. Write Log Sector |
| $D8_H$ | S.M.A.R.T. Enable Operations |
| $D9_H$ | S.M.A.R.T. Disable Operations |
| $DA_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0071039



**Seagate Technology LLC**

*AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA  Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. P*
*September 2015*

FED_SEAG0071040

Exhibit 16



# Desktop HDD

Product Manual

| Standard models | Self-Encryption models |
|---|---|
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1500DM003 | ST1000DM004 |
| ST1000DM003 | |
| ST750DM003 | |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

100686584, Rev. R
Gen 14 - February 2016

FED_SEAG0071041

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|------------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69°C (page: 17) |
| Rev. N | 08/18/2015 | New cover design (page: fc) <br> Replaced mechanical drawings to correct side hole dimension (pages: 24-25) |
| Rev. P | 09/01/2015 | Revised Rated Workload statement (pages: 9, 11 & 20) |
| Rev. R | 02/10/2016 | 4:  Updated Support page <br> 8 & 13: Updated drive weight to 415g / 0.915 lb; Updated 1TB, 750GB cache = 64MB/32MB <br> 9, 10 & 17:  Revised Wet Bulb to 26/29C rated <br> 9, 11 & 20:  Revised Warranty text to "Is my Drive under Warranty" <br> 9:  1TB, 750GB Added Contact stop/start cycles = 50,000... <br> 10 & 13:  Updated 250, 320, 500GB cache = 32MB/16MB <br> 11:  Changed Byte/sector = 4096 <br> 20:  Added Section 2.12.2 Storage <br> 21:  Revised Australian C-Tick to RCM <br> 24-25:  Corrected fastener penetration depth to 0.12 in. (text & drawings) |

© 2016 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. R February 2016

Seagate, Seagate Technology and the Spiral logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, OptiCache, SmartAlign and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.

Call 877-PUB-TEK1 (877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.0     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
     1.1     About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

2.0     Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
     2.1     Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
     2.2     Formatted capacity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
         2.2.1     LBA mode. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     2.3     Default logical geometry. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     2.4     Recording and interface technology. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     2.5     Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
     2.6     Seek time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
     2.7     Start/stop times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     2.8     Power specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
         2.8.1     Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
         2.8.2     Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
         2.8.3     Voltage tolerance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
         2.8.4     Power-management modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
     2.9     Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
         2.9.1     Ambient temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
         2.9.2     Temperature gradient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
         2.9.3     Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
         2.9.4     Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
         2.9.5     Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
         2.9.6     Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
     2.10    Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
         2.10.1    Test for Prominent Discrete Tones (PDTs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
     2.11    Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
     2.12    Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
         2.12.1    Annualized Failure Rate (AFR). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
         2.12.2    Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
     2.13    Agency certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
         2.13.1    Safety certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
         2.13.2    Electromagnetic compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
         2.13.3    FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
     2.14    Environmental protection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
         2.14.1    European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . . . . . . . . 22
         2.14.2    China Restriction of Hazardous Substances (RoHS) Directive   . . . . . . . . . . . . . . . . . . 22
     2.15    Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

3.0     Configuring and Mounting the Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
     3.1     Handling and static-discharge precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
     3.2     Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
     3.3     SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
     3.4     Drive mounting   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.0     About (SED) Self-Encrypting Drives. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     4.1     Data Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     4.2     Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
         4.2.1     Admin SP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
         4.2.2     Locking SP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
         4.2.3     Default password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
         4.2.4     ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     4.3     Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

FED_SEAG0071043

# Contents

4.4    Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5    Data Bands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6    Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7    Authenticated Firmware Download . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8    Power Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9    Supported Commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10   RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

5.0    **SATA Interface** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28**
5.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3    Supported ATA commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       5.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
       5.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
       5.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

FED_SEAG0071044

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

FED_SEAG0071045

# Seagate® Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/contacts/

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/seagate-recovery-services/recover/

For Seagate OEM, Distribution partner and reseller portals, visit: http://www.seagate.com/partners/

FED_SEAG0071046

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

| Note | Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary. |
|---|---|

These drives provide the following key features:

• 7200 RPM spindle speed.

• High instantaneous (burst) data-transfer rates (up to 600MB per second).

• TGMR recording technology provides the drives with increased areal density.

• State-of-the-art cache and on-the-fly error-correction algorithms.

• Native Command Queuing with command ordering to increase performance in demanding applications.

• Full-track multiple-sector transfer capability without local processor intervention.

• Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

• Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

• Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

• Quiet operation.

• Compliant with RoHS requirements in China and Europe.

• SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

• Support for S.M.A.R.T. drive monitoring and reporting.

• Supports latching SATA cables and connectors.

• Worldwide Name (WWN) capability uniquely identifies the drive.

FED_SEAG0071047

**Introduction**

## 1.1  About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

- Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.
- Thinner and more flexible cabling for improved enclosure airflow and ease of installation.
- Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|------|

FED_SEAG0071048

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in Table 1 and Table 2 are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | 64/32 MB |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |

*Table 1     Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Ambient temperature | 0° to 60℃ (operating)  −40° to 70℃ (non-operating) | | |
| Temperature gradient | 20℃ per hour max (operating)  30℃ per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)  5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 26℃ max (operating)  29℃ max (nonoperating) | | |
| Altitude, operating | −304.8m to 3048m  (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m  (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement  22Hz to 350Hz: 0.50 Gs  350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs  22Hz to 350Hz: 3.0 Gs  350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power  Idle*** | | 2.4 bels (typical)  2.6 bels (max) | 2.2 bels (typical)  2.4 bels (max) |
| Seek | | 2.6 bels (typical)  2.7 bels (max) | 2.4 bels (typical)  2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Rated Workload | Average annualized workload rating: <55 TB/year.  The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year.  Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/  From this page, click on "Is my Drive under Warranty".Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25℃, 50% rel. humidity) | 300,000 | | |
| Contact start-stop cycles | ---- | | 50,000 at 25℃, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector<br>(4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 32MB / 16 MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 26°C max (operating)<br>29°C max (nonoperating) | | |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating<br>(below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

FED_SEAG0071051

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | 2.2 bels (typical) 2.3 bels (max) | | |
| Seek | 2.3 bels (typical) 2.4 bels (max) | | |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Rated Workload | Average annualized workload rating: <55 TB/year. The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Is my Drive under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2    Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001 ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001 ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003 ST1000DM004 | 1000GB | 1,953,525,168 | 4096 |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

FED_SEAG0071052

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3    Default logical geometry

- **Cylinders**: 16,383
- **Read/write heads**: 16
- **Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4    Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density**  (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| **Spindle speed** (RPM) | 7200 ± 0.2% |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

FED_SEAG0071053

**Drive Specifications**

## 2.5    Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB, 750GB, 500GB, 320GB and 250GB | 415g / 0.915 lb |
| **Cache buffer** | |
| 3TB, 2TB, 1.5TB | 64MB (64,768kB) |
| 1TB, 750GB | 64MB (64,768kB) / 32MB (32,768kB) |
| 500GB, 320GB and 250GB | 32MB (32,768kB) / 16MB (16,384kB) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

- Track-to-track seek time is an average of all possible single-track seeks in both directions.
- Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

FED_SEAG0071054

**Drive Specifications**

## 2.7    Start/stop times

|  | **3-disk**<br>(3TB, 2TB<br>models) | **2-disk**<br>(2TB, 1.5TB<br>models) | **1-disk**<br>(1TB, 750GB<br>models) | **1-disk**<br>(250GB, 320GB,<br>500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical)<br>17 (max) | | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Power-on to ready, 2.5A spin-up<br>code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical)<br>17 (max) | | 10 (typical)<br>12 (max) | 8.5 (typical)<br>10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical)<br>11 (max) | | 10 (typical)<br>11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to Figure 1 on page 23.

## 2.8.1    Power consumption

Power requirements for the drives are listed in Table 3, Table 4, Table 5 and Table 6. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

- Spinup power

   Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

- Read/write power and current

   Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

- Operating power and current

   Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

- Idle mode power

   Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

- Standby mode

   During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

Table 3    DC power requirements (3-disk: 3TB and 2TB models)

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

Table 4    DC power requirements (2-disk: 2TB and 1.5TB models)

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

Table 5    DC power requirements (1-disk: 1TB and 750GB models)

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

Table 6    DC power requirements (1-disk: 500, 320 and 250GB models)

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

FED_SEAG0071056

## 2.8.2   Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

- Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.
- Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|---------|

## 2.8.3   Voltage tolerance

Voltage tolerance (including noise):

- 5V ±5%
- 12V +10% / -7.5%

## 2.8.4   Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

- Active mode

  The drive is in Active mode during the read/write and seek operations.

- Idle mode

  The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

- Standby mode

  The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

- Sleep mode

  The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

- Idle and Standby timers

  Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

FED_SEAG0071057

## 2.9   Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1℃ every 1000 ft.

| Note | The maximum allowable drive case temperature is 69℃. See Figures 2 & 3 for HDA case temperature measurement locations. |
|------|------|

Refer to Section 3.4 Drive mounting for base plate measurement location.

### 2.9.1   Ambient temperature

| Operating | 0° to 60℃ (32° to 140°F) |
|-----------|--------------------------|
| Non-operating | −40° to 70℃ (−40° to 158°F) |

### 2.9.2   Temperature gradient

| Operating | 20℃ per hour (68°F per hour max), without condensation |
|-----------|--------------------------------------------------------|
| Non-operating | 30℃ per hour (86°F per hour max) |

### 2.9.3   Humidity

#### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|-----------|---------------------------------------------|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2   Wet bulb temperature

| Operating | 26℃ / 78.8°F (rated) |
|-----------|----------------------|
| Non-operating | 29℃ / 84.2°F (rated) |

### 2.9.4   Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|-----------|---------------------------------------------|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

| Note | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32℃ (example: 34℃ / 90% RH) |
|------|------|

FED_SEAG0071058

### 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2  Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

#### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

### 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

FED_SEAG0071059

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation: (Number of seeks per second = 0.4 / (average latency + average access time |
|------|------|

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

## 2.12  Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

• 2400 power-on-hours per year.
• Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Rated Workload | Average annualized workload rating: <55 TB/year. |
| | The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Is my Drive under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

### 2.12.2  Storage

Maximum storage periods are 180 days within original unopened Seagate shipping package or 60 days unpackaged within the defined non-operating limits (refer to environmental section in this manual). Storage can be extended to 1 year packaged or unpackaged under optimal environmental conditions (25℃, <40% relative humidity non-condensing, and non-corrosive environment). During any storage period the drive non-operational temperature, humidity, wet bulb, atmospheric conditions, shock, vibration, magnetic and electrical field specifications should be followed.

## 2.13  Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

FED_SEAG0071061

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/ EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

• Family name: Barracuda

• Certificate number: KCC-REM-STX-Barracuda

**Australian RCM Compliance Mark**

Models displayed with the RCM compliance mark, comply with the mandatory standards as per the Australian Communications and Media Authority (AMCA) Electromagnetic Compatibility (EMC) regulatory arrangement.

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

• Reorient the receiving antenna.

• Move the device to one side or the other of the radio or TV.

• Move the device farther away from the radio or TV.

• Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

FED_SEAG0071062

www.seagate.com **Drive Specifications**

## 2.14 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.14.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.15 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

FED_SEAG0071063

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

- Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

- Handle the drive by its edges or frame *only*.

- The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

- Always rest the drive on a padded, antistatic surface until mounting it in the computer.

- Do not touch the connector pins or the printed circuit board.

- Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in Figure 1.

*Figure 1*    **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

FED_SEAG0071064

## 3.4  Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to Figure 2 and Figure 3 for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

• Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

• Use only 6-32 UNC mounting screws.

• The screws should be inserted no more than 0.120 inch (3.05mm) into the bottom or side mounting holes.

• Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

**Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models)**



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |
| --- | --- |

FED_SEAG0071065

www.seagate.com

**Configuring and Mounting the Drive**

*Figure 3   Mounting dimensions (1-disk: 250GB to 1TB models)*



| Note | Drawings are for mounting hole reference only.<br>PCBA show in pictorial only and can vary based on specific customer configurations. |

FED_SEAG0071066

# 4.0   About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest." These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

- TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)
- TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

- Trusted Send
- Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1   Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see Section 4.5 Data Bands).

## 4.2   Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1   Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see Section 4.4 Drive Locking). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2   Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3   Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4   ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

## 4.3   Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

FED_SEAG0071067

**About (SED) Self-Encrypting Drives**

## 4.4    Drive Locking

In addition to changing the passwords, as described in Section 4.2.3 Default password, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5    Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see Section 4.6 Cryptographic Erase) or the password when required.

## 4.6    Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7    Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8    Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in Section 2.8 Power specifications for power requirements on the standard (non-SED) drive models.

## 4.9    Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in Table 10:

- Trusted Send
- Trusted Receive

## 4.10    RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

FED_SEAG0071068

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

Table 9 summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   - the ground pins P4 and P12.
   - the pre-charge power pins and the other ground pins.
   - the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   - All used voltage pins ($V_x$) must be terminated.

## 5.3  Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10    SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H / C1_H$ |
| Device Configuration Identify | $B1_H / C2_H$ |
| Device Configuration Restore | $B1_H / C0_H$ |
| Device Configuration Set | $B1_H / C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

FED_SEAG0071070

**SATA Interface**

*Table 10    SATA standard commands (continued)*

| Command name | Command code (in hex) | | |
|---|---|---|---|
| Security Freeze | $F5_H$ | | |
| Security Set Password | $F1_H$ | | |
| Security Unlock | $F2_H$ | | |
| Seek | $70_H$ | | |
| Set Features | $EF_H$ | | |
| Set Max Address | $F9_H$ | | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ | |
| Set Max Address Extended | $37_H$ | | |
| Set Multiple Mode | $C6_H$ | | |
| Sleep | $E6_H$ | | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | | |
| Standby | $E2_H$ | | |
| Standby Immediate | $E0_H$ | | |
| Write Buffer | $E8_H$ | | |
| Write DMA | $CA_H$ | | |
| Write DMA Extended | $35_H$ | | |
| Write DMA FUA Extended | $3D_H$ | | |
| Write DMA Without Retries | $CB_H$ | | |
| Write Log Extended | $3F_H$ | | |
| Write Multiple | $C5_H$ | | |
| Write Multiple Extended | $39_H$ | | |
| Write Multiple FUA Extended | $CE_H$ | | |
| Write Sectors | $30_H$ | | |
| Write Sectors Without Retries | $31_H$ | | |
| Write Sectors Extended | $34_H$ | | |
| Write Uncorrectable | $45_H$ | | |

FED_SEAG0071071

### 5.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11   Identify Device commands*

| Word | Description | Value |
|---|---|---|
| 0 | Configuration information:<br>• Bit 15: 0 = ATA; 1 = ATAPI<br>• Bit 7: removable media<br>• Bit 6: removable controller<br>• Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple<br>or Write Multiple command | $xxxx_H$ |

FED_SEAG0071072

SATA Interface

*Table 11   Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100–103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

FED_SEAG0071073

SATA Interface

*Table 11    Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

FED_SEAG0071074

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|---|
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

FED_SEAG0071075

### 5.3.2 Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register).<br>Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

FED_SEAG0071076

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13   S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

FED_SEAG0071077



**Seagate Technology LLC**

*AMERICAS     Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA  Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. R (Draft 3)*
*February 2016*

FED_SEAG0071078

Exhibit 17



# Desktop HDD

Data Sheet

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the newest Seagate® Desktop HDDs now available in capacities up to 4 TB.

- Double your capacity and drive down costs with the industry's first 1 TB per disk hard drive technology.

- SATA 6Gb/s interface optimizes burst performance.

- Seagate AcuTrac® servo technology delivers dependable performance even with hard drive track widths of only X nanometers.

- Seagate OptiCache® technology boosts overall performance by as much as XX% over the previous generation.

- Free Seagate DiskWizard® software allows you to install a 4TB hard drive in Windows, including XP without 2TB/4K issues.

### Best-Fit Applications

- Desktop or all-in-one PCs

- Home servers

- PC-based gaming systems

- Desktop RAID

- Direct-attached external storage devices (DAS)

- Network-attached storage devices (NAS)



# Desktop HDD

Seagate®

| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | Barracuda® | Barracuda | Barracuda | Barracuda | Barracuda | Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <12 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <12 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% |
| Voltage Tolerance, Including Noise (12V) | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Annualized Failure Rate (AFR) | <1% | <1% | <1% | <1% | <1% | <1% | <1% |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle2 Average (W) | 3.5 | 5.40 | 5.40 | 3.36 | — | — | — |
| Idle Average (W) | ▬ | — | — | — | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.50 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.50 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 75 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 650/1.43 | 626/1.38 | 626/1.38 | 450/0.99 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Layer | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Pallet | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |



1 | A gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 | Seagate ships this drive in both 512 and 4K byte sectors (Smart Align Technology is included on the 4K sector drives). Both drives are functionally equivalent.



www.seagate.com

AMERICAS        Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS  16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2013 Seagate Technology LLC. All rights reserved. Printed in the United States of America. Seagate, Seagate Technology, and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Barracuda, SmartAlign, OptiCache, AcuTrac, and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1309US, September 2013

CONFIDENTIAL                                                                      FED_SEAG0071084

Exhibit 18

Seagate

# Desktop HDD

Data Sheet

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



www.seagate.com

AMERICAS    Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS  16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1212US, December 2012

Exhibit 19



# STORAGE SOLUTIONS GUIDE

OCTOBER 2010 | AMER

Seagate



FED_SEAG0070238

WELCOME



FreeAgent®
**GoFlex**™
ULTRA-PORTABLE DRIVE



PROTECT.
STORE.
DO MORE.



## Choose the Best Storage Solution.

This guide offers up-to-date details and specifications for all Seagate® products. From the world's fastest, largest-capacity desktop drives to external storage solutions that allow you to access your files anytime, anywhere.

**seagate**.com

© 2010 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Adaptive Memory, Barracuda, BlackArmor, Cheetah, Constellation, DiscWizard, EE25 Series, Expansion, FreeAgent, GoFlex, G-Force Protection, i365, Momentus, Pipeline, Pipeline HD, PowerChoice, PowerTrim, QuietStep, Savvio, Seagate Secure, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S. or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.8-1010US, October 2010

## CONTENTS

**External Storage**
AT-A-GLANCE PRODUCT COMPARISON .......................2
SEAGATE FREEAGENT® GOFLEX™ ..........................5
SEAGATE FREEAGENT GOFLEX PRO ........................6
SEAGATE FREEAGENT GOFLEX DESK .......................6
SEAGATE FREEAGENT GOFLEX HOME ......................7
SEAGATE FREEAGENT GOFLEX NET ........................7
SEAGATE FREEAGENT GOFLEX TV .........................8
SEAGATE EXPANSION™ EXTERNAL ........................9
SEAGATE EXPANSION PORTABLE ..........................9
SEAGATE BLACKARMOR® NAS 440 .......................10
SEAGATE BLACKARMOR NAS 420 .........................10
SEAGATE BLACKARMOR NAS 400 .........................10
SEAGATE BLACKARMOR NAS 220 .........................11
SEAGATE BLACKARMOR NAS 110 .........................11

**Internal Storage**
AT-A-GLANCE PRODUCT COMPARISON ......................12
**DESKTOP**
DESKTOP PRODUCTS MATRIX ............................15
BARRACUDA® XT ......................................16
BARRACUDA ..........................................16
BARRACUDA LP .......................................17
BARRACUDA 3.5-INCH INTERNAL ........................17
**LAPTOP**
LAPTOP PRODUCTS MATRIX .............................19
MOMENTUS® XT ......................................20
MOMENTUS ..........................................21
MOMENTUS FDE ......................................21
MOMENTUS THIN .....................................22
MOMENTUS 2.5-INCH INTERNAL ........................22
**ENTERPRISE**
ENTERPRISE PRODUCTS MATRIX ........................25
SAVVIO® 15K .......................................26
SAVVIO 10K ........................................26
CHEETAH® 15K ......................................27
CHEETAH NS ........................................28
CONSTELLATION® ....................................28
CONSTELLATION ES ..................................29
**CONSUMER ELECTRONICS**
CONSUMER ELECTRONICS PRODUCTS MATRIX ........31
PIPELINE HD® MINI .................................32
PIPELINE® HD ......................................32
EE25 SERIES™ ......................................33
SV35 SERIES™ ......................................33

**SEAGATE PARTNER PROGRAM** ........................34
**SERVICE AND SUPPORT** ...........................35

FED_SEAG0070239

# EXTERNAL STORAGE SOLUTIONS



## At-a-Glance Product Comparison

| Direct Attached/ Portable | SEAGATE FREEAGENT® | | | SEAGATE EXPANSION ™ | |
|---|---|---|---|---|---|
| | FreeAgent GoFlex™ | FreeAgent GoFlex Pro | FreeAgent GoFlex Desk | Expansion External | Expansion Portable |
| Perfect For | Compact storage on the go | | Satisfying high-capacity cravings | Plug-and-play add-on desktop storage | Plug-and-play add-on desktop storage |
| Description | These ultra-portable, ultra-upgradable drives make it easy to store and protect all your files, automatically and continuously. PC or Mac. | | Store and protect all your photos, music, videos and documents with this powerful, high-capacity desktop storage solution. PC or Mac. | Instant add-on storage for your ever-growing collection of files lets you free space on your internal drive. PC or Mac. | |
| Compatible with Windows 7 | x | x | x | x | |
| Learn More | Page 5 | Page 6 | Page 6 | Page 9 | Page 9 |

| Home Entertainment | SEAGATE FREEAGENT |
|---|---|
| | FreeAgent GoFlex TV |
| Perfect For | Getting the most from your digital media |
| Description | Enjoy all of your movies, music and photos on your TV, in full 1080p HD with vibrant surround sound. PC or Mac. |
| Compatible with Windows 7 | |
| Learn More | Page 8 |

| Network Attached | SEAGATE FREEAGENT | | SEAGATE BLACKARMOR | | | | |
|---|---|---|---|---|---|---|---|
| | FreeAgent GoFlex Home | FreeAgent GoFlex Net | BlackArmor NAS 440 | BlackArmor NAS 420 | BlackArmor NAS 400 | BlackArmor NAS 220 | BlackArmor NAS 110 |
| Perfect For | Wireless centralized home storage | Easy access from anywhere | Full-system backup, RAID 0, 1, 5, 10 or JBOD | | | Full-system backup, RAID 0 or 1 | Full-system backup |
| Description | This network storage system supports the external storage needs of every computer in your home. PC or Mac. | Dock up to two GoFlex ultra-portable drives and one USB storage device on this media sharing device. PC or Mac. | A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations | | | A network attached storage solution designed to provide centralized storage and data backup. BlackArmor NAS 110 enables media streaming. | |
| Compatible with Windows 7 | x | x | | | | | |
| Learn More | Page 7 | Page 7 | Page 10 | Page 10 | Page 10 | Page 11 | Page 11 |

FED_SEAG0070240



# EXTERNAL STORAGE SOLUTIONS

Seagate external storage solutions are sleek, sophisticated products that let your customers easily store digital family photos, protect critical business data, back up multiple computers on a small network, or store and share videos and music.





## FreeAgent® GoFlex™
ULTRA-PORTABLE DRIVE

The GoFlex ultra-portable drive makes it easy to store and protect all your files, automatically and continuously.

### Key Advantages
- Plug and play interface
- Preloaded backup software with encryption
- USB 3.0, FireWire 800 or powered eSATA for fast transfers
- Access and share files from anywhere.
- View your movies and photos on your TV.
- 2-year limited warranty

### Best-Fit Applications
- Store or back up photos, videos, music and documents.
- Carry files while on the go.
- Access files with both PC and Mac computers.

| CAPACITY† | KIT NUMBER‡ | INTERFACE | COLOR | OS | |
|---|---|---|---|---|---|
| 1.5TB | STAA1500100 | USB 3.0 | ● Black | PC, Mac | |
| 1TB | STAA1000100 | USB 2.0 | ● Black | PC, Mac | |
| 1TB | STAA1000101 | USB 3.0 | ● Black | PC, Mac | NEW |
| 1TB | STAA1000102 | USB 3.0 | ● Blue | PC, Mac | |
| 750GB | STAA750100 | USB 2.0 | ● Black | PC, Mac | |
| 750GB | STAA750101 | USB 3.0 | ● Black | PC, Mac | NEW |
| 500GB | STAA500105 | USB 2.0 | ● Black | PC, Mac | NEW |
| 500GB | STAA500106 | USB 2.0 | ● Silver | PC, Mac | NEW |
| 500GB | STAA500107 | USB 2.0 | ● Blue | PC, Mac | NEW |
| 500GB | STAA500108 | USB 2.0 | ● Red | PC, Mac | NEW |
| PRODUCT DIMENSIONS (1.5TB, 1TB, 750GB) | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | | | |
| PRODUCT DIMENSIONS (500GB) | 4.33-in L x 3.27-in W x 0.59-in D (110mm x 83mm x 15mm) | | | | |
| PACKAGE DIMENSIONS | 5.20-in L x 1.73-in W x 6.54-in D (132mm x 44mm x 166mm) | | | | |

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
‡ U.S. model numbers shown.

FED_SEAG0070241

# FreeAgent® GoFlex™ Pro



The GoFlex Pro ultra-portable drive delivers premium backup and encryption, which automatically and continuously protects all your files.

**Key Advantages**

- Plug-and-play interface
- Preloaded backup software with encryption
- Upgrade to USB 3.0, FireWire 800 or powered eSATA or access content over the network and on TV.
- Includes desktop dock
- 3-year limited warranty

**Best-Fit Applications**

- Store or back up photos, movies, music and documents.
- Carry files while on the go.
- Access files with both PC and Mac computers.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | OS |  |
|---|---|---|---|---|
| 750GB | STAD750102³ | USB 3.0 | PC, Mac | NEW |
| 750GB | STAD750101³ | USB 2.0 | PC, Mac | NEW |
| 750GB | STAD750100³ | USB 2.0 | PC, Mac |  |
| 500GB | STAD500102³ | USB 3.0 | PC, Mac | NEW |
| 500GB | STAD500101³ | USB 2.0 | PC, Mac | NEW |
| 500GB | STAD500100³ | USB 2.0 | PC, Mac |  |
| DRIVE DIMENSIONS | 4.14-in L x 3.23-in W x 0.55-in D (112mm x 82mm x 14mm) | | | |
| PACKAGE DIMENSIONS | 6.10-in L x 4.69-in W x 1.73-in D (170mm x 180mm x 45mm) | | | |

# FreeAgent® GoFlex™ Home



The GoFlex Home network storage system allows you to wirelessly store and access files and back up multiple computers in the home.

**Key Advantages**

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

**Best-Fit Applications**

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.

| CAPACITY¹ | KIT NUMBER | INTERFACE | OS |  |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | PC, Mac | NEW |
| 2TB | STAM2000100 | SATA/GigE | PC, Mac |  |
| 1TB | STAM1000100 | SATA/GigE | PC, Mac |  |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |

# FreeAgent® GoFlex™ Desk



The GoFlex Desk external drive delivers high-capacity storage and automatic, continuous backup and encryption with its preloaded software.

**Key Advantages**

- Plug-and-play interface
- Preloaded premium backup software with encryption
- USB 2.0 adapter with capacity gauge display
- Upgrade to a faster interface with a GoFlex Desk adapter.
- Offers both vertical and horizontal drive orientation
- 2-year limited warranty

**Best-Fit Applications**

- Store or back up photos, movies, music and documents.
- Access files with both PC and Mac computers.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | OS |  |
|---|---|---|---|---|
| 3TB | STAC3000100 | USB 2.0 | PC, Mac |  |
| 3TB | STAC3000101 | USB 3.0 | PC, Mac | NEW |
| 2TB | STAC2000100 | USB 2.0 | PC, Mac |  |
| 2TB | STAC2000103 | USB 3.0 | PC, Mac | NEW |
| 1TB | STAC1000100 | USB 2.0 | PC, Mac |  |
| 1TB | STAC1000101 | USB 3.0 | PC, Mac | NEW |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# FreeAgent® GoFlex™ Net

The FreeAgent GoFlex Net media sharing device allows you to access and share your digital life with anyone, anywhere.

**Key Advantages**

- Dock up to two GoFlex ultra-portable drives and one USB storage device.
- Automatically sync content from a folder on your computer with a GoFlex Net folder.
- Sync content between two attached drives.
- Drag-and-drop access from the home or Internet
- No subscription fees

**Best-Fit Applications**

- Access files from any networked home PC or Mac.
- Access and share files with friends over the Internet.
- Stream photos, movies and music to your GoFlex TV HD media player or compatible game consoles.
- Wirelessly access photos, movies and music from your iPad, iPhone, Blackberry or Android device.

| CAPACITY¹ | KIT NUMBER | INTERFACE | OS |  |
|---|---|---|---|---|
| — | STAK100 | SATA/GigE | PC, Mac |  |
| PRODUCT DIMENSIONS | 4.72-in L x 3.74-in W x 1.44-in D (120mm x 95mm x 36.5mm) | | | |
| PACKAGE DIMENSIONS | 6.57-in L x 5.24-in W x 2.64-in D (167mm x 133mm x 67mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown
3 Models with Simple Disk and Case
4 Models with Intelligent Dock

FED_SEAG0070242

# FreeAgent® GoFlex™ TV

The FreeAgent GoFlex TV HD media player offers the easiest way to play your movies, photos and music on your TV.

### Key Advantages

· Connects to your router to access Internet content and shared media on your home network
· Play media from GoFlex ultra-portable drives or any USB storage device.
· HDMI connectivity and 1080p HD video playback
· Supports most major codec and file formats

### Best-Fit Applications

· Enjoy your movies, photos and music on your TV.
· Play your HD movie collection on your big screen.
· Access content from home network storage devices.
· Access Internet content on your TV.
· Stream movies from Netflix (subscription required).

| CAPACITY¹ | KIT NUMBER² | INTERFACE | OS |
|---|---|---|---|
| — | STAJ100 | SATA/AV | PC, Mac |
| PRODUCT DIMENSIONS | 4.30-in L x 5.91-in W x 1.65-in D (110mm x 150mm x 42mm) | | |
| PACKAGE DIMENSIONS | 9.06-in L x 7.88-in W x 3.54-in D (230mm x 200mm x 90mm) | | |



# Expansion™ External

Seagate external desktop drives provide instant add-on storage for your ever-growing collection of files.

### Key Advantages

· Plug-and-play, no software to install
· Simply drag and drop to save files.
· Built-in power management ensures energy-efficient operation

### Best-Fit Applications

· Instantly add more storage space to your computer.
· Free space on your internal hard drive to increase computer performance.
· Consolidate all your files to a single location.



| CAPACITY¹ | KIT NUMBER² | INTERFACE | OS |
|---|---|---|---|
| 2TB | ST320005EXA101-RK | USB 2.0 | PC, Mac |
| 1.5TB | ST315005EXA101-RK | USB 2.0 | PC, Mac |
| 1TB | ST310005EXA101-RK | USB 2.0 | PC, Mac |
| 500GB | ST305005EXA101-RK | USB 2.0 | PC, Mac |
| PRODUCT DIMENSIONS | 4.96-in W x 1.57-in H x 8.15-in D (125.98mm x 39.88mm x 207.08mm) | | |
| PACKAGE DIMENSIONS | 9.69-in W x 8.62-in H x 3.07-in D (246.12mm x 218.95mm x 77.97mm) | | |

# Expansion™ Portable

Portable add-on storage lets you free space on your internal drive and take large files on the go.

