SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              rodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>**Date:** March 30, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |
|---|---|

On January 5, 2018, Defendant Seagate Technology LLC filed the following declarations in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification: Liên Payne (ECF Nos 152-1, 151-11, 151-13, 151-15, and 151-17), Glen Almgren (ECF Nos 152-4, 150-5), Patrick Dewey (ECF Nos. 152-5, 150-7), Harrie Netel (ECF Nos. 152-7, 150-9), Don Adams (ECF Nos. 152-8, 150-3), and Itamar Simonson (ECF Nos. 152-9, 150-11). These declarations, or their supporting exhibits, included redactions indicating the portions of the documents sought to be sealed by Seagate. *See* ECF Nos. 150, 152. However, due to an issue with the redacting software, the filed versions were editable by parties downloading the documents from ECF.

Upon realizing this glitch, counsel for Seagate contacted the Court's courtroom deputy, Karen Hom, on Thursday, January 11, 2018, and requested that Ms. Hom restrict access to the above-listed documents. Pursuant to Seagate's request, Ms. Hom did restrict such access.

Seagate is concurrently filing a corrected Administrative Motion to File Under Seal with properly redacted exhibits, as well as corrected Declarations of Liên Payne, Glen Almgren, Patrick Dewey, Harrie Netel, Don Adams, and Itamar Simonson. These documents are substantively unchanged from those filed on January 5, 2018; they merely render the redactions unalterable.

Seagate respectfully requests that this Court order access to ECF Nos. 150, 151, and 152-1, 152-4, 152-5, 152-7, 152-8, and 152-9 permanently restricted, and that only the corrected versions of these documents be accessible to the public and used by the Court and parties.

Dated: January 12, 2018

By  */s/ Joy O. Siu*
NEIL A.F. POPOVIĆ
ANNA S. McLEAN
TENAYA RODEWALD
LIÊN H. PAYNE
JOY O. SIU

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC