1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   JOY O. SIU, Cal. Bar No. 307610
5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone:    415.434.9100
   Facsimile:    415.434.3947
7  Email:        npopovic@sheppardmullin.com
                 amclean@sheppardmullin.com
8                trodewald@sheppardmullin.com
                 lpayne@sheppardmullin.com
9                jsiu@sheppardmullin.com

10 Attorneys for Defendant,
   SEAGATE TECHNOLOGY LLC

11

12                  UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 3:16-cv-00523-JCS |
| 16 | **DECLARATION OF PATRICK DEWEY IN SUPPORT OF SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 17  CONSOLIDATED ACTION | |
| 18 | **Date:**   March 30, 2018 |
| 19 | **Time:**   9:30 a.m. |
| 20 | **Place:**  Courtroom G<br>**Judge:**  Hon. Joseph C. Spero |
| 21 | |
| 22 | Second Consolidated Amended Complaint filed:  July 11, 2016 |

23

24            **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

25

26

27

28

                                                              3:16-cv-00523-JCS
   SMRH:485048860.6   DEWEY DECL. ISO SEAGATE'S  OPPOSITION TO MOTION FOR CLASS CERTIFICATION

<u>DECLARATION OF PATRICK DEWEY</u>

I, Patrick Dewey, declare as follows:

1.      I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      I received a B.S. in Electrical Engineering from the University of Nebraska in 1980.

3.      I have worked as an engineer in the hard drive industry for over 37 years.  For much of that time, I have been responsible for the design, development and transfer to mass production of hard disk drive products.  I have also worked as a reliability and failure analysis engineer.  I began working at a company called Control Data Corporation, where I worked from 1973 to 1975 (before college) and again during the end and after college.  At Control Data Corporation I worked on test equipment maintenance and repair, and as I got my, degree I moved into quality engineering.  From 1981 to 1982 I worked as a reliability engineer for Brown Disc Manufacturing.  As a reliability engineer, I was responsible for testing our hard disk drive products and ensuring that they met its specifications before shipment.  From 1982 to 1985 I worked as a failure analysis engineer for MiniScribe determining the causes and corrective actions for hard disk drives that did not pass testing.  From 1985 to 1992, I worked at Maxtor, as an engineer developing disk drives and managing a team of engineers that developed disk drives.  In 1992 I joined Conner Peripherals.  At Conner, I was the lead of a design group, meaning I was the Program manager, managing the development of new hard drives.  In 1996, Conner was acquired by Seagate in Technology LLC ("Seagate") and I joined Seagate at that time, continuing my role managing the development of hard disk drives, at Seagate's Colorado facility.  I then worked for a time in advanced drive development, in which I examined and determined the existing capabilities and new technologies that would have to be used to be able to build new (advanced) hard drives.  Then for 4-5 years, I was a core team lead, meaning I managed teams that would design and develop a drive, launch it, and then transfer it into mass production.  For a time, I was a super core team lead, meaning I managed all other core team leaders.  In 2008 I again became a core team lead and have had that position ever since.  I was core team lead for the Grenada hard drives, including the Grenada Classic, Grenada BP and Grenada BP2, in which role I oversaw the design, development and transfer to mass production of these

-1-                                3:16-cv-00523-JCS

1    drives.  The team I managed oversaw the reliability testing for the Grenada drives and was

2    responsible for corrective actions required.  I prepared many of the documents that Hospodor cites

3    in his declaration, including the shipping approval (qualification) documents for the Grenada Classic

4    SBS release, Grenada Classic disty/OEM release, Grenada BP SBS release, Grenada BP disty/OEM

5    release, and Grenada BP2 release.

6          4.      I have reviewed the declaration of Andrew Hospodor ("Hospodor") filed in support

7    of Plaintiffs' Motion for Class Certification.  Hospodor reviewed internal Seagate documents and

8    stated opinions he claims are based on those documents.  However, as explained below, many of

9    Hospodor's statements regarding the development, reliability testing, functioning and failure of hard

10   drives (and of the Grenada drives) misinterpret Seagate documents and are clearly erroneous.

11   **A.    Background on Seagate Drive Development**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[1] All Exhibit numbers refer to the exhibits to the Declaration of Liên Payne.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-6-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   crashes) and claim that they are all related.  They are not.

21

22

23

24

25

26

27

28

3:16-cv-00523-JCS
SMRH:485048860.6      DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6   DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6     DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6
DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



**Figure 1 (Ex. 3 [FED_SEAG0026867] at 26881.)**

16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6      DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10     I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

12     Executed on this 4 day of January, 2018, at Longmont, Colorado.

13

14

15                                   Patrick Dewey

16

17

18

19

20

21

22

23

24

25

26

27

28

3:16-cv-00523-JCS