# EXHIBIT 2
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]



# Grenada SAD Approval 10/18/11

Grenada Core Team

Seagate Technology



**Seagate**

HIGHLY CONFIDENTIAL

FED_SEAG0026839

# Grenada SAD Approval Request

Grenada Core Team is presenting the following package for your approval for SAD release of the full family of Grenada drives utilizing only the BP4.5 22A HGA's. We present this request with only the exception of a potential material shortfall if Alphana 1D MBA WIP does not get requalified. Requalification in progress with cleanliness actions by the vendor and new PWM frequency, expected timeout 10/24 (risk decision)-10/31.

If you have any questions or concerns please contact Pat Dewey or a member of the Grenada Core Team.

Go Grenada!

Confidential

Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0026840

# Grenada Configuration

SAD Configuration:
- SAD Firmware - GR75.AW01AD.CCD4 and Servo 8B or greater (GR75.AW01AD.CCD4 and Servo 8B)
- Material: Customer base
  - PCO12.6 or greater
  - RHO: BP4.5 with 22A DLC
  - No Compart hook-ups, component not visible to the customers
  - No external bath processed HSA's, process not visible to the customers
  - Media: G5B or greater; No RMO Sputter SV615, SV616, until re-qual
  - Motor: Nidec, Alphana 2D & 3D, 1D after re-qualification
  - PreAmp: LSI, TI
  - Servo: McKinley XL ST, TI
  - DDR2: Winbound, Hynix, Samsung, Elite, Nanya
  - Material from the config plan
  - Korat, Wuxi, Suzhou

© Seagate Confidential

3



HIGHLY CONFIDENTIAL

# SLAM Milestone Assessment

| 7. Pilot | | Product: | | Grenada | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Report Date: | | 10/13/2011 | | | | | |
| **Functional Organization** | **Deliverables** | **Criteria** | **Last Update** | **Current Status** | **Risk** | **Owner** | **Closure Date** | **Comments/Actions** | |
| **1. Milestone Criteria** | 168-Hr DPPM Goal Achieved | <5K DPPM | 10/14/2011 | NA | Low Risk | Glen D Almgren | | | |
| | All contract items are within variance and projected to remain so | | 10/13/2011 | Achieved | Low Risk | | | Reviewed with SMT 20 Sept, slide 27⊐ Contract variances are:⊐ 1. Drive budget 45K over budget⊐ 2. CTU declare date projected to 12 Oct 2011 +150days⊐ 3. Gen2 declare was 18 Mar 2011 +90days | |
| | Complexity Health Index - Does not deviate from Phase 0 Contract | A. CH Index Score = 90 against budget of 296 B. CC Budget = 80, forcast 54 | 04/21/2011 | Achieved | Low Risk | John Mortellaro | | complete | |
| | Component sources defined on the SSP approved to AML level AB. Exceptions have defined/underpinned closure plans. Qualified Sources can support Master Schedule Requirements. | Need Alphana qualified for 1D MBS. Alphana DQ'ed due to skip write failures in RDT3 | 10/17/2011 | Potential shortfall to current MBS for 1D MBA! | Med Risk | Bob Kolanda/Mike Kepler | | 800K MBA's of 1D Alphana available contigent on requal effort in progress. Risk decision on 10/24 and 10/31. Retesting with CA's in progress 10/17. | |
| | Exceptions to previous Phase Review closed | | 03/04/2011 | Not Posted | No Risk Assigned | | | | |
| | Factory Prime Yields meet Phase 0 goal ⊐ | Actual = 73% 1D, 59% 2D, 56% 3D, Goal 65% 1D | 10/14/2011 | Achieved | Low Risk | Kevin Stenvall | | | |
| | Firmware/Compatibility Testing Complete⊐ - All High Risk items fix validated. | | 10/14/2011 | Achieved | Low Risk | Matt Sadafi | | | |
| | Gen 2/3 Product Assurance and Factory Testing Complete ⊐ - All High Risk items fix validated. | | 10/14/2011 | Achieved | Low Risk | Glen D Almgren | | | |
| | Integration DPPM Goal Achieved | Requirement 2k. Achieved 1.43k | 10/14/2011 | Achieved | Low Risk | Glen D Almgren | | | |
| | Inventory / Material Disposition⊐ - Complete roll-up of all Factory and DC pre-SAD config inventory/WIP/FG and Disposition | | 10/03/2011 | Achieved | Low Risk | Bob Kolanda | | | |
| | MTBF Goal Achieved | SAD = 250K, Actual = 248K | 10/14/2011 | Achieved | Low Risk | Glen D Almgren | | **MTBF Goal expected to meet 250K and 1K hours RDT3 10/17!** | |
| | Process Readiness Audit and Process Verification Test Results approved by the Volume Factory and Design Center.⊐ - Includes QA Hardware/Software Readiness⊐ - Includes Rework Qualification | | 04/27/2011 | Achieved | Low Risk | Kevin Stenvall | | | |
| | Product Stewardship Declaration of Complance at a minimum of 95% completed. | | 04/22/2011 | Achieved | Low Risk | Bob Kolanda | | | |
| | SLAM Deliverables completed and entered into ADD/DD database. | | 10/14/2011 | In Progress | Low Risk | Pat Dewey | 10/17/2011 | MTBF | |

© Seagate Confidential



**Seagate**

HIGHLY CONFIDENTIAL   FED_SEAG0026842

# Grenada SAD Request

**Product Name:  Grenada**                    **Approval Date: October 18 , 2011**

**Design Center:  LCO**              **Goal: Authorizes Shipments of all configurations**

**Volume Factory:  Korat, Wuxi, Suzhou**              **Configuration:750G, 1TB, 1.5TB, 2.0TB, 2.5TB, 3.0TB SATA**

Design Center Approval:

| Pat Dewey | Brent VanDerVliet | Frank Murphy | Mike Kepler |
|---|---|---|---|
| Pat Dewey | Brent VanDerVliet | Frank Murphy | Mike Kepler |
| Core Team Lead | Exec Dir Prd Eng | Dir Bell | Exec Dir Materials |

| Geoff Gobeild for TM | Mike Foye | Val LaRoche | Kian Faiz Chong |
|---|---|---|---|
| Tom Major (sczng) | Mike Foye | Val LaRoche | Kian Faiz Chong |
| SVP, PEM | Ex Dir, TCM | Sr. Dir Finance | VP Mfg |

Jeff Mason
Jeff Mason
VP Design Engineering

Executives Approval for CTU & S&D:

| Andy Davis | John Gried |
|---|---|
| Andy Davis | John Gried |
| SVP , LCO Design Engineering | SVP, Customer Advocacy |



