# EXHIBIT 3
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]



# GrenadaBP
# SBS SAD Declare



## Core Team
### April 18, 2012





HIGHLY CONFIDENTIAL

# GrenadaBP SBS SAD Declare

- **Approve GrenadaBP SBS SAD Declare per following configuration:**

  - ➤ **GrenadaBP with LuxorPlus, Dillon and Trunk Code**
  - ➤ **Capacity – 1TB, 2TB, 3TB**
  - ➤ **Tab Numbers**
    - 1CH162-568
    - 1CH164-568
    - 1CH166-568
  - ➤ **PCO**
    - PCO6.2
  - ➤ **Code**
    - AB0C0R/xxDE
  - ➤ **Material**
    - PCBA - LuxorPlus and Dillon
    - All other material leveraged from Grenada Classic

GrenadaBP SBS SAD Declare          © Seagate Confidential          2



HIGHLY CONFIDENTIAL

FED_SEAG0026868

# 7. Pilot SAD

GrenadaBP
04/12/2012

| Functional Organization | Deliverables | Current Status | Risk | Owner | Comments/Actions |
|---|---|---|---|---|---|
| **1. Phase Exit Milestone Criteria** | 168-Hr DPPM Goal Achieved | NA | Low Risk | | Metric not a requirement for SBS |
| | Product Stewardship Declaration of Compliance at a minimum of 95% completed. | NA | Low Risk | | No 90% PTC required for SBS |
| | DMT Criteria Met | Achieved | Low Risk | Paul Tedrow | |
| | All contract items are within variance and projected to remain so | Achieved | Low Risk | Steven Kaczeus | |
| | Complexity Health Index - Does not deviate from Phase 0 Contract | Achieved | Low Risk | Larry Quilling | |
| | Component sources defined on the SSP approved to AML level AB. Exceptions have defined/underpinned closure plans. Qualified Sources can support Master Schedule Requirements. | Achieved | Low Risk | Robert J Kolanda | [From Bob Kolanda, 2/6/12] There are no issues for my SBS materials support...All components are at Full approval, key materials watch items are 1D MBA for 4th quarter MS support. I need to complete the following MBA / Baseplate to fully support the MS as it stands now: ☐<br>☐<br>Altum baseplate qual by Mar (Q4 commit 1mil) ☐<br>NPTR baseplate qual by Mar (Q4 commit 1.3mil). ☐<br>Convert 1 Pharaoh NCCP MBA line March / Convert 1 Pharaoh NETL MBA line and 1 new additional line in by March☐<br>Luxor + is single sourced but Drive demand through FQ4 is covered. UMC fab qual will complete in FQ4 |
| | Contamination Management Plan | Achieved | Low Risk | | Leveraging Grenada Classic |
| | Design Engineering Checklists Complete: Mech, Servo, EI, HDIG/ RSS, Firmware, RHMO | Achieved | Low Risk | Paul Tedrow<br>Josh Bingaman | No FW issues for SBS SAD Declare |
| | Exceptions to previous Phase Review closed | Achieved | Low Risk | Steven Kaczeus | No Exceptions in Previous Phase |
| | Head Electrical Test Yields meet Phase 0 Targets | Achieved | Low Risk | | Leveraging Grenada Classic |
| | Integration DPPM Goal Achieved | Achieved | Low Risk | Chris R Zeier | 1.9K DPPM; SBS SAD Metric is 8K with 4K MAV |
| | Inventory / Material Disposition☐<br>- Complete roll-up of all Factory and DC pre-SAD config inventory/WIP/FG and Disposition | Achieved | Low Risk | Rodney S Goodson | |
| | MTBF Achieved | Achieved | Low Risk | Chris R Zeier | 118K Validated and 194K Potential. SBS SAD Metric is 100K |
| | No High Risk Issues☐<br>- All testing applies | Achieved | Low Risk | Paul Tedrow | No High Risk issues identified. All are Low Risk |
| | PDP Deliverables completed and entered into SLAM database. | Achieved | Low Risk | Steven Kaczeus | |
| | Platform Integration Strategy (PTI Matrix) Implemented | Achieved | Low Risk | Paul Tedrow | |
| | Process Readiness Audit and Process Verification Test Results approved by the Volume Factory and Design Center. ☐<br>- Includes QA Hardware/Software Readiness☐<br>- Includes Rework Qualification Plan in place with closure by SAD. | Achieved | Low Risk | Jeet S Poonia<br>Paul Tedrow | Factory asking for Yield/DPPM improvement demonstration with PCO7.0. Start date WW42 and ECD WW44☐<br>1. ODT DPPM plan provided ☐<br>2. YIP plan bridging PCO6.2 to PCO7.0 complete. ☐<br>3. Leveraging site quals, material quals, and rework qual from Grenada Classic |
| | Testing Complete - Product Assurance, Firmware/Compatibility & Engineering  Regression | Achieved | Low Risk | Chris R Zeier<br>Josh Bingaman<br>Paul Tedrow | |
| | Throughput Yields and Test Times meet Phase 0 Targets | Achieved | Low Risk | Jeet S Poonia<br>Paul Tedrow<br>Andrew C Wong | Factory asking for Yield/DPPM improvement demonstration with PCO7.0. Start date WW42 and ECD WW44☐<br>1. ODT DPPM plan provided ☐<br>2. YIP plan bridging PCO6.2 to PCO7.0 complete. |

HIGHLY CONFIDENTIAL                    FED_SEAG0026869

# GrenadaBP SBS SAD Declare Summary

✓ **Core Team Recommendation**
  - *Milestone Criteria has been met with <u>No Exceptions</u> ➔ <u>Approve SBS SAD Declare</u>*

✓ **Reli Results (GrenadaBP 1D/2D/3D)**
  - **ODT** – *1.9K DPPM* ➔ Metric is *8K DPPM*
  - **MTBF** – *118K Validated; 194K Potential* ➔ Metric is *100K*

