# EXHIBIT 6
[UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED]

# Best in Class 5 year service life Initiative

Tech Review Presentation
Oct 10 2012

*from a whole lot of dedicated Seagate employees*



HIGHLY CONFIDENTIAL

# Agenda

1.  Introduction - Sai
    1.  What is 5 year service life ?
    2.  Why do we need this ?
2.  Approach and Strategy –Sai
    3.  Bath tub
    4.  Critical Modes
    5.  Service life in X-Y axis.. (Time and Space)
3.  Validation Process – Rich Segar
    6.  Validation Philosophy
    7.  Alignment to PDP
    8.  Alignment to upstream functions
4.  Failure Mode improvement Roadmap - Catalin
5.  Reliability model consolidation process – Andrei
6.  Today's subsystem five year service life design & validation process
    9.  HDM – Bob German and Bob Turner
    10. Mechanical – Mark Dube and Mo Xu
    11. VISE – Mike Miller



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

# Service life vs MTBF vs Warranty

## Service life

A product's service life is its <u>expected lifetime</u>, or the acceptable period of use in service. It is the time that any manufactured item can be expected to be 'serviceable'. Service life is a unique commitment made by the item's manufacturer.

## MTBF

MTBF is manufacturer's <u>estimate of a failure rate</u> during mission fulfillment. It is predicting the probability of failure within the service life.

## Warranty

Warranty is an assurance by manufacturer to customer that specific performance is true or will happen.  Customer is permitted to rely on that assurance and <u>seek some type of remedy</u> if it is not true.  There are no direct legal and financial ramification if predicted MTBF or service life does not come true, unless it is specified in warranty document.



Seagate

Seagate Internal Confidential

3

HIGHLY CONFIDENTIAL

# Service life measures as seen by customer

| Segment | Mission time | Service life | MTBF | total FR over 5yr life | Warranty |
|---|---|---|---|---|---|
| XYZ missile system | 1 minute | 20 years | 20 minutes | 5.00% | X years |
| Tier-0 SSD | 24hrs a day | 5 years | 2.0 million | 2.20% | 5 years |
| Mission Critical HDD | 24hrs a day | 5 years | 2.0 million | 2.20% | 5 years |
| Nearline HDD | 24hrs a day | 5 years | 1.4 million | 3.12% | 5 years |
| Nearline-Lite HDD | 24hrs a day | 5 years | 0.8 million | 5.45% | 3 years |
| DVR HDD | 24hrs a day | 5 years | 2.0 million | 2.20% | 3 years |
| NB & DT OEM HDD | 8 hrs a day | 5 years | 0.5 million | 2.40% | 3 years |
| NB & DT Disty HDD | 8 hrs a day | 5 years | 0.5 million | 2.40% | 2 years |
| SBS Backup HDD | 2 hrs a day | 5 years | 0.1 million | 3.70% | 1-2 year |

1. Above MTBF and warranty goals as committed by Seagate for products shipping starting July 01 2012.
2. Request for all teams to align to the above five year performance measures



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056262

# ES field return rates *(all customers combined)*



1. Most NL and MC drives show increasing failure rate with time in field.

Seagate Internal Confidential



# Client segment return rates *(all customers combined)*



## Notebook

## Desktop

Client curve shows Beta <1.  However
1.  Increasing OEM Warranty terms to 3 yr and disty to 2 years will increase beta.
2.  Beyond 3yrs the returns drop significantly because of warranty terms (max 3yrs)
3.  Tonka/Nighthawk & Crockett show the entitlement to 2% CRR over three years



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

# Pharaoh Apple field returns



PFPE related failure mode after two years in field. Apple runs hotter and closely tracks customer returns

Seagate Internal Confidential

# CE segment field return rate



Although we are best in class in DVR segment, starting to see late year accelerating failure date on Hepburn (Pharaoh class). FA underway. SONY DVR field return data shows the same.

