# EXHIBIT 7
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

| From: | dezheng.k.kong@seagate.com |
|---|---|
| Sent: | Tuesday, June 12, 2012 1:06 AM |
| To: | Asia_Shiphold@seagate.com |
| Subject: | Fw: Grenada SHIP HOLD - Status: Conditional Release( --SSO # KOR-0210-00) -- Proactive Ship Hold Grenada OEM & STD OEM With JCY Baseplate |
| Attach: | Copy of ww49 missed orders-1.xls |

----- Forwarded by DeZheng K Kong/Seagate on 2012-06-12 16:03 -----



*Ship Hold Order For Grenada*

📎 Double Click Here to Access the Live Document!.

| Title: | Proactive Ship Hold Grenada OEM & STD OEM With JCY Baseplate | | |
|---|---|---|---|
| ShipHold Site: | KOR-Thailand | Status: | Conditional Release |
| Product Model #: | ST3000DM001, ST2500DM001, ST2000DM001, ST1500DM003, | SH#: | KO SH-00331-01 |
| | | Ref SSO#: | KOR-0210-00 |
| Part Number: | 9YN16Gxxx-xxx, 9YN164xxx-xxx, 9YN166-xxx Except tab -3xx, -568, -505, -570 and -9xx (for evaluation) | | |
| Date Created: | 2012-05-31 | Market Segment: PSG | VIQ: SQE (Mtr/Mech/Elec/(PCCA)) |
| Revision History | | | |

Ver Date Author Description of Change
00 12-May-31 06:01 PM Oran Kuskul/Seagate Initial Release
01 12-Jun-07 05:13 PM Krichwit Chaweeklang/Seagate Conditional Release#1 Allow MQM6 Passer

| General | |
|---|---|

Ship Hold Approval

| Ship Hold has been Approved by: | Oran Kuskul | Date Approved: 05/31/2012 |
|---|---|---|
| Approver Comments: | No Comment | |

Reason

Coreteam requested to have Grenada Multi Disc Ship Hold with JCY Baseplate.
From recent LODT failure. MFA found media ding caused by DSP warped after putting DSP screw. Caused of warpage is due to mechanical mis-match between DSP and MBA (PadC). In the below picture Length A found to be shorter than control drive by .005 inch causing gap between DSP and MBA.

CONFIDENTIAL

FED_SEAG0054950





## Section A-A

Please quarantine all inventory at Factory FGI, WIP and future DDSR should be quarantined as well. SHN affects 3 drive factories that build Grenada.

**Impact:**
a) Korat (Data provided by Krichwit)
-WIP = TBD
-FGI = 17701 Drives

| Count of SERIAL_NUMBER | |
| --- | --- |
| PART_NUMBER | Total |
| 9YN164-021 | 16 |
| 9YN164-034 | 608 |
| 9YN164-500 | 11513 |
| 9YN164-541 | 4143 |
| 9YN166-500 | 160 |
| 9YN166-501 | 3 |
| 9YN16G-500 | 1258 |
| Grand Total | 17701 |

Affected Grenada FGI and FGI-T as of May 31'12.xls

b)Wuxi (Data provided by RonGen W Wu)
-WIP = TBD
-FGI = 8244 drives

| PN | R(JCY) |
|---|---|
| 9YN164-500 | 1280 |
| 9YN166-500 | 3834 |
| 9YN16G-500 | 3060 |
| Total | 8244 |

c) Suzhou(Data provided by Ailan F Fu)
-WIP = TBD
-FGI = 6357 drives

| Capacity | Customer | PART_NUM | Affected QTY (JCY) | Total QTY in FGI |
|---|---|---|---|---|
| 2TB | DELL | 9YN164-034 | 477 | 680 |
| 2TB | NEC | 9YN164-135 | 40 | 100 |
| 2TB | LENOVO | 9YN164-541 | 2667 | 11360 |
| 2TB | STD OEM | 9YN164-500 | 27447 | 71040 |
| 2TB | STD OEM | 9YW164-500 | 25553 | 44960 |
| 1.5TB | STD OEM | 9YN16G-500 | 1514 | 4540 |
| 3TB | STD OEM | 9YN166-500 | 5410 | 22840 |
| 3TB | NEC | 9YN166-135 | 19 | 2340 |
| 3TB | STD OEM | 9YW166-500 | 443 | 1280 |
| Grand Total | | | 63570 | 159140 |

**Conditional Release#1**

Based on Asia discussion among Mike Crump, Sai, Chanond, Jerry and Korat Tiger teams, Grenada drives on hold with SSO KOR0210 will have treatment with MQM6 only for those urgent shipment from ABC. MQM6 passers are allowed to ship to support those urgent shipments from ABC.
PS: MQM6 = Sequential Read on DSP Zone + DST Long.



