# EXHIBIT 8
[UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

| | |
|---|---|
| From: | John D Grieci <john.d.grieci@seagate.com> |
| Sent: | Tuesday, February 07, 2012 1:55 PM |
| To: | Homer Pitner |
| Cc: | Thanit Suksawang; Michael R Crump; Alan Clark; Sai S Varanasi; Phil Rich; WenSan Lee-Morgan; Patrick Connolly; James Tetherow |
| Subject: | Re: Grenada SHIP HOLD - Status: SHIP HOLD( --SSO # KOR-0187-00) -- ORT MTBF trigger. |

Homer,

Agreed. We will get you the data you are looking for so you can make your own judgement.

Also, we should create a process such that we don't "assume" going forward.

Sai/Mike,

Can we estimate the ARR adder for these issues so Homer can review?

Thanks,

John

On Feb 7, 2012, at 11:07 PM, Homer Pitner <homer.pitner@seagate.com> wrote:

> Why would SBS absorb the failures? What's the incremental AFR adder? Don't assume these will ship to SBS.
>
> On Tue, Feb 7, 2012 at 6:23 AM, Thanit Suksawang <thanit.suksawang@seagate.com> wrote:
>> Hi,
>> Grenada ORT Trigger SSO#KOR-0187 updates. More details in the attached file.
>>
>>
>> SSO is released for Disty / OEM based on

1

- Paper sort criteria as of Feb 8.

    - Total reject rate from drive and ET / ISI spec based on 1-2 sample sizes per capacity is 6% / 15% / 27% for 1TB / 2TB / 3TB (3% / 6% / 18% for drive criteria and 3% / 6% / 9% for HGA and ISI spec). Details in the backup / Feb 8 [Done].

    - Working for SBS demand to absorb Disty / OEM paper sort failures / On going

- Disposition changed for 1D Alphana MBA to use for SBS only / Feb 8 [Done]

    - Working to use -303 , current 1D Alphana Disty , for SBS. No re-config required / On going

On Mon, Feb 6, 2012 at 10:05 PM, Thanit Suksawang <thanit.suksawang@seagate.com> wrote:
Hi ,
Grenada ORT Trigger SSO#KOR-0187 updates. More details in the attached file.

**Background** :

W31 ORT report MTBF at 107K vs 250K Disty / OEM requirement. Major failures are Degraded head (9 drives) , NMD (5 drives) and Skip write (5 drives).  This impacts to Disty / OEM Native capacities , not 2TB BtC.

**Observations :**

- Aperio media can meet 250K MTBF. However , Grenada Aperio is planned for 10% supply only.

- Head degradations (9 drives) :

    - 5/9 can be captured with new ET combo spec and ISI spec.

    - 1/9 showed symptom of head failure on the 1st run. This require head and media replacement for EC10504.

    - 1/9 can be captured by drive parameter MAX_JUMP > 140.

- NMD (5 drives) :

    - 1/5 was with TGA reclaim. Reclaim TGA showed high failure rate at  3.9% vs Prime at 0.4-0.6%.

CONFIDENTIAL                                                                                                                                         FED_SEAG0055095

**Impacts (total 2M drives).**

- FGI : 398K (35K Korat , 94K Wuxi and 269K SuZhou).

- WIP (as of Feb 6) : 1569K (131K Korat , 335K Wuxi and 1103K SuZhou).

**Actions :**

- Issue stop ship to contain Disty / OEM Native drives all capacities at WIP and FGI / Feb 4 [Done]

- Review for paper sort criteria for drive WIP and upstream WIP / Ongoing

    - A criteria proposed on Feb 6 can improve MTBF to 130K. Need additional criteria for higher MTBF.

    - Estimated 8-10% Disty fall out to be SBS. Working for SBS demand to absorb Disty / OEM paper sort failures.

- Head degradation upstream spec tightening / Feb 9

    - Cut in a new ET combo spec / Feb 6 [Done].

    - ET yield impacted by 1.6%. On hold as a new sort and discuss usage strategy / On going.

    - Slider to cut in a new spec by Feb 9. Under PCA sign off and PG comes back from holidays.

