# EXHIBIT 11
## [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4


5    IN RE SEAGATE TECHNOLOGY, LLC
     LITIGATION,
6    _____ No. 3:16-cv-00523 JCS

7    CONSOLIDATED ACTION

8    _____

9


10       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11


12       Videotape Deposition of Andrew Hospodor,

13   Ph.D., taken at Four Embarcadero Center, 17th

14   Floor, San Francisco, California, on Friday,

15   December 15, 2017 at 9:48 a.m.

16

17

18

19

20

21

22   REPORTED BY:

23   Mary Hogan CSR No. 05386

24

25

49

```
 1              MS. SCARLETT:  Objection to form.

 2         Q    (By Ms. Rodewald) Do you know the

 3    serial number of the drive?

 4              MS. SCARLETT:  Objection, form.

 5              THE WITNESS:  Not off the top my head.

 6    I haven't memorized it.

 7         Q    (By Ms. Rodewald) In this action, in

 8    your report, your declaration, you do not opine

 9    that the ST3000DM001 drives had any specific

10    defect, do you?

11              MS. SCARLETT:  Objection to form.

12              THE WITNESS:  In my report I provide

13    exemplary information of a number of different

14    defects.

15         Q    (By Ms. Rodewald) Did you identify any

16    specific defect that you opine is common to the

17    ST3000DM001 drives at issue in this litigation?

18              MS. SCARLETT:  Objection to form.

19              THE WITNESS:  So my role in this was

20    not to identify a common defect.

21              There certainly are things that appear

22    over and over again as issues in the production of

23    the Seagate ST drives.

24              My role here was to identify whether

25    or not the annualized failure rates, or AFR, was
```

50

1   actually within Seagate's claim of being less than

2   1 percent or less than .3 percent as they

3   advertised in their marketing materials.

4        Q    (By Ms. Rodewald) What percentage of ST

5   drives sold to consumers failed?

6             MS. SCARLETT:  Objection to form.

7             THE WITNESS:  I don't know.

8        Q    (By Ms. Rodewald) But it is your

9   opinion that they had a higher failure rate than 1

10  percent?

11       A    The data that I've reviewed indicates

12  that from the beginning of the production process

13  Seagate knew that this drive had an annualized

14  failure rate of more than .34 and more than

15  1 percent.

16       Q    Is it your opinion that the ST drives

17  in consumers' hands failed at a higher rate than 1

18  percent?

19            MS. SCARLETT:  Objection to form.

20            THE WITNESS:  So I don't -- I can't

21  opine on what is in consumers' hands.  I have not

22  seen the data for consumers' hands.

23       Q    (By Ms. Rodewald) Is it your opinion

24  that the ST drives for the entire period from 2011

25  to 2016 had the same failure rate?

51

1              MS. SCARLETT:  Objection to form.

2              THE WITNESS:  It is my opinion that

3    they did not.

4         Q    (By Ms. Rodewald) And what were the

5    differences?  Did the failure rate vary over time?

6              MS. SCARLETT:  Objection to form.

7              THE WITNESS:  During the time and the

8    data that I examined, the failure rate was

9    constantly increasing and it was above 1 percent.

10        Q    (By Ms. Rodewald) What do you mean by

11   "constantly increasing"?

12        A    Let's go into my expert report and

13   I'll show you.  Please, let's do it.

14        Q    Hold on.  I think this is a very

15   simple question.

16        A    I wanted to answer you accurately.

17        Q    When you say "constantly increasing,"

18   do you mean that hard drives manufactured in 2014

19   had a higher failure rate than hard drives

20   manufactured in 2011?

21        A    I'm going to answer you out of my

22   expert report.

23

24

25

52



54

1    report and flush them out, but I'm not sure off

2    the top my head if the eight months is referring

3    to the start of mass production for the -- for the

4    SBS drives or the bare drives, so I -- I would

5    have to go back and review my report to see that.

