# EXHIBIT 12
## [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

```
                                                                    1

 1    UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA

 3    No. 5:16-cv-00523-RMW

 4    _____

 5    30(b)(6) DEPOSITION OF SEAGATE TECHNOLOGY, LLC
      AS GIVEN BY:  PATRICK DEWEY
 6    September 7, 2017

 7    _____

 8    IN RE SEAGATE TECHNOLOGY, LLC

 9    LITIGATION

10    _____

11    APPEARANCES:

12         AXLER GOLDICH, LLC
               By Marc A. Goldich, Esq.
13                Matthew Strout, Esq.
                  1520 Locust Street, Suite 301
14                Philadelphia, Pennsylvania 19102
                  267.534.7400
15                mgoldich@axgolaw.com
                  mstrout@axgolaw.com
16                   Appearing on behalf of Plaintiffs

17         SHEPPARD MULLIN
               By Anna S. McLean, Esq.
18                Four Embarcadero Center, 17th Floor
                  San Francisco, California 94111-4109
19                415.434.9100
                  amclean@sheppardmullin.com
20                   and
                  Mukund Sharma, Esq.
21                379 Lytton Avenue
                  Palo Alto, California 94301-1479
22                msharma@sheppardmullin.com
                     Appearing on behalf of Seagate
23                   Technology, LLC

24

25
```



Dewey, Pat 30(b)(6) - 09-07-2017

87

88



Dewey, Pat 30(b)(6) - 09-07-2017

135



Dewey, Pat 30(b)(6) - 09-07-2017



136

Dewey, Pat 30(b)(6) - 09-07-2017



67

Dewey, Pat 30(b)(6) - 09-07-2017

168



Dewey, Pat 30(b)(6) - 09-07-2017

```
                                                              252
```

STATE OF COLORADO)

                    )   ss.   REPORTER'S CERTIFICATE

COUNTY OF DENVER )

       I, Pamela J. Hansen, do hereby certify that I am a Registered Professional Reporter and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

       I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

       I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

       In witness whereof, I have affixed my signature this 18th day of September, 2017.

       My commission expires September 3, 2018.

```
            _____
            Pamela J. Hansen, CRR, RPR, RMR
            216 - 16th Street, Suite 600
            Denver, Colorado  80202
```