# EXHIBIT 13
# [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

```
                                                                    1
 1    UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
      CALIFORNIA SAN JOSE DIVISION
 2    CASE NO. 5:16-cv-00523-RMW

 3    30(b)(6) DEPOSITION OF SEAGATE         July 26, 2017
      TECHNOLOGY, LLC BY GLEN ALMGREN
 4
      IN RE SEAGATE TECHNOLOGY, LLC LITIGATION
 5
      APPEARANCES:
 6         AXLER GOLDICH, LLC
               By Marc A. Goldich, Esq.
 7                    and
                  Matthew Strout, Esq.
 8                1520 Locust Street, Suite 301
                  Philadelphia, Pennsylvania 19102
 9                  Appearing on behalf of Plaintiffs.
           SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
10             By Anna S. McLean, Esq.
                      and
11                Mukund Sharma, Esq.
                  Four Embarcadero Center, 17th Floor
12                San Francisco, California 94111-4109
                    Appearing on behalf Defendants.
13         ELITE LITIGATION SOLUTIONS, LLC
            1518 Walnut Street, Suite 300
14          Philadelphia, Pennsylvania 19102
            www.elitelsllc.com ~ 215.563.3703
15                                                            2
```



88

Almgren, Glen - 07-26-2017



Almgren, Glen - 07-26-2017





143

Almgren, Glen - 07-26-2017

144



Almgren, Glen - 07-26-2017

145



Almgren, Glen - 07-26-2017





Almgren, Glen - 07-26-2017

182

183



Almgren, Glen - 07-26-2017



185

Almgren, Glen - 07-26-2017

<s>
</s>

<s>



186

Almgren, Glen - 07-26-2017</s>

194



Almgren, Glen - 07-26-2017

```
 1    STATE OF COLORADO).
 2              ss).           REPORTER'S CERTIFICATE
 3    COUNTY OF DENVER ).
 4              I, Brittany D. Leis, do hereby certify that
 5    I am a Court Reporter and Notary Public within the
 6    State of Colorado; that previous to the commencement
 7    of the examination, the deponent was duly sworn to
 8    testify to the truth.
 9              I further certify that this deposition was
10    taken in shorthand by me at the time and place herein
11    set forth, that it was thereafter reduced to
12    typewritten form, and that the foregoing constitutes
13    a true and correct transcript.
14              I further certify that I am not related to,
15    employed by, nor of counsel for any of the parties or
16    attorneys herein, nor otherwise interested in the
17    result of the within action.
18              In witness whereof, I have affixed my
19    signature this 4th day of August, 2017.
20              My commission expires December 13, 2017.
21
22
23              _____
                Brittany D. Leis
                216 - 16th Street, Suite 600
24              Denver, Colorado 80202
```