# EXHIBIT 16
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]



**Cheng Uei Precision Industry Co., Ltd.**

Date: 2011/03/24
Page: 1 / 10
Revision: 1.0

**Subject:**

# Raptor V2 3.5 USB3.0 Thermal Limit Test Report

**Customer: Seagate**

**Product: Generic Hard Drive Assembly Unit**

**Supplier: Foxlink / Cheng Uei Precision Industry Co., Ltd.**

**Test Sample status: DVT EDA**

**Revision History:**

| Item | Date | Revision | Description of Change | Edited By |
|------|------|----------|----------------------|-----------|
| 1 | 2011/03/24 | 1.0 | Frist release | Nicole Chang |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Approved:**        **Reviewed: Vincent Yu**        **Reported: Nicole Chang**

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.



# Cheng Uei Precision Industry Co., Ltd.

Date: 2011/03/24
Page: 2 / 10
Revision: 1.0

## 1  PURPOSE:

To verify if the hard drive metal and IC have meets the thermal limit requirement.

## 2  TEST SAMPLE/QUANTITY:

| Capacity | Phase | EDA S/N | HDD S/N |
|----------|-------|---------|---------|
| Barracuda 2TB | DVT_P1-AVL1 | 2GHP0009 | 5XW2DQ08 |
| Barracuda 3TB | DVT_P1-AVL1 | 2GHP001Z | 9XK0C7AF |
| Barracuda 3TB | DVT_P2-AVL2 | 2GHP004S | 9XK0A19R |

2.1    Mechanical platform: DVT

## 3  TEST EQUIPMENT:

3.1    Temperature & Humidity Chamber: Brand KSON, Model: KTHB-615C-BS or equivalent.

3.2    Thermograph & Thermocouple: HP 34970A, Data Acquisition/Switch Unit or equivalent.

3.3    Test Program: Mayhem RealWorld 2

3.4    Desktop PC: Intel(R) Pentium(R) 4 CPU @2.40GHz, 1,024MB of RAM.

## 4  TEST CONDITION:

4.1    Set chamber temperature 40°C run 6 hours.

4.2    Using thermograph to record the temperature of hard drive metal, exact location is near the S/N label of metal base on HDD and IC surface for U1（GL3310）.

## 5  TEST PROCEDURE/SETUP/PHOTO:

5.1    Use thermal couple probe to stick on the define location of hard drive metal base and GL3310 IC surface.

5.2    The EDA should be flat lay down in chamber.

5.3    Setting chamber temperature at 40 degree / 6 hours.

5.4    The EDA run Mayhem program at the same time and record the temperature data.

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.

 **Cheng Uei Precision Industry Co., Ltd.**

Date: 2011/03/24
Page: 3 / 10
Revision: 1.0

5.5   EDA setup



Units in chamber



Adhere the thermocouple to the HDD directly

HDD thermal couple location



Bridge IC with thermal couple probe

## 6   PASS/FAIL CRITERIA:

The measured temperature from metal base plate (exact location near the S/N label) of HDD shouldn't exceed specification limit, ie, HD temperature 65°C / IC junction temperature 115°C.

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.



