# EXHIBIT 20
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]



# VOC/FQR Review



CTS Consumer Support
26 September 2014

Seagate Confidential

FED_SEAG0026244

# Open Actions from Sep 5th Meeting

| Action | Status | Owner | Due Date |
|---|---|---|---|
| 1. Research lenth of time between customer contact and escalation call-back. How do we do this better going forward?<br>2. Create 8D | Alex has a CARs pending to get into CAPA 8D WebFACTS. His access was setup for the FAE WebFACTS by mistake. | Shane Wilson<br>Alex Chin | 10/24/2014 |
| Define business CRM and Escalation processes for BizNAS segment | Workflows are being created in LucidCharts<br><br>Whitney full unit replacement process has been implemented. Product upgrade process has been established and implemented. Single drive and data recovery guidelines clarified and simplified for quicker issue resolution.<br><br>CRM processes still in progress. Investigating the possibility of modifying the functionality in SalesForce to allow for "case management" versus a "contact management" structure (example: SRS SalesForce case structure appears to be a viable template). | Kelly Gray | 10/24/2014 |
| Seagate Manager<br><br>1) What is the solution for not using this obsolete software any longer?<br><br>2) Why are customers downloading this?<br><br>3) Why are agents providing it? | 1) Recommend, we continue with current direction. Continue to use software in unchanged envrionments where it was tested (Windows XP, Vista, Windows 7). Move on the File History for Windows 8 / 8.1.<br><br>2) Software is only linked to legacy products, so customers would only see it there on navigation.<br><br>3) They are comfortable with it. It is mature software that works well with few dependencies. Nero has several dependancies like .Net, Visual C++ and VSS to handle both Windows and Mac design and continuous backup features. | Eric Lueb | 9/26/14 |

Seagate Confidential

FED_SEAG0026245

# Open Actions from Sep 5th Meeting

| Action | Status | Owner | Due Date |
|---|---|---|---|
| Customers are complaining that downloads are slow. | Load testing revealed that the further away a customer is from the servers in OKC the longer the download takes. Seems to be the solution would be to geographically disperse the downloads. IT is going to upload the files into the Akami environment which is clustered across 22 global servers and re-run the load test. | Scott Fenech Karen Favaloro John McDonald | Q2'15 |
| Verify timing on adding LaCie brand to RQC. | There is a meeting scheduled with Carrie Martin and the RQC Steering Committee on 9/29 to discuss timing. | Troy Beaty | 9/29/14 |
| Should Rackmount NAS products have different goals? | Part of  goal setting below | Bea Reilley | 10/31/14 |
| PMs to meet with Core Teams to update CIB% goals | Star ratings agreements in progress; Gen on Gen data (by comparitive launch quarters) needed to support CIB proposal (ETA 13 October); Close with core teams by October 31 | Bea Reilley | 10/31/14 |

Seagate Confidential

CONFIDENTIAL

FED_SEAG0026247

# Direct Attached Storage

## Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---|---|---|---|---|---|---|---|---|
| Backup Plus Slim | Udon | 4.5 | 4.2 | 0.67% | 33% | 0 | 0 | 1.65% |
| Backup Plus Desk | Udon Desk | 4.1 | 3.6 | 1.76% | 35% | 0 | 0 | 9.14% |
| Backup Plus FAST HDD | Mars2 | 4.0 | 4.4 | 1.85% | 8% | 0 | 0 | N/A |
| Backup Plus FAST SDD | Saleen | 5.0 | 5.0 | 1.77% | 100% | 0 | 0 | N/A |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

*\* Q4'14 RQC Metric*

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| **Backup Plus Desk** | **9.14% Field ARR**<br>- Product sold exclusively at Costco and Bestbuy (Brick and Mortar)<br>- High NTF rate | Dustin | |
| **Backup Plus FAST HDD** | **8% NPS**<br>- (0) Feature request for password protection<br>- (0) One drive failed, we referred to SRS. Customer expected us to support PCBA replacement / raid rebuild.<br>- Couple of comments about being hard to contact (APJ & EMEA) | Dustin | |

