SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947
Email:         npopovic@sheppardmullin.com
               amclean@sheppardmullin.com
               trodewald@sheppardmullin.com
               lpayne@sheppardmullin.com
               jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF PATRICK DEWEY IN SUPPORT OF SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:**  March 30, 2018<br>**Time:**  9:30 a.m.<br>**Place:**  Courtroom G<br>**Judge:**  Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed:  July 11, 2016 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1

<u>DECLARATION OF PATRICK DEWEY</u>

2

I, Patrick Dewey, declare as follows:

3

1.    I have personal knowledge of the facts set forth herein, which are known by me to be

4

true and correct, and if called as a witness, I could and would competently testify thereto.

5

2.    I received a B.S. in Electrical Engineering from the University of Nebraska in 1980.

6

3.    I have worked as an engineer in the hard drive industry for over 37 years.  For much

7

of that time, I have been responsible for the design, development and transfer to mass production of

8

hard disk drive products.  I have also worked as a reliability and failure analysis engineer.  I began

9

working at a company called Control Data Corporation, where I worked from 1973 to 1975 (before

10

college) and again during the end and after college.  At Control Data Corporation I worked on test

11

equipment maintenance and repair, and as I got my, degree I moved into quality engineering.  From

12

1981 to 1982 I worked as a reliability engineer for Brown Disc Manufacturing.  As a reliability

13

engineer, I was responsible for testing our hard disk drive products and ensuring that they met its

14

specifications before shipment.  From 1982 to 1985 I worked as a failure analysis engineer for

15

MiniScribe determining the causes and corrective actions for hard disk drives that did not pass

16

testing.  From 1985 to 1992, I worked at Maxtor, as an engineer developing disk drives and

17

managing a team of engineers that developed disk drives.  In 1992 I joined Conner Peripherals.  At

18

Conner, I was the lead of a design group, meaning I was the Program manager, managing the

19

development of new hard drives.  In 1996, Conner was acquired by Seagate in Technology LLC

20

("Seagate") and I joined Seagate at that time, continuing my role managing the development of hard

21

disk drives, at Seagate's Colorado facility.  I then worked for a time in advanced drive development,

22

in which I examined and determined the existing capabilities and new technologies that would have

23

to be used to be able to build new (advanced) hard drives.  Then for 4-5 years, I was a core team

24

lead, meaning I managed teams that would design and develop a drive, launch it, and then transfer it

25

into mass production.  For a time, I was a super core team lead, meaning I managed all other core

26

team leaders.  In 2008 I again became a core team lead and have had that position ever since.  I was

27

core team lead for the Grenada hard drives, including the Grenada Classic, Grenada BP and Grenada

28

BP2, in which role I oversaw the design, development and transfer to mass production of these

1  drives.  The team I managed oversaw the reliability testing for the Grenada drives and was

2  responsible for corrective actions required.  I prepared many of the documents that Hospodor cites

3  in his declaration, including the shipping approval (qualification) documents for the Grenada Classic

4  SBS release, Grenada Classic disty/OEM release, Grenada BP SBS release, Grenada BP disty/OEM

5  release, and Grenada BP2 release.

6      4.      I have reviewed the declaration of Andrew Hospodor ("Hospodor") filed in support

7  of Plaintiffs' Motion for Class Certification.  Hospodor reviewed internal Seagate documents and

8  stated opinions he claims are based on those documents.  However, as explained below, many of

9  Hospodor's statements regarding the development, reliability testing, functioning and failure of hard

10  drives (and of the Grenada drives) misinterpret Seagate documents and are clearly erroneous.

11  **A.      Background on Seagate Drive Development**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



[1] All Exhibit numbers refer to the exhibits to the Declaration of Liên Payne.



SMRH:485048860.6    DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

crashes) and claim that they are all related.  They are not.

SMRH:485048860.6     DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

SMRH:485048860.6     DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:16-cv-00523-JCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



**Figure 1 (Ex. 3 [FED_SEAG0026867] at 26881.)**

16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:485048860.6     DEWEY DECL. ISO SEAGATE'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _4_ day of January, 2018, at _Longmont_, Colorado.

Patrick Dewey