SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**SEAGATE TECHNOLOGY LLC'S STATEMENT OF RECENT DECISION**<br><br>**Date:** March 30, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

1 | Pursuant to Local Rule 7-3(d)(2), Defendant Seagate Technology LLC requests that the
2 | Court take notice of the following recent authority, which is relevant to its Opposition to Plaintiffs'
3 | Motion for Class Certification (ECF No. 152): *In re Hyundai & Kia Fuel Economy Litigation*, No.
4 | 15-56014, 2018 WL 505343, at *3, 13-14 (9th Cir. Jan. 23, 2018) (explaining, *inter alia*, (1) that
5 | courts must "consider the impact of potentially varying state laws, because '[i]n a multi-state class
6 | action, variations in state law may swamp any common issues and defeat predominance[,]'" and (2)
7 | in the absence of the kind of massive advertising campaign at issue in *In re Tobacco II Cases*, 46
8 | Cal. 4th 298 (2009), a class must be defined in such a way as to include only members actually
9 | exposed to allegedly misleading advertising about the particular product purchased, especially when
10 | multiple products are included in the class definition).

11 | A true and correct copy of the Ninth Circuit's opinion is attached hereto as **Exhibit A.**
12 | Dated: February 1, 2018

Respectfully submitted,

By     */s/ Joy O. Siu*
          JOY O. SIU

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC