1  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  shanas@hbsslaw.com

9  Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
10 AXLER GOLDICH, LLC
   1520 Locust Street, Suite 301
11 Philadelphia, PA 19102
   Telephone: (267) 534-7400
12 mgoldich@axgolaw.com
   naxler@axgolaw.com

*Attorneys for Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

010581-11 1016273 V1

Plaintiffs bring this administrative motion pursuant to Civil Local Rule 7-11 and 79-5, to file under seal the following documents:

1. Plaintiffs' Reply in Support of Motion for Class Certification ("Reply");
2. Exhibits 54 through 57 to the Declaration of Steve W. Berman in Further Support of Plaintiffs' Motion for Class Certification ("Berman Declaration");
3. Declaration of Stefan Boedeker in Further Support of Plaintiffs' Motion for Class Certification ("Boedeker Rebuttal Report"); and
4. Rebuttal Declaration of Andrew Hospodor in Support of Plaintiffs' Motion for Class Certification ("Hospodor Rebuttal Report")

because they contain information designated by defendants as "Confidential," or " Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order in this action requires that information designated as confidential "qualify for protection under Federal Rule of Civil Procedure 26(c)."[2] In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]

These cases involve the rights of thousands of consumers and businesses across the country – people and entities that should have the ability to see the issues being litigated in this case. The information contained in the Reply, Boedeker Rebuttal Report, Hospodor Rebuttal Report, and Exhibits 54 through 57 to the Berman Declaration are exactly the type of information that should be available for the public to review. Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating party must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

---

[1] Stipulated Protective Order, July 8, 2016, ECF No. 61.
[2] *Id.*, ¶ 2.4.
[3] Fed. R. Civ. P. 26(c)(1)(G).

ADMIN. MOT. TO FILE UNDER SEAL - Case No.: 3:16-cv-00523-JCS
010581-11 1016273 V1

-1-

| | |
|---|---|
| DATED: February 20, 2018 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By:  s/Steve W. Berman  <br> STEVE W. BERMAN |
| | 1918 Eighth Avenue, Suite 3300 <br> Seattle, Washington 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com |
| | Shana E. Scarlett (217895) <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, California 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> shanas@hbsslaw.com |
| | Marc A. Goldich (*pro hac vice*) <br> Noah Axler (*pro hac vice*) <br> AXLER GOLDICH, LLC <br> 1520 Locust Street, Suite 301 <br> Philadelphia, PA 19102 <br> Telephone: (267) 207-2920 <br> mgoldich@axgolaw.com <br> naxler@axgolaw.com |
| | *Attorneys for Plaintiffs and the Proposed Class* |