UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
|---|---|

010581-11 1016275 V1

This matter comes before the Court on plaintiffs' administrative motion to seal the following documents:

1. Plaintiffs' Reply in Support of Motion for Class Certification ("Reply");

2. Exhibits 54 through 57 to the Declaration of Steve W. Berman in Further Support of Plaintiffs' Motion for Class Certification ("Berman Declaration");

3. Declaration of Stefan Boedeker in Further Support of Plaintiffs' Motion for Class Certification ("Boedeker Rebuttal Report"); and

4. Declaration of Andrew Hospodor in Further Support of Plaintiffs' Motion for Class Certification ("Hospodor Rebuttal Report").

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, the motion is DENIED.

Defendants have failed to carry their burden of establishing that the designated information is sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the public record. Accordingly, plaintiffs shall publicly file the Reply, Boedeker Rebuttal Report, Hospodor Rebuttal Report, and Exhibits 54 through 57 to the Berman Declaration.

IT IS SO ORDERED.

DATED: _____

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE