Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF STEVE W. BERMAN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

010581-11 1016280V1

I, STEVE W. BERMAN, declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs have actively served the class thus far, including responding to multiple discovery requests, producing documents, and traveling multiple days to attend their depositions.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 54:   Document Bates-numbered FED_SEAG0060976-82, produced in the above-catpioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 55:   Document Bates-numbered FED_SEAG0004438-75-82 produced in the above-catpioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 56;   Document Bates-numbered FED_SEAG0030293-331, produced in the above-catpioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; and

Exhibit 57;   Document Bates-numbered FED_SEAG0057277-403, produced in the above-catpioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of February, 2018 at Seattle, Washington.

                                                                      s/ Steve W. Berman
                                                                     STEVE W. BERMAN