Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |
|---|---|

010581-11 1016627 V1

1  I, the undersigned, declare:

2  That declarant is and was, at all times herein mentioned, a resident of the United States and is
3  employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested
4  in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley,
5  California 94710.

6  On February 20, 2018, declarant served via secure email transmission the following
7  CONFIDENTIAL documents

8  1. [UNREDACTED] Plaintiffs' Reply in Support of Motion for Class Certification;
9  2. [UNREDACTED] Declaration of Stefan Boedeker in Further Support of Plaintiffs'
10     Motion for Class Certification;
11  3. [UNREDACTED] Rebuttal Declaration of Andrew Hospodor in Support of Plaintiffs'
12     Motion for Class Certification; and
13  4. [UNREDACTED] Exhibits 54 through 57 to the Declaration of Steve W. Berman in
14     Futher Support of Plaintiffs' Motion for Class Certification
15  to the following party:

Neil A.F. Popović (npopovic@sheppardmullin.com)
Anna S. Mclean (amclean@sheppardmullin.com)
Liên H. Payne (lpayne@sheppardmullin.com)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109

Mukund Sharma (msharma@sheppardmullin.com)
Tenaya Rodewald (trodewald@sheppardmullin.com)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301

*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of February 2018 at Berkeley, California.

          s/ Jeaneth Decena
          JEANETH DECENA