SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant SEAGATE TECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY, LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523 JCS<br><br>**DECLARATION OF LIÊN H. PAYNE IN SUPPORT OF SEAGATE TECHNOLOGY LLC'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11: (1) TO STRIKE PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION, OR, IN THE ALTERNATIVE (2) FOR LEAVE TO FILE A SUR-REPLY**<br><br>Underlying Motion Hearing:<br><br>Date:   March 30, 2018<br>Time:  9:30 a.m.<br>Dept.:  Hon. Joseph C. Spero<br>        Courtroom G, 15th Floor |
|---|---|

1  I, Liên H. Payne, declare as follows:

2  1.  I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant Seagate Technology LLC in the above-captioned matter. I am duly admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify to their truth.

6  2.  In an email chain dated February 27, 2018, I met and conferred with Plaintiffs' counsel before submitting Seagate's motion for administrative relief which this declaration accompanies. The parties were unable to reach an agreement to stipulate to the filing.

9  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11  Executed on February 27, 2018 in San Francisco, California.

_____
Liên H. Payne