SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610

Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    npopovic@sheppardmullin.com
    amclean@sheppardmullin.com
    trodewald@sheppardmullin.com
    lpayne@sheppardmullin.com
    jsiu@sheppardmullin.com

Attorneys for Defendant SEAGATE TECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY, LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523 JCS<br><br>**[PROPOSED] ORDER GRANTING SEAGATE TECHNOLOGY LLC'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11: (1) TO STRIKE PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION, OR, IN THE ALTERNATIVE (2) FOR LEAVE TO FILE A SUR-REPLY**<br><br>Underlying Motion Hearing:<br><br>Date:   March 30, 2018<br>Time:   9:30 a.m.<br>Dept.:   Hon. Joseph C. Spero<br>       Courtroom G, 15th Floor |
|---|---|

# ORDER

On February 27, 2018, Defendant Seagate Technology LLC ("Seagate") filed a **MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11: (1) TO STRIKE PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION, OR, IN THE ALTERNATIVE (2) FOR LEAVE TO FILE A SUR-REPLY** ("Motion") pursuant to Civil Local Rule 7-11.  After due consideration of the Motion and any opposition thereto, the Court hereby GRANTS the Motion as follows:

[_]   The portions of the Reply (ECF No. 158-2) that advance new theories of liability outside the scope of this action, as narrowed by (1) the Order on Seagate's Motion to Dismiss the Second Consolidated Amended Complaint, filed February 9, 2017 (ECF No. 100), and (2) Plaintiffs' Notice of Motion and Motion for Class Certification, filed February 9, 2018 (ECF No. 135) are hereby stricken as follows:

1.   Reply, 1:1-20, in its entirety.

2.   Reply, 2:13-6:9, in its entirety.

[_]   The Court will consider Defendant's sur-reply submitted as Exhibit 1 to the Motion.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Joseph C. Spero