SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ANNA S. McLEAN, Cal. Bar No. 142233
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        amclean@sheppardmullin.com
              npopovic@sheppardmullin.com
              trodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com
              dfong@sheppardmullin.com

Attorneys for Defendant
SEAGATE TECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY, LLC LITIGATION | Case No. 3:16-cv-00523-JCS |
|---|---|
| CONSOLIDATED ACTION | NOTICE OF APPEARANCE OF COUNSEL FOR SEAGATE TECHNOLOGY LLC |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the following attorney of the law firm Sheppard Mullin Richter & Hampton LLP represents defendant Seagate Technology LLC in this matter. All notices and service of items in this matter should be addressed as follows and delivered via ECF or otherwise to:

> Daniel R. Fong, Cal. Bar No. 311985
> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111-4109
> Telephone:   415.434.9100
> Facsimile:   415.434.3947
> Email:       dfong@sheppardmullin.com

Dated: March 5, 2018                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                       By          /s/ Daniel R. Fong
                                                    DANIEL FONG

                                             Attorneys for Defendant
                                             SEAGATE TECHNOLOGY, LLC