UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>[PROPOSED] ORDERS GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION; DENYING ADMINISTRATIVE MOTION TO SEAL |

010581-11 1028465 V1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION**

This matter comes before the Court on plaintiffs' Administrative Motion for Leave to File Plaintiffs' Supplemental Brief in Support of Class Certification.

Upon consideration of the administrative motion for leave, the papers submitted in support and in response thereto, and good cause appearing, the motion is GRANTED.

IT IS SO ORDERED.

* * *

**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

This matter comes before the Court on plaintiffs' administrative motion to seal the portions of Plaintiffs' Supplemental Brief in Further Support of Motion for Class Certification (Supplemental Brief); and Exhibits 58 through 71 to the Declaration of Steve W. Berman in Support of Plaintiffs' Supplemental Brief in Support of Class Certification (Berman Declaration).

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, the motion is DENIED.

Defendants have failed to carry their burden of establishing that the designated information is sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the public record. Accordingly, plaintiffs shall publicly file the Supplemental Brief and Exhibits 58 through 71 to the Berman Declaration.

IT IS SO ORDERED.

DATED: _____

> HONORABLE JOSEPH C. SPERO
> UNITED STATES CHIEF MAGISTRATE JUDGE