Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the
the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF CLASS CERTIFICATION<br><br>DATE: April 27, 2018<br>TIME: 9:30 a.m.<br>DEPT: Hon. Joseph C. Spero<br>       Courtroom G, 15th Floor |

010581-11 1028353V1

I, STEVE W. BERMAN, declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. During discovery conferences held between attorneys from Hagens Berman and attorneys for Seagate, Seagate disclosed that it continues to withhold "no more than 2,000" documents. It informed plaintiffs that "nearly every document" yet to be produced will be responsive to plaintiffs' first set of requests for production, served in June 2016. Seagate stated that approximately 1,000 of these documents are spreadsheets where it is undertaking the "laborious" project of redacting customers' contact information. Seagate could not or would not articulate the contents of the remaining 1,000 documents that have not yet been produced. Prior to the production in early April 2018, Seagate had not made a substantive document production to plaintiffs for three months.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 58:  Document Bates-numbered FED_SEAG0072832-89, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 59:  Document Bates-numbered FED_SEAG0072642-651, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 60:  Document Bates-numbered FED_SEAG0072362, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 61;  Document Bates-numbered FED_SEAG0072676-681, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 62;  Document Bates-numbered FED_SEAG0072348, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 63;  Document Bates-numbered FED_SEAG0071790-1803, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 64;  Excerpts from document Bates-numbered FED_SEAG0072073, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

| | |
|---|---|
| Exhibit 65; | Document Bates-numbered FED_SEAG0072055-2068, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 66; | Document Bates-numbered FED_SEAG0071982-86, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 67; | Document Bates-numbered FED_SEAG0071996-72006, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 68; | Document Bates-numbered FED_SEAG0072351-54, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 69; | Document Bates-numbered FED_SEAG0071957-964, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 70; | Document Bates-numbered FED_SEAG0072039-2043, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; and |
| Exhibit 71; | Document Bates-numbered FED_SEAG0072015-2020, produced in the above- captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of April, 2018 at Seattle, Washington.

s/ Steve W. Berman<br>
STEVE W. BERMAN