SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: npopovic@sheppardmullin.com
   amclean@sheppardmullin.com
   rodewald@sheppardmullin.com
   lpayne@sheppardmullin.com
   jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF DANIEL R. FONG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SEAGATE'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION**<br><br>**Date:** March 30, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |
|---|---|

**DECLARATION OF DANIEL R. FONG**

I, Daniel R. Fong, declare:

1. I am an associate with Sheppard Mullin Richter & Hampton, LLP, counsel of record for Seagate Technology LLC ("Seagate"). I submit this Declaration in support of Seagate's Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration, except where noted otherwise, and, if called as a witness, could and would competently testify to these statements.

2. Pursuant to Local Rule 79-5(e), Seagate filed the Declaration of Allen Ng in support of Plaintiffs' Administrative Motion to File Under Seal ("Ng Declaration") to seal exhibits attached to the Declaration of Steve Berman ("Berman Declaration"), ECF Nos. 167-5, and portions of Plaintiffs' proposed Supplemental Brief, ECF Nos. 167-2 and 167-3.

3. As set forth in the Ng Declaration, ECF No. 169, the Berman Declaration attaches internal Seagate documents which are subsequently quoted and incorporated into Plaintiffs' proposed Supplemental Brief. These documents contain Seagate's confidential and trade secret information.

4. Consequently, Seagate's Opposition to Plaintiffs' Administrative Motion For Leave to File Supplemental Brief in Support of Class Certification ("Opposition"), references the same documents at issue in Plaintiffs' proposed Supplemental Brief. Thus, the portions of Seagate's Opposition that reference those confidential documents should be subject to protection under Local Rule 79-5 for the same reasons listed in the Ng Declaration, ECF No. 169.

I declare under the penalty of perjury under the laws of the United States that the above statements are true.

Executed this 24th day of April, 2018 in San Francisco, California.

_____
Daniel R. Fong