SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    npopovic@sheppardmullin.com
    amclean@sheppardmullin.com
    rodewald@sheppardmullin.com
    lpayne@sheppardmullin.com
    jsiu@sheppardmullin.com
    dfong@sheppardmullin.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 3:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |
|---|---|

1  I, the undersigned, declare:

2  That declarant is and was, at all times herein mentioned, a resident of the United States and
3  is employed in the City of San Francisco, California, over the age of 18 years, and not a party to or
4  interested in the within action; that declarant's business address is Four Embarcadero Center, 17th
5  Floor, San Francisco, CA 94111.

6  On April 24, 2018, declarant served via secure email transmission the following materials
7  submitted under seal in the above-captioned action to the parties enumerated in the attached
8  Service List:

9  1. SEAGATE TECHNOLOGY LLC'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION.

11  I declare under penalty of perjury under the laws of the United States that the foregoing is
12  true and correct. Executed this 24th day of April, 2018 at San Francisco, California.

_____
Joy O. Siu

**SERVICE LIST**

Steven W. Berman *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich *(pro hac vice)*
Noah Axler *(pro hac vice)*
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com