# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 16-cv-00523-JCS |
| CONSOLIDATED ACTION | **ORDER REGARDING PRODUCTION OF SPREADSHEETS**<br>Re: Dkt. No. 171 |

Good cause having been shown, Defendant Seagate Technology LLC is ORDERED to produce the unredacted spreadsheets at issue in the April 27, 2018 Joint Discovery Letter on an attorneys'-eyes-only basis no later than May 3, 2018. Plaintiffs' counsel shall not contact any consumers whose identities or contact information they learn from those spreadsheets without further order of the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2018

JOSEPH C. SPERO
Chief Magistrate Judge