Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESCHEDULING OF CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE |

010581-11 1031495 V1

1  Pursuant to Local Rule 6-1(b), the parties submit this stipulated request to move the hearing
2  date for oral argument on plaintiffs' motion for class certification and the case management
3  conference to June 15, 2018, or any later date that is convenient with the Court. The oral argument is
4  currently scheduled for this Friday, May 11, 2018.[1]

5  WHEREAS since April 24, 2018, Seagate has produced 3,674 documents to plaintiffs,
6  including:

7  (a) 1,034 documents produced on April 24, 2018;
8  (b) 2,409 documents produced on May 5, 2018; and
9  (c) 211 documents on May 8, 2018.

10  WHEREAS Seagate has indicated that it contemplates one further production of less than 100
11  documents responsive to the outstanding document requests, and that it intends to produce these
12  documents no later than May 11, 2018;

13  WHEREAS plaintiffs have requested additional time to review and assess these productions
14  of documents, including whether a supplemental submission to the Court is necessary regarding the
15  pending motion for class certification;

16  WHEREAS Seagate does not object to moving the hearing on class certification for up to 30
17  days, but reserves its rights to oppose any supplemental submission;

18  IT IS STIPULATED BETWEEN THE PARTIES that the class certification hearing and case
19  management conference scheduled for this Friday, May 11, 2018 is agreed to be moved to June 15,
20  2018, at 9:30 a.m. or any later date that is convenient with the Court.

DATED: May 8, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

By:  s/ Shana E. Scarlett
     SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000

---

[1] Local Rule 6-1(b) usually requires that any stipulated request or motion which affects a hearing on the Court's calendar be filed no later than 14 days before the scheduled event. In this case, the facts that affect the hearing date arose days before oral argument. As a result, the parties were unable to give the Court the two weeks' notice.

STIP. AND [PROPOSED] ORDER Case No.: 3:16-cv-00523-JCS                -1-
010581-11 1031495 V1

|   |   |
|---|---|
|   | Facsimile: (510) 725-3001<br>shanas@hbsslaw.com |
|   | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com |
|   | Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 207-2920<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com |
|   | *Attorneys for Plaintiffs and the Proposed Class* |
| DATED: May 8, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | By:     s/ Anna S. Mclean<br>        ANNA S. McLEAN |
|   | NEIL A.F. POPOVIĆ (SBN 132403)<br>TENAYA RODEWALD (SBN 248563)<br>LIÊN H. PAYNE (SBN 291569)<br>JOY O. SIU (SBN 307610)<br>DANIEL R. FONG (SBN 311985)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>npopovic@sheppardmullin.com<br>amclean@sheppardmullin.com<br>rodewald@sheppardmullin.com<br>lpayne@sheppardmullin.com<br>jsiu@sheppardmullin.com<br>dfong@sheppardmullin.com |

# E-FILING ATTESTATION

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                            s/ Shana E. Scarlett
                                                            SHANA E. SCARLETT

\* \* \*

As stipulated, the class certification hearing and case management conference scheduled for May 11, 2018 is moved to June 15, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: May 9, 2018



HONORABLE
UNITED STATES MAGISTRATE JUDGE