UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION |
|---|---|

010581-11 1031347V1

1  This matter comes before the Court on plaintiffs' Administrative Motion for Leave to File
2  Plaintiffs' Second Supplemental Brief in Support of Class Certification.
3  Upon consideration of the administrative motion for leave, the papers submitted in support
4  and in response thereto, and good cause appearing, the motion is GRANTED.
5  IT IS SO ORDERED.
6  DATED: _____

HONORABLE JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE