1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | [PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO SEAL |

010581-11 1031347V1

This matter comes before the Court on plaintiffs' administrative motion to seal portions of Plaintiffs' Second Supplemental Brief in Further Support of Motion for Class Certification (Second Supplemental Brief); and Exhibits 72 through 77 to the Declaration of Shana E. Scarlett in Support of Plaintiffs' Second Supplemental Brief in Further Support of Class Certification (Scarlett Declaration).

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, the motion is DENIED.

Defendants have failed to carry their burden of establishing that the designated information is sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the public record. Accordingly, plaintiffs shall publicly file the Second Supplemental Brief and Exhibits 72 through 77 to the Scarlett Declaration.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE