Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the
the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF CLASS CERTIFICATION<br><br>DATE: June 15, 2018<br>TIME: 9:30 a.m.<br>DEPT: Hon. Joseph C. Spero<br>　　　　Courtroom G, 15th Floor |

010581-11 1031259V1

I, SHANA E. SCARLETT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, the attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On April 24, 2018, Seagate produced 1,034 new documents to plaintiffs ("Seagate's First New Production"). Seagate's First New Production begins on page FED_SEAG007862 and ends on page FED_SEAG0090892 – more than 8,000 pages. Until April 24, 2018, plaintiffs did not have access to the documents contained in Seagate's First New Production. As a result, this evidence could not be included in plaintiffs' briefing for class certification.

3. After the Court's May 1, 2018 Order Regarding Production of Spreadsheets (ECF No. 172), Seagate produced an additional 2,409 on May 4, 2018 ("Seagate's Second New Production"). Seagate's Second New Production begins on page FED_SEAG0090896 and ends on page FED_SEAG0093491– more than 2,500 pages. Until on May 4, 2018, plaintiffs did not have access to the documents contained in Seagate's Second New Production. As a result, this evidence could not be included in plaintiffs' briefing for class certification.

4. Seagate produced an additional 211 documents on May 8, 2018 ("Seagate's Third New Production"). Seagate's Third New Production begins on page FED_SEAG0093523 and ends on page FED_SEAG0096051– more than 2,500 pages. Until May 8, 2018, plaintiffs did not have access to the documents contained in Seagate's Third New Production. As a result, this evidence could not be included in plaintiffs' briefing for class certification.

5. Seagate then produced an additional 51 documents on May 20, 2018 ("Seagate's Fourth New Production"). Seagate's Fourth New Production begins on page FED_SEAG0096052 and ends on page FED_SEAG0096694 – more than 500 pages. Until May 8, 2018, plaintiffs did not have access to the documents contained in Seagate's Fourth New Production. As a result, this evidence could not be included in plaintiffs' briefing for class certification.

6. In total, Seagate has produced 3,705 documents since April 24, 2018. These four productions contain more than 15,000 pages of evidence that plaintiffs should have had access to prior to filing for class certification. Because of Seagate's delay, plaintiffs were forced to review this new evidence on shortened time, plaintiffs' expert was precluded from analyzing these documents, and this evidence could not appear in plaintiffs' certification briefing.

7. Attached hereto are true and correct copies of the following exhibits:

Exhibit 72:   Plaintiffs' summary chart of customer complaints pursuant to Federal Rule of Evidence 1006;

Exhibit 73:   Excerpts from document Bates-numbered FED_SEAG0072901-73137, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 74:   Excerpt from document Bates-numbered FED_SEAG0090966, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 75;   Excerpt from document Bates-numbered FED_SEAG0094984, produced in the above-captioned litigation by Defendant Seagate in this action;

Exhibit 76;   Document Bates-numbered FED_SEAG0072901-73137, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 77;   Documents Bates-numbered FED_SEAG0086631-674, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; and

Exhibit 78;   Seagate Desktop HDD Product Manual, *available at* https://www.seagate.com/www-content/product-content/barracuda-fam/desktop-hdd/barracuda-7200-14/en-us/docs/100686584l.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of June, 2018 at Berkeley, California.

_s/ Shana E. Scarlett_
SHANA E. SCARLETT
