# EXHIBIT A

[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED, ECF No. 175-6]

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
\*\*Emphasis added unless otherwise indicated\*\*

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2011-02-01 to 2011-03-01 | Internal Drive External Drive GoFlex | Sample Complaint: "@AskSeagate appreciate that. Having to RMA a (refurbished) DOA drive that is itself a RMA for DOA drive is totally inexcusable."<br><br>Sample Complaint: "@AskSeagate the fact I've got to pay for a replacement on a replacement is a bit insulting to begin with. Plus no multiple unit returns."<br><br>Sample Complaint: "███████Yes, I called Seagate. Explained the situation and was informed that the drive had crashed. I believe I explained in the Seagate Facebook thread my experience with your customer service rep. I am a very well composed individual. However, I was very emotional and brought to tears knowing the fate of my hard drive and the last 13 years of photographs on it. The sympathy and understanding or lack there of from your agent was extremely disappointing. I had expected alot more from your company. I had expected you to stand behind your product, instead **I was told how lucky I was that I was in the 4% failure rate.** No, I can tell, I did not feel lucky at all. He told me I could send my hard drive into your data recovery, he then proceeded to give me their ballpark prices. This was insult to injury. I buy your product,take it out of the box, back up my hard drive on it, it immediately crashes and then you expect me to pay your data recovery team to retrieve my data off it. Seriously? If that's the serial number you have on file...that must be the one. The firm I sent it to in Boston did take the exterior case off, obviously, they needed to run diagnostics and such on it to give me a fair/accurate estimate on recovery. And before you say it, yes, I understood that by doing this it voided the manufactures warranty. But at that point, the last thing I wanted was a replacement of your external hard drive. I can tell you I will NEVER ever buy your product again. Apparently multiple CD back up is the only way to go, archaic as it is, it works and is dependable. I was using Windows XP." | FED_SEAG0076611 | Internal Seagate Spreadsheet tracking customer complaints for 30 days on Twitter |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2011-04-06 | GoFlex Mac | Sample Complaint – GoFlex Mac: "Just didn't work on my Macs I have a Mac Pro (desktop) and a Macbook. I couldn't get the 3TB Seagate Goflex drive to mount properly, ever. Usually it just sent my system into kernel panics and crashed the thing. Occasionally I could plug it in and fire up Disk Utility to try to reformat the drive for the Mac, but when I asked Disk Utility either to verify the drive or to format it the system would again crash. I tried all kinds of different combinations and permutations: USB, firewire, the desktop, the laptop, different cables, different electric sockets. All led to the same result: plug the hard drive in, and the system crashes. Well, that's FAR more headache than an external drive is worth. An external hard drive should just mount and then work. So: back in the box you go, back to Amazon! I am hoping Western Digital has a better solution for me."<br><br>Sample Complaint – "The Freeagent GoFlex packaging is just a data disaster waiting to happen. My drive was not performing normally within a few days of plugging it in. I suspect it would have failed entirely due to heat within a few weeks. This is very, very poor design; a few cooling vents would have done wonders. As it is, I ended up without a mobile drive because I had to tear it out of its external packaging to get it to work reliably. I'd strongly recommend looking elsewhere if you plan to use this drive in any way that presumes long periods of powered-on running time; it's basically useful only for those that will plug it in once in a while to run a backup before unplugging it and putting it away again. And if you run a Mac, don't even buy the drive for that, unless you're willing to repartition and reformat first so that you're not stuck with the NTFS filesystem and Paragon NTFS drivers."