SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              rodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com
              dfong@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**[PROPOSED] ORDER GRANTING SEAGATE TECHNOLOGY LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SEAGATE'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION**<br><br>**Date:** June 15, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

1    The Court has reviewed Defendant Seagate Technology, LLC's (Seagate) Administrative Motion to File Under Seal Portions of Seagate's Opposition to Plaintiffs' Administrative Motion for Leave to File Second Supplemental Brief in Support of Class Certification.  It has also reviewed the Declaration of Karl J. Schweiss cited in support thereof (Schweiss Declaration).  The Court, having considered the moving papers and all other matters presented, HEREBY ORDERS that the Motion is GRANTED as follows:

   1.   Seagate has established that the documents at issue contain sealable information. The Schweiss Declaration demonstrates that the documents Seagate proposes to seal contain information regarding its competitive strategy, product, marketing, and sales strategies, Defendants' relationships with third-parties, and its product improvement efforts.  Schweiss Decl. ¶¶ 4-9.  This information is sealable under Civil Local Rule 79-5.

   2.   There is also good cause to protect the confidentiality of the information from public disclosure.  This is particularly so where the documents Seagate seeks to maintain under seal have been submitted in connection with a non-dispositive motion, in which there is presumptively weak public interest.  Seagate takes efforts to preserve the confidentiality of the information sought to be sealed due to its commercially sensitive nature.  Schweiss Decl. ¶¶ 5, 9.

   3.   Release of the documents sought to be sealed could undermine Seagate's current business strategies and weaken its competitive standing.  Schweiss Decl. ¶¶ 4, 7, 9.

   4.   The Court further finds that Seagate has narrowly tailored its request to seal only those exhibits and references necessary to protect their proprietary and sensitive business information.

   GOOD CAUSE APPEARING THEREFOR, the Administrative Motion to Seal is GRANTED.  The documents identified below shall remain filed under seal:

| Document | Portion(s) to Be Sealed |
| --- | --- |
| Declaration of Tenaya Rodewald | Exhibits 1, H, and L |

1  **IT IS SO ORDERED**.

2  DATED: _____, 2018

3

4  _____
   HON. JOSEPH C. SPERO
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28