SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:         npopovic@sheppardmullin.com
               amclean@sheppardmullin.com
               rodewald@sheppardmullin.com
               lpayne@sheppardmullin.com
               jsiu@sheppardmullin.com
               dfong@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF TENAYA M. RODEWALD IN SUPPORT OF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION**<br><br>**Date:** June 15, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom G<br>**Judge:** Hon. Joseph C. Spero<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

# DECLARATION OF TENAYA RODEWALD

I, Tenaya Rodewald, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, Seagate Technology LLC ("Seagate").

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. This declaration is submitted in support of Seagate's Opposition to Plaintiffs' Administrative Motion to for Leave to File Second Supplemental Brief in Support of Class Certification.

4. I reviewed Plaintiffs' Exhibit 72 submitted in support of their proposed Second Supplemental Brief. I also reviewed each of the documents cited in Exhibit 72, and Plaintiffs' Exhibits 73 – 77.

5. I prepared the table attached hereto as **Exhibit 1**, which responds to each of the rows and documents in Plaintiffs' Exhibit 72, as well as Plaintiffs' Exhibits 73 – 77. The statements under "Seagate's Response" in the last column of Exhibit 1 hereto are based on my personal examination of the documents discussed therein, and accurately report my observations.

6. As stated in Exhibit 1, rows 3, 6, 7, 11, 16, and 22, I found the reviews cited by Plaintiffs in Seagate's documents FED_SEAG0076936, FED_SEAG0076615, FED_SEAG0076609, FED_SEAG0094986, FED_SEAG0094984, FED_SEAG0076421, and followed the links in those Seagate documents to the actual reviews on the Amazon.com website. Attached hereto as **Exhibits A – E, G, I, K** are true and correct copies of those linked reviews as published on Amazon.com.

7. I searched Amazon.com for hard drive products from any manufacturer. I clicked on various products from companies other than Seagate that had a substantial number of reviews (over 100). I easily found the product review summaries attached hereto as **Exhibit J**.

8. **Exhibits H and L** hereto are true and correct copies of documents Seagate produced in this action.

9. **Exhibit F** is a printout of the first 41 rows and first 12 columns of document FED_SEAG0093490.

10. Plaintiffs deposed Seagate's witnesses Alan Clark about 1-star review monitoring on October 20, 2017.

11. On August 9, 2017 Seagate provided its Second Amended Response to Plaintiffs' Interrogatory No. 10 listing the specific model numbers for the External Products that contained the ST3000DM001 Drive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of June, 2018, at Brussels, Belgium.

  /s/ Tenaya Rodewald
Tenaya Rodewald

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Anna S. McLean, attest that the signatory of this document, and on whose behalf the filing is submitted, concurs with the filing's content and has authorized the filing.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Anna S. McLean*
ANNA S. McLEAN

Attorneys for SEAGATE TECHNOLOGY, LLC