# EXHIBIT 1
## [REDACTED VERSION OF DOCUMENT
## SOUGHT TO BE SEALED]

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| 1 | FED_SEAG0076611 | Internal Seagate Spreadsheet tracking customer complaints for 30 days on Twitter | This document cannot relate to the Drives because it covers 2011-02-01 to 2011-03-01 — which is *before the ST3000DM001 was manufactured*. *See* ECF No. 150-6 (Almgren Decl.), ¶ 11 (ST3000DM001 first approved for manufacture on April 28, 2011). |
| 2 | FED_SEAG0093297 | Seagate document recording customer reviews on Amazon from 1/1/2011 to 4/7/2011 | This document cannot relate to the Drives because it is dated 2011-04-06 — which is *before the ST3000DM001 was manufactured.* *See* ECF No. 150-6 (Almgren Decl.), ¶ 11 (ST3000DM001 first approved for manufacture on April 28, 2011). |
| 3 | FED_SEAG0076936 | Internal Seagate document tracking 954 negative customer reviews for drives on Amazon, Bazaarvioce , and Best Buy between 2011 and 2012. | This document references numerous products and sizes of drives not at issue in this litigation.  Plaintiffs quote three "example reviews." ***None of them relates to the Drives at issue***.  The first two are Amazon reviews attached hereto as **Exhibit A**.  They are for 2TB products.  Plaintiffs cut off the remainder of the third review in which the reviewer specifies that the review is for a 1TB drive – the "barracuda 720012 **1TB** sn. 6VPAGXJA" – not the 3TB ST3000DM001 Drive at issue in this litigation.  In addition, the comment is dated 8/21/2011, and the ST3000DM001 was not approved for manufacture as a "Barracuda" Internal drive product until October 18, 2011.  *See, e.g.*, ECF No. 133-5, fn. 3; ECF No. 152-3, ¶ 4 ("Barracuda" was an Internal product); ECF No. 150-6, ¶ 18 (ST3000DM001 not approved for manufacture as an Internal drive until October 2011).  Accordingly, the third review also does not relate to the ST3000DM001.  Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 4 | FED_SEAG0093523 | Spreadsheet detailing 46,960 customer email complaints to Seagate | The table relates to at least 54 different products, ***more than half of which (at least 29) are not at issue***.  In addition, while the table contains over 46,000 *rows*, many rows relate to the same customer and drive (same serial number).  For example, 11 rows relate to a drive with serial number S1F07CPR; 8 rows |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | | relate to a drive with serial number S1F07MVQ, *etc*. Furthermore, a large number of the contacts are ***not complaints***. For example, one exchange involves a customer inquiring "I am looking for a second power cable since the first was lost;" another asks "Is it possible to purchase the Seagate GoFlex Home Network base and use it with the hard disk drive?;" another asks "Does the Windows version of this software includes a means by which to override the sleep settings?;" another reports "Thank you, the problem is finally solved. Your support has been most appreciated." None of these interactions relate to drive failures. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 5 | FED_SEAG0076706 | Internal Seagate document tracking Expansion reviews Amazon, noting that Drive Failures are most common complaint | This document contains reviews for multiple sizes of drives not at issue in this litigation, including 750 GB, 500 GB and 1TB products. Plaintiffs claim that drive failures are the most common complaint, and reproduce ███████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 6 | FED_SEAG0076615 | Internal Seagate document tracking Expansion reviews Amazon, noting that Drive Failures are most common complaint | **This is the same document as FED_SEAG0076706, discussed in the row above**. Plaintiffs quote two reviews. **Exhibit B** hereto is a true and correct copy of the second review Plaintiffs quote. The review is for a 1TB "portable" drive, at issue in this action. The other review is for the Seagate Expansion Desk 3TB product, for which Amazon shows ***62% 5-star reviews and only 13% 1-star reviews***. *See* **Exhibit C** hereto. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 7 | FED_SEAG0076609 | Internal Seagate document tracking | This document covers numerous products and sizes of drives not at issue (including wireless products, portable products and other product types, sizes |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| **Row** in Plaintiffs' Ex. 72 **or** Exhibit | **Document Cited by Plaintiffs** | **Plaintiffs' Description** | **Seagate's Response** |
|---|---|---|---|
| | | 1,738 Amazon reviews and Seagate's public responses | and categories). Plaintiffs cite three reviews that appear to relate to products at issue. The document contains links to the reviews on Amazon's website. Two reviews relate to the Seagate Expansion Desk 3TB product, *for which Amazon shows 62% 5-star reviews and only 13% 1-star reviews*. Copies of these reviews on Amazon's website are attached hereto as **Exhibit D**. The third relates to the Seagate Backup Plus 3TB product, for which Amazon shows *51% 5-star reviews and only 23% 1-star reviews*. A copy of these reviews on Amazon's website is attached hereto as **Exhibit E**. As explained in row 16, these rates of 1-star reviews are similar to those for hard drives from other companies. Plaintiffs provide no evidence that any of this information is capable of demonstrating an unreasonably high failure rate. |
| 8 | FED_SEAG0093489 | Seagate spreadsheet detailing direct customer complaints | This document covers numerous products and sizes of drives not at issue (including wireless products and even products from other manufacturers). Plaintiffs cite one customer message about an "Expansion Desk" but there is no evidence this customer's comment related to the 3TB ST3000DM001 Drive. The Expansion Desk came in at least four sizes (from 1TB to 4TB) (ECF No. 152-3, Ex. 22 at FED_SEAG0070325) and only the 3TB version is at issue in this litigation. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 9 | FED_SEAG0093490 | Spreadsheet detailing 102,135 customer complaints to Seagate – all complaints are for drives at issue | Plaintiffs' claims about this document are false. This document is an Excel spreadsheet with 102,135 *rows*. The rows relate to *58 different products*, only 6 of which are at issue and *52 of which are not* because they did not contain the ST3000DM001 Drives. The six at-issue products have model numbers STBM3000100, STBN6000100, STBP12000100, STBV3000100, STBV3000200, STCP3000100. These are the 1, 2, or 4 Bay "NAS" products and Seagate Expansion Desk and Seagate Expansion Desk Plus products. The rows that relate to at-issue products can easily be determined by consulting the fourth column of the table, which lists the model numbers of the products. |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | | *See* **Exhibit F** hereto, which contains a printout of the first 41 rows of document FED_SEAG0093490, and the first 12 columns. Columns 1-8 appear on the first page of the printout and columns 9-12 on the second page of the printout. In the fourth column on page 1, I highlighted the model numbers for products at issue. Only eight rows out of the first 41 relate to products at issue (even though Plaintiffs falsely claim all the entries in this table relate to at-issue products). Second, the document relates to customer contacts from anywhere in the world. Approximately 20,000 entries are labeled as being from the "Americas" (North and South), 8,000 are labeled as from the Asia-Pacific region, 20,000 are from Europe, the Middle East or Africa, and the remainder do not have a geographic origin indicator. Third, it is clear that many of the customer ***contacts*** reported in this spreadsheet ***cannot relate to drive failures***, since they include requests to help setup software, problems with the operating system ("OS") or networking, requests for the warranty end date, problems with accessories, etc. Indeed, 1,412 rows in this table relate to ***thank you emails to Seagate***—which Plaintiffs claim to the Court are "complaints." (*See* **Ex. F**, p. 2.) Even contacts mentioning "hardware" in the first column on page two can be about "installation," "setup," "network settings" or the drive being full. (*See, e.g.*, **Ex. F**, p. 2, rows 1, 5, 12, 14, 15.) Similarly, contacts about "Warranty" can simply request the warranty end date.<br><br>I analyzed the data as follows. I assumed that all entries that mention hardware, RMAs (returns), warranty, failure, or lost data in the first column (issue filter) might relate to "failures" and included them in the analysis even though many of these entries do not relate to failures. I filtered the data to include only products at issue, and to remove duplicate entries for the same issue and drive serial number. I then tallied the non-duplicative contacts relating to hardware, warranties, RMA, failures or lost data for products at |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | | issue. There were 12,788 such entries. As noted, these relate to the 1, 2, or 4 Bay "NAS" products and the Seagate Expansion Desk and Seagate Expansion Desk Plus products. Seagate sold 560,994 of these products *in the US alone*. (Seagate's Verified Supplemental Responses to Plaintiff Nolan's First Set of Interrogatories, Table 1.) Even assuming all 12,788 of the contacts were from the US (they were not), that gives a rate of *2.27%* contacts that *might* relate to drive failures. If the 12,788 contacts were narrowed to include only contacts from the US so as to properly compare US contacts to US sales, the rate of contacts would be even lower. Similarly, as described above, the rate includes many contacts that are not related to drive failures, and so is an overestimate for this reason as well. |
| 10 | FED_SEAG0076525 | Internal Seagate Spreadsheet tracking customer complaints directly to Seagate Customer Service | The cited spreadsheet covers numerous products and sizes of drives, but does have any columns specifying the model numbers or drive sizes. Generally it is not possible to tell whether any given entry relates to a product at issue in this action. Of the four "complaints" Plaintiffs quote, one clearly states that it relates to "SV35" hard drives not at issue, two provide no indication of the drive size and so there is no evidence they relate to the ST3000DM001, and one might relate to the ST3000DM001. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 11 | FED_SEAG0094986 | Spreadsheet of Business Bay 4 NAS reviews | This document relates to many products, most not at issue. The "Sample Review" Plaintiffs quote is *not related* to a product at issue. The document specifies that the quoted review relates to the STBP100. The document also links to the product's page on Amazon. I followed the link to the product and found the specific review at issue. Images of these pages are attached hereto as **Exhibit G**. The product is a diskless box (that does not contain any hard drives, much less the ST3000DM001 Drive). Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |

| Row in Plaintiffs' Ex. 72 or Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| 12 | FED_SEAG0086798 | Internal chart on corporate escalations of customer complaints | This document addresses multiple products and does not specify any sizes for any products. There is no evidence that any entries in the document relate to the ST3000DM001 Drive and there is no evidence that the quoted comment relates to the Drive. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 13 | FED_SEAG0093307 | Email between Seagate employees discussing the difficulty keeping up with warranty claims for 3TB drives | Plaintiffs misrepresent this document. It is from Seagate's recovery service, which recovers data from drives. A complete copy of this document is attached hereto as **Exhibit H** (FED_SEAG0093307). As Plaintiffs have argued, the recovery service *was not part of Seagate's warranty process*, but was a separate service for which Seagate charged. ECF No. 62 (Complaint), ¶ 126; *see also* https://www.seagate.com/services-software/recover/. ████████ ████████████████████████████████████████ ████████ It is unclear what this comment means, but since Seagate Recovery Service was separate from Seagate's normal warranty process, it is irrelevant. *Id.* ██████████████████████████████████████ ██████████████████████████ (Ex. H, last page), ████████████████████████████████ ████████████ |
| 14 | FED_SEAG0090931 | Internal chart on direct complaints from customers | This document contains entries relating to numerous products not at issue. Plaintiffs quote two "Sample Complaints." There is no evidence that the first relates to a product at issue in this action. Furthermore, Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 15 | FED_SEAG0090915 | Internal chart on direct complaints from customers | Column Z of this Excel table clearly lists the model number of the product at issue in each row. The chart contains data on 419 different products (419 different model numbers), only 22 of which are at issue in this Action. I |

