1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   JOY O. SIU, Cal. Bar No. 307610
5  DANIEL R. FONG, Cal. Bar No. 311985
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:    415.434.9100
7  Facsimile:    415.434.3947
   Email:        npopovic@sheppardmullin.com
8                amclean@sheppardmullin.com
                 rodewald@sheppardmullin.com
9                lpayne@sheppardmullin.com
                 jsiu@sheppardmullin.com
10               dfong@sheppardmullin.com

11               UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

| 14 | IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 3:16-cv-00523-JCS |
|---|---|---|
| 15 | | CERTIFICATE OF SERVICE |

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, the undersigned, declare:

2  That declarant is and was, at all times herein mentioned, a resident of the United States and
3  is employed in the City of San Francisco, California, over the age of 18 years, and not a party to or
4  interested in the within action; that declarant's business address is Four Embarcadero Center, 17th
5  Floor, San Francisco, CA 94111.

6  On June 11, 2018, declarant served via secure email transmission the following materials
7  submitted under seal in the above-captioned action to the parties enumerated in the attached
8  Service List:

9  1.   [UNREDACTED] Exhibits 1, H and L to the Declaration of Tenaya M. Rodewald
10       in Support of Seagate Technology LLC's Opposition to Plaintiff's Administrative
11       Motion for Leave to File Second Supplemental Brief In Support of Class
12       Certification.

13  I declare under penalty of perjury under the laws of the United States that the foregoing is
14  true and correct. Executed this 11th day of June, 2018 at San Francisco, California.

Joy O. Siu

**SERVICE LIST**

Steven W. Berman *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich *(pro hac vice)*
Noah Axler *(pro hac vice)*
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com