**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTE ORDER**</u>

| **Case No.:** 16-cv-00523-JCS | **Case Name:** in re Seagate Technology LLC Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** <br> **JOSEPH C. SPERO** | **Date**: June 15, 2018 | **Time:** 55 Minutes |

**Attorney for Plaintiff:** Shana Scarlett, Marc Goldich, Breanna Van Engelen
**Attorney for Defendant:** Anna S. McLean, Neil Popovic, Joy Siu, Tenaya Rodewald

**Deputy Clerk:** Theresa Hoang     **Court Reporter:** <u>FTR 9:35-10:30</u>

## PROCEEDINGS

1. Motion for Class Certification and Further Case Management Conference - Held

## SUMMARY

Matter taken under submission. Court to issue written Order.