Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the*
*Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE |

1  Pursuant to the Court's Order,[1] the parties submit the following:

2  WHEREAS the Court denied plaintiffs' first motion for class certification and gave leave for

3  plaintiffs to file a second motion seeking certification of a narrower class focused on common issues,

4  or of a class divided into subclasses;

5  WHEREAS the parties have met and conferred to determine a briefing schedule that allows

6  for sufficient time to assess and resolve any remaining discovery disputes in anticipation of this

7  second filing;

8  IT IS STIPULATED BETWEEN THE PARTIES:

9  1.    Plaintiffs will submit a renewed motion for class certification no later than October

10  15, 2018.

11  2.    Seagate will submit its opposition to the renewed motion for class certification no

12  later than November 16, 2018; and

13  3.    Plaintiffs will submit its reply to the renewed motion for class certification no later

14  than December 10, 2018.

15  DATED: July 26, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

16

17                                         By: _____s/ Shana E. Scarlett_____
                                               SHANA E. SCARLETT
18

19                                         715 Hearst Avenue, Suite 202
                                           Berkeley, California 94710
20                                         Telephone: (510) 725-3000
                                           Facsimile: (510) 725-3001
21                                         shanas@hbsslaw.com

22                                         Steve W. Berman
                                           1918 Eighth Avenue, Suite 3300
23                                         Seattle, Washington 98101
                                           Telephone: (206) 623-7292
24                                         Facsimile: (206) 623-0594
                                           steve@hbsslaw.com
25
                                           Marc A. Goldich (*pro hac vice*)
26                                         Noah Axler (*pro hac vice*)
                                           AXLER GOLDICH, LLC
27                                         1520 Locust Street, Suite 301
                                           Philadelphia, PA 19102
28
       [1] Order Denying Motion for Class Certification, July 5, 2018, ECF No. 182.

STIP. AND [PROPOSED] ORDER - Case No.: 3:16-
cv-00523-JCS
                                    -1-

Telephone: (267) 207-2920
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DATED: July 26, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___s/Anna S. Mclean_____
          ANNA S. McLEAN

Neil A.F. Popović (SBN 132403)
Tenaya Rodewald (SBN 248563)
Liên H. Payne (SBN 291569)
Joy O. Siu (SBN 307610)
Daniel R. Fong (SBN 311985)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
npopovic@sheppardmullin.com
amclean@sheppardmullin.com
rodewald@sheppardmullin.com
lpayne@sheppardmullin.com
jsiu@sheppardmullin.com
dfong@sheppardmullin.com

**E-FILING ATTESTATION**

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

___s/ Shana E. Scarlett_____
          SHANA E. SCARLETT

1

\* \* \*

2     **IT IS SO ORDERED.**

3

4     DATED: _____, 2018     _____

5                                        HONORABLE JOSEPH C. SPERO
                                         UNITED STATES CHIEF MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28