SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
LIÊN H. PAYNE, Cal. Bar No. 291569
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              rodewald@sheppardmullin.com
              lpayne@sheppardmullin.com
              jsiu@sheppardmullin.com
              dfong@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**[PROPOSED] ORDER GRANTING SEAGATE TECHNOLOGY LLC'S CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS OR PORTIONS THEREOF FILED IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |
|---|---|

# ORDER

The Court has reviewed Seagate Technology LLC's (Seagate) Consolidated Administrative Motion to Seal Certain Documents or Portions Thereof Filed in Connection with Plaintiffs' Motion for Class Certification and the supporting Declaration of Sek Nam "Allen" Ng (Ng Declaration). The Court, having considered the moving papers and all other matters presented, HEREBY ORDERS that the Motion is GRANTED as follows:

1. Seagate has established that the documents at issue contain sealable information. The Ng Declaration demonstrates that the documents Seagate proposes to seal contain information regarding its competitive strategy; product development methods and product strategy; the private or sensitive information of Seagate's customers, both individual and corporate; market testing of consumer behavior and trends; and proprietary product testing methods. Ng Decl. ¶¶ 4-41. This information is sealable under Civil Local Rule 79-5.

2. There are also compelling reasons to protect this information from public disclosure. Namely, Seagate faces a risk of competitive harm should the information be disclosed. *See, e.g.*, Ng Decl. ¶¶ 5, 6 8, 9, 11, 12, 19, 22, 24, 26, 28, 35, 38. For example, release of the information sought to be sealed could undermine Seagate's current business strategies and allow competitors to predict, anticipate, or copy same. It could also be used by competitors to undermine Seagate's relationship with its customers, which would result in financial hardship to Seagate. *Id.* Further, there are compelling reasons to prevent the disclosure of Seagate's customers' personal identifying information.

3. The Court further finds that Seagate has narrowly tailored its request to seal only those exhibits and portions of filings necessary to protect its proprietary and sensitive business information.

Thus, the documents identified below shall remain filed under seal:

| Document | Portion(s) to Be Sealed |
|---|---|
| Plaintiffs' Motion to Certify Class (Dkt. Nos. 133, 135, 136, 138-140, 146) | • Berman Declaration<br>  ○ Exhibits 22, 45, and 48 in their entirety<br>  ○ Exhibits 23, 24, and 26, as redacted<br>• Hospodor Declaration ¶ 40; ¶¶ 41-42 (first sentences of each paragraph only); n.17; ¶ 175; Figure 24; ¶¶ 183-84; ¶ 186 (second sentence), ¶ 188<br>• Memorandum of Points and Authorities at 2:5-6; 8:23-9:1 |
| Seagate's Opposition to Plaintiffs' Motion to Certify Class (Corrected Dkt. Nos. 154-156) | • Adams Declaration ¶ 42 (first sentence only); Figure 3; ¶ 95 (a)-(e); ¶¶ 105-106<br>• Dewey Declaration ¶ 36 (a)-(e)<br>• Netel Declaration ¶ 36<br>• Payne Declaration<br>  ○ Exhibits 1-6 and 15 in their entirety<br>  ○ Exhibits 7 and 9, as redacted |
| Plaintiffs' Reply in Support of Motion to Certify Class (Dkt. No. 158) | • Berman Declaration, Exhibit 57 in its entirety<br>• Hospodor Rebuttal Declaration ¶ 5 (third bullet only); ¶ 23 (third and last sentences); ¶ 34 (second sentence through remainder of paragraph)<br>• Memorandum of Points and Authorities at 5:11-21 |
| Plaintiffs' Supplemental Brief in Support of Class Certification (Dkt. No. 167) | • Berman Declaration, Exhibits 63, 65, 66, 67, 70, and 71 in their entirety<br>• Supplemental Brief, as redacted |
| Seagate's Opposition to Plaintiffs' Administrative Motion for Leave to File Supplemental Brief (Dkt. No. 170) | • Opposition to Supplemental Brief, as redacted |
| Plaintiffs' Second Supplemental Brief in Further Support of Motion for Class Certification (Dkt. No. 175) | • Scarlett Declaration<br>  ○ Exhibit 73 in its entirety<br>  ○ Exhibits 76, as redacted<br>• Supplemental Brief, as redacted |
| Seagate's Opposition to Plaintiffs' Administrative Motion for Leave to File Second Supplemental Brief (Dkt. No. 178) | • Rodewald Declaration, Exhibit 1 as redacted |

**IT IS SO ORDERED.**

DATED: _____, 2018

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE