# EXHIBIT B

## REDACTED VERSION OF DOCUMENT TO BE SEALED

# EXHIBIT 23

[FILED UNDER SEAL]

| | |
|---|---|
| **From:** | Tom Barrett <tom.barrett@seagate.com> |
| **Sent:** | Tuesday, June 23, 2015 9:15 AM |
| **To:** | Matthew C Brown <matthew.c.brown@seagate.com>; Alan W Clark <Alan.W.Clark@seagate.com> |
| **Cc:** | Allen Ng <allen.ng@seagate.com> |
| **Subject:** | Re: Fwd: CTS Americas Weekly Status FW51 2015 |

Alan,
Can we get Matt's Backup Plus drive for analysis?  Would like to understand what happened to this and if it is related to what we know about Grenada BP early vintage.

Thanks,
Tom

On Mon, Jun 22, 2015 at 2:56 PM, Matthew C Brown <matthew.c.brown@seagate.com> wrote:

>   Thanks Allen, I do not know how to get the s/n on the iMac.  I tried "about this mac etc.", but it won't list it.  Let me know how and I'll get you the info.
>
>   I'm going to need to call on the NAS unit.  The backup plus just failed hard, so I'll submit a RMA request on line.
>
>   Matt
>
>   On Mon, Jun 22, 2015 at 3:38 PM, Allen Ng <allen.ng@seagate.com> wrote:
>
>>   Matt,
>>   For your iMac, my team should be able to help.  Can you provide the SN of the iMac drive?  Let me know if you need help locating it.
>>
>>   For the Backup+ and NAS, Alan's team should be able to confirm.
>>
>>
>>   Allen Ng
>>   Director Customer Technical Support
>>   Seagate Technology
>>   Office #: (408) 658-1336
>>   Cell: (408) 564-2967
>>   email: allen.ng@seagate.com
>>
>>   On Fri, Jun 19, 2015 at 5:44 PM, Tom Barrett <tom.barrett@seagate.com> wrote:
>>
>>>   Matt,

FED_SEAG0002673

Hope you have the later vintage, we should be able to check.

Tom

Tom Barrett
Sent from cell phone.

On Jun 19, 2015 4:30 PM, "Matthew C Brown&q uot;
<matthew.c.brown@seagate.com> wrote:

> Guys,
>
> I must have hit the Jackpot with STX Products.
>
> Anyway I can find out if my HDDs are suspect?  I have the following:
>
>
> •    Apple iMac purchased late 2012 with a 3TB ST3000DM001
>      Drive
> •    3TB Seagate Backup+ Drive (already replaced once)
>      s/n:NA5R15SZ
> •    Seagate NAS 2-Bay 8TB s/n: NA6C2166
>
> Thanks,
> Matt
>
>
> ---------- Forwarded message ----------
> From: **Tom Barrett** <tom.barrett@seagate.com>
> Date: Fri, Jun 19, 2015 at 3:19 PM
> Subject: CTS Americas Weekly Status FW51 2015
> To: CTS Weekly Status Report <cts.weekly.status.report@seagate.com>

# Americas OEM:



CONFIDENTIAL



CONFIDENTIAL                                                                                                           FED_SEAG0002676



## Americas Cloud:



## Americas Channel:



CONFIDENTIAL



# Americas Multiple:

| Customer | Products | Executive Summary | JIRA_ID |
|---|---|---|---|
| Amazon | Multiple: Kahuna Lombard Pharaoh Grenada | **Amazon: One Star Reviews**<br>A fairly large number of reviews, 13.1% of DT reviews and 4.1% of NB reviews are getting 1 star in Amazon.com. | CTS-253 Sust |

# Americas Consumer Electronics:



## Seagate Confidential

Generated 2015-06-18 19:59:02

--



Tom Barrett, Sr. Engineering Director
CTS Customer Advocacy
Seagate Technology plc
O: 408-658-1185
M: 925-980-6286

--
Thx - Matt
--------------------------------------------------------------------------------------------------------
Matthew C. Brown | Vice President | Supply Chain Operations & Services
| (720) 684-1151 (Office) | (303) 709-8220 (Mobile)

--
Thx - Matt
-------------------------------------------------------------------------------------------------------------------------
Matthew C. Brown | Vice President | Supply Chain Operations & Services | (720) 684-
1151 (Office) | (303) 709-8220 (Mobile)


--



Tom Barrett, Sr. Engineering Director
CTS Customer Advocacy
Seagate Technology plc
O: 408-658-1185
M: 925-980-6286

FED_SEAG0002680