# EXHIBIT D

**REDACTED VERSION OF DOCUMENT
TO BE SEALED**

# EXHIBIT 26

[FILED UNDER SEAL]

Case 3:16-cv-00523-JCS   Document 184-26   Filed 07/06/18   Page 1 of 6

**Email 1:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - no contact information found in CSO records
**Email 2:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - no contact information found in CSO records

**Email 3:** Technologyworld@yahoo.com, 4 Salesforce Cases found:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Case 00610129** - Date 10/05/2009 - Chat interaction - closed after 2 minutes due to inactivity

**Case 02983286** - Date 11/26/2012 - Phone Support -
Customer purchased 5 drives that show 2 year warranty and he wanted to confirm.
**Support Comments:** We advised the model numbers ST3000DM003 & ST3000DM001 provided show a 3 year warranty. Requested that he call back with serial numbers to verify the warranty period.

**Case 02983152** - Date 11/26/2012 - Chat Case - Request: What is the warranty of Newegg Item#: N82E16822148844 - No reply by support documented for this chat

**Case 03023686** - Date 12/07/2012 - Phone Case - Customer reports that he just received two new drives and wants to know if we have a utility to check the drive before installing.
**Support Comments:** Customer is setting drives up in a RAID 0. I emailed the link for the Seatools for DOS software and recommended running the short and long test. I informed him that he would need to scan the drives outside of the RAID Array. He wanted to know if the software could boot from a USB flash drive. I informed him that he could make a bootable flash drive, but he would need a third party program to do this. He also requested steps to format the drive. I provide instructions on initializing and formatting in Disk Management. He wanted to know whether to run Seatools first or format the drive.
I informed him that he could run Seatools without formatting the drive, and then format, if he chooses. He stated that he would do this.

**Email 4:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - 19 Records Found:
**Case 00610118** - Date 10/05/2009 - Customer wanted to know about DiskWizard.
Support provided Diskwizard software information confirming it would backup everything on his drives, informed customer about Replica software as well

**Case 03044580 - Date 12/14/2012 Time 5:55 PM**
NAS RAID 5 Comparability
**Issue:** Customer complained that there are multiple part numbers for our products and he is sending photos of the drives as he wants all drives to be identical for his RAID 5 environment. Customer is threatening to post on forums and spread rumors about his support treatment.
**Steps Taken:** Support advised him to contact Newegg to help resolve his issue.
In email he provided photos along with this message: see 2 differences in center of drive circle area- gold versus silver and plastic cover over 3 metal prongs leading to the silver/gold area

**Case 03044580 - Date 12/14/2012 Time 6:41 PM**
Customer has issue with the different revision numbers on the same part numbers. He wants to use as RAID 5 with consumer level drives
**Issue:** What is the current "rev level" of these drives? How can he determine the Rev. Level - which ones of these drives are mismatched? They might be "gray market" drives.
**Steps Taken:** Assured client the drives appear in our database they are not gray market drives. Requested a photo this is in focus with some description of the "rev level" he is referring to, which he refused, since the drives are not in front of him and he should not have to do anything further since he did not manufacture these drives. We did.
Customer wants a picture of what his drives should look like (rear, PCB). Refuses to speak with vendor (New Egg).
Advised client I will check my resources to see if we can come up with a photograph as he described for him to compare to what he has. Assured client he will be contacted no later than Mon., 12-17-12 with information we can supply or further advice. Did not state a photo will be sent, but whether we can furnish him such photo. Verified Z1F1JSEQ.

**Email to customer:**
Dear ▓▓▓▓▓▓▓▓▓, Thank you for contacting Seagate Support again. I sent you a reply earlier today, which it appears you did not receive. It may be have landed in your spam folder.
Unfortunately, consultation with our engineers reveals we do not have this particular model in stock to supply a photograph of the PCB. However, I provided them the complete details about your request and can furnish you the information below, which will exhaust our technical support response relating to your question about these particular drives. The definitive information from the engineers is as follows:

