# EXHIBIT GG

**REDACTED VERSION OF DOCUMENT TO BE SEALED**

# EXHIBIT 76
## PROVISIONNALY SUBMITTED UNDER SEAL

| | |
|---|---|
| **From:** | Alan W Clark <alan.w.clark@seagate.com> |
| **Sent:** | Friday, October 2, 2015 3:26 PM |
| **To:** | Angeline Liu <angeline.liu@seagate.com> |
| **Cc:** | Beatrice M Reilley <beatrice.m.reilley@seagate.com> |
| **Subject:** | Re: CTS Americas Weekly Status FW12 FY 2016 |

Angeline

Let's combine the trend charts. Also , in overall terms what are these products star ratings running at currently vs WD.

Thx

Sent from my iPhone

On Oct 2, 2015, at 11:48 AM, Angeline Liu <angeline.liu@seagate.com> wrote:

Here is the trend chart.



CONFIDENTIAL
FED_SEAG0094643

On Fri, Oct 2, 2015 at 11:29 AM, Alan W Clark <alan.w.clark@seagate.com> wrote:
I think we need to add a trending chart for both Amazon and New Egg, also are we still seeing Backblaze references ?
Ac

Sent from my iPad

On Oct 2, 2015, at 11:22 AM, Angeline Liu <angeline.liu@seagate.com> wrote:

> When you look at 1 Star Pareto analysis, you can see that drive failure (multiple drive failure & single drive failure) is the main issue. Multiple drive failure means the replacement drive still failed. Single drive failure means the first drive failed.
>
> On Fri, Oct 2, 2015 at 11:13 AM, Angeline Liu <angeline.liu@seagate.com> wrote:
>> Hi Alan
>>
>> 1 Star Project Summary
>>
>> Problem Statement: STX Amazon 1 star reviews on bare drives have been consistently higher than WD's. Although the percentage have been trending down over last 4 qtrs, still staying ~2-3% above WD's rate with some large outliers (Ex 3TB drives)
>>
>> <image.png>
>>
>> Amazon FA Analysis Summary
>>
>> <image.png>
>>
>> We then looked at the star rating of NewEgg in June



Here is the Pareto of 1 Star reviews.

We also captured some NewEgg drives through different channel. Here is the FA analysis results.

<image.png>

Please let me know if you have any question or if you need any other information.

Sincerely,

Angeline Liu

On Fri, Oct 2, 2015 at 9:03 AM, Beatrice M Reilley <beatrice.m.reilley@seagate.com> wrote:
> ok
>
>> On Thu, Oct 1, 2015 at 6:29 PM, Alan W Clark <alan.w.clark@seagate.com> wrote:
>> Need to define process and the data analytics pretty clearly for Matt
>>
>> Thx
>>
>> Sent from my iPad

Begin forwarded message:

**From:** Matt Rutledge <matt.rutledge@seagate.com>
**Date:** October 1, 2015 at 6:13:44 PM PDT
**To:** Alan W Clark <alan.w.clark@seagate.com>
**Cc:** Tom Barrett <tom.barrett@seagate.com>, Sai S Varanasi <sai.s.varanasi@seagate.com>, Ronald Lane <Ronald.E.Lane@seagate.com>, Beatrice M Reilley <beatrice.m.reilley@seagate.com>
**Subject: Re: CTS Americas Weekly Status FW12 FY 2016**

Thats great!  Thanks for your support look forward to seeing the process!

Sent from my iPhone

On Oct 1, 2015, at 8:10 PM, Alan W Clark <alan.w.clark@seagate.com> wrote:

