1  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  shanas@hbsslaw.com

9  Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
10 AXLER GOLDICH, LLC
   1520 Locust Street, Suite 301
11 Philadelphia, PA 19102
   Telephone: (267) 534-7400
12 mgoldich@axgolaw.com
   naxler@axgolaw.com
13
   *Attorneys for Plaintiffs and the*
14 *Proposed Class*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 | IN RE SEAGATE TECHNOLOGY LLC | No. 3:16-cv-00523-JCS
19 | LITIGATION                   |
                                  | STIPULATION AND [~~PROPOSED~~]
20 |                              | ORDER REGARDING CLASS
                                  | CERTIFICATION BRIEFING
21 |                              | SCHEDULE
22 |                              |

23

24

25

26

27

28

Pursuant to the Court's Order,[1] the parties submit the following:

WHEREAS the Court denied plaintiffs' first motion for class certification and gave leave for plaintiffs to file a second motion seeking certification of a narrower class focused on common issues, or of a class divided into subclasses;

WHEREAS the parties have met and conferred to determine a briefing schedule that allows for sufficient time to assess and resolve any remaining discovery disputes in anticipation of this second filing;

IT IS STIPULATED BETWEEN THE PARTIES:

1. Plaintiffs will submit a renewed motion for class certification no later than October 15, 2018.

2. Seagate will submit its opposition to the renewed motion for class certification no later than November 16, 2018; and

3. Plaintiffs will submit its reply to the renewed motion for class certification no later than December 10, 2018.

DATED: July 26, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP


By: ____s/ Shana E. Scarlett_____
       SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102

---

[1] Order Denying Motion for Class Certification, July 5, 2018, ECF No. 182.

STIP. AND [PROPOSED] ORDER - Case No.: 3:16-cv-00523-JCS

-1-

|   |   |
|---|---|
|   | Telephone: (267) 207-2920<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com |
|   | *Attorneys for Plaintiffs and the Proposed Class* |
| DATED: July 26, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | By:  s/Anna S. Mclean<br>       ANNA S. McLEAN |
|   | Neil A.F. Popović (SBN 132403)<br>Tenaya Rodewald (SBN 248563)<br>Liên H. Payne (SBN 291569)<br>Joy O. Siu (SBN 307610)<br>Daniel R. Fong (SBN 311985)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>npopovic@sheppardmullin.com<br>amclean@sheppardmullin.com<br>rodewald@sheppardmullin.com<br>lpayne@sheppardmullin.com<br>jsiu@sheppardmullin.com<br>dfong@sheppardmullin.com |

### E-FILING ATTESTATION

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                s/ Shana E. Scarlett
                                              SHANA E. SCARLETT

STIP. AND [PROPOSED] ORDER - Case No.: 3:16-cv-00523-JCS

```
                                    * * *

    IT IS SO ORDERED.

DATED:  August 7      , 2018
                                    _____
                                    HONORABLE JOSEPH C. SPERO
                                    UNITED STATES CHIEF MAGISTRATE JUDGE
```