1  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 2nd Avenue, Suite 2000
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  shanas@hbsslaw.com

9  *Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>NOTICE OF CHANGE OF FIRM ADDRESS |
|---|---|

010581-11 1039003V1

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE COURT, ALL PARITES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective September 17, 2018, the address of the Seattle, Washington office of Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-entitled action will be as follows:

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**1301 2nd Avenue, Suite 2000**
**Seattle, WA 98101**
**Telephone: (206) 623-7292**
**Facsimile: (206) 623-0594**

The telephone and facsimile numbers remain the same. Individual attorney e-mail addresses and direct-dial telephone numbers are also unchanged.

DATED: October 3, 2018                HAGENS BERMAN SOBOL SHAPIRO LLP

By:    s/ Shana E. Scarlett
       SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*