1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | [PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

010581-11 1072296 V1

1   This matter comes before the Court on plaintiffs' administrative motion to seal the following
2   documents:
3       1.  Portions of Plaintiffs' Renewed Motion for Class Certification (Motion);
4       2.  Exhibits 2-3, 7-11, 13-14, 19-46, 48, 50-56, 61-62 and 64-66 to the Declaration of Shana
5           E. Scarlett in Support of Plaintiffs' Renewed Motion for Class Certification (Scarlett
6           Declaration); and
7       3.  Corrected Declaration of Stefan Boedeker in Support of Plaintiffs' Motion for Class
8           Certification (Boedeker Declaration), dated November 20, 2017.
9   Upon consideration of the administrative motion to seal, the papers submitted in support and
10  in response thereto, and good cause appearing, the motion is DENIED.
11  Defendants have failed to carry their burden of establishing that the designated information is
12  sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the
13  public record. Accordingly, plaintiffs shall publicly file the Motion, Boedeker Report, and Exhibits
14  2-3, 7-11, 13-14, 18-46, 48, 50-56, 61-62 and 64-66 to the Scarlett Declaration.
15      IT IS SO ORDERED.

17  DATED: _____         _____
18                                            HON. JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE