1

2

3

4

5

6

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15  IN RE SEAGATE TECHNOLOGY LLC              No. 3:16-cv-00523-JCS
    LITIGATION

16                                            [PROPOSED] ORDER GRANTING
                                              ADMINISTRATIVE MOTION FOR AN
17                                            EXTENSION OF PAGE LIMITS

18

19

20

21

22

23

24

25

26

27

28

1        This matter comes before the Court on plaintiffs' administrative motion for an extension of

2    page limits on their Renewed Motion for Class Certification ("Motion").

3        Upon consideration of the administrative motion, the papers submitted in support and in

4    response thereto, and good cause appearing, the motion is GRANTED.

5        Plaintiffs are allowed three additional pages for the Motion for a total of twenty-eight pages.

6        IT IS SO ORDERED.

7

8    DATED: _____

9                                                             _____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28