Steve W. Berman (*pro hac vice*)
Breana Van Egdelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the*
*the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION<br><br>DATE: January 18, 2018<br>TIME: 9:30 a.m.<br>DEPT: Hon. Joseph C. Spero<br>         Courtroom G, 15th Floor |

010581-11 1071459V1

1    I, SHANA E. SCARLETT, declare as follows:

2    1.   I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Plaintiffs sought a stipulation from defendants, which Seagate declined. Plaintiffs originally sought and extension of ten pages to the twenty-five page limit. Seagate indicated the extension of pages would only be granted in exchange for an extension in their time to oppose the motion by more than a month.

3.   Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Document Bates-numbered FED_SEAG0027180-81, produced in the above-captioned litigation by Defendant Seagate in this action;

Exhibit 2:   Document Bates-numbered FED_SEAG0015567-68, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 3:   Document Bates-numbered FED_SEAG0019045-9094, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 4:   Captured image of Seagate ST3000DM001 product specifications as it appeared on November 29, 2011, *available at* https://web.archive.org/web/20111129033926/http://www.seagate.com:80/www/en-us/products/desktops/barracuda_hard_drives#TabContentSpecifications;

Exhibit 5:   Captured image of Seagate Barracuda product specifications as it appeared on April 28, 2012, *available at* https://web.archive.org/web/20120428124406/http://www.seagate.com:80/internal-hard-drives/desktop-hard-drives;

Exhibit 6:   Captured image of Seagate Desktop HDD product specifications as it appeared on January 24, 2014, *available at* https://web.archive.org/web/20140124073650/http://www.seagate.com/internal-hard-drives/desktop-hard-drives/;

Exhibit 7:   Document Bates-numbered FED_SEAG0004438-475, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action;

Exhibit 8:   Excerpts from the 30(b)(6) Deposition of Seagate Technology, LLC (given by Glen Almgren), taken in the above-captioned litigation on July 26, 2017;

Exhibit 9:   Seagate Technology, LLC's Third Amended Response to Plaintiffs' First Set of Interrogatories, Nos. 9 and 10, served on February 8, 2018 and designated

|   |   |   |
|---|---|---|
| | | "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 10: | Excerpts from the 30(b)(6) Deposition of Seagate Technology, LLC (given by Patrick Dewey), taken in the above-captioned litigation on September 7, 2017; |
| | Exhibit 11: | Defendant Seagate Technology LLC's Responses to Plaintiff Christopher Nelson's Second Set of Interrogatories, served on October 5, 2018 and designated as "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 12: | Excerpts from the Videotaped Deposition of Dennis Crawford, taken in the above-captioned litigation on June 15, 2017; |
| | Exhibit 13: | Document Bates-numbered FED_SEAG0076615-76701, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 14: | Excerpt from document Bates-numbered FED_SEAG0093489, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 15: | Seagate Barracuda data sheet, dated November 2011; |
| | Exhibit 16: | Seagate Storage Solutions guide, dated July 2012, *available at* https://www.seagate.com/files/www-content/product-content/_cross-product/en-us/docs/storage-solutions-guide-sg1351-11-1210us.pdf; |
| | Exhibit 17: | Document Bates-numbered FED_SEAG0031474-1513, produced in the above-captioned litigation by Defendant Seagate in this action; |
| | Exhibit 18: | Seagate Storage Solutions Guide dated October 2013, *available at* https://www.seagate.com/files/www-content/product-content/_cross-product/en-us/docs/storagesolution-guide-oct-13-ssg1351-14-1310us.pdf; |
| | Exhibit 19: | Documents Bates-numbered FED_SEAG0004783-4810, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 20: | Document Bates-numbered FED_SEAG0002109-110, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 21: | Document Bates-numbered FED_SEAG0012340-364, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 22: | Document Bates-numbered FED_SEAG0056563-6642, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| | Exhibit 23: | Document Bates-numbered FED_SEAG0009670-9702, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant |

