# EXHIBIT 1

Jun 11, 2012

# Seagate Reinvents Backup For Your Digital Life

Like Sign Up to see what your friends like.

*New Consumer Storage First to Offer Saving and Sharing of Facebook and Flickr Photo/Video Albums*

CUPERTINO, CA -- Seagate Technology plc (NASDAQ: STX) today introduced Backup Plus storage devices – its reinvented consumer storage product family that delivers the easiest setup, one-click backup and the ability to save and share your content on Facebook and Flickr.

Seagate® Backup Plus hard drives are newly designed external storage that work interchangeably with both Windows® and Apple® computers and deliver new features to protect, share and save nearly every aspect of one's digital life. These products come loaded with the new hassle-free Seagate Dashboard software for one-click local backup making it easier than ever to eliminate excuses or apprehensions about backing up one's most valuable digital content. Seagate Backup Plus products are the world's first external hard drives to provide backup for content on social networks, such as Facebook and Flickr. Storing a local duplicate copy of photos from social networks is now as easy as backing up files on your computer. Seagate Backup Plus will provide the peace of mind that every aspect of one's digital life is safe from loss.

Backing up data is an absolute necessity that many people put off until after it's too late. According to a 2011 study by Parks Associates less than one-quarter of the households in the survey have a weekly backup plan for their systems and only 4% are diligent enough to manually perform a backup on a daily basis.[1]

"The idea of providing a backup of photos and videos from Facebook is an interesting one, which I believe may help people come to realize the importance of maintaining multiple copies of any digital asset regardless of where it is stored," said Brett Sappington, director of research for Parks Associates. "Social media has become a massive repository for personal digital content, and most consumers have not likely considered the possibility of losing access to those shared memories."

Seagate Backup Plus hard drives featuring the new Seagate Dashboard backup software remove the barriers to performing backup and content preservation by making it as easy as possible. With just a click of an icon, computer files are replicated onto a Backup Plus drive. The Seagate Dashboard included on Backup Plus also provides a single click path to *Save* (download) and *Share* (upload) personal photos and videos on Facebook and Flickr.

According to a recent survey commissioned by Seagate and conducted online by Harris Interactive from May 22-24, 2012, more than half (54%) of U.S. adults personally have and/or know someone who has lost files. Over one-quarter (27%) of U.S. adults personally have lost files and found that it was upsetting for them. While almost all (97%) of those surveyed were identified as computer owners; only 11% have a continuous backup plan and only 10% have a daily backup plan.[2]

"Backing up needs to be an essential part of everyone's digital life. Nearly everything that is dear to us is now in a digital format; from tax documents, to emails, to family photos and video, many of these files can not be recreated in the event of an accidental loss or system failure," said Scott Horn, vice president of Marketing at Seagate. "Seagate is in the business of keeping digital content and files protected in every aspect, whether it is in the cloud, stored on PC or with our external consumer products. Backup Plus is a product that eliminates the barriers to protecting these digital assets. The new Dashboard delivers a simple and complete backup experience with the added benefit of saving photos and video stored on Facebook and other social networks."

A Versatile Storage Device
In 2010, Seagate adopted the Universal Storage Module (USM®) standard, which enables consumers to easily add the newest Mac® and PC connection capabilities to their Seagate storage product even if these technologies are introduced later. To add yet another level of versatility, Seagate has introduced a way to have the company's external storage products work cross-platform with both Mac® and Windows® operating systems without reformatting.

Seagate Backup Plus Storage
Available immediately from Amazon, BestBuy and other retailers including Seagate.com, Seagate Backup Plus drives will initially be available in capacities of 500GB, 750GB and 1TB capacities for portable drives and 1TB to 4TB for Backup Plus Desk drives.

This new family of external storage will be available in red, blue, silver and black for the portable 2.5-inch form factor with a manufacturer's suggested retail prices at launch are: 500GB, $119.99; 750GB, $129.99 and 1TB, $139.99. The Backup Plus Desk 3.5-inch drive: 1TB, $129.99; 2TB, $149.99; 3TB, $179.99 and 4TB, $249.99 MSRP.

Backup Plus for Mac portable is available in silver and will ship in 500GB for an MSRP of $119.99 and 1TB at $139.99. The Backup Plus Desk for Mac will be available at launch for 2TB, $189.99 and 3TB, $209.99 MSRP.

Seagate® Slim and Seagate® Slim for Mac storage in a svelte 9.5-mm package will now be available in a 500GB capacity at $129.99 MSRP and will also include the new Seagate Dashboard software for simple backup of on-board and social media albums.

About Seagate
Seagate is a worldwide leader in hard disk drives and storage solutions. Learn more at http://www.seagate.com.

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology, the Wave logo, are trademarks or registered 3trademarks of Seagate Technology LLC or its affiliates in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features, and application software. Seagate reserves the right to change, without notice, product offerings or specifications.

[1]The survey, "Consumers and Cloud Media," fielded between August 15 and August 25, 2011. Parks Associates surveyed 2,000 broadband Internet heads-of-household in the U.S. All respondents were 18 or over and had an equal or greater share in household decisions. "Consumers and Cloud Media" analyzes the market for cloud media services, digital lockers and trends in Internet video and social networking. The survey results were first published in September of 2011.

[2]This survey was conducted online within the United States by Harris Interactive, on behalf of Seagate from May 22-24, 2012 among 2,205 adults aged 18 and older, among whom 2,162 are computer owners. This online survey is not based on a probability sample and therefore no estimate of theoretical sampling error can be calculated.

©2016 Seagate Technology LLC  |  Legal & Privacy

FED_SEAG0027181

# FED_SEAG0027180
## Metadata

| | | |
|---|---|---|
| **Attach Counts** | 0 | ORIGINAL |
| **Custodian** | Errecart_Sally | ORIGINAL |
| **DATECREATED** | 11/11/2016 | ORIGINAL |
| **DATELASTMOD** | 11/11/2016 | ORIGINAL |
| **DOCEXT** | pdf | ORIGINAL |
| **DOCTYPE** | Adobe Portable Document Format | ORIGINAL |
| **FED_BEGATTACH** | FED_SEAG0027180 | ORIGINAL |
| **FED_ENDATTACH** | FED_SEAG0027181 | ORIGINAL |
| **FileName** | Seagate Reinvents Backup For Your Digital Life_Seagate.pdf | ORIGINAL |
| **FILESIZE** | 106623 | ORIGINAL |
| **LastAccessDate** | 1/14/2017 12:00 AM | ORIGINAL |
| **LastAccessedTime** | 4:39 AM | ORIGINAL |
| **MD5 Hash** | 828EBB56E53A4DCFBC0F8A8886A242FD | ORIGINAL |
| **OrgFolder** | \Errecart_Sally\Sally Errecart\ | ORIGINAL |
| **RecordType** | E-DOC | ORIGINAL |
| **Relativity Image Count** | 2 | ORIGINAL |
| **Relativity Native Time Zone Offset** | -8.00 | ORIGINAL |
| **TIMECREATED** | 3:37 PM | ORIGINAL |
| **TimeLastMod** | 3:37 PM | ORIGINAL |