# EXHIBIT 4



Source: https://web.archive.org/web/20111129033926/http://www.seagate.com:80/www/en-us/products/desktops/barracuda_hard_drives#TabContentSpecifications

# EXHIBIT 5



Source: https://web.archive.org/web/20120428124406/http://www.seagate.com:80/internal-hard-drives/desktop-hard-drives/

# EXHIBIT 6

http://www.seagate.com/internal-hard-drives/desktop-hard-drives/    Go    DEC **JAN** FEB
194 captures                                                                  **24**
10 Jun 2011 - 9 Apr 2018                                                 2013 2014 2015    About this capture

Stay Informed    Product Finder    Where To Buy    United States | English    Login

Search                                                       Seagate Store    0

| External Drives | Internal Drives | Solutions | Services & Software | Support | Partners |

Home    Internal Drives    Desktop Hard Drives

# Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.

Laptop, Desktop and Video Storage Drive Guide - April 2013 (150KB)

| PRODUCT NAME | AREAL DENSITY | ENCRYPTION | AFR | MEAN TIME BETWEEN FAILURES | AVERAGE OPERATING POWER |
|---|---|---|---|---|---|
| **Desktop HDD**  LEARN MORE ›  Desktop HDD Data Sheet (444KB) | 329 Gfc/in^2Gb/in$^2$, 329Gb/in$^2$, 625 Gfc/in^2Gb/in$^2$, 625Gb/in$^2$ | Security/Encryption, Volume level encryption | 0.34% | 750,000hr | 6.19W, 7.50W, 8.0W, <8.0W, <9.4W |
| **Desktop SSHD**  LEARN MORE › | | | <1% | | 5.9W, 6.7W, 7.5W |

| AT A GLANCE | FEATURES | SPECIFICATIONS |

## Do More



**Storage Is a Potent Weapon for Protecting Endangered Species**
Wildlife photographer Xi Zhinong covers China's vast countryside
More



**Seagate Enterprise Drives Break Bottlenecks for Animation Studio**
PRA's animators have contributed to numerous TV commercials and hit video games
More

**Find more Stories**

Site Index    Company Information    Partners    Investors    Jobs    Contact Us    Legal & Privacy

©2014 Seagate Technology LLC