# EXHIBIT 12

Dennis Crawford, Vol 1 											June 15, 2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                       CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF DENNIS CRAWFORD

San Francisco, California

Thursday, June 15, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2244

Pages 1 - 149

Dennis Crawford, Vol 1								June 15, 2017

```
 1  BY MS. MCLEAN:
 2      Q   On their Cloud.  That was your home NAS,
 3  N-A-S.
 4          THE REPORTER:  Oh, NAS.  Got it.  It
 5  sounded like, "mass."
 6          MS. MCLEAN:  I know.
 7          THE REPORTER:  Okay, got it.
 8  BY MS. MCLEAN:
 9      Q   So that your use of the Seagate drives at
10  issue in this litigation, what was it for primarily?
11      A   It was documents, media, receipts, tax
12  documents, photographs of my dad.  And he was very
13  big into genealogy.  So we are talking about
14  hundreds and hundreds of years of genealogy data.
15  And when he passed away, it was very important to
16  him that this information went on, was passed on.
17  And I'm an only child.  So for me the information on
18  the drive was critical.  Sketches from my father.
19  Music that my band recorded in 1990 that I digitally
20  scanned in, created media files.  Essentially, my
21  life from 20 plus years was all on those drives.
22      Q   What is your band?  You had a band at one
23  time?
24      A   Uh-huh.
25      Q   What did it do?
```