# EXHIBIT 15



Data Sheet

# Barracuda®

## The Power of One

### Key Advantages

- Double your capacity and drive down costs with the industry's first 1TB-per-disk hard drive technology.
- Up to 3TB capacity with 7200-RPM performance. Why compromise?
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software allows you to install a 3TB hard drive in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Barracuda®
## The Power of One



| Specifications | 3TB[1] | 2TB[1] | 1.5TB[1] | 1TB[1] | 750GB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|---|
| Model Number | ST3000DM001 | ST2000DM001 | ST1500DM003 | ST1000DM003 | ST750DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM002[2] |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 156 | 156 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 210 | 210 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | | |
| Heads/Disks | 6/3 | 6/3 | 4/2 | 2/1 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% | +10%/-5.0% | +10%/−5.0% | +10%/−5.0% | +10%/−5.0% |
| Voltage Tolerance, Including Noise (12V) | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% |
| **Reliability/Data Integrity** | | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Annualized Failure Rate (AFR) | <1% | <1% | <1% | <1% | <1% | <1% | <1% | <1% |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | | |
| Startup Power (A) | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 8.0 | 8.0 | 6.70 | 5.90 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle2 Average (W) | 5.40 | 5.40 | 4.50 | 3.36 | 3.36 | — | — | — |
| Idle Average (W) | — | — | — | — | — | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | | |
| Temperature | | | | | | | | |
|   Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|   Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
|   Nonoperating (ambient °C) | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 |
| **Physical** | | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 626/1.38 | 626/1.38 | 535/1.18 | 400/0.88 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 | 25 |
| Cartons per Layer | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Pallet | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate SmartAlign™ Technology | Yes | Yes | Yes | Yes | Yes | Yes[2] | Yes[2] | Yes[2] |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.

 

## www.seagate.com

AMERICAS     Seagate Technology LLC    10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd.    7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA     Seagate Technology SAS    16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2011 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications.
DS1737.1-1111US, November 2011

# EXHIBIT 16



# Storage Solutions Guide

**JULY 2012 | AMER**







# Save your social life.

Protect your online photos and more with **Backup Plus** drives.



# Contents

**External Storage Solutions**

AT-A-GLANCE PRODUCT COMPARISON .........................2
BACKUP PLUS PORTABLE ...........................................5
BACKUP PLUS PORTABLE FOR MAC.............................6
BACKUP PLUS DESKTOP .............................................6
BACKUP PLUS DESKTOP FOR MAC...............................7
SLIM PORTABLE .........................................................7
SLIM PORTABLE FOR MAC...........................................8
EXPANSION™ PORTABLE ............................................8
EXPANSION DESKTOP .................................................9
GOFLEX SATELLITE™ ..................................................9
GOFLEX® FOR MAC ..................................................10
GOFLEX PRO FOR MAC .............................................10
GOFLEX SLIM FOR MAC.............................................11
GOFLEX HOME .........................................................11
BLACKARMOR® NAS 440/400 ..................................12
BLACKARMOR NAS 220.............................................13

**Internal Storage Solutions**

AT-A-GLANCE PRODUCT COMPARISON .......................14
**DESKTOP**
DESKTOP PRODUCTS MATRIX ....................................17
BARRACUDA®............................................................18
BARRACUDA 3.5-INCH INTERNAL ..............................19
**LAPTOP**
LAPTOP PRODUCTS MATRIX.......................................21
MOMENTUS® XT ......................................................22
MOMENTUS ..............................................................23
MOMENTUS THIN .....................................................24
MOMENTUS 2.5-INCH INTERNAL................................24
**ENTERPRISE**
ENTERPRISE PRODUCTS MATRIX ...............................27
SAVVIO® 10K ...........................................................28
SAVVIO 15K..............................................................29
CHEETAH® 15K .........................................................29
CHEETAH NS.............................................................30
CONSTELLATION® ES.2..............................................30
CONSTELLATION ES ..................................................31
CONSTELLATION.2™ .................................................32
PULSAR® XT.2 ..........................................................33
PULSAR.2 .................................................................33
**VIDEO STORAGE**
VIDEO STORGE PRODUCTS MATRIX............................35
PIPELINE HD®...........................................................36
SV35 SERIES™ ..........................................................36

PARTNER RESOURCES AND BENEFITS .......................37
SERVICE AND SUPPORT ............................................37

## www.**seagate**.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.10-1207US, July 2012

# External Storage
## At-a-Glance Product Comparison



| Direct Attached/ Portable | BACKUP PLUS | | | | SLIM | | EXPANSION™ | | GOFLEX® | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus Desktop | Backup Plus Desktop for Mac | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop | GoFlex for Mac | GoFlex Pro for Mac | GoFlex Slim for Mac |
| **PERFECT FOR** | Protecting and sharing digital memories | Keeping your digital life safe and sound | | | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | | Compact storage on-the-go | | Sleek, high-performance storage |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | | These ultra-portable, ultra-upgradable drives make it easy to store and protect all your files, automatically and continuously. PC or Mac. | | A sleek design and Time Machine compatibility, no high-performance portable hard drive is slimmer. PC or Mac. |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 7 | Page 7 | Page 8 | Page 8 | Page 9 | Page 10 | Page 10 | Page 11 |



| Wireless Mobile | GOFLEX |
|---|---|
| | GoFlex Satellite™ |
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 9 |

| Network Attached | GOFLEX | BLACKARMOR® | | |
|---|---|---|---|---|
| | GoFlex Home | BlackArmor NAS 440 | BlackArmor NAS 400 | BlackArmor NAS 220 |
| **PERFECT FOR** | Wireless centralized home storage | Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| **DESCRIPTION** | This network storage system supports the external storage needs of every computer in your home. PC or Mac. | A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| **LEARN MORE** | Page 11 | Page 12 | Page 12 | Page 13 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.



### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ○ Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ○ Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.



### Key Advantages
- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks in a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000100 | USB 2.0 | ○ Silver/White | Mac, PC |
| 500GB | STBW500100 | USB 2.0 | ○ Silver/White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 4TB capacity for a lifetime of memories

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000100 | FireWire 800/ USB 2.0 | ● Black/Silver | Mac, PC |
| 3TB | STCB3000100 | FireWire 800/ USB 2.0 | ● Black/Silver | Mac, PC |
| 2TB | STCB2000100 | FireWire 800/ USB 2.0 | ● Black/Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.



### Key Advantages
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim Portable

The Seagate Slim portable drive is our thinnest, sleekest way yet to back up the things that are important to you.



### Key Advantages
- World's slimmest portable external hard drive
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# Slim Portable for Mac

The Seagate Slim portable drive for Mac combines our thinnest, sleekest form factor in a Time Machine-ready drive.



## Key Advantages

- World's slimmest portable external hard drive
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

## Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500100 | USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

# Expansion™ Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

## Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

# Expansion™ Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.



## Key Advantages

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications

- Instantly add more storage space to your computer.
- Take large files with you when you travel.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# GoFlex Satellite™

With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.

## Key Advantages

- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life[3]

## Best-Fit Applications

- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown
[3] Exact battery life subject to product model, normal usage conditions and configurations.

# GoFlex® for Mac

The GoFlex for Mac ultra-portable drive makes it ultra-easy to store, back up and retrieve files on-the-go from your Mac computer.

## Key Advantages

- Delivers plug-and-play connectivity with FireWire 800 or USB 2.0
- Time Machine software compatibility
- Makes it easy for you to upgrade to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC.

## Best-Fit Applications

- Read, write and share files between Mac and PC computers.
- Carry files while on-the-go.
- Store files or back up using Time Machine.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5TB | STBA1500100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 1TB | STBA1000100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 500GB | STBA500100 | USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS (1.5TB, 1TB) | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.39-in L x 3.19-in W x 0.57-in D (111mm x 83mm x 14mm) | | | |
| PACKAGE DIMENSIONS | 6.1-in L x 1.73-in W x 4.69-in D (170mm x 45mm x 160mm) | | | |

# GoFlex® Slim for Mac

The GoFlex Slim for Mac performance drive has a sleek, ultra-thin enclosure and is Time Machine-ready.

## Key Advantages

- Sleek, ultra-thin anodized design
- Compatible with Time Machine software
- USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers.

## Best-Fit Applications

- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBL500100 | USB 2.0 | ● Black | Mac, PC |
| 320GB | STBL320100 | USB 2.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# GoFlex® Pro for Mac

The GoFlex Pro for Mac ultra-portable drive gives you the flexibility you need to extend your digital life wherever you go.

