# EXHIBIT 57

Joshuah Enders, Vol 1                                    June 07, 2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                    CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF JOSHUAH ENDERS

San Francisco, California

Wednesday, June 7, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2228

Pages 1 - 272

```
 1      A     No.  On the other side of the page --
 2   obviously, I referenced these technical
 3   specifications, and all of these things have meaning
 4   to me.
 5      Q     Okay.  So now we're looking at Exhibit B
 6   to Exhibit 4, that's document 62-2 in the court
 7   filing system, page three of three.  The Barracuda
 8   specs.  Is that what you would call them?
 9      A     Yes.
10      Q     And you recall reviewing that on
11   Seagate's website in August 2012?
12      A     This format may have been either abridged
13   and had only key elements of this table that I'm
14   looking at here.  The PDF may have been supplied on
15   that third tab of the product page, but the key
16   elements are here.
17      Q     The product page, meaning what we just
18   reviewed on Exhibit 6?
19      A     That's correct.
20      Q     So what specific specs did you consider
21   and rely on?
22      A     Spindles.  Well, we're going to go down
23   the list, ready?
24            THE REPORTER:  Slowly.
25            THE WITNESS:  Interface options, spindle
```

Joshuah Enders, Vol 1                                        June 07, 2017

```
 1   speed, cache, seek average -- read and seek average,
 2   write, average data rate, max sustained data rate,
 3   bytes per sector, load and unload cycles,
 4   non-recoverable read errors per bits read max.
 5             That one is very important.
 6   BY MS. MCLEAN:
 7       Q    Why is it very important?
 8       A    That's basically how reliable the write
 9   head is across the platter.  And so that's a -- it's
10   a big indicator of good engineering and long-term,
11   you know, availability, I guess.
12             The annualized failure rate, power-on
13   hours.
14             That's another big one.
15       Q    What is significant about the power-on
16   hours?
17       A    That's number of hours of continuous
18   operation, I believe.
19       Q    Did you use the drives in accordance with
20   the recommended power-on hours?
21       A    Yes.  But they didn't last that long.
22       Q    How many hours per week is 2,400 hours,
23   on a yearly basis?
24       A    I can't do the math.
25       Q    What did you have in mind when you were
```

Joshuah Enders, Vol 1                                              June 07, 2017

```
 1   BY MS. MCLEAN:
 2        Q    So other than the factors that we have
 3   just reviewed on Exhibit B, were there any other
 4   statements and data you believe were misrepresented
 5   in Seagate's statement referred to in paragraph 230
 6   in the complaint?
 7             MR. SIEGEL:   Objection as to form.
 8   BY MS. MCLEAN:
 9        Q    I'll rephrase that.
10        A    Thank you.
11        Q    Earlier, we talked about the AFR.   You
12   believed that was a misrepresentation.
13        A    Yes.
14        Q    Are there any other statements that you
15   believed -- you considered, in connection with the
16   purchase of your hard drives that you believe were
17   misrepresented?
18        A    Yes.  So I mean under the -- on Exhibit
19   B, on the second page, the power-on hours, none of
20   my drives, including replacement drives, ever
21   achieved 2,400 power-on hours.
22             The non-recoverable read errors per bits
23   read, so a system of a drive's failing were
24   uncorrectable read errors as exposed by the drive
25   firmware and the Linux kernel.   And my experiences
```

# EXHIBIT 58

David Schechner, Vol 1                                          June 06, 2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                    CASE NO. 5:16-CV-00523-JCS
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF DAVID SCHECHNER

