# EXHIBIT 63

| Date | Drive Type | Advertised AFR | AFR Test Results | Advertised AFR Source | AFR Test Results Citation |
|---|---|---|---|---|---|
| **Oct. 2011** | **Grenada Classic Released** | | | | |
| Nov. 2011-Feb. 2012 | Grenada Classic | <1% | 1.02% to 2.21% | Website and Original Data Sheet | FED_SEAG0009670, at 9681 |
| Dec. 2011-March 2012 | Grenada Classic | <1% | 2.25% (12-week rolling avg.) | Website and Original Data Sheet | FED_SEAG0063104, at 63107 |
| Jan. 2012-March 2012 | Grenada Classic | <1% | 1.23% to 2.69% | Website and Original Data Sheet | FED_SEAG0071091, at 71094 |
| March 2012-June 2012 | Grenada Classic | 0.34%, <1%* | 1.65 to 2.56% | Website | FED_SEAG0071106, AT 71109 |
| **June 2012** | **Grenada BP Released** | | | | |
| June 2012 | Grenada BP | 0.34%, <1% | 0.98% | Website | FED_SEAG0026751, at 26783 |
| June 2012 | Grenada Classic | 0.34%, <1% | 3.436% (initial), 2.35% (post-fix)** | Website | FED_SEAG0026751, at 26785-86 |
| Sept. 2012-Nov. 2012 | Grenada Classic | 0.34%, <1% | 1.72% to 2.52% | Website | FED_SEAG0059618, at 59620 |
| Feb. 2013-May 2013 | Grenada Classic | <1% | 0.73% to 2.66%*** | Original Data Sheet, July 2012 Storage Solutions Guide, and October 2012 Storage Solutions Guide | FED_SEAG0056563, at 56595 |
| Feb. 2013-May 2013 | Grenada BP | <1% | 1.30% to 1.51%**** | Original Data Sheet, July 2012 Storage Solutions Guide, and October 2012 Storage Solutions Guide | FED_SEAG0056563, at 56602. |

| Sept. 2013-Nov. 2013 | Grenada BP | 0.34% | 0.38% to 0.86% | Website | FED_SEAG0056643, at 56666. |

\*  The advertised AFR on the website was changed from <1% to "0.34%, <1%" in April 2012.

\*\* The "initial" AFR is the AFR before fixes were implemented (also referred to as the "raw" AFR). The "post-fix" AFR is the AFR after fixes were implemented (also referred to as the "demonstrated reduced AFR"). The initial AFR calculated in June 2012 for the Grenada Classic is relevant because it was post-release, ongoing reliability testing. *See* Hospdor I, at ¶ 85; Hospdor II, at ¶ 41.

\*\*\* The AFR was below 1% for only 1 week out of this 12-week period.

\*\*\*\* 8 of 12 weeks in this AFR graph are fully or partially obscured by a callout graphic. However, it is highly likely that the obscured data points represent AFRs of >1%. *See* Hospodor II at 45-46.