UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION |

010581-11 1071417 V1

1    This matter comes before the Court on Plaintiffs' Renewed Motion for Class Certification.
2    Having reviewed the papers submitted in support of and in opposition to plaintiffs' motion for class
3    certification, based on argument of counsel, and for good cause shown, the Court finds that plaintiffs
4    have met their burden of satisfying the requirements of Federal Rule of Civil Procedure 23. Their
5    motion is, therefore, GRANTED.

6    The Court finds that plaintiffs have satisfied the requirements of Rules 23(a) and (b)(3), such
7    that certification of their claims is appropriate. Accordingly, the Court hereby certifies the following
8    state classes:

1. **California Class**. All individuals who reside in California and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model numberST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "California Class"). The California Class seeks class certification of claims for violations of: (a) the Consumer Legal Remedies Act, Cal. Civ. Code § 1750 (CLRA); (b) the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 (UCL); and (c) the False Advertising Law, Cal. Bus. & Prof. Code § 17500 (FAL).

2. **Florida Class**. All individuals who reside in Florida and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "Florida Class"). The Florida Class seeks class certification of claims for violations of the Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. § 501.204.

3. **Massachusetts Class**. All individuals who reside in Massachusetts and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "Massachusetts Class"). The Massachusetts Class seeks class certification of claims for violations of Massachusetts Gen. Laws Ch. 93A.

4. **New York Class**. All individuals who reside in New York and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "New York Class"). The New York Class seeks class certification of claims for violations of New York Gen. Bus. Law § 349.

5. **South Carolina Class**. All individuals who reside in South Carolina and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "South Carolina Class"). The South Carolina Class seeks class certification of claims for violations of the South Carolina Unfair Trade Practices Act, S.C. Code Ann. § 39-5-10.

6. **South Dakota Class**. All individuals who reside in South Dakota and purchased a new

(not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "South Dakota Class"). The South Dakota Class seeks class certification of claims for violations of the South Dakota Deceptive Trade Practices & Consumer Protection Statute, S.D.C.L. § 34-27-1.

7. **Tennessee Class**. All individuals who reside in Tennessee and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "Tennessee Class"). The Tennessee Class seeks class certification of claims for violations of the Tennessee Consumer Protection Act, Tenn. Code § 47-18-104.

8. **Texas Class**. All individuals who reside in Texas and purchased a new (not for resale) Seagate Barracuda brand hard drive, model number ST3000DM001 or a new (not for resale) Seagate Desktop HDD, model number ST3000DM001 manufactured on or before January 1, 2015, but excluding drives manufactured under the Seagate product name "Grenada BP2" (the "Texas Class"). The Texas Class seeks class certification of claims for violations of the Texas Deceptive Trade Practices Act, Tex. Bus. & Comm. Code § 17.41.

Excluded from the proposed classes are Seagate's officers, directors, managerial employees, and their immediate families, as well as this Court and the Court's immediate family members.

Further, the Court appoints Christopher Nelson, Chadwick Hauff, David Schechner, James Hagey, Dennis Crawford, Nikolas Manak, Joshuah Enders, and Dudley Lane Dortch IV as class representatives.

Finally, the Court, pursuant to Federal Rule of Civil Procedure 23(g), hereby appoints Hagens Berman Sobol Shapiro LLP and Axler Goldich LLC as class counsel.

IT IS SO ORDERED.

DATED: _____

                                     HONORABLE JOSEPH C. SPERO
                                     UNITED STATES CHIEF MAGISTRATE JUDGE