Steve W. Berman (*pro hac vice*)
Breanna Van Elgen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |

1   I, the undersigned, declare:

2   That declarant is and was, at all times herein mentioned, a resident of the United States and is
3   employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested
4   in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley,
5   California 94710.

6   On October 15, 2018, declarant served via secure email transmission the following
7   CONFIDENTIAL documents:

8   1.  [UNREDACTED] Plaintiffs' Notice of Motion and Renewed Motion for Class
9       Certification;

10  2.  [UNREDACTED] Exhibits 2-3, 7-11, 13-14, 19-46, 48, 50-56, 61-62 and 64-66 to the
11      Declaration of Shana E. Scarlett in Support of Plaintiffs' Renewed Motion for Class
12      Certification; and

13  3.  [UNREDACTED] Corrected Declaration of Stefan Boedeker in Support of Plaintiffs'
14      Motion for Class Certification (Boedeker Declaration), dated November 20, 2017

15  to the following party:

16  Neil A.F. Popović (npopovic@sheppardmullin.com)
    Anna S. Mclean (amclean@sheppardmullin.com)
17  Liên H. Payne (lpayne@sheppardmullin.com)
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
18  Four Embarcadero Center, 17th Floor
19  San Francisco, California 94111-4109

20  Mukund Sharma (msharma@sheppardmullin.com)
    Tenaya Rodewald (trodewald@sheppardmullin.com)
21  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
22  379 Lytton Avenue
    Palo Alto, CA 94301
23
24  I declare under penalty of perjury under the laws of the United States of America that the
25  foregoing is true and correct. Executed this 15th day of October 2018 at Berkeley, California.

26
                                                            s/ Jeaneth Decena
27                                                          JEANETH DECENA
28

CERTIFICATE OF SERVICE- - No. 3:16-cv-00523-JCS

010581-11 1072302v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE- - No. 3:16-cv-00523-JCS

010581-11 1072302v1