SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              rodewald@sheppardmullin.com
              jsiu@sheppardmullin.com
              dfong@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**DECLARATION OF DANIEL R. FONG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENT FILED IN CONJUNCTION WITH SEAGATE'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Second Consolidated Amended Complaint filed: July 11, 2016 |

**DECLARATION OF DANIEL R. FONG**

I, Daniel R. Fong, declare:

1. I am an associate with Sheppard Mullin Richter & Hampton, LLP, counsel of record for Seagate Technology LLC ("Seagate"). I submit this Declaration in support of Seagate's Administrative Motion to File Under Seal pursuant to Civil Local Rule 79-5. I have personal knowledge of the facts set forth in this declaration, except where noted otherwise, and, if called as a witness, could and would competently testify to these statements.

2. Pursuant to Local Rule 79-5(d)(A) and the Court's Order (ECF No. 182), on July 26, 2018, Seagate filed the Declaration of Allen Ng in support of Seagate Technology LLC's Consolidated Administrative Motion to Seal Certain Documents or Portions Thereof Filed in Connection with Plaintiffs' Motion for Class Certification ("Ng Declaration").

3. As set forth in paragraph 18 of the Ng Declaration, ECF No. 184-1, certain portions of the Declaration of Donald Adams, PE in Support of Seagate's Opposition to Plaintiffs' Motion for Class Certification ("Adams Declaration"), filed in conjunction with Seagate's initial opposition to the Plaintiffs' initial class certification motion, contains Confidential Information that Seagate is seeking to have sealed from the public record.

4. A true and correct copy of the filed Ng Declaration is attached hereto as **Exhibit A**.

5. The Declaration of Tenaya M. Rodewald in Support of Seagate Technology LLC's Opposition to Plaintiffs' Renewed Motion for Class Certification ("Rodewald Declaration") now attaches excerpts from that same Adams Declaration which contains the Confidential Information addressed by the Ng Declaration. Thus, paragraphs 105 and 106 of the Adams Declaration should be sealed for the same reasons listed in the Ng Declaration.

6. A proposed redacted version of the Adams Declaration is attached hereto as **Exhibit B**.

7. An unredacted version of the Adams Declaration, with the portions sought to be sealed noted in highlighting, is attached hereto as **Exhibit C**.

1  I declare under the penalty of perjury under the laws of the United States that the above
2  statements are true.
3  Executed this 16th day of November, 2018 in San Francisco, California.

*Daniel R. Fong*