SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
JOY O. SIU, Cal. Bar No. 307610
DANIEL R. FONG, Cal. Bar No. 311985
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
     Email: npopovic@sheppardmullin.com
            amclean@sheppardmullin.com
            trodewald@sheppardmullin.com
            jsiu@sheppardmullin.com
            dfong@sheppardmullin.com

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 5:16-cv-00523-JCS<br><br>CERTIFICATE OF SERVICE |
|---|---|

1 I, the undersigned, declare:

2 That declarant is and was, at all times herein mentioned, a resident of the United States and
3 is employed in the City of San Francisco, California, over the age of 18 years, and not a party to or
4 interested in the within action; that declarant's business address is Four Embarcadero Center, 17th
5 Floor, San Francisco, CA 94111.

6 On November 16, 2018, declarant served via email transmission the following document in
7 the above-captioned action to the parties enumerated in the attached Service List:

8 **1. [UNREDACTED] Exhibit C to the Declaration of Daniel R. Fong in Support of**
9 **Administrative Motion to File Under Seal Certain Document Filed in Conjunction**
10 **with Seagate's Opposition to Plaintiffs' Renewed Motion for Class Certification**

11 I declare under penalty of perjury under the laws of the United States that the foregoing is
12 true and correct. Executed this 16th day of November, 2018 at San Francisco, California.

13

14

15 */s/ Daniel R. Fong*
16 Daniel R. Fong

**SERVICE LIST**

Steve W. Berman
Breanna Van Engelen
Hagens Berman Sobol Shapiro LLP
1301 2nd Avenue, Suite 2000
Seattle, WA  98101
email:  steve@hbsslaw.com;
breannav@hbsslaw.com


Jeff D. Friedman
Shana Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
email:  jeff@hbsslaw.com;
shanas@hbsslaw.com
jeanethd@hbsslaw.com

Marc Adam Goldich
Noah Axler
Axler Goldich, LLC
1520 Locust Street, Suite 301
Philadelphia, PA  19102
email:  naxler@axgolaw.com
mgoldich@axgolaw.com
mstrout@axgolaw.com

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
1101 Market Street, Suite 2650
Philadelphia, PA  19107
email:  bclobes@caffertyclobes.com

Nyran Rose Rasche
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive, Suite 3000
Chicago, IL  60606
email:  nrasche@caffertyclobes.com