# EXHIBIT 1





http://www.seagate.com:80/internal-h Go
MAR APR MAY
26
2012 2013 2013
239 captures
26 Apr 2012 - 5 Sep 2018
About this capture

# Barracuda Desktop Hard Drive

**Barracuda Data Sheet** (455 KB )

INFO | SUPPORT

OVERVIEW | FEATURES | READ REVIEWS | SPECS | CONFIGURE & BUY −

## The Power of One.

The Barracuda® hard drive gives you one hard drive platform for every desktop storage application. One drive with trusted performance, reliability, simplicity and capacity.

- 1TB/disk 7200 RPM platform provides affordable capacity up to 3TB
- Seagate OptiCache™ technology improves performance by up to 45%
- Seagate AcuTrac™ technology enables reliable read/write performance even in high touch operating environments
- Seagate SmartAlign™ technology for no-hassle transition to Advanced Format 4K sector technology
- Free DiscWizard™ software enables 3TB drive use on legacy PC BIOS as well as Windows XP-based systems

Compare all models ▸

## Standard Model

GENERATION : 7200.14

PACKAGE : Drive Only

CAPACITY : 3TB

SPINDLE SPEED (RPM) : 7200

CACHE (MB) : 64

CUSTOMIZE

**Model Number:** ST3000DM001

### Buy from Seagate Online

**ST3000DM001** Qty: 1
Not available

ADD TO CART

### Comparison Shop

amazon.com | BEST BUY | B&H | MacConnection

Find a store nearby ▸ COMPARE PRICES

### Find a Distributor

UNITED STATES FIND

[+]
Feedback

## Barracuda hard drives give you what you want.

Count on Barracuda drives to deliver the storage innovations that drive your costs down and your performance up.

- 7200 RPM performance–from 250GB all the way up to 3TB
- OptiCache™ technology further exploits big 64MB cache sizes and improved micro processor capabilities
- SATA 6Gb/s technology to further maximize performance

More Barracuda drive features ▸

**PERFECT WHEN YOU NEED TO:**

- Build desktop or all-in-one PCs Equip home servers
- Create PC-based gaming systems
- Implement a desktop RAID
- Outfit direct attached external storage devices (DAS)
- Build network attached storage devices (NAS)

## Your no-hassle transition to 4K sectors.

Are you worried about moving to Advanced Format 4K sector technology? You don't have to be with Barracuda drives. Seagate SmartAlign™ technology makes this

**WHAT DO YOU GET?**

- Barracuda® desktop hard drive
- Free DiscWizard™ software
- Interface cable, power adapter, mounting screws, and CD with software and manual*
- Quick installation guide*

transition a snap:

- No utilities to run
- No extra integration steps to take up your time

More Barracuda Features ▸

*These items included with self-installation kits only.



## Maximizes hard drive storage densities.

Barracuda 1TB-per-disk technology incorporates 340,000 unique tracks in the width of a single inch. This incredible storage density drives new capacity possibilities and lowers your total storage costs.

Seagate AcuTrac™ technology enables new storage densities with accurate reading and writing to nano-sized tracks that are only 75 nanometers wide! That's about 500 times smaller than the period at the end of this sentence.

## Buzz

All  |  The Storage Effect  |  Small Medium Business



**Recent Blog Posts**

*The period at the end of a sentence is 1,000,000 nanometers wide.*  | Read Post ▸
November 09, 2011
The Storage Effect - Seagate Corporate

*Seagate Barracuda: What the experts are saying…so far*  | Read Post ▸
November 03, 2011
Storage Means Business - Seagate SMB

*The "Secret" of Barracuda Green's performance (read the review)*  | Read Post ▸
May 31, 2011
Storage Means Business - Seagate SMB

*Barracuda LP gets a new last name*  | Read Post ▸
November 16, 2010
The Storage Effect - Seagate Corporate

