# EXHIBIT 11



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
|   Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|   Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
|   Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



## www.seagate.com

AMERICAS    Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1212US, December 2012

# EXHIBIT 12



http://www.seagate.com/internal-hard-dri Go
AUG SEP OCT
14
2012 2013 2014
366 captures
18 Dec 2012 - 2 Apr 2018
About this capture

# Desktop HDD

Desktop HDD Data Sheet (444 KB )

INFO SUPPORT

OVERVIEW FEATURES SPECS

CONFIGURE & BUY

# Specifications

RESOURCES

- Desktop HDD Kit Data Sheet (449 KB)
- Desktop HDD Data Sheet (444 KB)
- Barracuda 7200.12 Data Sheet (588 KB)
- Desktop HDD Product Manual (248 KB)

| Generation | Desktop HDD.15 | 7200.14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Capacity | 4TB | 3TB | 2TB | 1.5TB | 1TB | 500GB | 320GB | 250GB | 1TB | 750G |
| | Show me : What's Different \| What's the Same | | | | | | | | | |
| Form Factor | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| Interface Options | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 6Gb/s, SATA 3Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA |

| **Performance** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Spindle Speed (RPM) | | | | | | | | | 7200 | 7200 |
| Cache (MB) | 64 | 64 | 64 | 32 | 64, 32 | 16 | 16 | 16 | 32 | 32 |
| Transfer Rate, Max Ext (MB/s) | 600 | 600 | 600 | | 600 | 600 | 600 | 600 | 600 | 600 |
| Sustained Data Rate OD | 180 | 210MB/s | 210MB/s | | 210MB/s | 125MB/s | 125MB/s | 125MB/s | 125MB/s | 128ME |
| Average Latency (ms) | 5.10 | 4.16 | 4.16 | | 4.16 | 4.16 | 4.16 | 4.16 | 4.17 | 4.17 |
| **Power Management** | | | | | | | | | | |
| Idle, Typical Operating (W) | 5.0 | 5.80 | 5.80 | | 4.0, 4.5 | 4.60 | 4.60 | 4.60 | <5.0 | <5.0 |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
|   Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 6 |
|   Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° tc |
| Shock | | | | | | | | | | |
|   Operating: Gs (ms) | 80 (10ms) | 80 (2ms) | 80 (2ms) | | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2m |
|   Non-operating: Gs (ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | 300 (1ms) | 300 (1 |
| Acoustics (bels - sound power) | | | | | | | | | | |
|   Idle | 2.3 | 2.4 | 2.4 | | 2.4 | 2.6 | 2.6 | 2.6 | 2.5 | 2.5 |
|   Operating | 2.8 | 2.6 | 2.6 | | 2.6 | 2.8 | 2.8 | 2.8 | 2.7 | 2.7 |
| **Physical** | | | | | | | | | | |
| Height (in/mm) | 1.028/26.11 | 1.028/26.1 | 1.028/26.1 | | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | 1.02/26.1 | 1.02/2 |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.000/101.6 | 4.000/ |
| Length (in/mm) | 5.787/146.99, | 5.75/146.05, | 5.75/146.05, | | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 5.75/146.05 | 5.787/146.99 | 5.787/146.99 | | | | | | |
| Height (in/mm) (maximum) | | | | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | | | |
| Width (in/mm) (maximum) | | | | 4.010/101.85 | 4.010/101.85 | 4.010/101.85 | | | |
| Length (in/mm) (maximum) | | | | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | | | |
| Weight (lb/g) | 1.345/610, 0.90/408 | 0.90/408, 1.38/626 | 0.90/408, 1.371/622 | | 0.915/415 | 0.915/415 | 0.915/415 | 0.915/415 | 1.40/640 | 1.40/6 |

