# EXHIBIT 21



# Desktop HDD

**Data Sheet**

### The Power of One

- Seagate brings over 30 years of trusted performance and reliability to the new Seagate® Desktop HDDs—now available in capacities up to 5TB.
- Double your capacity and drive down costs with up to 1.25TB-per-disk hard drive technology.
- SATA 6Gb/s interface optimizes burst performance
- Seagate AcuTrac™ servo technology delivers dependable performance.
- Free Seagate DiskWizard™ software allows you to install 3TB, 4TB and 5TB hard drives in Windows without UEFI BIOS.

### Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- Entry-level direct-attached storage devices (DAS)



# Desktop HDD



| Specifications | 5TB[1] | 4TB[1] | 3TB[1] | 2TB[1] | 1TB[1] | 500GB[1] | 320GB[1] | 250GB[1] |
|---|---|---|---|---|---|---|---|---|
| Standard Model Numbers | ST5000DM000 | ST4000DM000 | ST3000DM001 | ST2000DM001 | ST1000DM003 | ST500DM002[2] | ST320DM000[2] | ST250DM000[2] |
| Model Name | Desktop HDD | Desktop HDD | formerly Barracuda® | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda | formerly Barracuda |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | | |
| Cache, Multisegmented (MB) | 128 | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 146 | 146 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 180 | 180 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | | |
| Heads/Disks | 8/4 | 8/4 | 6/3 | 6/3 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | | |
| Voltage Tolerance, Inc. Noise (5V) | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% | ±5% |
| Voltage Tolerance, Inc. Noise (12V) | ±10% | ±10% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% | +10%/−7.5% |
| **Reliability/Data Integrity** | | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Workload Rate Limit (TB/year) | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| Limited Warranty (years)[3] | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Power Management** | | | | | | | | |
| Startup Power (A) | 2.0 | 2.0 | 2.5 | 2.5 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 7.5 | 7.5 | 8.0 | 8.0 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle Average (W) | 5.0 | 5.0 | 5.8 | 5.8 | 4.0 | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.75 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | | |
| Temperature | | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 | −40 to 70 |
| Halogen Free | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RoHS Compliance | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Physical** | | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 610/1.345 | 610/1.345 | 626/1.38 | 626/1.38 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 20 | 25 | 25 | 25 | 25 |
| Cartons per Pallet | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Layer | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | | |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.
3 Extended warranty products available. Consult your distributor for details.



**www.seagate.com**

AMERICAS      Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA     Seagate Technology SAS  16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2014 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1770.4-1405US, May 2014

# EXHIBIT 22

**APRIL 2013**

# Quick-Reference Guide

## LAPTOP, DESKTOP AND VIDEO STORAGE DRIVES

Seagate ®

| Segment | | Family Platform | Model Number | Part Number | FF (in) | Capacity[1] | Interface | | Cache (MB) | Warranty, Limited (yrs) | Options |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAPTOP | Performance | Laptop SSHD | ST1000LM014 | 1EJ164 | 2.5 | 1TB | SATA | 6Gb/s | 64 | 3 | Solid state hybrid drive |
| | | Laptop Thin SSHD | ST500LM000 | 1EJ162 | 2.5 | 500GB | SATA | 6Gb/s | 64 | 3 | Solid state hybrid drive |
| | Mainstream | Momentus® | ST9750420AS[4] | 9RT14G | 2.5 | 750GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST9500423AS[4] | 9RT143 | 2.5 | 500GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST9500325AS | 9HH134 | 2.5 | 500GB | SATA | 3Gb/s | 8 | 2 | |
| | | | ST9500325ASG | 9KAG34 | 2.5 | 500GB | SATA | 3Gb/s | 8 | 2 | G-Force Protection™ |
| | | | ST9500327AS | 9PR134 | 2.5 | 500GB | SATA | 3Gb/s | 8 | 2 | Encryption |
| | | | ST9320423AS | 9HV14E | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST320LT023[3,4] | 1AF142 | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST9320325AS | 9HH13E | 2.5 | 320GB | SATA | 3Gb/s | 8 | 2 | |
| | | | ST9250410AS | 9HV142 | 2.5 | 250GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST9250315AS | 9HH132 | 2.5 | 250GB | SATA | 3Gb/s | 8 | 2 | |
| | Thin (7mm z-height) | Momentus Thin | ST500LT025 | 1A5142 | 2.5 | 500GB | SATA | 3Gb/s | 16 | 2 | Encryption |
| | | | ST500LT015 | 9WU142 | 2.5 | 500GB | SATA | 3Gb/s | 16 | 2 | Encryption/FIPS Validated[2] |
| | | | ST500LT012[4] | 9WS142 | 2.5 | 500GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST320LT007[4] | 9ZV142 | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST320LT014[4] | 9YK142 | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | Encryption |
| | | | ST320LT009[2,4] | 9WC142 | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | Encryption/FIPS Validated[2] |
| | | | ST320LT020[4] | 9YG142 | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST320LT012 | 9WS14C | 2.5 | 320GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST250LT007[4] | 9ZV14C | 2.5 | 250GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST250LT003[4] | 9YG14C | 2.5 | 250GB | SATA | 3Gb/s | 16 | 2 | |
| | | | ST250LT012 | 9WS141 | 2.5 | 250GB | SATA | 3Gb/s | 16 | 2 | |

CONTINUED ❯ Desktop and Video Storage pg 2

APRIL 2013

# Quick-Reference Guide

## LAPTOP, DESKTOP AND VIDEO STORAGE DRIVES

 Seagate®

| Segment | | Family Platform | Model Number | Part Number | FF (in) | Capacity[1] | Interface | | Cache (MB) | Warranty, Limited (yrs) | Options |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESKTOP | Performance | Desktop SSHD | ST2000DX001 | 1CM164 | 3.5 | 2TB | SATA | 6Gb/s | 64 | 3 | Solid state hybrid drive |
| | | | ST1000DX001 | 1CM162 | 3.5 | 1TB | SATA | 6Gb/s | 64 | 3 | Solid state hybrid drive |
| | Mainstream | Desktop HDD | ST4000DM000 | 1F2168 | 3.5 | 4TB | SATA | 6G/s | 64 | 2 | |
| | | | ST3000DM001[6] | 9YN166 | 3.5 | 3TB | SATA | 6Gb/s | 64 | 2 | |
| | | | ST2000DM001[6] | 9YN164 | 3.5 | 2TB | SATA | 6Gb/s | 64 | 2 | |
| | | | ST1000DM003[6] | 9YN162 | 3.5 | 1TB | SATA | 6Gb/s | 64 | 2 | |
| | | | ST500DM002[5,6] | 1BC142 | 3.5 | 500GB | SATA | 6Gb/s | 16 | 2 | |
| | | | ST320DM000[5,6] | 1BD14C | 3.5 | 320GB | SATA | 6Gb/s | 16 | 2 | |
| | | | ST250DM000[5,6] | 1BD141 | 3.5 | 250GB | SATA | 6Gb/s | 16 | 2 | |
| VIDEO STORAGE | Surveillance | SV35 Series™ | ST3000VX000 | 9YW166 | 3.5 | 3TB | SATA | 6Gb/s | 64 | 3 | |
| | | | ST2000VX000 | 9YW164 | 3.5 | 2TB | SATA | 6Gb/s | 64 | 3 | |
| | | | ST1000VX000 | 9YW162 | 3.5 | 1TB | SATA | 6Gb/s | 64 | 3 | |
| | DVR | Video 2.5 HDD | ST500VT000 | 1BS142 | 2.5 | 500GB | SATA | 3Gb/s | 16 | 3 | |
| | | | ST320VT000 | 1BS14C | 2.5 | 320GB | SATA | 3Gb/s | 16 | 3 | |
| | | | ST250VT000 | IBS141 | 2.5 | 250GB | SATA | 3Gb/s | 16 | 3 | |
| | | Pipeline HD® | ST2000VM003 | 1CT164 | 3.5 | 2TB | SATA | 3Gb/s | 64 | 3 | |
| | | | ST1000VM002 | 9ZL162 | 3.5 | 1TB | SATA | 6Gb/s | 64 | 3 | |
| | | | ST3500312CS | 9GW132 | 3.5 | 500GB | SATA | 3Gb/s | 8 | 3 | |
| | | | ST3320311CS | 9GW13C | 3.5 | 320GB | SATA | 3Gb/s | 8 | 3 | |
| | | | ST3250312CS | 9GW131 | 3.5 | 250GB | SATA | 3Gb/s | 8 | 3 | |

