Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS<br><br>ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

010581-11 1072066 V1

1   Plaintiffs bring this administrative motion pursuant to Civil Local Rule 7-11 and 79-5, to file under seal portion of Plaintiffs' Reply in Support of Renewed Motion for Class Certification ("Reply") because it contains information designated by defendants as "Confidential," or " Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order in this action requires that information designated as confidential "qualify for protection under Federal Rule of Civil Procedure 26(c)."[2] In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]

These cases involve the rights of thousands of consumers and businesses across the country – people and entities that should have the ability to see the issues being litigated in this case. The information contained in the Reply are exactly the type of information that should be available for the public to review. Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating party must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: December 10, 2018     HAGENS BERMAN SOBOL SHAPIRO LLP

By:   s/ Shana E. Scarlett
SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

---

[1] Stipulated Protective Order, July 8, 2016, ECF No. 61.
[2] *Id.*, ¶ 2.4.
[3] Fed. R. Civ. P. 26(c)(1)(G).

ADMIN. MOT. TO SEAL -  No.: 3:16-cv-00523-JCS
-1-
010581-11 1072066 V1

| | |
|---|---|
| 1 | |
| 2 | Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 207-2920<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com |

*Attorneys for Plaintiffs and the Proposed Class*