1
2
3
4
5
6
7
8
9
10
11
12                          UNITED STATES DISTRICT COURT
13                         NORTHERN DISTRICT OF CALIFORNIA
14                              SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION | No. 3:16-cv-00523-JCS |
|---|---|
| | [PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

010581-11 1072296 V1

1  This matter comes before the Court on plaintiffs' administrative motion to seal portion of
2  Plaintiffs' Reply in Support of Renewed Motion for Class Certification ("Reply").
3  Upon consideration of the administrative motion to seal, the papers submitted in support and
4  in response thereto, and good cause appearing, the motion is DENIED.
5  Defendants have failed to carry their burden of establishing that the designated information is
6  sealable, and therefore, this Court HEREBY ORDERS that the information be made part of the
7  public record. Accordingly, plaintiffs shall publicly file the Reply.
8  IT IS SO ORDERED.

DATED: _____                    _____
                                          HON. JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE