# EXHIBIT A

Christopher Nelson, Vol 1                                          June 02, 2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE SEAGATE TECHNOLOGY LLC
LITIGATION,
_____

                                    CASE NO. 5:16-CV-00523-RMW
_____
CONSOLIDATED ACTION,

_____

VIDEOTAPED DEPOSITION OF CHRISTOPHER NELSON

San Francisco, California

Friday, June 2, 2017

Reported by:  Ashley Soevyn, CSR No. 12019

Job No. 2257

Pages 1 - 171

Christopher Nelson, Vol 1                                              June 02, 2017

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5    IN RE SEAGATE TECHNOLOGY LLC
      LITIGATION,
 6    _____

 7
                                    CASE NO. 5:16-CV-00523-RMW
 8    _____
      CONSOLIDATED ACTION,
 9
      _____
10

11

12

13

14            Videotaped Deposition of CHRISTOPHER
      NELSON taken on behalf of defendants, at Four
15    Embarcadero Center, 17th Floor, San Francisco,
      California, beginning at 9:36 a.m.  and ending at
16    4:02 p.m. on Friday, June 2, 2017, before ASHLEY
      SOEVYN, Certified Shorthand Reporter No. 12019.
17

18

19

20

21

22

23

24

25
```

Christopher Nelson, Vol 1																					June 02, 2017

```
 1                A P P E A R A N C E S
 2
 3   For the Plaintiffs
 4           HAGENS BERMAN SOBOL SHAPIRO LLP
 5           BY:  BENJAMIN SIEGEL
 6           Attorney at Law
 7           715 Hearst Avenue
 8           Suite 202
 9           Berkeley, California 94710
10           E-mail: bens@hbsslaw.com
11           Phone: (510) 725-3000
12
13   For the Defendant Seagate Technology LLC
14           SHEPPARD MULLIN RICHTER & HAMPTON LLP
15           BY:  NEIL POPOVIC
16           -and TENAYA RODEWALD
17           Attorneys at Law
18           Four Embarcadero Center
19           17th Floor
20           San Francisco, California 94111
21           E-mail: npopovic@sheppardmullin.com
22           Phone: (415) 434-9100
23
24
25   ALSO PRESENT:  Philip Knowles, Videographer
```

Christopher Nelson, Vol 1                                June 02, 2017

```
 1                        I N D E X
 2
 3   DEPOSITION OF CHRISTOPHER NELSON
 4   EXAMINATION BY:                              PAGE
 5   MR. POPOVIC                                    8
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Christopher Nelson, Vol 1                                June 02, 2017

```
 1         Q    Did Seagate send you, at some point, a
 2   customer feedback survey about that drive?
 3         A    I don't recall.
 4         Q    Do you recall ever responding to a
 5   Seagate customer feedback survey?
 6         A    No, but that doesn't mean I wouldn't
 7   have.
 8         Q    You just don't recall one way or the
 9   other?
10         A    I don't recall.
11              MR. POPOVIC:  What exhibit are we on?
12              THE REPORTER:  Exhibit 14.
13         (Exhibit 14 marked for identification.)
14   BY MR. POPOVIC:
15         Q    Mr. Nelson, the court reporter has just
16   handed you a document marked Exhibit 14.  The top,
17   it says "tigerdirect.com."  And it has Bates No.
18   PLTFS_000095 through PLTFS_000096.  Have you seen
19   this document before?
20         A    Yes.
21         Q    What is it?
22         A    It's an order.
23         Q    An order for what?
24         A    Hard drives.
25         Q    These are hard drives that you purchased
```

Christopher Nelson, Vol 1                                      June 02, 2017

```
 1   from tigerdirect.com?
 2        A    That's correct.
 3        Q    And it appears to have an order date of
 4   February 26, 2015.  Do you recall purchasing Seagate
 5   hard drives from Tiger Direct?
 6        A    Yes.
 7        Q    At that time?
 8        A    Yes.
 9        Q    And it includes, on the second page,
10   reference to a Seagate 1TB hard drive, and a Seagate
11   3TB internal desktop hard drive.  Do you see that?
12        A    I do.
13        Q    Is it your understanding that either of
14   those drives is at issue in this lawsuit?
15        A    The second one, I would assume.
16        Q    Why do you assume that?
17        A    Because that's the model number, and
18   that's the three-terabyte hard drive.
19        Q    And this is a three-terabyte hard drive
20   other than the three-terabyte hard drive that you
21   purchased at Best Buy; is that correct?
22        A    That is correct.
23        Q    What's the status of this Seagate
24   three-terabyte internal desktop hard drive that you
25   purchased from tigerdirect.com?
```

Christopher Nelson, Vol 1                                          June 02, 2017

```
 1         A    Can you be --
 2         Q    Do you still have it?
 3         A    I do.
 4         Q    Is it still functioning?
 5         A    I have no idea.
 6         Q    Do you use it?
 7         A    I do not.
 8         Q    Did you ever use it?
 9         A    I can't -- I can't -- it's never been
10    installed on a computer.
11         Q    Why not?
12         A    Well, the computers I have are all-in-one
13    computers, so it wouldn't fit.
14         Q    Why did you purchase it?
15         A    In case the hard drive inside the
16    enclosure failed, I was going to replace it.
17         Q    In case the hard drive inside which
18    enclosure failed?
19         A    Whichever.
20         Q    So this was just a -- to have an extra
21    drive around in case one or another of your drives
22    failed?
23         A    Right.
24         Q    So you did not ever install this Seagate
25    three-terabyte internal desktop hard drive into a
```

```
 1   computer?
 2        A    No.
 3        Q    And you didn't install it into the casing
 4   for an external drive, either, did you?
 5        A    I did for a short period of time.
 6        Q    When was that?
 7        A    Probably around the time that I received
 8   it, so that I could run the SeaTool software on it
 9   and ensure that it was not defective from the go.
10             THE REPORTER:  From the what?
11             THE WITNESS:  From the start.
12             THE REPORTER:  Oh.  "From the go," you
13   said.  Okay.
14   BY MR. POPOVIC:
15        Q    What kind of enclosure did you install?
16        A    Generic enclosure.  I don't know the
17   manufacturer.
18        Q    But it wasn't, for example -- well, for
19   example, it wasn't in a Seagate enclosure that you
20   had taken another drive out of?
21        A    No.
22        Q    Did this drive that you purchased from
23   tigerdirect.com fail?
24        A    It has -- I have no idea.  I haven't used
25   it since probably the time that I tested it.  It's
```

