1  Steve W. Berman (*pro hac vice*)
   Breanna Van Engelen (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
3  Seattle, Washington 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  breannav@hbsslaw.com

6  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
8  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
9  shanas@hbsslaw.com

10 Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
11 AXLER GOLDICH, LLC
   1520 Locust Street, Suite 301
12 Philadelphia, PA 19102
   Telephone: (267) 534-7400
13 mgoldich@axgolaw.com
   naxler@axgolaw.com
14
   *Attorneys for Plaintiffs and the*
15 *the Proposed Class*

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19 IN RE SEAGATE TECHNOLOGY LLC           No. 3:16-cv-00523-JCS
   LITIGATION
20                                         DECLARATION OF ERIC L. INGRAM
                                           FURTHER SUPPORT OF PLAINTIFFS'
21                                         RENEWED MOTION FOR CLASS
                                           CERTIFICATION
22
                                           DATE:   Jan. 18, 2019
23                                         TIME:   9:30 a.m.
                                           DEPT:   Hon. Joseph C. Spero
24                                                 Courtroom G, 15th Floor
25
26
27
28

I, ERIC L. INGRAM, declare as follows:

1.     I am a resident of Orange Park, Florida and have personal knowledge of the matters stated in this declaration. If called upon, I could and would competently testify to the facts stated here.

2.     Sometime in late 2013 or early 2014, while a resident of Florida, I purchased a 3TB Seagate Barracuda from Wal-Mart for personal use. The drive failed within two years.

3.     Prior to purchasing the drive, I relied on Seagate's representations regarding the drive's annual failure rate, which was published on their website and in their product sales documents. I have worked in telecom and IT for the better part of thirty years, and generally rely on specifications such as Seagate's when making my purchases.

4.     I would be willing to stand in as the class representative for consumers who purchased drives in the state of Florida. I understand the duties of a class representative and am generally familiar with this litigation.

ERIC L. INGRAM