Shana Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>FURTHER JOINT CASE MANAGEMENT STATEMENT<br><br>DATE: January 18, 2019<br>TIME: 9:30 a.m.<br>DEPT: Hon. Joseph C. Spero<br>       Courtroom G, 15th Floor<br><br>Complaint filed: May 9, 2016 |
|---|---|

The parties submit this further joint case management statement pursuant to the Standing Order for Judges of the Northern District of California and Civil Local Rule 16-9. A case management conference is scheduled in this matter on January 18, 2019.

### I.   JOINT CASE MANAGEMENT STATEMENT

**1.   Jurisdiction and Service**

There are no outstanding issues regarding jurisdiction and service.

**2.   Facts**

The parties have extensively discussed the facts in the prior motions for class certification and do not repeat them here.

**3.   Legal Issues**

The parties have extensively discussed the legal issues in the prior motion for class certification and do not repeat them here.

**4.   Motions**

Plaintiffs have filed a renewed motion for class certification for a narrower class focused on common issues, or a class divided into subclasses and the issues related to class certification have been fully briefed and the hearing is set for Friday, January 18, 2019 at 9:30 a.m.

Seagate's view is Plaintiffs' renewed motion is no more focused on "common issues" than before. Seagate agrees that the issues have been fully briefed and will be addressed at the January 18 hearing.

**5.   Amendment of Pleadings**

To the extent necessary, plaintiffs will seek leave of court to amend the complaint to comply with any class certification order.

**6.   Evidence Preservation**

Plaintiffs are unaware of any issues relating to evidence preservation at this time.

**7.   Disclosures**

Both parties have complied with the initial disclosure requirements of Federal Rule of Civil Procedure 26.

...

**8. Discovery**

Following this Court's ruling on class certification, plaintiffs anticipate that both parties may engage in additional, limited discovery.

Pursuant to the Court's Standing Order on May 25, 2018, Seagate certified it had produced all documents it agreed to produce in response to Plaintiffs' five sets of document requests and the jointly-negotiated search terms, a process that took nearly two years and over a million dollars. Seagate reserves the right to object to additional discovery, depending on the Court's ruling.

**9. Class Actions**

As disclosed above, the issues related to class certification have been fully briefed and the hearing is set for Friday, January 18, 2019 at 9:30 a.m.

**10. Related Cases**

As previously reported by the parties, a putative class action containing similar allegations about Seagate's 3TB hard drives is currently pending in San Francisco Superior Court, *Pozar v. Seagate Technology LLC*, No. CGC-b (filed September 4, 2015) (alleging California class). Judge Karnow certified a California class under UCL and CLRA based on omissions. To the extent feasible, to avoid duplication and promote efficiency, the parties here have agreed to informally coordinate discovery with the *Pozar* matter. Seagate's motion for summary judgment in the state court matter is pending and set for hearing on January 31, 2019.

**11. Relief**

Plaintiffs seek damages based on Seagate's failure to disclose the unreliability of its drives. The exact amount of damages will be addressed in plaintiffs' Rule 26 expert reports.

**12. Settlement and ADR**

Plaintiffs remain open to resolving this dispute by settlement.

Seagate believes settlement may be possible depending on the upcoming rulings on Plaintiffs' renewed motion for class certification in this case and Seagate's motion for summary judgment in the state court case.

|     |                                                                                                 |
| --- | ----------------------------------------------------------------------------------------------- |
| 1   | **13.    Consent to Magistrate Judge for All Purposes**                                         |
| 2   | The parties have consented to a Magistrate Judge for all purposes.                              |
| 3   | **14.    Other References**                                                                     |

13.    **Consent to Magistrate Judge for All Purposes**

The parties have consented to a Magistrate Judge for all purposes.

14.    **Other References**

The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    **Narrowing of Issues**

The parties are not aware of issues that can be narrowed by agreement or motion at this time.

16.    **Expedited Trial Procedure**

The parties do not believe that this case can be handled under the Expedited Trial Procedure of General Order 64.

17.    **Scheduling**

The parties submitted a case management statement with a proposed schedule for the renewed class certification motion. Following on this Court's ruling on class certification, the parties anticipate requesting a case management conference at which further deadlines, including summary judgment, the pretrial conference and trial will be set.

18.    **Trial**

The case will be tried to jury. Plaintiffs believe it would be premature to propose the expected length of the trial until the outcome of class certification is known.

19.    **Disclosure of Non-Party Interested Entities or Persons**

Plaintiffs are unaware of any non-parties (other than the absent class members) who have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    **Professional Conduct**

The parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

**21.   Other**

The parties are unaware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

DATED: January 11, 2019                     HAGENS BERMAN SOBOL SHAPIRO LLP


By   s/ Shana E. Scarlett
        SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

AXLER GOLDICH, LLC

DATED: January 11, 2019                     By   s/ Marc A. Goldich
              MARC A. GOLDICH (*pro hac vice*)

Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: January 11, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | A Limited Liability Partnership Including Professional Corporations |
| 3 | | |
| 4 | | By _____s/ Anna S. McLean_____ |
| 5 | | ANNA S. McLEAN, Cal. Bar No. 142233 |
| 6 | | NEIL A.F. POPOVIĆ, Cal. Bar No. 132403 npopovic@sheppardmullin.com amclean@sheppardmullin.com |
| 7 | | Four Embarcadero Center, 17th Floor San Francisco, California 94111-4109 |
| 8 | | Telephone: 415.434.9100 Facsimile: 415.434.3947 |
| 9 | | |
| 10 | | *Attorneys for Defendant* |

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Shana E. Scarlett, am the ECF User whose identification and password are being used to file this Further Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

　　　s/ Shana E. Scarlett　　　
SHANA E. SCARLETT
