# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case No.: 16-cv-00523-JCS | Case Name: in re Seagate Technology LLC Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: January 18, 2019 | **Time:** 11 M |

**Attorney for Plaintiff:** Shana Scarlett
**Attorney for Defendant:** Anna McLean, Neal Popovic, Tenaya Rodewald

**Deputy Clerk:** Karen Hom         **Court Reporter:** FTR 9:54-10:05

## PROCEEDINGS

1. Renewed Motion for Class Certification – Submitted
2. Further Case Management Conference – Not Held

## ORDERED AFTER HEARING

**NOTES:**

**CASE CONTINUED TO:**

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Deadline to File Dispositive Motions:**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM

**Trial:**          at **8:30 AM for**        **days**     [ ] **Jury**  [ ] **Court**

**Order to be prepared by:**
[ ] Plaintiff         [ ] Defendant        [X] Court
**cc:**