### Key Advantages

· Plug-and-play, no software to install
· Simply drag and drop to save files.
· Built-in power management ensures energy-efficient operation

### Best-Fit Applications

· Instantly add more storage space to your computer.
· Take large files with you when you travel.



| CAPACITY¹ | KIT NUMBER² | INTERFACE | OS | |
|---|---|---|---|---|
| 1.5TB | STAX1500100 | USB 2.0 | PC, Mac | NEW |
| 1TB | ST910004EXA101-RK | USB 2.0 | PC, Mac | |
| 750GB | ST907504EXA101-RK | USB 2.0 | PC, Mac | |
| 500GB | ST905004EXA101-RK | USB 2.0 | PC, Mac | |
| 320GB | ST903204EXA101-RK | USB 2.0 | PC, Mac | |
| 250GB | ST902504EXA101-RK | USB 2.0 | PC, Mac | |
| PRODUCT DIMENSIONS | 3.15-in W x 0.69-in H x 5.56-in D (80.01mm x 17.60mm x 141.29mm) | | | |
| PACKAGE DIMENSIONS | 5.20-in W x 6.85-in H x 2.20-in D (132.08mm x 173.99mm x 55.88mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070243



# BlackArmor® NAS 440/420/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 420 model provides an entry-level option—two drives included, two additional bays for business growth.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations*
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

\* Includes 10 software licenses, additional licenses available at seagate.com

| CAPACITY† | KIT NUMBER | INTERFACE | OS | |
|-----------|-----------|-----------|-----|---|
| 12TB | STAU12000100 | Ethernet 10/100/1000 | PC, Mac | NEW |
| 8TB | ST380005SHA10G-RK | Ethernet 10/100/1000 | PC, Mac | |
| 4TB | ST340005SHA10G-RK | Ethernet 10/100/1000 | PC, Mac | |
| 4TB | STAH4000100 | Ethernet 10/100/1000 | PC, Mac | |
| 2TB | ST320005SHA10G-RK | Ethernet 10/100/1000 | PC, Mac | |
| — | STAR401 | Ethernet 10/100/1000 | PC, Mac | NEW |
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

---

# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs



## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup.*
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

\* Includes 10 software licenses, additional licenses available at seagate.com

| CAPACITY† | KIT NUMBER | INTERFACE | OS |
|-----------|-----------|-----------|-----|
| 4TB | ST340005LSA10G-RK | Ethernet 10/100/1000 | PC, Mac |
| 2TB | ST320005LSA10G-RK | Ethernet 10/100/1000 | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | |

---

# BlackArmor® NAS 110

A network attached storage solution designed to provide centralized storage, data backup and media streaming for up to 10 PCs



## Key Advantages

- Automatic full-system backup for network-connected PCs.*
- Powerful hardware-based encryption
- Functions as an FTP server for remote file access
- DLNA and iTunes media streaming
- Two USB ports for external drives, printers and UPS

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

\* Includes 10 software licenses, additional licenses available at seagate.com

| CAPACITY† | KIT NUMBER | INTERFACE | OS |
|-----------|-----------|-----------|-----|
| 2TB | ST320005MNA10G-RK | Ethernet 10/100/1000 | PC, Mac |
| 1TB | ST310005MNA10G-RK | Ethernet 10/100/1000 | PC, Mac |
| PRODUCT DIMENSIONS | 5.51-in L x 2.36-in W x 6.93-in H (150mm x 60mm x 176mm) | | |
| PACKAGE DIMENSIONS | 9.29-in L x 3.66-in W x 9.02-in H (236mm x 93mm x 229mm) | | |

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

FED_SEAG0070244



# INTERNAL STORAGE SOLUTIONS

## At-a-Glance Product Comparison



### 2.5-inch

| | LAPTOP | | | ENTERPRISE | | | DVR | RUGGED AND EXTREME | |
|---|---|---|---|---|---|---|---|---|---|
| | MOMENTUS® XT | MOMENTUS | MOMENTUS THIN | SAVVIO® 15K | SAVVIO 10K | CONSTELLATION® | PIPELINE HD® MINI | EE25 SERIES™ EXTREME | EE25 SERIES RUGGED |
| **Business Need** | Extreme Performance | Mainstream | Slim Computing | Performance | Mainstream | Low Power | Mainstream | Extreme and Rugged | |
| **Use This Drive For** | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected. Encryption models available | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability. Encryption models available | Mainstream data requiring high capacity, performance density and reliability. Encryption models available | Online reference data demands requiring cost-effective, low-power, enterprise-class drives. Encryption models available | Small form factor DVR applications where video streaming, power and acoustic performance are key | Full automotive-class storage operating from –30°C to +85°C | Rugged or industrial storage requirements operating from –20°C to +75°C |
| **Learn More** | Page 20 | Page 21 | Page 22 | Page 26 | Page 26 | Page 28 | Page 32 | Page 33 | Page 33 |



### 3.5-inch

| | DESKTOP | | | ENTERPRISE | | | DVR | SURVEILLANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BARRACUDA® XT | BARRACUDA | BARRACUDA LP | CHEETAH® 15K | CHEETAH NS | CONSTELLATION ES | PIPELINE HD | SV35 SERIES™ | PIPELINE HD | CONSTELLATION ES |
| **Business Need** | Performance | Mainstream | Low Power | Performance | Low Power | Capacity | Mainstream | Performance | Mainstream | Centralized |
| **Use This Drive For** | High-performance PC and workstations where big cache, maximum capacities and top-end performance are priorities | Mainstream desktop compute where choice in capacity and cache options to provide design flexibility is important | Lower-power applications where power conservation with good performance is required | High-capacity, compute-intensive requirements demanding high performance and availability. Encryption models available | Mainstream data requiring high capacity, low power and high availability. Encryption models available | Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability. Encryption models available | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications | Surveillance systems that require high-performance, low-power, ruggedized and centralized storage for every surveillance application | | |
| **Learn More** | Page 16 | Page 16 | Page 17 | Page 27 | Page 27 | Page 28 | Page 32 | Page 33 | Page 32 | Page 28 |

FED_SEAG0070245

## Product Comparison





| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 5900 RPM to 7200 RPM | 5900 RPM to 7200 RPM |
| Reliability (AFR) | 0.34% | 0.34% |
| Max. Ext. Transfer Rate | 300MB/s | 300MB/s to 600MB/s |
| Capacity¹ | 500GB to 2TB | 160GB to 2TB |
| Interface | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 16MB to 32MB | 8MB to 64MB |
| Power (Idle) | | 3.0W to 8.3W |

## Feature Comparison






| | Mainstream | Mainstream and Performance | | Performance |
|---|---|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda LP | Barracuda | Barracuda XT |
| SATA Interface | X | X | X | X |
| Low Power | | X | | |
| Sustainable Technology | X | X | X | X |
| Best-in-Class Performance | | X | X | X |
| Capacity Leadership | X | X | X | X |
| Quiet Acoustics | X | X | | |
| DiscWizard™ Installation Software | X | | | |
| Compatible with Windows 7² | X | X | Barracuda 7200.12 Barracuda 7200.11 | X |



# DESKTOP STORAGE

Seagate has a history of leadership in desktop drives, delivering innovative technologies, super-sized capacities, low power and blazing fast performance. Seagate desktop drives offer excellent performance at all levels.

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&a=Seagate

FED_SEAG0070246

# Barracuda® XT



The Seagate Barracuda XT drive does not compromise, bringing both speed and capacity to high-performance desktop systems.

## Key Advantages

· Massive capacity for space-hungry games or video
· Top-end, 7200-RPM desktop performance
· Large cache optimizes performance and reduces bottlenecks.
· SATA 6Gb/s interface enables use of newest, fastest controllers.

## Best-Fit Applications

· High-performance PC gaming systems
· High-definition video editing and production systems
· Home servers and workstations
· Desktop RAID
· FireWire 800- or eSATA-enabled external storage devices

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST32000641AS | SATA 6Gb/s NCQ | 64MB |

# Barracuda® LP



The Seagate Barracuda LP drive is the low-power, 3.5-inch drive that won't slow you down.

## Key Advantages

· Consumes up to 44% less power than standard drives
· Best-in-class acoustics mean quiet operation.
· Cool, low-power drives can reduce system costs.
· Sustainable green technology:
  · 70% or more of build materials can be recycled.
  · Complies with the RoHS directive and several non-regulatory restrictions
  · Built to international environmental standards

## Best-Fit Applications

· Personal attached storage—USB/FireWire/eSATA
· Small office and home data storage appliances
· Low-power PCs

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST32000542AS | SATA 3Gb/s | 32MB |
| 1.5TB | ST31500541AS | SATA 3Gb/s | 32MB |
| 1TB | ST31000520AS | SATA 3Gb/s | 32MB |

# Barracuda®



The Seagate Barracuda drive combines proven technology with expert manufacturing to deliver up to 1.5TB of reliable desktop storage.

## Key Advantages

· Broad range of capacities
· Most reliable and proven PMR technology
· Benchmark-winning performance
· Meets strict RoHS requirements
· Sustainable green technology

## Best-Fit Applications

· Workstations
· Desktop RAID
· Gamer PCs
· High-end PCs
· Mainstream PCs

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1.5TB | ST31500341AS | SATA 3Gb/s NCQ | 32MB |
| 1TB | ST31000528AS | SATA 3Gb/s NCQ | 32MB |
| 750GB | ST3750528AS | SATA 3Gb/s NCQ | 32MB |
| 500GB | ST3500418AS | SATA 3Gb/s NCQ | 16MB |
| 320GB | ST3320418AS | SATA 3Gb/s NCQ | 16MB |
| 250GB | ST3250318AS | SATA 3Gb/s NCQ | 8MB |
| 160GB | ST3160318AS | SATA 3Gb/s NCQ | 8MB |

# Barracuda®
# 3.5-Inch Internal



Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

## Key Advantages

· Quiet, ultra-high performance
· DiscWizard™ software makes installation a snap
· Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications

· Gaming PCs
· Workstations
· High-end PCs
· Desktop RAID
· Mainstream/office PCs

| CAPACITY† | KIT NUMBER† | RPM | INTERFACE | OS |
|---|---|---|---|---|
| 2TB | ST320005N4A1AS-RK | 7200 | SATA 3Gb/s | PC, Mac |
| 2TB | ST320005N4A1AS-RK | 5900 | SATA 3Gb/s | PC, Mac |
| 1.5TB | ST315005N4A1AS-RK | 5900 | SATA 3Gb/s | PC, Mac |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 3Gb/s | PC, Mac |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s | PC, Mac |

| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) |
|---|---|

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
‡ U.S. model numbers shown

FED_SEAG0070247



# LAPTOP STORAGE

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Drives utilizing Seagate Secure™ technology provide a robust platform for developing and deploying stronger security solutions.

## Product Comparison



   

| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5-inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.40% to 0.50% | 0.40% |
| Max. Ext. Transfer Rate | 300MB/s | 300MB/s | 300MB/s | 300MB/s |
| Capacity¹ | 250GB to 500GB | 250GB to 500GB | 160GB to 750GB | 160GB and 250GB |
| Interface | SATA 3Gb/s | SATA 3Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 16MB | 32MB | 8MB to 16MB | 8MB |
| Power (Idle) | | 0.8W | 0.7W to 1.0W | 0.7W to 0.8W |

## Feature Comparison

    

| Product | Mainstream and Performance | Extreme Performance | Mainstream | | Slim Computing |
|---|---|---|---|---|---|
| | Momentus 2.5-inch Internal Kit | Momentus XT | Momentus | Momentus FDE | Momentus Thin |
| SATA Interface | X | X | X | X | X |
| Lowest Acoustics | | | X | X | X |
| Lowest Power | | | X | X | X |
| Self-Encrypting Drive | | | | X | |
| Drop Sensor Options | | | X | X | |
| Solid State Hybrid | | X | | | |
| Compatible with Windows 7² | X | | Momentus 7200.4 Momentus 5400.5 | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

FED_SEAG0070248



# Momentus® XT
### featuring Adaptive Memory™

The Seagate Momentus XT solid-state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.

## Key Advantages

- Adaptive Memory™ technology customizes performance by aligning to user needs for improved system response.
- 80 percent faster performance than traditional drives
- Low heat and vibration
- OS- and application-independent—designed for any SATA standard laptop PC
- Seagate 5-Year Limited Warranty

## Best-Fit Applications

- High-end laptops and workstations
- High-performance gamer laptops
- Fast external enclosures: USB 3.0, eSATA
- Small form factor PCs

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |
| 320GB | ST93205620AS | SATA 3Gb/s | 32MB |
| 250GB | ST92505610AS | SATA 3Gb/s | 32MB |



# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.

## Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.

## Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS¹ | SATA 3Gb/s | 16MB |
| 500GB | ST9500420AS | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG² | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG² | SATA 3Gb/s | 16MB |
| 160GB | ST9160412AS | SATA 3Gb/s | 16MB |

| CAPACITY | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 640GB | ST9640320AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG² | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 160GB | ST9160314AS | SATA 3Gb/s | 8MB |



# Momentus® FDE

The Seagate Momentus FDE drive delivers built-in, government-grade data encryption storage for high-performance personal or business laptops.

## Key Advantages

- Self-Encrypting Drives mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drives with FIPS 140-2 certification⁴ are government-approved for the U.S. and Canadian governments.
- Easy to implement—encryption is always on
- Hardware encryption—no impact on system performance
- Works with multiple security software applications

## Best-Fit Applications

- Corporate laptops with confidential information
- Field sales/support laptops with customer data
- Personal laptops with sensitive information
- Industrial applications such as ATMs and POS

| CAPACITY | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST9500421AS | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS³ | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS³ | SATA 3Gb/s | 16MB |

| CAPACITY | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST9500327AS | SATA 3Gb/s | 8MB |
| 250GB | ST9250317AS | SATA 3Gb/s | 8MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Drive with G-Force Protection™ feature
3 Drive with SmartAlign™ technology
4 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.

FED_SEAG0070249

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



### Key Advantages
- Enables slim solutions for all segments of notebook computing
- Allows OEMs in the entry-level laptop space to differentiate with sleeker designs
- Brings fully functional, high-value storage to high-end netbooks

### Best-Fit Applications
- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 250GB | ST9250310AS | SATA 3Gb/s | 8MB |
| 160GB | ST9160310AS | SATA 3Gb/s | 8MB |



# Momentus® 2.5-Inch Internal

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



### Key Advantages
- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications
- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[2] | RPM | INTERFACE | OS |
|---|---|---|---|---|
| 640GB | ST9640423N1A1AS-RK | 5400 | SATA 3Gb/s | PC, Mac |
| 500GB | ST9500423N1A1AS-RK | 5400 | SATA 3Gb/s | PC, Mac |
| 320GB | ST9320423N3A1AS-RK | 7200 | SATA 3Gb/s | PC, Mac |
| 320GB | ST9320423N1A2AS-RK | 5400 | SATA 3Gb/s | PC, Mac |
| 250GB | ST9250N1A1AS-RK | 5400 | SATA 3Gb/s | PC, Mac |
| PKG DIMS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | | |

| Momentus XT Model | | | | | |
|---|---|---|---|---|---|
| 500GB | SAN500100-RK | 7200 | SATA 3Gb/s | PC, Mac | NEW |
| PKG DIMS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070250



# ENTERPRISE STORAGE

Whether you have a small or medium business or run a large data center, Seagate offers superior 3.5-inch and 2.5-inch enterprise drives that are perfect for a wide range of server, storage, backup and archive applications.

## Product Comparison

     

|  | SAVVIO® | CHEETAH® | CONSTELLATION® |
|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance and Mainstream | High Capacity and Low Power |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM and 10K RPM | 7200 RPM |
| Reliability (AFR) | 0.55% and 0.44% | 0.55% | 0.73% |
| Capacity[1] | 73GB to 600GB | 300GB to 600GB | 160GB to 2TB |
| Power (Idle) | 3.7W to 4.6W | 5.6W to 11.68W | 2.3W to 8.0W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 3Gb/s |
| Workload (Power-On Hours) | 8760 or 24×7 | 8760 or 24×7 | 8760 or 24×7 |
| Limited Warranty | 5 years | 5 years | 5 years |

## Feature Comparison

     

|  | 2.5-Inch Mission Critical | | 3.5-Inch Mission Critical | | 2.5-Inch Nearline | 3.5-Inch Nearline |
|---|---|---|---|---|---|---|
| Product | Savvio 15K | Savvio 10K | Cheetah 15K | Cheetah NS | Constellation | Constellation ES |
| Best-in-Class Performance | X |  | X |  | X | X |
| Capacity Leadership |  | X | X | X |  |  |
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X |
| 6Gb/s SAS Interface | X | X | X | X | X | X |
| 4Gb/s FC Interface |  | X | X | X |  |  |
| 3Gb/s SATA Interface |  |  |  |  | X | X |
| Best-in-Class Power Usage |  | X |  |  | X | X |
| PowerChoice™ Optimized Idle Power Settings |  | X |  |  | X | X |
| Self-Encrypting Drive (SED)[2] | X | X | X |  | X | X |
| FIPS 140-2 SED[2,3] | X | X | X |  | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140crt.htm.

FED_SEAG0070251

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

## Key Advantages

- 115 percent improvement in system-level performance over 3.5-inch drives
- PowerTrim™ technology reduces power 70 percent over comparable 3.5-inch 15K drives.
- Smaller form factor reduces system cooling costs.
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE | |
|---|---|---|---|---|
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB | |
| 146GB | ST9146752SS[7] | 6Gb/s SAS | 16MB | |
| 146GB | ST9146852SS[13] | 6Gb/s SAS | 16MB | NEW |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB | |
| 73GB | ST973352SS[7] | 6Gb/s SAS | 16MB | |
| 73GB | ST973252SS[13] | 6Gb/s SAS | 16MB | NEW |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.



## Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.
- Ultra320 SCSI interface models available

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage area networks (SAN)
- Network attached storage (NAS)
- Internet and e-commerce
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE | |
|---|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB | |
| 600GB | ST3600957SS[7] | 6Gb/s SAS | 16MB | |
| 600GB | ST3600857SS[13] | 6Gb/s SAS | 16MB | NEW |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB | |
| 600GB | ST3600857FC[7] | 4Gb/s FC | 16MB | |
| 600GB | ST3600857FC[13] | 4Gb/s FC | 16MB | NEW |
| 450GB | ST3450057SS | 6Gb/s SAS | 16MB | |
| 450GB | ST3450957SS[7] | 6Gb/s SAS | 16MB | |
| 450GB | ST3450857SS[13] | 6Gb/s SAS | 16MB | NEW |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB | |
| 450GB | ST3450757FC[7] | 4Gb/s FC | 16MB | |
| 450GB | ST3450657FC[13] | 4Gb/s FC | 16MB | NEW |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB | |
| 300GB | ST3300557SS[7] | 6Gb/s SAS | 16MB | |
| 300GB | ST3300457SS[13] | 6Gb/s SAS | 16MB | NEW |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB | |
| 300GB | ST3300557FC[7] | 4Gb/s FC | 16MB | |
| 300GB | ST3300457FC[13] | 4Gb/s FC | 16MB | NEW |

# Savvio® 10K

Seagate Savvio 10K drives are the highest capacity, most reliable 2.5-inch drives for the enterprise.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 600GB)
- 20 percent higher reliability than any other drive
- PowerTrim™ and PowerChoice™ technologies reduce power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mainstream enterprise servers and storage arrays
- Power- or space-constrained data centers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE | |
|---|---|---|---|---|
| 600GB | ST9600204SS | 6Gb/s SAS | 16MB | |
| 600GB | ST9600104SS[7] | 6Gb/s SAS | 16MB | |
| 600GB | ST9600004SS[13] | 6Gb/s SAS | 16MB | NEW |
| 600GB | ST9600204FC | 4Gb/s FC | 16MB | |
| 450GB | ST9450404SS | 6Gb/s SAS | 16MB | |
| 450GB | ST9450304SS[7] | 6Gb/s SAS | 16MB | |
| 450GB | ST9450204SS[13] | 6Gb/s SAS | 16MB | NEW |
| 450GB | ST9450404FC | 4Gb/s FC | 16MB | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models require TCG-compliant host or controller support.
3 See RPC 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140val-all.htm.
4 Protection Information (PI) feature requires PI-compliant host or controller support.

FED_SEAG0070252

# Cheetah® NS



The Seagate Cheetah NS drive delivers the lowest-power, highest-reliability combination for 3.5-inch Tier 1 solutions.

## Key Advantages

· Highest-capacity Tier 1 drive (600GB)
· Highest LFF reliability rating in the industry, with a 0.55% annualized failure rate (AFR)
· Seagate PowerTrim technology dynamically reduces power usage.

## Best-Fit Applications

· Mainstream enterprise applications
· Business and transaction processing
· Storage area networks (SAN)
· Networked attached storage (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600002SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600002FC | 4Gb/s FC | 16MB |
| 450GB | ST3450802SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450802FC | 4Gb/s FC | 16MB |
| 300GB | ST3300802FC | 4Gb/s FC | 16MB |



# Constellation®



Seagate Constellation 2.5-inch hard drives offer power savings, high capacity and performance, reliability and optional security for high-density enterprise applications.

## Key Advantages

· 15mm enterprise-class nearline drive
· Industry's highest-reliability 7200-RPM drive
· Optimal power savings with PowerChoice™ technology
· Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

· External storage arrays (SAN, DAS, NAS)
· Maximum-capacity servers and blade servers
· Rich media content storage—audio, video, image
· Reference and compliance data storage
· Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE | |
|---|---|---|---|---|
| 500GB | ST9500430SS | 6Gb/s SAS, 3Gb/s SAS | 16MB | |
| 500GB | ST9500431SS[2] | 6Gb/s SAS, 3Gb/s SAS | 16MB | |
| 500GB | ST9500432SS[2,3] | 6Gb/s SAS, 3Gb/s SAS | 16MB | NEW |
| 500GB | ST9500530NS | SATA 3Gb/s or 1.5Gb/s | 32MB | |
| 160GB | ST9160511NS | SATA 3Gb/s or 1.5Gb/s | 32MB | |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.

## Key Advantages

· The industry's highest 7200-RPM reliability
· Best-in-class rotational vibration tolerance
· Multi-drive firmware maximizes system availability.
· Optimal power savings with PowerChoice™ technology
· Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

· Maximum-capacity servers and storage arrays
· Rich media content storage—audio, video, image
· Reference and compliance data storage
· Video surveillance and internet data centers
· Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE | |
|---|---|---|---|---|
| 2TB | ST32000644NS | SATA 3Gb/s | 64MB | |
| 2TB | ST32000444SS | 6Gb/s SAS | 16MB | |
| 2TB | ST32000445SS[2] | 6Gb/s SAS | 16MB | |
| 2TB | ST32000446SS[2,3] | 6Gb/s SAS | 16MB | NEW |
| 1TB | ST31000524NS | SATA 3Gb/s | 32MB | |
| 1TB | ST31000424SS | 6Gb/s SAS | 16MB | |
| 1TB | ST31000425SS[2] | 6Gb/s SAS | 16MB | |
| 1TB | ST31000426SS[2,3] | 6Gb/s SAS | 16MB | NEW |
| 500GB | ST3500514NS | SATA 3Gb/s | 32MB | |
| 500GB | ST3500414SS | 6Gb/s SAS | 16MB | |
| 500GB | ST3500415SS[2] | 6Gb/s SAS | 16MB | |
| 500GB | ST3500416SS[2,3] | 6Gb/s SAS | 16MB | NEW |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.

FED_SEAG0070253



# CONSUMER ELECTRONICS

## Storage solutions for DVRs, media centers, surveillance systems and extreme environments

Seagate provides global scale, supply and support for CE integrators and a complete business and technology partnership for the entertainment market.

## Product Comparison

   

| | PIPELINE® | EE25 SERIES™ | SV35 SERIES™ |
|---|---|---|---|
| Application | Mainstream CE-DVR | Rugged and Extreme | Surveillance |
| Description | Unprecedented levels of acoustic, power and vibration performance with room for hundreds of movies | Rugged drives designed for reliable performance in extreme environmental applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5 inch and 2.5 inch | 2.5 inch | 3.5 inch |
| Performance | Able to stream at least 12 simultaneous, 20Mb/s, high-definition video streams | 5400 RPM | 5900 RPM to 7200 RPM |
| Reliability (AFR) | 0.55% | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s | 100 MB/s to 300MB/s | 300MB/s |
| Capacity[1] | 160GB to 1TB | 40GB to 80GB | 500GB to 1TB |
| Interface | SATA 3Gb/s | SATA 3Gb/s, ATA | SATA 3Gb/s |
| Cache | 8MB | 8MB | 32MB |
| Power (Idle) | 0.8W to 4.3W | 1.7W to 2.4W | 5.0W to 7.0W |

## Feature Comparison

   

| Product | 3.5-Inch CE-DVR | 2.5-Inch CE-DVR | Rugged | Surveillance |
|---|---|---|---|---|
| | Pipeline HD | Pipeline HD Mini | EE25 Series | SV35 Series |
| SATA Interface | X | X | X | X |
| ATA Interface | | | X | |
| Low Power | X | X | | |
| Quiet Acoustics | X | X | | |
| Cool Operation | X | X | | X |
| Small Form Factor Applications | | X | | |
| Sustainable Technology | X | X | | |
| Best-in-Class Performance | X | X | X | X |
| Capacity Leadership | X | | | |
| Extreme Environments | | | X | |
| 24×7 Operation Capable | X | X | | X |
| Extremely Low Vibration | X | X | X | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070254

# Pipeline HD® Mini



Seagate Pipeline HD Mini, the world's first purpose-built 2.5-inch DVR drive tuned for video streaming and low power consumption

## Key Advantages

· Built for small form factor (SFF) focused designs
· Cool and quiet video streaming performance
· Operational power consumption as low as 1.54W
· 75°C, 24-hour operation capable
· 1.0A spin-up current limited

## Best-Fit Applications

· SFF DVR/PVR-enabled set-top boxes
· SFF Home media/theater PCs and servers
· SFF Karaoke and audio jukeboxes
· SFF AV-oriented external storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 250GB | ST9250311CS | SATA 3Gb/s NCQ | 8MB |
| 160GB | ST91603110CS | SATA 3Gb/s NCQ | 8MB |

# EE25 Series™



Rugged Seagate EE25 Series drives are designed for reliable performance in extreme environmental applications.

## Key Advantages

· Ability to operate at extreme altitude
· Extends operating temperatures from –30°C to +85°C
· Delivers maximum reliability in adverse conditions
· Built for reliable 24x7 operation
· Industry best-in-class 1-million-hour MTBF

## Best-Fit Applications

· Automotive, marine and similar mobile storage applications
· Ruggedized laptop computers
· Commercial/industrial control systems
· Military, medical, surveillance, digital signage and other rugged applications

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 80GB | ST980817AM² | ATA | 8MB |
| 80GB | ST980817SM² | SATA | 8MB |
| 80GB | ST980818AM² | ATA | 8MB |
| 80GB | ST980818SM² | SATA | 8MB |
| 40GB | ST940817AM² | ATA | 8MB |
| 40GB | ST940817SM² | SATA | 8MB |
| 40GB | ST940818AM² | ATA | 8MB |
| 40GB | ST940818SM² | SATA | 8MB |

# Pipeline HD®



Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages

· Virtually silent streaming performance as low as 19dB
· 75°C, 24-hour operation capable
· Operational power consumption as low as 3.4W
· 2.0A spin-up current limited

## Best-Fit Applications

· DVR/PVR-enabled set-top boxes
· Home media/theater PCs and servers
· Karaoke and audio jukeboxes
· AV-oriented external storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST31000322CS | SATA 3Gb/s NCQ | 8MB |
| 500GB | ST3500312CS | SATA 3Gb/s NCQ | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s NCQ | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s NCQ | 8MB |
| 160GB | ST3160316CS | SATA 3Gb/s NCQ | 8MB |

# SV35 Series™



The Seagate SV35 Series optimize performance, save power and improve reliability for video surveillance applications.

## Key Advantages

· Higher areal density for cost-effective DVR applications
· Performance-tuned for seamless video applications
· Enterprise-class reliability for 24x7 video surveillance applications
· Built-in error recovery for non-stop streaming

## Best-Fit Applications

· Video surveillance digital video recorder
· Video surveillance network digital video recorder
· Direct-attached JBOD video surveillance storage
· Network-attached JBOD video storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST31000525SV | SATA 3Gb/s NCQ | 32MB |
| 500GB | ST3500410SV | SATA 3Gb/s NCQ | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Extreme model
3 Rugged model

FED_SEAG0070255

# PARTNER RESOURCES AND BENEFITS

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**Enhanced benefits for channel partners include:**

· Educational product and marketing seminars
· Dedicated pre/post sales support
· Discounted evaluation units
· Free online product training
· Access to a merchandise mart

**Start reaping the rewards of SPP membership—register today at seagate.com/partners.**

· Complete the online form.
· Click through and accept our standard agreement.

Seagate
Partner
Program



# SERVICE AND SUPPORT

For information regarding products and services, visit
http://www.seagate.com/www/en-us/
about/contact_us/

Available services include:

· Presales and Technical Support
· Global Support Services telephone numbers and business hours
· Authorized Seagate Service Centers

For information regarding Warranty Support, visit
http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding Data Recovery Services, visit
http://www.i365.com

For Seagate OEM and Distribution partner portal, visit
https://direct.seagate.com/portal/system

For Seagate reseller portal, visit
http://spp.seagate.com



Seagate Technology LLC
920 Disc Drive, Scotts Valley
California 95066, United States
831-438-6550

FED_SEAG0070256



Combining the BEST
of both SSD and HDD

# Momentus® XT

featuring Adaptive Memory™ technology
for blazing laptop performance

Visit **www.seagate.com**
for more information.

Copyright © 2010 Seagate Technology LLC. All rights reserved.



Exhibit 20



Seagate

# Storage
# Solutions
# Guide

OCT 2012 | AMER



FED_SEAG0070258



FED_SEAG0070259

# Contents

## External Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON ......................2
BACKUP PLUS PORTABLE ...................................5
BACKUP PLUS PORTABLE FOR MAC.......................6
THUNDERBOLT™ BACKUP PLUS FOR MAC PORTABLE..6
BACKUP PLUS DESKTOP FOR MAC ........................7
THUNDERBOLT™ BACKUP PLUS FOR MAC DESKTOP ...7
BACKUP PLUS DESKTOP ....................................8
SLIM PORTABLE FOR MAC ..................................8
SLIM PORTABLE ............................................9
EXPANSION™ DESKTOP .....................................9
EXPANSION™ PORTABLE ...................................10
GOFLEX SATELLITE™.......................................10
GOFLEX HOME .............................................11
BLACKARMOR® NAS 440/400 .............................12
BLACKARMOR NAS 220.....................................13

## Internal Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON ...................14

### DESKTOP
DESKTOP PRODUCTS MATRIX ..............................17
BARRACUDA® ...............................................18
BARRACUDA 3.5-INCH INTERNAL..........................19

### LAPTOP
LAPTOP PRODUCTS MATRIX.................................21
MOMENTUS® XT .............................................22
MOMENTUS ..................................................23
MOMENTUS THIN ...........................................24
MOMENTUS 2.5-INCH INTERNAL...........................25

### ENTERPRISE
ENTERPRISE PRODUCTS MATRIX ...........................27
SAVVIO® 10K ...............................................28
SAVVIO 15K.................................................29
CHEETAH® 15K .............................................29
CONSTELLATION® ES.3......................................30
CONSTELLATION ES.2.......................................31
CONSTELLATION ES..........................................31
CONSTELLATION CS..........................................32
CONSTELLATION.2™..........................................32
PULSAR.2™ .................................................33

### VIDEO STORAGE
VIDEO STORGE PRODUCTS MATRIX.........................35
PIPELINE HD® ..............................................36
SV35 SERIES™ ..............................................36

PARTNER RESOURCES AND BENEFITS ....................37
SERVICE AND SUPPORT.....................................37

www.seagate.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/ or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.11-1210US, October 2012

FED_SEAG0070260

# External Storage
## At-a-Glance Product Comparison





| | BACKUP PLUS | | | | |
|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Thunderbolt™ Backup Plus for Mac Portable | Backup Plus Desktop | Backup Plus Desktop for Mac |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 |

| | GOFLEX |
|---|---|
| **Wireless Mobile** | GoFlex Satellite™ |
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 10 |

| | GOFLEX |
|---|---|
| **Network Attached** | GoFlex Home |
| **PERFECT FOR** | Wireless centralized home storage |
| **DESCRIPTION** | This network storage system supports the external storage needs of every computer in your home. PC or Mac. |
| **LEARN MORE** | Page 11 |

FED_SEAG0070261



| | SLIM | | EXPANSION™ | |
|---|---|---|---|---|
| **Thunderbolt™ Backup Plus for Mac Desktop** | **Slim Portable** | **Slim Portable for Mac** | **Expansion Portable** | **Expansion Desktop** |
| Keeping your digital life safe and sound | Thin storage that fits·····and goes·····anywhere | | Protecting and sharing your digital life | |
| These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

| | BLACKARMOR® | |
|---|---|---|
| **BlackArmor NAS 440** | **BlackArmor NAS 400** | **BlackArmor NAS 220** |
| Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| Page 12 | Page 12 | Page 13 |

STORAGE SOLUTIONS GUIDE    3

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.



4

# Backup Plus

The Backup Plus portable drive is the simple
way to protect and share your entire digital life.

## Key Advantages

* Easy, flexible backups
* Automatically saves photos from social networks
* Photos and videos can be shared to social
  networks with a click.
* Thunderbolt technology or FireWire 800 upgrade
  allows higher transfer speeds

## Best-Fit Applications

* Store or back up photos, movies, music
  and documents.
* Download and save content that's posted on
  your social networks.
* Share your digital memories to your social
  networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ◉ Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ◉ Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown.