© Seagate Confidential



HIGHLY CONFIDENTIAL                    FED_SEAG0026843

**Grenada RDT 3/4**

Updated: 10/17/11 12:00 AM

| | | |
|---|---|---|
| AFR (1st year Weibull) | 2.621% | From all fails Weibull MLE |
| MTBF (1st year Weibull) | 90371.8 | |
| Minimum AFR: | 0.039% | From zero fail Weibull @ 50% CL |
| Total Number of Failures | 47 | |
| AFR for 1 failure | 0.055% | AFR decrease per failure @ 100% fix effectiveness |

| | | |
|---|---|---|
| 1360 | QTY_TESTED | |
| 2400 | POH/Year | |
| 0.63955018 | Weibull Beta | |
| 953 | Average Test Hours | |

| Issue | Corrective Action | Fix Validation | # of Failures | % Fail | Eff. Factors Demo'd | Eff. Factors Potential | Reduced AFR Demo'd | Reduced AFR Potential | PFL/TTF |
|---|---|---|---|---|---|---|---|---|---|
| SPPL-110: Skip Write Due to Contamination on Alphana-1D Configuration | SSO For Alphana 1Disk Configuration in place on 9/20 | 1D / Alphana SSO in place in the factory on 9/19 | 18 | 0.989% | 100% | 100% | 1.687% | 1.687% | PFL-2232/334,PFL-2234/623,PFL-2226/332,PFL-2305/639,PFL-2086/64,PFL-2096/160,PFL-2209/639,PFL-2114/434,PFL-2199/419,PFL-2064/10,PFL-2060/268,PFL-2034/189,PFL-2193/321,PFL-2157/553,PFL-2170/293,PFL-2092/373,PFL-2091/94, PFL-2324/736 |
| SPPL-108: 20kHz Loop Instability due to Incorrect SNO & TAN | 3 Code Fixes Planned: 1. TAN Improvements. 2. SNO Picks in the process 3. Broad notch between 18-22 | Validation in process on 10 failures. | 10 | 0.549% | 100% | 100% | 2.126% | 2.126% | PFL-2202/88,PFL-2081/245,PFL-2033/141,PFL-2057/190,PFL-2096/172,PFL-2024/74,PFL-2026/112,PFL-2014/10,PFL-2055/63,PFL-2309/918 |
| SPPL-111: Degraded Head - RDT 3,4,5 | 3 of 4 Deg Heads have TA interraction. TA/Defect reduction plan in process with RMO. PFL2074: Combination Spec for TA Count + P_AFH_DH_BURNISH_CHECK - PCO 16.1 on ww1 | | 5 | 0.275% | 0% | 40% | 2.621% | 2.511% | PFL-2314/187,PFL-2205/464,PFL-2074/245,PFL-2058/242,PFL-2195/577 |
| SPPL-113: Particle Induced Media Damage | Improved General Cleanliness Actions and MQM change for Bode shake as part of particle sweep in CRT2 on 6 Head only. | | 3 | 0.165% | 0% | 20% | 2.621% | 2.588% | PFL-2127/412,PFL-2197/590,PFL-2002/73 |
| SPPL-117: Skip Write - RDT 3/4/5 | Skip Write Detect sensitivity adjustment. ww14 for testing. One skip write easily caught with a negative burnish spec in cert. Discussing implementation. Particle Improvements for contamination related skip write | | 3 | 0.165% | 0% | 40% | 2.621% | 2.555% | PFL-2256/754,PFL-2159/535,PFL-2190/645 |
| Modulation | FA In Process | | 1 | 0.055% | 0% | 0% | 2.560% | 2.566% | PFL-2322/755,PFL-2321/736 |
| SPPL-116: SWOT - RDT 3/4/5 | Servo code xx8C | | 2 | 0.110% | 0% | 80% | 2.621% | 2.533% | PFL-2061/176,PFL-2140/438 |
| SPPL-105: Weak Write - Process Escape with PCO13 Not Reporting Data | Fix for PCO13 not reporting all heads in the IOSC2 Weak Write screen | Validated fix is in PCO 12.4 | 1 | 0.055% | 100% | 100% | 2.566% | 2.566% | PFL-1956/0 |
| SPPL-109: Head Instability due to Interaction with FAFH Tracks | Remove FAFH Tracks in PCO 12.4 | Drive Passed Retest. Head will go to FHO for further FA | 1 | 0.055% | 40% | 40% | 2.599% | 2.599% | PFL-1999/31 |
| SPPL-114: IOEDC due to incorrect VBM Index | New 'bread crumb' code developed to dump out ECC fields. Have not performed board swap piece (Winbond DRAM) Customer data not lost Drive is retesting with debug co | | 1 | 0.055% | 0% | 0% | 2.621% | 2.621% | PFL-2070/31 |
| SPPL-118: Seek Timeout due to incorrect ACFF coeff during Single to Dual Stage Transition | Servo code xx8B that blends the integrator value when transitioning from Single to Dual stage. | Validation on failures from RDT3/4/5 | 1 | 0.055% | 90% | 100% | 2.571% | 2.566% | PFL-2150/259 |
| SPPL-119: Weak Write - RDT 3,4,5 | VBAR by HMS Phase 4 | | 1 | 0.055% | 0% | 40% | 2.621% | 2.599% | PFL-2137/452 |
| **Total Number of Fails** | | | **47** | | **Reduced AFR :** | | **0.95%** | **0.63%** | |
| | | | | | **Corresponding MTBF :** | | **251K** | **378K** | |

**Confidential**

Page 6


Seagate

HIGHLY CONFIDENTIAL

# DPPM Update

## Grenada ODT Dppm

| Sample Date | WW1201 | WW1202 | WW1203 | WW1204 | WW1205 | WW1206 | WW1207 | WW1208 | WW1209 | WW1210 | WW1211 | WW1212 | WW1213 | WW1214 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qty Tested (Combined) | 2841 | 4985 | 9563 | 3045 | 5459 | 4021 | 5063 | 5280 | 4354 | 2515 | 1751 | 2127 | 204 | 3596 |
| No. of Failures | 7 | 7 | 19 | 12 | 23 | 5 | 16 | 15 | 11 | 2 | 5 | 3 | 0 | 10 |
| Weekly DPPM | 2464 | 1404 | 1987 | 3941 | 4213 | 1243 | 3160 | 2841 | 2526 | 795 | 2856 | 1410 | 0 | 2781 |
| 4 Week MAV DPPM | 3262 | 2939 | 2332 | 2202 | 2646 | 2671 | 3184 | 2976 | 2511 | 2556 | 2374 | 1954 | 1516 | 2344 |

## Grenada ODT Dppm exclude Seek timeout from PCO12.4

| Sample Date | WW1201 | WW1202 | WW1203 | WW1204 | WW1205 | WW1206 | WW1207 | WW1208 | WW1209 | WW1210 | WW1211 | WW1212 | WW1213 | WW1214 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qty Tested (Combined) | 2841 | 4985 | 9563 | 3045 | 5459 | 4021 | 5063 | 5280 | 4354 | 2515 | 1751 | 2127 | 204 | 3596 |
| No. of Failures | 7 | 7 | 19 | 12 | 23 | 5 | 16 | 15 | 11 | 2 | 5 | 3 | 0 | 3 |
| Weekly DPPM | 2464 | 1404 | 1987 | 3941 | 4213 | 1243 | 3160 | 2841 | 2526 | 795 | 2856 | 1410 | 0 | 834 |
| 4 Week MAV DPPM | 3262 | 2939 | 2332 | 2202 | 2646 | 2671 | 3184 | 2976 | 2511 | 2556 | 2374 | 1954 | 1516 | 1433 |

Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0026845



# Back up



# ODT DPPM improvement from PCO 9.8

| Failure mode | Number of failures/ DPPM | Improvement plan. | PCO | Champion | Prior | FW13 | FW14 | FW15 | FW16 | FW17 | FW18 | FW19 | FW20 | FW21 | FW22 | FW23 | FW24 | FW25 | FW26 | FW27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Modulation | 5 / 465 | | | Sandeep | | | | | | | | | | | | | | | | |
| | | 1) Post process Skip write detect. Retry if modulation present | PCO12.4 | | | FW10 | | | | | | | | | | | | | | |
| | | 2) 20Khz fixes SNO and TAN fix | PCO 14.1 | | 418 | | | | | | | | | | | | | | | |
| Weak Write | 3/ 279 | | | Krishnan | | | | | | | | | | | | | | | | |
| | | 1) New HGA spec | | | | FW12/ 25 | | | | | | | | | | | | | | |
| | | 2) New triplets | PCO 12.4+ | | | FW10 /20 | | | | | | | | | | | | | | |
| | | 3) VBH4 with settling spec | PCO14.1+ | | 209 | | | | | | | | | | | | | | | |
| Skip Write | 2/186 | | | | | | | | | | | | | | | | | | | |
| | | 1) Remove Alphana 1D | | Core team | 30 | | | | | | | | | | | | | | | |
| | | 2)  Moving the calibration to after ZAP in FNC2 may help a little | PCO14.1+ | Koldewyn | 33 | | | | | | | | | | | | | | | |
| | | 3)  Increasing the sensitivity since the last calibration change to prevent throughput issues lost some.... | | Koldewyn | 30 | | | | | | | | | | | | | | | |
| SWOT | 2 / 186 | | | David Olivero | 0 | | | | | | | | | | | | | | | |
| | | Mechanical: SWOT sensor on PCCA | | | | | | | | | | | | | | | | | | |
| | | External: revisit Shock sensor sensitivity | | | | | | | | | | | | | | | | | | |
| NTF | 2 / 186 | | | | 0 | | | | | | | | | | | | | | | |
| Erasure | 2 / 186 | | | | | | | | | | | | | | | | | | | |
| | | Particle Improvement | | Scott Diets | 9 | 9 | 9 | 9 | 9 | | | | 9 | | 9 | | | | | 9 |
| NMD | 1 / 93 | | | | | | | | | | | | | | | | | | | |
| | | 1) Particle improvement plan | | Scott Diets | 10 | 10 | 10 | 10 | 10 | | | | 10 | | 10 | | | | | 10 |
| | | 2) Particle sweep on 50% of 6-hdrs | PCO14.2 | Scott Diets | | | | | | | | | | | | | | | | |
| | | 3) UDR (need improvement measurement, GIO script) | | Glen A. | | | | | | | | | | | | | | | | |
| EAW | 1 / 93 | | | Krishnan | 0 | | | | | | | | | | | | | | | |
| | | New Spec | PCO 16 | | | | | | | | | | 93 | | | | | | | |
| Sync Defect | 1 / 93 | | | Kelvin Mow | 0 | | | | | | | | | | | | | | | |
| | | Underinvestigation | TBD | | | | | | | | | | | | | | | | | |
| RAM Miscompa | 1 / 93 | | | | 0 | | | | | | | | | | | | | | | |
| | | Underinvestigation | TBD | | | | | | | | | | | | | | | | | |
| Others | 1 / 93 | | | | 0 | | | | | | | | | | | | | | | |
| Total DPPM | 1954 | | | | | 1720 | 1215 | 1205 | 1195 | 1185 | 1166 | 1073 | | 1054 | | 1035 | | | | | 1016 |

- EAW  Spec change should catch this Failure, implementation date PCO 16.X  6 Wks out
- Sync_PLL Defect is being looked at By Kelvin Mao.  TBD
- IOEDC: Board swap and retest with miss compare Beat-up. Try the IOEDC code.  ECD FW14



HIGHLY CONFIDENTIAL   FED_SEAG0026847





HIGHLY CONFIDENTIAL                                    FED_SEAG0026848

| Grenada RDT 3/4 | | | | | | | | Updated: 10/17/11 12:00 AM | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AFR (1st year Weibull) | 2.621% | From all fails Weibull MLE | | | | | 1360 | QTY_TESTED | |
| MTBF (1st year Weibull) | 90371.8 | | | | | | | | |
| Minimum AFR: | 0.039% | From zero fail Weibull @ 50% CL | | | | | 2400 | POH/Year | |
| Total Number of Failures | 47 | | | | | | 0.63955018 | Weibull Beta | |
| AFR for 1 failure | 0.055% | AFR decrease per failure @ 100% fix effectiveness | | | | | 953 | Average Test Hours | |

| Issue | Corrective Action | Fix Validation | # of Failures | % Fail | Eff. Factors | | Reduced AFR | | PFL/TTF |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Demo'd | Potential | Demo'd | Potential | |
| SPPL-110: Skip Write Due to Contamination on Alphana-1D Configuration | SSO For Alphana 1Disk Configuration in place on 9/20 | 1D / Alphana SSO in place in the factory on 9/19 | 18 | 0.989% | 100% | 100% | 1.687% | 1.687% | PFL-2232/339,PFL-2231/623,PFL-2224/332,PFL-2305/600,PFL-2006/64,PFL-2016/160,PFL-2201/669,PFL-2116/424,PFL-2199/410,PFL-2064/99,PFL-2066/263,PFL-2034/169,PFL-2193/321,PFL-2157/653,PFL-2170/293,PFL-2092/377,PFL-2091/94,PFL-2321/736 |
| SPPL-108: 20kHz Loop Instability due to Incorrect SNO & TAN | 3 Code Fixes Planned:<br>1. TAN Improvements.<br>2. SNO Picks in the process<br>3. Broad notch between 18-22 | Validation in process on 10 failures. | 10 | 0.549% | 100% | 100% | 2.126% | 2.126% | PFL-2002/80,PFL-2001/245,PFL-2037/141,PFL-2057/190,PFL-2056/172,PFL-2024/74,PFL-2026/112,PFL-2014/00,PFL-2015/43,PFL-2309/410 |
| SPPL-111: Degraded Head - RDT 3,4,5 | 3 of 4 Deg Heads have TA interraction. TA/Defect reduction plan in process with RMO. PFL2074: Combination Spec for TA Count + P_AFH_DH_BURNISH_CHECK - PCO 16.1 on ww1 | Cutin for TA Spec & Delta Burnish in PCO 16.2 | 5 | 0.275% | 15% | 40% | 2.580% | 2.511% | PFL-2314/007,PFL-2205/466,PFL-2074/265,PFL-2050/242,PFL-2195/577 |
| SPPL-113: Particle Induced Media Damage | Improved General Cleanliness Actions and MQM change for Bode shake as part of particle sweep in CRT2 on 6 Head only. | | 3 | 0.165% | 0% | 20% | 2.621% | 2.588% | PFL-2127/412,PFL-2197/590,PFL-2002/73 |
| SPPL-117: Skip Write - RDT 3/4/5 | Skip Write Detect sensitivity adjustment. ww14 for testing.<br>One skip write easily caught with a negative burnish spec in cert. Discussing implementation.<br>Particle Improvements for contamination related skip write | Cutin for SWD sensitivity adjustment - PCO 16.2 | 3 | 0.165% | 15% | 40% | 2.596% | 2.555% | PFL-2256/756,PFL-2156/535,PFL-2190/645 |
| Modulation | FA In Process | | 1 | 0.055% | 50% | 50% | 2.566% | 2.566% | PFL-2322/755,PFL-2321/736 |
| SPPL-116: SWOT - RDT 3/4/5 | Servo code ww8C | | 2 | 0.110% | 0% | 80% | 2.621% | 2.533% | PFL-2061/174,PFL-2140/430 |
| SPPL-105: Weak Write - Process Escape with PCO13 Not Reporting Data | Fix for PCO13 not reporting all heads in the IOSC2 Weak Write screen | Validated fix is in PCO 12.4 | 1 | 0.055% | 100% | 100% | 2.566% | 2.566% | PFL-1956/0 |
| SPPL-109: Head Instability due to Interaction with FAFH Tracks | Remove FAFH Tracks in PCO 12.4 | Drive Passed Retest. Head will go to RHO for further FA | 1 | 0.055% | 40% | 40% | 2.599% | 2.599% | PFL-1999/31 |
| SPPL-114: IOEDC due to incorrect VBM Index | New 'bread crumb' code developed to dump out ECC fields.<br>Have not performed board swap piece (Winbond DRAM)<br>Customer data not lost | | 1 | 0.055% | 0% | 0% | 2.621% | 2.621% | PFL-2070/31 |
| SPPL-118: Seek Timeout due to incorrect ACFF coeff during Single to Dual Stage Transition | Servo code ww8B that blends the integrator value when transitioning from Single to Dual stage. | Validation on failures from RDT3/4/5 | 1 | 0.055% | 90% | 100% | 2.571% | 2.566% | PFL-2150/259 |
| SPPL-119: Weak Write - RDT 3,4,5 | VBAR by HMS Phase 4 | VBAR/HMS Phase 4 - PCO16.2 | 1 | 0.055% | 40% | 40% | 2.599% | 2.599% | PFL-2137/452 |
| | | Total Number of Fails | 47 | | | Reduced AFR : | 0.87% | 0.63% | |
| | | | | | | Corresponding MTBF : | 275K | 378K | |