✓ **Yields and Test Times**
  - *SAD Yield Target* vs Grenada PCO12.6 and Grenada YIP *was +4%, +8%, +10%; BP yields below are with PCO6.2*
  - *Continuing to work LSI/TI yield delta, and, BTC yield difference due to 1 MDW writer contributing to lower yield*

| Current Month | Prime Yields | | | Test Times | | HGA Yields | | DPPM | | MTBF | | Current Month BOM TVC (FQ3'FY2012) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| February | Grenada | GrenadaBP LSI | GrenadaBP TI | Vol Product | New product | Vol Product | New product | Vol Product | New product | Vol Product | New product | Vol Product | New product |
| 1TB | 86% | 92% | 87% | 37Hrs | 36Hrs | 70% | 70% | - | - | - | - | $ 31.31 | $ 30.97 |
| 2TB | 78% | 81% | 75% | 69Hrs | 67Hrs | 70% | 70% | - | - | - | - | $ 46.09 | $ 45.40 |
| 3TB | 67% | 74% | 69% | 104Hrs | 103Hrs | 70% | 70% | - | - | - | - | $ 52.37 | $ 51.90 |
| 2TB BTC-T | 78% | 70% | 68% | 84Hrs | 80Hrs | 70% | 70% | - | - | - | - | $ 52.37 | $ 51.90 |
| 2TB BTC-B | 78% | 75% | 75% | 84Hrs | 80Hrs | 17% | 17% | - | - | - | - | - | - |
| CUM | - | - | - | - | - | 87% | 87% | 1.4K | 1.9K | 147K | 118K | - | - |

✓ **FW Readiness**
  - No issues gating release for SBS SAD Declare

✓ **Materials**
  - GrenadaBP is following Grenada/Bacall base program wrt common parts except for LuxorPlus ("AD" release) and Dillon.

✓ **Factory**
  - PCO6.2 to PCO7.0 YIP plan complete per PDP; PCO 7.0 LCO/Factory validation starts WW42 – ECD WW44



HIGHLY CONFIDENTIAL                                                        FED_SEAG0026870

# GrenadaBP SBS MTBF Growth

**Current RDT3 MTBF ➔ 118K demo and 194K potential**

**<u>PCO 6.2 + new F3 and A7 servo</u> – Cut In Date 4/20**

Projected MTBF ➔ 157K demo and 261k potential

**<u>PCO 7.0 (target submission to factory on 4/20)</u> – Cut In Date 5/11**

Projected MTBF ➔ 169k and 281k



HIGHLY CONFIDENTIAL                                                    FED_SEAG0026871

# Grenada 3D, 6H, 3TB YIP



- **Grenada BP 3T Actual Output Yield**
- **Grenada Classic 3T Actual Output Yield**
- **LRP Grenada BP 3T Budget**
- **Grenada BP 3T Output Projected Yield**
- **Grenada Classic 3T Projected Yield**



| Grenada 3T Yield Improvement Plan | %Eff | RGA Fallout | Classic 17.5 | OPR | WW37 | WW38 | WW39 | WW40 | WW41 | WW42 | WW43 | WW44 | WW45 | WW46 | Q1'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCO Release | | | | | | | | | | | | PCO 7.0 | | | |
| **SCRIPT / SF3** | | | | | | | | | | | | | | | |
| EC 10414 Relax T193 CHROME CRRO Limit | 50.00% | 3.10% | 0.33% | PRE2 | | | | | | | | 1.50% | | | |
| Opti 20 | | | | CAL2 | | | | | | | | 0.10% | | | |
| AFH 37.0 | | | | CAL2 | | | | | | | | 0.10% | | | |
| EC 14869; Disable ATS Seek Failure or Servo Fix | 75.00% | 1.60% | 0.00% | FNC2 | | | | | | | | 1.20% | | | |
| EC 48431; Fix for Avg_Iter Fails | 50% | 0.50% | | FNC2 | | | | | | | | 0.25% | | | |
| Fix for LSI vs TI Yield Losses | 50% | 5.00% | | | | | | | | | | 2.50% | | | |
| EC 10463; Runaway Skip Track Padding on Track 0 TA | 66.00% | 0.75% | | FNC2 | | | | | | | | 0.75% | | | |
| EC 11049; ATI Test Hang Fix | 95.00% | 2.50% | | FNC2 | | | | | | | | 0.10% | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 6.50% | 0.00% | 0.00% | |
| **Head** | | | | | | | | | | | | | | | |
| EC 14942; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.85% | 0.60% | PRE2 | | | | | | | | | | | |
| EC 14703; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.50% | 0.47% | PRE2 | | | | | | | | | | | |
| EC 14925; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.70% | 0.00% | PRE2 | | | | | | | | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 50.00% | 2.15% | 1.20% | PRE2 | | | | | | | 0.25% | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 50.00% | 2.15% | 1.20% | CAL2 | | | | | | | 0.25% | | | | |
| EC 48394; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.40% | 0.28% | CAL2 | | | | | | | | | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.50% | 0.00% | 0.00% | 0.00% | |
| **Media** | | | | | | | | | | | | | | | |
| EC 10446 Media Slurry Changes for BD/Scratch reduction | 20.00% | 0.50% | 0.29% | FNC2 | | | | | | | | | | 1.00% | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.00% | |
| **Total YiP IMP** | | | | | | | | | 0.00% | 0.00% | 0.50% | 6.50% | 0.00% | 1.00% | |
| **PRIME Cumulative Projection YIELD** | | | | | | | | | 73.6% | 73.6% | 74.1% | 80.6% | 80.6% | 81.6% | |
| **Grenada BP 3T Actual Output Yield** | | | | | 69.0% | | 56.6% | | 71.8% | | | | | | |
| **Grenada Classic 3T Actual Output Yield** | | | | | 70.4% | | 70.4% | | 68.0% | | | | | | |
| **LRP Grenada BP 3T Budget** | | | | | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 80% |
| **Grenada Classic 3T Projected Yield** | | | | | | 70.4% | 70.4% | 70.4% | 70.4% | 70.4% | 70.9% | 71.4% | 71.4% | 72.4% | |
| **Grenada BP 3T Output Projected Yield** | | | | | | | | | 71.7% | 71.3% | 71.8% | 78.1% | 78.1% | 79.1% | |
| | | | | %WTF | | 0.80% | | | 2.45% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |

HIGHLY CONFIDENTIAL

# GrenadaBP DMT Issues

- **Acoustic Latch – 2/5 Failed Spec, 2H Only. 4H and 6H Pass; _Low Risk (Passing Acoustic Tests at ODM)_**
  - Failed 2.1 spec (2.2-2.3 sones); Passers 1.7-2.1 sones
  - **_Servo team investigating retract waveform for any anomaly – Scott Chase_**
- **Hot Plug – Failing 1D/2D/3D; _No Risk for SBS_**
- Failing due to Kodiak tester/code incompatibility
- **_Bus Trace captured and in SIE for retest/repeatability – John Olivas_**



HIGHLY CONFIDENTIAL                                                    FED_SEAG0026873

# GrenadaBP SBS SAD Declare
# LCO/Factory Review and Action Items

- **04/17/12 - Per the GrenadaBP SBS SAD Declare review between the LCO Design Center and the Korat Factory Team, it has been agreed that we can move forward with the Factory's Approval for SBS SAD Declare and in parallel will close on the 2 items below. _These items are NOT Exceptions to the PDP metrics or SBS SAD Declare milestone checklist_**

1. **2T (BtC) 5H** – The current Grenada Classic and GrenadaBP YIP projections do not meet the latest LRP budget of 81% for Q4'12 and 85% for Q1'13. The teams have agreed to review the projections and either A) correct and revise LRP projections, or B) show a YIP projection beyond PCO7.0 that shows we get to 81% in Q4'12 and 85% for Q1'13.