Seagate Internal Confidential

HIGHLY CONFIDENTIAL                                    FED_SEAG0056266

# Eagle SV602 excursion



New mindset: Every excursion/margin matters. Put yourself in customer shoes

Old mindset: Solution to pollution is dilution

**Eagle SV602 Affected vs. Unaffected CRR**

Cum Rate

- AFFECTED
- UNAFFECTED

MONTH From Ship

eCube Created: 13FEB12 14:23

**Eagle CRR With and Without SV602**

Cum Rate

- ALL DRIVES
- UNAFFECTED

MONTH From Ship

eCube Created: 13FEB12 14:23

1. Few days of supply chain excursions will cause havoc at certain customers

tial

HIGHLY CONFIDENTIAL

FED_SEAG0056267

# Eagle CRR by NMB and Nidec



1. Service life design and validation process should include critical component suppliers

Seagate Internal Confidential

# Mean(POH) vs months in field



**Bivariate Fit of Mean(WRRI_POH) By Months_In_Field**

1. It takes ~5 months for end user to start adding POH.
2. Don't be too optimistic based on early field return trends.

Seagate Internal Confidential

HIGHLY CONFIDENTIAL                                                                FED_SEAG0056269

# Early vintages are important ! (M8 example)



Starting OEM ramp at high reliability is very important because

1. Positive impression on the product and will create more pull by customer SQEs
2. Early 'bad' vintages will stay on these CRR charts. They will continue to show accelerating failure rates, until EOL.
3. Easy excuse for customer SQEs to constantly hammer us ! Another excuse for customer procurement teams to ask for lower price !



Seagate Internal Confidential

# Service life Strategy



**Need to capture vintage variations that change the bath tub**

Failure Rate

5 years

Current Validation

New Focus

Examples: acoustics, corrosion, firmware, SDOD, head stability, Particles, shock & Vibe

Examples: Head wear, bearing & motor wear, outgassing,

1. Design, validate and sustain a bath tub profile with low steady state failure rate and no degrading failure modes
2. Ideal service life business model: 1 day warranty and "deep & wide" bath tub profile

Seagate Internal Confidential

# Approach

1.  Focus in development and supply chain processes

BiC QR = f(design, manf+supply)

(chart axes)

Vertical axis (top to bottom):
- Failure Mode Rmaps
- Reliability Modeling
- Functional Checklists
- Design Margin & Life Tests
- FOF & Cert Capability
- Supply Chain Strategy
- Lessons Learned
- 8D

Horizontal axis (left to right):
- 8D
- Supplier Process
- Incoming QC
- FOF/Cert  SPC
- OBA/ODT/ORT
- Change Management
- WIP & Outbound
- Field Monitoring

Seagate
Seagate Internal Confidential

FED_SEAG0056272

# 5Yr Service Life:  Approach by function

**Design:**  Define and eliminate KPIV of historical critical modes and potential modes due to new technologies.  If cannot eliminate KPIVs identify control limits for all the KPIVs, to sustain 5 year service life

**CEE:**  Model, test and predict to 5yr service life

**Supply base:**  Component technology and processes to five year stress & margin.  Plus tightly control supplier & sub-supplier KPIVs to critical modes.

**Factory/QA:**  SPC & change management

**CTS:**  Active field monitoring and management

**PLM**: Market share growth strategy with reliability as weapon



Seagate Internal Confidential

15

FED_SEAG0056273

Seagate Internal Confidential



# 5 year service life validation philosophy

Rich Segar
Sr. Director Customer Experience Engineering

October 8th, 2012



FED_SEAG0056274

# Service Life Validation Philosophy

Define customer usage stress impacting service life.

Test to 90th+ percentile customer usage over 5 years for all field stress conditions.

Test drive margin for specific failure modes or environmental stresses should be equal to, or better than, previous generation of products and competition.



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056275

# Customer Usage Example: MC W+R Stress



**Distributions**

**Total TB W/R (5Year)**

26 wk RDT (~93%) →

6 wk RDT (~50%) →

| Quantiles | | |
|---|---|---|
| 100.0% | maximum | 11824.9 |
| 99.5% | | 3718.54 |
| 97.5% | | 1562.3 |
| 90.0% | | 645.994 |
| 75.0% | quartile | 367.666 |
| 50.0% | median | 187.416 |
| 25.0% | quartile | 79.2636 |
| 10.0% | | 31.3162 |
| 2.5% | | 5.5557 |
| 0.5% | | 0.00118 |
| 0.0% | minimum | 0 |

| Moments | |
|---|---|
| Mean | 324.27581 |
| Std Dev | 540.70934 |
| Std Err Mean | 2.0571934 |
| Upper 95% Mean | 328.3079 |
| Lower 95% Mean | 320.24371 |
| N | 69084 |