Grenada JCY Issue : Disposition of Affected Drive in FG

Chanond Tesavibul @ chanond.tesavibul@seagate.com                          4:56 PM (1 minute ago)
to HongSai, QingJing, Weising, Biljesh, Guan, Hari, Barun, me, Namavat, Michael, Sai, Korachat, Prangmuta (+)

Team,
Latest direction came after the recomene meeting with Mike and Sai at ~4:00PM Thailand time.

- Continue urgent shipment with MQM6 treatment : no motor baseplate mold cavity segregation. The urgent shipment will be identified in the official conditional release document. ( ~37K)
- Assess with LODT DPPM after the treatment.
- Continue with experiment to identify affected cavity with shock test previously planed in 1:00PM meeting. Will use that data to assess risk after completion. Decision to pull back part (if required) will base on result from experiment.

Korat QA will issue the official conditional shiphold release per condition above.

Regards,
Chanond

Urgent shipment list by ABC:

CONFIDENTIAL

| ww49 urgent shipment | Customer | Ship request in ww49 | Available drive in ww49 | Facoty latest commit |
|---|---|---|---|---|
| 9YN164-034 | Dell | 1000 | 0 | KRT replace with new loading , new packout will be early next Mon, June.11 |
| 9YN166-500 | STD OEM -- Iomega,Synax,Buffalo | 52000 | 17936 | we have 17k good drives sorted out in SZ and shipped out. Balance 35k. Recover in ww50 Sat to Mon: 5k on June.9 +17k on June.10 +13k on June.11. (Combine new build plus MQM6 screen) |
| 9YN166-501 | Dell | 680 | 0 | KRT already released drives and shipped,  closed. |
| 9YW166-500 | STD OEM---SV customer | 2880 | 1580 | we have 1580pcs  good drives sorted out in SZ and shipped out.  Balance 1300pcs. Reccover by next Mon June.11 . (From MQM6 screen) |

*(See attached file: Copy of ww49 missed orders-1.xls)*

### Clearing Action

| Responsibility for Clearing: | Chalermpon, Pat, Decha, Thanit, Suangsuda, Chanond, Kornsiri |
|---|---|

| Clearing Action: |
|---|
| SQE:<br>a) DSP (both Altum and JCY)<br>-Quarantine all DSP inventory and pull back to cut pin C. Owner: Jidapha<br>Note: allow to use with MBA MMI Baseplate.<br>-Qualify new DSP with cut off Pin C. Owner: Jidapha /In-progress<br>b) MBA with JCY baseplate (both Nidec and Alphana)<br>- Investigate if there is any change at baseplate level/process to identify affected vintage. Owner: Jidapha /In-progress<br><br>Drives:<br>-Investigate if there is any change at assembly process to identify affected vintage. Owner: Decha/In-progress<br>-WIP/FGI and future DDSR are to be quarantined (Attribute: MOTOR_BASE = xR). WX, SZ, and Korat Shipping/In-progress<br>-Affected drives are allowed to re-process to Disti or SBS based on risk assement data by LODT showed 1914 DPPM (7 Days MAV DPPM/Korat site as of May31). Owner: Thanit and Sarun/ Done<br>-Develop screening process and assessment as back up. Owner: Jariya, Suangsuda, Sarun/Checkpoint W49<br>-New build risk load pending LODT assessment data on DSP with Shorter Pin C or New DSP without Pin C. Owner: Pat, Apichart, Jariya, Suangsuda and Sarun /Checkpoint end of W49. |

| Locations Affected |
|---|

| Locations Affected:<br><br>Site Affected<br>Location(s) Affected: FGI, WIP |
|---|

| Conditional Releases |
|---|

| 2. CONDITIONS FOR THE RELEASE: Conditional release china (LODT assessment DPPM= 689 (2/2903)) built drives with MQM6 screen for JCY base issue in SSO KOR0210 per agreement from Korat/Suzhou/Wuxi QA and Core team.<br><br>Release composed by: AiLan F Fu on 6/12/2012 | Approved By:<br>DeZheng K Kong on 2012-06-12 |
|---|---|

| 1. CONDITIONS FOR THE RELEASE:<br>Based on Asia discussion among Mike Crump, Sai, Chanond, Jerry and Korat Tiger teams, Grenada drives on hold with SSO KOR0210 will have treatment with MQM6 only for those urgent shipment from ABC. MQM6 passers are allowed to ship to support those urgent shipments from ABC.<br><br>PS: MQM6 = Sequential Read on DSP Zone + DST Long.<br><br>Release composed by: Oran Kuskul on 6/7/2012 | Approved By:<br>Oran Kuskul on 06/07/2012 |
|---|---|

CONFIDENTIAL

Form: SSO99 2012-05-31 18:59:35

**Grenada Seagate Confidential**

CONFIDENTIAL

FED_SEAG0054954