- NMD reduction plans / Feb 14

    - Review to cut in PCO17.3A (new MQM) / Feb 9.

    - JIT 3 F3 code / Feb 10 (under SIE / Reli testing).

    - New servo code / Feb 14 (under SIE / Reli testing). Require the code for factory check out by Feb 10.

- Change ADG rules for EC10504 from B2 to B3 / Feb 6 [Done]

- Stop using TGA reclaim. Need re-qualifications before resume / WW23.

- Need more FA on the remaining failures / On going.

3

- Review ORT AFR vs Field return and pareto / On going.

**Supply :**

- Under review.

---------- Forwarded message ----------
From: <Brijesh.KU.Singh@seagate.com>
Date: Sat, Feb 4, 2012 at 10:21 PM
Subject: Fw: Grenada SHIP HOLD - Status: SHIP HOLD( --SSO # KOR-0187-00) -- ORT MTBF trigger.
To: Asia_Shiphold@seagate.com
Cc: Sai.S.Varanasi@webmail.seagate.com, Hari.H.Narayan@webmail.seagate.com, tao.b.bai@webmail.seagate.com

----- Forwarded by Brijesh KU Singh/Seagate on 02/04/2012 10:20 PM -----

### D7822640.gif  *Ship Hold Order For Grenada*

<doclink.gif>
<D7741719.gif> Double Click Here to Access the Live Document!.

| Title: | ORT MTBF trigger. | | | |
|---|---|---|---|---|
| ShipHold Site: | KOR, Wuxi & Sz | <ecblank.gif> | Status: | SHIP HOLD |
| Product Model #: | ST3000DM001, ST2000DM001, ST1000DM003 | | SH#: Ref SSO#: | KO SH-00312-00 KOR-0187-00 |
| Part Number: | 9YNxxx-xxx , 9YWxxx-xxx | | | |
| Date Created: | 02/04/2012 | Market Segment: PSG | VIQ: | <ecblank.gif> |

**Revision History**

<u>Ver Date Author Description of Change</u>
00 12-Feb-04 10:00 PM Brijesh KU Singh/Seagate Initial Release

|  **General** |
|---|
| <graycol.gif>**Ship Hold Approval** |

CONFIDENTIAL    FED_SEAG0055097

| Ship Hold has been Approved by: | Brijesh KU Singh | Date Approved: 02/04/2012 |
|---|---|---|
| Approver Comments: | No Comment | |

&lt;graycol.gif&gt;**Reason**

Grenada ORT MTBF is currently at 90K MTBF against spec of 250K. 2 months back RDT demonstration was at 250K MTBF. Over last 4 weeks failures are 2X. **Based on current MTBF performance SSO is placed for drive build from all 3 site (Krt, SZ and Wx).**
The SSO is for client shipments only at following configs post DOM 25
A. 2H 1T
B. 4H 2T
C. 6H 3T
No sso for any SBS configs or CTU shipments.

Affected quantity
&lt;D7221652.gif&gt;
Korat data under FIS crunch--Feb 05est

&lt;graycol.gif&gt;**Clearing Action**

| Responsibility for Clearing: | Hari N, Krishnan S, Thanit S, Brijesh S, Frank M, Sherwin, Wilson & Niran L. |
|---|---|

**Clearing Action:**
1. FIS crunch and quarantine affected drive -- Sarun / Sherwin / HongGang -- Feb 06 est
2. Re process affected vinatage and new build drive with PCO 17.3A
3. Develop paper sort criteria for Head related failure -- Feb 07 est
4. Packout Block re claim TGA .
5. Servo code fix- Feb 10.

## Locations Affected

**Locations Affected:**

**Site Affected**
**Location(s) Affected: FGI, WIP**

## Conditional Releases

&lt;ecblank.gif&gt;

CONFIDENTIAL

Form: SSO99 02/04/2012 10:00:14 PM

**Grenada Seagate Confidential**

--
Regards,
Thanit

--
Regards,
Thanit

--
Homer Pitner
Executive Director
Product Development
Seagate Retail products
408.658.1373

CONFIDENTIAL                                                                                                   FED_SEAG0055099