6         Q    Okay.

7         A    And I'm trying to answer you --

8         Q    No.

9         A    -- as factually as I can.

10        Q    I understand.  And we can look at some

11   documents later, you know, later in the

12   deposition.

13            I'm trying to get some general

14   overview now and trying to understand some

15   concepts, and then we'll go back and tie down some

16   of these things.

17            Okay.  Do you know what percentage of

18   the named plaintiffs' drives failed?

19            MS. SCARLETT:  Objection to form.

20            THE WITNESS:  I'm sorry.  The named

21   plaintiffs being the parties who brought the suit?

22        Q    (By Ms. Rodewald) Correct.

23        A    I do not, but I can assume that they

24   wouldn't bring suit unless their drives had

25   failed.

55

1          Q      But you don't know what percentage?

2                 MS. SCARLETT:  Objection, form.

3                 THE WITNESS:  I don't know how many

4     drives they had, when they failed, or how many

5     failed.

6          Q      (By Ms. Rodewald) Okay.  Do you want to

7     go for a little further before we take a break?

8          A      No.  We can keep going.

9          Q      Is it your understanding that in the

10    hard drive industry hard drives are produced for

11    different intended uses?

12         A      So I'm -- I'm not really sure I

13    understand what you're asking.

14         Q      Well, let me ask you this:  Do hard

15    drive manufacturers such as Western Digital or

16    Seagate or -- I forget Hitachi's current name.

17    It's HG --

18         A      -- ST.

19         Q      HGST.  Is it your understanding that

20    they manufacture some hard drives to be used

21    inside desktop computers, they manufacture other

22    hard drives to be used in what are called

23    enterprise or mission critical applications, and

24    other hard drives to be used inside DVRs and

25    TiVos, or to be used inside laptops?

88



89



90



91



92



93



94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





95

96



105

1    phase referred to as pilot exit.

2         Q    Okay.

3         A    And accordingly, Seagate test drives

4    pre-release, as well as post-release, so it's

5    right there where the drive is released that

6    Seagate will be collecting and analyzing field

7    data to spot trend and determine whether a drive

8    is meeting its anticipated rate of field returns.

9         Q    So after this release it's your

10   understanding that the drive is continued -- hard

11   drive companies in general and Seagate included

12   continue to put the drives through ongoing

13   testing; is that correct?

14        A    Yes.

15        Q    Okay.  And is it your understanding

16   that Seagate called that ongoing activity ongoing

17   reliability testing or ORT?

18             MS. SCARLETT:  Objection, form.

19             THE WITNESS:  I have seen the term ORT

20   and there may be some other testing that they've

21   done as well.

22             Once the drive does go into

23   manufacturing, it would typically use the same

24   components that were qualified on the drive at the

25   time it was being designed and before it was being

106

1    handed off from the pilot exit and the quality

2    exit.

3

4

5

6

7

8

9

10

11         Q    (By Ms. Rodewald) Have you ever been

12    involved in the production of a hard drive that

13    was produced in volume of millions?

14         A    Yes.

15         Q    And when was that?

16         A    That was at Quantum.

17         Q    Okay.

18         A    In the 1980s -- sorry, 1990s as well.

19         Q    And those being hard drive --

20    particular models of the hard drives were being

21    produced in millions of numbers a year?

22         A    Yes.

23         Q    And were those being produced at a

24    number of factories in a number of different

25    countries as well?

107

1      A      No.  I believe we had one major

2  manufacturing facility.

3      Q      Was it Quantum's practice at the time

4  to qualify multiple sources for components?

5      A      Yes.  Quantum would qualify multiple

6  sources before the mass production of the drive

7  began.

8      Q      Before they started ramping production

9  they would qualify multiple sources?

10      A      Yes.

11      Q      And is it possible that a company

12  would qualify multiple sources during the ramp

13  phase?