# Cheng Uei Precision Industry Co., Ltd.

Date: 2011/03/24
Page: 4 / 10
Revision: 1.0

## 7   TEST DATA/RESULT AND CONCLUSION:

### 7.1 P1-AVL1 withBarracuda 2TB HDD

◆ Temperature record table

| Time Elapse (Minute) | Chamber ( °C) | EDA S/N : 2GHP0009 ; HDD S/N : 5XW2DQ08 | | |
|---|---|---|---|---|
| | | Specification limit : HD temperature : 65°C ; IC junction temperature 115°C | | |
| | | GL3310 U1 Junction ( °C) | Margin (%) | HDD ( °C) |
| 15 | 40 | 64.12 | 38.58 | 39.24 |
| 30 | 40 | 70.41 | 33.11 | 49.89 |
| 45 | 40 | 74.54 | 29.52 | 56.76 |
| 60 | 40 | 77.24 | 27.17 | 61.20 |
| 75 | 40 | 79.20 | 25.47 | 64.12 |
| 90 | 40 | 80.90 | 23.99 | 66.03 |
| 105 | 40 | 80.92 | 23.97 | 67.11 |
| 120 | 40 | 81.72 | 23.28 | 67.78 |
| 135 | 40 | 81.79 | 23.22 | 68.34 |
| 150 | 40 | 82.21 | 22.85 | 68.56 |
| 165 | 40 | 82.53 | 22.57 | 68.91 |
| 180 | 40 | 82.34 | 22.74 | 69.03 |
| 195 | 40 | 82.50 | 22.60 | 69.14 |
| 210 | 40 | 82.37 | 22.71 | 69.10 |
| 225 | 40 | 82.32 | 22.75 | 69.05 |
| 240 | 40 | 82.26 | 22.80 | 69.12 |
| 255 | 40 | 82.34 | 22.74 | 69.20 |
| 270 | 40 | 82.11 | 22.94 | 69.25 |
| 285 | 40 | 82.55 | 22.55 | 69.26 |
| 300 | 40 | 82.25 | 22.81 | 69.20 |
| 315 | 40 | 82.53 | 22.57 | 69.18 |
| 330 | 40 | 82.08 | 22.96 | 69.19 |
| 345 | 40 | 82.20 | 22.86 | 69.27 |
| 360 | 40 | 82.37 | 22.71 | 69.30 |

◆ Temperature profile

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.

 **Cheng Uei Precision Industry Co., Ltd.**

Date: 2011/03/24
Page: 5 / 10
Revision: 1.0



Raptor 3.5 USB3.0 PCBA With Barracuda 2TB HDD thermal limit test
P1-AVL1

◆ Pre test with Long DST



HDD S/N：5XW2DQ08

◆ Post test with Long DST

HDD S/N：5XW2DQ08



Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.



# Cheng Uei Precision Industry Co., Ltd.

Date: 2011/03/24
Page: 6 / 10
Revision: 1.0

## 7.2 P1-AVL1 with Barracuda 3TB HDD

◆ Temperature record table

| Time Elapse (Minute) | Chamber ( °C) | EDA S/N : 2GHP001Z ; HDD S/N : 9XK0C7AF | | |
|---|---|---|---|---|
| | | Specification limit : HD temperature : 65°C ; IC junction temperature 115°C | | |
| | | GL3310 U1 Junction ( °C) | Margin (%) | HDD ( °C) |
| 15 | 40 | 65.08 | 37.74 | 44.04 |
| 30 | 40 | 72.36 | 31.41 | 56.09 |
| 45 | 40 | 77.01 | 27.38 | 64.17 |
| 60 | 40 | 80.11 | 24.68 | 69.34 |
| 75 | 40 | 82.05 | 22.99 | 72.45 |
| 90 | 40 | 83.66 | 21.59 | 74.59 |
| 105 | 40 | 84.32 | 21.02 | 75.92 |
| 120 | 40 | 85.04 | 20.39 | 76.95 |
| 135 | 40 | 85.26 | 20.20 | 77.59 |
| 150 | 40 | 85.41 | 20.07 | 78.01 |
| 165 | 40 | 84.85 | 20.56 | 78.12 |
| 180 | 40 | 85.51 | 19.98 | 78.15 |
| 195 | 40 | 85.05 | 20.38 | 78.02 |
| 210 | 40 | 84.64 | 20.74 | 77.98 |
| 225 | 40 | 85.19 | 20.26 | 78.11 |
| 240 | 40 | 85.14 | 20.31 | 78.29 |
| 255 | 40 | 85.29 | 20.18 | 78.36 |
| 270 | 40 | 85.32 | 20.15 | 78.45 |
| 285 | 40 | 85.09 | 20.35 | 78.15 |
| 300 | 40 | 84.69 | 20.70 | 78.04 |
| 315 | 40 | 84.83 | 20.58 | 78.15 |
| 330 | 40 | 85.12 | 20.32 | 78.20 |
| 345 | 40 | 84.73 | 20.66 | 78.05 |
| 360 | 40 | 84.84 | 20.57 | 78.13 |

◆ Temperature profile

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.

 **Cheng Uei Precision Industry Co., Ltd.**

Date: 2011/03/24
Page: 7 / 10
Revision: 1.0



Raptor 3.5 USB3.0 PCBA With Barracuda 3TB HDD thermal limit test P1-AVL1

◆ Pre test with Long DST



HDD S/N：9XK0C7AF

◆ Post test with Long DST

HDD S/N：9XK0C7AF



Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.