Seagate Confidential

# Direct Attached Storage

## Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---------|---|---|---|---|---|---|---|---|
| Expansion | Falcon | 4.3 | 4.2 | 0.29% | 19% | 0 | 0 | 1.58% |
| Expansion Desk | Falcon Desk | 4.0 | 4.3 | 0.71% | 16% | 0 | 0 | 2.52% |
| Expansion Plus | Saker | 5.0 (3) | N/A | 1.46% | 30% | 0 | 0 | 7.63% |
| Expansion Plus Desk | Saker Desk | N/A (0) | N/A | 2.26% | 23% | 0 | 0 | 12.15% |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

* Q4'14 RQC Metric

| Product | Issue/Status | Owner | Due Date |
|---------|--------------|-------|----------|
| **Expansion Plus** | **7.63% Field ARR**<br>- High ARR due to where it's sold.<br>- Walmart & Target only.<br>- High NT | Dustin | |
| **Expansion Plus Desk** | **12.15% Field ARR**<br>- High ARR due to where it's sold.<br>- Walmart & Target only.<br>- Additionally, an investigation was done on 32 units that were not NTF and all 32 cam back as fraud. | Dustin | |
| **Expansion Plus Desk** | **2.26% C2IB**<br>- Expansion Plus comes with software (Dashboard)<br>- Sold only at Walmart and Target<br>- Lots of Software Assistance calls | Dustin | |

Seagate Confidential

FED_SEAG0026249

# Pro Direct Attached Storage

## Alan Maricle

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---|---|---|---|---|---|---|---|---|
| LaCie Little Big Disk Thunderbolt 2 | LBDv2 | 4.5 (13) | N/A | 10.35% | N/A | N/A | N/A | N/A |
| Rugged | Rugged | 4.4 | 4.4 | 0.19% | N/A | N/A | N/A | N/A |
| LaCie 2big | 2big | 4.3 (18) | N/A | 6.68% | N/A | N/A | N/A | N/A |
| LaCie 5big | 5big | 5.0 (3) | N/A | 17.43% | N/A | N/A | N/A | N/A |
| LaCie 8big Thunderbolt 2 | 8big | 3.3 (4) | N/A | 6.87% | N/A | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | < 1.7% | > 13% | 0 | 0 | < 5% |

* Q4'14 RQC Metric

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| 2big | Spontaneous dismounting with MacPro. Core Team investigating. | Alan M | 9/26 |
| 2big/5big/8big | Makara (4-6TB) drives have fw problem that reduces read time when hot. Fw update in validation. | Alan M | 9/15 |
| 5big/8big | Customers confused on login to LaCie RAID Manager. Solution proposed to Core Team. | Alan M | 9/26 |
| 5big/8big | Driver for Windows compatibility is in validation phase. | Alan M | 9/26 |

Seagate Confidential

# Mobility & Consumer NAS

Eric Lueb & Bhawna Mundotia

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---------|---|-------------|------------------|--------------------------|-----|-------------|-----------------|------------|
| LaCie FUEL | Fuel | 3.1 | 3.1 | 4.39% | N/A | N/A | N/A | N/A |
| Wireless Plus | Gemini | 3.6 | 3.3 | 5.12% | 21% | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | < 5% | > 13% | 0 | 0 | < 10% |

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---------|---|-------------|------------------|--------------------------|-----|-------------|-----------------|------------|
| Central | Cirrus | 3.5 | 3.2 | 13.56% | 5% | 0 | 0 | 6.93% |
| Goal | | > 3.7 | > 3.7 | < 9% | > 13% | 0 | 0 | < 10% |

\* Q4'14 RQC Metric

| Product | Issue/Status | Owner | Due Date |
|---------|--------------|-------|----------|
| Fuel | **Battery** goes dead after 3-4 hours. Testing with NPI shows that battery does hold charge when idle (lost 5% over a weekend). Investigating if it is an LED issue or hardware issue. Agents are collecting more data on LED state vs. software battery gauge during and after charging.<br>**Won't detect on USB.** Several complaints that drive won't mount when conected via USB. Light seems to stay green rather than going white, indicating it is stuck in Wi-Fi mode. Attempting to capture a unit. | Eric | |
| Gemini | **iOS 8** - Small icons and App crashes - Fix staged in Apple store to be released once testing completes.<br>**Apple DRM protected movies** behaviour has changed. They won't play on some devices when stored on a Wireless drive. The software team is investigating. | Eric | **iOS 8 - 10/3 DRM - Investigating** |
| Central | **TappIn & drive not detected -** these are the top contacts currently.<br>Action: Looking at all support documentation to identify knowledge gaps - continuous effort. | Bhawna | 10/24 |