<br><br>Sample Complaint: "Failed in 2 days...:-(,  Not sure if I just had bad luck. I got this 3TB drive 3 days ago and copied my data from 1TB Seagate external drive. Next day I started seeing read-write errors on some files. Later I saw the drive is getting disconnected from the PC. I cannot | FED_SEAG0093297 | Seagate document recording customer reviews on Amazon from 1/1/2011 to 4/7/2011 |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | browse the folders any more. So far, the drive powers on. If I reboot the PC and power cycle the drive, it works for few minutes and again I having read-write issues with files and getting disconnected later. I am a huge Seagate fan. I am using my Seagate 1TB external drive for around 3 years without a single block error. Never expected such a bad drive from Seagate. I am trying to find how can I get a replacement as it failed within 24 hours of use. I would prefer to not buy this specific model again." | | |
| 2011-08-12 to 2012-02-08 | Barracuda Goflex Desk Expansion Desk GoFlex Home | Example Review - Expansion Desk: "I bought this product because I thought it was a reputable company and the price was good. It stopped working after a month and I lost all data I put on the file. I have two old Western Digital hard drives th[remaining portions of review cut off from document]"<br><br>Example Review – GoFlex Desk: "I purchased this drive about three weeks ago and it was DOA [Dead on Arrival]. I contacted the company and for ten bucks they would replace it. I've had this new one since and it just died after a couple of weeks use. I paid for th[remaining portions of review cut off from document]"<br>Example Review – Barracuda: "It is not reliable! August 10, 2011 review is correct . the same thing happened to me and I dod follow the same path.1 TB of data gone forever. I bo[ remaining portions of review cut off from document]." Seagate's public response to Example Review: "Dear Vauled Seagate Customer, This reply is from Seagate Support. We noticed your review and wanted to comment on your experience with our Barracuda drive. **The kind of problems you experienced with your Barracuda drive are not typical.** In the future, if you should ever have any problems with your drive I would contact us first. . ." | FED_SEA0076936 | Internal Seagate document tracking 954 negative customer reviews for drives on Amazon, Bazaarvioce, and Best Buy between 2011 and 2012. |
| 2011-2016 | ST3000DM001 | **5,826 mentions of drive failures in spreadsheet** | FED_SEAG0093523 | Spreadsheet detailing 46,960 |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | Example Complaint: "As for the external enclosures, we have never taken a drive out of an enclosure to use. Every hard drive that has been purchased were completely new and internal only. These drives were purchased from Newegg and Amazon with an advertised and promised 3 year warranty. If you look back onto the first tickets I have submitted, Seagate has apologized and updated the warranty whether they were internal or from an external enclosure. **You cannot advertise one thing on Newegg and then change your policy midway because of the abysmal failure rate of these 3TB HDDs**. These hard drives were purchased on the promise of a 3 year warranty, where it came from isn't a concern for the consumer, especially when these are all internal hard drives."<br><br>Example Complaint: "However, the replacement drive has also failed, and an another drive of the same kind has failed. **Of the 8 seagate drives I've purchased of this type, four have now failed within six months and I question whether I want a replacement of this kind of drive or would be better off with a different kind of drive considering the 50% failure rate this model has. Can I get a different model, one that will be more robust and long lasting than this model?** Is the failed replacement covered under warrantee?"<br><br>Example Complaint: " This is unacceptable. I'll quote below from the Amazon sales page under the section entitled From the Manufacturer: 'Ideal for Any Application  From desktop or all-in-one PCs, to home servers, to PC-based gaming systems and more, Seagate Barracuda drives are ideal for nearly any application. They work great in desktop RAID configurations, as well as in  direct-attached external storage devices (DAS) and network-attached storage devices (NAS).' http://www.amazon.com/Seagate-ST2000DM001-Barracuda-3-5-Inch-Internal/dp/B005T3GRN2 I have already laid out the money to buy three of these drives after your advertising told me that they would work 'great' | | customer email complaints to Seagate |