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | | extracted the rows for the products at issue in this Action. There were only 112 rows relating to the products at issue. Furthermore, the focus of the chart is the results of asking customers to rate Seagate's customer support. Thus, many of the alleged "complaints" aren't complaints about drives at all but instead are comments about customer service, such as "Very patient and worked with me until problem was solved;" "He spent a great deal of his time to troubleshoot and resolve my issue with reinstalling software on my recently upgraded OS;" and the like. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 16 | FED_SEAG0094984 | Internal Seagate document comparing 1 star reviews for negative reviews products; ST3000DM001 has most | This document relates to reviews. Plaintiffs claim the ST3000DM001 had "the most" 1-star reviews, but do not discuss whether the ST3000DM001 also had the most reviews overall, nor **what percent** of reviews were 1-star. The document contains links to the products reviewed on the Amazon website. The ST3000DM001 product reviewed is the 3TB Desktop HDD (one of the Internal products). As shown in **Exhibit I**, this product had 61% 5-star reviews and only 17% 1-star reviews—3.6 times more 5-star than 1-star reviews. Furthermore, this ***percentage*** of 1-star reviews does not appear unusual for hard drives. Attached hereto as **Exhibit J** are snapshots of the review distributions for a number of hard drives from various companies. These products from Iomega, Toshiba, Western Digital and HGST have 15% to 21% 1-star reviews (and 54% to 65% 5-star reviews)—no different from the products containing the ST3000DM001 Drives. Plaintiffs also present a chart of ████████████████████████████████████████████ Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| **Row** in Plaintiffs' Ex. 72 **or** Exhibit | **Document Cited by Plaintiffs** | **Plaintiffs' Description** | **Seagate's Response** |
|---|---|---|---|
| 17 | FED_SEAG0090938 | Seagate spreadsheet detailing direct customer complaints | This document contains entries relating to numerous products not at issue; it does not contain any rows relating to model numbers or sizes of drive, so one cannot tell whether any particular entries relate to the Drives at issue. Plaintiffs quote one comment about a "3tb" drive that may or may not be an ST3000DM001. (*See, e.g.*, row 19 below explaining that Seagate manufactured many 3TB drives not at issue in this case.) Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 18 | FED_SEAG0085843 | Internal email about customer complaints | The document does not even use the word "complaint" and says that for the first 6 months of 2015, only ███████████████████ ████████████████████████████ ██████████ Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 19 | FED_SEAG0084417 | Seagate Presentation on the "dearth of 1-star reviews" | First, ***this is not a new document***. The document (with one added sentence) was produced several times in Seagate's production 32 on 8/18/2017 (e.g., FED_SEAG0055656). In addition, Plaintiffs deposed Seagate's witnesses Alan Clark about 1-star review monitoring on October 20, 2017. Second, the charts appear to include models not at issue in this action. The "3TB" drives apparently include all "ST" model number 3TB drives. The bar graph labels these "STX3TB." This chart is from 2015. As of 2014, Seagate was selling ***at least 12 other hard drives that were "ST" 3TB drives none of which are at issue in this Action***. *See* ECF No. 152-3, Ex. 23, pp. FED_SEAG0070356-59, 362 (listing 3TB STCG3000100, 3TB ST3000VM002, 3TB ST3000VX002, 3TB ST3000VX000, 3TB ST3000NM0033, 3TB ST3000NM00532, 3TB ST3000NM0023, 3TB ST3000NM00432, 3TB ST3000NM00632,3, 3TB ST3000VN000, 3TB ST3000NC002, 3TB ST3000NC0003). Therefore, it is not possible to conclude that the charts |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| Row in Plaintiffs' Ex. 72 or Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | | relate solely or even primarily to the Drives at issue.  Third, the document shows ██████████████████████████ (████████████████████.  In addition, the proportion of 1-star reviews clearly varied substantially over time and across different products. *See* rows 7, 16 above and **Exhibits. D, E, I, J**, hereto.  Fourth, the discussion Plaintiff quotes goes on to explain that ████████████████ ██████████████████████████ ████████████████.  Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 20 | FED_SEAG0095597 | Internal Seagate spreadsheet recording 496 customer interactions on Newegg between 1/1/16 and 3/23/16 | This document records "chat" conversation between shoppers on the NewEgg website and Seagate support.  It covers numerous products not at issue.  There is no indication any of the shoppers purchased the Drives or experienced any failures. |
| 21 | FED_SEAG0095597 | Internal Seagate spreadsheet recording 496 customer interactions on Newegg between 1/1/16 and 3/23/16 | This is the same document as in row 20 of Plaintiffs' table.  As explained above, this document records "chat" conversations between shoppers on NewEgg.com and Seagate support.  It covers numerous products not at issue.  There is no indication that any of the shoppers purchased the Drives or experienced any failures. |
| 22 | FED_SEAG0076421 | Internal Seagate document tracking negative reviews Amazon, Best Buy, and Google Play | The document contains purported customer reviews posted on third -party websites.  The reviews relate to innumerable products not at issue (everything from a "media app" to personal cloud products and Xbox drives).  Plaintiffs' Table in Plaintiffs' Ex. 72 quotes two "sample complaints."  ***Neither relates to*** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| **Row** in Plaintiffs' Ex. 72 **or** Exhibit | **Document Cited by Plaintiffs** | **Plaintiffs' Description** | **Seagate's Response** |
|---|---|---|---|
| | | | *the ST3000DM001.* Both relate to 5TB drives not at issue.<br><br>The document contains links to the third party websites containing the customer reviews. I searched and found the two "sample complaints" Plaintiffs quote. I followed the links to the actual websites containing these reviews. Attached hereto as **Exhibit K** are copies of the actual reviews printed from Amazon.com showing they relate to a 5TB product not at issue. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 23 | FED_SEAG0084392 [sic] actual document is FED_SEAG0084329 | Internal discussion at Seagate regarding information on website about drives | ***This document is not new***. The email Plaintiffs cite was produced as part of four different documents in Seagate's third production in ***September, 2016*** (FED_SEAG0000707, FED_SEAG0000775, FED_SEAG0000781, FED_SEAG0024658). The email chain relates to the layout of Seagate's website, and how to better present information. A complete copy of this document is attached hereto as **Exhibit L** (FED_SEAG0084329). It has no relevance. |
| 24 | FED_SEAG0093285 | Seagate document recording customer service chats with potential customers | Plaintiffs admit this document relates to "***potential***" customers. The "chat" they reproduce is multiple hearsay, apparently not based on the potential customer's personal knowledge, and is not evidence of any failures or failure rate. |
| 25 | FED_SEAG0090943 | Seagate spreadsheet detailing direct customer complaints | This document contains entries relating to numerous products not at issue; it does not contain any rows relating to model numbers or sizes, so one cannot tell whether any particular entries relate to the Drives. Plaintiffs quote one comment. There is no evidence this comment relates to the ST3000DM001. Furthermore, the comment indicates that Seagate did not consistently publish AFRs for drives, and could not have made an affirmative misrepresentation to this customer. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| <u>Row</u> in Plaintiffs' Ex. 72 <u>or</u> Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| 26 | FED_SEAG0090903 | Seagate spreadsheet detailing direct customer complaints | The document covers numerous products not at issue. Without reviewing every entry, it is not possible to tell whether any of them relate to the Drive. Plaintiffs quote one comment. There is no evidence that the quoted comment relates to the Drive. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 27 | FED_SEAG0090915 | Seagate spreadsheet detailing direct customer complaints | This is the same document (FED_SEAG0090915) as in row 15. (See row 15 above.) It contains information on 419 different products, only 22 of which are at issue. Plaintiffs quote three "Sample Complaints" -- two of which (the first and third) ***do not relate to the ST3000DM001***. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| 28 | FED_SEAG0090966 | Seagate spreadsheet summarizing all Amazon reviews for 2TB, 3TB and 4TB drives | ***This document is not new***. Seagate produced the same document--***including the bar graph Plaintiffs reproduce in their Exhibit 72***--in its production 25 on 6/16/2017 (FED_SEAG0053031). Furthermore, the document and graph are from 2015 and apparently covers all 3TB "ST" drives--labeled as "STX" drives in the spreadsheet. As discussed in row 19, by 2014, Seagate was selling at least ***12 other 3TB hard drives*** with "ST" model numbers. There is no way to determine how many of the ***reviews*** referenced relate to the Drives at issue. Furthermore, the percentage of 1-star reviews apparently fluctuated significantly over time and between different products and different websites. It may be listed as ███████ in this chart, but it is 13% and ███████, at other times and in other contexts. *See* rows 7 and 19. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives. |
| *The Rows below contain Seagate's response to Plaintiffs' Exhibits 73 – 77* | | | |
| Plaintiffs' Exhibit 73 | FED_SEAG0072969 [sic] | <u>Plaintiffs' claim:</u> "in Seagate's newly produced marketing | Plaintiffs misrepresent and misquote the document. The document compares and contrasts "emerging markets" vs. "developed markets." It explains, "███████████████████████████████████████ |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| **Row in Plaintiffs' Ex. 72 or Exhibit** | **Document Cited by Plaintiffs** | **Plaintiffs' Description** | **Seagate's Response** |
|---|---|---|---|
| | Plaintiffs' Exhibit 73 is actually FED_SEAG0072901 | team meeting notes, Seagate concedes ████████ ████████ ████████ ECF 175-4 at 3:10-12. | ████████████████████ ████████ Plaintiffs misquote the statement at issue which says, in full, ████████ ████████████ The document goes on to explain ████████████████ ████████████ Thus, the document does not support Plaintiffs' claim at all. |
| Plaintiffs' Exhibit 74 | FED_SEAG0090966 | Plaintiffs' claim: "Seagate's meticulous data collection demonstrates an extraordinary number of customer complaints (e.g., 1-star ratings) for **all** the 3TB ST3000DM001 drives (the red line in the following graph)" ECF 175-4 at 3:13-15.\n\nPlaintiffs reproduce a graph from this document on p. 4 of their proposed Second | This is the same document referenced in row 28 of Plaintiffs' Exhibit 72. As explained in row 28 above, first, ***this document is not new***. Seagate produced the same document on 6/16/2017—***including the bar graph Plaintiffs reproduce in their proposed Second Supplemental Brief (ECF No. 175-4 at 4)***. (Seagate previously produced this same document in its production 25 as FED_SEAG0053031). Furthermore, the document and graph are from 2015 and apparently cover all 3TB "ST" drives—labeled as "STX" drives in the document and in Plaintiffs' excerpt ("STX Last 6 months"). As discussed in row 19 above, by 2014, Seagate was selling at least ***12 other 3TB hard drives*** with "ST" model numbers. There is no way to determine how many of the ***reviews*** referenced in the chart or the document relate to the Drives at issue. Furthermore, the percentage of 1-star reviews apparently fluctuated significantly over time and between different products and different websites. It may be listed as ████████ in this chart, but it is 13% and ████████ at other times and in other contexts. *See* rows 7 and 19 above. Plaintiffs provide no evidence that this document or the graph they reproduce, could be used to determine a failure rate for the Drives. |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| Row in Plaintiffs' Ex. 72 or Exhibit | Document Cited by Plaintiffs | Plaintiffs' Description | Seagate's Response |
|---|---|---|---|
| | | Supplemental Brief. ECF 175-4 at 4. | |
| Plaintiffs' Exhibit 75 | FED_SEAG0094984 | Plaintiffs' claim: "[d]ocuments examining Amazon reviews show astounding spikes in complaints for reliability/failure of ST3000DM001 drives." ECF 175-4 at 4:18-5:16.<br><br>Plaintiffs also reproduce a chart of "Top 1 Star Issues" on page 5 of their proposed Second Supplemental Brief. ECF 175-4 at 5. | Plaintiffs' Exhibit 75 is a chart extracted from document FED_SEAG0094984. Plaintiffs cite the same document and chart in row 16 of their Exhibit 72. As explained in row 16 above, the chart covers *42 different models--only one of which is the ST3000DM001 drive*. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives.<br><br>In addition, as explained above, the document refers to 1-star reviews for the 3TB Desktop HDD (Internal product). That product had 61% 5-star reviews and only 17% 1-star reviews--3.6 times more 5-star than 1-star reviews. (*See* Exhibit I hereto.) This percentage of 1-star reviews is well within the range for hard drives from other manufacturers. (See row 16 and Exhibit J hereto.) |
| Plaintiffs' Exhibit 76 | FED_SEAG0094643 | Plaintiffs' claim: "Seagate employee, while analyzing Amazon 1-star reviews, states ███ ████████ ████████ ████████ | First, ***this document is not new***. Seagate produced the email chain to which Plaintiffs cite on at least two prior occasions, its productions 7 and 21 on 10/21/2016 and 6/2/2017 respectively. (FED_SEAG0007293 and FED_SEAG0032683).<br><br>Second, the email chain shows that the analysis covered several sizes of drives. The Seagate employee explains, ████████████████████████ ████████████████████████ |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| **Row in Plaintiffs' Ex. 72 or Exhibit** | **Document Cited by Plaintiffs** | **Plaintiffs' Description** | **Seagate's Response** |
|---|---|---|---|
| | | ███████ ECF 175-4 at 5:14-17. | ███████ There is no evidence that the comments reflect primarily or only the drives at issue in this litigation.  Finally, there is nothing to indicate what the failure *rate* might have been. Plaintiffs provide no evidence that this document could be used to determine a failure rate for the Drives at issue. |
| Plaintiffs' Exhibit 77 | FED_SEAG0086631-37 | Plaintiffs' claim: that in 2015, "a senior technical writer appears to have pulled AFR statements, reliability statements, and statements regarding case temperature from other product manuals and added them to the Desktop HDD manual" AFR. ECF 175-4 at 6:4-12. | This document merely shows Karl Schweiss, senior technical writer at Seagate, revising template reliability information pulled from another product manual to suit the Desktop HDD product. Mr. Schweiss asks the other Seagate employee on the email chain, Keith Myers, to review red text to ensure it is accurate for the Grenada BP (Desktop HDD). As the conversation continues, Schweiss edits the AFR and POH specifications to fit the Desktop HDD product. |