If your drives are all the same model numbers (ST3000DM001) and product numbers (1CH166-301), regardless of any cosmetic differences, they are all the same drives, which we have a good supply of for replacements to failed drives. Your reference to "revision level" correlates to firmware, which is listed as CC24 on the drive serial number you provided. Any other hardware information relating to the physical appearance of the drives is proprietary Seagate information, and is unrelated to functionality. It is not impossible the "rev level" you mentioned previously is actually related to the PCB composite materials, which again would only be cosmetic and unrelated to functionality.
I do understand you concern about "gray market" drives, which can be specifically addressed by the way we track the drive serial numbers (externally on a label and recorded internally as well). I recommend using our Seatools for DOS software, which will allow you to check that the serial number recorded internally matches the serial number on the drive label. You can download our SeaTools software from this web link:
http://www.seagate.com/support/downloads/seatools/
Please select "DOWNLOADS" to the right, and then click on the DOWNLOAD button to the right of "SeaTools for DOS" section. There is supporting information there about how to use the software.
SeaTools will also provide the current firmware version, which is going to be instrumental for your plans to use the drives in a RAID configuration. Please note, again, you need to be cautious of using desktop drives in a RAID 5. The consumer level drives you have are not meant for any type of raid configuration beyond a Desktop RAID 0 or 1. If you do use "desktop class drives" in a RAID 5 configuration, you can expect to deal with RAID failures.
For additional assistance, feel free to contact us at: www.seagate.com/about/contact-us/technical-support/    - Regards,  Jon  Seagate Support

**Case 03044580 - Date 12/17/2012 Time 6:34 PM**
Support reiterated the information sought is proprietary, and if he wants drives that match physically, make the request to the vendor.
**Customer email:**
Your information about RAID is contradictory. Seagate lists this drive as good for NAS, not once but twice in its description.  NAS is primarily RAID 5.
Nowhere does it state on the description it is not for use in RAID 5. Can you update the sales information, because this is false advertising... look forward to info about the physical board of the latest version of this drive in photos as previously promised? Thanks, Marc
**Email reply to customer:**
Dear ▮▮▮▮▮▮▮▮: Thank you for contacting Seagate Support again. Please note as previously stated you were offered that a photograph would be supplied if we had this drive available, which we do not. The remainder of the information you are seeking is proprietary, and is unavailable.
Your drives are the same model and any aesthetic differences do not affect functionality. Thank you for choosing the Seagate brand and for your understanding about the information we can make available to you. If you want the drives to match physically, it is recommended you make that request to the point of purchase.  For additional assistance, feel free to contact us at: www.seagate.com/about/contact-us/technical-support/   - Regards,  Jon  Seagate Support

**Case 03044580 - Date 12/18/2012 Time 5:58 PM**
**Customer email:**
http://reviews.cnet.com/best-network-attached-storage/
"The DiskStation DS1511+ ships with no storage included and we tested our reviewed units with both 1TB and 3TB SATA hard drives. These drives can be set up in many RAID configurations, including the most desirable RAID 5 configuration, which requires at least three hard drives. RAID 5 gives a balanced combination of the most storage space and the best performance while still safeguarding the data from single-disk failure. " Hence, in Cnet's article just a week ago, they state the MOST desirable NAS setup is using RAID 5. This is common knowledge and the main RAID setup for using NAS.
So, I assume when Seagate states they support NAS applications, they should be compatible with the most used configuration for the best NAS device on the market under $1000, as Cnet says above.
If this is not the case, you need to revise your web page or put an asterix explaining the incompatibility with RAID 5...Correct?
**Email reply to customer:**
Notes: Provided best fit recommendations for client drives
Dear ▮▮▮▮▮▮▮▮: Thank you for contacting Seagate Support and for providing more details about how you plan to use your 7200.14 drives. From the information you've shared, it appears to be a software RAID application as opposed to a hardware RAID. A clarifying question should have been asked by Seagate support previously as opposed to assuming you have been referring to a hardware RAID, for which enterprise-level drives are recommended. Please accept my apology for any oversight in this regard. In a software RAID environment as you describe, the 7200.14 drives you purchased should be a good fit. Seagate attempts to make recommendations along the lines of "best fit", and we would appreciate you considering one of our NAS products for which your drives would be a good fit:
http://www.seagate.com/external-hard-drives/network-storage/business/blackarmor-nas-440/
Best-Fit Applications for your drives are:
• Desktop or all-in-one PCs