> Matt,
>
> I'm on vacation this week, we do Pareto the reasons, working on the end of qtr update as we speak to present to you early next week. We also track New Egg.
>
> Best Regards
> Ac
>
> We do
>
> Sent from my iPad
>
> On Oct 1, 2015, at 5:57 PM, Matt Rutledge <matt.rutledge@seagate.com> wrote:
>
>> Did we Pareto the 1 star comments?  Was it all due to failure or were there other soft factors?
>>
>> Are we also following new egg?
>>
>> Sent from my iPhone
>>
>> On Sep 30, 2015, at 8:14 PM, Tom Barrett <tom.barrett@seagate.com> wrote:
>>
>>> Sai,
>>> Alan Clark's team is leading this effort and I have attached a summary chart from Alan (he is out this week). 
>>>
>>> <image.png>
>>>
>>> I am sure Alan can give additional updates.  From my CTS side, we have been involved from the standpoint of doing the drive log analysis and will continue to do so as needed.  Hope this helps claify.
>>>
>>> Regards,
>>> Tom
>>>
>>> On Tue, Sep 29, 2015 at 7:27 PM, Sai S Varanasi <sai.s.varanasi@seagate.com> wrote:
>>>> Matt,
>>>> Copying Ron and Tom for the latest
>>>> This is a relatively new activity.  Ron's team took the action to analyse the ratings, get drives to FA and publish the summary for next steps.
>>>>
>>>> Thanks

Sai
Singapore cell# (65) 86984220


On Tue, Sep 29, 2015 at 11:52 PM, Matt Rutledge <matt.rutledge@seagate.com> wrote:

> See last line item on Amazon, who tracks the reviews and what is our action plan?
>
> Thx.
>
> **From:** Tom Barrett [mailto:tom.barrett@seagate.com]
> **Sent:** Friday, September 25, 2015 2:28 PM
> **To:** Tom Barrett; CTS Weekly Status Report
> **Subject:** CTS Americas Weekly Status FW12 FY 2016
>
> **Key Item Summary:**
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> **Americas Core OEM:**
>
> [redacted]



CONFIDENTIAL
FED_SEAG0094648



CONFIDENTIAL  FED_SEAG0094649





Americas Cloud:

CONFIDENTIAL                                                              FED_SEAG0094651



Americas Channel:

AM-NA-W

Americas Multiple:



--
Thank you very much.
Sincerely,
Angeline Liu
CTS-CS Analyst

--
Thank you very much.
Sincerely,
Angeline Liu
CTS-CS Analyst

--
Thank you very much.
Sincerely,

CONFIDENTIAL                                                                 FED_SEAG0094653

Angeline Liu
*CTS-CS Analyst*

CONFIDENTIAL

FED_SEAG0094654

# FED_SEAG0094643
## Metadata

| | | |
|---|---|---|
| **Attach Counts** | 0 | ORIGINAL |
| **CC** | Beatrice M Reilley <beatrice.m.reilley@seagate.com> | ORIGINAL |
| **Confidentiality** | Confidential | USER |
| **Custodian** | Clark_Alan | ORIGINAL |
| **Custodian Other** | Clark_Alan;Reilley_Beatrice | ORIGINAL |
| **DATERECEIVED** | 10/2/2015 | ORIGINAL |
| **DATESENT** | 10/2/2015 | ORIGINAL |
| **DOCEXT** | mht | ORIGINAL |
| **DOCTYPE** | Internet Message (MIME) | ORIGINAL |
| **FED_BEGATTACH** | FED_SEAG0094643 | ORIGINAL |
| **FED_ENDATTACH** | FED_SEAG0094654 | ORIGINAL |
| **FileName** | Re  CTS Americas Weekly Status FW12 FY 2016.eml | ORIGINAL |
| **FILESIZE** | 230021 | ORIGINAL |
| **FROM** | Alan W Clark <alan.w.clark@seagate.com> | ORIGINAL |
| **MD5 Hash** | 9999C96FE8533F70BD558EF99231F772 | ORIGINAL |
| **Message_ID** | <9016038983695540533@unknownmsgid> | ORIGINAL |
| **OrgFolder** | Clark_Alan\Alan_Clark-1\Alan_Clark_alan.w.clark@seagate.com_0.mbox\Clark_Alan\Alan_Clark-1\ | ORIGINAL |
| **RecordType** | E-MAIL | ORIGINAL |
| **Relativity Image Count** | 12 | ORIGINAL |
| **Relativity Native Time Zone Offset** | -8.00 | ORIGINAL |
| **TIMERECEIVED** | 3:25 PM | ORIGINAL |
| **TIMESENT** | 3:25 PM | ORIGINAL |
| **TO** | Angeline Liu <angeline.liu@seagate.com> | ORIGINAL |