|  |  |
|---|---|
| | Seagate pursuant to the protective order in this action; |
| Exhibit 24: | Documents Bates-numbered FED_SEAG0055127-132 and FED_SEAG0054972-77, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 25: | Document Bates-numbered FED_SEAG0055922-56034, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 26: | Document Bates-numbered FED_SEAG0063104-139, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 27: | Document Bates-numbered FED_SEAG0060976-982, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 28: | Document Bates-numbered FED_SEAG0006071-74, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 29: | Document Bates-numbered FED_SEAG0067917-19, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 30: | Document Bates-numbered FED_SEAG0067889-7900, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 31: | Document Bates-numbered FED_SEAG0055041-46, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 32: | Document Bates-numbered FED_SEAG0055831-849, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 33: | Document Bates-numbered FED_SEAG0059618-629, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 34: | Document Bates-numbered FED_SEAG0026751-794, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 35: | Document Bates-numbered FED_SEAG0057277-7403, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 36: | Documents Bates-numbered FED_SEAG0072642-651 and FED_SEAG0072382-89, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |

| | | |
|---|---|---|
| Exhibit 37: | Document Bates-numbered FED_SEAG0006442-45, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 38: | Document Bates-numbered FED_SEAG0072676-681, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 39: | Document Bates-numbered FED_SEAG0072348, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 40: | Document Bates-numbered FED_SEAG0071790-1803, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 41: | Document Bates-numbered FED_SEAG0071982-86, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 42: | Document Bates-numbered FED_SEAG0071996-72006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 43: | Document Bates-numbered FED_SEAG0057214-16, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 44: | Document Bates-numbered FED_SEAG0002673-680, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 45: | Document Bates-numbered FED_SEAG0055784-86, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 46: | Document Bates-numbered FED_SEAG0024743-763, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 47: | Article entitled, "What Can 49,056 Hard Drives Tell Us? Hard Drive Reliability Stats for Q# 2015," dated October 14, 2015, *available at* https://www.backblaze.com/blog/hard-drive-reliability-q3-201; |
| Exhibit 48: | Document Bates-numbered FED_SEAG0025567-572, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| Exhibit 49: | Article entitled, "CSI: Backblaze – Dissecting 3TB Drive Failure, dated April 15, 2015, *available at* https://www.backblaze.com/blog/3tb-hard-drive-failure/; |
| Exhibit 50: | Document Bates-numbered FED_SEAG0010073-10082, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant |

| | | |
|---|---|---|
| 1 | | Seagate pursuant to the protective order in this action; |
| 2 | Exhibit 51: | Document Bates-numbered FED_SEAG0025642-46, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| 4 | Exhibit 52: | Document Bates-numbered FED_SEAG0001851-881, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| 6 | Exhibit 53: | Excerpt from document Bates-numbered FED_SEAG0090915, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Seagate pursuant to the protective order in this action; |
| 9 | Exhibit 54: | Excerpt from document Bates-numbered FED_SEAG0090943, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Seagate pursuant to the protective order in this action; |
| 11 | Exhibit 55: | Defendant Seagate Technology LLC's Supplemental Responses to Plaintiff Christopher Nelson's First Set of Interrogatories, served by Defendant on August 18, 2017 and designated "HIGHLY CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| 13 | Exhibit 56: | Excerpts from the Deposition of Jeffrey Fochtman, taken in the above-captioned litigation on August 18, 2017; |
| 15 | Exhibit 57: | Excerpts from the Videotaped Deposition of Joshuah Enders, taken in the above-captioned litigation on June 7, 2017; |
| 16 | Exhibit 58: | Excerpts from the Videotaped Deposition of David Schechner, taken in the above-captioned litigation on June 6, 2017; |
| 18 | Exhibit 59: | Excerpts from the Videotaped Deposition of James Hagey, taken in the above-captioned litigation on July 24, 2017; |
| 19 | Exhibit 60: | Excerpts from the Videotaped Deposition of Nikolas Manak, taken in the above-captioned litigation on June 20, 2017; |
| 21 | Exhibit 61: | Declaration of Derek Noer, dated November 7, 2017; |
| 22 | Exhibit 62: | Declaration of Office Depot, Inc., dated November 7, 2017; |
| 23 | Exhibit 63: | Summary chart of Seagate AFR rates; |
| 24 | Exhibit 64: | Document Bates-numbered FED_SEAG0072362, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; |
| 26 | Exhibit 65: | Document Bates-numbered FED_SEAG0054972-77, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action; and |

//

//

//

//

Exhibit 66: Document Bates-numbered FED_SEAG0072382-89, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant Seagate pursuant to the protective order in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of October, 2018 at Berkeley, California.

s/ Shana E. Scarlett<br>
SHANA E. SCARLETT