## Key Advantages

- High-performance 7200-RPM drive
- FireWire 800 or USB 2.0 plug-and-play
- Compatible with Time Machine software
- Upgradable to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC computers

## Best-Fit Applications

- Store files or back up using Time Machine.
- Read, write and share files between Mac and PC.
- Carry files with you on-the-go.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 750GB | STBP750100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| 500GB | STBP500100 | FireWire 800/ USB 2.0 | ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.72-in L x 3.46-in W x 0.86-in D (120mm x 88mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 5.63-in L x 6.3-in W x 2.17-in D (143mm x 160mm x 53mm) | | | |

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

## Key Advantages

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

## Best-Fit Applications

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | ● Black | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

# BlackArmor® NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations



## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations[3]
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a USB printer with network-connected PCs and Macs.
- Encrypt individual files to entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 12TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | ST380005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| — | STAR401 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) | | | |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) | | | |

# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs



## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

# Internal Storage

## At-a-Glance Product Comparison

### 3.5-inch

| | DESKTOP | ENTERPRISE | | ENTERPRISE | | VIDEO STORAGE | |
|---|---|---|---|---|---|---|---|
| | Barracuda® | Cheetah® 15K | Constellation® ES.2 | Constellation ES | Cheetah NS | SV35 Series™ | Pipeline® HD |
| **BUSINESS NEED** | Mainstream | Performance | Mainstream | Mainstream | Low Power | Surveillance | DVR |
| **USE THIS DRIVE FOR** | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Mainstream data requiring high capacity, low power and high availability | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| **ENCRYPTION MODELS AVAILABLE** | | X | X | X | | | |
| **LEARN MORE** | Page 18 | Page 29 | Page 30 | Page 31 | Page 30 | Page 36 | Page 36 |

### 2.5-inch

| | LAPTOP | | | ENTERPRISE | | | ENTERPRISE SSD | |
|---|---|---|---|---|---|---|---|---|
| | Momentus® XT | Momentus | Momentus Thin | Savvio® 15K | Savvio 10K | Constellation.2™ | Pulsar® XT.2 | Pulsar.2™ |
| **BUSINESS NEED** | Performance | Mainstream | Thin (7mm z-ht.) | Performance | Mainstream | Low Power | Performance | Mainstream |
| **USE THIS DRIVE FOR** | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Demanding data centers requiring ultra-high performance and the highest levels of data integrity and drive endurance | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| **ENCRYPTION MODELS AVAILABLE** | | X | X | X | X | X | X | X |
| **LEARN MORE** | Page 22 | Page 23 | Page 24 | Page 29 | Page 28 | Page 32 | Page 33 | Page 33 |

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.

## Product Comparison

  

| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) | | 3.36W to 7.37W |

## Feature Comparison

 

| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance | | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X | |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 7[2] | X | X |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.

## Key Advantages
- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

## Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# Barracuda® 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

## Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

## Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| CAPACITY[1] | KIT NUMBER[2] | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

LAPTOP STORAGE

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.

## Product Comparison

    

|  | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% to 0.50% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 750GB | 500GB to 750GB | 160GB to 750GB | 160GB and 300GB |
| Interface | SATA 3Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) |  | 0.8W to 1.1W | 0.5W to 0.81W | 0.48% to 0.66% |

## Feature Comparison

   

|  | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics |  |  | X | X |
| Lowest Power |  |  | X | X |
| Self-Encrypting Drive |  |  | X | X |
| Drop Sensor Options |  |  | X |  |
| Solid State Hybrid | X | X |  |  |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

# Momentus® XT

### Experience the FAST Factor™ Advantage

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages

- Boots and performs like an SSD[7]
- Up to 3x faster than a traditional HDD[7]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.

### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[3] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[3] | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG[2] | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS[5] | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG[2] | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS[3,5] | SATA 3Gb/s | 16MB |
| 160GB | ST9160412AS | SATA 3Gb/s | 16MB |
| 160GB | ST160LT016[3,4] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750423AS[3] | SATA 3Gb/s | 16MB |
| 640GB | ST9640320AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG[2] | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS[5] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020[3,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS[5] | SATA 3Gb/s | 8MB |
| 160GB | ST9160314AS | SATA 3Gb/s | 8MB |
| 160GB | ST160LT015[3,4] | SATA 3Gb/s | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Drive with G-Force Protection™ feature
[3] Advanced Format (4K) drive with SmartAlign™ technology resolves misalignment conditions.
[4] 7mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
[5] Self-Encrypting Drive model
[6] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[7] Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB SSHD.

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables
- Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[2,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[2,3] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT007 | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[3,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[4] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[4] | SATA 3Gb/s | 16MB |
| 160GB | ST160LT003 | SATA 3Gb/s | 16MB |

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[5] | RPM | INTERFACE |
|---|---|---|---|
| 1TB | STBD1000100 | 5400 | SATA 3Gb/s |
| 750GB | ST907503N1A1AS-RK | 7200 | SATA 3Gb/s |
| 640GB | ST906403N1A1AS-RK | 5400 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 320GB | ST903203N1A1AS-RK | 7200 | SATA 3Gb/s |
| 320GB | ST903203N1A2AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 6Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown

## Product Comparison



| | SAVVIO® | CHEETAH® | CONSTELLATION® | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance and Mainstream | High Capacity and Low Power | Mainstream and Performance SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM and 10K RPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 0.73% | 0.44% |
| Capacity[1] | 146GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| Power (Idle) | 3.5W to 4.4W | 5.6W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.

## Feature Comparison



| | 2.5-Inch Mission Critical | 3.5-Inch Mission Critical | | 2.5-Inch Nearline | 3.5-Inch Nearline | Performance SSD | Mainstream SSD |
|---|---|---|---|---|---|---|---|
| Product | Savvio 15K | Savvio 10K | Cheetah 15K | Cheetah NS | Constellation | Constellation ES | Pulsar XT.2 | Pulsar.2 |
| Best-in-Class Performance | X | | X | | X | X | X | |
| Capacity Leadership | | X | X | X | | X | | X |
| Vibration Tolerance for Multi-Drive Stablization | X | X | X | X | X | X | | |
| 6Gb/s SAS Interface | X | X | X | X | X | X | X | X |
| 4Gb/s FC Interface | | X | X | X | | | | |
| 6Gb/s SATA Interface | | | | | X | X | | X |
| Best-in-Class Power Usage | | X | | X | X | X | | |
| PowerChoice™ Optimized Idle Power Settings | | X | | | X | X | | |
| Self-Encrypting Drive (SED)[2] | X | X | X | | X | X | X | X |
| FIPS 140-2 SED[2,3] | X | X | X | | X | X | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption.
- First SFF 10K-RPM drive to support 4Gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 6Gb/s SAS | 64MB |

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

## Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- High-performance database servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[2] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[2] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[2] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

## Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Protection Information (PI) feature requires PI-compliant host or controller support.

# Cheetah® NS

The Seagate Cheetah NS drive delivers the lowest-power, highest-reliability combination for 3.5-inch Tier 1 solutions.



### Key Advantages
- Highest-capacity Tier 1 drive (600GB)
- Highest LFF reliability rating in the industry, with a 0.55% annualized failure rate (AFR)
- Seagate PowerTrim technology dynamically reduces power usage.

### Best-Fit Applications
- Mainstream enterprise applications
- Business and transaction processing
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600002SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600002FC | 4Gb/s FC | 16MB |
| 450GB | ST3450802SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450802FC | 4Gb/s FC | 16MB |
| 300GB | ST3300602FC | 4Gb/s FC | 16MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.



### Key Advantages
- Enterprise nearline drive designed for 24x7 operation
- Best-in-class rotational vibration tolerance
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications
- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[2] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[2] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[2] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[2] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[2,3] | 6Gb/s SAS | 64MB |

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.



### Key Advantages
- Highest-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications
- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[2] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[2,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[2] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[2,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[2] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[2] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[2,3] | 6Gb/s SAS | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val.htm.

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |

# Pulsar® XT.2

The Seagate Pulsar XT.2 SSD delivers the highest levels of performance, data integrity and drive endurance for the most demanding environments.



## Key Advantages

- Consistent high performance for complex, I/O intensive, mixed workload enterprise environments
- Fastest random write performance available in a small form factor, SAS-based SSD
- Ultra-high endurance (supports over 35 full drive writes/day)
- Advanced media-management technology helps protect against unexpected data change or loss
- Self-Encrypting Drive (SED)[2] option (400GB only)

## Best-Fit Applications

- Tier 0, external storage arrays
- Performance-hungry, write-intensive enterprise applications
- Blade servers, general servers and direct-attached storage
- Enterprise architectures that use auto-tiering solutions

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 400GB | ST400FX0002 | 6Gb/s SAS | 35 |
| 400GB | ST400FX0012[2] | 6Gb/s SAS | 35 |
| 200GB | ST200FX0002 | 6Gb/s SAS | 35 |
| 100GB | ST100FX0002 | 6Gb/s SAS | 35 |

# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.

## Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

## Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY[1] | MODEL | INTERFACE | FULL DRIVE WRITES/DAY[4] |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012[2] | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Data provided is based on format at 512 bytes.

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



## Product Comparison

 

| | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity¹ | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W |

## Feature Comparison

 

| | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x | |
| Quiet Acoustics | x | |
| Cool Operation | x | x |
| Sustainable Technology | x | |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x | |
| 24×7 Operation Capable | x | x |
| Extremely Low Vibration | x | |

¹One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

## Key Advantages
- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

## Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM003 | SATA 3Gb/s | 64MB |
| 1.5TB | ST1500VM002 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.