San Francisco, California

Tuesday, June 6, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2240

Pages 1 - 154

David Schechner, Vol 1                                          June 06, 2017

```
 1   specifications for the drive, the size, the price,
 2   the annualized failure rate; anything that would
 3   have been shown on Amazon.  I relied on other
 4   customer reviews.
 5       Q    Do you remember looking at any other
 6   websites other than Amazon?
 7       A    I do.  That was listed in here.  I looked
 8   at Tiger Direct and at Newegg, I believe, was the
 9   third one that I had listed.
10       Q    Do you remember going to the Seagate
11   website?
12       A    I looked up the data sheet for the
13   Barracuda drives, yes.
14       Q    What do you recall reading on the data
15   sheet?
16       A    The annualized failure rate was listed
17   less than 1 percent power on hours of 2,400.
18       Q    Did you save anything you saw on the
19   Seagate websites?
20       A    Not at the time, no.  I didn't.  I have a
21   copy of the data sheet now but I had not saved it at
22   the time.
23       Q    Is there any other document that you
24   relied on, or website that you relied on, in making
25   the decision to purchase the Backup Plus hard drive?
```

```
 1   sit there and be accessed when the backup program
 2   ran.
 3        Q    At the time that you purchased the
 4   external hard drive, the Backup Plus, did you know
 5   the model number of the internal drive?
 6        A    Not at the time.
 7        Q    Where did you find the data about AFR and
 8   power-on hours?
 9        A    On Seagate's website.
10        Q    Seagate's website for the Backup Plus?
11        A    Seagate's website for Barracuda drives,
12   yeah.
13        Q    Did you know it was a Barracuda drive
14   that was inside the Backup Plus?
15        A    I did.
16        Q    And where did you get that information?
17        A    I couldn't even tell you.  Somewhere
18   online.  It might have been Tom's Hardware.  I don't
19   recall.
20        Q    I think we partially covered this before.
21   Have you searched for all of your communications
22   with Seagate?
23        A    Yeah.  Yes.
24        Q    Is it possible that you did not search
25   your sent mail folder on your Gmail account?
```

```
 1        A    I don't know.  I would have to go and
 2   look at it.
 3             Actually, it does say, in 172, it was
 4   another refurbished unit.
 5        Q    Do you remember, as you sit here right
 6   now, whether it was or it wasn't?
 7        A    If I stated that in the complaint, then
 8   yes, it was.
 9        Q    I think you've mentioned the word "AFR"
10   before in this deposition.
11        A    Annualized failure rate.  Sure.
12        Q    Do you know what AFR is, other than
13   translating it into annualized failure rate?
14        A    From what I understand, the AFR is the
15   expected rate of failures of hard drives.  If
16   there's a hundred hard drives that are shipped out
17   in a year, one of them should fail, for example, if
18   it's 1 percent.
19        Q    And did you read any statements by
20   Seagate about AFR prior to purchasing the Backup
21   Plus drive in 2012?
22        A    Yes.
23        Q    And where did you read that?
24        A    On the Barracuda products they issued.
25        Q    I think we're on 27.
```

# EXHIBIT 59

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION



  IN RE SEAGATE TECHNOLOGY LLC
  LITIGATION,
  _____


                                     CASE NO. 5:16-CV-00523-JCS
  _____
  CONSOLIDATED ACTION,


  _____



              VIDEOTAPED DEPOSITION OF JAMES HAGEY

                   San Francisco, California

                     Monday, July 24, 2017










  Reported by:  Ashley Soevyn, CSR No. 12019

  Job No. 2259

  Pages 1 - 94
```

```
 1   BY MS. SIU:
 2        Q    Okay.  Can you tell me if this looks like
 3   the data sheet you reviewed on Seagate's websites?
 4        A    Yes, ma'am, it is.
 5        Q    Okay.  And you said that you reviewed
 6   that data sheet prior to purchasing your drive?
 7        A    I did.
 8        Q    Going back to 179 of the complaint.
 9   You'll notice in that paragraph there are examples
10   one through five, of different representations that
11   you relied on.  We're just going to go one by one
12   and kind of talk about them.
13        A    Okay.
14        Q    So Paragraph 179 of the operative states
15   that you considered the AFR data to be material
16   because it pertained to the internal Barracuda's
17   reliability and longevity; is that correct?
18        A    Yes.
19        Q    And can you tell me a little bit about
20   your understanding of what AFR data is?
21        A    Yes.  It's the average failure rate for a
22   hard drive, just in general.
23        Q    And can you tell me how AFR is measured?
24        A    I cannot.
25        Q    Okay.  And have you seen the term "AFR"
```