Do More ▸                    Tech Insight ▸





**Deploying the Next Generation of High-Capacity Hard Drives**
Overcoming legacy architecture limits with hard drives larger than 2.1TB
More

**Why Nearline SAS Drives Are Entering the Capacity-Optimized Drive Market**
Capacity-optimized hard drives are in demand
More



Site Index  |  Company Information  |  Partners  |  Investors  |  Jobs  |  Contact Us  |  Legal & Privacy

©2012 Seagate Technology LLC

# EXHIBIT 2



INTERNET ARCHIVE
WaybackMachine

27 captures
28 Apr 2012 - 9 Jan 2015

MAR **APR** JUN
◄ **28** ►
**2012** 2013

About this capture

Seagate

Product Finder | Where To Buy    United States | English ▸    Login ▸

🛒 0

External Hard Drives | Internal Hard Drives | Home Entertainment | Support | Partners | Services & Software

Home / Internal Hard Drives / Desktop Hard Drives / Barracuda

## Barracuda Desktop Hard Drive

Barracuda Data Sheet (455 KB) 📄

INFO    SUPPORT

OVERVIEW | FEATURES | READ REVIEWS | SPECS

CONFIGURE & BUY +

# Specifications

**RESOURCES**

📄 Barracuda Data Sheet (455 KB)



| Generation | 7200.14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | **3TB** | 2TB | 1.5TB | 1TB | 750GB | 500GB | 320GB | 250GB | 1TB | 750G |
| **Form Factor** | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| **Interface Options** | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s, SATA 3Gb/s | SATA SATA |
| **Performance** | | | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 | 32 | 32 |
| Transfer Rate, | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | | |

[+]
Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Max Ext (MB/s) | | | | | | | | | |
| Sustained Data Rate OD | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 125MB/s | 125MB/s | 125MB/s | | |
| Average Latency (ms) | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 |
| **Reliability/Data Integrity** | | | | | | | | | | |
| Nonrecoverable Read Errors per Bits Read | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | | |
| Annualized Failure Rate (AFR) | <1% | <1% | <1% | <1% | <1% | <1% | <1% | <1% | 0.34% | 0.34% |
| **Power Management** | | | | | | | | | | |
| Seek, Typical Operating (W) | | | | | | | | | | |
| Idle, Typical Operating (W) | | | | | | 4.60 | 4.60 | 4.60 | | |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
| Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | | |
| Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | | |
| Shock | | | | | | | | | | |
| Operating: Gs (ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | | |
| Non-operating: Gs (ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | | |
| Acoustics (bels - sound power) | | | | | | | | | | |
| Idle | 2.4 | 2.4 | 2.4 | 2.4 | 2.2 | 2.6 | 2.6 | 2.6 | | |
| Operating | 2.6 | 2.6 | 2.6 | 2.6 | 2.3 | 2.8 | 2.8 | 2.8 | | |
| **Physical** | | | | | | | | | | |
| Height (in/mm) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 0.7825/20.17 | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | 1.028/26.1 | 1.028/. |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.000/101.6 | 4.000/. |
| Length (in/mm) | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/. |
| Height (in/mm) (maximum) | | | | | | | | | | |
| Width (in/mm) | | | | | | | | | | |

| (maximum) | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Length (in/mm) (maximum) | | | | | | | | | |
| Weight (lb/g) | 1.38/626 | 1.371/622 | 1.18/535 | 0.915/415 | 0.88/400 | 0.915/415 | 0.915/415 | 0.915/415 | 1.371/622 | 1.371/ |

| Model Number | Generation | Package | Capacity | Interface | Spindle Speed (RPM) | Cache (MB) | Areal Density | Length | Width | Height | Typical Weight | AFR | Operating Temperature | Average Operating Power |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | <1% | 60°C | 8.0W |
| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 26.1mm | 622g | <1% | 60°C | 8.0W |
| ST1500DM003 | 7200.14 | Drive Only | 1.5TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 535g | <1% | 60°C | 6.7W |
| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | <1% | 60°C | 6.19W |
| ST750DM003 | 7200.14 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 400g | <1% | 60°C | 5.90W |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST31000528AS | 7200.12 | Drive Only | 1TB | SATA 3Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | | |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | 0.34% | | |
| ST3750528AS | 7200.12 | Drive Only | 750GB | SATA 3Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | | |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | 0.34% | | |
| ST3500418AS | 7200.12 | Drive Only | 500GB | SATA | 7200RPM | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | | | |

# EXHIBIT 3

Barracuda | Seagate



# Specifications

### RESOURCES

📄 Barracuda Data Sheet (455 KB)
📄 Barracuda SATA Product Manual (304 KB)

Show me what's: What's Different | What's the Same

| Generation | | 7200.14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Capacity | 3TB | 2TB | 1.5TB | 1TB | 750GB | 500GB | 320GB | 250GB | 1TB | 750G |
| Form Factor | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| Interface Options | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA |
| **Performance** | | | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 | 32 | 32 |
| Transfer Rate, Max Ext (MB/s) | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | | |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sustained Data Rate OD | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 125MB/s | 125MB/s | 125MB/s | | |
| Average Latency (ms) | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 |
| **Reliability/Data Integrity** | | | | | | | | | | |
| Nonrecoverable Read Errors per Bits Read | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | | |
| Annualized Failure Rate (AFR) | | | <1% | | <1% | <1% | <1% | <1% | | 0.34% |
| **Power Management** | | | | | | | | | | |
| Idle, Typical Operating (W) | 5.80 | 5.80 | | 4.0 | | 4.60 | 4.60 | 4.60 | 4.0 | |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
|   Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | | |
|   Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | | |
| Shock | | | | | | | | | | |
|   Operating: Gs (ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | | |
|   Non-operating: Gs (ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | | |
| Acoustics (bels - sound power) | | | | | | | | | | |
|   Idle | 2.4 | 2.4 | 2.4 | 2.4 | 2.2 | 2.6 | 2.6 | 2.6 | | |
|   Operating | 2.6 | 2.6 | 2.6 | 2.6 | 2.3 | 2.8 | 2.8 | 2.8 | | |
| **Physical** | | | | | | | | | | |
| Height (in/mm) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 0.7825/20.17 | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | 1.028/26.1 | 1.028/. |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.000/101.6 | 4.000/ |
| Length (in/mm) | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/ |
| Weight (lb/g) | 1.38/626 | 1.371/622 | 1.18/535 | 0.915/415 | 0.88/400 | 0.915/415 | 0.915/415 | 0.915/415 | 1.371/622 | 1.371/ |

| | | | | Spindle Speed | Cache | Areal | | | Typical | Operating | Average Operating |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Model Number | Generation | Package | Capacity | Interface | (RPM) | (MB) | Density | Length | Width | Height | Weight | AFR | Temperature | Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | | 60°C | 8.0W |
| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 26.1mm | 622g | | 60°C | 8.0W |
| ST1500DM003 | 7200.14 | Drive Only | 1.5TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 535g | <1% | 60°C | 6.7W |
| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | | 60°C | 6.19W |
| ST750DM003 | 7200.14 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 400g | <1% | 60°C | 5.90W |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C | 6.19W |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | | |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | 0.34% | | |
| ST3500413AS | 7200.12 | Drive Only | 500GB | SATA 6Gb/s | 7200RPM | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | | |
| ST3320413AS | 7200.12 | Drive Only | 320GB | SATA 6Gb/s | 7200RPM | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 380g | 0.34% | | |
| ST3250312AS | 7200.12 | Drive Only | 250GB | SATA 6Gb/s | 7200RPM | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | | |
| ST3160316AS | 7200.12 | Drive Only | 160GB | SATA 6Gb/s | 7200RPM | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | | |
| ST320005N4A1AS-RK | | Kit | 2TB | SATA 3Gb/s | 5900RPM | 32MB | | | | | | | | |