| Model Number | Generation | Package | Capacity | Interface | Cache (MB) | Areal Density | Length | Width | Height | Typical Weight | Operating Temperature | Average Operating Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STBD4000400 | Desktop HDD.15 | Kit | 4TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST4000DM000 | Desktop HDD.15 | Drive Only | 4TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.11mm | 610g | 60°C | 7.50W |
| STBD3000100 | 7200.14 | Kit | 3TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | 60°C | 8.0W |
| STBD2000101 | 7200.14 | Kit | 2TB | SATA 3Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST315005N4A1AS-RK | 7200.14 | Kit | 1.5TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST310005N1A1AS-RK | 7200.14 | Kit | 1TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST3500641AS-RK | 7200.14 | Kit | 500GB | SATA 3Gb/s | 16MB | | | | | | | |
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | 60°C | 8.0W |
| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 622g | 60°C | 8.0W |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 6Gb/s | Gfc/in^2 | | | | | |
| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | 60°C | 6.19W |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 640g | 60°C | <9.4W |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 640g | 60°C | <9.4W |
| ST3500413AS | 7200.12 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3320413AS | 7200.12 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3250312AS | 7200.12 | Drive Only | 250GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3160316AS | 7200.12 | Drive Only | 160GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |



Site Index | Company Information | Partners | Investors | Jobs | Contact Us | Legal & Privacy

©2013 Seagate Technology LLC

# EXHIBIT 13



366 captures
18 Dec 2012 - 2 Apr 2018

# Desktop HDD

**Desktop HDD Data Sheet (444 KB )**

| INFO | SUPPORT |

OVERVIEW   FEATURES   **SPECS**

+ **CONFIGURE & BUY**

# Specifications

**RESOURCES**

Desktop HDD Kit Data Sheet (449 KB)
Desktop HDD Data Sheet (444 KB)
Barracuda 7200.12 Data Sheet (588 KB)
Desktop HDD Product Manual (248 KB)



| Generation | Desktop HDD.15 | 7200.14 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | 4TB | 3TB | 2TB | 1.5TB | 1TB | 500GB | 320GB | 250GB | 1TB | 750G |
| **Form Factor** | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" | 3.5" |
| **Interface** | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, | SATA 3Gb/s | SATA 6Gb/s, | SATA 3Gb/s, | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA |

Show me : What's Different   What's the Same

| Options | | | SATA 6Gb/s | | SATA 3Gb/s | SATA 6Gb/s | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Performance** | | | | | | | | | | |
| Spindle Speed (RPM) | | | | | | | | | 7200 | 7200 |
| Cache (MB) | 64 | 64 | 64 | 32 | 64, 32 | 16 | 16 | 16 | 32 | 32 |
| Transfer Rate, Max Ext (MB/s) | 600 | 600 | 600 | | 600 | 600 | 600 | 600 | 600 | 600 |
| Sustained Data Rate OD | 180 | 210MB/s | 210MB/s | | 210MB/s | 125MB/s | 125MB/s | 125MB/s | 125MB/s | 128ME |
| Average Latency (ms) | 5.10 | 4.16 | 4.16 | | 4.16 | 4.16 | 4.16 | 4.16 | 4.17 | 4.17 |
| **Power Management** | | | | | | | | | | |
| Idle, Typical Operating (W) | 5.0 | 5.80 | 5.80 | | 4.0, 4.5 | 4.60 | 4.60 | 4.60 | <5.0 | <5.0 |
| **Environmental** | | | | | | | | | | |
| Temperature | | | | | | | | | | |
| Operating | 0° to 60°C | 0° to 60°C | 0° to 60°C | | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 60°C | 0° to 6 |
| Non-operating | -40° to 70°C | -40° to 70°C | -40° to 70°C | | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to 70°C | -40° to |
| Shock | | | | | | | | | | |
| Operating: Gs (ms) | 80 (10ms) | 80 (2ms) | 80 (2ms) | | 80 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2ms) | 70 (2m |
| Non-operating: Gs (ms) | 300 (2ms) | 300 (2ms) | 300 (2ms) | | 300 (2ms) | 350 (2ms) | 350 (2ms) | 350 (2ms) | 300 (1ms) | 300 (1 |
| Acoustics (bels - sound power) | | | | | | | | | | |
| Idle | 2.3 | 2.4 | 2.4 | | 2.4 | 2.6 | 2.6 | 2.6 | 2.5 | 2.5 |
| Operating | 2.8 | 2.6 | 2.6 | | 2.6 | 2.8 | 2.8 | 2.8 | 2.7 | 2.7 |
| **Physical** | | | | | | | | | | |
| Height (in/mm) | 1.028/26.11 | 1.028/26.1 | 1.028/26.1 | | 0.7825/20.17 | 0.787/19.98 | 0.787/19.98 | 0.787/19.98 | 1.02/26.1 | 1.02/2 |
| Width (in/mm) | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.0/101.6 | 4.000/101.6 | 4.000/ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Length (in/mm) | 5.787/146.99, 5.75/146.05 | 5.75/146.05, 5.787/146.99 | 5.75/146.05, 5.787/146.99 | | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | 5.787/ |
| Height (in/mm) (maximum) | | | | 1.028/26.1 | 1.028/26.1 | 1.028/26.1 | | | |
| Width (in/mm) (maximum) | | | | 4.010/101.85 | 4.010/101.85 | 4.010/101.85 | | | |
| Length (in/mm) (maximum) | | | | 5.787/146.99 | 5.787/146.99 | 5.787/146.99 | | | |
| Weight (lb/g) | 1.345/610, 0.90/408 | 0.90/408, 1.38/626 | 0.90/408, 1.371/622 | | 0.915/415 | 0.915/415 | 0.915/415 | 0.915/415 | 1.40/640 | 1.40/6 |