1 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to hard drive capacity.
2 See FIPS 140-2 Level 2 Certificate at http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/1401vend.htm.
3 7mm z-height expanded to 9.5mm enables compatibility with standard laptop chassis.
4 Advanced Format 4K sector drive with SmartAlign™ technology resolves misalignment conditions.
5 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included on 4K sector drives. Both drives are functionally and physically equivalent.
6 Formerly Barracuda® drive

## New Seagate Model Number Key

Desktop, laptop and video storage

### <span style="color:red">ST</span> <span style="color:blue">500</span> <span style="color:green">DX</span> <span style="color:purple">001</span>

| BRAND | CAPACITY | SEGMENT | ATTRIBUTES |
|---|---|---|---|
| *2 letters* | *2 to 4 digits* | *2 letters* | *3 digits, non-intelligent* |
| ST= Seagate<br>MX= Maxtor | 80 = 80GB<br>500 = 500GB<br>1500 = 1500GB | DX = Desktop Premium<br>DM = Mainstream<br>DL = Entry Level<br>LX = Laptop Premium<br>LM = Laptop Mainstream<br>LT = Laptop Thin<br>VX = Surveillance<br>VM = DVR<br>VT = DVR Thin | Varies for:<br>Z-heights<br>Form Factor<br>RPM<br>Cache<br>Interface<br>SED, FIPS<br>Drop Sensor<br>Interface Speed |
| | Capacities >9999GB:<br>10 = 10TB<br>15 = 15TB | | |

View a brief training presentation on how our model number format has changed at www.brainshark.com/seagate/ModelNumber

Seagate
Partner Program

**Seagate Partner Program Members**
Visit the Sales Tools section to access the latest product roadmap, end-of-life schedule and product information. http://spp.seagate.com

**Distributors**
http://direct.seagate.com

**EMEA SPP Support**
00-800-6890-8282

**US Sales Support**
1-800-SEAGATE or 1-405-324-4700

**Visit www.seagate.com for more information or call 1-800-SEAGATE (1-800-732-4283)** © 2013 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and other countries. Barracuda, G-Force Protection, Momentus, Pipeline HD, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). Seagate reserves the right to change, without notice, product offerings or specifications. QR502.15-1304US, April 2013

# EXHIBIT 23

| Plaintiffs' Exhibit (Scarlett Decl) | Bates Number | Where Previously Cited or Submitted by Plaintiffs | Discussed in Rodewald Decl. Paragraph | Type of Document |
|---|---|---|---|---|
| 13 | FED_SEAG0076615 | Scarlett I[1], Ex. 72 | ¶¶ 41, 42 | This document contains reviews for external products—*for which plaintiffs do not seek class certification*.  The comment they quote is for an external drive. |
| 14 | FED_SEAG0093489 | Scarlett I, Ex. 72 | ¶¶ 41, 42 | This document contains reviews for external products—*for which plaintiffs do not seek class certification*.  The comment they quote is for an external drive. |
| 22 | FED_SEAG0056563 | Hospodor II[2] | ¶ 30 | Document concerning Feb-May 2013 |
| 23 | FED_SEAG0009670 | Hospodor I[3] | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 24 | FED_SEAG0055127 | Hospodor II | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 25 | FED_SEAG0055922 | Hospodor II | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 26 | FED_SEAG0063104 | Hospodor II | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 27 | FED_SEAG0060976 | Reply Berman Decl. Ex 54[4] | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 28 | FED_SEAG0006071 | Hospodor II | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 29 | FED_SEAG0067917 | Hospodor II | ¶ 19 | 2012 document regarding 2012 or earlier drives |

[1]  "Scarlett I" refers to ECF 175-5, the Declaration of Shana E. Scarlett in Support of Plaintiffs' Second Supplemental Brief in Further Support of Class Certification.

[2] "Hospodor II" refers to ECF 158-7, the "Rebuttal" Declaration of Andrew Hospodor in Support of Plaintiffs' Motion for Class Certification.

[3] "Hospodor I" refers to ECF 133-5, the Declaration of Andrew Hospodor in Support of Plaintiffs' Motion for Class Certification.

[4] The "Reply Berman Decl." refers to ECF 158-4, the Declaration of Steve W. Berman in Further Support of Plaintiffs' Motion for Class Certification.

| Plaintiffs' Exhibit (Scarlett Decl) | Bates Number | Where Previously Cited or Submitted by Plaintiffs | Discussed in Rodewald Decl. Paragraph | Type of Document |
|---|---|---|---|---|
| 30 | FED_SEAG0067889 | Not cited or submitted before | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 31 | FED_SEAG0055041 | Hospodor I | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 32 | FED_SEAG0055831 | Hospodor I | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 33 | FED_SEAG0059618 | Hospodor II | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 34 | FED_SEAG0026751 | Hospodor I | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 35 | FED_SEAG0057277 | Hospodor I | ¶ 29 | document concerning the Grenada **BP2** Drive, which Plaintiffs specifically exclude from their class definition. |
| 36 | FED_SEAG72642 | Supp Berman Decl.[5] Ex 59 | ¶ 23 | commercial, data-center use of 2011 drives |
| 37 | FED_SEAG0006442 | Supp Berman Decl. Ex 21 | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 38 | FED_SEAG0073676 | Supp Berman Decl. Ex 61 | ¶ 24 | commercial, data-center use of 2012 or earlier drives |
| 39 | FED_SEAG0072348 | Supp Berman Decl. Ex 62 | ¶ 25 | commercial, data-center use of 2011-2012 drives |
| 40 | FED_SEAG0071790 | Supp Berman Decl. Ex 63 | ¶ 26 | commercial, data-center use of 2012 or early vintage 2013 drives |
| 41 | FED_SEAG0071982 | Supp Berman Decl. Ex 66 | ¶ 26 | commercial, data-center use of 2012 or early vintage 2013 drives |
| 42 | Fed_SEAG0071996 | Supp Berman Decl. Ex 67 | ¶ 26 | commercial, data-center use of 2012 or early vintage 2013 drives |
| 43 | FED_SEAG0057214 | Hospodor I | ¶ 28 | document concerning Apple |

---

[5] The "Supp Berman Decl." refers to ECF 167-4, the Declaration of Steve Burman in Support of Plaintiffs' Supplemental Brief in Further Support of Class Certification.

| Plaintiffs' Exhibit (Scarlett Decl) | Bates Number | Where Previously Cited or Submitted by Plaintiffs | Discussed in Rodewald Decl. Paragraph | Type of Document |
|---|---|---|---|---|
| 44 | FED_SEAG0002673 | Berman Decl.[6] Ex 23 | ¶ 28 | document concerning Apple |
| 45 | FED_SEAG0055784 | Hospodor I | ¶ 28 | document concerning Apple |
| 46 | FED_SEAG0024743 | Berman Decl. Ex 24 | ¶ 19 | 2012 document regarding 2012 or earlier drives |
| 47 | | Hospodor I | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 48 | FED_SEAG0025567 | Hospodor I | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 49 | | Hospodor I | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 50 | FED_SEAG0010073 | Hospodor I | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 51 | FED_SEAG0025642 | Hospodor I | ¶ 22 | Backblaze's commercial, data-center use of 2012 drives |
| 52 | | Hospodor I | ¶ 20 | document concerning Khurshudov's irrelevant study |
| 53 | FED_SEAG0090915 | Scarlett I, Ex. 72 | ¶¶ 43 - 45 | The chart contains data on 419 different products (419 different model numbers), only 22 of which are at issue in this Action, and only 112 rows relating to the products at issue. Plaintiffs quote a comment about a product not at issue in this litigation. |