Christopher Nelson, Vol 1                                June 02, 2017

```
 1   sitting on the shelf with the other one.
 2        Q    Do you have any plans to use it?
 3        A    No.
 4        Q    Why not?
 5        A    Because I don't think it's suitable to
 6   the purpose.
 7        Q    Do you recall when you tested it whether
 8   it had any symptoms of any problems?
 9        A    I don't recall any.
10             THE REPORTER:  Exhibit 15.
11         (Exhibit 15 marked for identification.)
12   BY MR. POPOVIC:
13        Q    Mr. Nelson, the court reporter has just
14   handed you what's been marked as Exhibit No. 15,
15   which appears to be your responses to Seagate's
16   First Set of Request for Production of Documents to
17   the Plaintiffs.  Have you seen this document before?
18        A    Can I take a moment to take a look at it?
19        Q    Please.
20        A    Yes.
21             MR. POPOVIC:  Okay.  What was the
22   question?
23             (Record read.)
24             THE WITNESS:  Yes.
25
```



SHOP BY PHONE : 1-(800) 800-8300

Computers    Servers    Monitors    Printers    Networking    Ink & Toner    Software

Dear CHRIS NELSON,

Thank you for your order. Please verify that all the below information is correct; if you need to change anything please contact us at 1-(800) 800-8300. Orders generally become available for modification 10-15 minutes after being placed online but due to our fast processing times there is only a very short window of opportunity to modify an order.

Every order is thoroughly reviewed to ensure that the order is accurate, the payment method is valid, and the purchaser is an authorized user for this payment method. Once the order has passed the rigorous review by our processing department, it is sent to our warehouse for shipment. Most orders are processed within minutes however depending on when an order is placed and the accuracy of the information supplied when the order is placed, processing can take longer. Further, for security reasons, in some circumstances voice confirmation may be required before we can process your order.

You may check your order status anytime by clicking on the "Track Your Order" link, or by logging into our website and using the My Account features - where you can also print invoices, find rebate information, manufacturer contact and warranty information, submit product reviews, and much more.

We appreciate your business and hope you enjoy your purchase.

Regards,
TAPE MACS
(800)-800-8300
Dropship@help.tigerdirect.com
TigerDirect

*All orders are subject to verification prior to shipment; if any additional information is required our Order Verification Department will contact you at the email address and/or phone number you provided

| Order Number | J9643385 | Order date | 02/26/2015 |
|---|---|---|---|

**BILLING ADDRESS**

C NELSON

4301 N MONTANA AVE

SIOUX FALLS, SOUTH DAKOTA 57107

UNITED STATES

**SHIPPING ADDRESS**

CHRIS NELSON

4301 N MONTANA AVE

SIOUX FALLS, SOUTH DAKOTA 57107

UNITED STATES

**PAYMENT INFORMATION**

Purchase Order

EXHIBIT 14
Christopher Nelson
Date: 6/2/17
Rptr: Ashley Soevyn CSR# 12019

PLTFS_000095

Order Summary

| Product | Item # | Qty | Price | Extended Price | Expected Ship Date |
|---|---|---|---|---|---|
| SEAGATE 1TB HARD DRIVE - 7200RPM, 64MB, SATA 6GB/S, OEM PACKAGE - ST1000DM003 | TSD-1000AS7 | 1 | 51.44 | 51.44 | 02/27/2015 |
| Manuf Part No: ST1000DM003 | | | | | |
| Shipping Method: UPS - UPS BASIC | | | | | |
| SEAGATE 3TB INTERNAL DESKTOP HARD DRIVE - 3.5" FORM FACTOR, SATA III 6 GB/S, 64 MB CACHE, OEM PACKAGE - ST3000DM001 | TSD-3000AS2 | 1 | 93.54 | 93.54 | 02/27/2015 |
| Manuf Part No: ST3000DM001 | | | | | |
| Shipping Method: UPS - UPS BASIC | | | | | |

My goal is to provide exemplary service and I take pride in exceeding the expectations of every customer. If I can be of service or if you have any feedback whatsoever please don't hesitate to respond to this email or call me at: 1-(800) 800-8300.

|  |  |
|---|---|
| Subtotal: | 144.98 |
| Shipping: | 0.00 |
| Tax: | 8.70 |
| Extended Price: | 153.68 |

TigerDirect is not responsible for typographical errors or omissions. This email was sent to tigerd1.cnlson@antichef.com.test in response to Order # J9643385.

Please review the TigerDirect Privacy Policy at:
http://www.tigerdirect.com/sectors/aboutus/privacy.asp

For Merchandise Returns:
235 Hog Mountain Rd
Suite 300
Attention: Returns Dept.
Jefferson, Ga 30549

TigerDirect - Corporate Address. No Returns Accepted
7795 West Flagler Street, Miami, FL 33144

Click Here! to see important sales and use tax information regarding the tax you may owe directly to the state of your residence if you are located in Oklahoma, Vermont, Colorado or Kentucky.