FED_SEAG0070264

# Backup Plus for Mac



The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

## Key Advantages

- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

## Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000301 | USB 3.0 | ○ Silver/<br>○ White | Mac, PC |
| 500GB | STBW500301 | USB 3.0 | ○ Silver/<br>○ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D<br>(123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D<br>(132mm x 46mm x 166mm) | | | |

# Thunderbolt™ Backup Plus for Mac Portable



The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

## Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

## Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D<br>(130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D<br>(170mm x 133mm x 46mm) | | | |

FED_SEAG0070265

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000900 | FireWire 800/ USB 3.0 | ● Black/ ※ Silver | Mac, PC |
| 2TB | STCB2000900 | FireWire 800/ USB 3.0 | ● Black/ ※ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | ● ※ | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Thunderbolt Backup Plus for Mac Desktop

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

### Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

FED_SEAG0070266

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

## Key Advantages
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

## Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | | COLOR | OS |
|---|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● | Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | ● | Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● | Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | | |

# Slim Portable for Mac

The Seagate Slim portable drive for Mac combines our thinnest, sleekest form factor in a Time Machine-ready drive.

## Key Advantages
- World's slimmest portable external hard drive
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | | COLOR | OS |
|---|---|---|---|---|---|
| 500GB | STCF500400 | USB 3.0 | ● | Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | | |

FED_SEAG0070267

# Slim Portable

The Seagate Slim portable drive is our thinnest, sleekest way yet to back up the things that are important to you.

## Key Advantages

- World's slimmest portable external hard drive
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500100 | USB 3.0 | ● Black | PC, Mac |

| | | |
|---|---|---|
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | |

# Expansion™ Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

## Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |

| | | |
|---|---|---|
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

STORAGE SOLUTIONS GUIDE    9

FED_SEAG0070268

# Expansion™ Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.



### Key Advantages

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Take large files with you when you travel.

| CAPACITY | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |

# GoFlex Satellite™

With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.



### Key Advantages

- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life[3]

### Best-Fit Applications

- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

FED_SEAG0070269

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.



### Key Advantages

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

### Best-Fit Applications

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | Black | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | Black | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | Black | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown.
[3] Exact battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0070270



# BlackArmor®
# NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations[3]
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 12TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | ST380005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| .... | STAR401 | Gigabit Ethernet | Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

FED_SEAG0070271

# BlackArmor® NAS 220

A small-business-specific network attached
storage solution designed for centralized
storage and data backup for up to 20 PCs



## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental
  and full-system, automatic backup.[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown.
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

FED_SEAG0070272

# Internal Storage
## At-a-Glance Product Comparison

| | DESKTOP | ENTERPRISE | | |
|---|---|---|---|---|
| **3.5-inch** | Barracuda® | Cheetah® 15K | Constellation® ES.3 | Constellation ES.2 |
| BUSINESS NEED | Mainstream | Performance | Mainstream | |
| USE THIS DRIVE FOR | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | |
| ENCRYPTION MODELS AVAILABLE | | X | X | X |
| LEARN MORE | Page 18 | Page 29 | Page 30 | Page 31 |

| | LAPTOP | | |
|---|---|---|---|
| **2.5-inch** | Momentus® XT | Momentus | Momentus Thin |
| BUSINESS NEED | Performance | Mainstream | Thin (7mm z-ht.) |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference |
| ENCRYPTION MODELS AVAILABLE | | X | X |
| LEARN MORE | Page 22 | Page 23 | Page 24 |

FED_SEAG0070273

AT-A-GLANCE PRODUCT COMPARISON



| ENTERPRISE | | VIDEO STORAGE | |
|---|---|---|---|
| Constellation ES | Constellation CS | SV35 Series™ | Pipeline® HD |
| Mainstream | Low Power | Surveillance | DVR |
| Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| X | | | |
| Page 31 | Page 32 | Page 36 | Page 36 |



| ENTERPRISE | | | ENTERPRISE SSD |
|---|---|---|---|
| Savvio® 15K | Savvio 10K | Constellation.2™ | Pulsar.2™ |
| Performance | Mainstream | Low Power | Mainstream |
| Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| X | X | X | X |
| Page 29 | Page 28 | Page 32 | Page 33 |

STORAGE SOLUTIONS GUIDE      15

FED_SEAG0070274

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



16

# Product Comparison





| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) | | 4.60W 3.36W to 5.40W (Idle2) |

# Feature Comparison




| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance | | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X | |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 7[2] | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&l=Seagate

FED_SEAG0070276

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



## Key Advantages

- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

FED_SEAG0070277

# Barracuda® 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



## Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY[1] | KIT NUMBER[2] | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 2TB | STBD2000101 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 6Gb/s |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown.

FED_SEAG0070278

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



FED_SEAG0070279

# Product Comparison

    

| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 1TB | 500GB to 750GB | 250GB to 750GB | 250GB and 300GB |
| Interface | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 0.67W to 0.81W | 0.45W to 0.66W |

# Feature Comparison

   

| | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics | | | X | X |
| Lowest Power | | | X | X |
| Self-Encrypting Drive | | | X | X |
| Drop Sensor Options | | | X | |
| Solid State Hybrid | X | X | | |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

FED_SEAG0070280

# Momentus® XT

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



## Key Advantages

- Boots and performs like an SSD[7]
- Up to 3x faster than a traditional HDD[7]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

## Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

FED_SEAG0070281

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.



## Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification⁴ are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

## Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY¹ | 7200-RPM MODEL | INTERFACE | CACHE |
|-----------|----------------|-----------|-------|
| 750GB | ST9750420AS³ | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS³ | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG² | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS⁵ | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS⁶ | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023³,⁴ | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021³,⁴ | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG² | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS⁵ | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS³,⁶ | SATA 3Gb/s | 16MB |

| CAPACITY¹ | 5400-RPM MODEL | INTERFACE | CACHE |
|-----------|----------------|-----------|-------|
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG² | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS⁵ | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022³,⁴ | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020³,⁴ | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS⁵ | SATA 3Gb/s | 8MB |

¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² Drives with G-Force Protection™ feature
³ Advanced Format (4K) drive with SmartAlign™ technology resolves misalignment conditions.
⁴ 7 mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
⁵ Self-Encrypting Drive model
⁶ See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
⁷ Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB (SSHD).

FED_SEAG0070282

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[3] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[3,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[3,3] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |

FED_SEAG0070283

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[5] | RPM | INTERFACE |
|---|---|---|---|
| 1TB | STBD1000100 | 5400 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 6Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or customer support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.html.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown

FED_SEAG0070284

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.



26

# Product Comparison



| | SAVVIO® | CHEETAH® | CONSTELLATION® | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Mainstream SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 1.1% | 0.44% |
| Capacity[1] | 300GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| Power (Idle) | 3.0W to 4.4W | 8.74W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

# Feature Comparison



| Product | 2.5-inch Mission Critical | | 3.5-inch Mission Critical | 2.5-inch Nearline | 3.5-inch Nearline | Mainstream SSD |
|---|---|---|---|---|---|---|
| | Savvio 15K | Savvio 10K | Cheetah 15K | Constellation | Constellation ES Constellation CS | Pulsar.2 |
| Best-in-Class Performance | X | X | X | X | X | |
| Capacity Leadership | | X | X | | X | X |
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | |
| 6Gb/s SAS Interface | X | X | X | X | X | X |
| 4Gb/s FC Interface | | X | X | | | |
| 6Gb/s SATA Interface | | | | X | X | X |
| Best-in-Class Power Usage | | X | | X | X | |
| PowerChoice™ Optimized Idle Power Settings | | X | | X | X | |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X |
| FIPS 140-2 SED[2,3] | X | X | X | X | X | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070286

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[5]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,4] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

FED_SEAG0070287

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

## Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[2] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[2] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[2,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[2] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[2,3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

## Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.wand.htm.
[4] FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05
[5] Protection Information (PI) feature requires PI-compliant host or controller support.

FED_SEAG0070288

# Constellation® ES.3

The Seagate Constellation ES.3 enterprise capacity HDD helps data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the SED FIPS 140-2 option.[4,5]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[4] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[4] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[4] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[4] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[4] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[4] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[4] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[4] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[4,5] | 6Gb/s SAS | 128MB |

FED_SEAG0070289

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.

## Key Advantages

- Highest-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[2] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[2,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[2] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[2,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[2] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[2] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[2,3] | 6Gb/s SAS | 64MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.

## Key Advantages

- Enterprise nearline drive designed for 24x7 operation
- Best-in-class rotational vibration tolerance
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[2] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[2] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[2] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[2] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[2,3] | 6Gb/s SAS | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Seagate Instant Secure Erase Models
[3] DDR2 Cache
[4] Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
[5] FIPS 140-2 in review. The FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val/0013.htm#1635
[6] Based on maximum use of multiple 3.5-inch HDDs in standard 42U 19-inch rack.

FED_SEAG0070290

# Constellation® CS

The Seagate Constellation CS enterprise value hard drive is designed for vast amounts of unstructured data in the cloud..



## Key Advantages

- Affordable storage for 24x7 cloud data center replicated environments
- High vibration tolerance for reliable performance
- Save on power and cooling costs with the lowest 3.5-inch enterprise drive operating power.
- Advanced format logical block management
- Lower TCO with Seagate Instant Secure Erase
- Maximize your cloud storage with up to 114TB per square foot.[6]

## Best-Fit Applications

- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB[3] |
| 3TB | ST3000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC000[2] | SATA 6Gb/s | 64MB[3] |

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

## Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |

FED_SEAG0070291



# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.



## Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

## Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Data provided is based on format of 512 bytes.

FED_SEAG0070292

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



34

FED_SEAG0070293

# Product Comparison

 

| | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity¹ | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W (Idle2) |

# Feature Comparison

 

| | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x | |
| Quiet Acoustics | x | |
| Cool Operation | x | x |
| Sustainable Technology | x | |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x | |
| 24x7 Operation Capable | x | x |
| Extremely Low Vibration | x | |

¹One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

STORAGE SOLUTIONS GUIDE    35

FED_SEAG0070294

# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages

- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

## Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM003 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

## Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

## Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

FED_SEAG0070295

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**

• Password-protected portal
• E-newsletter and regular news updates
• New product evaluation unit program
• Training and sales tools
• Priority support

**Start reaping the rewards of SPP membership—register today at** www.seagate.com/partners

• Complete the online form.
• Click through and accept our standard agreement.

# Service and Support

For information regarding products and services, visit
www.seagate.com/about/contact-us/technical-support

**Available services include:**

• Presales and Technical Support
• Global Support Services telephone numbers and business hours
• Authorized Seagate Service Centers

For information regarding Warranty Support, visit
www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit
services.seagate.com

For Seagate OEM and Distribution partner portal, visit
www.seagate.com/partners

For Seagate reseller portal, visit
www.seagate.com/partners

FED_SEAG0070296



Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070297

Exhibit 21



# Storage
# Solutions
# Guide

JULY 2013 | AMER



NAS performance.
NAS capacity.
NAS *works.*



NAS**Works**™

FED_SEAG0070298

Seagate® Flash Products

# Flash Forward.

## The absolute highest performance solutions for client and enterprise

www.**seagate**.com

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Cheetah, Constellation, DiscWizard, Momentus, NASWorks, OptiCache, PowerChoice, PowerTrim, Pulsar, Seagate Secure, SmartAlign, SV35 Series and Terascale are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.13-1307US, July 2013

On the cover: Fine-tuned to address the needs of small NAS systems, NASWorks™ technology simplifies drive installation and improves reliability. Available on the Seagate NAS HDD (page 32).

# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ........................ 2
BACKUP PLUS PORTABLE ......................................... 5
BACKUP PLUS PORTABLE FOR MAC............................ 6
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT™ .... 6
BACKUP PLUS DESKTOP FOR MAC ............................ 7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT™ .... 7
BACKUP PLUS DESKTOP ......................................... 8
SLIM FOR MAC .................................................... 8
SLIM ................................................................. 8
EXPANSION DESKTOP ............................................ 9
EXPANSION PORTABLE............................................ 10
WIRELESS PLUS ................................................... 10
CENTRAL ............................................................ 11
BUSINESS STORAGE 4-BAY NAS .............................. 12
BUSINESS STORAGE 2-BAY NAS .............................. 13
BUSINESS STORAGE 1-BAY NAS .............................. 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ........................ 14
**DESKTOP**
DESKTOP PRODUCTS MATRIX ................................... 17
DESKTOP SSHD .................................................... 18
DESKTOP HDD ..................................................... 18
DESKTOP HDD INTERNAL ........................................ 19
**LAPTOP**
LAPTOP PRODUCTS MATRIX..................................... 21
LAPTOP SSHD AND LAPTOP THIN SSHD .................... 22
600 SSD ........................................................... 23
LAPTOP ULTRATHIN HDD ........................................ 23
MOMENTUS® THIN ................................................ 24
LAPTOP 2.5-INCH INTERNAL .................................... 25
**ENTERPRISE**
ENTERPRISE HDD PRODUCTS MATRIX ........................ 27
ENTERPRISE PERFORMANCE 15K HDD ....................... 28
ENTERPRISE PERFORMANCE 10K HDD ....................... 29
CHEETAH® 15K ................................................... 30
TERASCALE™ HDD ................................................ 30
ENTERPRISE CAPACITY 3.5 HDD .............................. 31
CONSTELLATION® ................................................. 32
NAS HDD ........................................................... 32
ENTERPRISE SSD PRODUCTS MATRIX ........................ 33
600 PRO SSD ..................................................... 34
1200 SSD .......................................................... 34
PULSAR.2™......................................................... 35
X8 ACCELERATOR ................................................ 35
**VIDEO STORAGE**
VIDEO STORAGE PRODUCTS MATRIX .......................... 37
VIDEO 3.5 HDD ................................................... 38
VIDEO 2.5 HDD ................................................... 38
SV35 SERIES™ .................................................... 39
PARTNER RESOURCES AND BENEFITS ........................ 39
SERVICE AND SUPPORT .......................................... 39

FED_SEAG0070299

# External Storage
At-a-Glance Product Comparison

| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt™ | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |



| **Wireless Mobile** | Wireless Plus |
|---|---|
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 10 |



| **Network Attached** | Central | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Business Storage 1-Bay NAS |
|---|---|---|---|---|
| **PERFECT FOR** | Wireless centralized home storage | Centralized storage, collaboration and backup | | |
| **DESCRIPTION** | This shared storage device automatically backs up multiple Macs and PCs and streams your shared library to the connected devices in the home. | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. |
| **LEARN MORE** | Page 11 | Page 12 | Page 13 | Page 13 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1 TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1 TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1 TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1 TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ● Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages

• Mac OS and Time-Machine ready out of the box
• Automatically saves photos from social networks
• Share photos and video to social networks with a click.
• Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications

• Store or back up photos, movies, music and documents.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.



| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000301 | USB 3.0 | ● Silver/ ○ White | Mac, PC |
| 500GB | STBW500301 | USB 3.0 | ● Silver/ ○ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

• Mac OS and Time Machine ready right out of the box
• Automatically saves photos from social networks
• Share photos and video to social networks with a click.
• Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications

• Back up all your important files.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000900 | FireWire 800/ USB 3.0 | ● Black/ ● Silver | Mac, PC |
| 2TB | STCB2000900 | FireWire 800/ USB 3.0 | ● Black/ ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

• Includes Thunderbolt cable, adapter and drive
• Compatible with Time Machine software
• Compatible with Thunderbolt devices
• No external power supply required

### Best-Fit Applications

• Combine high-speed data transfer and high-definition display in a single interface
• Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
• Handle vast amounts of data more precisely than with any other connection
• Back up and restore data at 10Gps



| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

• Includes Thunderbolt cable, adapter and drive
• Dual ports enable daisy-chaining up to six devices
• Compatible with Thunderbolt displays and other devices
• Compatible with Time Machine softwares

### Best-Fit Applications

• Combine high-speed data transfer and high-definition display in a single interface
• Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
• Handle vast amounts of data more precisely than with any other connection
• Back up and restore data at 10Gbps

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

• Easy, flexible, built-in backup options
• Automatically saves photos from social networks
• Photos and videos can be shared to social networks with a click.
• Up to 4TB capacity for a lifetime of memories
• Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications

• Back up all your important files.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.

### Key Advantages

• Just slightly thicker than an iPhone
• Protects your stuff with easy, flexible backups
• Automatically saves photos from social networks
• Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

• Store or back up photos, movies, music and documents.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ○ Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.

### Key Advantages

• Just slightly thicker than an iPhone
• Mac OS and Time Machine ready out of the box
• Automatically saves photos from social networks
• Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

• Store or back up photos, movies, music and documents.
• Download and save content that's posted on your social networks.
• Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500102 | USB 3.0 | ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages

• Simple and straightforward setup
• No software to install and nothing to configure
• Saving files is easy—simply drag and drop.
• USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

• Instantly add more storage space to your computer.
• Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070303

# Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

**Key Advantages**

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

**Best-Fit Applications**

- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

**Key Advantages**

- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

**Best-Fit Applications**

- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

**Key Advantages**

- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

**Best-Fit Applications**

- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablets and smartphones



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.
3 Each battery life subject to product model, normal usage conditions and configurations

FED_SEAG0070304

EXTERNAL STORAGE

## Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data
- Transport large files using external drives



| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | |

## Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) | | | |
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | |

## Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 178mm x 148mm) | | | |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070305

# Internal Storage

## At-a-Glance Product Comparison

| 3.5-inch | DESKTOP | | ENTERPRISE | | | | VIDEO STORAGE | |
|---|---|---|---|---|---|---|---|---|
| | Desktop SSHD | Desktop HDD | Cheetah® 15K | NAS HDD | Enterprise Capacity 3.5 HDD | Terascale™ HDD | SV35 Series™ | Video 3.5 HDD |
| **BUSINESS NEED** | Performance | Mainstream | Performance | Performance | Mainstream | Low Power | Surveillance | DVR |
| **USE THIS DRIVE FOR** | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Small NAS systems needing performance with high capacities | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Surveillance systems that require high performance, low-power and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| **ENCRYPTION MODELS AVAILABLE** | | | X | | X | | | |
| **LEARN MORE** | Page 18 | Page 18 | Page 30 | Page 32 | Page 31 | Page 30 | Page 39 | Page 38 |

| 2.5-inch | LAPTOP | | | | ENTERPRISE HDD | | | ENTERPRISE SSD | | | | VIDEO STORAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Laptop SSHD and Laptop Thin SSHD | 600 SSD | Laptop Ultrathin HDD | Momentus® Thin | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation® | 600 Pro SSD | 1200 SSD | Pulsar.2™ | X8 Accelerator | Video 2.5 HDD |
| **BUSINESS NEED** | Performance | Extreme Performance | Ultrathin (5mm z-ht.) | Thin (7mm z-ht.) | Performance | Mainstream | Low Power | Performance, Low Power | Performance | Mainstream | Low-Profile PCIe | DVR |
| **USE THIS DRIVE FOR** | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | On-the-go users who need the fastest performance and improved ruggedness | Slim laptops and devices that need light, affordable, high-capacity storage | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Data center and cloud applications that require fast performance and low power | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance | Ideal for database, virtualization and hyper-scale applications | Video streaming where 24x7 operation, small form factor and low power consumption are needed |
| **ENCRYPTION MODELS AVAILABLE** | | | X | X | X | X | X | | X | X | | |
| **LEARN MORE** | Page 22 | Page 23 | Page 23 | Page 24 | Page 28 | Page 29 | Page 32 | Page 34 | Page 34 | Page 35 | Page 35 | Page 38 |

FED_SEAG0070306

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



   

**Product Comparison**

| | | DESKTOP 3.5-INCH INTERNAL KIT | DESKTOP HDD | DESKTOP SSHD |
|---|---|---|---|---|
| | Application | Mainstream | Mainstream and Performance | Performance |
| | Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity |
| | Form Factor | 3.5 inch | 3.5 inch | 3.5 inch |
| | Reliability (AFR) | <1% | <1% | <1% |
| | Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s | 150MB/s to 600MB/s |
| | Capacity[1] | 500GB to 3TB | 250GB to 4TB | 1TB and 2TB |
| | Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| | Cache | 16MB to 64MB | 16MB to 64MB | 64MB |
| | Power (Idle) | | 4.0W to 5.8W | <3.3 to <3.9 |

**Feature Comparison**

| Product | Desktop 3.5-Inch Internal Kit | Desktop HDD | Desktop SSHD |
|---|---|---|---|
| SATA Interface | X | X | X |
| Sustainable Technology | X | X | X |
| Best-in-Class Performance | X | X | X |
| Capacity Leadership | X | X | X |
| Quiet Acoustics | X | X | X |
| DiscWizard™ Installation Software | X | X | X |
| Compatible with Windows 8[2] | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070307

# Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.



### Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[3]

### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

# Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



### Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310005N1A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.33-in L x 5.86-in W x 2.86-in D (187mm x 149mm x 73mm) | | |

# Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



FED_SEAG0070308



# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.








## Product Comparison

| | LAPTOP 2.5-INCH INTERNAL KIT | LAPTOP SSHD AND LAPTOP THIN SSHD | 600 SSD | LAPTOP ULTRATHIN HDD | MOMENTUS THIN |
|---|---|---|---|---|---|
| Application | Mainstream and Performance | Performance | Extreme Performance | Slim Computing | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | Speed up your laptop with SSD performance and ruggedness | Affordable, high-capacity storage that is thinner than a pencil | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 5mm/7mm, 2.5 inch | 5mm, 2.5 inch | 7mm, 2.5 inch |
| Reliability (AFR) | 0.40% to 0.50% | 0.48% | 0.58% | | 0.48% |
| Capacity[1] | 250GB to 1TB | 500GB and 1TB | 120GB to 480GB | 320GB and 500GB | 250GB to 500GB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 32MB | 64MB | | 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 1.1W | 0.48W | 0.45W to 0.66W |

## Feature Comparison

| Product | Laptop 2.5-inch Internal Kit | Laptop SSHD and Laptop Thin SSHD | 600 SSD | Laptop Ultrathin HDD | Momentus Thin |
|---|---|---|---|---|---|
| SATA Interface | X | X | X | X | X |
| Lowest Acoustics | | | | | X |
| Lowest Power | | | | | X |
| Self-Encrypting Drive | | | | X | X |
| Drop Sensor Options | | | | X | |
| Solid State Hybrid | X | X | | | |
| Compatible with Windows 8[2] | X | | | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070309

# Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.

**Key Advantages**

- Boots and performs like an SSD[2]
- Up to 4× faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

**Best-Fit Applications**

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

# 600 SSD

The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.

**Key Advantages**

- Nearly 4× faster boot times and over 2× faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade drive for road warriors, power users, executives and gamers—work and play faster

**Best-Fit Applications**

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching



| CAPACITY[1] | 7MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY[1] | 5MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

# Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.

**Key Advantages**

- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

**Best-Fit Applications**

- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT033[3] | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Laptop SSHD 1TB and a Laptop Thin SSHD 500GB.
3 Self-Encrypting Drives (SED) are not available in all models or countries. May require TCG-compliant host or controller support.

FED_SEAG0070310

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.

### Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[5] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[3,4] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT015[3,4] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 6Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 6Gb/s | 16MB |

# Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

### Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003N3A1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| 500GB | STBD750100 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 For FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.html
4 SmartAlign technology is not available on this model.
5 U.S. model numbers shown.

FED_SEAG0070311

# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.



| | | ENTERPRISE PERFORMANCE HDD | CHEETAH® | ENTERPRISE CAPACITY HDD | | NAS HDD |
|---|---|---|---|---|---|---|
| **HDD Product Comparison** | Application | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | | Small NAS |
| | Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems |
| | Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | | 3.5-inch |
| | Reliability (AFR) | 0.44% | 0.55% | 0.62% and 1.095% | | |
| | Capacity[1] | 300GB to 900GB | 300GB to 600GB | 250GB to 4TB | | 2TB to 4TB |
| | Power (Idle) | 3.0W to 4.4W | 8.74W to 11.68W | 2.52W to 7.7W | | 3.0W to 3.95W |
| | Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | | SATA 6Gb/s |
| | Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | | 3 years |

| | Product | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Constellation | Enterprise Capacity 3.5 HDD | Terascale HDD | NAS HDD |
|---|---|---|---|---|---|---|---|---|
| **HDD Feature Comparison** | Best-in-Class Performance | X | X | X | X | X | | X |
| | Capacity Leadership | X | X | X | X | X | X | |
| | Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | X |
| | 6Gb/s SAS Interface | X | X | X | X | X | | |
| | 4Gb/s FC Interface | | X | X | | | | |
| | 6Gb/s SATA Interface | | | | X | X | X | X |
| | Best-in-Class Power Usage | | X | | | X | X | |
| | PowerChoice™ Optimized Idle Power Settings | | X | | X | X | X | |
| | Self-Encrypting Drive (SED)[2] | X | X | X | X | X | | |
| | FIPS 140-2 SED[2,3] | X | X | X | X | X | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140listval.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070312

# Enterprise Performance 15K HDD

Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.



## Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)[2] and FIPS SED[4] options cut IT drive retirement costs and help protect data.

## Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0094[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074[2] | 6Gb/s SAS | 128MB |

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.



## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[5]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[2] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,4] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05
5 Protection Information (PI) feature requires PI compliant host or controller support.

FED_SEAG0070313

# Cheetah® 15K

The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.

### Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600657SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450057SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450057FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

# Terascale™ HDD

The Seagate Terascale HDD is designed for large-scale data centers where low-cost, low-power and high-capacity storage is critical.

### Key Advantages

- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

### Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000[4] | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.

### Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED options[2,3]

### Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[2] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[2] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[2] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[2] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[2] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[2] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[2] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[2] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 6Gb/s SAS | 128MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive (SED) and FIPS 140-2 Validated drives are not available in all models or countries.
May require TCG compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1805
4 Seagate Instant Secure Erase Model

FED_SEAG0070314

# Constellation®

The Seagate Constellation drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

## Key Advantages

- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |

# NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.

## Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

## Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

## SSD Product Comparison

| | 600 PRO SSD | 1200 SSD | PULSAR® | X8 ACCELERATOR |
|---|---|---|---|---|
| Application | Low Power, Performance SSD | High-Performance SSD | Mainstream SSD | Low-Profile PCIe |
| Description | Fast performance and low power for performance-hungry data center and cloud applications | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Performance, data integrity and drive endurance in an enterprise solid state drive | Memory-class performance and storage-class capacity in a low-profile PCIe card |
| Form Factor | 2.5-inch | 2.5-inch | 2.5-inch | 1/2-length × 1/2-height card |
| Reliability (AFR) | 0.58% | 0.44% | 0.44% | 0.58% |
| Capacity[1] | 100GB to 480GB | 200GB to 800GB | 100GB to 800GB | 461GB to 2222GB |
| NAND Flash Type | MLC | MLC | MLC | MLC |
| Power (Idle) | 1.05W to 1.25W | 2.72W to 3.0W | 3.47W to 4.38W | 8W to 15W |
| Interface | SATA 6Gb/s | 12Gb/s SAS | 6Gb/s SAS, SATA 6Gb/s | 8-Lane PCIe 2.0 |
| Limited Warranty[4] | 5 years | 5 years | 5 years | 5 years |

## SSD Feature Comparison

| Product | 600 Pro SSD | 1200 SSD | Pulsar.2 | X8 Accelerator |
|---|---|---|---|---|
| 12Gb/s SAS Interface | | X | | |
| 6Gb/s SAS Interface | | | X | |
| SATA 6Gb/s Interface | X | | X | |
| 8-Lane PCIe 2.0 Interface | | | | X |
| Self-Encrypting Drive (SED)[2] | | X | X | |
| FIPS 140-2 SED[2,3] | | X | X | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070315

# 600 Pro SSD

A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.

### Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

### Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications

| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 100GB | ST100FP0021 | SATA 6Gb/s | MLC |

# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.

### Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss— ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

### Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

# 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)



| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 800GB | ST800FM0053[3] | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063[2][3] | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073[3] | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073[3] | SATA 12Gb/s | MLC |

# X8 Accelerator

The Seagate X8 Accelerator, powered by Virident, delivers DRAM-like performance and high capacity in a low-profile and highly scalable PCIe card.

### Key Advantages

- Provides up to 1.1M IOPS with access latencies under 20µs
- Delivers up to 2× higher performance than the closest competitor
- Uses high-bandwidth, low-latency, 8-lane PCIe 2.0 to handle data growth and increased traffic
- Ensures scalability with a single storage image, scalable in increments up to 2.2TB

### Best-Fit Applications

- Virtualized desktop infrastructures (VDI)
- Oracle enterprise server applications
- MySQL applications
- Microsoft SQL Server applications
- VMware applications

| MAX CAPACITY MODE[1,4] | MAX PERFORMANCE MODE[1,5] | MODEL | FLASH MEMORY TYPE |
|---|---|---|---|
| 2222GB | 1847GB | ST2200F50000 | MLC |
| 1111GB | 923GB | ST1100F50000 | MLC |
| 1111GB | 923GB | ST1100FR0000 | MLC |
| 555GB | 461GB | ST550FR0000 | MLC |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity. Accessible capacity may vary depending on operating environment and formatting.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html
4 Usable Capacity in Max Capacity mode (default)
5 Usable Capacity in Max Performance mode

FED_SEAG0070316

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



  

## Product Comparison

| | VIDEO 3.5 HDD | VIDEO 2.5 HDD | SV35 SERIES™ |
|---|---|---|---|
| Application | Mainstream CE-DVR | Small form factor CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 2.5-inch | 3.5-inch |
| Simultaneous HD Streams Supported | up to 16 | up to 12 | — |
| Reliability (AFR) | 0.55% | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s | 600MB/s |
| Capacity[1] | 250GB to 4TB | 250GB to 500GB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 16MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 0.66W | 3.36W to 5.4W (Idle2) |

## Feature Comparison

| Product | Video 3.5 HDD | Video 2.5 HDD | SV35 Series |
|---|---|---|---|
| SATA Interface | x | x | x |
| Low Power | x | x | |
| Quiet Acoustics | x | x | |
| Cool Operation | x | x | x |
| Sustainable Technology | x | x | |
| Best-in-Class Performance | x | x | x |
| Capacity Leadership | x | x | |
| 24×7 Operation Capable | x | x | x |
| Extremely Low Vibration | x | x | |

36

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

STORAGE SOLUTIONS GUIDE    37

FED_SEAG0070317

# Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

## Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

## Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

## Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

# Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

## Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24x7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

## Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**

- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners**

- Complete the online form.
- Click through and accept our standard agreement.


Partner Program

# Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:

- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners

FED_SEAG0070318





**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070319

Exhibit 22





# Storage Solutions Guide

OCTOBER 2013 | AMER

# ROOM TO GROW

Double the storage.
Half the space.

## New 8-Bay Rackmount NAS

The first 1U rack that fits 8× 3.5" drives

FED_SEAG0070320

# Make the perfect gift complete.



Complete your tablet with
1TB of storage to carry and stream 500+
movies or thousands of songs.
No internet required.