**Confidential**

HIGHLY CONFIDENTIAL



Seagate

FED_SEAG0026849



# Grenada Materials
# SAD Risk

October 03, 2011
Bob Kolanda



HIGHLY CONFIDENTIAL

# Materials Risk Items for Distri SAD

## 1D Alphana MBA /  ID Skip Write

Alphana 1D MBA is on stop build due to ID skip writes seen in RDT3. Currently 10 failures, TTF ranges from ~60hrs to 550hrs.

Alphana Re qual activity based on higher amounts of hydrocarbons v Nidec resulting in a new cleaning process. Included is an improved VMI screening process @ the hub level

Drive build 10/07 (WW14), ECD risk approval WW18 earliest.

Supply at risk beginning WW19 based on latest Factory outlook. Team working with Nidec to provide demand coverage through calendar year end. Current gap is motor sub components, continuing to work with Nidec for improvement

## Risk to proceed high based on current supply outlook and no actual root cause determination

## Compart  Re qual – SSO for 13.6khz issues seen in RDT2

### 3D Supply shortfall beginning FQ3'11

3D re qual build completed, yielded 166 v 225 required for qual bed. Not a Compart  related failure

Top off builds and retest of failures underway

Pending results of the testing above, an RDT type qual would be staged to support a qual by mid December

**1D and 2D qual -** Completion estimated for Early January'12. No supply shortfall estimated as we are dual sourced on those models with Belton and FEL

Page 13

© Seagate
Confidential

Seagate

# Materials Risk Items for Distri SAD

**EC11225 3D failure (CRRO) – Disc Spacer**

4 leg DOE Completed. Results indicate little difference in yield between standard incoming and "no ding" screened. However, there is ~ 3% difference between Dufu and Global. Global being the better of the two

Dufu has been placed on stop build with Grenada pending discovery and resolution of the disparity. There is no supply shortfall based on Factory planner analysis of moving Dufu to Bogart and Muskie.

 Next Steps include Root cause determination, improved VMI  spec possibilities and  mechanical change to edge radius

- **Note:** Evaluation is underway with Muskie at this time to determine any impact with Dufu. Results could influence overall supply picture

  - **Moderate Risk based on current inventory position**

  - **TI Preamp – 4ch and 6ch qualification for Mass Pro**

  - Qual in progress (RDT4). ECD qual timeout WW14

  - Currently 2 SWOT failures in the Bed under root cause investigation. Full approval gated by root cause determination

  - Supply coverage is currently 100% LSI through the end of this calendar year. Will re address supply capacity if required based on root cause

  - **Overall Recommendation** - Proceed to SAD and continue to expedite Re Qual activities on Critical items listed. Monitor supply outlook on Alphana and Compart  through Qual.

© Seagate Confidential



HIGHLY CONFIDENTIAL

FED_SEAG0026852

**Grenada 1D MBA Q2**

| WORK WEEK / DATE | EOH | 14 / 1-Oct | 15 / 8-Oct | 16 / 15-Oct | 17 / 22-Oct | 18 / 29-Oct | 19 / 5-Nov | 20 / 12-Nov | 21 / 19-Nov | 22 / 26-Nov | 23 / 3-Dec | 24 / 10-Dec | 25 / 17-Dec | 26 / 24-Dec | Q2 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL INSERTION | | 6129 | 0 | 0 | 138269 | 202504 | 232536 | 280644 | 102438 | 201264 | 153821 | 147325 | 128479 | 109961 | 17033690 |
| Nidec RAF Commit 9/16 | | 0 | 0 | 0 | 40000 | 40000 | 40000 | 40000 | 40000 | 40000 | 40000 | 40000 | 40000 | 20000 | 380000 |
| Nidec NCC Commit 9/16 | | 7000 | 7000 | 7000 | 42000 | 42000 | 42000 | 42000 | 35000 | 35000 | 35000 | 70000 | 70000 | 35000 | 469000 |
| Alphana Commit 9/12 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Commit | | 7000 | 7000 | 7000 | 82000 | 82000 | 82000 | 82000 | 75000 | 75000 | 75000 | 110000 | 110000 | 55000 | 849000 |
| BOH (HUB only) | 231790 | 232661 | 239661 | 246661 | 190392 | 69888 | -80648 | -279292 | -306730 | -432994 | -511815 | -549140 | -567619 | -622579 | |
| Inventory Level (Days) | 264.71 | #DIV/0! | #DIV/0! | 12.49 | 6.58 | 2.10 | -2.01 | -19.09 | -10.67 | -19.70 | -24.32 | -29.92 | -36.13 | -16.92 | |

**Bacall MBA Q2**

| WORK WEEK / DATE | EOH | 14 / 1-Oct | 15 / 8-Oct | 16 / 15-Oct | 17 / 22-Oct | 18 / 29-Oct | 19 / 5-Nov | 20 / 12-Nov | 21 / 19-Nov | 22 / 26-Nov | 23 / 3-Dec | 24 / 10-Dec | 25 / 17-Dec | 26 / 24-Dec | Q2 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL INSERTION ('With drives yield) | | 14926 | 21233 | 6717 | 11195 | 9702 | 8956 | 6090 | 4263 | 7917 | 2842 | 2842 | 2111 | 23916 | 122711 |
| Nidec RAF Commit | | | | | | | | | | | | | | | 0 |
| Nidec NCC Commit | | 12000 | 18000 | 18000 | 18000 | 7000 | 7000 | 0 | 4000 | 4000 | 4000 | 4000 | 10000 | 10000 | 116000 |
| Alphana Commit | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Commit | | 12000 | 18000 | 18000 | 18000 | 7000 | 7000 | 0 | 4000 | 4000 | 4000 | 4000 | 10000 | 10000 | 116000 |
| BOH (HUB only) | 7000 | 4074 | 841 | 12124 | 18929 | 16227 | 14271 | 8181 | 7918 | 4001 | 5159 | 6317 | 14206 | 289 | |
| Inventory Level (Days) | 2.31 | 1.34 | 0.88 | 7.58 | 13.66 | 12.68 | 16.40 | 13.43 | 7.00 | 9.85 | 12.71 | 20.94 | 4.16 | 0.07 | |



Page 15

Confidential



FED_SEAG0026853

# Alphana – Retest Plan

- **Built a DOE of Alphana 1D MBA's and ST McKinley Servo ASIC**

  - **200 Control 1D Alphana MBA with JCY base deck WW47 (RDT3)**

    - **PCO12.6 and run with  current PWM 58KHz**

  - **200 Clean 1D Alphana MBA with JCY base deck**

    - **PCO 12.6 half with PWM 58KHz and half with PWM 69KHz**

  - **200 Clean 1D Alphana MBA with MMI base deck**

    - **PCO 12.6 run half with PWM 58KHz half with PWM 69KHz**

  - **69KHz PWM code in cert checkout  done looks fine**

  - **Drives testing in Suzhou 10/17 and decision pt 10/28**

  - **We now have TI version code in checkout as well.**



HIGHLY CONFIDENTIAL

# Grenada 20A Material

1) **BP4 / 20A** : This is approved for SBS only with MTBF at 127K.
- S6 (Native) : 0.7M HGAs
- S5 (BtC) : 1.1M HGAs
- HSA : 34K - 2HD , 35K - 4HD , 29K - 5HD and 38K - 6HD