   **Owners:** Andrew Wong/Jeet Poonia/Paul Tedrow/Chris Browne – ECD 4/20

2. **TVM Trigger Limit (NOT a PDP Metric)** – Grenada Classic has a current TVM Trigger Limit for Disty/OEM of 97%. Factory wants confirmation that either A) the SBS Trigger Limit is 95%, or B) there is no Trigger Limit for SBS

   **Status:** [4/18/12] Per Reli, TVM Trigger Limit is not applicable to SBS - _**CLOSED**_

GrenadaBP SBS SAD Declare          © Seagate Confidential          8           Seagate

HIGHLY CONFIDENTIAL          FED_SEAG0026874

# GrenadaBP SBS SAD

**Product Name:  GrenadaBP SBS**

**Design Center:  LCO**

**Volume Factory:  Korat, Wuxi, Suzhou**

**Approval Date: April 18, 2012**

**Goal: Authorizes SAD Shipments to SBS; Starting WW42**

**Configuration:  1TB, 2TB, 3TB SATA**

Design Center Approval

| Steve Kacsour | Brent VanDerVliet | Frank Murphy | Mike Kepler |
|---|---|---|---|
| Steve Kacsour | Brent VanDerVliet | Frank Murphy | Mike Kepler |
| Core Team Lead | Exec Dir Prd Eng | Dir Rell | Exec Dir Materials |
| 4/13/2012 | 4/13/2012 | 4/16/2012 | 4/13/2012 |

| Geoff Gorbold | Larry Quilling (Mike Foye) | John Noel (Val LaRoche) | Kian Fatt Chong |
|---|---|---|---|
| Geoff Gorbold | Mike Foye | Val LaRoche | Kian Fatt Chong |
| Dir, PLM | Ex Dir, TCM | Sr. Dir Finance | VP Mfg |
| 4/13/2012 | 4/13/2012 | 4/13/2032 | 4/18/2012 |

9

Brent VanDerVliet (Jeff Mason)
Jeff Mason
VP Design Engineering
4/13/2012

**Exceptions approval for SAD:**

| Bob Whitmore | John Griesi | Andy Davis |
|---|---|---|
| EVP, Chief Technology Officer | SVP, Customer Advocacy | SVP , LCO Design Engineer |



GrenadaBP
SAD Approval Document
April 18, 2012

© Seagate Confidential



HIGHLY CONFIDENTIAL

FED_SEAG0026875



# Back-Up Slides







HIGHLY CONFIDENTIAL

FED_SEAG0026876



# Grenada BP YIP





Chris Browne
April 12, 2012



HIGHLY CONFIDENTIAL                                                        FED_SEAG0026877



**Grenada BP 1T Actual Output Yield**

**Grenada Classic 1T Actual Output Yield**

**LRP Grenada BP 1T Budget**

**Grenada BP 1T Projected Yield**

**Grenada Classic 1T Projected Yield**

| Grenada 1T Yield Improvement Plan | Effectiveness | RGA Fallout | Classic 17.5 | OPR | WW37 | WW38 | WW39 | WW40 | WW41 | WW42 | WW43 | WW44 | WW45 | WW46 | Q1'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCO Release | | | | | | | | | | | | PCO 7.0 | | | |
| SCRIPT/ SF3 | | | | | | | | | | | | | | | |
| EC 10414 Relax T193 CHROME CRRO Limit | 50.00% | 0.10% | 0.12% | PRE2 | | | | | | | | 0.10% | | | |
| Opti 20 | | | | | | | | | | | | 0.10% | | | |
| AFH 37.0 | | | | | | | | | | | | 0.10% | | | |
| EC 14869; Disable ATS Seek Failure or Servo Fix | 75% | 0.42% | 0.00% | PRE2 | | | | | | | | 0.20% | | | |
| Fix for TI vs LSI Yield Losses | 50% | 3.00% | | | | | | | | | | 1.50% | | | |
| EC 48431; Fix for Avg_Iter Fails | 50% | 0.40% | | FNC2 | | | | | | | | 0.20% | | | |
| EC 10463; Runaway Skip Track Padding on Track 0 TA | 50.00% | 0.50% | | FNC2 | | | | | | | | 0.25% | | | |
| EC 11049; ATI Test Hang Fix | 0% | 0.40% | | FNC2 | | | | | | | | 0.20% | | | |
| %IMP | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 2.65% | 0.00% | 0.00% | |
| Head | | | | | | | | | | | | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 50.00% | 1.80% | 0.85% | PRE2 | | | | | | | 0.25% | | | | |
| EC 14942; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | | 0.49% | PRE2 | | | | | | | | | | | |
| EC 14703; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.41% | 0.29% | PRE2 | | | | | | | | | | | |
| EC 14925; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.41% | 0.00% | PRE2 | | | | | | | | | | | |
| EC 48394; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | | 0.16% | CAL2 | | | | | | | | | | | |
| %IMP | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | 0.00% | 0.00% | 0.00% | |
| Media | | | | | | | | | | | | | | | |
| EC 10446; TK Slurry Changes for BD/Scratch reduction | 20% | 0.80% | | FNC2 | | | | | | | | | | 0.25% | |
| %IMP | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | |
| Process | | | | | | | | | | | | | | | |
| %IMP | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |
| Total YIP IMP | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | 2.65% | 0.00% | 0.25% | |
| PRIME Cumulative Projection YIELD | | | | | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.3% | 92.9% | 92.9% | 93.2% | |
| Grenada BP 1T Actual Output Yield | | | | | 85.5% | | 90.0% | 89.7% | | | | | | | |
| Grenada Classic 1T Actual Output Yield | | | | | 84.9% | | 84.9% | 86.5% | | | | | | | |
| LRP Grenada BP 1T Budget | | | | | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 89.0% | 93% |
| Grenada Classic 1T Projected Yield | | | | | | | | | 86.5% | 87.6% | 87.6% | 87.6% | 87.7% | | |
| Grenada BP 1T Projected Yield | | | | | | | | 90.0% | 90.0% | 90.0% | 90.3% | 92.9% | 92.9% | 93.2% | |