## <u>Assumes 5 TB/day (Lightning)</u>
6week ORT = 210 TB
26week ORT = 910 TB



Seagate Internal Confidential

 FED_SEAG0056276

# Service Life Reliability System



## Design Validation

*Predictive Reliability Model* – Predict and validate 5 year AFR failure modes

*Reliability Test* – Accelerated reliability testing for early field failures

- *Life Testing* – Validate 5yr service life of drive through ext reli plus mode specific testing

*DMT (Design Maturity Test)* – Targeted failure mode and field stresses

- *Stress Testing* – Compare margin to external stresses over previous products and competitors.
- *Margin Testing* – Help establish process capability.

## Production Quality Monitoring

*ODT* (Outgoing DPPM Test) – System integration test

*sORT* (Stress Ongoing Reliability Test) – 6 week accelerated stress test

*PDMT* (Periodic Design Maturity Test) – Test unique stress conditions every 6 weeks

*xORT* (Extended ORT) – Accelerated stress test for 5 year service life (26wk MC/NL/NLL)

*Future Focus:  Refine upstream reliability KPIV controls*

Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056277

# Life Test Suite

**Targeted Historical Failure Mode**

|  | 5 yr Transfer Function |
|---|---|
| Spindle (drive) | ✓ |
| Spindle (component) | ✓ |
| Pivot (drive) | ✓ |
| Pivot (component) | ✓ |
| uAct/PZT (HGA) | ✓ |
| Flex Cable | ✓ |
| Crash Stop | ✓ |
| Single Head Stress Test | ✓ |
| TA Dwell (Dest/Non Dest) | ✓ |
| ASIC/DRAM/Preamp | ✓ |
| L/UL/Emergency Retract | ✓ |
| Outgassing | Future |

**System**

| Extended RDT | ✓ |
|---|---|
| Temp Cycle RDT | ✓ |

Cohesive view of service life capability to guide product maturity decisions.

Continuously improving test suite incorporating customer usage, field stress, and future technology failure modes.



Seagate Internal Confidential

20

HIGHLY CONFIDENTIAL

FED_SEAG0056278

# Can we predict which products will have beta >1



Above is example of XORT test ran up to six months that shows that Compass would have beta >1



Seagate Internal Confidential

# Margin and Stress Testing

## Definition

Test beyond bounds of operating state baselined to previous product and competitor.

## Approach

- *Stress Environment*
    - Test design capability under high environmental stress conditions.
    - <u>Current Test Plan:</u> Altitude, Power, Shock, Rot Vibe, Temperature, Storage
- *Process Variation*
    - Test design capability beyond the nominal process target and capability.
    - <u>Established Functional Design Tests:</u> Clearance-DLC ladders, Cure rate profiles, MAT sliver builds, Contamination Doping

## Methodology

- Test to failure
- Parametric analysis
- Test beyond specification
- Root cause understanding through FA and teardown

## Goal

- Ship product which is equal to, or better than, previous generation products and competitors.

Seagate Internal Confidential

HIGHLY CONFIDENTIAL

Seagate Internal Confidential



Failure Mode Improvement Roadmap
Catalin Serpe

FED_SEAG0056281

# Reliability Failure Modes Roadmap

**Objective:**

» Failure Modes Roadmap for top failure modes by market segment

**KPIVs**

» Technology roadmap
» Program changes
» Market requirements (usage /workload, operating conditions, etc.)
» Quantified impact of the technologies and changes to particular failure mode
  • use modeling, development tests (stress, 4 corner, margin) and reliability tests

**KPOVs**

» tool to monitor failure rate for top categories
» highlight gaps, identify trade offs
» help define decisions and priorities



Seagate Internal Confidential

# Field Reliability Prediction Model



---

**Model Development Validation:**
 - Leverage existing design and PA test suite to assess design margin and validate the Field Reliability Model.