14          MS. SCARLETT:  Objection, form.

15          THE WITNESS:  It not something that

16  I've ever seen.

17      Q      (By Ms. Rodewald) How many drives have

18  you been involved with taking from design through

19  approval for sale through a ramp?

20      A      Dozens.

21      Q      And was that all at Quantum?

22      A      That was primarily at Quantum, and

23  then I had also done consulting work where I

24  assisted other disk drive companies.

25      Q      When was that?

108

1          A      In the back of my resume, I think it

2     was '83 to '86.  Let's see.  It may have been

3     earlier or later.

4               So when I was at I/O Xel, '86 to 1990,

5     and so I worked with companies like Quantum,

6     Prium, Maxtor and Iomega and assisted them in

7     taking their product through this process.

8          Q      And you were involved in qualifying

9     component suppliers?

10         A      I actually at the time developed

11    something called the SCSI benchmark tester and

12    that was the first patent that I received, and

13    these companies used the tester to evaluate some

14    of the suppliers of some of their components.

15         Q      So you're saying that it's not -- it's

16    not standard practice to continue qualifying new

17    suppliers of parts during the ramp phase of

18    production?

19               MS. SCARLETT:  Objection, form.

20               THE WITNESS:  I'm not familiar with

21    that, and I would think it's somewhat dangerous.

22         Q      (By Ms. Rodewald) Why?

23         A      Because you're about to start building

24    millions of things with parts that you don't

25    really know very much about.

109

 1          Q     That's the purpose of the
 2    qualification process, isn't it?
 3                 MS. SCARLETT:  Objection, form.
 4                 THE WITNESS:  That's why I believe the
 5    qualification process should occur before the mass
 6    production.
 7          Q    (By Ms. Rodewald) During ongoing
 8    reliability testing or whatever you want to call
 9    it -- let me see.
10                 Have you ever been involved in that
11    process, the process of either doing or
12    supervising, directly supervising, ongoing
13    reliability testing?
14          A     Yes.
15                 MS. SCARLETT:  Objection to form.
16                 THE WITNESS:  Sorry.  Yes.
17          Q    (By Ms. Rodewald) When was that?
18          A     That was again at Quantum.
19          Q     And can you please explain what your
20    role was with regard to ongoing reliability
21    testing?
22          A     So at Quantum we were very interested
23    in what the failure rates were, and my group in
24    systems engineering was responsible, as I said,
25    for drives that were targeted for streaming

125

1          Q      Okay.  So you're saying that

2    head-related failures -- you are grouping them all

3    together as being common; is that correct?

4          A      No, that is not what I'm saying.

5          Q      Okay.  So why would it matter whether

6    or not something is called a head-related failure?

7                 It sounds to me like you're saying

8    just because something is called a head-related

9    failure you cannot make a conclusion one way or

10   another whether it has anything in common with a

11   different head-related failure; is that correct?

12                MS. SCARLETT:  Objection, form.

13                THE WITNESS:  Okay.  So I didn't

14   understand your first question and I definitely

15   don't understand your second question.

16         Q      (By Ms. Rodewald) Okay.

17         A      So if you could rephrase them for

18   me --

19

20

21

22

23

24

25

126



127



128



129

1

2

3

4

5

6        Q      What you reviewed -- you reviewed the

7     documents Seagate produced; is that correct?

8              MS. SCARLETT:  Objection, form.

9              THE WITNESS:  I reviewed a lot of

10     Seagate documents.  Which are you talking about?

11        Q      (By Ms. Rodewald) Why are you saying

12     you don't have the data?

13              MS. SCARLETT:  Objection to form.

14              THE WITNESS:  Because I did not review

15     any data based on customer failures in the file.