 **Cheng Uei Precision Industry Co., Ltd.**

Date: 2011/03/24
Page: 8 / 10
Revision: 1.0

7.3 P2-AVL2 with Barracuda 3TB HDD

◆ Temperature record table

| Time Elapse (Minute) | Chamber ( °C) | EDA S/N : 2GHP004S ; HDD S/N : 9XK0A19R | | |
|---|---|---|---|---|
| | | Specification limit : HD temperature : 65°C ; IC junction temperature 115°C | | |
| | | GL3310 U1 Junction ( °C) | Margin (%) | HDD ( °C) |
| 15 | 40 | 64.16 | 38.55 | 41.52 |
| 30 | 40 | 72.06 | 31.68 | 54.76 |
| 45 | 40 | 77.32 | 27.10 | 63.56 |
| 60 | 40 | 80.70 | 24.17 | 69.06 |
| 75 | 40 | 82.54 | 22.56 | 72.56 |
| 90 | 40 | 83.72 | 21.54 | 74.73 |
| 105 | 40 | 84.98 | 20.45 | 76.46 |
| 120 | 40 | 85.92 | 19.62 | 77.42 |
| 135 | 40 | 86.06 | 19.50 | 78.12 |
| 150 | 40 | 86.53 | 19.10 | 78.73 |
| 165 | 40 | 86.88 | 18.79 | 78.90 |
| 180 | 40 | 86.51 | 19.11 | 78.99 |
| 195 | 40 | 86.74 | 18.92 | 79.05 |
| 210 | 40 | 86.71 | 18.94 | 79.31 |
| 225 | 40 | 87.15 | 18.56 | 79.49 |
| 240 | 40 | 86.57 | 19.06 | 79.36 |
| 255 | 40 | 87.13 | 18.58 | 79.11 |
| 270 | 40 | 86.42 | 19.19 | 78.68 |
| 285 | 40 | 86.80 | 18.86 | 78.93 |
| 300 | 40 | 86.60 | 19.04 | 78.78 |
| 315 | 40 | 86.65 | 18.99 | 79.01 |
| 330 | 40 | 86.70 | 18.95 | 79.03 |
| 345 | 40 | 86.86 | 18.81 | 79.21 |
| 360 | 40 | 86.65 | 18.99 | 79.02 |

◆ Temperature profile

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.



# Cheng Uei Precision Industry Co., Ltd.

Date: 2011/03/24
Page: 9 / 10
Revision: 1.0



Raptor 3.5 USB3.0 PCBA With Barracuda 3TB HDD thermal limit test P2-AVL2

◆ Pre test with Long DST



HDD S/N：9XK0A19R

◆ Post test with Long DST

HDD S/N：9XK0A19R



---

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.



# Cheng Uei Precision Industry Co., Ltd.

Date: 2011/03/24
Page: 10 / 10
Revision: 1.0

## 8   TEST DATE AND AMBIENT TEMPERATURE AND HUMIDITY:

2011/03/16, At Tucheng lab, 20+/-5°C, 40-50 %TH.

## 9   IC Junction temperature calculation:

◆ Bridge IC GL3310 thermal spec :

| Symbol | Parameter | Min | Max | Units |
|--------|-----------|-----|-----|-------|
| Tj | Commercial Junction Operating Temperature | 0 | 125 | °C |

**Power : 0.7W**

| Symbol | Definition | Airflow value(c/w) |
|--------|------------|--------------------|
| $\theta_{JC}$ | Thermal resistance:junction to case(not air-flow dependent) | 9.3 |

The IC junction temperature can't exceed 115°C (IC spec is 125°C)

Formula : $Tj = Tc + P*\theta_{JC} = 87.13 + 0.7W * 9.3 = 93.64$ °C

Tj : Junction temperature of IC

P : IC power dispassion

   Tc : max measurement data of IC temperature=87.13°C

   Above results , the real junction temperature is 93.64°C and do not exceed 115°C limit.

## 10 Conclusion :

   Fail , HDD's temperature over 65°C limit.

Confidential. This document is the sole property of Foxlink / Cheng Uei Precision Industry Co., Ltd., And should not be used in whole or in part without prior written permission.

CONFIDENTIAL