# Business NAS

Brian Smith

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---------|--|-------------|------------------|--------------------------|-----|-------------|-----------------|------------|
| BS 1-Bay NAS | Sentinel | 2.4 | 3.9 | 25.08% | 8% | N/A | N/A | 6.19% |
| BS 2-Bay NAS | Half Dome | 3.1 | 3.9 | 24.66% | - 9% | N/A | N/A | 5.75% |
| BS 4-Bay NAS | El Capitan | 2.6 | 3.9 | 49.33% | - 11% | N/A | N/A | 6.91% |
| BS 4-Bay Rackmount | Charger | 1.0 (1) | N/A | 66.44% | 75% (8) | N/A | N/A | N/A |
| BS 8-Bay Rackmount | Challenger | 1.0 (1) | N/A | 59.28% | 0% (11) | N/A | N/A | N/A |
| BS Win Server 4-Bay | Wintel | 4.4 (14) | N/A | 38.46% | 29% (17) | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

\* Q4'14 RQC Metric

| Product | Issue/Status | Owner | Date |
|---------|--------------|-------|------|
| **BS 1, 2, 4 Bay NAS** | Low NPS score and low reviews being driving by known product issues that agents are unable to fix, lack of standard troubleshooting features (logs files / factory reset) | **Brian Smith** | **N/A** |
| **Challenger** | Unknown troubleshooting for blinking purple LED - Adding a section to user guide to troubleshoot this. Wording has been created - illustrator involved to create an image. | **Brian Smith / David Ashkinazy** | **10/3/2014** |
| **Challenger / Charger** | Unclear how to do password reset - Creating KB. | **Brian Smith** | **10/3/2014** |
| **Challenger / Charger** | Customers are unclear on Diskless Installation Process - KB articles should be online in a few days | **Brian Smith / Karen Favaloro** | **9/26/2014** |

FED_SEAG0026252

# Business NAS

Brian Smith

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions* | JDM Line Stops* | Field ARR* |
|---|---|---|---|---|---|---|---|---|
| Seagate NAS 2-Bay | Dart 2B | 4.0 (2) | N/A | 27.11% | 78% (9) | N/A | N/A | N/A |
| Seagate NAS 4-Bay | Dart 4B | 4.3 (7) | N/A | 44.16% | 83% (6) | N/A | N/A | N/A |
| Seagate NAS Pro 2-Bay | Superbee 2B | N/A (0) | N/A | 80.00% | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 4-Bay | Superbee 4B | 5.0 (4) | N/A | 83.33% | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 6-Bay | Superbee 6B | N/A (0) | N/A | 30.00% | N/A | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

\* Q4'14 RQC Metric

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| Dart / SuperBee | Customers are unclear on Diskless Installation Process - KBs are being created based on steps in User Guides 9/25/2014 - Articles created and submitted - should be online a in a few days | Brian Smith / Karen Favaloro | 9/26/2014 |
| Dart /SuperBee | Lack of Help for SDrive - 9/25/2014: Help page from software didn't have help. Updated page to actually have help articles. | Brian Smith / Karen Favaloro | Closed |
| Dart / SuperBee | High percentage of Presales calls driving high CIB - Investigating... | Brian Smith | 10/17/14 |

Seagate Confidential



**BACK UP**



# Backup Plus Sharp Edge Complaints

19 of 313 Amazon reviews mention sharp edges. One comment mentions it actually cut him.

1 Star – Dangerous sharp edges:

"While the drive may be fine, the case design is dangerous. VERY SHARP EDGES. I got it on sale for under $170, and was thrilled. I own over 25 different hard drives or more, yes some have had somewhat sharp edges, but this one takes the cake. It cut my wrist, so NO, I don't want a stupid design that can cause bodily injury. Read other reviews, many state sharp edges"

1 Star - "One more thing: It has very sharp corners. Be careful not to cut yourself. This is what I call very cheaply design and made. They did not bother to soften the corners."