- 4 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | in a desktop RAID configuration. What is Seagate's remedy for this situation?" <br><br> Example Complaint: "Well I trusted this disc to be my backup. Regarding the notion that I should have several media backups, would you be able to recommend a disk made by a reliable manufacturer that I could use with confidence to store my data? Someone, unlike Seagate, above the industry standard. Further more, how many backups is one supposed to have these days, to accommodate for poor manufacturing and mechanical failure of the disc within just months of use. Maybe this is how 'industry standard' helps boost sales numbers. Since manufacturer can not be held liable for poor product quality, the onus is, indeed, on the end user to make sure to prepare not one backup disc, but three, plus a cloud option (or two) and just hope for the best in case of problems, all the while shelling out the $$$.My apologies to you, I really have no quarrel with you but I had to vent somewhere in hope that this will get to those that have deciding powers. I can also only hope that, with time, disgruntled users will stop buying from such standardly non-liable irresponsible companies. I am sure Seagate already knows that one unhappy customer will, on average, tell nine more about their experience.Please proceed with the instructions on how to send the defective drive back" | | |

- 5 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2012-12-14 to 2013-01-13 | Expansion Desk | ██████████████████████████ | FED_SEAG0076706 | Internal Seagate document tracking Expansion reviews Amazon, noting that Drive Failures are most common complaint |
| 2012-12-14 to 2013-01-13 | Expansion Desk | Sample review: "I purchased this 3 TB Seagate drive in October. Used it as a data backup for photographs, keeping the drive on my desk (not moving it) so in good conditions for such equipment. (I carry smaller | FED_SEAG0076615 | Internal Seagate document |

- 6 -

*In Re Seagate TECHNOLOGY LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | drives in my backpack with my camera and laptop. After ten weeks the drive stopped working. Under warranty, Seagate will replace the drive, but they want me to pay them to try to recover the data. Personally I don't think this is acceptable. **I find the lack of reliability and Seagate's unwillingness to warrant the function of the drive -- data storage -- unacceptable**." <br><br>Sample review: "After 2 days faint beeping sound, won't recognize. Don't have access to my data. Seagate wants for recovery $599.00 - $1800.00+" | | tracking Expansion reviews Amazon, noting that Drive Failures are most common complaint |
| 2013-02-09 to 2013-07-22 | Expansion Desk Backup Plus Desk Backup Plus Mac | Sample Review: " The price is right, but it died within 2 months..., Bought May 6th, fully dead and unrecognizable by multiple computers by July 15th. The seagate analysis tool wouldn't even recognize it. Thank goodness the mfr warranty lasted 3 months. Or maybe I should say thank goodness the drive only lasted 2 months instead of 4, or I'd be out of warranty and out $130 (the price I bought it at).For comparison, my other Western Digitals of the same size I bought in fall of 2011 - one's still going strong, the other one died about 2 months ago." <br><br>Sample Review: "Lost all data., Things I had for years all gone**, i'll never buy another Seagate product again,** sad thing is I did like them at first but now all of my Seagate hard drives are dead along with my all data never again, all my years down the drain. Some say it's Windows 7 but my WD and Maxtor hard drives works fine." <br><br>Sample Review: "Stopped working on day 1., Stopped working on day 1 while trying to do a backup. Something happened and the power flicked on and off and that's when it stopped working. Could not recover it or repair the desk or anything--it was bricked. **This didn't help my fear that many friends shared with me when their seagate hard drive's failed on them too. Would not go with seagate again**." | Fed_SEAG0076609 | Internal Seagate document tracking 1,738 Amazon reviews and Seagate's public responses |

*In Re Seagate TECHNOLOGY LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2013-09-20 | Expansion Desk GoFlex Desk GoFlex Mac | Seagate Communication "Hi Team - John received call today from ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ explained that her back-up drive failed.  She spoke to customer service re: the Warranty - which she understands will replace her drive (it is a couple months old) however in order to get her data off the drive - that will end up costing her upwards of $3,000.  She is freaking out (her words) because of the valuable photos on this drive (family members who have passed away).  She does not have $3,000 to recover these photos. Please review her case and help where possible. Thank you! Krista" | FED_SEAG0093489 | Seagate spreadsheet detailing direct customer complaints |
| 2014-01-01 to 2016-12-30 | Expansion Desk Business 1BAY NAS Business 2BAY NAS Buisness 4BAY NAS | **8,049 complaints of drive failures** | FED_SEAG0093490 | Spreadsheet detailing 102,135 customer complaints to Seagate – all complaints are for drives at issue |
| 2014-03-01 to 2014-12-31 | Barracuda BackUp Plus Desk Expansion Desk Expansion Desk Plus Business Storage 1 BAYNAS FreeAgent Desk | Sample Complaint – Barracuda : "If you even have a Q/A'r looking at these..... I had a completely healthy harddrive die, sent in to receive warranty replacement, and received one back of similar calibre(shitty 3 tb for 3tb) but ended up with a drive that only had 840gb out of 3 tb.... My confidence in you is completely gone, and all you would have had to do was send me an upgrade to the crappy drive you already tried feeding me. Im going to Hitatchi, thanks for nothing"<br><br>Sample Complaint – Expansion Plus: "I purchased a Seagate external drive and placed the digital photos of my daughters birth on it.  The device died within five months of purchase, clicking.  You'll replace the hard drive but you want to charge me five hundred dollars to attempt to | FED_SEAG0076525 | Internal Seagate Spreadsheet tracking customer complaints directly to Seagate Customer Service |