# EXHIBIT A

don't buy



NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon prime          All ▾                              Prime Video Stream movies & TV shows

Hello                          Hello, Tenaya
Select your address    Departments ▾    Your Pickup Location    EN ▾    Account & Lists ▾    Orders    Prime ▾    Cart

## Customer Review

The manufacturer commented on the review below

★★★★★ don't buy
By Lee Esposito on January 4, 2012
Verified Purchase

I bought this product because I thought it was a reputable company and the price was good. It stopped working after a month and I lost all the data I put on the file. I have two old Western Digital hard drives that are filled up and still work I should have stayed with Western Digital.

One person found this helpful

Helpful    💬 1 comment    Report abuse    Permalink

Comment

---

💬 The manufacturer commented on this review (What's this?)

Seagate Support  MANUFACTURER    6 years ago                        Report abuse

Dear Lee,

This reply is from Seagate Support. We noticed your review and wanted to apologize for the problems you have had with our Expansion drive. From your review it is not clear what the exact problem was with our Expansion drive. It may help to use our online troubleshooter to see if there is any way to rescue the drive (please choose the troubleshooter for your specific operating system):

http://ow.ly/4Xsmc

If the drive is found to be nonfunctional, here is a web address where you may replace the drive provided it is under warranty:

http://ow.ly/4XstK

If you have any remaining questions or concerns, please contact our Technical Support staff at no charge, and we will be happy to assist further: http://www.seagate.com/www/en-us/about/contact_us/

Best Regards,
Seagate Support

---

Showing 1 comments                                        Sort by:  Newest    Oldest

Seagate Support  MANUFACTURER    6 years ago                        Report abuse

Dear Lee,

This reply is from Seagate Support. We noticed your review and wanted to apologize for the problems you have had with our Expansion drive. From your review it is not clear what the exact problem was with our Expansion drive. It may help to use our online troubleshooter to see if there is any way to rescue the drive (please choose the troubleshooter for your specific operating system):

http://ow.ly/4Xsmc

If the drive is found to be nonfunctional, here is a web address where you may replace the drive provided it is under warranty:

http://ow.ly/4XstK

If you have any remaining questions or concerns, please contact our Technical Support staff at no charge, and we will be happy to assist further: http://www.seagate.com/www/en-us/about/contact_us/

### Product Details

Seagate Expansion 2 TB USB 3.0 Desktop
by Seagate

★★★★☆ 273
3.4 out of 5 stars ⌄

5 star                        43%
4 star                        12%
3 star                         6%
2 star                         8%
1 star                        31%

See All Buying Options

Add to Wish List



NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon prime

All

Prime Video Channels

Deliver to Tenaya
Palo Alto 94301    Departments ▾    Your Pickup Location    EN ▾    Hello, Tenaya
Account & Lists ▾    Orders    Prime ▾    Cart 1

# Customer Review

⭐⭐⭐⭐⭐ **Should re-name it to NOFlex DeadDrive**
By **Mysterious Mr Wong** on January 6, 2012
Capacity: 2 TB

I purchased the first drive about 3 weeks ago and it was DOA. I contacted the company and for ten bucks they would replace it. I've had this new one since and it just died after a couple weeks use. I paid for the drive, then an addition ten bucks because their product failed, now I'm stuck with a second lemon. I previously had the freeagent 500gb model and it worked very well without any problems at all. Now this? I seriously doubt that I'll buy another from this company. With all the bad reviews and the amount of failures they're having with these yet their still selling them? One bad one is understandable from time to time, but 2 in a row in 3 many weeks?
Needless to say I'm taking my business elsewhere.

Helpful    ▲ Comment    Report abuse    Permalink

Posting publicly as: Amazon Customer    Insert product link    What's this? ▾

Talk about why you like this review, or ask a question.

Guidelines    Post a comment

## Product Details

Seagate FreeAgent GoFlex Desk 2 TB US
by Seagate

⭐⭐⭐⭐☆ 140
3.6 out of 5 stars ▾

5 star                    26%
4 star                    9%
3 star                    11%
2 star                    8%
1 star                    46%

$99.99 + Free shipping

Add to Cart

Add to Wish List

## Your recently viewed items and featured recommendations

Customers also shopped for                                Page 1 of 13

Compatible/replacement power supply adapter for 12V Seagate SRD00F2 External hard drive...
⭐⭐⭐⭐☆ 38
$10.99

Seagate Expansion 3TB Desktop External Hard Drive USB 3.0 (STEB3000100)
⭐⭐⭐⭐☆ 7,044
$86.93 ✓prime

HQRP 12V AC Adapter for Seagate 3TB SRD00F2 External Hard Drive Adaptor Power...
⭐⭐⭐⭐☆ 9
$8.91

Seagate Backup Plus 3TB Desktop External Hard Drive USB 3.0 (STDT3000100)
⭐⭐⭐⭐☆ 2,733
$189.00

Inspired by your purchases

Complete Certified Information Privacy...
› John Watts
⭐⭐⭐⭐☆ 51
Paperback
$55.96

Data Privacy Law: A Practical Guide
G. E. Kennedy
⭐⭐⭐⭐⭐ 5
Paperback
$49.99 ✓prime

Women's Work: The First 20,000 Years Women,...
› Elizabeth Wayland...
⭐⭐⭐⭐☆ 104
Paperback
$12.27 ✓prime

The Book of Looms: A History of the Handloom...
› Eric Broudy
⭐⭐⭐⭐☆ 7
Paperback
$21.83 ✓prime

**EXHIBIT B**



NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime All Prime Video Channels
Deliver to Tenaya Palo Alto 94301 Departments Your Pickup Location EN Hello, Tenaya Account & Lists Orders Prime 1 Cart

# Customer Review

**Dead after 2 days**
By Ice on January 7, 2013
Capacity: 1 TB | **Verified Purchase**

After 2 days faint beeping sound,won't recognize.
Don't have access to my data.
Seagate wants for recovery $599.00 - $1800.00+.

One person found this helpful

Helpful | Comment | Report abuse | Permalink

Posting publicly as: Amazon Customer Insert product link What's this?

Talk about why you like this review, or ask a question.

Guidelines Post a comment

## Product Details

Seagate Expansion 1TB Portable Extern...
by Seagate

3,696
4.5 out of 5 stars

| | |
|---|---|
| 5 star | 73% |
| 4 star | 14% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 8% |

$164.59 - $202.59

See All Buying Options

Add to Wish List

## Your recently viewed items and featured recommendations

Customers also shopped for Page 1 of 13

Compatible/replacement power supply adapter for 12V Seagate SRD0OF2 External hard drive... 38
$10.99

Seagate Expansion 3TB Desktop External Hard Drive USB 3.0 (STEB3000100) 7,044
$86.93 prime

HQRP 12V AC Adapter for Seagate 3TB SRD0OF2 External Hard Drive Adaptor Power... 9
$8.91

Seagate Backup Plus 3TB Desktop External Hard Drive USB 3.0 (STDT3000100) 2,733
$189.00

Inspired by your purchases Page 1 of 13

EU General Data Protection Regulation (GDPR): An...
ITGP Privacy Team
Kindle Edition
$49.99

Augbunny Heavy Duty 100% Cotton Canvas Zipper Beach Shoulder Grocery Tote Bag With Outer... 43
$16.65 - $17.99

Data Privacy Law: A Practical Guide
G. E. Kennedy 5
Kindle Edition
$49.99

Totes Women's Ruffle Stick, White 41
$14.99 prime

**EXHIBIT C**



NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon prime    Prime Video Channels

Deliver to Tenaya
Palo Alto 94301    Departments ▾    Your Pickup Location    EN ▾    Hello, Tenaya
Account & Lists ▾    Orders    Prime ▾    Cart

# Customer Review

The manufacturer commented on the review below

★★★★★ **Not reliable**

By **songster1928** on January 8, 2013

Size: 3 TB | **Verified Purchase**

I purchased this 3 TB Seagate drive in October. Used it as a data backup for photographs, keeping the drive on my desk (not moving it) so in good conditions for such equipment. (I carry smaller drives in my backpack while traveling with my camera and laptop. After ten weeks the drive stopped working.