• Home servers
• PC-based gaming systems
• Desktop RAID
• Direct-attached external storage devices (DAS)
• Network-attached storage devices (NAS)
Thank you again for choosing the Seagate brand, and giving us the opportunity to provide this information. For additional assistance, feel free to contact us at: www.seagate.com/about/contact-us/technical-support/  - Regards, Jon  Seagate Support

**Case 03064577- Date 12/24/2012**
**Issue:** need return replacement setup for 4 drives just over 1 month old
**Steps Taken:** Customer called in stating that he has multiple drive failures for 4 drives. They won't pass Seatools. He a RMA for each drive that he needs to replace. He want so consolidate the returns into one single order.

**Case 03110290 - Date 1/11/2013 -**
**Issue:** need return replacement setup for 4 drives just over 1 month old
**Steps Taken:** Customer said he has multiple drive failures for 4 drives. They won't pass Seatools. He has an RMA for each drive that he needs to replace. He want so consolidate the returns into one single order.
Z1F18989 1006261490 shipped     Z1F1Q13Q 1006265381     Z1F1RVJC 1006265396
Z1F189HJ 1006265350    Z1F18989 1006261490    W1F1TFR8 1006317164
It seems that he has two failed replacements which he has created RMAs for online but I cannot tell which ones. We also have the issue of the drives failing SeaTools.  All the drives have been shipped so they cannot be consolidated. I send him an email informing him of this and I explained to the customer that he'll have to call in if he comes across any other failures regarding these current RMAs. .
**Here is the email:**
Dear ▇▇▇▇▇▇▇▇: Thank you for contacting Seagate Support.
Regarding the following RMAs:    1006317164    1006265396    1006265381    1006265350    1006261490
All of the drives have been shipped so it cannot be consolidated. Please call in if he come across any other failures regarding these RMAs. For future refferance, we can process multiple drives RMAs for you. For additional assistance, feel free to contact us at: www.seagate.com/about/contact-us/technical-support/    Regards, Zenas Seagate Support

**Case 03132112 - Date 1/18/2013 -**
**Issue:** Reply by customer to email, Seagate Advance Replacement Order Reminder: Please return the following non-conforming product for Order #1006265350
**Here is the email:**
Current Track & Confirm e-mail information provided by the U.S. Postal Service. Label Number: 9405 9036 9930 0079 8397 99
Shipment Activity Location Date & Time --- Electronic Shipping  01/18/13  Info Received --- USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.
**Steps Taken:** Support provided the following email reply:
Hello ▇▇▇▇▇▇▇▇: Thank you for contacting Seagate. Thanks for letting us know that the drive for RMA 1006265350 has been returned and for providing the tracking number. As soon as the drive has been received in our system, we'll automatically send you a receipt acknowledgement. If you have any questions, please let me know. Thank you, Brian

**Case 03132115 - Date 1/18/2013 - Duplicate Case, see Case 03132112**

**Case 03142700 - Date 1/23/2013 -**
**Issue:** Customer received recertified drives as replacements.
**Steps Taken:** RMA/Sales order number:
1006368548. Agent found the customer a NB drive to send and advised the customer that she changed his drive to show a NB a slightly different drive than what he has with the same model number.  I verified the customer's information:YES

**Case 03142745 - Date 1/23/2013 - Duplicate Case, see Case 03132112**

**Case 03142768 - Date 1/23/2013 -**
**Issue:** Customer email requesting to receive shipment, 9405 9036 9930 0079 8397 99 USPS Tracking number, sent last week
**Steps Taken:** Support sent following email:
Hello ▇▇▇▇▇▇▇▇:  Thank you for contacting Seagate. Thanks for letting us know that the drive for RMA 1006265396 has been returned and for providing the USPS tracking number. It sometimes takes a few business days after delivery for drives to be received in our system but once the drive has been received in our system, we'll automatically send you a receipt acknowledgement. If you have any questions, please let me know. Thank you, Brian Seagate Customer Service