## Key Advantages
- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

## Best-Fit Applications
- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage



| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

## As a registered SPP member, you enjoy the following exclusive features:
- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/partners**
- Complete the online form.
- Click through and accept our standard agreement.

# Service and Support

For information regarding products and services, visit
www.seagate.com/about/contact-us/technical-support

## Available services include:
- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit
www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit
services.seagate.com

For Seagate OEM and Distribution partner portal, visit
www.seagate.com/partners

For Seagate reseller portal, visit
www.seagate.com/partners



**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

# EXHIBIT 17



OCT 2012 | AMER



FED_SEAG0031474



FED_SEAG0031475

# Contents

## External Storage Solutions
AT-A-GLANCE PRODUCT COMPARISON ....................2
BACKUP PLUS PORTABLE............................................5
BACKUP PLUS PORTABLE FOR MAC...........................6
THUNDERBOLT™ BACKUP PLUS FOR MAC PORTABLE.6
BACKUP PLUS DESKTOP FOR MAC.............................7
THUNDERBOLT™ BACKUP PLUS FOR MAC DESKTOP ...7
BACKUP PLUS DESKTOP.............................................8
SLIM PORTABLE FOR MAC...........................................8
SLIM PORTABLE...........................................................9
EXPANSION® DESKTOP ...............................................9
EXPANSION® PORTABLE...............................................10
GOFLEX SATELLITE®....................................................10
GOFLEX HOME.............................................................11
BLACKARMOR® NAS 440/400 ......................................12
BLACKARMOR NAS 220................................................13

## Internal Storage Solutions
AT-A-GLANCE PRODUCT COMPARISON....................14
### DESKTOP
DESKTOP PRODUCTS MATRIX.....................................17
BARRACUDA®...............................................................18
BARRACUDA 3.5-INCH INTERNAL................................19
### LAPTOP
LAPTOP PRODUCTS MATRIX.......................................21
MOMENTUS® XT ..........................................................22
MOMENTUS ..................................................................23
MOMENTUS THIN.........................................................24
MOMENTUS 2.5-INCH INTERNAL.................................25
### ENTERPRISE
ENTERPRISE PRODUCTS MATRIX..............................27
SAVVIO® 10K................................................................28
SAVVIO 15K..................................................................29
CHEETAH® 15K.............................................................29
CONSTELLATION® ES.3................................................30
CONSTELLATION ES.2..................................................31
CONSTELLATION ES....................................................31
CONSTELLATION CS....................................................32
CONSTELLATION.2™.....................................................32
PULSAR.2™...................................................................33
### VIDEO STORAGE
VIDEO STORGE PRODUCTS MATRIX..........................35
PIPELINE HD®...............................................................36
SV35 SERIES™..............................................................36

PARTNER RESOURCES AND BENEFITS......................37
SERVICE AND SUPPORT.............................................37

www.seagate.com

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, BlackArmor, Cheetah, Constellation, Constellation.2, DiscWizard, EVault, Expansion, GoFlex, GoFlex Satellite, G-Force Protection, Momentus, OptiCache, Pipeline, Pipeline HD, PowerChoice, PowerTrim, Pulsar, Savvio, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including filesize, fileformat, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.11-1210US, October 2012

FED_SEAG0031476

# External Storage
## At-a-Glance Product Comparison



| | BACKUP PLUS | | | | |
|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Thunderbolt™ Backup Plus for Mac Portable | Backup Plus Desktop | Backup Plus Desktop for Mac |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 |



| | GOFLEX | | | GOFLEX |
|---|---|---|---|---|
| **Wireless Mobile** | | **Network Attached** | | |
| | GoFlex Satellite™ | | | GoFlex Home |
| **PERFECT FOR** | Wireless storage for your tablet | **PERFECT FOR** | | Wireless centralized home storage |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | **DESCRIPTION** | | This network storage system supports the external storage needs of every computer in your home. PC or Mac. |
| **LEARN MORE** | Page 10 | **LEARN MORE** | | Page 11 |

FED_SEAG0031477



| | SLIM | | EXPANSION™ | |
|---|---|---|---|---|
| Thunderbolt™ Backup Plus for Mac Desktop | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |



| BLACKARMOR® | | |
|---|---|---|
| BlackArmor NAS 440 | BlackArmor NAS 400 | BlackArmor NAS 220 |
| Full-system backup, RAID 0, 1, 5, 10 or JBOD | | Full-system backup, RAID 0 or 1 |
| A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations. | | A network attached storage solution designed to provide centralized storage and data backup. |
| Page 12 | Page 12 | Page 13 |

FED_SEAG0031478

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.



4

# Backup Plus

The Backup Plus portable drive is the simple
way to protect and share your entire digital life.

### Key Advantages

· Easy, flexible backups
· Automatically saves photos from social networks
· Photos and videos can be shared to social
  networks with a click.
· Thunderbolt technology or FireWire 800 upgrade
  allows higher transfer speeds

### Best-Fit Applications

· Store or back up photos, movies, music
  and documents.
· Download and save content that's posted on
  your social networks.
· Share your digital memories to your social
  networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500100 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STBU500101 | USB 3.0 | ● Silver | PC, Mac |
| 500GB | STBU500102 | USB 3.0 | ● Blue | PC, Mac |
| 500GB | STBU500103 | USB 3.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

FED_SEAG0031480

# Backup Plus for Mac



The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

## Key Advantages
· Mac OS and Time-Machine ready out of the box
· Automatically saves photos from social networks
· Share photos and video to social networks with a click.
· Easily increase transfer speeds by upgrading to Thunderbolt technology.

## Best-Fit Applications
· Store or back up photos, movies, music and documents.
· Download and save content that's posted on your social networks.
· Share your digital memories to your social networks with a click.

| CAPACITY | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000301 | USB 3.0 | Silver/ White | Mac, PC |
| 500GB | STBW500301 | USB 3.0 | Silver/ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Thunderbolt™ Backup Plus for Mac Portable



The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

## Key Advantages
· Includes Thunderbolt cable, adapter and drive
· Compatible with Time Machine software
· Compatible with Thunderbolt devices
· No external power supply required

## Best-Fit Applications
· Combine high-speed data transfer and high-definition display in a single interface
· Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
· Handle vast amounts of data more precisely than with any other connection
· Back up and restore data at 10Gps

| CAPACITY | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 48mm) | | | |

FED_SEAG0031481

# Backup Plus Desktop for Mac



The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
· Mac OS and Time Machine ready right out of the box
· Automatically saves photos from social networks
· Share photos and video to social networks with a click.
· Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications
· Back up all your important files.
· Download and save content that's posted on your social networks.
· Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000900 | FireWire 800/ USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| 2TB | STCB2000900 | FireWire 800/ USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | ● ○ | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Thunderbolt Backup Plus for Mac Desktop



The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
· Includes Thunderbolt cable, adapter and drive
· Dual ports enable daisy-chaining up to six devices
· Compatible with Thunderbolt displays and other devices
· Compatible with Time Machine softwares

### Best-Fit Applications
· Combine high-speed data transfer and high-definition display in a single interface
· Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
· Handle vast amounts of data more precisely than with any other connection
· Back up and restore data at 10Gbps

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

FED_SEAG0031482

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.



### Key Advantages
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000100 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim Portable for Mac

The Seagate Slim portable drive for Mac combines our thinnest, sleekest form factor in a Time Machine-ready drive.



### Key Advantages
- World's slimmest portable external hard drive
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500400 | USB 3.0 | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

FED_SEAG0031483

# Slim Portable

The Seagate Slim portable drive is our thinnest, sleekest way yet to back up the things that are important to you.



### Key Advantages
- World's slimmest portable external hard drive
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.91-in L x 3.07-in W x 0.35-in D (124.8mm x 78mm x 9mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.52-in D (132mm x 46mm x 165.5mm) | | | |

# Expansion™ Desktop

The Expansion desktop drive provides extra storage for your ever-growing collection of files.



### Key Advantages
- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

FED_SEAG0031484

# Expansion™ Portable

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.



## Key Advantages

· Simple and straightforward setup
· Powered from the USB cable
· Saving files is easy—simply drag and drop.
· USB 3.0 interface allows fast transfer speeds.

## Best-Fit Applications

· Instantly add more storage space to your computer.
· Take large files with you when you travel.

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |

# GoFlex Satellite™



With GoFlex Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.

## Key Advantages

· Take your media library with you on the go
· Stream media with up to 3 Wi-Fi enabled devices at the same time
· Automatically sync media and documents from your PC or Mac computer
· Up to 5 hours battery life[3]

## Best-Fit Applications

· Store and carry movies and other media on the go.
· Share media with others.
· Works with iPad or Android tablet

| CAPACITY¹ | KIT NUMBER² | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

FED_SEAG0031485

# GoFlex® Home

The GoFlex Home network storage system allows you to create secure in-home cloud storage for multiple computers in the home.



## Key Advantages

- Connects to your WiFi router
- Simple setup in just minutes
- Automatic and continuous backup
- Easily update storage capacity or plug in external drives—no tools required.