```
 1   or "annualized failure rate" during your 20-year
 2   career --
 3        A    Yes.
 4        Q    -- in information technology services?
 5        A    I have.
 6        Q    And going to the first statement, it says
 7   that you relied on this data in deciding to purchase
 8   the internal Barracuda because it caused you to
 9   believe that the drive was stable, reliable, and had
10   a long life expectancy; is that correct?
11        A    It is.
12        Q    What caused that belief?  Actually, let
13   me rephrase.
14             So, remember, this paragraph starts
15   talking about AFR and how you viewed that
16   representation.
17        A    Yes.
18        Q    So what about that representation, the
19   AFR, made you believe that the drive was stable,
20   reliable, and had a long expected life?
21        A    Because it was such a -- because it was
22   such a small number.
23        Q    Okay.  And can you tell me, in your
24   opinion, what constitutes a long expected life?
25        A    For a hard drive?
```

# EXHIBIT 60

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


    IN RE SEAGATE TECHNOLOGY LLC
    LITIGATION,
    _____


                                        CASE NO. 5:16-CV-00523-JCS
    _____
    CONSOLIDATED ACTION,

    _____



               VIDEOTAPED DEPOSITION OF NIKOLAS MANAK

                     San Francisco, California

                       Tuesday, June 20, 2017











    Reported by:   Ashley Soevyn, CSR No. 12019

    Job No. 2248

    Pages 1 - 144
```

Nikolas Manak, Vol 1                                                June 20, 2017

1   type of hard drive that you had returned to Seagate?
2       A    Yes.  It was the same model number.
3       Q    Was it a 3 terabyte Barracuda?
4       A    Yes.
5       Q    You testified earlier that when the hard
6   drive failed you lost movies.  What other types of
7   information did you lose?
8       A    Digitally archived copies of my music
9   collection and a few photos.  I can't remember
10  exactly of what, but some of my photo collection was
11  on there, and I hadn't recently synchronized it with
12  what was on my personal computer.
13      Q    Did you read any statements by Seagate
14  about AFR prior to purchasing the Seagate internal 3
15  terabyte hard drive?
16      A    Yes, it was on their data sheet.
17      Q    Did you read any statements by Seagate
18  about the use of 3 terabyte Barracuda hard drives in
19  RAID before purchasing the hard drives?
20      A    Yes.
21      Q    Where did you read those statements?
22      A    On the data sheet.
23      Q    Did you read any statements by Seagate
24  about the use of 3 terabyte Barracuda hard drives in
25  NAS before purchasing the hard drives?

```
 1         A    Yes, I did.
 2         Q    Did you rely on any of those statements?
 3         A    Yes.  Both RAID and NAS were my intended
 4   usage so I relied on both of those statements.
 5         Q    Did you rely on statements about AFR?
 6         A    Yes, I did.  I knew I would be using RAID
 7   zero, so there was always the possibility of data
 8   loss.  So I relied on their very, very low AFR,
 9   which would mean it was very unlikely I would suffer
10   any data loss.
11         Q    Are you aware that the second
12   consolidated amended complaint states that you read
13   the data sheet but it does not specifically state
14   that you relied on statements about AFR, RAID or
15   NAS?
16         A    No, I'm not aware of that.
17         Q    We're finished with documents.
18              What relief are you seeking in this
19   lawsuit?
20         A    I am going to defer to the lawyers on
21   what would be appropriate relief.
22         Q    Is there a different amount that you
23   would have paid for the Seagate 3 terabyte internal
24   Barracudas knowing how long the drive lasted?
25              MR. SIEGEL:  Objection as to form.  Calls
```