Barracuda | Seagate

| STBD2000101 | | Kit | 2TB | SATA 3Gb/s | 7200RPM | 32MB | | | | | | |
| ST315005N4A1AS-RK | | Kit | 1.5TB | SATA 3Gb/s | 5900RPM | 32MB | | | | | | |
| ST310005N1A1AS-RK | | Kit | 1TB | SATA 3Gb/s | 7200RPM | 32MB | | | | | | |
| ST3500641AS-RK | | Kit | 500GB | SATA 3Gb/s | 7200RPM | 16MB | | | | | | |



Site Index  |  Company Information  |  Partners  |  Investors  |  Jobs  |  Contact Us  |  Legal & Privacy

©2012 Seagate Technology LLC

# EXHIBIT 4



Home   Internal Hard Drives   Desktop Hard Drives   Barracuda

## Barracuda Desktop Hard Drive

Barracuda Data Sheet (455 KB )

INFO        SUPPORT

| OVERVIEW | FEATURES | SPECS | | CONFIGURE & BUY |

## Specifications

**RESOURCES**

Barracuda Data Sheet (455 KB)

Barracuda SATA Product Manual (304 KB)



| Generation | 7200.14 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Capacity | 3TB | 2TB | 1.5TB | 1TB | 750GB | 500GB | 320GB | 250GB | 1TB | 750G |
| | | | | | | Show me : What's Different   What's the Same | | | | |
| Form Factor | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| Interface Options | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SAT/ |
| **Performance** | | | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 | 32 | 32 |
| Transfer Rate, Max Ext (MB/s) | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | | |
| Sustained Data Rate OD | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 210MB/s | 125MB/s | 125MB/s | 125MB/s | | |
| Average Latency (ms) | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 |
| **Reliability/Data Integrity** | | | | | | | | | | |
| Nonrecoverable Read Errors per Bits Read | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | 1 in $10^{14}$ | | |
| Annualized Failure Rate (AFR) | | | <1% | | <1% | <1% | <1% | <1% | | 0.34% |
| **Power Management** | | | | | | | | | | |
| Idle, Typical Operating (W) | 5.80 | 5.80 | | 4.0 | | 4.60 | 4.60 | 4.60 | 4.0 | |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
| Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | | |
| Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | | |
| Shock | | | | | | | | | | |
| Operating, Gs (ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | | |
| | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | | |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Non-operating: Gs (ms) | | | | | | | | | |
| **Acoustics (bels - sound power)** | | | | | | | | | |
| Idle | 2.4 | 2.4 | 2.4 | 2.4 | 2.2 | 2.6 | 2.6 | 2.6 | |
| Operating | 2.6 | 2.6 | 2.6 | 2.6 | 2.3 | 2.8 | 2.8 | 2.8 | |
| **Physical** | | | | | | | | | |
| Height (in/mm) | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | 0.7825/20.17 | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | 1.028/26.1 | 1.028 |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.000/101.6 | 4.000 |
| Length (in/mm) | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787 |
| Weight (lb/g) | 1.38/626 | 1.371/622 | 1.18/535 | 0.915/415 | 0.88/400 | 0.915/415 | 0.915/415 | 0.915/415 | 1.371/622 | 1.371 |

| Model Number | Generation | Package | Capacity | Interface | Spindle Speed (RPM) | Cache (MB) | Areal Density | Length | Width | Height | Typical Weight | AFR | Operating Temperatu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | | 60°C |
| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 26.1mm | 622g | | 60°C |
| ST1500DM003 | 7200.14 | Drive Only | 1.5TB | SATA 6Gb/s | 7200RPM | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 535g | <1% | 60°C |
| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | | 60°C |
| ST750DM003 | 7200.14 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 400g | <1% | 60°C |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 7200RPM | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | <1% | 60°C |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 7200RPM | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | 0.34% | |
| ST3500413AS | 7200.12 | Drive Only | 500GB | SATA 6Gb/s | 7200RPM | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | |
| ST3320413AS | 7200.12 | Drive Only | 320GB | SATA 6Gb/s | 7200RPM | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 380g | 0.34% | |
| ST3250312AS | 7200.12 | Drive Only | 250GB | SATA 6Gb/s | 7200RPM | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | |
| ST3160316AS | 7200.12 | Drive Only | 160GB | SATA 6Gb/s | 7200RPM | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | 0.34% | |
| ST320005N4A1AS-RK | | Kit | 2TB | SATA 3Gb/s | 5900RPM | 32MB | | | | | | | |
| STBD2000101 | | Kit | 2TB | SATA 3Gb/s | 7200RPM | 32MB | | | | | | | |