| Model Number | Generation | Package | Capacity | Interface | Cache (MB) | Areal Density | Length | Width | Height | Typical Weight | Operating Temperature | Average Operating Power |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STBD4000400 | Desktop HDD.15 | Kit | 4TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST4000DM000 | Desktop HDD.15 | Drive Only | 4TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.11mm | 610g | 60°C | 7.50W |
| STBD3000100 | 7200.14 | Kit | 3TB | SATA 6Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | 60°C | 8.0W |
| STBD2000101 | 7200.14 | Kit | 2TB | SATA 3Gb/s | 64MB | | 146.05mm | 101.6mm | 26.1mm | 408g | | |
| ST315005N4A1AS-RK | 7200.14 | Kit | 1.5TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST310005N1A1AS-RK | 7200.14 | Kit | 1TB | SATA 3Gb/s | 32MB | | | | | | | |
| ST3500641AS-RK | 7200.14 | Kit | 500GB | SATA 3Gb/s | 16MB | | | | | | | |
| ST3000DM001 | 7200.14 | Drive Only | 3TB | SATA 6Gb/s | 64MB | 625 | 146.99mm | 101.6mm | 26.1mm | 626g | 60°C | 8.0W |

| ST2000DM001 | 7200.14 | Drive Only | 2TB | SATA 6Gb/s | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 26.1mm | 622g | 60°C | 8.0W |
| ST1000DM003 | 7200.14 | Drive Only | 1TB | SATA 6Gb/s | 64MB | 625 Gfc/in^2 | 146.99mm | 101.6mm | 20.17mm | 415g | 60°C | 6.19W |
| ST500DM002 | 7200.14 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST320DM000 | 7200.14 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST250DM000 | 7200.14 | Drive Only | 250GB | SATA 6Gb/s | 16MB | 329 Gfc/in^2 | 146.99mm | 101.6mm | 19.98mm | 415g | 60°C | 6.19W |
| ST31000524AS | 7200.12 | Drive Only | 1TB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 640g | 60°C | <9.4W |
| ST3750525AS | 7200.12 | Drive Only | 750GB | SATA 6Gb/s | 32MB | 329 | 146.99mm | 101.6mm | 26.1mm | 640g | 60°C | <9.4W |
| ST3500413AS | 7200.12 | Drive Only | 500GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3320413AS | 7200.12 | Drive Only | 320GB | SATA 6Gb/s | 16MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3250312AS | 7200.12 | Drive Only | 250GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |
| ST3160316AS | 7200.12 | Drive Only | 160GB | SATA 6Gb/s | 8MB | 329 | 146.99mm | 101.6mm | 20.00mm | 540g | 60°C | <8.0W |