---

[6] The "Berman Decl." refers to ECF 136, the Declaration of Steve Burman in Support of Plaintiffs' Motion for Class Certification.

| Plaintiffs' Exhibit (Scarlett Decl) | Bates Number | Where Previously Cited or Submitted by Plaintiffs | Discussed in Rodewald Decl. Paragraph | Type of Document |
|---|---|---|---|---|
| 54 | FED_SEAG0090943 | Scarlett I, Ex. 72 | ¶¶ 43 - 45 | This document contains entries relating to numerous products not at issue; it does not contain any rows relating to model numbers or sizes, so one cannot tell whether any particular entries relate to drives at issue.  Plaintiffs quote one comment.  There is no evidence this comment relates to the ST3000DM001, or to internal drives for which Plaintiffs seek class cert. |
| 63 | | Not cited or submitted before | ¶ 31 | Summary chart created by plaintiffs - all but two cited documents relate to purported AFRs of 2012 drives, and only two documents relate to purported AFRs of 2013 drives |
| 64 | FED_SEAG0072362 | Supp Berman Decl. Ex 60 | ¶ 27 | commercial, data-center use of 2012 drives |

# EXHIBIT 24

# EXHIBIT 14
## [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]

1

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    No. 5:16-cv-00523-RMW

4    _____

5    IN RE SEAGATE TECHNOLOGY, LLC

6    LITIGATION

7    _____
     SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
     FOR THE CITY AND COUNTY OF SAN FRANCISCO
9
     Case No. CGC-15-547787
10   _____

11   TIM POZAR and SCOTT NALICK,
     Individually and on Behalf of All Others
12   Similarly situated,

13   Plaintiffs,

14   vs.

15   SEAGATE TECHNOLOGY LLC and DOES
     1-50,
16
     Defendants.
17   _____

18   VIDEOTAPED DEPOSITION OF ANDREI KHURSHUDOV
     September 8, 2017
19   _____

20

21

22

23

24

25

99

1      Q      (BY MR. STROUT)  But going back to my

2    question, to the left of the dotted line it says B is

3    greater than 1; is that right?

4      A      It's anything that is -- that starts as a

5    straight line but then tilts below it, becomes beta

6    less than 1.  If it starts as a straight line and

7    tilts upward, then it's beta more than 1.  So -- so

8    each of this curve has its own straight line.  I just

9    didn't draw --

10       Q    Right, I understand.

11            MR. SHARMA:  I think he's testifying that

12    the beta is -- the beta depicted here isn't a

13    straight line.

14            THE REPORTER:  Is or isn't?

15            MR. SHARMA:  Is not.

16       Q    (BY MR. STROUT)  But just -- my question,

17    it's very simple -- I understand everything you said,

18    but just to the left of the dotted line it says B is

19    greater than 1, correct?

20       A    Yes.

21       Q    All right.  Thank you.

22       A    And frankly, again, to avoid over-

23    interpretation of this --

24       Q    Uh-huh.

25       A    -- somewhere about hour and a half ago I

Khurshudov, Andrei - 09-08-2017

100

1   mentioned that when the production starts, the

2   process is not as stable.  It -- it becomes more

3   stable later.

4            The second thing that needs to be

5   mentioned for that part, that the production volumes

6   during that time are very low, which means whatever

7   happens in the first -- we usually I think use two

8   quarters of -- of waiting before we start making

9   judgments about what's going on, because the first

10  two quarters is -- you might be going from hundreds

11  of units per day to tens of thousands of units per

12  day, and even that is a low volume.

13            So, in other words, the Grenada here --

14  and this is the reason why I wrote at the bottom, we

15  should wait until we could make a conclusion about

16  Grenada, is because if I can count it correctly, it's

17  four -- no more than five months old, which means

18  it's under five -- under two quarters, which means we

19  will not make judgment.  And if you -- about this

20  until we see more data.

21            And if you -- if you want to do a mental

22  sort of experiment, just close a page like this,

23  after -- say after 10.

24       Q    Okay.  I'm not quite sure how we're going

25  to get this on the record, but for the record --

101

1          A     Make projections for other curves, you

2    probably will be wrong.  Things change over time.

3    For example, blue one crosses the pink one after a

4    couple of years.  While initially it was below, it

5    becomes higher.

6                So my point is that that's why a lot of

7    data has to be collected before, you know,

8    statistically significant statements are made.  This

9    is why I was careful about Grenada specifically on

10   this page.

11         Q     Okay.  Turn to Page 1857, please.

12         A     I'm already on it.

13         Q     Oh.  Well, 1859 is what I meant.

14         A     Okay.

15         Q     All right.  So the first bulletin on 1859

16   says, "According to the above chart, higher workload

17   stress could be used as an explanation to the fact

18   that some product families show constant or

19   increasing failure rate over time," and in

20   parentheses, "signatures of potential wearout."

21               Is that correct?

22         A     Yes, that's correct.

23         Q     And underneath that it says, "Less than

24   50 percent of high workload products," parentheses,

25   stress -- "stress level 4 and 5, show failure rate

126

```
 1    workload are exposed to workloads maybe 10 times
 2    higher than we even anticipated, so just incredibly
 3    high workloads.  And this is what this is referring
 4    to.
 5            Essentially, as we as a company
 6    anticipated us moving more and more -- 2012 is just
 7    maybe beginning of cloud storage.  Since then a lot
 8    more sales go into cloud storage.  So this was a sort
 9    of a warning that a much higher workload stress
10    environment is just behind the corner, and it might
11    change our perception unless we have, you know,
12    analysis, perception of real stress in the field.
13       Q     Underneath that you wrote, "Considering
14    that we observe beta less than 1 in most of our
15    internal," and in parentheses RDT, ORT, end
16    parentheses, "tests, one could conclude that these
17    relatively short tests do not predict well the long-
18    term product reliability behavior."
19            Did I read that correctly?
20       A     Yes, you read it correctly.
21            MS. MCLEAN:  Actually, you left out a
22    word.  "Do not necessarily predict well."
23       Q     (BY MR. STROUT)  "Do not necessarily
24    predict well the long-term product reliability
25    behavior."
```

Khurshudov, Andrei - 09-08-2017

1    A    Correct.

2    Q    Okay.  And you continue on this page, the

3  very last bullet point says, "Longer-term reliability

4  tests, about one year, might need to be introduced to

5  gain more confidence in reliability projections."

6         Is that right?

7    A    Correct.

8    Q    Okay.  So how long -- do you know how long

9  these reliability tests, RDT, ORT tests, are run for

10  at Seagate?

11         MS. MCLEAN:  Objection, lacks foundation.

12    A    Yeah, I -- it's been a while so I'm

13  forgetting things, but I'm pretty sure that for the

14  enterprise class of products, for a long time now

15  Seagate has longer tests than -- than RDT.  RDT is

16  six weeks, but there are now tests that run for

17  months and months.

18         And again, that's -- there is one other

19  thing you need to understand, that it's not just the

20  time of the test.  There are such things as

21  acceleration factors in the test.  For example, if

22  test is ran under twice as high workload as we

23  expect, we can assume that it's a longer time test

24  and, you know, we actually measure the same.  Another

25  known accelerator is temperature.

128

1           So -- so equivalent time of this test is

2    not six times.  At the time an RDT test might be -- I

3    don't remember, but it might be a year.

4           So what I'm talking about here is making

5    it even longer, and I know there are longer tests now

6    used for, you know, mission critical products and

7    enterprise class products -- enterprise class

8    products.