## Wireless Plus
Mobile Device Storage



www.**seagate**.com

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, Cheetah, Constellation, DiscWizard, Dynamic Data, Momentus, NASworks, OptiCache, PowerChoice, PowerTrim, Pulsar, Savvio, Seagate Secure, SmartAlign, SV35 Series, Terascale, Pipeline and Wuala are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.14-1310US, October 2013

# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ................... 2
BACKUP PLUS PORTABLE ................................... 5
BACKUP PLUS PORTABLE FOR MAC ..................... 6
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT™ . 6
BACKUP PLUS DESKTOP FOR MAC ....................... 7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT™ .. 7
BACKUP PLUS DESKTOP ................................... 8
SLIM FOR MAC ............................................. 8
SLIM ......................................................... 9
EXPANSION DESKTOP ...................................... 9
EXPANSION PORTABLE ................................... 10
WIRELESS PLUS ........................................... 10
CENTRAL .................................................. 11
BUSINESS STORAGE 8-BAY RACKMOUNT NAS ...... 11
BUSINESS STORAGE 4-BAY RACKMOUNT NAS ...... 12
BUSINESS STORAGE 4-BAY NAS ........................ 12
BUSINESS STORAGE 2-BAY NAS ........................ 13
BUSINESS STORAGE 1-BAY NAS ........................ 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ................ 14
**SOLID STATE DRIVE SOLUTIONS**
SSD PRODUCTS MATRIX .................................. 17
1200 SSD .................................................. 18
600 PRO SSD .............................................. 18
600 SSD .................................................... 19

**ENTERPRISE STORAGE SOLUTIONS**
ENTERPRISE PRODUCTS MATRIX ........................ 21
ENTERPRISE TURBO SSHD .............................. 22
ENTERPRISE PERFORMANCE 15K HDD ................ 23
ENTERPRISE PERFORMANCE 10K HDD ................ 24
CHEETAH® 15K ........................................... 25
ENTERPRISE CAPACITY 3.5 HDD ........................ 26
CONSTELLATION® ........................................ 27
TERASCALE™ HDD/CONSTELLATION CS ............... 28

**DESKTOP STORAGE SOLUTIONS**
DESKTOP PRODUCTS MATRIX ........................... 31
DESKTOP SSHD ........................................... 32
DESKTOP HDD ............................................ 32
DESKTOP 3.5-INCH INTERNAL KIT ..................... 33

**MOBILE STORAGE SOLUTIONS**
MOBILE PRODUCTS MATRIX ............................. 35
LAPTOP SSHD AND LAPTOP THIN SSHD ............... 36
MOMENTUS® THIN ....................................... 36
LAPTOP ULTRATHIN HDD ................................ 37
ULTRA MOBILE HDD ..................................... 37
LAPTOP 2.5-INCH INTERNAL KIT ...................... 38

**SPECIALTY STORAGE SOLUTIONS**
SPECIALTY PRODUCTS MATRIX ......................... 41
NAS HDD .................................................. 42
SV35 SERIES™ ............................................ 42
VIDEO 3.5 HDD ........................................... 43
VIDEO 2.5 HDD ........................................... 43

PARTNER RESOURCES AND BENEFITS ................. 44
SERVICE AND SUPPORT .................................. 44

FED_SEAG0070321

# External Storage
## At-a-Glance Product Comparison



**Direct Attached/Portable**

| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt™ | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

**Wireless Mobile**

| | Wireless Plus |
|---|---|
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 10 |

**Network Attached**

| | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Central |
|---|---|---|---|---|---|---|
| **PERFECT FOR** | Centralized storage and backup | | Centralized storage, collaboration and backup | | | Wireless centralized home storage |
| **DESCRIPTION** | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. | This shared storage device automatically backs up multiple Macs and PCs plus streams your shared library to the connected devices in the home. |
| **LEARN MORE** | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 | Page 11 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.



## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | | COLOR | OS |
|---|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● | Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● | Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● | Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● | Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● | Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | | |



4

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity
2 U.S. model numbers shown

STORAGE SOLUTIONS GUIDE    5

FED_SEAG0070323

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages

- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000900 | USB 3.0 | ● Silver/White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000901 | USB 3.0 | ● Black/Silver | Mac, PC |
| 3TB | STCB3000900 | USB 3.0 | ● Black/Silver | Mac, PC |
| 2TB | STCB2000900 | USB 3.0 | ● Black/Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

### Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

### Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

FED_SEAG0070324

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

**Key Advantages**
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

**Best-Fit Applications**
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.

**Key Advantages**
- Just slightly thicker than an iPhone
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

**Best-Fit Applications**
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ○ Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.

**Key Advantages**
- Just slightly thicker than an iPhone
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

**Best-Fit Applications**
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500102 | USB 3.0 | ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

**Key Advantages**
- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

**Best-Fit Applications**
- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 N.B. should numbers stream

FED_SEAG0070325

# Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

### Key Advantages
- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages
- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications
- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages
- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

### Best-Fit Applications
- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablets and smartphones



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |

# Business Storage 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses

### Key Advantages
- A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
- Wuala™ cloud service and apps for secure collaboration and anywhere access
- Centralized backup for PCs, plus Time Machine support for Mac computers
- Support for iSCSI enables maximum performance and compatibility for virtualized environments

### Best-Fit Applications
- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 32TB | STDP32000100 | Gigabit Ethernet | Black | PC, Mac |
| 24TB | STDP24000100 | Gigabit Ethernet | Black | PC, Mac |
| 16TB | STDP16000100 | Gigabit Ethernet | Black | PC, Mac |
| 12TB | STDP12000100 | Gigabit Ethernet | Black | PC, Mac |
| 8TB | STDP8000100 | Gigabit Ethernet | Black | PC, Mac |
| PRODUCT DIMENSIONS | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS | 35.354-in L x 23.465-in W x 8.661-in D (898mm x 596mm x 220mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.
3 Each battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0070326

# Business Storage 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.

### Key Advantages
- Centralized storage and backup for PCs and Macs, plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

### Best-Fit Applications
- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STDN16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STDN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 16.929-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) | | | |
| PACKAGE DIMENSIONS | 22.44-in L x 19.567-in W x 6.496-in D (570mm x 497mm x 164mm) | | | |

# Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications
- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) | | | |
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | |



# Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications
- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data

| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | |

# Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications
- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 178mm x 148mm) | | | |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070327

# Internal Storage
## At-a-Glance Product Comparison



| | ENTERPRISE | | | DESKTOP | | SPECIALTY | | |
|---|---|---|---|---|---|---|---|---|
| **3.5-inch** | Cheetah® 15K | Enterprise Capacity 3.5 HDD | Terascale™ HDD | Desktop SSHD | Desktop HDD | NAS HDD | SV35 Series™ | Video 3.5 HDD |
| USE THIS DRIVE FOR | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | Small NAS systems needing performance with high capacities. 3-year limited warranty | Surveillance systems that require high performance, low power and centralized storage or every surveillance application. 3-year limited warranty | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | X | X | | | | | | |
| LEARN MORE | Page 25 | Page 26 | Page 28 | Page 32 | Page 32 | Page 42 | Page 42 | Page 43 |

| | SSD | | | ENTERPRISE SSHD | | ENTERPRISE | | | MOBILE | | | | SPECIALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.5-inch** | 1200 SSD | 600 Pro SSD | 600 SSD | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation® | Laptop SSHD and Laptop Thin SSHD | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD | | Video 2.5 HDD |
| USE THIS DRIVE FOR | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Data center and cloud applications that require fast performance and low power | On-the-go users who need the fastest performance and improved ruggedness | Improved storage performance tier between SSDs and high-capacity HDDs | Compute-intensive data requirements demanding the highest HDD performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications | | Video streaming where 24x7 operation, small form factor and low power consumption are needed, 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | | | X | X | X | X | X | | X | X | | | |
| LEARN MORE | Page 18 | Page 18 | Page 19 | Page 22 | Page 22 | Page 24 | Page 27 | Page 36 | Page 36 | Page 37 | Page 37 | | Page 43 |

FED_SEAG0070328

# Solid State Drive Solutions

Seagate is committed to the flash-based storage market, as is evident by its line of enterprise and client SSDs, engineered to deliver ultra-fast speed and high data integrity. Seagate is focused on the continuing technology leadership that allows it to be a premier supplier of both solid state drives and hard drives.



| | | 1200 SSD | 600 Pro SSD | 600 SSD |
|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | |
| | Description | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Fast performance and low power for performance-hungry data center and cloud applications | Speed up your laptop with SSD performance and ruggedness |
| | Form Factor/z-Height | 2.5-inch/7mm | 2.5-inch/7mm | 2.5-inch/5mm, 7mm |
| | Reliability | 0.44% AFR | 0.58% AFR | 0.58% AFR |
| | Capacity[1] | 200GB to 800GB | 100GB to 480GB | 120GB to 480GB |
| | Endurance (total terabytes written over warranty period) | 3650TBW to 14,600TBW | 24TBW to 1080TBW | 36.5TBW to 73TBW |
| | NAND Flash Type | MLC | MLC | MLC |
| | Power (Idle) | 2.72W to 3.0W | 1.05W to 1.25W | 1.1W |
| | Interface | 12Gb/s SAS | SATA 6Gb/s | SATA 6Gb/s |
| | Limited Warranty[4] | 5 years | 5 years | 3 years |
| **Feature Comparison** | Product | 1200 SSD | 600 Pro SSD | 600 SSD |
| | Self-Encrypting Drive (SED) Option[2] | X | | |
| | FIPS 140-2 SED Option[2, 3] | X | | |
| | Power Loss Data Protection | X | X | |



SPEED
Seagate SSDs offer ultra-fast performance

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive module may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070329

SSD STORAGE

# 1200 SSD



The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

## Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

## Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)

| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 800GB | ST800FM0053[2] | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063[2,3] | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073[2] | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073[2] | SATA 12Gb/s | MLC |

# 600 SSD



The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.

## Key Advantages

- Nearly 4× faster boot times and over 2× faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade drive for road warriors, power users, executives and gamers—work and play faster

## Best-Fit Applications

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching

| CAPACITY[1] | 7MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY[1] | 5MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

# 600 Pro SSD



A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.

## Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

## Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications

| CAPACITY[1] | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 100GB | ST100FP0021 | SATA 6Gb/s | MLC |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html

FED_SEAG0070330

# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.





## Product Comparison

| | ENTERPRISE TURBO SSHD | ENTERPRISE PERFORMANCE HDD | CHEETAH® | ENTERPRISE CAPACITY HDD | TERASCALE™ HDD/ CONSTELLATION® CS |
|---|---|---|---|---|---|
| Legacy Name | | Savvio® | | Constellation | |
| Application | Highest SFF Performance | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Affordable High Capacity With Low Power |
| Description | World's fastest hard drive | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High-performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, low-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-capacity, eco-friendly, cost-effective storage for Web-scale data centers |
| Form Factor | 2.5-inch | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 3.5-inch |
| Reliability | 0.44% AFR | 0.44% AFR | 0.55% AFR | 0.62% and 1.095% AFR | 800,000 MTBF |
| Capacity[1] | 300GB to 900GB | 300GB to 1200GB | 300GB to 600GB | 250GB to 4TB | 1TB to 4TB |
| Power (Idle) | 4.82W to 5.3W | 4.4W to 5.3W | 8.74W to 11.68W | 2.52W to 7.7W | up to 4.59W |
| Format | 5xxE, 4KN | 512N, 5xxE, 4KN | 512N | 512N, 5xxE | 512E |
| Interface | 6Gb/s SAS | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 5 years | 5 years | 3 years |

## Feature Comparison

| Product | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Terascale HDD/ Constellation CS |
|---|---|---|---|---|---|---|---|
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | X |
| PowerChoice™ Optimized Idle Power Settings | X | X | X | | X | X | X |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X | |
| FIPS 140-2 SED Option[2,3] | X | X | X | X | X | X | |
| Instant Secure Erase | X | X | X | | X | X | X |
| Solid State Hybrid | X | | | | | | |
| Energy-Saving Features | X | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS drive models. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070331

# Enterprise Turbo SSHD

The Enterprise Turbo SSHD accelerates access to your most critical data with the world's fastest hard drive.



## Key Advantages

- Hard drive capacities with flash-based performance
- Best economic combination of performance, endurance and capacity—best $/IOPS enterprise HDD
- Meets critical demands for performance, scalability, flexibility and high density in a 2.5-inch form factor
- Automatically caches hot data to flash and absorbs write intensity by only promoting hot data
- Nonvolatile cache to enable faster write response time and help ensure data integrity during power loss

## Best-Fit Applications

- Big data analytics
- Databases (ERP and OLTP)
- Virtual desktop infrastructure (VDI)
- Web development and Web page delivery

| CAPACITY[1] | 5XX EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0004 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0014[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0024[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0054[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0044[2] | 6Gb/s SAS | 128MB |



# Enterprise Performance 15K HDD

Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.

## Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)[2] and FIPS SED[4] options cut IT drive retirement costs and help protect data at rest.

## Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0084[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074[2] | 6Gb/s SAS | 128MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.html#1625.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05.

FED_SEAG0070332

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[2] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.

## Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive (SED) and FIPS 140-2 Validated drives are not available in all models or countries.
  May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val/2011.htm#1635
4 Protection Information (PI) feature requires PI compliant host or controller support.

FED_SEAG0070333

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.



## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[2] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[1,3] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[2] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[1,3] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[2] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[2] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[1,3] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[2] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[2] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[1,3] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[2] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[2] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[1,3] | 6Gb/s SAS | 128MB |

# Constellation®

The Seagate Constellation drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[1,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[1,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[1,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[1,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[1,4] | SATA 6Gb/s | 64MB |

1 Drive gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011/fips140.htm

FED_SEAG0070334

# Terascale™ HDD Constellation°CS

The Seagate Terascale HDD and Constellation CS are designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.

### Key Advantages

- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

### Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)



| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000[2] | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000[2] | SATA 6Gb/s | 64MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate Instant Secure Erase Model

FED_SEAG0070335

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



   

## Product Comparison

| | DESKTOP SSHD | DESKTOP SHDD INTERNAL KIT | DESKTOP HDD | DESKTOP 3.5 INCH INTERNAL KIT |
|---|---|---|---|---|
| Legacy Name | | | Barracuda® | Barracuda |
| Application | Performance | Performance | Mainstream | Mainstream |
| Description | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to desktop computers to get solid state speed for fast, responsive system performance | Tuned performance for low-power, mainstream and high-performance desktop computing | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers |
| Capacity[1] | 1TB to 4TB | 1TB to 4TB | 250GB to 4TB | 500GB to 4TB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s |
| Form Factor | 3.5 inch | 3.5 inch | 3.5 inch | 3.5 inch |
| Reliability | <1% AFR | <1% AFR | <1% AFR | <1% AFR |
| Cache | 64MB | 64MB | 16MB to 64MB | 16MB to 64M |
| Power (Idle) | <3.3W to <3.9W | <3.3W to <3.9W | 4.0W to 5.8W | |

## Feature Comparison

| Product | Desktop SSHD | Desktop SHDD Internal Kit | Desktop HDD | Desktop 3.5 inch Internal Kit |
|---|---|---|---|---|
| OptiCache™ Technology | | | X | X |
| Solid State Hybrid | X | X | | |
| Mounting Hardware and Cables | | X | | X |
| Compatible with Windows 8[2] | X | X | X | X |
| Energy-Saving Features | X | X | X | X |
| RoHS Compliance | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Google products that are compatible with Windows 8, start http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070336

# Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.

**Key Advantages**

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[2]

**Best-Fit Applications**

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

# Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

**Key Advantages**

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability
- Desktop solid state hybrid model offers SSD-like performance with the capacity of a hard drive

**Best-Fit Applications**

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310005N1A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.38-in L x 5.86-in W x 2.86-in D (187mm x 149mm x 73mm) | | |

| DESKTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | MLC FLASH |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.68-in L x 7.38-in W x 2.86-in D (149.35mm x 187.45mm x 73.15mm) | | |

# Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.

**Key Advantages**

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

**Best-Fit Applications**

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system.
3 U.S. model numbers shown.

# Mobile Storage Solutions

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.





| | | LAPTOP SSHD AND LAPTOP THIN SSHD | LAPTOP SSHD INTERNAL KIT | LAPTOP 2.5-INCH INTERNAL KIT | MOMENTUS® THIN | LAPTOP ULTRATHIN HDD | ULTRA MOBILE HDD |
|---|---|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | Momentus XT | Momentus XT | Momentus Internal Kit | | | |
| | Application | Performance | Performance | Performance | Mainstream, Slim Computing | Slim Computing | Slim, Robust Computing |
| | Description | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to laptop computers to get solid state speed with capacity of a hard disk drive | A complete upgrade kit to transform your system to high performance or just add capacity | The 2.5-inch drive for laptops and notebooks | Affordable, high-capacity storage that is thinner than a pencil | Brings robust storage ideal for ultra-slim tablet, convertible and detachable applications in a 5mm form factor |
| | Capacity[1] | 500GB and 1TB | 500GB and 1TB | 250GB and 1TB | 250GB, 320GB and 500GB | 320GB and 500GB | 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| | Form Factor/ z-Height | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/9.5mm | 2.5-inch/7mm | 2.5-inch/5mm | 2.5-inch/5mm |
| | Reliability | 0.48% AFR | 0.48% AFR | 0.48% AFR | 0.48% AFR | | |
| | Cache | 64MB | 64MB | 16MB | 16MB | 16MB | 16MB |
| | Power (Idle) | 0.9W | 0.9W | 0.67W to 0.81W | 0.45W | 0.48W | 0.48W |
| **Feature Comparison** | Product | Laptop SSHD and Laptop Thin SSHD | Laptop SSHD Internal Kit | Laptop 2.5-inch Internal Kit | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD |
| | Self-Encrypting Drive (SED) with Instant Secure Erase[2] | | | | X | X | |
| | FIPS 140-2 SED Option[2,2] | | | | X | | |
| | Drop Sensor Options | | | | | | X |
| | Solid State Hybrid | X | X | | | | |
| | Compatible with Windows 8[4] | X | X | X | X | X | X |
| | Energy-Saving Features | X | X | | X | X | X |
| | RoHS Compliance | X | X | X | X | X | X |

1 See gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some OPAL is minor. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm
4 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070338

# Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.

### Key Advantages
- Boots and performs like an SSD[2]
- Up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications
- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

# Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.

### Key Advantages
- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

### Best-Fit Applications
- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT033[5] | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.

### Key Advantages
- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive² options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification⁴ are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications
- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LM025[5,3] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT015[5,3] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT021[5] | SATA 6Gb/s | 16MB |
| 250GB | ST250LT012[5] | SATA 6Gb/s | 16MB |

# Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.

### Key Advantages
- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

### Best-Fit Applications
- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT035 | SATA 6Gb/s | 16MB |

# Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

**Key Advantages**
- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

**Best-Fit Applications**
- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations



| CAPACITY | KIT NUMBER† | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003N3A1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER† | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070340

# Specialty Storage Solutions

## Storage solutions for NAS, DVRs and surveillance systems

Seagate has the expertise to build drives optimized for specialty environments, like Network Attached Storage (NAS), CE and video storage. Our global presence, business partnerships, technology leadership and industry understanding enable Seagate to deliver industry-leading products.



   

| | | NAS HDD | SV35 SERIES™ | VIDEO 3.5 HDD | VIDEO 2.5 HDD |
|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | Pipeline® HD | Pipeline HD Mini |
| | Application | Small NAS | Video Surveillance | Mainstream CE-DVR | Small form factor CE-DVR |
| | Description | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems | Optimized performance and improved reliability for video surveillance applications | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs |
| | Capacity[1] | 2TB to 4TB | 1TB to 3TB | 250GB to 4TB | 250GB to 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s |
| | Form Factor | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
| | Simultaneous HD Streams Supported | — | — | up to 16 | up to 12 |
| | Reliability | 1M hours MTBF | <1% AFR | 0.55% AFR | 0.55% AFR |
| | Cache | 64MB | 64MB | 8MB to 64MB | 16MB |
| | Power (Idle) | 3.0W to 3.95W | 3.36W to 5.4W (Idle2) | 2.5W to 5.0W | 0.66W |

| | Product | NAS HDD | SV35 Series | Video 3.5 HDD | Video 2.5 HDD |
|---|---|---|---|---|---|
| **Feature Comparison** | Cool Operation | | x | x | x |
| | 24x7 Operation Capable | x | x | x | x |
| | Extremely Low Vibration | x | | | |
| | NASWorks™ Technology | x | | | |
| | Energy-Saving Features | x | | x | x |
| | RoHS Compliance | x | x | x | x |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070341

# NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.

**Key Advantages**

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

**Best-Fit Applications**

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

# Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

**Key Advantages**

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

**Best-Fit Applications**

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

**Key Advantages**

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

**Best-Fit Applications**

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

# Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

**Key Advantages**

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

**Best-Fit Applications**

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070342

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**

• Password-protected portal
• E-newsletter and regular news updates
• New product evaluation unit program
• Training and sales tools
• Priority support

**Start reaping the rewards of SPP membership—register today at**
www.seagate.com/www/partners

• Complete the online form.
• Click through and accept our standard agreement.



## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:

• Presales and Technical Support
• Global Support Services telephone numbers and business hours
• Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners



FED_SEAG0070343





**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070344

Exhibit 23

# Storage Solutions Guide

Seagate®

**MAY 2014 | AMER**



The Future of Digital
Video Surveillance Is Here

FED_SEAG0070345



ENTERPRISE CAPACITY 3.5 HDD

# World's Fastest 6TB Nearline Drive

# Contents

**PRODUCT COMPARISON CHARTS**
LAPTOP AND MOBILE STORAGE.................................2
DESKTOP STORAGE ...........................................3
DVR AND VIDEO STORAGE .....................................4
SURVEILLANCE STORAGE ......................................5
NETWORK-ATTACHED STORAGE ..................................8
ENTERPRISE AND CLOUD STORAGE..............................9

**LAPTOP AND MOBILE STORAGE SOLUTIONS**
**EXTERNAL DRIVES**
BACKUP PLUS SLIM PORTABLE ................................11
BACKUP PLUS SLIM PORTABLE FOR MAC ...............11
BACKUP PLUS FAST PORTABLE ...............................12
BACKUP PLUS FAST SSD ....................................12
EXPANSION PORTABLE .......................................13
WIRELESS PLUS ............................................13

**INTERNAL DRIVES**
LAPTOP SSHD, LAPTOP THIN SSHD,
ULTRA MOBILE SSHD .......................................14
LAPTOP THIN HDD .........................................14
LAPTOP ULTRATHIN HDD.....................................15
ULTRA MOBILE HDD ........................................15

**DESKTOP STORAGE SOLUTIONS**
**EXTERNAL DRIVES**
BACKUP PLUS DESKTOP......................................17
BACKUP PLUS DESKTOP FOR MAC .............................17
EXPANSION DESKTOP .......................................18

**INTERNAL DRIVES**
DESKTOP SSHD ............................................19
DESKTOP HDD .............................................19

**DVR AND VIDEO STORAGE SOLUTIONS**
WIRELESS PLUS ...........................................21
CENTRAL .................................................21
DVR EXPANDER ............................................22
VIDEO 3.5 HDD ...........................................23
VIDEO 2.5 HDD ...........................................23

**SURVEILLANCE STORAGE SOLUTIONS**
SURVEILLANCE HDD ........................................25
ENTERPRISE CAPACITY 3.5 HDD .............................26
VIDEO 3.5 HDD ...........................................27
VIDEO 2.5 HDD ...........................................27

**NETWORK-ATTACHED STORAGE SOLUTIONS**
**BUSINESS STORAGE**
BUSINESS STORAGE 8-BAY RACKMOUNT NAS .........29
BUSINESS STORAGE 4-BAY RACKMOUNT NAS . . . . 29
BUSINESS STORAGE 4-BAY NAS .............................30
BUSINESS STORAGE
WINDOWS SERVER 4-BAY NAS ...............................30
BUSINESS STORAGE 2-BAY NAS .............................31
BUSINESS STORAGE 1-BAY NAS . . . . . . . . . . . . . . . .31

**HOME NETWORK**
CENTRAL..................................................32

**NAS INTERNAL DRIVES**
NAS HDD .................................................33
TERASCALE™ HDD .........................................33
ENTERPRISE CAPACITY 3.5 HDD . . . . . . . . . . . . . . .34

**ENTERPRISE AND CLOUD STORAGE SOLUTIONS**
**NEARLINE STORAGE**
CLOUD DATA CENTER SOLUTIONS . . . . . . . . . . . . .37
ENTERPRISE CAPACITY 2.5 HDD ............................37
ENTERPRISE CAPACITY 3.5 HDD ............................38
TERASCALE™ HDD .........................................39

**MISSION-CRITICAL STORAGE**
ENTERPRISE PERFORMANCE 10K HDD . . . . . . . . . . .40
ENTERPRISE PERFORMANCE 15K HDD.........................41

**SOLID STATE STORAGE**
1200 SSD . . . . . . . . . . . . . . . . . . . . . . . . . 42

**CLOUD STORAGE PLATFORMS**
SEAGATE KINETIC OPEN STORAGE PLATFORM .......43

**RESOURCES AND SERVICES**
DATA RECOVERY . . . . . . . . . . . . . . . . . . . . . .45
PARTNER RESOURCES AND BENEFITS .......................45
SERVICE AND SUPPORT....................................45

FED_SEAG0070346

 

# Choose the best drive for your laptop or mobile device

| SEGMENT | External Drives | | | | | |
|---|---|---|---|---|---|---|
| PRODUCT | Backup Plus Slim Portable | Backup Plus Slim Portable for Mac | Backup Plus Fast Portable | Backup Plus Fast SSD | Expansion Portable | Wireless Plus |
| PERFECT FOR | Protecting and sharing digital memories | | Taking your entire digital library on the go | Editing files right from the drive | Add-on or backup storage | Wireless storage for your tablet |
| DESCRIPTION | Store and back up the content on your mobile devices and social networks with these portable drives. PC or Mac. | | Up to 2× the capacity and performance of other portable drives | High-performance, lightweight portable storage that assists in storing, carrying and sharing content | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| LEARN MORE | Page 11 | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 |

| SEGMENT | Internal Drives | | | |
|---|---|---|---|---|
| PRODUCT | Laptop SSHD, Laptop Thin SSHD and Ultra Mobile SSHD | Laptop Thin HDD | Laptop Ultrathin HDD | Ultra Mobile HDD |
| PERFECT FOR | Performance | Thin (7mm z-ht.) | Ultrathin (5mm z-ht.) | Ultra-slim tablets (5mm z-ht.) |
| DESCRIPTION | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications |
| LEARN MORE | Page 14 | Page 14 | Page 15 | Page 15 |

# Choose the best drive for your desktop

| SEGMENT | External Drives | | |
|---|---|---|---|
| PRODUCT | Backup Plus Desktop | Backup Plus Desktop for Mac | Expansion Desktop |
| PERFECT FOR | Keeping your digital life safe and sound | | Add-on or backup storage |
| DESCRIPTION | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. |
| LEARN MORE | Page 17 | Page 17 | Page 18 |

| SEGMENT | Internal Drives | |
|---|---|---|
| PRODUCT | Desktop SSHD | Desktop HDD |
| PERFECT FOR | Performance | Mainstream |
| DESCRIPTION | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important |
| LEARN MORE | Page 19 | Page 19 |



FED_SEAG0070347

# Choose the best drive for your DVR or video storage

| PRODUCT | Wireless Plus | Central | DVR Expander | Video 3.5 HDD | Video 2.5 HDD |
|---|---|---|---|---|---|
| **PERFECT FOR** | Wireless storage for your mobile devices | Personal cloud storage | Expanding DVR storage capacity | DVR | DVR |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | Access your content from anywhere in the world, back up all your computers and stream to your connected devices in the home. | Provides simple, add-on storage that will enable your DVR to store more of your favorite HDTV shows and movies without the hassle of having to delete your favorite content. | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty | Video streaming where 24x7 operation, small form factor and low power consumption are needed |
| **LEARN MORE** | Page 21 | Page 21 | Page 22 | Page 23 | Page 23 |

# Choose the best drive for your surveillance application

| PRODUCT | Surveillance HDD | Enterprise Capacity 3.5 HDD | Video 3.5 HDD | Video 2.5 HDD |
|---|---|---|---|---|
| **PERFECT FOR** | Surveillance | Centralized surveillance | DVR | DVR |
| **DESCRIPTION** | Surveillance systems that require high reliability and streaming capability for centralized storage and surveillance application. 3-year limited warranty | Large centralized or cloud surveillance applications where high levels of video analytics are executed, requiring efficient, enterprise-class reliability | DVR systems or entry-level surveillance applications where reliable, low-power, purpose-built storage is required for video streaming applications | Video streaming or entry-level surveillance systems where 24x7 operation, small form factor and low power consumption are needed |
| **LEARN MORE** | Page 25 | Page 26 | Page 27 | Page 27 |



FED_SEAG0070348

# Choose the best drive for your network-attached storage



| SEGMENT | Business Storage | | | | | |
|---|---|---|---|---|---|---|
| PRODUCT | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage Windows Server 4-Bay NAS | Business Storage 2-Bay NAS | Business Storage 1-Bay NAS |
| PERFECT FOR | | Centralized storage, collaboration and backup | | | Centralized storage, collaboration and backup | |
| DESCRIPTION | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | Makes it easy to expand into a branch office or add local storage to your network by utilizing your existing Windows IT infrastructure. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. |
| LEARN MORE | Page 29 | Page 29 | Page 30 | Page 30 | Page 31 | Page 31 |

| SEGMENT | Home Network | NAS Internal Drives | | |
|---|---|---|---|---|
| PRODUCT | Central | NAS HDD | Terascale™ HDD | Enterprise Capacity 3.5 HDD |
| PERFECT FOR | Personal cloud storage | Performance | Low Power | High-Density NAS |
| DESCRIPTION | Access your content from anywhere in the world, back up all your computers and stream to your connected devices in the home. | Small NAS systems needing performance with high capacities | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Bulk-data applications requiring highest capacity, efficiency and enterprise-class reliability |
| LEARN MORE | Page 32 | Page 33 | Page 33 | Page 34 |

 

FED_SEAG0070349

# Choose the best drive for your enterprise or cloud storage

| SEGMENT | Nearline Storage | | | | Mission-Critical Storage | | Solid State Drives | Cloud Storage Platforms |
|---|---|---|---|---|---|---|---|---|
| PRODUCT |  |  |  |  |  |  |  |  |
| | Cloud Data Center Solutions | Enterprise Capacity 2.5 HDD | Enterprise Capacity 3.5 HDD | Terascale™ HDD | Enterprise Performance 10K HDD | Enterprise Performance 15K HDD | 1200 SSD | Seagate Kinetic Open Storage platform |
| PERFECT FOR | Cloud Storage | High Density | Mainstream | Low Power | Mainstream | Performance | Performance | Cloud Data Center |
| DESCRIPTION | The highest quality of service at the lowest possible total cost of ownership (TCO) | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Bulk-data applications requiring highest capacity storage, efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Mainstream data requiring high capacity, performance density and reliability | Compute-intensive data requirements demanding the highest performance density and availability | Enterprise storage environments requiring high-performance SSD with data integrity and drive endurance | A software-defined, object-oriented, scale-out approach to data center architecture |
| LEARN MORE | Page 37 | Page 37 | Page 38 | Page 39 | Page 40 | Page 41 | Page 42 | Page 43 |

FED_SEAG0070350

# Laptop and Mobile Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.



## Backup Plus Slim Portable

The Backup Plus Slim portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Thinnest 2TB portable drive available, up to 42% thinner
- Easy, flexible backups
- Backup photos and videos from smart phones and tablets
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- USB 3.0 for speed and comparability

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Mobile device backup
- Download and save content that's posted on your social networks.

| CAPACITY¹ | KIT NUMBER⁴ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STDR2000100 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STDR2000101 | USB 3.0 | ● Silver | PC, Mac |
| 2TB | STDR2000102 | USB 3.0 | ● Blue | PC, Mac |
| 2TB | STDR2000103 | USB 3.0 | ● Red | PC, Mac |
| 1TB | STDR1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STDR1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STDR1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STDR1000103 | USB 3.0 | ● Red | PC, Mac |
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS (1TB, 2TB) | 4.47-in L x 2.99-in W x 0.48-in D (113.5mm x 76mm x 12.1mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.71-in L x 4.11-in W x 1.28-in D (145mm x 104.5mm x 32.5mm) | | | |

## Backup Plus Slim Portable for Mac

The Backup Plus Slim portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time-Machine ready out of the box
- Back up photos and videos from smart phones and tablets.
- Automatically saves photos from social networks
- USB 3.0 for speed and comparability

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Mobile device backup
- Download and save content that's posted on your social networks.

| CAPACITY¹ | KIT NUMBER⁴ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STDS1000100 | USB 3.0 | ● Silver/Black | Mac, PC |
| 500GB | STCF500102 | USB 3.0 | ● Silver/Black | Mac, PC |
| PRODUCT DIMENSIONS (1TB) | 4.47-in L x 2.99-in W x 0.48-in D (113.5mm x 76mm x 12.1mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.71-in L x 4.11-in W x 1.28-in D (145mm x 104.5mm x 32.5mm) | | | |

FED_SEAG0070351



# Backup Plus Fast Portable

The Backup Plus Fast portable drive has up to 2× the capacity and performance of other portable drives.

## Key Advantages

• Up to 2x faster than other portable drives, up to 220MB/s
• No external power supply required
• Back up content from smart phones, tablets and computers.

## Best-Fit Applications

• Desktop capacity and performance in a portable form factor
• Carry your entire digital library with you on-the-go.
• Portable design, completely bus powered
• Mobile device backup



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STDA4000100 | USB 3.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.602-in L x 3.248-in W x 0.880-in D (116.90mm x 82.50mm x 22.35mm) | | | |
| PACKAGE DIMENSIONS | 5.787-in L x 5.236-in W x 1.850-in D (147mm x 133mm x 47mm) | | | |

# Expansion Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

## Key Advantages

• Simple and straightforward setup
• Powered from the USB cable
• Saving files is easy—simply drag and drop.
• USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications

• Instantly add more storage space to your computer.
• Take large files with you when you travel.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STBX2000401 | USB 3.0 | ● Black | PC |
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Backup Plus Fast SSD

The Backup Plus Fast SSD portable drive lets you amplify genius and accelerate your creativity on the go.