2) **BP4.5 / 20A** : This is approved for SBS only. There is no specific MTBF data on this material as only an interim plan for BP4.5/22A.
- S6 (Native) : 200K HGAs
- S5 (BtC) : 140K HGAs
- HSA : 2.7K-2HD , 0.3K-4HD , 0.4K-5HD and 1.2K-6HD

3) **BP4.5 / 22A** : Under qualification for Disty. MTBF as of Sep 27 (491-hr test time) is 185K validated (245K potential).
- 500-hr check point by W13/14 and 1000-hr by W16.
- Slider cut in 22A on Sep 9.
- Under material team to review for the Disty supply ramp plan with BP4.5/22A , est Sep 29 due to Teparuk shut down.

--
-    .

HIGHLY CONFIDENTIAL

# Grenada YiP Migration

BP 4.5 22A 100% Cut In Date Change
• Sort 6 WW25, Sort 5 WW24



| | PCO12.3 BP4 20A DLC + 3D Waterfall Opti | PCO 12.4 Bug Fix | PCO16 BP4 20A DLC MassPro Candidate | PCO17.0 | BP4.5 HGA Spec Opti BTC | BP4.5 22A DLC (WW23 BTC) | BP4.5 HGA Spec Opti Native | BP4.5 22A DLC (WW17 Native) |
|---|---|---|---|---|---|---|---|---|
| | Q 7 | | | | Q 2 | | | |
| **MassPro** | WW11 | WW12 | WW17 | WW21 | WW21 | WW24 | WW24 | WW25 |
| **2H Yield Gain** | 2.9 | | 7.6 | 1.8 | | | 2.0 | 1.0 |
| **4H Yield Gain** | 4.1 | | 7.4 | 1.8 | | | 2.5 | 0.0 |
| **5H BTC Yield Gain** | 6.1 | | 8.5 | 1.1 | | | 0.0 | 0.0 |
| **6H Yield Gain** | 9.7 | | 7.9 | 1.1 | | | 3.0 | 0.5 |
| | WW11 | WW12 | WW17 | WW21 | WW21 | WW22 | WW24 | WW24 |
| **2H Yield** | 73.0 | 73.0 | 80.6 | 82.4 | 82.4 | 82.4 | 84.4 | 85.4 |
| **1TB LRP** | 82.2 | 82.4 | 83.4 | 83.4 | 83.4 | 84.0 | 84.0 | 84.9 |
| **4H Yield** | 59.1 | 59.1 | 66.5 | 68.3 | 68.3 | 68.3 | 70.8 | 70.8 |
| **2TB LRP** | 69.2 | 69.4 | 70.0 | 70.0 | 70.0 | 71.0 | 71.0 | 71.2 |
| **2TB Task** | 69.3 | 69.6 | 70.8 | 72.0 | 72.0 | 75.0 | 75.0 | 75.2 |
| **5H BTC Yield** | 65.1 | 65.1 | 73.6 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 |
| **2TB BTC LRP** | 65.7 | 65.7 | 66.7 | 66.7 | 66.7 | 73.5 | 73.5 | 73.7 |
| **2TB BTC Task** | 65.7 | 65.7 | 66.7 | 69.0 | 69.0 | 76.0 | 76.0 | 76.3 |
| **6H Yield** | 56.0 | 56.0 | 63.9 | 65.0 | 65.0 | 65.0 | 68.0 | 68.5 |
| **3TB LRP** | 54.2 | 54.5 | 54.7 | 54.7 | 54.7 | 56.0 | 56.0 | 56.2 |
| **3TB Task** | 54.2 | 54.5 | 54.7 | 54.7 | 54.7 | 60 | 60 | 60.4 |
| **Meeting Current LRP** | | | | | | | | |

## Task - Yield Goal Increase

• 2TB meets LRP WW36

• PCO 12.3 yield is baseline.
• PCO 16 target release WW14, cut in MassPro WW17.

Confidential

Seagate

HIGHLY CONFIDENTIAL



# Grenada Test Time

|  | PCO 9.8 | PCO 12.6A | PCO 16.1 | PCO 17 | PCO 18 | PCO 19 |
|---|---|---|---|---|---|---|
| Action / WW | N | 14 | 17 | 21 | 25 | 29 |
| 1TB Actual TT w/o MQM | 46.3 | 43.2 | 42.2 | | | |
| 1TB Actual TT w/MQM | 50.7 | 47.2 | 46.2 | | | |
| 1TB Actual SP | 44.2 | 38.1 | 37.9 | | | |
| 1TB Actual IP | 2.1 | 5.1 | 4.3 | | | |
| 1TB Actual IP MQM | 4.4 | 4.0 | 4.0 | | | |
| 1TB LRP IP | 1.6 | 1.6 | 1.6 | 1.6 | 1.5 | 1.5 |
| 1TB LRP SP | 38 | 38 | 38 | 38 | 36.2 | 36.2 |
| | | | | | | |
| DELTA LRP | 6.7 | 3.6 | 2.6 | | | |

|  | PCO 9.8 | PCO 12.6A | PCO 16.1 | PCO 17 | PCO 18 | PCO 19 |
|---|---|---|---|---|---|---|
| Action / WW | N | 14 | 17 | 21 | 25 | 29 |
| 2TB Actual TT w/o MQM | 82.2 | | 82.8 | | | |
| 2TB Actual TT w/MQM | 88.8 | | 90.0 | | | |
| 2TB Actual SP | 78.9 | | 77.6 | | | |
| 2TB Actual IP | 3.3 | | 5.2 | | | |
| 2TB Actual IP MQM | 6.6 | | 7.2 | | | |
| 2TB LRP IP | 2.0 | 2.0 | 2.0 | 2.0 | 1.9 | 1.9 |
| 2TB LRP SP | 73.2 | 73.2 | 73.2 | 73.2 | 69.7 | 69.7 |
| | | | | | | |
| DELTA LRP | 7.0 | | 7.6 | | | |

|  | PCO 9.8 | PCO 12.6A | PCO 16.1 | PCO 17 | PCO 18 | PCO 19 |
|---|---|---|---|---|---|---|
| Action / WW | N | 14 | 17 | 21 | 25 | 29 |
| 2TB 5HD Actual TT w/o MQM | 101.7 | 95.6 | | | | |
| 2TB Actual TT w/MQM | 108.7 | 103.0 | | | | |
| 2TB 5HD Actual SP | 97.8 | 89.4 | | | | |
| 2TB 5HD Actual IP | 3.9 | 6.2 | | | | |
| 2TB BTC Actual IP MQM | 7.0 | 7.4 | | | | |
| 2TB BTC LRP IP | 2.2 | 2.2 | 2.2 | 2.2 | 2.1 | 2.1 |
| 2TB 5HD LRP SP | 83.9 | 83.9 | 83.9 | 83.9 | 79.9 | 79.9 |
| | | | | | | |
| DELTA LRP | 15.6 | 9.5 | | | | |

|  | PCO 9.8 | PCO 12.6A | PCO 16.1 | PCO 17 | PCO 18 | PCO 19 |
|---|---|---|---|---|---|---|
| Action / WW | N | 14 | 17 | 21 | 25 | 29 |
| 3TB Actual TT w/o MQM | 132.8 | 119.1 | | | | |
| 3TB ActualTT w/MQM | 139.6 | 128.2 | | | | |
| 3TB Actual SP | 129.3 | 112.1 | | | | |
| 3TB Actual IP | 3.5 | 7.0 | | | | |
| 3TB Actual IP MQM | 6.8 | 9.1 | | | | |
| 3TB LRP IP | 2.4 | 2.4 | 2.4 | 2.4 | 2.3 | 2.3 |
| 3TB LRP SP | 108.4 | 108.4 | 108.4 | 108.4 | 103.2 | 103.2 |
| | | | | | | |
| DELTA LRP | 22.0 | 8.3 | | | | |

PCO 17 Test time Reduction will be underpinned 10/12.