HIGHLY CONFIDENTIAL

# Grenada 2D,4H; 2TB YIP

Grenada BP 2T Actual Output Yield

Grenada 2T Classic Output Yield

LRP Grenada BP 2T Budget

Grenada BP 2T Projected Yield

Grenada Classic 2T Projected Yield



| Grenada 2T Yield Improvement Plan | Improvement | RGA Fallout | Classic 17.5 | OPR | WW37 | WW38 | WW39 | WW40 | WW41 | WW42 | WW43 | WW44 | WW45 | WW46 | Q1'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PCO Release** | | | | | | | | | | | | PCO 7.0 | | | |
| **Script / SF3** | | | | | | | | | | | | | | | |
| EC 10414 Relax T193 CHROME CRRO Limit | 75% | 0.27% | 0.25% | PRE2 | | | | | | | | 0.20% | | | |
| Opti 20 | | | | CAL2 | | | | | | | | 0.10% | | | |
| AFH 37.0 | | | | PRE2 | | | | | | | | 0.10% | | | |
| EC 14869; Disable ATS Seek Failure or Servo Fix | 75% | 0.60% | 0.00% | FNC2 | | | | | | | | 0.45% | | | |
| EC 48431; Fix for Avg_Iter Fails | 50% | 0.50% | | FNC2 | | | | | | | | 0.25% | | | |
| Fix for LSI vs TI Yield Losses | 50% | 5.00% | | | | | | | | | | 2.50% | | | |
| EC 10463; Runaway Skip Track Padding on Track 0 TA | 50.00% | 1.00% | | | | | | | | | | 0.50% | | | |
| EC 11049; ATI Test Hang Fix | | 0.10% | | FNC2 | | | | | | | | 0.10% | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 4.20% | 0.00% | 0.00% | |
| **Head** | | | | | | | | | | | | | | | |
| EC 14942; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.54% | 0.40% | PRE2 | | | | | | | | | | | |
| EC 14703; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.20% | 0.15% | PRE2 | | | | | | | | | | | |
| EC 14925; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.13% | 0.00% | PRE2 | | | | | | | | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 40% | 1.35% | 0.55% | PRE2 | | | | | | | 0.50% | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 40% | 1.35% | 0.55% | CAL2 | | | | | | | 0.50% | | | | |
| EC 48394; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | | 0.07% | 0.11% | CAL2 | | | | | | | | | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.00% | 0.00% | 0.00% | 0.00% | |
| **Media** | | | | | | | | | | | | | | | |
| EC 10446 Media Slurry Changes for BD/Scratch reduction | 40% | | 0.65% | FNC2 | | | | | | | | | | 0.25% | |
| | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | |
| **Total YIP IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.00% | 4.20% | 0.00% | 0.25% | |
| **PRIME Cumulative Projection YIELD** | | | | | | | | | | 77.9% | 77.9% | 78.9% | 83.1% | 83.1% | 83.4% |

| | WW37 | WW38 | WW39 | WW40 | WW41 | WW42 | WW43 | WW44 | WW45 | WW46 | Q1'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grenada BP 2T Actual Output Yield | 79.4% | | 84.0% | 77.9% | | | | | | | |
| Grenada 2T Classic Output Yield | 76.6% | | 76.6% | 80.9% | | | | | | | |
| LRP Grenada BP 2T Budget | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 81.0% | 85% |
| Grenada Classic 2T Projected Yield | | | | | | 81.4% | 82.4% | 82.9% | 82.9% | 83.2% | |
| Grenada BP 2T Projected Yield | | | | | | 78% | 79% | 83% | 83% | 83% | |
| **%WTF** | 0.70% | 0.70% | 0.70% | 0.50% | 0.00% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | |

HIGHLY CONFIDENTIAL

FED_SEAG0026879



FED_SEAG0026880

# Grenada 3D, 6H, 3TB YIP



- Grenada BP 3T Actual Output Yield
- Grenada Classic 3T Actual Output Yield
- LRP Grenada BP 3T Budget
- Grenada BP 3T Output Projected Yield
- Grenada Classic 3T Projected Yield



| Grenada 3T Yield Improvement Plan | %Eff | RGA Fallout | Classic 17.5 | OPR | WW37 | WW38 | WW39 | WW40 | WW41 | WW42 | WW43 | WW44 | WW45 | WW46 | Q1'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PCO Release** | | | | | | | | | | | | **PCO 7.0** | | | |
| **SCRIPT / SF3** | | | | | | | | | | | | | | | |
| EC 10414 Relax T193 CHROME CRRO Limit | 50.00% | 3.10% | 0.33% | PRE2 | | | | | | | | 1.50% | | | |
| Opti 20 | | | | CAL2 | | | | | | | | 0.10% | | | |
| AFH 37.0 | | | | CAL2 | | | | | | | | 0.10% | | | |
| EC 14869; Disable ATS Seek Failure or Servo Fix | 75.00% | 1.60% | 0.00% | FNC2 | | | | | | | | 1.20% | | | |
| EC 48431; Fix for Avg_Iter Fails | 50% | 0.50% | | FNC2 | | | | | | | | 0.25% | | | |
| Fix for LSI vs TI Yield Losses | 50% | 5.00% | | | | | | | | | | 2.50% | | | |
| EC 10463; Runaway Skip Track Padding on Track 0 TA | 66.00% | 0.75% | | FNC2 | | | | | | | | 0.75% | | | |
| EC 11049; ATI Test Hang Fix | 95.00% | 2.50% | | FNC2 | | | | | | | | 0.10% | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 6.50% | 0.00% | 0.00% | |
| **Head** | | | | | | | | | | | | | | | |
| EC 14942; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.85% | 0.60% | PRE2 | | | | | | | | | | | |
| EC 14703; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.50% | 0.47% | PRE2 | | | | | | | | | | | |
| EC 14925; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.70% | 0.00% | PRE2 | | | | | | | | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 50.00% | 2.15% | 1.20% | PRE2 | | | | | | | 0.25% | | | | |
| EC 14841; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 50.00% | 2.15% | 1.20% | CAL2 | | | | | | | 0.25% | | | | |
| EC 48394; AFH Clearance Rolloff - Cleanliness at Slider/HGA/FOF | 0.00% | 0.40% | 0.28% | CAL2 | | | | | | | | | | | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.50% | 0.00% | 0.00% | 0.00% | |
| **Media** | | | | | | | | | | | | | | | |
| EC 10446 Media Slurry Changes for BD/Scratch reduction | 20.00% | 0.50% | 0.29% | FNC2 | | | | | | | | | | 1.00% | |
| **%IMP** | | | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.00% | |
| **Total YiP IMP** | | | | | | | | | 0.00% | 0.00% | 0.50% | 6.50% | 0.00% | 1.00% | |
| **PRIME Cumulative Projection YIELD** | | | | | | | | | | 73.6% | 73.6% | 74.1% | 80.6% | 80.6% | 81.6% | |
| **Grenada BP 3T Actual Output Yield** | | | | | 69.0% | | 56.6% | | 71.8% | | | | | | |
| **Grenada Classic 3T Actual Output Yield** | | | | | 70.4% | | 70.4% | | 68.0% | | | | | | |
| **LRP Grenada BP 3T Budget** | | | | | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% | 80% |
| **Grenada Classic 3T Projected Yield** | | | | | | 70.4% | 70.4% | 70.4% | 70.4% | 70.4% | 70.9% | 71.4% | 71.4% | 72.4% | |
| **Grenada BP 3T Output Projected Yield** | | | | | | | | | 71.7% | 71.3% | 71.8% | 78.1% | 78.1% | 79.1% | |
| | | | %WTF | | | 0.80% | | 2.45% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |

HIGHLY CONFIDENTIAL

FED_SEAG0026881

# ODT Improvement Plan

1TB

| KTGBD20402AT | Failure | | Correctivve Actions | When |
|---|---|---|---|---|
| Z1D10M8L | NMD | H0, Z1. Single sector, single track | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1D10M9A | NMD(MSD) | H0, ZA. Single sector, single track. | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1D10MH4 | NMD(MSD) | H0, Z18. Single sector, two tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1D10N4B | ~~Encroachment,~~ | 18kHz | Iris 4.7 suspension. | WW40 |
| Z1D12YXT | NMD | H1, Z17. Single sector, two tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1D12YPX | NMD(MSD) | H0, ZE. Single sector, single track | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| | | | | |

Seagate

HIGHLY CONFIDENTIAL

# ODT Improvement Plan

### 2TB

| KTGBD40403AT | | | | When |
|---|---|---|---|---|
| Z1E0HH6S | 18kHz | H2, ZE. Near large slipped sectors. | Determine if slipped sectors are TA's & if so the severity level. | WW43 |
| Z1E0HHBE | Encroachment or Bad write? | H0, Z15. | Further FA, Kelvin Mow | WW43 |
| Z1E0HHAE | NMD | H0, ZB. Single sector, several tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1E0HHLQ | ATI | 18kHz | | WW40 |
| Z1E0HDM7 | NMD | H0, Z1. Single sector, two tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| | | | | |
| KTGBD50404AT | | | | |
| Z2405DLT | NMD | H4, Z1. Single sector, two tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |

### 3TB

| KTGBD60405AT | | | | When |
|---|---|---|---|---|
| Z1F0JY2L | CND | Restest | | |
| Z1F0JZND | Bad write. | H5, Z1. | Second level FA, LCO | WW46 |
| Z1F0JZ1R | ATI | 18kHz | Iris 4.7 suspension | |
| Z1F0JZMF | NMD | H4, Z2. Sinlge sector, two tracks | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1F0JY43 | NMD | H3, Z8 | xxDC servo code, PCO 6.0 WW40. Cleanliness actions from Classic BOB evalutations | WW40 |
| Z1F0JZRJ | Hd degrad | Dead head 1 | QST | WW46 |
| Z1F0JZJE | Contact modulation, 300kHz | H3, Z1. | Second level FA | WW46 |





HIGHLY CONFIDENTIAL



# Grenada BP SBS SAD Factory Comments



Thanit Suksawang
Apr 16 ' 2012





HIGHLY CONFIDENTIAL

# Grenada BP SBS SAD Factory Comments – *LCO Response in Green*

❑ **Yields (Based on PCO 6.2 RGA) :**
  ❑ 1TB : LSI yield is better than Grenada Classic and meet Mar Fcst. TI yield is better than Grenada classic but still lower than Mar Fcst by 2%. YIP to meet budget is provided with PCO 7.0 in W44. – *[LCO] OK*
  ❑ 2TB (Native) : LSI yield is better than Grenada Classic and meet Mar Fcst. TI yield is better than Grenada classic but still lower than Mar Fcst by 6%. YIP to meet budget is provided with PCO 7.0 in W44. – *[LCO] OK*
  ❑ 2TB (BtC) : Yield is lower than Grenada classic by 4% and Mar Fcst by 9%. YIP is provided but still show 4% yield lower to budget. *[LCO] 2TB (BtC) YIP has been updated to correct for MDW writer and script issue and shows better than Grenada Classic. Team is fast-following Grenada Classic for additional improvements to meet budget*
  ❑ 3TB : LSI yield is better than Grenada classic by 2% but lower than Mar Fcst by 3%. TI yield lower than Grenada classic by 4% and Mar Fcst by 7%. YIP to meet budget is provided with PCO 7.0 in W44. - *[LCO] OK*

❖ **Test time :**
  ❑ Met budget and lower than Grenada Classic. - *[LCO] OK*

❖ **LODT :**
  ❑ Test completed on 1TB with 0 dppm on 600 drives. Other capacity result will be on Apr 18.
  ❑ *[LCO] PCO5.2 LODT met PDP metrics. ODT improvement plan included in back-up - OK*

❖ **Reliabilty :**
  ❑ TVM showed passer rate at 95-98%. Pls suggest TVM trigger limit for SBS.
  ❑ *[LCO] TVM metrics met per PDP. TVM trigger limit not required per PDP checklist - OK*

❖ **Factory recommendation.**
  ❑ SMS is recommended for product developments until yields to meet budgets are demonstrated , pending LODT completion for all capacities. Pls advise if there is any business impact.