Seagate Internal Confidential

# Lightning Field Reliability Prediction Model

| Lightning Reliability Prediction Model - CTU update | | | Model Prediction, by year | | | | | Cumulative |
|---|---|---|---|---|---|---|---|---|
| Failure Category | AFR Source | CTU Effectiveness | 1 | 2 | 3 | 4 | 5 | |
| Head degradation | worst case (TF) | 95% | 0.100% | 0.150% | 0.150% | 0.170% | 0.170% | 0.740% |
| HDI (Crashed drives, DNR...) | composite ARR | 10% | 0.085% | 0.092% | 0.090% | 0.090% | 0.090% | 0.45% |
| NPF | composite ARR | 5% | 0.167% | 0.078% | 0.051% | 0.037% | 0.035% | 0.367% |
| Spindle Motor | worst case | 95% | 0.036% | 0.041% | 0.053% | 0.066% | 0.080% | 0.275% |
| CND | composite ARR | 0% | 0.060% | 0.057% | 0.047% | 0.050% | 0.050% | 0.264% |
| Rd Instability | composite ARR | 20% | 0.032% | 0.025% | 0.028% | 0.018% | 0.000% | 0.103% |
| Nano Contamination | worst case | 50-67% | 0.033% | 0.007% | 0.000% | 0.000% | 0.000% | 0.039% |
| Particle damage | worst case | 50-65% | 0.013% | 0.006% | 0.005% | 0.004% | 0.004% | 0.031% |
| Firmware | composite ARR | 50% | 0.013% | 0.009% | 0.006% | 0.000% | 0.000% | 0.027% |
| Breather Filter | worst case | 99% | 0.000% | 0.001% | 0.010% | 0.010% | 0.005% | 0.025% |
| Pivot Degradation | worst case | 95% (est) | 0.000% | 0.001% | 0.005% | 0.006% | 0.006% | 0.018% |
| Handling Damage | composite ARR | 60% | 0.003% | 0.003% | 0.003% | 0.008% | 0.001% | 0.018% |
| Media Process | worst case | 90% (est) | 0.010% | 0.004% | 0.000% | 0.000% | 0.000% | 0.013% |
| Factory Process | worst case | 95% | 0.006% | 0.006% | 0.000% | 0.000% | 0.000% | 0.013% |
| ASIC Motor Controller | composite ARR | 89% | 0.004% | 0.001% | 0.000% | 0.000% | 0.000% | 0.004% |
| Other | composite ARR | 0% | 0.088% | 0.066% | 0.069% | 0.070% | 0.070% | 0.363% |
| Target ARR = 0.73% per year | | Predicted ARR | 0.65% | 0.55% | 0.51% | 0.53% | 0.51% | 2.75% |

**CTU update:** all categories verified with most recent test results to validate the effectiveness of changes

**Note:** HDI, NPF and CND are ~40% of the model budget – need further attention

Lightning Reliability Prediction Model will be finalized at SAD.



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056284

# Head Degradation Failure Roadmap

| Platform | Yosemite | Della1 | Della2 | Minnehaha |
|---|---|---|---|---|
| **Failure Mode** | **CY11 and earlier** | **CY12** | **CY13** | **CY14 +** |
| • Head Degradation | • Test improvements (SHST,TA Dwell, sORT)<br>• Active clearance [-]<br>• Head DLC [-]<br>• MDW DETCR<br>• Humidity Sensor<br>• TA media process improvements<br>• BER delta & Burnish specs<br>• Drive DETCR TA detection and padding<br>• Dual Heater<br>• Writer geometry (protrusion and cntct area)<br>• Lower ABS Temp<br>• LPL2 Lube | • Clearance Control (code, close point, ...)<br>• Active clearance [-]<br>• Head DLC [-]<br>• Digital Humidity Sensor<br>• Digital Pressure Sensor<br>• DETCR Cal<br>• Gen2 overcoats | • DETCR Live Sensor<br>• DETCR Contact Detection /IPD3<br>• Writer Config changes<br>• Reader Config changes<br>• Della3 TM changes<br>• Operational temp requirements [-]<br>• Workload increase [-] | • FOCUS<br>• HAMR<br>• SMR<br>• FAFH<br>• LCT AAB ?<br>• Active clearance [-]<br>• Head DLC [-] |



Seagate Internal Confidential

# ES Failure Modes Roadmap

## Head Degradation



## Chemical contam



## Spindle



**ES Top Failure Modes**

## Reader Stability



## Pivot



## Soft Particle Contam





Seagate Internal Confidential

# Alignment model to upstream systems

## Best in Class Customer experience



1. Need alignment between component level, subsystem level and drive level service life validation and margin comparison process
2. Above alignment has to happen during all stages of product life (ATD to EOL)

Seagate Internal Confidential

# In Conclusion

1. Achieving best in class 5 year service life performance is imperative for growth in Seagate's market share
2. Design, Validation and Sustaining processes/functions should align to cumulative 5 year stress and focus on margin improvement and variation
3. Need to establish measures, processes and interlocks between reliability process (customer experience) and other functions such as technology development, supplier development, PLM etc.