16     Seagate did not produce that in this case.

17        Q      (By Ms. Rodewald) So Paragraph 34, you

18     go on to state, "The data used to calculate AFR

19     and MTBF is usually obtained by conducting

20     accelerated life testing equivalents of running a

21     large population of drives 24 hours per day and

22     seven days per week for at least 30 days in

23     special test chambers which subject the drives to

24     extreme conditions, such as temperature and

25     voltage levels above and below the values listed

191

1   manufacturer and has their brand on it is that if

2   they are manufacturing disk drives and their disk

3   drives are either 2400 power-on hours or 8760

4   power-on hours, that the disk drive that's inside

5   the enclosure that I buy from them will either be

6   2400 power-on hours per year or 8760 power-on

7   hours per year.

8           I have never seen any piece of

9   information that suggests that customers should

10  only use their Seagate branded storage solutions

11  for less than 2400 hours a year, never seen it.

12  This is the first time today.

13      Q    (By Ms. Rodewald) And you have no idea

14  how long the average consumer uses an external USB

15  drive, correct?

16      A    I don't think that matters.

17          MS. SCARLETT:  Objection to form.

18          THE WITNESS:  I don't think that

19  matters.

20          MS. RODEWALD:  I think we're up to

21  Exhibit 10.

22          (Exhibit 10 marked.)

23

24

25



192

224

```
 1        Q    (By Ms. Rodewald) Didn't he say that

 2   there is a correlation between the amount of

 3   workload stress and the product's propensity to

 4   show constant failure rate or wear-out?

 5            MS. SCARLETT:  Objection, form.

 6            THE WITNESS:  He did say that.

 7        Q    (By Ms. Rodewald) Okay.  So that would

 8   mean that the higher workload products are the

 9   ones that have -- are correlated with this

10   propensity to show Beta equals greater than 1,

11   correct?

12            MS. SCARLETT:  Objection, form.

13            THE WITNESS:  I don't think that's

14   what he said.

15

16

17

18

19

20

21

22

23

24

25
```

225

1

2

3

4

5        Q     So are all of the bases for your

6    opinions that Seagate did not use the right Beta

7    value stated in your report?

8            MS. SCARLETT:  Objection, form.

9            THE WITNESS:  I think there are lots

10   of opinions that are floating around in my head,

11   some of which are scattered, some of which may or

12   may not make sense.

13          I tried to write a report that was not

14   comprehensive but one that was exemplary and

15   explained the basis for my opinions and provided

16   the evidence that I had for Seagate not reaching

17   their AFR target of 1 percent.

18        Q   (By Ms. Rodewald) Do you know of any

19   evidence, sitting here today, that you did not

20   include in your report?

21            MS. SCARLETT:  Objection, form.

22            THE WITNESS:  In the back of my report

23   here you will see a long list of numbers.

24          I didn't print every single one of

25   these, and I didn't actually cite every single one

231

1    drives into mass production in Japan.

2            Quantum designed the drives and then

3    would send teams of manufacturing engineers to

4    Japan to implement the production of the drives,

5    do the preproduction builds, bring the

6    preproduction drives back for testing in Milpitas,

7    California, calculate things like AFR, look at

8    what the yield would be, and when the drive was

9    deemed sufficiently mature, it would go into mass

10   production.

11           And one of the levels was -- you know,

12   is the drive going to be able to achieve a

13   first-pass yield at the start of mass production.

14       Q    You are not one of the manufacturing

15   engineers, correct?

16       A    I was not a manufacturing engineer,

17   but I had more than enough friends in

18   manufacturing engineering, so I got to hear all

19   the relevant stories, and by the time I was done

20   at Quantum, I was in the management ranks, so I

21   regularly got updates about what was going on and

22   what was on the critical path, what types of

23   problems we're seeing, what we're going to do to

24   get the yield up prior to mass production.

25       Q    But Quantum was not responsible for

232

1    getting the yield up, was it?

2         A      Quantum was.  Quantum acted hand in

3    hand with MKE to identify and correct any issues

4    prior to mass production, so once the drive went

5    into mass production, it was being cranked out by

6    the millions.