**Higher star rating that mention sharp edges:**

"The side of the drive is also very plasticky and sharp edges."

"…this drive has sharp edges, requires its own power, and is pretty bulky, I would not recommend it to be used as a portable drive…"

"The edges are surprisingly sharp…"

"..The edges are almost as sharp as machine-shop metal"

"The box design is somewhat flawed in that it has very sharp edges and corners. "

"Note that the drive's case is plastic, with sharp edges and corners, so it's not meant to be a portable backup solution "

""'Sharp'' molded sides make this one a bit less portable"

Star ratings that mention sharp edges in a negative manner:

5 Stars – 5

4 Stars – 8

2 Stars – 2

1 Star – 2

2 review mention the edges while mocking others that talk about sharp edges

Seagate Confidential

CONFIDENTIAL

# Backup Plus Desk (Udon Desk)





eCube ED11193 Created: 01SEP14 10:53    **Note: Incomplete Data Points have been excluded**

Seagate Confidential

# Backup Plus Desk (Udon Desk)





Seagate Confidential

# Backup Plus Desk (Udon Desk)





Seagate Confidential

# Expansion Plus (Saker)





Seagate Confidential

# Expansion Plus Desk (Saker Desk)

Contacts to Install Base



| Lifetime Contacts | | Lifetime contacts/drive |
|---|---|---|
| 488 | | 2.26% |



Seagate Confidential

FED_SEAG0026260

# Expansion Plus Desk (Saker Desk)





**Cum Trend Charting Rollup**
SBSPROD_PRODUCT_MARKETING_NAME

eCube ED11193 Created: 01SEP14 10:53    **Note: Incomplete Data Points have been excluded**

Seagate Confidential

# Central (Cirrus)

## Contacts to Install Base



| Central - Contacts to Install Base | | |
|---|---|---|
| **Lifetime Contacts** | | **CIB%** |
| 29,844. | | 13.56% |

**Tappin issue:**
the process of uploading a large number of files is slow due to a limitation on how many files can be uploaded at a time
the user is unsure if private shares are accessible via remote
receiving error "Share is unavailable"
user didn't receive activation email
unsure how to upload an entire folder via remote
how to setup users
unable to access device via remote
unable to setup remote access with error "Unable to setup...an unknown error occurred while trying to setup remote access, please try again later."

**Non-Installation Issues:**
the user has flashing red lights and the device is inaccessible
device isn't detected on the network
setup assistance
unsure how to use the drive
the user is trying to use a Linux reader to read the partitions for data recovery but not all partitions were readable
the device isn't detected after being moved to a new network

Seagate Confidential

# BS 1-Bay NAS (Whitney-Sentinel)
## Star Rating







**Non-Installation Issues:**
> shows that one volume disappeared after two volumes were created
> the device is no longer seen on the network
> device failure
> unsure how to do a factory reset on the device
> receiving "Error listing shares of device 'NAS NAME': Access Denied"
>> when installing the device

**Instructions Not Clear issue:**
> shows that the user is unable to access the device via the app and
>> needed to be shown how to access it without software
> unsure how to remotely access the device
> the user found no backup after setup but hadn't installed the software.

Seagate Confidential

# BS 4-Bay NAS (Whitney-El Capitan)
## Star Rating









- Tappin
  - Unable to use remote access
  - Setup assistance for remote access
  - Difficulty changing Global Access settings

Seagate Confidential

FED_SEAG0026264

# NAS 4-Bay (Dart)





| Seagate NAS 4-Bay Contacts to Install Base | | |
|---|---|---|
| **Lifetime Contacts** | | **CIB%** |
| 34 | | 44.16% |





Seagate Confidential

# BS 4-Bay NAS (Whitney-El Capitan)



| Business Storage 4-Bay NAS - Contacts to Install Base | | |
|---|---|---|
| **Lifetime Contacts** | | **Lifetime contacts/drive** |
| 7581 | | 49.33% |





Seagate Confidential

# BS 4-Bay Rackmount NAS (Charger)



| Business Storage 4-Bay Rackmount NAS - Contacts to Install Base | | CIB% |
|---|---|---|
| Lifetime Contacts | | |
| 293 | ■■■■■ | 66.44% |