- 8 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | recover the data that is lost because of your crappy product? I will never ever purchase another Seagate product. I'm a sysadmin in charge of a decent sized san. Western Digital and Hp thank you. Rediculous!!"<br><br>Sample Complaint – Barracuda: "Most of your survey questions aren't applicable to my current experience. However I bought 8x SV35 hard drives from you thinking seagate was a reputable company. **Of those 8 drives I've experienced a 100% failure rate**. You can check the RMAs on them. I bought these drives as they are advertised as being NAS drives and a 24/7 environment drive. All drives are strictly storage so their actual use and access read / write is minimal at best and spend most of the time spun down. Right out of the box o"<br><br>Sample Complaint – GoFlex Desk Mac: "Your Hard drives don't work correctly. I am Waiting for My 3rd Hard Drive." | | |
| 2014-03-27 | Business Bay 4 NAS | Sample Review – Business Bay 4 NAS: "Out of three of these that have been online for less than 6 months, 2 have developed problems that require an RMA. The last issue took out three of 4 drives. One was under warrantee, the other two are door stops now. Buy at your own peril. To add insult to injury, they are closed for the holidays. Business critical files on your box? too bad...see you after the party folks." | FED_SEAG0094986 | Spreadsheet of Business Bay 4 NAS reviews |
| 2014-06-13 | Barracuda FreeAgent GoFlex Home Expansion Desk Buisness BAYNAS | Sample escalation: "Customer wrote letter indicating his displeasure with a drive that failed within 6 weeks. Customer also indicates that flyer included with replacement, offering $399.00 recovery is insulting. Customer is concerned with time it will take to reload OS, and programs No data loss." | FED_SEAG0086798 | Internal chart on corporate escalations of customer complaints |
| 2014-09-07 | BackUp Plus Barracuda | Internal email: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | FED_SEAG0093307 | Email between Seagate |

- 9 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | FreeAgent GoFlex Desk FreeAgent GoFlex Mac | | | employees discussing the difficulty keeping up with warranty claims for 3TB drives |
| 2015-02-05 To 2016-05-12 | BackUp Plus Barracuda FreeAgent GoFlex Desk FreeAgent GoFlex Mac | Sample Complaint: "I called because my Seagate Barracuda failed (2nd one this year!) and I asked about which Seatools to use, DOS or Windows. He gave me the correct answer. the reason I hesitate to recommend Seagate is because of the high failure rate of these drives. I spent way too much time recovering from this. I bought a WD black to replace this failed drive. I invite your comments back."<br><br>Sample Complaint: "I got an ST3000DM001 for Christmas a few years ago. It sat in a drawer for two years until I finally got around to use it in a desktop I built. It lasted 3 whole months. Because the warranty was only two years, Seagate offered to do nothing. And then when I looked at backblaze.com. I come to find out that Seagate had sold me the worst 3TB hard drive on the market with an insane failure rate. I will NEVER buy a seagate drive again and I drive hardware decisions for millions of dollars. This is when an experience in my personal life will have an impact on how I make business decisions. Well done Seagate. How you can maintain a warranty policy with a 30% plus failure rate is just dishonest." | FED_SEAG0090931 | Internal chart on direct complaints from customers |
| 2015-03-20 to 2016-05-20 | ST3000DM001 | Sample Complaint: "Enclosed, please find 3 ST3000DM001 3TB hard drives. All have failed and caused catastrophic data loss in the course of the last 2 years. 2 of these drives have been sent back and replaced with 'Certified Repaired HDD' only to fail again. 2 of these drives were also | FED_SEAG0090915 | Internal chart on direct complaints |

- 10 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | part of a RAID-1 pair, which failed its intended purpose of redundant backup when both drives died the same week.  There are more failures to speak of on my site alone, but I've chucked the varoius older drives. I am the CTO at Guerin College Prep and have worked in the technology industry for the last 16 years.  I have given up on your company.  I am not a sole victim of your abysmal drive failure rate.  I have had several friends who have purchased the same model drive, and ALL of them have had MULTIPLE drive failures over the years, with similar stories to tell.  All have had drive failures, loss, had them 'repaired,' only to have them fail again.I'm not alone, as you know.  Stories of this drive model failures are abound.https://www.backblaze.com/blog/3tb-hard-drive-failure/http://www.extremetech.com/computing/203478-backblaze-pulls-3tb-seagate-ssds-from-service-details-post-mortem-failure-rates http://arstechnica.com/civis/viewtopic.php?f=2&t=1286115 It's an embarrassment that a company I advocated for years has had this failure rate, and it's a mystery there's no class action lawsuit against your company from it.I will never purchase Seagate again.  I will always choose western digital or Hitachi and advocate my other friends in the industry do the same.  I hope there's something you can do to remedy this issue, at least for myself and make it right.  And please DO NOT send me another ST3000DM001." | | from customers |
| 2015-03-15 | ST3000DM001 | | FED_SEAG0094984 | Internal Seagate document comparing 1 star reviews for products; ST3000DM001 has most |