Under warranty, Seagate will replace the drive, but they want me to pay them to try to recover the data. Personally I don't think this is acceptable.

I find the lack of reliability and Seagate's unwillingness to warrant the function of the drive -- data storage -- unacceptable.

People who read this review can also read Seagate's offer reaching out to me. Let me provide an update on the resolution of this matter.

I wrote my review while on hold for the third time with Seagate -- in my initial call to them I spent about 45 minutes on hold. At the time I wrote the review, Seagate's position -- as expressed by first line CSR and second line manager was that they would replace my drive but not take responsibility for data recovery. I eventually got to a next level manager who agreed that Seagate would cover the data recovery and passed me to Tech Support (who were much more pleasant than Customer Service) who listened to my assessment (which proved correct) that the problem was in the power system, not the memory and there was no reason to write off the data or charge to recover it.

Two subsequent calls to Technical Support (long wait on hold but pleasant interactions) got to the root of the problem, got my data back and since the drive is flakey -- Seagate is replacing it.

So, what to conclude. I've done enough Call Center design to know that most people would accept (begrudgingly) the first line or second line refusal from Seagate to fix my problem. Since I was willing to sit on hold for 45 mintues and argue with Seagate at length they did agree to fix my problem. Since I took the time to write a one star review on Amazon I got another offer to fix the problem from Seagate. SO SEAGATE WILL ADDRESS YOUR PROBLEM BUT NOT IF YOU ASK POLITELY! That's my conclusion Seagate is free to file another answer saying they disagree. But they recorded my calls "for training purposes" and as far as I am concerned, once the first escalation led to Seagate saying "no" to me again I knew the only way to get service was to tough it out with them. I find this is almost always the case with customer service today, not just at Seagate, you have to be prepared to invest time and stand your ground to get anything.

What a sorry state customer service is in in America. And no I don't feel like thanking Seagate for addressing my problem, they made me spend far too much time on it.

505 people found this helpful

Helpful | ♠ 50+ comments | Report abuse | Permalink

Comment

## Product Details


**(OLD MODEL) Seagate Expansion 3TB D**
by Seagate

★★★★☆ 5,693
4.0 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 15% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 13% |

$189.00 - $371.59

See All Buying Options

Add to Wish List

The manufacturer commented on this review (What's this?)

**Seagate Support** MANUFACTURER    5 years ago    Report abuse

Dear Songster1928,

This reply is from Seagate Support. We noticed your review and wanted to apologize for the problems experienced with your Expansion Desktop drive. It is unclear from the review details what the exact problem was with this drive. We would like to talk with you in greater detail to determine the root cause and available resolution to the problem. We have created a case based on your Amazon name that shows your review and our response. Here is a web address with contact information to speak with a support representative directly:

Note: "Not reliable"

http://seagate.com/support/contact-support/

You are not obligated to use our data recovery service if it is determined that data recovery is needed.

Best Regards,
Seagate Support

---

Showing 5 comments                                           Sort by:  **Newest**   Oldest

**Old Timer 73**   2 years ago                                                Report abuse

A free program called Recuva is very good at recovering most lost files. FYI.

♥ Leave a reply

---

**Wildness**   2 years ago  |  In reply to an earlier post                        Report abuse

If this was a backup then I fail to understand why you mentioned that you needed to recover the data? Get the free replacement and do a new backup.

♥ Leave a reply

---

**sabre03**   2 years ago  |  In reply to an earlier post                        Report abuse

If the unit you had was defective, and it was backed up, what is the complaint? They offered to do a data recovery on the drive, and you should have been able to return it for a refund or get it replaced. Either way you have your data. If you want to represent all of the similar model drives as being unreliable, I don't see that happening seeing that it looks like others have used them with little or no problems.

♥ Leave a reply

---

**songster1928**   2 years ago  |  In reply to an earlier post                  Report abuse

Years pass and people continue to chance upon this review with no better wY to spend their time chastising my review. Yet no one seems to have read the review before jumping in to defend Seagate.

I should have backed up the drive? First of all, it was backed up. Second, what should I back up the drive onto. Seagate sold it as a backup drive. The important word here is backup. If this is NOT the correct media for backups, what is?

Second, the drive was three weeks old. How long should I expect a product to perform it's advertised purpose?

Third: while every critic implies I am not good with technology because, as they claim erroneously, I did not back up, NOT ONE notices that I diagnosed the situation correctly, and much of my struggle with Seagate was their refusal to recognize that I had figured out the problem was in the power supply. The Seagate position that the data was lost was wrong. Why does mp not one of these critics ever notice that I figured out the real problem and had to browbeat Seagate into accepting my accurate technical assessment.

Fourth every writer asserts that no drive maker warranties data and
I am in error to accept so. But my review points out that THIS IS WRONG. Seagate says they will to recover data BUT they did so with me when I insisted. My critics are all contradicted by what actually happened.

Several critics bak, I concluded that this pattern of random criticism, and the consistency in which critics misread or distort my review is part of a campaign by Seagate to harass critics. Nothing has happened to change my assessment.

My request of the next flamer is two-fold. Come up with a new critical slant rather than regurgitating talking points. And second, write from my review and not Seagate's script.

♥ Leave a reply

---

**Wildness**   2 years ago                                                Report abuse

I'm very surprised that they were willing at all to cover data recovery. No hard drive manufacturer warrants the data on the drive only the hardware itself. It is the responsibility of the user to maintain data backups. I see reviews all over Amazon that seem to blame the manufacturer for loss of data that has never been backed up; the funniest of these are those that cry that this isn't the first time a drive has destroyed data they didn't have backed up. If drives are unreliable, then that is worth reviewing... if data is backed up, stop blaming the hardware manufacturer.

♥ Leave a reply

**EXHIBIT D**





NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | All | 5% Back WHOLE FOODS MARKET + prime

Deliver to Tenaya Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

# Customer Review

The manufacturer commented on the review below

**The price is right, but it died within 2 months...**

By Sandar Laan on July 20, 2013

Size: 3 TB | **Verified Purchase**

Bought May 6th, fully dead and unrecognizable by multiple computers by July 15th. The seagate analysis tool wouldn't even recognize it. Thank goodness the mfr warranty lasted 3 months. Or maybe I should say thank goodness the drive only lasted 2 months instead of 4, or I'd be out of warranty and out $130 (the price I bought it at).

For comparison, my other Western Digitals of the same size I bought in fall of 2011 - one's still going strong, the other one died about 2 months ago.

Helpful | 3 comments | Report abuse | Permalink

Comment

**The manufacturer commented on this review** (What's this?)

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear Sandar,

We wanted to apologize for the problems experienced with your Expansion Desktop drive. Certainly it is not typical or expected for these drives to behave this way. We would like to talk with you, by phone preferably, to resolve the problem and verify the warranty time period. We have created a case based on your Amazon name that shows your review and our response. If from the US or Canada our contact number for technical support is 800-732-4283. If outside of the US or Canada please try us here under Technical Support (choose your region):

http://www.seagate.com/support/contact-support/

Best Regards,
Seagate Support

Showing 3 comments Sort by: **Newest** Oldest

Seagate Support 4 years ago | In reply to an earlier post Report abuse

Hi Sandar,

We would like to talk with you again by phone to determine the root cause and available resolution to the problem you are having with the replacement drive. Please try us at 800-732-4283.

Best Regards,
Seagate Support

Leave a reply

Sandar Laan 4 years ago Report abuse

Calling the number provided by Seagate Support above got me to a confused customer service rep who didn't know what to do. I went online and followed the steps to return the drive and get a replacement (almost certainly a refurbished one). Aaaaannnnnddd... 5 months later, it has also died. Sheesh, Seagate, do you guys do any quality assurance testing on these drives?

Leave a reply

Seagate Support MANUFACTURER 4 years ago Report abuse

**Product Details**

(OLD MODEL) Seagate Expansion 3TB D
by Seagate

5,692
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 62% |
| 4 star | 15% |
| 3 star | 5% |
| 2 star | 5% |
| 1 star | 13% |

$189.00 + $5.88 shipping

Add to Cart

Add to Wish List

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime All 5% Back WHOLE FOODS MARKET + prime
Deliver to Tenaya Palo Alto 94301 Departments Your Pickup Location EN Hello, Tenaya Account & Lists Orders Prime 1 Cart

# Customer Review

The manufacturer commented on the review below

**Lost all data.**

By Adrian Turner on July 21, 2013

Size: 3 TB | **Verified Purchase**

Things I had for years all gone, i'll never buy another Seagate product again, sad thing is I did like them at first but now all of my Seagate hard drives are dead along with my all data never again, all my years down the drain. Some say it's Windows 7 but my WD and Maxtor hard drives works fine.

Helpful | 1 comment | Report abuse | Permalink

Comment

**Product Details**

(OLD MODEL) Seagate Expansion 3TB D
by Seagate

5,692
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 62% |
| 4 star | 15% |
| 3 star | 5% |
| 2 star | 5% |
| 1 star | 13% |

$189.00 + $5.88 shipping

Add to Cart

Add to Wish List

**The manufacturer commented on this review** (What's this?)

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear Adrian,

We wanted to apologize for the problems experienced with your Expansion Desktop drive. We would like to talk with you, by phone preferably, to determine the root cause and available resolution to the problem. We have created a case based on your Amazon name that shows your review and our response. If from the US or Canada our contact number for technical support is 800-732-4283. If outside of the US or Canada please try us here under Technical Support (choose your region):

http://www.seagate.com/support/contact-support/

Best Regards,
Seagate Support

Showing 1 comments Sort by: Newest Oldest

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear Adrian,

We wanted to apologize for the problems experienced with your Expansion Desktop drive. We would like to talk with you, by phone preferably, to determine the root cause and available resolution to the problem. We have created a case based on your Amazon name that shows your review and our response. If from the US or Canada our contact number for technical support is 800-732-4283. If outside of the US or Canada please try us here under Technical Support (choose your region):

http://www.seagate.com/support/contact-support/

Best Regards,
Seagate Support

Leave a reply

Your recently viewed items and featured recommendations

Customers also shopped for

**EXHIBIT E**



NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | All | Prime Video Channels

Deliver to Tenaya Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

# Customer Review

The manufacturer commented on the review below

**Stopped working on day 1.**

By jwin on June 20, 2013

Size: 3 TB | **Verified Purchase**

Stopped working on day 1 while trying to do a backup.