Operations

**Case 03581166 - Date 08/09/2013 -**
**Issue:** customer experienced drive failure of his RAID 5 configuration, he needs the data and requested to take unit to a 3rd party. "File table not recoverable"...he took the drive to a 3rd party tech, they determined the drive faulty.
**Steps Taken:** Support Agent offered to transfer to SRS, but he wants to take to 3rd party. **Approved for 3rd party data recovery** Customer wants all 5 of the drives in his RAID replaced with something else because he has had several problems with using this model in his RAID. Explained we do not have a program that offers that option. Advised he spoke with technical support. He wants a replacement. Explained I can set up an order, but he would receive a replacement of the same model. He wants to speak to TS. Transferred.

**Case 03581213 - Date 08/09/2013 -**
**Issue:** Questions about RAID 5 failure, what drives to use with RAID 5.
**Steps Taken:** Customer is trying to use 5 drives in a RAID. He has had multiple drive failures. I empathized with him. He wants to run the RAID with 5 of these drives. He asked about the capacity, performance, compatibility and expectations on each of these drives. I advised him to always back up his data. I cautioned him that these drives were not built to support the 14 to 16TB's of data that he was attempting to use them with. He asked about drives making inconsistent noises. I asked him to run the long test on Seatools as well as the acoustic test. I included a data sheet on the drives that he has so that he could see a bit more of the capacity of his drives as well as what to expect from them. I also sent him a link to the DIY software that he said he needed. I also sent a link with information on a drive intended for high capacity RAID storage.He seemed pleased with the Seatools test capabilities. He was very cautious about using these drives and I told him that in the capacity he wanted to run them that he should be cautious and even with a RAID to always backup his data as well.  End Call. Sent Email.

**Case 03829188 - Date 12/13/2013 -**
**Issue:** what is the expected performance of his barracuda drives
**Steps Taken:** Customer called because he wants to know the expected performance of his barracuda because there is a big discrepancy between his drives which are in a RAID. He uses the drive individually. He has a couple of defective drives that he will return shortly and he wants to make sure his drives are all performing as expected. Some may be performing at 15%-/+, so that he can migrate data. He says that his drives have different firmware, but things seems to vary based on where they were manufactured ST3000DM001 > desktop raid 0 or 1. He is running Seatools for DOS on his drive (no noise, no acoustics). 3 drives passed the Short test, he is in the process of running the Long test. He says that it is becoming expensive because he has had 3 or 4 drives that failed. He says that he had to recover the data of his drive, which was expensive.
HP work station, customer says that he performs a Zion (Zeyon??) RAID 0 or 1 by set of 2 drives. it depends on how he wants to use his drive in a combination RAID. He has not able to use the drives as individually, because his drives keep on failing (not always the same issue). He says the drives are not even looking the same. He is disappointed in our products. He says that he was told to run Seatools with acoustic tests, short, long tests. The long will be repeated several times. Is there any true put test? What is the expected performance? He requests that I recommend a testing tool that will test his drive for good performance. Per conference with Bryce (TS Team lead), I will recommend that customer tries to use HD tune, a third party software. I offered the send him the link to check the firmware update. Customer will test the drives
***Customer says that he is running out of time he has to go get his child***

**Email to Customer:**
Dear ▮▮▮▮▮▮▮  Thank you for contacting Seagate Support.  I am sorry about the issues you have been having with your Barracuda drives.
I understand that you would like to make sure that your drives provided you with the best expected performance. As discussed, I would recommend that you make sure that the firmware on each drive is up to date. Please click on the link below and verify if there is a firmware update available for your drives:
https://apps1.seagate.com/downloads/request.html
As you were previously advised, we recommend that you test your drives with our Seatools for DOS. You may also try any third party software such as HD Tune perform benchmarking test on your drive. Keep in mind that we cannot endorse any third party product, but you may give it a try.
For your convenience, I have attached the product manual of our Barracuda drives model # ST3000DM001:
http://www.seagate.com/staticfiles/support/docs/manual/desktop/Barracuda%207200.14/100686584.pdf
For additional assistance, feel free to contact us at: www.seagate.com/about/contact-us/technical-support/
Regards, Elsa  Seagate Support