## Best-Fit Applications

- Back up multiple home PC and Mac computers.
- Store files in a central location.
- Access files from computers and mobile devices over the Internet.
- Stream media to game consoles and media players.
- Share a USB printer with all computers in the home.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STAM3000100 | SATA/GigE | Black | PC, Mac |
| 2TB | STAM2000100 | SATA/GigE | Black | PC, Mac |
| 1TB | STAM1000100 | SATA/GigE | Black | PC, Mac |
| PRODUCT DIMENSIONS | 3.13-in L x 5.31-in W x 6.75-in D (80mm x 135mm x 171mm) | | | |
| PACKAGE DIMENSIONS | 10.04-in L x 3.07-in W x 7.64-in D (255mm x 78mm x 194mm) | | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown
[3] Exact battery life subject to product model, normal usage conditions and configurations.

FED_SEAG0031486

EXTERNAL STORAGE

# BlackArmor® NAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations



## Key Advantages

· BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
· BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
· Designed for small business to provide optimum uptime and data integrity
· User-configurable RAID 0/1/5/10 and JBOD
· Continuous and automatic full-system backup for network connected workstations[3]
· Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

· Store and access files from a central, secure location.
· Access and manage files remotely.
· Back up or move files to a secondary storage device.
· Automatically perform full-system backups on network-connect PCs.
· Share a USB printer with network-connected PCs and Macs.
· Encrypt individual files to entire volumes of data.
· Stream media with DLNA or iTunes.

| CAPACITY¹ | KIT NUMBER¹ | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 12TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | ST380005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005SHA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| — | STAR401 | Gigabit Ethernet | Black | PC, Mac |

| | |
|---|---|
| PRODUCT DIMENSIONS | 6.30-in W x 8.15-in H x 10.59-in D (160.00mm x 207.00mm x 269.00mm) |
| PACKAGE DIMENSIONS | 9.29-in W x 9.50-in H x 14.37-in D (236.00mm x 241.30mm x 365.00mm) |

FED_SEAG0031487



# BlackArmor® NAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs

## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system, automatic backup[3]
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 6TB | STAV6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | ST340005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | ST320005LSA10G-RK | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.09-in W x 7.79-in H x 7.40-in D (104.00mm x 197.80mm x 188.00mm) | | | |
| PACKAGE DIMENSIONS | 10.90-in W x 6.13-in H x 11.00-in D (276.86mm x 155.70mm x 279.40mm) | | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
[2] U.S. model numbers shown
[3] Includes 10 software licenses; additional licenses available at www.seagate.com.

STORAGE SOLUTIONS GUIDE    13

FED_SEAG0031488

# Internal Storage
## At-a-Glance Product Comparison



| | DESKTOP | ENTERPRISE | | |
|---|---|---|---|---|
| **3.5-inch** | Barracuda® | Cheetah® 15K | Constellation® ES.3 | Constellation ES.2 |
| BUSINESS NEED | Mainstream | Performance | Mainstream | |
| USE THIS DRIVE FOR | Desktop compute where choice in capacity and cache options to provide design flexibility is important | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage, efficiency and enterprise-class reliability | |
| ENCRYPTION MODELS AVAILABLE | | X | X | X |
| LEARN MORE | Page 18 | Page 29 | Page 30 | Page 31 |



| | LAPTOP | | |
|---|---|---|---|
| **2.5-inch** | Momentus® XT | Momentus | Momentus Thin |
| BUSINESS NEED | Performance | Mainstream | Thin (7mm z-ht.) |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference |
| ENCRYPTION MODELS AVAILABLE | | X | X |
| LEARN MORE | Page 22 | Page 23 | Page 24 |

FED_SEAG0031489

AT-A-GLANCE PRODUCT COMPARISON

| ENTERPRISE | | VIDEO STORAGE | |
|---|---|---|---|
|  |  |  |  |
| Constellation ES | Constellation CS | SV35 Series™ | Pipeline® HD |
| Mainstream | Low Power | Surveillance | DVR |
| Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data in clouds | Surveillance systems that require high performance, low-power, ruggedized and centralized storage for every surveillance application | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications |
| X | | | |
| Page 31 | Page 32 | Page 36 | Page 36 |

| ENTERPRISE | | | ENTERPRISE SSD |
|---|---|---|---|
|  |  |  |  |
| Savvio® 15K | Savvio 10K | Constellation.2™ | Pulsar.2™ |
| Performance | Mainstream | Low Power | Mainstream |
| Compute-intensive data requirements demanding the highest performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | Enterprise environments requiring MLC-enabled, high-capacity SSD with data integrity and drive endurance |
| X | X | X | X |
| Page 29 | Page 28 | Page 32 | Page 33 |

STORAGE SOLUTIONS GUIDE     15

FED_SEAG0031490

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



16

FED_SEAG0031491

# Product Comparison





| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form Factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| Power (Idle) | | 4.60W 3.36W to 5.40W (Idle2) |

# Feature Comparison




| | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| Product | Barracuda 3.5-Inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable Technology | X | X |
| Best-in-Class Performance | | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X | |
| DiscWizard™ Installation Software | X | X |
| Compatible with Windows 7[2] | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

FED_SEAG0031492

# Barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages

- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

FED_SEAG0031493

# Barracuda®3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



### Key Advantages
· Quiet, ultra-high performance
· DiscWizard™ software makes installation a snap
· Built-in self-monitoring technology helps ensure maximum reliability

### Best-Fit Applications
· Gaming PCs
· Workstations
· High-end PCs
· Desktop RAID
· Mainstream/office PCs

| CAPACITY | KIT NUMBER[2] | RPM | INTERFACE |
|---|---|---|---|
| 3TB | STBD3000100 | 7200 | SATA 6Gb/s |
| 2TB | STBD2000101 | 7200 | SATA 6Gb/s |
| 1TB | ST310005N1A1AS-RK | 7200 | SATA 6Gb/s |
| 500GB | ST3500641AS-RK | 7200 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] U.S. model numbers shown

STORAGE SOLUTIONS GUIDE    19

FED_SEAG0031494

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



20

FED_SEAG0031495

# Product Comparison







| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form Factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% | 0.48% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity[1] | 250GB to 1TB | 500GB to 750GB | 250GB to 750GB | 250GB and 300GB |
| Interface | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (Idle) | | 0.8W to 1.1W | 0.67W to 0.81W | 0.45W to 0.66W |

# Feature Comparison






| | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| Product | Momentus 2.5-Inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA Interface | X | X | X | X |
| Lowest Acoustics | | | X | X |
| Lowest Power | | | X | X |
| Self-Encrypting Drive | | | X | X |
| Drop Sensor Options | | | X | |
| Solid State Hybrid | X | X | | |
| Compatible with Windows 7[2] | X | X | X | X |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] For a complete list of Seagate products that are compatible with Windows 7, visit: http://www.microsoft.com/windows/compatibility/windows-7/en-us/Search.aspx?type=Hardware&s=Seagate

FED_SEAG0031496

# Momentus® XT

The Seagate Momentus XT solid state hybrid drive enables laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages

· Boots and performs like an SSD[7]
· Up to 3x faster than a traditional HDD[7]
· SATA 6Gb/s with NCQ for interface speed
· All-in-one design for simplicity and ease of installation
· Works in any laptop or PC, any OS and any application
· Backed by a 3-year limited warranty

### Best-Fit Applications

· Laptops and mobile workstations
· Desktop and tower workstations
· High-performance laptop and desktop gaming systems
· Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| 500GB | ST95005620AS | SATA 3Gb/s | 32MB |

FED_SEAG0031497

# Momentus®

The Seagate Momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.



### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive.
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Mainstream and high-performance laptops
- External storage solutions, boxes
- Industrial applications requiring a small form factor

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 750GB | ST9750420AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500423AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500420ASG[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500421AS[5] | SATA 3Gb/s | 16MB |
| 500GB | ST9500422AS[5] | SATA 3Gb/s | 16MB |
| 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| 320GB | ST320LT023[5,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| 250GB | ST250LT021[5,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250410ASG[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250411AS[5] | SATA 3Gb/s | 16MB |
| 250GB | ST9250412AS[5,6] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| 500GB | ST9500325ASG | SATA 3Gb/s | 8MB |
| 500GB | ST9500327AS[5] | SATA 3Gb/s | 8MB |
| 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| 320GB | ST320LT022[5,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250315AS | SATA 3Gb/s | 8MB |
| 250GB | ST250LT020[5,4] | SATA 3Gb/s | 16MB |
| 250GB | ST9250317AS[5] | SATA 3Gb/s | 8MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Drive with G-Force Protection™ feature
[3] Advanced Format (4K) drive with SmartAlign™ technology resolves misalignment conditions.
[4] 7mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
[5] Self-Encrypting Drive model
[6] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[7] Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Momentus XT 750GB SSHD.

FED_SEAG0031498

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



### Key Advantages

· 7mm z-height form factor enables thin chassis design for all segments of laptop computing.

· Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.

· Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.

· Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications

· Thin entry-level laptop PCs
· Thin high-end netbooks
· Thin ultraportables
· Slim CE devices

| CAPACITY[1] | 7200-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT014[2] | SATA 3Gb/s | 16MB |
| 320GB | ST320LT009[2,3] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT014[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT009[2,3] | SATA 3Gb/s | 16MB |

| CAPACITY[1] | 5400-RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT015[2,4] | SATA 3Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| 320GB | ST320LT012[2] | SATA 3Gb/s | 16MB |
| 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| 250GB | ST250LT012[2] | SATA 3Gb/s | 16MB |

FED_SEAG0031499

# Momentus® 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| CAPACITY[1] | KIT NUMBER[5] | RPM | INTERFACE |
|---|---|---|---|
| 1TB | STBD1000100 | 5400 | SATA 3Gb/s |
| 500GB | ST905003N3A1AS-RK | 7200 | SATA 3Gb/s |
| 500GB | ST905003N1A1AS-RK | 5400 | SATA 3Gb/s |
| 250GB | ST90250N1A1AS-RK | 5400 | SATA 3Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 6Gb/s |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140 1vend.htm.
[4] SmartAlign technology is not available on this model.
[5] U.S. model numbers shown

FED_SEAG0031500

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.



26

FED_SEAG0031501

ENTERPRISE STORAGE

# Product Comparison

      

| | SAVVIO® | CHEETAH® | CONSTELLATION® | PULSAR® |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Mainstream SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | Performance, data integrity and drive endurance in an enterprise solid state drive |
| Form Factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| Performance | 15K RPM and 10K RPM | 15K RPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 1.1% | 0.44% |
| Capacity[1] | 300GB to 900GB | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| Power (Idle) | 3.0W to 4.4W | 8.74W to 11.68W | 2.52W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 3 years and 5 years | 5 years |

# Feature Comparison

     

| | 2.5-Inch Mission Critical | | 3.5-Inch Mission Critical | 2.5-Inch Nearline | 3.5-Inch Nearline | Mainstream SSD |
|---|---|---|---|---|---|---|
| Product | Savvio 15K | Savvio 10K | Cheetah 15K | Constellation | Constellation ES Constellation CS | Pulsar.2 |
| Best-in-Class Performance | X | X | X | X | X | |
| Capacity Leadership | | X | X | | X | X |
| Vibration Tolerance for Multi-Drive Stablization | X | X | X | X | X | |
| 6Gb/s SAS Interface | X | X | X | X | X | X |
| 4Gb/s FC Interface | | X | X | | | |
| 6Gb/s SATA Interface | | | | X | X | X |
| Best-in-Class Power Usage | | X | | X | X | |
| PowerChoice™ Optimized Idle Power Settings | | X | | X | X | |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X |
| FIPS 140-2 SED[2,3] | X | X | X | X | X | |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

FED_SEAG0031502

# Savvio® 10K

Seagate Savvio 10K drives deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.



## Key Advantages

· Highest-capacity enterprise SFF hard drive (up to 900GB)
· PowerChoice™ technology reduces power consumption.
· First SFF 10K-RPM drive to support 4Gb/s FC
· Protection Information (PI) option detects corruption of data in flight between the host system and the drive[5]
· Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

· Mission-critical servers and external storage arrays
· Power- and space-constrained data centers
· Compliance or data security initiatives

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,4] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

FED_SEAG0031503

# Savvio® 15K

The 2.5-inch Seagate Savvio 15K hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.



### Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven IT organizations

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 300GB | ST9300653SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300553SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300453SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146853SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146753SS[2] | 6Gb/s SAS | 64MB |
| 146GB | ST9146653SS[2,3] | 6Gb/s SAS | 64MB |
| 146GB | ST9146852SS | 6Gb/s SAS | 16MB |
| 146GB | ST9146752SS[2] | 6Gb/s SAS | 16MB |
| 146GB | ST9146652SS[2,3] | 6Gb/s SAS | 16MB |
| 73GB | ST973452SS | 6Gb/s SAS | 16MB |
| 73GB | ST973352SS[2] | 6Gb/s SAS | 16MB |
| 73GB | ST973252SS[2,3] | 6Gb/s SAS | 16MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.



### Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Self-Encrypting Drive models may require TCG-compliant host or controller support.
[3] See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
[4] FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05
[5] Protection Information (PI) feature requires PI-compliant host or controller support.

STORAGE SOLUTIONS GUIDE    29

FED_SEAG0031504



# Constellation®ES.3

The Seagate Constellation ES.3 enterprise capacity HDD helps data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the SED FIPS 140-2 option.[4,5]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[1] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[1] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[1] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[1] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[1] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[1] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[4,5] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[1] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[1] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[4,5] | 6Gb/s SAS | 128MB |

FED_SEAG0031505

# Constellation® ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.



## Key Advantages

· Highest-capacity enterprise drive for demanding data growth
· SAS and SATA drives designed for 24×7 reliability
· Best-in-class enhanced rotational vibration tolerance
· Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

· High-capacity bulk-data storage
· Mainstream enterprise external storage arrays
· Enterprise backup and restore—D2D, virtual tape
· Centralized surveillance
· Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| 3TB | ST33000651NS[2] | SATA 6Gb/s | 64MB |
| 3TB | ST33000652NS[2,3] | SATA 6Gb/s | 64MB |
| 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| 3TB | ST33000651SS[2] | 6Gb/s SAS | 64MB |
| 3TB | ST33000652SS[2,3] | 6Gb/s SAS | 64MB |
| 2TB | ST32000645NS | SATA 6Gb/s | 64MB |
| 2TB | ST32000646NS[2] | SATA 6Gb/s | 64MB |
| 2TB | ST32000647NS[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST32000645SS | 6Gb/s SAS | 64MB |
| 2TB | ST32000646SS[2] | 6Gb/s SAS | 64MB |
| 2TB | ST32000647SS[2,3] | 6Gb/s SAS | 64MB |

# Constellation® ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.



## Key Advantages

· Enterprise nearline drive designed for 24x7 operation
· Best-in-class rotational vibration tolerance
· Multi-drive firmware maximizes system availability.
· Optimal power savings with PowerChoice™ technology
· Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
· FIPS options meet government encryption compliance standards.

## Best-Fit Applications

· High-capacity data center storage
· Mainstream enterprise external storage arrays
· Enterprise backup and restore
· Cloud storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000NM0011 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0031[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NM0001 | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0021[2] | 6Gb/s SAS | 64MB |
| 2TB | ST2000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0011 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0031[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0051[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NM0001 | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0021[2] | 6Gb/s SAS | 64MB |
| 1TB | ST1000NM0041[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0031[2] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0051[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0021[2] | 6Gb/s SAS | 64MB |
| 500GB | ST500NM0041[2,3] | 6Gb/s SAS | 64MB |

[1] One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
[2] Seagate Instant Secure Erase Models
[2] DDR2 Cache
[2] Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
[3] FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635
[3] Based on maximum use of multiple 3.5-inch HDDs in standard 42U 19-inch rack.

FED_SEAG0031506

# Constellation® CS

The Seagate Constellation CS enterprise value hard drive is designed for vast amounts of unstructured data in the cloud..



## Key Advantages

- Affordable storage for 24x7 cloud data center replicated environments
- High vibration tolerance for reliable performance
- Save on power and cooling costs with the lowest 3.5-inch enterprise drive operating power.
- Advanced format logical block management
- Lower TCO with Seagate Instant Secure Erase
- Maximize your cloud storage with up to 114TB per square foot.[6]

## Best-Fit Applications

- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB[3] |
| 3TB | ST3000NC000[7] | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB[3] |
| 2TB | ST2000NC000[7] | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB[3] |
| 1TB | ST1000NC000[7] | SATA 6Gb/s | 64MB[3] |

# Constellation.2™

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[7] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,3] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[7] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,3] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[7] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,3] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[7] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,3] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[7] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,3] | SATA 6Gb/s | 64MB |

FED_SEAG0031507



# Pulsar.2™

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits for performance-hungry enterprise applications.



### Key Advantages
- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

### Best-Fit Applications
- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| CAPACITY¹ | MODEL | INTERFACE | FULL DRIVE WRITES/DAY⁴ |
|---|---|---|---|
| 800GB | ST800FM0002 | 6Gb/s SAS | 10 |
| 800GB | ST800FM0012³ | 6Gb/s SAS | 10 |
| 400GB | ST400FM0002 | 6Gb/s SAS | 10 |
| 400GB | ST400FM0012 | SATA 6Gb/s | 10 |
| 200GB | ST200FM0002 | 6Gb/s SAS | 10 |
| 200GB | ST200FM0012 | SATA 6Gb/s | 10 |
| 100GB | ST100FM0002 | 6Gb/s SAS | 10 |
| 100GB | ST100FM0012 | SATA 6Gb/s | 10 |

FED_SEAG0031508

# Video Storage Solutions

## Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the video storage market.