http://www.seagate.com/internal-hard-drives/desktop-hard-drives/barracuda/    Go

INTERNET ARCHIVE
WayBackMachine

26 Apr 2012 - 5 Sep 2018

NOV **DEC** JAN
◀ **.09** ▶
2011  2012  2013

About this capture

| Model Numbers | Generation | Package | Capacity | Interface | Spindle Speed (RPM) | Cache (M | Areal Density | Length | Height | Typical Weight | AFR | Operating Temperature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST3*****N1A1AS-RK | | Kit | 1.5TB | SATA 3Gb/s | 7200RPM | 32MB | | | | | | |
| ST310005N1A1AS-RK | | Kit | 1TB | SATA 3Gb/s | 7200RPM | 32MB | | | | | | |
| ST3500641AS-RK | | Kit | 500GB | SATA 3Gb/s | 7200RPM | 16MB | | | | | | |

Site Index    Company Information    Partners    Investors    Jobs    Contact Us    Legal & Privacy

□ □ □ □

©2012 Seagate Technology LLC

# EXHIBIT 5















# EXHIBIT 6





http://www.seagate.com:80/internal- Go
APR MAY JUL
29
2012 2013 2014
366 captures
18 Dec 2012 - 2 Apr 2018
About this capture

# Desktop HDD

**Desktop HDD Data Sheet** (444 KB )

INFO SUPPORT

OVERVIEW FEATURES SPECS

CONFIGURE & BUY

# The Power of One.

The Seagate® Desktop HDD is the one hard drive for all your desktop applications. One drive for every need, supported by 30 years of trusted performance, reliability and simplicity.

- HDDs that bring your costs down and crank your storage up
- No-hassle transition to 3TB and 4TB drives
- Seagate AcuTrac™ technology maximizes HDD storage densities

**Compare all models**

Mac

Mix and match options...

GENERATION

Desktop HDD.15 | 7200.14 | 7200.12

PACKAGE

Drive Only | Kit

CAPACITY

4TB | 3TB | 2TB | 1TB | 750GB | 500GB | 320GB | 250GB | 160GB | 1.5TB

CACHE (MB)

64 | 32 | 16 | 8

Model Number: STBD4000400

| | | |
|---|---|---|
| In Stock $204.99 | ADD TO CART |
| $194.99 | BUY NOW |
| $194.99 | BUY NOW |
| $202.99 | BUY NOW |
| $225.99 | BUY NOW |

## Seagate Desktop HDD: get what you want.

Count on Seagate to deliver the storage innovations that bring your costs down and crank your storage up.

- Industry's first 1TB-per-disk hard drive technology
- OptiCache™ technology exploits big 64MB cache sizes and improves microprocessor capabilities
- Seagate OptiCache™ technology improves performance by up to 45% over the previous generation
- SATA 6Gb/s technology maximizes performance
- Seagate AcuTrac™ technology enables reliable read/write performance even in high-touch operating environments
- Free DiscWizard™ software enables capacities beyond 2TB on legacy PC BIOS and Windows XP-based systems

More Seagate Desktop HDD features

Find a Distributor

UNITED STATES

FIND

## Your no-hassle transition beyond 2TB.

Are you worried about moving beyond 2TB? You don't have to. The Seagate DiscWizard™ utility makes this transition a

PERFECT WHEN YOU NEED TO:

snap:

- Free software enables Windows machines to utilize drives beyond 2TB
- Seagate DiscWizard provides you a means to effectively utilize your 3TB and 4TB hard drives.