Site Index | Company Information | Partners | Investors | Jobs | Contact Us | Legal & Privacy

©2013 Seagate Technology LLC

# EXHIBIT 14



| | Desktop HDD 4TB<br>ST4000DM000 | STBD4000400 Desktop<br>HDD 4TB Kit<br>STBD4000400 | Barracuda Desktop 6-Gb/s<br>3TB Hard Drive<br>ST3000DM001 | Barracuda®3.5 Inch Retail<br>Kit SATA 3TB<br>STBD3000100 | Barracuda® 3.<br>SATA 2TB<br>STBD2000101 |
|---|---|---|---|---|---|
| Generation | Desktop HDD.15 | Desktop HDD.15 | 7200.14 | 7200.14 | 7200.14 |
| Package | Drive Only | Kit | Drive Only | Kit | Kit |
| Capacity | 4TB | 4TB | 3TB | 3TB | 2TB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s |
| Cache | 64MB | 64MB | 64MB | 64MB | 64MB |
| Areal Density | 625 | | 625 | | |
| Length | 146.99mm | 146.05mm | 146.99mm | 146.05mm | 146.05mm |
| Width | 101.6mm | 101.6mm | 101.6mm | 101.6mm | 101.6mm |
| Height | 26.11mm | 26.1mm | 26.1mm | 26.1mm | 26.1mm |
| Typical Weight | 610g | 408g | 626g | 408g | 408g |
| Operating Temperature | 60℃ | | 60℃ | 60℃ | |
| Average Operating Power | 7.50W | | 8.0W | 8.0W | |





# EXHIBIT 15





## Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.

📄 Laptop, Desktop and Video Storage Drive Guide - April 2013 (150KB)

| PRODUCT NAME | PERFECT FOR | CAPACITY/ SPINDLE SPEED (RPM)/ CACHE (MB) | |
|---|---|---|---|

### Desktop HDD

**LEARN MORE ›**

📄 Desktop HDD Data Sheet (444KB)

- HDDs that bring your costs down and crank your storage up
- No-hassle transition to 3TB and 4TB drives
- Seagate AcuTrac™ technology maximizes HDD storage densities

**160**GB — **4**TB
**5900**RPM, **7200**RPM
**8**MB, **16**MB, **32**MB,
**64**MB

Compare Seagate Desktop HDD Models



### Desktop SSHD

**LEARN MORE ›**

- Solid state speed for fast, responsive system performance
- Up to 2 Terabytes of massive storage capacity
- Innovative use of solid state memory delivers affordable performance and capacity

**1** — **4**TB
**64**MB

Compare Seagate Desktop SSHD Models



## Do More



Storage Is a Potent Weapon for Protecting Endangered Species



Seagate

Stay Informed | Product Finder | Where To Buy | United States | English ▸ | Login ▸

Search

Seagate Store | 🛒 0

| External Drives | Internal Drives | Solutions | Services & Software | Support | Partners |

Home / Internal Drives / Desktop Hard Drives

# Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.

📄 Laptop, Desktop and Video Storage Drive Guide - April 2013 (150KB)

Seagate Recovery Services
**We'll Get It Back.**
Data recovery from the storage experts.
LEARN MORE ▸

| PRODUCT NAME | PERFECT FOR | CAPACITY/ SPINDLE SPEED (RPM)/ CACHE (MB) |
|---|---|---|
| **Desktop SSHD**<br>LEARN MORE ▸ | ○ Solid state speed for fast, responsive system performance<br>○ Up to 4 Terabytes of massive storage capacity<br>○ Innovative use of solid state memory delivers affordable performance and capacity | **1 — 4**TB<br>**64**MB<br><br>Compare Seagate Desktop SSHD Models | 
| **Desktop HDD**<br>LEARN MORE ▸<br>📄 Desktop HDD Data Sheet (444KB) | ○ HDDs that bring your costs down and crank your storage up<br>○ No-hassle transition to 3TB and 4TB drives<br>○ Seagate AcuTrac™ technology maximizes HDD storage densities | **160**GB **— 4**TB<br>**5900**RPM, **7200**RPM<br>**8**MB, **16**MB, **32**MB, **64**MB<br><br>Compare Seagate Desktop HDD Models | 