9       Q    (BY MR. STROUT)  What about for desktop

10   class products, have longer term reliability tests

11   been implemented for those?

12          MS. MCLEAN:  Objection, lacks foundation.

13      A    Can you give me a second?  I cannot

14   remember this report.  Let me look at it.

15      Q    (BY MR. STROUT)  Sure, take your time.

16      A    What does it say.

17          Yeah, I think -- I think it's what I -- I

18   remember.  The thing is for the -- this client space,

19   for desktops and mobile drives, this -- this study

20   actually didn't show any even hints of wearout.  The

21   beta is always below 1.  So the conclusion would

22   be -- and this is again part of this study -- it's a

23   low workload environment, and drives behave exactly

24   how we expect.  It's our mission critical products

25   that might be affected.  Look at them.  This is the

129

1    direction of this -- of this summary, of this sort of

2    work.

3              But so it -- from what I see here, we see

4    the same thing in the internal tests and external

5    tests, beta is less than 1, which means that the

6    stress applied, you know, in Seagate tests is

7    sufficient for this environment.  So I don't think

8    there's any recommendation to reconsider anything for

9    client space.  Desktop, notebook, external storage,

10   all look like expected.

11        Q     Okay.  Well, please turn back to 1857,

12   please, 1857.

13        A     57, yes.

14        Q     And here the beta is increasing with each

15   generation; is that correct?

16        A     It looks like it, yes.

17        Q     Well, it says that, doesn't it?

18        A     It says that, yeah.

19        Q     And these are desktop class drives,

20   correct?

21        A     Correct.

22        Q     Okay.  So do you know if longer term

23   reliability tests were ever implemented for desktop

24   class drives at Seagate?

25        A     I don't know.  I don't know.  Based on

204

1   STATE OF COLORADO)

2                    )   ss.   REPORTER'S CERTIFICATE

3   COUNTY OF DENVER )

4            I, Pamela J. Hansen, do hereby certify that

5   I am a Registered Professional Reporter and Notary

6   Public within the State of Colorado; that previous to

7   the commencement of the examination, the deponent was

8   duly sworn to testify to the truth.

9            I further certify that this deposition was

10  taken in shorthand by me at the time and place herein

11  set forth, that it was thereafter reduced to

12  typewritten form, and that the foregoing constitutes

13  a true and correct transcript.

14           I further certify that I am not related to,

15  employed by, nor of counsel for any of the parties or

16  attorneys herein, nor otherwise interested in the

17  result of the within action.

18           In witness whereof, I have affixed my

19  signature and seal this 21st day of September, 2017.

20           My commission expires September 3, 2018.

21

22           _____
             Pamela J. Hansen, CRR, RPR, RMR
23           216 - 16th Street, Suite 600
             Denver, Colorado  80202
24

25

Khurshudov, Andrei - 09-08-2017

# EXHIBIT 25

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   JOY O. SIU, Cal. Bar No. 307610
5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone:    415.434.9100
   Facsimile:    415.434.3947
7  Email:        npopovic@sheppardmullin.com
                 amclean@sheppardmullin.com
8                trodewald@sheppardmullin.com
                 lpayne@sheppardmullin.com
9                jsiu@sheppardmullin.com

10 Attorneys for Defendant,
   SEAGATE TECHNOLOGY LLC

11

12                 UNITED STATES DISTRICT COURT

13       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15 | IN RE SEAGATE TECHNOLOGY LLC        | Case No. 3:16-cv-00523-JCS
   | LITIGATION                         |
16 |                                    | **DECLARATION OF DONALD ADAMS,**
   |————————————————————————————————————| **PE IN SUPPORT OF SEAGATE'S**
17 | CONSOLIDATED ACTION                | **OPPOSITION TO PLAINTIFFS'**
   |                                    | **MOTION FOR CLASS CERTIFICATION**
18 |                                    |
   |                                    | **Date:**   March 30, 2018
19 |                                    | **Time:**   9:30 a.m.
   |                                    | **Place:**  Courtroom G
20 |                                    | **Judge:**  Hon. Joseph C. Spero
21 |                                    |
   |                                    |
22 |                                    | Second Consolidated Amended Complaint
   |                                    | filed:  July 11, 2016
23

24        **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

25

26

27

28

1  *40 year-olds*.  Similarly, the AFR for drives manufactured in 2011 vs. those manufactured in 2012,

2  does not tell you whether drives used for 6 months have a higher or lower chance of failing

3  *compared to drives used for 2 years*.  That Hospodor thinks that his sequence of three AFRs (from

4  three different test populations of drives all tested to the same age) can be used to determine whether

5  Beta was greater than 1 further demonstrates Hospodor's fundamental misunderstanding of accepted

6  reliability analysis methodologies (in particular, the Weibull distribution and the significance of the

7  Beta parameter).  It is simply not possible to use the sequence of AFRs Hospodor cites to reach his

8  stated conclusion that Beta was greater than 1 or that the drives were 'wearing out prematurely.'

9      74.    Hospodor goes on to say in Paragraph 91 that Beta or the shape parameter is the more

10  important of the two primary parameters in the Weibull distribution.  This is not correct, as

11  explained in Paragraph 37 above.

12           **2.    Hospodor's Reliance on Khurshudov Is Misplaced**

13      75.    Beginning in paragraph 96 through 111, Hospodor introduces and discusses former

14  Seagate employee Andrei Khurshudov's ("Khurshudov's") report on "Product Failure Rate Trends

15  and the Role of Workload Stress" from about June of 2012 at which time he worked for Seagate.

16  First, Hospodor simply ignores the fact that the Khurshudov report's conclusions do not apply to

17  consumer, desktop drives like Grenada.  In fact, in his deposition, Khurshudov explained that for

18  desktop drives used in consumer applications (like Grenada), *his report showed that those drives*

19  *always behaved as expected, with Beta less than 1*.  (Ex. 14 [Khurshudov Depo.] 126:23-129:10

20  ("The thing is for the -- this client space, *for desktops and mobile drives*, this *-- this study actually*

21  *didn't show any even hints of wearout.  The beta is always below 1*.  So the conclusion would be --

22  and this is again part of this study -- *it's a low workload environment, and drives behave exactly*

23  *how we expect*.  It's our mission critical products that might be affected.")  Hospodor simply ignores

24  what Khurshudov said about the conclusions of his own report, and then misapplies the report—to

25  reach the opposite conclusion from what the report actually showed (which was Beta was less than 1

26  on consumer, desktop drives).

27      76.    Second, there are several flaws in the report that Hospodor incorrectly endorses.

28  These are:

a.    Hospodor endorses the statement shown in the slide in his Figure 11 that wear out phenomenon (where Beta >1) is highly undesirable.  This idea is naive.  "Wear out" is unavoidable; everything eventually wears out (or dies). The key to a successful product is that its characteristic life is long enough to meet service life expectations.

b.    The data is based on returns, not failures.  Returns include failures and non-failures, and non-failures can be a large fraction of the total.  For example, another document by Khurshudov shows that over 75% of returned products can have no trouble found, and a large proportion may never have even been used.  (Ex. 15 [FED_SEAG0002320] at 2327; Almgren Decl., ¶ 25; Ex. 14 [Khurshudov Depo.] at 36:25-39:14.)  Furthermore some failures may not be returned.  Drawing conclusions about failure rates from return rates is unreliable.

c.    In Paragraph 100 Hospodor refers to the plot taken from Khurshudov's report shown in Figure 12 of his declaration.  (See Hospodor Decl., ¶¶ 101 and Figure 12.) Both Hospodor and Khurshudov incorrectly conclude that the curves are "exhibiting failures rates consistent with β increasing to and possibly surpassing a value of 1."  First, Khurshudov testified that he drew his conclusions by simply 'eyeballing' the graph in question, and drawing some lines, but did not do any mathematical analysis of the data.  (Ex. 14 [Khurshudov Depo.] at 88:17-90:1, 95:7-96:18, 96:23-97:23, 99:1-9.)  Hospodor acknowledged in his deposition, that visual examination of graphs like Figure 12 cannot be used to make conclusions about Beta.  (Ex. 11 [Hospodor Depo.], 88:10-96:10.)  However, this is exactly what Khurshudov did, and Hospodor adopts Khurshudov's unfounded, 'eyeball' opinions even though he acknowledges that Khurshudov's approach is unsound.[21] (*Ibid*.)  Moreover, all of the curves in this plot are consistent with Beta < 1.  In fact, ***the graph at issue shows that Beta and/or the characteristic life (scale parameter Eta) are decreasing for the cumulative return data plotted***.  For example, Figure 4 below shows a constant Beta and a ***decreasing Eta***.