## Key Advantages

• Edit your projects—even HD video—directly from the drive.
• Included USB 3.0 interface to reduce file transfer downtime and increase productivity
• Faster SSD read times and no file indexing required
• Pre-loaded backup software included—part of Seagate Dashboard

## Best-Fit Applications

• Transfer large project files at incredible speeds of up to 430MB/s.
• Keep your files on hand for collaboration.
• Fits easily into your pocket or gear—take it with you on the go.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 256GB | STCM240100 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.71-in L x 4.11-in W x 1.28-in D (145mm x 104.5mm x 32.5mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can enjoy your media and access your files without wires or Web.

## Key Advantages

• Synchronize your Dropbox and Google Drive folders to Wireless Plus
• Take your media library with you on the go
• Share media with up to eight Wi-Fi enabled devices at the same time
• Use anywhere, without an Internet connection
• Up to 10 hours battery life[3]

## Best-Fit Applications

• Store and carry movies and other media on the go.
• Share media with others.
• Works with IOS and Android smartphones and tablets, Amazon Kindle Fire tablets and Windows 8 PCs and tablets



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STCV2000100 | USB 3.0 | ● Gray | PC, Mac |
| 1TB | STCK1000101 | USB 3.0 | ● Gray | PC, Mac |
| 500GB | STCV500100 | USB 3.0 | ● Gray | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.8-in D (127mm x 89mm x 21mm) | | | |
| PACKAGE DIMENSIONS | 6.02-in L x 2.0-in W x 7.16-in D (153mm x 51mm x 182mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.
3 Exact battery life varies by product model, normal usage conditions and configurations.

FED_SEAG0070352

# Laptop SSHD, Laptop Thin SSHD and Ultra Mobile SSHD

The Seagate line of Laptop and Ultra Mobile SSHD products enable PC users and gamers to enjoy SSD-like performance without sacrificing capacity.

## Key Advantages

- Boots and performs like an SSD[2]
- Performs up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- No special drivers needed—works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

## Best-Fit Applications

- Laptops, desktops, ultra books and tablets
- High-performance gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | HEIGHT |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 9.5 mm |
| 500GB | ST500LM000 | SATA 6Gb/s | 7 mm |
| 500GB | ST500LX009 | SATA 6Gb/s | 5 mm |

| CAPACITY[1] | KIT NUMBER[6] | INTERFACE | MLC FLASH |
|---|---|---|---|
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

# Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.

## Key Advantages

- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

## Best-Fit Applications

- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT033[3] | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

# Laptop Thin HDD

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.

## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive[3] options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables

| CAPACITY[2] | MODEL | INTERFACE | RPM | CACHE |
|---|---|---|---|---|
| 500GB | ST500LT025[3,5] | SATA 6Gb/s | 5900 | 16MB |
| 500GB | ST500LT015[4,5] | SATA 6Gb/s | 5900 | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 5900 | 16MB |
| 500GB | ST500LM021 | SATA 6Gb/s | 7200 | 32MB |
| 320GB | ST320LT012[5] | SATA 6Gb/s | 5900 | 16MB |
| 320GB | ST320LM010 | SATA 6Gb/s | 7200 | 32MB |
| 250GB | ST250LT012[5] | SATA 6Gb/s | 5900 | 16MB |

# Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.

## Key Advantages

- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

## Best-Fit Applications

- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY[2] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT035 | SATA 6Gb/s | 16MB |




FED_SEAG0070353



# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.

## Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Easy, flexible backups
- Back up photos and videos from smart phones and tablets.
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Mobile device backup
- Download and save content that's posted on your social networks.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 5TB | STDT5000100 | USB 3.0 | ● Black | PC, Mac |
| 4TB | STDT4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STDT3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STDT2000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 7.063-in L x 4.650-in W x 1.634-in D (179.4mm x 118.10mm x 41.50mm) | | | |
| PACKAGE DIMENSIONS | 8.346-in L x 8.583-in W x 2.677-in D (212mm x 218mm x 68mm) | | | |

## Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Back up photos and videos from smartphones and tablets
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.

### Best-Fit Applications

- Mobile device backup
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STDU4000100 | USB 3.0 | ● Silver | PC, Mac |
| 3TB | STDU3000101 | USB 3.0 | ● Silver | PC, Mac |
| 2TB | STDU2000100 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 7.063-in L x 4.650-in W x 1.634-in D (179.4mm x 118.10mm x 41.5m) | | | |
| PACKAGE DIMENSIONS | 8.346-in L x 8.583-in W x 2.677-in D (212mm x 218mm x 68mm) | | | |





1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.



FED_SEAG0070354



## Expansion Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 5TB | STBV5000100 | USB 3.0 | ● Black | PC |
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS[3] | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.95-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

## Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.

Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Performs up to 3× faster than a traditional HDD[3]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB, 2TB or 4TB capacities combined with SSD-like performance[3]

Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | MLC FLASH |
|---|---|---|---|
| 4TB | STCL4000400 | SATA 6Gb/s | 8GB |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.75-in W x 2.88-in D (149.35mm x 196.85mm x 73.15mm) | | |

## Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every desktop capacity and application.

Key Advantages

- Up to 4TB capacity
- AcuTrac™ technology deliver dependable overall performance.
- Free Seagate DiscWizard™ software

Best-Fit Applications

- Desktop systems
- All-in-one PCs
- Entry-level home servers

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST31000SN1A1AS-RK | SATA 6Gb/s | 64MB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.75-in W x 2.88-in D (149.35mm x 196.85mm x 73.15mm) | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Full model number shown.
3 Performance may vary depending on user's hardware configuration and operating system.





FED_SEAG0070355

# DVR and Video Storage Solutions

**Storage solutions for digital video recorders (DVR) and video applications**

Seagate continues its recognized leadership and reliability in the DVR space to deliver first-class video-optimized products. From media centers and set-top boxes to DVR storage and expansion, Seagate has a solution, no matter what your video need.



## Wireless Plus

With Wireless Plus mobile device storage, you can enjoy your media and access your files without wires or Web.

### Key Advantages
- Synchronize your Dropbox and Google Drive folders to Wireless Plus
- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

### Best-Fit Applications
- Store and carry movies and other media on the go.
- Share media with others.
- Works with IOS and Android smartphones and tablets, Amazon Kindle Fire tablets and Windows 8 PCs and tablets



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STCV2000100 | USB 3.0 | ● Gray | PC, Mac |
| 1TB | STCK1000101 | USB 3.0 | ● Gray | PC, Mac |
| 500GB | STCV500100 | USB 3.0 | ● Gray | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.8-in D (127mm x 89mm x 21mm) | | | |
| PACKAGE DIMENSIONS | 6.02-in L x 2.0-in W x 7.16-in D (153mm x 51mm x 182mm) | | | |

## Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages
- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications
- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 0.5 model number shown
3 Exact battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0070356

# DVR Expander

This simple add-on storage for your DVR lets you save more of your favorite HDTV shows and movies.

## Key Advantages

- Instantly add more recording hours for your favorite shows.
- Capture extended-length movies, sporting events, and archive seasons of your favorite TV shows.
- Can stand vertically or lie flat
- Includes both USB 2.0 and eSATA connections

## Best-Fit Applications

- Expand your DVR storage capacity.
- Build your library without having to delete older shows.
- Low-profile design fits neatly into your home entertainment environment



| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STAP2000102 | USB 2.0/eSATA | ● Black | PC, Mac |
| 1TB | STAP1000103 | USB 2.0/eSATA | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 8-in L x 4.73-in W x 1.81-in D (203mm x 120mm x 46mm) | | | |
| PACKAGE DIMENSIONS | 8.67-in L x 3.07-in W x 9.33-in D (222mm x 78mm x 237mm) | | | |

# Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

## Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

## Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

## Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 N/C - model number unknown

FED_SEAG0070357

# Surveillance Storage Solutions

A pioneer in the surveillance space, Seagate leads the market with purpose-built surveillance storage. From entry-level surveillance DVRs to the rapidly growing network video recorder (NVR) and centralized surveillance storage, Seagate has a solution to meet your needs.

## Surveillance HDD

The Seagate Surveillance HDD (formerly SV35 Series) is purpose-built surveillance storage that can keep your systems in the field longer and reduce post-deployment support.

### Key Advantages
- Seventh-generation surveillance-optimized drive improves video streaming and data integrity in surveillance applications
- Support for up to 32 cameras per drive and 16 drives in a system
- Reliably performs in multi-drive systems with RAID support from RV sensors

### Best-Fit Applications
- Network Video Recorder (NVR)
- Embedded SDVR
- Hybrid SDVR
- Surveillance DVR



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VX000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VX002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.



FED_SEAG0070358



SURVEILLANCE DRIVES

SURVEILLANCE DRIVES

## Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help centralized or cloud surveillance systems and systems leveraging high levels of video analytics.

### Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

### Best-Fit Applications

- Massive scale-out surveillance environments
- High-density data centers
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore
- Centralized surveillance



| CAPACITY[1] | MODEL NUMBER | SECTOR SIZE | INTERFACE | CACHE |
|---|---|---|---|---|
| 6TB | ST6000NM0004 | 4KN | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0084[2,3] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0014 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0104[2,3] | 5xxE | 12Gb/s SAS | 128MB |
| 5TB | ST5000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |

## Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for months of surveillance footage.

### Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications

- Surveillance digital video recorders
- Media servers and centers



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

## Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

### Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

### Best-Fit Applications

- Entry-level surveillance DVR
- Home surveillance PCs



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.html#1673

FED_SEAG0070359



# Network-Attached
# Storage Solutions

Seagate network-attached storage (NAS) solutions meet the ever-changing needs of business. Exploding volumes of business data. Increasingly decentralized operations. An expanding mobile workforce. Whatever your challenge, the Seagate family of NAS products has the flexible capacity, unparalleled performance and best-in-class security you need to take your business to the next level.



## Business Storage
## 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses

### Key Advantages

- A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
- Wuala™ cloud service and apps for secure collaboration and anywhere access
- Centralized backup for PCs, plus Time Machine support for Mac computers
- Support for iSCSI enables maximum performance and compatibility for virtualized environments

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 32TB | STDP32000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 24TB | STDP24000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 16TB | STDP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS | 35.354-in L x 23.465-in W x 8.661-in D (898mm x 596mm x 220mm) | | | |

## Business Storage
## 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.

### Key Advantages

- Centralized storage and backup for PCs and Macs, plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STDN16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| ---- | STDN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 16.929-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) | | | |
| PACKAGE DIMENSIONS | 22.44-in L 19.567-in W x 6.496-in D (570mm x 497mm x 164mm) | | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.T. model numbers shown.

# Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations.

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications
- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | |

# Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere.

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications
- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 9.0-in D (104.50mm x 204.00mm x 227.00mm) | | | |
| PACKAGE DIMENSIONS | 6.2-in x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | |

# Business Storage Windows Server 4-Bay NAS

Expand into a branch office or add local storage to your network by utilizing your existing Windows IT infrastructure.

### Key Advantages
- Complete integration with your existing Windows IT infrastructure
- Native support for Active Directory lets you simplify setup and manage users through an existing directory.
- Delivers network file transfer performance up to 200MB/s
- Connect external drives to USB 3.0 ports or USM slot.

### Best-Fit Applications
- Branch offices with up to 50 employees
- Growing businesses utilizing Windows IT infrastructure
- Centralize management and integration with other Windows Servers



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STDM16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDM12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDM8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 9.921-in L x 6.299-in W x 7.874-in D (252mm x 160mm x 200mm) | | | |
| PACKAGE DIMENSIONS | 15.197-in L x 9.409-in W x 9.488-in D (386mm x 239mm x 241mm) | | | |

# Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages
- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications
- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in x 6.9-in H x 5.8-in D (61mm x 176mm x 148mm) | | | |
| PACKAGE DIMENSIONS | 3.7-in x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.


FED_SEAG0070361

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages

- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications

- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos



| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|-----------|-------------|-----------|-------|-----|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.

### Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

### Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|-----------|-------|-----------|-------|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

# Terascale™ HDD

The Seagate Terascale HDD is designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.

### Key Advantages

- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

### Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)

| CAPACITY¹ | 5xx EMULATION MODEL | INTERFACE | CACHE |
|-----------|---------------------|-----------|-------|
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000³ | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000³ | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000³ | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model number shown.
3 SeagHt Instant Secure Erase Model

33

FED_SEAG0070362

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help both private and public data centers meet the demanding growth of unstructured data in high-density NAS environments.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

## Best-Fit Applications

- Massive scale-out NAS environments
- High-density NAS solutions
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape



| CAPACITY[1] | MODEL NUMBER | SECTOR SIZE | INTERFACE | CACHE |
|---|---|---|---|---|
| 6TB | ST6000NM0004 | 4KN | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0084[2,3] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0014 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0104[2,3] | 5xxE | 12Gb/s SAS | 128MB |
| 5TB | ST5000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |





1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG compliant host or controller support.
3 FIPS 140-2 is not new. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2013.htm#1635

 
FED_SEAG0070363

# Enterprise and Cloud Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.



## Cloud Data Center Solutions



As the need for data storage continues to explode, enterprise and cloud architects and data center managers are challenged to deliver the highest quality of service at the lowest possible total cost of ownership (TCO). Seagate can help.

### Choose the Right Enterprise Drives for Your Data Center Applications
Navigating storage technology tradeoffs from capacity to performance, deploy-ability to manageability, and predictability to reliability can be complex. Seagate enables you to choose the storage technology that best meets your needs today and as your business grows.

### Data Center Management and Operational Efficiency
The costs of designing, deploying, operating and supporting data centers continue to rise. Seagate services, features and platforms enable you to increase operational efficiency by driving unneeded cost out of the data center.

### Seagate Kinetic Open Storage Platform
The Seagate Kinetic Open Storage platform is the first device-based storage platform enabling independent software vendors (ISV), cloud service providers (CSP) and enterprise customers to optimize scale-out file and object-based storage, delivering lower TCO.

## Enterprise Capacity 2.5 HDD

The Seagate Enterprise Capacity 2.5 HDD drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

### Key Advantages
- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications
- Storage-hungry business applications
- Storage area networks and network-attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[3,4] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[3,4] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Driver (SED) and FIPS 140-2 Validated drives are not available in all models in countries. May require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 FIPS 140-2 in meant. See FIPS 140-2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140val2011.htm#1805




37

ENTERPRISE AND CLOUD | NEARLINE STORAGE

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help both private and public data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

## Best-Fit Applications

- Massive scale-out storage environments
- High-density data centers
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- High Density NAS Solutions



| CAPACITY[1] | MODEL NUMBER | SECTOR SIZE | INTERFACE | CACHE |
|---|---|---|---|---|
| 6TB | ST6000NM0004 | 4KN | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0084[2,3] | 5xxE | SATA 6Gb/s | 128MB |
| 6TB | ST6000NM0014 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 6TB | ST6000NM0104[2,3] | 5xxE | 12Gb/s SAS | 128MB |
| 5TB | ST5000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 4TB | ST4000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | 5xxN | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0024 | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0044[7] | 5xxE | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0034 | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0054[7] | 5xxE | 12Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[7] | 5xxN | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[7] | 5xxN | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 5xxN | 6Gb/s SAS | 128MB |

# Terascale™ HDD

The Seagate Terascale HDD is designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.

## Key Advantages

- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

## Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)



| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000[4] | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000[4] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000[4] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000[4] | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG compliant host or controller support.
3 FIPS 140-2 versions. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140101val2011.htm#1535
4 Seagate Instant Secure Erase feature

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[5]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[1] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[1] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[1] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[1] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[1] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[1,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[1] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[1] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[1,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[1,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

# Enterprise Performance 15K HDD

Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.

### Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)[2] and FIPS SED[4] options cut IT drive retirement costs and help protect data at rest.

### Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[1,3] | 6Gb/s SAS | 64MB |
| 140GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 140GB | ST9146753SS[1] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[1,3] | 6Gb/s SAS | 16MB |
| 140GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 140GB | ST9146752SS[1] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[1,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[1] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[1,3] | 6Gb/s SAS | 16MB |



FED_SEAG0070366

Case 3:16-cv-00523-JCS   Document 152-3   Filed 01/05/18   Page 829 of 927

# 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- Server-side caching acceleration in virtualized environments
- External enterprise storage solutions (SAN, NAS, DAS)



| CAPACITY[1] | MODEL | INTERFACE | SECURITY |
|---|---|---|---|
| 800GB | ST800FM0053[2] | SAS 12Gb/s | SED |
| 800GB | ST800FM0063[2,3] | SAS 12Gb/s | FIPS 140-2 |
| 800GB | ST800FM0043 | SAS 12Gb/s | |
| 400GB | ST400FM0073[2] | SAS 12Gb/s | SED |
| 400GB | ST400FM0053 | SAS 12Gb/s | |
| 200GB | ST200FM0073[2] | SAS 12Gb/s | SED |
| 200GB | ST200FM0053 | SAS 12Gb/s | |

# Seagate Kinetic Open Storage Platforms

Seagate Kinetic Storage comprises storage devices + key/value API + Ethernet connectivity.



### Key/Value API and Tools Simplify Data Management

- Rapid implementation and deployment in any stack
- Take direct advantage of drive-specific features and capabilities.
- Talk directly to the device at the application level.
- Supports a new class of key/value + Ethernet drives, beginning with HDDs

### Improve Performance in Scale-Out Storage Architectures

The Seagate Kinetic Open Storage platform delivers higher performance and capacity, along with improved rack density, by allowing more flexibility than traditional storage server architectures.

- Simplify scale-out storage architectures
- Break away from the constraints of a legacy storage infrastructure
- Increase I/O efficiency by removing bottlenecks and overhead
- Optimize cluster management, data replication, migration and active archive performance

### Deliver Lower Data Center TCO

- Lowers capital expense (capex) associated with building new or upgrading an existing data center architecture
- Mitigates hardware risks associated with human error
- Lowers operational expense (opex) associated with running a data center
- Improves utilization of real estate where physical footprint is an issue

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 (federal) drives are not available in all markets or countries.
May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. The FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html



FED_SEAG0070367

# Resources and Services

You're never on your own. Get expert advice, do-it-yourself tools, specs and more for all of our products. Seagate Data Recovery Services offers many options for getting your lost data back from all brands and types of storage media. Seagate Partners are eligible to join exclusive programs targeted to the needs of their businesses.



## Data Recovery

Data recovery is a highly technical, labor-intensive process of obtaining usable data from inaccessible storage media and corrupted or deleted file sets from a variety of digital storage media and devices. The process is carried out in a controlled environment using Class 100 clean rooms and Class 10 horizontal flow clean benches to protect client media and all recovery equipment from contamination.

Storage systems can fail in many ways, however, the data stored on them is not necessarily lost. The specific technique used to recover the information depends on the type of failure (file corruption, virus attack, mechanical or electrical problem, or human error). Sometimes these problems occur in combination. Seagate Recovery Services has full-service lab facilities that are prepared to address all failure modes using the industry's most advanced recovery technology and procedures.

### What Types of Media Can Seagate Recover Data From?
- Hard disk drives (all brands and interfaces)
- SSD and flash media
- USB/FireWire drives
- Tape storage (LTO, DLT, AIT, DAT, Travan)
- RAID (0, 1, 3, 4, 5, 6, 10, etc.)
- Servers and virtual machines (VMware, MS Hyper-V)

### Data Recovery Options
- **Seagate Recovery Services:** One-time fixed cost after occurrence of data failure
- **Seagate Rescue and Replace subscription plans:** Available in 2- and 3-year offerings at HDD point of sale.

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

As a registered SPP member, you enjoy the following exclusive features:
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools portal
- Priority support

Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners
- Complete the online form.
- Click through and accept our standard agreement

 Seagate
Partner Program

## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:
- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners

www.seagate.com

© 2014 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, DiscWizard, Dynamic Data, NASworks, PowerChoice, Seagate Secure, SmartAlign, SV35 Series, Terascale and Wuala are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.15-1405US, May 2014

 

FED_SEAG0070368



**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000



FED_SEAG0070369

Exhibit 24

JULY 2015 | AMER



SEAGATE

# Solutions
# Guide

FED_SEAG0070370

seagate.com/data

# SPACE TO BE SMART

Ingenious data storage solutions
for smarter, safer businesses and cities.

Storage Products  ■  Data Services  ■  Cloud Solutions



SEAGATE

# Harnessing the power of data to do amazing things

Your data is constantly growing and never sleeps. It is alive. From sleek portable hard drives that back up your latest projects, to wireless hard drives that instantly expand the capacity of your phones and tablets, to Open Compute and hyperscale server environments.

It's not just petabytes of data that Seagate stores; it's our libraries, our memories and our ideas. Simply put, it is Us. Seagate gives people peace of mind and has been a storage leader from the beginning. Our dedication to customers and our relationships with OEMs and retailers have made Seagate a trusted source for protecting the world's information.

FED_SEAG0070371



# Choose your solution

Seagate creates space for the human experience, developing products that enable people and businesses worldwide to create, share and preserve precious memories and critical business data. As demand for information has grown, the need for greater efficiency and advanced storage capabilities continues to evolve. Today data is more than just archived; it is analyzed information with patterns and behavior, full of experiences and memories.



**Internal Products**

| | Upgrade | Shared Access | Record |
|---|---|---|---|
| YOUR NEED | Increase performance and capacity | Centralized access with 24×7 reliability | Optimized video recording and analytics |
| OUR SOLUTION | Laptop SSHD<br>Ultra Mobile HDD<br>Laptop Ultrathin HDD<br>Laptop HDD<br>Desktop SSHD<br>Desktop HDD | NAS HDD<br>Enterprise NAS HDD<br>Enterprise Capacity 3.5 HDD | Video 2.5 HDD<br>Video 3.5 HDD<br>Surveillance HDD<br>Enterprise Capacity 3.5 HDD |
| APPLICATION | Personal Mobile<br>Slim Devices<br>Personal Desktop | Network-Attached Devices<br>SMB/Midrange Enterprise<br>Private Cloud | Surveillance Systems<br>DVR or NVR Systems<br>Set-Top Boxes |



**External Products**

| | Backup | Stream | Share | Access |
|---|---|---|---|---|
| YOUR NEED | Protect your digital life | Expand your tablet and phone | Turn your home into a personal cloud | Optimize your business with network-attached storage |
| OUR SOLUTION | Backup Plus Portable<br>Backup Plus Slim<br>Backup Plus Fast<br>Seven<br>Expansion Portable<br>Backup Plus Desktop<br>Expansion Desktop | Wireless<br>Wireless Plus | Personal Cloud | NAS<br>NAS Pro<br>Business Storage<br>Windows Server |
| APPLICATION | Laptop & Desktop | Tablet & Phone | Laptop, Desktop, Tablet, Phone & TV | Laptop, Desktop, Tablet & Phone |



**Data Center Products**

| | Compute | Store | Archive |
|---|---|---|---|
| YOUR NEED | Intensive processing power needed for mission-critical applications | Massive nearline storage for bulk data, requiring 24×7 operation | Cost-effective storage for less frequently accessed data |
| OUR SOLUTION | Nytro® Flash Card<br>1200 SSD<br>Enterprise Performance 15K HDD<br>Enterprise Performance 10K HDD | Enterprise Capacity 3.5 HDD<br>Enterprise Capacity 2.5 HDD<br>Terascale® HDD<br>Kinetic HDD | Archive HDD |
| APPLICATION | High-Performance Computing<br>Big Data Analytics<br>Transaction Processing | Content Storage<br>Cloud Hyperscale<br>Object-Based Storage | Cold Storage<br>Data Archiving |

STORAGE SOLUTIONS GUIDE

FED_SEAG0070372



# Contents

**EXTERNAL PRODUCTS**

**BACKUP**

BACKUP PLUS PORTABLE ........................................5
BACKUP PLUS SLIM PORTABLE ................................5
BACKUP PLUS SLIM PORTABLE FOR MAC ................5
BACKUP PLUS FAST PORTABLE ..............................6
SEVEN ..........................................................................7
EXPANSION PORTABLE ..............................................7
BACKUP PLUS DESKTOP ............................................8
BACKUP PLUS DESKTOP FOR MAC ........................8
EXPANSION DESKTOP ................................................8

**STREAM**

WIRELESS ...................................................................11
WIRELESS PLUS..........................................................11

**SHARE**

PERSONAL CLOUD ....................................................12

**ACCESS**

NAS ............................................................................15
NAS PRO ....................................................................15
WSS NAS ...................................................................16

**INTERNAL PRODUCTS**

**UPGRADE**

LAPTOP SSHD ............................................................21
LAPTOP HDD ..............................................................21
LAPTOP ULTRATHIN HDD ........................................22
ULTRA MOBILE HDD .................................................22
DESKTOP SSHD ........................................................23
DESKTOP HDD ..........................................................23

**SHARED ACCESS**

NAS HDD ....................................................................25
ENTERPRISE NAS HDD ............................................25
ENTERPRISE CAPACITY 3.5 HDD ..........................26

**RECORD**

VIDEO 2.5 HDD ..........................................................29
VIDEO 3.5 HDD ..........................................................29
SURVEILLANCE HDD .................................................30
ENTERPRISE CAPACITY 3.5 HDD ..........................30

**DATA CENTER PRODUCTS**

**COMPUTE**

NYTRO® FLASH CARD ................................................35
1200 SSD ...................................................................35
ENTERPRISE PERFORMANCE 15K HDD...................35
ENTERPRISE PERFORMANCE 10K HDD ...................38

**STORE**

ENTERPRISE CAPACITY 3.5 HDD ..........................39
ENTERPRISE CAPACITY 2.5 HDD ..........................39
TERASCALE® HDD ....................................................40
KINETIC HDD ............................................................40

**ARCHIVE**

ARCHIVE HDD ...........................................................42

**CLOUD SYSTEMS AND SOLUTIONS**

CLOUD SYSTEMS AND SOLUTIONS . . . . . . . . . . . . .45
EVAULT™.....................................................................45

**RESOURCES, SERVICES AND SUPPORT**

PARTNER RESOURCES AND BENEFITS ....................47
SERVICE AND SUPPORT............................................47
DATA RECOVERY.......................................................47
GLOSSARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

1



# External Products

Seagate external storage solutions are sleek, dependable products that let your customers automatically and continuously store digital family photos, protect and access critical business data, back up multiple computers on a small network, and stream and share videos and music.

| Backup | Stream | Share | Access |
|---|---|---|---|
| Protect your digital life | Expand your tablet and phone | Turn your home into a personal cloud | Optimize your business with network-attached storage |
| Backup Plus Portable<br>Backup Plus Slim<br>Backup Plus Fast<br>Seven<br>Expansion Portable<br>Backup Plus Desktop<br>Expansion Desktop | Wireless<br>Wireless Plus | Personal Cloud | NAS<br>NAS Pro<br>Business Storage Windows Server |
| Laptop & Desktop | Tablet & Phone | Laptop, Desktop, Tablet, Phone & TV | Laptop, Desktop, Tablet & Phone |



# Backup

Seagate offers the widest range of portable and desktop drives in many colors and finishes with capacities from 500GB to 8TB. All drives allow easy backup, whether you are at home or away; they help protect your entire digital life locally, in the cloud, from mobile devices or from social networks.

| | Seven | Backup Plus Portable | Backup Plus Slim | Backup Plus Fast | Expansion Portable | Backup Plus Desktop | Expansion Desktop |
|---|---|---|---|---|---|---|---|
| Perfect for | Sleek portable storage | High-capacity portable storage | Portable storage or backup | High performance and capacity storage | Additional portable storage | Backup or add-on storage | Add-on storage |
| Capacity | 500GB | 4TB | 2TB, 1TB, 500GB | 4TB | 2TB, 1TB, 500GB | 8, 6, 5, 4, 3, 2TB | 5, 4, 3, 2TB |
| Compatibility | PC, Mac | PC, Mac | PC, Mac | PC, Mac | PC | PC, Mac | PC |
| Portable | Yes | Yes | Yes | Yes | Yes | Yes | |

## Backup Plus Portable

The Backup Plus Portable Drive offers the mobility of a portable with the high capacity of a desktop drive.

4TB | USB 3.0 | PC, Mac

### Key Advantages
- Mobility of a portable drive with the high capacity of a desktop drive
- Large 4TB capacity to store and carry your movie, music and photo collections
- Up to 53.6% thinner than comparable 4TB drives
- Easy, flexible backups for your computers, tablets and smartphones

### Best-Fit Applications
- Store and carry large digital media libraries
- Backup for all your devices and social networks in one drive
- Portable design, completely bus powered



| PRODUCT DIMENSIONS (1TB, 2TB) | 4.506-in L × 3.071-in W × 0.807-in D (114.5mm × 78mm × 20.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 5.748-in L × 4.134-in W × 1.693-in D (146mm × 105mm × 43mm) |

## Backup Plus Slim Portable

The Backup Plus Slim Portable Drive is the simple way to protect and share your entire digital life.

500GB – 2TB | USB 3.0 | PC, Mac

### Key Advantages
- Thinnest 2TB portable drive available, up to 42% thinner
- Easy, flexible backups
- Backup photos and videos from smart phones and tablets
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click

### Best-Fit Applications
- Store or back up photos, movies, music and documents
- Mobile device backup
- Download and save content that's posted on your social networks



Black    Silver    Blue    Red

| PRODUCT DIMENSIONS (1TB, 2TB) | 4.47-in L × 2.99-in W × 0.46-in D (113.5mm × 76mm × 12.1mm) |
|---|---|
| PRODUCT DIMENSIONS (500GB) | 4.47-in L × 2.99-in W × 0.38-in D (113.5mm × 76mm × 9.6mm) |
| PACKAGE DIMENSIONS | 5.71-in L × 4.11-in W × 1.28-in D (145mm × 104.5mm × 32.5mm) |

FED_SEAG0070375

# Backup Plus Slim Portable for Mac

The Backup Plus Slim Portable Drive for Mac is the simple way to protect and share your entire digital life.

> 500GB – 2TB | USB 3.0 | PC, Mac

### Key Advantages
- Mac OS and Time-Machine ready out of the box
- Back up photos and videos from smart phones and tablets
- Automatically saves photos from social networks

### Best-Fit Applications
- Store or back up photos, movies, music and documents
- Mobile device backup
- Download and save content that's posted on your social networks



| | |
|---|---|
| PRODUCT DIMENSIONS (1TB, 2TB) | 4.47-in L × 2.99-in W × 0.48-in D (113.5mm × 76mm × 12.1mm) |
| PRODUCT DIMENSIONS (500GB) | 4.47-in L × 2.99-in W × 0.38-in D (113.5mm × 76mm × 9.6mm) |
| PACKAGE DIMENSIONS | 5.71-in L × 4.11-in W × 1.28-in D (145mm × 104.5mm × 32.5mm) |

# Seven™

The Seven Portable Drive exemplifies advanced storage R&D with world-class industrial design to create the slimmest way to carry 500GB of data.

> 500GB | USB 3.0 | PC, Mac

### Key Advantages
- Celebrates over 35 years of storage expertise and innovation at only 7mm thin
- Seagate's most advanced 5mm drive technology
- Precision-crafted, super-thin 100% stainless steel enclosure
- Stylish, premium braided USB 3.0 cable
- Compatible with Windows and Mac without setup or installation

### Best-Fit Applications
- Elegant and stylish data storage
- Rugged, ultra-portable storage for photo, movies, music and documents
- Mobile device backup
- Cross-platform Windows and Mac file transfer



| | |
|---|---|
| PRODUCT DIMENSIONS | 0.276-in L × 3.228-in W × 4.823-in D (7mm × 82mm × 122.5mm) |
| PACKAGE DIMENSIONS | 0.866-in L × 6.024-in W × 6.024-in D (22mm × 153mm × 153mm) |

# Backup Plus Fast Portable

The Backup Plus Fast Portable Drive has up to 2× the capacity and performance of other portable drives.

> 4TB | USB 3.0 | PC, Mac

### Key Advantages
- Up to 2× faster than other portable drives, up to 220MB/s
- No external power supply required
- Back up content from smart phones, tablets and computers

### Best-Fit Applications
- High data traffic applications such as video editing and streaming
- Carry your entire digital library with you on the go
- Portable design, completely bus powered
- Mobile device backup



| | |
|---|---|
| PRODUCT DIMENSIONS | 4.602-in L × 3.248-in W × 0.680-in D (116.90mm × 62.50mm × 22.35mm) |
| PACKAGE DIMENSIONS | 5.787-in L × 5.236-in W × 1.850-in D (147mm × 133mm × 47mm) |

# Expansion Portable

The Expansion Portable Drive is compact and perfect for taking large files with you on the go.