Confidential

Seagate

# 4weeks ODT failure count FW1209 ~ FW1212





HIGHLY CONFIDENTIAL

FED_SEAG0026858

# Cleanliness Time line

| | Sept | | | | Oct | | | | Nov | | | | Dec | | | | | Jan | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Improvements post RDT3 | FW10 | FW11 | FW12 | FW13 | FW14 | FW15 | FW16 | FW17 | FW18 | FW19 | FW20 | FW21 | FW22 | FW23 | FW24 | FW25 | FW26 | FW27 | FW28 | FW29 | FW30 |
| Components | | | | | | | | | | | | | | | | | | | | | |
|   Slider | | | | | | | | | | | | | | | | | | | | | |
|     192 KHz post DEB Airknife | | | | | | X | X | | | | | | | | | | | | | | |
|     Post SFAVI Tooltek+No SA superheat+IPA Texwipe/HTC tray cleaning | | | | | X | | | | | | | | | | | | | | | | |
|     Auto 192 Khz. | | | X | | | | | | | | | | | | | | | | | | |
|   HGA | | | | | | | | | | | | | | | | | | | | | |
|     Pneumatic exhaust release to facility/Vacuum cleaning nozzle for FOLA/BOLA | tbd | | | | | | | | | | | | | | | | | | | | |
|     Auto cleaning for SLA pre-align gripper and mount finger | tbd | | | | | | | | | | | | | | | | | | | | |
|     Non-ABS clamping at TIC | tbd | | | | | | | | | | | | | | | | | | | | |
|   HSA  (Rapeepat) | | | | | | | | | | | | | | | | | | | | | |
|     Expandable spacer key (80% tape test) | | | | | | | | | | | | | | | | | | (planned) | | | |
|     Tolerance ring install | | | | | | X | | | | | | | | | | | | | | | |
|     HAS Workstation cleaning frequency | (implemented) | | | | | | | | | | | | | | | | | | | | |
|     Dip clean to end of process | tbd | | | | | X | | | | | | | | | | | | | | | |
|   Media | | | | | | | | | | | | | | | | | | | | | |
|     Desaru media talc.. Do we have it, Candella.. | | | | | | | | | | | | | | | | | | | | | |
|   MBA cleanliness spec | | | | | | | | | | | | | | | | | | | | | |
|     Would need new drawing, and re-quote | Olivero | | | | | | | | | | | | | | | | | | | | |
| Assembly/Factory | | | | | | | | | | | | | | | | | | | | | |
|   Parts | | | | | | | | | | | | | | | | | | | | | |
|     Clean room paper frocess!!! | | | X | | | | | | | | | | | | | | | | | | |
|     MonocastSpacer  cleaning rack | | K, S,W | | | | | | | | | X | | | | | | | | | | |
|   FOF | | | | | | | | | | | | | | | | | | | | | |
|     Pad  (spec revision/review) | | | | | | | | W,K | | | | | | | | | | | | | |
|     RT-PAD (improved detection and sample rate) | K.S. confirm Wx | | | 1D | | K,W | S | | | | | | | | | | | | | | |
|     PAD sampling rate to 1% | | | X | | | | | | | | | | | | | | | | | | |
|     Add stopper to Qcover (SST3xx and Al) (Sz and Wx in RDT3, Korat new) | | | | K,S | | | | | | | | | | | | | | | | | |
|     Weekly cleaning for RPI station (ramp rotate) | | | K | | | | | | | | | | | | | | | | | | |
|     Clover leaf. Lots of particles at disk loader (SST) | | | W | S | | | | | | | | | | K | | | | | | | |
| Design | | | | | | | | | | | | | | | | | | | | | |
|   header connector cover | | | | | | | | | | | | | | | | | | | | | |
| Test Process | | | | | | | | | | | | | | | | | | | | | |
|   MQM | | | | | | | | | | | | | | | | | | | | | |
|     MantaRay Particle Agitation | | | | | | | X | | | | | | | | | | | | | | |

| | |
|---|---|
| (green) | implemented |
| (yellow) | planned |
| (pink) | not planned |



HIGHLY CONFIDENTIAL

FED_SEAG0026859

# Complexity Matrix – PSG Grenada

**Grenada** **Customer and Internal Restriction Matrix**

| Customer | | HP | Dell | Lenovo | Apple | STD OEM | SBS | Disty |
|---|---|---|---|---|---|---|---|---|
| **FY12 Volume** | | | | | | | | |
| Balance Control | | FBP1<12.5 | | | 1D:FBP2<14.0 2D: FBP2<21.0 | | | |
| PCBA | Chip | | | | | | | |
| | Type | RVFF | | | | | | |
| HSA | NHK/MPT Suspension | | | | | | | |
| | Sort /head type | | | | | | | |
| | TI / LSI Preamp | | | | | | | |
| Media | | | | | | | | |
| MBA | | | | | | | | |
| Customer Special Test | | 10G screen, 1M 0s | Dell PPID | | Blue nun test ATI test (7hrs/Disc) | Dell PPID | | |
| Cover | | | | | | | | |
| GOTF | | OEM | OEM | OEM | OEM | OEM | | |
| Mfg Site | | | | | No Suz | | | |
| F3 Code | | HP01 | CCD4 | CCD6 | AP01 | CCD4 | CCD9 | CCD4 |
| Labels | Drive Label | | | | | | | |
| | Case Label | | | | | | | |
| Others | | | | | 2TB 4H HDA only | | | |

Grenada Complexity Ratio (CR):
Grenada Customer Complexity Ratio (CCR):

**Remark:**

| | |
|---|---|
| 🟩 | No restriction on this part |
| 🟥 | Customer restriction on this part |
| 🟧 | Seagate restriction on this part (without action) |
| 🟨 | Seagate restriction on this part (with action) |

Potential future Risks:
1. Fuji media FQ2'12 to BP FQ4'12
2. TDK heads disty only FQ3'12 to BP FQ4'12
3. Sony screen to meet DPPM if required
Opportunities: Move SBS to CCD4, current issue is thermal limits with CCD4 JIT mode



HIGHLY CONFIDENTIAL

FED_SEAG0026860

# Grenada Complexity Health Assessment

| CC Summary | | |
|---|---|---|
| Actual | 0 | |
| Budget | 80 | Commit at Phase 0 |
| Forecast | 54 | Current Forecast |
| Delta | 26 | Budget minus Forecast |
| | | |
| | | |

| CH Index Summary | | |
|---|---|---|
| Actual | 0 | |
| Budget | 296 | Commit at Phase 0 |
| Forecast | 90 | Current Forecast |
| Delta | 206 | Budget minus Forecast |
| | | |
| | | |

| CH Ratio Summary | | |
|---|---|---|
| Actual | 0.00 | |
| Budget | 3.70 | Commit at Phase 0 |
| Forecast | 1.67 | Current Forecast |
| Delta | 2.03 | Budget minus Forecast |

| Configuration Driver Report | Total |
|---|---|
| Base Number of Configurations: SBS | 6 |
| | |
| Customer Unique Code Apple, HP, Dell, Lenovo, | 24 |
| | |
| Customer Unique Labeling:  Std OEM. Japanese OEMs | 12 |
| | |
| Disty: Seagate/ Maxtor | 12 |
| | |
| Total Configurations | 54 |