*[LCO] Per SMT, SMS is NOT required since GrenadaBP meets SBS metrics per PDP. Continued ODT, yield, and MTBF improvements for Disty/CTU Declare end of the month are provided in this package. SBS SAD Declare Approved by SMT. CT recommends KF to Approve*

# Grenada BP RDT 3.0 Reli Summary    4/12/2012

## Metric Highlights

### DPPM:
• Integration

| Korat | Wuxi | Suzhou | "RDT3" |
|-------|------|--------|--------|
| NA | NA | NA | 1.9K |

• Goal:

| Gen2 | SBS | CTU | SAD | Vol. |
|------|-----|-----|-----|------|
| 20k | 15k | 4k | 2k | 500 |

### MTBF:
• Demo:

| Validated | Potential |
|-----------|-----------|
| 118K | 194K |

• Goal:

| Gen 2: | SBS SAD | SAD |
|--------|---------|-----|
| 200K | 75k | 250k |

### TVM:

| Pass Rate | CTU Goal: |
|-----------|-----------|
| 1D: 97% | 95% |
| 2D: 98% | 95% |
| 3D: 95% | 95% |

## FA / Issue Summary

### Open PFLs

| Total | < 7 Days | 7-15 Days | 15-21 Days | 21-28 Days | > 28 Days |
|-------|----------|-----------|------------|------------|-----------|
| 138 | 8 | 3 | 0 | 0 | 127 |

### Issues

| Total | Open | CA Imp. | CA Ver. | Unresolved |
|-------|------|---------|---------|------------|
| 14 | 1 | 13 | 0 | 13 |

### SSO: • None

### DA: • None

## Next Phase Gate/Schedule

| Milestone | Date |
|-----------|------|
| SBS SAD | 4/13/2012 |
| Apple CTU SMS | 4/13/2012 |

## Issues

• Integration DPPM – 1075 tested with 2 failures 1.9K

• RDT 3.0:  1073 Drives with GPF27x.CCD4.AB090R.ZZZZ + x7DC Servo @ 661 Hours, 32 failures
• Command Completion Timeouts -13
• New Defects-5
• Bad Write with LSI Preamp-2
• Can Not Duplicate-2
• Head Instability-2
• Bad Write with TI Preamp-1
• Faulty servo Controller Chip-1
• Dynamic Spare/Alt Bug-1
• Firmware-Trap Error-1
• Fly Height Modulation, Write-1
• Skip Write-1
• SLT 05 Plating Bath-1
• Weak Write-1

Gen 2 TVM
• 116 drives Completed TVM!

• Open Issues:
• 1X 4H failure for EC 7    S/N Z1E0HHL8 (SOF263277)
• 3X 6H failure for EC 36   S/N Z1F0J83W (SOF262999)
            EC 216 S/N Z1F0K0SL (SOF264245) Performance Degradation
            EC 7    S/NZ1F0K0ER (SOF263764)

## Near-term Schedule



HIGHLY CONFIDENTIAL                                    FED_SEAG0026886

# Grenada BP RDT 3.0 Desktop MTBF/FE

| | Grenada BP RDT 3.0 MTBF/FE Table | | | | | Updated: | 4/12/12 12:00 AM | | |
|---|---|---|---|---|---|---|---|---|---|
| AFR (1st year Weibull) | 2.942% | From all fails Weibull MLE | | | | 1068 | QTY_TESTED | | |
| MTBF (1st year Weibull) | 80365.8 | | | | | | | | |
| Minimum AFR: | 0.050% | From zero fail Weibull @ 50% CL | | | | 2400 | POH/Year | | |
| Total Number of Failures | 32 | | | | | 0.4819208 | Weibull Beta | | |
| AFR for 1 failure | 0.090% | AFR decrease per failure @ 100% fix effectiveness | | | | 661 | Average Test Hours | | |

| Issue | Corrective Action | Fix Validation | # of Failures | % Fail | Eff. Factors | | Reduced AFR | | PFL/TTF |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Demo'd | Potential | Demo'd | Potential | |
| Command Completion Timeout EC 805 | CA: SID CLK set to 700MHz | | 13 | 1.175% | 70% | 100% | 2.120% | 1.767% | SUZ-7461/170,SUZ-7463/116,SUZ-7462/276,SUZ-7464/106,SUZ-7542/238,SUZ-7543/83,SUZ-7441/86,SUZ-7442/83,SUZ-7541/201,SUZ-7701/261,SUZ-6451/40,SUZ-8143/183,SUZ-7702/262 |
| New Defect | BOB5 cleanliness | | 5 | 0.452% | 0% | 40% | 2.942% | 2.761% | SUZ-6982/118,SUZ-6981/122,SUZ-7681/312,SUZ-6601/86,SUZ-6622/108 |
| Bad Write with LSI Preamp | 03/27 CA (potential) Classic's stress opti (Opti19.5) | | 2 | 0.181% | 0% | 100% | 2.942% | 2.761% | SUZ-6721/114,SUZ-6452/53 |
| Can Not Duplicate | | | 2 | 0.181% | 0% | 0% | 2.942% | 2.942% | LCO-7821/370,SUZ-8344/476 |
| Head Instability | | | 2 | 0.181% | 0% | 0% | 2.942% | 2.942% | SUZ-6621/72,SUZ-8145/353 |
| Bad Write with TI Preamp | CA: new write triplets and write-current backoff at hot (62-63°C) | | 1 | 0.090% | 95% | 100% | 2.856% | 2.852% | LCO-6367/16 |
| Dynamic Spare/Alt. Bug | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | SUZ-8144/356 |
| Faulty servo controller chip (Dillon) | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | LCO-6967/0 |
| Firmware, Trap Error | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | LCO-7161/222 |
| Fly Height Modulation, Write | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | SUZ-6453/25 |
| Skip Write | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | SUZ-7421/278 |
| SLT 05 Plating Bath | ISI shows high asymmetry -- CA: heater ON in ISI testing starting WW43 | | 1 | 0.090% | 40% | 100% | 2.906% | 2.852% | SUZ-6448/35 |
| Weak Write | | | 1 | 0.090% | 0% | 0% | 2.942% | 2.942% | LCO-6681/6 |
| | | Total Number of Fails | 32 | | Reduced AFR : | | 2.00% | 1.22% | |
| | | | | | Corresponding MTBF : | | 118K | 194K | |

 

HIGHLY CONFIDENTIAL                                                     FED_SEAG0026887

# Grenada BP RDT 3.0 Desktop 168hr DPPM

| Grenada BP RDT 3.0 MTBF/FE Table | | | | | | | | Updated: 4/12/12 12:00 AM | |
|---|---|---|---|---|---|---|---|---|---|