Seagate Internal Confidential

30

Seagate Internal Confidential



Backup

 FED_SEAG0056289

# 5Yr Service Life:  Design Approach (proposal)

Strategy: Define and Eliminate KPIVs for critical failure modes

- Subsystem model:
  - Key goal is to understand Physics of failure for all critical failure modes
  - Define all KPIVs and potential failure modes for new technologies
- Eliminate KPIVs for existing modes
  - Focus on eliminating the KPIVs.
  - Shared ownership of failure mode improvement roadmap
- System FMEA on new technologies to drive actions across company
  - Today new tech FMEAs do not drive strategic actions across the value stream.
  - This process should provide list of KPIVs and potential failure modes
- Leading Supply chain team
  - List of KPIVs that we want supply team to control to preSAD/RDT levels.
  - If supply team cannot meet the required levels, need to validate the 3 sigma corners.

- Development work (design, reliability and supplier dev teams) is not complete until KPIVs and KPOVs (physics of failure) of critical modes are identified, eliminated (or control process in place) and validated.

# 5Yr Service Life:  CEE team

Strategy:  Plan, test to margin and validate 5yr service life

- Systems model for 5 years
  - Inputs from functional teams/models and project 5 year performance
  - Life test report at key product life cycle/checkpoints.
- Fail Mode Improvement Roadmap
  - 3year mode specific improvement plan (tech alignment)
  - Closer engagement with platform team
- Shared ownership of new technology FMEA
  - Help implement closure of actions to eliminate KPIVs and control KPIVs
- Design margin & life test validation
  - Life validation tests (six month RDTs)
  - Mode specific five year life tests (SHST, bearing life etc etc)
  - Environment specific test to failure (HALT, TVM etc)
- Define/understand customer usage/stress
  - Work with PLM to improve product specifications
  - Resources and process to understand customer profiles, stresses, early warnings

- Product assurance process is not complete until five year service life failure rate validation is complete

# 5 year service life: Ops team

1. ## SPC…
   1. Stop if there is any change in your processes.  Don't rationalize to use it or classify as low risk

2. ## Need to improve our change management process
   2. Lump all changes to a monthly or qtrly blockpoint type evals
   3. Do rigors FMEA
   4. Make all changes transparent (in all parts of the supply chain)

- Will finalize OPS function proposal end of Oct



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056292

# 5Yr Service Life:  SQE proposal

Strategy:  Tightly control supplier/sub-supplier KPIVs to critical modes.

- Motor & Bearing
  - No Oil Leak plan for all programs
- Contamination Roadmap
  - Alignment of supplier contam roadmap to drive sensitivity to organic/inorganic compounds.
  - Roadmap has to be on the KPOVs defined by design teams
- Component KPOVs
  - Control KPOVs defined by design team to the SAD demonstration levels
  - Develop process KPIVs to help manage the KPOV levels

- Transition of suppliers in support of a "No Touch" and less operator dependent process initiatives.

- Will build on this proposal at SQE strategy forum.



Seagate Internal Confidential

HIGHLY CONFIDENTIAL                                                           FED_SEAG0056293

# ES Field and supply disruption issues

- **Hurricane:**  TA, bearing hydrocarbon, stator wire contam, cone scratch

- **Timberland:**  System Zone Dwell

- **Maverick/Firebird:**  Breather filter, Pivot contam

- **Firefly:**  Breather filter

- **Eagle:**  TA, SV09 media, bearing hydrocarbon, stator wire contam, cone scratch