7                 And this is at a time before the

8    internet, so we didn't have the ability to issue

9    firmware updates twice a year or three times a

10   year like Seagate was doing during the life of the

11   Grenada product.

12                We had to get it right the first time,

13   and we qualified all of our vendors before we went

14   into mass production.

15                We built prototype drives with

16   combinations of each of the vendors' components to

17   make sure that they all worked together.

18                We did our AFR life-cycle testing.  We

19   did all of -- I'm sorry, the accelerated

20   life-cycle testing for AFR.

21                We did all these things prior to

22   getting the drive into production, and it was only

23   when both Quantum and MKE were satisfied with the

24   results that the drive was actually released into

25   mass pro.

233

1          We would never change or try to put a

2     new part on a drive that wasn't already

3     qualified --

4          Q      Okay.

5          A      -- once it went into mass pro.

6          Q      So you never changed -- after the

7     drive went into mass production, you never

8     qualified new suppliers for parts?

9                MS. SCARLETT:  Objection, form.

10                THE WITNESS:  We didn't -- as far as I

11    know, we used the suppliers that were qualified

12    during the design phase and used their parts to

13    make the product, and we made sure that those

14    parts were interchangeable with other parts from

15    other manufacturers.

16                So we avoided swapping out a part in

17    the middle of production with a new part that

18    hadn't been qualified with all the other parts.

19                A disk drive has a tremendous amount

20    of parts inside of it.  It's a complicated device.

21                We did, however, take new suppliers

22    and look at qualifying them into the production to

23    the next production run of a follow-on product.

24                So if we had a bump in aerial density,

25    if we were going to add some new heads, if we were

234

1    going to do something different or target a

2    different market, we would use that as an

3    opportunity to qualify a new vendor, knowing that

4    the original drive, in the case of something like

5    a classic drive, was already solid and stable.

6              We would take a look at what we could

7    do in the next generation to add different

8    components into that, get some more capacity out

9    of it, get a little more performance, maybe some

10   more reliability.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

236



248

1    generating two or more engineering change requests

2    every single day and that's enough to overwhelm an

3    organization.

4        Q    (By Ms. Rodewald) So I have a pretty

5    simple question here.  I hope we can figure it out

6    together.

7             You don't cite any documents in

8    connection with Figures 19 and 20, and so I'm

9    wondering if you can tell me what the actual

10   documents are that you got the data from.

11       A    So the documents are the documents

12   like this FED SEAG0002724, and all of these

13   documents that represent the monthly engineering

14   change request -- they are called the engineering

15   change request logs.

16       Q    Okay.

17       A    And it's either this document with a

18   lot of tabs or it's this document and the

19   subsequent documents.

20       Q    So I'm pretty sure that that document

21   only had one tab, so that would mean that there

22   are a bunch more of those, but you didn't cite the

23   Bates numbers in connection with these two

24   figures.

25       A    We can go back and do that if you need

249

```
1    that.

2              I'm sorry.  That would have been an

3    oversight, and you know, I hope that we included

4    those in the disclosure in the back --

5         Q    Okay.

6         A    -- of all the Bates numbers, but if we

7    need to, we can pull those out and get them for

8    you individually.

9         Q    Yeah.  We were just really trying to

10   figure out how you made these pretty pictures.

11   Couldn't figure it out.

12             Now you've mentioned customer code

13   ECRs, and what does that mean?

14        A    So a customer code, my understanding

15   is that would be a change that was implemented at

16   the request of a specific customer.

17        Q    And what might those be?

18        A    It's too loud.  It's -- you know, it's

19   got the wrong color sticker on it, it doesn't

20   accept this vendor unique command that we want.

21        Q    Okay.

22        A    We wanted a blue LED instead of a red

23   LED.  It's that kind of stuff when you're dealing

24   with customers.

25             But primarily the customer codes are
```

255

1    have any knowledge about the information that was

2    provided to me.