Seagate Confidential

# BS 8-Bay Rackmount NAS (Challenger)



| Business Storage 8-Bay Rackmount NAS - Contact to Install Base | | |
| --- | --- | --- |
| **Lifetime Contacts** | | **CIB%** |
| 265 | | 59.28% |





Seagate Confidential

# Backup Plus FAST HDD (Mars2)





**8%**

19

5

16

Total

Contact is not easy, telephone voice speed, and some could not hear, customer service responsible for the technical sense is not very professional, I am your old user, has been to buy your things in Jingdong to buy you guys a hard disk, and in the computer City store also bought a few, and I are used to keep the high-definition movies, desktop computers are also installed to your hard disk, hard disk before using the present are normal now, but now I bought a Seagate 2.5-inch mobile 4t hard, I do not know your new hard drive technology immaturity, or this quality problems, no one is damaged, the use of two months on the problem, the computer does not recognize a hard disk drive to open the computer is in standby or crashes state, and in normal times the hard disk read speed is very slow, the computer can recognize an average of about two minutes, the other hard drives were normal, on this one for a few computers are like this, the problem is I put a 2t inside information, this how to do? ? (APJ)

Not suitable for MAC. (Refer to LaCie !!!!) (AMER)

You lose a lot of business but not providing password security on your drives. (AMER)

You do not think you own the world's thinnest 4T, 2.5 mobile hard this array, the user how much data loss risk it? ? ? ? You know you bought a copy of the hard disk as a file stuck crash, hard disk error after the restart, a read on the crash. Repeated many times, and finally fix the errors go the hard drive, then let people know how crash? There are so many important files on the hard disk where you really do not worry. Regret dead refuse to buy you this hard, really better to buy two 2T is not arrays. This array is a hard problem once all finished, the data is not good recovery time bomb! ! ! ! ! (APJ)

My problem is not yet solved. I look !!! (EMEA)

The product in question is the 4TB Fast HDD Portable Drive Model SRD00M1. I am dissatisfied with the build quality of this product and the USB socket broke off easily. The RAID 0 array configuration of the 2 x TB drives is weak and cause the RAID 0 interface PCB to malfunction. Although the customer feedback was thorough and explain a lot, the simple fact is that all I need is to buy a replacement RAID 0 PCB. Instead I was advised to go to an extremely expensive data recovery company to retreive my data. (AMER)

I'm sorry but I can not be satisfied with the answer, the only harmed when the client is, as the SEAGATE has !!!! stock. How can not offer another solution to the different customer to have to wait .... I would like an immediate solution to my problem, I ask kindly if you do not have my HD, I be refunded the money. Wait this is not a questionnaire to more statistical and take me to the solution. Attn, German Courts (EMEA)

Contacting Seagate is complicated. A simpler handling would be desirable. (EMEA)

The dashboard software that came with the 4T backup does not handle backups from other external drives. This should be made clearer on the package as this is the reason I bought it. (AMER)

I upgraded to a new computer with windows 8.1 and it would not install the dashboard for my older Seagate flex product. I emailed your company to find out which of your newer products would work and bought a 4T. When I had an error message installing it - I contacted your company and was told you did not have a fix for it - that I should use the Windows File History program with windows 8.1 - WHAT? I could do that with my old Seagate flex drive - WHY in the world did I spend big bucks (AMER)

Amazon resolved their part of the issue -- Seagate was no help at all. I purchased a 4TB portable drive that worked well, so I purchased a second drive which did not. After copying data to the drive it failed. I could see the drive and data I had copied earlier as well as data from the copy/paste that failed but could not delete anything from the partial copy or from the earlier successful copy/paste. I tried the drive on 3 different PCs with the same result pluck clicking sounds. (AMER)

Seagate Confidential

# Seagate NAS Pro 2-Bay (Superbee)





| Seagate NAS Pro 2-Bay Contacts to Install Base | | |
|---|---|---|
| **Lifetime Contacts** | | **CIB%** |
| 12 | | 80.00% |





Seagate Confidential

# Seagate NAS Pro 4-Bay (Superbee)



| Seagate NAS Pro 2-Bay Contacts to Install Base | | |
|---|---|---|
| **Lifetime Contacts** | | **CIB%** |
| 15 | | 83.33% |





Seagate Confidential

FED_SEAG0026271