- 11 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|------|------------|--------------------|-----------|-------------|
|      |            |                    |           | negative reviews |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | ███████████████ | | |
| 2015-06-01 | BackUp Plus Barracuda FreeAgent GoFlex Desk FreeAgent GoFlex Mac | Sample Complaint: "The phone call was based on a warranty of a 3tb Hard Drive. This drive was when Seagate changed the warranty down to 1 year and i understand why because **the batch of those drives was terrible. Very high failure rate.** The warranty used to be 5 years, then went to 3 years and for these drives went to 1 years. if it still had the standard drive warranty of 3 years it would have still been under warranty." | FED_SEAG0090938 | Seagate spreadsheet detailing direct customer complaints |
| 2015-07-24 | ST3000DM001 and RAID | Internal email about customer complaints: ███████████████ | FED_SEAG0085843 | Internal email about |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | ▮▮▮ | | customer complaints |
| 2015-09-25 | Barracuda | Internal presentation on "**dearth of 1-star reviews**" for Grenada 3 TB. ▮▮▮ | FED_SEAG0084417 | Seagate Presentation on the "dearth of 1-star reviews" |

- 14 -

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
|  |  |  |  |  |
| 2016-01-28 | ST3000DM001 | Tito B: Hello. Thank you for contacting Seagate on Newegg.com. My name is Tito. How may I be of assistance?<br>Visitor: Hi I was wondering how long the manufacturers warranty is on the seagate st3000dm001 drive is? I want to get it, **but there are lots of reviews that say the drives die or arrive doa and its putting me off a bit**<br>Tito B: Desktop HDDs have a 2-year manufacturers warranty.<br>Visitor: ok thanks<br>Tito B: I am sorry the reviews are putting you off a bit. But I would be happy to answer any inquiries you have about this unit or other Seagate drives. | FED_SEAG0095597 | Internal Seagate spreadsheet recording 496 customer interactions on Newegg between 1/1/16 and 3/23/16 |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2016-02-24 | ST3000DM001 | Tito B: Hello. Thank you for contacting Seagate on Newegg.com. My name is Tito. How may I be of assistance?<br>Visitor: Hello Tito, I'm trying to figure out the difference between 3 Seagate HDDs and which one would be best for my needs.<br>Visitor: The part numbers are:<br>Visitor: HDD ST3000DM002<br>Visitor: ST3000DM001<br>Visitor: and STBD3000100<br>Tito B: **There is no real difference between these three model numbers**. The first two model numbers refer to the bare drive version of the Desktop HDD. One primarily sold in the US and the other in another region of the world. The STBD3000100 is the retail kit version of the drive. All these HDDs have the same features and functionality.<br>**Visitor: So there's no difference between the bare drive and the retail kit?**<br>Tito B: The only difference between the bare drive and retail kits is that the retail kits come with installation instructions, information for the free software for cloning. **The drive itself is the same.**<br>Visitor: Got it. Thank you! | FED_SEAG0095597 | Internal Seagate spreadsheet recording 496 customer interactions on Newegg between 1/1/16 and 3/23/16 |
| 2016-02-27 to 2016-03-30 | Backup Plus Desktop Expansion Desktop | Sample Complaint Backup Plus Desktop– "Used it four times and it died. Lost the ..., Used it four times and it died. Lost the data because the warranty does not cover data recovery ($600 extra). If I return the hard drive, Seagate would replace it but why would I trust a new drive with my data. I'm never buying another seagate product."<br><br>Sample Complaint – Expansion Desktop " Buyer Beware!!!!,<br>I have always heard good things about Seagate, then I bought this drive. It installed nicely and performed well enough for the first few weeks. Just long enough for me to move my small business accounting onto it along with a bunch of historical records. Then one day, my computer could no longer find the drive. I contacted customer support and they walked me | FED_SEAG0076421 | Internal Seagate document tracking negative reviews Amazon, Best Buy, and Google Play |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| | | through a few things before informing me that my drive was "clipped" and there was nothing that I could do but, maybe, their data recovery services could salvage my data. I contacted their data recovery services and they quoted me $700 ($49 Engagement Fee and $650 Recovery Fee). This is worse than a waste of your money. It is a trap! Buyer beware!" | | |