Something happened and the power flicked on and off and that's when it stopped working. Could not recover it or repair the desk or anything--it was bricked.

This didn't help my fear that many friends shared with me when their seagate hard drive's failed on them too. Would not go with seagate again.

One person found this helpful

Helpful | 1 comment | Report abuse | Permalink

Comment

**The manufacturer commented on this review** (What's this?)

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear J. Nguyen,

We wanted to apologize for the problems experienced with your Backup Plus Desktop drive. Certainly it is not typical or expected for these drives to behave this way.

Please try this drive on another wall outlet and reseat all power and data connections to the drive.

If this does not help, we would like to talk with you, by phone preferably, to determine the root cause and available resolution to the problem. We have created a case based on your Amazon name that shows your review and our response. If from the US or Canada our contact number for technical support is 800-732-4283.

Best Regards,
Seagate Support

Showing 1 comments | Sort by: **Newest** Oldest

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear J. Nguyen,

We wanted to apologize for the problems experienced with your Backup Plus Desktop drive. Certainly it is not typical or expected for these drives to behave this way.

Please try this drive on another wall outlet and reseat all power and data connections to the drive.

If this does not help, we would like to talk with you, by phone preferably, to determine the root cause and available resolution to the problem. We have created a case based on your Amazon name that shows your review and our response. If from the US or Canada our contact number for technical support is 800-732-4283.

Best Regards,
Seagate Support

Leave a reply

## Product Details

(Old Model) Seagate Backup Plus 3TB D
by Seagate

2,209
3.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 51% |
| 4 star | | 14% |
| 3 star | | 6% |
| 2 star | | 6% |
| 1 star | | 23% |

$219.00 + Free shipping

Add to Cart

Add to Wish List

**EXHIBIT F**

| CASENUMBER | PRODUCT_MARKETIN | INTERNAL_PROD | MODEL_NUMBER_C | PART_NUMBER_C | SERIAL_NUMBER_ | CSO_CASE_COMMENT | CSO_L1_DE |
|---|---|---|---|---|---|---|---|
| 5246338 | BUSINESS4BAYNAS | ELCAPITAN | STBP16000300 | 1BX5M5-570 | NA6P0F2X | 2016-01-14 05:06:36 | ) ANP |
| 4905346 | BUSINESS4BAYNAS | ELCAPITAN | STBP8000300 | 1BX5M3-570 | NA6P0AEH | 2016-01-14 02:53:41 | ( ANP |
| 5246505 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000300 | 1D7AM3-570 | NA4M9YZ6 | 2016-01-14 05:37:18 | / CS |
| 5234275 | BUSINESS4BAYNAS | ELCAPITAN | STBP12000100 | 1BX5A4-570 | NA6P07BT | 2016-01-14 03:34:42 | S ANP |
| 5246392 | BUSINESS4BAYNAS | ELCAPITAN | STBP4000300 | 1BX5M2-570 | NA6P0GXN | 2016-01-14 03:32:17 | ⊦ ANP |
| 5152994 | BUSINESS2BAYNAS | HALFDOME | STBN8000100 | 1BW5A5-570 | NA6F09CB | 2016-01-14 03:31:29 | S ANP |
| 5246101 | BUSINESS1BAYNAS | SENTINEL | STBM3000100 | 1BV5N2-570 | NA6100YY | 2016-01-14 03:21:44 | S ANP |
| 5220272 | BUSINESS1BAYNAS | HALFDOME | STBN6000100 | 1BW5A4-570 | NA6F0LT7 | 2016-01-14 03:08:26 | S ANP |
| 5214255 | BUSINESS1BAYNAS | SENTINEL | STBM4000300 | 1BV5M3-570 | NA6109RM | 2016-01-13 07:59:11 | ( TS |
| 5228767 | BUSINESS1BAYNAS | SENTINEL | STBM2000300 | 1BV5D1-570 | NA61057T | 2016-01-13 08:02:28 | ⊦ CS |
| 5242553 | BUSINESS2BAYNAS | ELCAPITAN | STBP8000200 | 1BX5D3-570 | NA6P08QM | 2016-01-13 08:58:51 | ⊦ CS |
| 5232041 | BUSINESS2BAYNAS | HALFDOME | STBN200 | 1BW5D1-570 | NA6F0QLJ | 2016-01-13 08:42:20 | ⊦ ANP |
| 5235911 | BUSINESS2BAYNAS | HALFDOME | STBN6000200 | 1BW5D4-570 | NA6F0H12 | 2016-01-13 08:12:30 | J ANP |
| 5242612 | BUSINESS2BAYNAS | HALFDOME | STBN8000200 | 1BW5D5-570 | NA6F0EXB | 2016-01-13 08:59:31 | ⊦ ANP |
| 5244591 | | FALCONDESK | STBV3000300 | | | 2016-01-13 08:56:03 | ⊦ TS |
| 5217803 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F08ZR | 2016-01-14 00:33:14 | J Misc. |
| 5180941 | BUSINESS4BAYNAS | ELCAPITAN | STBP16000100 | 1BX5A5-570 | NA6P019K | 2016-01-14 01:17:58 | S CS |
| 5092848 | BUSINESS4BAYNAS | ELCAPITAN | STBP8000300 | 1BX5M3-570 | NA6P09QB | 2016-01-14 00:00:50 | ( CS |
| 5233210 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000300 | 1D7AM3-570 | NA4NPF88 | 2016-01-14 01:06:48 | S CS |
| 5237689 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000300 | 1D7AM3-570 | NA4NNL27 | 2016-01-14 00:23:58 | S CS |
| 5234275 | BUSINESS4BAYNAS | ELCAPITAN | STBP12000100 | 1BX5A4-570 | NA6P07BT | 2016-01-14 01:03:54 | S ANP |
| 5152994 | BUSINESS2BAYNAS | HALFDOME | STBN8000100 | 1BW5A5-570 | NA6F09GA | 2016-01-14 00:58:09 | S ANP |
| 5236330 | BUSINESS4BAYNAS | ELCAPITAN | STBP4000100 | 1BX5A2-570 | NA6P0D35 | 2016-01-14 01:40:00 | S Misc. |
| 5246340 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000300 | 1D7AM3-570 | NA4K4HXG | 2016-01-14 02:39:33 | ) CS |
| 5240814 | BUSINESS4BAYNAS | ELCAPITAN | STBP8000100 | 1BX5A3-570 | NA6P04FK | 2016-01-14 01:30:41 | S ANP |
| 5246098 | BUSINESS1BAYNAS | SENTINEL | STBM4000100 | 1BV5N3-570 | NA610CQN | 2016-01-14 00:40:07 | S ANP |
| 5240407 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F0KY0 | 2016-01-13 14:37:48 | S ANP |
| 5217370 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F0ANF | 2016-01-13 15:01:44 | ⊤ ANP |
| 5242354 | BUSINESS1BAYNAS | SENTINEL | STBM3000200 | 1BV5D2-570 | NA61019W | 2016-01-13 14:38:24 | ⊦ CS |
| 5244925 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000200 | 1D7AD3-570 | NA4K4AZB | 2016-01-13 14:28:50 | ⊦ CS |
| 5244959 | BUSINESS4BAYNAS | ELCAPITAN | STBP12000100 | 1BX5A4-570 | NA6P09W7 | 2016-01-13 15:06:22 | ⊤ ANP |
| 5240407 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F0KY0 | 2016-01-13 14:04:25 | ( ANP |
| 5244691 | BUSINESS2BAYNAS | HALFDOME | STBP8000200 | 1BX5D3-570 | NA6P0500 | 2016-01-13 14:27:00 | ⊦ ANP |
| 5244896 | BUSINESS4BAYNAS | ELCAPITAN | STBP8000100 | 1BX5A3-570 | NA6P06NW | 2016-01-13 14:24:32 | ⊦ CS |
| 5312905 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F0E6L | 2016-02-03 01:02:41 | S ANP |
| 5244568 | BUSINESS2BAYNAS | HALFDOME | STBN4000200 | 1BW5D3-570 | NA6F0JZ6 | 2016-01-13 14:24:25 | ⊧ ANP |
| 5217370 | BUSINESS2BAYNAS | HALFDOME | STBN4000100 | 1BW5A3-570 | NA6F0ANF | 2016-01-13 15:29:48 | ( ANP |
| 5241595 | SEAGATEEXPANSIONE | FALCONDESK | STBV3000200 | 1D7AD3-570 | NA4KTS41 | 2016-01-13 14:47:51 | J CS |
| 5244876 | BUSINESS4BAYNAS | ELCAPITAN | STBP100 | 1BX5A1-570 | NA6PV04H | 2016-01-13 14:15:12 | ⊤ Misc. |
| 5243426 | BUSINESS4BAYNAS | ELCAPITAN | STBP12000100 | 1BX5A4-570 | NA6P081W | 2016-01-13 14:53:16 | ( CS |

| CSO_L2_FILTER__C | CSO_L3_SYMPTOM__C | CSO_L4_CAUSE__C | STOWD__UNTIL__C |
|---|---|---|---|
| ANP - Hardware - Assistance | Installation | Guide not clear | 13-Jan-16 |
| Software - Assistance | Web UI / Firmware | Setup | 13-Jan-16 |
| RMA | Customer Request | Explained Policy | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Format / Reformat | 14-Jan-16 |
| ANP - Hardware - Assistance | Web UI / Firmware | Setup | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hardware and Power Supply | Broken Components | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hardware and Power Supply | Broken Components | 14-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | S.M.A.R.T. Failed / Seatools Test Failed | 14-Jan-16 |
| Hardware - TroubleShooting | Drive Issues | Refer to Online Support | 13-Jan-16 |
| Warranty | Policy | Explained Policy | 13-Jan-16 |
| Warranty | Policy | Explained Policy | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Web UI / Firmware | Setup | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | S.M.A.R.T. Failed / Seatools Test Failed | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Web UI / Firmware | Network Settings | 13-Jan-16 |
| Hardware - TroubleShooting | Drive Issues | Drive full/Reformat Drive | 13-Jan-16 |
| Thank You Email | Thank You Email | Thank You Email | 13-Jan-16 |
| Warranty | Warranty Validation | Provided Warranty End Date | 14-Jan-16 |
| Warranty | Policy | Explained Policy | 13-Jan-16 |
| Warranty | Warranty Validation | Provided Warranty End Date | 13-Jan-16 |
| Warranty | Warranty Validation | Provided Warranty End Date | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Format / Reformat | 14-Jan-16 |
| ANP - Hardware - Troubleshooting | Hardware and Power Supply | Broken Components | 13-Jan-16 |
| Thank You Email | Thank You Email | Closed Case | 14-Jan-16 |
| Warranty | Policy | Explained Policy | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Format / Reformat | 14-Jan-16 |
| Software - Troubleshooting | Tappin | Certificate Update - Firmware Needed | 14-Jan-16 |
| Software - Troubleshooting | OS / Network | OS Corrupted | 13-Jan-16 |
| ANP - Hardware - Assistance | Installation | Walk-through | 13-Jan-16 |
| Warranty | Process | Explained Policy | 13-Jan-16 |
| RMA | Customer Request | Explained Policy | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Format / Reformat | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Web UI / Firmware | Nas Frozen / Reboot Nas | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Web UI / Firmware | Setup | 13-Jan-16 |
| RMA Status | Not Received | Refer to Online Support | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hardware and Power Supply | Broken Components | 3-Feb-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Format / Reformat | 13-Jan-16 |
| ANP - Hardware - Troubleshooting | Hard Drive | Installation | 13-Jan-16 |
| Accessory | Defective Accessory | Additional Information Requested | 13-Jan-16 |
| Duplicate Case/Email | Duplicate Case/Email | Duplicate Case/Email | 13-Jan-16 |
| RMA | Customer Request | Requested Additional Information | 13-Jan-16 |