34

FED_SEAG0031509

# Product Comparison

 

|  | PIPELINE HD® | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max. Ext. Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity[1] | 250GB to 2TB | 1TB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4W (Idle2) |

# Feature Comparison

 

|  | 3.5-Inch CE-DVR | Video Surveillance |
|---|---|---|
| Application | Pipeline HD | SV35 Series |
| SATA Interface | x | x |
| Low Power | x |  |
| Quiet Acoustics | x |  |
| Cool Operation | x | x |
| Sustainable Technology | x |  |
| Best-in-Class Performance | x | x |
| Capacity Leadership | x |  |
| 24×7 Operation Capable | x | x |
| Extremely Low Vibration | x |  |

[1]One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0031510

  
# Pipeline HD®

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages
- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 2TB | ST2000VM003 | SATA 3Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 3Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages
- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications
- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY¹ | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

FED_SEAG0031511

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

As a registered SPP member, you enjoy the following exclusive features:

- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

Start reaping the rewards of SPP membership—register today at www.seagate.com/partners

- Complete the online form.
- Click through and accept our standard agreement.

# Service and Support

For information regarding products and services, visit
www.seagate.com/about/contact-us/technical-support

Available services include:

- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit
www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit
services.seagate.com

For Seagate OEM and Distribution partner portal, visit
www.seagate.com/partners

For Seagate reseller portal, visit
www.seagate.com/partners

FED_SEAG0031512



FED_SEAG0031513

# FED_SEAG0031474

## Metadata

| | | |
|---|---|---|
| **Attach Counts** | 0 | ORIGINAL |
| **Custodian** | No_Custodian | ORIGINAL |
| **DATECREATED** | 10/25/2012 | ORIGINAL |
| **DATELASTMOD** | 10/26/2012 | ORIGINAL |
| **DOCEXT** | pdf | ORIGINAL |
| **DOCTYPE** | Adobe Portable Document Format | ORIGINAL |
| **FED_BEGATTACH** | FED_SEAG0031474 | ORIGINAL |
| **FED_ENDATTACH** | FED_SEAG0031513 | ORIGINAL |
| **FileName** | amer-stx-storage-solutions-guide-oct-2012-sg1351-11-1210us.pdf | ORIGINAL |
| **FILESIZE** | 11783681 | ORIGINAL |
| **MD5 Hash** | 0C301B69BDC03367FC7693FB6E928309 | ORIGINAL |
| **OrgFolder** | \Files on CMS\Backup plus\ | ORIGINAL |
| **RecordType** | E-DOC | ORIGINAL |
| **Relativity Image Count** | 40 | ORIGINAL |
| **Relativity Native Time Zone Offset** | -8.00 | ORIGINAL |
| **TIMECREATED** | 1:28 PM | ORIGINAL |
| **TimeLastMod** | 9:00 AM | ORIGINAL |

# EXHIBIT 18



# Storage Solutions Guide

**OCTOBER 2013 | AMER**

## ROOM TO GROW

Double the storage.
Half the space.



### New 8-Bay Rackmount NAS

The first 1U rack that fits 8× 3.5" drives

Source: https://www.seagate.com/files/www-content/product-content/_cross-product/en-us/docs/storage-solution-guide-oct-13-ssg1351-14-1310us.pdf

# Make the perfect gift complete.



Complete your tablet with
1TB of storage to carry and stream 500+
movies or thousands of songs.
No internet required.



## Wireless Plus
Mobile Device Storage

www.**seagate**.com

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, Cheetah, Constellation, DiscWizard, Dynamic Data, Momentus, NASworks, OptiCache, PowerChoice, PowerTrim, Pulsar, Savvio, Seagate Secure, SmartAlign, SV35 Series, Terascale, Pipeline and Wuala are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1351.14-1310US, October 2013



# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ......................... 2
BACKUP PLUS PORTABLE ............................................. 5
BACKUP PLUS PORTABLE FOR MAC .............................. 6
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT™ .... 6
BACKUP PLUS DESKTOP FOR MAC ............................... 7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT™ ...... 7
BACKUP PLUS DESKTOP ............................................. 8
SLIM FOR MAC .......................................................... 8
SLIM ......................................................................... 9
EXPANSION DESKTOP ................................................ 9
EXPANSION PORTABLE ............................................... 10
WIRELESS PLUS ......................................................... 10
CENTRAL ................................................................... 11
BUSINESS STORAGE 8-BAY RACKMOUNT NAS ............. 11
BUSINESS STORAGE 4-BAY RACKMOUNT NAS ............. 12
BUSINESS STORAGE 4-BAY NAS ................................. 12
BUSINESS STORAGE 2-BAY NAS ................................. 13
BUSINESS STORAGE 1-BAY NAS ................................. 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ....................... 14
**SOLID STATE DRIVE SOLUTIONS**
SSD PRODUCTS MATRIX ............................................. 17
1200 SSD .................................................................. 18
600 PRO SSD ............................................................ 18
600 SSD .................................................................... 19

**ENTERPRISE STORAGE SOLUTIONS**
ENTERPRISE PRODUCTS MATRIX .................................. 21
ENTERPRISE TURBO SSHD ......................................... 22
ENTERPRISE PERFORMANCE 15K HDD ......................... 23
ENTERPRISE PERFORMANCE 10K HDD ......................... 24
CHEETAH® 15K ......................................................... 25
ENTERPRISE CAPACITY 3.5 HDD ................................. 26
CONSTELLATION® ...................................................... 27
TERASCALE™ HDD/CONSTELLATION CS .................... 28

**DESKTOP STORAGE SOLUTIONS**
DESKTOP PRODUCTS MATRIX ..................................... 31
DESKTOP SSHD ......................................................... 32
DESKTOP HDD .......................................................... 32
DESKTOP 3.5-INCH INTERNAL KIT .............................. 33

**MOBILE STORAGE SOLUTIONS**
MOBILE PRODUCTS MATRIX ........................................ 35
LAPTOP SSHD AND LAPTOP THIN SSHD ...................... 36
MOMENTUS® THIN ..................................................... 36
LAPTOP ULTRATHIN HDD ........................................... 37
ULTRA MOBILE HDD .................................................. 37
LAPTOP 2.5-INCH INTERNAL KIT ................................ 38

**SPECIALTY STORAGE SOLUTIONS**
SPECIALTY PRODUCTS MATRIX .................................... 41
NAS HDD .................................................................. 42
SV35 SERIES™ .......................................................... 42
VIDEO 3.5 HDD ......................................................... 43
VIDEO 2.5 HDD ......................................................... 43

PARTNER RESOURCES AND BENEFITS ......................... 44
SERVICE AND SUPPORT ............................................. 44

# External Storage
At-a-Glance Product Comparison



## Direct Attached/Portable

| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt™ | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| **DESCRIPTION** | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

## Wireless Mobile

| | Wireless Plus |
|---|---|
| **PERFECT FOR** | Wireless storage for your tablet |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. |
| **LEARN MORE** | Page 10 |

## Network Attached

| | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Central |
|---|---|---|---|---|---|---|
| **PERFECT FOR** | Centralized storage and backup | | Centralized storage, collaboration and backup | | | Wireless centralized home storage |
| **DESCRIPTION** | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. | This shared storage device automatically backs up multiple Macs and PCs plus streams your shared library to the connected devices in the home. |
| **LEARN MORE** | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 | Page 11 |

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

# Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.



## Key Advantages
- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

## Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **1TB** | STBW1000900 | USB 3.0 | Silver/White | Mac, PC |
| **PRODUCT DIMENSIONS** | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| **PACKAGE DIMENSIONS** | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

# Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.



## Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

## Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **4TB** | STCB4000901 | USB 3.0 | Black/Silver | Mac, PC |
| **3TB** | STCB3000900 | USB 3.0 | Black/Silver | Mac, PC |
| **2TB** | STCB2000900 | USB 3.0 | Black/Silver | Mac, PC |
| **PRODUCT DIMENSIONS** | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| **PACKAGE DIMENSIONS** | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.



## Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

## Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **1TB** | STBW1000401 | Thunderbolt | Black | Mac, PC |
| **PRODUCT DIMENSIONS** | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | | |
| **PACKAGE DIMENSIONS** | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | | |

# Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.



## Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

## Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| **3TB** | STCB3000400 | Thunderbolt | Black | Mac, PC |
| **PRODUCT DIMENSIONS** | 6.61-in L x 4.76-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | | |
| **PACKAGE DIMENSIONS** | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

# Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.



### Key Advantages

- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.

### Key Advantages

- Just slightly thicker than an iPhone
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.



### Key Advantages

- Just slightly thicker than an iPhone
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500102 | USB 3.0 | ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.38-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

# Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

# Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

### Key Advantages

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (1TB) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PRODUCT DIMENSIONS (500GB) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

# Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages

- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications

- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 42mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 261mm x 235mm) | | | |

# Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages

- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

### Best-Fit Applications

- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablets and smartphones



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |

# Business Storage 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses

### Key Advantages

- A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
- Wuala™ cloud service and apps for secure collaboration and anywhere access
- Centralized backup for PCs, plus Time Machine support for Mac computers
- Support for iSCSI enables maximum performance and compatibility for virtualized environments

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 32TB | STDP32000100 | Gigabit Ethernet | Black | PC, Mac |
| 24TB | STDP24000100 | Gigabit Ethernet | Black | PC, Mac |
| 16TB | STDP16000100 | Gigabit Ethernet | Black | PC, Mac |
| 12TB | STDP12000100 | Gigabit Ethernet | Black | PC, Mac |
| 8TB | STDP8000100 | Gigabit Ethernet | Black | PC, Mac |
| PRODUCT DIMENSIONS | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS | 35.354-in L x 23.465-in W x 8.661-in D (898mm x 596mm x 220mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown
3 Exact battery life subject to product model, normal usage conditions and configurations.