More Seagate Desktop HDD Features ▸

- Build a desktop or home server up to 4TB
- Create PC performance gaming systems

**WHAT DO YOU GET?**

- Seagate Desktop HDD
- Free DiscWizard™ software
- Interface cable, power adapter, mounting screws, and CD with software and manual*
- Quick installation guide*

*These items included with self-installation kits only.

## Maximize hard drive storage densities.



Seagate Desktop HDD, 1TB-per-disk technology incorporates 340,000 unique tracks in the width of a single inch. This incredible storage density drives new capacity possibilities and lowers your total storage costs.

Seagate AcuTrac™ technology enables storage densities with accurate reading and writing to nano-sized tracks that are only 75 nanometers wide! That's about 1/500th the size of the period at the end of this sentence.

Watch AcuTrac Technology Video >

**RELATED PRODUCTS**



**Enterprise Value HDD**
Low-power cloud storage, NAS and DAS with Instant Secure Erase (ISE).



**Video 3.5 HDD**
Seagate Video HDDs deliver reliable 24×7 operation— DVR storage optimized for low-power consumption, quiet operation, smooth video streaming, high reliability and high HDD DVR capacity.



**SV35 Series Hard Drive**
Cost-effective 1TB, 2TB, 3TB Surveillance HDD capacitites.

## Do More ▸



**High-Capacity Storage Readiness**
Enabling key elements for hard drive capacities over 2.1TB
More

## Tech Insight ▸



**Beyond 2TB on the Desktop**
Setting up your desktop environment for 3TB drives
More

**RESOURCES**
Desktop HDD Kit Data Sheet
Desktop HDD Product Overview
Desktop HDD Data Sheet
7200-RPM Drive Selection Guide
7200-RPM Drive Specification Comparison
Storage Solutions Guide
Seagate® AcuTrac™ Technology Defines New Standards
Evolution to the SATA 6Gb/s Storage Interface
DiscWizard™ download information

# EXHIBIT 7



366 captures
18 Dec 2012 - 2 Apr 2018

APR MAY JUL
29
2013
2012    2014

About this capture

**Seagate**

Stay Informed   Product Finder   Where To Buy      United States | English ▸   Login ▸

| External Hard Drives | Internal Hard Drives | Solutions | Services & Software | Support | Partners |

Home / Internal Hard Drives / Desktop Hard Drives / Desktop HDD

## Desktop HDD

Desktop HDD Data Sheet (444 KB) 📄

INFO   SUPPORT

OVERVIEW   FEATURES   **SPECS**    ➕ CONFIGURE & BUY

# Specifications

RESOURCES

📄 Desktop HDD Kit Data Sheet (440 KB)
📄 Desktop HDD Data Sheet (444 KB)
📄 Desktop HDD Product Manual (248 KB)



| Generation | Desktop HDD.15 | 7200.14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | 4TB | 3TB | 2TB | 1TB | 500GB | 320GB | 250GB | 1.5TB | 1TB | 750G |
| | | | | | | Show me : What's Different   What's the Same | | | | |
| **Form Factor** | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| **Interface** | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, | SATA 6Gb/s, | SATA 3Gb/s, | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s | SATA 6Gb/s | SATA |