INTERNET ARCHIVE
WayBackMachine

http://www.seagate.com/internal-hard-drives/desktop-hard-drives/     Go     MAR **APR** MAY

194 captures
10 Jun 2011 – 9 Apr 2018

**18**
**2014**

2013  2015

About this capture

# Seagate

Stay Informed   Product Finder   Where To Buy   |   ▸   Login

Search   🔍          Seagate Store   0

| External Drives | Internal Drives | Solutions | Services & Software | Product Support | Partners |

Home / Internal Drives / Desktop Hard Drives

# Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.



Seagate Recovery Services
We'll Get It Back.
Data recovery from the storage experts.
LEARN MORE ▸

📄 Laptop, Desktop and Video Storage Drive Guide - April 2013 (150KB)

---

| PRODUCT NAME | PERFECT FOR | CAPACITY/ SPINDLE SPEED (RPM)/ CACHE (MB) |
|---|---|---|

## Desktop SSHD

LEARN MORE ▸

- Solid state speed for fast, responsive system performance
- Up to 4 Terabytes of massive storage capacity
- Innovative use of solid state memory delivers affordable performance and capacity

**1 — 4**TB
**64**MB

Compare Seagate Desktop SSHD Models



---

## Desktop HDD

LEARN MORE ▸

📄 Desktop HDD Data Sheet (444KB)

- HDDs that bring your costs down and crank your storage up
- No-hassle transition to 3TB and 4TB drives
- Seagate AcuTrac™ technology maximizes HDD storage densities

**160**GB — **6**TB
**5900**RPM, **7200**RPM
**8**MB, **16**MB, **32**MB,
**64**MB, **128**MB

Compare Seagate Desktop HDD Models





INTERNET ARCHIVE
**WayBackMachine**

http://www.seagate.com/internal-hard-drives/desktop-hard-drives/    Go

**194 captures**
10 Jun 2011 – 9 Apr 2018

APR **MAY** JUN
**16**
**2014**
2013    2015

▼ About this capture

Stay Informed    Product Finder    Where To Buy        United States | English ▸    Login ▸

Search                Seagate Store    🛒 0

| External Drives | Internal Drives | Solutions | Services & Software | Product Support | Partners |

Home    Internal Drives    Desktop Hard Drives

# Desktop Hard Drives

Seagate® desktop hard drives deliver optimal performance for every desktop computing need—from entry-level workstations to high-performance gaming systems. These desktop drives offer innovative technologies, super-sized capacities, low power consumption and blazing fast performance.

📄 Laptop, Desktop and Video Storage Drive Guide - April 2013 (150KB)

**PRODUCT NAME**    **PERFECT FOR**    **CAPACITY/ SPINDLE SPEED (RPM)/ CACHE (MB)**

### Desktop SSHD

**LEARN MORE ›**

- Solid state speed for fast, responsive system performance
- Up to 4 Terabytes of massive storage capacity
- Innovative use of solid state memory delivers affordable performance and capacity

**1 — 4**TB
**64**MB

Compare Seagate Desktop SSHD Models

### Desktop HDD

**LEARN MORE ›**

📄 Desktop HDD Data Sheet (444KB)

- HDDs that bring your costs down and crank your storage up
- No-hassle transition to 3TB and 4TB drives
- Seagate AcuTrac™ technology maximizes HDD storage densities

**160**GB **— 4**TB
**5900**RPM, **7200**RPM
**8**MB, **16**MB, **32**MB,
**64**MB

Compare Seagate Desktop HDD Models



Products      Services & Software      Solutions      Seagate Store 🛒       Search ○

# Internal Desktop Drives

Seagate® 3.5-inch desktop internal
drives are optimized for PC desktop
computers and offer super-sized
capacities, low power consumption
and blazing fast performance at
affordable price points.



### Seagate Desktop SSHD

1TB – 4TB

Hybrid drive delivering speed
and capacity for gaming and
high-performance desktop
applications.

Buy Now

### Seagate Desktop HDD

160GB – 5TB

High capacity hard disk drive for
desktop applications at an
affordable price.