---

[21]  Even Khurshudov noted on the slide at issue that more complete data analysis is needed to confirm his observation, yet Hospodor accepted the observation (which is methodologically unsound) without any further data analysis.



**Figure 4**. Shape parameter (β) held constant at 0.5; scale parameter (η) decreasing from 3 (gold line) to 1.5 (red line) and 0.5 (purple line). (Figure prepared using Excel and Excel's Weibull function.) **(FIGURE 4 SOUGHT TO BE REDACTED)**

       d.      After adopting Khurshudov's incorrect 'eyeball' claim that Beta showed a "progression" from β<1 to β>1, Hospodor goes on to claim that "the data points of ***the Grenada fall[]in the β>1 range.***" (See Hospodor Decl., ¶¶ 101.) Hospodor makes a conclusion about "the Grenada" drives even though Khurshudov refused to draw any such conclusion because there simply was not enough data about Grenada. (*See* Hospodor Figure 12 ("We should wait until we could make a conclusion about Grenada"); Ex. 14 [Khurshudov Depo.] at 99:25-101:10.) Moreover, as noted, Khurshudov explained that his report showed for consumer drives Beta was always less than 1 and the and the conclusions about Beta greater than 1 and wear out did not apply to desktop drives like Grenada. (Ex. 14 [Khurshudov Depo.] 126:23-129:10.) Hospodor's attempt to stretch Khurshudov's statements to cover Grenada drives lacks any reasonable basis and is not supported by the data.

       e.      Both Hospodor and Khurshudov repeatedly say that Weibull Beta or shape

1    values are 'assumed.'  As previously discussed, this is simply not the case.  (See Section

2    IV.B.)  It appears that Khurshudov was not involved in Seagate's actual reliability testing or

3    calculations of AFRs, so this may explain why he made misstatements about how Seagate

4    actually determined Beta and AFR.[22]  (See Ex. 14 [Khurshudov Depo.] at 13:24-15:11;

5    24:16-25:16.; Almgren Decl., ¶ 24.)  At any rate, Khurshudov explained in his deposition

6    that Beta and AFR are based on fitting the Weibull distribution to actual test data   (Ex.  14

7    [Khurshudov Depo.] 47:13-49:5.)

8        f.    The emphasis both Hospodor and Khurshudov place on the Weibull shape

9    parameter, Beta, while excluding the characteristic life, Eta, is not correct.  At least two

10   parameters are need to make a useful AFR projection, and the Eta parameter is just as

11   important as Beta.

12   77.    In Paragraphs 106 to 108 of his declaration, Hospodor references a suggestion by

13   Khurshudov that "Longer-term reliability tests (~1 Year) might need to be introduced to gain more

14   confidence in reliability projections."  ***But Khurshudov testified that this conclusion did not apply***

15   ***to desktop or consumer drives like Grenada***—it only applied to high-workload, enterprise drives

16   (Ex. 14 [Khurshudov Depo.] 126:23-129:10.)  Furthermore, it is true that confidence in the

17   projections can be improved this way and more knowledge of eventual wear out behavior and

18   mechanisms can be gained.  It is also true that increasing the number of test samples will improve

19   confidence in the projections.  However, there is no reason to think this was necessary to adequately

20   test the Grenada drives and Hospodor provides no basis for so thinking.  Certainly Khurshudov

21   made no such conclusion.  (*Id.; see also* Almgren Decl., ¶ 26.)  Hospodor offers no basis for

22   extending Khurshudov's suggestion to consumer, desktop drives like Grenada, and I see none.  First,

23   for HDDs designed for enterprise use (data center applications, servers, cloud computing, etc.) both

24   the number of samples and test time is increased in my experience.  By contrast, Seagate's RDT and

25

26   [22]  The only role in which Khurshudov was involved with reliability was a research role from
     2006 to May 2008, and that role did not involve analyzing reliability of any specific products.
27   (*Ibid*.)  At the time he wrote the report in question he was "senior director, cloud research and
     analytics" but Glen Almgren reports that—consistent with his title at the time—Khurshudov was not
28   directly involved in RDT or product qualification and would not necessarily have known how
     Seagate determined Beta and AFR in those contexts.  (Almgren Depo., ¶ 24.)

1    ORT reliability testing protocol for the Grenada drives—1000 HDDs for 1000 hours—has been

2    widely accepted in the industry for drives like the Grenada drives that are intended for desktop

3    computer applications.[23]  Even Hospodor acknowledges that test protocols can be shorter than what

4    Seagate used (30 days rather than 6 weeks).  (Hospodor Decl., ¶ 34.)  Furthermore, as explained,

5    because Seagate tested the drives at maximum workload (and high temperature) for 6 weeks,

6    Seagate subjected the drives to the equivalent of over 3 to 3.8 years of use and wear.  This is more

7    than sufficient to obtain data to project reliability characteristics of the drives over the expected

8    useful life of the drives with reasonable accuracy.  Other than his wholly incorrect application of the

9    Weibull analysis (Paragraphs 41, 70-76), and his misplaced reliance on, and misapplication of,

10   Khurshudov's incorrect conclusions (Paragraphs 75, 76), ***Hospodor provides no basis for asserting***

11   ***that Seagate's testing of the Grenada drives was insufficient***.  Therefore, Hospodor's claims that

12   Seagate's reliability testing was inadequate and that AFR projections were overly optimistic is not

13   supported by his alleged evidence or arguments.  Nonetheless Seagate also tested drives for

14   extended periods of time (an additional 3-6 weeks after the normal 6-week test) to confirm that Beta

15   remained below 1, which it did.  (Almgren Decl., ¶ 28; Ex. 13 [Almgren Depo.], at 88:5-90:6.)

16                          **3.      The Grenada BP2 Test Results**

17          78.      In paragraphs 112 to 117 Hospodor misinterprets the GrenadaBP2 reliability test

18   results shown in Figure 14 of his Declaration.  He incorrectly states "the AFR increased from

19   1.039% in the first year to 1.951% in the fifth year."  The values for the second year (2Yr FR)

20   through fifth year (5Yr FR) are ***cumulative failure probabilities (FR)*** projected by the Weibull CDF

21   using estimated parameters based on the test data.  They are consistent with an estimated shape

22   factor, Beta, less than 1. Therefore his conclusions are mistaken.[24] Moreover, this document shows

23   _____

24          [23]  This test design is a good balance between cost of samples and equipment and schedule.
     For no failures during the test this demonstrates reliability of 0.998 with 90% confidence using the

25   Binomial distribution.  The annualized failure rate (AFR) for a product operated this much in one
     year would be less than 1%.

26          [24]  That the 2Yr FR to 5Yr FR are cumulative and not "annual" would seem obvious given
     that the first year value is "AFR" (the "annualized" failure rate), but the subsequent numbers are not

27   labeled "**A**FR" and instead are labeled "FR."  In addition, the only way to arrive at any of these
     values is to use the Beta and Eta parameters to model the data and derive the AFR and FRs.  The

28   AFRs and FRs can't be "inconsistent" with the listed Beta, because the listed Beta was used to
     produce the AFR and FRs.