> 500GB – 2TB | USB 3.0 | PC

### Key Advantages
- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop
- USB 3.0 interface allows fast transfer speeds

### Best-Fit Applications
- Instantly add more storage space to your computer
- Take large files with you when you travel



| | |
|---|---|
| PRODUCT DIMENSIONS | 4.61-in L × 3.15-in W × 0.58-in D (117mm × 80mm × 14.8mm) |
| PACKAGE DIMENSIONS | 5.51-in L × 4.06-in W × 1.22-in D (140mm × 103mm × 31mm) |

FED_SEAG0070376

# Backup Plus Desktop

The Backup Plus Desktop Drive is the simple, one-click way to protect and share your entire digital life.

**2TB – 8TB | USB 3.0 | PC, Mac**



### Key Advantages

- Easy, flexible backups
- Back up photos and videos from smart phones and tablets
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Mobile device backup
- Download and save content that's posted on your social networks

| | |
|---|---|
| PRODUCT DIMENSIONS | 7.063-in L × 4.650-in W × 1.634-in D (179.4mm × 118.10mm × 41.50mm) |
| PACKAGE DIMENSIONS | 8.346-in L × 8.583-in W × 2.677-in D (212mm × 218mm × 68mm) |

# Expansion Desktop

The Expansion Desktop Drive provides extra storage for your ever-growing collection of files.

**2TB – 5TB | USB 3.0 | PC**



### Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop
- USB 3.0 interface allows fast transfer speeds

### Best-Fit Applications

- Instantly add more storage space to your computer
- Improve performance on your computer's internal drive by freeing up space on your internal drive

| | |
|---|---|
| PRODUCT DIMENSIONS | 6.93-in L × 4.75-in W × 1.44-in D (176mm × 120.60mm × 36.60mm) |
| PACKAGE DIMENSIONS | 8.58-in L × 8.35-in W × 2.68-in D (218mm × 212mm × 68mm) |

# Backup Plus Desktop for Mac

The Backup Plus Desktop Drive for Mac is the simple, one-click way to protect and share your entire digital life.

**2TB – 4TB | USB 3.0 | PC, Mac**



### Key Advantages

- Back up photos and videos from smartphones and tablets
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click

### Best-Fit Applications

- Mobile device backup
- Back up all your important files
- Download and save content that's posted on your social networks
- Share your digital memories to your social networks with a click.

| | |
|---|---|
| PRODUCT DIMENSIONS | 7.063-in L × 4.650-in W × 1.634-in D (179.4mm × 118.10mm × 41.5m) |
| PACKAGE DIMENSIONS | 8.346-in L × 8.583-in W × 2.677-in D (212mm × 218mm × 68mm) |



FED_SEAG0070377



# Stream

Seagate offers two versions of compelling portable drives in a variety of high capacities that can stream your content wirelessly. No wires, no Web. Bring along hundreds of movies and thousands of songs, photos and files to stream to your tablet or smartphone—anytime, anywhere. When streaming wirelessly, consumers don't have to worry about maxing out the capacity of their favorite device or their data usage plan.

| | Wireless Plus | Wireless |
|---|---|---|
| Perfect for | Mobile storage for tablets and smartphones | Mobile storage for tablets and smartphones |
| Capacity | 2TB, 1TB, 500GB | 500GB |
| Interface | WiFi and USB 3.0 | WiFi and USB 3.0 |
| Compatible Platform | PC, Mac, Android, iOS, Kindle | PC, Mac, Android, iOS, Kindle |
| Simultaneous Device Streaming | Up to 8 | Up to 3 |

## Wireless

With Wireless Mobile Device Storage, you can stream your media and access your files without wires or the Internet.

**500GB | USB 2.0 | PC, Mac, Mobile Devices**

### Key Advantages
- Take your media library with you on the go
- Share media with up to three Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection

### Best-Fit Applications
- Store and carry movies and other media on the go
- Share media with others



| PRODUCT DIMENSIONS | 4.84-in L × 4.93-in W × 0.965-in D (123.36mm × 125.36mm × 24.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 6.02-in L × 2.0-in W × 6.54-in D (153mm × 51mm × 166mm) |

## Wireless Plus

With Wireless Plus Mobile Device Storage, you can enjoy your media and access your files without wires or the Web.

**500GB – 2TB | USB 3.0 | PC, Mac, Mobile Devices**

### Key Advantages
- Synchronize your Dropbox and Google Drive folders to Wireless Plus
- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life

### Best-Fit Applications
- Store and carry movies and other media on the go
- Share media with others
- Works with iOS and Android smartphones and tablets, Amazon Kindle Fire tablets and Windows 8 PCs and tablets



| PRODUCT DIMENSIONS | 5.00-in L × 3.50-in W × 0.8-in D (127mm × 89mm × 21mm) |
|---|---|
| PACKAGE DIMENSIONS | 6.02-in L × 2.0-in W × 7.16-in D (153mm × 51mm × 182mm) |

FED_SEAG0070378



# Share

Customers are looking for lots of capacity and a cool, secure place to load and store all of their favorite music and movies along with a lifetime of photos. Wherever there is an Internet connection, there is always a way back home to a Personal Cloud. Stream and share all content to top-selling Smart TVs and mobile devices.

## Personal Cloud, Personal Cloud 2-bay

Personal Cloud Home Media Storage allows you to create your very own cloud that is accessible outside the home.

3TB – 8TB | GigE | PC, Mac, Mobile Devices

### Key Advantages

- Centralized backup for multiple computers
- Stream your media library to gaming consoles, media players and smart TVs
- Access your files on-the-go from computers, tablets and smartphones

### Best-Fit Applications

- Consolidate content on one easily accessible device
- Secure remote access from any computer mobile device
- Share with anyone and any device in a connected home



**PERSONAL CLOUD**

| PRODUCT DIMENSIONS | 5.7-in L × 8.5-in W × 1.7-in D (145mm × 216mm × 42mm) |
|---|---|
| PACKAGE DIMENSIONS | 3.15-in L × 10.3-in W × 9.25-in D (80mm × 261mm × 235mm) |



**PERSONAL CLOUD 2-BAY**

| PRODUCT DIMENSIONS | 59.21-in L × 9.25-in W × 1.89-in D (234mm × 235.15mm × 48mm) |
|---|---|
| PACKAGE DIMENSIONS | 4.21-in L × 11.29-in W × 13.3-in D (107mm × 287mm × 338mm) |

|  | Personal Cloud | Personal Cloud 2-bay |
|---|---|---|
| Perfect for | Home media storage | Home media storage, with double protection for files |
| Number of Drives | 1 drive | 2 drives |
| Capacities | 5, 4, 3TB | 8, 6, 4TB |
| Features | • Automatic backup for PC, Mac and mobile devices<br>• Streams media to Samsung TV, Apple TV, Roku, LG TVs, Chromecast, or DLNA<br>• Remotely access files from PC or Mac with Sdrive™ software and from mobile devices with the Seagate Media App | |



FED_SEAG0070379



# Access

The Seagate NAS family, available in capacities up to 30TB, allows companies to spend valuable time focused on growing the business and less time worrying if critical files are secure or accessible. With the easy-to-use NAS OS 4 on board, customers can keep their team working efficiently, sharing and managing their projects like never before and from anywhere.

| | NAS 2-Bay | NAS 4-Bay | NAS Pro 2-Bay | NAS Pro 4-Bay | NAS Pro 6-Bay |
|---|---|---|---|---|---|
| Perfect for | Small business <25 employees | Small business <25 employees | Small business <50 employees | Small business <50 employees | Small business <50 employees |
| Capacity | 10TB (2 × 5TB)<br>8TB (2 × 4TB)<br>4TB (2 × 2TB)<br>2TB (1 × 2TB)<br>0TB (Empty) | 20TB (4 × 5TB)<br>16TB (4 × 4TB)<br>8TB (4 × 2TB)<br>4TB (2 × 2TB)<br>0TB (Empty) | 10TB<br>8TB<br>4TB<br>2TB<br>0TB | 20TB<br>16TB<br>8TB<br>4TB<br>0TB | 30TB<br>24TB<br>12TB<br>6TB<br>0TB |
| Processor | ARM 1.2GHz | ARM 1.7GHz | ARM 1.7GHz | ARM 1.7GHz | ARM 1.7GHz |
| Drive Class | NAS HDD | NAS HDD | NAS HDD | NAS HDD | NAS HDD |
| Off-site Backup | Yes, via NAS to NAS or NAS to cloud storage | Yes, via NAS to NAS or NAS to cloud storage | Yes, via NAS to NAS or NAS to cloud storage | Yes, via NAS to NAS or NAS to cloud storage | Yes, via NAS to NAS or NAS to cloud storage |
| Warranty, Limited | 3 years | 3 years | 3 years | 3 years | 3 years |

## NAS 2-bay, 4-bay

The Seagate NAS Family is a full-featured network storage solution offering the easiest setup and the industry's most intuitive interface.

2-bay: 0TB – 10TB | GigE | PC, Mac

4-bay: 0TB – 20TB | GigE | PC, Mac

### Key Advantages
- Effortlessly configure and set up multiple devices with NAS OS 4
- Ideal for businesses with up to 25 employees
- Seagate NAS HDDs engineered to run 24×8
- Seagate Sdrive™ gives intuitive access from any place and device

### Best-Fit Applications
- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data



**NAS 2-BAY**

| PRODUCT DIMENSIONS | 4.724-in W × 8.54-in H × 6.79-in D (120.00mm × 217.00mm × 172.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 10.63-in W × 12.441-in H × 9.055-in D (270.00mm × 316.00mm × 230.00mm) |

**NAS 4-BAY**

| PRODUCT DIMENSIONS | 6.811-in W × 8.543-in H × 6.791-in D (173.00mm × 217.00mm × 172.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 12.756-in W × 12.441-in H × 9.055-in D (324.00mm × 316.00mm × 230.00mm) |

## NAS Pro 2-bay, 4-bay, 6-bay

Seagate NAS Pro Family is perfect for a growing business with increased storage demands looking to access their own secure, private cloud anywhere, anytime.

2-bay: 0TB – 10TB | GigE | PC, Mac

4-bay: 0TB – 20TB | GigE | PC, Mac

6-bay: 0TB – 30TB | GigE | PC, Mac

### Key Advantages
- Effortless and intuitive interface with NAS OS 4 makes managing content a breeze
- Accessible anywhere, Internet connectivity is available without learning anything new with Sdrive™
- File History and Time Machine backup compatible
- NAS HDD comes with the reliability and performance needed for any business

### Best-Fit Applications
- Small business with up to 50 employees
- NAS OS 4 works seamlessly with both PC and Mac environments
- Creative professionals looking to collaborate high speeds
- Capacity expansion capabilities with Seagate SimplyRAID™



**NAS PRO 2-BAY**

| PRODUCT DIMENSIONS | 4.724-in W × 8.543-in H × 6.791-in D (120.00mm × 217.00mm × 172.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 10.63-in W × 12.441-in H × 9.055-in D (270.00mm × 316.00mm × 230.00mm) |

**NAS PRO 4-BAY**

| PRODUCT DIMENSIONS | 6.811-in W × 8.543-in H × 6.791-in D (173.00mm × 217.00mm × 172.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 12.756-in W × 12.441-in H × 9.055-in D (324.00mm × 316.00mm × 230.00mm) |

**NAS PRO 6-BAY**

| PRODUCT DIMENSIONS | 9.252-in W × 8.543-in H × 6.791-in D (235.00mm × 217.00mm × 172.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 15.118-in W × 12.985-in H × 9.606-in D (384.00mm × 320.00mm × 244.00mm) |

 EXTERNAL PRODUCTS | ACCESS

# WSS NAS 2-bay, 4-bay, 6-bay

Seagate WSS NAS Network Storage is a powerful, affordable, easy-to-use, cloud-ready solution for small businesses with up to 50 users.



| 2-bay: 0TB – 4TB | GigE | PC |
| 4-bay: 0TB – 8TB | GigE | PC |
| 6-bay: 0TB – 12TB | GigE | PC |

### Key Advantages
- Native cloud integration and connectivity to the Microsoft ecosystem
- Native support for Active Directory lets you simplify setup and manage users through an existing directory
- Simplified collaboration
- Secure remote access

### Best-Fit Applications
- Branch offices with up to 50 employees
- Growing businesses utilizing Windows IT infrastructure
- Centralize management and integration with other Windows Servers

**WSS NAS 2-BAY**

| | |
|---|---|
| PRODUCT DIMENSIONS | 4.72-in W × 8.543-in H × 6.791-in D (120.00mm × 217.00mm × 172.5mm) |
| PACKAGE DIMENSIONS | 10.63-in W × 12.441-in H × 9.055-in D (270.00mm × 316.00mm × 230.00mm) |

**WSS NAS 4-BAY**

| | |
|---|---|
| PRODUCT DIMENSIONS | 6.811-in W × 8.543-in H × 6.791-in D (173.00mm × 217.00mm × 172.5mm) |
| PACKAGE DIMENSIONS | 12.756-in W × 12.441-in H × 9.055-in D (324.00mm × 316.00mm × 230.00mm) |

**WSS NAS 6-BAY**

| | |
|---|---|
| PRODUCT DIMENSIONS | 9.252-in W × 8.543-in H × 6.791-in D (235.00mm × 217.00mm × 172.5mm) |
| PACKAGE DIMENSIONS | 15.118-in W × 12.985-in H × 9.606-in D (384.00mm × 320.00mm × 244.00mm) |



FED_SEAG0070381



# Internal Products

Seagate has the industry's broadest portfolio of drives created and tailored specifically for your applications. Seagate's full line of solid state hybrid drives (SSHD) provide you with the capacity you need and the performance you crave for your games and other applications running on desktop and laptop PCs. Seagate's portfolio of 24×7 NAS drives is designed to optimize consumer, business and enterprise applications. Seagate also has drives designed specifically for the unique workloads of surveillance and video recording systems. Choose the Seagate drive that's best for you.

| Upgrade | Shared Access | Record |
|---|---|---|
| Increase performance and capacity | Centralized access with 24×7 reliability | Optimized video recording and analytics |
| Laptop SSHD<br>Laptop HDD<br>Laptop Ultrathin HDD<br>Ultra Mobile HDD<br>Desktop SSHD<br>Desktop HDD | NAS HDD<br>Enterprise NAS HDD<br>Enterprise Capacity 3.5 HDD | Video 2.5 HDD<br>Video 3.5 HDD<br>Surveillance HDD<br>Enterprise Capacity 3.5 HDD |
| Personal Mobile<br>Slim Devices<br>Personal Desktop | Network-Attached Devices<br>SMB/Midrange Enterprise<br>Private Cloud | Surveillance Systems<br>DVR or NVR Systems<br>Set-Top Boxes |

FED_SEAG0070382





# Upgrade

The best reason to upgrade a drive is to increase performance. If you know gamers, you know they're always looking to edge out the competition. Upgrading the hard drive improves the overall performance of your system and may extend the life of the system itself.

## Laptop SSHD, Laptop Thin SSHD

Boot faster. Load faster. Shoot faster.

500GB – 1TB | SATA 6Gb/s | 7mm, 9.5mm

### Key Advantages
- Easy PlayStation or laptop upgrade saves time and improves productivity
- Hybrid drives fuse the blazing speed of SSD with the high capacity of a hard drive
- Performs up to 5× faster than a traditional 7200-RPM HDD
- Thin 9.5mm drive for mobile devices
- Seagate Secure™ Self-Encrypting Drive (SED) options



Best-Fit Applications
- Laptops, desktops, ultrabooks and tablets
- High-performance gaming systems
- Small form factor all-in-one PCs

## Laptop HDD, Laptop Thin HDD

Feature-rich, slim, lightweight style at price and capacity points that enable no-compromise designs for thin computing

Laptop: 1TB – 2TB | SATA 6Gb/s | 9.5mm

Laptop Thin: 250GB – 500GB | SATA 6Gb/s | 7mm

### Key Advantages
- Available as a Self-Encrypting Drive (SED) and FIPS 140-2 SED
- Compatible with SATA 6Gb/s and 3Gb/s designs
- Backed by a 2-year limited warranty



Best-Fit Applications
- Traditional laptops
- Small form factor PCs
- Convertible and detachable storage
- Slim consumer electronics devices

|  | Laptop SSHD | Laptop HDD | Laptop Ultrathin HDD | Ultra Mobile HDD | Desktop SSHD | Desktop HDD |
|---|---|---|---|---|---|---|
| Perfect for | Performance laptop, gaming laptop | Standard or thin laptop | Tablets, ultrabooks | Tablets, ultrabooks | Performance and gaming desktop | Desktop computer |
| Capacity | 1TB, 500GB | 2TB, 1TB, 500GB, 320GB, 250GB | 500GB, 320GB | 500GB | 4TB, 2TB, 1TB | 4TB, 3TB, 2TB, 1.5TB, 1TB, 500GB, 250GB |
| Performance | Up to 4× faster than standard laptop hard drive | Excellent performance | Mainstream | Mainstream | Up to 5× faster than standard desktop hard drive | Excellent performance |
| Key Feature | Faster boot time | Encryption | Lightweight | Rugged | Faster boot time | DiskWizard™ software |
| Form Factor | 2.5-inch | 2.5-inch | 2.5-inch | 2.5-inch | 3.5-inch | 3.5-inch |
| z-Height | 9mm, 7mm, 5mm | 9mm, 7mm, 5mm | 5mm | 5mm |  |  |
| Upgrade Kit Available | Yes | Yes |  |  | Yes | Yes |
| Warranty, Limited | 3 years | 2 years | 2 years | 2 years | 3 years | 2 years |

FED_SEAG0070383


# Laptop Ultrathin HDD

3 ounce, 5mm hard drives for ultrabooks and slim laptops with SED option

320GB, 500GB | SATA 6Gb/s | 5mm

### Key Advantages

- The thinnest, lightest and most affordable hard drives designed for slim laptops and ultrabooks
- 5mm, 3.3 oz laptop drive delivers optimum performance in a minimal footprint
- Implement up to 500GB of storage capacity in 25% less space
- Seagate Secure™ Self-Encrypting Drive (SED) option



### Best-Fit Applications

- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

# Desktop SSHD

Solid state hybrid drives deliver speed and capacity for gaming and high-performance desktop applications.

1TB – 4TB | SATA 6Gb/s | 64MB Cache | 8GB MLC Flash

### Key Advantages

- For a richer gaming experience, Seagate SSHDs deliver faster map load speed for non-stop performance and play
- Get the kick of an integrated solid state drive (SSD) with the massive 4TB capacity of a hard drive—all at a surprisingly low price!
- Boots Windows 8 in less than 10 seconds
- Performs up to 5× faster than 7200 RPM desktop hard drives
- Improves overall system responsiveness by 30% or more



### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices

# Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.

500GB | SATA 6Gb/s | 5mm

### Key Advantages

- 500GB brings 7× more space to tablet applications at a fraction of the cost
- Zero-gravity sensors provide extra drop protection
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers
- Just 3.3 oz—about the weight of a lightbulb



### Best-Fit Applications

- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

# Desktop HDD

The one drive for every desktop system need, supported by 30 years of trusted performance, reliability and simplicity

250GB – 4TB | SATA 6Gb/s | 64MB Cache

### Key Advantages

- Store as much desktop data as you need with multiple capacities up to 4TB
- Store data faster with SATA 6Gb/s interface that optimizes burst performance
- Rest easy knowing your drive delivers dependable performance with Seagate AcuTrac™ servo technology
- Have confidence with safe, fast and easy drive retirement provided by Instant Secure Erase feature
- Protect your data with Seagate Secure™ models



### Best-Fit Applications

- Desktop systems
- All-in-one PCs
- Entry-level home servers

FED_SEAG0070384





# Shared Access

Network-attached storage (NAS) drives are designed to sustain high levels of performance while enduring a 24×7 workload in an enclosure with multiple operating drives. The NAS HDD and the Enterprise NAS HDD are optimized with the highest capacity, robust shock tolerance, silent acoustics and excellent reliability features so you can collaborate, share and stream content from home, the office or your own private cloud.

| | NAS HDD | Enterprise NAS HDD | Enterprise Capacity 3.5 HDD |
|---|---|---|---|
| Perfect for | Home, SOHO or small business | Small to medium business | Medium to large business |
| Application/Use | Desktop RAID 1- to 8-bay NAS devices | Up to 16-bay rackmount/ tower systems | >8-bay rackmount/tower systems |
| Capacity | 4TB, 3TB, 2TB | 6TB, 5TB, 4TB, 3TB, 2TB | 6TB, 5TB, 4TB, 2TB, 1TB |
| PowerBalance | | Yes | Yes |
| NASWorks™ | Yes | | |
| Rescue Data Recovery Services Plan Option | Yes | Yes | |
| Warranty, Limited | 3 years | 5 years | 5 years |

## NAS HDD

Optimize performance and reliability for your 24×7 NAS and RAID workloads in 1- to 8-bay solutions with drives featuring NASWorks™ technology.

2TB – 4TB | SATA 6Gb/s | 64MB Cache



### Key Advantages
- Specifically designed to minimize rotational vibration (RV) effects typically found in multi-drive solutions, improving system performance and reliability
- Advanced power profiles tailor low power options for always-on NAS applications
- Extended error recovery controls help to ensure drives comply with NAS system requirements for better data integrity
- 3-year limited warranty so you can rest easy with your drive choice
- Available with Rescue Data Recovery Services plan

### Best-Fit Applications
- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers

## Enterprise NAS HDD

Designed to combine up to 6TB of industry-leading capacity with reliability and performance for SMB and private cloud NAS and RAID storage systems with 4 to 16 bays

2TB – 6TB | SATA 6Gb/s | 128MB Cache



### Key Advantages
- NAS-optimized performance for higher write workloads often reflected in NAS applications
- RAID Rebuild™ technology speeds up time-consuming complete RAID rebuilds
- Specifically designed to minimize rotational vibration (RV) effects typically found in multi-drive solutions, improving system performance and reliability
- Extended error recovery controls help to ensure drives comply with NAS system requirements for better data integrity
- 5-year limited warranty so you can rest easy with your drive choice
- Available with Rescue Data Recovery Services plan

### Best-Fit Applications
- Backup and disaster recovery
- Multimedia server and storage
- Archiving and cloud replication
- On-premise private cloud

FED_SEAG0070385

# Enterprise Capacity 3.5 HDD

Store up to 6TB of data without sacrificing performance.

1TB – 6TB | SATA 6Gb/s, 12Gb/s SAS | 128MB Cache

## Key Advantages

- Quickly access and store your data with blazingly fast random and sequential read/write performance
- Enjoy peace of mind with eighth-generation drive technology for reliable access to bulk storage of unstructured data
- Have confidence with a drive that provides rotational vibration tolerance to ensure consistent performance
- Relax with a drive that delivers easy integration into replicated and RAID storage systems with 12Gb/s SAS and SATA 6Gb/s interface options



## Best-Fit Applications

- Massive scale-out NAS environments
- High-density NAS solutions
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape



FED_SEAG0070386



# Record

Our video and surveillance HDDs are designed to be quiet and reliable in NVR, DVR and surveillance systems. These drives are cost-effective in very demanding consumer environments that need the versatility to go with the higher capacities.

| | Video 3.5 HDD | Video 2.5 HDD | Surveillance HDD | Enterprise Capacity 3.5 HDD |
|---|---|---|---|---|
| Perfect for | Consumer DVR and set-top boxes | Small footprint DVR and set-top boxes | Entry-level SDVR to NVR storage for residential to SMB | Video analytics and optimization, long term video retention |
| Capacity | 4TB, 3TB, 2TB, 1TB, 500GB, 320GB | 500GB, 320GB | 6TB, 5TB, 4TB, 3TB, 2TB, 1TB | 6,8,4,3,2TB |
| Key Feature | High reliability | Low power | Precision-tuned for surveillance | Encryption, PowerBalance |
| Cameras Supported | | | up to 64 | 100+ |
| Video Streaming Capabilities | Easily manages up to 16 simultaneous HD streams | Easily manages up to 12 simultaneous HD streams | | |
| Rescue Data Recovery Services Plan Option | | | Yes | |
| Warranty, Limited | 3 years | 3 years | 3 years | 5 years |

## Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

320GB – 500GB | SATA 3Gb/s | 16MB Cache

### Key Advantages
- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- 0.55% AFR supports longevity in demanding consumer electronic environments



### Best-Fit Applications
- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

## Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

250GB – 4TB | SATA 6Gb/s | 8MB, 64MB Cache

### Key Advantages
- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited



### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

FED_SEAG0070387

Case 3:16-cv-00523-JCS    Document 152-3    Filed 01/05/18    Page 851 of 927

# Surveillance HDD

The Seagate Surveillance HDD is purpose-built surveillance storage that improves video streaming, drive performance and data integrity in surveillance applications.



**1TB – 6TB | SATA 6Gb/s | 64MB, 128MB Cache**

### Key Advantages

- Precision-tuned for high write surveillance workloads operating 24×7
- Capacities up to 6TB support 8+ drives and up to 64 cameras per system
- Reliably performs in multi-drive systems with RAID support
- Available with Rescue Data Recovery Services plan

### Best-Fit Applications

- Network video recorder (NVR)
- Embedded SDVR
- Hybrid SDVR
- Surveillance DVR

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help centralized or cloud surveillance systems and systems leveraging high levels of video analytics.



**1TB – 6TB | SATA 6Gb/s, 12Gb/s SAS | 128MB Cache**

### Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24×7 reliability
- Predictable performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED)

### Best-Fit Applications

- Massive scale-out surveillance environments
- High-density data centers
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore
- Centralized surveillance



FED_SEAG0070388

# Data Center Products

Seagate is innovating storage to meet the ever-changing dynamics of IT, enabling our customers to remain competitive and relevant. In addition, Seagate products effectively help solve storage issues within high-performance computing (HPC), transaction processing, bulk data applications, and object-based and cold storage applications.

| Compute | Store | Archive |
|---|---|---|
| Intensive processing power needed for mission-critical applications | Massive nearline storage for bulk data, requiring 24×7 operation | Cost-effective storage for less frequently accessed data |
| Nytro® Flash Card<br>1200 SSD<br>Enterprise Performance 15K HDD<br>Enterprise Performance 10K HDD | Enterprise Capacity 3.5 HDD<br>Enterprise Capacity 2.5 HDD<br>Terascale® HDD<br>Kinetic HDD | Archive HDD |
| High-Performance Computing<br>Big Data Analytics<br>Transaction Processing | Content Storage<br>Cloud Hyperscale<br>Object-Based Storage | Cold Storage<br>Data Archiving |



# Compute

With a lineup of products that ranges from PCIe-based flash cards for hyperconverged, open source and cloud deployments, to SAS solid state drives for demanding database and virtual environments, to 10K and 15K HDDs with TurboBoost™ technology that are the storage backbone of many high-performance systems, Seagate provides the processing power for mission-critical applications like high-performance computing, big data analytics and transaction processing.

## Nytro® Flash Accelerator Card

Nytro Flash Accelerator Cards, with outstanding performance, low latency and improved data center efficiency, are changing how storage is architected.

| 1.3TB – 3.2TB | PCIe 3.0, PCIe 2.0 | MLC and eMLC Flash |



### Key Advantages

- Broadest PCIe-based flash portfolio with solutions tuned to address specific customer challenges
- Delivers high response times, density, improved thermals, endurance and serviceability
- Offload architecture minimizes requirements on host CPU and memory
- Enterprise quality and reliability

### Best-Fit Applications

- Demanding databases
- Web cloud and open source deployments
- Software-defined storage

## 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

| 200GB – 800GB | SAS 12Gb/s | MLC Flash |



### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Improves ROI by leveraging existing SAS servers, accommodating SAS infrastructure scalability, and a proven SCSI command set
- Features power loss data protection to save data/operations in process
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- IOPS-hungry enterprise applications
- Server virtualization
- High-performance databases
- Software-defined storage
- External enterprise storage solutions (SAN, NAS, DAS)

| | Nytro® | 1200 SSD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD |
|---|---|---|---|---|
| Perfect for | HPC, data analytics | Complex, write-intensive workloads | Database, online search, high-performance RAID | File servers, email servers, mid-tier RAID |
| Capacity | 3.2TB, 1.86TB, 1.79TB, 1.75TB, 1.3TB | 800GB, 400GB, 200GB | 600GB, 300GB | 1.8TB, 1.2TB, 900GB, 600GB |
| Interface | PCIe | 12Gb/s SAS | 12Gb/s SAS | 12Gb/s SAS |
| Form Factor | Full height, half length and half height, half length | 2.5-inch | 2.5-inch | 2.5-inch |
| Use in Servers | Yes | Yes | Yes | Yes |
| Use in Storage Arrays | | | Yes | Yes |

34

35

# Enterprise Performance 15K HDD

Improve your server response times.

> 300GB, 600GB | 12Gb/s SAS | 128MB Cache



### Key Advantages

- Complete more transactions in less time with TurboBoost™ technology
- Only 12Gb/s SAS drives certified for VMware Virtual SAN
- Seagate Secure™ drives with Instant Secure Erase for easy disposal
- Protect data with Self-Encrypting Drive (SED) models

### Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

# Enterprise Performance 10K HDD

Perfect balance of high capacity and high performance

> 600GB – 1.8TB | 12Gb/s SAS | 128MB Cache



### Key Advantages

- Complete more transactions faster with TurboBoost™ enhanced cache
- Low power that data centers need to reduce IT operating costs
- Future-proof with 12Gb/s SAS and Advanced Format options
- Protect data with Self-Encrypting Drive (SED) models

### Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Green IT and drive-retirement cost reduction initiatives
- Compliance or data security initiatives



FED_SEAG0070391

DATA CENTER PRODUCTS | STORE





# Store

For content storage, cloud hyperscale and object-based storage applications, customers need massive nearline storage for bulk data that is always on and accessible. Customers also can take advantage of an Ethernet-based drive that implements the latest technology from Seagate to help customers design systems that reduce TCO and enable flexibility in response to a growing cloud storage infrastructure.

| | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Kinetic HDD |
|---|---|---|---|
| Perfect for | High-capacity storage, massive scale-out architectures | Maximum density, small footprint | Scale-out object storage |
| Capacity | 6TB, 5TB, 4TB, 3TB, 2TB, 1TB | 2TB, 1TB | 4TB |
| Interface | SATA 6GB/s, 12Gb/s SAS | SATA 6GB/s, 12Gb/s SAS | Ethernet |
| Key Feature | Encryption, PowerBalance | Encryption | Simplifies cloud storage infrastructure |
| Reliability | 2MM hours MTBF | 2MM hours MTBF | 800K hours MTBF |
| Form Factor | 3.5-inch | 2.5-inch | 2.5-inch |
| Servers | Yes | Yes | |
| Storage Arrays | Yes | | |
| JBOD | Yes | Yes | Yes |
| Warranty, Limited | 5 years | 5 years | 3 years |

## Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help both private and public data centers meet the demanding growth of unstructured data.

> 1TB – 6TB | SATA 6Gb/s, 12Gb/s SAS | 128MB Cache

### Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- Engineered for 24×7 workloads of 550TB/yr
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED



### Best-Fit Applications

- Massive scale-out environments
- High-density data centers
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- High-density NAS solutions

## Enterprise Capacity 2.5 HDD

Store large amounts of data without using a ton of space with up to 2TB in storage on a 2.5-inch form factor.

> 250GB – 2TB | SATA 6Gb/s, 12Gb/s SAS | 128MB Cache

### Key Advantages

- Quickly access high-integrity data in a secure manner with either 12Gb/s SAS or SATA 6Gb/s
- Enjoy peace of mind with this third-generation drive delivering enterprise-class reliability for 24×7 environmental robustness
- Lower your power costs and store data faster with over 50% improvement in watts/TB and 18% sequential performance improvement compared to the previous generation
- Rest easy with maximum system availability and drive performance as a result of improved rotational vibration tolerance and head micro-actuation



### Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network-attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

FED_SEAG0070392

DATA CENTER PRODUCTS | STORE

## Terascale® HDD

Store more data with up to 4TB of storage for 24×7 multi-drive replicated environments.



| 4TB | SATA 6Gb/s | 64MB Cache |

### Key Advantages

- Enjoy peace of mind with a reliable enterprise-class performing drive that includes high vibration tolerance
- Save money with a power efficient drive that minimizes power and cooling costs
- Rest easy knowing your data integrity is maintained through Advanced Format logical block management
- Store your data faster through SATA 6Gb/s interface that optimizes burst performance

### Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)

## Kinetic HDD

The Kinetic HDD is the first Ethernet-connected HDD with an open source object API designed for hyperscale and scale-out environments.



| 4TB | Ethernet | 64MB Cache |

### Key Advantages

- Reduces TCO by simplifying cloud and data center storage hardware and software stacks
- Improves performance by eliminating layers of antiquated file system software
- Enables flexible and independent scaling of compute and storage growth
- Supports hyperscale 24×7 environments with up to 800 drives in a 40U rack
- Connects storage directly to existing data center data communications fabric

### Best-Fit Applications

- Object data storage
- Hyperscale and scale-out storage
- Cloud storage arrays
- Cloud backup storage



FED_SEAG0070393





# Archive

One of the most important storage applications is preserving and archiving data that is not necessarily high priority but may still be needed in the future. Seagate offers a drive for cold storage and data applications; it is designed in capacities up to an amazing, supersized 8TB, 24×7 reliability, and with some of the best features in the industry for this type of drive.