Risks:
- NEC, Sony and Samsung dppm and FW changes that could occur during qualification
- Dell on Std OEM at launch, FW improvements learned during qualification

| BASE CONFIGURATIONS | | | |
|---|---|---|---|
| Capacity | Cache | Interface | Configs |
| 3000 | 1 | 1 | 1 |
| 2500 | 1 | 1 | 1 |
| 2000 | 1 | 1 | 1 |
| 1500 | 1 | 1 | 1 |
| 1000 | 1 | 1 | 1 |
| 750 | 1 | 1 | 1 |
| | | | |
| 6 | Standard Tabs | | |

Seagate

HIGHLY CONFIDENTIAL

# Grenada Restrictions Report

## Current Restriction Report

| Restriction Category | Restriction Detail | Reason Category | Qty of Restr | Weight | CC's Affected | CHI Score | Action | Owner |
|---|---|---|---|---|---|---|---|---|
| HDA Restriction | | Customer Unique Requirement | 0 | 7 | 0 | 0 | Top cover damper not on Disty and SBS for cost savings | NA |
| HDA Restriction | | To Meet Customer Quality Requirements | 0 | 7 | 12 | 0 | Top cover damper not on Disty and SBS for cost savings | NA |
| PCBA Restriction | | Implement Cost Savings | 0 | 3 | 12 | 0 | Non-LH PCBA for cost savings on Disty and SBS | NA |
| PCBA Restriction | | Customer Unique Requirement | 0 | 3 | 0 | 0 | | NA |
| PCBA Restriction | | To Meet Customer Quality Requirements | 0 | 3 | 0 | 0 | | NA |
| PCBA Restriction | | Customer Unique Requirement | 0 | 3 | 0 | 0 | | NA |
| PCBA Restriction | | Customer Unique Requirement | 0 | 3 | 0 | 0 | | NA |
| Test Screen Restriction | Apple requires Blue Nun test | Customer Unique Requirement | 1 | 3 | 12 | 36 | None | NA |
| Test Screen Restriction | Apple require full pack zero pattern format | Customer Unique Requirement | 1 | 3 | 12 | 36 | None | NA |
| Test Screen Restriction | HP 20M Zeros 1st and last | Customer Unique Requirement | 1 | 3 | 6 | 18 | None | NA |
| Top Cover Restriction | | Customer Unique Requirement | 0 | 7 | 0 | 0 | | NA |
| Test Screen Restriction | | Customer Unique Requirement | 0 | 3 | 0 | 0 | | NA |

| | | | | |
|---|---|---|---|---|
| Total Active CCs | 54 | Complexity Health Index | 90 | |
| Total CCs affected | 54 | Complexity Health Ratio | 1.67 | |
| Unrestricted CCs | 0 | | | |
| Total Restrictions | 3 | | | |
| Closed Restrictions | 0 | | | |
| Restrictions with closure plan | 0 | | | |
| Restrictions that require closure plan | 0 | | | |
| Non-Closeable due to Customer/Marketing Requirement | 3 | | | |
| Non-Closeable due to Cost Savings / Other | 0 | | | |



FED_SEAG0026862

# RDT3 Pareto

| PFL | TTF | Issue | PFL Cnt | Hds | Build Site | Test Site | Status | Drive Location | RC Investigation / Corrective Actions | CA Cut-in Date | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 80 | 20KHz Servo Resonance | 10 | 4 | WUX | SUZ | Multiple skipped tracks due to dVGAS and 22KHz in PES. Many seek errors to head 1 and NRRO vibration detect messages. Bode plots show that Servo notch is not centered over resonance mode at 21KHz. SNO peak detect set-up issue that detects the Max rather than the | SUZ Retest (316 hrs) | 1. Broad notch servo code running in retest on 9 failures in Suzhou reli - SFW8A in PCO14.x targeting Tier 2 CTUs. 2. SFW89 has PF3 SNO fix and TAN change in PCO14.1 | WW13 | Bill Ray / Sandeep Sequeira |
| 2015 | 63 | | | 4 | WUX | SUZ | | SUZ Retest (316 hrs) | | | |
| 2024 | 74 | | | 5 | TTK | SUZ | | SUZ Retest (320 hrs) | | | |
| 2026 | 111 | | | 4 | WUX | SUZ | | SUZ Retest (316 hrs) | | | |
| 2033 | 140 | | | 5 | TTK | SUZ | | SUZ Retest (318 hrs) | | | |
| 2056 | 172 | | | 5 | TTK | SUZ | | SUZ Retest (291 hrs) | | | |
| 2057 | 190 | | | 5 | TTK | SUZ | | SUZ Retest (291 hrs) | | | |
| 2081 | 245 | | | 5 | TTK | SUZ | | SUZ Retest (200 hrs) | | | |
| 2016 | 160 | ID Skip Write (Multi-Rev Offtrack Writes) | 16 | 2 | SUZ | SUZ | H0/H1 Extreme ID. Same symptoms and emap modulation signature at extreme ID seen on other PFLs (PFLs 1923, 2027), all with Alphana MBA (LR). Investigation in progress. Bacall also has 6 PFLS. Drives progessing through teardown, CIL and RHO FA. | LCO CIL | Stop Ship issued for Alphana Motor Base. Planning a 100 drive Grenada Clean Hub check out in reli test. | WW12 | Scott Deits / Kevin Gorgen |
| 2034 | 189 | | | 2 | SUZ | SUZ | | LCO HMM | | | |
| 2060 | 268 | | | 2 | SUZ | SUZ | | LCO HMM | | | |
| 2064 | 10.4 | | | 2 | WUX | TTK | | LCO HMM | | | |
| 2086 | 63 | | | 2 | SUZ | TTK | | LCO 9/22 | | | |
| 2091 | 94 | | | 2 | WUX | TTK | | LCO HMM | | | |
| 2092 | 373 | | | 2 | SUZ | SUZ | | LCO HME | | | |
| 2114 | 435 | | | 2 | SUZ | SUZ | | LCO SVO | | | |
| 2157 | 552 | | | 2 | SUZ | SUZ | | LCO 10/14 | | | |
| 2159 | 534 | MD Skip Write | 1 | 4 | TTK | SUZ | 2159 - H2 Zone B. Modulation in emap. OTF sags in the MD area. Cert data shows this to be a clearance outlier from AFH2 to AFH3 Clearance loss of >10A. Teardown shows no interaction on disc. Head in SEM analysis ECD 10/11 | LCO HMM | Possible cert screen analysis pending physical FA. | TBD | Scott Deits / Kevin Gorgen |
| 2102 | 14 | Skip Write | 3 | 6 | TTK | LCO | 2102 -H0 (Zone 5). Alphana MB. Media shows lube modulation. Heavy smearing with unspecific hydrocarbons found on head. 2198 - H0 (zone 1C). Alphana MB. Shipping to LCO. 2256 - H0 (Zone ) Alphana MB. Shipping to LCO. | RHO FA | 2102 -Hydrocarbons identified on CP TE - exact source undetermined. Basedeck and disc wash in process ECD 10/11 2198 - New Failure. In shipment to LCO. 2256 - New Failure. In shipment to LCO. | TBD | Scott Deits / Kevin Gorgen |
| 2198 | 645 | | | 4 | TTK | SUZ | | LCO 10/10 | | | |
| 2256 | 755 | | | 6 | TTK | SUZ | | LCO 10/17 | | | |

Still running.