**168hr DPPM:** 16,854

**Total Number of Failures:** 18

661 Average Test Hours

| Issue | Corrective Action | Fix Validation | # of Failures | % Fail Attributed to DPPM | Fix Eff Factors Demo'd | Fix Eff Factors Potential | DPPM Reduced by Demo'd | DPPM Reduced by Potential | PFL/TTF |
|---|---|---|---|---|---|---|---|---|---|
| Command Completion Timeout EC 805 | CA: SID CLK set to 700MHz | | 6 | 33.333% | 70% | 100% | 3932.58 | 5617.98 | SUZ-7463/116,SUZ-7464/106,SUZ-7543/83,SUZ-7441/86,SUZ-7442/83,SUZ-6451/40 |
| New Defect | BOB5 cleanliness | | 4 | 22.222% | 0% | 40% | 0.00 | 1498.13 | SUZ-6982/118,SUZ-6981/122,SUZ-6601/86,SUZ-6622/108 |
| Bad Write with LSI Preamp | 03/27 CA (potential) Classic's stress opti (Opti19.5) | | 2 | 11.111% | 0% | 100% | 0.00 | 1872.66 | SUZ-6721/114,SUZ-6452/53 |
| Bad Write with TI Preamp | CA: new write triplets and write-current backoff at hot (62-63°C) | | 1 | 5.556% | 95% | 100% | 889.51 | 936.33 | LCO-6367/16 |
| Faulty servo controller chip (Dillon) | | | 1 | 5.556% | 0% | 0% | 0.00 | 0.00 | LCO-6967/0 |
| Fly Height Modulation, Write | | | 1 | 5.556% | 0% | 0% | 0.00 | 0.00 | SUZ-6453/25 |
| Head Instability | | | 1 | 5.556% | 0% | 0% | 0.00 | 0.00 | SUZ-6621/72 |
| SLT 05 Plating Bath | ISI shows high asymmetry -- CA: heater ON in ISI testing starting WW43 | | 1 | 5.556% | 40% | 100% | 374.53 | 936.33 | SUZ-6448/35 |
| Weak Write | | | 1 | 5.556% | 0% | 0% | 0.00 | 0.00 | LCO-6681/6 |
| | | Total Number of Fails | 18 | | DPPM Reduced To : | | 11,657 | 5,993 | |



HIGHLY CONFIDENTIAL

FED_SEAG0026888

# Grenada BP Desktop Client TTF

**TTF Plot of Actual vs simulated Test Hours**



© Seagate Confidential

23



HIGHLY CONFIDENTIAL

FED_SEAG0026889

# SBS SAD Readiness Checklist

| Product Name: GrenadaBP SBS SAD | Date: 03/22/2012 | | |
|---|---|---|---|
| | | | |
| Criteria | Status/Exceptions | FW function | Met? |
| Changes to FW deliverables reviewed and documented | Thermal testing passed with CCD4 & VJIT | All | ☑ Yes ☐ NO |
| *F3* | | | |
| All F3 P0 and P1 issues closed | | F3 | ☑ Yes ☐ NO |
| Performance targets achieved | CCD4 meets performance and power metrics | F3 | ☑ Yes ☐ NO |
| *Test Process* | | | |
| All Process P0 and P1 issues closed | | TP | ☑ Yes ☐ NO |
| Test Times meet FW CTU Declare maturity metrics | | TP | ☑ Yes ☐ NO |
| Yields meet FW CTU Declare maturity metrics | | TP | ☑ Yes ☐ NO |
| Validate plan to hit Ramp Test time and Yield targets | | All | ☑ Yes ☐ NO |
| *SIE* | | | |
| Pre-JQ and Quals progressing to plan | CCD4 code has passed JQ testing | SIE | ☑ Yes ☐ NO |
| SIE maturity metrics on target | CCD4 code meets metrics | SIE | ☑ Yes ☐ NO |
| Drive quantities meeting expectations | | SIE | ☑ Yes ☐ NO |
| Testing factory PCO'd drives | | SIE | ☑ Yes ☐ NO |
| Tracking to FW Master Program Schedule | | All | ☑ Yes ☐ NO |
| Criteria defined in Qual Review | | All | ☑ Yes ☐ **NO** |
| Lessons Learned Documented | | All | ☑ Yes ☐ NO |
| | | | |
| *FW ready to achieve SBS SAD Declare* | | | ☑ Yes ☐ NO |



Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0026890

# Grenada Classic to Blockpoint Transition



| | FY12 JAN | FY12 FEB | FY12 MAR | FY12 APR | FY12 MAY | FY12 JUN | FY13 JUL | FY13 AUG | FY13 SEP | FY13 OCT | FY13 NOV | FY13 DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GrenadaBP Total | | 2 | 1 | 2 | 134 | 455 | 945 | 1,667 | 2,697 | 3,125 | 3,651 | 5,065 |
| Grenada Classic Total | 997 | 1,504 | 1,661 | 1,617 | 1,839 | 2,554 | 2,954 | 2,232 | 2,082 | 1,416 | 890 | 501 |
| GrenadaBP 90% PTC | 0% | 0% | 0% | 0% | 7% | 15% | 24% | 43% | 56% | 69% | 80% | 91% |



**Seagate Confidential**

25



HIGHLY CONFIDENTIAL

FED_SEAG0026891

# SBS SIE and Thermal Checklist

Grenada (BlockPoint) 2TB/3TB (GPF2ZZ.CCD4.AA0L00.ZZZZ.x6D9) - Smoke Test

- ✓ Rockit 3.5" USB 2.0......100% Complete
- ✓ Rockit 3.5" USB 3.0......100% Complete
- ✓ Rockit 3.5" FW800........100% Complete
- ✓ Performance.................Completed

ISSUE:  ***No new issues or concerns found***

| Grenada BP Thermals in Enclosures | | | | |
|---|---|---|---|---|
| | | Rockit V2 USB 3.0 | | |
| | | Drive temp(°C) | Ambient temp(°C) | Delta(°C) |
| KTGBD20095A | Z1D0DYTJ | 46.2 | 20.6 | 25.6 |
| | Z1D0DYYC | 47.6 | 20.5 | 27.1 |
| | Z1D0DYT4 | 48.1 | 20.8 | 27.3 |
| KTGBD40102A | Z1E09ZE7 | 47.4 | 20.6 | 26.8 |
| | Z1E09ZE1 | 50.8 | 20.8 | 30 |
| | Z1E09ZHX | 49.8 | 20.4 | 29.4 |
| KTGBD60104AG | Z1F0FVQR | 54.3 | 20.5 | 33.8 |
| | Z1F0FVPW | 53.5 | 20.9 | 32.6 |
| | Z1F0FVN0 | 54.9 | 20.8 | 34.1 |