- **Compass:**  Gasket Thixotrope

- **15k4:**  Motor oil hydrolysis

- **Moose:**  TA related degradation, Firmware

- **Muskie:**  TA related degradation



36

HIGHLY CONFIDENTIAL

Seagate Internal Confidential

# NB Field and supply disruption issues

- **Wyatt:**  Wrong Sector Timing (Firmware), Weak Write (narrow writer), Acoustics Noise (head switch servo bug), MBA Hydro-carbon, Silane Outgas from TIM (Long Term Storage)

- **Holliday:**  Weak Write (lazy writer), Acoustics Noise (head switch servo bug), Silane Outgas from TIM (Long Term Storage)

- **Desaru2D:**  Weak Write (RHO Head, Lube pickup), Offset Write due to FW bug, Talc (Mg/Si/O) Contamination

- **Sapta15:** Head Degraded (Clearance related), cracked capacitors and PCBA to MBA tolerance issues

- **Julius:**  Dell Slow Performance (FW bug, desktop only), SDOD (lift tab under ramp)



Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056295

# DT & DVR Field and supply disruption issues

- **Grenada** : NHK particulate contamination, Head instability, DSP tolerance to MBA

- **Hepburn:** Sticky crash stop

- **Bogart:** Media cache corruption

- **Pharaoh:**  Sticky crash stop, Command timeout at Iomega, Incorrect firmware (RQC @HP), PFPE escalation (RQC @ Apple)

38

Seagate Internal Confidential

FED_SEAG0056296

# 5Yr Service Life:  Mech SQE

Strategy:  Tightly control supplier/sub-supplier KPIVs to critical modes.

- Motor – No Oil Leak plan for all programs in volume and design.

- Bearing Cartridge – New Bearing Grease, development, qualification and implementation plans.

-  Contamination Roadmap – Alignment of supplier contamination roadmap to Head / Disc sensitivity to organic and inorganic compounds.

- Transition of suppliers in support of a "No Touch" and less operator dependent process initiatives.

39

Seagate
Seagate Internal Confidential
HIGHLY CONFIDENTIAL                                                      FED_SEAG0056297

# Total Read plus Write TB's Comparison (by segment)

| SORT Product | Field Product | 6 Week SORT | 26 Week SORT | Total Read plus Write Tera Bytes | | | |
|---|---|---|---|---|---|---|---|
| | | | | Field Median @ 5 years | Field 90th percentile @ 5 years | Field 95th percentile @ 5 years | Field 97.5th percentile @ 5 years |
| Compass | Firefly | 163.8 | 709.8 | 137.1 | 805.5 | 1323.1 | 2136.7 |
| Eagle | Eagle | 176.4 | 764.4 | 130.8 | 406.9 | 556.6 | 804.4 |
| Hornet | Hornet | 155.4 | 673.4 | 93.6 | 968.7 | 2098.7 | 3301.8 |
| Airwalker | Dragonfly | 142.8 | 618.8 | 152.8 | 1088.2 | 1460 | 1987.3 |
| Muskieplus | Muskie | 151.2 | 655.2 | 328.5 | 1285.4 | 1870.6 | 2516.7 |

- MC 2.5" 10K : Compass SORT compared to Firefly Field
  - 6 Week SORT is equivalent to 55th percentile of field @ 5 years
  - 26 Week SORT is equivalent to 88th percentile of field @ 5 years

- MC 3.5" 15K : Eagle SORT compared to Eagle Field
  - 6 Week SORT is equivalent to 60th percentile of field @ 5 years
  - 26 Week SORT is equivalent to 97th percentile of field @ 5 years

- MC 2.5" 15K : Hornet SORT compared to Hornet Field
  - 6 Week SORT is equivalent to 62nd percentile of field @ 5 years
  - 26 Week SORT is equivalent to 87th percentile of field @ 5 years

- BC 2.5" 7.2K : Airwalker SORT compared to Dragonfly2 Field
  - 6 Week SORT is equivalent to 45th percentile of field @ 5 years
  - 26 Week SORT is equivalent to 82nd percentile of field @ 5 years

- BC 3.5" 7.2K : Muskieplus SORT compared to Muskie Field
  - 6 Week SORT is equivalent to 25th percentile of field @ 5 years
  - 26 Week SORT is equivalent to 76th percentile of field @ 5 years

1 TB = 2^40 bytes

Need this for NB, DT and CE. And ES w/ SORT2



Seagate
Seagate Internal Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056298