256



315

1            MS. SCARLETT:  Objection to form.

2            THE WITNESS:  I cited this document as

3    an AFR of 0.34.

4            I don't believe I said it was the only

5    document Seagate had ever produced, but, again,

6    I'm presenting exemplary information here, not

7    comprehensive information.

8        Q    (By Ms. Rodewald) Right now do you know

9    of any other evidence that Seagate published an

10   AFR of 0.34 percent in April 2011?

11           MS. SCARLETT:  Objection to form.

12           THE WITNESS:  Off the top of my head,

13   I do not, but I seem to remember advertising

14   different numbers for the AFRs.

15           So the data sheets at some point said

16   0.34 percent, and that was here on Paragraph 53

17   and 54.

18           So I'm sorry, the data sheet remained

19   unchanged, but Seagate continued to advertise the

20   AFR of the ST3000DM001 on its website as 0.34,

21   less than 1 percent, until at least January 2013.

22       Q    (By Ms. Rodewald) Do you think it

23   requires your expertise to review the Seagate

24   website and determine what it said about AFR?

25           MS. SCARLETT:  Objection to form.

316

1          THE WITNESS:  I'm sorry.  I don't

2  understand your question.

3          Q     (By Ms. Rodewald) Do you think it

4  requires your expertise to look at Seagate's

5  website and determine what it said about AFR?

6          A     I think --

7          MS. SCARLETT:  Objection to form.

8          THE WITNESS:  I think that any person

9  could look at Seagate's website and see what it

10  says about AFR.

11          Q     (By Ms. Rodewald) Okay.  Do you think

12  that an ordinary consumer could look at Seagate's

13  website and understand what the AFR meant?

14          A     So Seagate changed from MTBF to AFR to

15  make it easier for consumers to understand what it

16  meant, because consumers had a hard time

17  understanding what meantime between failure was on

18  a large population of drives, and they had an

19  easier time of understanding what annual failure

20  rate meant.

21          Q     But you think that an ordinary

22  consumer could look at Seagate's website and

23  understand the information presented there?

24          A     I don't see any reason why they

25  couldn't.

317

1     Q     And what about with regard to the

2  product manual and the data sheets that you cite

3  in your report?

4           Is this something that requires your

5  expertise to understand?

6           MS. SCARLETT:  Objection to form.

7           THE WITNESS:  I think that the product

8  manuals and the data sheets are written to be as

9  simplistic as possible.

10    Q     (By Ms. Rodewald) Okay.

11    A     So I would say no, they don't require

12 a Ph.D. in computer engineering to understand

13 them.

14          MS. RODEWALD:  Okay.  I believe that's

15 all I have for now.

16          It seems that you have reserved the

17 right to add to your opinions and we definitely

18 reserve the right to continue the deposition of

19 Mr. Hospodor if he revises or adds to his

20 opinions.

21          I would like to mark this transcript

22 as confidential, please.

23          MS. SCARLETT:  No questions from the

24 Plaintiffs.

25          THE VIDEOGRAPHER:  This marks the end

319

1

2          I, the undersigned, a Certified Shorthand

3     Reporter for the State of California, do hereby

4     certify that the witness in the foregoing

5     deposition was by me first duly sworn to testify

6     to the truth in the cause herein entitled; that

7     said deposition was taken at the time and place

8     herein stated; that the testimony of said witness

9     was reported by me and thereafter transcribed

10    under my direction into typewriting; that the

11    foregoing is a full, complete and true record of

12    said testimony;

13              I further certify that I am not of

14    counsel or attorney for either or any of the

15    parties in the foregoing matter, nor in any way

16    interested in the outcome of the cause herein

17    named.

18              IN WITNESS WHEREOF, I have hereunto

19    set my hand this 17th day of December, 2017.

20

21              _____

22              MARY HOGAN, CSR NO. 05386

23

24

25