| 2016-03-10 | N/A | [redacted] | FED_SEAG0084392 | Internal discussion at Seagate regarding information on website about drives |
| 2016-05-16 | | Zach G: Hello. Thank you for contacting Seagate on Newegg.com. My name is Zach. How may I be of assistance?<br>Visitor: how long is the warrnty since drive rarley last<br>Zach G: The warranty on the NAS HDD is 3 years, as indicated under Warranty & Returns<br>**Visitor: can I ask why seagate drive seem to have a high failure rate?**<br>Zach G: I would not have an answer for that as we have not seen that to be the case.<br>Visitor: of course you are gonna say that<br>**Zach G: When used in the environment they are designed for, our drives have shown to have failure rates consistent with any other.** | FED_SEAG0093285 | Seagate document recording customer service chats with potential customers |
| 2016-09-01 | BackUp Plus<br>Barracuda<br>FreeAgent<br>GoFlex Desk<br>FreeAgent<br>GoFlex Mac | Sample Complaint - BackUp Plus: "Support is fine. **It is the reliability of the drives and the lack of published failure rates that is the problem**. In an ideal world the drives would have a predictable failure interval so that a planned replacement or better a warning that the drive is Bout to fail." | FED_SEAG0090943 | Seagate spreadsheet detailing direct customer complaints |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2016-09-12 | BackUp Plus Desk<br>BackUp Plus Mac<br>FreeAgent GoFlex Home | Sample complaint: " First off a hard drive should not fail within first two months of ownership. Very upset with losing drive content. I have a protective case and all. HD recovery has been standard with other many factors that I used in past within time limits. Will not recommend product based on this. Bought this while on deployment and had pictures that I am not able to recover. Recovery for this drive was going to cost me well more than the drive which is ridiculous. Very upset with product and inability to serve customer | FED_SEA0090903 | Seagate spreadsheet detailing direct customer complaints |
| 2016-09-13 | Barracuda<br>BackUp Plus Mac<br>FreeAgent GoFlex Home<br>FreeAgent GoFlex Desk<br>Business 1BAY NAS<br>Business 2BAY NAS<br>Buisness 4BAY NAS | Sample Complaint - BackUp Plus Mac : "Nothing. Your product failed after I used it once, if it even backed up once effectively. Apple Care could not help us to have the Mac recognize your product. I spent 4 hours on a day off trying to resolve this issue, and no one can replace that time for me, and your policy is not to return my money. I now have a different product that continues to work reliably. When I looked online, there were multiple concerns about the reliability about the Seagate backup drive, and I just don't have faith in your product anymore. My daughter has one that so far seems to be working ok, but I am thinking about replacing that as well, with the device we have now"<br><br>Sample Complaint – Buisnees 4BAY NAS: "This is the second failure of the product resulting in the loss of data. Better reliability of the product."<br><br>Sample Complaint – BackUp Plus Mac: "My relatively new external hard drive appears to have failed. Some months back I loaded the files. It worked a few times when I needed to access them and then suddenly stopped working. So now I cannot access any of it - except, according to the agent, at the cost of undetermined hundreds of dollars. Tried a new cord, but to no avail. So, yes, I can hardly recommend the product. Perhaps I was naive in presuming it would work. No one warned me that I should buy two or three instead of just one, for instance. -Jim" | FED_SEAG0090915 | Seagate spreadsheet detailing direct customer complaints |

*In Re Seagate Technology LLC Litigation*
Case No. 3:16-cv-00523-JCS

Plaintiffs' ER1006 Chart
Summary of Seagate's Voluminous Records
**Emphasis added unless otherwise indicated**

| Date | Drive Name | Excerpt or Summary | Bates No. | Description |
|---|---|---|---|---|
| 2016-10-11 | | ███ | FED_SEAG0090966 | Seagate spreadsheet summarizing all Amazon reviews for 2TB, 3TB and 4TB drives |