**EXHIBIT G**





NEW & INTERESTING FINDS ON AMAZON EXPLORE

# Customer Review

The manufacturer commented on the review below

**Beware....**

By tdlivings on December 25, 2013

Capacity: No Size | Style: 4-Bay Enclosure | **Verified Purchase**

Out of three of these that have been online for less than 6 months, 2 have developed problems that require an RMA. The last issue took out three of 4 drives. One was under warrantee, the other two are door stops now. Buy at your own peril. To add insult to injury, they are closed for the holidays. Business critical files on your box? too bad...see you after the party folks.

2 people found this helpful

Helpful | 1 comment | Report abuse | Permalink

Comment

**The manufacturer commented on this review** (What's this?)

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear tdlivings,

We apologize for the problems experienced with your Business Storage NAS 4-Bay Diskless NAS. We would like to talk with you by phone during our business hours to determine the root cause and available resolution to the problem. A case has been created in our records based on your Amazon name that shows your review and our response. If from the US or Canada, our contact number for technical support is 800-732-4283. If outside of this region, please try us here under Technical Support (choose your region):

http://www.seagate.com/support/contact-support/

Best Regards,
Seagate Support

## Product Details

Seagate Business Storage NAS 4-Bay Di
by Seagate

197

2.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 17% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 9% |
| 1 star | | 49% |

$559.81

See All Buying Options

Add to Wish List

Showing 1 comments Sort by: Newest Oldest

Seagate Support MANUFACTURER 4 years ago Report abuse

Dear tdlivings,

We apologize for the problems experienced with your Business Storage NAS 4-Bay Diskless NAS. We would like to talk with you by phone during our business hours to determine the root cause and available resolution to the problem. A case has been created in our records based on your Amazon name that shows your review and our response. If from the US or Canada, our contact number for technical support is 800-732-4283. If outside of this region, please try us here under Technical Support (choose your region):

http://www.seagate.com/support/contact-support/

Best Regards,
Seagate Support

Leave a reply

Back to top

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | Electronics | Prime Video Channels

Deliver to Tenaya
Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

Computers | Laptops | Tablets | Desktops | Monitors | Computer Accessories | PC Components | PC Gaming | Deals

FATHER'S DAY Electronics Gift Guide Explore more ›

Electronics › Computers & Accessories › Data Storage › Network Attached Storage

## Consider these available items

- Seagate Business Storage NAS 4-Bay 8' — 197 — $559.81
- WD My Cloud EX4100 Diskless Expert S — 469 — $349.99 prime
- WD Diskless My Cloud Pro Series PR4' — 117 — $498.00 prime

Click image to open expanded view

Seagate

# Seagate Business Storage NAS 4-Bay Diskless Network Attached Storage Enclosure STBP100

197 customer reviews | 38 answered questions

Currently unavailable.
We don't know when or if this item will be back in stock.

Capacity: **No Size**

3 TB | 6 TB | 8 TB | **No Size**

Style: **4-Bay Enclosure**

1-Bay | 2-Bay | 4-Bay | **4-Bay Enclosure**

- Centralize your storage to allow all the PC and Mac computers in your business to backup, access, collaborate and share files
- The 4-bay NAS becomes your business's own secure and private cloud, enabling you to share files with colleagues and clients around the world
- Stay connected to your files from anywhere with free apps for iPhone, iPad, and Android devices
- Choose the right blend of performance and data redundancy with available RAID 0,1,5 &10 configuration options
- Transfer your data to a portable drive to take off-site for additional protection by using the integrated USM slot

Report incorrect product information.

Share

Currently unavailable.
We don't know when or if this item will be back in stock.

Deliver to Tenaya - Palo Alto 94301

Add to List

Have one to sell? Sell on Amazon

**BUFFALO**
*Lock down, protect ...*
› Shop now

Buffalo TeraStation 341...
⭐⭐⭐⭐☆ 41
$584.09 ✓prime

Ad feedback

## Sponsored products related to this item (What's this?)

Page 1 of 3

‹      ›

**NETGEAR ReadyNAS Ultra 2: 4 TB (2 x 2 TB) Network Attached Storage RNDU2220**
⭐⭐⭐☆☆ 21
$799.00

**Buffalo TeraStation 1400D Desktop 12 TB NAS with Hard Drives Included**
⭐⭐⭐⭐☆ 49
$544.55 ✓prime

**Buffalo TeraStation 3410DN Desktop 16 TB NAS Hard Drives Included**
⭐⭐⭐⭐☆ 41
$840.13 ✓prime

**ZyXEL [NAS520] 6TB Personal Cloud Storage [2-Bay] for Home with iOS & Android Remot...**
⭐⭐⭐⭐☆ 2
$299.99

**Buffalo TeraStation 5410DN Desktop 24 TB NAS Hard Drives Included**
⭐⭐⭐⭐☆ 11
$1,472.57 ✓prime

Ad feedback

## Customers who viewed this item also viewed



**Seagate NAS 4-Bay Diskless Network Attached Storage Drive (STCU100)**
⭐⭐⭐⭐☆ 130

## Special offers and product promotions

Capacity: **No Size** | Style: **4-Bay Enclosure**
- Save up to $40 on a Fire tablet when you purchase with Citi ThankYou Points. Limited-time offer. Terms and conditions apply. Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

Capacity: **No Size** | Style: **4-Bay Enclosure**

### Product Description

The Seagate Business Storage 4-bay NAS is a complete network storage solution designed for up to 50 employees by creating a secure private cloud. With the included backup software for Windows , Time Machine compatibility and RAID protection, it's simple to keep your critical business files protected and creates a shared space for your colleagues and clients to collaborate by storing files centrally. With Global Access service, stay connected to your business with free apps for iPhone , iPad and Android devices. Features a Web interface where clients and coworkers can securely download and upload large files. The Business Storage 4-bay NAS comes with everything your business needs to ensure complete protection for computer files. The included BlackArmor backup software for Windows PCs will automate the process and help you protect data by backing up not only the files you store, but also the programs, settings and even the operating system on your local PCs, you can restore the entire hard drive on a PC that has suffered a hardware failure. By supporting Time Machine software, the Business Storage 4-bay NAS offers the same level of data protection for all theMac

# EXHIBIT H
## [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

# EXHIBIT I

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Tenaya Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

(Old Model) Seagate 3TB Desktop HDD SATA 6Gb/s 64MB Cache 3.5-Inch... › Customer Reviews

## Customer Reviews

8,172
3.9 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 61% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 17% |

(Old Model) Seagate 3TB Desktop HD...
by Seagate

Size: 3TB | Change
Price: $82.00 prime

Write a review

Add to Cart

Add to Wish List

### Top positive review

See all 6,014 positive reviews ›

2 people found this helpful

**Used them in a storage server for 4 years (maybe)**

By J. Michas on November 28, 2016

I bought 3 of these in 2012 and 2 in 2014 and put them in a RAID 6 storage server. I'm not sure why I put desktop drives in the server but I think it was a cost savings measure at the time. Anyway, 3 just failed within a week of each other, so at least one of those drives has been in use for over 4 years. Pretty impressive for a desktop drive being used in a 24x7 storage server. I will be very

Read more

### Top critical review

See all 2,158 critical reviews ›

12 people found this helpful

**Bought two Seagate drives and both fail just as warranty period is over. Had to clone to new drives!**

By Daniel W on November 16, 2015

Update: Thank you Seagate. Seagate was kind enough to send me two 1TB HDs to replace the two HDs that went bad.

I purchased both the 500GB (Seagate Barracuda 500 GB HDD SATA 6 Gb/s NCQ 64MB Cache 3.5-Inch Internal Bare Drive ST500DM002) and

Read more

Ad feedback

### Questions? Get fast answers from reviewers

What do you want to know about (Old Model) Seagate 3TB Desktop HDD SATA 6Gb/s 64MB Cache 3.5-Inch Internal Bare

See all 874 answered questions | Ask

Search customer reviews | Search

**SORT BY** | **FILTER BY**

Top rated | All reviewers | All stars | All formats | Text, image,...

The manufacturer commented on the review below

**Bought two Seagate drives and both fail just as warranty period is over. Had to clone to new drives!**

By Daniel W on November 16, 2015

Size: 1TB | Verified Purchase

Update: Thank you Seagate. Seagate was kind enough to send me two 1TB HDs to replace the two HDs that went bad.

I purchased both the 500GB (Seagate Barracuda 500 GB HDD SATA 6 Gb/s NCQ 64MB Cache 3.5-Inch Internal Bare Drive ST500DM002) and the 1TB (Seagate Barracuda 1 TB HDD SATA 6 Gb/s NCQ 64MB Cache 3.5-Inch Internal Bare Drive ST1000DM003) for different computer builds as the system drive. I purchased both on March 26, 2013.

The 1TB drive started to show errors in January 2015. Symptoms were BSOD, disk errors, failure to boot, and other occasional bumps. I did not get a diagnosis on this until it started to get worse (daily troubles) and I ran gsmartcontrol from sourceforge dot net in November 2015:
"Description- End-to-End error which means that after transferring through the cache RAM data buffer, the parity data between the host and the hard drive did not match. Recommendation - This is a critical parameter. Degradation of this parameter may indicate imminent drive failure. Urgent data backup and hardware replacement is recommended."