EXTERNAL STORAGE

# Business Storage 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.



## Key Advantages

- Centralized storage and backup for PCs and Macs, plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

## Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STDN16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STDN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 16.929-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) | | | |
| PACKAGE DIMENSIONS | 22.44-in L x 19.567-in W x 6.496-in D (570mm x 497mm x 164mm) | | | |

# Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

## Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

## Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) | | | |
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) | | | |

# Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations



## Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

## Best-Fit Applications

- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files to entire volumes of data

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| — | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) | | | |
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) | | | |

# Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

## Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

## Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using Internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 176mm x 148mm) | | | |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) | | | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 U.S. model numbers shown

AT-A-GLANCE PRODUCT COMPARISON

# Internal Storage
## At-a-Glance Product Comparison

### 3.5-inch

| | ENTERPRISE | | | DESKTOP | | SPECIALTY | | |
|---|---|---|---|---|---|---|---|---|
| | Cheetah® 15K | Enterprise Capacity 3.5 HDD | Terascale™ HDD | Desktop SSHD | Desktop HDD | NAS HDD | SV35 Series™ | Video 3.5 HDD |
| **USE THIS DRIVE FOR** | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | Small NAS systems needing performance with high capacities. 3-year limited warranty | Surveillance systems that require high performance, low power and centralized storage or every surveillance application. 3-year limited warranty | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty |
| **ENCRYPTION MODELS AVAILABLE** | X | X | | | | | | |
| **LEARN MORE** | Page 25 | Page 26 | Page 28 | Page 32 | Page 32 | Page 42 | Page 42 | Page 43 |

### 2.5-inch

| | SSD | | | ENTERPRISE SSHD | ENTERPRISE | | | MOBILE | | | | SPECIALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1200 SSD | 600 Pro SSD | 600 SSD | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation® | Laptop SSHD and Laptop Thin SSHD | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD | Video 2.5 HDD |
| **USE THIS DRIVE FOR** | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Data center and cloud applications that require fast performance and low power | On-the-go users who need the fastest performance and improved ruggedness | Improved storage performance tier between SSDs and high-capacity HDDs | Compute-intensive data requirements demanding the highest HDD performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications | Video streaming where 24x7 operation, small form factor and low power consumption are needed, 3-year limited warranty |
| **ENCRYPTION MODELS AVAILABLE** | | | X | X | X | X | X | | X | X | | |
| **LEARN MORE** | Page 18 | Page 18 | Page 19 | Page 22 | Page 22 | Page 24 | Page 27 | Page 36 | Page 36 | Page 37 | Page 37 | Page 43 |

# Solid State Drive Solutions

Seagate is committed to the flash-based storage market, as is evident by its line of enterprise and client SSDs, engineered to deliver ultra-fast speed and high data integrity. Seagate is focused on the continuing technology leadership that allows it to be a premier supplier of both solid state drives and hard drives.



| Product Comparison | | 1200 SSD | 600 Pro SSD | 600 SSD |
|---|---|---|---|---|
| | Legacy Name | | | |
| | Description | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Fast performance and low power for performance-hungry data center and cloud applications | Speed up your laptop with SSD performance and ruggedness |
| | Form Factor/z-Height | 2.5-inch/7mm | 2.5-inch/7mm | 2.5-inch/5mm, 7mm |
| | Reliability | 0.44% AFR | 0.58% AFR | 0.58% AFR |
| | Capacity[1] | 200GB to 800GB | 100GB to 480GB | 120GB to 480GB |
| | Endurance (total terabytes written over warranty period) | 3650TBW to 14,600TBW | 24TBW to 1080TBW | 36.5TBW to 73TBW |
| | NAND Flash Type | MLC | MLC | MLC |
| | Power (Idle) | 2.72W to 3.0W | 1.05W to 1.25W | 1.1W |
| | Interface | 12Gb/s SAS | SATA 6Gb/s | SATA 6Gb/s |
| | Limited Warranty[4] | 5 years | 5 years | 3 years |

| Feature Comparison | Product | 1200 SSD | 600 Pro SSD | 600 SSD |
|---|---|---|---|---|
| | Self-Encrypting Drive (SED) Option[2] | X | | |
| | FIPS 140-2 SED Option[2,3] | X | | |
| | Power Loss Data Protection | X | X | |



**SPEED**
**Seagate SSDs offer ultra-fast performance**

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

# 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

## Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

## Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)



| CAPACITY† | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 800GB | ST800FM0053² | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063²,³ | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073² | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073² | SATA 12Gb/s | MLC |

# 600 SSD

The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.

## Key Advantages

- Nearly 4× faster boot times and over 2× faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade drive for road warriors, power users, executives and gamers—work and play faster

## Best-Fit Applications

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching

| CAPACITY† | 7MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY† | 5MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

# 600 Pro SSD

A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.

## Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

## Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications



| CAPACITY† | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 100GB | ST100FP0021 | SATA 6Gb/s | MLC |

† One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries.
   May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html

ENTERPRISE STORAGE



# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.



**Product Comparison**

| | ENTERPRISE TURBO SSHD | ENTERPRISE PERFORMANCE HDD | CHEETAH® | ENTERPRISE CAPACITY HDD | TERASCALE™ HDD/ CONSTELLATION® CS |
|---|---|---|---|---|---|
| Legacy Name | | Savvio® | | Constellation | |
| Application | Highest SFF Performance | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Affordable High Capacity With Low Power |
| Description | World's fastest hard drive | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High-performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, low-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-capacity, eco-friendly, cost-effective storage for Web-scale data centers |
| Form Factor | 2.5-inch | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 3.5-inch |
| Reliability | 0.44% AFR | 0.44% AFR | 0.55% AFR | 0.62% and 1.095% AFR | 800,000 MTBF |
| Capacity[1] | 300GB to 900GB | 300GB to 1200GB | 300GB to 600GB | 250GB to 4TB | 1TB to 4TB |
| Power (Idle) | 4.82W to 5.3W | 4.4W to 5.3W | 8.74W to 11.68W | 2.52W to 7.7W | up to 4.59W |
| Format | 5xxE, 4KN | 512N, 5xxE, 4KN | 512N | 512N, 5xxE | 512E |
| Interface | 6Gb/s SAS | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | SATA 6Gb/s |
| Limited Warranty[4] | 5 years | 5 years | 5 years | 5 years | 3 years |

**Feature Comparison**

| Product | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Terascale HDD/ Constellation CS |
|---|---|---|---|---|---|---|---|
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | X |
| PowerChoice™ Optimized Idle Power Settings | X | X | X | | X | X | X |
| Self-Encrypting Drive (SED)[2] | X | X | X | X | X | X | |
| FIPS 140-2 SED Option[2,3] | X | X | X | X | X | X | |
| Instant Secure Erase | X | X | X | | X | X | X |
| Solid State Hybrid | X | | | | | | |
| Energy-Saving Features | X | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 Warranty terms may vary based on usage. Consult your Seagate sales representative for warranty terms and conditions.

# Enterprise Turbo SSHD

The Enterprise Turbo SSHD accelerates access to your most critical data with the world's fastest hard drive.



## Key Advantages

- Hard drive capacities with flash-based performance
- Best economic combination of performance, endurance and capacity—best $/IOPS enterprise HDD
- Meets critical demands for performance, scalability, flexibility and high density in a 2.5-inch form factor
- Automatically caches hot data to flash and absorbs write intensity by only promoting hot data
- Nonvolatile cache to enable faster write response time and help ensure data integrity during power loss

## Best-Fit Applications

- Big data analytics
- Databases (ERP and OLTP)
- Virtual desktop infrastructure (VDI)
- Web development and Web page delivery

| CAPACITY[1] | 5XX EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0004 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0014[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0024[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0054[2,3] | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0044[2] | 6Gb/s SAS | 128MB |



# Enterprise Performance 15K HDD

Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.



## Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)[2] and FIPS SED[4] options cut IT drive retirement costs and help protect data at rest.

## Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044[2] | 6Gb/s SAS | 128MB |

| CAPACITY[1] | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074[2] | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0084[2,4] | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074[2] | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074[2] | 6Gb/s SAS | 128MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. Require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val/2011.htm#1635.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/validation.html#05

# Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

## Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[2] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[2] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0036[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS[2] | 6Gb/s SAS | 64MB |
| 900GB | ST9900605SS[2,3] | 6Gb/s SAS | 64MB |
| 900GB | ST9900805FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS[2] | 6Gb/s SAS | 64MB |
| 600GB | ST9600005SS[2,3] | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0026[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS[2] | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[2,3] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0026[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300505SS[2] | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS[2,3] | 6Gb/s SAS | 64MB |
| 300GB | ST9300605FC | 4Gb/s FC | 64MB |

# Cheetah® 15K

The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.

## Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635
4 Protection Information (PI) feature requires PI-compliant host or controller support.

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.



## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053[2] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073[1,3] | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043[2] | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063[2,3] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053[2] | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043[2] | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063[1,3] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053[2] | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043[2] | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063[1,3] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053[2] | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043[2] | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063[2,3] | 6Gb/s SAS | 128MB |

# Constellation®

The Seagate Constellation drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



## Key Advantages

- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data.
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY[1] | 5xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[2] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[2,4] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS[2] | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[2,4] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[2] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[2,4] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[2] | 6Gb/s SAS | 64MB |
| 500GB | ST9500622SS[2,4] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[2] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[2,4] | SATA 6Gb/s | 64MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drives (SED) and FIPS 140-2 Validated drives are not available in all models or countries. May require TCG-compliant host or controller support.
3 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
4 FIPS 140-2 in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401val2011.htm#1635

# Terascale™ HDD Constellation® CS

The Seagate Terascale HDD and Constellation CS are designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.



## Key Advantages
- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

## Best-Fit Applications
- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)

| CAPACITY[1] | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000[2] | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000[2] | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000[2] | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000[2] | SATA 6Gb/s | 64MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate Instant Secure Erase Model

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



   

| | | DESKTOP SSHD | DESKTOP SHDD INTERNAL KIT | DESKTOP HDD | DESKTOP 3.5 INCH INTERNAL KIT |
|---|---|---|---|---|---|
| Product Comparison | Legacy Name | | | Barracuda® | Barracuda |
| | Application | Performance | Performance | Mainstream | Mainstream |
| | Description | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to desktop computers to get solid state speed for fast, responsive system performance | Tuned performance for low-power, mainstream and high-performance desktop computing | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers |
| | Capacity¹ | 1TB to 4TB | 1TB to 4TB | 250GB to 4TB | 500GB to 4TB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s |
| | Form Factor | 3.5 inch | 3.5 inch | 3.5 inch | 3.5 inch |
| | Reliability | <1% AFR | <1% AFR | <1% AFR | <1% AFR |
| | Cache | 64MB | 64MB | 16MB to 64MB | 16MB to 64M |
| | Power (Idle) | <3.3W to <3.9W | <3.3W to <3.9W | 4.0W to 5.8W | |

| | Product | Desktop SSHD | Desktop SHDD Internal Kit | Deesktop HDD | Desktop 3.5 Inch Internal Kit |
|---|---|---|---|---|---|
| Feature Comparison | OptiCache™ Technology | | | X | X |
| | Solid State Hybrid | X | X | | |
| | Mounting Hardware and Cables | | X | | X |
| | Compatible with Windows 8² | X | X | X | X |
| | Energy-Saving Features | X | X | X | X |
| | RoHS Compliance | X | X | X | X |

30

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

STORAGE SOLUTIONS GUIDE    31

# Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.

### Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[2]

### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

# Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

### Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability
- Desktop solid state hybrid model offers SSD-like performance with the capacity of a hard drive

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310005N1A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

| DESKTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[3] | INTERFACE | MLC FLASH |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.38-in W x 2.88-in D (149.35mm x 187.45mm x 73.15mm) | | |

# Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.

### Key Advantages

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)



| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system.
3 U.S. model numbers shown

# Mobile Storage Solutions

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.





## Product Comparison

| | LAPTOP SSHD AND LAPTOP THIN SSHD | LAPTOP SSHD INTERNAL KIT | LAPTOP 2.5-INCH INTERNAL KIT | MOMENTUS® THIN | LAPTOP ULTRATHIN HDD | ULTRA MOBILE HDD |
|---|---|---|---|---|---|---|
| Legacy Name | Momentus XT | Momentus XT | Momentus Internal Kit | | | |
| Application | Performance | Performance | Performance | Mainstream, Slim Computing | Slim Computing | Slim, Robust Computing |
| Description | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to laptop computers to get solid state speed with capacity of a hard disk drive | A complete upgrade kit to transform your system to high performance or just add capacity | The 2.5-inch drive for laptops and notebooks | Affordable, high-capacity storage that is thinner than a pencil | Brings robust storage ideal for ultra-slim tablet, convertible and detachable applications in a 5mm form factor |
| Capacity[1] | 500GB and 1TB | 500GB and 1TB | 250GB and 1TB | 250GB, 320GB and 500GB | 320GB and 500GB | 500GB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| Form Factor/ z-Height | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/9.5mm | 2.5-inch/7mm | 2.5-inch/5mm | 2.5-inch/5mm |
| Reliability | 0.48% AFR | 0.48% AFR | 0.48% AFR | 0.48% AFR | | |
| Cache | 64MB | 64MB | 16MB | 16MB | 16MB | 16MB |
| Power (Idle) | 0.9W | 0.9W | 0.67W to 0.81W | 0.45W | 0.48W | 0.48W |

## Feature Comparison

| Product | Laptop SSHD and Laptop Thin SSHD | Laptop SSHD Internal Kit | Laptop 2.5-inch Internal Kit | Momentus® Thin | Laptop Ultrathin HDD | Ultra Mobile HDD |
|---|---|---|---|---|---|---|
| Self-Encrypting Drive (SED) with Instant Secure Erase[2] | | | | X | X | |
| FIPS 140-2 SED Option[2,3] | | | | X | | |
| Drop Sensor Options | | | | | | X |
| Solid State Hybrid | X | X | | | | |
| Compatible with Windows 8[4] | X | X | X | X | X | X |
| Energy-Saving Features | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Self-Encrypting Drive models may require TCG-compliant host or controller support.
3 Some FIPS in review. See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401rend.htm.
4 For a complete list of Seagate products that are compatible with Windows 8, visit http://www.microsoft.com/en-us/windows/compatibility/win8/CompatCenter/Home

# Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.



## Key Advantages

- Boots and performs like an SSD[2]
- Up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

## Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

# Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.



## Key Advantages

- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

## Best-Fit Applications

- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT033[3] | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

# Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive[3] options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025[3,5] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT015[4,5] | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012[5] | SATA 6Gb/s | 16MB |
| 250GB | ST250LT012[5] | SATA 6Gb/s | 16MB |

# Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.

## Key Advantages

- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

## Best-Fit Applications

- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT035 | SATA 6Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Performance may vary depending on user's hardware configuration and operating system. Testing performed on a Laptop SSHD 1TB and a Laptop Thin SSHD 500GB.
3 Self-Encrypting Drives (SED) are not available in all models or countries. May require TCG-compliant host or controller support.
4 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
5 SmartAlign technology is not available on this model.

# Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

## Key Advantages
- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications
- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations



| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003N3A1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY[1] | KIT NUMBER[2] | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 U.S. model numbers shown

# Specialty Storage Solutions

## Storage solutions for NAS, DVRs and surveillance systems

Seagate has the expertise to build drives optimized for specialty environments, like Network Attached Storage (NAS), CE and video storage. Our global presence, business partnerships, technology leadership and industry understanding enable Seagate to deliver industry-leading products.



   

|  | | NAS HDD | SV35 SERIES™ | VIDEO 3.5 HDD | VIDEO 2.5 HDD |
|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | Pipeline® HD | Pipeline HD Mini |
| | Application | Small NAS | Video Surveillance | Mainstream CE-DVR | Small form factor CE-DVR |
| | Description | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems | Optimized performance and improved reliability for video surveillance applications | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs |
| | Capacity[1] | 2TB to 4TB | 1TB to 3TB | 250GB to 4TB | 250GB to 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s |
| | Form Factor | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
| | Simultaneous HD Streams Supported | — | — | up to 16 | up to 12 |
| | Reliability | 1M hours MTBF | <1% AFR | 0.55% AFR | 0.55% AFR |
| | Cache | 64MB | 64MB | 8MB to 64MB | 16MB |
| | Power (Idle) | 3.0W to 3.95W | 3.36W to 5.4W (Idle2) | 2.5W to 5.0W | 0.66W |

| | Product | NAS HDD | SV35 Series | Video 3.5 HDD | Video 2.5 HDD |
|---|---|---|---|---|---|
| **Feature Comparison** | Cool Operation | | x | x | x |
| | 24x7 Operation Capable | x | x | x | x |
| | Extremely Low Vibration | x | | | |
| | NASWorks™ Technology | x | | | |
| | Energy-Saving Features | x | | x | x |
| | RoHS Compliance | x | x | x | x |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

SPECIALTY STORAGE

# NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.



### Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

### Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

# Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s | 8MB |

# SV35 Series™

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

# Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.

### Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

### Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

# Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

**As a registered SPP member, you enjoy the following exclusive features:**
• Password-protected portal
• E-newsletter and regular news updates
• New product evaluation unit program
• Training and sales tools
• Priority support

**Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners**
• Complete the online form.
• Click through and accept our standard agreement.



Seagate
Partner Program

# Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

**Available services include:**
• Presales and Technical Support
• Global Support Services telephone numbers and business hours
• Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners





**Seagate Technology LLC**
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000