| Options | | | SATA 6Gb/s | SATA 3Gb/s | SATA 6Gb/s | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Performance** | | | | | | | | | | |
| Cache (MB) | 64 | 64 | 64 | 64, 32 | 16 | 16 | 16 | 32 | 32 | 32 |
| Transfer Rate, Max Ext (MB/s) | 600 | 600 | 600 | 600 | 600 | 600 | 600 | | | |
| Sustained Data Rate OD | 180 | 210MB/s | 210MB/s | 210MB/s | 125MB/s | 125MB/s | 125MB/s | | | |
| Average Latency (ms) | 5.10 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | 4.16 | | 4.16 | 4.16 |
| **Power Management** | | | | | | | | | | |
| Idle, Typical Operating (W) | 5.0 | 5.80 | 5.80 | 4.0, 4.5 | 4.60 | 4.60 | 4.60 | | 4.0 | |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
| Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | | | |
| Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | | | |
| Shock | | | | | | | | | | |
| Operating: Gs (ms) | 80 (10ms) | 80 (2ms) | 80 (2ms) | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | | | |
| Non-operating: Gs (ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | | | |
| Acoustics (bels - sound power) | | | | | | | | | | |
| Idle | 2.3 | 2.4 | 2.4 | 2.4 | 2.6 | 2.6 | 2.6 | | | |
| Operating | 2.8 | 2.6 | 2.6 | 2.6 | 2.8 | 2.8 | 2.8 | | | |
| **Physical** | | | | | | | | | | |
| Height (in/mm) | 1.028/26.11 | 1.028/26.1 | 1.028/26.1 | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | | 1.028/26.1 | 1.028/. |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | | 4.000/101.6 | 4.000/. |
| Length (in/mm) | 5.787/146.99, 5.75/146.05 | 5.75/146.05, 5.787/146.99 | 5.75/146.05, 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | | 5.787/146.99 | 5.787/. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Height (in/mm) (maximum) | | | | 1.028/26.1 | 1.028/26.1 | | | | 1.028/26.1 | |
| Width (in/mm) (maximum) | | | | 4.010/101.85 | 4.010/101.85 | | | | 4.010/101.85 | |
| Length (in/mm) (maximum) | | | | 5.787/146.99 | 5.787/146.99 | | | | 5.787/146.99 | |
| Weight (lb/g) | 1.345/610, 0.90/408 | 0.90/408, 1.38/626 | 0.90/408, 1.371/622 | 0.915/415 | 0.915/415 | 0.915/415 | 0.915/415 | | 1.371/622 | 1.371/ |

| Model Number | Generation | Package | Capacity | Interface | Cache (MB) | Areal Density | Length | Width | Height | Typical Weight | Operating Temperature | Average Operating Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STBD4000400 | Desktop HDD.15 | Kit | 4TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST4000DM000 | Desktop HDD.15 | Drive Only | 4TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.11mm | 610g | 60°C | 7.50W |
| STBD3000100 | 7200.14 | Kit | 3TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | 60°C | 8.0W |
| STBD2000101 | 7200.14 | Kit | 2TB | SATA 3Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST310005N1A1AS-RK | 7200.14 | Kit | 1TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST3500641AS-RK | 7200.14 | Kit | 500GB | SATA 3Gb/s | 16MB | | | | | | | |
| ST315005N4A1AS-RK | 7200.14 | Kit | 1.5TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | 60°C | 8.0W |
| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 26.1mm | 622g | 60°C | 8.0W |

| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | 60°C | 6.19W |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 622g | | |
| ST3500413AS | 7200.12 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | | |
| ST3320413AS | 7200.12 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 19.98mm | 380g | | |
| ST3250312AS | 7200.12 | Drive Only | 250GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | | |
| ST3160316AS | 7200.12 | Drive Only | 160GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 19.98mm | 415g | | |



Site Index | Company Information | Partners | Investors | Jobs | Contact Us | Legal & Privacy

©2013 Seagate Technology LLC

# EXHIBIT 8



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



**www.seagate.com**

AMERICAS    Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS  16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications.
DS1770.1-1212US, December 2012

# EXHIBIT 9



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



## www.seagate.com

AMERICAS        Seagate Technology LLC    10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC      Seagate Singapore International Headquarters Pte. Ltd.    7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA      Seagate Technology SAS    16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1212US, December 2012

# EXHIBIT 10



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM002[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



## www.seagate.com

AMERICAS    Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1212US, December 2012