Buy Now

### Seagate NAS HDD

2TB – 4TB

Designed for home network
storage, business NAS, server
and RAID arrays.

Buy Now

United States (English)

Site Map    About Seagate    Partners    Careers at Seagate    Seagate Social    Product Finder    Where To Buy
Contact Us

©2014 Seagate Technology LLC  |  Legal & Privacy



# Internal Desktop Drives

Seagate® 3.5-inch desktop internal drives are optimized for PC desktop computers and offer super-sized capacities, low power consumption and blazing fast performance at affordable price points.

## Seagate Desktop SSHD

1TB – 4TB

Hybrid drive delivering speed and capacity for gaming and high-performance desktop applications.

**Buy Now**

## Seagate Desktop HDD

160GB – 5TB

High capacity hard disk drive for desktop applications at an affordable price.

**Buy Now**

## Seagate NAS HDD

2TB – 4TB

Designed for home network storage, business NAS, server and RAID arrays.

**Buy Now**



INTERNET ARCHIVE
WaybackMachine

http://www.seagate.com/products/desktop-storage/desktop-internal-drives/     Go

375 captures
31 May 2014 – 16 Oct 2017

2014     OCT 20 2014     2015

About this capture

Seagate

Partners     Support     Login

Products     Services & Software     Solutions     Seagate Store

Search

# Internal Desktop Drives

Seagate® 3.5-inch desktop internal drives are optimized for PC desktop computers and offer super-sized capacities, low power consumption and blazing fast performance at affordable price points.



### Seagate Desktop SSHD

1TB – 4TB

Hybrid drive delivering speed and capacity for gaming and high-performance desktop applications.

**Buy Now**

### Seagate Desktop HDD

160GB – 4TB

High capacity hard disk drive for desktop applications at an affordable price.

**Buy Now**

### Seagate NAS HDD

2TB – 4TB

Designed for home network storage, business NAS, server and RAID arrays.

**Buy Now**



# Internal Desktop Drives

Seagate® 3.5-inch desktop internal drives are optimized for PC desktop computers and offer super-sized capacities, low power consumption and blazing fast performance at affordable price points.



## Seagate Desktop SSHD

1TB – 4TB

Hybrid drive delivering speed and capacity for gaming and high-performance desktop applications.

**BUY NOW**

## Seagate Desktop HDD

160GB – 4TB

High capacity hard disk drive for desktop applications at an affordable price.

**BUY NOW**

## Seagate NAS HDD

2TB – 4TB

Designed for home network storage, business NAS, server and RAID arrays.

**BUY NOW**



# Internal Desktop Drives

Seagate® 3.5-inch desktop internal drives are optimized for PC desktop computers and offer super-sized capacities, low power consumption and blazing fast performance at affordable price points.



**Seagate Desktop SSHD**

1TB – 4TB

Hybrid drive delivering speed and capacity for gaming and high-performance desktop applications.

**LEARN MORE**

**Seagate Desktop HDD**

500GB – 4TB

High capacity hard disk drive for desktop applications at an affordable price.

**LEARN MORE**

**Seagate NAS HDD**

2TB – 4TB

Designed for 1 to 8 bay home, SOHO or small business NAS devices

**LEARN MORE**

# EXHIBIT 16



| | Desktop HDD 4TB ST4000DM000 | Desktop HDD 4TB Kit STBD4000400 | Barracuda Desktop 6-Gb/s 3TB Hard Drive ST3000DM001 | Barracuda Kit SATA 3T STBD3000100 |
|---|---|---|---|---|
| | | In stock $179.99 | In stock | In stock |
| | DATA SHEET PRODUCT MANUAL | DATA SHEET | DATA SHEET PRODUCT MANUAL | DATA SHEET |
| Generation | Desktop HDD.15 | Desktop HDD.15 | 7200.14 | 7200.14 |
| Generation | Desktop HDD.15 | Desktop HDD.15 | 7200.14 | 7200.14 |
| Package | Drive Only | Kit | Drive Only | Kit |
| Capacity | 4TB | 4TB | 3TB | 3TB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| Cache | 64MB | 64MB | 64MB | 64MB |
| Areal Density | 625 | | 625 | |
| Length | 146.99mm | 146.05mm | 146.99mm | 146.05mm |
| Width | 101.6mm | 101.6mm | 101.6mm | 101.6mm |
| Height | 26.11mm | 26.1mm | 26.1mm | 26.1mm |
| Typical Weight | 610g | 408g | 626g | 408g |
| Operating Temperature | 60°C | | 60°C | 60°C |
| Average Operating Power | 7.50W | | 8.0W | 8.0W |