1   that when the Grenada BP2 drives were approved for general release as internal, desktop drives

2   (Disty/OEM), the Demo' d first year AFR was 0.90%. Furthermore, the cumulative failure rate

3   (probability) at the 5th year was less than 2%--meaning that even after 5 years of use, based on its

4   RDT test data, Seagate projected that only 2% total of drives would have failed, while 98% would

5   still be operational. This exceeds the goal in the table from the "5-year BIC Service Life Strategic

6   Initiative." (See Figure 3 above.)

7         **D.**     **The Backblaze Blog Posts Do Not Support Hospodor's Conclusions**

8        79.     In Paragraph 104, Hospodor references Backblaze blog posts and implies that they

9   support a conclusion that "the ST3000DM001 … were not as robust as the competition."[25]

10  However, the blog posts do not support this conclusion. It is incorrect to conclude that Backblaze

11  compared the Grenada 3TB drives to even a reasonable sample of competitor drives. For example,

12  Backblaze did not use or "test" enough Samsung or Toshiba drives to even make a comparison, and

13  Backblaze also excluded certain 3TB Western Digital drives from its analysis because they

14  performed too ***poorly***. (See https://www.backblaze.com/blog/what-hard-drive-should-i-buy/ ("We

15  don't have enough Toshiba or Samsung drives for good statistical results" and later reporting that

16  Backblaze excluded Western Digital 3TB Green drives because they failed so quickly.)) In fact,

17  Backblaze only used one other brand of 3TB drives in any significant numbers (HGST), while

18  excluding 3 brands (Samsung, Toshiba and Western Digital). One cannot conclude that the Seagate

19  Grenada 3TB drives were less "robust" than "the competition" when Backblaze only used 1 of 4

20  competitor brands but not the other three.

21       80.     Moreover, Bakcblaze mishandled and misused the drives, and there are other

22  problems with the blog posts. Seagate's witnesses have explained that log data for drives Backblaze

23  claimed had failed showed a high percentage of the drives with No Trouble Found ("NTF")

24  indicating that the drives were working properly and the failure rate was not what Backblaze

25  reported. (Ex. 17 [Rollings Decl.], ¶ 7.) The boxes or "Pods" into which Backblaze inserted the

26  Grenada 3TB drives (the Pod 2.0 design) was highly flawed, and subjected the drives to excessive

27

28      [25] Hospodor does not explain how the blog posts are relevant to his discussion of Beta—they are not.

1   vibration and potential mishandling.  (*Id.*, ¶¶ 4, 5, 8, 9.)  Backblaze **admitted** that it had

2   subsequently redesigned the Pod 2.0 to reduce vibration, and that this significantly reduced drive

3   failures even over a short period of time. (See https://www.backblaze.com/blog/180tb-of-good-

4   vibrations-storage-pod-3-0/  (stating that changes were made in the transition from the Pod 2.0

5   design to the Pod 3.0 design to reduce vibration and that even within a few months, these changes

6   resulted in a "***dramatic improvement*** in overall system performance along with lower drive failure

7   rates.")  This indicates that the long period of time (several years) that the Grenada 3TB drives were

8   in the high-vibration Pod 2.0 design was likely a substantial factor in any failures Backblaze

9   observed.  Backblaze also admits it operated the drives in a commercial, high-workload 24/7

10  environment—which is very different and much more stressful to the drives than typical consumer

11  desktop use.  (See Rollings Decl., ¶ 5)

12          81.     Finally, Backblaze reports that it purchased over 80% of its ST3000DM001 drives

13  *before* September 2012, and purchased all of them by the end of 2012.  (*See*

14  https://www.backblaze.com/blog/3tb-hard-drive-failure/.)  Seagate approved shipments of Grenada

15  BP drives in April and June 2012, and projected Grenada BP production would equal Grenada

16  Classic production around September 2012.  (Ex. 4 [FED_SEAG0026751] at p. 26787; Dewey

17  Decl., ¶ 18.)  This means that almost all of Backblaze's drives were Grenada Classic drives

18  manufactured in 2011 and 2012.  Even if the Backblaze blog posts were credited (they should not

19  be), the posts could not support conclusions about Grenada BP or BP2 drives, or drives

20  manufactured after 2012.

21  **VIII.   Hospodor's Remaining Sections and Evidence Do Not Support Any Claims about the
          AFR of the Drives or Hospodor's Claim that the Drives Were Released Prematurely or
22        Were 'Unstable' and 'Unreliable' (Hospodor's Section IV.I)**

23          82.     As explained in the preceding sections, the data and documents Hospodor cites do

24  not support his conclusions that any version of the internal, desktop drives had a higher than 1%

25  AFR, or that any Grenada drives had a "higher than advertised" AFR.  In the remainder of his

26  declaration, Hospodor claims that other evidence (related to yield, ECRs, firmware releases, ship

27  holds, etc.) shows that the drives were "unreliable" and were "released prematurely."  Importantly,

28  none of the evidence Hospodor cites can support a conclusion that the AFR for any drives was

1   ***not evidence that problematic or "unreliable" drives were shipped to consumers***.  The evidence

2   instead illustrates Seagate's organizational resolve to find and fix issues as they arise.

3       105.   ████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████████

6   ██████████████████████████████████████████████████████

7   ██████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████

9   █████████████████████████████████████████████████████████

10  ████████████

11      **E.**    **Hospodor Does Not Support His Claim that Seagate Documents "Acknowledge"**
    **that the Drives Were "Unstable, Unreliable, and Defective" " (Hospodor's**

12  **Section IV.I.2(f).)**

13      106.   ████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████

16  ██████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ██████████████████████████████████████████████████

21  ███████████████████

22      **F.**    **A Few Changed Specifications for the Drives Do Not Support Hospodor's Claim**
    **that the Drives Were "Unreliable" (Hospodor's Section IV.J)**

23

24      107.   In this section, Hospodor argues that changes in a few of Seagate's specifications for

    the drive—most at the very end or after the end of the class period (February 2016)—somehow

25  show that there were problems with the drives.  The conclusion does not follow from the evidence

26  Hospodor cites.  Changes in published specifications are are not evidence that an HDD is unstable

27  or unreliable.  Changes frequently occur for many high technology products over time.  Spec-sheets

28

1  declaration or revise my opinions in light of additional information or documents that may be

2  brought to my attention.  I will consider any criticisms of my opinions or bases for my opinions

3  brought to my attention or offered by experts retained by Plaintiffs, which may cause me to revise or

4  supplement my opinions.

5          I declare under penalty of perjury under the laws of the State of California that the foregoing

6  is true and correct.

7          Executed on this 5th day of January, 2018, at Pleasanton, California.

8

9

10                                                      Donald Adams, PE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 26

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3   ANNA S. McLEAN, Cal. Bar No. 142233
    TENAYA RODEWALD, Cal. Bar No. 307610
4   LIÊN H. PAYNE, Cal. Bar No. 291569
    Four Embarcadero Center, 17th Floor
5   San Francisco, California 94111-4109
    Telephone:    415.434.9100
6   Facsimile:    415.434.3947
    Email:        npopovic@sheppardmullin.com
7                 amclean@sheppardmullin.com
                  trodewald@sheppardmullin.com
8                 lpayne@sheppardmullin.com

9
    Attorneys for Defendant SEAGATE TECHNOLOGY LLC
10

11                SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                FOR THE CITY AND COUNTY OF SAN FRANCISCO

13

14
    TIM POZAR and SCOTT NALICK,          Case No. CGC-15-547787
15  Individually and on Behalf of All Others
    Similarly Situated,                  **DECLARATION OF DAVE ROLLINGS**
16                                        **IN SUPPORT OF DEFENDANT**
                  Plaintiffs,            **SEAGATE'S OPPOSITION TO**
17                                        **PLAINTIFFS' MOTION FOR CLASS**
          v.                             **CERTIFICATION**
18
    SEAGATE TECHNOLOGY LLC and DOES      Judge: Hon. Curtis E.A. Karnow
19  1-50,                                Date: August 9, 2017
                                         Time: 2:00 p.m.
20                Defendants.            Dept.: 304

21

22

23

24

25

26

27

28

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**06/30/2017**
**Clerk of the Court**
BY:VANESSA WU
Deputy Clerk

I, Dave Rollings, declare as follows:

1.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify to their truth.