## Archive HDD

Affordable active archive hard drives for cloud storage

5TB – 8TB | SATA 6Gb/s | 128MB Cache

### Key Advantages

• Efficiently store more data at lower costs with this low cost/GB/watt, 8TB hard drive
• Enjoy peace a mind with a drive engineered for 24×7 workloads of 180TB per year
• Keep your costs down with up to 1.33TB-per-disk hard drive technology
• Store your data faster with SATA 6Gb/s interface that optimizes burst performance
• Have confidence in a drive that provides reliable, low-power data retrieval based on shingled magnetic recording (SMR) technology



### Best-Fit Applications

• Online archiving
• Large data object storage
• Big data cold storage
• Cloud active archive
• Web-scale archiving

| | Archive HDD |
|---|---|
| Perfect for | Online archiving, big data cold storage |
| Capacity | 8TB, 6TB, 5TB |
| Interface | SATA 6Gb/s |
| Key Feature | Lowest cost per TB |
| Reliability | Good, 800K hours MTBF |
| Form Factor | 3.5-inch |
| JBOD | Yes |
| Warranty, Limited | 3 years |

FED_SEAG0070394





# Cloud Systems and Solutions

Seagate Cloud Systems and Solutions builds on the Seagate legacy to extend innovation from the device into the information infrastructure, onsite and in the cloud.

## Cloud Systems and Solutions

Seagate Cloud Systems and Solutions builds on the Seagate legacy to extend innovation from the device into the information infrastructure, onsite and in the cloud.

### High-Performance Computing Storage

High-performance computing (HPC) and big data customers who need to reliably plan, deploy and sustain maximum optimal application performance use Seagate HPC solutions. Our award-winning HPC solutions deliver the fastest time to results, with superior performance and ultra-efficient scalability.

### Modular Storage Systems for OEMs

OEMs and solution integrators use the flexible, extensible, reliable and energy-efficient OneStor™ family of enclosures, controllers, and application platforms to modernize data centers and manage explosive data growth. Seagate has provided OEM customers with over 2 million enclosures and 17,000 petabytes of storage. Seagate delivers quality storage solutions trusted by some of the best known brands in IT.

### Scale-Out Storage Systems

Seagate software-independent systems ensure that cloud service providers, independent software vendors, DIY organizations and system integrators can focus on their key value—software development and solution deployment—while enabling them to precisely assess, and therefore control, solution TCO and service delivery. Seagate provides the industry's most trusted open, scalable, modular components and engineered solutions that will speed time to market and boost bottom-line results.

## Hybrid Cloud Solutions

The Seagate portfolio of data protection appliances, backup and recovery software and services, and disaster recovery services, combines the best of private cloud infrastructure and public cloud services, including:

• Seagate Cloud Backup and Recovery Services
• Seagate Cloud Backup and Recovery Appliances
• Seagate Backup and Recovery Software
• Seagate Backup and Recovery Private Cloud
• Seagate Cloud Disaster Recovery Service

FED_SEAG0070395



# Resources, Services and Support

Whether it is the Seagate Partner Program (SPP), which helps channel partners to succeed, or both the Seagate in-lab recovery services or rescue plans that offer highly technical and specialized data recovery options for most media types, we want you and your customers to get the most out of Seagate storage technologies. Seagate offers an extensive range of customer service options, all backed by more than 30 years of leadership, innovation and excellence.

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

Exclusive features to help you grow your business:

• Marketing kits, product guides and sales cards
• Online training and brand materials
• Diagnostics and firmware updates
• Priority support and trackers for RMAs
• Regular product updates and industry news

Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners
• Complete the online form
• Click through and accept our standard agreement



## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:

• Presales and Technical Support
• Global Support Services telephone numbers and business hours
• Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For Seagate OEM and Distribution partner portal, visit www.seagate.com/partners

For Seagate reseller portal, visit www.seagate.com/partners

## Data Recovery

Storage systems can fail in many ways due to mechanical or human error, however, the data stored on them is not necessarily lost. Data recovery is a highly technical, labor-intensive and costly process of retrieving usable data from inaccessible storage devices. Seagate Recovery Services (SRS) has full- service lab facilities that are prepared to address all failure modes using the industry's most advanced recovery technology and procedures.

SRS offers multiple solutions to recover your business and personal data from various types and brands of storage devices in a fast and cost-effective manner.

• **In-lab recovery**—Get help fast after occurrence of drive failure or data loss with complimentary 2-way shipping. The in-lab recovery is performed by a team of data-recovery experts and the data can be restored in as little as two days.
• **Recovery software**—A quick and easy process to check drive condition and recover the lost data from minor logical problems without having to ship your drive or device
• **Rescue plans**—Cost-effective and proactive way to protect against future data loss. Available in 2- and 3-year offerings at HDD point of sale.

For information regarding Warranty Support, visit seagate.com/datarecovery

What Types of Media Can Seagate Recover Data From?

• Hard Disk Drives (all brands and interfaces)
• SSD and Flash Media
• USB/Firewire Drives
• Smartphones
• Tablets
• RAID (0, 1, 3, 4, 5, 6, 10, etc.)

FED_SEAG0070396

# Glossary

**AcuTrac™**

Seagate AcuTrac technology places a secondary actuator further down the suspension arm, bringing it closer to the head and therefore tightening control. The secondary nano-actuator fundamentally enables TPI improvement by directing the head more accurately to individual tracks, even at the nanometer scale.

**Adaptive Memory™**

Seagate Adaptive Memory technology effectively identifies the most frequently used data and stores it in the NAND flash. The results give you greatly improved boot times, application loads and overall system responsiveness. Available on SSHDs.

**Battery life**

Exact battery life is subject to product model, normal usage conditions and configurations.

**Capacity**

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

**Data encryption and protection**

Self-Encrypting Drives (SED) encrypt all user data using a data encryption key stored securely on the drive itself. The manner in which data is encrypted depends on the level of security implemented. Each level includes the protection capabilities of the previous levels.

- Quick and easy data erasure and sanitize features for secure drive repurposing (Seagate Instant Secure Erase, or ISE)

- Data-at-rest protection (SED). SEDs are not available in all models or countries. May require TCG-compliant host or controller support.

- Data-at-rest and tamper evidence protection (FIPS). Refer to the FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val-all.htm for more specific information.

(See also Seagate Secure.)

**DiscWizard™**

DiscWizard software lets you quickly and easily install your new hard drive. It guides you through the processes of creating and formatting partitions on your hard drive, transferring data and backing up your data.

**Error recovery control (ERC)**

Error recovery control helps ensure drives remain active in a RAID environment by averting unwarranted drive swaps and RAID rebuilds. ERC boosts RAID performance by flagging disks slowed by errors; it alerts RAID of the need for data reconstruction and rewrite to resolve disk errors and restore speed.

**NASWorks™**

Improves drive reliability with custom-built error recovery controls, power settings and vibration tolerance on Seagate NAS HDDs.

**Performance**

Performance is tested and varies depending on user's hardware configuration and operating system.

**Power Balance**

Seagate PowerBalance technology offers random workload power savings and best-in-class sequential performance with all the benefits of conventional technologies. By utilizing Seagate-unique firmware algorithms, PowerBalance trades off seek performance for operational power savings.

**PowerChoice™**

Seagate PowerChoice technology supports four customizable modes to give businesses significantly more control of power usage by allowing for up to a 54% reduction in the amount of energy used.

**RAID Rebuild™**

RAID Rebuild technology mitigates time-consuming complete RAID rebuilds by extracting as much data as possible from the failed drive before initiating RAID recovery.

**Sdrive™**

The Seagate Sdrive app is the easiest, most intuitive way to connect to your NAS if you're away from the office and need to look for or grab a file. From any desktop or laptop, access your NAS by clicking the Sdrive icon.

**Seagate Secure™**

With Seagate Secure drives, users securely manage data stored on their systems with no performance degradation and can securely erase all of their data, if needed, in a matter of seconds.



**Sector size**

A subdivision of a track on the physical disk. Hard drive companies are migrating from 512 bytes to a larger, more efficient sector size of 4096 bytes, referred to as 4K.

**SimplyRAID™**

Seagate's efficient and easy-to-use RAID solution. SimplyRAID technology builds in the background, allowing users to add and share files with no downtime. SimplyRAID lets you choose redundancy for one drive failure or redundancy for two drive failures.

**Solid state hybrid drive (SSHD)**

SSHD technology integrates a small amount of NAND flash into the HDD architecture to produce a combined benefit: the capacity of a hard drive and speed similar to an SSD assisted by Seagate Adaptive Memory technology.

**TurboBoost™**

An enhanced cache option that helps to complete more transactions in less time by accelerating I/O operations with TurboBoost enhanced cache option.

**Zero Gravity Sensor**

Seagate Zero Gravity Sensor (ZGS) provides extra protection when a device or system is dropped.

www.seagate.com

© 2015 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Spiral logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Adaptive Memory, DiscWizard, EVault, NASWorks, Nytro, OneStor, RAID Rebuild, Sdrive, Seagate Secure, SimplyRAID, Terascale and TurboBoost are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of Seagate hardware or software may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S. or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.16-1500US, July 2015

FED_SEAG0070397



Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070398

Exhibit 25



# Storage
# Solutions
# Guide

APR 2013 | AMER



FED_SEAG0070399



All this.



Organized here.



Accessible here.

Seagate Central

# Get It Together.

Organize and access your digital life.

**Storage for Life.** Seagate

# Contents

## External Storage Solutions
AT-A-GLANCE PRODUCT COMPARISON ...................................2
BACKUP PLUS PORTABLE ...............................................5
BACKUP PLUS PORTABLE FOR MAC...................................6
THUNDERBOLT™ BACKUP PLUS FOR MAC PORTABLE .... 6
BACKUP PLUS DESKTOP FOR MAC ...................................7
THUNDERBOLT™ BACKUP PLUS FOR MAC DESKTOP ....7
BACKUP PLUS DESKTOP.................................................8
SLIM FOR MAC ...........................................................8
SLIM ..........................................................................9
EXPANSION DESKTOP....................................................9
EXPANSION PORTABLE.................................................10
WIRELESS PLUS.........................................................10
CENTRAL...................................................................11
BUSINESS STORAGE 4-BAY NAS ...................................12
BUSINESS STORAGE 2-BAY NAS ...................................13
BUSINESS STORAGE 1-BAY NAS ...................................13

## Internal Storage Solutions
AT-A-GLANCE PRODUCT COMPARISON ...............................14

### DESKTOP
DESKTOP PRODUCTS MATRIX.........................................17
DESKTOP HDD ...........................................................18
DESKTOP HDD INTERNAL...............................................19

### LAPTOP
LAPTOP PRODUCTS MATRIX............................................21
LAPTOP SSHD.............................................................22
MOMENTUS®...............................................................23
MOMENTUS THIN ........................................................24
LAPTOP 2.5-INCH INTERNAL...........................................25

### ENTERPRISE
ENTERPRISE PRODUCTS MATRIX .....................................27
ENTERPRISE PERFORMANCE 10K HDD ..............................28
SAVVIO® 15K ..............................................................28
CHEETAH® 15K ...........................................................29
ENTERPRISE CAPACITY 3.5 HDD ....................................30
ENTERPRISE VALUE HDD..............................................31
CONSTELLATION.2™ ....................................................32
PULSAR 2™.................................................................33

### VIDEO STORAGE
VIDEO STORAGE PRODUCTS MATRIX.................................35
PIPELINE HD®..............................................................36
VIDEO 2.5 HDD ...........................................................36
SV35 SERIES™.............................................................37

PARTNER RESOURCES AND BENEFITS ...............................37
SERVICE AND SUPPORT .................................................37

www.**seagate**.com

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Cheetah, Constellation, Constellation.2, DiscWizard, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, Powerfilm, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.12-1304US, April 2013.

FED_SEAG0070400

# External Storage
## At-a-Glance Product Comparison



| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Thunderbolt™ Backup Plus for Mac Portable | Backup Plus Desktop | Backup Plus Desktop for Mac | Thunderbolt™ Backup Plus for Mac Desktop | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

| | | | | | |
|---|---|---|---|---|---|
| **Wireless Mobile** | Wireless Plus | | | | |
| **PERFECT FOR** | Wireless storage for your tablet | | | | |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | | | | |
| **LEARN MORE** | Page 10 | | | | |

| | | | | |
|---|---|---|---|---|
| **Network Attached** | Central | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Business Storage 1-Bay NAS |
| **PERFECT FOR** | Wireless centralized home storage | Centralized storage, collaboration and backup | | |
| **DESCRIPTION** | This network storage system supports the external storage needs of every computer in your home. PC or Mac. | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. |
| **LEARN MORE** | Page 11 | Page 12 | Page 12 | Page 13 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ● Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





4

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity
2 U.S. model numbers shown

STORAGE SOLUTIONS GUIDE    5

FED_SEAG0070402

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages

- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000301 | USB 3.0 | ● Silver/ ○ White | Mac, PC |
| 500GB | STBW500301 | USB 3.0 | ● Silver/ ○ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000900 | FireWire 800/ USB 3.0 | ● Black/ ● Silver | Mac, PC |
| 2TB | STCB2000900 | FireWire 800/ USB 3.0 | ● Black/ ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Thunderbolt™ Backup Plus for Mac Portable

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

### Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Thunderbolt Backup Plus for Mac Desktop

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages

- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

### Best-Fit Applications

- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity
2 U.S. model numbers shown

FED_SEAG0070403

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.

### Key Advantages

- Just slightly thicker than an iPhone
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ○ Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.

### Key Advantages

- Just slightly thicker than an iPhone
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500102 | USB 3.0 | ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity
2 U.S. model numbers shown

FED_SEAG0070404

# Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

**Key Advantages**
- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

**Best-Fit Applications**
- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

**Key Advantages**
- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

**Best-Fit Applications**
- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

**Key Advantages**
- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

**Best-Fit Applications**
- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablets and smartphones



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.
3 Each battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0070405

# Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

### Key Advantages

- Easy ten-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data
- Transport large files using external drives



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | |

# Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

### Key Advantages

- Easy ten-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) | | | |
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | |

# Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages

- Easy ten-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 178mm x 148mm) | | | |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070406

# Internal Storage
## At-a-Glance Product Comparison

| | DESKTOP | ENTERPRISE | | | VIDEO STORAGE | | |
|---|---|---|---|---|---|---|---|
| **3.5-inch** | Desktop HDD | Cheetah® 15K | Enterprise Capacity 3.5 HDD | Enterprise Value HDD | SV35 Series™ | Video 2.5 HDD | Pipeline HD® |
| BUSINESS NEED | Mainstream | Performance | Mainstream | Low Power | Surveillance | DVR | DVR |
| USE THIS DRIVE FOR | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Surveillance systems that require high performance, low-power and centralized storage for every surveillance application | Video streaming where 24x7 operation, small form factor and low power consumption are needed | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| ENCRYPTION MODELS AVAILABLE | | X | X | | | | |
| LEARN MORE | Page 18 | Page 29 | Page 30 | Page 32 | Page 37 | Page 36 | Page 36 |

| | LAPTOP | | | ENTERPRISE | | | ENTERPRISE SSD |
|---|---|---|---|---|---|---|---|
| **2.5-inch** | Laptop SSHD and Laptop Thin SSHD | Momentus | Momentus Thin | Savvio® 15K | Enterprise Performance 10K HDD | Constellation.2™ | Pulsar.2™ |
| BUSINESS NEED | Performance | Mainstream | Thin (7mm z-ht.) | Performance | Mainstream | Low Power | Mainstream |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| ENCRYPTION MODELS AVAILABLE | | X | X | X | X | X | X |
| LEARN MORE | Page 22 | Page 23 | Page 24 | Page 29 | Page 28 | Page 31 | Page 33 |

FED_SEAG0070407

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



## Product Comparison





| | DESKTOP 3.5-INCH INTERNAL KIT | DESKTOP HDD |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 4TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) | | 4.0W to 5.8W |

## Feature Comparison




| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Desktop 3.5-Inch Internal Kit | Desktop HDD |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance | | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X | |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 8[2] | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070408

# Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.

## Key Advantages
- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

## Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST8D4000400 | SATA 6Gb/s | 64MB |
| 3TB | ST8D3000100 | SATA 6Gb/s | 64MB |
| 2TB | ST8D2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310005N1A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |

| PACKAGE DIMENSIONS | 7.36-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) |
|---|---|



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown.

FED_SEAG0070409

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



## Product Comparison

    

|  | LAPTOP 2.5-INCH INTERNAL KIT | LAPTOP SSHD AND LAPTOP THIN SSHD | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Reliability (AFR) | 0.40% to 0.50% | 0.48% | 0.48% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 1TB | 500GB and 1TB | 250GB to 750GB | 250GB to 500GB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 64MB | 8MB to 16MB | 16MB |
| Power (Idle) |  | 0.8W to 1.1W | 0.67W to 0.81W | 0.45W to 0.66W |

## Feature Comparison

   

|  | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Laptop 2.5-inch Internal Kit | Laptop SSHD and Laptop Thin SSHD | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics |  |  | X | X |
| Lowest Power |  |  | X | X |
| Self-Encrypting Drive |  |  |  | X |
| Drop Sensor Options |  |  | X |  |
| Solid State Hybrid | X | X |  |  |
| Compatible with Windows 8[2] | X |  | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

FED_SEAG0070410

## Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.

### Key Advantages

- Boots and performs like an SSD[5]
- Up to 4x faster than a traditional HDD[5]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs



| CAPACITY[†] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

## Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.

### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor



| CAPACITY[†] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |

| CAPACITY[†] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG[2] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Drive with G-Force Protection™ feature.
3 Advanced Format (AF) drive with SmartAlign™ technology resolves misalignment conditions.
4 7mm z-height expanded to 9.5mm enables compatibility with standard laptop storage.
5 Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Laptop SSHD 1TB and a Laptop Thin SSHD 500GB.

FED_SEAG0070411

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.

### Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[5] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables



| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320T007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[2,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250T007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[2,3] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |

# Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

### Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations



| CAPACITY[1] | KIT NUMBER[5] | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003N3A1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[5] | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| 500GB | STBD750100 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive module may require TCG compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 SmartAlign technology is not available on this model.
5 U.S. model numbers shown.

FED_SEAG0070412

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated security-minded models.



## Product Comparison



| | ENTERPRISE PERFORMANCE HDD | CHEETAH® | ENTERPRISE CAPACITY HDD | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Mainstream SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 1.095% | 0.44% |
| Capacity[1] | 300GB to 900GB | 300GB to 600GB | 250GB to 4TB | 100GB to 800GB |
| Power (Idle) | 3.0W to 4.4W | 8.74W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

## Feature Comparison



| | 2.5-inch Mission Critical | 3.5-inch Mission Critical | 2.5-inch Nearline | 3.5-inch Nearline | Mainstream SSD |
|---|---|---|---|---|---|
| Product | Savvio 15K | Enterprise Performance 10K HDD | Cheetah 15K | Constellation | Enterprise Capacity 3.5 HDD / Enterprise Value HDD | Pulsar.2 |
| Best-in-Class Performance | X | X | X | X | X | |
| Capacity Leadership | | X | X | | X | X |
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | |
| 6Gb/s SAS Interface | X | X | X | X | X | X |
| 4Gb/s FC Interface | | X | X | | | |
| 6Gb/s SATA Interface | | | | X | X | X |
| Best-in-Class Power Usage | | X | | X | X | |
| PowerChoice™ Optimized Idle Power Settings | | X | | X | X | |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X |
| FIPS 140-2 SED[2,3] | X | X | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes, and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] Warranty terms may vary based on country. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070413

ENTERPRISE STORAGE

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[5]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST900MM0026[7] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[1,4] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[7] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[7] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[7] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[1,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[7] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[7] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[1,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[7] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[7] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[1,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300805FC | 4Gb/s FC | 64MB |

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

## Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[7] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[1,3] | 6Gb/s SAS | 64MB |
| 140GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 140GB | ST9146753SS[7] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[1,3] | 6Gb/s SAS | 64MB |
| 140GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 140GB | ST9146752SS[7] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[1,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[7] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[1,3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

## Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[7] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[1,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[7] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[1,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[7] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[1,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Cert FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140-1val-all.htm.
4 FIPS 140-2 in colour. The FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp-validation.html#05.
5 Protection Information (PI) feature requires PI-compliant host or controller support.

FED_SEAG0070414

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.



### Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the SED FIPS 140-2 option.[2,3]

### Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[2] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[2,3] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[2] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[2] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0043[2] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[2] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[2] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[2] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[2] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 6Gb/s SAS | 128MB |

# Enterprise Value HDD

The Seagate Enterprise Value HDD is designed for vast amounts of unstructured data in the cloud.



### Key Advantages

- Affordable storage for 24x7 cloud data center replicated environments
- High vibration tolerance for reliable performance
- Save on power and cooling costs with the lowest 3.5-inch enterprise drive operating power.
- Advanced format logical block management
- Lower TCO with Seagate Instant Secure Erase
- Maximize your cloud storage with up to 114TB per square foot.[4]

### Best-Fit Applications

- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB[2] |
| 3TB | ST3000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB[2] |
| 2TB | ST2000NC000[2] | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB[2] |
| 1TB | ST1000NC000[2] | SATA 6Gb/s | 64MB[3] |



FED_SEAG0070415

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

### Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)² and FIPS 140-2 certified SED³ cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS² | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS²̛³ | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS² | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS²̛³ | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS² | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS²̛³ | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS² | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS²̛³ | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS² | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS²̛³ | SATA 6Gb/s | 64MB |

# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.

### Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss— ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

### Best-Fit Applications

- Tier 0, performance-hungry enterprise applications— virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering



| CAPACITY¹ | MODEL | INTERFACE | FULL DRIVE WRITES/DAY⁴ |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012² | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Can FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val-all.htm.
4 Data provided as based on firmware at 65E bytes.

FED_SEAG0070416

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



## Product Comparison

  

| | PIPELINE HD® | VIDEO 2.5 HDD | SV35 SERIES™ |
|---|---|---|---|
| Application | Mainstream CE-DVR | Small form factor CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch | 3.5-inch |
| Simultaneous HD Streams Supported | up to 16 | up to 12 | — |
| Reliability (AFR) | 0.55% | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s | 600MB/s |
| Capacity[1] | 250GB to 2TB | 250GB to 500GB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 16MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 0.66W | 3.36W to 5.4W (Idle2) |

## Feature Comparison

  

| | 3.5-Inch CE-DVR | 2.5-Inch CE-DVR | Video Surveillance |
|---|---|---|---|
| Application | Pipeline HD | Video 2.5 HDD | SV35 Series |
| SATA Interface | x | x | x |
| Low Power | x | x | |
| Quiet Acoustics | x | x | |
| Cool Operation | x | x | x |
| Sustainable Technology | x | x | |
| Best-in-Class Performance | x | x | x |
| Capacity Leadership | x | x | |
| 24×7 Operation Capable | x | x | x |
| Extremely Low Vibration | x | x | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070417

## Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages
- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|-----------|-------|-----------|-------|
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

## SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

### Key Advantages
- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications
- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|-----------|-------|-----------|-------|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

## Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.



### Key Advantages
- Virtually silent streaming performance as low as 19dB
- Built for 24x7 operation and low power consumption
- Small form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

### Best-Fit Applications
- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|-----------|-------|-----------|-------|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**
- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners**
- Complete the online form.
- Click through and accept our standard agreement.


Seagate
Partner Program

## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

**Available services include:**
- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070418





**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070419

Exhibit 26



# Storage
# Solutions
# Guide

MAY 2012 | AMER

FED_SEAG0070420

# The Best Storage Solutions Are Here

This guide offers up-to-date details and specifications for all Seagate® products. From the world's fastest, largest-capacity desktop drives to external storage solutions that allow you to access your files anytime, anywhere.



www.**seagate**.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S. or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC.
SG1351.9-1205US, May 2012

# Contents

## External Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON .................................. 2
GOFLEX® .................................................................................. 5
GOFLEX SATELLITE™ ............................................................... 6
GOFLEX FOR MAC ................................................................... 6
GOFLEX TURBO ....................................................................... 7
GOFLEX PRO FOR MAC .......................................................... 7
GOFLEX SLIM ........................................................................... 8
GOFLEX SLIM FOR MAC .......................................................... 8
GOFLEX DESK .......................................................................... 9
GOFLEX DESK FOR MAC ......................................................... 9
GOFLEX HOME ......................................................................... 10
EXPANSION™ EXTERNAL ........................................................ 11
EXPANSION PORTABLE ........................................................... 11
BLACKARMOR NAS 440/400 ................................................... 12
BLACKARMOR NAS 220 ........................................................... 13

## Internal Storage Solutions

AT-A-GLANCE PRODUCT COMPARISON .................................. 14

### DESKTOP

DESKTOP PRODUCTS MATRIX .................................................. 17
BARRACUDA® ........................................................................... 18
BARRACUDA 3.5-INCH INTERNAL ............................................ 19

### LAPTOP

LAPTOP PRODUCTS MATRIX .................................................... 21
MOMENTUS® XT ...................................................................... 22
MOMENTUS ............................................................................... 23
MOMENTUS THIN ..................................................................... 24
MOMENTUS 2.5-INCH INTERNAL ............................................ 24

### ENTERPRISE

ENTERPRISE PRODUCTS MATRIX ............................................ 27
SAVVIO® 10K ............................................................................ 28
SAVVIO 15K ............................................................................... 29
CHEETAH® 15K ......................................................................... 29
CHEETAH NS ............................................................................ 30
CONSTELLATION® ES.2 ........................................................... 30
CONSTELLATION ES ................................................................. 31
CONSTELLATION.2™ ................................................................ 32
PULSAR® XT.2 .......................................................................... 33
PULSAR.2 .................................................................................. 33

### VIDEO STORAGE

VIDEO STORAGE PRODUCTS MATRIX ...................................... 35
PIPELINE HD® .......................................................................... 36
SV35 SERIES™ ......................................................................... 36

PARTNER RESOURCES AND BENEFITS ................................... 37
SERVICE AND SUPPORT .......................................................... 37

FED_SEAG0070421

# External Storage
## At-a-Glance Product Comparison



| | GOFLEX® | | | | | | | | EXPANSION™ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | GoFlex | GoFlex for Mac | GoFlex Turbo | GoFlex Pro for Mac | GoFlex Slim | GoFlex Slim for Mac | GoFlex Desk | GoFlex Desk for Mac | Expansion External | Expansion Portable |
| **PERFECT FOR** | Compact storage on the go | | | | Sleek, high-performance storage | Sleek, high-performance storage | Satisfying high-capacity cravings | | Plug-and-play add-on desktop storage | |
| **DESCRIPTION** | These ultra-portable, ultra-upgradable drives make it easy to store and protect all your files, automatically and continuously. PC or Mac. | | | | A sleek, anodized design with 7200-RPM performance, this is the slimmest portable hard drive. PC or Mac. | A sleek design and Time Machine compatibility, this is the slimmest high-performance portable hard drive. PC or Mac. | Store and protect all your photos, music, videos and documents with this powerful, high-capacity desktop storage solution. PC or Mac. | | Instant add-on storage for your ever-growing collection of files lets you free space on your internal drive. PC or Mac. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 7 | Page 7 | Page 8 | Page 8 | Page 9 | Page 9 | Page 11 | Page 11 |




| | GOFLEX | |
|---|---|---|
| **Wireless Mobile** | | GoFlex Satellite™ |
| **PERFECT FOR** | Wireless storage for your tablet | |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | |
| **LEARN MORE** | Page 6 | |



| | GOFLEX | BLACKARMOR® | | |
|---|---|---|---|---|
| | GoFlex Home | BlackArmor NAS 440 | BlackArmor NAS 400 | BlackArmor NAS 220 |
| **PERFECT FOR** | Wireless centralized home storage | Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| **DESCRIPTION** | This network storage system supports the external storage needs of every computer in your home. PC or Mac. | A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| **LEARN MORE** | Page 10 | Page 12 | Page 12 | Page 13 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## GoFlex®

The GoFlex ultra-portable drive makes it easy to store and protect all your files, automatically and continuously.

### Key Advantages

- Plug-and-play interface
- Preloaded backup software with encryption
- USB 3.0, FireWire 800 or powered eSATA for fast transfers
- Access and share files from anywhere.
- View your movies and photos on your TV.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Carry files while on the go.
- Access files with both PC and Mac computers.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5TB | STAA1500100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAA1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAA1000101 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAA1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STAA1000104 | USB 3.0 | ○ Silver | PC, Mac |
| 750GB | STAA750100 | USB 2.0 | ● Black | PC, Mac |
| 750GB | STAA750101 | USB 2.0 | ● Black | PC, Mac |
| 500GB | STAA500105 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STAA500106 | USB 3.0 | ○ Silver | PC, Mac |
| 500GB | STAA500107 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STAA500108 | USB 3.0 | ● Red | PC, Mac |
| 500GB | STAA500100 | USB 2.0 | ● Black | PC, Mac |
| 500GB | STAA500101 | USB 2.0 | ○ Silver | PC, Mac |
| 500GB | STAA500102 | USB 2.0 | ● Blue | PC, Mac |
| 500GB | STAA500103 | USB 2.0 | ● Red | PC, Mac |
| 320GB | STAA320100 | USB 2.0 | ● Black | PC, Mac |
| 320GB | STAA320101 | USB 2.0 | ○ Silver | PC, Mac |
| PRODUCT DIMENSIONS (1.5TB, 1TB, 750GB) | 4.71-in L x 3.51-in W x 0.87-in D  (120mm x 89mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.33-in L x 3.27-in W x 0.59-in D  (110mm x 83mm x 15mm) | | | |
| PRODUCT DIMENSIONS (1.5TB, 1TB, 750GB) | 5.20-in L x 1.73-in W x 6.54-in D  (132mm x 44mm x 166mm) | | | |



¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
² U.S. model numbers shown.

FED_SEAG0070423

Case 3:16-cv-00523-JCS    Document 152-3    Filed 01/05/18    Page 889 of 927

# GoFlex Satellite™

With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.



### Key Advantages
- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life[3]

### Best-Fit Applications
- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

# GoFlex® Turbo

The GoFlex Turbo drive bundles high performance with extra data protection.



### Key Advantages
- SafetyNet Data Recovery Services offer additional data protection if the drive fails for any reason.
- USB 3.0 connectivity delivers up to 10x faster transfer speeds than USB 2.0 and backward compatibility.
- Preloaded with automatic backup and encryption software
- Works with both PC and Mac computers

### Best-Fit Applications
- Store or back up photos, movies, music, documents.
- Read, write and share files between PC and Mac.
- Carry files with you on-the-go.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 750GB | STAD750103 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STAD500103 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.33-in L x 3.27-in W x 0.5-in D (110mm x 83mm x 13mm) | | | |
| PRODUCT DIMENSIONS (with Adapter) | 4.92-in L x 3.27-in W x 0.5-in D (125mm x 83mm x 13mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 6.54-in W x 1.73-in D (132mm x 166mm x 44mm) | | | |

# GoFlex® for Mac

The GoFlex for Mac ultra-portable drive makes it ultra-easy to store, back up and retrieve files on-the-go from your Mac computer.



### Key Advantages
- Delivers plug-and-play connectivity with FireWire 800 or USB 2.0
- Time Machine software compatibility
- Makes it easy for you to upgrade to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC.