DOE in progress to potentially clear inventory: Alphana clean hubs, standard, and new PWM.

**Deits 4-UP.** Able to screen with <1% yield loss, looking for further efficiencies. 10A negative burnish. Talc on AAB. Particle improvement.

**Deits 4-UP**. Alphana non - 1D skip writes. 2 of 3 are at ID somewhat similar to the 1D.

D. Branson

HIGHLY CONFIDENTIAL

# RDT3 Pareto

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2137 | 451 | Weak Write | 1 | | 3 | TTK | SUZ | 2137 H1 at OD. Nidec MBA. On bench, duplicate error at BBM 3/10 with Y1 full retry. Error written over in MSD check. Similar errors show media once-around issue. Reprocess drive with PCO 16 to validate VBAR by HMS. | LCO HME | CA Identified: VBAR by HMS phase 4 in PCO16. Drive being reprocessed with PCO16 to validate. | TBD | Scott Deits / Krishnan |
| 2058 2074 2195 2205 | 242 265 577 665 | Degraded Head | 4 | | 6 4 4 2 | SUZ WUX TTK TTK | SUZ SUZ TTK SUZ | 2058 – H2 amplitude increased and high asymmetry change since cert and BER degraded. Non-resetable. Small amount of burnish on reader. 2074 – H2 amplitude decrease and BER degraded MR resistance. increase 80 ohms. Over 500 sev 2 TAs on S2. DLC completely worn off. ISI looked okay. 2195 – Sudden degradation on H1. Amplitude doubled and asymmetry increased. Running QST and Hd Instability test. Shipping to LCO. 2205 – MR resistance H0 degraded at 400 hrs into test. | LCO CIL LCO CIL LCO 10/10 SUZ FA | PFL-2074 CA Identified: Combo Spec between DELTA_BURNISH_CHECK and Total TA's. Option to ADG head, depop and reprocess. | TBD | Scott Deits |
| 2099 2101 | 30 7 | OD Skip Write | 2 | | 5 3 | TTK TTK | LCO LCO | 2099 – 20KHz modulation. Nidec MB. Re-calibration picked lower dvgas threshold in the zone with the skip write. Drive being reprocessed to check SWD at FNC2 and to recheck SWD sensitivity. ECD 10/10 2101 – Nidec MB. Disc showed lots of evidence of HDI at OD. Lube moguling at OD and ID. | LCO HMM LCO CIL | 2099 – SWD moving to FNC2 after ZAP in PCO14.1 2101 – PIDs on failing surface. CA from RHO slider pending. | TBD | Scott Deits / Kevin Gorgen |
| 2002 2127 2197 | 73 411 590 | Particle/Contam Induced Media Defect | 3 | | 6 2 6 | WUX TTK TTK | SUZ SUZ SUZ | 2002 NMD – Failed during clean up for UDE after power interruption. Emap shows 2 track particle scratch. CIL found head to be clean. 2127 Erasure – Multitrack erasure on H0 zone16. No MSD signature. In LCO teardown – preliminary teardown results expected 9/30 2197 MSD – Multitrack scratch on H1 zone 1. Checking cert data for head degradation. | LCO CIL LCO CIL LCO 10/10 | Improved General Cleanliness Actions and MQM change for Bode shake as part of particle sweep in CRT2 on 6 Head only. | TBD | Scott Deits / Kevin Gorgen |
| 2104 | 80 | | | | 2 | TTK | LCO | 2104 - Seek wear on H0 and H1. No | LCO Serva | In FA process. Drive in boot up to | TBD | Bill Paul |

In cert for vbar/hms4 capture analysis. New picks de-stress head. PCO 16.1.

**Deits 4-UP**. (1) captured by cert process. PCO 16.1.

**Deits 4-UP**. One drive in re-process, showed that sensitivity improved with calibration in FNC2.  2101 - PID. Pending. PCO 16.1.

Particle Improvement plan in ongoing update mode..

**D. Branson**



Seagate Confidential

HIGHLY CONFIDENTIAL                                                                                    FED_SEAG0026864

# RDT3 Pareto

With Servo, seeing some 900 hz on seek settle. New servo code blends SS to DS better, and activates ACFF after settle complete. PCO 16.1?

Under re-classification. Believe these are not 'mechanical pop' symptom. Moving to Deits, probably just re-run.

To teardown.

Ed Fong has drive.

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2104 2150 | 80 259 | Seek Timeout | 2 | | 2 2 | TTK WUX | LCO TTK | 2104 - Seek errors on H0 and H1. No issues on bench at ambient. Investigation focusing on (1) 900Hz resonance that persists for 2 or more revs - thought to be pivot/flex mode. In Speaker Vibe beat up test to duplicate. 2150 - Failed seeks on H0. Bode plots okay. 10/10 Retesting in Reli. | LCO Servo LCO Servo | In FA process. Drives in beat up to duplicate before flashing servo code changes in 8B. (1) ACFF off until settle, (2) Single stage to dual stage blend during settle process. | TBD | Bill Ray / Sandeep Sequeira |
| 2061 2148 | 176 438 | SWOT | 2 | | 4 4 | TTK TTK | TTK TTK | UDS shows a large >40% offtrack write fault at time of error immediately following a shock sensor event. Shock-induced encroachments on bench showed no anamoly. Attempting to duplicate error by writing adjacent track (Servo Engr). | LCO Servo LCO Servo | In FA process. | TBD | Dave Olivero / Sandeep Sequeira |
| 2100 | 31 | ABS Modulation | 1 | | 5 | TTK | LCO | 300 KHz modulation on H3 zone 12. 9/29 started Retest | LCO Retest (97 hrs) | Improved General Cleanliness Actions and MQM change for Bode shake as part of particle sweep in CRT2 on 6 Head only | TBD | Scott Deits |
| 1999 | 30 | Head Instability | 1 | | 5 | TTK | SUZ | Failed during clean up for UDE after power interruption. QST indicates H1 unstable. Errors caused by low freq pattern in adjacent FAFH track and head sensitivity. FAFH tracks overwritten to simulate removal. Drive passed subsequent reli clean up and is in retest in RDT. Head shipped to RHO for FA on 9/30. | LCO Retest passed (stopped at 104 hrs) | FAFH tracks removed in PCO14.1 | WW13 | Krishnan Subrumanian |
| 2070 | 30 | IOEDC Error | 1 | | 2 | WUX | TTK | Fails for timeout/IOEDC because of exhausting retries in the search for the bad IOECC block. Drive failed again in retest with new IOECC fixed code. Logs indicate a multibit error that can not be corrected. Winbond DDR. Retesting in LCO reli with debug code generated to display buffer data of bad sector (Ed Fong). | LCO Retest (66 hrs) | Refailed in 9 hours with new IOECC fixed code AAA900. Logs indicate that it is an uncorrectable multibit error. | TBD | Pat Vincent-Adams / John Shaw |
| 1956 | 0.015 | Weak Write - Process Escape | 1 | | 2 | SUZ | SUZ | Drive certed with PCO 13 did not have IOSC2 Weak Write Screen. | LCO HME | IOSC2 Weak Write screen in PCO 12.3 | WW10 | Steve Arnold |

Total 48

New failure, 30 second seek timout. Head suddenly goes unstable. Need more F/A.

Seagate Confidential

D. Branson
Seagate

HIGHLY CONFIDENTIAL    FED_SEAG0026865

# MTBF Pie Chart



HIGHLY CONFIDENTIAL

FED_SEAG0026866