© Seagate Confidential

26



HIGHLY CONFIDENTIAL

FED_SEAG0026892

# SBS ODM Qual Testing

**Desk V2 Grenada BP HDD Qual performance test:**

Desk V2 GL3310(Grenada BP HDD) Performance

**Desk V2 GL3310(Grenada BP HDD) Performance**

| Item / S/N | Software I/F | HD Tune (Read)(MB/s) Min. | Max. | Aver. | HD Tune (Write)(MB/s) Min. | Max. | Aver. | Winbench99 test (MB/s) Begin 1st | 2nd | 3rd | 4th | End 1st | 2nd | 3rd | 4th | Conclusion /Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V2 GL3310 USB3.0+Grenada BP 1TB HDD** | | | | | | | | | | | | | | | | |
| 1# S/N: Z1D12ZQP | I/F:USB3.0 | 90.5 | 178.1 | 157 | 89.7 | 157.1 | 143 | 195.0 | 140.0 | | | 147.0 | 103.0 | | | **PASS** |
| | I/F:USB2.0 | 31.3 | 33.3 | 33.2 | 25.9 | 28.2 | 27.8 | 34.7 | 34.7 | | | 34.7 | 34.7 | | | |
| **V2 GL3310 USB3.0+Grenada BP 2TB HDD** | | | | | | | | | | | | | | | | |
| 2# S/N: Z1E0D2Z5 | I/F:USB3.0 | 99.4 | 187.2 | 164.1 | 97.1 | 181.0 | 158.2 | 191.0 | 190.0 | 145.0 | | 190.0 | 149.0 | 106.0 | | **PASS** |
| | I/F:USB2.0 | 32.0 | 33.3 | 33.3 | 27.1 | 29.1 | 28.8 | 34.8 | 29.9 | 34.8 | | 30.0 | 34.7 | 34.8 | | |
| **V2 GL3310 USB3.0+Grenada BP 3TB HDD** | | | | | | | | | | | | | | | | |
| 3# S/N: Z1F0HD2K | I/F:USB3.0 | 95.7 | 150.7 | 143.0 | 94.2 | 155.6 | 144.4 | 159.0 | 164.0 | 160.0 | 142.0 | 159.0 | 160.0 | 145.0 | 104.0 | **PASS** |
| | I/F:USB2.0 | 31.8 | 33.0 | 32.8 | 25.6 | 27.9 | 27.6 | 34.6 | 34.7 | 29.9 | 34.7 | 34.6 | 29.8 | 34.6 | 34.6 | |

**Desk V2 ASM1051(Grenada BP HDD) Performance**

| Item / S/N | Software I/F | HD Tune (Read)(MB/s) Min. | Max. | Aver. | HD Tune (Write)(MB/s) Min. | Max. | Aver. | Winbench99 test (MB/s) Begin 1st | 2nd | 3rd | 4th | End 1st | 2nd | 3rd | 4th | Conclusion /Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Asmedia 1051 USB3.0+Grenada BP 1TB** | | | | | | | | | | | | | | | | |
| 4# S/N: Z1D12ZRM | I/F:USB3.0 | 95.0 | 166.1 | 152.1 | 93.0 | 154.0 | 142.1 | 177.0 | 140.0 | | | 147.0 | 104.0 | | | **PASS** |
| | I/F:USB2.0 | 32.7 | 33.3 | 33.3 | 26.9 | 29.4 | 29.2 | 34.6 | 34.5 | | | 34.6 | 34.6 | | | |
| **Asmedia 1051 USB3.0+Grenada BP 2TB** | | | | | | | | | | | | | | | | |
| 5# S/N: Z1E0DMW9 | I/F:USB3.0 | 99.0 | 167.5 | 155.7 | 97.1 | 153.1 | 143.3 | 186.0 | 182.0 | 146.0 | | 187.0 | 152.0 | 107.0 | | **PASS** |
| | I/F:USB2.0 | 32.8 | 33.3 | 33.3 | 28.1 | 29.4 | 29.1 | 34.7 | 32.5 | 34.8 | | 32.5 | 34.8 | 34.8 | | |
| **Asmedia 1051 USB3.0+Grenada BP 3TB** | | | | | | | | | | | | | | | | |
| 6# S/N: Z1F0HD3D | I/F:USB3.0 | 93.0 | 172.8 | 153.0 | 91.0 | 171.9 | 150.4 | 181.0 | 180.0 | 172.0 | 140.0 | 181.0 | 174.0 | 143.0 | 104.0 | **PASS** |
| | I/F:USB2.0 | 30.6 | 33.3 | 32.7 | 27.7 | 29.3 | 29.2 | 34.8 | 34.7 | 32.6 | 34.8 | 34.8 | 32.6 | 34.8 | 34.8 | |

**Desk V2 INI1615(Grenada BP HDD) Performance**

| Item / S/N | Software I/F | HD Tune (Read)(MB/s) Min. | Max. | Aver. | HD Tune (Write)(MB/s) Min. | Max. | Aver. | Winbench99 test (MB/s) Begin 1st | 2nd | 3rd | 4th | End 1st | 2nd | 3rd | 4th | Conclusion /Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INI1615 FW800/USB2.0+Grenada BP 1TB** | | | | | | | | | | | | | | | | |
| 7# S/N: Z1D12ZT2 | I/F:1394B | 75.3 | 77.3 | 77.2 | 48.6 | 54.5 | 53.7 | 83.9 | 83.9 | | | 83.9 | 83.9 | | | **PASS** |
| | I/F: USB2.0 | 32.6 | 33.3 | 33.3 | 26.6 | 29.4 | 29.2 | 34.9 | 34.9 | | | 34.9 | 34.9 | | | |
| **INI1615 FW800/USB2.0+Grenada BP 2TB** | | | | | | | | | | | | | | | | |
| 8# S/N: Z1E0DMVJ | I/F:1394B | 75.0 | 76.9 | 76.8 | 49.9 | 54.3 | 53.5 | 83.5 | 83.5 | 83.5 | | 83.6 | 83.5 | 83.5 | | **PASS** |
| | I/F: USB2.0 | 30.6 | 3.3 | 32.7 | 26.7 | 29.4 | 29.2 | 34.9 | 32.7 | 34.9 | | 32.8 | 34.9 | 34.9 | | |
| **INI1615 FW800/USB2.0+Grenada BP 3TB** | | | | | | | | | | | | | | | | |
| 9# S/N: Z1F0HW7X | I/F:1394B | 69.3 | 70.9 | 70.8 | 46.9 | 51.6 | 51.2 | 77.7 | 77.8 | 77.7 | 77.7 | 77.7 | 77.7 | 77.7 | 77.7 | **PASS** |
| | I/F: USB2.0 | 32.5 | 33.3 | 33.3 | 26.8 | 29.4 | 29.3 | 34.9 | 34.9 | 32.6 | 34.9 | 34.9 | 32.8 | 34.9 | 34.9 | |



GrenadaBP SBS SAD Declare

© Seagate Confidential

27