At the same time, the 500GB drive had a 30GB file that I was copying on to a removable drive and the Seagate HDD crashed. After many tries, I got the drive to be recognized and boot. But it was clicking and many files

### Customers also viewed these items

Seagate 3TB BarraCuda SATA 6Gb/s 64MB Cache 3.5-Inch Internal Hard Drive (ST3000DM008)
by Seagate
$84.99 prime
2,231

Seagate 4TB BarraCuda SATA 6Gb/s 256MB Cache 3.5-Inch Internal Hard Drive (ST4000DM004)
by Seagate
$96.89 prime
2,231

Seagate Barracuda 3TB 7200rpm SATA III Internal Hard Drive (ST3000DM001)



# EXHIBIT J

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Tenaya Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

Iomega eGo 1TB USB 2.0 FireWire 800 Desktop External Hard Drive Mac... › Customer Reviews

## Customer Reviews

300

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 55% |
| 4 star | | 15% |
| 3 star | | 5% |
| 2 star | | 4% |
| 1 star | | 21% |

## Iomega eGo 1TB USB 2.0 FireWire 80...

by Iomega

Size: 1 TB | Change

See All Buying Options

Add to Wish List

Write a review

### Top positive review

See all 210 positive reviews ›

142 people found this helpful

**My First Experience w/ an Iomega Hard Drive**

By Westminister on October 7, 2010

===================

" UPDATED REVIEW: "

===================

17.OCT.2011

I recently purchased and received another Iomega eGo drive via Amazon. This time I selected the

Read more

### Top critical review

See all 90 critical reviews ›

2 people found this helpful

**Would not stay mounted, useless customer service**

By FistiFluffs on January 15, 2012

Unfortunately I had the same problem as a lot of other people, apparently. This drive just would not stay mounted to my computer, either when connected with Firewire or USB 2. I tried every solution I could find, and I even called Apple tech support because I thought it might be a problem with my computer.

Read more

Ad feedback

Search customer reviews | Search

SORT BY | FILTER BY

Top rated | All reviewers | All stars | All formats | Text, image,...

**My First Experience w/ an Iomega Hard Drive**

By Westminister Top Contributor: Photography on October 7, 2010

Size: 1 TB | Verified Purchase

===================

" UPDATED REVIEW: "

===================

17.OCT.2011

I recently purchased and received another Iomega eGo drive via Amazon. This time I selected the 2TB model - 34796. The drive looks and feels physically identical to the 1TB drive I purchased last year, which by the way, is still toiling along quite strong. So on the strength of my first experience with Iomega in the HD arena, I bought this one...

First task: I plugged in, and the drive immediately displayed on my desktop using Snow Leopard OS. I bought the drive to help begin my transition to Lion. I transferred all the contents of a LaCie Poulton 1TB drive, via 400-800 firewire. It took 11 hours and 3 minutes for 999.36GB, 64MB shy of 1TB. I then transferred over 200GB from the Iomega 1TB eGo using 800-800 firewire in (Oops I forgot but it seemed quick enough) somewhere around 2 hours I think...

Everything I have done so far with these drives just seemed effortless, (I will leave it to others to do a drop test).

### Questions? Get fast answers from reviewers

What do you want to know about Iomega eGo 1TB USB 2.0 FireWire 800 Desktop External Hard Drive Mac Edition - 34794?

See all 5 answered questions | Ask

### Customers also viewed these items

Iomega Prestige 1 TB USB 2.0 Desktop External Hard Drive 34275
by Iomega
1,451

Seagate Backup Plus 2TB Portable External Hard Drive for Mac USB 3.0 + 2mo Adobe CC...
by Seagate
$64.19 prime
2,286

Iomega Prestige 1 TB USB 3.0/USB 2.0 Desktop Hard Drive 35180
by Iomega
91





NEW & INTERESTING FINDS ON AMAZON EXPLORE

## Customer Reviews

1,011
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 54% |
| 4 star | 15% |
| 3 star | 6% |
| 2 star | 5% |
| 1 star | 20% |

## Toshiba 3TB Canvio Desktop External...

by Toshiba

Capacity: 3 TB | Change
Price: $139.99 + $5.80 shipping

Add to Cart
Add to Wish List

Write a review

### Top positive review

See all 692 positive reviews ›

168 people found this helpful

**Wham, Bam! Speedy, Reliable, 5TB, and Cost-Effective. What more could you want?**

By Techno Geek on December 12, 2014

This is a review for the 5TB model. I do not understand why there are so many negative reviews on here, but this is probably due to the other, not 5 TB models. In my humble opinion, these are complete garbage, so do not waste your time. These smaller drives, I believe, were manufactured by Hitachi on contract with

Read more

### Top critical review

See all 319 critical reviews ›

6 people found this helpful

**Toshiba 3TB - The Trick for Sleep Mode**

By Big Grizz on December 7, 2014

I really wish we could do 1/2 stars as I would put this around 3.5, for now... You'll read a lot of bad reviews and issues for these drives, valid issues that you will need to deal with in order to use it to its fullest.

When I went out searching for another external hard drive I wanted to get another Seagate, as

Read more

Ad feedback

Search customer reviews | Search

SORT BY | FILTER BY
Top rated | All reviewers | 1 star only | All formats | Text, image,...

Showing 1-10 of 202 reviews (1 star). See all 1,011 reviews

**My first bad review of a product**

By Tennis4Rick on July 11, 2014

Capacity: 3 TB | **Verified Purchase**

Well I guess it had to happen. My first bad review of a product. I bought 3 of these over 4 months. Two are now dead, my PC's wont read them. I have two desktops and one laptop and neither will read the drive. The drive just clicks away.
I was using them to store my Dvd collection. I was transferring my collection to the drives to save space and was going to give my Dvd's away. Well good thing I decided to wait on the give away. But I have lost countless hours of transferring the movies. I have put in a return request but from the other bad reviews all Toshiba does is give you a credit. Which will not do much good since I will not trust Toshiba drives again. I should have stuck to Seagate, none of their drives have failed me.

8 people found this helpful

Helpful | 6 comments | Report abuse

**Quality is Lacking in this Drive**

By GlenD on August 17, 2014

Capacity: 3 TB | **Verified Purchase**

I have a few external drives and this one is my largest (3TB). I purchased the drive in Jan 2013 and the drive although not used daily, this month, bad sectors and corruption began to appear. You know the drill - I copied

### Questions? Get fast answers from reviewers

What do you want to know about Toshiba 3TB Canvio Desktop External Hard Drive (Black)?

See all 136 answered questions | Ask

### Customers also viewed these items

Toshiba Canvio Basics 3TB Portable Hard Drive (HDTB330XK3CA)
by Toshiba
$48.12 - $183.07
4,004

Toshiba Canvio for Desktop 3TB External Hard Drive (HDWC330XK3J1)
by Toshiba
$106.99 prime
88

Toshiba Canvio for Desktop 4TB External Hard Drive (HDWC340XK3J1)
by Toshiba
$114.00 prime

Amazon.com: Customer reviews: Toshiba X300 4TB Performance Desktop and Gaming Hard Drive ...

Case 3:16-cv-00523-JCS    Document 178-5    Filed 06/11/18    Page 42 of 48



NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon prime    | All |    Deals for Father's Day

Deliver to Tenaya
Palo Alto 94301    Departments    Your Pickup Location    EN    Hello, Tenaya
Account & Lists    Orders    Prime    Cart  1

Toshiba X300 4TB Performance Desktop and Gaming Hard Drive 7200 RPM...    › Customer Reviews

## Customer Reviews

★★★★☆ 490

3.8 out of 5 stars ⌄

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 14% |
| 3 star | | 9% |
| 2 star | | 5% |
| 1 star | | 18% |

Write a review

**Toshiba X300 4TB Performance Deskt...**
by Toshiba

Capacity: 4 TB    Change
Price: $109.99 ✓prime

[ Add to Cart ]

[ Add to Wish List ]

### Top positive review
See all 335 positive reviews ›

85 people found this helpful

★★★★★ **So far so good**
By Caesium on November 8, 2015

I purchased 2 of the new X300 4TB drives and am very happy with them so far. They are much quieter than the older Toshiba PH models...and waaaay quieter than Seagate's. Performance wise, these are probably the fastest 4TB drives out there right now (That's including the new WD Blacks).

Mine both came sealed and very well packaged (I ordered mine directly from Amazon).

### Top critical review
See all 155 critical reviews ›

5 people found this helpful

★★★★★ **Excessively noisy read/writes from two drives; returned both**
By Boyd on September 26, 2017

It's possible I simply received two bad hard drives, but both had the same problem with excessively loud read/writes, far louder than normal for a hard drive -- and most certainly I was not going to trust my data with either of them. Certainly all spinners make some degree of noise, but even my roommate commented on how loud my computer sounded after installing them (and

Read more

BUY ANY 3 GET $12 OFF MOVIE TICKETS
CHEEZ·IT    CHEEZ·IT SNACK MIX
JURASSIC WORLD
amazonfresh  SHOP NOW »

Ad feedback

Search customer reviews    [ Search ]

SORT BY    FILTER BY

| Top rated ⌄ | All reviewers ⌄ | All stars ⌄ | All formats ⌄ | Text, image,... ⌄ |

★★★★★ **So far so good**
By Caesium on November 8, 2015
Capacity: 4 TB    Verified Purchase

I purchased 2 of the new X300 4TB drives and am very happy with them so far. They are much quieter than the older Toshiba PH models...and waaaay quieter than Seagate's. Performance wise, these are probably the fastest 4TB drives out there right now (That's including the new WD Blacks).

Mine both came sealed and very well packaged (I ordered mine directly from Amazon).

85 people found this helpful

[ Helpful ]    ♡ 3 comments    Report abuse

★★★★★ **Same price as a WD Blue with better performance. Haven't noticed any noise issues except for ...**
By TLee on February 10, 2016
Capacity: 4 TB    Verified Purchase

### Questions? Get fast answers from reviewers

What do you want to know about Toshiba X300 4TB Performance Desktop and Gaming Hard Drive 7200 RPM 128MB Cache SATA

See all 81 answered questions    [ Ask ]

### Customers also viewed these items

Seagate 4TB BarraCuda SATA 6Gb/s 256MB Cache 3.5-Inch Internal Hard Drive (ST4000DM004)
by Seagate
$96.89 ✓prime
★★★★☆ 2,231

Toshiba P300 3TB Desktop 3.5 Inch SATA 6Gb/s 7200rpm Internal Hard Drive
by Toshiba
$74.99 ✓prime
★★★★☆ 278

Toshiba N300 4TB NAS 3.5" Internal Hard Drive- SATA 6 Gb/s 7200 RPM 128MB (HDWQ140XZSTA)

Amazon.com: Customer reviews: WD 8TB My Book Desktop External Hard Drive - USB 3.0 - WDB...