http://www.seagate.com/internal-hard-drives/desktop-hard-drives/desktop-hdd/    Go

INTERNET ARCHIVE  WayBackMachine

366 captures
18 Dec 2012 - 2 Apr 2018

APR 11 2014

# EXHIBIT 17



| | Desktop HDD 5TB Hard Drive ST5000DM000 | Desktop HDD 4TB Hard Drive ST4000DM000 | Desktop HDD 4TB Drive Kit STBD4000400 | Barracuda Desktop 6-Gb/s 3TB Hard Drive ST3000DM001 | Barracuda® Kit SATA 3TB STBD3000100 |
|---|---|---|---|---|---|
| Generation | Desktop HDD.15 | Desktop HDD.15 | Desktop HDD.15 | 7200.14 | 7200.14 |
| Package | Drive Only | Drive Only | Kit | Drive Only | Kit |
| Capacity | 5TB | 4TB | 4TB | 3TB | 3TB |
| Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| Cache | 128MB | 64MB | 64MB | 64MB | 64MB |
| Areal Density | 826 | 625 | | 625 | |
| Length | 146.99mm | 146.99mm | 146.05mm | 146.99mm | 146.05mm |
| Width | 101.60mm | 101.6mm | 101.6mm | 101.6mm | 101.6mm |
| Height | 26.10mm | 26.11mm | 26.1mm | 26.1mm | 26.1mm |
| Typical Weight | 655g | 610g | 408g | 626g | 408g |
| Operating Temperature | 60°C | 60°C | | 60°C | 60°C |
| Average Operating Power | 7.50W | 5.60W | | 8.0W | 8.0W |

# EXHIBIT 18



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.

- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.

- SATA 6Gb/s interface optimizes burst performance

- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

- Seagate OptiCache™ technology boosts overall performance by as much as 45%.

- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM002[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



**www.seagate.com**

AMERICAS        Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC        Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA        Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications.
DS1770.1-1212US, December 2012

# EXHIBIT 19



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 4TB.
- Double your capacity and drive down costs with up to 1TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45%.
- Free Seagate DiskWizard™ software allows you to install 3TB and 4TB hard drives in Windows, including XP, without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



# Desktop HDD



| Specifications | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|
| Model Number | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM002[2] |
| Model Name | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | |
| Heads/Disks | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Including Noise (12V) | ±10% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | |
| Startup Power (A) | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | |
| Temperature | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.



## www.seagate.com

AMERICAS    Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS  16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.1-1212US, December 2012

# EXHIBIT 20



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 5TB.
- Double your capacity and drive down costs with up to 1.25TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance.
- Free Seagate DiskWizard™ software allows you to install 3TB, 4TB and 5TB hard drives in Windows without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- Entry-level direct-attached storage devices (DAS)



# Desktop HDD



| Specifications | 5TB[1] | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|---|
| Standard Model Numbers | ST5000DM000 | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | | |
| Cache, Multisegmented (MB) | 128 | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | | |
| Heads/Disks | 8/4 | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | | |
| Voltage Tolerance, Inc. Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Inc. Noise (12V) | ±10% | ±10% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% |
| **Reliability/Data Integrity** | | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Workload Rate Limit (TB/year) | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| Limited Warranty (years)[3] | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Power Management** | | | | | | | | |
| Startup Power (A) | 2.0 | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | | |
| Temperature | | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | | |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.
3 Extended warranty products available. Consult your distributor for details.

## www.seagate.com

AMERICAS        Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2014 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.4-1405US, May 2014