2.  I have worked at Seagate Technology LLC ("Seagate") since 1988.  I have worked as a customer-facing Field Applications Engineer since 1998.  In this role, I work with Seagate customers to understand what applications they are using and to advise them on using the proper hard drives ("HDDs") for the application.  If customers experience issues with Seagate's HDDs, I troubleshoot those issues by working directly with them.  This can involve doing onsite visits with customers, pulling the appropriate logs and information from the customer's HDDs and systems, and delivering these logs and information to Seagate's Design Center for failure analysis.  If the customer is interested in the results of failure analysis testing, I am responsible for reporting these results to the customer.

3.  It is my understanding that Seagate HDDs with model number ST3000DM001 (the "Drives") are at issue in this action.  The Drives were marketed under numerous names, including the Barracuda and the Backup Plus.  The Drives are consumer, desktop HDDs that are not designed for use in enterprise applications.

4.  I was the Field Applications Engineer responsible for assisting and advising Backblaze Inc. ("Backblaze").  As part of my relationship with Backblaze, I visited Backblaze's corporate headquarters in San Mateo.  While I was there, they showed me the Backblaze Pod 2.0 design and I talked to Backblaze about the design.  HDDs in the Pod 2.0 design were mounted between guides, with the upper part of the HDDs held in place with rubber bands to prevent the HDDs from banging against the guides in the pod.  I advised Backblaze that holding the upper part of the HDDs in place with rubber bands could contribute to HDD failure by coming loose and allowing excessive vibration between the HDDs.  I also expressed concern to Backblaze that the Pod 2.0 design would contribute to mishandling of the HDDs.

5.  Some of the HDDs installed in the Backblaze Pod 2.0 were the Drives.  I advised Backblaze that the Drives were not appropriate for Backblaze's data system, which is an enterprise cloud storage application that runs 24/7.  Backblaze employees informed me that Backblaze

-2-

DECLARATION OF DAVE ROLLINGS ISO SEAGATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1 | employs a cost-driven business model and that Backblaze did not want to incur higher costs by
2 | purchasing more expensive enterprise class HDDs.

3 |      6.     At some point in 2014, Backblaze reported experiencing unusually high failure
4 | rates with the Drives. Prior to Backblaze's report, I was not aware of any customer complaints
5 | regarding the performance of the Drives or high failure rates associated with the Drives.

6 |      7.     I obtained logs from the Drives that Backblaze pulled from its system due to
7 | alleged failure. The logs showed a high number of "No Trouble Found" ("NTF") results, which
8 | indicates an HDD is operating properly. I also obtained physical drives that were pulled from
9 | Backblaze's pods due to alleged failure. I performed verification tests on these Drives. I also
10 | worked with Seagate's Design Center in performing failure analyses on these Drives. To the
11 | extent that Seagate's testing confirmed certain Drives had failed, no one root cause or consistent
12 | pattern of failure was identified. Seagate's testing did not reveal any inherent defect in the Drives
13 | themselves.

14 |      8.     I think it is likely that the problems Backblaze reported were primarily due to
15 | Backblaze inappropriately using these consumer, desktop Drives in its 24/7, enterprise
16 | environment for which the Drives were not designed. Backblaze's Pod 2.0 design, which was
17 | subject to excessive drive vibration and drive mishandling, probably also contributed to the failure
18 | rate Backblaze reported.

19 |      9.     Plaintiffs have asserted that Seagate concluded Backblaze's storage pods worked
20 | properly and that testing results pointed to issues with the Drives rather than Backblaze's storage
21 | pod design. Seagate only tested Backblaze's Pod 3.0 and 4.0 designs. The reports Seagate
22 | produced about the Pod 3.0 and 4.0 design are not applicable or transferrable to the Pod 2.0 design
23 | because: (1) Backblaze upgraded its pod design and replaced the rubber bands used in the Pod 2.0
24 | design with lids that clamped down on the installed HDDs and were intended to reduce vibration,
25 | as Backblaze reported (https://www.backblaze.com/blog/180tb-of-good-vibrations-storage-pod-3-
26 | 0/), and (2) The ST3000DM001 Drives were installed into Backblaze's Pod 2.0 design, not the
27 | Pod 3.0 or 4.0 design.

28 |

-3-

1       10.     I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct.

3           Executed on this ___30___ day of June, 2017, at Cupertino, California.

4                                                   _____

5                                                   Dave Rollings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:483305653.2        DECLARATION OF DAVE ROLLINGS ISO SEAGATE'S OPPOSITION TO PLAINTIFFS'
                                              MOTION FOR CLASS CERTIFICATION

# EXHIBIT 27

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 307610
4  LIÊN H. PAYNE, Cal. Bar No. 291569
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947
   Email:    npopovic@sheppardmullin.com
7          amclean@sheppardmullin.com
           trodewald@sheppardmullin.com
8          lpayne@sheppardmullin.com

9
   Attorneys for Defendant SEAGATE TECHNOLOGY LLC
10

11        SUPERIOR COURT OF THE STATE OF CALIFORNIA

12        FOR THE CITY AND COUNTY OF SAN FRANCISCO

13

14
   TIM POZAR and SCOTT NALICK,        Case No. CGC-15-547787
15 Individually and on Behalf of All Others
   Similarly Situated,                **DECLARATION OF SEK NAM "ALLEN"**
16                                     **NG IN SUPPORT OF DEFENDANT**
                                       **SEAGATE'S OPPOSITION TO**
17        Plaintiffs,                  **PLAINTIFFS' MOTION FOR CLASS**
                                       **CERTIFICATION**
      v.
18                                     Judge: Hon. Curtis E.A. Karnow
   SEAGATE TECHNOLOGY LLC and DOES     Date:  August 9, 2017
19 1-50,                               Time: 2:00 p.m.
                                       Dept.: 304
20        Defendants.

21

22

23

24

25

26

27

28
                                     -1-
   SMRH:483249463.6        DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
                           TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Sek Nam "Allen" Ng, declare as follows:

1. I am the Director of Customer Technical Support for the Americas Channel and Original Equipment Manufacturers ("OEMs") at Seagate Technology LLC ("Seagate"). I graduated from the University of Kansas with a Bachelor of Science in Electrical Engineering in 1999. I have held engineering positions at various computer and hard drive companies continuously since obtaining my degree.

2. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify to their truth.

3. It is my understanding that Seagate hard drives ("HDDs", "drives," or "hard drives") with model number ST3000DM001 are at issue in this action. Seagate sold these HDDs in various products, including the Barracuda and Backup Plus.

**HDDs Are Complex Electromechanical Devices That Can Fail For Various Reasons**

4. HDDs with the ST3000DM001 model number were used in many different applications and environments both by Seagate and by consumers and end users. For example, Seagate sold drives with the ST3000DM001 model number as "bare" drives that could be installed by consumers into desktop computers or into external storage systems such as "network attached storage" or "NAS" devices. Consumers could install "bare" drives into desktop computers that they built themselves or into desktop computers or home servers built by computer manufacturers such as Dell, HP, Lenovo, or others. These computers could be configured in a variety of ways and may have differences in other components (e.g. video cards, motherboards, cooling systems) as well. Similarly, consumers could install "bare" drives into NAS systems they assembled themselves or into NAS boxes built by numerous different manufacturers. Typically, NAS boxes might be connected to one or more computers or hand-held devices in a home and used as centralized storage or backup for all of the connected computers or devices.