### Best-Fit Applications
- Read, write and share files between Mac and PC computers.
- Carry files while on-the-go.
- Store files or back up using Time Machine.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5TB | STBA1500100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| 1TB | STBA1000100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| 500GB | STBA5010 | USB 2.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS (1.5TB, 1TB) | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.39-in L x 3.19-in W x 0.57-in D (111mm x 63mm x 14mm) | | | |
| PACKAGE DIMENSIONS | 6.1-in L x 1.73-in W x 4.69-in D (170mm x 45mm x 160mm) | | | |

# GoFlex® Pro for Mac

The GoFlex Pro for Mac ultra-portable drive gives you the flexibility you need to extend your digital life wherever you go.

### Key Advantages
- High-performance 7200-RPM drive
- FireWire 800 or USB 2.0 plug-and-play
- Compatible with Time Machine software
- Upgradable to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC computers

### Best-Fit Applications
- Store files or back up using Time Machine.
- Read, write and share files between Mac and PC.
- Carry files with you on-the-go.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 750GB | STBP750100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| 500GB | STBB500100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.46-in W x 0.86-in D (120mm x 88mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 5.63-in L x 6.3-in W x 2.17-in D (143mm x 160mm x 53mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown
[3] Exact battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0070424

# GoFlex® Slim

The ultra-cool GoFlex Slim performance drive delivers ultra-fast, ultra-portable on-the-go storage.



### Key Advantages

- Features a sleek, ultra-thin anodized design
- Delivers USB 3.0 connectivity and performance
- Includes preloaded premium backup software with encryption and synchronization
- Works with both Mac and PC computers

### Best-Fit Applications

- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.
- Help keep files safe and secure.

| CAPACITY† | KIT NUMBER‡ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBE500100 | USB 3.0 | ● Black | PC, Mac |
| 320GB | STBE320100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# GoFlex® Slim for Mac

The GoFlex Slim for Mac performance drive has a sleek, ultra-thin enclosure and is Time Machine-ready.



### Key Advantages

- Sleek, ultra-thin anodized design
- Compatible with Time Machine software
- USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers.

### Best-Fit Applications

- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.

| CAPACITY† | KIT NUMBER‡ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBL500100 | USB 2.0 | ● Black | PC, Mac |
| 320GB | STBL320100 | USB 2.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# GoFlex® Desk

The GoFlex Desk external drive delivers high-capacity storage and automatic, continuous backup and encryption with its preloaded software.



### Key Advantages

- Plug-and-play interface
- Preloaded premium backup software with encryption
- USB 2.0 or USB 3.0 adapter with capacity gauge display
- Upgrade to a faster interface with a GoFlex desk adapter.
- Offers both vertical and horizontal drive orientation

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Access files with both PC and Mac computers.

| CAPACITY† | KIT NUMBER‡ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STAC4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STAC3000100 | USB 2.0 | ● Black | PC, Mac |
| 3TB | STAC3000102 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STAC2000100 | USB 2.0 | ● Black | PC, Mac |
| 2TB | STAC2000106 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAC1000100 | USB 2.0 | ● Black | PC, Mac |
| 1TB | STAC1000103 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# GoFlex® Desk for Mac

The GoFlex Desk for Mac delivers high-capacity storage and Time Machine compatibility for your Mac computer.

### Key Advantages

- FireWire 800 or USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers
- Upgradable to USB 3.0
- FireWire 800/USB 2.0 desktop adapter with capacity gauge display
- Both vertical and horizontal drive orientation

### Best-Fit Applications

- Back up using Time Machine software.
- Read, write and share files between Mac and PC.
- Take advantage of faster FireWire 800 interface.
- Expand storage capacity.

| CAPACITY† | KIT NUMBER‡ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBC4000100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| 3TB | STBC3000100 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| 2TB | STBC2000101 | FireWire 800/ USB 2.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158 x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
‡ U.S. model numbers shown.

FED_SEAG0070425

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.



### Key Advantages

• Connects to your WiFi router
• Simple setup in just minutes
• Automatic and continuous backup
• Easily update storage capacity or plug in external drives—no tools required.

### Best-Fit Applications

• Back up multiple home PC and Mac computers.
• Store files in a central location.
• Access files from computers and mobile devices over the Internet.
• Stream media to game consoles and media players.
• Share a USB printer with all computers in the home.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | ● Black | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |

# Expansion™ External

Expansion External desktop drives provide instant add-on storage for your ever-growing collection of files.



### Key Advantages

• Plug-and-play, no software to install
• Simply drag and drop to save files.
• Built-in power management ensures energy-efficient operation

### Best-Fit Applications

• Instantly add more storage space to your computer.
• Free space on your internal hard drive to increase computer performance.
• Consolidate all your files to a single location.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAY3000102 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STAY2000102 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAY1000102 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.96-in W x 1.57-in H x 8.15-in D (125.98mm x 39.88mm x 207.08mm) | | | |
| PACKAGE DIMENSIONS | 9.69-in W x 8.62-in H x 3.07-in D (246.12mm x 218.95mm x 77.97mm) | | | |

# Expansion™ Portable

Expansion Portable add-on storage lets you free space on your internal drive and take large files on the go.



### Key Advantages

• Plug-and-play, no software to install
• Simply drag and drop to save files.
• USB powered
• Built-in power management ensures energy-efficient operation

### Best-Fit Applications

• Instantly add more storage space to your computer.
• Take large files with you when you travel.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5TB | STAX1500102 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STAX1000102 | USB 3.0 | ● Black | PC, Mac |
| 750GB | STAX750102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STAX500102 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS (1.5TB, 1TB) | 3.31-in W x 1.06-in H x 5.97-in D (84.07mm x 26.92mm x 151.64mm) | | | |
| PRODUCT DIMENSIONS (750GB, 500GB) | 3.15-in W x 0.69-in H x 5.38-in D (80.01mm x 17.60mm x 136.65mm) | | | |
| PACKAGE DIMENSIONS | 5.20-in W x 1.73-in D x 6.54-in L (132.08mm x 43.94mm x 166.12mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

FED_SEAG0070426



# BlackArmor® NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations[3]
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 12TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | ST38000SSHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST34000SSHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| — | STAR401 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs

## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown.
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

FED_SEAG0070427

# Internal Storage
## At-a-Glance Product Comparison



| 3.5-inch | DESKTOP | ENTERPRISE | ENTERPRISE | ENTERPRISE | ENTERPRISE | VIDEO STORAGE | VIDEO STORAGE |
|---|---|---|---|---|---|---|---|
| | Barracuda® | Cheetah® 15K | Constellation® ES.2 | Constellation ES | Cheetah NS | SV35 Series™ | Pipeline® HD |
| BUSINESS NEED | Mainstream | Performance | Mainstream | Mainstream | Low Power | Surveillance | DVR |
| USE THIS DRIVE FOR | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Mainstream data requiring high capacity, low power and high availability | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, purpose-built storage is required for video streaming applications |
| ENCRYPTION MODELS AVAILABLE | | X | X | X | | | |
| LEARN MORE | Page 18 | Page 29 | Page 30 | Page 31 | Page 30 | Page 36 | Page 36 |



| 2.5-inch | LAPTOP | LAPTOP | LAPTOP | ENTERPRISE | ENTERPRISE | ENTERPRISE | ENTERPRISE SSD | ENTERPRISE SSD |
|---|---|---|---|---|---|---|---|---|
| | Momentus® XT | Momentus | Momentus Thin | Savvio® 15K | Savvio 10K | Constellation.2™ | Pulsar® XT.2 | Pulsar.2™ |
| BUSINESS NEED | Performance | Mainstream | Thin (7mm z-ht.) | Performance | Mainstream | Low Power | Performance | Mainstream |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Demanding data centers requiring ultra-high performance and the highest levels of data integrity and drive endurance | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| ENCRYPTION MODELS AVAILABLE | | X | X | X | X | X | X | X |
| LEARN MORE | Page 22 | Page 23 | Page 24 | Page 29 | Page 28 | Page 32 | Page 33 | Page 33 |

FED_SEAG0070428

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



## Product Comparison

  

|  | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) |  | 3.36W to 7.37W |

## Feature Comparison

 

|  | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance |  | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X |  |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 7[2] | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit https://www.microsoft.com/en-us/windows7/compatibility/windows-7/en-us/Search.aspx?type=Hardware&a=Seagate

FED_SEAG0070429

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



## Key Advantages
- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# Barracuda® 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



## Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY† | KIT NUMBER† | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST3500841AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.86-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

† One gigabyte, or 1GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
‡ U.S. model numbers shown

FED_SEAG0070430

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



## Product Comparison

    

|  | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% to 0.50% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 750GB | 500GB to 750GB | 160GB to 750GB | 160GB and 300GB |
| Interface | SATA 3Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 0.5W to 0.81W | 0.48% to 0.66% |

## Feature Comparison

   

|  | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics | | | X | X |
| Lowest Power | | | X | X |
| Self-Encrypting Drive | | | X | X |
| Drop Sensor Options | | | X | |
| Solid State Hybrid | X | X | | |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?Type=Hardware&s=Seagate



FED_SEAG0070431

# Momentus® XT

## Experience the FAST Factor™ Advantage

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages

- Boots and performs like an SSD[7]
- Up to 3x faster than a traditional HDD[7]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.



### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[6] are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS[5] | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS[3,5] | SATA 3Gb/s | 16MB |
| 160GB | ST9160412AS | SATA 3Gb/s | 16MB |
| 160GB | ST160LT016[3,4] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750423AS[3] | SATA 3Gb/s | 16MB |
| 640GB | ST9640320AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG[5] | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS[5] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS[5] | SATA 3Gb/s | 8MB |
| 160GB | ST9160314AS | SATA 3Gb/s | 8MB |
| 160GB | ST160LT015[3,4] | SATA 3Gb/s | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Drive with G-Force Protection™ feature.
[3] Advanced Format (4K) drive with SmartAlign™ technology; enables intelligent transitioning.
[4] 7mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
[5] Self-Encrypting Drive model.
[6] Our FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[7] Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB (SSHD).

FED_SEAG0070432

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[1,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[1,3] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT007 | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT003 | SATA 3Gb/s | 16MB |

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[5] | RPM | INTERFACE |
|---|---|---|---|
| 750GB | ST907503N1A1AS-RK | 7200 | SATA 3Gb/s |
| 640GB | ST906403N1A1AS-RK | 5400 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 320GB | ST903203N3A1AS-RK | 7200 | SATA 3Gb/s |
| 320GB | ST903203N1A2AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.html.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown.

FED_SEAG0070433

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.

## Product Comparison



| | SAVVIO® | CHEETAH® | CONSTELLATION® | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance and Mainstream | High Capacity and Low Power | Mainstream and Performance SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM and 10K RPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 0.73% | 0.44% |
| Capacity[1] | 146GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| Power (Idle) | 3.5W to 4.4W | 5.6W to 11.66W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

## Feature Comparison



| | 2.5-Inch Mission Critical | | 3.5-Inch Mission Critical | | 2.5-Inch Nearline | 3.5-Inch Nearline | Performance SSD | Mainstream SSD |
|---|---|---|---|---|---|---|---|---|
| Product | Savvio 15K | Savvio 10K | Cheetah 15K | Cheetah NS | Constellation | Constellation ES | Pulsar XT.2 | Pulsar.2 |
| Best-in-Class Performance | X | | X | | | X | X | |
| Capacity Leadership | | X | X | X | | X | | X |
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | | |
| 6Gb/s SAS Interface | X | X | X | X | | X | X | X |
| 4Gb/s FC Interface | | X | X | X | | | | |
| 6Gb/s SATA Interface | | | | | X | X | | X |
| Best-in-Class Power Usage | | X | | | X | X | | |
| PowerChoice™ Optimized Idle Power Settings | | X | | | X | X | | |
| Self-Encrypting Drive (SED)[2] | X | X | X | | X | X | X | X |
| FIPS 140-2 SED[2,0] | X | X | X | | | X | X | |





¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² Self-Encrypting Drive models may require TCG-compliant host or controller support.
³ See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.html.
⁴ Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070434

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[1] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[1] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[1,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[1] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[1,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[1,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 6Gb/s SAS | 64MB |

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

### Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[1,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[1] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[1,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[1] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[1,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[1] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[1,3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

### Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[1] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[1,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[1] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[1,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[1] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[1,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] Protection Information (PI) feature requires PI-compliant host or controller support.

FED_SEAG0070435

# Cheetah® NS

The Seagate Cheetah NS drive delivers the lowest-power, highest-reliability combination for 3.5-inch Tier 1 solutions.



### Key Advantages

- Highest-capacity Tier 1 drive (600GB)
- Highest LFF reliability rating in the industry, with a 0.55% annualized failure rate (AFR)
- Seagate PowerTrim technology dynamically reduces power usage.

### Best-Fit Applications

- Mainstream enterprise applications
- Business and transaction processing
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600002SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600002FC | 4Gb/s FC | 16MB |
| 450GB | ST3450802SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450802FC | 4Gb/s FC | 16MB |
| 300GB | ST3300602FC | 4Gb/s FC | 16MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.



### Key Advantages

- Enterprise nearline drive designed for 24x7 operation
- Best-in-class rotational vibration tolerance
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[1] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[1,2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[1] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[1,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[1] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[1,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[1] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[1,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[1] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[1,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[1] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[1,2] | 6Gb/s SAS | 64MB |

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.



### Key Advantages

- Highest-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[1] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[1,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[1] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[1,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[1] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[1,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[1] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[1,3] | 6Gb/s SAS | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm

FED_SEAG0070436

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |

# Pulsar® XT.2

The Seagate Pulsar XT.2 SSD delivers the highest levels of performance, data integrity and drive endurance for the most demanding environments.



## Key Advantages

- Consistent high performance for complex, I/O intensive, mixed workload enterprise environments
- Fastest random write performance available in a small form factor, SAS-based SSD
- Ultra-high endurance (supports over 35 full drive writes/day)
- Advanced media-management technology helps protect against unexpected data change or loss
- Self-Encrypting Drive (SED)[2] option (400GB only)

## Best-Fit Applications

- Tier 0, external storage arrays
- Performance-hungry, write-intensive enterprise applications
- Blade servers, general servers and direct-attached storage
- Enterprise architectures that use auto-tiering solutions

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 400GB | ST400FX0002 | 6Gb/s SAS | 35 |
| 400GB | ST400FX0012[2] | 6Gb/s SAS | 35 |
| 200GB | ST200FX0002 | 6Gb/s SAS | 35 |
| 100GB | ST100FX0002 | 6Gb/s SAS | 35 |

# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.

## Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss— ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

## Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] Data provided in based on format at 512 bytes.

FED_SEAG0070437

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



## Product Comparison

 

|  | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W |

## Feature Comparison

 

|  | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x |  |
| Quiet Acoustics | x |  |
| Cool Operation | x | x |
| Sustainable Technology | x |  |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x |  |
| 24×7 Operation Capable | x | x |
| Extremely Low Vibration | x |  |

[1]One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals trillion bytes when referring to drive capacity.

FED_SEAG0070438

# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages

- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM002 | SATA 3Gb/s | 64MB |
| 1.5TB | ST1500VM002 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**

- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/partners**

- Complete the online form.
- Click through and accept our standard agreement.

# Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

**Available services include:**

- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit services.seagate.com

For Seagate OEM and Distribution partner portal, visit www.seagate.com/partners

For Seagate reseller portal, visit www.seagate.com/partners

¹One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070439



**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070440

Exhibit 27



# Storage
# Solutions
# Guide

JULY 2012 | AMER



FED_SEAG0070441



# Save your social life.

Protect your online photos and more with **Backup Plus** drives.

www.**seagate**.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.10-1207US, July 2012

# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ..........................2
BACKUP PLUS PORTABLE ...........................................5
BACKUP PLUS PORTABLE FOR MAC ............................6
BACKUP PLUS DESKTOP ............................................6
BACKUP PLUS DESKTOP FOR MAC .............................7
SLIM PORTABLE .......................................................7
SLIM PORTABLE FOR MAC .........................................8
EXPANSION™ PORTABLE ...........................................8
EXPANSION DESKTOP ...............................................9
GOFLEX SATELLITE™ ................................................9
GOFLEX® FOR MAC .................................................10
GOFLEX PRO FOR MAC ............................................10
GOFLEX SLIM FOR MAC...........................................11
GOFLEX HOME ......................................................11
BLACKARMOR® NAS 440/400 ...................................12
BLACKARMOR NAS 220 ...........................................13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ........................14
DESKTOP
DESKTOP PRODUCTS MATRIX ...................................17
BARRACUDA® .........................................................18
BARRACUDA 3.5-INCH INTERNAL ..............................19
LAPTOP
LAPTOP PRODUCTS MATRIX......................................21
MOMENTUS® XT .....................................................22
MOMENTUS ...........................................................23
MOMENTUS THIN ...................................................24
MOMENTUS 2.5-INCH INTERNAL................................24
ENTERPRISE
ENTERPRISE PRODUCTS MATRIX ...............................27
SAVVIO® 10K .........................................................28
SAVVIO 15K............................................................29
CHEETAH® 15K .......................................................29
CHEETAH NS ..........................................................30
CONSTELLATION® ES.2..............................................30
CONSTELLATION ES .................................................31
CONSTELLATION.2™ ................................................32
PULSAR® XT.2 ........................................................33
PULSAR.2 ..............................................................33
VIDEO STORAGE
VIDEO STORGE PRODUCTS MATRIX............................35
PIPELINE HD®.........................................................36
SV35 SERIES™ ........................................................36

PARTNER RESOURCES AND BENEFITS .........................37
SERVICE AND SUPPORT ...........................................37

FED_SEAG0070442

# External Storage

## At-a-Glance Product Comparison



| | **BACKUP PLUS** | | | | **SLIM** | | **EXPANSION™** | | **GOFLEX®** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus Desktop | Backup Plus Desktop for Mac | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop | GoFlex for Mac | GoFlex Pro for Mac | GoFlex Slim for Mac |
| PERFECT FOR | Protecting and sharing digital memories | | Keeping your digital life safe and sound | | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | | Compact storage on-the-go | | Sleek, high-performance storage |
| DESCRIPTION | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | | These ultra-portable, ultra-upgradable drives make it easy to store and protect all your files, automatically and continuously. PC or Mac. | | A sleek design and Time Machine compatibility, no high-performance portable hard drive is slimmer. PC or Mac. |
| LEARN MORE | Page 5 | Page 6 | Page 6 | Page 7 | Page 7 | Page 8 | Page 8 | Page 9 | Page 10 | Page 10 | Page 11 |



| | **GOFLEX** | | **GOFLEX** | **BLACKARMOR®** | | |
|---|---|---|---|---|---|---|
| | GoFlex Satellite™ | | GoFlex Home | BlackArmor NAS 440 | BlackArmor NAS 400 | BlackArmor NAS 220 |
| PERFECT FOR | Wireless storage for your tablet | | Wireless centralized home storage | Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| DESCRIPTION | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | | This network storage system supports the external storage needs of every computer in your home. PC or Mac. | A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| LEARN MORE | Page 9 | | Page 11 | Page 12 | Page 12 | Page 13 |

Wireless Mobile — Network Attached

Direct Attached/ Portable

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | Red | PC, Mac |
| 750GB | STBU750000 | USB 3.0 | Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |



¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² U.S. model numbers shown.

FED_SEAG0070444

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

## Key Advantages
- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

## Best-Fit Applications
- Store or back up photos, movies, music documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000100 | USB 2.0 | Silver/White | Mac, PC |
| 500GB | STBW500100 | USB 2.0 | Silver/White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

## Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 4TB capacity for a lifetime of memories

## Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000100 | FireWire 800/USB 2.0 | Black/Silver | Mac, PC |
| 3TB | STCB3000100 | FireWire 800/USB 2.0 | Black/Silver | Mac, PC |
| 2TB | STCB2000100 | FireWire 800/USB 2.0 | Black/Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

## Key Advantages
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

## Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim Portable

The Seagate Slim portable drive is our thinnest, sleekest way yet to back up the things that are important to you.

## Key Advantages
- World's slimmest portable external hard drive
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500100 | USB 3.0 | Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
LED, model numbers shown.

FED_SEAG0070445

Case 3:16-cv-00523-JCS    Document 152-3    Filed 01/05/18    Page 912 of 927

# Slim Portable for Mac

The Seagate Slim portable drive for Mac combines our thinnest, sleekest form factor in a Time Machine-ready drive.

### Key Advantages
- World's slimmest portable external hard drive
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500100 | USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

# Expansion™ Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages
- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

# Expansion™ Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

### Key Advantages
- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# GoFlex Satellite™

With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages
- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life[3]

### Best-Fit Applications
- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

FED_SEAG0070446

# GoFlex® for Mac

The GoFlex for Mac ultra-portable drive makes it ultra-easy to store, back up and retrieve files on-the-go from your Mac computer.

### Key Advantages

- Delivers plug-and-play connectivity with FireWire 800 or USB 2.0
- Time Machine software compatibility
- Makes it easy for you to upgrade to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC.

### Best-Fit Applications

- Read, write and share files between Mac and PC computers.
- Carry files while on-the-go.
- Store files or back up using Time Machine.



| CAPACITY | KIT NUMBER† | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5TB | STBA1500100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 1TB | STBA1000100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 500GB | STBA500100 | FireWire 800/ USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS (1.5TB, 1TB) | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.39-in L x 3.19-in W x 0.57-in D (111mm x 83mm x 14mm) | | | |
| PACKAGE DIMENSIONS | 6.1-in L x 1.73-in W x 4.69-in D (170mm x 45mm x 160mm) | | | |

# GoFlex® Slim for Mac

The GoFlex Slim for Mac performance drive has a sleek, ultra-thin enclosure and is Time Machine-ready.

### Key Advantages

- Sleek, ultra-thin anodized design
- Compatible with Time Machine software
- USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers.

### Best-Fit Applications

- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.

| CAPACITY† | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBL500100 | USB 2.0 | ● Black | Mac, PC |
| 320GB | STBL320100 | USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# GoFlex® Pro for Mac

The GoFlex Pro for Mac ultra-portable drive gives you the flexibility you need to extend your digital life wherever you go.

### Key Advantages

- High-performance 7200-RPM drive
- FireWire 800 or USB 2.0 plug-and-play
- Compatible with Time Machine software
- Upgradable to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC computers

### Best-Fit Applications

- Store files or back up using Time Machine.
- Read, write and share files between Mac and PC.
- Carry files with you on-the-go.



| CAPACITY | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 750GB | STBB750100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 500GB | STBB500100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.72-in L x 3.46-in W x 0.86-in D (120mm x 88mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 5.63-in L x 6.3-in W x 2.17-in D (143mm x 160mm x 53mm) | | | |

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

### Best-Fit Applications

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.



| CAPACITY† | KIT NUMBER³ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | ● Black | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² U.S. model numbers shown

FED_SEAG0070447

# BlackArmor® NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations



## Key Advantages
- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations[3]
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications
- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 12TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | ST380005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| --- | STAR401 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs



## Key Advantages
- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications
- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown.
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

FED_SEAG0070448

# Internal Storage

## At-a-Glance Product Comparison



| 3.5-inch | DESKTOP | ENTERPRISE | | ENTERPRISE | | VIDEO STORAGE | |
|---|---|---|---|---|---|---|---|
| | Barracuda® | Cheetah® 15K | Constellation® ES.2 | Constellation ES | Cheetah NS | SV35 Series™ | Pipeline® HD |
| BUSINESS NEED | Mainstream | Performance | Mainstream | Mainstream | Low Power | Surveillance | DVR |
| USE THIS DRIVE FOR | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Mainstream data requiring high capacity, low power and high availability | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| ENCRYPTION MODELS AVAILABLE | | X | X | X | | | |
| LEARN MORE | Page 18 | Page 29 | Page 30 | Page 31 | Page 30 | Page 36 | Page 36 |



| 2.5-inch | LAPTOP | | | ENTERPRISE | | | ENTERPRISE SSD | |
|---|---|---|---|---|---|---|---|---|
| | Momentus® XT | Momentus | Momentus Thin | Savvio® 15K | Savvio 10K | Constellation.2™ | Pulsar® XT.2 | Pulsar.2™ |
| BUSINESS NEED | Performance | Mainstream | Thin (7mm z-ht.) | Performance | Mainstream | Low Power | Performance | Mainstream |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Demanding data centers requiring ultra-high performance and the highest levels of data integrity and drive endurance | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| ENCRYPTION MODELS AVAILABLE | | X | X | X | X | X | X | X |
| LEARN MORE | Page 22 | Page 23 | Page 24 | Page 29 | Page 28 | Page 32 | Page 33 | Page 33 |

FED_SEAG0070449

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



## Product Comparison

  

| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) | | 3.36W to 7.37W |

## Feature Comparison

 

| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance | | X |
| Capacity Leadership | X | |
| Quiet Acoustics | X | |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 7[2] | X | X |

¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² For a complete list of Seagate products that are compatible with Windows 7, visit http://www.microsoft.com/windows7/compatibility/windows-7/en-us/search.aspx?type=Hardware&s=Seagate

FED_SEAG0070450

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.

## Key Advantages
- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# Barracuda® 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

## Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| CAPACITY¹ | KIT NUMBER² | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
² All model numbers shown.

FED_SEAG0070451

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



## Product Comparison

    

| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% to 0.50% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 750GB | 500GB to 750GB | 160GB to 750GB | 160GB and 300GB |
| Interface | SATA 3Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 0.5W to 0.81W | 0.48% to 0.66% |

## Feature Comparison

   

| | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics | | | X | X |
| Lowest Power | | | X | X |
| Self-Encrypting Drive | | | X | X |
| Drop Sensor Options | | | X | |
| Solid State Hybrid | X | X | | |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit http://www.microsoft.com/windows7/compatibility/windows-7-en-us/Search.aspx?type=Hardware&c=Seagate.

# Momentus® XT

## Experience the FAST Factor™ Advantage

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages

- Boots and performs like an SSD[7]
- Up to 3x faster than a traditional HDD[7]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.



### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS[3] | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS[3] | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG[3] | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS[3] | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS[3,5] | SATA 3Gb/s | 16MB |
| 160GB | ST9160412AS | SATA 3Gb/s | 16MB |
| 160GB | ST160LT016[3,4] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750423AS[2] | SATA 3Gb/s | 16MB |
| 640GB | ST9640320AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG[2] | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS[3] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS[3] | SATA 3Gb/s | 8MB |
| 160GB | ST9160314AS | SATA 3Gb/s | 8MB |
| 160GB | ST160LT015[3,4] | SATA 3Gb/s | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Drive with G-Force Protection™ feature.
[3] Advanced Format (AF) drive with "SmartAlign™" technology enables straightforward transition.
[4] 7 mm z-height extended to 9.5mm enables compatibility with standard laptop chassis.
[5] Self-Encrypting Drive model.
[6] Full FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[7] Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB (SSHD).

FED_SEAG0070453

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[1,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[1,3] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT007 | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[1,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[1,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT003 | SATA 3Gb/s | 16MB |

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[2] | RPM | INTERFACE |
|---|---|---|---|
| 1 TB | STBD1000100 | 5400 | SATA 3Gb/s |
| 750GB | ST907503N1A1AS-RK | 7200 | SATA 3Gb/s |
| 640GB | ST906403N1A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 320GB | ST903203N3A1AS-RK | 7200 | SATA 3Gb/s |
| 320GB | ST903203N1A2AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 6Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require BIOS-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown.

FED_SEAG0070454

ENTERPRISE STORAGE

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.

## Product Comparison



| | SAVVIO® | CHEETAH® | CONSTELLATION® | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance and Mainstream | High Capacity and Low Power | Mainstream and Performance SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM and 10K RPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 0.73% | 0.44% |
| Capacity[1] | 146GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| Power (Idle) | 3.5W to 4.4W | 5.6W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

## Feature Comparison



| Product | 2.5-inch Mission Critical | 3.5-inch Mission Critical | 2.5-inch Nearline | 3.5-inch Nearline | Performance SSD | Mainstream SSD |
|---|---|---|---|---|---|---|
| | Savvio 15K | Savvio 10K | Cheetah 15K | Cheetah NS | Constellation | Constellation ES | Pulsar XT.2 | Pulsar.2 |
| Best-in-Class Performance | X | | X | | X | | X | |
| Capacity Leadership | | X | X | X | | X | | X |
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | | |
| 6Gb/s SAS Interface | X | X | X | X | X | X | X | X |
| 4Gb/s FC Interface | | X | X | X | | | | |
| 6Gb/s SATA Interface | | | | | X | X | X | X |
| Best-in-Class Power Usage | | X | | X | | X | | X |
| PowerChoice™ Optimized Idle Power Settings | | X | | X | | X | | X |
| Self-Encrypting Drive (SED)[2] | X | X | X | | X | X | X | X |
| FIPS 140-2 SED[2,0] | X | X | X | | X | X | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140val-all.html.
4 Warranty term may vary based on usage. Contact your Seagate sales representative for warranty terms and conditions.

FED_SEAG0070455

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.



### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[1] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[1,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[1] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[1,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[1] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[1,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[1,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 6Gb/s SAS | 64MB |

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

### Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[1] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[1,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[1] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[1,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[1] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[1,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[1] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[1,3] | 6Gb/s SAS | 16MB |



# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

### Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[1] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[1,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[1] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[1,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[1] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[1,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] Protection Information (PI) feature requires PI-compliant host or controller support.

FED_SEAG0070456

# Cheetah® NS

The Seagate Cheetah NS drive delivers the lowest-power, highest-reliability combination for 3.5-inch Tier 1 solutions.

### Key Advantages

- Highest-capacity Tier 1 drive (600GB)
- Highest LFF reliability rating in the industry, with a 0.55% annualized failure rate (AFR)
- Seagate PowerTrim technology dynamically reduces power usage.

### Best-Fit Applications

- Mainstream enterprise applications
- Business and transaction processing
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600002SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600002FC | 4Gb/s FC | 16MB |
| 450GB | ST3450802SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450802FC | 4Gb/s FC | 16MB |
| 300GB | ST3300602FC | 4Gb/s FC | 16MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.

### Key Advantages

- Enterprise nearline drive designed for 24x7 operation
- Best-in-class rotational vibration tolerance
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[2] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[2] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[2] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[2] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[2,3] | 6Gb/s SAS | 64MB |

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.

### Key Advantages

- Highest-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[2] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[2,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[2] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[2,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[2] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[2] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[2,3] | 6Gb/s SAS | 64MB |

One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG unrestrained hosts or controller support.
[3] See FIPS 140-2 Level 2 certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140val-all.htm

FED_SEAG0070457

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

## Key Advantages
- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications
- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing



| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[1] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[1,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[1] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[1,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[1] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[1,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[1] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[1,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[1] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[1,3] | SATA 6Gb/s | 64MB |

# Pulsar® XT.2

The Seagate Pulsar XT.2 SSD delivers the highest levels of performance, data integrity and drive endurance for the most demanding environments.

## Key Advantages
- Consistent high performance for complex, I/O intensive, mixed workload enterprise environments
- Fastest random write performance available in a small form factor, SAS-based SSD
- Ultra-high endurance (supports over 35 full drive writes/day)
- Advanced media-management technology helps protect against unexpected data change or loss
- Self-Encrypting Drive (SED)[2] option (400GB only)

## Best-Fit Applications
- Tier 0, external storage arrays
- Performance-hungry, write-intensive enterprise applications
- Blade servers, general servers and direct-attached storage
- Enterprise architectures that use auto-tiering solutions



| CAPACITY | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[3] |
|---|---|---|---|
| 400GB | ST400FX0002 | 6Gb/s SAS | 35 |
| 400GB | ST400FX0012[2] | 6Gb/s SAS | 35 |
| 200GB | ST200FX0002 | 6Gb/s SAS | 35 |
| 100GB | ST100FX0002 | 6Gb/s SAS | 35 |

# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.

## Key Advantages
- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

## Best-Fit Applications
- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[3] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG unrestricted host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.
[4] Data provided in based on format as 512 bytes.

FED_SEAG0070458

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



## Product Comparison

 

| | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W |

## Feature Comparison

 

| | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x | |
| Quiet Acoustics | x | |
| Cool Operation | x | x |
| Sustainable Technology | x | |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x | |
| 24×7 Operation Capable | x | x |
| Extremely Low Vibration | x | |

¹One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0070459

# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages
- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM003 | SATA 3Gb/s | 64MB |
| 1.5TB | ST1500VM002 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages
- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications
- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY† | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**
- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/partners**
- Complete the online form.
- Click through and accept our standard agreement.

## Service and Support

For information regarding products and services, visit
www.seagate.com/about/contact-us/technical-support

**Available services include:**
- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit
www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit
services.seagate.com

For Seagate OEM and Distribution partner portal, visit
www.seagate.com/partners

For Seagate reseller portal, visit
www.seagate.com/partners

FED_SEAG0070460



**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

FED_SEAG0070461