Case 3:16-cv-00523-JCS    Document 178-5    Filed 06/11/18    Page 43 of 48



NEW & INTERESTING FINDS ON AMAZON    EXPLORE

amazon prime

All

Prime Video Stream movies & TV shows

Deliver to Tenaya
Palo Alto 94301

Departments

Your Pickup Location

EN

Hello, Tenaya
Account & Lists

Orders    Prime

1 Cart

WD 8TB My Book Desktop External Hard Drive - USB 3.0 -... › Customer Reviews

## Customer Reviews

★★★★☆ 1,107

4.0 out of 5 stars

| 5 star | | 59% |
| 4 star | | 15% |
| 3 star | | 6% |
| 2 star | | 4% |
| 1 star | | 16% |

Write a review

**WD 8TB My Book Desktop External H...**
by Western Digital

Capacity: 8TB    Style: Single Drive    Change
Price: $169.99    ✔prime

Add to Cart

Add to Wish List

---

### Top positive review
**See all 823 positive reviews ›**

100 people found this helpful

★★★★★ **Buy it - Not hot, no encryption, Single Drive model works well**
By David Nathanson on March 6, 2017

This review is about the SINGLE DRIVE 8TB version of the WD MyBook. Green & white cardboard box, black plastic drive case. No Encryption. Go ahead & buy it, it is ok. :-)

SPEED: The drive is faster than I expected. It took about 1 day to copy 5.14 TB to it via USB 3. Those were mostly music files 3MB to 60mb plus some

Read more

### Top critical review
**See all 284 critical reviews ›**

123 people found this helpful

★★☆☆☆ **... little over 3 months and the drive has gone bad. 10-15 days for replacement with all data lost ...**
By D Johnson on April 6, 2017

A little over 3 months and the drive has gone bad. 10-15 days for replacement with all data lost because Asurian insurance bought thru Amazon wants it go thru Western Digital since in the first year. Customer Service for both Western Digital and Asurian let this customer down. No more wasted $$ on insurance.

Gillette
ESSENTIALS DELIVERED TO YOUR DOOR
SHOP NOW
Ad feedback

---

Search customer reviews    Search

**SORT BY**    **FILTER BY**

Top rated    All reviewers    1 star only    All formats    Text, image,...

Showing 1-10 of 178 reviews (1 star).    See all 1,107 reviews

**The manufacturer commented on the review below**

★☆☆☆☆ **... little over 3 months and the drive has gone bad. 10-15 days for replacement with all data lost ...**
By D Johnson on April 6, 2017
Capacity: 6TB    Style: Single Drive    Verified Purchase

A little over 3 months and the drive has gone bad. 10-15 days for replacement with all data lost because Asurian insurance bought thru Amazon wants it go thru Western Digital since in the first year. Customer Service for both Western Digital and Asurian let this customer down. No more wasted $$ on insurance.

123 people found this helpful

Helpful    💬 4 comments    Report abuse

**The manufacturer commented on the review below**

★☆☆☆☆ **Broke after one week of use!!**
By Dallas Joe on June 29, 2017
Capacity: 3TB    Style: Single Drive    Verified Purchase

Piece of junk! I installed the drive and one week later, the disc became corrupt, preventing me from copying any new files onto the drive. I tried several different methods to fix the bad sectors, but was unsuccessful. I have since returned the product to Amazon and bought a (gulp) Seagate Expansion drive instead. I have not had luck with Seagate drives lasting longer than 3-4 years, but at least that's better than 1 week!!! Perhaps my

### Questions? Get fast answers from reviewers

What do you want to know about WD 8TB My Book Desktop External Hard Drive - USB 3.0 - WDBBGB0080HBK-NESN?

See all 521 answered questions    Ask

### Customers also viewed these items

**Seagate Expansion 8TB Desktop External Hard Drive USB 3.0 (STEB8000100)**
by Seagate
$159.99 ✔prime
★★★★☆ 7,054

**Western Digital 8TB EASYSTORE EXTERNAL HDD (WDBCKA0080HBK-NESN)**
by Western Digital
★★★★☆ 37

**Seagate Backup Plus Hub 8TB External Desktop Hard Drive Storage + 2mo Adobe CC...**
by Seagate
$159.99 ✔prime
★★★★☆ 1,388

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Tenaya Palo Alto 94301 | Departments | Your Pickup Location | EN | Hello, Tenaya Account & Lists | Orders | Prime | 1 Cart

HGST Deskstar NAS HDN726060ALE610 6 TB 3.5" Internal Hard Drive - SATA › Customer Reviews

## Customer Reviews

118
4.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 15% |
| 3 star | | 6% |
| 2 star | | 4% |
| 1 star | | 15% |

## HGST Deskstar NAS HDN726060ALE6...

by HGST

Price: $179.93 prime

Add to Cart

Add to Wish List

Write a review

### Top positive review

See all 89 positive reviews ›

39 people found this helpful

**Fast and noisy.**

By Daniel W. on December 27, 2015

I bought two of the 6tb drives for a small raid array based off of Backblaze reliability statistics. First the drives are very fast, much faster than the 4tb Seagate NAS hard drives and Western Digital 3tb Red drives that I have.
But... got the drives set up and running then that's when the sounds started.
A constant thump/seek/bump every 5 seconds, at first I thought one or both of the drives were bad

Read more

### Top critical review

See all 29 critical reviews ›

**Good drives long-term. Test carefully for DOAs, shipping damage.**

By dgatwood on September 10, 2016

Apart from one basically DOA drive, these drives appear to be rock solid. I bought five of these drives (not at Amazon—there was cheaper bulk pricing at the time from another vendor), largely based on Backblaze's hard drive stats showing them having some of the lowest failure rates of any hard drives on the market. (If you're shopping for drives, incidentally, I'd recommend checking their stats rather than reading these reviews, as

Read more

Ad feedback

Search customer reviews | Search

SORT BY | FILTER BY

Top rated | All reviewers | All stars | Text, image,...

**Fast and noisy.**

By Daniel W. on December 27, 2015

Verified Purchase

I bought two of the 6tb drives for a small raid array based off of Backblaze reliability statistics. First the drives are very fast, much faster than the 4tb Seagate NAS hard drives and Western Digital 3tb Red drives that I have.
But... got the drives set up and running then that's when the sounds started.
A constant thump/seek/bump every 5 seconds, at first I thought one or both of the drives were bad but googling the sound it seems that this behavior is normal. People report online that HGST uses background media scan or BMS with the 5 and 6 tb drives, from what I read online the drive is checking every single block for errors although I cannot find any information from HGST that this is indeed happening. That's great I guess but does it stop when it's finished? Does it continue over and over? With 12tb it will take forever to check and I'm getting frustrated by the sounds and they run really hot too. I'm beginning to think that I should have purchased WD Red drives. I will definitely be hanging onto the box and paperwork to see if these will last 3 years.

39 people found this helpful

### Questions? Get fast answers from reviewers

What do you want to know about HGST Deskstar NAS HDN726060ALE610 6 TB 3.5" Internal Hard Drive - SATA?

See all 35 answered questions | Ask

### Customers also viewed these items

HGST DeskStar NAS 3.5" 6TB 7200 RPM 128MB Cache SATA 6.0Gb/s High-Performance Hard Drive...
by HGST - BRANDED
$182.89 prime
23

HGST DeskStar NAS 3.5" 4TB 7200 RPM 128MB Cache SATA 6.0Gb/s High-Performance Hard Drive...
by HGST, a Western Digital Company
$132.58 prime
94



**EXHIBIT K**

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon prime All 5% Back WHOLE FOODS MARKET + prime

Deliver to Tenaya Palo Alto 94301 Departments Your Pickup Location EN Hello, Tenaya Account & Lists Orders Prime 1 Cart

# Customer Review

**Used it four times and it died. Lost the ...**

By santiago on March 18, 2016

Style: PC | Capacity: 5 TB | Verified Purchase

Used it four times and it died. Lost the data because the warranty does not cover data recovery ($600 extra). If I return the hard drive, Seagate would replace it but why would I trust a new drive with my data. I'm never buying another seagate product.

One person found this helpful

Helpful | Comment | Report abuse | Permalink

Posting publicly as: Amazon Customer | Insert product link | What's this?

Talk about why you like this review, or ask a question.

Guidelines | Post a comment

## Product Details

Seagate Backup Plus 5TB Desktop Exter
by Seagate

2,734
4.2 out of 5 stars

| | |
|---|---|
| 5 star | 62% |
| 4 star | 15% |
| 3 star | 6% |
| 2 star | 4% |
| 1 star | 13% |

$213.59 + $11.75 shipping

Add to Cart

Add to Wish List

## Your recently viewed items and featured recommendations

Customers also shopped for — Page 1 of 13

Compatible/replacement power supply adapter for 12V Seagate SRD00F2 External hard drive…
38
$10.99

Seagate Expansion 3TB Desktop External Hard Drive USB 3.0 (STEB3000100)
7,041
$86.93 prime

HQRP 12V AC Adapter for Seagate 3TB SRD00F2 External Hard Drive Adaptor Power…
10
$8.91

Seagate Backup Plus 3TB Desktop External Hard Drive USB 3.0 (STDT3000100)
2,734
7 offers from $169.98

Inspired by your purchases

Complete Certified Information Privacy…
› John Watts
51
Paperback
$55.96





NEW & INTERESTING FINDS ON AMAZON EXPLORE

# Customer Review

**Buyer Beware!!!!**
By R. H. Barnes on March 20, 2016
Capacity: 5TB | **Verified Purchase**

I have always heard good things about Seagate, then I bought this drive. It installed nicely and performed well enough for the first few weeks. Just long enough for me to move my small business accounting onto it along with a bunch of historical records. Then one day, my computer could no longer find the drive. I contacted customer support and they walked me through a few things before informing me that my drive was "clipped" and there was nothing that I could do but, maybe, their data recovery services could salvage my data. I contacted their data recovery services and they quoted me $700 ($49 Engagement Fee and $650 Recovery Fee).
This is worse than a waste of your money. It is a trap! Buyer beware!

One person found this helpful

Helpful | Comment | Report abuse | Permalink

Posting publicly as: Amazon Customer | Insert product link | What's this?

Talk about why you like this review, or ask a question.

Guidelines | Post a comment

## Product Details

Seagate Expansion 5TB Desktop Externa
by Seagate

7,041
4.1 out of 5 stars

| | |
|---|---|
| 5 star | 67% |
| 4 star | 11% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 14% |

$169.99 + $6.99 shipping

Add to Cart

Add to Wish List

## Your recently viewed items and featured recommendations

Customers also shopped for — Page 1 of 13

Compatible/replacement power supply adapter for 12V Seagate SRD00F2 External hard drive…
38
$10.99

Seagate Expansion 3TB Desktop External Hard Drive USB 3.0 (STEB3000100)
7,041
$86.93 prime

HQRP 12V AC Adapter for Seagate 3TB SRD00F2 External Hard Drive Adaptor Power…
10
$8.91

Seagate Backup Plus 3TB Desktop External Hard Drive USB 3.0 (STDT3000100)
2,734
7 offers from $169.98

Inspired by your purchases

Complete Certified Information Privacy…
› John Watts
51
Paperback

# EXHIBIT L
## [REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]