5. In computers or NAS systems that use more than one HDD, the drives might be used slightly differently than they are used in computers or NAS boxes with only one drive. For example, in systems where several drives are used together, they might be configured as a Redundant Array of Independent Disks ("RAID"). RAID is a storage technology that combines

-2-

SMRH:483249463.6     DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

multiple HDDs into one logical unit to improve performance and/or provide data redundancy for reliability. There are several ways, called Levels, to organize data across the HDDs to achieve a prescribed balance of improved performance and reliability.

6.     Seagate also sold drives with model number ST3000DM001 as part of external storage systems manufactured by Seagate. For example, Seagate sold ST3000DM001 drives as part of Seagate's Backup Plus external backup drives. These were single drives housed in their own casing that communicated with a computer by USB cable, which is the most common means of connecting backup hard drive products to computer systems. Seagate also sold drives with model number ST3000DM001 as part of the FreeAgent GoFlex product.

7.     The amount and pattern of use the ST3000DM001 drives received could vary widely in all of the above products and environments.

8.     HDDs can be affected by the following more general sources of mechanical problems:

i.     <u>Contamination</u> – Contamination is a non-specific term that can refer to any particles that may be introduced into the Hard Disk Assembly ("HDA") by assembled components, during the assembly process, from the tools used in assembling the HDA, or as it ages. The latter can result from Outgassing and Wear over the life of the HDD. Contamination can also refer to lubricant that is normally present on the surface of the disks (on the media) accumulating in the wrong place within a hard drive. For example, if the drive is in a high vibration environment, or if the drive is bumped or experiences a mechanical shock, this may cause the read-write head to dip closer to the media and pick up lubrication or "contamination."

ii.     <u>Outgassing</u> – Outgassing is the release of volatile materials from the components, adhesives, and lubricants in the HDA as a gas. These can condense on other components in the HDA if not first trapped in its (activated carbon) recirculation filter. This can lead to failures if they condense on the Heads or Disks for multiple reasons of which a few are: a) increase Head to Disk separation (flying height), b) Head corrosion , c) unstable Head to Disk air-bearing, d) Head crash, or e) Disk corrosion  leading to grown defects. Temperature is a key

-3-

DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   driver of outgassing, and drives that users run in high temperature environments may exhibit

2   higher problems with outgassing.

3        iii.     <u>Wear</u> – Wear is the result of friction between components in contact.  This

4   can create contamination as well as just consuming the useful life of the HDD.  An important

5   source of wear in the HDA is between the load/unload ramp and the load beam for the Heads

6   when the heads are parked off the Disk.   Other sources of wear are the Fluid Dynamic Bearing

7   ("FDB") in the spindle and the pivot bearing on the Actuator Arm.  The wear products can lead to

8   failures if they accumulate on the Heads or Disks for multiple reasons of which a few are: a) Head

9   to Disk interference that creates grown defects (and more wear products), b) Head crash, c)

10   increase Head to Disk separation (flying height), or d) Head position tracking errors.

11        iv.     <u>"Random" component failures</u> – Because no components or mechanical

12   systems are ever perfect, a small proportion of each of the components used within hard drives

13   will fail, either because of defects in the components or because of wear over time—leading to

14   some fraction of HDDs failing.  Put another way, in any given population of HDDs, some

15   proportion will eventually fail, but the failing drives might have failed for many ***different*** reasons

16   and causes.

17       9.     Furthermore, the ST3000DM001 drives could have been exposed to any of the

18   following intervening, ***external*** factors that could cause them to fail:

19        i.     <u>Vibration</u> – As explained above, HDDs are complex assemblies of many

20   parts that need to move very precisely at very high speeds.  The HDDs generate rich emitted

21   vibration frequency patterns because of their high spindle speed, spindle imbalances, rapid

22   actuator access times, and HDD system resonant modes.  Accordingly they should be adequately

23   secured in the computer case, NAS box, or other environment in which they are used so that these

24   vibrations are suppressed.  This is even more important when many HDDs are used together

25   because, if not properly done, the emitted vibrations will be transmitted to neighboring

26   HDDs.  These vibrations can combine constructively and be amplified by chassis resonances.

27   This can lead to failures for multiple reasons of which a few are: a) grown defects due to

28   undetected positioning errors while writing, b) Head to Disk interference that creates grown

-4-

DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  defects from contamination of undetected excitation of air-bearing resonances, c) high-fly write

2  events that created grown defects, d) Head crashes, e) unstable Head loading (LUL cycles) that

3  create debris leading to a, b, c or d above, f) system time-out error events or slow performance

4  since the HDD cannot position its Heads accurately (HDD does not respond).

5          ii.      <u>Controller Card</u> – In certain systems, HDDs are often used in conjunction

6  with a controller card that allows HDDs to communicate with each other and with the host

7  computer.  Changes to the firmware on the controller card can cause HDDs in the system to

8  malfunction.

9          iii.      <u>Cables</u> – HDDs must be connected to a power source and the controller card

10  or computer motherboard by cables.  If the cable used to connect an HDD to a computer is

11  defective, this may cause connection issues, read or write failures, or otherwise cause the HDD to

12  malfunction.

13          iv.      <u>System Upgrades/Updates</u> – Apple and Microsoft constantly provide

14  customers with computer software updates or upgrades.  Apple iOS and Windows updates can

15  cause external HDDs, such as the Backup Plus, to fail as a result of incompatibilities between the

16  updated operating system and the device firmware interacting with the operating system.

17          v.      <u>Consumer or Shipper Mishandling</u> – Any mishandling of an HDD by end

18  users or by mail carrier services can cause HDDs to fail.  Such mishandling includes dropping

19  items on the HDD, dropping the HDD on hard surfaces, spilling liquids on the HDD, and exposing

20  the HDD to higher or lower temperatures than the temperatures it is designed to withstand.

21      10.    Based on my extensive professional experience with HDDs, it is my understanding

22  that many types of mechanical failure cannot be diagnosed without physically testing and

23  analyzing the drives.

24  **Apple Recall of ST3000DM001 Drives**

25      11.    In June 2015, Apple issued a recall of ST3000DM001.  I am aware of the Apple

26  recall because the Customer Technical Support department is the division within Seagate

27  responsible for managing Apple's account with Seagate.  Apple reported to Seagate that it was

28  seeing a cumulative return rate of around 5% or 6% on drives manufactured approximately two

-5-

DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   and one-half years earlier.  If true, this would indicate an annual return rate of less than 3%.  Even

2   though other Original Equipment Manufacturers ("OEMs") also sold the ST3000DM001 drives in

3   their computers, I am not aware of any other OEMs that were dissatisfied with the 3TB Drives or

4   that issued a recall.

5       I declare under penalty of perjury under the laws of California that the foregoing is true

6   and correct.

7       Executed on this 30th day of June, 2017, at Cupertino, California.

8

9   _____

10  Sek Nam "Allen" Ng

SMRH:483249463.6

DECLARATION OF SEK NAM "ALLEN" NG ISO SEAGATE'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT 28



# RHO Quality Update PSG/NSG

**Robert LaBore**

November 29th 2013



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL                                        FED_SEAG0056666

# EXHIBIT 29

# Release Products ORT Review

RPT: Sean Buckman, Patrick Sullivan LCO team

February 19, 2014 ww34



HIGHLY CONFIDENTIAL



# GrenadaBP OEM

HIGHLY CONFIDENTIAL

# Key Items

OEM AFR 0.59%

- ww34 added 1x Head instability 1x head  Asymmetry added for ww33 since last report
- Slider-level bar-bake approved to help instability , 100% cut in by ww30
- Bad write  loss of HF content  fail mode is currently being looked at  LCO Team is trying to repeat, then check to see if write pre-comp change could help this fail mode.  Could also be HMS margin issue or contamination related.



HIGHLY CONFIDENTIAL

FED_SEAG0057763

# EXHIBIT 30



# RHO Quality Update DT/NB/CS & NL

**Robert LaBore**

July 4th 2014



HIGHLY CONFIDENTIAL




HIGHLY CONFIDENTIAL                                                                                    FED_SEAG0056746