1  Steve W. Berman (*pro hac vice*)
   Ashley Bede (*pro hac vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, Washington 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  ashleyb@hbsslaw.com

6  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
8  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
9  shanas@hbsslaw.com

10 Marc A. Goldich (*pro hac vice*)
   Noah Axler (*pro hac vice*)
11 AXLER GOLDICH, LLC
   1520 Locust Street, Suite 301
12 Philadelphia, PA 19102
   Telephone: (267) 534-7400
13 mgoldich@axgolaw.com
   naxler@axgolaw.com
14
   *Attorneys for Plaintiffs*
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN JOSE DIVISION
18

19 | IN RE SEAGATE TECHNOLOGY LLC | No. 3:16-cv-00523-JCS |
   | LITIGATION | |

20 DECLARATION OF STEVE W.
   BERMAN IN SUPPORT OF
21 PLAINTIFFS' MOTION FOR CLASS
   CERTIFICATION
22

23

24

25

26

27

28

1    I, STEVE W. BERMAN, declare as follows:

2        1.      I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP,

3    attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated

4    herein and, if called upon, I could and would competently testify thereto.

5        2.      Plaintiffs have actively served the class thus far, including responding to multiple

6    discovery requests, producing documents, and traveling multiple days to attend their depositions.

7        3.      Attached hereto are true and correct copies of the following exhibits:

8    Exhibit 1:    Document Bates-numbered FED_SEAG0027180-0027181, produced in the
              above-captioned litigation by Defendant;
9

10   Exhibit 2:    Document Bates-numbered FED_SEAG0031453-0031473, produced in the
              above-captioned litigation by Defendant;

11   Exhibit 3:    Document Bates-numbered FED_SEAG0012340-0012364, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
12            pursuant to the protective order in this action;

13   Exhibit 4:    Document Bates-numbered FED_SEAG0018291-0018292, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
14            pursuant to the protective order in this action;

15   Exhibit 5:    Document Bates-numbered FED_SEAG0020297-0020298, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
16            pursuant to the protective order in this action;

17   Exhibit 6:    Document Bates-numbered FED_SEAG0004700-0004701, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
18            pursuant to the protective order in this action;

19   Exhibit 7:    Document Bates-numbered FED_SEAG0000440-0000441, produced in the
              above-captioned litigation by Defendant;
20

21   Exhibit 8:    Document with the identification number of PLTFS_000106-000114,
              produced in the above-captioned litigation by Plaintiffs;

22   Exhibit 9:    Document Bates-numbered FED_SEAG00002505-0002557, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
23            pursuant to the protective order in this action;

24   Exhibit 10:   Excerpts from the Deposition of Jeffrey Fochtman, taken in the above-
              captioned litigation on August 19, 2017 and designated "HIGHLY
25            CONFIDENTIAL" by Defendant pursuant to the protective order in this
              action;
26

27   Exhibit 11:   Document Bates-numbered FED_SEAG0015567-0015568, produced in the
              above-captioned litigation and designated "CONFIDENTIAL" by Defendant
28            pursuant to the protective order in this action;

Exhibit 12:     Document Bates-numbered FED_SEAG0005081-0005100, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action and marked as Exhibit 3 to the August 19, 2017 deposition of Jeffrey Fochtman;

Exhibit 13:     Desktop HDD 2012 Data Sheet dated December 2012;

Exhibit 14:     April 26, 2012, website screenshot, "Desktop Hard Drives," captured at https://web.archive.ord/web/20120426215455;

Exhibit 15:     Barracuda Data Sheet dated November 2011;

Exhibit 16:     Storage Solutions Guide dated October 2012;

Exhibit 17:     Desktop HDD Product Manual dated March 2016;

Exhibit 18:     Document Bates-numbered FED_SEAG0004438-0004475, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 19:     Document Bates-numbered FED_SEAG0003639-0003676, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 20:     Documents Bates-numbered FED_SEAG0004783-0004810, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 21:     Document Bates-numbered FED_SEAG0006442-0006445, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 22:     Document Bates-numbered FED_SEAG0057214-0057216, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 23:     Document Bates-numbered FED_SEAG0002673-0002680, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 24:     Document Bates-numbered FED_SEAG0024743-0024763, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 25:     Document Bates-numbered FED_SEAG0010102-0010111, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 26:     Document Bates-numbered FED_SEAG0054829-0054832, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 27:     Excerpts from the Deposition of Alan Weir Clark, taken in the above-captioned litigation on October 20, 2017;

1

2          Exhibit 28:    Defendant Seagate Technology LLC's Supplmental Responses to Plaintiff
                          Christopher Nelson's First Set of Interrogatories, dated August 18, 2017, and
3                         designated "HIGHLY CONFIDENTIAL" by Defendant;

4          Exhibit 29:    Excerpts from the Deposition of Dennis Crawford, taken in the above-
                          captioned litigation on June 15, 2017;

5          Exhibit 30:    Excerpts from the Deposition of Dudley Lane Dortch, IV, taken in the
6                         above-captioned litigation on July 12, 2017;

7          Exhibit 31:    Excerpts from the Deposition of Joshuah Enders, taken in the above-
                          captioned litigation on June 7, 2017;

8          Exhibit 32:    Excerpts from the Deposition of David Schechner, taken in the above-
                          captioned litigation on June 6, 2017;
9
           Exhibit 33:    Excerpts from the Deposition of James Hagey, taken in the above-captioned
10                        litigation on July 24, 2017;

11         Exhibit 34:    Excerpts from the Deposition of Nikolas Manak, taken in the above-
                          captioned litigation on July 24, 2017;
12
           Exhibit 35:    Excerpts from the Deposition of Christopher Nelson, taken in the above-
13                        captioned litigation on June 2, 2017;

14         Exhibit 36:    Excerpt from documents Bates-numbered FED_SEAG00035341-42,
                          produced in the above-captioned litigation and designated
15                        "CONFIDENTIAL" by Defendant pursuant to the protective order in this
                          action;
16
           Exhibit 37:    Excerpts from the Seagate Techology 30(b)(6) Deposition of Bruce Marc
17                        Schwartz, taken in the above-captioned litigation on October 19, 2017;

18         Exhibit 38:    Document Bates-numbered FED_SEAG0002103-0002105, produced in the
                          above-captioned litigation and designated "CONFIDENTIAL" by Defendant
19                        pursuant to the protective order in this action;

20         Exhibit 39:    Document Bates-numbered FED_SEAG0009464, produced in the
                          above-captioned litigation and designated "CONFIDENTIAL" by Defendant
21                        pursuant to the protective order in this action;

22         Exhibit 40:    Document Bates-numbered FED_SEAG0012108-0012148, produced in the
                          above-captioned litigation and designated "CONFIDENTIAL" by Defendant
23                        pursuant to the protective order in this action;

24         Exhibit 41:    Document Bates-numbered FED_SEAG0015574-0015576, produced in the
                          above-captioned litigation and designated "CONFIDENTIAL" by Defendant
25                        pursuant to the protective order in this action;

26         Exhibit 42:    Document Bates-numbered FED_SEAG0006016-0006018, produced in the
                          above-captioned litigation and designated "CONFIDENTIAL" by Defendant
27                        pursuant to the protective order in this action;

28         Exhibit 43:    Document Bates-numbered FED_SEAG0004853-0004854, produced in the

1

2

above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

Exhibit 44:    Document Bates-numbered FED_SEAG0010119-0010125, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

3

4

Exhibit 45:    Document Bates-numbered FED_SEAG0004309-0004347, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

5

6

Exhibit 46:    Document Bates-numbered FED_SEAG0015901-0015907, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

7

8

Exhibit 47:    Document Bates-numbered FED_SEAG0016455, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

9

10

Exhibit 48:    Document Bates-numbered FED_SEAG0018144-0018176, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

11

12

Exhibit 49:    Document Bates-numbered FED_SEAG0035574-0035581, produced in the above-captioned litigation and designated "CONFIDENTIAL" by Defendant pursuant to the protective order in this action;

13

14

Exhibit 50:    Document Bates-numbered FED_SEAG0000506, produced in the above-captioned litigation by Defendant;

15

16

Exhibit 51:    Document Bates-numbered BB_CTRL0000194, produced in the above-captioned litigation and marked "Seagate Confidential" by Defendant;

17

18

Exhibit 52:    Declaration of Derek Noer; and

Exhibit 53:    Firm Resume of Hagens Berman Sobol Shapiro LLP.

19

20    I declare under penalty of perjury under the laws of the United States that the foregoing is

21    true and correct. Executed this 8th day of November, 2017 at Seattle, Washington.

22

23    _____s/ Steve W. Berman_____

24    STEVE W. BERMAN

25

26

27

28

# EXHIBIT 3



# Storage
# Solutions
# Guide

OCTOBER 2013 | AMER

# ROOM TO
# GROW

Double the storage.
Half the space.



## New 8-Bay
## Rackmount NAS

The !rst 1U rack that
!ts 8" 3.5" drives

Make the perfect gift complete.



Complete your tablet with
1TB of storage to carry and stream 500+
movies or thousands of songs.
No internet required.



**Wireless Plus**
Mobile Device Storage



Seagate

# Contents

www.seagate.com

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ........ 2
BACKUP PLUS PORTABLE ........ 5
BACKUP PLUS PORTABLE FOR MAC ........ 5
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT ........ 6
BACKUP PLUS DESKTOP FOR MAC ........ 7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT ........ 7
BACKUP PLUS DESKTOP ........ 8
SLIM FOR MAC ........ 8
SLIM ........ 9
EXPANSION DESKTOP ........ 9
EXPANSION PORTABLE ........ 10
WIRELESS PLUS ........ 10
CENTRAL ........ 11
BUSINESS STORAGE 8-BAY RACKMOUNT NAS ........ 11
BUSINESS STORAGE 4-BAY RACKMOUNT NAS ........ 12
BUSINESS STORAGE 4-BAY NAS ........ 12
BUSINESS STORAGE 2-BAY NAS ........ 13
BUSINESS STORAGE 1-BAY NAS ........ 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ........ 14
SOLID STATE DRIVE SOLUTIONS
NAS PRODUCTS MATRIX ........ 17
1200 SSD ........ 18
600 PRO SSD ........ 18
600 SSD ........ 19

ENTERPRISE STORAGE SOLUTIONS
ENTERPRISE PRODUCTS MATRIX ........ 21
ENTERPRISE TURBO SSHD ........ 22
ENTERPRISE PERFORMANCE 15K HDD ........ 23
ENTERPRISE PERFORMANCE 10K HDD ........ 24
CHEETAH 15K ........ 25
ENTERPRISE CAPACITY 3.5 HDD ........ 26
CONSTELLATION ........ 27
TERASCALE HDD/CONSTELLATION CS ........ 28

DESKTOP STORAGE SOLUTIONS
DESKTOP PRODUCTS MATRIX ........ 31
DESKTOP SSHD ........ 32
DESKTOP HDD ........ 32
DESKTOP 3.5-INCH INTERNAL KIT ........ 33

MOBILE STORAGE SOLUTIONS
MOBILE PRODUCTS MATRIX ........ 35
LAPTOP SSHD AND LAPTOP THIN SSHD ........ 36
MOMENTUS THIN ........ 36
LAPTOP ULTRATHIN HDD ........ 37
ULTRA MOBILE HDD ........ 37
LAPTOP 2.5-INCH INTERNAL KIT ........ 38

SPECIALTY STORAGE SOLUTIONS
SPECIALTY PRODUCTS MATRIX ........ 41
NAS HDD ........ 42
SV35 SERIES ........ 42
VIDEO 3.5 HDD ........ 43
VIDEO 2.5 HDD ........ 43

PARTNER RESOURCES AND BENEFITS ........ 44
SERVICE AND SUPPORT ........ 44

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, Cheetah, Constellation, DecXGuard, Dynamic Data, Momentus, NASworks, OptiCache, PowerChoice, PowerTrim, Pulsar, Savvio, Seagate Secure, SmartAlign, SV35 Series, Terascale, Pipeline and iXtabs are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing any option may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S., or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. No part of this publication may be reproduced in any form, without written permission from Seagate Technology LLC. SG1351.14-1310US, October 2013.

CONFIDENTIAL

FED_SEAG0012341

# External Storage
At-a-Glance Product Comparison



| | BACKUP PLUS | | | | | | SLIM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Expansion Portable | Expansion Desktop |
| **PERFECT FOR** | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| **DESCRIPTION** | Store and back up the content on your social networks with these "exible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take larger files with you. | |
| **LEARN MORE** | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

| | Wireless Plus | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Wireless Mobile** | | | **Network Attached** | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage 4-Bay NAS | Business Storage 7-Bay NAS | Central |
| **PERFECT FOR** | Wireless storage for your tablet | | **PERFECT FOR** | Centralized storage and backup | | Centralized storage, collaboration and backup | | | Wireless centralized home storage |
| **DESCRIPTION** | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | | **DESCRIPTION** | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. | This shared storage device automatically backs up multiple Macs and PCs plus streams your shared library to the connected devices in the home. |
| **LEARN MORE** | Page 10 | | **LEARN MORE** | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 | Page 11 |

CONFIDENTIAL

FED_SEAG0012342

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups.
- Automatically saves photos from social networks.
- Photos and videos can be shared to social networks with a click.
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ○ Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ○ Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





CONFIDENTIAL

FED_SEAG0012343

EXTERNAL STORAGE

## Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages
› Mac OS and Time-Machine ready out of the box
› Automatically saves photos from social networks
› Share photos and video to social networks with a click
› Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications
› Store or back up photos, movies, music and documents
› Download and save content that's posted on your social networks.
› Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000000 | USB 3.0 | ○ Silver ○ White | Mac, PC |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |

## Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
› Mac OS and Time Machine ready right out of the box
› Automatically saves photos from social networks
› Share photos and video to social networks with a click.
› Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications
› Back up all your important files.
› Download and save content that's posted on your social networks.
› Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000001 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| 2TB | STCB2000000 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| 3TB | STCB3000000 | USB 3.0 | ● Black/ ○ Silver | Mac, PC |
| PRODUCT DIMENSIONS | 6.22-in L x 4.86-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

## Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
› Includes Thunderbolt cable, adapter and drive
› Compatible with Time Machine software
› Compatible with Thunderbolt devices
› No external power supply required

### Best-Fit Applications
› Combine high-speed data transfer and high-definition display in a single interface
› Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
› Handle vast amounts of data more precisely than with any other connection
› Back up and restore data at 10Gbps



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 85mm x 27.8mm) | | | |
| PACKAGE DIMENSIONS | 6.69-in L x 5.24-in W x 1.61-in D (170mm x 133mm x 40mm) | | | |

## Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
› Includes Thunderbolt cable, adapter and drive
› Dual ports enable daisy-chaining up to six devices
› Compatible with Thunderbolt displays and other devices
› Compatible with Time Machine softwares

### Best-Fit Applications
› Combine high-speed data transfer and high-definition display in a single interface
› Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
› Handle vast amounts of data more precisely than with any other connection
› Back up and restore data at 10Gbps

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000400 | Thunderbolt | ● Black | Mac, PC |
| PRODUCT DIMENSIONS | 8.61-in L x 4.76-in W x 2.42-in D (219mm x 120.9mm x 61.4mm) | | | |
| PACKAGE DIMENSIONS | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | | |

CONFIDENTIAL

FED_SEAG0012344

EXTERNAL STORAGE

## Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories.
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STCA1000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in L x 4.68-in W x 1.72-in D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

## Slim

The Seagate Slim portable drive is thin, light and the easiest way yet to back up the things that are important to you.

### Key Advantages
- Just slightly thicker than an iPhone
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.36-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

## Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.

### Key Advantages
- Just slightly thicker than an iPhone
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500100 | USB 3.0 | ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in L x 2.99-in W x 0.36-in D (113.5mm x 76mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in L x 1.22-in W x 4.06-in D (142mm x 31mm x 103mm) | | | |

## Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages
- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 1TB | STBV1000100 | USB 2.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in L x 4.65-in W x 1.48-in D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in L x 7.97-in W x 2.83-in D (231mm x 202mm x 72mm) | | | |

CONFIDENTIAL

FED_SEAG0012345

EXTERNAL STORAGE

## Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

### Key Advantages

- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop
- USB 3.0 interface allows fast transfer speeds

### Best-Fit Applications

- Instantly add more storage space to your computer
- Take large files with you when you travel



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS (HxWxD) | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PACKAGE DIMENSIONS (HxWxD) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| MASTER DIMENSIONS (HxWxD) | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

## Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages

- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications

- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GigE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GigE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GigE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS (HxWxD) | 5.7-in L x 8.5-in W x 1.7-in D (146mm x 216mm x 43mm) | | | |
| PACKAGE DIMENSIONS (HxWxD) | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 263mm x 235mm) | | | |

## Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages

- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[1]

### Best-Fit Applications

- Store and carry movies and other media on the go
- Share media with others
- Works with iPad or Android tablets and smartphones



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS (HxWxD) | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS (HxWxD) | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |

## Business Storage 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses.

### Key Advantages

- A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
- Wuala™ cloud service and apps for secure collaboration and anywhere access
- Centralized backup for PCs, plus Time Machine support for Mac computers
- Support for iSCSI enables maximum performance and compatibility for virtualized environments

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | FS |
|---|---|---|---|---|
| 32TB | STDP32000100 | GigabitEthernet | ● Black | PC, Mac |
| 24TB | STDP24000100 | GigabitEthernet | ● Black | PC, Mac |
| 16TB | STDP16000100 | GigabitEthernet | ● Black | PC, Mac |
| 12TB | STDP12000100 | GigabitEthernet | ● Black | PC, Mac |
| 8TB | STDP8000100 | GigabitEthernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS (HxWxD) | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS (HxWxD) | 35.354-in L x 23.465-in W x 8.661-in D (898mm x 596mm x 220mm) | | | |

CONFIDENTIAL

FED_SEAG0012346

EXTERNAL STORAGE

## Business Storage 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.

### Key Advantages

- Centralized storage and backup for PCs and Macs, plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using internet-connected computers and devices
- Back up files to the cloud



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STDN16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 16.925-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 22.44-in L x 19.187-in W x 4.96-in D (570mm x 487mm x 146mm) |

## Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 8TB | STBN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 6TB | STBN6000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) |
|---|---|
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) |

## Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications

- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files or entire volumes of data



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 10.2-in D (161.00mm x 208.00mm x 258.50mm) |
|---|---|
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 240.00mm) |

## Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, Internet TVs, game consoles and more

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 176mm x 148mm) |
|---|---|
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (92mm x 236mm x 229mm) |

12    STORAGE SOLUTIONS GUIDE

STORAGE SOLUTIONS GUIDE    13

FED_SEAG0012347

# Internal Storage
At-a-Glance Product Comparison



| | ENTERPRISE | | | DESKTOP | | SPECIALTY | | |
|---|---|---|---|---|---|---|---|---|
| **3.5-inch** | Cheetah 15K | Enterprise Capacity 3.5 HDD | Terascale HDD | Desktop SSHD | Desktop HDD | NAS HDD | Surveillance HDD | Video 3.5 HDD |
| USE THIS DRIVE FOR | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | Small NAS systems needing performance with high capacities. 3-year limited warranty | Surveillance systems that require high performance, low-power and centralized storage-to-every surveillance application. 3-year limited warranty | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | X | X | | | | | | |
| LEARN MORE | Page 25 | Page 26 | Page 28 | Page 32 | Page 32 | Page 42 | Page 42 | Page 43 |



| | SSD | | ENTERPRISE SSHD | ENTERPRISE | | | MOBILE | | | | SPECIALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.5-inch** | 1200 SSD | 600 Pro SSD | 600 SSD | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation | Laptop SSHD and Laptop Thin SSHD | Momentus Thin | Laptop Ultrathin HDD | Ultra Mobile HDD | Video 2.5 HDD |
| USE THIS DRIVE FOR | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Data center and cloud applications that require fast performance and low power | On-the-go users who need the fastest performance and improved ruggedness | Improved storage performance tier between SSDs and high-capacity HDDs | Compute-intensive data requirements demanding the highest HDD performance density and availability | Mainstream data requiring high capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications | Video streaming where 24x7 operation, small form factor and low power consumption are needed. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | | | X | X | X | X | X | | X | X | | |
| LEARN MORE | Page 18 | Page 18 | Page 19 | Page 22 | Page 22 | Page 24 | Page 27 | Page 36 | Page 36 | Page 37 | Page 37 | Page 43 |

CONFIDENTIAL
FED_SEAG0012348

SSD STORAGE

# Solid State Drive Solutions

Seagate is committed to the #ash-based storage market, as is evident by its line of enterprise and client SSDs, engineered to deliver ultra-fast speed and high data integrity. Seagate is focused on the continuing technology leadership that allows it to be a premier supplier of both solid state drives and hard drives.



## SPEED
Seagate SSDs offer ultra-fast performance

|  |  | 1200 SSD | 600 Pro SSD | 600 SSD |
|---|---|---|---|---|
| **Product Comparison** | Legacy Name |  |  |  |
|  | Description | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Fast performance and low power for performance-hungry data center and cloud applications | Speed up your laptop with SSD performance and ruggedness |
|  | Form Factor/z-Height | 2.5-inch/7mm | 2.5-inch/7mm | 2.5-inch/5mm, 7mm |
|  | Reliability | 0.44% AFR | 0.58% AFR | 0.58% AFR |
|  | Capacity[1] | 200GB to 800GB | 100GB to 480GB | 120GB to 480GB |
|  | Endurance (total terabytes written over warranty period) | 3650TBW to 14,600TBW | 24TBW to 1080TBW | 36.5TBW to 73TBW |
|  | NAND Flash Type | MLC | MLC | MLC |
|  | Power (idle) | 2.73W to 3.0W | 1.05W to 1.25W | 1.1W |
|  | Interface | 12Gb/s SAS | SATA 6Gb/s | SATA 6Gb/s |
|  | Limited Warranty[2] | 5 years | 5 years | 3 years |
| **Feature Comparison** | Product | 1200 SSD | 600 Pro SSD | 600 SSD |
|  | Self-Encrypting Drive (SED) Option[3] | X |  |  |
|  | FIPS 140-2 SED Option[3] | X |  |  |
|  | Power Loss Data Protection | X | X |  |

STORAGE SOLUTIONS GUIDE    17

CONFIDENTIAL

FED_SEAG0012349

SSD STORAGE

## 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.



### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Designed to reduce the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads.
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)

| CAPACITY | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 500GB | ST500FM0057 | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063 | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073 | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073 | SATA 12Gb/s | MLC |

## 600 SSD

The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.



### Key Advantages

- Nearly 4" faster boot times and over 2" faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade drive for road warriors, power users, executives and gamers—work and play faster

### Best-Fit Applications

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching

| CAPACITY | 7MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY | 5MM Z-HT MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

## 600 Pro SSD

A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.



### Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

### Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications

| CAPACITY | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 100GB | ST100FP0021 | SATA 6Gb/s | MLC |



18   STORAGE SOLUTIONS GUIDE

STORAGE SOLUTIONS GUIDE   19

FED_SEAG0012350

# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.



**Product Comparison**

| | ENTERPRISE TURBO SSHD | ENTERPRISE PERFORMANCE HDD | CHEETAH | ENTERPRISE CAPACITY HDD | TERASCALE HDD / CONSTELLATION |
|---|---|---|---|---|---|
| Legacy Name | | Savvio® | | Constellation | |
| Application | Highest SFF Performance | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Affordable High Capacity With Low Power |
| Description | World's fastest hard drive | Highest performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High-performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, low-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-capacity, eco-friendly, cost-effective storage for Web-scale data centers |
| Form Factor | 2.5-inch | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 3.5-inch |
| Reliability | 0.44% AFR | 0.44% AFR | 0.55% AFR | 0.62% and 1.095% AFR | 800,000 MTBF |
| Capacity | 300GB to 900GB | 300GB to 1200GB | 300GB to 600GB | 2600B to 4TB | 1TB to 4TB |
| Power (Idle) | 4.83W to 5.3W | 4.4W to 5.3W | 8.74W to 11.68W | 2.53W to 8.3W | up to 4.59W |
| Format | 5xxE, 4KN | 512N, 5xxE, 4KN | 512N | 512N, 5xxE | 512E |
| Interface | 6Gb/s SAS | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | SATA 6Gb/s |
| Limited Warranty | 5 years | 5 years | 5 years | 5 years | 3 years |

**Feature Comparison**

| Product | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Terascale HDD / Constellation CS |
|---|---|---|---|---|---|---|---|
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | X |
| PowerChoice™ Optimized Idle Power Settings | X | X | X | | X | X | X |
| Self-Encrypting Drive (SED)² | X | X | X | X | X | X | |
| FIPS 140-2 SED Option²,³ | X | X | X | X | X | X | |
| Instant Secure Erase | X | X | X | | X | X | X |
| Solid State Hybrid | X | | | | | | |
| Energy-Saving Features | X | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X | X |

CONFIDENTIAL

FED_SEAG0012351

ENTERPRISE STORAGE

## Enterprise Turbo SSHD



The Enterprise Turbo SSHD accelerates access to your most critical data with the world's fastest hard drive.

### Key Advantages

- Hard drive capacities with flash-based performance
- Best economic combination of performance, endurance and capacity—best $/IOPS enterprise HDD
- Meets critical demands for performance, scalability, flexibility and high density in a 2.5-inch form factor
- Automatically caches hot data to flash and absorbs write intensity by only promoting hot data
- Nonvolatile cache to enable faster write response time and help ensure data integrity during power loss

### Best-Fit Applications

- Big data analytics
- Databases (ERP and OLTP)
- Virtual desktop infrastructure (VDI)
- Web development and Web page delivery

| CAPACITY | 5Xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0004 | 6Gb/s SAS | 128MB |
| 500GB | ST600MX0014 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0024 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0014 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0014 | 6Gb/s SAS | 128MB |

| CAPACITY | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MX0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0044 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0054 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0044 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0044 | 6Gb/s SAS | 128MB |

## Enterprise Performance 15K HDD



Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.

### Key Advantages

- Stores 2" the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED) and FIPS SED options cut IT drive retirement costs and help protect data at rest.

### Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY | 5Xx NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014 | 6Gb/s SAS | 128MB |

| CAPACITY | 5Xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044 | 6Gb/s SAS | 128MB |

| CAPACITY | 4K NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074 | 6Gb/s SAS | 128MB |



CONFIDENTIAL

FED_SEAG0012352

ENTERPRISE STORAGE

## Enterprise Performance 10K HDD

Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive
- Self-Encrypting Drive (SED) and FIPS 140-2 certified SED cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays.
- Power- and space-constrained data centers
- Compliance or data security initiatives



| CAPACITY | SKU/NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017 | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027 | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0006 | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026 | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900705SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900805SS | 6Gb/s SAS | 64MB |
| 900GB | ST9900005FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0006 | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600105SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600205SS | 6Gb/s SAS | 64MB |
| 600GB | ST9600205FC | 4Gb/s FC | 64MB |
| 450GB | ST450MM0006 | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450305SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450405FC | 4Gb/s FC | 64MB |
| 300GB | ST300MM0006 | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300605SS | 6Gb/s SAS | 64MB |
| 300GB | ST9300405SS | 6Gb/s SAS | 64MB |
| 146GB | ST9146905FC | 4Gb/s FC | 64MB |

## Cheetah®15K

The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.

### Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption.
- Self-Encrypting Drive (SED) and FIPS 140-2 certified SED cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support.
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce



| CAPACITY | SKU/NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450057SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 450GB | ST3450057FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

# Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.

## Key Advantages

- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[1,2]

## Best-Fit Applications

- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance



| CAPACITY | DRIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0043 | 6Gb/s SAS | 128MB |
| 4TB | ST4000NM0063 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0043 | 6Gb/s SAS | 128MB |
| 3TB | ST3000NM0063 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0043 | 6Gb/s SAS | 128MB |
| 2TB | ST2000NM0063 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0043 | 6Gb/s SAS | 128MB |
| 1TB | ST1000NM0063 | 6Gb/s SAS | 128MB |

# ~~Constellation~~

The Seagate ~~Constellation~~ drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

## Key Advantages

- Maximizes data center footprint
- Energy-efficient storage at under 3.5W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)/ and FIPS 140-2 certified SED/ but IT drive retirement costs and protect data
- FIPS options meet government encryption compliance standards.

## Best-Fit Applications

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing



| CAPACITY | DRIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000643NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[1] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000641SS | 6Gb/s SAS | 64MB |
| 1TB | ST91000642SS[1] | 6Gb/s SAS | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[1] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | 6Gb/s SAS | 64MB |
| 500GB | ST9500621SS[1] | 6Gb/s SAS | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[1] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[1] | SATA 6Gb/s | 64MB |

CONFIDENTIAL

FED_SEAG0012354

# Terascale™ HDD
# Constellation®CS



The Seagate Terascale HDD and Constellation CS are designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.

## Key Advantages

› Affordable storage for 24*7 multi-drive replicated environments
› High vibration tolerance for reliable enterprise-class performance
› Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
› Advanced format logical block management for industry-leading data integrity

## Best-Fit Applications

› Web-scale computing
› Cloud storage servers and arrays
› Cloud backup storage
› Direct-attached external storage (DAS)
› Network-attached storage (NAS)

| CAPACITY | SKU/EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000 | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000 | SATA 6Gb/s | 64MB |



The graphics in this separate online learning information of 75 square and close tools area attempt is a query.
Cisapler index table or Solve Mook.

CONFIDENTIAL

FED_SEAG0012355

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



DESKTOP STORAGE

   

| | | DESKTOP SSHD | DESKTOP SHDD INTERNAL KIT | DESKTOP HDD | DESKTOP 3.5 INCH INTERNAL KIT |
|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | Barracuda® | Barracuda |
| | Application | Performance | Performance | Mainstream | Mainstream |
| | Description | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to desktop computers to get solid state speed for fast, responsive system performance | Tuned performance for low-power, mainstream and high-performance desktop computing | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers |
| | Capacity | 1TB to 4TB | 1TB to 4TB | 250GB to 4TB | 500GB to 4TB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s |
| | Form Factor | 3.5 inch | 3.5 inch | 3.5 inch | 3.5 inch |
| | Reliability | <1% AFR | <1% AFR | <1% AFR | <1% AFR |
| | Cache | 64MB | 64MB | 16MB to 64M | 16MB to 64M |
| | Power (idle) | <3.3W to <3.9W | <3.3W to <3.9W | 4.0W to 5.8W | |
| **Feature Comparison** | Product | Desktop SSHD | Desktop SHDD Internal Kit | Desktop HDD | Desktop 3.5 Inch Internal Kit |
| | OptiCache™ Technology | | | X | X |
| | Solid State Hybrid | X | X | | |
| | Mounting Hardware and Cables | | X | | X |
| | Compatible with Windows 8† | X | X | X | X |
| | Energy-Saving Features | X | X | X | X |
| | RoHS Compliance | X | X | X | X |

CONFIDENTIAL

FED_SEAG0012356

DESKTOP STORAGE

## Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.



### Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[2]

### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

## Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.




### Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability
- Desktop solid state hybrid model offers SSD-like performance with the capacity of a hard drive

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY | KIT NUMBER | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST31000VN0A1AS-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.38-in L x 5.86-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

| DESKTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER | INTERFACE | MLC FLASH |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.38-in W x 2.88-in D (149.35mm x 187.45mm x 73.15mm) | | |

## Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



CONFIDENTIAL

FED_SEAG0012357

# Mobile Storage Solutions

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.



| | | LAPTOP SSHD AND LAPTOP THIN SSHD | LAPTOP SSHD INTERNAL KIT | LAPTOP 2.5-INCH INTERNAL KIT | MOMENTUS THIN | LAPTOP ULTRATHIN HDD | ULTRA MOBILE HDD |
|---|---|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | Momentus XT | Momentus XT | Momentus Internal Kit | | | |
| | Application | Performance | Performance | Performance | Mainstream, Slim Computing | Slim Computing | Slim, Robust Computing |
| | Description | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to laptop computers to get solid state speed with capacity of a hard disk drive | A complete upgrade kit to transform your system to high performance or just add capacity | The 2.5-inch drive for laptops and notebooks | Affordable, high-capacity storage that is thinner than a pencil | Brings robust storage ideal for ultra-slim tablet, convertible and detachable applications in a 5mm form factor |
| | Capacity[1] | 500GB and 1TB | 500GB and 1TB | 250GB and 1TB | 250GB, 320GB and 500GB | 320GB and 500GB | 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| | Form Factor/ z-Height | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/ 9.5mm, 7mm | 2.5-inch/9.5mm | 2.5-inch/7mm | 2.5-inch/5mm | 2.5-inch/5mm |
| | Reliability | 0.48% AFR | 0.48% AFR | 0.48% AFR | 0.48% AFR | | |
| | Cache | 64MB | 64MB | 16MB | 16MB | 16MB | 16MB |
| | Power (Idle) | 0.9W | 0.9W | 0.67W to 0.8W | 0.48W | 0.48W | 0.48W |
| | Product | Laptop SSHD and Laptop Thin SSHD | Laptop SSHD Internal Kit | Laptop 2.5-inch Internal Kit | Momentus[2] Thin | Laptop Ultrathin HDD | Ultra Mobile HDD |
| **Feature Comparison** | Self-Encrypting Drive (SED) with Instant Secure Erase[3] | | | | X | X | |
| | FIPS 140-2 SED Option[3] | | | | X | | |
| | Drop Sensor Options | | | | | | X |
| | Solid State Hybrid | X | X | | | | |
| | Compatible with Windows 8[4] | X | X | X | X | X | X |
| | Energy-Saving Features | X | X | | X | X | X |
| | RoHS Compliance | X | X | X | X | X | X |

CONFIDENTIAL

FED_SEAG0012358

MOBILE STORAGE

## Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages
- Boots and performs like an SSD[2]
- Up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications
- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

## Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.



### Key Advantages
- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[3]

### Best-Fit Applications
- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT037 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT030 | SATA 6Gb/s | 16MB |

## Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



### Key Advantages
- 7mm z-height form factor enables thin chassis design for all segments of laptop computing
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive[3] options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications
- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LT025 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT015 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012 | SATA 6Gb/s | 16MB |
| 250GB | ST250LT012 | SATA 6Gb/s | 16MB |

## Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.



### Key Advantages
- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

### Best-Fit Applications
- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500LX016 | SATA 6Gb/s | 16MB |

36    STORAGE SOLUTIONS GUIDE

STORAGE SOLUTIONS GUIDE    37

FED_SEAG0012359

## Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

### Key Advantages
› Built for mobility
› Preserves battery life
› Large data cache
› Outstanding performance
› Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications
› Replacement laptop drives
› Laptop storage upgrades
› High-end laptops and workstations



| CAPACITY | KIT NUMBER | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003NGA1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905000N1A1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250N1A1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER | INTERFACE | SSD/FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



CONFIDENTIAL

FED_SEAG0012360

# Specialty Storage Solutions

## Storage solutions for NAS, DVRs and surveillance systems

Seagate has the expertise to build drives optimized for specialty environments, like Network Attached Storage (NAS), CE and video storage. Our global presence, business partnerships, technology leadership and industry understanding enable Seagate to deliver industry-leading products.





| | | NAS HDD | CE HDD | VIDEO 3.5 HDD | VIDEO 2.5 HDD |
|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | Pipeline² HD | Pipeline HD Mini |
| | Application | Small NAS | Video Surveillance | Mainstream CE-DVR | Small form factor CE-DVR |
| | Description | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems | Optimized performance and improved reliability for video surveillance applications | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs |
| | Capacity¹ | 2TB to 4TB | 1TB to 8TB | 250GB to 4TB | 250GB to 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s |
| | Form Factor | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
| | Simultaneous HD Streams Supported | — | — | up to 16 | up to 12 |
| | Reliability | 1M hours MTBF | <1% AFR | 0.55% AFR | 0.55% AFR |
| | Cache | 64MB | 64MB | 8MB to 64MB | 16MB |
| | Power (idle) | 3.0W to 3.95W | 3.36W to 5.4W (idle2) | 2.5W to 5.0W | 0.66W |
| **Feature Comparison** | Product | NAS HDD | CE HDD | Video 3.5 HDD | Video 2.5 HDD |
| | Cool Operation | | x | x | x |
| | 24x7 Operation Capable | x | x | x | x |
| | Extremely Low Vibration | x | | | |
| | NASWorks™ Technology | x | | | |
| | Energy-Saving Features | x | | x | x |
| | RoHS Compliance | x | x | x | x |

CONFIDENTIAL

¹ One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

FED_SEAG0012361

SPECIALTY STORAGE

## NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.



### Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance.
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

### Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

## Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 160GB | ST3160310CS | SATA 3Gb/s | 8MB |

## SV35 Series

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24×7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

## Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.



### Key Advantages

- Virtually silent streaming performance as low as 19dB
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design
- 0.55% AFR supports longevity in demanding consumer electronic environments

### Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

CONFIDENTIAL

FED_SEAG0012362

## Partner Resources and Bene!ts

The Seagate Partner Program (SPP) provides access to unique resources and bene!ts to help channel partners secure new opportunities and grow revenue and pro!tability.

As a registered SPP member, you enjoy the following exclusive features:

ı Password-protected portal
ı E-newsletter and regular news updates
ı New product evaluation unit program
ı Training and sales tools
ı Priority support

Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners
ı Complete the online form.
ı Click through and accept our standard agreement.

Seagate

## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:
ı Presales and Technical Support
ı Global Support Services telephone numbers and business hours
ı Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners



CONFIDENTIAL

FED_SEAG0012363





Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

CONFIDENTIAL

# EXHIBIT 4



DESKTOP DRIVE
DISQUE EXTERNE
Data Sheet

Seagate Backup Plus, easy backup
for your digital life on your computer and the cloud

The Seagate® Backup Plus desktop drive simplifies backup for consumers who want to protect their entire digital life locally, in the cloud or from social networks. Via the Seagate Dashboard, use the *Protect* function to set up a one-click plan or customize your scheduled local backup. Keep multiple copies of your files in case disaster strikes.

With the *Save* feature, user-generated content can be backed up from your favorite social networks. Many people now use their smartphones to capture priceless moments. While these devices are handy and readily available, storage is not their strong suit. Capture a memory, post it on a social networking site and let the Seagate Dashboard automatically back up any content posted. Even if the file gets accidentally deleted from the device, another copy can be waiting.

The *Share* feature allows multiple files to be uploaded to social networks at once from your computer. The days of uploading individual files without creating a new album are gone! Simply select files to upload, choose where to post them and even add comments. Managing your social profile has never been easier.

Install the pre-loaded NTFS driver for Mac, and use the drive interchangeably between PC and Mac® computers without reformatting the drive. For even more flexibility, with the Seagate Backup Plus design, you can upgrade from the included USB 3.0 interface to Thunderbolt™ technology or FireWire® 800 with the available additional adapter.



FED_SEAG0018291



DESKTOP DRIVE
DISQUE EXTERNE

## Specifications

| Retail Packaging | Product Dimensions | Box Dimensions | Master Carton Dimensions | Pallet Dimensions |
|---|---|---|---|---|
| Length (in/mm) | 6.22/158 | 7.87/200 | 14.96/372 | 43.93/1116 |
| Width (in/mm) | 4.88/124 | 9.06/230 | 9.52/242 | 38.11/968 |
| Depth (in/mm) | 1.73/44 | 3.54/90 | 8.58/218 | 47.76/1213 |
| Weight (lb/kg) | 2.38/1.08 | 2.93/1.33 | 12.44/5.66 | 785/356.8 |

### Quantities

| Boxes per Master Carton | 4 |
|---|---|
| Master Cartons per Pallet | 60 |
| Pallet Layers | 5 |

### System Requirements

Windows® 7, Windows Vista®, Windows XP SP3 (32-bit and 64-bit) operating system or Mac OS X 10.6 or higher[1]

SuperSpeed USB 3.0 port (required for USB 3.0 transfer speeds or backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds)[2]

### Inside the Box

| Seagate Backup Plus drive | 4-foot USB 3.0 cable |
|---|---|
| Seagate Dashboard pre-loaded on drive | Power adapter |
| NTFS driver for Mac pre-loaded on drive[1] | Quick start guide |
| USB 3.0 interface adapter with capacity gauge | 2-year limited warranty |

| Region | Product | Capacity[2] | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|
| AMER | Backup Plus desktop drive | 1TB | STCA1000100 | 763649040553 | 10763649040550 |
| AMER | Backup Plus desktop drive | 2TB | STCA2000100 | 763649040560 | 10763649040567 |
| AMER | Backup Plus desktop drive | 3TB | STCA3000101 | 763649040577 | 10763649040574 |
| AMER | Backup Plus desktop drive | 4TB | STCA4000100 | 763649040584 | 10763649040581 |

1 Reformatting for Mac may be required.
2 Compatibility may vary depending on user's hardware configuration and operating system.
3 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes when referring to drive capacity.

www.seagate.com

AMERICAS    Seagate Technology LLC  10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS  16-18, rue du Dome, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1752.1 1204 AMER

# EXHIBIT 5



## DESKTOP DRIVE
## DISQUE EXTERNE
Data Sheet

### Seagate Backup Plus, easy backup for your digital life on your computer, mobile devices and the cloud

The Seagate® Backup Plus desktop drive simplifies backup for consumers who want to help protect their entire digital life locally, in the cloud, from mobile devices or from social networks. Via the Seagate Dashboard, use the *Protect* function to set up a one-click plan or schedule your automatic local backup. Keep multiple copies of your files in case disaster strikes. Install the free Seagate Mobile Backup app on an iOS or Android mobile device to back up all of the pictures and videos from the device to the drive or the cloud. Back up mobile devices via a WiFi connection while at home, or use services like Dropbox or Google Drive while on-the-go, away from home.

With the *Save* feature, user-generated content can be backed up from your favorite social network sites. Capture a memory, post it on a social networking site and let the Seagate Dashboard automatically back up any content posted, even photos that you are tagged in.

The *Share* feature allows multiple files to be uploaded to social networks at once from your computer. Simply select files to upload, choose where to post them and even add comments. Managing your social profile has never been easier.

Install the pre-loaded NTFS driver for Mac, and use the drive interchangeably between Windows and Mac® computers without reformatting the drive.



CONFIDENTIAL



DESKTOP DRIVE
DISQUE EXTERNE

## Specifications

| Retail Packaging | Product Dimensions | Box Dimensions | Master Carton Dimensions | Pallet Dimensions |
|---|---|---|---|---|
| Length (in/mm) | 7.063/179.4 | 8.346/212 | 11.220/285 | 44.764/1137 |
| Width (in/mm) | 4.650/118.10 | 8.583/218 | 9.409/239 | 40.00/1016 |
| Depth (in/mm) | 1.634/41.50 | 2.677/68 | 8.780/223 | 47.99/1219 |
| Weight (lb/kg) | 1.892/.860 | 2.750/1.250 | 11.656/5.298 | 789.518/358.872 |

| Quantities | |
|---|---|
| Boxes per Master Carton | 4 |
| Master Cartons per Pallet | 64 |
| Pallet Layers | 4 |

| System Requirements |
|---|
| Windows® 8, Windows 7, Windows Vista®, Windows XP SP3 (32-bit and 64-bit) operating system or Mac OS X 10.6 or higher[1] |
| SuperSpeed USB 3.0 port (required for USB 3.0 transfer speeds or backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds)[2] |
| Seagate Mobile Backup app system requirements: iOS 6 or higher, Android 2.3 or higher |

| What is Included | |
|---|---|
| Seagate Backup Plus drive | Power adapter |
| Seagate Dashboard pre-loaded on drive | Quick start guide |
| NTFS driver for Mac pre-loaded on drive[1] | 2-year limited warranty |
| 4-foot USB 3.0 cable | |

| Region | Product | Capacity[3] | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|
| AMER | Backup Plus desktop drive | 2TB | STDT2000100 | 763649053423 | 10763649053420 |
| AMER | Backup Plus desktop drive | 3TB | STDT3000100 | 763649053430 | 10763649053437 |
| AMER | Backup Plus desktop drive | 4TB | STDT4000100 | 763649053447 | 10763649053444 |

1 Reformatting for Mac may be required.
2 Compatibility may vary depending on user's hardware configuration and operating system.
3 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.

AMERICAS      Seagate Technology LLC   10200 South De Anza Boulevard  Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA     Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2013 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Quantifying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1757.3 1311 AMER

CONFIDENTIAL

# EXHIBIT 6



## DESKTOP DRIVE
## DISQUE EXTERNE
Data Sheet

### Seagate Backup Plus, easy backup for your digital life on your computer, mobile devices and the cloud

The Seagate® Backup Plus desktop drive simplifies backup for consumers who want to help protect their entire digital life locally, in the cloud, from mobile devices or from social networks. Via the Seagate Dashboard, use the *Protect* function to set up a one-click plan or schedule your automatic local backup. Keep multiple copies of your files in case disaster strikes. Install the free Seagate Mobile Backup app on an iOS or Android mobile device to back up all of the pictures and videos from the device to the drive or the cloud. Back up mobile devices via a WiFi connection while at home, or use services like Dropbox or Google Drive while on-the-go, away from home.

With the *Save* feature, user-generated content can be backed up from your favorite social network sites. Capture a memory, post it on a social networking site and let the Seagate Dashboard automatically back up any content posted, even photos that you are tagged in.

The *Share* feature allows multiple files to be uploaded to social networks at once from your computer. Simply select files to upload, choose where to post them and even add comments. Managing your social profile has never been easier.

Install the pre-loaded NTFS driver for Mac, and use the drive interchangeably between Windows and Mac® computers without reformatting the drive.



CONFIDENTIAL



DESKTOP DRIVE
DISQUE EXTERNE

## Specifications

| Retail Packaging | Product Dimensions | Box Dimensions | Master Carton Dimensions | Pallet Dimensions |
|---|---|---|---|---|
| Length (in/mm) | 7.063/179.4 | 8.346/212 | 11.220/285 | 44.764/1137 |
| Width (in/mm) | 4.650/118.10 | 8.583/218 | 9.409/239 | 40.00/1016 |
| Depth (in/mm) | 1.634/41.50 | 2.677/68 | 8.780/223 | 47.99/1219 |
| Weight (lb/kg) | 1.892/.860 | 2.750/1.250 | 11.656/5.298 | 789.518/358.872 |

| Quantities | |
|---|---|
| Boxes per Master Carton | 4 |
| Master Cartons per Pallet | 64 |
| Pallet Layers | 4 |

| System Requirements |
|---|
| Windows® 8, Windows 7, Windows Vista®, Windows XP SP3 (32-bit and 64-bit) operating system or Mac OS X 10.6 or higher[1] |
| SuperSpeed USB 3.0 port (required for USB 3.0 transfer speeds or backwards compatible with USB 2.0 ports at USB 2.0 transfer speeds)[2] |
| Seagate Mobile Backup app system requirements: iOS 6 or higher, Android 2.3 or higher |

| What is Included | |
|---|---|
| Seagate Backup Plus drive | Power adapter |
| Seagate Dashboard pre-loaded on drive | Quick start guide |
| NTFS driver for Mac pre-loaded on drive[1] | 2-year limited warranty |
| 4-foot USB 3.0 cable | |

| Region | Product | Capacity[3] | Model Number | UPC Code | Multi-Pack UPC |
|---|---|---|---|---|---|
| AMER | Backup Plus desktop drive | 2TB | STDT2000100 | 763649053423 | 10763649053420 |
| AMER | Backup Plus desktop drive | 3TB | STDT3000100 | 763649053430 | 10763649053437 |
| AMER | Backup Plus desktop drive | 4TB | STDT4000100 | 763649053447 | 10763649053444 |
| AMER | Backup Plus desktop drive | 5TB | STDT5000100 | 763649053454 | 10763649053451 |

1 Reformatting for Mac may be required

2 Compatibility may vary depending on user's hardware configuration and operating system

3 One gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes when referring to drive capacity.

www.seagate.com

AMERICAS     Seagate Technology LLC  10200 South De Anza Boulevard  Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd.  7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA     Seagate Technology SAS  16–18, rue du Dome, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

© 2014 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one thousand billion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions and will not be available for data storage. Complying with all applicable copyright laws is the responsibility of the user. Seagate reserves the right to change, without notice, product offerings or specifications. DS1757.3 1401 AMER

# EXHIBIT 9



CONFIDENTIAL

FED_SEAG0002505

## TABLE of CoNTENTS

Portable Drive Packages                                          3
Package Line Up and Alignments                                  4
Structure overview                                               6
Expansion Package: front of Box                                  7
Expansion Package: Back of Box                                   8
Expansion Package: Spines and flaps                              9
Backup Plus Package: front of Box                               10
Backup Plus Package: Back of Box                                11
Backup Plus Package: Spines and flaps                           12
Slim Package: front of Box                                      13
Slim Package: Back of Box                                       14
Slim Package: Spines and flaps                                  15
Capacity Label Guidelines                                       16
Varnish Treatment Guidelines                                    17
Backup Plus Desk Drive Packages                                 18
Structure overview                                              19
Backup Plus Desk Package: front of Box                          20
Backup Plus Desk Package: Back of Box                           21
Backup Plus Desk Package: Spines and flaps                      22
Capacity Label Guidelines                                       23
Wireless Plus Package                                           24
Structure overview                                              25
Wireless Plus Package: front of Box                             26
Wireless Plus Package: Back of Box                              27
Wireless Plus Desk Package: Spines and flaps                    28
Capacity Label Guidelines                                       29

Central Package                                                 30
Structure overview                                              31
Central Package: front of Box                                   32
Central Package: Back of Box                                    33
Central Desk Package: Spines and flaps                          34
Capacity Label Guidelines                                       35
Internal Drive Packages                                         36
Structure overview                                              37
Desktop Package: front of Box                                   38
Desktop Package: Back of Box                                    39
Desktop Package: Spines and flaps                               40
Capacity Label Guidelines                                       41
Business Storage Packages                                       42
Structure overview                                              43
Business Storage Package: front of Box                          44
Business Storage Package: Back of Box                           45
Business Storage Package: Spines and flaps                      46
Capacity Label Guidelines                                       47
General Package Guidelines                                      48
General Package - 1-Line Product Name: front and Back of Box    49
General Package - 1-Line Product Name: Spines and flaps         50
General Package - 2-Line Product Name: front and Back of Box    51
General Package - 2-Line Product Name: Spines and flaps         52

2

## PorTABLE DriVE PACKAGE rEVIEW



CONFIDENTIAL

## PACKAGE LINE UP AND ALIGNmENTS



CONFIDENTIAL

FED_SEAG0002508

## PACKAGE LINE UP AND ALIGNmENTS



For this package size, the product name is positioned off a consistent hangline based on the cap-height or x-height of the product name. This hangline cannot be moved.

The size of each product name is determined based on it's length and how it relates to other packages of the same size.

For general packages, a 1-line product name is sized and positioned on the same baseline as the 2-line Services package or the Expansion package, provided that this package is the same height. This placement cannot be altered.

The size of font is specific to each product name.

For general packages, a 2-line product name is sized and positioned off the same hangline as the Backup Plus package. This placement cannot be altered.

The size of font is specific to each product name.

The "wave graphic" must appear at the same position and size, and aligns with all packages of the same size. This placement cannot be altered.

The product images must appear at the same position and align consistently with packages of the same size. This placement cannot be altered.

The "wave graphic" must appear at the same position and size, and aligns with all packages of the same size. This placement cannot be altered.

The product images must appear at the same position and align consistently with packages of the same size. This placement cannot be altered.

5

CONFIDENTIAL

## STrUCTUrE oVErVIEW



CONFIDENTIAL

FED_SEAG0002510

## EXPANSIoN PACkAGE froNT of BoX



CONFIDENTIAL

FED_SEAG0002511

EXPANSION PACkAGE BACk of BoX



The outer margin for the front and back panels is 24 pts.

Seagate logo prints 100K and appears at the top left corner of the front and back panels.

Content for back of box specific to each product. Layout may vary based on actual content.

Color density strip appears centered on the side flap as shown.

Product photo prints CMYk. All shadows prints as a halftone/ grayscale at k only and never CMYk.

CONFIDENTIAL

FED_SEAG0002512

## EXPANSION PACKAGE: SPINE AND FLAPS



All Expansion packages are finished with a rich no-matte aqueous coating.



BACKUP PLUS PACKAGE: FroNT of BoX

CONFIDENTIAL

FED_SEAG0002514

BACKUP PLUS PACKAGE: BACk o f BoX



CONFIDENTIAL

FED_SEAG0002515

## BACKUP PLUS PACKAGE: SPINES AND FLAPS



CONFIDENTIAL

FED_SEAG0002516

SLIm PACKAGE: f r oNT of BoX



Seagate logo prints 100% and appears at top left corner of the front and back panels.

The outer margin for the front and back panels is 18 pts.

Product name prints CmYk. The gradation settings on existing packages cannot be altered.

The "wave graphic' prints as a halftone/ grayscale of k only and appears in the lower portion of the package, behind the product. It cannot be moved or altered, and must align with other "wave graphics" appearing on packages of the same or similar in size.

The product descriptors print as 75k and is 18 pts (baseline-to-baseline) below the product name.

The product photo prints CmYk. It must align with other product photos appearing on packages of the same size. The drop shadow can be created in the product photo file or separately as a Photoshop file in either case, the shadow is set to "multiply" with background images. All shadows prints as a halftone/grayscale of k only and never CmYk.

Capacity label is applied on top right corner within the printed marks.

Why-to-buy content prints 75k and appears in the lower right corner of the package as shown.

CONFIDENTIAL

SLim PACkAGE: BACk o f BoX



Seagate logo prints 100k and appears at the top left corner of the front and back panels.

The outer margin for the front and back panels is 18 pts.

Back-of-box photos print as CmYk. All shadows prints as a halftone/grayscale of k only and never CmYk.

Content for back of box is specific to each product. Layout may vary based on actual content.

Color density strip appears centered on the side flap as shown.

CONFIDENTIAL

FED_SEAG0002518



SLIM PACKAGE: SPINES AND FLAPS

CONFIDENTIAL

FED_SEAG0002519

## CAPACITY LABEL GUIDELINES



The capacity label is applied at the top right corner and cannot be moved.

The size of this capacity label is 1.25" x 0.45 with 0.05" rounded corners. The size is consistent for all packages of the same size.

The label prints one-color (k) with gloss PP coating on white label stock. Background bleeds and prints 20% tint of k. Type and rule prints 100% k.

Position marks are printed on the package to assist with fulfillment.

16

FED_SEAG0002520



CONFIDENTIAL

FED_SEAG0002521

WIRELESS PACKAGING OVERVIEW



CONFIDENTIAL

FED_SEAG0002522

## STrUCTUrE oVErVIEW



CONFIDENTIAL

FED_SEAG0002523

BACKUP PLUS DESK PACKAGE: FRoNT of BoX



20

CONFIDENTIAL

FED_SEAG0002524



CONFIDENTIAL

FED_SEAG0002525



**BACKUP PLUS DESK PACKAGE: SPINES AND FLAPS**

22

CONFIDENTIAL

FED_SEAG0002526

BACKUP PLUS DESK PACKAGE: CAPACITY LABEL



CONFIDENTIAL

## WIRELESS PLUS PACKAGING oVErVIEW



CONFIDENTIAL

FED_SEAG0002528

## STrUCTUrE oVErVIEW



CONFIDENTIAL

FED_SEAG0002529



CONFIDENTIAL

FED_SEAG0002530

WIrELESS PLUS PACKAGE, BACK of BoX



CONFIDENTIAL

FED_SEAG0002531

## WIRELESS PLUS PACKAGE: SPINES AND FLAPS



28

WIrELESS PLUS PACKAGE. CAPACITY LABEL



The capacity label is applied at the top right corner and cannot be moved.

The size of this capacity label is 1.25" x 0.45" with 0.05" rounded corners. The size is consistent for all packages of the same size.

The label prints one-color (k) with gloss PP coating on white label stock. Background bleeds and prints 20% tint of k. Type and rule prints 100% k.

Position marks are printed on the package to assist with fulfillment.

Wireless storage for tablets, smartphones, PC and Mac.¹
Stockage sans fil pour tablette, smartphone, PC et Mac.¹

29

CONFIDENTIAL

FED_SEAG0002533

## CENTrAL iPACkAGING oVErVIEW



CONFIDENTIAL

FED_SEAG0002534

## STrUCTUrE rEVIEW



CONFIDENTIAL

FED_SEAG0002535



CONFIDENTIAL

FED_SEAG0002536

CENTRAL PACKAGE: BACK of BOX



CONFIDENTIAL

FED_SEAG0002537

## CENTRAL PACKAGE SPINES AND FLAPS



Warranty prints 100% and appears on the top left corner

Part number and production date prints 100% and appears in the lower left corner

Product features appear on left spine. The English prints as a linear CMYK gradation using the same color as the product name on the front panel. French translations print at 73%.

Compatibility content appears on left spine and prints 100%.

oS and certification icons prints CMYK and appears on the left spine. Black icons print 100% only.

Legal copy prints 100% and appears on bottom flap.

The US corporate address and UPC prints 100% and appears on the bottom flap. The Netherlands office address must be added on all EmEA and WW packages.

Color density strip appears centered on the top flap.

recyclable icon and content prints 100% appears on the top right corner of the top flap.

Qr code prints 100% and appears on lower right corner of the top flap.

Bar code of part number prints 100% and appears centered on bottom flaps.

Smaller Seagate logos prints 100%. Size and placement is consistent on all packages of the same spine width.

Icons for this package print at 100C, 20m. Text and captions print 73k.

UPC label is applied here within marks. Size of this space cannot be altered.

WEEE, FCC, and CE logo prints 100% and appears on bottom flap.

CONFIDENTIAL

FED_SEAG0002538

## CENTRAL PACKAGE CAPACITY LABEL



The capacity label is applied at the top right corner and cannot be moved

The size of this capacity label is 1.25" x 0.45 with 0.05" rounded corners. The size is consistent for all packages of the same size.

The label prints one-color (k) with gloss PP coating on white label stock. Background bleeds and prints 20% tint of k. Type and rule prints 100% k.

Position marks are printed on the package to assist with fulfillment.

2 TB / TO

Automatic PC and Mac backup
Sauvegarde automatique pour PC et Mac.

Centralize, protect and stream your entire media library
Centralisez, protégez et diffusez l'intégralité de votre bibliothèque multimédia

CONFIDENTIAL

FED_SEAG0002539

INTErNAL DrIVE PACKAGES



CONFIDENTIAL

FED_SEAG0002540

## STrUCTUrE oVErVIEW



CONFIDENTIAL

FED_SEAG0002541



BArrACUDA DESkToP PACkAGE: FronT of BoX

CONFIDENTIAL

FED_SEAG0002542

BArrACUDA DESkToP PACKAGE BACk of BoX



CONFIDENTIAL

FED_SEAG0002543



BArrACUDA DESKToP PACKAGE: SPINES AND FLAPS

40

FED_SEAG0002544

momENTUS AND BArrACUDA PACkAGE CAPACITY LABEl





Internal storage for
your laptop
Stockage interne pour
votre ordinateur portable

internal storage for your
desktop computer
Stockage interne pour
votre ordinateur de bureau

This capacity label is applied at the top right
corner and cannot be moved

The size of this capacity label is 1.265" x
0.805" with 0.06" rounded corners. The
design and size is consistent for all internal
drive packages.

This label prints one-color (Black) with
gloss PP coating on white label stock.
Background prints 20% tint of Black. Type
and rule prints 100% Black.

Position marks are printed on the package
to assist with fulfilment.

41

CONFIDENTIAL

## BUSINESS STоrAGE PACKAGES





42

CONFIDENTIAL

FED_SEAG0002546



CONFIDENTIAL

FED_SEAG0002547



BUSINESS STorAGE PACKAGES: fRoNT of BoX

CONFIDENTIAL

FED_SEAG0002548



BUSINESS STorrAGE PACkAGES: BACk of BoX

Seagate logo prints 100% and appears at the top left corner of the front and back panels.

Back-of-box photo prints CmYk. All shadows prints as a halftone/grayscale of k only and never CmYk.

Content for back of box is specific to each product. Layout may vary based on actual content.

The outer margin for the front and back panels is 38 pts.

CONFIDENTIAL

FED_SEAG0002549



**BUSINESS STORAGE PACKAGES: SPINES AND FLAPS**

CONFIDENTIAL

FED_SEAG0002550

## BUSINESS STorAGE PACKAGES: CAPACITY LABELS





The capacity label is applied at the top right corner and wraps onto the right spine. It cannot be moved.

The size of this capacity label is 173.0mm x 25.0mm with 2.0mm rounded corners. The size is consistent for all packages in this product line.

This label prints one color (K) with gloss PP coating on white label stock. Background bleeds and prints 20% tint of 1 K. Type and rule prints 100% k.

Position marks are printed on the package to assist with fulfillment.

CONFIDENTIAL

FED_SEAG0002551

GENERAL PACKAGE

CONFIDENTIAL

FED_SEAG0002552



GENErAL PACKAGE: 1-lINE PrOdUCT NAmE EXAmPLE: frONT AND BACK PANELS

CONFIDENTIAL

FED_SEAG0002553

## GENErAL PACKAGE: 1-LINE PrODUCT EXAmPLE: SPINES AND fLAPS



CONFIDENTIAL

FED_SEAG0002554

GENErAL PACKAGE 2-lINE PrODUCT NAmE EXAmPLE: frONT AND BACK PANELS



CONFIDENTIAL

FED_SEAG0002555

## GENErAL PACKAGE: 2-LINE ProDUCT NAmE EXAmPLE; SPINES AND fLAPS



Warranty prints 100k and appears on the top left corner.

Color density strip appears centered on the top flap.

recyclable icon and content prints 100k appears on the top right corner.

Smaller Seagate logo prints 100k and appears at top of the spines. Size and placement is same for all packages of the same size.

Product features appear on left spine and prints the same as the product name on the front panel.

Product compatibility appears on left spine as shown and prints as 100k.

Third-party logos appear on left spine as shown and prints as CmYk.

Product name appears on right spine and prints the same as the product name on the front panel.

A product profile image can also be placed on the right spine. See other portable drive packages for examples.

Legal copy prints 100k and appears on bottom flap.

The US corporate address and URL prints 100k and appears on the bottom flap. The Netherlands office address must be added on all EmEA and WW packages.

UPC label is applied here within esir ks. Size of this space cannot be altered.

WEEE, FCC, and CE logo prints 100k and appears on bottom flap, as needed.

Bar code of part number prints 100k and appears centered on bottom flap.

52

FED_SEAG0002556





Seagate Technology   10200 S. De Anza Blvd.   Cupertino, CA 95014

CONFIDENTIAL

FED_SEAG0002557

# EXHIBIT 10

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5  IN RE SEAGATE TECHNOLOGY LLC,)
   LITIGATION                   )
6                               )   NO. 5:16-cv-00523-RMW
   _____)
7

8

9

10

11          DEPOSITION OF JEFFREY FOCHTMAN

12              Palo Alto, California

13            Friday, August 18, 2017

14

15

16

17

18

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 210527

Page 34

1  are the primary audience.  I think the primary
2  audience is our reselling partner base.
3      Q.  So an end user or an end consumer could go
4  out and find the storage solution guide on the
5  Internet, for example, but they were not what you
6  had mind when you created the guide?
7      A.  That's the way I look at it.
8      Q.  What's the global marketing team's
9  involvement in creating these storage solution
10  guides?
11      A.  We create them.  So global marketing is in
12  charge of assembling and compiling that information
13  and putting it into a creative format.
14      Q.  And are there different storage solution
15  guides by region?
16      A.  There have been.  We have changed
17  practices on how we have done that over time.
18      MS. BEDE:  Can you grab the documents
19  behind Tab 5, please, and mark that as Exhibit 3.
20          (Exhibit 3 was marked for identification.)
21      THE WITNESS:  All right.
22  BY MS. BEDE:
23      Q.  Okay.  What is this?
24      A.  This is a storage, Seagate Storage
25  Solutions Guide from May 2012, with the region

Page 35

1  being listed as Americas, and it says "AMER," which
2  is our abbreviation for Americas.
3      Q.  When did you stop creating storage
4  solution guides by region?
5      MR. POPOVIC:  Objection.  Lack of
6  foundation.
7      THE WITNESS:  It varied over time.
8  BY MS. BEDE:
9      Q.  Okay.  If you can turn to just the second
10  page there.  Actually, it's the third page.  It
11  shows sort of the external products that are
12  covered in this storage solution guide; is that
13  right?
14      A.  Yes.
15      Q.  And it includes the Backup Plus, the
16  Backup Plus for Mac, and the Backup Plus Desk.  Do
17  you see those ones?
18      A.  I do.
19      Q.  Okay.  As well as it also covers other
20  external storage products, right?
21      A.  Correct.
22      Q.  So on the following page, do you see where
23  it says "External storage solutions"?
24      A.  Yes.
25      Q.  And there's a phrase underneath there that

Page 36

1  I'll read.  "Seagate external storage solutions are
2  sleek, dependable and ultra portable products."
3  That's the beginning of that paragraph there.  Do
4  you know how that language came about?
5      A.  I can't specifically recall how this
6  paragraph came about.  But the way it would come
7  about in general is that our creative services
8  writing department would have come up with it.
9      Q.  Where do they fall -- are they in the
10  global marketing group?
11      A.  Yes, they are.  Creative services is in
12  global marketing.
13      Q.  Would you have had to approve this
14  language?
15      A.  No.
16      Q.  Who would have -- who would have the final
17  approval on language like this in a storage
18  solution guide?
19      A.  It would have been the directors of
20  product marketing for the various products and the
21  product marketers on specific product lines.
22      Q.  When you read that the external storage
23  solutions are sleek, dependable and ultra portable,
24  what do you understand that to mean?
25      MR. POPOVIC:  Object on relevance grounds.

Page 37

1      THE WITNESS:  To me, those words are
2  descriptive themselves.  But to me, that means that
3  we have products that can be mobile and carried
4  with you.
5  BY MS. BEDE:
6      Q.  What about the word "dependable"?
7      A.  "Dependable" would imply that they are
8  high quality.
9      Q.  Okay.  Let's go to Page 9.  I may have the
10  pages wrong here.  Hold on.  Yeah, there we go.  To
11  page -- so at the bottom there, Page 14, 15, where
12  it lists the internal storage comparisons.
13      A.  Got it.
14      Q.  And so on this page, it includes the
15  Barracuda -- includes the Barracuda, right?
16      A.  Correct.
17      Q.  So then Page 19 -- I'm sorry, Page 17.  It
18  lists more specifications for the Barracuda 3.5
19  inch internal kit and the Barracuda, right?
20      A.  I'm not sure I'm on the right page with
21  you.  Oh, yes, I am on the right page with you.
22  Yes.
23      Q.  On the upper right-hand corner there.
24      A.  I see it.  Yes.
25      Q.  When it lists under both of those, it's

Page 62

1  expectations of how many drives out of 100 would
2  fail.
3      Q.   So is it fair, then -- I'm paraphrasing,
4  so tell me if I'm wrong.  Is it fair to say that
5  AFR is listed under reliability because it could
6  indicate how reliable a particular product is?
7      A.   Seems like it would be one indication of
8  that.  Yes.
9          MS. BEDE:  Okay.  Tab 12, please.
10         (Exhibit 9 was marked for identification.)
11         THE WITNESS:  Okay.  Yes, I have this.
12 BY MS. BEDE:
13     Q.   Have you ever seen this before?
14     A.   I've never seen this document before.  No.
15 To my knowledge.
16     Q.   What's the date on the front?
17     A.   It is April 28th, 2011.
18     Q.   So this was created about -- during the
19 time at which Exhibit 8 was in place, that product
20 manual of April 2011, right?
21         MR. POPOVIC:  Objection.  Lack of
22 foundation.
23         THE WITNESS:  The dates on both documents
24 are certainly close.
25 BY MS. BEDE:

Page 63

1      Q.   Okay.  If you look at Page 3 of this
2  document.  The top there says "SBS Ship Approval."
3  Do you see that?
4      A.   Yes.
5      Q.   Have you seen documents that look like
6  this before?
7      A.   I have.
8      Q.   What's your general understanding of what
9  a document like this would be?
10         MR. SHARMA:  Again, this is focused on
11 marketing or advertising statements?  Is that the
12 direction?
13         THE WITNESS:  Yes.  So there's a launch
14 process with any products going to market.  And in
15 that launch process, we have a phase gate process,
16 a technology phase gate process, and this looks to
17 be one of the last phases of the launch process,
18 which is a authorization to ship.
19 BY MS. BEDE:
20     Q.   And so this Page 3 says product name
21 Grenada configuration, and includes the three-
22 terabyte Grenada drives, right?
23     A.   Correct.
24     Q.   And if you hook at Page 4, in the upper
25 right-hand corner, there's a little table, and it

Page 64

1  includes different Grenada models there.
2      Q.   Do you see that?
3      A.   I do.
4      Q.   Do you see the Grenada three-terabyte, and
5  then 79,995.  Do you see that?
6      A.   Yes.
7      Q.   Do you understand this to be authorizing
8  shipment of 79,995 Grenada three-terabyte units for
9  the fourth quarter of 2011?
10         MR. POPOVIC:  Objection.  Beyond the scope
11 of the designated topic.
12         THE WITNESS:  Yeah.  I don't know that
13 that number is authorizing that exact number of
14 shipment.
15 BY MS. BEDE:
16     Q.   So generally, this document, though, does
17 authorize shipment of the Grenada three-terabyte
18 drives among others?
19     A.   Yes.
20     Q.   In 2011, right?  Okay.
21         Okay.  So if you look at Page 8.  At the
22 top there, it says "Grenada NAT."
23         Do you see that?
24     A.   Yes.  Yes.
25         MR. POPOVIC:  What's the Bates number on

Page 65

1  that page?  704?
2          MS. BEDE:  26704.
3          MR. POPOVIC:  Thank you.
4          MS. BEDE:  We are all on the same place?
5          THE WITNESS:  Yes.
6          MR. POPOVIC:  Yes, thanks.
7  BY MS. BEDE:
8      Q.   So on this page, you see "AFR first year
9  Weibull."
10         Do you see that at the very top?
11     A.   Yes.
12     Q.   Do you have an understanding of what that
13 means?
14         MR. POPOVIC:  Objection.  Beyond the scope
15 of the designated topic.  And I just want to note
16 for the record that to the extent this witness is
17 answering questions that go beyond the scope of the
18 designated topic, he's not answering for Seagate.
19         Answer if you can.
20         THE WITNESS:  Yeah.  I forget the exact
21 question.
22         MR. POPOVIC:  Can we read it back?
23 BY MS. BEDE:
24     Q.   Do you have an understanding of what "AFR
25 first year Weibull" means.

August 18, 2017                    86 to 89

Page 86

1    Q.   Do you know why --
2    A.   So I was just going to say, I don't know
3  how the math is actually derived.
4    Q.   Do you know why this AFR rate is --
5  includes the power-on hours when the prior
6  iterations of the product manual that did include
7  AFR did not have that qualification?
8    A.   I don't.
9    Q.   And then if you look right underneath AFR,
10  it says "maximum rated workload."
11       Do you see that?
12    A.   Yes.
13    Q.   Am I correct that the wording there in
14  that section no longer refers to the annualized
15  failure rate, but instead uses the term "annualized
16  rate"?
17    A.   It looks to use a term "annualized
18  workload rate."
19    Q.   Do you have an understanding of what
20  "annualized workload rate" is?
21    A.   Not enough that I would be comfortable
22  describing it.
23    Q.   Is it fair to say that it's different, or
24  do you know, is it different from AFR, from
25  annualized failure rate?

Page 87

1    A.   I don't know that.
2    Q.   Do you know why the AFR rate here is less
3  than one percent, and not the 0.34 percent that we
4  saw in the April 2011?
5    A.   I don't know.
6    Q.   Okay.  You can put that one aside.
7         Tab, 30 please.  Exhibit 15.
8         (Exhibit 15 was marked for
9  identification.)
10       THE WITNESS:  Okay.
11  BY MS. BEDE:
12    Q.   Okay.  What is this?
13    A.   This is a Desktop HDD product manual, Gen
14  14, from September 2014, and it includes the st3000
15  model number.
16    Q.   Great.  If you turn to Page 9, we are
17  looking at this ever familiar Table 1 drive
18  specifications again.
19    A.   Okay.
20    Q.   And you see "rated workload"?
21       Do you know if rated workload is different
22  from maximum rated workload that we saw in the
23  January 2015 version?
24    A.   I don't.
25    Q.   Do you see where it says, the content of

Page 88

1  that section there under rated workload now refers
2  back to AFR.
3       Do you see that?
4    A.   Yes.
5    Q.   Do you know why that change was made?
6    A.   I don't.
7    Q.   You can put that one aside.  Tab 31.
8  Exhibit 16.
9       (Exhibit 16 was marked for
10  identification.)
11  BY MS. BEDE:
12    Q.   Have you seen this before?
13    A.   I don't believe so, but I may have glanced
14  at it yesterday.
15    Q.   What's the date on it?
16    A.   It was sent September 24th, 2015.
17    Q.   This was made at or around the time of the
18  September 2015 product manual, Exhibit 15 that we
19  just looked at, right?
20    A.   Yes.
21    Q.   And it's from Carl Schweiss again?
22    A.   Yes.
23    Q.   Do you know who Lawrence Sim, is?
24    A.   I don't.
25    Q.   Do you know who Keith Myers is?

Page 89

1    A.   The name is familiar, but no, I don't,
2  actually.
3    Q.   Okay.  So if you could flip to Page 4, at
4  the very bottom of that page, there's an e-mail
5  from Keith Myers on Wednesday, September 16th.
6       Let me know when you see that.
7    A.   Bottom of Page 4, yes.
8    Q.   Then it starts, "All.  Here's what LCO has
9  update."
10       What is "LCO"?
11    A.   LCO is the acronym for our Longmont,
12  Colorado facility.
13    Q.   Is that the headquarters?
14    A.   Our headquarters is in Cupertino, but
15  Longmont is a large facility, largely engineering
16  based.
17    Q.   What is "DT"?
18    A.   That would mean Desktop.
19    Q.   So Mr. Keith Myers or somebody from his
20  e-mail sends an e-mail updating language across all
21  Desktop products include the Grenada; is that
22  right?
23    A.   Appears to be correct.
24    Q.   And he provides the following language,
25  starting with "Average annualized workload rating

Page 130

1  because of the different perceptions that that may
2  have.  For me, reliability comes with the term
3  "high quality."
4  BY MS. BEDE:
5       Q.   Is that what Seagate understands consumers
6  to know the word "reliability" as?
7       A.   In my perspective, yes.
8       Q.   When you say "high quality," what are
9  features encompassed in high quality?
10      A.   Made of good components, thoughtfully put
11  together, tested.
12      Q.   Okay.  If you could look at the back,
13  please.  That familiar reliability/data integrity
14  section.  AFR is still not listed in there, right?
15      A.   Correct.
16      Q.   And you don't have an understanding as to
17  why that is?
18      A.   No.
19      Q.   Do you need a break now?  Are you okay for
20  a little bit?
21      A.   I'm good.
22      Q.   So we have talked a little bit about
23  specifications and marketing -- excuse me, and
24  Seagate's both obligation and attempts to keep the
25  marketing in line with those -- accuracy of the

Page 131

1  specifications, right?
2           So do you agree that marketing generally
3  should be in line with Seagate's knowledge of how
4  the products perform; is that fair?
5       A.   Yes.
6       Q.   And we talked about how customer support
7  would be a source of information for sort of real
8  world feedback from customers.  So as feedback, as
9  performance feedback comes in as the product is
10  sold, and it differs from what maybe was -- from
11  what was originally stated in marketing materials,
12  do you think that Seagate has an obligation to
13  adjust those marketing materials accordingly?
14           MR. POPOVIC:  Objection.  Vague.
15  Incomplete hypothetical.
16           THE WITNESS:  I think it would be highly
17  dependent on what the incoming information is.
18  BY MS. BEDE:
19      Q.   So if there were -- again, hypothetical.
20  If there were higher failure rates than what was
21  originally advertised, do you think Seagate would
22  have an obligation to update the marketing
23  materials accordingly?
24      A.   It's a hypothetical that -- I would assume
25  yes.  I've never heard of our customer support

Page 132

1  being able to flag anything even related to
2  reliability or an AFR issue.
3       Q.   Okay.  That's fair.  So slightly
4  different, then.  So if Seagate became aware in any
5  fashion that a failure rate was higher than what
6  was originally put on marketing materials, do you
7  think the marketing materials should be adjusted
8  accordingly?
9           MR. POPOVIC:  Objection.  Incomplete
10  hypothetical.
11           THE WITNESS:  I think at Seagate
12  marketing, we always try to have the most accurate
13  information.  So if information that we have out is
14  inaccurate, yes, I would expect we would flag that
15  and change that.
16  BY MS. BEDE:
17      Q.   Including failure rate information?
18      A.   That could be included.
19      Q.   Okay.  So Tab 47, please.  We are at
20  Exhibit 26.
21           (Exhibit 26 was marked for
22  identification.)
23           THE WITNESS:  Okay.  I have it.
24  BY MS. BEDE:
25      Q.   Have you seen this before?

Page 133

1       A.   I have not.  I'm on it.  So maybe I have.
2  I don't recall it.
3       Q.   Who is Troy Beaty?
4       A.   He was a gentleman in our reliability
5  department.  I don't think he's with our company
6  anymore, but I'm not sure.
7       Q.   And the date on this e-mail is June 25th,
8  2012, right?
9       A.   Yes.
10      Q.   And the subject says, "Backup Plus
11  release, daily status, day 15," right?
12      A.   Yes.
13      Q.   This implies to me that this is sort of a
14  daily e-mail.  Do you have any information about
15  that or knowledge about that?
16      A.   Yeah, I do have knowledge on this.  So
17  this would be, we had just launched a new product
18  line.  We had done a big name change in our
19  consumer division, and launched a new product ID.
20  Fairly major change in our -- in a large volume
21  sector of our consumer business.  And sometimes
22  when we do that, we want to really watch those
23  first days or couple of weeks that we launch to
24  make sure that it's going as planned.  So this is
25  not unusual, and could continue for a couple weeks.

Page 202

1  sure whether -- I think -- it depends.  If she

2  orders one --

3         THE REPORTER:  You can let us know if

4  you'd like that expedited.  You have my card.

5         MS. BEDE:  Ill take a rough, please.

6         (Deposition concluded at: 4:04 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Page 203

1         DECLARATION UNDER PENALTY OF PERJURY

2

3

4         I, JEFFREY FOCHTMAN, do hereby certify

5  under penalty of perjury that I have read the

6  foregoing transcript of my deposition taken on

7  August 18, 2017; that I have made such corrections

8  as appear noted on the Deposition Errata Page,

9  attached hereto, signed by me; that my testimony as

10  contained herein as corrected, is true and correct.

11         Dated this_____day of_____,

12  2017 at_____, California.

13

14

15

16

17         _____

18         JEFFREY FOCHTMAN

19

20

21

22

23

24

25

---

Page 204

1         DEPOSITION ERRATA SHEET

2  Page No._____Line No._____

3  Change:_____

4  Page No._____Line No._____

5  Change:_____

6  Page No._____Line No._____

7  Change:_____

8  Page No._____Line No._____

9  Change:_____

10  Page No._____Line No._____

11  Change:_____

12  Page No._____Line No._____

13  Change:_____

14  Page No._____Line No._____

15  Change:_____

16  Page No._____Line No._____

17  Change:_____

18  Page No._____Line No._____

19  Change:_____

20  Page No._____Line No._____

21  Change:_____

22

23  _____        _____

24  JEFFREY FOCHTMAN                DATED

25

---

Page 205

1         C E R T I F I C A T E

2  STATE OF CALIFORNIA    )
   COUNTY OF SAN FRANCISCO  )

3  I, LINDA VACCAREZZA, a Certified Reporter, certify

4  the foregoing proceedings were taken before me at the

5  time and place therein set forth, at which time the

6  witness was put under oath by me;

7         That the testimony of the witness, the

8  questions propounded, and all objections and

9  statements made at the time of the examination were

10  recorded stenographically by me and were thereafter

11  transcribed;

12         That a review of the transcript by the

13  deponent was requested;

14         That the foregoing is a true and correct

15  transcript of my shorthand notes so taken.

16         I further certify that I am not a relative or

17  employee of any attorney of the parties, nor

18  financially interested in the action.

19         I declare under penalty of perjury under the

20  laws of California that the foregoing is true and

21  correct.

22

23  Dated this 21st day of August, 2017

24         _____

25         LINDA VACCAREZZA, CSR. NO. 10201

---

# EXHIBIT 11



Data Sheet

# Barracuda®

The Power of One

## Key Advantages

- Double your capacity and drive down costs with the industry's first 1TB-per-disk hard drive technology.

- Up to 3TB capacity with 7200-RPM performance. Why compromise?

- SATA 6Gb/s interface optimizes burst performance

- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors.

- Free Seagate DiscWizard™ software allows you to install a 3TB hard drive in Windows, including XP, without UEFI BIOS.

## Best-Fit Applications

- Desktop or all-in-one PCs
- Home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)



CONFIDENTIAL

# Barracuda®
The Power of One



| Specifications | 3TB[1] | 2TB[1] | 1.5[1] TB | 1TB[1] | 75[1] 0GB | 5[1] 00GB | 320GB[1] | 25[1] 0GB |
|---|---|---|---|---|---|---|---|---|
| Model Number | ST3000CM001 | ST2000CM001 | ST1500CM003 | ST1000CM003 | ST7500CM003 | ST500DM002[2] | ST3200CM000[2] | ST250CM000[2] |
| Interface Options | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ | SATA 6Gb/s NCQ |
| **Performance** | | | | | | | | |
| Spindle Speed (RPM) | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 |
| Cache, Multisegmented (MB) | 64 | 64 | 64 | 64 | 64 | 16 | 16 | 16 |
| SATA Transfer Rates Supported (Gb/s) | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 | 6.0/3.0/1.5 |
| Seek Average, Read (ms) | <8.5 | <8.5 | <8.5 | <8.5 | <8.5 | <11 | <11 | <11 |
| Seek Average, Write (ms) | <9.5 | <9.5 | <9.5 | <9.5 | <9.5 | <12 | <12 | <12 |
| Average Data Rate, Read/Write (MB/s) | 156 | 156 | 156 | 156 | 156 | 125 | 125 | 125 |
| Max Sustained Data Rate, OD Read (MB/s) | 210 | 210 | 210 | 210 | 210 | 144 | 144 | 144 |
| **Configuration/Organization** | | | | | | | | |
| Heads/Disks | 6/3 | 6/3 | 4/2 | 2/1 | 2/1 | 2/1 | 2/1 | 1/1 |
| Bytes per Sector | 4096 | 4096 | 4096 | 4096 | 4096 | 4096 or 512[2] | 4096 or 512[2] | 4096 or 512[2] |
| **Voltage** | | | | | | | | |
| Voltage Tolerance, Including Noise (5V) | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% | +10%/–5.0% |
| Voltage Tolerance, Including Noise (12V) | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% | +10%/–7.5% |
| **Reliability/Data Integrity** | | | | | | | | |
| Contact Start/Stop Cycles | — | — | — | — | — | 50,000 | 50,000 | 50,000 |
| Load/Unload Cycles | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | — | — | — |
| Nonrecoverable Read Errors per Bits Read, Max | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 | 1 per 10E14 |
| Annualized Failure Rate (AFR) | <1% | <1% | <1% | <1% | <1% | <1% | <1% | <1% |
| Power-On Hours | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| **Power Management** | | | | | | | | |
| Startup Power (A) | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Operating Mode, Typical (W) | 8.0 | 8.0 | 6.70 | 5.90 | 5.90 | 6.19 | 6.19 | 6.19 |
| Idle2 Average (W) | 5.40 | 5.40 | 4.50 | 3.38 | 3.36 | — | — | — |
| Idle Average (W) | — | — | — | — | — | 4.60 | 4.60 | 4.60 |
| Standby Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| Sleep Mode (W) | 0.75 | 0.75 | 0.75 | 0.63 | 0.63 | 0.79 | 0.79 | 0.79 |
| **Environmental** | | | | | | | | |
| Temperature | | | | | | | | |
| Operating (ambient min °C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating (drive case max °C) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Nonoperating (ambient °C) | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 | –40 to 70 |
| **Physical** | | | | | | | | |
| Height (mm/in) | 26.11/1.028 | 26.11/1.028 | 26.11/1.028 | 20.17/0.7825 | 20.17/0.7825 | 19.98/0.787 | 19.98/0.787 | 19.98/0.787 |
| Width (mm/in) | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 | 101.6/4.0 |
| Depth (mm/in) | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 | 146.99/5.787 |
| Weight (g/lb) | 626/1.38 | 626/1.38 | 535/1.18 | 400/0.88 | 400/0.88 | 415/0.92 | 415/0.92 | 415/0.92 |
| Carton Unit Quantity | 20 | 20 | 20 | 25 | 25 | 25 | 25 | 25 |
| Cartons per Layer | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Cartons per Pallet | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Features** | | | | | | | | |
| Seagate OptiCache™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate AcuTrac™ Technology | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Seagate SmartAlign™ Technology | Yes | Yes | Yes | Yes | Yes | Yes[2] | Yes[2] | Yes[2] |

1 One gigabyte, or GB, equals one million bytes and one terabyte, or TB, equals one trillion bytes when referring to drive capacity.
2 Seagate ships this drive in both 4K- and 512-byte sectors. SmartAlign technology is included in 4K sector drives. Both drives are functionally and physically equivalent.



Think Green

www.seagate.com

AMERICAS    Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States  408-658-1000
ASIA/PACIFIC   Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877  65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS   16–18, rue du Dôme, 92100 Boulogne-Billancourt, France  33 1-4186 10 00

© 2011 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, DiscWizard, OptiCache and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC in one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual data rates may vary depending on operating environment and other factors. Seagate reserves the right to change, without notice, product offerings or specifications. DS1737.1-1111US, November 2011

# EXHIBIT 12



# Storage
# Solutions
# Guide

MAY 2012 | AMER



Δ π EXHIBIT 3

Deponent Fotchman

8/3/17 Rptr W

WWW.DEPOBOOK.COM

FED_SEAG0005081

# The Best Storage Solutions Are Here

This guide offers up-to-date details and specifications for all Seagate® products. From the world's fastest, largest-capacity desktop drives to external storage solutions that allow you to access your files anytime, anywhere.



www.seagate.com

© 2010 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Adaptive Memory, Barracuda, BlackArmor, cheetah, Constellation, DiskWizard, ECDS Series, ExPansion, FreeAgent, Backup Plus, GoFlexe Protection, HDD, Momentus, Pipeline, Pipeline HD, PowerChoice, PowerTrim, SeaTools, Savvio, Secure, SmartAlign and SV35 Series are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including header, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The PVC information is a software user kit of MST which does not imply product endorsement by MST, the U.S. or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications for part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SS1324 E 52104B, October 2010

# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON .......... 2
BACKUP PLUS® family ........................ 5
BACKUP PLUS® SATELLITE ................... 6
BACKUP PLUS® for mAC ..................... 6
BACKUP PLUS® TURBO ...................... 7
BACKUP PLUS® PRO for mAC ............... 7
BACKUP PLUS® SLIm ....................... 8
BACKUP PLUS® SLIm for mAC ............. 8
BACKUP PLUS® DESK ....................... 9
BACKUP PLUS® DESK for mAC ............. 9
BACKUP PLUS® HOmE ..................... 10
ExPANSION® EXTERNAL ................... 11
ExPANSION PORTABLE ..................... 11
BLACKARmOR® NAS 440/400 ............. 12
BLACKARmOR NAS 220 ..................... 12

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON ...... 14
**Desktop**
DESKTOP PRODUCTS mATRIx ............... 16
BARRACUDA® xT ............................ 18
BARRACUDA ................................. 18
BARRACUDA GREEN ....................... 18
BARRACUDA 2.5-INCH INTERNAL ......... 18
**Laptop**
LAPTOP PRODUCTS mATRIx ............... 21
mOmENTUS® xT ............................ 22
mOmENTUS ................................. 23
mOmENTUS THIN .......................... 24
mOmENTUS 2.5-INCH INTERNAL ......... 24
**Enterprise**
ENTERPRISE PRODUCTS mATRIx .......... 27
SAvvIO 10K ................................. 28
SAvvIO 15K ................................. 29
CHEETAH® 15K ............................. 29
CHEETAH NS ................................ 30
CONSTELLATION® ......................... 30
CONSTELLATION ES ....................... 31
**Consumer Electronics**
CONSUmER ELECTRONICS PRODUCTS mATRIx ... 33
PIPELINE® HD ............................. 34
Sv35 SERIES™ ............................. 34

PARTNER RESOURCES AND BENEfITS ...... 36
SERvICE AND SUPPORT .................... 37

CONFIDENTIAL

FED_SEAG0005082



# External Storage
## At-a-Glance Product Comparison

CONFIDENTIAL

FED_SEAG0005083

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.







The Backup Plus ultra-portable drive makes it easy to store and protect all your files, automatically and continuously.

### key Advantages
- Plug and play interface
- Preloaded backup software with encryption
- USB 3.0, FireWire 800 or powered eSATA for fast transfers
- Access and share files from anywhere.
- View your movies and photos on your TV

### best-Fit Applications
- Store or back up photos, movies, music and documents.
- Carry files while on the go.
- Access files with both PC and Mac computers.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1.5 TB | STAA1500100 | USB 3.0 | ● Black | PC, Mac |
| 1 TB | STAA1000100 | USB 2.0 | ● Black | PC, Mac |
| 1 TB | STAA1000101 | USB 3.0 | ● Black | PC, Mac |
| 1 TB | STAA1000102 | USB 3.0 | ● Blue | PC, Mac |
| 750GB | STAA750100 | USB 2.0 | ● Black | PC, Mac |
| 750GB | STAA750101 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STAA500105 | USB 2.0 | ● Black | PC, Mac |
| 500GB | STAA500106 | USB 2.0 | ● Blue | PC, Mac |
| 500GB | STAA500107 | USB 2.0 | ● Blue | PC, Mac |
| 500GB | STAA500108 | USB 2.0 | ● Red | PC, Mac |
| PRODUCT DIMENSIONS (1.5 TB models) | | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | |
| PRODUCT DIMENSIONS (1TB models) | | 4.33-in L x 3.27-in W x 0.59-in D (110mm x 83mm x 15mm) | | |
| PRODUCT DIMENSIONS (1.5TB, 1TB models) | | 5.20-in L x 1.73-in W x 6.54-in D (132mm x 44mm x 166mm) | | |
| PRODUCT DIMENSIONS (500GB models) | | 4.33-in L x 3.27-in W x 0.59-in D (110mm x 83mm x 15mm) | | |
| PRODUCT DIMENSIONS (500GB models) | | 5.20-in L x 1.73-in W x 6.54-in D (132mm x 44mm x 166mm) | | |

CONFIDENTIAL

FED_SEAG0005084

EXTERNAL STORAGE

SATELLITE | BACKUP PLUS

# Seagate Satellite

With Seagate Satellite mobile wireless storage, you can take your media library with you. Stream it to your iPad or Android tablet.



### Key Advantages
- Take your media library with you on the go
- Stream media with up to 3 Wi-Fi enabled devices at the same time
- Automatically sync media and documents from your PC or Mac computer
- Up to 5 hours battery life

### Best-Fit Applications
- Store and carry movies and other media on the go.
- Share media with others.
- Works with iPad or Android tablet.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| New: 500GB | STBF500101 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.54-in W x 0.87-in D (120mm x 90mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 6.30-in L x 6.69-in W x 2.13-in D (160mm x 170mm x 54mm) | | | |

# backup plus turbo

The Backup Plus Turbo drive bundles high performance with extra data protection.



### Key Advantages
- SafetyNet Data Recovery Services offer additional data protection if the drive fails for any reason.
- USB 3.0 connectivity delivers up to 10x faster transfer speeds than USB 2.0 and backward compatibility.
- Preloaded with automatic backup and encryption software
- Works with both PC and Mac computers

### Best-Fit Applications
- Store or back up photos, movies, music, documents.
- Read, write and share files between PC and Mac.
- Carry files with you on-the-go.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| New: 750GB | STAD750103 | USB 3.0 | ● Black | PC, Mac |
| New: 500GB | STAD500103 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.33-in L x 3.27-in W x 0.5-in D (110mm x 83mm x 13mm) | | | |
| RETAIL PACKAGE DIMENSIONS | 4.92-in L x 3.27-in W x 0.5-in D (125mm x 83mm x 13mm) | | | |
| MASTER PACKAGE DIMENSIONS | 5.2-in L x 6.54-in W x 1.70-in D (132mm x 166mm x 44mm) | | | |

# backup plus for Mac

The Backup Plus for mac ultra-portable drive makes it ultra-easy to store, back up and retrieve files on-the-go from your mac computer.



### Key Advantages
- Delivers plug-and-play connectivity with FireWire 800 or USB 2.0
- Time Machine software compatibility
- Makes it easy for you to upgrade to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC.

### Best-Fit Applications
- Read, write and share files between Mac and PC computers.
- Carry files while on-the-go.
- Store files or back up using Time Machine.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| New: 1TB | STBA1000100 | FireWire 800/USB 2.0 | ● Silver | PC, Mac |
| New: 750GB | STBA750100 | FireWire 800/USB 2.0 | ● Silver | PC, Mac |
| New: 500GB | STBA500100 | USB 2.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.71-in L x 3.51-in W x 0.87-in D (120mm x 89mm x 22mm) | | | |
| RETAIL PACKAGE DIMENSIONS | 4.39-in L x 3.19-in W x 0.57-in D (111mm x 81mm x 14mm) | | | |
| PACKAGE DIMENSIONS | 6.1-in L x 1.73-in W x 4.69-in D (170mm x 45mm x 160mm) | | | |

# backup plus pro for Mac

The Backup Plus Pro for mac ultra-portable drive gives you the flexibility you need to extend your digital life wherever you go.



### Key Advantages
- High-performance 7200-RPM drive.
- FireWire 800 or USB 2.0 plug-and-play
- Compatible with Time Machine software
- Upgradable to USB 3.0 and powered eSATA
- Use the same drive on both Mac and PC computers

### Best-Fit Applications
- Store files or back up using Time Machine.
- Read, write and share files between Mac and PC.
- Carry files with you on-the-go.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| New: 750GB | STBE750100 | FireWire 800/USB 2.0 | ● Black | PC, Mac |
| New: 500GB | STBE500100 | FireWire 800/USB 2.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.72-in L x 3.46-in W x 0.86-in D (120mm x 88mm x 22mm) | | | |
| PACKAGE DIMENSIONS | 5.63-in L x 6.3-in W x 2.17-in D (143mm x 160mm x 53mm) | | | |

CONFIDENTIAL

FED_SEAG0005085

EXTERNAL STORAGE

# backup plus Slim

The ultra-cool Backup Plus Slim performance drive delivers ultra-fast, ultra-portable on-the-go storage.

### Key Advantages
- Features a sleek, ultra-thin anodized design
- Delivers USB 3.0 connectivity and performance
- Includes preloaded premium backup software with encryption and synchronization
- Works with both Mac and PC computers

### Best-Fit Applications
- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.
- Help keep files safe and secure.



| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 500GB | STBE500100 | USB 3.0 | ● Black | PC, Mac |
| New | 1000GB | STBE201000 | USB 3.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS | 4.95-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| | PACKAGE DIMENSIONS | 8.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# backup plus Slim for Mac

The Backup Plus for mac performance drive has a sleek, ultra-thin enclosure and is Time machine-ready.

### Key Advantages
- Sleek, ultra-thin anodized design
- Compatible with Time Machine software
- USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers.

### Best-Fit Applications
- Increase storage capacity for mobile devices.
- Carry files with you anywhere and everywhere.
- Read, write and share files between Mac and PC.

| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 500GB | STBJ500100 | USB 3.0 | ● Black | PC, Mac |
| New | 1000GB | STBJ201000 | USB 3.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS | 4.95-in L x 3.07-in W x 0.354-in D (124mm x 78mm x 9mm) | | | |
| | PACKAGE DIMENSIONS | 8.30-in L x 2.56-in W x 4.21-in D (160mm x 65mm x 107mm) | | | |

# backup plus Desk

The Backup Plus Desk external drive delivers high-capacity storage and automatic, continuous backup and encryption with its preloaded software.

### Key Advantages
- Plug-and-play interface
- Preloaded premium backup software with encryption
- USB 2.0 or USB 3.0 adapter with capacity gauge display
- Upgrade to a faster interface with a Backup Plus desk adapter.
- Offers both vertical and horizontal drive orientation

### Best-Fit Applications
- Store or back up photos, movies, music and documents.
- Access files with both PC and Mac computers.



| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 4TB | STAC4000100 | USB 3.0 | ● Black | PC, Mac |
| | 3TB | STAC3000100 | USB 2.0 | ● Black | PC, Mac |
| New | 3TB | STAC3000102 | USB 3.0 | ● Black | PC, Mac |
| | 2TB | STAC2000100 | USB 2.0 | ● Black | PC, Mac |
| New | 2TB | STAC2000106 | USB 3.0 | ● Black | PC, Mac |
| | 1TB | STAC1000100 | USB 2.0 | ● Black | PC, Mac |
| New | 1TB | STAC1000103 | USB 3.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS | 6.22-in L x 4.86-in W x 1.73-in D (158mm x 124mm x 44mm) | | | |
| | PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

# backup plus Desk for Mac

The Backup Plus Desk for mac delivers high-capacity storage and Time machine compatibility for your mac computer.

### Key Advantages
- FireWire 800 or USB 2.0 plug-and-play
- Use the same drive on both Mac and PC computers
- Upgradable to USB 3.0.
- FireWire 800/USB 2.0 desktop adapter with capacity gauge display
- Both vertical and horizontal drive orientation

### Best-Fit Applications
- Back up using Time Machine software.
- Read, write and share files between Mac and PC.
- Take advantage of faster FireWire 800 interface.
- Expand storage capacity.

| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 4TB | STBC4000100 | FireWire 800/USB 2.0 | ● Black | PC, Mac |
| New | 2TB | STBC2000101 | FireWire 800/USB 2.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS | 6.22-in L x 4.86-in W x 1.73-in D (158 x 124mm x 44mm) | | | |
| | PACKAGE DIMENSIONS | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | | |

CONFIDENTIAL

FED_SEAG0005086

# Expansion External

Seagate external desktop drives provide
instant add-on storage for your ever-growing
collection of files.



### Key Advantages

- Plug-and-play, no software to install
- Simply drag and drop to save files
- Built-in power management ensures
  energy-efficient operation

### Best-Fit Applications

- Instantly add more storage space to your computer
- Free space on your internal hard drive to increase
  computer performance
- Consolidate all your files to a single location.

| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 2TB | STAX2000102 | USB 3.0 | ● Black | PC, Mac |
| New | 3TB | STAX3000102 | USB 3.0 | ● Black | PC, Mac |
| New | 4TB | STAX4000102 | USB 3.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS | 4.96-in W x 1.57-in H x 8.15-in D (125.98mm x 39.88mm x 207.08mm) | | | |
| | PACKAGE DIMENSIONS | 9.69-in W x 8.62-in H x 3.07-in D (246.12mm x 218.95mm x 77.97mm) | | | |

# Expansion portable

Portable add-on storage lets you free space
on your internal drive and take large files on
the go.



### Key Advantages

- Plug-and-play, no software to install
- Simply drag and drop to save files
- USB powered
- Built-in power management ensures
  energy-efficient operation

### Best-Fit Applications

- Instantly add more storage space to your computer
- Take large files with you when you travel.

| | CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|---|
| New | 1.5TB | STAX1500102 | USB 3.0 | ● Black | PC, Mac |
| New | 1TB | STAX1000102 | USB 3.0 | ● Black | PC, Mac |
| New | 750GB | STAX750102 | USB 3.0 | ● Black | PC, Mac |
| New | 500GB | STAX500102 | USB 3.0 | ● Black | PC, Mac |
| | PRODUCT DIMENSIONS (1.5TB, 1TB) | 3.31-in W x 1.06-in H x 5.97-in D (84.07mm x 26.92mm x 151.64mm) | | | |
| | PRODUCT DIMENSIONS (750GB, 500GB) | 2.15-in W x 0.69-in H x 5.38-in D (60.01mm x 17.60mm x 136.69mm) | | | |
| | PACKAGE DIMENSIONS | 5.20-in W x 1.73-in H x 6.54-in L (132.08mm x 43.94mm x 166.12mm) | | | |

CONFIDENTIAL

FED_SEAG0005087

BACKUP PLUS

EXTERNAL STORAGE



# blackArmor° nAS 440/400

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations.

## Key Advantages

- BlackArmor NAS 440 models include four drives to increase capacity and take advantage of RAID 5/10 options.
- BlackArmor NAS 400 model available without pre-installed drives for maximum flexibility.
- Designed for small business to provide optimum uptime and data integrity
- User-configurable RAID 0/1/5/10 and JBOD
- Continuous and automatic full-system backup for network connected workstations*
- Hot-swappable, user-serviceable drives—no tools required

## Best-Fit Applications

- Store and access files from a central, secure location.
- Access and manage files remotely.
- Back up or move files to a secondary storage device.
- Automatically perform full-system backups on network-connect PCs.
- Share a usB printer with network-connected PCs and Macs.
- Encrypt individual files or entire volumes of data.
- Stream media with DLNA or iTunes.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2 TB | STAU12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8 TB | ST380005B44100-RK | Gigabit Ethernet | ● Black | PC, Mac |
| 4 TB | ST340005B44100-RK | Gigabit Ethernet | ● Black | PC, Mac |
| | STAN401 | Gigabit Ethernet | ● Black | Mac |
| PRODUCT DIMENSIONS | | 6.30-inW x 8.15-inH x 10.59-inD (160.00mm x 207.00mm x 269.00mm) | | |
| PACKAGE DIMENSIONS | | 9.29-inW x 9.50-inH x 14.21-inD (236.00mm x 241.30mm x 361.00mm) | | |

# blackArmor° nAS 220

A small-business-specific network attached storage solution designed for centralized storage and data backup for up to 20 PCs

## Key Advantages

- Automatic data mirroring with RAID 1
- Protect network-connected PCs with incremental and full-system  automatic backup.*
- Functions as FTP server for remote access
- Includes two reliable, user-replaceable drives
- Secure files with hardware-based encryption.

## Best-Fit Applications

- Central, secure file storage and access
- Access and manage files remotely.
- Share a printer with connected PCs and Macs.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500 GB | STBE500100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2 TB | STBE2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | | 4.09-inW x 7.79-inH x 7.40-inD (104.00mm x 197.80mm x 188.00mm) | | |
| PACKAGE DIMENSIONS | | 10.90-inW x 6.13-inH x 11.00-inD (276.86mm x 155.70mm x 279.40mm) | | |

CONFIDENTIAL

FED_SEAG0005088

# Internal Storage
At-a-Glance Product Comparison



| 2.5-inch | LAPTOP | | | ENTERPRISE | | | DVR |
|---|---|---|---|---|---|---|---|
| | Momentus® XT | Momentus | Momentus Thin | Savvio® 15K | Savvio® 10K | Constellation² | Pipeline HD® Mini |
| BUSINESS NEED | Extreme Performance | Mainstream | Slim Computing | Performance | Mainstream | Low Power | Mainstream |
| USE THIS DRIVE FOR | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Laptop PCs where the lowest power consumption, silent acoustics and the highest quality is always expected. Encryption models available | Slim computing devices such as thin laptops and netbooks, where z-height makes all the difference | Compute-intensive data requirements demanding the highest performance density and availability. Encryption models available | Mainstream data requiring high capacity, performance density and reliability. Encryption models available | Online reference data demands requiring cost-effective, low-power, enterprise-class drives. Encryption models available | Small form factor DVR applications where video streaming, power and acoustic performance are key |
| LEARN MORE | Page X | Page X | Page X | Page X | Page X | Page X | Page X |



| 3.5-inch | DESKTOP | | | ENTERPRISE | | | DVR | SURVEILLANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | Barracuda® XT | Barracuda | Barracuda LP | Cheetah® 15K | Cheetah NS | Constellation ES | Pipeline HD² | SV35 Series™ | Constellation ES |
| BUSINESS NEED | Performance | Mainstream | Low Power | Performance | Low Power | Capacity | Mainstream | Performance | Centralized |
| USE THIS DRIVE FOR | High-performance PC and workstations where big cache, maximum capacities and top-end performance are priorities | Mainstream desktop compute where choice in capacity and cache options to provide design flexibility is important | Lower-power applications where power conservation with good performance is required | High-capacity, compute-intensive requirements demanding high-performance and availability. Encryption models available | Mainstream data requiring high capacity, low power and high availability. Encryption models available | Maximum-capacity enterprise servers and storage arrays requiring enterprise-class reliability. Encryption models available | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications | Surveillance systems that require high-performance, low-power, ruggedized and centralized storage for every surveillance application | |
| LEARN MORE | Page X | Page X | Page X | Page X | Page X | Page X | Page X | | |

CONFIDENTIAL

FED_SEAG0005089

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.



DESKTOP STORAGE

## Product Comparison

 

| | BARRACUDA® 3.5-INCH INTERNAL KIT | BARRACUDA |
|---|---|---|
| Application | Mainstream | Mainstream and Performance |
| Description | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers | Tuned performance for low-power, mainstream and high-performance desktop computing |
| Form factor | 3.5 inch | 3.5 inch |
| Performance | 7200 RPM | 7200 RPM |
| Reliability (AFR) | <1% | <1% |
| Max. Ext. transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity | 500GB to 3TB | 250GB to 3TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 16MB to 64MB | 16MB to 64MB |
| power (idle) | | 3.36W to 7.33W |

## Feature Comparison

 

| product | MAINSTREAM | MAINSTREAM AND PERFORMANCE |
|---|---|---|
| | Barracuda 3.5-inch Internal Kit | Barracuda |
| SATA Interface | X | X |
| Sustainable technology | X | X |
| Best-in-Class performance | | X |
| Capacity Leadership | X | X |
| Quiet Acoustics | X | |
| Disc wizard installation Software | X | X |
| Compatible with windows 7 | X | X |

storage solutions guide     17

16

CONFIDENTIAL

FED_SEAG0005090

INTERNAL STORAGE

DESKTOP STORAGE

# barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages
- Up to 3TB capacity with 7200-RPM performance.
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple, migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software.

### Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| New | 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| New | 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages
- Up to 3TB capacity with 7200-RPM performance
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance
- Seagate SmartAlign™ technology provides simple, migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

### Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Network-attached storage devices (NAS)

| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| New | 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| New | 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

# barracuda® 3.5-Inch Internal kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.



### Key Advantages
- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability

### Best-Fit Applications
- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| | CAPACITY | MODEL | RPM | INTERFACE |
|---|---|---|---|---|
| | 2TB | STBD2000100 | 7200 | SATA 9Gb/s |
| | 1TB | STH1000VA1A5-RK | 7200 | SATA 3Gb/s |
| | 500GB | ST500061A5-RK | 7200 | SATA 3Gb/s |
| | PACKAGE DIMENSIONS | 7.36-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

# barracuda®

Seagate Barracuda drives give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages
- Up to 3TB capacity with 7200-RPM performance.
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Seagate SmartAlign™ technology provides simple, migration to Advanced Format 4K sectors.
- Free Seagate DiscWizard™ software

### Best-Fit Applications
- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 1.5TB | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 750GB | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| New | 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| New | 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| New | 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

CONFIDENTIAL

FED_SEAG0005091

# Laptop Storage Solutions

Seagate laptop drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate laptop lineup also includes self-encryption and FIPS 140-2 validated models.



CONFIDENTIAL

DESKTOP STORAGE

## Product Comparison

   

| | MOMENTUS® 2.5-INCH INTERNAL KIT | MOMENTUS XT | MOMENTUS | MOMENTUS THIN |
|---|---|---|---|---|
| Application | Mainstream and Performance | Extreme Performance | Mainstream | Slim Computing |
| Description | A complete upgrade kit to transform your system to high performance or just add capacity | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The best combination of capacity, mobility and durability in a laptop hard drive | The world's thinnest 2.5-inch drive for slim laptops and netbooks |
| Form factor | 2.5 inch | 2.5 inch | 2.5 inch | 7mm, 2.5 inch |
| Performance | 5400 RPM to 7200 RPM | 7200 RPM | 5400 RPM to 7200 RPM | 5400 RPM to 7200 RPM |
| Reliability (AFR) | 0.40% to 0.50% | 0.50% | 0.48% to 0.50% | 0.48% |
| Max. Int. Transfer Rate | 300MB/s | 300MB/s to 600MB/s | 300MB/s | 300MB/s |
| Capacity | 250GB to 750GB | 500GB to 750GB | 160GB to 750GB | 160GB and 300GB |
| Interface | SATA 3Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s | SATA 3Gb/s |
| Cache | 8MB to 32MB | 32MB | 8MB to 16MB | 16MB |
| Power (idle) | | 0.8W to 1.1W | 0.5W to 0.8W | 0.48% to 0.66% |

## Feature Comparison

   

| | MAINSTREAM AND PERFORMANCE | EXTREME PERFORMANCE | MAINSTREAM | SLIM COMPUTING |
|---|---|---|---|---|
| product | Momentus 2.5-inch Internal Kit | Momentus XT | Momentus | Momentus Thin |
| SATA interface | x | x | x | x |
| Lowest Acoustics | | | x | x |
| Lowest power | | | x | x |
| Self-Encrypting Drive | | | x | x |
| Drop Sensor options | | | x | |
| Solid State hybrid | x | x | | |
| Compatible with Windows 7 | x | x | x | x |

FED_SEAG0005092

# Momentus Xt
### Experience the FAST Factor™ Advantage

The Seagate momentus xt solid-state hybrid-drive enables laptop PC users to enjoy solidstate performance without sacrificing capacity.

### Key Advantages

- Boots and performs like an SSD[1]
- Up to 3x faster than a traditional HDD[1]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications

- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs



| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 750GB | ST750LX003 | SATA 6Gb/s | 32MB |
| | 500GB | ST95005G20AS | SATA 3Gb/s | 32MB |
| | 320GB | ST93205G04S | SATA 3Gb/s | 32MB |
| | 250GB | ST92505V04S | SATA 3Gb/s | 32MB |

# Momentus

The Seagate momentus drive offers the world's most feature-rich 2.5-inch family of storage for laptops and external enclosures.

### Key Advantages

- Innovative options and features—the power to transform from ordinary to extraordinary
- 7200 RPM delivers a constant high-performance boost.
- 5400 RPM enables affordable, low-power and high-capacity drives for external enclosures.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[4] are government-approved for the U.S. and Canadian governments
- G-Force Protection™ technology can help keep your data recoverable after a fall, even if your laptop doesn't survive
- Seagate Smartalign™ technology provides a transition to 4K sectors without the need for software utilities.

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs



| | CAPACITY | 7200 RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| | 750GB | ST9750042AS9 | SATA 3Gb/s | 16MB |
| New | 500GB | ST9500423AS9 | SATA 3Gb/s | 16MB |
| | 500GB | ST9500420ASG | SATA 3Gb/s | 16MB |
| | 320GB | ST9500421AS9 | SATA 3Gb/s | 16MB |
| | 500GB | ST9500423AS9 | SATA 3Gb/s | 16MB |
| | 320GB | ST9320423AS | SATA 3Gb/s | 16MB |
| | 320GB | ST320LT023* | SATA 3Gb/s | 16MB |
| | 250GB | ST9250410AS | SATA 3Gb/s | 16MB |
| New | 250GB | ST250LT021** | SATA 3Gb/s | 16MB |
| | 250GB | ST9250410ASG | SATA 3Gb/s | 16MB |
| | 250GB | ST9250411AS* | SATA 3Gb/s | 16MB |
| | 250GB | ST9250412AS* | SATA 3Gb/s | 16MB |
| | 160GB | ST9160412AS | SATA 3Gb/s | 16MB |
| New | 160GB | ST160LT016* | SATA 3Gb/s | 16MB |

| | CAPACITY | 5400 RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 750GB | ST9750423AS9 | SATA 3Gb/s | 16MB |
| | 640GB | ST9640320AS | SATA 3Gb/s | 8MB |
| | 500GB | ST9500325AS | SATA 3Gb/s | 8MB |
| | 500GB | ST9500325AS9 | SATA 3Gb/s | 8MB |
| | 500GB | ST9500325AS* | SATA 3Gb/s | 8MB |
| | 320GB | ST9320325AS | SATA 3Gb/s | 8MB |
| New | 320GB | ST320LT007* | SATA 3Gb/s | 16MB |
| | 250GB | ST9250410AS | SATA 3Gb/s | 8MB |
| New | 250GB | ST250LT021** | SATA 3Gb/s | 16MB |
| | 160GB | ST9250317AS9 | SATA 3Gb/s | 8MB |
| | 160GB | ST9160314AS | SATA 3Gb/s | 8MB |
| New | 160GB | ST160LT016* | SATA 3Gb/s | 16MB |

CONFIDENTIAL

FED_SEAG0005093

# Momentus° thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



## Key Advantages

- 7mm z-height form factor enables thin chassis design for all segments of laptop computing.
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification¹ are government-approved for the U.S. and Canadian governments.

## Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Desktop RAID
- Direct-attached external storage devices (DAS)
- Network-attached storage devices (NAS)

| | CAPACITY¹ | 7200 RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 320GB | ST320LT007 | SATA 3Gb/s | 16MB |
| New | 320GB | ST320LT014 | SATA 3Gb/s | 16MB |
| New | 320GB | ST320LT009² | SATA 3Gb/s | 16MB |
| New | 250GB | ST250LT007 | SATA 3Gb/s | 16MB |
| New | 250GB | ST250LT014 | SATA 3Gb/s | 16MB |
| New | 250GB | ST250LT009² | SATA 3Gb/s | 16MB |
| New | 160GB | ST160LT007 | SATA 3Gb/s | 16MB |

| | CAPACITY¹ | 5400 RPM MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 500GB | ST500LT012 | SATA 3Gb/s | 16MB |
| New | 320GB | ST320LT020 | SATA 3Gb/s | 16MB |
| New | 250GB | ST250LT003 | SATA 3Gb/s | 16MB |
| New | 160GB | ST160LT003 | SATA 3Gb/s | 16MB |

# Momentus° 2.5-Inch Internal kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.



## Key Advantages

- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Momentus XT solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

## Best-Fit Applications

- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations

| | CAPACITY¹ | KIT NUMBER | RPM | CACHE |
|---|---|---|---|---|
| New | 750GB | ST907503NXAMAS-RK | 7200 | SATA 3Gb/s |
| | 640GB | ST906403NXAMAS-RK | 5400 | SATA 3Gb/s |
| New | 500GB | ST906003NXAMAS-RK | 7200 | SATA 3Gb/s |
| | 500GB | ST906003NXAMAS-RK | 5400 | SATA 3Gb/s |
| | 500GB | ST903203NXGAMS-RK | 7200 | SATA 3Gb/s |
| | 320GB | ST903203NXGAMS-RK | 5400 | SATA 3Gb/s |
| | 250GB | ST902503NX4MS-RK | 5400 | SATA 3Gb/s |
| | 250GB, DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| MOMENTUS XT MODEL | | | |
|---|---|---|---|
| 750GB | STBD750100 | 7200 | SATA 3Gb/s |
| 750GB, DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

CONFIDENTIAL

FED_SEAG0005094

# Enterprise Storage Solutions

Seagate has the enterprise storage expertise as well as the global presence, processes and resources to consistently support small or medium businesses and run a large data center with the industry's highest-quality enterprise storage products, including FIPS 140-2 validated models.



CONFIDENTIAL

ENTERPRISE STORAGE

## Product Comparison



|  | SAVVIO | CHEETAH | CONSTELLATION | PULSAR |
|---|---|---|---|---|
| Application | SFF Performance and Mainstream | LFF Performance and Mainstream | High Capacity and Low Power | Mainstream and Performance SSD |
| Description | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 3.5-inch form factor | High-capacity, lowest-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-performance, reliable MLC and SLC SSD |
| Form factor | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 2.5-inch |
| performance | 15KRPM and 10KRPM | 15KRPM and 10KRPM | 7200 RPM | MLC and SLC |
| Reliability (AFR) | 0.44% | 0.55% | 0.62% and 0.73% | 0.44% |
| Capacity | 300MB/s to 600MB/s | 300GB to 600GB | 250GB to 3TB | 100GB to 800GB |
| power (idle) | 3.9W to 4.4W | 5.6W to 11.6W | 2.5W to 7.7W | 3.47W to 5.92W |
| Interface | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | 6Gb/s SAS, SATA 6Gb/s |
| Limited warranty | 5 years | 5 years | 3 years and 5 years | 5 years |

## Feature Comparison



|  | 2.5-inch Mission Critical | | 3.5-inch Mission Critical | | 2.5-inch Nearline | 3.5-inch Nearline | Performance SSD | Mainstream SSD |
|---|---|---|---|---|---|---|---|---|
| product | Savvio 15K | Savvio 10K | Cheetah 15K | Cheetah NS | Constellation | Constellation ES | Pulsar XT.2 | Pulsar 2 |
| best-in-Class performance | X |  | X |  | X | X | TBD | TBD |
| Capacity Leadership |  | X | X | X |  | X | TBD |  |
| vibration tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | TBD | TBD |
| 6Gb/s SAS interface | X | X | X | X | X | X | X | X |
| 4Gb/s FC interface |  | X | X | X |  |  |  |  |
| 3Gb/s SATA interface |  |  |  |  | X | X | X | X |
| best-in-Class power usage |  | X |  | X | X | X | TBD | TBD |
| PowerChoice optimized idle power Settings |  | X |  |  | X | X |  |  |
| Self-Encrypting Drive (SED) | X | X | X |  | X | X | X | X |
| FIPS 140-2 SED | X | X | X | X | X | X |  |  |

FED_SEAG0005095

## Savvio 10k

Seagate Savvio 10k drives deliver the optimal balance of capacity, performance and power in a 10k, 2.5-inch enterprise drive.

### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 900GB)
- PowerChoice™ technology reduces power consumption
- First SFF 10K-RPM drive to support 4gb/s FC
- Protection Information (PI) option detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut it drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays
- Power- and space-constrained data centers
- Compliance or data security initiatives

| | CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 900GB | ST9900806SS | 6Gb/s SAS | 64MB |
| New | 900GB | ST9900706SS[2] | 6Gb/s SAS | 64MB |
| New | 900GB | ST9900606SS[2,3] | 6Gb/s SAS | 64MB |
| New | 900GB | ST9900806FC | 6Gb/s SAS | 64MB |
| New | 600GB | ST9600206SS | 6Gb/s SAS | 64MB |
| New | 600GB | ST9600106SS[2] | 6Gb/s SAS | 64MB |
| | 600GB | ST9600006SS[2,3] | 6Gb/s SAS | 64MB |
| | 600GB | ST9600206FC | 6Gb/s SAS | 64MB |
| | 450GB | ST9450406SS | 6Gb/s SAS | 64MB |
| | 450GB | ST9450306SS[2] | 6Gb/s SAS | 64MB |
| | 450GB | ST9450206SS[2,3] | 6Gb/s SAS | 64MB |
| | 450GB | ST9450406FC | 6Gb/s SAS | 64MB |
| | 300GB | ST9300606SS | 6Gb/s SAS | 64MB |
| | 300GB | ST9300506SS[2] | 6Gb/s SAS | 64MB |
| | 300GB | ST9300406SS[2,3] | 6Gb/s SAS | 64MB |
| | 300GB | ST9300606FC | 6Gb/s SAS | 64MB |

## Savvio 15k

The 2.5-inch Seagate Savvio 15k hard drive provides the world's highest performance and reliability while delivering ultra-low power consumption.

### Key Advantages

- Stores twice the amount of Tier 1 data without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Reduces system complexity and operating costs
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-performance enterprise servers and storage arrays
- Transaction-intensive database applications
- Blade, rack and tower servers
- Security compliance-driven it organizations

| | CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 300GB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 300GB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | 300GB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | [illegible] | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | [illegible] | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| New | [illegible] | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| | [illegible] | ST1500DM003 | SATA 6Gb/s NCQ | 64MB |
| | [illegible] | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| | [illegible] | ST750DM003 | SATA 6Gb/s NCQ | 64MB |
| | 73GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| | 73GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| | 73GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |

## Cheetah 15k

The Seagate Cheetah 15k drive provides the highest capacity, performance and reliability in 3.5-inch mission-critical storage.

### Key Advantages

- Third-generation perpendicular recording
- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- Powertrim™ technology optimizes power consumption
- Self-Encrypting Drive (SED)[2] and FIPS 140-2 certified SED[3] cut it drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing
- Email and decision support
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY[1] | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600957SS[2] | 6Gb/s SAS | 16MB |
| 600GB | ST3600857SS[2,3] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450857SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450757SS[2] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[2,3] | 6Gb/s SAS | 16MB |
| 450GB | ST3450857FC | 4Gb/s FC | 16MB |
| 300GB | ST3300657SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300557SS[2] | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[2,3] | 6Gb/s SAS | 16MB |
| 300GB | ST3300657FC | 4Gb/s FC | 16MB |

INTERNAL STORAGE

ENTERPRISE STORAGE

## Cheetah NS

The Seagate Cheetah NS drive delivers the lowest-power, highest-reliability combination for 3.5-inch Tier 1 solutions.

### Key Advantages

- High-capacity Tier 1 drive (600GB)
- Highest LFF reliability rating in the industry, with a 0.55% annualized failure rate (AFR)
- Seagate Powertrim technology dynamically reduces power usage.

### Best-Fit Applications

- Mainstream enterprise applications
- Business and transaction processing
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)



| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 400GB | ST3600002SS | 6Gb/s SAS | 64MB |
| 600GB | ST3600007FC | 4Gb/s FC | 64MB |
| 450GB | ST3450602SS | 6Gb/s SAS | 64MB |
| 450GB | ST3450602FC | 4Gb/s FC | 64MB |
| 600GB | ST3300602FC | 4Gb/s FC | 64MB |

## Constellation ES

Seagate Constellation ES 3.5-inch hard drives offer the highest capacity at 2TB while providing enterprise robustness for seamless enterprise integration.

### Key Advantages

- Enterprise nearline drive designed for 24x operation cut IT drive retirement costs and protect data. FIPS options.
- Best-in-class rotational vibration tolerance.
- Multi-drive firmware maximizes system availability.
- Optimal power savings with PowerChoice™ technology.
- Self-Encrypting Drive (SED)² and FIPS 140-2 certified SED² cut it drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity data center storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore
- Cloud storage



| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 2TB | ST32000M0011 | SATA 6Gb/s | 64MB |
| New | 2TB | ST2000M0037¹ | SATA 6Gb/s | 64MB |
| New | 2TB | ST32000M0001¹ | 6Gb/s SAS | 64MB |
| New | 2TB | ST32000M0001 | 6Gb/s SAS | 64MB |
| New | 2TB | ST2000M0029¹ | 6Gb/s SAS | 64MB |
| New | 2TB | ST2000M0044¹ | 6Gb/s SAS | 64MB |
| New | 1TB | ST1000M0011 | SATA 6Gb/s | 64MB |
| New | 1TB | ST1000M0033¹ | SATA 6Gb/s | 64MB |
| New | 1TB | ST1000M0035¹² | SATA 6Gb/s | 64MB |
| New | 1TB | ST1000M0001 | 6Gb/s SAS | 64MB |
| New | 1TB | ST1000M0029¹ | 6Gb/s SAS | 64MB |
| New | 1TB | ST1000M0044¹ | 6Gb/s SAS | 64MB |
| New | 500GB | ST500NM0011 | SATA 6Gb/s | 64MB |
| New | 500GB | ST500NM0031 | SATA 6Gb/s | 64MB |
| New | 500GB | ST500NM0035¹² | SATA 6Gb/s | 64MB |
| New | 500GB | ST500NM0001 | 6Gb/s SAS | 64MB |
| New | 500GB | ST500NM0021 | 6Gb/s SAS | 64MB |
| New | 500GB | ST500NM0041¹² | 6Gb/s SAS | 64MB |

## Constellation ES.2

The Seagate Constellation ES.2 drive offers the highest capacities with nearline performance, enterprise-class reliability, high data integrity and data security.

### Key Advantages

- High-capacity enterprise drive for demanding data growth
- SAS and SATA drives designed for 24×7 reliability
- Best-in-class enhanced rotational vibration tolerance
- Self-Encrypting Drive (SED)² and FIPS 140-2 certified SED² cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- High-capacity bulk-data storage
- Mainstream enterprise external storage arrays
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance
- Cloud storage



| | CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|---|
| New | 3TB | ST33000650NS | SATA 6Gb/s | 64MB |
| New | 3TB | ST33000651NS | SATA 6Gb/s | 64MB |
| New | 3TB | ST33000652NS² | SATA 6Gb/s | 64MB |
| New | 3TB | ST33000650SS | 6Gb/s SAS | 64MB |
| New | 2TB | ST33000651SS² | 6Gb/s SAS | 64MB |
| New | 2TB | ST33000652SS²⁴ | 6Gb/s SAS | 64MB |
| New | 2TB | ST33000645NS | SATA 6Gb/s | 64MB |
| New | 2TB | ST33000649NS² | SATA 6Gb/s | 64MB |
| New | 2TB | ST33000647NS²⁴ | SATA 6Gb/s | 64MB |
| New | 2TB | ST33000645SS | 6Gb/s SAS | 64MB |
| New | 2TB | ST33000648SS | 6Gb/s SAS | 64MB |
| New | 2TB | ST33000647SS²⁴ | 6Gb/s SAS | 64MB |

CONFIDENTIAL

FED_SEAG0005097

INTERNAL STORAGE

# Constellation.2

The Seagate Constellation.2 drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.



### Key Advantages:

- Maximizes data center footprint with up to 76TB/sq.ft.
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED)² and FIPS 140-2 certified SED² cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications:

- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 60v/s | 64MB |
| 1TB | ST91000641NS² | SATA 60v/s | 64MB |
| 1TB | ST91000642NS² | SATA 63v/s | 64MB |
| 1TB | ST91000640SS | 60v/s SAS | 64MB |
| 1TB | ST91000641SS | 60v/s SAS | 64MB |
| 1TB | ST91000642SS² F | 60v/s SAS | 64MB |
| 500Gb | ST9500620NS | SATA 60v/s | 64MB |
| 500Gb | ST9500621NS² | SATA 60v/s | 64MB |
| 500Gb | ST9500622NS² | 60v/s SAS | 64MB |
| 500Gb | ST9500620SS | SATA 60v/s | 64MB |
| 250Gb | ST9500621SS² | 60v/s SAS | 64MB |
| 500Gb | ST9500622SS² | 60v/s SAS | 64MB |
| 250Gb | ST92501NS | SATA 60v/s | 64MB |
| 250Gb | ST92501NS² | SATA 60v/s | 64MB |
| 250Gb | ST92500601NS² | SATA 60v/s | 64MB |

# pulsar XT.2

The Seagate Pulsar xT.2 SSD delivers the highest levels of performance, data integrity and drive endurance for the most demanding environments.



### Key Advantages

- Consistent high performance for complex, I/O intensive, mixed workload enterprise environments
- Fastest random write performance available in a small form factor. SAS-based SSD
- Ultra-high endurance (supports over 35 full drive writes/day)
- Advanced data-management technology helps protect against unexpected data change or loss
- Self-Encrypting Drive (SED)² option (400GB only)

### Best-Fit Applications

- Tier 0, external storage arrays
- Performance-hungry, write-intensive enterprise applications
- Blade servers, general servers and direct-attached storage
- Enterprise architectures that use auto-tiering solutions



| | FULL DRIVE | | |
|---|---|---|---|
| CAPACITY | MODEL | INTERFACE | WRITES/DAY |
| 400Gb | ST400FX0002 | 60v/s SAS | 35 |
| 400Gb | ST400FX0012² | 60v/s SAS | 35 |
| 200Gb | ST200FX0002 | 60v/s SAS | 35 |
| 200Gb | ST100FX0002 | 60v/s SAS | 35 |

# pulsar.2

The Seagate Pulsar.2 drive delivers the price-performance, data integrity and endurance benefits needed by performance-hungry enterprise applications.



### Key Advantages

- Best-in-class MLC endurance (up to 10 full drive writes/day)
- Price-performance and reliability benefits
- Protects against unintended data change or loss—ensuring data integrity
- Provides the same feature set to look, feel and act like an enterprise hard drive—reducing system complexity and operating costs

### Best-Fit Applications

- Tier 0, performance-hungry enterprise applications—virtualization, OLTP, data warehousing and cloud computing
- Blade servers, general servers and direct-attached storage
- Enterprise architectures using auto-tiering

| | FULL DRIVE | | |
|---|---|---|---|
| CAPACITY | MODEL | INTERFACE | WRITES/DAY |
| 800Gb | ST800FX0002 | 60v/s SAS | 10 |
| 800Gb | ST800FX0012² | 60v/s SAS | 10 |
| 400Gb | ST400FX0002 | 60v/s SAS | 10 |
| 400Gb | ST400FX0012 | SATA 60v/s | 10 |
| 200Gb | ST200FX0002 | 60v/s SAS | 10 |
| 200Gb | ST200FX0012 | SATA 60v/s | 10 |
| 100Gb | ST100FX0002 | 60v/s SAS | 10 |
| 100Gb | ST100FX0012 | SATA 60v/s | 10 |

CONFIDENTIAL

FED_SEAG0005098

# Consumer Electronic Solutions

Storage solutions for DVRs and surveillance systems

Seagate has the global presence to provide the supply and support for CE integrators as well as a complete business and technology partnership for the entertainment electronics market.



CONSUMER ELECTRONICS

## Product Comparison

 

| | PIPELINE™ | SV35 SERIES™ |
|---|---|---|
| Application | Mainstream CE-DVR | Video Surveillance |
| Description | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Optimized performance, power savings and improved reliability for video surveillance applications |
| Form Factor | 3.5-inch | 3.5-inch |
| Performance | Multi-room video delivery of at least ten simultaneous HD streams | 7200 RPM |
| Reliability (AFR) | 0.55% | <1% |
| Max Data Transfer Rate | 300MB/s to 600MB/s | 600MB/s |
| Capacity | 250GB to 2TB | 1TB to 2TB |
| Interface | SATA 3Gb/s, SATA 6Gb/s | SATA 6Gb/s |
| Cache | 8MB to 64MB | 64MB |
| Power (Idle) | 2.5W to 4.5W | 3.36W to 5.4V |

## Feature Comparison

 

| | 3.5-inch CE-DVR | Surveillance |
|---|---|---|
| | Pipeline HD | SV35 Series |
| Application | x | x |
| SATA Interface | x | x |
| Low power | x | |
| Quiet Acoustics | x | |
| Cool operation | x | x |
| Sustainable technology | x | |
| Best-in-Class performance | x | x |
| Capacity Leadership | x | |
| 24x7 operation Capable | x | x |
| Extremely Low vibration | x | |

CONFIDENTIAL

FED_SEAG0005099



INTERNAL STORAGE

## pipeline hD

Seagate Pipeline HD drives deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.

### Key Advantages
- Virtually silent streaming performance as low as 19dB
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 1 TB | ST1000VM002 | SATA 3Gb/s NCQ | 8MB |
| 500GB | ST3500021CS | SATA 3Gb/s NCQ | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s NCQ | 8MB |
| 250GB | ST3250312CS | SATA 3Gb/s NCQ | 8MB |

## partner Resources and benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

As a registered SPP member, you enjoy the following exclusive features:
- Password-protected portal
- E-newsletter and regular news updates
- New product evaluation unit program
- Training and sales tools
- Priority support

**Start reaping the rewards of SPP membership   register today at seagate.com/partners.**
- Complete the online form.
- Click through and accept our standard agreement.

## Sv35 Series™

The Seagate Sv35 series drives optimize performance, save power and improve reliability for video surveillance applications.

### Key Advantages
- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24x7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications
- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes



| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 3 TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2 TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1 TB | ST1000VX000 | SATA 6Gb/s | 64MB |

## Service and Support

For information regarding products and services, visit http://www.seagate.com/www/en-us/about/contact_us/

Available services include:
- Presales and Technical Support
- Global Support Services telephone numbers and business hours
- Authorized Seagate Service Centers

For information regarding Warranty Support, visit http://www.seagate.com/www/en-us/support/warranty_&_returns_assistance

For information regarding Data Recovery Services, visit http://www.i365.com

For Seagate OEM and Distribution partner portal, visit https://direct.seagate.com/portal/system

For Seagate reseller portal, visit http://spp.seagate.com

CONFIDENTIAL

FED_SEAG0005100

# EXHIBIT 18



SEAGATE

Product Manual

# Seagate® Desktop HDD

**Standard models**

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Self-Encryption models**

ST3000DM002
ST2000DM002
ST1000DM004

Gen 14
100686584
Rev. L
January 2015

Document Revision History

| Revision | Date | Description of Change |
|----------|------|-----------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. L January 2015

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.0    Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
       1.1    About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

2.0    Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.1    Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.2    Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
              2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.3    Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.4    Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
       2.5    Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
       2.6    Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
       2.7    Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
       2.8    Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.8.1    Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
              2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
              2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
       2.9    Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
              2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
              2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
       2.10   Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
              2.10.1   Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . . 19
       2.11   Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
       2.12   Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.12.1   Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
       2.13   Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
       2.14   Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.1   Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.2   Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
              2.14.3   FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
       2.15   Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
              2.15.1   European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 22
              2.15.2   China Restriction of Hazardous Substances (RoHS) Directive . . . . . . . . . . . . 22
       2.16   Corrosive environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

3.0    Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.1    Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.2    Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.3    SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
       3.4    Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.0    About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.1    Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.2    Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.1    Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.2    Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.3    Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
              4.2.4    ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       4.3    Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

CONFIDENTIAL                                                     FED_SEAG0004440

# Contents

| | 4.4 | Drive Locking. | 27 |
| | 4.5 | Data Bands | 27 |
| | 4.6 | Cryptographic Erase | 27 |
| | 4.7 | Authenticated Firmware Download. | 27 |
| | 4.8 | Power Requirements. | 27 |
| | 4.9 | Supported Commands | 27 |
| | 4.10 | RevertSP | 27 |
| **5.0** | **SATA Interface** | | **28** |
| | 5.1 | Hot-Plug compatibility. | 28 |
| | 5.2 | SATA device plug connector pin definitions | 28 |
| | 5.3 | Supported ATA commands. | 29 |
| | | 5.3.1 Identify Device command | 31 |
| | | 5.3.2 Set Features command | 35 |
| | | 5.3.3 S.M.A.R.T. commands. | 36 |

CONFIDENTIAL                                    FED_SEAG0004441

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2     Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3     Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . 25

CONFIDENTIAL                                                                 FED_SEAG0004442

# Seagate® Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/about/contact-us/technical-support/

Available services include:
* Presales & Technical support
* Global Support Services telephone numbers & business hours
* Authorized Service Centers

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: http://www.seagate.com/partners

For Seagate reseller portal, visit: http://www.seagate.com/partners/my-spp-dashboard/

CONFIDENTIAL                                                        FED_SEAG0004443

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following: Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queuing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

CONFIDENTIAL                                                          FED_SEAG0004444

## 1.1    About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.



The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

CONFIDENTIAL                                                          FED_SEAG0004445

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1    Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | $625Gb/in^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in (± 0.010 in) | | 101.6mm / 4.0 in (± 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |

CONFIDENTIAL                                                                        FED_SEAG0004446

**Drive Specifications**

Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating)<br>40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power<br>Idle*** | 2.4 bels (typical)<br>2.6 bels (max) | | 2.2 bels (typical)<br>2.4 bels (max) |
| Seek | 2.6 bels (typical)<br>2.7 bels (max) | | 2.4 bels (typical)<br>2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year<br>Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL

FED_SEAG0004447

**Drive Specifications**

Table 2   Drive specifications summary for 500GB, 320GB and 250GB models

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

CONFIDENTIAL    FED_SEAG0004448

**Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | | 2.2 bels (typical)<br>2.3 bels (max) | |
| Seek | | 2.3 bels (typical)<br>2.4 bels (max) | |
| Non-recoverable read errors | | 1 per $10^{14}$ bits read | |
| Annualized Failure Rate (AFR) | | <1.0% based on 2400 POH | |
| Maximum Rated workload | Maximum rate of <55TB/year<br>Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | | 50,000 at 25°C, 50% rel. humidity | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | | Yes | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001<br>ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001<br>ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003<br>ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

CONFIDENTIAL                                                    FED_SEAG0004449

### 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

Cylinders: 16,383
Read/write heads: 16
Sectors per track: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | $7200 \pm 0.2\%$ |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

CONFIDENTIAL                                                                                      FED_SEAG0004450

**Drive Specifications**

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| Maximum width (all models) | 101.6mm / 4.0 in (± 0.010 in) |
| Maximum length (all models) | 146.99mm / 5.787 in |
| Typical weight | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| Cache buffer | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

CONFIDENTIAL                                                    FED_SEAG0004451

## 2.7   Start/stop times

| | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 23**.

### 2.8.1   Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power

Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current

Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current

Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power

Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode

During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

CONFIDENTIAL

**Drive Specifications**

Table 3   DC power requirements (3-disk: 3TB and 2TB models)

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

Table 5   DC power requirements (1-disk: 1TB and 750GB models)

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

CONFIDENTIAL FED_SEAG0004453

**Drive Specifications**

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

CONFIDENTIAL    FED_SEAG0004454

**Drive Specifications**

## 2.9   Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

> The maximum allowable drive case temperature is 60°C.
> See Figures 2 & 3 for HDA case temperature measurement locations.

Refer to Section 3.4 Drive mounting for base plate measurement location.

### 2.9.1   Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | −40° to 70°C (−40° to 158°F) |

### 2.9.2   Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3   Humidity

#### 2.9.3.1   Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2   Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4   Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

> Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90% RH)

CONFIDENTIAL

FED_SEAG0004455

**Drive Specifications**

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1   Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2   Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3   Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

CONFIDENTIAL                                                         FED_SEAG0004456

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

> For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:
>
> (Number of seeks per second = 0.4 / (average latency + average access time)

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| 3 Disks (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| 2 Disks (2TB, 1.5TB) | | |
| 1 Disk (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| 1 Disk (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11  Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

CONFIDENTIAL                                                                                          FED_SEAG0004457

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Maximum Rated Workload | Maximum rate of <55TB/year |
| | Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

CONFIDENTIAL FED_SEAG0004458

### Korean RRL

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

### Australian C-Tick (N176)

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

CONFIDENTIAL                                                                          FED_SEAG0004459

www.seagate.com                                                                    **Drive Specifications**

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

CONFIDENTIAL                                                        FED_SEAG0004460

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in Figure 1.

*Figure 1* Attaching SATA cabling



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

CONFIDENTIAL

FED_SEAG0004461

**Configuring and Mounting the Drive**

## 3.4　Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

CONFIDENTIAL

FED_SEAG0004462

**Configuring and Mounting the Drive**

Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

CONFIDENTIAL

**About (SED) Self-Encrypting Drives**

# 4.0 About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)

TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

Trusted Send

Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1 Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see **Section 4.5 Data Bands**).

## 4.2 Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1 Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking**). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2 Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3 Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4 ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

CONFIDENTIAL

FED_SEAG0004464

systemThe

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---|---|---|---|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

Notes

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    the ground pins P4 and P12.
    the pre-charge power pins and the other ground pins.
    the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    All used voltage pins ($V_x$) must be terminated.

CONFIDENTIAL

## 5.3  Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

CONFIDENTIAL                                                                        FED_SEAG0004467

**SATA Interface**

Table 10 SATA standard commands (continued)

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

CONFIDENTIAL                                        FED_SEAG0004468

## 5.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

Table 11 Identify Device commands

| Word | Description | Value |
|---|---|---|
| 0 | Configuration information:<br>Bit 15: 0 = ATA; 1 = ATAPI<br>Bit 7: removable media<br>Bit 6: removable controller<br>Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

CONFIDENTIAL

FED_SEAG0004469

SATA Interface

*Table 11  Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | xxxx$_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | 0000$_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | xx07$_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | 0003$_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | 0078$_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | 0078$_H$ |
| 69–74 | ATA-reserved | 0000$_H$ |
| 75 | Queue depth | 001F$_H$ |
| 76 | SATA capabilities | xxxx$_H$ |
| 77 | Reserved for future SATA definition | xxxx$_H$ |
| 78 | SATA features supported | xxxx$_H$ |
| 79 | SATA features enabled | xxxx$_H$ |
| 80 | Major version number | 01F0$_H$ |
| 81 | Minor version number | 0028$_H$ |
| 82 | Command sets supported | 364B$_H$ |
| 83 | Command sets supported | 7F09$_H$ |
| 84 | Command sets support extension (see note following this table) | 4163$_H$ |
| 85 | Command sets enabled | 30xx$_H$ |
| 86 | Command sets enabled | BE09$_H$ |
| 87 | Command sets enable  extension | 4163$_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | xx7F$_H$ |
| 89 | Security erase time | 0039$_H$ |
| 90 | Enhanced security erase time | 0039$_H$ |
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |

CONFIDENTIAL                                                                    FED_SEAG0004470

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported.

See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data.

| Description (if bit is set to 1) | | |
|---|-----|---------|
| | Bit | Word 63 |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | Bit | Word 84 |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |

CONFIDENTIAL                                    FED_SEAG0004471

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| --- | --- | --- |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | Bit | Word 88 |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

CONFIDENTIAL

## 5.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12  Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$   Set PIO mode to default (PIO mode 2). |
| | $01_H$   Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$   PIO mode 0 |
| | $09_H$   PIO mode 1 |
| | $0A_H$   PIO mode 2 |
| | $0B_H$   PIO mode 3 |
| | $0C_H$   PIO mode 4 *(default)* |
| | $20_H$   Multiword DMA mode 0 |
| | $21_H$   Multiword DMA mode 1 |
| | $22_H$   Multiword DMA mode 2 |
| | $40_H$   Ultra DMA mode 0 |
| | $41_H$   Ultra DMA mode 1 |
| | $42_H$   Ultra DMA mode 2 |
| | $43_H$   Ultra DMA mode 3 |
| | $44_H$   Ultra DMA mode 4 |
| | $45_H$   Ultra DMA mode 5 |
| | $46_H$   Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

CONFIDENTIAL

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

CONFIDENTIAL



**Seagate Technology LLC**

AMERICAS     Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

Publication Number: 100686584, Rev. L
January 2015

CONFIDENTIAL

# EXHIBIT 19



# Desktop HDD

### Product Manual

**Standard models**

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Self-Encryption models**

ST3000DM002
ST2000DM002
ST1000DM004

100686584, Rev. P
Gen 14 - September 2015

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69°C (page: 17) |
| Rev. N | 08/18/2015 | New cover design (page: fc) Replaced mechanical drawings to correct side hole dimension (pages: 24-25) |
| Rev. P | 09/01/2015 | Revised Rated Workload statement (pages: 9, 11 & 20) |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. P September 2015

Seagate, Seagate Technology and the Spiral logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.
Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

FED_SEAG0003640

# Contents

| | | |
|---|---|---|
| | | . . . . . . . . . . 6 |
| 1.1 | About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| | | . . . . . . . . 8 |
| 2.1 | Specification summary tables. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 2.2 | Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| | 2.2.1    LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| 2.3 | Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| 2.4 | Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| 2.5 | Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| 2.6 | Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| 2.7 | Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| 2.8 | Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| | 2.8.1    Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| | 2.8.2    Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
| | 2.8.3    Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
| | 2.8.4    Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
| 2.9 | Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| | 2.9.1    Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| | 2.9.2    Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| | 2.9.3    Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| | 2.9.4    Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| | 2.9.5    Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| | 2.9.6    Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| 2.10 | Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
| | 2.10.1    Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . | 19 |
| 2.11 | Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
| 2.12 | Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| | 2.12.1    Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| 2.13 | Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| 2.14 | Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| | 2.14.1    Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| | 2.14.2    Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| | 2.14.3    FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
| 2.15 | Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 |
| | 2.15.1    European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . | 22 |
| | 2.15.2    China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . | 22 |
| 2.16 | Corrosive environment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 |
| | | 23 |
| 3.1 | Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| 3.2 | Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| 3.3 | SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| 3.4 | Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 |
| | | 26 |
| 4.1 | Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| 4.2 | Controlled Access. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| | 4.2.1    Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| | 4.2.2    Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| | 4.2.3    Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| | 4.2.4    ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
| 4.3 | Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |

CONFIDENTIAL                                                              FED_SEAG0003641

# Contents

4.4    Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5    Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6    Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7    Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8    Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9    Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10   RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

                                                                                                              28
5.1    Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2    SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3    Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       5.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
       5.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
       5.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

# Figures

Figure 1     Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Figure 2     Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  24
Figure 3     Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25

CONFIDENTIAL

FED_SEAG0003643

# Seagate® Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/contacts/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/seagate-recovery-services/recover/

For Seagate OEM and Distribution partner portal, visit: http://www.seagate.com/partners

For Seagate reseller portal, visit: http://www.seagate.com/partners

CONFIDENTIAL                                                                                 FED_SEAG0003644

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

> **Note** Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

- 7200 RPM spindle speed.
- High instantaneous (burst) data-transfer rates (up to 600MB per second).
- TGMR recording technology provides the drives with increased areal density.
- State-of-the-art cache and on-the-fly error-correction algorithms.
- Native Command Queuing with command ordering to increase performance in demanding applications.
- Full-track multiple-sector transfer capability without local processor intervention.
- Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.
- Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.
- Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors
- Quiet operation.
- Compliant with RoHS requirements in China and Europe.
- SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.
- Support for S.M.A.R.T. drive monitoring and reporting.
- Supports latching SATA cables and connectors.
- Worldwide Name (WWN) capability uniquely identifies the drive.

CONFIDENTIAL    FED_SEAG0003645

**Introduction**

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

- Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.
- Thinner and more flexible cabling for improved enclosure airflow and ease of installation.
- Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.og.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
| --- | --- |

CONFIDENTIAL FED_SEAG0003646

# 2.0 Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

## 2.1 Specification summary tables

The specifications listed in     1 and     2 are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | 101.6mm / 4.0 in ($\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |

CONFIDENTIAL        FED_SEAG0003647

**Drive Specifications**

*Table 1    Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating) 40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power |  |  |  |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Rated Workload | Average annualized workload rating: <55 TB/year. The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL                                                                **FED_SEAG0003648**

*Table 2     Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | $329Gb/in^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) –40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | –304.8m to 3048m (–1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

CONFIDENTIAL                                        FED_SEAG0003649

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Idle*** | | 2.2 bels (typical)<br>2.3 bels (max) | |
| Seek | | 2.3 bels (typical)<br>2.4 bels (max) | |
| Non-recoverable read errors | | 1 per $10^{14}$ bits read | |
| Annualized Failure Rate (AFR) | | <1.0% based on 2400 POH | |
| Rated Workload | Average annualized workload rating: <55 TB/year.<br>The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | | 50,000 at 25°C, 50% rel. humidity | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | | Yes | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001<br>ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001<br>ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003<br>ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

CONFIDENTIAL                                                          FED_SEAG0003650

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

- **Cylinders**: 16,383
- **Read/write heads**: 16
- **Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| Track density (ktracks/inch avg) | 352 |
| Areal density (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

CONFIDENTIAL                                                    FED_SEAG0003651

**Drive Specifications**

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| Typical  weight | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| Cache buffer | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

- Track-to-track seek time is an average of all possible single-track seeks in both directions.
- Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

CONFIDENTIAL                                                                    FED_SEAG0003652

## 2.7   Start/stop times

| | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8   Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to                    23.

## 2.8.1   Power consumption

Power requirements for the drives are listed in        3,      4,       5 and      6. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

- Spinup power

  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

- Read/write power and current

  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

- Operating power and current

  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

- Idle mode power

  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

- Standby mode

  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

CONFIDENTIAL                                                        FED_SEAG0003653

Drive Specifications

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4    DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5    DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6    DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

CONFIDENTIAL                                                                    FED_SEAG0003654

## 2.8.2 Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

- Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.
- Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|----|

## 2.8.3 Voltage tolerance

Voltage tolerance (including noise):

- 5V ±5%
- 12V +10% / -7.5%

## 2.8.4 Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

- Active mode

  The drive is in Active mode during the read/write and seek operations.

- Idle mode

  The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

- Standby mode

  The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.

- Sleep mode

  The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

- Idle and Standby timers

  Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

CONFIDENTIAL                                                  FED_SEAG0003655

## 2.9    Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1℃ every 1000 ft.

| Note | The maximum allowable drive case temperature is 69℃. See Figures 2 & 3 for HDA case temperature measurement locations. |
|------|------|

Refer to                                          mounting for base plate measurement location.

### 2.9.1    Ambient temperature

| Operating | 0° to 60℃ (32° to 140°F) |
|-----------|--------------------------|
| Non-operating | −40° to 70℃ (−40° to 158°F) |

### 2.9.2    Temperature gradient

| Operating | 20℃ per hour (68°F per hour max), without condensation |
|-----------|---------------------------------------------------------|
| Non-operating | 30℃ per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|-----------|----------------------------------------------|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating | 37.7℃ (99.9°F max) |
|-----------|--------------------|
| Non-operating | 40℃ (104°F max) |

### 2.9.4    Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|-----------|----------------------------------------------|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

| Note | Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32℃ (example: 34℃ / 90% RH) |
|------|------|

CONFIDENTIAL

Drive Specifications

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2  Non-operating shock

#### 3TB, 2TB and 1.5TB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

#### 1TB, 750GB, 500GB, 320GB and 250GB models

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

CONFIDENTIAL

## 2.10  Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:<br><br>(Number of seeks per second = 0.4 / (average latency + average access time |
|------|---|

Table 7    Fluid Dynamic Bearing (FDB) motor acoustics

| | Idle* | Seek |
|---|---|---|
| **3 Disks**<br>(3TB, 2TB) | 2.4 bels (typical)<br>2.6 bels (max) | 2.6 bels (typical)<br>2.7 bels (max) |
| **2 Disks**<br>(2TB, 1.5TB) | | |
| **1 Disk**<br>(1TB, 750GB) | 2.2 bels (typical)<br>2.3 bels (max) | 2.3 bels (typical)<br>2.4 bels (max) |
| **1 Disk**<br>(500GB, 320GB, 250GB) | 2.2 bels (typical)<br>2.4 bels (max) | 2.4 bels (typical)<br>2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

### 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in    8.

Table 8    Radio frequency environments

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m,<br>80% AM with 1kHz sine<br>900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96<br>ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common,<br>AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds<br>0% short, 5 seconds<br>40%, 0.10 seconds<br>70%, 0.01 seconds | C<br>C<br>C<br>B | EN61000-4-11: 94 |

CONFIDENTIAL    FED_SEAG0003658

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Rated Workload | Average annualized workload rating: <55 TB/year. |
| | The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page:
http://www.seagate.com/support/warranty-and-replacements/

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

CONFIDENTIAL

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

- Family name: Barracuda
- Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

- Reorient the receiving antenna.
- Move the device to one side or the other of the radio or TV.
- Move the device farther away from the radio or TV.
- Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

CONFIDENTIAL                                                    FED_SEAG0003660

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
|---|---|---|---|---|---|---|
| | Lead 铅 （Pb） | Mercury 汞 （Hg） | Cadmium 镉 （Cd） | Hexavalent Chromium 六价铬 （Cr6+） | Polybrominated Diphenyl 多溴联苯 （PBB） | Polybrominated Diphenyl Ether 多溴二苯醚 （PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

CONFIDENTIAL                                                        FED_SEAG0003661

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

• Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

• Handle the drive by its edges or frame *only*.

• The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

• Always rest the drive on a padded, antistatic surface until mounting it in the computer.

• Do not touch the connector pins or the printed circuit board.

• Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See      9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in      1.

*Figure 1*    **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

CONFIDENTIAL

FED_SEAG0003662

## 3.4 Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to        2 and        3 for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

- Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.
- Use only 6-32 UNC mounting screws.
- The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.
- Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models)*



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |

CONFIDENTIAL                                                                    FED_SEAG0003663

www.seagate.com                                                     **Configuring and Mounting the Drive**

*Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models)*



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |
| --- | --- |

# 4.0    About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

- TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)
- TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

  In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

- Trusted Send
- Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1    Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see                         Bands).

## 4.2    Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1    Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see                         Locking). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2    Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3    Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4    ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

## 4.3    Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

CONFIDENTIAL                                                                                    FED_SEAG0003665

About (SED) Self-Encrypting Drives

## 4.4 Drive Locking

In addition to changing the passwords, as described in                    password, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5 Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see                    Erase) or the password when required.

## 4.6 Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7 Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8 Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in                    specifications for power requirements on the standard (non-SED) drive models.

## 4.9 Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in        10:

• Trusted Send
• Trusted Receive

## 4.10 RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

CONFIDENTIAL                                                                                FED_SEAG0003666

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

Table 9 summarizes the signals on the SATA interface and power connectors.

Table 9    SATA connector pin definitions

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
|  | S2 | A+ | Differential signal pair A from Phy |
|  | S3 | A- |  |
|  | S4 | Ground | 2nd mate |
|  | S5 | B- | Differential signal pair B from Phy |
|  | S6 | B+ |  |
|  | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
|  | P2 | $V_{33}$ | 3.3V power |
|  | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
|  | P4 | Ground | 1st mate |
|  | P5 | Ground | 2nd mate |
|  | P6 | Ground | 2nd mate |
|  | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
|  | P8 | $V_5$ | 5V power |
|  | P9 | $V_5$ | 5V power |
|  | P10 | Ground | 2nd mate |
|  | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
|  | P12 | Ground | 1st mate. |
|  | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
|  | P14 | $V_{12}$ | 12V power |
|  | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    - the ground pins P4 and P12.
    - the pre-charge power pins and the other ground pins.
    - the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    - All used voltage pins ($V_x$) must be terminated.

CONFIDENTIAL                                                FED_SEAG0003667

　　　　　　　　　　　　　　　　　　　　SATA Interface

## 5.3　Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10　SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　FED_SEAG0003668

Table 10   SATA standard commands (continued)

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H / D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H / D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H / D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H / D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H / D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H / D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H / D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H / DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H / D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H / D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

CONFIDENTIAL    FED_SEAG0003669

### 5.3.1 Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in on page 29. All reserved bits and words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11    Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>• Bit 15: 0 = ATA; 1 = ATAPI<br>• Bit 7: removable media<br>• Bit 6: removable controller<br>• Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |

CONFIDENTIAL                                                                                          FED_SEAG0003670

www.seagate.com

SATA Interface

*Table 11    Identify Device commands (continued)*

| Word | Description | Value |
|---|---|---|
| 60–61 | Total number of user-addressable LBA sectors available<br>(see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100–103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | 0000$_H$ |
| 63 | Multiword DMA active and modes supported<br>(see note following this table) | xx07$_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | 0003$_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | 0078$_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | 0078$_H$ |
| 69–74 | ATA-reserved | 0000$_H$ |
| 75 | Queue depth | 001F$_H$ |
| 76 | SATA capabilities | xxxx$_H$ |
| 77 | Reserved for future SATA definition | xxxx$_H$ |
| 78 | SATA features supported | xxxx$_H$ |
| 79 | SATA features enabled | xxxx$_H$ |
| 80 | Major version number | 01F0$_H$ |
| 81 | Minor version number | 0028$_H$ |
| 82 | Command sets supported | 364B$_H$ |
| 83 | Command sets supported | 7F09$_H$ |
| 84 | Command sets support extension (see note following this table) | 4163$_H$ |
| 85 | Command sets enabled | 30xx$_H$ |
| 86 | Command sets enabled | BE09$_H$ |
| 87 | Command sets enable extension | 4163$_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | xx7F$_H$ |
| 89 | Security erase time | 0039$_H$ |
| 90 | Enhanced security erase time | 0039$_H$ |
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |

CONFIDENTIAL

FED_SEAG0003671

SATA Interface

*Table 11   Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|------|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|------|

| Description (if bit is set to 1) | | |
|---|---|---|
| **Bit** | **Word 63** | |
| 0 | Multiword DMA mode 0 is supported. | |
| 1 | Multiword DMA mode 1 is supported. | |
| 2 | Multiword DMA mode 2 is supported. | |
| 8 | Multiword DMA mode 0 is currently active. | |
| 9 | Multiword DMA mode 1 is currently active. | |
| 10 | Multiword DMA mode 2 is currently active. | |
| **Bit** | **Word 84** | |
| 0 | SMART error login is supported. | |
| 1 | SMART self-test is supported. | |
| 2 | Media serial number is supported. | |
| 3 | Media Card Pass Through Command feature set is supported. | |
| 4 | Streaming feature set is supported. | |
| 5 | GPL feature set is supported. | |

CONFIDENTIAL                                                                                    FED_SEAG0003672

www.seagate.com                                                    SATA Interface

| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

CONFIDENTIAL
FED_SEAG0003673

## 5.3.2   Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12   Set Features command*

| $02_H$ | Enable write cache *(default)*. |
|---|---|
| $03_H$ | Set transfer mode (based on value in Sector Count register).<br>Sector Count register values: |
| | $00_H$   Set PIO mode to default (PIO mode 2). |
| | $01_H$   Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$   PIO mode 0 |
| | $09_H$   PIO mode 1 |
| | $0A_H$   PIO mode 2 |
| | $0B_H$   PIO mode 3 |
| | $0C_H$   PIO mode 4 *(default)* |
| | $20_H$   Multiword DMA mode 0 |
| | $21_H$   Multiword DMA mode 1 |
| | $22_H$   Multiword DMA mode 2 |
| | $40_H$   Ultra DMA mode 0 |
| | $41_H$   Ultra DMA mode 1 |
| | $42_H$   Ultra DMA mode 2 |
| | $43_H$   Ultra DMA mode 3 |
| | $44_H$   Ultra DMA mode 4 |
| | $45_H$   Ultra DMA mode 5 |
| | $46_H$   Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

CONFIDENTIAL

FED_SEAG0003674

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13   S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

CONFIDENTIAL



**Seagate Technology LLC**

*AMERICAS    Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000*
*ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888*
*EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00*

*Publication Number: 100686584, Rev. P*
*September 2015*

CONFIDENTIAL                    FED_SEAG0003676

# EXHIBIT 20

| From: | Mark W Hall <mark.w.hall@seagate.com> |
|---|---|
| Sent: | Friday, February 28, 2014 2:48 PM |
| To: | Mary Shartle <mary.m.shartle@seagate.com> |
| Cc: | Barbara J Craig <barbara.j.craig@seagate.com>; Aubrey Muhlach <aubrey.muhlach@seagate.com>; Teresa Nykilchuk <teresa.nykilchuk@seagate.com>; Joshua Walti <joshua.walti@seagate.com>; Joanne Chan <joanne.chan@seagate.com>; Joni J Clark <joni.j.clark@seagate.com>; Jennifer L Bradfield <jennifer.l.bradfield@seagate.com> |
| Subject: | Re: REMINDER INPUT NEEDED: It's Time to Update the Storage Solutions Guide! |
| Attach: | SSG1351.14-1310US_October2013 (M Hall Edits 2-28-14).pdf |

Mary, updates attached.  Primarily 600 and 600 Pro SSD have been EOL'd so need to be edited out.  If you need more fodder to fill the page for for the 1200 I can come up with some.

Best regards,
Mark W. Hall
Sr. Marketing Manager, Flash Portfolio
Global Marketing

Seagate Technology – MS: SHK202 – 1280 Disc Drive – Shakopee, MN 55379

Cell:   612-244-5466
Office: 952-402-2987

On Thu, Feb 27, 2014 at 3:57 PM, Mary Shartle <mary.m.shartle@seagate.com> wrote:

Hello Product Marketing,

Just a reminder that your edits to the Storage Solution Guide are due by end of business **tomorrow, Friday2/28.**

Thanks,
Mary

**What I need from you:**

- Download the attached pdf and review the entire document (Table of Contents, At-a-Glance Product Comparisons, individual product intros and product features).

CONFIDENTIAL

- Use the editing tools to markup the document with your requested changes. This document will launch on 4/1. Keep that date in mind while making your changes.

- Return the document to me. I'll consolidate all of your requested edits and work with Tom McCall's team on production.

- Your changes are due to me prior to **Friday, February 28th.**

On Wed, Feb 19, 2014 at 1:21 PM, Mary Shartle <mary.m.shartle@seagate.com> wrote:

Hello Product Marketing Managers,

The Storage Solutions Guide is a valuable tool that is frequently downloaded and referenced. It has not been updated since October and many of us are fielding requests for an updated guide.

I need your help in order to ensure that we're communicating accurate information to our customers.

**What I need from you:**

- Download the attached pdf and review the entire document (Table of Contents, At-a-Glance Product Comparisons, individual product intros and product features).

- Use the editing tools to markup the document with your requested changes. This document will launch on 4/1. Keep that date in mind while making your changes.

- Return the document to me. I'll consolidate all of your requested edits and work with Tom McCall's team on production.

- Your changes are due to me prior to **Friday, February 28th.**

CONFIDENTIAL

FED_SEAG0004784

Thanks in advance for your help. Please let me know if you have questions.

Best,
Mary

FED_SEAG0004785



# Storage
# Solutions
# Guide

OCTOBER 2013 | AMER

# ROOM TO
# GROW

Double the storage.
Half the space.



## New 8-Bay
## Rackmount NAS

The first 1U rack that
fits 8× 3.5" drives

CONFIDENTIAL

FED_SEAG0004786

## Make the perfect gift complete.



Complete your tablet with
1TB of storage to carry and stream 500+
movies or thousands of songs.
No internet required.



**Wireless Plus**
Mobile Device Storage



Seagate

www.seagate.com

©2012 Seagate Technology LLC. All rights reserved. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, BarraCuda, Cheetah, Constellation, DiscWizard, Dynamic Disk, Momentus, NASworks, OptiCache, PowerChoice, PowerTrim, Pulsar, Savvio, Seagate Secure, SmartAlign, SV35.Series, Terascale, Pipeline and Wuala are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation in the U.S. and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Quantitative usage examples for various applications are for illustrative purposes. Actual quantities will vary based on various factors, including file size, file format, features and application software. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov). The FIPS logo is a certification mark of NIST, which does not imply product endorsement by NIST, the U.S. or Canadian governments. Seagate reserves the right to change, without notice, product offerings or specifications. For part of this publication may be reproduced in any form without written permission from Seagate Technology LLC. SG1381.14-1910US, October 2012.

# Contents

**External Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON .......... 2
BACKUP PLUS PORTABLE .......... 5
BACKUP PLUS PORTABLE FOR MAC .......... 6
BACKUP PLUS FOR MAC PORTABLE THUNDERBOLT .......... 6
BACKUP PLUS DESKTOP FOR MAC .......... 7
BACKUP PLUS FOR MAC DESKTOP THUNDERBOLT .......... 7
BACKUP PLUS DESKTOP .......... 8
SLIM FOR MAC .......... 9
SLIM .......... 9
EXPANSION DESKTOP .......... 9
EXPANSION PORTABLE .......... 10
WIRELESS PLUS .......... 10
CENTRAL .......... 11
BUSINESS STORAGE 8-BAY RACKMOUNT NAS .......... 11
BUSINESS STORAGE 4-BAY RACKMOUNT NAS .......... 12
BUSINESS STORAGE 4-BAY NAS .......... 12
BUSINESS STORAGE 2-BAY NAS .......... 13
BUSINESS STORAGE 1-BAY NAS .......... 13

**Internal Storage Solutions**
AT-A-GLANCE PRODUCT COMPARISON .......... 14
SOLID STATE DRIVE SOLUTIONS
SSD PRODUCTS MATRIX .......... 17
1200 SSD .......... 18
600 PRO SSD .......... 19
600 SSD .......... 19

**ENTERPRISE STORAGE SOLUTIONS**
ENTERPRISE PRODUCTS MATRIX .......... 21
ENTERPRISE TURBO SSHD .......... 22
ENTERPRISE PERFORMANCE 15K HDD .......... 23
ENTERPRISE PERFORMANCE 10K HDD .......... 24
CHEETAH 15K .......... 25
ENTERPRISE CAPACITY 3.5 HDD .......... 26
CONSTELLATION .......... 27
TERASCALE HDD/CONSTELLATION CS .......... 28

**DESKTOP STORAGE SOLUTIONS**
DESKTOP PRODUCTS MATRIX .......... 31
DESKTOP SSHD .......... 32
DESKTOP HDD .......... 32
DESKTOP 3.5-INCH INTERNAL KIT .......... 33

**MOBILE STORAGE SOLUTIONS**
MOBILE PRODUCTS MATRIX .......... 35
LAPTOP SSHD AND LAPTOP THIN SSHD .......... 36
MOMENTUS THIN .......... 36
LAPTOP ULTRATHIN HDD .......... 37
ULTRA MOBILE HDD .......... 37
LAPTOP 2.5-INCH INTERNAL KIT .......... 38

**SPECIALTY STORAGE SOLUTIONS**
SPECIALTY PRODUCTS MATRIX .......... 41
NAS HDD .......... 42
NAS HDD .......... 42
6705 SERIES .......... 42
VIDEO 3.5 HDD .......... 43
VIDEO 2.5 HDD .......... 43

PARTNER RESOURCES AND BENEFITS .......... 44
SERVICE AND SUPPORT .......... 44

STORAGE SOLUTIONS GUIDE    1

CONFIDENTIAL

AT-A-GLANCE PRODUCT COMPARISON

# External Storage
At-a-Glance Product Comparison



| | BACKUP PLUS | | | | | BLM | | EXPANSION | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Attached/ Portable** | Backup Plus Portable | Backup Plus Portable for Mac | Backup Plus for Mac Portable Thunderbolt | Backup Plus Desktop | Backup Plus Desktop for Mac | Backup Plus for Mac Desktop Thunderbolt | Slim Portable | Slim Portable for Mac | Extension Portable | Expansion Desktop |
| PERFECT FOR | Protecting and sharing digital memories | | | Keeping your digital life safe and sound | | Keeping your digital life safe and sound | Thin storage that fits—and goes—anywhere | | Protecting and sharing your digital life | |
| DESCRIPTION | Store and back up the content on your social networks with these flexible, portable drives. PC or Mac. | | | These desktop drives provide the simple, one-click way to protect and share files. PC or Mac. | | These desktop drives provide the simple, one-click way to protect and share files. Mac. | This ultra-thin metal design is the world's sleekest portable external hard drive. PC or Mac. | | Expansion drives allow you to instantly add more storage space to your computer and take large files with you. | |
| LEARN MORE | Page 5 | Page 6 | Page 6 | Page 8 | Page 7 | Page 7 | Page 9 | Page 8 | Page 10 | Page 9 |

| | Wireless Plus | | | | | | |
|---|---|---|---|---|---|---|---|
| **Wireless Mobile** | | **Network Attached** | Business Storage 8-Bay Rackmount NAS | Business Storage 4-Bay Rackmount NAS | Business Storage 4-Bay NAS | Business Storage 4-Bay NAS | Business Storage 2-Bay NAS | Central |
| PERFECT FOR | Wireless storage for your tablet | PERFECT FOR | Centralized storage and backup | | Centralized storage, collaboration and backup | | | Wireless centralized home storage |
| DESCRIPTION | Take your media library on the go and stream it wirelessly to your iPad, Android tablet and smartphone. PC or Mac. | DESCRIPTION | The first 1U rack that fits eight hot-swappable 3.5-inch drives | A complete, high-performance network storage for businesses with up to 100 employees | A complete network storage solution and private cloud for businesses of up to 50 employees. | A complete network storage solution and private cloud for businesses of up to 25 employees. | A complete network storage solution and private cloud for home offices. | This shared storage device automatically backs up multiple Macs and PCs plus streams your shared library to the connected devices in the home. |
| LEARN MORE | Page 10 | LEARN MORE | Page 11 | Page 12 | Page 12 | Page 13 | Page 13 | Page 11 |

CONFIDENTIAL

FED_SEAG0004788

# External Storage Solutions

Seagate external storage solutions are sleek, dependable and ultra-portable products that let your customers automatically and continuously store digital family photos, protect critical business data, back up multiple computers on a small network, or share and store videos and music.

## Backup Plus

The Backup Plus portable drive is the simple way to protect and share your entire digital life.

### Key Advantages
- Easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click
- Thunderbolt technology or FireWire 800 upgrade allows higher transfer speeds

### Best-Fit Applications
- Store or back up photos, movies, music and documents
- Download and save content that's posted on your social networks
- Share your digital memories to your social networks with a click

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBU1000100 | USB 3.0 | ● Black | PC, Mac |
| 1TB | STBU1000101 | USB 3.0 | ● Silver | PC, Mac |
| 1TB | STBU1000102 | USB 3.0 | ● Blue | PC, Mac |
| 1TB | STBU1000103 | USB 3.0 | ● Red | PC, Mac |
| 750GB | STBU750100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.1mm x 14.5mm) | | | |
| PACKAGE DIMENSIONS | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | | |





CONFIDENTIAL

FED_SEAG0004789

EXTERNAL STORAGE

## Backup Plus for Mac

The Backup Plus portable drive for Mac is the simple way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time-Machine ready out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click
- Easily increase transfer speeds by upgrading to Thunderbolt technology.

### Best-Fit Applications
- Store or back up photos, movies, music and documents
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000300 | USB 3.0 | Silver / White | Mac, PC |
| PRODUCT DIMENSIONS | | 4.86-in L x 3.19-in W x 0.57-in D (123.4mm x 81.5mm x 14.5mm) | | |
| PACKAGE DIMENSIONS | | 5.2-in L x 1.81-in W x 6.54-in D (132mm x 46mm x 166mm) | | |

## Backup Plus Desktop for Mac

The Backup Plus desktop drive for Mac is the simple, one-click way to protect and share your entire digital life.

### Key Advantages
- Mac OS and Time Machine ready right out of the box
- Automatically saves photos from social networks
- Share photos and video to social networks with a click.
- Up to 3TB capacity for a lifetime of memories

### Best-Fit Applications
- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCB4000001 | USB 3.0 | Black / Silver | Mac, PC |
| 3TB | STCB3000300 | USB 3.0 | Black / Silver | Mac, PC |
| 2TB | STCB2000300 | USB 3.0 | Black / Silver | Mac, PC |
| PRODUCT DIMENSIONS | | 6.22-in L x 4.88-in W x 1.73-in D (158mm x 124mm x 44mm) | | |
| PACKAGE DIMENSIONS | | 7.87-in L x 9.06-in W x 3.54-in D (200mm x 230mm x 90mm) | | |

## Backup Plus for Mac Portable Thunderbolt™

The Thunderbolt Backup Plus for Mac portable drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Compatible with Time Machine software
- Compatible with Thunderbolt devices
- No external power supply required

### Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gps



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBW1000401 | Thunderbolt | Black | Mac, PC |
| PRODUCT DIMENSIONS | | 5.12-in L x 3.19-in W x 1.09-in D (130mm x 81mm x 27.8mm) | | |
| PACKAGE DIMENSIONS | | 6.69-in L x 5.24-in W x 1.81-in D (170mm x 133mm x 46mm) | | |

## Backup Plus for Mac Desktop Thunderbolt

The Thunderbolt Backup Plus for Mac desktop drive is everything you need to transfer, store and back up files using Thunderbolt technology.

### Key Advantages
- Includes Thunderbolt cable, adapter and drive
- Dual ports enable daisy-chaining up to six devices
- Compatible with Thunderbolt displays and other devices
- Compatible with Time Machine softwares

### Best-Fit Applications
- Combine high-speed data transfer and high-definition display in a single interface
- Unleash your creativity using high-bandwidth media-capturing devices while processing in real time
- Handle vast amounts of data more precisely than with any other connection
- Back up and restore data at 10Gbps



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 3TB | STCB3000400 | Thunderbolt | Black | Mac, PC |
| PRODUCT DIMENSIONS | | 6.61-in L x 4.78-in W x 2.42-in D (168mm x 120.9mm x 61.4mm) | | |
| PACKAGE DIMENSIONS | | 8.64-in L x 9.13-in W x 3.5-in D (219.5mm x 232mm x 89mm) | | |

CONFIDENTIAL

FED_SEAG0004790

## Backup Plus Desktop

The Backup Plus desktop drive is the simple, one-click way to protect and share your entire digital life.

### Key Advantages

- Easy, flexible, built-in backup options
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.
- Up to 4TB capacity for a lifetime of memories
- Increase transfer speeds by upgrading to Thunderbolt technology or FireWire 800.

### Best-Fit Applications

- Back up all your important files.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 3TB | STCA3000101 | USB 3.0 | ● Black | PC, Mac |
| 2TB | STCA2000100 | USB 3.0 | ● Black | PC, Mac |
| 4TB | STCA4000100 | USB 3.0 | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 6.22-in.L x 4.88-in.W x 1.73-in.D (158mm x 124mm x 44mm) | | | |
| PACKAGE DIMENSIONS | 7.87-in.L x 9.06-in.W x 3.54-in.D (200mm x 230mm x 90mm) | | | |

## Slim

The Seagate Slim portable drive is thin, light, and the easiest way yet to back up the things that are important to you.

### Key Advantages

- Just slightly thicker than an iPhone
- Protects your stuff with easy, flexible backups
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCD500102 | USB 3.0 | ● Black | PC, Mac |
| 500GB | STCD500104 | USB 3.0 | ● Silver | PC, Mac |
| PRODUCT DIMENSIONS | 4.47-in.L x 2.96-in.W x 0.36-in.D (113.5mm x 78mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in.L x 1.22-in.W x 4.06-in.D (142mm x 31mm x 103mm) | | | |

## Slim for Mac

The Seagate Slim portable drive for Mac combines a thin, light form factor in a Time Machine-ready drive.

### Key Advantages

- Just slightly thicker than an iPhone
- Mac OS and Time Machine ready out of the box
- Automatically saves photos from social networks
- Photos and videos can be shared to social networks with a click.

### Best-Fit Applications

- Store or back up photos, movies, music and documents.
- Download and save content that's posted on your social networks.
- Share your digital memories to your social networks with a click.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 500GB | STCF500103 | USB 3.0 | ● Silver | Mac, PC |
| PRODUCT DIMENSIONS | 4.47-in.L x 2.96-in.W x 0.36-in.D (113.5mm x 78mm x 9.6mm) | | | |
| PACKAGE DIMENSIONS | 5.59-in.L x 1.22-in.W x 4.06-in.D (142mm x 31mm x 103mm) | | | |

## Expansion

The Expansion desktop drive provides extra storage for your ever-growing collection of files.

### Key Advantages

- Simple and straightforward setup
- No software to install and nothing to configure
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications

- Instantly add more storage space to your computer.
- Improve performance on your computer's internal drive by freeing up space on your internal drive.

| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 2TB | STBV2000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 3TB | STBV3000100 | USB 3.0 | ● Black | PC |
| 4TB | STBV4000100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 7.07-in.L x 4.65-in.W x 1.48-in.D (179.5mm x 118mm x 37.5mm) | | | |
| PACKAGE DIMENSIONS | 9.09-in.L x 7.97-in.W x 2.83-in.D (231mm x 202mm x 72mm) | | | |

CONFIDENTIAL

FED_SEAG0004791

## Expansion

The Expansion portable drive is compact and perfect for taking large files with you on-the-go.

### Key Advantages
- Simple and straightforward setup
- Powered from the USB cable
- Saving files is easy—simply drag and drop.
- USB 3.0 interface allows fast transfer speeds.

### Best-Fit Applications
- Instantly add more storage space to your computer.
- Take large files with you when you travel.



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBX1000101 | USB 3.0 | ● Black | PC |
| 750GB | STBX750100 | USB 3.0 | ● Black | PC |
| 500GB | STBX500100 | USB 3.0 | ● Black | PC |
| PRODUCT DIMENSIONS | 5.04-in L x 3.51-in W x 0.87-in D (128.1mm x 89.1mm x 22mm) | | | |
| PACKAGE DIMENSIONS (RETAIL) | 4.81-in L x 3.19-in W x 0.61-in D (122.3mm x 81.1mm x 15.5mm) | | | |
| PACKAGE DIMENSIONS | 5.28-in L x 6.69-in W x 1.89-in D (134mm x 170mm x 48mm) | | | |

## Central

The Central shared network storage system allows you to create secure in-home cloud storage for multiple computers in the home.

### Key Advantages
- Automatically back up multiple PC and Mac computers
- Wirelessly stream your centralized media library to gaming consoles, media players and smart TVs
- Access content on-the-go with a Web browser or the free app for tablets and smartphones

### Best-Fit Applications
- Consolidate content on one easily accessible device
- Back up multiple PC and Mac computers
- Enjoy a centralized media library on smart TVs, game consoles and media players
- Access your content on-the-go with laptops and mobile devices
- Archive your Facebook photos and videos



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STCG4000100 | SATA/GbE | ● Black | PC, Mac |
| 3TB | STCG3000100 | SATA/GbE | ● Black | PC, Mac |
| 2TB | STCG2000100 | SATA/GbE | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 5.7-in L x 8.5-in W x 1.7-in D (145mm x 216mm x 43mm) | | | |
| PACKAGE DIMENSIONS | 3.15-in L x 10.3-in W x 9.25-in D (80mm x 263mm x 235mm) | | | |

## Wireless Plus

With Wireless Plus mobile device storage, you can take your media library with you. Stream it to your iPad or Android tablet.

### Key Advantages
- Take your media library with you on the go
- Share media with up to eight Wi-Fi enabled devices at the same time
- Use anywhere, without an Internet connection
- Up to 10 hours battery life[3]

### Best-Fit Applications
- Store and carry movies and other media on the go
- Share media with others.
- Works with iPad or Android tablets and smartphones



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STCK1000100 | USB 3.0 | ● Grey | PC, Mac |
| PRODUCT DIMENSIONS | 5.00-in L x 3.50-in W x 0.78-in D (127mm x 89mm x 19.9mm) | | | |
| PACKAGE DIMENSIONS | 2.00-in L x 6.02-in W x 7.16-in D (51mm x 153mm x 182mm) | | | |

## Business Storage 8-Bay Rackmount NAS

A complete network storage solution with innovative 8-bay design in a 1U form factor that is perfect for growing businesses

### Key Advantages
- A 2.3GHz dual-core Intel processor delivers file transfer performance of up to 200MB/s
- Wuala™ cloud service and apps for secure collaboration and anywhere access
- Centralized backup for PCs, plus Time Machine support for Mac computers
- Support for iSCSI enables maximum performance and compatibility for virtualized environments

### Best-Fit Applications
- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using Internet-connected computers and devices
- Back up files to the cloud



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 32TB | STDP32000100 | Gigabit Ethernet | Black | PC, Mac |
| 24TB | STDP24000100 | Gigabit Ethernet | Black | PC, Mac |
| 16TB | STDP16000100 | Gigabit Ethernet | Black | PC, Mac |
| 12TB | STDP12000100 | Gigabit Ethernet | Black | PC, Mac |
| 8TB | STDP8000100 | Gigabit Ethernet | Black | PC, Mac |
| PRODUCT DIMENSIONS | 30.394-in L x 1.713-in W x 18.78-in D (772mm x 43.5mm x 477mm) | | | |
| PACKAGE DIMENSIONS | 31.354-in L x 23.465-in W x 8.661-in D (696mm x 596mm x 220mm) | | | |

CONFIDENTIAL

FED_SEAG0004792

## Business Storage 4-Bay Rackmount NAS

Centralize your storage and backups with a complete network storage solution that saves valuable floor space for small businesses.

### Key Advantages

- Centralized storage and backup for PCs and Macs plus secure Wuala cloud off-site backup service
- A dual-core Intel Atom processor and new, performance-optimized Seagate NAS OS deliver file transfer speeds up to 200MB/s
- Anywhere access to your files
- Hot-swappable drives and dual Gigabit Ethernet ports help increase up-time

### Best-Fit Applications

- Store business-critical files centrally and securely
- Back up your organization's PC and Mac computers
- Access and manage files remotely using internet-connected computers and devices
- Back up files to the cloud



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STDN12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STDN8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STDN4000100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 16.929-in L x 15-in W x 1.713-in D (430mm x 381mm x 42.5mm) |
|---|---|
| PACKAGE DIMENSIONS | 22.44-in L x 19.567-in W x 6.496-in D (570mm x 497mm x 165mm) |

## Business Storage 2-Bay NAS

Create a private cloud to help protect your business-critical data and centralize files in a single location you can access from anywhere

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0 and 1 configuration options

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 1TB | STBN1000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBN2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBN4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| | STBN100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 4.1-in W x 8.0-in H x 8.9-in D (104.50mm x 204.00mm x 227.00mm) |
|---|---|
| PACKAGE DIMENSIONS | 6.2-in W x 10.9-in H x 12.5-in D (157.00mm x 277.00mm x 317.00mm) |

## Business Storage 4-Bay NAS

A complete, small-business-specific network storage solution designed to provide optimum uptime and data integrity for up to 50 workstations

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Customize performance and data redundancy with RAID 0, 1, 5 and 10 configuration options

### Best-Fit Applications

- Make automatic, continuous backups
- Store files in a secure, central location
- Access and manage files remotely using internet-connected devices
- Create cost-effective, private cloud storage
- Encrypt individual files or entire volumes of data



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 16TB | STBP16000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 12TB | STBP12000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 8TB | STBP8000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 4TB | STBP4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| | STBP100 | Gigabit Ethernet | ● Black | PC, Mac |

| PRODUCT DIMENSIONS | 6.3-in W x 8.2-in H x 9.2-in D (161.00mm x 206.00mm x 258.50mm) |
|---|---|
| PACKAGE DIMENSIONS | 9.4-in W x 14.9-in H x 9.4-in D (240.00mm x 379.00mm x 243.00mm) |

## Business Storage 1-Bay NAS

Create a private cloud with Seagate Business Storage 1-Bay NAS. It helps protect your all-important data and centralizes your files in a single location you can access from anywhere.

### Key Advantages

- Easy 10-minute setup
- Upload and download files with free apps for iPhone, iPad and Android devices
- Full-system, automatic backup for PCs, plus Time Machine support for Mac computers
- Stream your media library to networked computers, internet TVs, game consoles and more

### Best-Fit Applications

- Make automatic, continuous backups of multiple PC and Mac computers
- Store files in a secure, central location
- Access and manage files remotely using internet-connected computers, tablets and smartphones
- Create cost-effective, private cloud storage



| CAPACITY | KIT NUMBER | INTERFACE | COLOR | OS |
|---|---|---|---|---|
| 4TB | STBM4000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 3TB | STBM3000100 | Gigabit Ethernet | ● Black | PC, Mac |
| 2TB | STBM2000100 | Gigabit Ethernet | ● Black | PC, Mac |
| PRODUCT DIMENSIONS | 2.4-in W x 6.9-in H x 5.8-in D (61mm x 176mm x 148mm) |
| PACKAGE DIMENSIONS | 3.7-in W x 9.3-in H x 9.0-in D (93mm x 236mm x 229mm) |

CONFIDENTIAL

FED_SEAG0004793

AT-A-GLANCE PRODUCT COMPARISON

# Internal Storage
## At-a-Glance Product Comparison



| 3.5-inch | ENTERPRISE | | | DESKTOP | | SPECIALTY | | |
|---|---|---|---|---|---|---|---|---|
| | Cheetah 15K | Enterprise Capacity 3.5 HDD | Constellation HDD | Desktop SSHD | Desktop HDD | NAS HDD | SV35 Series | Video 2.5 HDD |
| USE THIS DRIVE FOR | High-capacity, compute-intensive requirements demanding high performance and availability | Bulk-data applications requiring reliable, highest-capacity storage efficiency and enterprise-class reliability | Cost-effective, low-power bulk storage solutions for unstructured data | Desktop solutions requiring SSD-like performance and massive capacities at an affordable price | Desktop compute where choice in capacity and cache options to provide design flexibility is important | Small NAS systems needing performance with high capacities. 3-year limited warranty | Surveillance systems that require high performance, low power and centralized storage or every surveillance application. 3-year limited warranty | DVR systems where reliable, low-power, purpose-built storage is required for video streaming applications. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | X | X | | | | | | |
| LEARN MORE | Page 25 | Page 26 | Page 28 | Page 32 | Page 32 | Page 42 | Page 42 | Page 43 |

EOL'd Products



| 2.5-inch | SSD | | | ENTERPRISE SSHD | ENTERPRISE | | | MOBILE | | | | SPECIALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1200 SSD | 600 Pro SSD | 600 SSD | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Constellation | Laptop SSHD and Laptop Thin SSHD | Momentus Thin | Laptop Ultrathin HDD | Ultra Mobile HDD | Video 2.5 HDD |
| USE THIS DRIVE FOR | Enterprise storage environments requiring high-capacity SSD with data integrity and drive endurance | Data center and cloud applications that require fast performance and low power | On-the-go users who need the fastest performance and improved ruggedness | Improved storage performance tier between SSDs and high-capacity HDDs | Compute-intensive data requirements demanding the highest HDD performance density and availability | Mainstream data requiring high-capacity, performance density and reliability | Online reference data demands requiring cost-effective, low-power, enterprise-class drives | The ultimate mobile computing experience, with SSD-like performance for all applications and OS environments | Slim computing devices, such as laptops and netbooks | Slim laptops and devices that need light, affordable, high-capacity storage | Robust storage for high-capacity tablets and mobile applications | Video streaming where 24x7 operation, small form factor and low power consumption are needed. 3-year limited warranty |
| ENCRYPTION MODELS AVAILABLE | | | X | X | X | | X | X | | X | X | |
| LEARN MORE | Page 18 | Page 18 | Page 19 | Page 22 | Page 22 | Page 24 | Page 27 | Page 36 | Page 36 | Page 37 | Page 37 | Page 43 |

CONFIDENTIAL

FED_SEAG0004794

# Solid State Drive Solutions

Seagate is committed to the flash-based storage market, as is evident by its line of enterprise and client SSDs, engineered to deliver ultra-fast speed and high data integrity. Seagate is focused on the continuing technology leadership that allows it to be a premier supplier of both solid state drives and hard drives.



## SPEED
Seagate SSDs offer ultra-fast performance

SSD STORAGE

|  | | 1200 SSD | 6X0 Pro SSD | 6X0 SSD |
|---|---|---|---|---|
| **Product Comparison** | Legacy Name | | | |
| | Description | Ultra-fast, consistent performance for demanding enterprise storage and server applications | Fast performance and low power for performance-hungry data center and cloud applications | Speed up your laptop with SSD performance and ruggedness |
| | Form Factor/z-Height | 2.5-inch/7mm | 2.5-inch/7mm | 2.5-inch/5mm,7mm |
| | Reliability | 0.44% AFR | 0.58% AFR | 0.58% AFR |
| | Capacity | 200GB to 800GB | 100GB to 480GB | 120GB to 480GB |
| | Endurance (total terabytes written over warranty period) | 3650TBW to 14,600TBW | 24TBW to 180TBW | 36.5TBW to 75TBW |
| | NAND Flash Type | MLC | MLC | MLC |
| | Power (Idle) | 2.73W to 3.0W | 1.05W to 1.25W | 1.1W |
| | Interface | 12Gb/s SAS | SATA 6Gb/s | SATA 6Gb/s |
| | Limited Warranty | 5 years | 5 years | 3 years |
| **Feature Comparison** | Product | 1200 SSD | 600 Pro SSD | 100 SSD |
| | Self-Encrypting Drive (SED) Option | X | | |
| | FIPS 140-2 SED Option | X | | |
| | Power Loss Data Protection | X | X | |

EOL'd Products

CONFIDENTIAL

FED_SEAG0004795

## 1200 SSD

The Seagate 1200 SSD delivers best-in-class performance and a rich enterprise feature set for demanding data center applications.

### Key Advantages

- Helps remove storage bottlenecks and close the gap between processor and data access performance
- Delivers the speed and performance consistency needed for demanding enterprise applications
- Designed to reduce data access wait times under the most complex, write-intensive workloads.
- Ensures data availability for critical production systems by using redundant, failover I/O communication paths

### Best-Fit Applications

- Demanding enterprise applications with complex, write-intensive and mixed workloads
- IOPS-hungry enterprise applications, such as high-performance computing, online transaction processing and heavy data analytics
- External enterprise storage solutions (SAN, NAS, DAS)



| CAPACITY | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 800GB | ST800FM0053 | SATA 12Gb/s | MLC |
| 800GB | ST800FM0063 | SATA 12Gb/s | MLC |
| 400GB | ST400FM0073 | SATA 12Gb/s | MLC |
| 200GB | ST200FM0073 | SATA 12Gb/s | MLC |

## 600 SSD

The ultimate performance upgrade for existing laptops, the Seagate 600 SSD is a fast, rugged, 2.5-inch, SATA 6Gb/s solid state drive.

### Key Advantages

- Nearly 4× faster boot times and over 2× faster application load times than typical laptop HDDs
- Significantly reduces the amount of time end users must wait before using their devices
- Allows end users to access data faster and to take advantage of superior laptop responsiveness
- The ultimate upgrade drive for road warriors, power users, executives and gamers—work and play faster

### Best-Fit Applications

- Performance upgrade for existing laptops with 2.5-inch hard drives
- Improved ruggedness upgrade for existing laptops that may be dropped while operating
- Data center caching



| CAPACITY | 7MM ZIFF MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM000 | SATA 6Gb/s | MLC |
| 240GB | ST240HM000 | SATA 6Gb/s | MLC |
| 120GB | ST120HM000 | SATA 6Gb/s | MLC |

| CAPACITY | 5MM ZIFF MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480HM001 | SATA 6Gb/s | MLC |
| 240GB | ST240HM001 | SATA 6Gb/s | MLC |
| 120GB | ST120HM001 | SATA 6Gb/s | MLC |

## 600 Pro SSD

A class above client SSDs, Seagate 600 Pro SSDs deliver a best-in-class combination of fast, consistent performance and low power.

### Key Advantages

- Delivers the highest IOPS/watt to improve system performance and reduce power and cooling costs for data center and cloud applications
- Fast, consistent performance and low latency over the warranty period of the drive
- Helps reduce performance gaps between storage I/O and CPU operations

### Best-Fit Applications

- Data center applications (fast data indexing, edge caching)
- Data streaming
- Content delivery networks
- Gaming and software delivery
- Virtualization and other cloud applications



| CAPACITY | MODEL | INTERFACE | NAND FLASH TYPE |
|---|---|---|---|
| 480GB | ST480FP0021 | SATA 6Gb/s | MLC |
| 400GB | ST400FP0021 | SATA 6Gb/s | MLC |
| 240GB | ST240FP0021 | SATA 6Gb/s | MLC |
| 200GB | ST200FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST120FP0021 | SATA 6Gb/s | MLC |
| 120GB | ST100FP0021 | SATA 6Gb/s | MLC |



CONFIDENTIAL

FED_SEAG0004796

ENTERPRISE STORAGE

# Enterprise Storage Solutions

With more than 30 years of experience and the broadest storage product portfolio available, Seagate consistently designs, builds and supports industry-leading enterprise hard drives, solid state drives and hybrid drives. Seagate has the global presence, processes and resources to support businesses of all sizes with the highest-quality enterprise storage products.



## Product Comparison

| | ENTERPRISE TURBO SSHD | ENTERPRISE PERFORMANCE HDD | CHEETAH | ENTERPRISE CAPACITY HDD | TERASCALE HDD/CONSTELLATION CS |
|---|---|---|---|---|---|
| Legacy Name | | Savvio | | Constellation | |
| Application | Highest SFF Performance | SFF Performance and Mainstream | LFF Performance | High Capacity and Low Power | Affordable High Capacity With Low Power |
| Description | World's fastest hard drive | Highest-performing, highly reliable 15K- and 10K-RPM enterprise hard drives in a 2.5-inch form factor | High-performance, legacy 15K-RPM enterprise hard drive in a 3.5-inch form factor | High-capacity, low-power, reliable 7200-RPM enterprise hard drive in both 2.5- and 3.5-inch form factors | High-capacity, eco-friendly, cost-effective storage for Web-scale data centers |
| Form Factor | 2.5-inch | 2.5-inch | 3.5-inch | 2.5-inch and 3.5-inch | 3.5-inch |
| Reliability | 0.44% AFR | 0.44% AFR | 0.55% AFR | 0.62% and 1.065% AFR | 800,000 MTBF |
| Capacity | 300GB to 900GB | 300GB to 1200GB | 300GB to 600GB | 250GB to 4TB | 1TB to 4TB |
| Power (Idle) | 4.83W to 5.3W | 4.4W to 5.3W | 8.74W to 11.68W | 2.53W to 7.7W | up to 4.59W |
| Format | 5xxE, 4kN | 512N, 5xxE, 4kN | 512N | 512N, 5xxE | 512E |
| Interface | 6Gb/s SAS | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, 4Gb/s FC | 6Gb/s SAS, SATA 6Gb/s | SATA 6Gb/s |
| Limited Warranty | 5 years | 5 years | 5 years | 5 years | 3 years |

## Feature Comparison

| Product | Enterprise Turbo SSHD | Enterprise Performance 15K HDD | Enterprise Performance 10K HDD | Cheetah 15K | Enterprise Capacity 3.5 HDD | Enterprise Capacity 2.5 HDD | Terascale HDD/Constellation CS |
|---|---|---|---|---|---|---|---|
| Vibration Tolerance for Multi-Drive Stabilization | X | X | X | X | X | X | X |
| PowerChoice Optimized Idle Power Settings | X | X | X | | X | X | X |
| Self-Encrypting Drive (SED) | X | X | X | X | X | X | |
| FIPS 140-2 SED Option | X | X | X | X | X | X | |
| Instant Secure Erase | X | X | X | | X | X | X |
| Solid State Hybrid | X | | | | | | |
| Energy-Saving Features | X | X | X | | X | X | X |
| RoHS Compliance | X | X | X | X | X | X | X |

## Enterprise Turbo SSHD

The Enterprise Turbo SSHD accelerates access to your most critical data with the world's fastest hard drive.



### Key Advantages

- Hard drive capacities with flash-based performance
- Best economic combination of performance, endurance and capacity—best $/IOPS enterprise HDD
- Meets critical demands for performance, scalability, flexibility and high density in a 2.5-inch form factor
- Automatically caches hot data to flash and absorbs write intensity by only promoting hot data
- Nonvolatile cache to enable faster write response time and help ensure data integrity during power loss

### Best-Fit Applications

- Big data analytics
- Databases (ERP and OLTP)
- Virtual desktop infrastructure (VDI)
- Web development and Web page delivery

| CAPACITY | 512 EMULATION MODEL | INTERFACE | CACHE |
| --- | --- | --- | --- |
| 600GB | ST600MX0004 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0014 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0024 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0014 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0014 | 6Gb/s SAS | 128MB |

| CAPACITY | 4K NATIVE MODEL | INTERFACE | CACHE |
| --- | --- | --- | --- |
| 600GB | ST600MX0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0044 | 6Gb/s SAS | 128MB |
| 600GB | ST600MX0054 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0034 | 6Gb/s SAS | 128MB |
| 450GB | ST450MX0044 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MX0044 | 6Gb/s SAS | 128MB |



## Enterprise Performance 15K HDD

Seagate Enterprise Performance 15K HDDs leverage a 2.5-inch form factor to deliver pronounced performance advantages and power savings over legacy 3.5-inch drives.

### Key Advantages

- Stores 2× the Tier 1 data over previous generation without increasing drive count
- Enables Tier 1 applications to process transactions more quickly
- Best-in-class idle power for more efficient storage operations
- Industry's highest MTBF at 2M hours
- Self-Encrypting Drive (SED)* and FIPS SED* options cut IT drive retirement costs and help protect data at rest.

### Best-Fit Applications

- High-performance Tier 1 enterprise servers
- Blade, rack and tower servers hosting transaction-based applications
- Power- and space-constrained data centers
- Compliance and data security initiatives

| CAPACITY | 512 NATIVE MODEL | INTERFACE | CACHE |
| --- | --- | --- | --- |
| 450GB | ST450MP0004 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0014 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0004 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0014 | 6Gb/s SAS | 128MB |

| CAPACITY | 512 EMULATION MODEL | INTERFACE | CACHE |
| --- | --- | --- | --- |
| 600GB | ST600MP0034 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0044 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0054 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0044 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0034 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0044 | 6Gb/s SAS | 128MB |

| CAPACITY | 4K NATIVE MODEL | INTERFACE | CACHE |
| --- | --- | --- | --- |
| 600GB | ST600MP0064 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0074 | 6Gb/s SAS | 128MB |
| 600GB | ST600MP0084 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0064 | 6Gb/s SAS | 128MB |
| 450GB | ST450MP0074 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0064 | 6Gb/s SAS | 128MB |
| 300GB | ST300MP0074 | 6Gb/s SAS | 128MB |



CONFIDENTIAL

FED_SEAG0004798

ENTERPRISE STORAGE

## Enterprise Performance 10K HDD



Seagate Enterprise Performance 10K HDDs deliver the optimal balance of capacity, performance and power in a 10K-RPM, 2.5-inch enterprise drive.

### Key Advantages

- Highest-capacity enterprise SFF hard drive (up to 1.2TB)
- PowerChoice™ technology reduces power consumption.
- Protection Information (PI) detects corruption of data in flight between the host system and the drive[4]
- Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[5] cut IT drive retirement costs and protect data at rest. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Mission-critical servers and external storage arrays.
- Power- and space-constrained data centers.
- Compliance or data security initiatives.

| CAPACITY | (s) NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 1200GB | ST1200MM0017[7] | 6Gb/s SAS | 64MB |
| 1200GB | ST1200MM0027[7] | 6Gb/s SAS | 64MB |
| 900GB | ST900MX0026[7] | 6Gb/s SAS | 64MB |
| 900GB | ST900MM0026[3,7] | 6Gb/s SAS | 64MB |
| 900GB | ST900006SS | 6Gb/s SAS | 64MB |
| 900GB | ST9007055SS[7] | 6Gb/s SAS | 64MB |
| 900GB | ST900006SS[5,7] | 6Gb/s SAS | 64MB |
| 900GB | ST9000009FC | 4Gb/s FC | 64MB |
| 600GB | ST600MM0026[7] | 6Gb/s SAS | 64MB |
| 600GB | ST60002055S | 6Gb/s SAS | 64MB |
| 600GB | ST900005S[7] | 6Gb/s SAS | 64MB |
| 600GB | ST600009SS[5,7] | 6Gb/s SAS | 64MB |
| 600GB | ST9600203FC | 4Gb/s FC | 64MB |
| 450GB | ST450MX0026[7] | 6Gb/s SAS | 64MB |
| 450GB | ST9450405SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS | 6Gb/s SAS | 64MB |
| 450GB | ST9450205SS[7] | 6Gb/s SAS | 64MB |
| 450GB | ST9450403FC | 4Gb/s FC | 64MB |
| 300GB | ST300MX0026[7] | 6Gb/s SAS | 64MB |
| 300GB | ST300005SS | 6Gb/s SAS | 64MB |
| 300GB | ST300002088S | 6Gb/s SAS | 64MB |
| 300GB | ST300402SS[7] | 6Gb/s SAS | 64MB |
| 300GB | ST9300003FC | 4Gb/s FC | 64MB |

## Cheetah® 15K



The Seagate Cheetah 15K drive provides high performance and reliability in legacy 3.5-inch mission-critical storage.

### Key Advantages

- Sustained data rate of up to 204MB/s
- Industry's highest 3.5-inch drive reliability
- PowerTrim™ technology optimizes power consumption.
- Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[5] cut IT drive retirement costs and protect data. FIPS options meet government encryption compliance standards.

### Best-Fit Applications

- Business and transaction processing.
- Email and decision support.
- Storage Area Networks (SAN)
- Network Attached Storage (NAS)
- Internet and e-commerce

| CAPACITY | (s) NATIVE MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057SS | 6Gb/s SAS | 16MB |
| 600GB | ST3600057SS[7] | 6Gb/s SAS | 16MB |
| 600GB | ST3600057FC | 4Gb/s FC | 16MB |
| 450GB | ST3450057SS | 6Gb/s SAS | 16MB |
| 450GB | ST3450057SS[7] | 6Gb/s SAS | 16MB |
| 450GB | ST3450657SS[7] | 6Gb/s SAS | 16MB |
| 450GB | ST3450057FC | 4Gb/s FC | 16MB |
| 300GB | ST3300057SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300057SS | 6Gb/s SAS | 16MB |
| 300GB | ST3300457SS[7] | 6Gb/s SAS | 16MB |
| 300GB | ST3300057FC | 4Gb/s FC | 16MB |

ENTERPRISE STORAGE

## Enterprise Capacity 3.5 HDD

The Seagate Enterprise Capacity 3.5 HDDs help data centers meet the demanding growth of unstructured data.

### Key Advantages
- Highest-capacity enterprise drive for maximum density server and storage solutions
- SAS and SATA interfaces with 24x7 reliability
- Predictable 7200-RPM performance even in the most rugged multi-drive environments
- Improved power and cooling efficiencies with low power consumption and on-demand PowerChoice™ technology
- Protect your data and ease data disposal costs and management with the Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[2,3]

### Best-Fit Applications
- High-capacity RAID storage
- Mainstream enterprise external storage (SAN, NAS, DAS)
- Cloud bulk data storage
- Enterprise backup and restore—D2D, virtual tape
- Centralized surveillance



| CAPACITY | SKU (NATIVE/4KB512E) | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NM0033 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0053 | SATA 6Gb/s | 128MB |
| 4TB | ST4000NM0073 | SAS 6Gb/s | 128MB |
| 4TB | ST4000NM0023 | SAS 6Gb/s | 128MB |
| 4TB | ST4000NM0043 | SAS 6Gb/s | 128MB |
| 4TB | ST4000NM0063 | SAS 6Gb/s | 128MB |
| 3TB | ST3000NM0033 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0053 | SATA 6Gb/s | 128MB |
| 3TB | ST3000NM0023 | SAS 6Gb/s | 128MB |
| 3TB | ST3000NM0043 | SAS 6Gb/s | 128MB |
| 3TB | ST3000NM0063 | SAS 6Gb/s | 128MB |
| 2TB | ST2000NM0033 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0053 | SATA 6Gb/s | 128MB |
| 2TB | ST2000NM0023 | SAS 6Gb/s | 128MB |
| 2TB | ST2000NM0043 | SAS 6Gb/s | 128MB |
| 2TB | ST2000NM0063 | SAS 6Gb/s | 128MB |
| 1TB | ST1000NM0033 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0053 | SATA 6Gb/s | 128MB |
| 1TB | ST1000NM0023 | SAS 6Gb/s | 128MB |
| 1TB | ST1000NM0043 | SAS 6Gb/s | 128MB |
| 1TB | ST1000NM0063 | SAS 6Gb/s | 128MB |

## Constellation·

The Seagate Constellation drive is the only 2.5-inch enterprise-class hard drive delivering both 1TB capacities and enterprise reliability.

### Key Advantages
- Maximizes data center footprint
- Energy-efficient storage at under 3.9W (idle)
- Highest nearline reliability with an MTBF of 1.4M hours
- Self-Encrypting Drive (SED) and FIPS 140-2 certified SED[1] but IT drive retirement costs and protect data
- FIPS options meet government encryption compliance standards.

### Best-Fit Applications
- Storage-hungry business applications
- Storage area networks and network attached storage
- Maximum-capacity servers and blade servers
- Rich media content storage
- Enterprise backup and restore—D2D, virtual tape
- Cloud computing



| CAPACITY | SKU (NATIVE/4KB512E) | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | ST91000640NS | SATA 6Gb/s | 64MB |
| 1TB | ST91000641NS[1] | SATA 6Gb/s | 64MB |
| 1TB | ST91000642NS[1] | SATA 6Gb/s | 64MB |
| 1TB | ST91000640SS | SAS 6Gb/s | 64MB |
| 1TB | ST91000641SS[1] | SAS 6Gb/s | 64MB |
| 1TB | ST91000642SS[1] | SAS 6Gb/s | 64MB |
| 500GB | ST9500620NS | SATA 6Gb/s | 64MB |
| 500GB | ST9500621NS[1] | SATA 6Gb/s | 64MB |
| 500GB | ST9500622NS[1] | SATA 6Gb/s | 64MB |
| 500GB | ST9500620SS | SAS 6Gb/s | 64MB |
| 500GB | ST9500621SS[1] | SAS 6Gb/s | 64MB |
| 250GB | ST9500622SS[1] | SAS 6Gb/s | 64MB |
| 250GB | ST9250610NS | SATA 6Gb/s | 64MB |
| 250GB | ST9250611NS[1] | SATA 6Gb/s | 64MB |
| 250GB | ST9250612NS[1] | SATA 6Gb/s | 64MB |

CONFIDENTIAL

FED_SEAG0004800

## Terascale™ HDD
## Constellation® CS

The Seagate Terascale HDD and Constellation CS are designed for large Web-scale data centers where low-cost, low-power and high-capacity storage is critical.



### Key Advantages

- Affordable storage for 24×7 multi-drive replicated environments
- High vibration tolerance for reliable enterprise-class performance
- Low power and cooling costs with the lowest 3.5-inch enterprise drive operating power
- Advanced format logical block management for industry-leading data integrity

### Best-Fit Applications

- Web-scale computing
- Cloud storage servers and arrays
- Cloud backup storage
- Direct-attached external storage (DAS)
- Network-attached storage (NAS)

| CAPACITY | 5xx EMULATION MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000NC000 | SATA 6Gb/s | 64MB |
| 4TB | ST4000NC001 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC002 | SATA 6Gb/s | 64MB |
| 3TB | ST3000NC000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000NC000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000NC000 | SATA 6Gb/s | 64MB |



CONFIDENTIAL

FED_SEAG0004801

# Desktop Storage Solutions

Seagate has a distinguished history in consistently delivering innovative technologies, super-sized capacities, low power and blazing-fast performance. Seagate desktop drives offer excellent performance at all levels.





| Product Comparison | | DESKTOP SSHD | DESKTOP SHDD INTERNAL KIT | DESKTOP HDD | DESKTOP 3.5 INCH INTERNAL KIT |
|---|---|---|---|---|---|
| | Legacy Name | | | Barracuda® | Barracuda |
| | Application | Performance | Performance | Mainstream | Mainstream |
| | Description | Solid state hybrid drive delivers SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to desktop computers to get solid state speed for fast, responsive system performance | Tuned performance for low-power, mainstream and high-performance desktop computing | The fast, powerful and easy way to upgrade or add storage capacity to desktop computers |
| | Capacity | 1TB to 4TB | 1TB to 4TB | 250GB to 4TB | 500GB to 4TB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s |
| | Form Factor | 3.5 inch | 3.5 inch | 3.5 inch | 3.5 inch |
| | Reliability | <1% AFR | <1% AFR | <1% AFR | <1% AFR |
| | Cache | 64MB | 64MB | 16MB to 64M | 16MB to 64M |
| | Power (idle) | <3.3W to <3.9W | <3.3W to <3.9W | 4.0W to 5.8W | |

| Feature Comparison | | DESKTOP SSHD | DESKTOP SHDD Internal Kit | DESKTOP HDD | DESKTOP 3.5 INCH Internal Kit |
|---|---|---|---|---|---|
| | Product | Desktop SSHD | Desktop SHDD Internal Kit | Desktop HDD | Desktop 3.5 inch Internal Kit |
| | OptiCache™ Technology | | | X | X |
| | Solid State Hybrid | X | X | | |
| | Mounting Hardware and Cables | | X | | X |
| | Compatible with Windows 8® | X | X | X | X |
| | Energy-Saving Features | X | X | X | X |
| | RoHS Compliance | X | X | X | X |

CONFIDENTIAL

FED_SEAG0004802

## Desktop SSHD

Seagate Desktop SSHD (solid state hybrid drive) delivers SSD-like performance and massive capacities at an affordable price.



### Key Advantages

- First SSHD in a 3.5-inch form factor
- SATA 6Gb/s with NCQ for interface speed
- Up to 3× faster than a traditional HDD[2]
- All-in-one design for ease of installation
- Installs and operates like a standard hard drive
- Massive 1TB or 2TB capacities combined with SSD-like performance[2]

### Best-Fit Applications

- Desktop PCs
- Workstations
- High-performance direct-attached storage (DAS) devices

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DX001 | SATA 6Gb/s | 64MB |
| 2TB | ST2000DX001 | SATA 6Gb/s | 64MB |
| 1TB | ST1000DX001 | SATA 6Gb/s | 64MB |

## Desktop 3.5-Inch Internal Kit

Seagate 3.5-inch internal drives are the fast, powerful, and easy way to upgrade or add storage capacity to desktop computers.

 

### Key Advantages

- Quiet, ultra-high performance
- DiscWizard™ software makes installation a snap
- Built-in self-monitoring technology helps ensure maximum reliability
- Desktop solid state hybrid model offers SSD-like performance with the capacity of a hard drive

### Best-Fit Applications

- Gaming PCs
- Workstations
- High-end PCs
- Desktop RAID
- Mainstream/office PCs

| CAPACITY | KIT NUMBER | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | STBD4000400 | SATA 6Gb/s | 64MB |
| 3TB | STBD3000100 | SATA 6Gb/s | 64MB |
| 2TB | STBD2000101 | SATA 6Gb/s | 64MB |
| 1TB | ST310009WAS4S-RK | SATA 6Gb/s | 64MB |
| 500GB | ST3500641AS-RK | SATA 3Gb/s | 64MB |
| PACKAGE DIMENSIONS | 7.38-in L x 5.88-in W x 2.88-in D (187mm x 149mm x 73mm) | | |

| DESKTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER | INTERFACE | MLC FLASH |
| 2TB | STCL2000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 5.88-in L x 7.36-in W x 2.88-in D (149.35mm x 187.45mm x 73.10mm) | | |

## Desktop HDD

Seagate Desktop HDDs give you the Power of One with 1TB-per-disk technology and one drive platform for every capacity and application.



### Key Advantages

- Up to 4TB capacity
- AcuTrac™ and OptiCache™ technologies deliver dependable overall performance.
- Free Seagate DiscWizard™ software

### Best-Fit Applications

- Desktop or all-in-one PCs and home servers
- PC-based gaming systems
- Direct-attached external storage devices (DAS)

| CAPACITY | MODEL | INTERFACE | CACHE |
|---|---|---|---|
| 4TB | ST4000DM000 | SATA 6Gb/s NCQ | 64MB |
| 3TB | ST3000DM001 | SATA 6Gb/s NCQ | 64MB |
| 2TB | ST2000DM001 | SATA 6Gb/s NCQ | 64MB |
| 1TB | ST1000DM003 | SATA 6Gb/s NCQ | 64MB |
| 500GB | ST500DM002 | SATA 6Gb/s NCQ | 16MB |
| 320GB | ST320DM000 | SATA 6Gb/s NCQ | 16MB |
| 250GB | ST250DM000 | SATA 6Gb/s NCQ | 16MB |



CONFIDENTIAL

FED_SEAG0004803

MOBILE STORAGE

# Mobile Storage Solutions

Seagate laptop and tablet drives address every mobile market need, delivering superior performance, reliability and value. Feature-rich with innovative options, the Seagate mobile lineup also includes self-encryption and FIPS 140-2 validated models.



| | | LAPTOP SSHD AND LAPTOP THIN SSHD | LAPTOP SSHD INTERNAL KIT | LAPTOP 2.5-INCH INTERNAL KIT | MOMENTUS THIN | LAPTOP ULTRATHIN HDD | ULTRA MOBILE HDD |
|---|---|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name | Momentus XT | Momentus XT | Momentus Internal Kit | | | |
| | Application | Performance | Performance | Performance | Mainstream, Slim Computing | Slim Computing | Slim, Robust Computing |
| | Description | Solid state hybrid drives deliver SSD-like performance without sacrificing capacity | The easy way to upgrade or add storage capacity to laptop computers to get solid state speed with capacity of a hard disk drive | A complete upgrade kit to transform your system to high performance or just add capacity | The 2.5-inch drive for laptops and notebooks | Affordable, high-capacity storage that is thinner than a pencil | Brings robust storage ideal for ultra-slim tablet, convertible and detachable applications in a 5mm form factor |
| | Capacity | 500GB and 1TB | 500GB and 1TB | 250GB and 1TB | 250GB, 320GB and 500GB | 320GB and 500GB | 500GB |
| | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s | SATA 6Gb/s |
| | Form Factor/z-Height | 2.5-inch/9.5mm, 7mm | 2.5-inch/9.5mm, 7mm | 2.5-inch/9.5mm | 2.5-inch/7mm | 2.5-inch/5mm | 2.5-inch/5mm |
| | Reliability | 0.48% AFR | 0.48% AFR | 0.48% AFR | 0.48% AFR | | |
| | Cache | 64MB | 64MB | 16MB | 16MB | 16MB | 16MB |
| | Power (idle) | 0.9W | 0.9W | 0.67W to 0.85W | 0.45W | 0.45W | 0.45W |
| **Feature Comparison** | Product | Laptop SSHD and Laptop Thin SSHD | Laptop SSHD Internal Kit | Laptop 2.5-inch Internal Kit | Momentus Thin | Laptop Ultrathin HDD | Ultra Mobile HDD |
| | Self-Encrypting Drive (SED) with Instant Secure Erase | | | | X | X | |
| | FIPS 140-2 SED Option | | | | X | | |
| | Drop Sensor Options | | | | | | X |
| | Solid State Hybrid | X | X | | | | |
| | Compatible with Windows 8 | X | X | X | X | X | X |
| | Energy-Saving Features | X | X | | X | X | X |
| | RoHS Compliance | X | X | X | X | X | X |

34

CONFIDENTIAL

STORAGE SOLUTIONS GUIDE   35

FED_SEAG0004804

MOBILE STORAGE

## Laptop SSHD and Laptop Thin SSHD

The Seagate Laptop SSHD (1TB) and Laptop Thin SSHD (500GB) enable laptop PC users to enjoy solid state performance without sacrificing capacity.



### Key Advantages
- Boots and performs like an SSD[2]
- Up to 4x faster than a traditional HDD[2]
- SATA 6Gb/s with NCQ for interface speed
- All-in-one design for simplicity and ease of installation
- Works in any laptop or PC, any OS and any application
- Backed by a 3-year limited warranty

### Best-Fit Applications
- Laptops and mobile workstations
- Desktop and tower workstations
- High-performance laptop and desktop gaming systems
- Small form factor all-in-one PCs

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 1TB | ST1000LM014 | SATA 6Gb/s | 64MB |
| 500GB | ST500LM000 | SATA 3Gb/s | 64MB |

## Laptop Ultrathin HDD

The Seagate Laptop Ultrathin HDD is one of the thinnest and lightest laptop hard drives—5mm, 3.3 oz. and thinner than a pencil.



### Key Advantages
- Affordable, high-capacity storage gives system builder options when integrating low profile storage into slim laptop and ultrabook solutions
- Compatible with every portable PC with a standard SATA 6Gb/s interface
- Get industry-leading cost-per-GB and cost-per-millimeter
- Seagate Secure™ Self-Encrypting Drive options[2]

### Best-Fit Applications
- Slim laptops or ultrabooks
- Extending high-capacity, affordable storage into other applications and slim devices
- Backup storage

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 500GB | ST500LT032 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT037 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT010 | SATA 6Gb/s | 16MB |

## Momentus® Thin

The 7mm, 2.5-inch drive enables slim computing for all types of mobile computing, from laptops to netbooks to smaller desktop PCs.



### Key Advantages
- 7mm z-height form factor enables thin chassis design for all segments of laptop computing
- Seagate SmartAlign™ technology provides a transition to 4K sectors without the need for software utilities.
- Self-Encrypting Drive[2] options mitigate data breaches, comply with data protection regulations and preserve brand recognition.
- Self-Encrypting Drive options with FIPS 140-2 certification[3] are government-approved for the U.S. and Canadian governments.

### Best-Fit Applications
- Thin entry-level laptop PCs
- Thin high-end netbooks
- Thin ultraportables

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 500GB | ST500LT025 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT019 | SATA 6Gb/s | 16MB |
| 500GB | ST500LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012 | SATA 6Gb/s | 16MB |
| 320GB | ST320LT012 | SATA 6Gb/s | 16MB |

## Ultra Mobile HDD

Just 5mm thin and supported by a stainless steel design, the Seagate Ultra Mobile HDD is ready for mobility.



### Key Advantages
- 500GB brings 7× more space to tablet applications at a fraction of the cost.
- Zero-gravity sensors provide extra drop protection.
- Improved shock and tolerance for gyroscopic motion supports even the intense maneuvers of gamers.
- Just 3.3 oz—about the weight of a lightbulb
- Couple with the Seagate Mobile Enablement Kit's Dynamic Data™ Driver for robust and responsive storage with no compromise to system battery life.

### Best-Fit Applications
- Tablets
- Convertible and detachable storage
- Ultra-mobile, ultra-portable storage expansion apps

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 500GB | ST500LT016 | SATA 6Gb/s | 16MB |

CONFIDENTIAL

FED_SEAG0004805

## Laptop 2.5-Inch Internal Kit

Seagate 2.5-inch internal drives deliver vast amounts of storage for adding capacity or upgrading drives in laptop computers.

### Key Advantages
- Built for mobility
- Preserves battery life
- Large data cache
- Outstanding performance
- Laptop solid state hybrid model offers SSD-like performance with the capacity of a hard drive.

### Best-Fit Applications
- Replacement laptop drives
- Laptop storage upgrades
- High-end laptops and workstations



| CAPACITY | KIT NUMBER | INTERFACE | CACHE |
|---|---|---|---|
| 1TB | STBD1000100 | SATA 3Gb/s | 8MB |
| 500GB | ST905003NGA1AS-RK | SATA 3Gb/s | 16MB |
| 500GB | ST905003NYA1AS-RK | SATA 3Gb/s | 8MB |
| 250GB | ST90250NYA1AS-RK | SATA 3Gb/s | 8MB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |

| LAPTOP SSHD MODEL | | | |
|---|---|---|---|
| CAPACITY | KIT NUMBER | INTERFACE | MLC FLASH |
| 1TB | STBD1000400 | SATA 6Gb/s | 8GB |
| PACKAGE DIMENSIONS | 6.25-in L x 4.75-in W x 2.25-in D (159mm x 121mm x 57mm) | | |



CONFIDENTIAL

FED_SEAG0004806

# Specialty Storage Solutions

## Storage solutions for NAS, DVRs and surveillance systems

Seagate has the expertise to build drives optimized for specialty environments, like Network Attached Storage (NAS), CE and video storage. Our global presence, business partnerships, technology leadership and industry understanding enable Seagate to deliver industry-leading products.





|  |  | NAS HDD | SV35 SERIES™ | VIDEO 3.5 HDD | VIDEO 2.5 HDD |
|---|---|---|---|---|---|
| **Product Comparison** | Legacy Name |  |  | Pipeline™ HD | Pipeline HD Mini |
|  | Application | Small NAS | Video Surveillance | Mainstream CE-DVR | Small form factor CE-DVR |
|  | Description | Best-performing, highest-capacity storage for 1- to 5-bay NAS systems | Optimized performance and improved reliability for video surveillance applications | Cool, quiet, low-power performance—perfect for high-definition consumer DVR applications | Cool, quiet, low power—perfect for small form factor and power-sensitive designs |
|  | Capacity¹ | 2TB to 4TB | 1TB to 3TB | 250GB to 4TB | 250GB to 500GB |
|  | Interface | SATA 6Gb/s | SATA 6Gb/s | SATA 3Gb/s, SATA 6Gb/s | SATA 3Gb/s |
|  | Form Factor | 3.5-inch | 3.5-inch | 3.5-inch | 2.5-inch |
|  | Simultaneous HD Streams Supported | — | — | up to 16 | up to 12 |
|  | Reliability | 1M hours MTBF | <1% AFR | 0.55% AFR | 0.55% AFR |
|  | Cache | 64MB | 64MB | 8MB to 64MB | 16MB |
|  | Power (Idle) | 3.0W to 3.95W | 3.36W to 5.4W (idle2) | 2.5W to 5.0W | 0.66W |
| **Feature Comparison** | Product | NAS HDD | SV35 Series | Video 3.5 HDD | Video 2.5 HDD |
|  | Cool Operation |  | x | x | x |
|  | 24x7 Operation Capable | x | x | x | x |
|  | Extremely Low Vibration | x |  |  |  |
|  | NASWorks™ Technology | x |  |  |  |
|  | Energy-Saving Features | x |  | x | x |
|  | RoHS Compliance | x | x | x | x |

CONFIDENTIAL

FED_SEAG0004807

## NAS HDD

The Seagate NAS HDD fine-tunes the needs of 1- to 5-bay NAS systems to provide industry-leading performance and highest-capacity storage.



### Key Advantages

- NASWorks™ technology supports custom error recovery controls, power management and vibration tolerance.
- NAS error recovery controls help to ensure drives are not dropped from the NAS and sent into a RAID rebuild.
- Improved vibration tolerance and emission in multi-drive systems with dual-plane balance.
- Advanced power management supports multiple power profiles for low-power, 24×7 performance.

### Best-Fit Applications

- Home servers or desktop NAS solutions
- Small-business file sharing
- Backup servers

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 4TB | ST4000VN000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VN000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VN000 | SATA 6Gb/s | 64MB |

## Video 3.5 HDD

Seagate Video 3.5 HDDs deliver unprecedented levels of acoustic, power and vibration performance with room for hundreds of your favorite movies.



### Key Advantages

- Quiet drive operation to enhance customer viewing and listening experiences
- 75°C, 24-hour operation capable
- Operational power consumption as low as 3.4W
- 2.0A spin-up current limited

### Best-Fit Applications

- Consumer digital video recorders
- Media servers and centers
- Home theater PCs and servers
- Cable, satellite and IPTV set-top boxes

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 4TB | ST4000VM000 | SATA 6Gb/s | 64MB |
| 3TB | ST3000VM002 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VM003 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VM002 | SATA 6Gb/s | 64MB |
| 500GB | ST3500312CS | SATA 3Gb/s | 8MB |
| 320GB | ST3320311CS | SATA 3Gb/s | 8MB |
| 160GB | ST3160310CS | SATA 3Gb/s | 8MB |

## SV35 Series

The Seagate SV35 series drives optimize performance, save power and improve reliability for video surveillance applications.



### Key Advantages

- Higher areal density for cost-effective DVR applications
- Performance-tuned for seamless video applications
- Enterprise-class reliability for 24×7 video surveillance applications
- Built-in error recovery for non-stop streaming

### Best-Fit Applications

- Video surveillance digital video recorder
- Video surveillance network digital video recorder
- Direct-attached JBOD video surveillance storage
- Network-attached JBOD video storage

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 3TB | ST3000VX000 | SATA 6Gb/s | 64MB |
| 2TB | ST2000VX000 | SATA 6Gb/s | 64MB |
| 1TB | ST1000VX000 | SATA 6Gb/s | 64MB |

## Video 2.5 HDD

Seagate Video 2.5 HDDs let you stream, record and play back your video content with unparalleled reliability and performance.



### Key Advantages

- Virtually silent streaming performance as low as 19dB.
- Built for 24×7 operation and low power consumption
- Small, 2.5-inch form factor allows system cost reduction and operational power savings
- Fanless design allows flexibility in a sleek system design.
- 0.55% AFR supports longevity in demanding consumer electronic environments.

### Best-Fit Applications

- DVR and media center applications
- Home theater PCs
- Karaoke and audio jukeboxes
- Cable, satellite and IPTV set-top boxes
- In-camera or surveillance systems

| CAPACITY | MODEL | INTERFACE | CACHE |
|----------|-------|-----------|-------|
| 500GB | ST500VT000 | SATA 3Gb/s | 16MB |
| 320GB | ST320VT000 | SATA 3Gb/s | 16MB |
| 250GB | ST250VT000 | SATA 3Gb/s | 16MB |

CONFIDENTIAL

FED_SEAG0004808

## Partner Resources and Benefits

The Seagate Partner Program (SPP) provides access to unique resources and benefits to help channel partners secure new opportunities and grow revenue and profitability.

As a registered SPP member, you enjoy the following exclusive features:

· Password-protected portal
· E-newsletter and regular news updates
· New product evaluation unit program
· Training and sales tools
· Priority support

Start reaping the rewards of SPP membership—register today at www.seagate.com/www/partners
· Complete the online form.
· Click through and accept our standard agreement.

Seagate

## Service and Support

For information regarding products and services, visit www.seagate.com/about/contact-us/technical-support

Available services include:
· Presales and Technical Support
· Global Support Services telephone numbers and business hours
· Authorized Seagate Service Centers

For information regarding Warranty Support, visit www.seagate.com/support/warranty-and-returns

For information regarding Data Recovery Services, visit www.seagate.com/services-software/

For Seagate OEM and Distribution partner portal, visit www.seagate.com/www/partners

For Seagate reseller portal, visit www.seagate.com/www/partners



CONFIDENTIAL

FED_SEAG0004809





Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, California 95014
408-658-1000

CONFIDENTIAL

# EXHIBIT 21

**Subject:**  Fwd: Agenda for QIR Executive Reviews, Oct 30-31
**From:**  Andrei Khurshudov <andrei.khurshudov@seagate.com>
**To:**  Dmitriy Y Vassilyev <dmitriy.y.vassilyev@seagate.com>
FAITH_for Internal FA (LO) - 10Oct12.xlsx

data for the failure pareto sample size reduction study...

Regards,

**Andrei Khurshudov**, Ph.D
Sr. Director

Cloud Storage Quality Engineering
Seagate Technology

T 720.684.2656
F 720.684.1128
C 303.652.7577

andrei.khurshudov@seagate.com

389 Disc Drive • Longmont, CO
80503 • USA

---------- Forwarded message ----------
From: **Chris G Labbe** <chris.g.labbe@seagate.com>
Date: Sun, Oct 21, 2012 at 9:13 PM
Subject: Re: Agenda for QIR Executive Reviews, Oct 30-31
To: Andrei Khurshudov <andrei.khurshudov@seagate.com>

Here's our daily report on the 90 day inventory of failures by source.

Mostly, the operation of concern is CST2, which indicates the QA version of GIO, usually run as LODT.

In the recent history, Grenada is the highest volume by far.  But Grenada is not very stable right now.  It could be a good study since it would represent the extreme ... could we still catch the existing problems even with nearly constant shifts in performance.

Otherwise, Pharaoh is the other candidate.  More mature and stable.   If sampling doesn't reveal the same answer here, then it might not on any other program :)

Chris Labbe
Sr. Director
Analysis & Solutions Engineering
Seagate Technologies

"Always A Solution"

**Thai cell   (66) 086-892-2810**
**Thai office (66)  04-470-3933**
**US vmail  1 (720) 864-1012**

On Tue, Oct 16, 2012 at 5:34 AM, Andrei Khurshudov <andrei.khurshudov@seagate.com>
wrote:

Hi Chris,
it was good talking to you at the Tech Review (and in the Airport).
We will now start working on the project that we have discussed.  When possible, we would
like to receive the following actual data for whatever product you chose (or, for several
products):

- List of ODT failures that went into FA (I presume, all ODT failures) in the order of failure
events
- for each failure, please provide the identified failure mode

Our goal will be - for now - to check if it is possible to do FA on half of these drives
WITHOUT LOSING INFO ABOUT FAILURE PARETO, EXCURSIONS, etc.
In other words, could we reduce the ODT FA sampling rate by 2x without any loss in
fidelity of data and conclusions?

I will keep you updated on our progress and please correct me if my goal definition is not
too accurate.  thanks!

Regards,

**Andrei Khurshudov**, Ph.D
Sr. Director

Cloud Storage Quality Engineering
Seagate Technology

T 720.684.2656
F 720.684.1128
C 303.652.7577

                                    FED_SEAG0006443

andrei.khurshudov@seagate.com

389 Disc Drive • Longmont, CO
80503 • USA

On Mon, Oct 15, 2012 at 4:40 PM, Chris G Labbe <chris.g.labbe@seagate.com> wrote:

Todd,

no timeline attached.

Chris Labbe
Sr. Director
Analysis & Solutions Engineering
Seagate Technologies

"Always A Solution"

**Thai cell   (66) 086-892-2810**
**Thai office (66)  04-470-3933**
**US vmail  1 (720) 864-1012**

On Mon, Oct 15, 2012 at 1:47 PM, Todd A Stute <todd.a.stute@seagate.com> wrote:

I've set a tentative agenda for the QIR Project Executive Reviews, scheduled for
Oct 30/31.
In preparation for those reviews, please complete the following:

1.    By Oct 19th, let me know whether you accept the date and time slot I've
      assigned your project.  Let me know who will be presenting the project
      review to the executives (speaker).
2.    By Oct 26th, provide me with a short powerpoint presentation that will
      be used in the review.   Since we have 12+ projects to review in under than
      120 minutes of valuable executive time, we have to keep them all short and
      concise (6-8 minutes max!!!).  To that end, please adhere to the following:
      1.    Limit your presentation to 2-3 slides in addition to your project
            charter slide(s) you'll find in the attached presentation.  I can include
            more slides in the backup but we need to keep the talking slides to 2-3
            per project review.
      2.    On these slides, emphasize your project status (what you've
            accomplished or are planning to do shortly) and key objectives(what

CONFIDENTIAL

FED_SEAG0006444

you plan to accomplish through this project).   Also, highlight
anywhere that you'd like executive feedback on (issues, challenges,
roadblocks).  Finally, provide a general timeline for project
completion.

3.     I've included a template for your convenience.

Any questions or concerns, let me know ASAP.

--
Todd A. Stute
Seagate Corporate Quality
(952) 402-5981

FED_SEAG0006445

# EXHIBIT 25

From:       Wanda W Pearson <wanda.w.pearson@seagate.com>
Subject:    Fwd: Most Reliable HDDs After Analyzing 25,000 Units - Backblaze
To:         Sai S Varanasi <sai.s.varanasi@seagate.com>,Ronald E Lane <ronald.e.lane@seagate.com>
Cc:         Suzette Simonich <Suzette.L.Simonich@seagate.com>,Joel Hagberg
<joel.hagberg@seagate.com>,John D Grieci <john.d.grieci@seagate.com>

**I was talking to Rob Volpe this afternoon and he
mentioned this article to me.  The fail rates for the
Seagate drives are astounding.  And the article is
pretty damaging.  Are you aware of any reason the fail
rates would be this bad?  And do we have any returns
from Backblaze?**

**wp**

## Most Reliable HDDs After Analyzing 25,000 Units –
## Backblaze

*1/ HGST, 2/ WD, 3/ Seagate*

This is a Press Release edited by StorageNewsletter.com on 2014.01.31
Jump right to our comments

This report has been published on te the blog of Backblaze, author being Brian Beach, principal
engineer, Backblaze, Inc.



**What HDD Should I Buy?**

My last two blog posts were about expected drive lifetimes and drive reliability. These posts
were an outgrowth of the careful work that we've done at Backblaze to find the most cost-
effective disk drives. Running a truly unlimited online backup service for only $5 per month
means our cloud storage needs to be very efficient and we need to quickly figure out which
drives work.

Because Backblaze has a history of openness, many readers expected more details in my previous posts. They asked what drive models work best and which last the longest. Given our experience with over 25,000 drives, they asked which ones are good enough that we would buy them again. In this post, I'll answer those questions.

**Drive Population**
At the end of 2013, we had 27,134 consumer-grade drives spinning in Backblaze Storage Pods. The breakdown by brand looks like this:

**HDDs by Manufacturer Used by Backblaze**

| | | | |
|---|---|---|---|
| Seagate | 12,765 | 39,576 | 1.4 |
| Hitachi | 12,956 | 36,078 | 2.0 |
| Western Digital | 2,838 | 2,581 | 2.5 |
| Toshiba | 58 | 174 | 0.7 |
| Samsung | 18 | 18 | 3.7 |

As you can see, they are mostly Seagate and Hitachi drives, with a good number of Western Digital thrown in. We don't have enough Toshiba or Samsung drives for good statistical results.

Why do we have the drives we have? Basically, we buy the least expensive drives that will work. When a new drive comes on the market that looks like it would work, and the price is good, we test a pod full and see how they perform. The new drives go through initial setup tests, a stress test, and then a couple weeks in production. (A couple of weeks is enough to fill the pod with data.) If things still look good, that drive goes on the buy list. When the price is right, we buy it.

We are willing to spend a little bit more on drives that are reliable, because it costs money to replace a drive. We are not willing to spend a lot more, though.

**Excluded Drives**
Some drives just don't work in the Backblaze environment. We have not included them in this study. It wouldn't be fair to call a drive 'bad' if it's just not suited for the environment it's put into.

We have some of these drives running in storage pods, but are in the process of replacing them because they aren't reliable enough. When one drive goes bad, it takes a lot of work to get the RAID back on-line if the whole RAID is made up of unreliable drives. It's just not worth the trouble.

The drives that just don't work in our environment are Western Digital Green 3TB drives and Seagate LP (low power) 2TB drives. Both of these drives start accumulating errors as soon as they are put into production. We think this is related to vibration. The drives do somewhat better in the new low-vibration Backblaze Storage Pod, but still not well enough.

CONFIDENTIAL

These drives are designed to be energy-efficient, and spin down aggressively when not in use. In the Backblaze environment, they spin down frequently, and then spin right backup. We think that this causes a lot of wear on the drive.

**Failure Rates**

We measure drive reliability by looking at the annual failure rate, which is the average number of failures you can expect running one drive for a year. A failure is when we have to replace a drive in a pod.

**Annual Failure Rates**



This chart has some more details that don't show up in the pretty chart, including the number of drives of each model that we have, and how old the drives are.

**Number of Hard Drives by Model at Backblaze**

| | | | | |
|---|---|---|---|---|
| Seagate Desktop HDD.15 (ST4000DM000) | 4.0TB | 5199 | 0.3 | 3.8% |
| Hitachi GST Deskstar 7K2000 | 2.0TB | 4716 | 2.9 | 1.1% |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| (HDS722020ALA330) | | | | |
| Hitachi GST Deskstar 5K3000 (HDS5C3030ALA630) | 3.0TB | 4592 | 1.7 | 0.9% |
| Seagate Barracuda (ST3000DM001) | 3.0TB | 4252 | 1.4 | 9.8% |
| Hitachi Deskstar 5K4000 (HDS5C4040ALE630) | 4.0TB | 2587 | 0.8 | 1.5% |
| Seagate Barracuda LP (ST31500541AS) | 1.5TB | 1929 | 3.8 | 9.9% |
| Hitachi Deskstar 7K3000 (HDS723030ALA640) | 3.0TB | 1027 | 2.1 | 0.9% |
| Seagate Barracuda 7200 (ST31500341AS) | 1.5TB | 539 | 3.8 | 25.4% |
| Western Digital Green (WD10EADS) | 1.0TB | 474 | 4.4 | 3.6% |
| Western Digital Red (WD30EFRX) | 3.0TB | 346 | 0.5 | 3.2% |
| Seagate Barracuda XT (ST33000651AS) | 3.0TB | 293 | 2.0 | 7.3% |
| Seagate Barracuda LP (ST32000542AS) | 2.0TB | 288 | 2.0 | 7.2% |
| Seagate Barracuda XT (ST4000DX000) | 4.0TB | 179 | 0.7 | n/a |
| Western Digital Green (WD10EACS) | 1.0TB | 84 | 5.0 | n/a |
| Seagate Barracuda Green (ST1500DL003) | 1.5TB | 51 | 0.8 | 120.0% |

The following sections focus on different aspects of these results.

**1.5TB Seagate Drives**
The Backblaze team has been happy with Seagate Barracuda LP 1.5TB drives. We've been running them for a long time - their average age is pushing 4 years. Their overall failure rate isn't great, but it's not terrible either.

The non-LP 7200 RPM drives have been consistently unreliable. Their failure rate is high, especially as they're getting older.

**1.5TB Seagate Drives Used by Backblaze**

| | | | | |
|---|---|---|---|---|
| Seagate Barracuda LP (ST31500541AS) | 1.5TB | 1929 | 3.8 | 9.9% |
| Seagate Barracuda 7200 (ST31500341AS) | 1.5TB | 539 | 3.8 | 25.4% |
| Seagate Barracuda Green (ST1500DL003) | 1.5TB | 51 | 0.8 | 120.0% |

The Seagate Barracuda Green 1.5TB drive, though, has not been doing well. We got them from Seagate as warranty replacements for the older drives, and these new drives are dropping like flies. Their average age shows 0.8 years, but since these are warranty replacements, we believe that they are refurbished drives that were returned by other customers and erased, so they already had some usage when we got them.

**Bigger Seagate Drives**
The bigger Seagate drives have continued the tradition of the 1.5Tb drives: they're solid workhorses, but there is a constant attrition as they wear out.

**2.0 to 4.0 TB Seagate Drives Used by Backblaze**

| | | | | |
|---|---|---|---|---|
| Seagate Desktop HDD.15 (ST4000DM000) | 4.0TB | 5199 | 0.3 | 3.8% |
| Seagate Barracuda (ST3000DM001) | 3.0TB | 4252 | 1.4 | 9.8% |
| Seagate Barracuda XT (ST33000651AS) | 3.0TB | 293 | 2.0 | 7.3% |
| Seagate Barracuda LP (ST32000542AS) | 2.0TB | 288 | 2.0 | 7.2% |
| Seagate Barracuda XT (ST4000DX000) | 4.0TB | 179 | 0.7 | n/a |

The good pricing on Seagate drives along with the consistent, but not great, performance is why we have a lot of them.

**Hitachi Drives**
If the price were right, we would be buying nothing but Hitachi drives. They have been rock solid, and have had a remarkably low failure rate.

**Hitachi Drives Used by Backblaze**

FED_SEAG0010106

| | | | | |
|---|---|---|---|---|
| Hitachi GST Deskstar 7K2000 (HDS722020ALA330) | 2.0TB | 4716 | 2.9 | 1.1% |
| Hitachi GST Deskstar 5K3000 (HDS5C3030ALA630) | 3.0TB | 4592 | 1.7 | 0.9% |
| Hitachi Deskstar 5K4000 (HDS5C4040ALE630) | 4.0TB | 2587 | 0.8 | 1.5% |
| Hitachi Deskstar 7K3000 (HDS723030ALA640) | 3.0TB | 1027 | 2.1 | 0.9% |

## Western Digital Drives

Back at the beginning of Backblaze, we bought Western Digital 1TB drives, and that was a really good choice. Even after over 4 years of use, the ones we still have are going strong.

We wish we had more of the Western Digital Red 3TB drives (WD30EFRX). They've also been really good, but they came after we already had a bunch of the Seagate 3TB drives, and when they came out their price was higher.

## Western Digital Drives Used by Backblaze

| | | | | |
|---|---|---|---|---|
| Western Digital Green (WD10EADS) | 1.0TB | 474 | 4.4 | 3.6% |
| Western Digital Red (WD30EFRX) | 3.0TB | 346 | 0.5 | 3.2% |
| Western Digital Green (WD10EACS) | 1.0TB | 84 | 5.0 | n/a |

## What About Drives That Don't Fail Completely?

Another issue when running a big data center is how much personal attention each drive needs. When a drive has a problem, but doesn't fail completely, it still creates work. Sometimes automated recovery can fix this, but sometimes a RAID array needs that personal touch to get it running again.

Each storage pod runs a number of RAID arrays. Each array stores data reliably by spreading data across many drives. If one drive fails, the data can still be obtained from the others. Sometimes, a drive may 'pop out' of a RAID array but still seem good, so after checking that its data is intact and it's working, it gets put back in the RAID to continue operation. Other times a drive may stop responding completely and look like it's gone, but it can be reset and continue running.

CONFIDENTIAL

Measuring the time spent in a 'trouble' state like this is a measure of how much work a drive creates. Once again, Hitachi wins. Hitachi drives get 'four nines' of untroubled operation time, while the other brands just get 'two nines'.

**Untroubled Operation of Drives by Manufacturer used at Backblaze**

|  |  |  |  |
|---|---|---|---|
| Seagate | 99.72 | 0.28% | 12459 |
| Western Digital | 99.83 | 0.17% | 933 |
| Hitachi | 99.99 | 0.01% | 12956 |

**Drive Lifetime by Brand**
The chart below shows the cumulative survival rate for each brand. Month by month, how many of the drives are still alive?

**36-Month Suvival Rate**



Hitachi does really well. There is an initial die-off of Western Digital drives, and then they are nice and stable. The Seagate drives start strong, but die off at a consistently higher rate, with a burst of deaths near the 20-month mark.

CONFIDENTIAL

Having said that, you'll notice that even after 3 years, by far most of the drives are still operating.

**What Drives Is Backblaze Buying Now?**
We are focusing on 4TB drives for new pods. For these, our current favorite is the Seagate Desktop HDD.15 (ST4000DM000). We'll have to keep an eye on them, though. Historically, Seagate drives have performed well at first, and then had higher failure rates later.

Our other favorite is the Western Digital 3TB Red (WD30EFRX).

We still have to buy smaller drives as replacements for older pods where drives fail. The drives we absolutely won't buy are Western Digital 3TB Green drives and Seagate 2TB LP drives.

A year and a half ago, Western Digital acquired the Hitachi disk drive business. Will Hitachi drives continue their excellent performance? Will Western Digital bring some of the Hitachi reliability into their consumer-grade drives?

At Backblaze, we will continue to monitor and share the performance of a variety of disk drive models. What has your experience been?

# Our Comments

We read some negative comments on this report in the US press.

Under the title, _Dispelling Backblaze's HDD Reliability Myth - The Real Story Covered: We chronicle Backblaze's failed attempt to provide credible HDD reliability data. Read on to find out why you should pay no attention at all_
TweakTown wrote:
_"Needless to say, there are holes in the methodology big enough to drive a truck through._
_"They don't explain the test environment._
_"The data from Backblaze should not influence a purchasing decision by any consumer, regardless of what type of drive they are purchasing. The innumerable variables, and lack of documentation, ensures the results are unreliable. Even for the winners, the results aren't good; the failure rates are exponentially higher than those observed in the real-world. One should question whether these companies could survive financially with the massive warranty return rates in real-world scenarios."_

Under the title, _Selecting a Disk Drive: How Not to Do Research_
enterprisestorageforum.com wrote:
_"I wasn't impressed last week when I saw Brian Beach's blog on what disk drive to buy. I wasn't impressed due to the lack of intellectual rigor in the analysis of the data he presented. In my opinion, clearly Beach has something else going on or lacks understanding of how disk drives and the disk drive market work._
_"There is nothing in the blog about how much data is written to a set of drives that has had failures."_

FED_SEAG0010109

These comments are not fair.

We congratulate Backblaze for its report as it's the first time to our knowledge that a big user of HDDs published statistics on the reliability of HDDs based on a significant number of devices (25,000) and giving the names of the manufacturers with the precise models. And you cannot suspect Backblaze not to be independent from HDD makers as it runs devices from all of them. If nobody did a research like that, main reason is probably that big users prefer to keep good relationship with their suppliers.

For sure Backblaze published its report to promote its company. But why not?

And at the end, the final ranking in term of reliability (1/ HGST, 2/ WD, 3/ Seagate) is not surprising.

We suggest US commentators to buy 25,000 HDDs, keep them running them for several years and reveal their own results to prove Backblaze is wrong.

We also heard that HDD makers were not happy at all after reading the Backblaze report. For them, we suggest that they reveal their own numbers concerning the hard disk drives they were obliged to replace before the end of the warranty these last years. For sure, they have these statistics. But up to know they never publicly released this information. Do it and once more prove that the Backblaze results are wrong.

---------- Forwarded message ----------
From: **Robert Volpe** <robert.volpe@seagate.com>
Date: Fri, Jan 31, 2014 at 2:35 PM
Subject: Most Reliable HDDs After Analyzing 25,000 Units - Backblaze
To: Wanda W Pearson <wanda.w.pearson@seagate.com>, Noelle Currell
<noelle.currell@seagate.com>

FYI

http://www.storagenewsletter.com/rubriques/market-reportsresearch/most-reliable-hdds-after-analyzing-25000-units-backblaze/

--
**Rob Volpe**
Director, Global Operations Strategy
Seagate Technology
Office Telephone: 720-684-1988
US Cell Phone: 303-351-1110

CONFIDENTIAL

CONFIDENTIAL

FED_SEAG0010111

# EXHIBIT 28

HIGHLY CONFIDENTIAL

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3   ANNA S. McLEAN, Cal. Bar No. 142233
    TENAYA RODEWALD, Cal. Bar No. 248563
4   MUKUND H. SHARMA, Cal. Bar No. 249125
    LIËN H. PAYNE, Cal. Bar No. 291569
5   JOY O. SIU, Cal. Bar No. 307610
    Four Embarcadero Center, 17th Floor
6   San Francisco, California 94111-4109
    Telephone:    415.434.9100
7   Facsimile:    415.434.3947
    Email:    npopovic@sheppardmullin.com
8             amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
9             msharma@sheppardmullin.com
              lpayne@sheppardmullin.com
10            jsiu@sheppardmullin.com

11  Attorneys for Defendant,
    SEAGATE TECHNOLOGY, LLC

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17
    IN RE SEAGATE TECHNOLOGY, LLC          Case No. 3:16-cv-00523 JCS
18  LITIGATION
                                           **DEFENDANT SEAGATE TECHNOLOGY**
19  ─────────────────────────────          **LLC'S SUPPLEMENTAL RESPONSES**
                                           **TO PLAINTIFF CHRISTOPHER**
    CONSOLIDATED ACTION                    **NELSON'S FIRST SET OF**
20                                         **INTERROGATORIES**

21

22
    PROPOUNDING PARTY:    PLAINTIFF CHRISTOPHER NELSON
23
    RESPONDING PARTY:     SEAGATE TECHNOLOGY, LLC
24
    SET NO.:              ONE
25

26

27

28

                                    -1-                      Case No. 3:16-cv-00523-JCS
    SMRH:483623802.2       DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF
                                                                    INTERROGATORIES

HIGHLY CONFIDENTIAL

1    Defendant Seagate Technology LLC ("Seagate") hereby supplements its responses

2  to Interrogatories Number 1, 2, and 8 in the First Set of Interrogatories propounded by plaintiff

3  Christopher Nelson ("Plaintiff").

**GENERAL STATEMENT AND OBJECTIONS**

**GENERAL OBJECTIONS**

6    1.    The following responses are made solely for purposes of this action.  Each response

7  is subject to all objections as to competence, relevance, materiality, propriety and admissibility,

8  and any and all other objections and grounds which would require the exclusion of any statements

9  contained herein, if such statements were made by a witness present and testifying at court, all of

10  which objections and grounds are reserved and may be interposed at the time of trial.

11    2.    The following responses are based upon information presently available to Seagate.

12  Seagate is not making any incidental or implied admissions regarding the contents of these

13  responses.  Seagate's objections, and any subsequent responses, are at all times subject to such

14  additional or different information as may result from further discovery, investigation, and/or

15  refreshing of recollection.  Seagate reserves the right to alter, amend, or supplement any responses

16  it makes to Plaintiff's First Set of Interrogatories.  Seagate reserves the right to make any use of,

17  or to introduce at any hearing and at trial, information responsive to the First Set of

18  Interrogatories, but discovered subsequent to the date of any responses to the First Set of

19  Interrogatories, including, but not limited to, any such information obtained in discovery herein.

20  The fact that Seagate has answered part or all of any Interrogatory is not intended to and shall not

21  be construed to be a waiver by Seagate of all or any part of any objections to any Interrogatory.

22    3.    Seagate objects to the Interrogatories to the extent they seek information outside

23  the possession, custody, or control of Seagate and that is not within Seagate's personal knowledge.

24

25

26

27

28

SMRH:483623802.2                          DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF
INTERROGATORIES

HIGHLY CONFIDENTIAL

## OBJECTIONS TO DEFINITIONS

1.     Seagate objects to the definition of SEAGATE or YOU as overbroad to the extent Plaintiffs purport to ask for privileged information from Seagate attorneys.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

State the total annual unit sales, by year and by state, of Hard Drives sold within the United States.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Seagate incorporates the General Objections set forth above to the extent applicable.  Seagate objects to this interrogatory because it is premature and seeks information irrelevant to class certification or liability.  Seagate further objects to this interrogatory because it seeks sensitive commercial and business information protected by California law.  Subject to and without waiving the foregoing objections, Seagate responds as follows:

Pursuant to the Parties' meet and confer agreement, Seagate agreed to, and did, provide data responsive to this interrogatory for each of the Drives identified in the Second Consolidated Amended Complaint ("SCAC") by year pursuant to state and federal mediation privileges.  *Cf.*  Fed. R. Evid. 501 ("[I]n a civil case, state law governs privilege regarding a claim or defense for which state law supplies the rule of decision."); Cal. Evid. Code §§ 1115 *et seq.*; *see also* Fed. R. Evid. 408 (protecting conduct and communications made for purposes of offers of compromise or negotiations).

In Table 1 below, Seagate provides total annual net unit sales in the U.S. of products containing drive model number ST3000DM001.  Sales data from September 2011 through December 2011 are subject to change, and Seagate is working to confirm these data.  Seagate does not track sales of consumer products to consumers on a state-by-state basis.

**INTERROGATORY NO. 2:**

State the total annual revenue, by year and by state, from sales of Hard Drives within the United States.

SMRH:483623802.2

HIGHLY CONFIDENTIAL

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Seagate incorporates the General Objections set forth above to the extent applicable. Seagate objects to this interrogatory because it is premature and seeks information irrelevant to class certification or liability. Seagate further objects to this interrogatory because it seeks sensitive commercial and business information protected by California law. Subject to and without waiving the foregoing objections, Seagate responds as follows:

Pursuant to the Parties' meet and confer agreement, Seagate agreed to, and did, provide data responsive to this interrogatory for each of the Drives identified in the SCAC by year pursuant to the mediation privilege. *Cf.* Fed. R. Evid. 501 ("[I]n a civil case, state law governs privilege regarding a claim or defense for which state law supplies the rule of decision."); Cal. Evid. Code §§ 1115 *et seq.*; *see also* Fed. R. Evid. 408 (protecting conduct and communications made for purposes of offers of compromise or negotiations).

In Table 2 below, Seagate provides the total annual net revenues in the U.S. of drives containing drive model number ST3000DM001. Sales data from September 2011 through December 2011 are subject to change, and Seagate is working to confirm these data. Seagate does not track sales of consumer products to consumers on a state-by-state basis.

**INTERROGATORY NO. 8:**

State the total annual revenue, by year and by state, from any recovery services paid to You by consumers for Hard Drives sold in the United States.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Seagate incorporates the General Objections set forth above to the extent applicable. Seagate objects to this interrogatory to the extent that it seeks sensitive commercial and business information protected by California law. Seagate further objects to this interrogatory on grounds that it seeks information related to consequential damages, which are not recoverable, and thus not relevant to Plaintiff's claims or defenses. As such, the interrogatory falls outside the permissible scope of discovery. Seagate further objects to this interrogatory to the extent it seeks confidential consumer information protected by the California Constitution. Subject to and without waiving the foregoing objections, Seagate responds as follows:

HIGHLY CONFIDENTIAL

1        Pursuant to the Parties' meet and confer agreement, Seagate agreed to, and did,

2  provide data responsive to this interrogatory for each of the Drives identified in the SCAC by year

3  pursuant to state and federal mediation privileges.  *Cf.*  Fed. R. Evid. 501 ("[I]n a civil case, state

4  law governs privilege regarding a claim or defense for which state law supplies the rule of

5  decision."); Cal. Evid. Code §§ 1115 *et seq.*; *see also* Fed. R. Evid. 408 (protecting conduct and

6  communications made for purposes of offers of compromise or negotiations).

7        Seagate further responds that its customers have paid approximately $674,225 for

8  data recovery charges through May 2017, with filters applied to eliminate obvious institutional

9  customers (businesses, non-profits, government entities, educational institutions) and non-US

10  customers.

Dated:  August 18, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       _/s/ Anna S. McLean_
          NEIL A.F. POPOVIĆ
          ANNA S. McLEAN
          MUKUND H. SHARMA
          TENAYA RODEWALD
          LIÊN H. PAYNE
          JOY O. SIU

          Attorneys for Defendant
          SEAGATE TECHNOLOGY, LLC

SMRH:483623802.2

HIGHLY CONFIDENTIAL

**Table 1:  U.S. Net Unit Sales of Drives Containing Drive Model Number ST3000DM001**

| Year | Business 1 Bay NAS | Business 2 Bay NAS | Business 4 Bay NAS | D3 Station | Desktop Ext. Drive | Barracuda – Desktop Internal HDD Kit. | FreeAgent GoFlex Desk | FreeAgent GoFlex Home | GoFlex Desk For Mac | Backup Plus Desk | Backup Plus Mac | Seagate Expansion Desk | Seagate Expansion Desk Plus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 0 | 0 | 0 | 0 | 34,651 | 11371 | 100,046 | 14,663 | 1,071 | 0 | 0 | 0 | 0 |
| 2012 | 0 | 0 | 0 | 0 | 29,389 | 52093 | 161,691 | 41,196 | 3,610 | 304,921 | 6,527 | 62,959 | 0 |
| 2013 | 843 | 1,074 | 956 | 15,917 | -61 | 47499 | -2,138 | -1,563 | 1,377 | 377,644 | 11,130 | 138,542 | 12,657 |
| 2014 | 1,017 | 590 | 441 | 29,913 | 0 | 46234 | -507 | -112 | -8 | 171,329 | 15,607 | 94,609 | 30,023 |
| 2015 | 110 | 21 | 39 | 20,683 | 0 | 56541 | -6 | -2 | 0 | 67,714 | 14,452 | 133,036 | 28,106 |
| 2016 | 0 | 0 | -7 | 2,383 | 0 | 34067 | -1 | 0 | 0 | 49,092 | 11,942 | 28,135 | 8,162 |
| 2017* | 0 | 0 | 0 | -2 | 0 | 6760 | 0 | 0 | 0 | 17,194 | -55 | 19,698 | -17 |
| **Total** | 1,970 | 1,685 | 1,429 | 68,894 | 63,979 | 254,565 | 259,085 | 54,182 | 6,050 | 987,894 | 59,603 | 476,979 | 78,931 |

* Data for 2017 is through May 2017.

HIGHLY CONFIDENTIAL

**Table 2: U.S. Net Revenues of Drives Containing Drive Model Number ST3000DM001**

| Year | Business 1 Bay NAS | Business 2 Bay NAS | Business 4 Bay NAS | D3 Station | Desktop Ext. Drive | Barracuda – Desktop Internal HDD Kit. | FreeAgent GoFlex Desk | FreeAgent GoFlex Home | GoFlex Desk For Mac | Backup Plus Desk | Backup Plus Mac | Seagate Expansion Desk | Seagate Expansion Desk Plus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | $0 | $0 | $0 | $0 | $5,048,232 | $2,103,833 | $16,034,150 | $2,588,140 | $173,308 | $0 | $0 | $0 | $0 |
| 2012 | $0 | $0 | $0 | $0 | $3,619,747 | $7,983,201 | $21,868,334 | $6,404,085 | $909,077 | $38,697,219 | $982,128 | $7,494,081 | $0 |
| 2013 | $156,200 | $432,325 | $770,780 | $1,840,595 | -$6,824 | $6,040,590 | -$179,563 | -$231,704 | $121,539 | $42,714,613 | $1,473,181 | $14,753,524 | $1,265,700 |
| 2014 | $190,618 | $224,318 | $333,594 | $3,134,456 | $0 | $5,136,694 | -$35,039 | -$21,381 | -$3,922 | $18,697,510 | $1,715,618 | $9,671,078 | $2,981,410 |
| 2015 | $21,189 | $8,568 | $29,978 | $2,176,874 | $0 | $5,664,510 | -$213 | -$153 | $0 | $7,416,248 | $1,592,631 | $13,856,740 | $2,667,158 |
| 2016 | $0 | $0 | -$4,380 | $226,365 | $0 | $2,975,799 | -$11 | $0 | $0 | $4,061,881 | $1,112,226 | $2,401,176 | $615,443 |
| 2017* | $0 | $0 | $0 | -$190 | $0 | $577,560 | $0 | $0 | $0 | $1,295,199 | -$5,143 | $1,570,729 | -$1,273 |
| **Total** | $368,006 | $665,211 | $1,129,971 | $7,378,100 | $8,661,155 | $30,482,188 | $37,687,659 | $8,738,987 | $1,200,003 | $112,882,671 | $6,870,641 | $49,747,327 | $7,528,438 |

* Data for 2017 is through May 2017.

HIGHLY CONFIDENTIAL

1    <u>VERIFICATION</u>

2    UNITED STATES DISTRICT COURT

3    NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5

6        I have read the foregoing DEFENDANT SEAGATE TECHNOLOGY, LLC'S

7    SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES and

8    know its contents.

9        I am the Director of Supply Chain of Seagate Technology, LLC, a party

10    to this action, and am authorized to make this verification for and on its behalf, and I make this

11    verification for that reason.   I am informed and believe and on that ground allege that the matters

12    stated in the foregoing document are true.

13        I declare under penalty of perjury under the laws of the State of California that the

14    foregoing is true and correct.

15        Executed on August 10, 2017, at Cupertino, California.

16    Scott Robbeleth

17    Print Name of Signatory              Signature

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
*In re Seagate Technology LLC Litigation*
USDC Case No. 5:16-cv-00523-JCS

I am over eighteen years old, not a party to the within action, and made the following

service from my place of employment—Sheppard, Mullin, Richter & Hampton, 379

Lytton Ave., Palo Alto, CA 94301.  On August 18, 2017, I served the following document:

DEFENDANT SEAGATE TECHNOLOGY, LLC'S SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

in pdf format from my email address (msharma@sheppardmullin.com) to the persons at

the email addresses listed below:

- **Steve W. Berman**
  steve@hbsslaw.com; heatherw@hbsslaw.com; nicolleg@hbsslaw.com;
  josephs@hbsslaw.com;
- **Jeff D Friedman**
  jefff@hbsslaw.com; jeanethd@hbsslaw.com; sf_filings@hbsslaw.com;
  nicolleg@hbsslaw.com
- **Shana E. Scarlett**
  shanas@hbsslaw.com
- **Bryan L. Clobes**
  bclobes@caffertyclobes.com
- **Marc Adam Goldich**
  mgoldich@axgolaw.com; mstrout@axgolaw.com
- **Ashley A. Bede**
  AshleyB@hbsslaw.com
- **Noah Axler**
  naxler@axgolaw.com
- **Nyran Rose Rasche**
  nrasche@caffertyclobes.com, docket@caffertyclobes.com, snyland@caffertyclobes.com

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct and that I am employed in the office of a member of the bar

of this Court at whose direction the service was made.

Executed on August 18, 2017, at Palo Alto, California.

_____*/s/ Mukund H. Sharma*_____
Mukund H. Sharma

# EXHIBIT 36

**Subject:**   [ChatID Analytics] Weekly Transcripts for Seagate
**From:**      no-reply@chatid.com
**To:**        jon.spencer@seagate.com, yvonne.schmidt@seagate.com,
marianne@chatid.com,christopher.davis@seagate.com,
shenedra.wiley@seagate.com,blair.billingsley@seagate.com
ChatID_Moderation_Transcripts-2016-05-16-0000–2016-05-23-0000_all_chats.xlsx

See attached files

FED_SEAG0035341

No tiff included for this record.

CONFIDENTIAL

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Room ID | Chat Session ID | ChatID of Chat Agent | Channel | Start Time |
| 4 |  |  | seagate | neweggbusiness | 2016-05-16 18:50:15.653800-04:00 |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

| | F | G | H | I | J |
|---|---|---|---|---|---|
| 1 | Conversation End Time | Duration of Conversation (seconds) | Agent Nicknames | User Wait (Start Chat to Agent Message) | Average Agent Response Time During Conversation |
| | 2016-05-16 19:02:55.776600-04:00 | 221.58 | Scott A | 27.41 | 12.55 |
| 4 | | | | | |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

|  | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | Page Title | Page URL | Post-Chat Survey Score | Product Categories | Product Brand |
| 4 | NeweggBusiness - Seagate NAS HDD ST2000VN000 2TB 64MB Cache SATA 6.0Gb/s Internal Hard Drive | http://www.neweggbusiness.com/Product/Product.aspx?Item=9B-22-178-391&nm_mc=KNC-GoogleBiz-PC&cm_mmc=KNC-GoogleBiz-PC-_-pla-_-Hard+Drives-_-9B-22-178-391&gclid=CMGRvs3P38wCFYkvgQodXkwKEg | 1 | Data Storage; Hard Drives; Desktop Internal Hard Drives; Seagate | Seagate |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

| | P | Q | R | S | T |
|---|---|---|---|---|---|
| 1 | Product Price | Message 1 | Message 2 | Message 3 | Message 4 |
| 4 | 81.99 | Scott A: Hello. Thank you for contacting Seagate on Newegg.com. My name is Scott. How may I be of assistance? | Scott A: Are you there or have we been disconnected?  This chat has been idle for 2 minutes and will be disconnected in one minute if there is no activity. | Scott A: Thank you for contacting Seagate on Newegg.com. We value your opinion and hope you can take the 1-question survey following this chat. Have a great day and let us know if we can help you with anything else. | Zach G: Hello. Thank you for contacting Seagate on Newegg.com. My name is Zach. How may I be of assistance? |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

| | U | V | W | X | Y |
|---|---|---|---|---|---|
| 1 | Message 5 | Message 6 | Message 7 | Message 8 | Message 9 |
| | Visitor: how long is the warrnty since drive rarley last | Zach G: The warranty on the NAS HDD is 3 years, as indicated under Warranty & Returns | Visitor: can I ask why seagate drive seem to have a high failure rate? | Zach G: I would not have an answer for that as we have not seen that to be the case. | Visitor: of course you are gonna say that |
| 4 | | | | | |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

| | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|
| 1 | Message 10 | Message 11 | Message 12 | Message 13 | Message 14 |
| 4 | Zach G: When used in the environment they are designed for, our drives have shown to have failure rates consistent with any other. | Visitor: i have 4 1tb drive that have failed | Zach G: I am sorry to hear that. | Visitor: thats ok I will choose another brand for this purchase I need something reliable | Zach G: I understand.  Is there anything else I can help you with? |

Prepared for Seagate on 2016-05-23 13:01:15.162497 covering 2016-05-16--2016-05-23
Version: 1.3.16

|   | AE | AF |
|---|---|---|
| 1 | Message 15 | Message 16 |
|   | Visitor: wow great have a nice day | Zach G: Thank you for contacting Seagate via Newegg. Have a good day |
| 4 |   |   |

EXHIBIT 38



Seagate Technology LLC
10200 S. De Anza Blvd.
Cupertino, CA 95014

August 27, 2014

**To: Seagate AMERICAS Latin AMERICA Authorized Distributors**
**Authorized for Seagate Retail Product Lines**
**Re: Key Retail Customer Program for Seagate® Retail Products sold to Eligible Retail Customers - REVISION**

**REVISION NOTE:** This Program supersedes and replaces Program Number Q115175r2KRC in order to update the Eligible Customers Table in Appendix A. Changes have been noted in **Green** text.

The Seagate Key Retail Customer ("KRC") Program is designed to better serve qualified Authorized Reseller Customers who purchase Seagate retail products from Seagate Authorized Distributors ("you") and therefore, assist your business development.

| Program Name | Seagate Key Retail Customer Program |
|---|---|
| Program Period | **Start Date: Saturday, August 2, 2014**<br>**End Date: Friday, September 5, 2014** |
| Eligible Products | See **Eligible Products and Rebates** Table below |
| Eligible Customers | See Table of Authorized Reseller Customers in **Appendix A** |
| Letter Number | Q115175r3KRC |

**Program Details:**
You are eligible to receive a rebate for each Eligible Product sold during the Program Period, as detailed in the table below. Only sales to Eligible Authorized Reseller Customers listed in **Appendix A** will count towards Program calculation.

**Eligible Products and Rebates:**

| Product Name | Model Number | Cap (GB) | Rebate (US$) |
|---|---|---|---|
| Backup Plus Portable Drive - Black | STDR1000100 | 1000 | $ 7.00 |
| Backup Plus Portable Drive - Silver | STDR1000101 | 1000 | $ 7.00 |
| Backup Plus Portable Drive - Blue | STDR1000102 | 1000 | $ 7.00 |
| Backup Plus Portable Drive - Red | STDR1000103 | 1000 | $ 7.00 |
| Backup Plus Portable Drive - Black | STDR2000100 | 2000 | $ 25.00 |
| Backup Plus Portable Drive - Silver | STDR2000101 | 2000 | $ 25.00 |
| Backup Plus Portable Drive - Blue | STDR2000102 | 2000 | $ 25.00 |
| Backup Plus Portable Drive - Red | STDR2000103 | 2000 | $ 25.00 |
| Seagate® Expansion™ Portable Drive USB 3.0 | STBX500100 | 500 | $ 7.50 |
| Seagate® Expansion™ Portable Drive USB 3.0 | STBX1000101 | 1000 | $ 3.50 |
| Seagate® Expansion™ Portable Drive USB 3.0 | STBX2000401 | 2000 | $ 20.00 |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV2000100 | 2000 | $ **7.50** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV2000200 | 2000 | $ **7.50** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV3000100 | 3000 | $ **7.00** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV3000200 | 3000 | $ **7.00** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV4000100 | 4000 | $ **12.50** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV4000200 | 4000 | $ **12.50** |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV5000100 | 5000 | $ 10.00 |
| Seagate® Expansion™ Desktop Drive USB 3.0 | STBV5000200 | 5000 | $ 10.00 |
| Central | STCG2000100 | 2000 | $ 6.00 |
| Central | STCG3000100 | 3000 | $ 9.00 |
| Central | STCG4000100 | 4000 | $ 4.00 |

CONFIDENTIAL                                                          FED_SEAG0002103

**Program Requirements:**

- For the Program Period indicated above, Seagate has determined the Eligible    Authorized Reseller Customers and communicated their respective eligibility status.  Appendix A lists Eligible Authorized Reseller Customers for this Program. Seagate may periodically revise the list of Eligible Authorized Reseller Customers.

- Eligible Products for t his Program must be invoiced by you to the Eligible    Authorized Reseller Customers listed in Appendix A within the Program Period.

- Seagate Sales Programs office will calculate your rebate based on Net Sales    -Out and issue credit to you for eligible rebates approximately 30 days after the close of the Program Period.

  - Net Sales-Out or Net POS is defined as your reported Point of Sale (POS) invoice data less returns.

**Additional Terms and Conditions:**

- Program calculation is based on the number of units of Eligible Product your Eligible  Authorized Reseller Customers purchased from you, less any returns.

- The Program is effective only while supplies last; no backorders will be honored.

- You are contractually required to electronically report Point of Sale (POS) and inventory data to Seagate on a daily basis. Late or missing POS or inventory data may not be included in the Program calculations.

- If you experience electronic connectivity issues preventing daily POS or inventory reporting, you must contact Zyme Solutions directly at seagate@zymesolutions.com. Please contact them immediately to provide an expected date of resolution. Late reporting or duplicate reporting of POS and inventory data will not be accepted without prior approval from Seagate.

- Only sales of Eligible Products to Eligible   Authorized Reseller Customers (Appendix A) will be used to calculate your Program rebate.

- Seagate reserves the right to request copies of invoices or other supporting documentation relating to performance under this Program. The requested invoices must be received within seven calendar days of the original request.

- Seagate is not responsible for any administrative fees or taxes incurred in connection with this Program.

- Eligible Products sold under this Program are subject to the tax, customs and export control laws and regulations of the United States and may not   be sold, leased or otherwise transferred to restricted countries, or used by a restricted end user or an end user engaged in activities related to weapons of mass destruction. It is your responsibility to comply with and abide by those laws and regulation s, and the customs and tax laws and regulations of the country for which the product is destined.

- Seagate reserves the right to modify or cancel this Program at any time. This Program is void where prohibited.

If you have any questions regarding this Program, please contact your Seagate Representative.

Sincerely,

Frank Iarusci
Senior Director, Americas Sales & Marketing – Branded Solutions
Seagate Technology LLC

Appendix A: <u>Eligible Authorized Reseller Customer List:</u>

| Eligible Reseller Customers |
| --- |
| A & M CONNECTION INC |
| ATACADAO DO PAPEL LTDA |
| AURORA TRADING S.A. |
| **AUSTIN CENTER S.A.** |
| B2W COMPANHIA |
| BEST BUY LATIN AMERICA |
| CDC INTERNATIONAL S A |
| CECOMIL COM E SERV LTDA |
| COMPUDISKETT SRL |
| CTIS TECNOLOGIA SA |
| DATA COMPUTACION S.R.L. |
| DIAMOND IT USA CORP. |
| DIGITAL INTEGRATORS |
| ECCO DO BRASIL INFORMATICA E ELETR LTDA |
| ESPANA INFORMATICA SA |
| EVOLUSOM COMERCIAL LTDA |
| F BRASIL LTDA |
| FAGUNDEZ DISTRIBUICAO LTDA. |
| FAST SHOP COMERCIAL SA |
| FOURSERV |
| GARBARINO S.A. |
| GENERAL PROCUREMENT - LATIN AMERICA |
| GLOBAL ELECTRONIC S A |
| GOGEEK USA CORP |
| GRUPO DELTRON S.A. |
| IMPORTADORA Y DISTRIBUIDORA MACROTEL PERU |
| IMPORTADORA Y DISTRIBUIDORA MACROTEL CHILE |
| INFO STORE |
| INGRAM MICRO MEXICO SA DE CV |
| INTELAF S A |
| J L CHAAR SIMAO |
| JAIR ELECTRONICS CORP |
| JUKEBOX S A. |
| KABUM COMERCIO ELETRONICO SA |
| KALUNGA COMERCIO INDUSTRIA GRAFICA LTDA |
| LINALCA S A |
| MAGAZINE LUIZA SA |
| MAXIMA INTERNACIONAL S A. |
| MENSON CORP |
| MIAMI COMPUTER DISTRIBUTOR INC |
| MICRO INFORMATICA |
| MIRANDA COMPUTACAO E COMERCIO LTDA |
| MYATECH IND COMERCIO |
| NASA ELECTRONICS CORP |
| NSA INTERNATIONAL LLC |
| OFFICE DEPOT MEXICO |
| OFFICE MAX (OPERADORA OMX) |
| OMEGA TECH  S.A. |
| PALACIO DE HIERRO |
| PANAMERICANA LIBRERIA Y PAPELERIA SA |
| PAQUETES Y PROGRAMAS HARDWARE Y SOFTWARE S A |
| PC ONLINE, S.A. DE C.V. |
| PC RETAIL SA |
| PERSONAL COMPUTER FACTORY LTDA |
| POWERPC LTDA |
| PRODISUR DE RIGSTAR, S.A. |
| PROMOTORA MUSICAL, S.A. DE C.V. |
| QUADDRIX TECHNOLOGY |
| QUARIAX CORPORATION |
| RIGSTAR S.A. ROMA AUSTIN |
| RKL FUTURE IMPORT EXPORT LLC |
| SARAIVA E SICILIANO SA |
| SAZ COMPUTER INC |
| STISMAN FERNANDO PABLO |
| TECNO IND E COM DE COMPUTADORES LTDA |
| TIGERS DEL ESTE S.A |
| TONIVISA MEXICO, S.A. DE C.V. |
| NUEVO WALMART MEXICO |
| WALMART CHILE COMERCIAL LTDA |
| WMB COMERCIO ELETRONICO LTDA |

CONFIDENTIAL

FED_SEAG0002105

# EXHIBIT 39



Seagate Technology
10200 S. DeAnza Blvd.
Cupertino, CA 95014
United States of America

December 6, 2011

**To: Seagate Global Authorized Distributors**
**Re: Update to Seagate Bare Drive Product Warranty Periods**

Dear Channel Partner,

Effective December 31, 2011, Seagate will be changing its warranty policy from a 5 year to a 3 year warranty period for Nearline drives, 2 years to 1 year for certain Desktop and Notebook Bare Drives (5 years to 3 years on Barracuda® XT and Momentus® XT), and from as much as 5 years to 2 years on Consumer Electronics (see table below.) The new warranty periods will apply to all shipments of applicable products, as of the effective date. Former warranty periods will be honored for all existing channel inventory shipped to you before the effective date.

At Seagate, we are standardizing warranty terms to be more consistent with those commonly applied throughout the consumer electronics and technology industries. By aligning to current industry standards, Seagate can continue to focus its investments on technology innovation and unique product features that drive value for our customers rather than holding long-term reserves for warranty returns.

Therefore, we are announcing our plan to change our warranty policy as follows:

| Product Line | Limited Warranty Period (as of December 31, 2011) |
| --- | --- |
| Constellation®.2 and Constellation® ES.2 | 3 years |
| Barracuda® and Barracuda® Green 3.5" Drives | 1 year |
| Barracuda® XT | 3 years |
| Momentus® 2.5" Drives (5400 RPM & 7200 RPM) | 1 year |
| Momentus® XT | 3 years |
| SV35 Series™ - Video Surveillance | 2 years |
| Pipeline HD® Mini, Pipeline HD® | 2 years |

Seagate will update its Global Limited Warranty Overview Policy as of December 31, 2011 specifically documenting these changes. The limited warranty included in your distributor agreement with Seagate will continue to apply to these products under the new warranty periods.

Products not impacted by this change include: Mission Critical and Retail products.

As always, we believe in strong communication with our channel partners and appreciate your support and loyalty. Please do not hesitate to contact your local Seagate sales manager if you have any questions, comments, or need any other type of assistance or information.

Sincerely,

Kurt Richarz
Executive Vice President
Sales, Marketing and Sales Operations
Seagate Technology LLC

Q212077COM_Warranty_Communication_BareDrive          Seagate Confidential          Q212077COM-0000

# EXHIBIT 40



# Seagate Product Update



June 26, 2013

CONFIDENTIAL

FED_SEAG0012108

# Agenda
## Product line update

- Branded Innovation update
- Product philosophy
- Market overview & product updates



CONFIDENTIAL                                                      FED_SEAG0012109

# Seagate Global Presence



* DAS
* SSD
* Mobility

Paris, France

* Business NAS
* Simple NAS
* Apple
* Extreme Design

Seagate completes purchase of LaCie in quest to become king of the hard drive hill

By **Terrence O'Brien** posted Aug 3rd, 2012 at 11:27 PM

CONFIDENTIAL                FED_SEAG0012110



# Product Design Process

CONFIDENTIAL

# Driving The Product Generation Process

| Segmentation | Market Technology & Trends | Other Input |
|---|---|---|
|  |  | • Executive mandate<br>• Corporate strategy<br>• Competitive response<br>• Business development opportunity<br>• Output from engineering forums |

CONFIDENTIAL

FED_SEAG0012112

# Informing Product Decisions with Research
## Research cycle for next-generation products

**Product Validation**

*How do customers use/value our products?*

- Exit surveys, registration data studies
- Refine follow-on products or updates
- Conducted following product launch

**Product Studies**

*What is the value of a feature?*

- Conjoint and focus studies
- Set product priorities
- Inform value proposition & GTM
- Conducted several times per year to support concept definition



**Needs assessment**

*Who are target customers & what do they need?*

- Segmentation studies
- Refine personas & segmentation
- Understand & group by needs
- Conducted annually

**Wave tracker**

*How do needs change over time?*

- Wave studies
- Adjust personas or product targets
- Conducted quarterly

CONFIDENTIAL

FED_SEAG0012113

# Roadmap Process Overview



CONFIDENTIAL                    FED_SEAG0012114



# Market Overview & Product Update

CONFIDENTIAL

# Tracking Industry Trends



CONFIDENTIAL                                    FED_SEAG0012116

# Branded Product Sub-Segments



| Seagate | Direct Attached Storage | Mobility | Simple Network Attached Storage | Business Storage |
|---|---|---|---|---|
| **What is it?** | External, removable | Wireless | Home NAS, cloud | Low-end NAS, cloud |
| **How big is it globally?** | $5B | $125M* | $290M | $814M |
| **Growth rate (YOY)** | 5 to 10% | 40 to 50% | 20 to 30% | 20 to 25% |

CONFIDENTIAL                    FED_SEAG0012117

# The Americas Opportunity

**-3.6%** Gartner estimates for PC shipment growth between 2013 and 2014 (units)
Quarterly Statistics, Personal Computers, All Regions Forecast Database

**4.8%** Seagate's estimates for external hard drive shipment growth between 2013 and 2014 (units)
Seagate Market Research
*20M unit, $1.5B opportunity annually*

**26.3%** IDC estimates for tablet shipment growth between 2013 and 2014 (units)
Worldwide Quarterly Tablet Tracker, Q12013

**39.9%** Seagate's estimates for external hard drive *exabyte* shipment growth between 2013 and 2014
Seagate Market Research

CONFIDENTIAL                                                        FED_SEAG0012118

Exabyte Growth Over the Last 5 Years

Averages **37%** per Year

While Areal Density Is

Growing at **<20%** per Year

CONFIDENTIAL                                                                                    FED_SEAG0012119

# Looking Back at Fiscal 2013: Major Events



**Seagate Slim**
Just 3.5 months to develop despite CNY,
Holidays, CES; shipped 36K in first 7 days



**Wireless Plus & Seagate Media**
High-impact CES launch; product delivering
composite VoC score of 4.0 out of 5



**Seagate Central**
CES Innovations Honoree,
homerun review in major publication



**Dashboard "Fall"**
Windows 8 compatibility, enhanced social
media features, improved registration

   
  



**Seagate Business Storage**
Three major software releases; over 14K
units in first two quarters after launch



| FY2013 | NOV | JAN | FEB | MAR | FY2014 |

CONFIDENTIAL                                    FED_SEAG0012120

# Simple Storage Product Philosophy

## Customers are becoming increasingly connected.
Anytime, anywhere data access for consumption or backup becomes key.

## PCs are shipping with faster storage…but less of it.
Performance expectations are increasing, but devices are getting 'thinner.'

## Capacity is still important.
Content creation & acquisition is not slowing down and prices ar

## Thin is in.
Laptops. Tablets. TVs. Phones.

CONFIDENTIAL                                                    FED_SEAG0012121

# PCs – Faster Performance…

## SSD Shipments in Consumer PCs



Source: IDC, Worldwide Solid State Storage 2013 – 2017 Forecast and Analysis, May 2013.

Seagate Confidential

15

CONFIDENTIAL

FED_SEAG0012122



# PCs – Faster Performance…But Less Storage
SSD Shipments in Consumer PCs By Capacity

Source: IDC, Worldwide Solid State Storage 2013 – 2017 Forecast and Analysis, May 2013.

Seagate Confidential                    16

CONFIDENTIAL

FED_SEAG0012123

# Backup Plus Portable & Desktop Storage
Life moves fast. Don't miss a thing.

Simple-to-use, one-click backup software
The easiest way to protect your precious content

Automatically back up content from Facebook
Protect photos that you no longer have on your phone

Use with a Mac & PC…without reformatting
Install the included driver once to use across operating systems

Increase transfer speeds
With Thunderbolt technology or FireWire to match
the performance of your computer



Launches Q1CY14
Adds 2TB

CONFIDENTIAL

FED_SEAG0012124

# Beyond Traditional Backup

Delivering protection & content for the connected user



Innovating in traditional backup has diminishing returns;
new use cases involving connectivity will drive higher utility for users

CONFIDENTIAL                                                    FED_SEAG0012125

# Refreshed User Experience Design
## Redesign or refresh?



CONFIDENTIAL                                                    FED_SEAG0012126

# Mobile Device Backup
Make more use out of your Dropbox account



CONFIDENTIAL                                         FED_SEAG0012127

# Performance Matters

The bottleneck has shifted…



External drive:
100 MB/s

Internal drive:
400 MB/s

CONFIDENTIAL

FED_SEAG0012128

# Seagate Fast HDD

World's first 4TB portable drive…with twice the performance

## Capacity like no other
At least twice as large as any other portable drive

## HDD performance like no other
220MB/s performance

## Performance on the go
Less than 22-mm thick

## No fussing with cables
Requires single USB cable for most PCs

MSRP: $249.99

Available in Q4CY2013



CONFIDENTIAL                                                FED_SEAG0012129

# Desktop SSHD
## SSD Speed. HDD Capacity.

### SSD performance
8GB MLC flash delivers +50% boot time performance
7200RPM

### HDD capacity
3.5" 2TB & 4TB 15-mm configuration

### Affordable price
2TB MSRP: $164.99; MAP: $134.99
4TB MSRP: $274.99; MAP: $224.99

### 3-year warranty

### August 2013



CONFIDENTIAL                                    FED_SEAG0012130

# Mobility Philosophy Slide

As the cloud is gradually adopted & content collection continues…

Circa 2014 2008



Thin clients
Embedded storage

Interim: external
& removable storage

The Cloud

…there will be an increasing need for
complimentary "edge" storage

Seagate Confidential

24

CONFIDENTIAL

FED_SEAG0012131

# This Move Toward Mobility Is Shifting the Location of the Data



*Location of Exabytes Shipped*

By **2020,** that will dramatically shift to the cloud

■ Consumer Electronics ■ Client Compute
■ Cloud Computing ■ Tablets & Smartphones

Source: Seagate Strategic Marketing and Research 2013

CONFIDENTIAL

FED_SEAG0012132

# Mobility, Consumerization and the Cloud Change Where Compute Takes Place



By 2014, *eight of ten* compute devices will be *tablets* and *smartphones*

CONFIDENTIAL                                                        FED_SEAG0012133

# Seagate Wireless Plus

Mobile wireless storage for your tablet & smartphone. Take what's yours.



### Improved out-of-box setup
"Five minutes to fun"

### Enhanced media experience
Simplified, content-centric navigation
Stream to TV via Airplay, DLNA, or Samsung TV app

### Upload content
Save pictures & files to drive while mobile
Appears as a network drive to a PC

### Longer battery life
Targeting battery life of iPad 10 hours (+3-5 from Satellite)





CONFIDENTIAL                                                        FED_SEAG0012134

# Application Improvements from Satellite
## Version 2.0

Seagate GoFlex Satellite (Version 1.x)                    Seagate Wireless Plus (Version 2.x)

    

**Cleaner navigation.** User has whole screen to view and navigate

**Improved layout.** Movie aspect ratio & metadata

**New status indicators.** Battery indicator and data base status logically grouped

CONFIDENTIAL                                                                FED_SEAG0012135

# Seagate Media App
## A different approach

### Competitors – 'Protect & store'
Remote file access



### Seagate – Enjoy & access
Remote access & content consumption



- Folder / file centric navigation
- Download only, no streaming

- Content centric navigation
- Upload, download & streaming support
- Remote access to Home Share public folder

**Single app** across connected Seagate home products
**Content-centric** experience inside and outside of the home

CONFIDENTIAL                                                    FED_SEAG0012136

# Out-of-Box Improvements: 5 Minutes to Fun
## Getting Started



CONFIDENTIAL                                                   FED_SEAG0012137

# Developing Apps to Exploit OS Features

Strives for consistent navigation and experience across platforms.

Exception - When interacting with key OS elements (such as player controls, and Wi-Fi setup) the app should look as native as possible to minimize user confusion.



Version 2.0 iOS

Seagate Media Win8 Concept

**Win8 Opportunity**. Utilize Metro centric design principles to enhance usability.

CONFIDENTIAL                                                                FED_SEAG0012138

# Consumer NAS Philosophy

NAS was typically associated with computer backup…



…but the "Internet of Everything" phenomenon
gives it life in the mobile & entertainment spaces

CONFIDENTIAL

FED_SEAG0012139

# Consumer NAS Will Grow

Different from before, the number of connected devices will grow astronomically



Source: IDC, 3Q 2012 Personal & Entry Level Storage Device Forecast, December 2012.

CONFIDENTIAL                    FED_SEAG0012140

# Seagate Central

Automatic backup, organization and remote access to all of your files.

## Automatic and continuous backup
For every computer in the home

## Access and enjoy your media library and files
From gaming consoles, streaming media players or Smart TVs in your home

## View and enjoy your media library and documents
On your tablet or smartphone with our free app for iPad, iPhone and Android device

## Access, upload or download content remotely
Wherever you have a Wi-Fi or 3G/4G connection using the Seagate Media App or a web browser





CONFIDENTIAL                    FED_SEAG0012141

# Samsung TV App



Seamlessly connects to Seagate Central & Wireless Plus
Easy to search, browse & play content from Seagate Home products

CONFIDENTIAL                                                                    FED_SEAG0012142

# Summary

- The hard drive opportunity continues to grow, albeit fueled by growth in technologies that compete for dollars with traditional PC sales

- Innovation continues in the simple storage space, focusing on connectivity through software, performance and capacity
- Smartphone and tablet growth, along with the expectation of anytime, anywhere access to content will

CONFIDENTIAL                                                    FED_SEAG0012143



# Backup Slides

CONFIDENTIAL                                                                                    FED_SEAG0012144

# Seagate Products At-A-Glance June 2013

**Connected**



### Central
Organize and back up all your content on one device that you can access from anywhere
Desktop: 2TB, 3TB, 4TB
■



### Wireless Plus
Enjoy your content anywhere—without wires or web; wirelessly stream your media and files to tablets, smartphones, Mac® computers and PCs
Portable: 1TB
■

**Mainstream**



facebook  You Tube  flickr

### Backup Plus & Backup Plus Desk
Simple, one-click protection of your entire digital life; includes cloud, social media backup & cross platform capabilities
Desktop: 1TB, 2TB, 3TB, 4TB
■
Portable: 1TB
■ ■ ■ ■



### Backup Plus & Backup Plus Desk
Time Machine-ready right out of the box, use with Mac & PC without reformatting
Desktop: 2TB, 3TB, 4TB
■
Portable: 1TB
■



### Slim
All the benefits of Backup Plus in an impossibly thin, lightweight package
Portable: 500GB
■ ■



### Slim for Mac
Time Machine-ready backup in an impossibly thin, lightweight package
Portable: 500GB
■ ■

**Entry Level**



### Expansion Portable & Desktop
Simple plug-and-play USB storage
Desktop: 1TB, 2TB, 3TB, 4TB
■
Portable: 500GB, 750GB, 1TB
■

### Internal Kits
Easy upgrades for your existing computer, including SSD-like hybrid technology
Desk: 500GB, 1TB, 2TB, 3TB, 4TB
Desk SSHD (AUG): 2TB, 4TB
Portable: 250GB, 320GB, 500GB, 1TB
Portable SSHD (JUL), 1TB

Not shown: Business Storage
Seagate Confidential

38

CONFIDENTIAL

FED_SEAG0012145

# Seagate Business Storage

Collaborate anytime, anywhere.

## Centralize
Centralize your storage for all your PC and Mac computers
- Automatic backup

## Connect
Connect securely to your files with remote access using PC, Mac, tablets and smartphones
- Free app for iPhone, iPad and Android devices

## Collaborate
Create and collaborate on your own private cloud
- Setup can be as little as 10 minutes



CONFIDENTIAL

FED_SEAG0012146

# Seagate Fast SSD
External SSD – perfect match for SSD-based PCs



Performance to complement your high-end PC
Over 400MB/s performance

Compact, premium industrial design
Ultra-thin, metal top cover design

Great for being on the go
No mechanical, moving parts

Available in Q3CY2013

Capacities: 120GB, 240GB & 500GB

Seagate Confidential                          40

# Seagate 600 SSD

## Performance, performance, performance
Delivers nearly 4X faster boot times & more than 2X faster application load times when compared to typical laptop HDDs

## Ruggedness for when you're on the go
No mechanical, moving parts helps ensure data stays safe even if laptop is dropped or bumped while operating

## Designed to fit the latest laptops
Fits 7- or 9.5-mm based laptops with included adapter

Available in Q4CY2013

Capacities: 240GB



CONFIDENTIAL

FED_SEAG0012148

# EXHIBIT 41



Seagate



Marketing Bulletin

# Barracuda® Hard Drives— Update and Outlook

Frequently Asked Questions

### What's happening with the Barracuda Green drive?

Seagate plans to discontinue the Barracuda Green drive in early calendar year 2012. Seagate OEM and distribution channel customers have made clear their need for a simpler, more efficient hard drive platform for desktop computing that helps improve their operational efficiency while meeting all the fundamental needs of storage performance, reliability, capacity and affordability.

### Isn't there a need for low-power hard drives in the marketplace?

In the consumer electronics market, low-power hard drives coupled with other key customer needs, such as tuned video performance and quiet acoustics, are still needed. Seagate will continue to support this market with its Pipeline HD® product line. However, for desktop storage applications, power consumption is more efficiently managed through power modes, such as sleep, standby and hibernate.

When combined with the typical power-on hours for most desktop computing applications, a low-power drive will save only US$0.09 to US$0.21 in electricity cost annually.[1] This comes at the expense of user productivity, supply chain efficiencies and qualification costs for suppliers. Combined, these factors offset the minimal power savings many times over.

### What about the Barracuda XT drive?

The Seagate Barracuda XT drive will continue to represent our top performance desktop products. In the short term, the new Barracuda product line overlaps the Barracuda XT drive at the 3TB capacity point.

In the near future, Seagate has plans to extend the role of the Barracuda XT drive with new capacity points and, ultimately, the Barracuda XT drive will transition to solid state hybrid drive technology for desktop storage.

1 U.S. Department of Labor reported an average cost of electricity of US$0.12 per kWh, power-on hours ranging from 1986 to 2281 hours, power savings compare a 7200 RPM, 3.5in. desktop hard drive and a 5900 RPM, 3.5in. consumer hard drive.

# Barracuda® Hard Drives—
# Update and Outlook



## Frequently Asked Questions

### Why is the hard drive industry moving to Advanced Format 4K sector technology?

Driving growth in capacity and storage efficiency requires the deployment of a number of technologies. The entire hard drive industry will eventually be deploying larger sectors, as the legacy 512-byte sector format limits hard drive capacity growth.

Seagate is deploying Advanced Format in conjunction with Seagate SmartAlign™ technology to make this transition virtually invisible to most customers. Our goal is to continue to offer differentiated products with solutions that will make this type of technology transition as easy as possible.

### What is Seagate AcuTrac™ technology?

Seagate AcuTrac technology is the name for new advanced servo technology that enables track densities never before deployed in the hard drive industry. Barracuda drive 1TB/disk technology is enabled with track densities equal to 340,000 tracks in every radial inch. This means a hard drive track is a mere 75 nanometers wide. Even so, AcuTrac technology can accurately and reliably read and write data to these *nano-sized* tracks spinning at 7200 revolutions per minute. The technology is resilient in the most challenging operating environments. For example, AcuTrac technology is effective at compensating for operating vibrations, which can normally occur when installed in an all-in-one PC and used in conjunction with loud music being played through an integrated speaker set.

### What is Seagate OptiCache™ technology?

Seagate OptiCache technology is the name for a collection of new hard drive technologies that together help optimize overall speed and burst performance such as caching. These technologies include new 40nm microprocessor technology with improved speeds and low power consumption, DDR2 faster DRAM deployment, new and improved caching algorithms, and, of course, fast SATA 6Gb/s interface technology. Together these improvements deliver performance that is up to 69% faster[2] than previous-generation Barracuda drives.

### When will hybrid technology be available for desktop storage?

Although Seagate has no announcement at this time with respect to when hybrid drive technology will be deployed for 3.5-inch hard drives in the desktop market, we continue to invest in this technology and expect to offer compelling high-performance products in this category in the future.

### When will current-generation Barracuda products go end of life?

Current-generation Barracuda products are based on 500GB-per-disk technology. This generation products will remain available in 250GB, 320GB and 500GB capacities. The only significant change is that these products have also adopted Advanced Format 4K sector technology and now include Seagate SmartAlign technology.

Products over 500GB will utilize the new 1TB-per-disk technology.

# Barracuda® Hard Drives— Update and Outlook



Frequently Asked Questions

## How can I make sure I'm ordering the new 1TB/disk Barracuda products?

Any product ordered with a capacity over 500GB will include the Seagate 1TB-per-disk technology.

Barracuda hard drives are adopting the new ST model number format, shown in the following table:

| ST Model | Capacity | OptiCache™ | AcuTrac™ | SmartAlign™ |
|----------|----------|-----------|----------|-------------|
| ST3000DM001 | 3TB | Yes | Yes | Yes |
| ST2000DM001 | 2TB | Yes | Yes | Yes |
| ST1500DM001 | 1.5TB | Yes | Yes | Yes |
| ST1000DM003 | 1TB | Yes | Yes | Yes |
| ST750DM003 | 750GB | Yes | Yes | Yes |
| ST500DM002 | 500GB | No | No | Yes |
| ST3200DM000 | 320GB | No | No | Yes |
| ST2500DM000 | 250GB | No | No | Yes |

## Why is the warranty on Barracuda drives changing to two years?

Barracuda hard drive warranties now reflect a modified two-year limited warranty, which includes a higher credit for the two-year time period. This change was made to reflect a marketplace in which the solutions that integrate hard drive products typically carry warranties of only one year. Suppliers and customers increasingly place lower value on a longer warranty.

www.seagate.com

AMERICAS    Seagate Technology LLC   10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd.   7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA    Seagate Technology SAS   16–18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33-1-4186 10 00

© 2011 Seagate Technology LLC. All rights reserved. Printed in USA. Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, Barracuda, OptiCache, Pipeline, Pipeline HD and SmartAlign are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners. When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. U.S. Seagate reserves the right to change, without notice, product offerings or specifications. MB619.2-1111US  November 2011

# EXHIBIT 42

| | |
|---|---|
| **From:** | Joni J Clark <joni.j.clark@seagate.com> |
| **Sent:** | Monday, July 20, 2015 8:55 AM |
| **To:** | Kim O Nguyen <kim.o.nguyen@seagate.com> |
| **Cc:** | Brent Blanchard <brent.blanchard@seagate.com>; Aubrey Muhlach <aubrey.muhlach@seagate.com>; Sarah Good <sarah.good@seagate.com>; Erin Sun <erin.sun@seagate.com>; Jennifer L Bradfield <jennifer.l.bradfield@seagate.com> |
| **Subject:** | Re: Synology Meeting- Backgrounder |
| **Attach:** | Pick The Right Drive For The Job — 24_7 NAS HDDs vs. Desktop HDDs _ StorageReview.com - Storage Reviews (1).pdf; Paper-for-CIO-Review_Approved (1).docx; Seagate - Reliability - anchor article v4.4 - no highlighting.pdf |

Hi all-

Attached are three articles that will be published in well known online trades: Storage Review, Tom's Hardware and CIO Magazine.  2 of them go live today or tomorrow with the third following up shortly.  Storage Review is 99% done and I've pre-read the article below and "suggested" some minor changes.

In addition, we are developing infographics, videos (see draft of video link), tech briefs, blogs, and webinars both with Synology and without on Reliability, High Cap upsell and Choosing the right  drive for the job.  All in various phases of development but all rolling out weekly this quarter and next.

https://drive.google.com/file/d/0B-ubfVW2W7yeaThaYmtGMWwzXzA/view?usp=sharing

I do plan to update Synology with the work STX is doing with and without their involvement.  In fact, since we've been attending some of their reseller events I continue to get emails such as these from Synology's resellers about our "Why not give Seagate a try?" program...

*"Hi Joni,*

*it was a pleasure meeting you at the conference in NY, albeit the short conversation. Your demonstration was very helpful and gave me some great insight.*
*"*

*Ping Kuo, Senior Lead Engineer, Techasaurus*


*"Thanks for making this available – I'm really looking forward to spending some quality time with this system (NAS HDD) to put it through its paces."*
*Ron Rosen, Tech Advisor*


*"I  look forward to testing out the new drives in the Synology NAS solutions."*
*Jeffrey Feltman, Infrastructure Practice Lead, JCS Solutions*

CONFIDENTIAL

Thanks,

Joni

*Joni Clark | Seagate Technology*
*Global NAS Segment Manager*
*720-684-1145 | joni.j.clark@seagate.com*

This e-mail message and any files transmitted with it are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Mon, Jul 20, 2015 at 9:22 AM, Kim O Nguyen <kim.o.nguyen@seagate.com> wrote:

Hi Brent,
Yes, Joni will be in the meeting and will have updates for us on both pieces. The Tom's HW article is ready to go, but our PR decided to hold off due to the Apple recall on the 3TB. We are awaiting the release of the Storage Review article first, and Synology has been working with them on that.

Joni- any updates on actual release dates?

We do have a good understanding of their complaints and they are valid. In promoting the partnership with us early on, they were getting negative feedback from the media, customers, resellers and disty- all asking why they weren't partnering with WD Red and pointing out our poor reliability based on the Backblaze article. They said we did not do a good job differentiating ourselves from WD, defending our reliability, and educating the customer on the differences between desktop vs. NAS (so when they pointed out that that Backblaze article was for desktop NOT NAS, customers didn't know or understand the difference). They felt the partnership was hurting their sales and efforts. Joni worked closely with them to put together a plan to address their concerns and the 2 articles are a key piece.

Regarding the exclusivity-
This BeyondCloud project is the first time that Synology has integrated drives; everything else ships empty. We agreed to meet their price targets for drive purchases in exchange for an agreement to co-market only with Seagate, and use only Seagate drives for any BeyondCloud systems. Synology had a similar agreement (co-marketing only, no drive purchases) with WD for 2 years prior to our agreement. Attached is a copy for your review. This agreement expires July 31, 2015.

Let me know if you have any other questions.

Look forward to meeting you on Thursday!

Kim Nguyen
Seagate Technology
Office: 310.881.9632
Mobile: 773.230.6903

CONFIDENTIAL

On Sun, Jul 19, 2015 at 1:43 PM, Brent Blanchard <brent.blanchard@seagate.com> wrote:

Thank you Kim. Will we have an update from Storage Review and Tom's HW before the meeting? Do we have a good understanding of the customer complaints and are they valid?
also, Can you send me details on the exclusivity deal? who does Synology buy from?

thanks
bb

On Fri, Jul 17, 2015 at 8:56 AM, Kim O Nguyen <kim.o.nguyen@seagate.com> wrote:

Hi All,
Please see attached for Synology backgrounder for the meeting on Thursday, July 23rd. Let me know if you have any questions.

Thanks,


Kim Nguyen
Seagate Technology
Office: 310.881.9632
Mobile: 773.230.6903


Sr. Director, Global Channel Sales

Seagate Technology | 10200 S. De Anza Blvd. | Cupertino, CA 95014 | 408.896.6775

CONFIDENTIAL

# EXHIBIT 43

| | |
|---|---|
| **From:** | Pam Dake <pam.dake@seagate.com> |
| **Sent:** | Friday, March 23, 2012 11:43 AM |
| **To:** | jennifer.l.bradfield@seagate.com; Gregory J Falgiano <gregory.j.falgiano@seagate.com>; Connie Wai <connie.wai@seagate.com>; Astonna McCoy <astonna.l.mccoy@seagate.com>; Leo Paskin <leo.paskin@seagate.com>; Jackie P Iverson <jackie.p.iverson@seagate.com>; Kathleen Noce <Kathleen.Noce@seagate.com>; David J Rewalt <david.j.rewalt@seagate.com> |
| **Subject:** | Product Training Follow-up |
| **Attach:** | Product Overview - NAS - Seagate GoFlex Home Overview.pptx; Customer-Ready Presentation Template_1-17-12.ppt; Sales Training Template_1-17-12.ppt; Challenger Model Product Training Materials_3-22-2012.xls |

Hi Jen, Greg, Connie, Astonna, Leo, Jackie, Kathleen, and David,
Thank you very much for inviting me to your team meeting yesterday.  It's always extremely insightful for me to hear about your team's processes and challenges. With this added information, I can see how I can be of better assistance to you as your Sales Enablement training partner.

**GoFlex Home Presentation**
I reviewed the GoFlex Home presentation and think that there is really great information included that is very easy to follow and consume as a learner.  I realize that the details displayed in the GoFlex Home presentation are needed for a certain number of sales people, and I understand that this type of presentation still needs to be put together for those deeper-dive web-ex training sessions.  However, in the spirit of consistency and brevity for Sales people who do not need all of the details, I recommend using the attached templates for Sales Training and Customer-Ready presentations for new product launches. For the overall sales teams, the value they will receive in having access to a shorter more "templated" presentation (that also includes Challenger Model Industry set-up information following the "TIPS" structure upfront) can be tremendous--- more Sales people learning about your products and talking to their customers about them---even if they don't ordinarily sell branded products.

**The Good News**
The information needed for the 8-slide Sales Training presentation and the 10-slide Customer-Ready presentation is already 85% covered by what is included in the GoFlex Home presentation.  What is not currently included is the Challenger Model set-up and the TIPS structure.  What will set our Sales teams apart from other companies' sales teams is in how they "Teach for Differentiation", by leading with insightful irrefutable facts, and bring the conversation with customers around to our products, not lead with them.  Sales teams are really hungry for our Marketing materials to follow the Challenger Model structure (especially since their personal iMAP goals are tied to how they exhibit Challenger behaviors with their customers!)

    FED_SEAG0004853

**The Goal**

For the WWSM, we are considering a different approach to providing product information to Sales. This format would require all current products have a Battlecard and templated Customer-Ready presentation available.

**Help is Available**

If you are looking for ideas on what information to use to incorporate Challenger Model insights in "Teaching for Differentiation", I recommend starting with the available Point of View (POV) documents Jeff Burke's team has put together.  You can also find the latest Industry information/trends under the "Market Insights" tab of SalesCenter . In addition, I am available to help!

**Recommended Next Steps**

- If you haven't uploaded your Battlecard(s) to Conversation Coach, I would do that first.
- Look at the attached Customer-Ready presentation template and let me know how long it will take for you to have each of your products in this format. Is *May 1* a reasonable deadline?
- Use the Customer-Ready presentation template for each of your products and send to me by *May 1*.

**Follow-up**

I am currently looking into our Brainshark capabilities as we talked about for new product launches. (For your reference, I have attached the "Challenger Model Product Training Materials" Excel file that highlights Brainsharks as a vehicle for delivering the Sales Training presentations.)   The great news with short 5-10 minute Brainshark trainings is that they can be individually tracked in iMAP and "required" for Sales people to review. I will follow up with a separate email when I have answers.

**Thank You!**

I really appreciate the opportunity to work with each of you on product training on an ongoing basis.

Best regards,
Pam


--

Pam Dake | Sales and Partner Training Manager | Seagate Technology

10200 S. De Anza Blvd Cupertino, California 95014 | 408-658-1735

FED_SEAG0004854

# EXHIBIT 44

**Subject:**    Re: Another article from Backblaze on empirical HDD reliability datain their systems
**From:**    Jason P Zimmerman <jason.p.zimmerman@seagate.com>
**To:**    John D Grieci <john.d.grieci@seagate.com>
**Cc:**    Ronald E Lane <ronald.e.lane@seagate.com>,Sai S Varanasi
<sai.s.varanasi@seagate.com>,Matthew Brown <Matthew.C.Brown@seagate.com>,"joel. hagberg"
<joel.hagberg@seagate.com>,Alan W Clark <alan.w.clark@seagate.com>,Debasis Baral
<debasis.baral@seagate.com>,Michael J Frahill <michael.j.frahill@seagate.com>,Mark E Wojtasiak
<mark.e.wojtasiak@seagate.com>

Just to make sure you all saw this today...still may not be a bad idea for us to use them as a
sounding board, but this article debunks the whole article and conclusion...

http://www.tweaktown.com/articles/6028/dispelling-backblaze-s-hdd-reliability-myth-the-real-
story-covered/index.html

Thanks, tweaktown!

On Jan 22, 2014 9:17 PM, "John D Grieci" <john.d.grieci@seagate.com> wrote:

Sai,

That would be very helpful, thanks.

John


On Thu, Jan 23, 2014 at 10:40 AM, Sai S Varanasi <sai.s.varanasi@seagate.com> wrote:

John,
We should meet these guys.
We will prepare a list of questions.

Regards,
Sai

US # 303 913 9309
Singapore # 065 86984220

On Jan 23, 2014 9:43 AM, "John D Grieci" <john.d.grieci@seagate.com> wrote:

Sai,

Please help with this as much as you can.  We need to get to the bottom of it.
What if WE go meet with these guys?

John

CONFIDENTIAL

On Thu, Jan 23, 2014 at 8:58 AM, Sai S Varanasi <sai.s.varanasi@seagate.com>
wrote:

This is very confusing. Such high rates dont make sense.
We also need to understand how they are testing as well.
Is this company funded by WD ?

Mick,
I am guessing you will setup a call ?

Sai


Thanks
Sai
Singapore # (65) 86984220
US# (01) 303 913 9309

CEE.SEAGATE.COM


On Thu, Jan 23, 2014 at 8:48 AM, Michael J Frahill
<michael.j.frahill@seagate.com> wrote:

Hi John,
Please see list of all Seagate drive types mentioned in the article below.

| Model Number | Drive Name | Segment | Capacity | Qty | Avg Age in Years | Annual Failure Rate |
|---|---|---|---|---|---|---|
| ST4000DM000 | Lombard | Desktop | 4.0TB | 5199 | 0.3 | 3.80% |
| ST3000DM000 | GrenadaBP | Desktop | 3.0TB | 4252 | 1.4 | 9.80% |
| ST31500541AS | Slepburn | Consumer | 1.5TB | 1929 | 3.8 | 9.90% |
| ST31500341AS | Brinks | | 1.5TB | 539 | 3.8 | 25.40% |
| ST33000651AS | Mantaray | Nearline | 3.0TB | 293 | 2 | 7.30% |
| ST32000542AS | Slepburn | Consumer | 2.0TB | 288 | 2 | 7.20% |
| ST4000DX000 | Megalodon | Nearline | 4.0TB | 179 | 0.7 | n/a |
| ST1500DL003 | Bogart | | 1.5TB | 51 | 0.8 | 120.00% |

Thanks,

Mick

CONFIDENTIAL                                    FED_SEAG0010120

On Wed, Jan 22, 2014 at 4:22 PM, John D Grieci
<john.d.grieci@seagate.com> wrote:

Guys,

Can I please get a list of all Seagate drive types mentioned in the
article so I have a good picture of that?  Also same for Wdc and
HGST
drives?
Are they comparing BC with DT for instance?

John

> On Jan 23, 2014, at 12:52 AM, Ronald E Lane
<ronald.e.lane@seagate.com> wrote:
>
> Well, that would explain how they got all the Brinks drives....
>
> Matt/Alan - from a warranty standpoint, wouldn't we know when
warranty was
> requested that these drives were originally sold as part of a retail
> product?  Wouldn't think that they could get a bare drive
replacement for
> these....
>
>
> Thanks,
> Ron
>
>
>
> On Wed, Jan 22, 2014 at 8:36 AM, Michael J Frahill <
> michael.j.frahill@seagate.com> wrote:
>
>> Hi Ron/Sai,
>>
>> Yes, that is correct.
>>
>>  - They requested people to buy Seagate backup plus drives
from Costco
>>  and ship them to Backblaze, so that they could use them in
their data
>>  center. Search for 'Black Friday Drive Farmers' in this link
>>  http://blog.backblaze.com/?s=Seagate
>>
>> [image: Inline image 2]

FED_SEAG0010121

>>

>>

>>   - If you continue reading the link, it sounds like this was not a

>>   one-time deal and they continued to use this *strategy* to source hard

>>   drives - see below.

>>

>> [image: Inline image 1]

>>

>>

>> I'll call Jason to ensure we are on the same page.

>>

>> Thanks,

>>

>> Mick

>>

>>

>>

>>

>> On Wed, Jan 22, 2014 at 5:19 AM, Ronald E Lane
<ronald.e.lane@seagate.com>wrote:

>>

>>> Sai,

>>>

>>> Mick has already started looking into this, so have Jason work with

>>> Mick.  If I read the last note from Mick correctly, this company is

>>> scavenging drives from Backup Plus boxes to use in Cloud storage

>>> applications.

>>>

>>> Ron

>>>

>>>

>>> On Tue, Jan 21, 2014 at 11:49 PM, Sai S Varanasi <

>>> sai.s.varanasi@seagate.com> wrote:

>>>

>>>> John

>>>> If you already have someone looking into this let us know. Otherwise

>>>> Debasis and Jason will investigate.

>>>>

>>>> Regards,

>>>> Sai

>>>>

FED_SEAG0010122

>>>> US # 303 913 9309
>>>> Singapore # 065 86984220
>>>> ---------- Forwarded message ----------
>>>> From: "Sai S Varanasi" <sai.s.varanasi@seagate.com>
>>>> Date: Jan 22, 2014 2:54 PM
>>>> Subject: Re: Another article from Backblaze on empirical HDD reliability
>>>> data in their systems
>>>> To: "Mr. Arun Balakrishnan"
<arun.balakrishnan@seagate.com>
>>>> Cc: "Glen D Almgren" <glen.d.almgren@seagate.com>,
"Chu Son" <
>>>> chu.c.son@seagate.com>, "Dr. Serge Fayeulle" <
>>>> serge.j.fayeulle@seagate.com>, "Hari H Narayan" <
>>>> hari.h.narayan@seagate.com>, "Rich L Segar"
<rich.l.segar@seagate.com>,
>>>> "KeeAnn Chan" <keeann.chan@seagate.com>, "Sai V" <
>>>> catalin.i.serpe@seagate.com>, "Jason P Zimmerman" <
>>>> jason.p.zimmerman@seagate.com>, "Debasis Baral" <
>>>> debasis.baral@seagate.com>, "Mr. Steven Crochiere" <
>>>> steven.m.crochiere@seagate.com>
>>>>
>>>> Isn't the same company and same set of drives?  Or does this include new
>>>>> data.
>>>>>
>>>>> Debasis and Jason
>>>>> Can you dig into this report and reasons for why our product could be
>>>>> bad?
>>>>>
>>>>> Regards,
>>>>> Sai
>>>>>
>>>>> US # 303 913 9309
>>>>> Singapore # 065 86984220
>>>>> On Jan 22, 2014 8:58 AM, "Arun Balakrishnan" <
>>>>> arun.balakrishnan@seagate.com> wrote:
>>>>>
>>>>>>
>>>>>>
>>>>>> http://www.techspot.com/news/55399-backblaze-data-
shows-hitachi-and-seagate-as-most-and-least-reliable-hard-drives-
respectively.html
>>
>>

FED_SEAG0010123

>> --
>> Michael Frahill
>> Seagate Technology
>> Sr. Manager Customer Technical Support
>> michael.j.frahill@seagate.com
>> (o) 408-658-1025
>> (c) 208-860-5736
> <image.png>
> <image.png>


--
Michael Frahill
Seagate Technology
Sr. Manager Customer Technical Support
michael.j.frahill@seagate.com
(o) 408-658-1025
(c) 208-860-5736


--
John D. Grieci
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174


--
John D. Grieci
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174

CONFIDENTIAL

CONFIDENTIAL

# EXHIBIT 46

# Alan Clark's Weekly Status Report - 1Q13
## FW14
### Week of 1-Oct-12 to 5-Oct-12

**Highlights and Status (A.Clark):**
- Continuing to work with the branded team to assess risk and next steps around our 3 and 4TB PS issue. We've narrowed the scope to one power supply vendor and now working to assess field exposure
- Participated with the Alpha test team for whitney, finally we have a code set that is functional enough to commence the Alpha bug hunt.
- Continue to work with the leadership and QA teams to resolve the teamwork issues. QA team will also manage a program to redesign the QA assessment methodology, based on excellent input from the CCC.

**Business Analytics & Applications  (T. Beaty):**
- Knowledge Management : Waiting on updated SOW and Quote from Salesforce in order to initiate PR.
- Salesforce Service Cloud contract (CRM, KM, Chat & R6) was renewed for a 3 yr term. We will be working with Salesforce this next week on Chat implementation schedule.
- Salesforce Radian6 Socical Media & Social Hub contact was signed for a 3 yr term. Radian6 will be in OKC on Oct 15-16 for implementation and "train-the-trainer".
- The following NDAs are in process with legal:  OKC Food Bank, SIRAS, Centerbridge & Clarabridge.

**Global SeaCare Solutions (S. Wilson):**
- Cisco Transition
  - Agent UAT will begin the week of 10/15; continue through 10/26
  - 10/30 - UAT results will be reviewed with GSS management team
  - Training for all employees to tentatively begin on November 5th.
- Training Updates
  - Implemented Training Attendance Policy
    - Began with September 2012 OKC Training class
  - Implementing New Hire Graduation Ceremony in October All Hands Meeting
    - Public ceremony in front of staff;Supervisors assist in handing out Certifications
  - Next new hire training class in OKC - 10/29 (6 America's Employees)
  - Next new hire training class in Singapore - 10/22 (5 APJ Employees)
- LaCie Integration
  - Phase 1
    - Move all LaCie EMEA EndUser/Reseller support to OKC
    - Utilize LaCie Systems
    - Target Completion Date - 1/31/13

                                    FED_SEAG0015901

- ○ Phase 2
  - ■ Move LaCie America's EndUser/Reseller support to OKC
  - ■ Utilize LaCie Systems
  - ■ Target Completion Date - 04/30/13
- ○ Phase 3
  - ■ Integrate LaCie systems in Seagate systems
  - ■ Target Completion Date - 6/30/13

● **Projects & Programs (G. Shin):**

● Programs and projects
  - ○ RMS replacement
    - ■ SOW in discussion - Sign-off in progress. Changes from Candace Pritchard in review.
    - ■ Investigating additional requirements from GSS group for integration to Sales force application.
    - ■ Risk identification: meeting with different groups to create FMEA document.
  - ○ Virtual Receipt:Est 4 months, 70K, requesting resource commitment(ISS); working questions from Charan(IT) and posting Q&A in Virtual Receipts google doc.current as of 09/27. Still in progress
  - ○ UAT 023099 _CSO RMS SSD Receiving Note update-completed/passed 10/05/12
  - ○ CSO RMS Foreign Currencies pushed out to early CY2013 due to Virtual Receipt & Korea OOW priorities.
  - ○ China and India LCBET work request received. Priority 15 set by PMO. Commitment from IT to complete Nov. / Dec On Track
- ● Jasmine Goh in Calif training on rules with Kathy Grant. Ongoing through October 15th.
- ● Moovweb selected as vendor for mobile web development. Paperwork is being completed to enable Moovweb to begin work. It is anticipated that it will be complete next week. Once the functional requirements are fully fleshed out, development can begin.
- ● Contract to support 24-48 hour TAT for Canada UPS collection point in negotiations. Commitment from Logistics to support 24-48 hour turn-around-time to support Direct Retail customer returns and from UPS to provide supporting resources. In Progress
- ● 9/25 New Seagate preferred carrier LandStar for the America's to replace existing Seagate preferred carrier UPS at end of October – Working plan on implementation & notifying customers.

- ● DOA / LATE DOA changes in discussion with users. Kathy driving with Michelle. Need to add Barry sterling to authorization sign -off. (Michelle wrote up policy to get approved - still pending approval - Barry has approved - waiting for others - target approval by 10/1 to get implemented iLog rules in by 10/18)
  - ○ Policy is approved. Michelle sending word file (rec'd Alan's final approval on 10/4). I need to submit iLog rule request to implement. .
- ● iLog Rules: 8 in works for 10/9 and 10/15 promotions. 3 pending warranty approval, 3 pending production approval, 3 new.
- ● Ext Warranty for Disty UAT to start week of 10/15. UAT test plans uploaded in QC. Suzi working to connect SNs/customer to tests. There is some concern from IT that we want to test too much. Feel we are fine.

● Michelle and Kathy created a timeline (cheat-sheet) of warranty (fulfillment, decline, duration info) changes since 2011 to help for historical purposes. Michelle doing a once-over review and will publish. 26-Sep-12 The timeline does not include prior to Day 1 Samsung and the Cloud info. Will continue to work. We are adding the tracking #s that changed the policies as well so if any audit comes thru, we will have rule # - this is internal use only.

● Monthly PMO meeting. CVN for Latin America set at 13 to align with other CVC / CVN programs.Cisco replacement of Syntellect set at 30 (Commitment from IT that no conflicting work in progress to affect Nov / Dec implementation.

● Monthly Web PMO - Strategy and process development for project management being put in place. Reviewed existing process and group input on changes. Ongoing

● **Black Armor / TappIn Remote Update tutorials:**
  ○ Script created for final 2 videos and sent for VO recording

● **Convert KB Videos to YouTube:**
  ○ Jason S. has 519 candidates for conversion to YT format. We have setup a meeting for 09/28 to discuss process. Status has not changed

● KB link project is on track for completion by end of December.
  ○ Links that do not yet exist in Vignette that exist in the KB are being added. English only is being done at this time. Assessment of whether to translate to follow, though most likely older links won't be. Newer content as it is provided will most likely be translated.

● RMS Replacement - Mock up screenshot feedback being reviewed and addressed with Steve A.

● UPS Korea Collection Point Transition to Semas effective in October 2012.. (Decommission CPSNGKOR, CPSGDKOR, CPMALKOR) - Completed disable UPS Korea dated 10/03/2012.

● Quarter end activities: Cost of Quality; CSO Footprint Matrix

● SFDC/WCS/RMS interface pre GRS is in SOW phase with GSS Team...10/04/12

● Brazil microsite is to be decommissioned. It is currently on a month-to-month budget. Requirements are about 90% complete. The eCommerce system will require the most development; Vignette content is fairly straightforward and 50% complete already. Full requirements must be developed, sign-off received from stakeholders, and development coordinated for launch. Subhartha has indicated November would be timeframe for eCommerce system.

● Vietnam Transition: Change from Nam Khai Transportation to Mekong Cargo Freight. Go Live on 01-Nov-12
  ○ 03-Oct-12: Changes updated in RMS Staging.

### <u>VOC</u> (L. Mickel): Maternity Leave until 8-Oct-12

### <u>Retail Product</u> (E. Lueb):
### Highlights and Status

● Phoenix - 48 DVT units use for OKC / Colorado/ Signapore testing. 40 units shipped to Jeff for Cupertino testing. An additional shipment of units will be built and sent after a round of hardware testing. These will be used for the Pre-release (BETA) testing. Survey sent out and responses due Monday.

HIGHLY CONFIDENTIAL

● GoFlex - Memeo Windows update to add support for Windows 8 still pending waiting for an updated ETA.

● Backup Plus Dashboard Fall software update. 50 testers ready with hardware. Alpha software expected Friday 9/28. Survey ready to go out on Tuesday.

● Samsung - Updated Paragon driver coming to replace NTFS 3G driver used by Samsung (which wasn't compatible with Mountain Lion (new Mac OS). Software update received by Samsung team, but hasn't been release to us yet, still pending a decision on branding (they want to rebrand as Seagate/Samsung, advised against it since GoFlex and Backup Plus used it as Paragon and customers know that brand).. Will pass software to FDI team once received, to test with older Samsung external drives the Samsung team is focused on S2 and M3 only. .

● Apollo - Still no core team meetings. However did receive word that we will receive 100 unit for pre-release testing. Sent survey out to collect volunteers.

● Backup Plus - Created training for new Mac products. Updated web site with Windows drivers for the upcoming Thunderbolt product. New URL should go live early next week:
http://www.seagate.com/www/support/thunderboltwin

● Satellite - 1.3.6.001 firmware released. Updated App is live. App with fix for iPhone 4 pop-up message has been submitted and is expected to go live Sept 28. 6 negative reviews on App Store for current App, most seem to Wi-Fi connection issues which would be either the iPhone issue or they didn't update the firmware (like the description and pop-up and web site say to do).

● Satellite 4G - Talked to Yavette Brooks and she is going to setup a design review so I can add some input around battery concerns we found with Satellite. She will also touch base with Alan about core team representation. At this point it appears Verizon will totally own the relationship with the end user.

●

## Retail Product (D. Lopez):
### Highlights and Status

● BlackArmor NAS - New BA NAS TappIn firmware was released for testing on Aug 15th.
  ○ Worked with marketing on email blast to registered users.
  ○ Hosting weekly meeting with TappIn, GlobalSCAPE and Seagate to address open issues
    1. Additional Licenses purchases - price, promotion, functionality
    2. RMA process validation
    3. Bugs and feature enhancements
    4. 3rd party ads in our branded app.

● Whitney Product Development Testing

  ○ Over 50 new bugs submitted to Monta Vista BugZilla prior to v9.5.
  ○ Firmware v9.5 released for testing on Aug 31st.
  ○ Firmware given to all 29 users.
  ○ User guide, box art, and QSG have been posted to the beta site for review.
  ○ Reviewed the Discovery Software and turned in feedback to UX team.
  ○ Developing alternative QSG / Use case expectation guides to take with me to HQ.

● FMEA and 8D
  ○ Choose Process: Salesforce – Data Path from Customer to Core Team.
  ○ Selected team members.
  ○ Begin targeting specific issues to consider that may cause data contamination or leave open user error.

## Warranty Management (M. Cetlinski):

**Highlights and Status**

● **Warranty and Credit P/T -**
  ○ 9-7 - Met with developers and they have a better understanding of business needs. Pending implementation for another round of UAT.

● **eCommerce Change Requests -**
  ○ Brazil micro-site being decommissioned
    ■ 9-28 - Submitted final Work Request. However, site is being decommissioned 10-01. Request help to keep site running through CTS' budget from Alan ($7k/month).
    ■ 10-05- Reviewed final request with business and more changes needed. Drafted new work request and will schedule another meeting for final review next week.

● **Continuation of 8D - for 8D- Inaccurate Warranty -**
  ○ 9-7 - Worked with Sherry Dames and developed a report to test. Re-worked root cause with Chiye and Bruce. Do impact analysis of analysis initially performed and EDIS admin - re-reviewing report for more parts to add since first analysis.
  ○ 9-14 - Finished Impact Reopened D3 Containment plan to continue analysis on missing parts.
  ○ 9-21 -
    ■ More wrong warranty parts found - from end-dating rules.
    ■ 9-18 - Exported rules to analyze rules that end-dated form last two major warranty changes. Found some rules that were end-dated - - will compile and have corrected.
    ■ 9-20 - Exported rules and analyzing all rules from 07/01/2011 to ensure that proper warranty period is set for product segment - STILL WORKING.
    ■ 9-20- IT created report to show rules that are hitting default rules. STILL WORKING.
    ■ EDIS Admin reviewed test report for new PNs - found missing parts. PDH group recommended another query to capture missing PNs - will continue to test report for gaps.
    ■ Spoke to IT about simplifying rules table - I believe this would eradicate a lot of the issues - with other CSO projects, this won't be worked until January. Will meet next week to gather requirements.
  ○ 9-28 - Continuing analysis on Rules. Re-worked Incident Map with Mary Pampeno and Bruce. Testing on sample report designed to replace current one.
  ○ 10-05 - Continuing to test report. Spoke to IT about submitting requirements for customized report. Will set-up meeting with EDIS Admin for requirements. Also, spoke with IT about shipments report - set-up meeting next week to further discussion.

● **Exceptions:**
  ○ **Canal+** - AM from EMEA has request from company to return ~23k. Canal + has contract with Samsung for 2 years warranty and other requirements. Previous parameters provided by SEC do not match contract parameters. I am requestig validity of contract and then we will proceed with updating warranty. 8-16 - Approved and pending implementation into production. On -hold because UAT failed and IT person out until 8-21. 8-24- Fixed rules and implemented. 8-31 - New products identified by Sales - will review next week. 9-14 -New parts identified - requesting more information from Sales.
  ○ **China Buffer program -** rule request for RE default for Nearline - requested the process, as well as the risk assessment of the program. 8-14 - Submitted request for approval. 8-31- Pending Jason (Pricing).9-28- Pricing requesting info from Sales.
  ○ **Russia - RFC only request -** Requested sales volume for MC = 8-10k/qtr. Business justification and ITA confirmation for request are the same. Pending Alan's direction. 8-10 - Spoke to Alan about justification and he said to proceed with submitting for approval. 8-14 Submitted for approval after speaking with Alan. 8-31 - Pending Alan and Barry. 9-7 – Barry rejected. 9-10- Barry approved - routed to iLog for implementation.

HIGHLY CONFIDENTIAL

- ○ **Calcomp** - Sales (STX) would like to revert to 1 year warranty (plus channel time) for DS for OEM and DIST. Need to request benefit to Seagate or cost analysis of this request from Bryan as Rajeev is out this week. 8-10 - Still pending response. Sent reminder. 8-14 Sent another request. 8-23 - Provided some Sales figures to finance for analysis. 8-31 – Pending Finance.9-14-Sent Sales volume to Finance for analysis. 9-21 - Sent a reminder. 9-28 - Never received Sales justification.
- ○ **Starline** - From RFC to RE for years 3-5 on Nearline OEM - requested financial analysis from Walter and Bryan as Rajeev is out. 8-10 - Still pending response. Sent reminder. 8-24 - Proceeded with submitting request. .8-31 - Rejected by Pricing - requested clarification. Pricing pushing back to Sales.
- ○ **Vietnam - RE Only** - approved in my system but rejected in Kathys by Barry. 8-14 - Nudged Barry - he just got back from surgery and catching up with request .8-31- Nudged Barry again. 9-7 - Gavin will talk to Barry when he back from his vacation. 9-28 - Pending implementation.

- ● **Regional Returns:**
  - ○ 9-28 - Sent FQ3 and FQ4 data to Sales.
- ● **New attribute for SSD Usage-Based warranty or warranty features.**
  - ○ 9-14 - Submitted ECR request - pending IT.
- ● **Documentation:**
  - ○ 9-21-Helped to draft update to Warranty Void Clause - Workload Specifications (Tire warranty) - This has been scratched. PLM thinks language is too harsh (MC 9-28)
  - ○ 9-28 - AD policies submitted, as well as Internal policy, however, they will need revisions for the Constellation CS credit scale changes.
  - ○ 10-05 - Finished approvals for Samsung and Seagate policies and distributed. Started work on updating Product and Customer Exceptions. DOA Policy approved - sent to Kathy and Chiye. Will arrange discussion for implementation.

- ● Audit:
  - ○ Finalizing C292 Audit for FQ113.


## Warranty/Credit (W. Rush):

### Highlights and Status

- ● Shu, Kady, and I finalized the BRD for Next Model and development work is starting in SMA IT overseas. Shu is on vacation for 3 weeks but work is continuing overseas. It looks like a November promotion.
- ● FY13Q2 Quarterly Credit Pricing is near completion. A subset of Sony is the lone SPA yet to be delivered. Negotiations are not complete. I am assessing the impact, Kady and I have a few options we will explore next week. There was a MOFCOM concern surrounding the loading of Credit Pricing for Samsung returns. I met with SMA IT and Pricing. The current plan is to migrate Samsung credit pricing into the "S" bill to location. Also, I'm working with RMS Support and QIS to establish credit pass throughs so "S" bill to's are used to retrieve prices and for credit $'s.
- ●

Travel:
- ● Alan Clark:    Sep 30 - Oct 3        OKC Customer Service Week
- ● Alan Clark:    Oct 3 - Oct 4     P. Connolly Off-Site

- Alan Clark:        Oct 12 - Oct 22        Singapore
- Alan Clark:        Oct 22 - Oct 26        R. Lane Live Staff

**Time-off/Vacation:**
- Eric Lueb:         Oct 15 - Oct 19
- Dustin Lopez:      Nov  26 - Dec 7

HIGHLY CONFIDENTIAL

# EXHIBIT 47



# DECLARATION OF CONFORMITY

according to EN ISO/IEC 17050-1:2010

**Manufacturer's Name and Address:**
Seagate Technology LLC
10200 S. De Anza Blvd
Cupertino, CA 95014
United States of America

Phone    1.800.SEAGATE
Fax       408.658.1764
Web      www.seagate.com
Email    sunnyvale.system.validation@seagate.com

**EU Authorised Representative**
Director of Operations
Seagate Technology International
Koolhovenlaan 1
1119 NB Schiphol Rijk
The Netherlands

**TYPE OF EQUIPMENT:** External    Storage Device
**REGULATORY MODEL:** SRD00F2
**MARKETING MODEL:** Backup Plus Desktop Drive; Backup Plus for Mac Desktop Drive
**TRADE/BRAND NAME:**



Seagate

CE    **2013**
Year CE marking was first
affixed to declared product

Seagate Technology, Incorporated, as the responsible party for regulatory compliance, declares under our sole responsibility that as delivered the described product is in conformity with the Low Voltage Directive 2006/95/EC, Commission Regulation (EC) No 1275/2008, following the provisions of ErP Directive 2009/125/EC, and EMC Directive 2004/108/EC, EU RoHS Directive 2011/65/EU and carries the CE-marking.

The described product has been assessed and determined compliant with the following standards:

**SAFETY:**    EN 60950-1:2006 +A1:2010 +A11:2009 +A12:2011

**RoHS:**    EN 50581:2012

**EMC:**    EN 55022: 2010
EN 55024: 2010
AS/NZS CISPR 22: 2009/Amdt 1:2010 Class B
EN 61000-3-2: 2006+A1: 2009+A2: 2009
EN61000-3-3: 2008

**SUPPLEMENTARY INFORMATION:** This product has been tested and found to comply with the electromagnetic compatibility (EMC) limits for a **Class B** digital device pursuant to the listed directives, regulations and standards. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a residential or business environment. The equipment was tested in a typical configuration.

| Cupertino, CA, USA | Eric Su |
|---|---|
| Place of Issue | Signature |
| **Dec 20 , 2013** | **Eric Su** |
| Date of Issue | Full Printed Name |
| **BackupPlus_SRD00F2_CE_DoC_11212013** | **Staff Engineer, System Validation Engineering, Seagate Technology LLC** |
| Document Control Tracking Number | Position/Title |

Seagate™ and    Seagate    logo are registered trademarks and trademarks of Seagate

Page 1 of 1

# EXHIBIT 49

| From: | Lilly Luk <lilly.luk@seagate.com> |
|---|---|
| Sent: | Friday, March 9, 2012 3:40 PM |
| To: | Paul Mcparland <paul.mcparland@seagate.com> |
| Cc: | Eric H Lueb <eric.h.lueb@seagate.com>; Eric Y Su <eric.y.su@seagate.com>; Warren Berman <warren.berman@seagate.com>; Marc Lee <marc.lee@seagate.com>; Homer Pitner <homer.pitner@seagate.com>; Phil Rich <Phil.Rich@seagate.com> |
| Subject: | Re: ██████████ |

This is probably the same issue I am currently working with Eric this week.  Both Eric and I can't duplicate the issue so far.

suggest Eric to get more information on the failure:

1) FW800 firmware version,

2) HDD SN, run disk test if any HDD issue

3) couple thing to ask customer to do:

1. Install this update for 10.7.3 TimeMachine issues (not specifically the ones he has but possibly relevant, Apple never puts the full story in the update description). Test for a few days or until corruption occurs.

2. Use a different size drive, 2TB or less, if this is reliable, the drive size would seem to be at issue, This might point to a Time Machine bug or one somewhere else.

I also asked Initio to troubleshoot the issue  this week, and theyhave not been able to duplicate the issue for 2 day testing till now either:

**Initio Test configuration:**

3TB Seagate Baracuda HDD

Firmware version: SEAG_Combo_1615_V131rc02.bta.

SeaGate Goflex board configured to detect the sector size 4KB when HDD greater than 2TB.

Intel Mac Pro Dual Xeon 2GHz.

OS version 10.7.2

FireWire 800 cable connected from Mac Pro to SeaGate Goflex board with 3TB attached.

**Test result**: **Not able to duplicate the problem**.

CONFIDENTIAL

\- The Mac Pro system able to detect the 3TB HDD, partition, and format without error.

\- Copy many files from 5MB to 3.49 GB data from DVD and from System HDD to SeaGate Goflex without any error or corruption.

Lilly

-----------------------------------------

On Fri, Mar 9, 2012 at 3:19 PM, Paul Mcparland <paul.mcparland@seagate.com> wrote:

Anybody know what is going on here?

Begin forwarded message:

**From:** Homer Pitner <homer.pitner@seagate.com>
**Date:** March 9, 2012 3:05:00 PM PST
**To:** Faheem Dani <Faheem.Dani@seagate.com>, Warren Berman <warren.berman@seagate.com>, Paul Mcparland <paul.mcparland@seagate.com>
**Subject: Fwd:** ███████████████

You guys know anything about this?

---------- Forwarded message ----------
From: **Alan W Clark** <alan.w.clark@seagate.com>
Date: Fri, Mar 9, 2012 at 2:25 PM
Subject: Fwd: ███████████
To: Danny G Medina <danny.g.medina@seagate.com>, Homer Pitner <homer.pitner@seagate.com>, Marc Lee <marc.lee@seagate.com>, Troy D Beaty <troy.d.beaty@seagate.com>

Just got off the phone with Joni clark.

How big is this issue, Troy, we need to capture the forum threads on this asap

Homer : Is your team aware of the issue, is there a solution

AC

---------- Forwarded message ----------
From: **Joni J Clark** <joni.j.clark@seagate.com>

Date: Fri, Mar 9, 2012 at 2:20 PM
Subject: Fwd: ████████████
To: Alan W Clark <alan.w.clark@seagate.com>

## Here is the customer and a summary of his issues.
j

*Joni Clark | Seagate Technology*
*Sr. Product Marketing Manager*
*720-684-1145 | joni.j.clark@seagate.com*

Come see and hear about the new FAST Factor by Seagate:
https://www.brainshark.com/seagate/FASTER

This e-mail message and any files transmitted with it are for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any
unauthorized review, use, disclosure, or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply e-mail and destroy all copies of
the original message.

---------- Forwarded message ----------
From: ████████████████████
Date: Fri, Mar 9, 2012 at 1:54 PM
Subject: ████████████
To: Joni J Clark <joni.j.clark@seagate.com>

Joni,
See below another reply to my forum post below. There is a wide spread issue here
and I am once again being asked to swap out drives. I don't believe it is a drive issue
but a software drive issue. I have yet to speak to a engineer to walk them through the
issue. This issue is going to be a big problem for anyone using this disk and OS X
10.7.3. SEE THE BELOW POST FROM ANOTHER USER:

Posts: 4
Registered: 03-08-2012

0

## Re: **WARNING** 4TB OR SMALLER GOFLEX MAC WILL NOT WORK WITH OS LION 10.7.2 OR 10.7.3

Options

CONFIDENTIAL

03-08-2012 08:46 PM

Hi,

I experienced the same problem ... There are a couple of work arounds involved in getting this to work without Lion Crashing.

1. Uninstall the Seagate software ... The uninstaller is part of the installer. When it gives you the option to do a custom installation (screen 4) select it. Click the check box off next to "Seagate GoFlex Features", and click the check box on next to "uninstall". Then click the Install button. That will remove the Seagate GoFlex Driver package (regretfully you will lose the nifty lights, but it solves the crashing problem). Completely shut down your Mac, then reboot. This is the only fix for the crashing problem that I know of, I think the driver is not compatible with 10.7's sandboxing methodology, but Seagate has not gotten around to correcting it yet. Regretfully uninstalling the driver creates another problem, so move onto number 2.

2. Once you uninstall the drivers you might run into another problem. Every time you put the computer to sleep the drive's header may take minor damage causing the drive to be unmountable by the OS. The only solution I have for this problem is instead of putting the computer to sleep you will want to shut the computer down. This is only a workaround until Seagate fixes the driver software. If you want to try putting the computer to sleep have Disk Utility, Alsoft's Disk Warroir, or Micromat's Techtool Pro at the ready. Remember to backup your files before you try this, and do so at your own risk.

I hope this helps.
On Mar 9, 2012, at 8:43 AM, Joni J Clark wrote:

> Yes agree!  I'm at home still but I will take care of this today.  Will call you a little later today.
>
> Thanks for keeping me in the loop.
>
> J
>
> Joni Clark
> Seagate Technology
> 720-684-1145 office
> 970-302-4076 cell

CONFIDENTIAL

On Mar 9, 2012, at 6:13 AM, ███████████████████████ wrote:

Joni,
I am a bit at my wits end on this issue. I was contacted by support via a
generic email asking for basic additional info that was already in the email I
provided you and on my forum post. I happily accommodated them and
replied to the support@seagagte.com email address and asked for them to
receive acknowledgment of the email. I have yet to receive an
acknowledgment or another email or a call.

I can tell you point blankly the way this concern is being handled is the
antithesis of when I worked with you. Other have posted to the forum
stating they have had the same issues I have but if the resolution is handled
the way that mine is being handled I can't imagine that those folks will stick
with Seagate.

So it is been 4 days since I replied to their email and no response, no follow-
up and no acknowledgement of any additional communication from me.

What should I do now?

███████████████

On Mar 6, 2012, at 3:39 PM, Joni J Clark wrote:

> **I think we are good for now but let's stay in touch on this**
> **one.**
>
> **j**
>
> *Joni Clark | Seagate Technology*
> *Sr. Product Marketing Manager*
> *720-684-1145 | joni.j.clark@seagate.com*
>
> Come see and hear about the new FAST Factor by Seagate:
> https://www.brainshark.com/seagate/FASTER
>
> This e-mail message and any files transmitted with it are for the sole use
> of the intended recipient(s) and may contain confidential and privileged
> information. Any unauthorized review, use, disclosure, or distribution is
> prohibited. If you are not the intended recipient, please contact the
> sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL

On Tue, Mar 6, 2012 at 1:36 PM, ██████████████
<████████████████ wrote:

You are the best.  Feel free to pass on all my contact info.  Happy
to help. I was due to speak with you today at 2:30pm but there
doesn't seem to be a need since the ball is rolling in the right
direction (hopefully) unless you need to speak with me.  I will
keep you apprised on the progression of this fix if there is one.
Richard

On Mar 6, 2012, at 3:33 PM, Joni J Clark wrote:

**I hope they reach out to you.  I told them who
you were and what you did for us on ██████ so if
they are smart they'll pull you in.**

**j**

*Joni Clark | Seagate Technology*
*Sr. Product Marketing Manager*
*720-684-1145 | joni.j.clark@seagate.com*

Come see and hear about the new FAST Factor by Seagate:
https://www.brainshark.com/seagate/FASTER

This e-mail message and any files transmitted with it are for
the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized
review, use, disclosure, or distribution is prohibited. If you are
not the intended recipient, please contact the sender by reply e-
mail and destroy all copies of the original message.

On Tue, Mar 6, 2012 at 1:30 PM, ██████████████
<██████████████████ wrote:

Joni,
You are the best.  I hope I didn't create to much of a
firestorm but as I mentioned I have been dealing with
this since mid February and the go to solution was to

FED_SEAG0035579

keep sending out new drives which is a costly and ineffective fix. Let me know if there is anybody I can email or talk to directly to help provide more clarity on this issue.

Once again thank you for the support.

████████████████

On Mar 6, 2012, at 3:24 PM, Joni J Clark wrote:

> **Sure did and I got the right folks involved and they tell me they are on it but I will follow up with them in a couple of days to make sure.**
>
> **j**
>
> *Joni Clark | Seagate Technology*
> *Sr. Product Marketing Manager*
> *720-684-1145 | joni.j.clark@seagate.com*
>
> Come see and hear about the new FAST Factor by Seagate:
> https://www.brainshark.com/seagate/FASTER
>
> This e-mail message and any files transmitted with it are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Tue, Mar 6, 2012 at 12:49 PM, ██████████████ ███████████████ wrote:

> Joni,
>
> Did you get the email that had all the data?

CONFIDENTIAL

--
Best Regards
AC

--
Homer Pitner
Executive Director
Product Development
Seagate Retail products
408.658.1373

--
Regards,

Lilly Li Luk
Retail Test Validation
Seagate Technology
10200 S. De Anza Blvd., Cupertino, CA 95014
(MailStop) CPCA01A33
(Office) 408-658-1271
(Fax) 408-658-1764
(Mobile) 650-269-8968
Lilly.Luk@seagate.com

FED_SEAG0035581

# EXHIBIT 51



**Agreement No. 149738**

# Disc Depot Hardware and Software Loan Agreement



Agreement No. 149738

_THIS AGREEMENT IS MADE BETWEEN BACKBLAZE FOR ITSELF AND ITS AFFILIATES ("CUSTOMER") AND SEAGATE TECHNOLOGY LLC FOR ITSELF AND ITS AFFILIATES ("SEAGATE"), A DELAWARE LIMITED LIABILITY COMPANY WITH ITS PRIMARY PLACE OF BUSINESS LOCATED AT 10200 S. DE ANZA BLVD., CUPERTINO, CA 95014. "AFFILIATE" MEANS AN ENTITY THAT, DIRECTLY OR INDIRECTLY, OWNS OR CONTROLS, IS OWNED OR CONTROLLED BY, OR IS UNDER COMMON OWNERSHIP OR CONTROL WITH, ANOTHER ENTITY.  FOR THE PURPOSES OF THE FOREGOING, "OWN," "OWNED," OR "OWNERSHIP" MEANS OWNERSHIP OF FIFTY PERCENT (50%) OR MORE OF THE STOCK OR OTHER EQUITY INTEREST ENTITLED TO VOTE FOR THE ELECTION OF DIRECTORS OR AN EQUIVALENT BODY.  THE ENTITY WILL BE DEEMED TO BE AN AFFILIATE ONLY SO LONG AS SUCH OWNERSHIP OR CONTROL EXISTS.

This Agreement is for "Disc Depot" Disc Drive Test Hardware ("Hardware") and Software ("Software") individually, or as the "System" collectively.

License Grant.  Seagate grants to Customer a site specific, nonexclusive, nontransferable, limited license to use the System for testing of Seagate products.  Customer has the right to use the System only at the site(s) set forth in the Supplement and any subsequent Supplements. Additional Systems may be deployed at site(s) described in subsequent Supplements.  Each Supplement will be incorporated into this Agreement upon execution and will define: (a) location of use,  (b) hardware serial number for the location, and (c) number of software licenses at location.

Customer will use the Hardware exclusively with the Software.

Except as expressly authorized above, Customer shall not: copy, in whole or in part, any Hardware or Software or related documentation; modify the Hardware or Software; reverse compile, reverse engineer, disassemble or reverse assemble all or any portion of the Hardware or Software; or rent, lease, license, sublicense, distribute, sell, or otherwise transfer the Hardware or Software. Specifically, Customer shall not remove the Software from the Hardware.  Customer obtains no rights in the Hardware and Software except those given in this limited license.

Ownership.  Unless there is a separate written agreement between Customer and Seagate, the System and any related documentation is owned by Seagate.  The Hardware and Software, as well as the System as a whole, is protected by United States and international patent, copyright, and trade secret laws.  Customer will not remove, alter or destroy any copyright, proprietary, or confidential notices placed on the System or any related documentation.  Customer agrees that aspects of the System, including the specific operation, design, and structure of individual components, constitute trade secrets of Seagate.  Customer agrees not to disclose, provide, or otherwise make available such trade secrets or copyrighted material in any form to any third party without the prior written consent of Seagate.  Customer agrees to implement reasonable security measures to protect such trade secrets and copyrighted material.  This section will survive any termination of this agreement.

NO WARRANTIES.  THE SYSTEM AND ANY RELATED DOCUMENTATION ARE PROVIDED TO CUSTOMER "AS IS."  SEAGATE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND EXPRESSLY DISCLAIMS ALL REPRESENTATIONS, ORAL OR WRITTEN, TERMS, CONDITIONS, AND WARRANTIES, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT.  WITHOUT LIMITING THE ABOVE, CUSTOMER ACCEPTS THAT THE SYSTEM MAY NOT MEET CUSTOMER'S REQUIREMENTS, OPERATE ERROR FREE, OR IDENTIFY ANY OR ALL ERRORS OR PROBLEMS, OR DO SO ACCURATELY.  This Agreement does not affect any statutory rights Customer may have as a consumer. ALL DISCLAIMERS HEREIN SURVIVE TERMINATION.

LIMITATION ON LIABILITY.  IN NO EVENT WILL SEAGATE BE LIABLE TO CUSTOMER, CUSTOMER'S CUSTOMERS, OR OTHER USERS, FOR DAMAGES OF ANY KIND INCLUDING BUT NOT LIMITED TO DIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR INDIRECT DAMAGES OF ANY KIND ARISING OUT OF THE LICENSE OF, USE OF, OR INABILITY TO USE THE SYSTEM, INCLUDING WITHOUT LIMITATION DATA LOSS, EVEN IF SEAGATE OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW FOR LIMITATIONS ON CONSEQUENTIAL DAMAGES.

Log files/contact information.  Upon request by Seagate, Customer will provide Seagate with logs (un-edited) verifying that Customer is continuing to use the System to test Seagate hard disc drives.  Customer will designate a contact person for this purpose and provide this person's contact information to Seagate.

Term.  This Agreement will be effective on the date of last signature.  However, Seagate may immediately terminate this Agreement and related Supplements at any time if Customer fails to comply with any term or condition or if Customer ceases to purchase and/or test Seagate hard disc drives using the System with written notice to Customer.  Upon any such termination, Customer must cease using the System and must follow Seagate's instructions regarding return of the System and bear any costs associated with the return of the System to Seagate.. Customer should contact Seagate at time of return to determine return procedure at that time.

Right of Replacement/Repair.  Seagate agrees to replace hardware found defective by Customer for a period of one (1) year following execution of this Agreement. For avoidance of doubt, "Hardware" does not include adapters and other sacrificial parts such as drive trays and/or back planes to be used with the System.  Customer may purchase replacement parts and spares only for the purpose replacing failing or otherwise defective parts of the Hardware.  In no case will Seagate be responsible for replacement or supply of cables or other external components necessary for use of the Hardware.

Customer is responsible for routine maintenance of equipment, including replacement of sacrificial parts such as test trays and adapters when they reach end of life or are damaged, and including installation of new software.  Required repairs beyond routine



Agreement No. 149738

maintenance may be performed by Customer or the equipment may be sent back to Seagate in Longmont, Colorado, at Customer's expense, for repair.

International Trade Compliance.  The System is subject to the customs and export control laws and regulations of the United States and the country in which they are received, including the U.S. Export Administration Regulations.  Customer will comply with all applicable tax, import, export, re-export and foreign policy controls and restrictions of the U.S. and the country in which Customer is located.  The System may not be sold, leased or otherwise transferred to restricted countries as defined by the United States federal government .  In addition, Seagate is prohibited by US law from receiving, repairing or replacing drives under warranty from these restricted countries and Customer agrees not to return any drives from restricted countries to Seagate for warranty replacement.  Customer, on behalf of itself and its affiliated companies, employees, and agents, acknowledges that it will comply with and abide by these restrictions and all other applicable laws and regulations.

Miscellaneous.   Recipient may not assign this Agreement without Seagate's prior written consent.  Any attempted assignment without such consent is void.  This agreement may only be modified in writing signed by both parties.  The parties disclaim the application of the United Nations Convention on the International Sale of Goods.  This Agreement will be governed by the laws of the State of California and the United States of America, without regard to conflict of law principles.  The terms of this Agreement are severable. If any term is unenforceable for any reason, that term will be enforced to the fullest extent possible, and the Agreement will remain in effect.



Agreement No. 149738

BACKBLAZE
500 Ben Franklin Court
San Mateo, CA 94401
United States of America

Seagate Technology LLC
10200 South De Anza Boulevard
Cupertino, CA 95014-3209
United States of America

**Seagate**

**Agreement No. 149738**

_(signature)_

**By (Duly Authorized)**

Tim Nufire

**Typed Name**

VP of Engineering

**Title**

8/8/2014

**Date**

**By (Duly Authorized)**

**Typed Name**

**Title**

**Date**

**Seagate Originator: Stuart Ray Ball**

# EXHIBIT 54

**From:** John D Grieci <john.d.grieci@seagate.com>
**Subject:** Re: 8D Grenada OEM & Disti ORT TVM DOM WW1251 Trigger (SSO# 0216)_Update_Jul11
**To:** Sai S Varanasi <sai.s.varanasi@seagate.com>
**Cc:** Michael Crump <Michael.R.Crump@seagate.com>,KianFatt Chong
<kianfatt.chong@seagate.com>,Piangruetai Sivaratana <piangruetai.sivaratana@seagate.com>,Hari H
Narayan <hari.h.narayan@seagate.com>,Jeffrey E Mason <jeffrey.e.mason@seagate.com>,Mark E Re
<mark.e.re@seagate.com>,Jeff Nygaard <jeff.nygaard@seagate.com>,Frank Murphy
<Frank.Murphy@seagate.com>,Alan B Johnston <alan.b.johnston@seagate.com>,Jeffrey K LaCroix
<jeffrey.k.lacroix@seagate.com>

These failure rates are extremely high for single cause:

d. Instability failure rate for Key OEM = 0.49%, Std OEM= 0.70% and Disty = 1.7%

On Thu, Jul 12, 2012 at 5:40 PM, Sai S Varanasi <sai.s.varanasi@seagate.com> wrote:

> John,
> As we discussed this particular trigger in TVM seems to be related to particle
> contamination. FA is underway.
>
> At a higher level, Grenada triggers are mainly due to head instability and particle related
> issues.
> **Instability**:
> a. We identified head instability issue with the first SSO in dec/jan.  As a company we made
> a decision to use the 'bad' wafer/slider material to meet Q3/Q4 volumes.  We expected to
> finish using this material in middle of Q4, however we will continue to consume until
> WW17 (via disty/SBS config).  To improve OEM performance we are using non-SLT-05
> for OEMs.
> b. To further improve OEM performance we have tighter OEM cert specs.  I suspect this is
> another reason why OEM performance in ORT is improving but Disty is not (even with non-
> SLT05 material).
> c. Work is underway to understand additional stress in Grenada drive that might be
> increasing this failure rate.
> d. Instability failure rate for Key OEM = 0.49%, Std OEM= 0.70% and Disty = 1.7%
>
> **Particles**:
> a.  NHK failure rate continues to be 3-4X higher than MPT.  Starting this week we should
> have much higher mix of MPT in OEM (and hence increasing NHK ratio into Disty).
> b.  In addition to NHK, we also have other normal particle contam contributors (Talc, Slider
> particles, SST, AlO etc).
> _____
>
> **OEM** ORT raw failure rate (starting to improving....)

**Disty** ORT raw failure rate (not improving.....ignore last two weeks because runtime is short)


Thanks
Sai
China# 18662271002
US# 303 913 9309

    ---------- Forwarded message ----------
    From: **John D Grieci** <john.d.grieci@seagate.com>
    Date: Thu, Jul 12, 2012 at 6:26 AM
    Subject: Re: 8D Grenada OEM & Disti ORT TVM DOM WW1251 Trigger (SSO# 0216)_Update_Jul11
    To: Chanond Tesavibul <chanond.tesavibul@seagate.com>
    Cc: Michael R Crump <Michael.R.Crump@seagate.com>, Hari H Narayan <hari.h.narayan@seagate.com>, Sai S Varanasi <sai.s.varanasi@seagate.com>, "wilson.z.zhang" <wilson.z.zhang@seagate.com>, YehJuang Phang <yehjuang.phang@seagate.com>, Yan Liao <yan.liao@seagate.com>, Run Zhang <run.zhang@seagate.com>, Jun Huang <jun.huang@seagate.com>, Leong Hooi Tan <leonghooi.tan@seagate.com>, JunDui L Lu <JunDui.L.Lu@seagate.com>, Ke X Xu <ke.x.xu@seagate.com>, KokChiang Lau <kokchiang.lau@seagate.com>, KiatChoon Seow <kiatchoon.seow@seagate.com>, "Piangruetai.Sivaratana" <Piangruetai.Sivaratana@seagate.com>, Nuttaset Luetragul <nuttaset.luetragul@seagate.com>, MeiYu C Cui <meiyu.c.cui@seagate.com>, GuoPing Gui <guoping.gui@seagate.com>, "Jerry.CC.Seh" <Jerry.CC.Seh@seagate.com>, Suangsuda Saengarammanojit <suangsuda.saengarammanojit@seagate.com>, Niran Lersnimitthum <Niran.Lersnimitthum@seagate.com>, Chittiporn Pupaichitkul <chittiporn.pupaichitkul@seagate.com>, Wibulporn Nilnam <wibulporn.nilnam@seagate.com>, Jimmy S Sin <jimmy.s.sin@seagate.com>, Pat Dewey <pat.dewey@seagate.com>, Brent VanDerVliet <Brent.VanDerVliet@seagate.com>, Timothy J Peterson <timothy.j.peterson@seagate.com>, Michael L Foye <michael.l.foye@seagate.com>, Sittipong Jitsiriboon <sittipong.jitsiriboon@seagate.com>, Gary Kelsic <Gary.F.Kelsic@seagate.com>, Michael L Cook <michael.l.cook@seagate.com>, Kevin D Stenvall <kevin.d.stenvall@seagate.com>, Phinyada Phuwapariyathorn <phinyada.phuwapariyathorn@seagate.com>, Donald G Smith <donald.g.smith@seagate.com>, Matt Sadafi <matt.sadafi@seagate.com>, Krishnan Subramanian <Krishnan.Subramanian@seagate.com>, Glen D Almgren <glen.d.almgren@seagate.com>, Frank Murphy <frank.murphy@seagate.com>, Tao Bai <tao.b.bai@seagate.com>, Qian G Gu <qian.g.gu@seagate.com>, Jariya Poonsawat <jariya.poonsawat@seagate.com>, Oran Kuskul <Oran.Kuskul@seagate.com>, Chris G Labbe <chris.g.labbe@seagate.com>, Duongamol Anakamanee <Duongamol.Anakamanee@seagate.com>, Orawan Wiwattanajit <orawan.wiwattanajit@seagate.com>, Sarun Nantavisuth

 FED_SEAG0060977

<sarun.nantavisuth@seagate.com>, Wasana Ruamsup
<wasana.ruamsup@seagate.com>, Jeffrey E Mason <jeffrey.e.mason@seagate.com>

Folks,

What are we doing here with Granada?  We seem to trigger often.  We shipped 145K drives and we are holding 31K drives to screen I guess?  This makes no sense!!!  We are not managing quality here, we are just shipping product that will bite us later.

We NEED a longer term plan here.  This drive does not seem like a good drive and feels a lot like Compass??

Can we get a plan here on what we are going to do and should we stop shipping the drive altogether until we have identified the root cause?

Do we need to get on the phone to discuss??  I get really nervous when we have 5 failures out of 60 drives??

Please let me know!

John

On Thu, Jul 12, 2012 at 12:19 AM, Chanond Tesavibul <chanond.tesavibul@seagate.com> wrote:

Mike,


Please see the update in Blue


**A: Product / Problem (Issue)**

Grenada  OEM and Disty DOM1251 TVM test detected 5 failures out of 60 drives tested, the failure rate is 8.3% which is higher than trigger limit at 3%.

Failures mode are: 3x Modulation, 1x Degraded Head and 1x NMD.

Factory quality agree upon CEE and FPT team to quarantine drives from DOM1251 all 3 sites (Korat, Wuxi and Suzhou) residing  in FGI and  WIP to be quarantined for treatment.

                                    FED_SEAG0060978

**B: 8D Driver & 8D Owner(s)/Org**

8D Owner: Piangruetai (Ops)
8D Quality Lead: Chanond T.

**C: Drives Impacted (Cus-Tab)**

Total affected quantity = 176761 drives.

Quantity at FGI = 31,211 drives

Quantity in WIP = 143 drives. ( Pending addition form SuZhou and Wuxi )

Quantity shipped to customer = 145,407 drives.  ( Pending addition form Wuxi )

| ORT | Korat | SuZhou | Wuxi | Total |
|-------|-------|--------|-------|-------|
| WIP | 143 | 1331 | 160 | 1643 |
| FGI | 3336 | 20515 | 7360 | 31211 |
| Ship | 23477 | 121930 | 86589 | 231996 |
| Total | 26956 | 143776 | 94109 | 264841 |

**D: Drives In Field/Hubs**

231,996 drives

**E: Summary & Status**

Affected Drive quarantined, WIP and FGI pending for Paper sort and assessment.
WW1302
Paper sort criteria already provided and released by product engineering.
Jul 07,2012

The paper sort screening criteria are:

(1). From Table "P_TCS_ZN_SUMMARY" at CRT2 operation, Fail if: 'Max(TCS)' > 0.35   <== Max 'TCS' on each drive

(2). From Table "P109_UNSAFE_SUMMARY" at FNC2 operation, Fail if 'Max(Max(FVGA_ERR_CNT))' > 540

Base on these 2 criteria, screening can capture 3/5 failures (2x Modulation and 1x Head

Degraded) which 5.6% got screened out.

**F: <u>Root Cause</u>**

FA under finding the real root cause.

**G: <u>Containment</u>**

1.     FIS crunch and quarantined affected drives in FGI, Stop pack has been created.          3sites  QA / Process.          -- Jul 06  Done
2.     Provide Affected drives  screening criteria                              PE / Wibulporn N.          -- Jul 06  Done
3.     Paper sort  affected  vintage drives.                              Process / MFG          -- WW1302 / On going
4.     7days Reliability test assessment.                              Process / Reliability          -- WW1302 / On going
5.     Review assessment result.                              Reliability          -- TBD

**H: <u>Customer Communication</u>**

No,

**I: <u>Next Steps</u>**

Follow up CAPA and validation fix effectiveness.

Regards,
Chanond
--
SeaTel : 8-470-3509

                    FED_SEAG0060980

--
**John D. Grieci**
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174

--
**John D. Grieci**
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174

--
**John D. Grieci**
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174

--

**John D. Grieci**
Senior Vice President, Customer Advocacy
Seagate Technology
Cupertino, California

john.d.grieci@seagate.com
O 408-658-1166
M 508-254-4174

# FED_SEAG0060976

## Metadata

| | | |
|---|---|---|
| **Attach Counts** | 0 | ORIGINAL |
| **CC** | Michael Crump <Michael.R.Crump@seagate.com>;KianFatt Chong <kianfatt.chong@seagate.com>;Piangruetai Sivaratana <piangruetai.sivaratana@seagate.com>;Hari H Narayan <hari.h.narayan@seagate.com>;Jeffrey E Mason <jeffrey.e.mason@seagate.com>;Mark E Re <mark.e.re@seagate.com>;Jeff Nygaard <jeff.nygaard@seagate.com>;Frank Murphy <Frank.Murphy@seagate.com>;Alan B Johnston <alan.b.johnston@seagate.com>;Jeffrey K LaCroix <jeffrey.k.lacroix@seagate.com> | ORIGINAL |
| **Custodian** | Crump_Michael | ORIGINAL |
| **Custodian Other** | Crump_Michael | ORIGINAL |
| **DATERECEIVED** | 7/13/2012 | ORIGINAL |
| **DATESENT** | 7/13/2012 | ORIGINAL |
| **DOCEXT** | eml | ORIGINAL |
| **DOCTYPE** | Internet Message (MIME) | ORIGINAL |
| **FED_BEGATTACH** | FED_SEAG0060976 | ORIGINAL |
| **FED_ENDATTACH** | FED_SEAG0060982 | ORIGINAL |
| **FileName** | Re  8D Grenada OEM & Disti ORT TVM DOM WW1251 Trigger (SSO# 0216)_Update_Jul11.eml | ORIGINAL |
| **FILESIZE** | 53245 | ORIGINAL |
| **FROM** | John D Grieci <john.d.grieci@seagate.com> | ORIGINAL |
| **MD5 Hash** | 9C507FEBC799ACA5AC4B34489883FD22 | ORIGINAL |
| **Message_ID** | <CAMVg--nepNN_0K+zgENWn9Gxu=sZCHxKKx_twz28q+nbPjaV3w@mail.gmail.com> | ORIGINAL |
| **OrgFolder** | 041035\Crump_Michael\Michael_Crump_michael.r.crump@seagate.com_4.mbox\Crump_Michael\ | ORIGINAL |
| **RecordType** | E-MAIL | ORIGINAL |
| **Relativity Image Count** | 7 | ORIGINAL |
| **Relativity Native Time Zone Offset** | -8.00 | ORIGINAL |
| **TIMERECEIVED** | 6:44 AM | ORIGINAL |
| **TIMESENT** | 6:43 AM | ORIGINAL |
| **TO** | Sai S Varanasi <sai.s.varanasi@seagate.com> | ORIGINAL |

# EXHIBIT 55



S E A G A T E

Product Manual

# Seagate® Desktop HDD

**Standard models**

ST3000DM001
ST2000DM001
ST1500DM003
ST1000DM003
ST750DM003
ST500DM002
ST320DM000
ST250DM000

**Self-Encryption models**

ST3000DM002
ST2000DM002
ST1000DM004

Gen 14
100686584
Rev. L
January 2015

**Document Revision History**

| Revision | Date | Description of Change |
|---|---|---|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages fc, 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21). |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |

© 2015 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. L January 2015

Seagate, Seagate Technology and the Wave logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. Desktop HDD and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC. Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import

# Contents

Seagate® Technology Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.0  Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   1.1  About the SATA interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

2.0  Drive Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   2.1  Specification summary tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   2.2  Formatted capacityy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
      2.2.1  LBA mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   2.3  Default logical geometry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   2.4  Recording and interface technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   2.5  Physical characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   2.6  Seek time. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   2.7  Start/stop times. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   2.8  Power specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
      2.8.1  Power consumption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
      2.8.2  Conducted noise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
      2.8.3  Voltage tolerance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
      2.8.4  Power-management modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   2.9  Environmental specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.9.1  Ambient temperature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.9.2  Temperature gradient. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.9.3  Humidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.9.4  Altitude. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.9.5  Shock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
      2.9.6  Non-operating vibration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
   2.10 Acoustics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
      2.10.1  Test for Prominent Discrete Tones (PDTs). . . . . . . . . . . . . . . . . . . . . . . . . . . 19
   2.11 Electromagnetic immunity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
   2.12 Reliability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
      2.12.1  Annualized Failure Rate (AFR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
   2.13 Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
   2.14 Agency certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
      2.14.1  Safety certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
      2.14.2  Electromagnetic compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
      2.14.3  FCC verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   2.15 Environmental protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
      2.15.1  European Union Restriction of Hazardous Substances (RoHS) Directive. . . . . 22
      2.15.2  China Restriction of Hazardous Substances (RoHS) Directive  . . . . . . . . . . . 22
   2.16 Corrosive environment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

3.0  Configuring and Mounting the Drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   3.1  Handling and static-discharge precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   3.2  Configuring the drive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   3.3  SATA cables and connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   3.4  Drive mounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.0  About (SED) Self-Encrypting Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   4.1  Data Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   4.2  Controlled Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
      4.2.1  Admin SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
      4.2.2  Locking SP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
      4.2.3  Default password. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
      4.2.4  ATA Enhanced Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   4.3  Random Number Generator (RNG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

CONFIDENTIAL

FED_SEAG0004440

# Contents

4.4     Drive Locking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.5     Data Bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.6     Cryptographic Erase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.7     Authenticated Firmware Download. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.8     Power Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.9     Supported Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
4.10    RevertSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

5.0     **SATA Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28**
5.1     Hot-Plug compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.2     SATA device plug connector pin definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
5.3     Supported ATA commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
        5.3.1    Identify Device command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
        5.3.2    Set Features command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
        5.3.3    S.M.A.R.T. commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

CONFIDENTIAL                                                                      FED_SEAG0004441

# Figures

Figure 1    Attaching SATA cabling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Figure 2    Mounting dimensions (3-disk: 1.5TB to 3TB models). . . . . . . . . . . . . . . . . . . . . . . 24
Figure 3    Mounting dimensions (1-disk: 250GB to 1TB models) . . . . . . . . . . . . . . . . . . . . . . 25

CONFIDENTIAL                                                        FED_SEAG0004442

# Seagate® Technology Support Services

For information regarding online support and services, visit: **http://www.**seagate.com/about/contact-us/technical-support/

Available services include:
- Presales & Technical support
- Global Support Services telephone numbers & business hours
- Authorized Service Centers

For information regarding Warranty Support, visit: **http://www.**seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: **http://www.**seagate.com/services-software/data-recovery-services/

For Seagate OEM and Distribution partner portal, visit: **http://www.**seagate.com/partners

For Seagate reseller portal, visit: **http://www.**seagate.com/partners/my-spp-dashboard/

CONFIDENTIAL                                                      FED_SEAG0004443

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 | |

 Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary.

These drives provide the following key features:

7200 RPM spindle speed.

High instantaneous (burst) data-transfer rates (up to 600MB per second).

TGMR recording technology provides the drives with increased areal density.

State-of-the-art cache and on-the-fly error-correction algorithms.

Native Command Queuing with command ordering to increase performance in demanding applications.

Full-track multiple-sector transfer capability without local processor intervention.

Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

Quiet operation.

Compliant with RoHS requirements in China and Europe.

SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

Support for S.M.A.R.T. drive monitoring and reporting.

Supports latching SATA cables and connectors.

Worldwide Name (WWN) capability uniquely identifies the drive.

CONFIDENTIAL
                                           FED_SEAG0004444

## 1.1   About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.

Thinner and more flexible cabling for improved enclosure airflow and ease of installation.

Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.



The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment.

CONFIDENTIAL                                                                                           FED_SEAG0004445

# 2.0   Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

|  Standard models  |  |  Self-Encryption models  |
|---|---|---|
| ST3000DM001 | ST750DM003 | ST3000DM002 |
| ST2000DM001 | ST500DM002 | ST2000DM002 |
| ST1500DM003 | ST320DM000 | ST1000DM004 |
| ST1000DM003 | ST250DM000 |  |

## 2.1   Specification summary tables

The specifications listed in **Table 1** and **Table 2** are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); 2000GB (2TB) | 2000GB (2TB); 1500GB (1.5TB) | 1000GB (1TB); 750GB |
| Guaranteed sectors | 5,860,533,168; 3,907,029,168 | 3,907,029,168; 2,930,277,168 | 1,953,525,168; 1,465,149,168 |
| Heads | 6 | 4 | 2 |
| Disks | 3 | 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm / 4.0 in ($\pm$ 0.010 in) | | 101.6mm / 4.0 in ($\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g / 1.38 lb | 535g / 1.18 lb | 400g / 0.88 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms typical <9.5ms typical | | |
| Startup current 12V | 2.0A or 2.8A | | 2.0A |

CONFIDENTIAL
                                                    FED_SEAG0004446

www.seagate.com                                                          **Drive Specifications**

*Table 1   Drive specifications summary for 3TB, 2TB, 1.5TB, 1TB and 750GB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002; ST2000DM001 | ST2000DM001 & ST2000DM002; ST1500DM003 | ST1000DM003 & ST1000DM004; ST750DM003 |
|---|---|---|---|
| Voltage tolerance (including noise) | 5V: ±5%<br>12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating)<br>−40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating)<br>5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C max (operating)<br>40.0°C max (non-operating) | | |
| Altitude, operating | −304.8m to 3048m<br>(−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating<br>(below mean sea level, max) | −304.8m to 12,192m<br>(−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power<br>Idle*** | 2.4 bels (typical)<br>2.6 bels (max) | | 2.2 bels (typical)<br>2.4 bels (max) |
| Seek | 2.6 bels (typical)<br>2.7 bels (max) | | 2.4 bels (typical)<br>2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Maximum Rated workload | Maximum rate of <55TB/year<br>Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL                                                          FED_SEAG0004447

*Table 2  Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | 2 | | 1 |
| Disks | 1 | | |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1413kb/in | | |
| Track density (avg) | 236ktracks/in | | |
| Areal density (avg) | 329Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 1695Mb/s | | |
| Average Data Rate, read/write (MB/s) | 125MB/s | | |
| Maximum sustained data transfer rate, OD read | 144MB/s | | |
| I/O data-transfer rate (max.) | 600MB/s | | |
| Cache buffer | 16MB | | |
| Height (max) | 19.98mm / 0.787 in | | |
| Width (max) | 101.6mm / 4.0 in (± 0.010 in) | | |
| Length (max) | 146.99mm / 5.787 in | | |
| Weight (typical) | 415g / 0.915 lb | | |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <8.5s | | |
| Standby to ready (max) | <8.5s | | |
| Average seek, read (typical) | <8.5ms (read | | |
| Average seek, write (typical) | <9.5ms (write) | | |
| Startup current (typical) 12V | 2.0A | | |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Ambient temperature | 0° to 60°C (operating) −40° to 70°C (non-operating) | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 37.7°C (operating) 40.0°C (non-operating) | | |
| Altitude, operating | −304.8m to 3048m (−1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | −304.8m to 12,192m (−1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 70 Gs at 2ms | | |
| Non-operational shock (max) | 350 Gs at 2ms | | |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |

CONFIDENTIAL   FED_SEAG0004448

www.seagate.com                                                                        **Drive Specifications**

*Table 2   Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|---|
| Idle*** | | | 2.2 bels (typical)<br>2.3 bels (max) | |
| | Seek | | 2.3 bels (typical)<br>2.4 bels (max) | |
| Non-recoverable read errors | | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | | <1.0% based on 2400 POH | | |
| Maximum Rated workload | | Maximum rate of <55TB/year<br>Workloads exceeding the annualized rate may impact product reliability. The<br>Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours.<br>Workload Rate = TB transferred * (2400 / recorded power on hours). | | |
| Warranty | | To determine the warranty for a specific drive, use a web browser to access the<br>following web page: http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Check to see if the drive is under Warranty". Users will be<br>asked to provide the drive serial number, model number (or part number) and<br>country of purchase. The system will display the warranty information for the drive. | | |
| Contact start-stop cycles | | 50,000 at 25°C, 50% rel. humidity | | |
| Supports Hotplug operation per the<br>Serial ATA Revision 3.2 specification | | Yes | | |

\* All specifications above are based on native configurations.

\*\* One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

\*\*\* During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacityy

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001<br>ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001<br>ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1500DM003 | 1500GB | 2,930,277,168 | |
| ST1000DM003<br>ST1000DM004 | 1000GB | 1,953,525,168 | 4K |
| ST750DM003 | 750GB | 1,465,149,168 | |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

\*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

CONFIDENTIAL
FED_SEAG0004449

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3   Default logical geometry

**Cylinders**: 16,383
**Read/write heads**: 16
**Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n–1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4   Recording and interface technology

| Interface | SATA |
|---|---|
| Recording method | TGMR |
| Recording density (kFCI) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 625 |
| 500GB, 320GB, 250GB models | 329 |
| Spindle speed (RPM) | 7200 ± 0.2% |
| Internal data transfer rate (Mb/s max) | 2147 |
| Maximum sustained data transfer rate, OD read (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 210 |
| 500GB, 320GB, 250GB models | 144 |
| Average data rate, read/write (MB/s) | |
| 3TB, 2TB, 1.5TB, 1TB and 750GB models | 156 |
| 500GB, 320GB, 250GB models | 125 |
| I/O data-transfer rate (MB/s max) | 600 |

CONFIDENTIAL                     FED_SEAG0004450

## 2.5   Physical characteristics

| Maximum height | |
|---|---|
| 3TB, 2TB and 1.5TB | 26.1mm / 1.028 in |
| 1TB, 750GB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| Maximum width (all models) | 101.6mm / 4.0 in (± 0.010 in) |
| Maximum length (all models) | 146.99mm / 5.787 in |
| Typical weight | |
| 3TB and 2TB | 626g / 1.38 lb |
| 1.5TB | 535g / 1.18 lb |
| 1TB and 750GB | 400g / 0.88 lb |
| 500GB, 320GB, 250GB | 415g / 0.92 lb |
| Cache buffer | |
| 3TB, 2TB, 1.5TB, 1TB, 750GB | 64MB (64,768kb) |
| 500GB, 320GB and 250GB | 16MB (16,384kb) |

## 2.6   Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

Track-to-track seek time is an average of all possible single-track seeks in both directions.

Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |



These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications.

CONFIDENTIAL
FED_SEAG0004451

## 2.7  Start/stop times

| | 3-disk (3TB, 2TB models) | 2-disk (2TB, 1.5TB models) | 1-disk (1TB, 750GB models) | 1-disk (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8  Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to **Figure 1 on page 23**.

### 2.8.1  Power consumption

Power requirements for the drives are listed in **Table 3**, **Table 4**, **Table 5** and **Table 6**. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

Spinup power
  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

Read/write power and current
  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

Operating power and current
  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

Idle mode power
  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

Standby mode
  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

CONFIDENTIAL
FED_SEAG0004452

*Table 3   DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4   DC power requirements (2-disk: 2TB and 1.5TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.8A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5   DC power requirements (1-disk: 1TB and 750GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6   DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

CONFIDENTIAL                                                      FED_SEAG0004453

**Drive Specifications**

## 2.8.2 Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.

Using 5-volt power, the drive is expected to operate with a maximum of **100 mV peak-to-peak square-wave injected noise at up to 10MHz.**

Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current.

## 2.8.3 Voltage tolerance

Voltage tolerance (including noise):

5V ±5%

12V +10% / -7.5%

## 2.8.4 Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|---|---|---|---|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

Active mode

The drive is in Active mode during the read/write and seek operations.

Idle mode

The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.

Standby mode

The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the **drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.**

Sleep mode

The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.

Idle and Standby timers

Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

CONFIDENTIAL FED_SEAG0004454

## 2.9  Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

> The maximum allowable drive case temperature is 60°C.
> See Figures 2 & 3 for HDA case temperature measurement locations.

Refer to **Section 3.4 Drive mounting** for base plate measurement location.

### 2.9.1  Ambient temperature

| Operating | 0° to 60°C (32° to 140°F) |
|---|---|
| Non-operating | –40° to 70°C (–40° to 158°F) |

### 2.9.2  Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|---|---|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3  Humidity

#### 2.9.3.1  Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|---|---|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2  Wet bulb temperature

| Operating | 37.7°C (99.9°F max) |
|---|---|
| Non-operating | 40°C (104°F max) |

### 2.9.4  Altitude

| Operating | –304.8m to 3048m (–1000 ft. to 10,000+ ft.) |
|---|---|
| Non-operating | –304.8m to 12,192m (–1000 ft. to 40,000+ ft.) |

> Maximum storage condition not to exceed 90 days at a wetbulb temperature of 32°C (example: 34°C / 90% RH)

CONFIDENTIAL

FED_SEAG0004455

## 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

### 2.9.5.2  Non-operating shock

**3TB, 2TB and 1.5TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 750GB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

## 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

CONFIDENTIAL                                                               FED_SEAG0004456

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

> For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation:
>
> (Number of seeks per second = 0.4 / (average latency + average access time

*Table 7   Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB, 1.5TB) | | |
| **1 Disk** (1TB, 750GB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

## 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8   Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|---|---|---|---|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

CONFIDENTIAL                                                              FED_SEAG0004457

## 2.12 Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Maximum Rated Workload | Maximum rate of <55TB/year |
| | Workloads exceeding the annualized rate may impact product reliability. The Annualized Workload Rate is in units of TB per year, or TB per 2400 power on hours. Workload Rate = TB transferred * (2400 / recorded power on hours). |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Check to see if the drive is under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

## 2.13 Warranty

To determine the warranty for a specific drive, use a web browser to access the following web page: **http://www.seagate.com/support/warranty-and-replacements/**

From this page, click on "Check to see if the drive is under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive.

## 2.14 Agency certification

### 2.14.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.14.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

CONFIDENTIAL
                                                    FED_SEAG0004458

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

Family name: Barracuda

Certificate number: KCC-REM-STX-Barracuda

**Australian C-Tick (N176)**

If these models have the C-Tick marking, they comply with the Australia/New Zealand Standard AS/NZ CISPR22 and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Australian Communication Authority (ACA).

## 2.14.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

Reorient the receiving antenna.

Move the device to one side or the other of the radio or TV.

Move the device farther away from the radio or TV.

Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems.* This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

CONFIDENTIAL                                                                      FED_SEAG0004459

## 2.15 Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

### 2.15.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

### 2.15.2 China Restriction of Hazardous Substances (RoHS) Directive 中国限制危险物品的指令

This product has an Environmental Protection Use Period (EPUP) of 20 years. The following table contains information mandated by China's "Marking Requirements for Control of Pollution Caused by Electronic Information Products" Standard.



该产品具有20年的环境保护使用周期 （EPUP）。 下表包含了中国 "电子产品所导致的污染的控制的记号要求" 所指定的信息。

| Name of Parts 部件名称 | Toxic or Hazardous Substances or Elements有毒有害物质或元素 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Lead 铅（Pb） | Mercury 汞（Hg） | Cadmium 镉（Cd） | Hexavalent Chromium 六价铬（Cr6+） | Polybrominated Diphenyl 多溴联苯（PBB） | Polybrominated Diphenyl Ether 多溴二苯醚（PBDE） |
| PCBA | X | O | O | O | O | O |
| HDA | X | O | O | O | O | O |

"O" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is lower than the threshold defined by the China RoHS MCV Standard.

"O"表示该部件（于同类物品程度上）所含的危险和有毒物质低于中国RoHS MCV标准所定义的门槛值。

"X" indicates the hazardous and toxic substance content of the part (at the homogeneous material level) is over the threshold defined by the China RoHS MCV Standard.

"X"表示该部件（于同类物品程度上）所含的危险和有毒物质超出中国RoHS MCV标准所定义的门槛值。

## 2.16 Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

CONFIDENTIAL                                                                                      FED_SEAG0004460

# 3.0    Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

Caution

Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.

Handle the drive by its edges or frame *only*.

The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.

Always rest the drive on a padded, antistatic surface until mounting it in the computer.

Do not touch the connector pins or the printed circuit board.

Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 9 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in Figure 1.

*Figure 1* Attaching SATA cabling



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

CONFIDENTIAL

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to **Figure 2** and **Figure 3** for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.

Use only 6-32 UNC mounting screws.

The screws should be inserted no more than 0.150 inch (3.81mm) into the bottom or side mounting holes.

Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2  Mounting dimensions (3-disk: 1.5TB to 3TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

CONFIDENTIAL

FED_SEAG0004462

www.seagate.com                                                    **Configuring and Mounting the Drive**

*Figure 3  Mounting dimensions (1-disk: 250GB to 1TB models)*



Drawings are for mounting hole reference only.
PCBA show in pictorial only and can vary based on specific customer configurations.

CONFIDENTIAL                                                          FED_SEAG0004463

# 4.0   About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)

TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

Trusted Send

Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1   Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible16 data bands (see **Section 4.5 Data Bands)**.

## 4.2   Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP." These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1   Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see **Section 4.4 Drive Locking**). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2   Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3   Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4   ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

CONFIDENTIAL

## 4.3   Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

## 4.4   Drive Locking

In addition to changing the passwords, as described in **Section 4.2.3 Default password**, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5   Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see **Section 4.6 Cryptographic Erase**) or the password when required.

## 4.6   Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7   Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8   Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in **Section 2.8 Power specifications** for power requirements on the standard (non-SED) drive models.

## 4.9   Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in **Table 10**:

    Trusted Send

    Trusted Receive

## 4.10  RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

CONFIDENTIAL    FED_SEAG0004465

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

**Table 9** summarizes the signals on the SATA interface and power connectors.

*Table 9    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| Signal | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| Key and spacing separate signal and power segments | | | |
| Power | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1. All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2. The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
   the ground pins P4 and P12.
   the pre-charge power pins and the other ground pins.
   the signal pins and the rest of the power pins.

3. There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
   All used voltage pins ($V_x$) must be terminated.

CONFIDENTIAL                                                                                              FED_SEAG0004466

## 5.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 36 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 10 SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

CONFIDENTIAL                                                                    FED_SEAG0004467

*Table 10 SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address: Password: Lock: Unlock: Freeze Lock: | $00_H$ $01_H$ $02_H$ $03_H$ $04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

CONFIDENTIAL                                        FED_SEAG0004468

## 5.3.1  Identify Device command

The Identify Device command (command code $EC_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 29. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 11  Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>    Bit 15: 0 = ATA; 1 = ATAPI<br>    Bit 7: removable media<br>    Bit 6: removable controller<br>    Bit 0: reserved | $0C5A_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | $0000_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | $0000_H$ |
| 5 | Retired | $0000_H$ |
| 6 | Number of logical sectors per logical track: 63 | $003F_H$ |
| 7–9 | Retired | $0000_H$ |
| 10–19 | Serial number: (20 ASCII characters, $0000_H$ = none) | ASCII |
| 20 | Retired | $0000_H$ |
| 21 | Retired | $0400_H$ |
| 22 | Obsolete | $0000_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | $8010_H$ |
| 48 | Reserved | $0000_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | $2F00_H$ |
| 50 | ATA-reserved | $0000_H$ |
| 51 | PIO data-transfer cycle  timing mode | $0200_H$ |
| 52 | Retired | $0200_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | $0007_H$ |
| 54 | Number of current logical  cylinders | $xxxx_H$ |
| 55 | Number of current logical heads | $xxxx_H$ |
| 56 | Number of current logical sectors per logical track | $xxxx_H$ |
| 57–58 | Current capacity in sectors | $xxxx_H$ |

CONFIDENTIAL

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 59 | Number of sectors transferred during a Read Multiple or Write Multiple command | $xxxx_H$ |
| 60–61 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information) *Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100-103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | $0000_H$ |
| 63 | Multiword DMA active and modes supported (see note following this table) | $xx07_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | $0003_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word (120 nsec) | $0078_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | $0078_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | $0078_H$ |
| 69–74 | ATA-reserved | $0000_H$ |
| 75 | Queue depth | $001F_H$ |
| 76 | SATA capabilities | $xxxx_H$ |
| 77 | Reserved for future SATA definition | $xxxx_H$ |
| 78 | SATA features supported | $xxxx_H$ |
| 79 | SATA features enabled | $xxxx_H$ |
| 80 | Major version number | $01F0_H$ |
| 81 | Minor version number | $0028_H$ |
| 82 | Command sets supported | $364B_H$ |
| 83 | Command sets supported | $7F09_H$ |
| 84 | Command sets support extension (see note following this table) | $4163_H$ |
| 85 | Command sets enabled | $30xx_H$ |
| 86 | Command sets enabled | $BE09_H$ |
| 87 | Command sets enable  extension | $4163_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | $xx7F_H$ |
| 89 | Security erase time | $0039_H$ |
| 90 | Enhanced security erase time | $0039_H$ |
| 92 | Master password revision code | $FFFE_H$ |
| 93 | Hardware reset value | $xxxx_H$ |
| 94 | Automatic acoustic management | $8080_H$ |
| 95–99 | ATA-reserved | $0000_H$ |

CONFIDENTIAL                                        FED_SEAG0004470

www.seagate.com                                                               **SATA Interface**

*Table 11 Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1500DM003 = 2,930,277,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST750DM003= 1,465,149,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive.<br>NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

|  | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|--|--|

|  | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|--|--|

| Description (if bit is set to 1) | | |
|--|--|--|
| Bit | Word 63 | |
| 0 | Multiword DMA mode 0 is supported. | |
| 1 | Multiword DMA mode 1 is supported. | |
| 2 | Multiword DMA mode 2 is supported. | |
| 8 | Multiword DMA mode 0 is currently active. | |
| 9 | Multiword DMA mode 1 is currently active. | |
| 10 | Multiword DMA mode 2 is currently active. | |
| Bit | Word 84 | |
| 0 | SMART error login is supported. | |
| 1 | SMART self-test is supported. | |
| 2 | Media serial number is supported. | |
| 3 | Media Card Pass Through Command feature set is supported. | |
| 4 | Streaming feature set is supported. | |
| 5 | GPL feature set is supported. | |

Seagate Desktop HDD Product Manual, Rev. L                                              33

CONFIDENTIAL                                                              **FED_SEAG0004471**

| 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |
|---|---|
| 7 | WRITE DMA QUEUED FUA EXT command is supported. |
| 8 | 64-bit World Wide Name is supported. |
| 9-10 | Obsolete. |
| 11-12 | Reserved for TLC. |
| 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| 14 | Shall be set to 1. |
| 15 | Shall be cleared to 0. |
| **Bit** | **Word 88** |
| 0 | Ultra DMA mode 0 is supported. |
| 1 | Ultra DMA mode 1 is supported. |
| 2 | Ultra DMA mode 2 is supported. |
| 3 | Ultra DMA mode 3 is supported. |
| 4 | Ultra DMA mode 4 is supported. |
| 5 | Ultra DMA mode 5 is supported. |
| 6 | Ultra DMA mode 6 is supported. |
| 8 | Ultra DMA mode 0 is currently active. |
| 9 | Ultra DMA mode 1 is currently active. |
| 10 | Ultra DMA mode 2 is currently active. |
| 11 | Ultra DMA mode 3 is currently active. |
| 12 | Ultra DMA mode 4 is currently active. |
| 13 | Ultra DMA mode 5 is currently active. |
| 14 | Ultra DMA mode 6 is currently active. |

CONFIDENTIAL                                                                                           FED_SEAG0004472

**SATA Interface**

## 5.3.2  Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

*Table 12 Set Features command*

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$  Set PIO mode to default (PIO mode 2). |
| | $01_H$  Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$  PIO mode 0 |
| | $09_H$  PIO mode 1 |
| | $0A_H$  PIO mode 2 |
| | $0B_H$  PIO mode 3 |
| | $0C_H$  PIO mode 4 *(default)* |
| | $20_H$  Multiword DMA mode 0 |
| | $21_H$  Multiword DMA mode 1 |
| | $22_H$  Multiword DMA mode 2 |
| | $40_H$  Ultra DMA mode 0 |
| | $41_H$  Ultra DMA mode 1 |
| | $42_H$  Ultra DMA mode 2 |
| | $43_H$  Ultra DMA mode 3 |
| | $44_H$  Ultra DMA mode 4 |
| | $45_H$  Ultra DMA mode 5 |
| | $46_H$  Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

At power-on, or after a hardware or software reset, the default values of the features are as indicated above.

CONFIDENTIAL                                                            FED_SEAG0004473

### 5.3.3 S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard.*

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 13 S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register.

CONFIDENTIAL



**Seagate Technology LLC**
AMERICAS     Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC     Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

Publication Number: 100686584, Rev. L
January 2015

CONFIDENTIAL

# FED_SEAG0004438
## Metadata

| | | |
|---|---|---|
| **Attach Counts** | 0 | ORIGINAL |
| **Confidentiality** | Confidential | USER |
| **Custodian** | Schweiss_Karl | ORIGINAL |
| **DATECREATED** | 1/28/2015 | ORIGINAL |
| **DATELASTMOD** | 1/28/2015 | ORIGINAL |
| **DOCEXT** | pdf | ORIGINAL |
| **DOCTYPE** | Adobe Portable Document Format | ORIGINAL |
| **FED_BEGATTACH** | FED_SEAG0004437 | ORIGINAL |
| **FED_ENDATTACH** | FED_SEAG0004475 | ORIGINAL |
| **FileName** | 100686584l.pdf | ORIGINAL |
| **FILESIZE** | 450499 | ORIGINAL |
| **MD5 Hash** | 6046D3942DED33D6813F22EBCE186066 | ORIGINAL |
| **OrgFolder** | Schweiss_Karl\Karl_Schweill-1\Karl_Schweill_karl.j.schweiss@seagate.com_0.mbox\Schweiss_Karl\Karl_Schweill-1\ | ORIGINAL |
| **Parent_ID** | SG_CTRL0037805 | ORIGINAL |
| **RecordType** | IMAGE ATTACHMENT | ORIGINAL |
| **Relativity Image Count** | 38 | ORIGINAL |
| **Relativity Native Time Zone Offset** | -8.00 | ORIGINAL |
| **TIMECREATED** | 5:29 AM | ORIGINAL |
| **TimeLastMod** | 11:57 AM | ORIGINAL |
| **TITLE** | untitled | ORIGINAL |

# EXHIBIT 56



# Desktop HDD

### Product Manual

| Standard models | Self-Encryption models |
|---|---|
| ST3000DM001 | ST3000DM002 |
| ST2000DM001 | ST2000DM002 |
| ST1000DM003 | ST1000DM004 |
| ST500DM002 | |
| ST320DM000 | |
| ST250DM000 | |

100686584, Rev. V
Gen 14 - September 2016

FED_SEAG0030293

## Document Revision History

| Revision | Date | Description of Change |
|----------|------|------------------------|
| Rev. A | 08/19/2011 | Initial release. |
| Rev. B | 09/01/2011 | Updated decibel specifications, start/stop times; Table 3; mounting drawing. |
| Rev. C | 10/20/2011 | Updated voltage tolerance specifications. |
| Rev. D | 01/17/2012 | Corrected Table 1 (Altitude, operating) specification and Table 5 (Idle2). |
| Rev. E | 06/11/2012 | Updated Index. |
| Rev. F | 09/05/2012 | Added 2.5A spin-up code option (Table 1 and Table 2); page 17. |
| Rev. G | 10/01/2012 | Updated Table 1 and Table 2 with rated workload information. Updated DC power requirements (Tables 1, 3 and 4). |
| Rev. H | 03/21/2014 | Revised Rated Workload statement (pages 5 & 7); LP height updated & new mechanical drawings (pages 4, 9 & 20-21); Revised max storage note (page 13) |
| Rev. J | 05/08/2014 | Updated product name (pages 2, 19 & 22) and Add metric "mm" values to mechanical drawings. (pages 20-21) |
| Rev. K | 08/28/2014 | Add SED models and SED Section 4.0 (pages: fc, 2, 4, 7, 22-23 & 29) |
| Rev. L | 01/26/2015 | Applied new logo (pages: fc & bc), applied latest page numbering convention (pages: all), added AFR = <1.0% & update Rated Workload text (pages: 9 & 11), added Case Temp note & changed "&" to "%" in Storage note (page: 17), add Reliability Section 2.12 (page: 20), cleaned up text in Mechanical Drawings (pages: 24-25) & revised SED section 4.0 (pages: 26-27). |
| Rev. M | 03/10/2015 | Change Max Case Temperature to 69°C (page: 17) |
| Rev. N | 08/18/2015 | New cover design (page: fc)<br>Replaced mechanical drawings to correct side hole dimension (pages: 24-25) |
| Rev. P | 09/01/2015 | Revised Rated Workload statement (pages: 9, 11 & 20) |
| Rev. R | 02/10/2016 | 4:  Updated Support page<br>8 & 13: Updated drive weight to 415g / 0.915 lb; Updated 1TB, 750GB cache = 64MB/32MB<br>9, 10 & 17:  Revised Wet Bulb to 26/29C rated<br>9, 11 & 20:  Revised Warranty text to "Is my Drive under Warranty"<br>9:  1TB, 750GB Added Contact stop/start cycles = 50,000...<br>10 & 13:  Updated 250, 320, 500GB cache = 32MB/16MB<br>11:  Changed Byte/sector = 4096<br>20:  Added Section 2.12.2 Storage<br>21:  Revised Australian C-Tick to RCM<br>24-25:  Corrected fastener penetration depth to 0.12 in. (text & drawings) |
| Rev. T | 03/02/2016 | FC, 6, 8, 11-15, 18-19, 24 & 34:  Removed 1.5TB & 750GB Models<br>8-10 & 17:  Updated temperature specs<br>8:  Updated 2TB - Heads & Disks<br>8, 10 & 17:  Updated Temperature to reflect "Ambient"<br>8 & 13:  Updated 2TB - weight<br>8 & 15:  Changed 2.8A to 2.5A<br>10 & 13:  Updated Cache values<br>25-26:  New mechanical drawings for 2 configurations of base deck offerings |
| Rev. U | 04/07/2016 | 10:  Heads = 2/1 |
| Rev. V | 09/06/2016 | 17:  Change Max Case Temperature to 60°C<br>21:  Added Korean text for Class B device warning<br>22:  Updated to China RoHS 2 |

© 2016 Seagate Technology LLC. All rights reserved.

Publication number: 100686584, Rev. V September 2016

Seagate, Seagate Technology and the Spiral logo are registered trademarks of Seagate Technology LLC in the United States and/or other countries. AcuTrac, OptiCache, SmartAlign and SeaTools are either trademarks or registered trademarks of Seagate Technology LLC or one of its affiliated companies in the United States and/or other countries. All other trademarks or registered trademarks are the property of their respective owners.

No part of this publication may be reproduced in any form without written permission of Seagate Technology LLC.

Call 877-PUB-TEK1(877-782-8351) to request permission.

When referring to drive capacity, one gigabyte, or GB, equals one billion bytes and one terabyte, or TB, equals one trillion bytes. Your computer's operating system may use a different standard of measurement and report a lower capacity. In addition, some of the listed capacity is used for formatting and other functions, and thus will not be available for data storage. Actual quantities will vary based on various factors, including file size, file format, features and application software. Actual data rates may vary depending on operating environment and other factors. The export or re-export of hardware or software containing encryption may be regulated by the U.S. Department of Commerce, Bureau of Industry and Security (for more information, visit www.bis.doc.gov), and controlled for import and use outside of the U.S. Seagate reserves the right to change, without notice, product offerings or specifications.

# Contents

**Seagate® Technology Support Services** ................................................................. 5

1.0  **Introduction** ........................................................................................ 6
    1.1    About the SATA interface ...................................................................... 7

2.0  **Drive Specifications** ............................................................................ 8
    2.1    Specification summary tables ................................................................ 8
    2.2    Formatted capacity ........................................................................... 11
        2.2.1    LBA mode .............................................................................. 12
    2.3    Default logical geometry ..................................................................... 12
    2.4    Recording and interface technology ........................................................ 12
    2.5    Physical characteristics ..................................................................... 13
    2.6    Seek time .................................................................................... 13
    2.7    Start/stop times ............................................................................. 14
    2.8    Power specifications ........................................................................ 14
        2.8.1    Power consumption .................................................................... 14
        2.8.2    Conducted noise ...................................................................... 16
        2.8.3    Voltage tolerance ..................................................................... 16
        2.8.4    Power-management modes .............................................................. 16
    2.9    Environmental specifications ................................................................ 17
        2.9.1    Ambient temperature .................................................................. 17
        2.9.2    Temperature gradient .................................................................. 17
        2.9.3    Humidity ............................................................................. 17
        2.9.4    Altitude ............................................................................. 17
        2.9.5    Shock ................................................................................ 18
        2.9.6    Non-operating vibration ............................................................... 18
    2.10   Acoustics .................................................................................... 19
        2.10.1   Test for Prominent Discrete Tones (PDTs) .............................................. 19
    2.11   Electromagnetic immunity .................................................................... 19
    2.12   Reliability .................................................................................. 20
        2.12.1   Annualized Failure Rate (AFR) ......................................................... 20
        2.12.2   Storage .............................................................................. 20
    2.13   Agency certification ........................................................................ 20
        2.13.1   Safety certification .................................................................. 20
        2.13.2   Electromagnetic compatibility ......................................................... 20
        2.13.3   FCC verification ...................................................................... 21
    2.14   Environmental protection .................................................................... 21
        2.14.1   European Union Restriction of Hazardous Substances (RoHS) Directive .................... 21
        2.14.2   China Requirements — China RoHS 2 ..................................................... 22
    2.15   Corrosive environment ....................................................................... 22

CONFIDENTIAL                                                                          FED_SEAG0030295

# Contents

**3.0  Configuring and Mounting the Drive** ............................................................. **23**
3.1    Handling and static-discharge precautions ......................................... 23
3.2    Configuring the drive ............................................................. 23
3.3    SATA cables and connectors ....................................................... 23
3.4    Drive mounting ................................................................... 24

**4.0  About (SED) Self-Encrypting Drives** .............................................................. **27**
4.1    Data Encryption .................................................................. 27
4.2    Controlled Access ................................................................ 27
       4.2.1    Admin SP ................................................................ 27
       4.2.2    Locking SP .............................................................. 27
       4.2.3    Default password ........................................................ 27
       4.2.4    ATA Enhanced Security .................................................... 27
4.3    Random Number Generator (RNG) .................................................... 27
4.4    Drive Locking .................................................................... 28
4.5    Data Bands ....................................................................... 28
4.6    Cryptographic Erase .............................................................. 28
4.7    Authenticated Firmware Download .................................................. 28
4.8    Power Requirements ............................................................... 28
4.9    Supported Commands ............................................................... 28
4.10   RevertSP ......................................................................... 28

**5.0  SATA Interface** .............................................................................. **29**
5.1    Hot-Plug compatibility ........................................................... 29
5.2    SATA device plug connector pin definitions ....................................... 29
5.3    Supported ATA commands ........................................................... 30
       5.3.1    Identify Device command ................................................. 32
       5.3.2    Set Features command .................................................... 36
       5.3.3    S.M.A.R.T. commands ..................................................... 37

CONFIDENTIAL     FED_SEAG0030296

# Figures

Figure 1      Attaching SATA cabling........................................................................... 23
Figure 2      Mounting dimensions (3-disk: 2TB to 3TB models) ................................................ 24
Figure 3      Mounting dimensions (configuration 1) ......................................................... 25
Figure 4      Mounting dimensions (configuration 2) ......................................................... 26

CONFIDENTIAL                                                                        FED_SEAG0030297

# Seagate® Technology Support Services

For information regarding online support and services, visit: http://www.seagate.com/contacts/

For information regarding Warranty Support, visit: http://www.seagate.com/support/warranty-and-replacements/

For information regarding data recovery services, visit: http://www.seagate.com/services-software/data-recovery-services/

For Seagate OEM, Distribution partner and reseller portals, visit: http://www.seagate.com/partners/

CONFIDENTIAL

FED_SEAG0030298

# 1.0    Introduction

This manual describes the functional, mechanical and interface specifications for the following:
Seagate® Desktop HDD model drives:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST500DM002 | ST3000DM002 |
| ST2000DM001 | ST320DM000 | ST2000DM002 |
| ST1000DM003 | ST250DM000 | ST1000DM004 |

| Note | Previous generations of Seagate Self-Encrypting Drive models were called Full Disk Encryption (FDE) models before a differentiation between drive-based encryption and other forms of encryption was necessary. |
|---|---|

These drives provide the following key features:

· 7200 RPM spindle speed.

· High instantaneous (burst) data-transfer rates (up to 600MB per second).

· TGMR recording technology provides the drives with increased areal density.

· State-of-the-art cache and on-the-fly error-correction algorithms.

· Native Command Queuing with command ordering to increase performance in demanding applications.

· Full-track multiple-sector transfer capability without local processor intervention.

· Seagate AcuTrac™ servo technology delivers dependable performance, even with hard drive track widths of only 75 nanometers.

· Seagate OptiCache™ technology boosts overall performance by as much as 45% over the previous generation.

· Seagate SmartAlign™ technology provides a simple, transparent migration to Advanced Format 4K sectors

· Quiet operation.

· Compliant with RoHS requirements in China and Europe.

· SeaTools diagnostic software performs a drive self-test that eliminates unnecessary drive returns.

· Support for S.M.A.R.T. drive monitoring and reporting.

· Supports latching SATA cables and connectors.

· Worldwide Name (WWN) capability uniquely identifies the drive.

CONFIDENTIAL                                                                                          FED_SEAG0030299

**Introduction**

## 1.1    About the SATA interface

The Serial ATA (SATA) interface provides several advantages over the traditional (parallel) ATA interface. The primary advantages include:

- Easy installation and configuration with true plug-and-play connectivity. It is not necessary to set any jumpers or other configuration options.
- Thinner and more flexible cabling for improved enclosure airflow and ease of installation.
- Scalability to higher performance levels.

In addition, SATA makes the transition from parallel ATA easy by providing legacy software support. SATA was designed to allow users to install a SATA host adapter and SATA disk drive in the current system and expect all of the existing applications to work as normal.

The SATA interface connects each disk drive in a point-to-point configuration with the SATA host adapter. There is no master/slave relationship with SATA devices like there is with parallel ATA. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. This essentially means both drives behave as if they are Device 0 (master) devices.

The SATA host adapter and drive share the function of emulating parallel ATA device behavior to provide backward compatibility with existing host systems and software. The Command and Control Block registers, PIO and DMA data transfers, resets, and interrupts are all emulated.

The SATA host adapter contains a set of registers that shadow the contents of the traditional device registers, referred to as the Shadow Register Block. All SATA devices behave like Device 0 devices. For additional information about how SATA emulates parallel ATA, refer to the "Serial ATA International Organization: Serial ATA Revision 3.0". The specification can be downloaded from www.sata-io.org.

| Note | The host adapter may, optionally, emulate a master/slave environment to host software where two devices on separate SATA ports are represented to host software as a Device 0 (master) and Device 1 (slave) accessed at the same set of host bus addresses. A host adapter that emulates a master/slave environment manages two sets of shadow registers. This is not a typical SATA environment. |
|------|---|

CONFIDENTIAL                                                                           **FED_SEAG0030300**

# 2.0    Drive Specifications

Unless otherwise noted, all specifications are measured under ambient conditions, at 25°C, and nominal power. For convenience, the phrases *the drive* and *this drive* are used throughout this manual to indicate the following drive models:

| Standard models | | Self-Encryption models |
|---|---|---|
| ST3000DM001 | ST500DM002 | ST3000DM002 |
| ST2000DM001 | ST320DM000 | ST2000DM002 |
| ST1000DM003 | ST250DM000 | ST1000DM004 |

## 2.1    Specification summary tables

The specifications listed in Table 1 and Table 2 are for quick reference. For details on specification measurement or definition, refer to the appropriate section of this manual.

*Table 1    Drive specifications summary for 3TB, 2TB and1TB models*

| Drive Specification* | ST3000DM001 & ST3000DM002 | ST2000DM001 & ST2000DM002 | ST1000DM003 & ST1000DM004 |
|---|---|---|---|
| Formatted capacity (512 bytes/sector)** | 3000GB (3TB); | 2000GB (2TB); | 1000GB (1TB); |
| Guaranteed sectors | 5,860,533,168; | 3,907,029,168; | 1,953,525,168; |
| Heads | 6 | 6 / 4 | 2 |
| Disks | 3 | 3 / 2 | 1 |
| Bytes per sector (4K physical emulated at 512-byte sectors) | 4096 | | |
| Default sectors per track | 63 | | |
| Default read/write heads | 16 | | |
| Default cylinders | 16,383 | | |
| Recording density (max) | 1807kFCI | | |
| Track density (avg) | 352ktracks/in | | |
| Areal density (avg) | 625Gb/in$^2$ | | |
| Spindle speed | 7200 RPM | | |
| Internal data transfer rate (max) | 2147Mb/s | | |
| Average data rate, read/write (MB/s) | 156MB/s | | |
| Maximum sustained data rate, OD read (MB/s) | 210MB/s | | |
| I/O data-transfer rate (max) | 600MB/s | | |
| Cache buffer | 64MB | | 64/32 MB |
| Height (max) | 26.1mm / 1.028 in | | 19.98mm / 0.787 in |
| Width (max) | 101.6mm /4.0 in ($\pm$ 0.010 in) | | 101.6mm / 4.0 in ($\pm$ 0.010 in) |
| Length (max) | 146.99mm / 5.787 in | | 146.99mm / 5.787 in |
| Weight (typical) | 626g /1.38 lb | 626g/1.38lb 535g / 1.18 lb | 415g / 0.915 lb |
| Average latency | 4.16ms | | |
| Power-on to ready (max) | <17.0s | | <10.0s |
| Power-on to ready, 2.5A spin-up code option (typical) | <10.0s | | n/a |
| Standby to ready (max) | <17.0s | | <10.0s |
| Average seek, read (typical) Average seek, write (typical) | <8.5ms <9.5ms | | |
| Startup current 12V | 2.0A or 2.5A | | 2.0A |
| Voltage tolerance (including noise) | 5V: ±5% 12V: +10% / -7.5% | | |
| Non-Operating ambient temperature (°C) | −40° to 70 | | |
| Operating ambient temperature (min °C) | 0 | | |

CONFIDENTIAL
                                                                    FED_SEAG0030301

**Drive Specifications**

*Table 1    Drive specifications summary for 3TB, 2TB and 1TB models (continued)*

| Drive Specification* | ST3000DM001 & ST3000DM002 | ST2000DM001 & ST2000DM002 | ST1000DM003 & ST1000DM004 |
|---|---|---|---|
| Operating temperature (Drive case max °C) | 60 | | |
| Temperature gradient | 20°C per hour max (operating) 30°C per hour max (non-operating) | | |
| Relative humidity | 5% to 95% (operating) 5% to 95% (non-operating) | | |
| Relative humidity gradient (max) | 30% per hour | | |
| Wet bulb temperature (max) | 26°C max (operating) 29°C max (nonoperating) | | |
| Altitude, operating | –304.8m to 3048m (–1000 ft to 10,000+ ft) | | |
| Altitude, non-operating (below mean sea level, max) | –304.8m to 12,192m (–1000 ft to 40,000+ ft) | | |
| Operational shock (max) | 80 Gs at 2ms | | |
| Non-operational shock (max) | 300 Gs at 2ms | | 350 Gs at 2ms |
| Vibration, operating | 2Hz to 22Hz: 0.25 Gs, Limited displacement 22Hz to 350Hz: 0.50 Gs 350Hz to 500Hz: 0.25 Gs | | |
| Vibration, non-operating | 5Hz to 22Hz: 3.0 Gs 22Hz to 350Hz: 3.0 Gs 350Hz to 500Hz: 3.0 Gs | | |
| Drive acoustics, sound power | | | |
| Idle*** | 2.4 bels (typical) 2.6 bels (max) | | 2.2 bels (typical) 2.4 bels (max) |
| Seek | 2.6 bels (typical) 2.7 bels (max) | | 2.4 bels (typical) 2.5 bels (max) |
| Non-recoverable read errors | 1 per $10^{14}$ bits read | | |
| Annualized Failure Rate (AFR) | <1.0% based on 2400 POH | | |
| Rated Workload | Average annualized workload rating: <55 TB/year. The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | | |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/ From this page, click on "Is my Drive under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | | |
| Load/Unload cycles (25°C, 50% rel. humidity) | 300,000 | | |
| Contact start-stop cycles | ---- | | 50,000 at 25°C, 50% rel. humidity |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | Yes | | |

*All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

CONFIDENTIAL                                                    **FED_SEAG0030302**

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Formatted capacity** | 500GB | 320GB | 250GB |
| Guaranteed sectors | 976,773,168 | 625,142,448 | 488,397,168 |
| Heads | | 2/1 | |
| Disks | | 1 | |
| Bytes per sector<br>(4K physical emulated at 512-byte sectors) | | 4096 | |
| Default sectors per track | | 63 | |
| Default read/write heads | | 16 | |
| Default cylinders | | 16,383 | |
| Recording density (max) | | 1413kb/in | |
| Track density (avg) | | 236ktracks/in | |
| Areal density (avg) | | $329Gb/in^2$ | |
| Spindle speed | | 7200 RPM | |
| Internal data transfer rate (max) | | 1695Mb/s | |
| Average Data Rate, read/write (MB/s) | | 125MB/s | |
| Maximum sustained data transfer rate, OD read | | 144MB/s | |
| I/O data-transfer rate (max.) | | 600MB/s | |
| Cache buffer | | 16 MB | |
| Height (max) | | 19.98mm / 0.787 in | |
| Width (max) | | 101,6mm / 4,0 in ($\pm$ 0,010 in) | |
| Length (max) | | 146.99mm / 5.787 in | |
| Weight (typical) | | 415g / 0.915 lb | |
| Average latency | | 4.16ms | |
| Power-on to ready (max) | | <8.5s | |
| Standby to ready (max) | | <8.5s | |
| Average seek, read (typical) | | <8.5ms | |
| Average seek, write (typical) | | <9.5ms | |
| Startup current (typical) 12V | | 2.0A | |
| Voltage tolerance (including noise) | | 5V: ±5%<br>12V: +10% / -7.5% | |
| Non-Operating ambient temperature (°C) | | −40° to 70 | |
| Operating ambient temperature (min °C) | | 0 | |
| Operating temperature (Drive case max °C) | | 60 | |
| Temperature gradient | | 20°C per hour max (operating)<br>30°C per hour max (non-operating) | |
| Relative humidity | | 5% to 95% (operating)<br>5% to 95% (non-operating) | |
| Relative humidity gradient (max) | | 30% per hour | |
| Wet bulb temperature (max) | | 26°C max (operating)<br>29°C max (nonoperating) | |
| Altitude, operating | | −304,8m to 3048m<br>(−1000 ft to 10,000+ ft) | |
| Altitude, non-operating<br>(below mean sea level, max) | | −304,8m to 12,192m<br>(−1000 ft to 40,000+ ft) | |
| Operational shock (max) | | 70 Gs at 2ms | |
| Non-operational shock (max) | | 350 Gs at 2ms | |
| Vibration, operating | | 2Hz to 22Hz: 0.25 Gs, Limited displacement<br>22Hz to 350Hz: 0.50 Gs<br>350Hz to 500Hz: 0.25 Gs | |
| Vibration, non-operating | | 5Hz to 22Hz: 3.0 Gs<br>22Hz to 350Hz: 3.0 Gs<br>350Hz to 500Hz: 3.0 Gs | |

CONFIDENTIAL

FED_SEAG0030303

**Drive Specifications**

*Table 2    Drive specifications summary for 500GB, 320GB and 250GB models (continued)*

| Drive Specification* | ST500DM002 | ST320DM000 | ST250DM000 |
|---|---|---|---|
| Drive acoustics, sound power | | | |
|    Idle*** | | 2.2 bels (typical)<br>2.3 bels (max) | |
|    Seek | | 2.3 bels (typical)<br>2.4 bels (max) | |
| Non-recoverable read errors | | 1 per $10^{14}$ bits read | |
| Annualized Failure Rate (AFR) | | <1.0% based on 2400 POH | |
| Rated Workload | | Average annualized workload rating: <55 TB/year.<br>The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year. Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. | |
| Warranty | | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/<br>From this page, click on "Is my Drive under Warranty". Users will be asked to provide the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. | |
| Contact start-stop cycles | | 50,000 at 25°C, 50% rel. humidity | |
| Supports Hotplug operation per the Serial ATA Revision 3.2 specification | | Yes | |

* All specifications above are based on native configurations.

** One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

*** During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

## 2.2   Formatted capacity

| Model | Formatted capacity* | Guaranteed sectors | Bytes per sector |
|---|---|---|---|
| ST3000DM001<br>ST3000DM002 | 3000GB | 5,860,533,168 | |
| ST2000DM001<br>ST2000DM002 | 2000GB | 3,907,029,168 | |
| ST1000DM003<br>ST1000DM004 | 1000GB | 1,953,525,168 | 4096 |
| ST500DM002 | 500GB | 976,773,168 | |
| ST320DM000 | 320GB | 625,142,448 | |
| ST250DM000 | 250GB | 488,397,168 | |

*One GB equals one billion bytes and 1TB equals one trillion bytes when referring to hard drive capacity. Accessible capacity may vary depending on operating environment and formatting.

CONFIDENTIAL

FED_SEAG0030304

## 2.2.1  LBA mode

When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

See Section 5.3.1, "Identify Device command" (words 60-61 and 100-103) for additional information about 48-bit addressing support of drives with capacities over 137GB.

## 2.3    Default logical geometry

- **Cylinders**: 16,383
- **Read/write heads**: 16
- **Sectors per track**: 63

**LBA mode**
When addressing these drives in LBA mode, all blocks (sectors) are consecutively numbered from 0 to $n-1$, where $n$ is the number of guaranteed sectors as defined above.

## 2.4    Recording and interface technology

| Interface | SATA |
|---|---|
| **Recording method** | TGMR |
| **Recording density** (kFCI) | |
| 3TB, 2TB and 1TB models | 1807 |
| 500GB, 320GB and 250GB models | 1413 |
| **Track density** (ktracks/inch avg) | 352 |
| **Areal density** (Gb/in$^2$) | |
| 3TB, 2TB and 1TB models | 625 |
| 500GB, 320GB and 250GB models | 329 |
| **Spindle speed** (RPM) | $7200 \pm 0.2\%$ |
| **Internal data transfer rate** (Mb/s max) | 2147 |
| **Maximum sustained data transfer rate, OD read** (MB/s) | |
| 3TB, 2TB and 1TB models | 210 |
| 500GB, 320GB and 250GB models | 144 |
| **Average data rate, read/write** (MB/s) | |
| 3TB, 2TB and 1TB models | 156 |
| 500GB, 320GB and 250GB models | 125 |
| **I/O data-transfer rate** (MB/s max) | 600 |

CONFIDENTIAL                                                              FED_SEAG0030305

**Drive Specifications**

## 2.5    Physical characteristics

| Maximum height | |
|---|---|
| 3TB and 2TB | 26.1mm / 1.028 in |
| 1TB, 500GB, 320GB, 250GB | 19.98mm / 0.787 in |
| **Maximum width (all models)** | 101.6mm / 4.0 in (± 0.010 in) |
| **Maximum length (all models)** | 146.99mm / 5.787 in |
| **Typical weight** | |
| 3TB | 626g / 1.38 lb |
| 2TB | 626g / 1.38 lb - or - 535g / 1.18 lb |
| 1TB, 500GB, 320GB and 250GB | 415g / 0.915 lb |
| **Cache buffer** | |
| 3TB, 2TB | 64MB (64,768kB) |
| 1TB | 64MB (64,768kB) / 32MB (32,768kB) |
| 500GB, 320GB and 250GB | 16MB (16,384kB) |

## 2.6    Seek time

Seek measurements are taken with nominal power at 25°C ambient temperature. All times are measured using drive diagnostics. The specifications in the table below are defined as follows:

• Track-to-track seek time is an average of all possible single-track seeks in both directions.

• Average seek time is a true statistical random average of at least 5000 measurements of seeks between random tracks, less overhead.

| Typical seek times (ms) | Read | Write |
|---|---|---|
| Track-to-track | 1.0 | 1.2 |
| Average | 8.5 | 9.5 |
| Average latency | 4.16 | |

| Note | These drives are designed to consistently meet the seek times represented in this manual. Physical seeks, regardless of mode (such as track-to-track and average), are expected to meet the noted values. However, due to the manner in which these drives are formatted, benchmark tests that include command overhead or measure logical seeks may produce results that vary from these specifications. |
|---|---|

CONFIDENTIAL                                                              FED_SEAG0030306

## 2.7    Start/stop times

| | **3-disk** (3TB, 2TB models) | **2-disk** (2TB models) | **1-disk** (1TB models) | **1-disk** (250GB, 320GB, 500GB models) |
|---|---|---|---|---|
| Power-on to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Power-on to ready, 2.5A spin-up code option (in seconds, typical) | <10 | | n/a | |
| Standby to ready (in seconds) | 15 (typical) 17 (max) | | 10 (typical) 12 (max) | 8.5 (typical) 10 (max) |
| Ready to spindle stop (in seconds) | 10 (typical) 11 (max) | | 10 (typical) 11 (max) | |

Time-to-ready may be longer than normal if the drive power is removed without going through normal OS powerdown procedures.

## 2.8    Power specifications

The drive receives DC power (+5V or +12V) through a native SATA power connector. Refer to Figure 1 on page 23.

### 2.8.1    Power consumption

Power requirements for the drives are listed in Table 3, Table 4, Table 5 and Table 6. Typical power measurements are based on an average of drives tested, under nominal conditions, using 5.0V and 12.0V input voltage at 25°C ambient temperature.

- Spinup power

  Spinup power is measured from the time of power-on to the time that the drive spindle reaches operating speed.

- Read/write power and current

  Read/write power is measured with the heads on track, based on a 16-sector write followed by a 32-ms delay, then a 16-sector read followed by a 32-ms delay.

- Operating power and current

  Operating power is measured using 40 percent random seeks, 40 percent read/write mode (1 write for each 10 reads) and 20 percent drive idle mode.

- Idle mode power

  Idle mode power is measured with the drive up to speed, with servo electronics active and with the heads in a random track location.

- Standby mode

  During Standby mode, the drive accepts commands, but the drive is not spinning, and the servo and read/write electronics are in power-down mode.

CONFIDENTIAL
FED_SEAG0030307

*Table 3    DC power requirements (3-disk: 3TB and 2TB models)*

| Power dissipation (3-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.5A |
| Idle2* † | 5.40 | 0.190 | 0.377 |
| Operating | 8.00 | 0.510 | 0.462 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 4    DC power requirements (2-disk: 2TB models)*

| Power dissipation (2-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0A or 2.5A |
| Idle2* † | 4.50 | 0.196 | 0.296 |
| Operating | 6.70 | 0.525 | 0.340 |
| Standby | 0.75 | 0.136 | 0.005 |
| Sleep | 0.75 | 0.136 | 0.005 |

*Table 5    DC power requirements (1-disk: 1TB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Idle2* † | 3.36 | 0.152 | 0.216 |
| Operating | 5.90 | 0.500 | 0.329 |
| Standby | 0.63 | 0.111 | 0.006 |
| Sleep | 0.63 | 0.111 | 0.006 |

*Table 6    DC power requirements (1-disk: 500, 320 and 250GB models)*

| Power dissipation (1-disk values shown) | Avg (watts 25° C) | Avg 5V typ amps | Avg 12V typ amps |
|---|---|---|---|
| Spinup | — | — | 2.0 |
| Perf Idle* † | 4.60 | 0.378 | 0.224 |
| Operating | 6.19 | 0.656 | 0.243 |
| Standby | 0.79 | 0.350 | 0.010 |
| Sleep | 0.79 | 0.350 | 0.010 |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

†5W IDLE with DIPLM Enabled

CONFIDENTIAL
FED_SEAG0030308

## 2.8.2  Conducted noise

Input noise ripple is measured at the host system power supply across an equivalent 80-ohm resistive load on the +12 volt line or an equivalent 15-ohm resistive load on the +5 volt line.

- Using 12-volt power, the drive is expected to operate with a maximum of 120 mV peak-to-peak square-wave injected noise at up to 10MHz.
- Using 5-volt power, the drive is expected to operate with a maximum of 100 mV peak-to-peak square-wave injected noise at up to 10MHz.

| Note | Equivalent resistance is calculated by dividing the nominal voltage by the typical RMS read/write current. |
|------|---|

## 2.8.3  Voltage tolerance

Voltage tolerance (including noise):

- 5V ±5%
- 12V +10% / -7.5%

## 2.8.4  Power-management modes

The drive provides programmable power management to provide greater energy efficiency. In most systems, users can control power management through the system setup program. The drive features the following power-management modes:

| Power modes | Heads | Spindle | Buffer |
|-------------|-------|---------|--------|
| Active | Tracking | Rotating | Enabled |
| Idle | Tracking | Rotating | Enabled |
| Standby | Parked | Stopped | Enabled |
| Sleep | Parked | Stopped | Disabled |

- Active mode
  The drive is in Active mode during the read/write and seek operations.
- Idle mode
  The buffer remains enabled, and the drive accepts all commands and returns to Active mode any time disk access is necessary.
- Standby mode
  The drive enters Standby mode when the host sends a Standby Immediate command. If the host has set the standby timer, the drive can also enter Standby mode automatically after the drive has been inactive for a specifiable length of time. The standby timer delay is established using a Standby or Idle command. In Standby mode, the drive buffer is enabled, the heads are parked and the spindle is at rest. The drive accepts all commands and returns to Active mode any time disk access is necessary.
- Sleep mode
  The drive enters Sleep mode after receiving a Sleep command from the host. In Sleep mode, the drive buffer is disabled, the heads are parked and the spindle is at rest. The drive leaves Sleep mode after it receives a Hard Reset or Soft Reset from the host. After receiving a reset, the drive exits Sleep mode and enters Standby mode with all current translation parameters intact.
- Idle and Standby timers
  Each time the drive performs an Active function (read, write or seek), the standby timer is reinitialized and begins counting down from its specified delay times to zero. If the standby timer reaches zero before any drive activity is required, the drive makes a transition to Standby mode. In both Idle and Standby mode, the drive accepts all commands and returns to Active mode when disk access is necessary.

CONFIDENTIAL                                                                          FED_SEAG0030309

**Drive Specifications**

## 2.9    Environmental specifications

This section provides the temperature, humidity, shock, and vibration specifications. Ambient temperature is defined as the temperature of the environment immediately surrounding the drive. Above 1000ft. (305 meters), the maximum temperature is derated linearly by 1°C every 1000 ft.

| Note | The maximum allowable drive case temperature is 60°C. See Figures 2 & 3 for HDA case temperature measurement locations. |
|------|--------------------------------------------------------------------------------------------------------------------------|

Refer to Section 3.4 Drive mounting for base plate measurement location.

### 2.9.1    Ambient temperature

| Non-Operating ambient temperature (°C) | −40° to 70 |
|----------------------------------------|------------|
| Operating ambient temperature (min °C) | 0 |
| Operating temperature (Drive case max °C) | 60 |

### 2.9.2    Temperature gradient

| Operating | 20°C per hour (68°F per hour max), without condensation |
|-----------|---------------------------------------------------------|
| Non-operating | 30°C per hour (86°F per hour max) |

### 2.9.3    Humidity

#### 2.9.3.1    Relative humidity

| Operating | 5% to 95% non-condensing (30% per hour max) |
|-----------|---------------------------------------------|
| Nonoperating | 5% to 95% non-condensing (30% per hour max) |

#### 2.9.3.2    Wet bulb temperature

| Operating | 26°C / 78.8°F (rated) |
|-----------|-----------------------|
| Non-operating | 29°C / 84.2°F (rated) |

### 2.9.4    Altitude

| Operating | −304.8m to 3048m (−1000 ft. to 10,000+ ft.) |
|-----------|---------------------------------------------|
| Non-operating | −304.8m to 12,192m (−1000 ft. to 40,000+ ft.) |

CONFIDENTIAL                                                              FED_SEAG0030310

### 2.9.5  Shock

All shock specifications assume that the drive is mounted securely with the input shock applied at the drive mounting screws. Shock may be applied in the X, Y or Z axis.

#### 2.9.5.1  Operating shock

These drives comply with the performance levels specified in this document when subjected to a maximum operating shock of 80 Gs based on half-sine shock pulses of 2 ms during read operations. Shocks should not be repeated more than two times per second.

#### 2.9.5.2  Non-operating shock

**3TB and 2TB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 300 Gs based on a non-repetitive half-sine shock pulse of 2 ms duration.

**1TB, 500GB, 320GB and 250GB models**

The non-operating shock level that the drive can experience without incurring physical damage or degradation in performance when subsequently put into operation is 350 Gs based on a non-repetitive half-sine shock pulse of 2-ms duration.

#### 2.9.5.3  Operating vibration

The maximum vibration levels that the drive may experience while meeting the performance standards specified in this document are specified below.

| 2Hz to 22Hz | 0.25 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 0.50 Gs |
| 350Hz to 500Hz | 0.25 Gs |

All vibration specifications assume that the drive is mounted securely with the input vibration applied at the drive mounting screws. Vibration may be applied in the X, Y or Z axis. Throughput may vary if improperly mounted.

### 2.9.6  Non-operating vibration

The maximum non-operating vibration levels that the drive may experience without incurring physical damage or degradation in performance when subsequently put into operation are specified below.

| 5Hz to 22Hz | 3.0 Gs (Limited displacement) |
|---|---|
| 22Hz to 350Hz | 3.0 Gs |
| 350Hz to 500Hz | 3.0 Gs |

CONFIDENTIAL
FED_SEAG0030311

## 2.10 Acoustics

Drive acoustics are measured as overall A-weighted acoustic sound power levels (no pure tones). All measurements are consistent with ISO document 7779. Sound power measurements are taken under essentially free-field conditions over a reflecting plane. For all tests, the drive is oriented with the cover facing upward.

| Note | For seek mode tests, the drive is placed in seek mode only. The number of seeks per second is defined by the following equation: (Number of seeks per second = 0.4 / (average latency + average access time |
|------|-------------|

*Table 7    Fluid Dynamic Bearing (FDB) motor acoustics*

|  | Idle* | Seek |
|---|---|---|
| **3 Disks** (3TB, 2TB) | 2.4 bels (typical) 2.6 bels (max) | 2.6 bels (typical) 2.7 bels (max) |
| **2 Disks** (2TB) | | |
| **1 Disk** (1TB) | 2.2 bels (typical) 2.3 bels (max) | 2.3 bels (typical) 2.4 bels (max) |
| **1 Disk** (500GB, 320GB, 250GB) | 2.2 bels (typical) 2.4 bels (max) | 2.4 bels (typical) 2.5 bels (max) |

*During periods of drive idle, some offline activity may occur according to the S.M.A.R.T. specification, which may increase acoustic and power to operational levels.

### 2.10.1 Test for Prominent Discrete Tones (PDTs)

Seagate follows the ECMA-74 standards for measurement and identification of PDTs. An exception to this process is the use of the absolute threshold of hearing. Seagate uses this threshold curve (originated in ISO 389-7) to discern tone audibility and to compensate for the inaudible components of sound prior to computation of tone ratios according to Annex D of the ECMA-74 standards.

### 2.11 Electromagnetic immunity

When properly installed in a representative host system, the drive operates without errors or degradation in performance when subjected to the radio frequency (RF) environments defined in Table 8.

*Table 8    Radio frequency environments*

| Test | Description | Performance level | Reference standard |
|------|-------------|-------------------|--------------------|
| Electrostatic discharge | Contact, HCP, VCP: ± 4 kV; Air: ± 8 kV | B | EN61000-4-2: 95 |
| Radiated RF immunity | 80MHz to 1,000MHz, 3 V/m, 80% AM with 1kHz sine 900MHz, 3 V/m, 50% pulse modulation @ 200Hz | A | EN61000-4-3: 96 ENV50204: 95 |
| Electrical fast transient | ± 1 kV on AC mains, ± 0.5 kV on external I/O | B | EN61000-4-4: 95 |
| Surge immunity | ± 1 kV differential, ± 2 kV common, AC mains | B | EN61000-4-5: 95 |
| Conducted RF immunity | 150kHz to 80MHz, 3 Vrms, 80% AM with 1kHz sine | A | EN61000-4-6: 97 |
| Voltage dips, interrupts | 0% open, 5 seconds 0% short, 5 seconds 40%, 0.10 seconds 70%, 0.01 seconds | C C C B | EN61000-4-11: 94 |

CONFIDENTIAL

## 2.12  Reliability

### 2.12.1 Annualized Failure Rate (AFR)

The production disk drive shall achieve an annualized failure-rate of <1.0% over a 5 year service life when used in Desktop Storage field conditions as limited by the following:

- 2400 power-on-hours per year.
- Typical workload

| Nonrecoverable read errors | 1 per $10^{14}$ bits read, max |
|---|---|
| Rated Workload | Average annualized workload rating: <55 TB/year. |
| | The AFR specification for the product assumes the I/O workload does not exceed the average annualized workload rate limit of 55 TB/year.  Workloads exceeding the annualized rate may degrade the product AFR and impact reliability as experienced by the particular application. The average annualized workload rate limit is in units of TB per calendar year. |
| Warranty | To determine the warranty for a specific drive, use a web browser to access the following web page: http://www.seagate.com/support/warranty-and-replacements/. |
| | From this page, click on the "Is my Drive under Warranty" link. The following are required to be provided: the drive serial number, model number (or part number) and country of purchase. The system will display the warranty information for the drive. |
| Preventive maintenance | None required. |

### 2.12.2  Storage

Maximum storage periods are 180 days within original unopened Seagate shipping package or 60 days unpackaged within the defined non-operating limits (refer to environmental section in this manual). Storage can be extended to 1 year packaged or unpackaged under optimal environmental conditions (25°C, <40% relative humidity non-condensing, and non-corrosive environment). During any storage period the drive non-operational temperature, humidity, wet bulb, atmospheric conditions, shock, vibration, magnetic and electrical field specifications should be followed.

## 2.13  Agency certification

### 2.13.1 Safety certification

These products are certified to meet the requirements of UL60950-1, CSA60950-1 and EN60950 and so marked as to the certify agency.

### 2.13.2 Electromagnetic compatibility

Hard drives that display the CE mark comply with the European Union (EU) requirements specified in the Electromagnetic Compatibility Directive (2004/108/EC) as put into place 20 July 2007. Testing is performed to the levels specified by the product standards for Information Technology Equipment (ITE). Emission levels are defined by EN 55022, Class B and the immunity levels are defined by EN 55024.

Drives are tested in representative end-user systems. Although CE-marked Seagate drives comply with the directives when used in the test systems, we cannot guarantee that all systems will comply with the directives. The drive is designed for operation inside a properly designed enclosure, with properly shielded I/O cable (if necessary) and terminators on all unused I/O ports. Computer manufacturers and system integrators should confirm EMC compliance and provide CE marking for their products.

CONFIDENTIAL                                                                                          FED_SEAG0030313

**Korean RRL**

If these drives have the Korean Communications Commission (KCC) logo, they comply with paragraph 1 of Article 11 of the Electromagnetic Compatibility control Regulation and meet the Electromagnetic Compatibility (EMC) Framework requirements of the Radio Research Laboratory (RRL) Communications Commission, Republic of Korea.

These drives have been tested and comply with the Electromagnetic Interference/Electromagnetic Susceptibility (EMI/EMS) for Class B products. Drives are tested in a representative, end-user system by a Korean-recognized lab.

| B급 기기<br>(가정용 정보통신기기) | 이 기기는 가정용으로 전자파적합등록을한 기기로<br>서 주거지역에서는 물론 모든지역에서 사용할 수 있<br>습니다. |
|---|---|

**Australian RCM Compliance Mark**

Models displayed with the RCM compliance mark, comply with the mandatory standards as per the Australian Communications and Media Authority (ACMA) Electromagnetic Compatibility (EMC) regulatory arrangement.

## 2.13.3 FCC verification

These drives are intended to be contained solely within a personal computer or similar enclosure (not attached as an external device). As such, each drive is considered to be a subassembly even when it is individually marketed to the customer. As a subassembly, no Federal Communications Commission verification or certification of the device is required.

Seagate has tested this device in enclosures as described above to ensure that the total assembly (enclosure, disk drive, motherboard, power supply, etc.) does comply with the limits for a Class B computing device, pursuant to Subpart J, Part 15 of the FCC rules. Operation with non-certified assemblies is likely to result in interference to radio and television reception.

**Radio and television interference.** This equipment generates and uses radio frequency energy and if not installed and used in strict accordance with the manufacturer's instructions, may cause interference to radio and television reception.

This equipment is designed to provide reasonable protection against such interference in a residential installation. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause interference to radio or television, which can be determined by turning the equipment on and off, users are encouraged to try one or more of the following corrective measures:

- Reorient the receiving antenna.
- Move the device to one side or the other of the radio or TV.
- Move the device farther away from the radio or TV.
- Plug the computer into a different outlet so that the receiver and computer are on different branch outlets.

If necessary, users should consult the dealer or an experienced radio/television technician for additional suggestions. Users may find helpful the following booklet prepared by the Federal Communications Commission: *How to Identify and Resolve Radio-Television Interference Problems*. This booklet is available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. Refer to publication number 004-000-00345-4.

## 2.14  Environmental protection

Seagate designs its products to meet environmental protection requirements worldwide, including regulations restricting certain chemical substances.

## 2.14.1 European Union Restriction of Hazardous Substances (RoHS) Directive

The European Union Restriction of Hazardous Substances (RoHS) Directive, restricts the presence of chemical substances, including Lead, Cadmium, Mercury, Hexavalent Chromium, PBB and PBDE, in electronic products, effective July 2006. This drive is manufactured with components and materials that comply with the RoHS Directive.

CONFIDENTIAL                                                                        FED_SEAG0030314

www.seagate.com                                                                    **Drive Specifications**

### 2.14.2 China Requirements — China RoHS 2

China RoHS 2 refers to the Ministry of Industry and Information Technology Order No. 32, effective July 1, 2016, titled Management Methods for the Restriction of the Use of Hazardous Substances in Electrical and Electronic Products. To comply with China RoHS 2, we determined this product's Environmental Protection Use Period (EPUP) to be 20 years in accordance with the *Marking for the Restricted Use of Hazardous Substances in Electronic and Electrical Products*, SJT 11364-2014.

## 中国电器电子产品有害物质限制使用管理办法

(Management Methods for the Restriction of the Use of Hazardous Substances in Electrical and Electronic Products _ China RoHS)

## 产品中有害物质的名称及含量

(Name and Content of the Hazardous Substances in Product)



**Table 9  Hazardous Substances**

| 部件名称<br>Part Name | 有害物质<br>Hazardous Substances | | | | | |
|---|---|---|---|---|---|---|
| | 铅<br>Lead<br>(Pb) | 汞<br>Mercury<br>(Hg) | 镉<br>Cadmium<br>(Cd) | 六价铬<br>Hexavalent Chromium<br>(CF (VI)) | 多溴联苯<br>Polybrominated<br>biphenyls (PBB) | 多溴二苯醚<br>Polybrominated<br>diphenyl ethers (PBDE) |
| 印刷电路板组装<br>PCBA | X | O | O | O | O | O |
| 机壳<br>Chassis | X | O | O | O | O | O |

本表格依据 SJ/T 11364 的规定编制。
This table is prepared in accordance with the provisions of SJ/T 11364-2014

O: 表示该有害物质在该部件所有均质材料中的含量均在 GB/T 26572 规定的限量要求以下。
O: Indicates that the hazardous substance contained in all of the homogeneous materials for this part is below the limit requirement of GB/T26572.

X: 表示该有害物质至少在该部件的某一均质材料中的含量超出 GB/T 26572 规定的限量要求。
X: Indicates that the hazardous substance contained in at least one of the homogeneous materials used for this part is above the limit requirement of GB/T26572.

### 2.15  Corrosive environment

Seagate electronic drive components pass accelerated corrosion testing equivalent to 10 years exposure to light industrial environments containing sulfurous gases, chlorine and nitric oxide, classes G and H per ASTM B845. However, this accelerated testing cannot duplicate every potential application environment. Users should use caution exposing any electronic components to uncontrolled chemical pollutants and corrosive chemicals as electronic drive component reliability can be affected by the installation environment. The silver, copper, nickel and gold films used in Seagate products are especially sensitive to the presence of sulfide, chloride, and nitrate contaminants. Sulfur is found to be the most damaging. In addition, electronic components should never be exposed to condensing water on the surface of the printed circuit board assembly (PCBA) or exposed to an ambient relative humidity greater than 95%. Materials used in cabinet fabrication, such as vulcanized rubber, that can outgas corrosive compounds should be minimized or eliminated. The useful life of any electronic equipment may be extended by replacing materials near circuitry with sulfide-free alternatives.

CONFIDENTIAL                                              FED_SEAG0030315

# 3.0     Configuring and Mounting the Drive

This section contains the specifications and instructions for configuring and mounting the drive.

## 3.1    Handling and static-discharge precautions

After unpacking, and before installation, the drive may be exposed to potential handling and electrostatic discharge (ESD) hazards. Observe the following standard handling and static-discharge precautions:

**Caution**

- Before handling the drive, put on a grounded wrist strap, or ground oneself frequently by touching the metal chassis of a computer that is plugged into a grounded outlet. Wear a grounded wrist strap throughout the entire installation procedure.
- Handle the drive by its edges or frame *only*.
- The drive is extremely fragile—handle it with care. Do not press down on the drive top cover.
- Always rest the drive on a padded, antistatic surface until mounting it in the computer.
- Do not touch the connector pins or the printed circuit board.
- Do not remove the factory-installed labels from the drive or cover them with additional labels. Removal voids the warranty. Some factory-installed labels contain information needed to service the drive. Other labels are used to seal out dirt and contamination.

## 3.2    Configuring the drive

Each drive on the SATA interface connects point-to-point with the SATA host adapter. There is no master/slave relationship because each drive is considered a master in a point-to-point relationship. If two drives are attached on one SATA host adapter, the host operating system views the two devices as if they were both "masters" on two separate ports. Both drives behave as if they are Device 0 (master) devices.

SATA drives are designed for easy installation. It is usually not necessary to set any jumpers on the drive for proper operation; however, if users connect the drive and receive a "drive not detected" error, the SATA-equipped motherboard or host adapter may use a chipset that does not support SATA speed autonegotiation.

## 3.3    SATA cables and connectors

The SATA interface cable consists of four conductors in two differential pairs, plus three ground connections. The cable size may be 30 to 26 AWG with a maximum length of one meter (39.37 inches). See Table 10 for connector pin definitions. Either end of the SATA signal cable can be attached to the drive or host.

For direct backplane connection, the drive connectors are inserted directly into the host receptacle. The drive and the host receptacle incorporate features that enable the direct connection to be hot pluggable and blind mateable.

For installations which require cables, users can connect the drive as illustrated in Figure 1.

*Figure 1*   **Attaching SATA cabling**



Each cable is keyed to ensure correct orientation. Desktop HDD drives support latching SATA connectors.

CONFIDENTIAL                                                     FED_SEAG0030316

## 3.4   Drive mounting

Users can mount the drive in any orientation using four screws in the side-mounting holes or four screws in the bottom-mounting holes. Refer to Figure 2 and Figure 3 for drive mounting dimensions. Follow these important mounting precautions when mounting the drive:

- Allow a minimum clearance of 0.030 inches (0.76mm) around the entire perimeter of the drive for cooling.
- Use only 6-32 UNC mounting screws.
- The screws should be inserted no more than 0.120 inch (3.05mm) into the bottom or side mounting holes.
- Do not overtighten the mounting screws (maximum torque: 6 inch-lb).

*Figure 2    Mounting dimensions (3-disk: 2TB to 3TB models)*



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |
| --- | --- |

CONFIDENTIAL                                                            FED_SEAG0030317

www.seagate.com                                                    **Configuring and Mounting the Drive**

Seagate utilizes two base decks for 250GB through 1TB capacities, as shown below.

*Figure 3   Mounting dimensions (configuration 1)*



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |
| --- | --- |

CONFIDENTIAL                                                              FED_SEAG0030318

www.seagate.com          **Configuring and Mounting the Drive**

*Figure 4  Mounting dimensions (configuration 2)*



| Note | Drawings are for mounting hole reference only. PCBA show in pictorial only and can vary based on specific customer configurations. |
| --- | --- |

CONFIDENTIAL        **FED_SEAG0030319**

# 4.0 About (SED) Self-Encrypting Drives

Self-encrypting drives (SEDs) offer encryption and security services for the protection of stored data, commonly known as "data at rest". These drives are compliant with the Trusted Computing Group (TCG) Opal Storage Specifications as detailed in the following:

- TCG Storage Architecture Core Specification, Version 2.0 (see www.trustedcomputinggroup.org)
- TCG Storage Security Subsystem Class Opal Specification, Version 2.0 (see www.trustedcomputinggroup.org)

In case of conflict between this document and any referenced document, this document takes precedence.

The Trusted Computing Group (TCG) is a standards organization sponsored and operated by companies in the computer, storage and digital communications industry. Seagate's SED models comply with the standards published by the TCG.

To use the security features in the drive, the host must be capable of constructing and issuing the following two SATA commands:

- Trusted Send
- Trusted Receive

These commands are used to convey the TCG protocol to and from the drive in their command payloads. Seagate Secure SEDs also support TCG Single User Mode, which can be disabled.

## 4.1 Data Encryption

Encrypting drives use one inline encryption engine within each drive employing AES-256 algorithms in Cipher Block Chaining (CBC) mode to encrypt all data prior to being written on the media and to decrypt all data as it is read from the media. The encryption engine is always in operation and cannot be disabled. The 32-byte Data Encryption Key (DEK) is a random number which is generated by the drive, never leaves the drive, and is inaccessible to the host system. The DEK is itself encrypted when it is stored on the media and when in volatile temporary storage (DRAM), which is external to the encryption engine. A unique data encryption key is used for each of the drive's possible 16 data bands (see Section 4.5 Data Bands).

## 4.2 Controlled Access

The drive has two security providers (SPs) called the "Admin SP" and the "Locking SP". These act as gatekeepers to the drive security services. Security-related commands will not be accepted unless the user provides the correct credentials to prove that they are authorized to perform the command.

### 4.2.1 Admin SP

The Admin SP allows the drive's owner to enable or disable firmware download operations (see Section 4.4 Drive Locking). Access to the Admin SP is available using the SID (Secure ID) password.

### 4.2.2 Locking SP

The Locking SP controls read/write access to the media and the cryptographic erase feature. Access to the Locking SP is available using the Admin or User passwords.

### 4.2.3 Default password

When the drive is shipped from the factory, all passwords are set to the value of MSID. This 32-byte random value can only be read by the host electronically over the interface. After receipt of the drive, it is the responsibility of the owner to use the default MSID password as the authority to change all other passwords to unique owner-specified values.

### 4.2.4 ATA Enhanced Security

The drive can utilize the system's BIOS through the ATA Security API for cases that do not require password management and additional security policies.

Furthermore, the drive's ATA Security Erase Unit command shall support both Normal and Enhanced Erase modes with the following modifications/additions:

**Normal Erase:** Normal erase feature shall be performed by changing the Data Encryption Key (DEK) of the drive, followed by an overwrite operation that repeatedly writes a single sector containing random data to the entire drive. This write operation bypasses the media encryption. On reading back the overwritten sectors, the host will receive a decrypted version, using the new DEK of the random data sector (the returned data will not match what was written).

**Enhanced Erase:** Enhanced erase shall be performed by changing the Data Encryption Key of the drive.

## 4.3 Random Number Generator (RNG)

The drive has a 32-byte hardware RNG that it is uses to derive encryption keys or, if requested to do so, to provide random numbers to the host for system use, including using these numbers as Authentication Keys (passwords) for the drive's Admin and Locking SPs.

CONFIDENTIAL FED_SEAG0030320

## 4.4    Drive Locking

In addition to changing the passwords, as described in Section 4.2.3 Default password, the owner should also set the data access controls for the individual bands.

The variable "LockOnReset" should be set to "PowerCycle" to ensure that the data bands will be locked if power is lost. In addition "ReadLockEnabled" and "WriteLockEnabled" must be set to true in the locking table in order for the bands "LockOnReset" setting of "PowerCycle" to actually lock access to the band when a "PowerCycle" event occurs. This scenario occurs if the drive is removed from its cabinet. The drive will not honor any data read or write requests until the bands have been unlocked. This prevents the user data from being accessed without the appropriate credentials when the drive has been removed from its cabinet and installed in another system.

## 4.5    Data Bands

When shipped from the factory, the drive is configured with a single data band called Band 0 (also known as the Global Data Band) which comprises LBA 0 through LBA max. The host may allocate additional bands (Band1 to Band15) by specifying a start LBA and an LBA range. The real estate for this band is taken from the Global Band.

Data bands cannot overlap but they can be sequential with one band ending at LBA (x) and the next beginning at LBA (x+1).

Each data band has its own drive-generated encryption key. The host may change the Encryption Key (see Section 4.6 Cryptographic Erase) or the password when required.

## 4.6    Cryptographic Erase

A valuable feature of SEDs is the ability to perform a cryptographic erase. This involves the host telling the drive to change the data encryption key for a particular band. Once changed, the data is no longer recoverable since it was written with one key and will be read using a different key. Since the drive overwrites the old key with the new one, and keeps no history of key the older key, the user data can never be recovered. This is done in a matter of seconds and is very useful if the drive is to be scrapped or repurposed.

## 4.7    Authenticated Firmware Download

In addition to providing a locking mechanism to prevent unwanted firmware download attempts, the drive also only accepts download files which have been cryptographically signed by the appropriate Seagate Design Center.

Three conditions must be met before the drive will allow the download operation:

1. The download must be an SED file. A standard drive (non-SED) file will be rejected.

2. The download file must be signed and authenticated.

3. As with a non-SED drive, the download file must pass the acceptance criteria for the drive. For example it must be applicable to the correct drive model, and have compatible revision and customer status.

## 4.8    Power Requirements

The standard drive models and the SED drive models have identical hardware, however the security and encryption portion of the drive controller ASIC is enabled and functional in the SED models. This represents a small additional drain on the 5V supply of about

30mA and a commensurate increase of about 150mW in power consumption. There is no additional drain on the 12V supply. See the tables in Section 2.8 Power specifications for power requirements on the standard (non-SED) drive models.

## 4.9    Supported Commands

The SED models support the following two commands in addition to the commands supported by the standard (non-SED) models as listed in Table 11:

- Trusted Send
- Trusted Receive

## 4.10    RevertSP

SED models will support the RevertSP feature which erases all data in all bands on the device and returns the contents of all SPs (Security Providers) on the device to their original factory state. In order to execute the RevertSP method the unique PSID (Physical Secure ID) printed on the drive label must be provided. PSID is not electronically accessible and can only be manually read from the drive label or scanned in via the 2D barcode.

CONFIDENTIAL

**SATA Interface**

# 5.0    SATA Interface

These drives use the industry-standard Serial ATA (SATA) interface that supports FIS data transfers. It supports ATA programmed input/output (PIO) modes 0 to 4; multiword DMA modes 0 to 2, and Ultra DMA modes 0 to 6.

For detailed information about the SATA interface, refer to the "Serial ATA: High Speed Serialized AT Attachment" specification.

## 5.1    Hot-Plug compatibility

Desktop HDD drives incorporate connectors which enable users to hot plug these drives in accordance with the SATA Revision 3.2 specification. This specification can be downloaded from www.serialata.org.

## 5.2    SATA device plug connector pin definitions

Table 10 summarizes the signals on the SATA interface and power connectors.

*Table 10    SATA connector pin definitions*

| Segment | Pin | Function | Definition |
|---------|-----|----------|------------|
| **Signal** | S1 | Ground | 2nd mate |
| | S2 | A+ | Differential signal pair A from Phy |
| | S3 | A- | |
| | S4 | Ground | 2nd mate |
| | S5 | B- | Differential signal pair B from Phy |
| | S6 | B+ | |
| | S7 | Ground | 2nd mate |
| **Key and spacing separate signal and power segments** | | | |
| **Power** | P1 | $V_{33}$ | 3.3V power |
| | P2 | $V_{33}$ | 3.3V power |
| | P3 | $V_{33}$ | 3.3V power, pre-charge, 2nd mate |
| | P4 | Ground | 1st mate |
| | P5 | Ground | 2nd mate |
| | P6 | Ground | 2nd mate |
| | P7 | $V_5$ | 5V power, pre-charge, 2nd mate |
| | P8 | $V_5$ | 5V power |
| | P9 | $V_5$ | 5V power |
| | P10 | Ground | 2nd mate |
| | P11 | Ground or LED signal | If grounded, drive does not use deferred spin |
| | P12 | Ground | 1st mate. |
| | P13 | $V_{12}$ | 12V power, pre-charge, 2nd mate |
| | P14 | $V_{12}$ | 12V power |
| | P15 | $V_{12}$ | 12V power |

**Notes**

1.  All pins are in a single row, with a 1.27 mm (0.050 in) pitch.

2.  The comments on the mating sequence apply to the case of backplane blindmate connector only. In this case, the mating sequences are:
    - the ground pins P4 and P12.
    - the pre-charge power pins and the other ground pins.
    - the signal pins and the rest of the power pins.

3.  There are three power pins for each voltage. One pin from each voltage is used for pre-charge when installed in a blind-mate backplane configuration.
    - All used voltage pins ($V_x$) must be terminated.

CONFIDENTIAL

**SATA Interface**

## 5.3   Supported ATA commands

The following table lists SATA standard commands that the drive supports.
For a detailed description of the ATA commands, refer to the Serial ATA International Organization:
Serial ATA Revision 3.0 (http://www.sata-io.org).

See "S.M.A.R.T. commands" on page 37 for details and subcommands used in the S.M.A.R.T. implementation.

*Table 11   SATA standard commands*

| Command name | Command code (in hex) |
|---|---|
| Check Power Mode | $E5_H$ |
| Device Configuration Freeze Lock | $B1_H$ / $C1_H$ |
| Device Configuration Identify | $B1_H$ / $C2_H$ |
| Device Configuration Restore | $B1_H$ / $C0_H$ |
| Device Configuration Set | $B1_H$ / $C3_H$ |
| Device Reset | $08_H$ |
| Download Microcode | $92_H$ |
| Execute Device Diagnostics | $90_H$ |
| Flush Cache | $E7_H$ |
| Flush Cache Extended | $EA_H$ |
| Format Track | $50_H$ |
| Identify Device | $EC_H$ |
| Idle | $E3_H$ |
| Idle Immediate | $E1_H$ |
| Initialize Device Parameters | $91_H$ |
| Read Buffer | $E4_H$ |
| Read DMA | $C8_H$ |
| Read DMA Extended | $25_H$ |
| Read DMA Without Retries | $C9_H$ |
| Read Log Ext | $2F_H$ |
| Read Multiple | $C4_H$ |
| Read Multiple Extended | $29_H$ |
| Read Native Max Address | $F8_H$ |
| Read Native Max Address Extended | $27_H$ |
| Read Sectors | $20_H$ |
| Read Sectors Extended | $24_H$ |
| Read Sectors Without Retries | $21_H$ |
| Read Verify Sectors | $40_H$ |
| Read Verify Sectors Extended | $42_H$ |
| Read Verify Sectors Without Retries | $41_H$ |
| Recalibrate | $10_H$ |
| Security Disable Password | $F6_H$ |
| Security Erase Prepare | $F3_H$ |
| Security Erase Unit | $F4_H$ |

CONFIDENTIAL                                              FED_SEAG0030323

**SATA Interface**

*Table 11   SATA standard commands (continued)*

| Command name | Command code (in hex) | |
|---|---|---|
| Security Freeze | $F5_H$ | |
| Security Set Password | $F1_H$ | |
| Security Unlock | $F2_H$ | |
| Seek | $70_H$ | |
| Set Features | $EF_H$ | |
| Set Max Address | $F9_H$ | |
| Note: Individual Set Max Address commands are identified by the value placed in the Set Max Features register as defined to the right. | Address:<br>Password:<br>Lock:<br>Unlock:<br>Freeze Lock: | $00_H$<br>$01_H$<br>$02_H$<br>$03_H$<br>$04_H$ |
| Set Max Address Extended | $37_H$ | |
| Set Multiple Mode | $C6_H$ | |
| Sleep | $E6_H$ | |
| S.M.A.R.T. Disable Operations | $B0_H$ / $D9_H$ | |
| S.M.A.R.T. Enable/Disable Autosave | $B0_H$ / $D2_H$ | |
| S.M.A.R.T. Enable Operations | $B0_H$ / $D8_H$ | |
| S.M.A.R.T. Execute Offline | $B0_H$ / $D4_H$ | |
| S.M.A.R.T. Read Attribute Thresholds | $B0_H$ / $D1_H$ | |
| S.M.A.R.T. Read Data | $B0_H$ / $D0_H$ | |
| S.M.A.R.T. Read Log Sector | $B0_H$ / $D5_H$ | |
| S.M.A.R.T. Return Status | $B0_H$ / $DA_H$ | |
| S.M.A.R.T. Save Attribute Values | $B0_H$ / $D3_H$ | |
| S.M.A.R.T. Write Log Sector | $B0_H$ / $D6_H$ | |
| Standby | $E2_H$ | |
| Standby Immediate | $E0_H$ | |
| Write Buffer | $E8_H$ | |
| Write DMA | $CA_H$ | |
| Write DMA Extended | $35_H$ | |
| Write DMA FUA Extended | $3D_H$ | |
| Write DMA Without Retries | $CB_H$ | |
| Write Log Extended | $3F_H$ | |
| Write Multiple | $C5_H$ | |
| Write Multiple Extended | $39_H$ | |
| Write Multiple FUA Extended | $CE_H$ | |
| Write Sectors | $30_H$ | |
| Write Sectors Without Retries | $31_H$ | |
| Write Sectors Extended | $34_H$ | |
| Write Uncorrectable | $45_H$ | |

CONFIDENTIAL                                                                              **FED_SEAG0030324**

### 5.3.1  Identify Device command

The Identify Device command (command code EC$_H$) transfers information about the drive to the host following power up. The data is organized as a single 512-byte block of data, whose contents are shown in  on page 30. All reserved bits or words should be set to zero. Parameters listed with an "x" are drive-specific or vary with the state of the drive.

The following commands contain drive-specific features that may not be included in the SATA specification.

*Table 12  Identify Device commands*

| Word | Description | Value |
|------|-------------|-------|
| 0 | Configuration information:<br>• Bit 15: 0 = ATA; 1 = ATAPI<br>• Bit 7: removable media<br>• Bit 6: removable controller<br>• Bit 0: reserved | 0C5A$_H$ |
| 1 | Number of logical cylinders | 16,383 |
| 2 | ATA-reserved | 0000$_H$ |
| 3 | Number of logical heads | 16 |
| 4 | Retired | 0000$_H$ |
| 5 | Retired | 0000$_H$ |
| 6 | Number of logical sectors per logical track: 63 | 003F$_H$ |
| 7–9 | Retired | 0000$_H$ |
| 10–19 | Serial number: (20 ASCII characters, 0000$_H$ = none) | ASCII |
| 20 | Retired | 0000$_H$ |
| 21 | Retired | 0400$_H$ |
| 22 | Obsolete | 0000$_H$ |
| 23–26 | Firmware revision<br>(8 ASCII character string, padded with blanks to end of string) | x.xx |
| 27–46 | Drive model number:<br>(40 ASCII characters, padded with blanks to end of string) | |
| 47 | (Bits 7–0) Maximum sectors per interrupt on Read multiple and Write multiple (16) | 8010$_H$ |
| 48 | Reserved | 0000$_H$ |
| 49 | Standard Standby timer, IORDY supported and may be disabled | 2F00$_H$ |
| 50 | ATA-reserved | 0000$_H$ |
| 51 | PIO data-transfer cycle timing mode | 0200$_H$ |
| 52 | Retired | 0200$_H$ |
| 53 | Words 54–58, 64–70 and 88 are valid | 0007$_H$ |
| 54 | Number of current logical  cylinders | xxxx$_H$ |
| 55 | Number of current logical heads | xxxx$_H$ |
| 56 | Number of current logical sectors per logical track | xxxx$_H$ |
| 57–58 | Current capacity in sectors | xxxx$_H$ |
| 59 | Number of sectors transferred during a Read Multiple<br>or Write Multiple command | xxxx$_H$ |

CONFIDENTIAL    FED_SEAG0030325

SATA Interface

*Table 12    Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 60–61 | Total number of user-addressable LBA sectors available<br>(see Section 2.2 for related information)<br>*Note: The maximum value allowed in this field is: 0FFFFFFFh (268,435,455 sectors, 137GB). Drives with capacities over 137GB will have 0FFFFFFFh in this field and the actual number of user-addressable LBAs specified in words 100–103. This is required for drives that support the 48-bit addressing feature. | 0FFFFFFFh* |
| 62 | Retired | 0000$_H$ |
| 63 | Multiword DMA active and modes supported<br>(see note following this table) | xx07$_H$ |
| 64 | Advanced PIO modes supported (modes 3 and 4 supported) | 0003$_H$ |
| 65 | Minimum multiword DMA transfer cycle time per word (120 nsec) | 0078$_H$ |
| 66 | Recommended multiword DMA transfer cycle time per word<br>(120 nsec) | 0078$_H$ |
| 67 | Minimum PIO cycle time without IORDY flow control (240 nsec) | 0078$_H$ |
| 68 | Minimum PIO cycle time with IORDY flow control (120 nsec) | 0078$_H$ |
| 69–74 | ATA-reserved | 0000$_H$ |
| 75 | Queue depth | 001F$_H$ |
| 76 | SATA capabilities | xxxx$_H$ |
| 77 | Reserved for future SATA definition | xxxx$_H$ |
| 78 | SATA features supported | xxxx$_H$ |
| 79 | SATA features enabled | xxxx$_H$ |
| 80 | Major version number | 01F0$_H$ |
| 81 | Minor version number | 0028$_H$ |
| 82 | Command sets supported | 364B$_H$ |
| 83 | Command sets supported | 7F09$_H$ |
| 84 | Command sets support extension (see note following this table) | 4163$_H$ |
| 85 | Command sets enabled | 30xx$_H$ |
| 86 | Command sets enabled | BE09$_H$ |
| 87 | Command sets enable extension | 4163$_H$ |
| 88 | Ultra DMA support and current mode (see note following this table) | xx7F$_H$ |
| 89 | Security erase time | 0039$_H$ |
| 90 | Enhanced security erase time | 0039$_H$ |
| 92 | Master password revision code | FFFE$_H$ |
| 93 | Hardware reset value | xxxx$_H$ |
| 94 | Automatic acoustic management | 8080$_H$ |
| 95–99 | ATA-reserved | 0000$_H$ |

CONFIDENTIAL                                                                    FED_SEAG0030326

www.seagate.com                                                                                SATA Interface

*Table 12    Identify Device commands (continued)*

| Word | Description | Value |
|------|-------------|-------|
| 100–103 | Total number of user-addressable LBA sectors available (see Section 2.2 for related information). These words are required for drives that support the 48-bit addressing feature. Maximum value: 0000FFFFFFFFFFFFh. | ST3000DM001 = 5,860,533,168<br>ST3000DM002 = 5,860,533,168<br>ST2000DM001 = 3,907,029,168<br>ST2000DM002 = 3,907,029,168<br>ST1000DM003 = 1,953,525,168<br>ST1000DM004 = 1,953,525,168<br>ST500DM002 = 976,773,168<br>ST320DM000 = 625,142,448<br>ST250DM000 = 488,397,168 |
| 104–107 | ATA-reserved | $0000_H$ |
| 108–111 | The mandatory value of the world wide name (WWN) for the drive. NOTE: This field is valid if word 84, bit 8 is set to 1 indicating 64-bit WWN support. | Each drive will have a unique value. |
| 112–127 | ATA-reserved | $0000_H$ |
| 128 | Security status | $0001_H$ |
| 129–159 | Seagate-reserved | $xxxx_H$ |
| 160–254 | ATA-reserved | $0000_H$ |
| 255 | Integrity word | $xxA5_H$ |

| Note | Advanced Power Management (APM) and Automatic Acoustic Management (AAM) features are not supported. |
|------|---|

| Note | See the bit descriptions below for words 63, 84, and 88 of the Identify Drive data. |
|------|---|

| Description (if bit is set to 1) | | |
|---|---|---|
| | **Bit** | **Word 63** |
| | 0 | Multiword DMA mode 0 is supported. |
| | 1 | Multiword DMA mode 1 is supported. |
| | 2 | Multiword DMA mode 2 is supported. |
| | 8 | Multiword DMA mode 0 is currently active. |
| | 9 | Multiword DMA mode 1 is currently active. |
| | 10 | Multiword DMA mode 2 is currently active. |
| | **Bit** | **Word 84** |
| | 0 | SMART error login is supported. |
| | 1 | SMART self-test is supported. |
| | 2 | Media serial number is supported. |
| | 3 | Media Card Pass Through Command feature set is supported. |
| | 4 | Streaming feature set is supported. |
| | 5 | GPL feature set is supported. |
| | 6 | WRITE DMA FUA EXT and WRITE MULTIPLE FUA EXT commands are supported. |

Seagate Desktop HDD Product Manual, Rev. V                                                              34

CONFIDENTIAL                                                                **FED_SEAG0030327**

**SATA Interface**

| | 7 | WRITE DMA QUEUED FUA EXT command is supported. |
|---|---|---|
| | 8 | 64-bit World Wide Name is supported. |
| | 9-10 | Obsolete. |
| | 11-12 | Reserved for TLC. |
| | 13 | IDLE IMMEDIATE command with IUNLOAD feature is supported. |
| | 14 | Shall be set to 1. |
| | 15 | Shall be cleared to 0. |
| | **Bit** | **Word 88** |
| | 0 | Ultra DMA mode 0 is supported. |
| | 1 | Ultra DMA mode 1 is supported. |
| | 2 | Ultra DMA mode 2 is supported. |
| | 3 | Ultra DMA mode 3 is supported. |
| | 4 | Ultra DMA mode 4 is supported. |
| | 5 | Ultra DMA mode 5 is supported. |
| | 6 | Ultra DMA mode 6 is supported. |
| | 8 | Ultra DMA mode 0 is currently active. |
| | 9 | Ultra DMA mode 1 is currently active. |
| | 10 | Ultra DMA mode 2 is currently active. |
| | 11 | Ultra DMA mode 3 is currently active. |
| | 12 | Ultra DMA mode 4 is currently active. |
| | 13 | Ultra DMA mode 5 is currently active. |
| | 14 | Ultra DMA mode 6 is currently active. |

CONFIDENTIAL

FED_SEAG0030328

### 5.3.2   Set Features command

This command controls the implementation of various features that the drive supports. When the drive receives this command, it sets BSY, checks the contents of the Features register, clears BSY and generates an interrupt. If the value in the register does not represent a feature that the drive supports, the command is aborted. Power-on default has the read look-ahead and write caching features enabled. The acceptable values for the Features register are defined as follows:

**Table 13    Set Features command**

| | |
|---|---|
| $02_H$ | Enable write cache *(default)*. |
| $03_H$ | Set transfer mode (based on value in Sector Count register). Sector Count register values: |
| | $00_H$   Set PIO mode to default (PIO mode 2). |
| | $01_H$   Set PIO mode to default and disable IORDY (PIO mode 2). |
| | $08_H$   PIO mode 0 |
| | $09_H$   PIO mode 1 |
| | $0A_H$   PIO mode 2 |
| | $0B_H$   PIO mode 3 |
| | $0C_H$   PIO mode 4 *(default)* |
| | $20_H$   Multiword DMA mode 0 |
| | $21_H$   Multiword DMA mode 1 |
| | $22_H$   Multiword DMA mode 2 |
| | $40_H$   Ultra DMA mode 0 |
| | $41_H$   Ultra DMA mode 1 |
| | $42_H$   Ultra DMA mode 2 |
| | $43_H$   Ultra DMA mode 3 |
| | $44_H$   Ultra DMA mode 4 |
| | $45_H$   Ultra DMA mode 5 |
| | $46_H$   Ultra DMA mode 6 |
| $10_H$ | Enable use of SATA features |
| $55_H$ | Disable read look-ahead (read cache) feature. |
| $82_H$ | Disable write cache |
| $90_H$ | Disable use of SATA features |
| $AA_H$ | Enable read look-ahead (read cache) feature *(default)*. |
| $F1_H$ | Report full capacity available |

| Note | At power-on, or after a hardware or software reset, the default values of the features are as indicated above. |
|---|---|

CONFIDENTIAL                                                                                 **FED_SEAG0030329**

SATA Interface

### 5.3.3  S.M.A.R.T. commands

S.M.A.R.T. provides near-term failure prediction for disk drives. When S.M.A.R.T. is enabled, the drive monitors predetermined drive attributes that are susceptible to degradation over time. If self-monitoring determines that a failure is likely, S.M.A.R.T. makes a status report available to the host. Not all failures are predictable. S.M.A.R.T. predictability is limited to the attributes the drive can monitor. For more information on S.M.A.R.T. commands and implementation, see the *Draft ATA-5 Standard*.

SeaTools diagnostic software activates a built-in drive self-test (DST S.M.A.R.T. command for D4$_H$) that eliminates unnecessary drive returns. The diagnostic software ships with all new drives and is also available at: http://seatools.seagate.com.

This drive is shipped with S.M.A.R.T. features disabled. Users must have a recent BIOS or software package that supports S.M.A.R.T. to enable this feature. The table below shows the S.M.A.R.T. command codes that the drive uses.

*Table 14   S.M.A.R.T. commands*

| Code in features register | S.M.A.R.T. command |
|---|---|
| D0$_H$ | S.M.A.R.T. Read Data |
| D2$_H$ | S.M.A.R.T. Enable/Disable Attribute Autosave |
| D3$_H$ | S.M.A.R.T. Save Attribute Values |
| D4$_H$ | S.M.A.R.T. Execute Off-line Immediate (runs DST) |
| D5$_H$ | S.M.A.R.T. Read Log Sector |
| D6$_H$ | S.M.A.R.T. Write Log Sector |
| D8$_H$ | S.M.A.R.T. Enable Operations |
| D9$_H$ | S.M.A.R.T. Disable Operations |
| DA$_H$ | S.M.A.R.T. Return Status |

| Note | If an appropriate code is not written to the Features Register, the command is aborted and 0x04 (abort) is written to the Error register. |
|---|---|

CONFIDENTIAL                                          FED_SEAG0030330



**Seagate Technology LLC**

AMERICAS      Seagate Technology LLC 10200 South De Anza Boulevard, Cupertino, California 95014, United States, 408-658-1000
ASIA/PACIFIC    Seagate Singapore International Headquarters Pte. Ltd. 7000 Ang Mo Kio Avenue 5, Singapore 569877, 65-6485-3888
EUROPE, MIDDLE EAST AND AFRICA   Seagate Technology SAS 16-18 rue du Dôme, 92100 Boulogne-Billancourt, France, 33 1-4186 10 00

Publication Number: 100686584, Rev. V
September 2016

CONFIDENTIAL

# FED_SEAG0030293

## Metadata

| | | |
|---|---|---|
| **FileName** | BARRACUDA Desktop HDD.pdf | ORIGINAL |
| **OrgFolder** | BARRACUDA | ORIGINAL |
| **Relativity Image Count** | 39 | ORIGINAL |

# EXHIBIT 58

Message

| | |
|---|---|
| **From:** | Anik Rubalcava-Capretta [anik.rubalcava-capretta@seagate.com] |
| **Sent:** | 12/15/2011 7:02:10 PM |
| **To:** | Dave M Rollings [dave.m.rollings@seagate.com] |
| **Subject:** | Fwd: Drives not being detected |

FYI -

---------- Forwarded message ----------
From: **Mike S Carlow** <mike.s.carlow@seagate.com>
Date: Thu, Dec 15, 2011 at 10:56 AM
Subject: Re: Drives not being detected
To: John W Bornholdt <john.w.bornholdt@seagate.com>
Cc: Keith Myers <keith.r.myers@seagate.com>, Anik Rubalcava-Capretta <anik.rubalcava-capretta@seagate.com>

John,

Grenada FW is now rolling to CC49 and should be available Monday.  Once its available we will send a FW load package.  At first glance at the FW changes they don't highlight and detection fixes.

We can try this new FW and go from there.

Mike

On Thu, Dec 15, 2011 at 11:15 AM, John W Bornholdt <john.w.bornholdt@seagate.com> wrote:
Hi Mike and Keith,

I understand that we're working on a firmware roll for the Grenada 3TB desktop drive.  We got a large channel customer who has delivered several systems to Netflix with the 3TB drive, and they are failing at a very concerning rate.  Netflix and Equus are both very anxious about what is happening, and it sounds like the firmware roll might address the issue.  Is there anything we can do to expedite firmware delivery for Equus to validate the fix and keep these important customers in the fold?

Thanks,
John

John Bornholdt
Seagate Technology  |  Channel Sales - Central U.S.
Office: 952-923-1008 *(new office number)*
Mobile: 612-845-3695

---------- Forwarded message ----------
From: **John Dotson** <jdotson@equuscs.com>
Date: Thu, Dec 15, 2011 at 11:13 AM
Subject: RE: Drives not being detected
To: Anik Rubalcava-Capretta <anik.rubalcava-capretta@seagate.com>, "dave.m.rollings@seagate.com" <dave.m.rollings@seagate.com>

CONFIDENTIAL

Cc: Will Wu <WWu@equuscs.com>, Tim Poor <TPoor@equuscs.com>, "john.w.bornholdt@seagate.com" <john.w.bornholdt@seagate.com>, Netty Ng <NNg@equuscs.com>, Eddie Ramirez <eramirez@equuscs.com>

Anik,

Did the firmware division give you an idea as to when the CC47 firmware will be available and released to you?

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Thursday, December 15, 2011 8:57 AM
**To:** John Dotson; dave.m.rollings@seagate.com
**Cc:** Will Wu; Tim Poor; john.w.bornholdt@seagate.com; Netty Ng; Eddie Ramirez

**Subject:** Re: Drives not being detected

Hi John,

I just left you a voicemail.

The new firmware revision is not available yet. I am waiting for firmware to send the firmware package.

As soon as I receive it, I will provide it to you as well.

Best Regards,

Anik

---

**From**: John Dotson [mailto:jdotson@equuscs.com]
**Sent**: Thursday, December 15, 2011 10:12 AM
**To**: John Dotson <jdotson@equuscs.com>; 'Anik Rubalcava-Capretta' <anik.rubalcava-capretta@seagate.com>; Dave M Rollings <dave.m.rollings@seagate.com>
**Cc**: Will Wu <WWu@equuscs.com>; Tim Poor <TPoor@equuscs.com>; 'John W Bornholdt' <john.w.bornholdt@seagate.com>; Netty Ng <NNg@equuscs.com>; Eddie Ramirez <eramirez@equuscs.com>
**Subject**: RE: Drives not being detected

Anik,

May I have an update this morning? The drives we sent to the customer are "failing" in large volumes, even though we pre-tested them before they shipped, and even though the customer pre-tested them before shipping to their end locations.

John

---

**From:** John Dotson
**Sent:** Wednesday, December 14, 2011 2:45 PM
**To:** 'Anik Rubalcava-Capretta'

FED_SEAG0072383

**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** RE: Drives not being detected

Anik,

Thanks for the update. The firmware CC47 must have just been released in the last couple of weeks, because you checked for me on 11/21 and there was not a firmware at that time.

Can you provide me the firmware and the release notes for CC47?

On the desktop platform I was testing the drive on, the boot time is pretty quick, and with those "failing" drives connected the motherboard would wait for about two minute and then time out. The other platform we are using takes from a cold boot about 20 seconds before it initializes the HBA firmware. If we disable the HBA firmware and let the system boot up, and then allow the driver to initialize the drives are still missing.

The OS the customer is using is freeBSD 9, but we are testing at the BIOS level, Windows XP and WinPE with the same results of not detecting at P.O.S.T.

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Wednesday, December 14, 2011 2:08 PM
**To:** John Dotson
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi John,

We retested the drives several times and were able to reproduce the issue.

It is an interesting issue because when we hook up our internal test tool to the drives, the drives power up consistently with no problems. If I remove the internal test tool the drives will fail to be recognized.

What OS are the drives used in? Are you aware how much time is allowed to spin-up?

The drives have an older revision of firmware, the latest revision is CC47. The next step will be to load the latest firmware and retest the drives.

After testing with the latest firmware revision, the next step will be to capture a bus trace of the failure. A bus trace will allow us to see what commands are being sent to the drive and how the drive is responding.

Best Regards,

Anik

On Wed, Dec 14, 2011 at 11:04 AM, John Dotson <jdotson@equuscs.com> wrote:
Anik,

Our customer is asking us for an update. Has your engineer been able to get any of the other QTY.4 drives to fail? Has he been able to analyze the problem with the drive that failed?

We have no shortage of drives that have cold boot problems, if you need more samples.

We did a quick power on test of the drives right after opening the packaging of 144 drives, and found 17 drives that were not detected upon a cold boot. After mounting the "good" drives into the systems, we are finding that some of those drives have cold boot problems.

Please advise if you need any more information or details from us to help in troubleshooting this issue.

John

---

**From:** John Dotson
**Sent:** Tuesday, December 13, 2011 2:32 PM
**To:** 'Anik Rubalcava-Capretta'

**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** RE: Drives not being detected

Anik,

All the drives that we had sent were tested upon a second separate platform. It appeared that upon a cold boot (not having power applied to them for several minutes) the drives would not be detected, but then after a warm boot the drives were subsequently detected. If we powered the system down for a few minutes and then back on, the drive would exhibit the same behavior of not be detected again.

If a drive does not spin up or has a delayed spin up, would that information be stored in a log on the drive?

I have moved these drives to other platforms, and the "detection" problem follows the drives.

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Tuesday, December 13, 2011 2:27 PM
**To:** John Dotson
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi John,

I tied off with Dave regarding your drives.

Four of the five drives sent are recognized by the interface. In reviewing the log files, the drives are clean and do not show any errors or problems.

Only 1 drive had trouble being recognized by the interface.  This drive requires further analysis.  We are working on it and will provide an update as soon as possible.

Thanks and Best Regards,

Anik

On Tue, Dec 13, 2011 at 2:14 PM, John Dotson <jdotson@equuscs.com> wrote:
Dave,

Have you had a chance to analyze the drives? Do you have any questions that I can answer for you?

John

---

**From:** Will Wu
**Sent:** Friday, December 09, 2011 5:33 PM
**To:** 'Dave M Rollings'; Tim Poor

**Cc:** Anik Rubalcava-Capretta; John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** RE: Drives not being detected

Hi Dave,

Shipped today
Here is the tracking number

1Z68W0A40166225183

Should get there on Monday

Thanks

---

**From:** Dave M Rollings [mailto:dave.m.rollings@seagate.com]
**Sent:** Friday, December 09, 2011 9:07 AM
**To:** Tim Poor
**Cc:** Anik Rubalcava-Capretta; John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez; Will Wu
**Subject:** Re: Drives not being detected

Hi Tim,

Thanks for the update.    I will look for the drives on Monday.

Have a nice weekend.

dave

Dave Rollings

Field Applications Engineering
Seagate Technology
10200 S. De ANZA Blvd,
Cupertino, Ca  95014
Cell 408 218 3013


On Thu, Dec 8, 2011 at 9:53 PM, Tim Poor <TPoor@equuscs.com> wrote:
Anik/Dave,

The drives did not make it out of our facility tonight, so they will ship tomorrow for Monday morning delivery.

Thank you,

Tim

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Thursday, December 08, 2011 5:29 PM
**To:** Tim Poor; Dave M Rollings
**Cc:** John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi Tim,

Please ship 2-5 failing drives to the following address:

Seagate Technology
Attn: Dave Rollings
10200 South De Anza Blvd.
Cupertino, CA  95014

Thanks and Best Regards,

   Anik


On Thu, Dec 8, 2011 at 3:01 PM, Tim Poor <TPoor@equuscs.com> wrote:

Anik,


We are building up seven of the systems for our large customer with 36 of the ST3000DM001 3TB drives in each system. We have had a number of hard drives that aren't recognized by the system at boot. Some drives will be recognized sporadically during multiple reboots, but others are not recognized as all.  As a part of our troubleshooting process, we have moved the failed drives to a standard desktop system based on an Intel branded motherboard to see if the drive is recognized. Some of these drives are also not being recognized by the Intel board.

CONFIDENTIAL                                                                                      FED_SEAG0072387

We would like to overnight a sampling of these failed drives to you to check the SMART system logs for any failure flags.

This level of hard drive failures is a severe concern for us, and we need to get to the bottom of this as quickly as possible.

Please let me know who/where we need to ship these drives for analysis.

Thank you,

Tim


Timothy Poor

Director, Field Application & Sales Engineering

Equus Computer Systems, Inc.

5801 Clearwater Drive

Minnetonka, MN 55343

O: 612-617-4317

F: 612-617-6298

tpoor@intequus.com


--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com

CONFIDENTIAL

--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com


--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com


--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com

FED_SEAG0072389

# EXHIBIT 59

**Subject:** Re: Drives not being detected
**From:** Anik Rubalcava-Capretta <anik.rubalcava-capretta@seagate.com>
**To:** Mike S Carlow <mike.s.carlow@seagate.com>
**Cc:** John W Bornholdt <john.w.bornholdt@seagate.com>,Keith Myers <keith.r.myers@seagate.com>,Dave M Rollings <dave.m.rollings@seagate.com>

Mike,

Have you seen this issue with the Grenada drives not being detected?  We showed the issue to Keith in Cupertino earlier this week.

This is a big issue at Equus and they are requesting this issue to be worked on during the holidays if it is not resolved beforehand.  They have a 30% failure rate.

I'll have Equus ship you a few of the failing drives as well.

Thanks and Best Regards,

   Anik


On Thu, Dec 15, 2011 at 10:56 AM, Mike S Carlow <mike.s.carlow@seagate.com> wrote:

   John,

   Grenada FW is now rolling to CC49 and should be available Monday.  Once its available we will send a FW load package.  At first glance at the FW changes they don't highlight and detection fixes.

   We can try this new FW and go from there.

   Mike

   On Thu, Dec 15, 2011 at 11:15 AM, John W Bornholdt <john.w.bornholdt@seagate.com> wrote:

      Hi Mike and Keith,

      I understand that we're working on a firmware roll for the Grenada 3TB desktop drive. We got a large channel customer who has delivered several systems to Netflix with the 3TB drive, and they are failing at a very concerning rate.  Netflix and Equus are both very anxious about what is happening, and it sounds like the firmware roll might address the issue.  Is there anything we can do to expedite firmware delivery for Equus to validate the fix and keep these important customers in the fold?

      Thanks,
      John

CONFIDENTIAL

John Bornholdt
Seagate Technology | Channel Sales - Central U.S.
Office: 952-923-1008 *(new office number)*
Mobile: 612-845-3695

---------- Forwarded message ----------
From: **John Dotson** <jdotson@equuscs.com>
Date: Thu, Dec 15, 2011 at 11:13 AM
Subject: RE: Drives not being detected
To: Anik Rubalcava-Capretta <anik.rubalcava-capretta@seagate.com>,
"dave.m.rollings@seagate.com" <dave.m.rollings@seagate.com>
Cc: Will Wu <WWu@equuscs.com>, Tim Poor <TPoor@equuscs.com>,
"john.w.bornholdt@seagate.com" <john.w.bornholdt@seagate.com>, Netty Ng
<NNg@equuscs.com>, Eddie Ramirez <eramirez@equuscs.com>

Anik,

Did the firmware division give you an idea as to when the CC47 firmware will
be available and released to you?

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-
capretta@seagate.com]
**Sent:** Thursday, December 15, 2011 8:57 AM
**To:** John Dotson; dave.m.rollings@seagate.com
**Cc:** Will Wu; Tim Poor; john.w.bornholdt@seagate.com; Netty Ng; Eddie
Ramirez
**Subject:** Re: Drives not being detected

Hi John,

I just left you a voicemail.

The new firmware revision is not available yet. I am waiting for firmware to send the
firmware package.

As soon as I receive it, I will provide it to you as well.

Best Regards,

    FED_SEAG0072643

Anik

**From**: John Dotson [mailto:jdotson@equuscs.com]
**Sent**: Thursday, December 15, 2011 10:12 AM
**To**: John Dotson <jdotson@equuscs.com>; 'Anik Rubalcava-Capretta' <anik.rubalcava-capretta@seagate.com>; Dave M Rollings <dave.m.rollings@seagate.com>
**Cc**: Will Wu <WWu@equuscs.com>; Tim Poor <TPoor@equuscs.com>; 'John W Bornholdt' <john.w.bornholdt@seagate.com>; Netty Ng <NNg@equuscs.com>; Eddie Ramirez <eramirez@equuscs.com>
**Subject**: RE: Drives not being detected

Anik,

May I have an update this morning? The drives we sent to the customer are "failing" in large volumes, even though we pre-tested them before they shipped, and even though the customer pre-tested them before shipping to their end locations.

John

**From:** John Dotson
**Sent:** Wednesday, December 14, 2011 2:45 PM
**To:** 'Anik Rubalcava-Capretta'
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** RE: Drives not being detected

Anik,

Thanks for the update. The firmware CC47 must have just been released in the last couple of weeks, because you checked for me on 11/21 and there was not a firmware at that time.

Can you provide me the firmware and the release notes for CC47?

On the desktop platform I was testing the drive on, the boot time is pretty quick, and with those "failing" drives connected the motherboard would wait for about two minute and then time out. The other platform we are using takes from a cold boot about 20 seconds before it initializes the HBA firmware. If we disable the HBA firmware and let the system boot up, and then allow the driver to initialize the drives are still missing.

The OS the customer is using is freeBSD 9, but we are testing at the BIOS level, Windows XP and WinPE with the same results of not detecting at P.O.S.T.

CONFIDENTIAL

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Wednesday, December 14, 2011 2:08 PM
**To:** John Dotson
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi John,

We retested the drives several times and were able to reproduce the issue.

It is an interesting issue because when we hook up our internal test tool to the drives, the drives power up consistently with no problems.  If I remove the internal test tool the drives will fail to be recognized.

What OS are the drives used in?  Are you aware how much time is allowed to spin-up?

The drives have an older revision of firmware, the latest revision is CC47.  The next step will be to load the latest firmware and retest the drives.

After testing with the latest firmware revision, the next step will be to capture a bus trace of the failure.  A bus trace will allow us to see what commands are being sent to the drive and how the drive is responding.

Best Regards,

FED_SEAG0072645

Anik

On Wed, Dec 14, 2011 at 11:04 AM, John Dotson <jdotson@equuscs.com> wrote:

Anik,

Our customer is asking us for an update. Has your engineer been able to get any of the other QTY.4 drives to fail? Has he been able to analyze the problem with the drive that failed?

We have no shortage of drives that have cold boot problems, if you need more samples.

We did a quick power on test of the drives right after opening the packaging of 144 drives, and found 17 drives that were not detected upon a cold boot. After mounting the "good" drives into the systems, we are finding that some of those drives have cold boot problems.

Please advise if you need any more information or details from us to help in troubleshooting this issue.

John

---

**From:** John Dotson
**Sent:** Tuesday, December 13, 2011 2:32 PM
**To:** 'Anik Rubalcava-Capretta'
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** RE: Drives not being detected

Anik,

All the drives that we had sent were tested upon a second separate platform. It appeared that upon a cold boot (not having power applied to them for several minutes) the drives would not be detected, but then after a warm boot the drives were subsequently detected. If we powered the system down for a few minutes and then back on, the drive would exhibit the same behavior of not be detected again.

If a drive does not spin up or has a delayed spin up, would that information be stored in a log on the drive?

I have moved these drives to other platforms, and the "detection" problem follows the drives.

John

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Tuesday, December 13, 2011 2:27 PM
**To:** John Dotson
**Cc:** Will Wu; Dave M Rollings; Tim Poor; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi John,

I tied off with Dave regarding your drives.

Four of the five drives sent are recognized by the interface. In reviewing the log files, the drives are clean and do not show any errors or problems.

Only 1 drive had trouble being recognized by the interface. This drive requires further analysis. We are working on it and will provide an update as soon as possible.

Thanks and Best Regards,

 Anik

On Tue, Dec 13, 2011 at 2:14 PM, John Dotson <jdotson@equuscs.com> wrote:

Dave,

Have you had a chance to analyze the drives? Do you have any questions that I can answer for you?

John

---

**From:** Will Wu
**Sent:** Friday, December 09, 2011 5:33 PM
**To:** 'Dave M Rollings'; Tim Poor
**Cc:** Anik Rubalcava-Capretta; John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez

FED_SEAG0072647

**Subject:** RE: Drives not being detected

Hi Dave,

Shipped today
Here is the tracking number

1Z68W0A40166225183

Should get there on Monday

Thanks

---

**From:** Dave M Rollings [mailto:dave.m.rollings@seagate.com]
**Sent:** Friday, December 09, 2011 9:07 AM
**To:** Tim Poor
**Cc:** Anik Rubalcava-Capretta; John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez; Will Wu
**Subject:** Re: Drives not being detected

Hi Tim,

Thanks for the update.   I will look for the drives on Monday.

Have a nice weekend.

dave


Dave Rollings
Field Applications Engineering
Seagate Technology
10200 S. De ANZA Blvd,
Cupertino, Ca  95014
Cell 408 218 3013



On Thu, Dec 8, 2011 at 9:53 PM, Tim Poor <TPoor@equuscs.com> wrote:

   Anik/Dave,

The drives did not make it out of our facility tonight, so they will ship tomorrow for Monday morning delivery.

Thank you,

Tim

---

**From:** Anik Rubalcava-Capretta [mailto:anik.rubalcava-capretta@seagate.com]
**Sent:** Thursday, December 08, 2011 5:29 PM
**To:** Tim Poor; Dave M Rollings
**Cc:** John Dotson; John W Bornholdt; Netty Ng; Eddie Ramirez
**Subject:** Re: Drives not being detected

Hi Tim,

Please ship 2-5 failing drives to the following address:

Seagate Technology
Attn: Dave Rollings
10200 South De Anza Blvd.
Cupertino, CA  95014

Thanks and Best Regards,

   Anik

On Thu, Dec 8, 2011 at 3:01 PM, Tim Poor <TPoor@equuscs.com> wrote:

  Anik,


  We are building up seven of the systems for our large customer with 36 of the ST3000DM001 3TB drives in each system. We have had a number of hard drives that aren't recognized by the system at boot. Some drives will be recognized sporadically during multiple reboots, but others are not recognized as all.  As a part of our troubleshooting process, we have moved the failed drives to a standard desktop system based on an Intel branded motherboard to see if the drive is recognized. Some of these drives are also not being recognized by the Intel board.

CONFIDENTIAL                                                    FED_SEAG0072649

We would like to overnight a sampling of these failed drives to you to check the SMART system logs for any failure flags.

This level of hard drive failures is a severe concern for us, and we need to get to the bottom of this as quickly as possible.

Please let me know who/where we need to ship these drives for analysis.

Thank you,

Tim


Timothy Poor

Director, Field Application & Sales Engineering

Equus Computer Systems, Inc.

5801 Clearwater Drive

Minnetonka, MN 55343

O: 612-617-4317

F: 612-617-6298

tpoor@intequus.com


--
Best Regards,

Anik

FED_SEAG0072650

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com


\--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com


\--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com


\--
Best Regards,

Anik

Anik S. Rubalcava-Capretta
Sr. Customer Technical Support Engineer
Mobile: 949.315.1951
Email: Anik.Rubalcava-Capretta@seagate.com

FED_SEAG0072651

# EXHIBIT 60

Message

| | |
|---|---|
| **From**: | Raymond Wong [raymondw@synnex.com] |
| **Sent**: | 6/25/2012 4:29:21 PM |
| **To**: | dave.rollings@seagate.com |
| **CC**: | electra.stockwell@seagate.com; Sherman Ng [shermann@synnex.com] |
| **Subject**: | FW: Returning of Seagate hard drives |

Hi Dave!

Did you get a chance to reach out to IX to resolve the firmware issue on the ST3000DM001?
This is the same situation about the customer receiving "Dell OEM" drives.

Eeeeeeeeeeeeee, fyi, we only have TAB-500 coming into stock...

Thanks-
Ray


-----Original Message-----
From: Helen Liu
Sent: Monday, June 25, 2012 9:25 AM
To: Raymond Wong
Cc: Bret Morris
Subject: FW: Returning of Seagate hard drives

Raymond

Can you follow up with Seagate (Dave Rollings) to see if they did reach out to IX and make an attempt to
resolve w/out RMA?

Thanks

-----Original Message-----
From: Chris Try [mailto:ctry@ixsystems.com]
Sent: Friday, June 22, 2012 6:56 PM
To: Helen Liu
Cc: Bret Morris; austin@ixsystems.com
Subject: Returning of Seagate hard drives

Hello Helen,

We are looking to return a large batch of Seagate hard drives part# ST3000DM001. Unfortunately we are
unable to use these hard drives due to the CC4B firmware. Please let me know if there are any procedures
that I should pay attention to in order to complete this process. Thank you.

-Chris

--
Christopher Try
iXsystems, Inc.
408.943.4100 x115
408.943.4101 fax
ctry@iXsystems.com
www.iXsystems.com
"Enterprise Servers for Open Source."

CONFIDENTIAL                                                                                    FED_SEAG0072362

# EXHIBIT 61

**Subject:**  Re: FW: RN 316 - not detecting disk 3TB HDD, Case ID 21090433.
**From:**     Dave M Rollings <dave.m.rollings@seagate.com>
**To:**       Albert Langarica <alangarica@netgear.com>

Hi Albert,


I do not see any of the attachments.   What FW was on the ST3000DM001 drives that failed in
the field?   Our current shipping FW is CC27.   I see that John was successful with an older FW
CC43.   I know if looks like we got out of sequence going from CC43 to CC27 but just look at
the last digit.  We went from a 3 to a 7.
In you logs I see the drive is showing a drive ready error and aborting a READ CMD.
Is this a boot up issue or a drive drop issue where the drive goes a way?
Are you able to confirm this issue is only seen with a specific FW?
Depending on the answers to my questions we may need to replicate at Netgear and get a bus
trace.

dave


Dave Rollings
Field Applications Engineering
Seagate Technology
10200 S. De ANZA Blvd,
Cupertino, Ca  95014
Cell 408 218 3013



On Mon, May 13, 2013 at 11:00 AM, Albert Langarica <alangarica@netgear.com> wrote:

   Hi Dave,

   When you get a chance take a look at the issue below.


   -Albert



   On 5/13/13 5:27 AM, "Marcus Fairbrother" <mfairbrother@netgear.com> wrote:

   >Hi John / Albert
   >
   >Did you have a look at this?
   >I see in logs a lot of
   >

>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: exception Emask 0x0 SAct
>0x0 SErr 0x0 action 0x0
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: irq_stat 0x40000001
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: failed command: READ DMA
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: cmd
>c8/00:08:18:00:00/00:00:00:00:00:00/e0 tag 0 dma 4096 in
>May 05 15:00:09 nas-27-5B-76 kernel:          res
>51/04:08:18:00:00/00:00:00:00:00:00/e0 Emask 0x1 (device error)
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: status: { DRDY ERR }
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: error: { ABRT }
>May 05 15:00:09 nas-27-5B-76 kernel: ata5.00: configured for UDMA/133
>May 05 15:00:09 nas-27-5B-76 kernel: ata5: EH complete
>
>Do you think Seagate could tell if that firmware could cause an issue?
>
>Ales
>I am sorry L1 have picked up the case and gave some not so good advise
>about return to supplier. Can you step in and explain looks like old
>firmware on the Seagate drives is causing an issue. He can look to Seagte
>website I believe there is method to upgrade those drives
>
>Regards
>Marcus
>
>
>
>-----Original Message-----
>From: Ales Mudrunka
>Sent: 06 May 2013 10:05
>To: Marcus Fairbrother; John Chin; Davin Oishi; Josua Braun; Albert
>Langarica
>Cc: Richard Jonker
>Subject: RE: RN 316 - not detecting disk 3TB HDD, Case ID 21090433.
>
>Hi Marcus,
>
>Please see attached logs. Case is open under ID:  21090433.
>
>Regards
>Ales
>
>
>-----Original Message-----
>From: Marcus Fairbrother
>Sent: Thursday, May 02, 2013 10:58 AM
>To: Ales Mudrunka; John Chin; Davin Oishi; Josua Braun; Albert Langarica

FED_SEAG0072677

>Cc: Richard Jonker
>Subject: RE: RN 316 - not detecting disk 3TB HDD
>
>Hi Ales
>
>Can we ask customer to start a case at my.netgear.com Also can we have a
>set of logs from the unit when they have the 250GB and 3 x 3TB
>
>The firmware is different that what John tested so maybe seagte have
>changed something
>
>Thanks
>Marcus
>
>-----Original Message-----
>From: Ales Mudrunka
>Sent: 02 May 2013 09:50
>To: John Chin; Davin Oishi; Marcus Fairbrother; Josua Braun; Albert
>Langarica
>Cc: Richard Jonker
>Subject: RE: RN 316 - not detecting disk 3TB HDD
>
>Hi All,
>
>Please find attached label of HDD.  Thank you.
>
>Regards
>
>Aleš
>
>
>-----Original Message-----
>From: John Chin
>Sent: Wednesday, May 01, 2013 12:27 AM
>To: Davin Oishi; Ales Mudrunka; Marcus Fairbrother; Josua Braun; Albert
>Langarica; John Chin
>Cc: Richard Jonker
>Subject: Re: RN 316 - not detecting disk 3TB HDD
>
>I just tried it with a RN316 4x ST3000DM001 with firmware CC43 and it saw
>all 4 disks I had installed.
>
>Thanks
>John
>
>On 4/30/13 3:14 PM, "Davin Oishi" <doishi@netgear.com> wrote:

FED_SEAG0072678

>
>>Albert,
>>Can you through a Seagate DM 3TB drive into a RN316 quickly and see if
>>it is detected?
>>
>>Ales,
>>Is it possible to take a photo of the entire hard drive label?  So we
>>know the firmware version on the hard drive as well as the lot numbers.
>>I'm assuming when you swapped out and tested different drives that the
>>"other"
>>drives were in the same bay (so we know the bay works).
>>
>>-Davin
>>
>>
>>
>>
>>On 4/30/13 6:14 AM, "Ales Mudrunka" <amudrunka@netgear.com> wrote:
>>
>>>
>>>Just one more update regarding this case. It works fine with 2TB
>>>Samsung as well.
>>>
>>>Regards
>>>Ales
>>>
>>>
>>>-----Original Message-----
>>>From: Richard Jonker
>>>Sent: Tuesday, April 30, 2013 1:33 PM
>>>To: Ales Mudrunka
>>>Cc: Marcus Fairbrother; Josua Braun; Davin Oishi
>>>Subject: Re: RN 316 - not detecting disk 3TB HDD
>>>
>>>Adding Josua and Davin
>>>
>>>Regards,
>>>
>>>Richard Jonker
>>>NETGEAR
>>>
>>>On 30 apr. 2013, at 13:23, "Ales Mudrunka" <amudrunka@netgear.com>
>>>wrote:
>>>
>>>> Hi Marcus,
>>>>

FED_SEAG0072679

>>>> Can you please advice? Customer bought RN316, SN: 3C613300009EF,
>>>>separately 4x HDD 3TB Seagate ST3000DM001. System is showing "NO HDD
>>>>DETECTED". They tried factory default etc. without success. They have
>>>>been successful to upgrade to 6.0.4 with 250 GB HDD and this HDD is
>>>>working ok. 80GB HDD was ok as well.  It looks that system cannot
>>>>recognize 3TB HDD. Thank you.
>>>>
>>>> Regards
>>>> Ales
>>>>
>>>>> -----Original Message-----
>>>>> From: p.masar@vlp.cz [mailto:p.masar@vlp.cz]
>>>>> Sent: Tuesday, April 30, 2013 11:33 AM
>>>>> To: Ales Mudrunka
>>>>> Subject: Dotaz z webu - po nákupu: RN 316
>>>>>
>>>>> Kontaktní osoba : Pavel Masař
>>>>> Kontaktní email : p.masar@vlp.cz
>>>>> Kontaktní telefon : 724285636
>>>>> Předmět : RN 316
>>>>> Zpráva : Dobrý den,
>>>>>
>>>>> zakoupili jsme Ready Nas 316 a k němu 4 disky 3TB Seagate
>>>>>ST3000DM001, dle HCL listu na
>>>>>http://www.netgear.com/images/HCL_RN6_0401201318-73531.pdf. Jsou
>>>>>tedy být certifikovány výrobcem pro tento nas.
>>>>> Disky však nejsou detekovány. Provedl jsem upgrade fw na poslední
>>>>>verzi 6.0.4 pomocí menšího disku 250GB, ale ty velké stále nejsou v
>>>>>systému. Co s tím ???
>>>>>
>>>>> Vyzkoušel jsem i jiný disk 3TB seagate a také není detekován.
>>>>>
>>>>> Serial nr toho nasu je 3C613300009EF.
>>>>>
>>>>> Děkuji,
>>>>>
>>>>> Pavel Masař
>>>>>
>>>>>
>>>>>
>>>>>          Datum: 30.04.2013
>>>>>          Čas: 11:32
>>>>>
>>>>> This e-mail, including attachments, may include confidential and/or
>>>>> proprietary information, and may be used only by the person or
>>>>> entity to which it is addressed.

CONFIDENTIAL

>>>>> If the reader of this e-mail is not the intended recipient or his
>>>>> or her authorized agent, the reader is hereby notified that any
>>>>> dissemination, distribution or copying of this e-mail is prohibited.
>>>>> If you have received this e-mail in error, please notify the sender
>>>>> by replying to this message and delete this e-mail immediately
>>
>

This e-mail, including attachments, may include confidential
and/or proprietary information, and may be used only by the
person or entity to which it is addressed.
If the reader of this e-mail is not the intended recipient or his or
her authorized agent, the reader is hereby notified that any
dissemination, distribution or copying of this e-mail is prohibited.
If you have received this e-mail in error, please notify the sender
by replying to this message and delete this e-mail immediately

CONFIDENTIAL

# EXHIBIT 62

| Sender: | Anik Rubalcava-Capretta <anik.rubalcava-capretta@seagate.com> |
|---|---|
| Sent: | Wednesday, October 8, 2014 11:13:28 AM |
| Recipient: | tom.barrett@seagate.com |
| Cc: | ramin.esmailzadeh@seagate.com |
| Subject: | UC Irvine - Background Info. |
| Attachments: | LogFilesAnalysis.pdf |

Hi Tom,

Ramin and I spoke this morning and he mentioned we will have a call this afternoon to review UC Irvine.

Just to provide some background on UC Irvine.

They are using our Grenada Classic drive.

9YNxxx is Grenada Classic and the drives they are using are 2011 and 2012 vintage drives.

Early 2012 vintage Grenada has a 2x Field return rate over current drives based on Standard OEM field data (Feb-June 2012 RR on All OEM was ~0.7% vs. Oct-Nov 2013 RR of 0.3% on Grenada BP). This is due to a multitude of issues, including particle improvement mitigation actions, out gassing, an improved air bearing design (internal) on Grenada BP, FW fixes etc.

The drives in general they are using have bad quality.

Since these are desktop drives there are no accelerometers on the drive. Unfortunately, there are bugs with the internal log files and it appears to record the vibration, but these are random numbers. The data recorded is bogus data.

Also, because of a known issue with SMART log reporting of T transferred and POH on Grenada drives with POH reporting and total reads and writes it is impossible to get an accurate reading on TB written / Read per year. (For desktop: Workload Rate Limit: 55 TB/yr, avg, For Nearline: 550 TB/yr, avg)

The data in the log files for desktop is inaccurate. I am working with the Design Center to see if this can be addressed.

If we send a couple of these drives for full Failure Analysis, most probably the results will indicate that they are early vintage Grenada with poor quality.

UCI is using desktop drives in a 3U 36 enclosure, desktop drives are specified to be used as 1 drive/system. Based on this information I put together the attached report. Since the data in the log files is inaccurate it is not possible to add more detail to this report.

Look forward to speaking with you later today.

Best Regards,

   Anik

*Anik Rubalcava-Capretta*
Seagate Technology  |  Customer Technical Support
Email: Anik.Rubalcava-Capretta@seagate.com  |  Mobile: 949.315.1951

# EXHIBIT 64

No image available for this record.

CONFIDENTIAL

FED_SEAG0072073

# Corporate Response Team Log FY16

| [redacted] | Date Escalated from BBB | First Contact to Customer | Department / Group | Source | Region | Customer Name | Customer Contact Details | Customer's Complaint | Customer's Desired Resolution | Escalation Reason | Customer Data Loss Complaint | Notes / Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 06/17/2015 09:30 AM | 06/18/2015 02:47 PM | Warranty | BBB | AMER | [redacted] | [redacted] | External Hard Drive failed. Seagate refused to assist in recovery<br>I was very disappointed with my conversations today with the Seagate representatives. I have a 1TB external hard drive (EHD) that is no longer being recognized on any of my computers. I have had the drive for less than 6 months, and the product is under warranty. I was simply told it would cost $599 to recover and it would be 3 weeks. They informed me that the device is under warranty but not the data.<br><br>The product has one function: to store data. You cannot separate the product from the function. To replace the product but not assist in the data recovery is tantamount to charging us twice for the same product.<br><br>In addition to the poor customer service policy, the management team was less than helpful and unwilling to find a solution.<br><br>Extra Detailed Info<br>Complaint Date1: 06/17/2015 | Since the product is still under warranty, seagate should be willing to both replace the hard drive and recover the data lost due to their faulty product. | Drive Failure | Yes | 07/13 - Em2cust<br><br>[redacted]<br><br>please reply to this email with your preferred date & time for contact so we can discuss your concerns. I will make the necessary arrangements to contact you at the desired time. You are more than welcome to contact me directly [redacted]. Simply respond with what time to expect your call. Look forwarded to speaking with you soon.<br><br>07/13<br><br>Still unable to [redacted] - Left a detailed vm msg including my direct contact phn #.<br><br>07/07 - Em2cust<br>Ashley,<br><br>We have submitted an extension request with the BBB. Please reply to this email with your preferred date & time for contact so we can discuss your concerns. I will make the necessary arrangements to contact you at the desired time. You are more than welcome to contact me directly at (405) 324-4282. Simply respond with what time to expect your call. Look forwarded to speaking with you soon.<br><br>Best Regards,<br>?Sheronda<br><br>07/06 - Emfrmcust |
| Closed | 06/19/2015 09:30 AM | 06/22/2015 09:40 AM | Warranty | BBB | AMER | [redacted] | [redacted] | Replacement hard drive is failing. Unable to get warranty replacement.<br>SN: S1F009X3<br>MODEL: ST2000VX000<br>PN: 9YW164-500<br>FW: CV3<br>DATE: 12333<br>SITE: SU<br>CSO LOT NUMBER: 13266<br><br>This hard drive is really running slow and is failing the Seatools quick and extended diagnostic tests. This hard drive is a "Certified Repaired HDD" replacement for another Seagate hard drive that previously failed on me. I recently purchased a current version of drive and the firmware is version CV26, however Seagate does not allow me to update the firmware on this drive to a newer version to try and resolve the issue. I am unsure if all the below listed failures are related to the ST2000VX000 drive but as you can see I've had numerous failures of Seagate hard drives over the years. It seems I am not the only one that has frequent issues with this drive. Reviews on newegg.com show the same thing. http://www.newegg.com/Product/Product.aspx?Item=N82E16822148902. I am still buying Seagate drives because in general I've had good success with them, but the amount of failures related to the ST2000VX000 has been troubling especially since it's supposed to be a high quality drive designed for 24/7 surveillance usage.<br><br>3/7/2013 under case number 02351439 model # ST2000VX000 and serial # X1F009X3 the drive was replaced under order 5101823157.<br><br>1/28/2013 I had a failure of a drive with serial # S2401ZMK.<br><br>?/?/2012 Z2F05FAH on RMA 1005593427 in 2012.<br><br>4/2012 drive serial # 5YD7L9G8 under RMA 1005192772 failed.<br><br>I was under the impression that the warranty for the SV35 line was 3 or 5 years. If it was 3 years from date of manufacture I am just barely outside the warranty period. If it is 5 years I should still be within the warranty period. I checked the online warranty tool and called Seagate technical support but was told the drive is out of warranty | I am wondering if due to the repeated failures and in the name of good customer service if you will agree to do a warranty replacement for this drive?<br><br>If so I would hope that you could exchange it for one of the newer models that hopefully is not prone to such high failure rates such as:<br>ST2000NM0053<br>ST2000NM0044<br>ST2000VX003<br><br>Please contact me by email at lking@beyondbb.com to resolve this issue. Thanks for your assistance. | Drive Failure | No | 6/ 4-received 3 direct calls from the customer today while I was away from my desk. Called the customer back per a VM he left. He said he's had a lot of failures with us previously. I informed him that I've reviewed his concern and have checked his prior cases. I informed him that this drive only has a 3 yr warranty (actually 3 yrs plus 3 additional months for CSAT) and it's been OOW for 1.5 yrs. I advised that we will be unable to replace it and the customer understood and said he must have gotten his drives confused. Spoke with Markita due to the nature of the complaint regardless of the customer being understanding and she advised to call the customer back to confirm that he was confused about the serial number and understands that I will be closing the BBB complaint with this information. I advised that I wanted to be sure I understood the situation correctly. He said I did and understands that his concern will be closed. I also sent him a follow-up email with these details so it's on file. Please let me know if you have any questions.<br><br>Regards,<br>Blair<br>Blair reached out to the customer on 7/27/<br><br>I just tried to call the customer again and no answer so I LM. I also sent him another email stating I was trying to reach him again.<br><br>Regards,<br>Blair-Customer retunair reached out to the customer again no answer left VM as well as sent the customer email. Will let Sheronda send the customer a final email when she returns so we can get this case closed out.07/24- I (Markita) reached out to BBB to find out what On hold meant but did not receive an anwer . Called Patty at 4082787410 7/24-TL Blair tried to reach out customer times two no answer. She left the customer a voicemail along with an email Seecase 04946259<br>[redacted]<br><br>Per my voice mail message, I'd like to discuss resolution with you directly. Please reply to this email with the best time to contact you. You may also contact me directly at (405) 324-4282. I look forward to speaking with you soon.<br><br>07/15 - Phn Contact<br><br>Still unable to reach [redacted] - left a detailed vm msg including my directly contact number, advised on follow-up email and requested a call back / email response.<br><br>07/13 - Em2cust<br><br>[redacted] |
| Closed | 06/29/2015 05:04 PM | 06/30/2015 11:20 AM | Warranty | BBB | AMER | [redacted] | [redacted] | I was sold a defective drivemy info should be recovered by Seagate at not cost to me, and my drive should be replaced with a new, similar drive.<br>The data on my defective drive should be recovered by Seagate at not cost to me, and my drive should be replaced with a new, similar drive. They sold me a defective drive I've been complaining since 4/07/2015 with no resolution. The drive is defective they concluded it themselves but says they will charge for data recovery which is unethical you sell me a drive saying I can safely put my info on it I do what you guarantee and the drive I placed my valuable information on is no good. I want a new drive and my info restored to me at no cost. Because you sold me a faulty product you are at fault not me and I am not going to pay you twice for a problem you caused me. I'm not paying you to cause me a problem. | New hard drive with my data on it in excellent working condition. At no charge to me because I didn't cause them a problem I paid them in full for their merchandise and it caused me a huge problem. Want this resolved at no further harm to me. | Drive Failure | Yes | 8/17- Confirmed with Bryan S that SRS Case 04947495<br>Successful and shipped back to her under UPS Ground Tracking # -<br>[redacted] contacted the Better Business Bureau because she had an issue with her Seagate product. Seagate and Ms. [redacted] have agreed to a resolution of the issue and Ms. Jackson has been provided with Seagate Management's contact information in case there are any future issues. Seagate values its customers and regrets any inconvenience this issue may have caused. Seagate considers this issue closed.07/23- Customer called Clarence back he missed her call and called her back. Clarence sent the following information: have now spoken with the customer and advised her that a one time exception has been approved in order to attempt recovery on her drive at no cost to her. I advised her that there is no guarantee that we can retrieve the data but we would certainly try. I sent her the link & promo code in an email and advised her that if she has any issues submitting it to please let me know.<br><br>Regards,<br>Clarence07/23-Clarence reached out to the customer again and she did not answer,He sent her another email.07/22 Sheronda was not avalaible and Clarence made another attempt to the customer.07/22-Clarence called the customer again and stated her phone did ring about 6 times before he was sent to voicemail.and he did leave a message that he would attempt to call her again.07/21/15-When I followed up with the customer yesterday I was able to reach her but at approximately 15mins into the call we were disconnected. We were discussing whether or not the original data was still on the actual computer and when she didn't respond to a question I noticed she was no longer connected. I tried calling her back directly but the call went straight to voicemail so I sent her an email regarding. I waited about another 15mins and tried calling again but that call also went straight to voicemail. She did respond to my email stating that her battery had died and she'd be available today at 2pm instead of the 3:30p initially requested.<br>-07/20 Team Lead Clarence Criton reached out to this customer in Sheronda's abesence.Clarence response from 7/20/15-I reached out to the customer at 3:39pm but no one answered so I left a detailed message advising her who I was and that I was calling on behalf of Sheronda. I did leave my contact info but I also advised that Sheronda most likely would be attempting to call her back tomorrow.Clarence sent the customer an email as well.created case#04939280....She also sent this:She responded to my email so I may actually respond back asking if there is a better time to reach her than her original request being after 3:30p central time. Otherwise I'll just call her back after 3:30p again.<br>07/15 - Emfrcust<br><br>I believe I missed your call please call me tomorrow ay 3:30 p.m.<br>Thank you,<br>[redacted]<br><br>07/15 - Em2cust |

| Closed | 07/07/2015 01:31 PM | 07/08/2015 10:00 AM | Warranty | BBB | AMER | | I purchased a Seagate External Drive USB 3.5, #1007396849. We used is for 8 weeks and the drive which is holding all of our files quit working.<br><br>I purchased a Seagate External Drive USB 3.0, #1007396849. We used if for ~8weeks. After uploading all of our personal files from the past 15 years the faulty piece of equipment pretty much blew up internally. I called the Seagate company and they can retrieve my files for $569.00. This is absurd since I had their product for ~ 2 months. I got another opinion and a company told me that they could retrieve my files for $569.00. I feel like this if unfair but could I have paying a dear price by losing all of my person items from the past 15 years and they my only option is to pay $569.00 to get my stuff off of Seagates faulty product? I am not happy. | | I want Seagate to remove my files at a cost that is reasonable and replace my interior drive | Drive Failure | Yes | 8/17–Drive left at 360 TCH-Sent email to BBBNA. Fbust contacted the Better Business Bureau because she had an issue with her Seagate product. Seagate and _____ have agreed to a resolution of the issue and Ms. _____ has been provided with Seagate Management's contact information in case there are any future issues. Seagate values its customers and regrets any inconvenience this issue may have caused. Seagate considers this issue closed.<br>07/23–The customer called in and I spoke with her this afternoon. She does not remember speaking to Corporate Response Team or Sherretta. ij Andy West) sent her instructions to submit a SRS to Lab Data Recovery Department for a quote. I requested the AMER CRT queue. I notified Sherretta by email about the data recovery approval.<br>07/22 TL Andrew West reached out to the customer in Sherretta's absence He created a SalesForce Case 04845319 for this customer and attempted to reach her by phone and left a voice mail along with a follow up email. I escalated the case to the AMER CRT Queue if the customer should respond by email regarding this case. Please let me know if I can be of any further assistance<br>07/13–EmDust...<br><br>_____ Per my voice mail message, I've reviewed your recent case history and BBB compliant concerns. I'd like to discuss resolution with you directly. Please reply to this email with your preferred date & time for contact. I'll make the necessary arrangements to contact you at that time. You may also contact me directly at (405) 324–4292. I look forward to speaking with you soon.<br>07/13 – Pin Contact<br>Unable to contact _____ on either phn # - left a detailed vm msg, advised on follow-up email and included my direct contact phn #<br><br>07/08 – EmDust...<br><br>Per my voice mail message, I've reviewed your recent case history and BBB compliant concerns. I'd like to discuss this with you directly. Please reply to this email with your preferred date & time for contact. I'll make the necessary arrangements to contact you at that time. I look forward to speaking with you soon.<br><br>07/08 – Pin Contact<br>Unable to contact _____ on either phn # - left a detailed vm msg including my direct contact phn # |
| Closed | 08/23/2015 01:38 AM | 08/04/2015 12:00 PM | Warranty | BBB | AMER | Amal Mahmoud | NAME:<br>Amal Mahmoud<br><br>DAY PHONE:<br>425 373-3234<br><br>ADDRESS:<br>19125 SE 43rd Street 98027<br>Issaquah, WA<br><br>EVE PHONE:<br>425 373-3234<br><br>CELL PHONE:<br><br>EMAIL:<br>amahmoud@highline.edu | Bought a portable hard drive Stopped working after 2 months Was overseas Given authorization to open case Purchased replacement. No replacement sent.<br>I bought a portable hard drive and of Jan 15. It stopped working in March. I called Seagate, Jim S authorized me to open case to retrieve data, which cost me $40 in Jordan. Jim promised a replacement upon my return (complaint # 04858263) free of charge or shipping costs. In the US, I offered to send the bad drive, I had an exchange authorization process. I refused to pay me for a replacement w/o cc, but the cost more money. If I do this, I would end up spending more money than the original price of the drive. Dillon refused to let me talk to a supervisor or provide me with their customer service address. After spending 55 minutes on the phone, he offered me a 20% discount on a non-sale item from their website, which is not a solution to the problem. The conversation was turning ugly, so I just had to end it by saying ok. I, however, told him that I was going to contact BBB. I don't need to buy any further products from Seagate, so the discount doesn't do me any good. They should send me a replacement of the ill-fated portable drive. Thank you | Seagate should either send me a replacement of the drive free of charge, including shipping, as promised by Jim S or pay me 50% of the original total price of the drive, which cost about $90. Thank you | Drive Failure | Yes | 8/10/15–Continued with the customer that he has received the drive. Customer states he has not used it yet but everything seems ok. Closing case customer will call in if he has any problems.<br>8/7/15–Send shipped VsKNDPCR–updated warranty to 12/18/2016 00345<br><br>I contacted the customer and advised him I was contacting the customer on the behalf of Seagate Corporate office. I accepted the customer complaint and the research I found. I apologized to the customer for the problem.<br><br>Customer discussed with me what he originally discussed with Jim Short in May. Customer called back in Aug as he advised Jim this is when he would be back in the US. Customer called back on Aug. 3 and got Robert. Robert went over the warranty process with him. He states he did not proceed with Robert because this was not what he had discussed with Jim. Customer then called back and the same day got Dillon. The customer states he still wanted the same deal but refused to let him speak to a supervisor. Customer states he was so angry he threw the drive away on yesterday after he felt he was disrespected and then contacted the BBB. Customer states he already had to pay to get his data back as well as on top of this experience was not worth his time anymore. He regretted it because of the terrible customer service in his opinion.<br><br>Steps taken/Resolution:<br>I advised the customer of the warranty policy as Robert quoted to him. I advised the customer of what the warranty covers and how the replacement process works. I advised the customer that I would be making a onetime exception for him to send him a complimentary rma.<br><br>Customer does with serial NATXF1A2 was in warranty until 12/18/18 Customer original drive was not in stock will send TASAA8-S72<br><br>CSAT– I sent the customer a complimentary drive and will update the warranty on the drive once a serial number is available to the warranty from the original drive above.<br><br>SO Number-522003444<br>Case -04860329 with Dillon and Robert in which I asked a brief note that this case is on the CRT log<br>Previous Case from Jim -04858472<br><br>I sent Kim an email to QA the agents involved in the complaint I sent the customer an email with our discussion.<br><br>I advised the customer that I would be closing the BBB case out and he was ok with this and thanked me for my assistant. I provided the customer with my direct number as well if he has an escalation otherwise let the expectations that he can email us or contact Seagate our contact number.<br><br>Closed BBB with comment below: |
| Closed | 09/14/2015 12:00 PM | 09/14/2015 12:00 PM | Warranty | BBB | AMER | | SEAGATE CONFIRMED ME ON EMAIL THAT MY ITEM REPLACEMENT IS SHIPPED BUT WHEN I CHECKED IT WAS GONE BACK TO SEAGATE<br>First of all I am feeling like I am treated like an animal. I have called Seagate and after 2 hours one representative came and started to handle the replacement process. I answered him whatever question he asked. And he said that he initiated the return process and also charged my account $25. And also I received an email after one day that order is shipped. I will attach that document with this case. But today I casually checked the status and found that return order is back to Seagate. I have no information about it and no call no emails nothing. They wasted my Time and I'm trouble because of there wrong Business practice. I called the 20 mins back and they accorded that they have not informed customer with no reasons. | I need two days money which I lost because of seagate's wrong business practice 250/s or upgrade my drives. | ARO Fraud Stop Ship | No | 09/21<br>Syk2cost _____ states that he did recovers the replacement drives and that he agrees that the case is resolved. Thanked _____ for his time and let him know that we would be contacting the BBB advising resolution reached and case resolved.<br><br>Escalation regarding closed ARO due to Fraud this customer already token care of by Brian Craver on 9/14/15 from an escalation from Andrew West. Customer advance replacement order was cancelled.<br>09/15/15–<br>I called the customer to recap what Brian had already discussed with me. Customer then wanted his drives upgraded to SSD drives. I advised the customer that we could not do this and advised the customer again of what we had dont for him due to the problem with his fraud hold. Customer states that the delay and inconvenience with the delay and explained the warranties "not 5500". I apologize to the customer for the problem and inconvenience with the delay and explained the warranties and "I advised him replacement Customer said ok I advised the customer that the refund would he 250/s as well when he asked. I advised the customer that I would be contacting the BBB to let them know that we are working with him. I advised the customer to contact us at the numbers given if he has any additional concerns.<br><br>Reply to BBB:<br><br>_____ contacted the Better Business Bureau because he had an issue with his Seagate product. Seagate and _____ have agreed to a resolution of the issue and _____ has been provided with Seagate Management's contact information in case there are any future issues. Seagate values its customers and regrets any inconvenience this issue may have caused. Seagate considers this issue closed.<br><br>It was determined that it's too risky to send replacement drives for RMA 110201070 to the customer first so the warehouse intercepted the shipment.<br><br>9/14/15- Called customer at _____ put voicemail an I left a message stating that I look forward to helping him and to please call me on my direct line. He called back minutes later so I apologized for the inconvenience he's experienced but explained that I'm here to help and offered to send him a return label so he can return the drive replacement he should the order via UPS 2nd Day Air at Seagate's expense.<br><br>Sent RPL to customer _____ that the tracking number for the RPL is 1ZX545E4X67417E6D6 |

| Date Escalated | First Contact to Customer | Customer Name | Customer Contact Details | Customer Complaint | Escalation Reason | Customer Data Loss Complaint | Make / Model | Notes / Actions | Escalation Subcategory |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 12:00 AM | 07/07/2015 06:00 PM | | | 7/7/15, 5:01 PM<br>@Seagate_UK @AskSeagate @Seagate Perhaps ▒▒▒▒▒▒ might be interested but I won't hold my breath. 3 months and no-one has got back to me.<br>Requested firmware via Twitter. | Technical | No | 301543U | | Drive Failure |
| 07/16/2015 12:00 AM | 07/16/2015 12:00 AM | | | 7/15/2015 | Technical | | STEA1000400 | | Data Recovery |
| 08/03/2015 10:00 AM | 08/03/2015 12:00 PM | | | | Technical | | | | Data Recovery |
| 08/05/2015 12:00 AM | 08/05/2015 12:19 PM | | | Case, 2015-8-189 • Mobile Phone<br>Seagate Technology<br>Discrimination or Harassment<br>Case Snapshot::<br>Opened: 8/5/2015<br>Days open: Less than 24 hours<br>Last modified: 8/5/2015 11:55 AM<br>Intake method: Hotline Phone<br>Status: Unreviewed<br>Alert: Green<br>General Case Information::<br>Case number: 2015-8-189<br>Received/Reported date: 8/5/2015<br>Language: English<br>Assigned tier: Seagate Technology<br>Issue::<br>Primary Issue: Discrimination or Harassment<br>Case Details::<br>Reported tier information<br>Case type: Allegation<br>Intake method: Hotline Phone<br>Location Organization/Building name: Seagate Technology<br>Location/Address: 10001 N. De Anza Boulevard, Suites 100, 210, 229, 240, 300<br>City: Cupertino<br>State/province: CA<br>ZIP/postal code: 95015<br>Country: United States<br>Reporter contact information::<br>Is the reporter an employee? No<br>Reporter anonymous: No<br>Reporter first name: ▒▒▒▒ Reporter last name ▒▒▒▒▒▒▒▒▒▒▒<br>Phone number ▒▒▒▒▒▒▒▒▒▒▒▒▒▒<br>Email address: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒<br>Contact availability: anytime<br>Case Information:: | Technical | No | STAV6000200 | | Customer Mistreat |
| 08/05/2015 02:06 PM | 08/06/2015 12:00 AM | | | See Letter Customer Sent Attention Steve Luzzo | Technical | No | | | Data Recovery |
| 08/06/2015 12:00 AM | 08/06/2015 12:00 AM | | | | Technical | Yes | STDR2000200 | | |
| 08/06/2015 12:00 AM | 08/06/2015 12:00 AM | | Customer was upset about warranty/ 90day policy. | Customer escalated from Precious S. because he did agree with the warranty policy and also reached out to the excetive team and spoke with Ron Lane | Technical | | | | Warranty Policy |
| 08/06/2015 12:00 AM | 08/06/2015 12:00 AM | | | Customer sent failed drive to Corp Office | Technical | | | | Drive Failure |
| 08/18/2015 12:00 AM | 08/18/2015 12:00 AM | | | Customer sent email to Corporate about data recovery lost on her drives | Technical | | | | Data Recovery |

| Date Resolved | Customer Name | Customer Contact Details | Response / Resolution | Document Type | Customer Data Loss/Concern | Sales / Usage | Sales / Returns | Classified Knowledge | Comment Notes / Analysis |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2015 07:23 PM | | | 8/19/15 Case-CRT Case 04985911 04849420<br><br>8/18/15 Customer left a vm on Sheronda's voicemail that she was expecting (3)replacement drives. I called the customer no answer left vm. 8/19/15 I was finally able to speak to the customer on 8/19/15. Customer advised me she was working with Sheronda and then she all of a sudden didn't hear anything or receive the 3 replacement drives. Customer states Sheronda had approved free data recovery on 1 drive that she received email on 7/30/15 that data recovery was unsuccessful I asked the customer had she spoken with anyone other than Sheronda and she advised me she was escalated to Sheronda from a lead a few months ago. This information was not under the email address given.<br><br>After putting in the customer phone number I was able to find several different email addresses. I advised the customer it is good to keep one email address to use because she stated she never remembers what email address she uses.<br><br>Customer then advised me again that one of her drives were at SRS, one was at another local lab and the other was with her that failed but she was able to get her data off the drives. Customer states she is just using the drives to back up her pictures but they keep failing I was able to find case 04836822<br>04847465. I advised the customer of our normal warranty policy. Customer did not know the serial numbers on the drives. I went over the 3 serial numbers that I showed registered for the customer. She states she believe they were all 3 tb. I advised the customer that 2 was 3tb and 1 was 2tb. I advised the customer due to data recovery and her needed to still work on the one drive I would void the warranty on the original drives and send her 3 replacement drives on a sales order cost due to discussion with Sheronda and the delay. Customer original part numbers not in stock. I was able to find part number 1KBAA2-570 Model570T3000100<br><br>N40LMYYM -voided -3tb 9ZGAN8-571<br>NA5J9RAP -voided-3tb - 9ZGAN8-571<br>NA5L1CT7 -voided- 2tb-1CKAN3-570<br>Rubs Id- for voided original drives- 102003<br><br>Sales Order(s) 5200655712 created successfully<br>Will Update warranty on all drives to 2/16 when replacement serial number available.<br><br>Customer was good with decision and stated once this taken care of then her case will be closed.<br>8/17-called customer left vm and sent email8/17-for Sheronda on receiving some replacement drives. | Warranty | Yes | | | Customer had data recovery that was unsuccessful | |
| 05/29/2015 04:25 PM | | | Requesting Linda H / Customer views Linda H. as their account contact<br>[redacted] had contacted us via email stating that his company has done many RMA's with us but normally they are setup by Linda H. whom he views as their account manager for COD's process | Warranty | No | Enterprise | Per our phone conversation, you would like to have a concrete agreement with Seagate on COD Replacements with Silicon Mechanics. Currently, you provide your customers with this process at time of product purchase. You have provided a copy of your Top Plate Process sheet to review. On behalf of Silicon Mechanics, you are requesting Seagate create a COD policy for all Silicon Mechanics customer. You stated that the process has changed a couple of time. Please review a synopsis of our phone conversation below. We talked about Silicon Mechanics reestablishing the direct customer relationship with Seagate. Seagate values its customers and their service experience. Seagate's COD Policy states eligible customers (government agencies, law enforcement agencies, hospitals, doctor's offices, [...] | Policy & Procedure | |
| 05/17/2015 10:37 AM | | | Has 336 Hdd's that need replacing | Technical | No | SSD 600 Pro's | Marcel,<br>Here are the answers which the Evidence-2 team could provide...<br>1) How new is this drive? This unit has not been GCA'd yet so it is a brand new product. What are the expectations on the firmware and having the write amplification fixed? We have no known issues with write amplification. FW will be update bi-annually and posted on webpage for downloading.<br>2) What happens if these new drives have the same issues as the other Seagate 600 Pros? (we do not have any issues with Intel or Micron) Micron Nand is used.<br>3) What type of warranty will Atlantic.Net receive with these new drives? Typical Warranty is 5 years (at .3 drive-writes per day) but this is up to sales/marketing. I can help with the Adam performance comparisons...<br>4) Is this an inferior drive compared to the [...] | Hardware | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/29/2015 11:36 AM | [REDACTED] ...has tried all needed troubleshooting (different cable and power supply) ...should not have to pay $500.00 for recovery, due to drive being defect / failure and will contact her lawyer if needed. | | Warranty | Yes | Expansion | Technical | G7/22 Followed up with Jon B who states that the customer is all taking care of and case is closed. G7/29 Camilla Carter Customer called in while she was on hold with paula. Paula was waiting on a response from Jon about the issue. ~customer was very upset about the process, upset about things she was promised from Sharonda etc. ~ informed customer that I am not that department but I understand her frustrations -phone call was extremely difficult, customer was difficult and would not stop talking over me -at one point customer and I were both able to explain our frustrations about how the communication between each other -She and I both apologized for perception and explained our reasoning why we came across that way... G7/13 SpnCount -Explained to customer what UPS explained to me. Michele states that her broker has told her that we can ship the drive directly from France to US and it would cost us nothing, so she called UPS and they told her the same thing. -Explained to Michele that I have already spoke with the BRS Manager, Our shipping group here in Oke, (EMEA) management in her region and they all phone advised me that the package has to be shipped in/company - there is no way around that. Em2cust Michele Thallet. I contacted our UPS International account rep whom stated that they would need to call me back regarding shipping freight and duties. UPS is looking into getting me a cost estimate. I will reach out to you via... |
| 07/07/2015 08:39 PM | "How can I dump the firmware off a drive?" Given that it's now known that attackers can infect HD firmware (https://securelist.com/files/2015/02/Equation_group_questions_and_answers.pdf), and Seagate HDx for certain, what tools is Seagate providing its (large scale) customers to check that their drives are not infected? Is there any secret command in any of the existing firmware update tools that will let me "extract" a firmware for integrity checking, instead of just updating it? | | Technical | No | | Firmware | 8/17/15~ I am not copied on the email to determine if the customer replied to S. Mann. I Sent the customer the following email via gmail Dear [REDACTED] Thank you contacting Seagate. We apologize for the problem you are having with your drive. Your case was recently forwarded to our corporate office. We have tried to reach you via email due to not having a phone number on file for you but have not received a reply. Please reply to this email with your contact phone number, including preferred data & time for contact. You may also call at (405) 324-4272. If away, please leave a message. I apologize on behalf of Seagate for any inconvenience caused and look forward to speaking with you soon. Kindest Regards, |
| 07/29/2015 02:27 PM | [REDACTED] Per our phone conversation, you purchased a Wireless Plus over a year ago and have not been able to use it since updating to iOS8. You were advised that we were working on a fix and it would become available. Recently you were told that there is no fix for DRM on iOS8. You requested that Seagate removing you from our marketing mailing list. You are continuing to receive promotional emails, for the same reason knowing that Seagate does not have a resolution for your original complaint. I apologize on behalf of Seagate for any inconvenience caused. We values our customers and their service experience. We are always looking for ways to improve on all aspects of the service we provide. We know the best way to do this is through customer feedback. Thank you for speaking with me. We are going to ship you two complimentary Mac compatible products (3TB portable and 4TB desktop) for customer sentiment. As discussed, I will check to ensure that your email address is removed from our marketing email distribution list. I will also be checking product availability. I have scheduled a follow-up contact with you for Monday, 08/03/15 after 12pm PST. Best Regards, Sheronda | | ANP | No | STCK1000100 | iOS 8 Update | 8/17/15~Customer order 520004558 shipped via UPS 1ZE377448025843752 Delivered On: Friday, 08/14/2015 at 3:33 P.M. Left At: Residential Signed By: [REDACTED] Updated Warranty on drive Russ ID- 101951 Serial NA7EL0H56/11~ Customer drive now shows delivered 8/11~ Contacted the customer because I noticed that his package showed: DALY CITY, CA, US 08/11/2015 10:13 A.M. Customer was not available when UPS attempted delivery. Will deliver to a nearby UPS Access Point™ for customer pick up. UPS Access Point™ Location: THE UPS STORE 6748 MISSION ST DALY CITY, CA, US |

| 08/05/2015 12:00 AM | Hello All, [REDACTED] wants or wanted to file a complaint with the BBB against Seagate since her Seagate Wireless doesn't play DRM files since updating to iOS 8. She had left me a voice message from earlier today because she needed to know the Seagate address or the correct address to use so she can file a complaint against us. She spoke with two different representatives at Western Digital that assured her that the files would play on My Passport Wireless' device. One of the representatives she spoke with was by the name of Victor. I called her back and let her know that if she filed the complaint she would end up speaking with someone in the Corporate Office anyway. I let her know that I could arrange for someone from the Corporate Office contact her back. She is okay with waiting on someone to contact her regarding her complaint. I let her know that the representative from the Corporate Office is out today but that they will be back in the office tomorrow. I asked her if she specified if the device would DRM files? She basically asked them if it would play files movie files from iTunes. | ANP | No | STCK1000100 | 8/7-TS- Customer still has not called back in sent the customer an email to see when she would be calling back in 8/10/Customer was supposed to call me today she did not. I reached out to the customer. She did not answer. I left her a voicemail. 8/7-15-Corey-I reached out to Jen today @ 5:51 PM Central Time. She has been busy and realized that you might not be in the office today. She acknowledged that basically the ball is still in her court. She is going to attempt to reach back out to you on Monday. She was appreciative that I reached out to her today. I let her know if she needed me for anything, to please feel free to call me directly at my number. I also let her know that our representative on the corporate team is still out sick. 8/6/15-Hello Sheronda/ Corey. I reached out to this customer today. I did not [REDACTED] | iOS 8 Update |
| 08/10/2015 12:30 PM | Thank you very much for your time on the phone. As discussed, here are the details on what was purchased for our client: ASI Canada - July 5, 2013 - Qty (120) - ST3000VNC002 -- Seagate 3TB Enterprise HDD ASI Canada - Sept 11, 2013 - Qty (30) - ST3000VNC002 -- Seagate 3TB Enterprise HDD The firmware is CN02 A Serial Number: Z1F2YW7X If you need copies of our invoices from ASI or anything else, please let me know. Thank you again for your support. | Warranty | No | | [REDACTED]Escalation 8/10 received escalation from Alan C. from Joanne Yo, Seagate Sales. Issue: client had another one fail on the weekend and my team will be on the phone with your warranty department to request a replacement (which can take up to 45 minutes with hold times). There is not an online form any longer for Canadian RMA's. 8/10 Attempted to contact Mr. Sales by phone. "Left voicemail w direct contact information" 8/10 found contact number [REDACTED]and was able to reach [REDACTED] Serials provided in e-mail were already in a current RMA # Customer indicates she is the person of contact and not [REDACTED]Customer indicates the following: • Read on tech sites this 3TB had has a 40% failure rate • One of their customers [REDACTED] | |
| 08/13/2015 12:00 AM | Chris, I have an urgent member issue that was escalated to our management. Basically the member contacted Seagate customer service and hung up after sitting on hold for 45 minutes. Can a customer service manager contact this member asap to see what their issue might be? Member [REDACTED] This might be simple issue but not to even get somebody on the phone is a big concern. Thank you. [REDACTED] | Technical | No | STDR1000002 | 8/12/15[REDACTED]Went back to [REDACTED]from [REDACTED] Hello [REDACTED] I'm providing you a summary of our Technical Support effort to help [REDACTED]with his Windows XP operating system and the Seagate Dashboard software issue he experienced. Our agent worked with [REDACTED]extensively in an effort to allow his Windows XP computer to create backups to his Backup Plus drive. The underlying issue relates to the outdated operating system Windows XP, which is no longer supported by Microsoft. Due to Seagate limitations on how deep into the operating system our support team can go to resolve these types of issues, we exhausted every possible solution available to us. This includes offering an older backup software product [REDACTED] | Dashboard Software |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/13/2015 12:00 AM | | Jeff Gann-I have a customer ▓▓▓▓▓▓▓▓▓▓▓who was billed for Data Recovery when I made the exception for CSO to pay for this. I have sent an email to Sheronda a few days ago regarding this matter but she has been out of the office.<br><br>Can I get a status on when we will get her money back to her Master Card.<br><br>Customer can be reached at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ANP | Yes | 8/17- Jon states he credited it to the customer but can take up to 7 days. Jeff G. contacted customer for update 8/17-Emailed Jon about refund because customer advised Jeff she was going to contact her co company 8/13/15- Email Jon B to refund-Jon. | Charged for Data recovery but was not suppose to be |
| | | | | | | | Looks like this one was approved by CRT when the form still required a CC number. I think Sheronda was supposed to do something on the back end but she has been out of office for quite some time. Can you process a refund as quickly as possible and confirm when this has been completed? | |
| 08/21/2015 04:09 PM | | ▓▓▓▓ states that she purchased a Seagate internal from Best Buy about 5 months ago and the drive will no longer boot. ...says that she is currently at Best Buy with the drive and Best Buy who states that the drive has failed and needs to be replaced. | | Warranty | No | Barracuda | Brittany Burns - 6/21/2015<br>5:50 PM<br>Contact: 2<br>Case: 04590725<br>RMA/S.O: 110204603<br>Serials: Z4Y58W0T<br>ARF/25 Days): 60<br>Place of Purchase: Best Buy<br>Environment: Standard Desktop<br>Data Recovery Needed: N(has backup)<br><br>Issue: Customer purchased HDD at Best Buy to replace internal HP five months ago. HDD has failed and she needs replacement.<br><br>Exceptions: Free ERL in box<br><br>Steps Taken/Resolution:<br>-HDD pulls up as OEM anyway we try serial. Made exception since she has receipt<br>-Explained RMA options<br>-Offered to waive fee for ARO<br>-Read ITA agreement<br>-Address a verifiable everywhere BUT Melissa | Warranty |
| 08/27/2015 10:17 PM | | To Whom It May Concern:<br>On March 24th of this year I bought a 1 Terabyte Seagate hard drive from an authorized retailer (Best Buy in New Orleans, LA) and had it installed in my Macbook Pro. On August 5th, less than five months later, my laptop crashed, requiring me to bring it to my trusted repair store which informed me that this drive was not in good health. I took action, necessarily requesting the Advanced Replacement service, recovering my data, and installing the new hard drive which cost me a total of $191.75. For a piece of equipment that was under warranty. Through no fault of my own I have incurred a huge cost for your faulty device and I am therefore writing to request reparations for this amount. I have attached the receipts from these expenses. I would like to receive a response resolving this issue by the end of the next business week (September 4th). I can be reached at this email address or at ▓▓▓▓▓▓▓▓▓▓. If I do not receive a response, I will begin filing a case with California's Better Business Bureau, whom I have already contacted about this matter for informational purposes. I appreciate your time and consideration. Sincerely, ▓▓▓▓▓▓▓▓▓▓ | | Warranty | No | | Spk2 Anna who states that she had an issue using the prepaid label at the carrier, but says that she spoke with someone and it has been fixed. Ana says that the original drive (for RMA 110201672) has been shipped.<br><br>Received a vm msg from Anna stating that she is having trouble using the prepaid shipping label.<br><br>Em2cust:<br>Anna,<br>Thank you for taking the time to speak with me yesterday. We have refunded the advance shipping cost - $29.95 plus taxes to the same method of payment used at the time of transaction.<br>Refund conformation:<br>4410817961725000001132<br>2. Please allow 3-5 business days for processing.<br>Seagate is unable to refund the money paid to 3rd-party company's. Seagate values its customers and their | |

| | | | | | |
|---|---|---|---|---|---|
| 09/02/2015 11:39 AM | | Hi, my name is ████████, my phone number ████████████ I am located on the east cost. I would appreciate a call back concerning some of your products and lack of tech support services. Which is the best way and coldest way I can says it as of now. If I could talk to you it would be a lot easier to explain the product problems as well as your tech problems. So that I could get this resolved prior, before. because I really don't wanna return this product to the store and I would perfer speaking to someone there first. - ████████████ my name is █ █ █ █ █   █████████. And the woman at the front desk said that you promptly return calls and I believe d. Thank you and have a nice day. | Technical | No | Backup Plus software assistance |
| 09/03/2015 03:18 PM | | ██████ is requesting to speak with Mark Brewer or Mark Re  regarding his business with LaCie. | Pre-Sales | No | Pre-Sales |
| 09/08/2015 10:29 AM | | | Technical | | |

Hello Tony Albert,

My name is Sheenette, the Administrator for Seagate Technology's Corporate office. Your email was recently forwarded to my office. I understand that you would like to file an official complaint. My sincerest apologies on behalf of Seagate for any inconvenience caused. I would like to discuss your concerns with you as soon as possible. Please reply to this email with your preferred time to contact you directly at (650) XXX-XXXX. If I am away from my desk, please leave a message and I will return your call within 24 hours. I look forward to speaking with you soon.

MF 00021558
Official complaint
Fernando da Silva -
MHG515 12:07 PM
Seagate
Sent by Fernando Seagate
Jan 4th, 11:07am

| Case Number | Customer Name | Date Closed | Fiscal Week Closed | Product Type | Recovery Results | Recovery Cost | Approved By | Quarterly Totals |
|---|---|---|---|---|---|---|---|---|
| SRS 04892666 SF 04873929 | | 07/13/2015 10:02 AM | 2 | BUP | Unsuccessful | $0.00 | Ronald Sterling | |
| SRS 04894041 SF 04827505 | | 0716/2015 4:18 PM | 2 | Expansion | Successful | $399.00 | Ronald Sterling | |
| SRS 04921160 | | 07/22/2015 03:22 PM | 3 | GoFlex Home | Successful | $399.00 | S Mann | |
| SRS 04924292 | | 07/28/2015 02:21 PM | 4 | Barracuda | Successful | $399.00 | S Mann | |
| SRS 04936010 SF 04926821 | | 07/29/2015 09:35 AM | 4 | BUP | Successful | $399.00 | Ronald Sterling | |
| SRS 04849420 SF 04839615 | | 07/30/2015 03:58 PM | 4 | BUP | Unsuccessful | $0.00 | S Mann | $1,596.00 |
| SF 04183820 SRS 04924166 | | 08/04/2015 11:36 AM | 5 | Expansion | Successful | $399.00 | Ronald Sterling | |
| SF 04919006 SRS 04922439 | | 08/04/2015 07:39 AM | 5 | Barracuda | Successful | $399.00 | Ronald Sterling | |
| SF 04935264 SRS 04941662 | | 08/05/2015 09:26 AM | 5 | Central | Successful | $399.00 | Ronald Sterling | |
| SRS 04926104 | | 08/05/2015 12:10 PM | 5 | Desktop HDD | Successful | $399.00 | Sheronda Mann | |
| SRS 04851175 | | 08/07/2015 02:44 PM | 5 | Int (OEM) | Unsuccessful | $0.00 | Andrew West | |
| SRS 04957833 | | 08/12/2015 10:22 AM | 6 | HP Int (OEM) | Successful | $399.00 | Sheronda Mann | |
| SF 04939288 SRS 04947495 | | 08/13/2015 09:46 AM | 6 | Expansion | Successful | $399.00 | Clarence Criton | |
| SF 04937575 SRS 04963954 | | 08/14/2015 04:34 PM | 6 | BUP for Mac | Successful | $399.00 | Markita Britton | |
| SF 04969243 SRS 04969367 | | 08/17/2015 10:42 AM | 7 | Int-Kit | Successful | $399.00 | Ronald Sterling | |
| SRS 04843300 | | 08/21/2015 09:43 AM | 7 | Barracuda | Successful | $399.00 | Sheronda Mann | |
| SF 04943318 SRS 04948589 | | 08/24/2015 11:23 AM | 8 | BUP | Successful | $399.00 | Andrew West | |
| SF 04960905 SRS 04968391 | | 08/26/2015 12:01 PM | 8 | Central | Successful | $399.00 | Jeffrey Gann | $4,389.00 |

# EXHIBIT 68

| Sender: | Ramin Esmailzadeh <ramin.esmailzadeh@seagate.com> |
|---|---|
| Sent: | Thursday, September 25, 2014 12:59:30 PM |
| Recipient: | tom.barrett@seagate.com |
| Subject: | Fwd: Seagate follow up UC Irvine Xyratex |

Fyi,

---------- Forwarded message ----------
From: **Frank Hanehan** <frank.hanehan@seagate.com>
Date: Thu, Sep 25, 2014 at 11:55 AM
Subject: Re: Seagate follow up
To: Ramin Esmailzadeh <ramin.esmailzadeh@seagate.com>
Cc: Chris Lym <chris.lym@seagate.com>, Jan Jitze Krol <janjitze.krol@seagate.com>, William Cox <william.cox@seagate.com>

Ramin,

Below is the url for the UC Compute Research List, discussing the Seagate drive issues UC Irvine is seeing and the reference to the BackBlaze tests and website.

I believe this may also be negatively affecting a proposal we have for ClusterStor at UC Riverside as well ($500K). The Linux Lead Sys Admin at UC Riverside worked for Harry Mangalam at UC Irvine and mentioned they are in frequent contact.

Harry Mangalam, UC Irvine, confirmed that the Moose drives they have are out of warranty and are failing on a regular basis.

http://maillists.uci.edu/pipermail/uc-research-computing/

If you check the threads from Jan & Feb 2014 and Jan 2013, you can see UC Davis, UC Santa Barbara and UC Office of the President (Procurement) all having visibility on this negative press on Seagate quality. BTW... not all the feedback agrees with Seagate quality issue, but I would like to find a way to make this go away at University of California.

They have 4 enclosures (SuperMicro) each with 36 - 3TB Barracuda drives installed. Harry indicated he is looking for a manufacturer to replace the Seagate drives.

Let me know what we can do.

Frank Hanehan
925-548-9162

On Tue, Sep 23, 2014 at 7:13 PM, Ramin Esmailzadeh <ramin.esmailzadeh@seagate.com> wrote:

> Thanks Frank for the update.
>
> I'll wait til I hear from you regarding when they are available for us to analyze the drives, and also when we can present to them the Seagate Quality improvement package.
>
> Regards,
> Ramin
> Ramin Esmailzadeh | Director, Customer Technical Support | Seagate, Cupertino CA
> Ramin.Esmailzadeh@Seagate.com | Office: (408) 658-1135 | Cell: (408) 605-5750

On Tue, Sep 23, 2014 at 4:58 PM, Frank Hanehan <frank.hanehan@seagate.com> wrote:

> Ramin,
>
> I just spoke to Harry at UC Irvine. He has a meeting tomorrow, to finalize funding to replace the Seagate drives. If the funding meeting goes well, he will have drives for us soon, but if it is delayed, they may have to replace Seagate in small quantities.
>
> When I asked him about the BackBlaze testing, I mentioned that we have people on site and are actively working the issues. He know about the "shucking" of drives, but explained that HGST, WD & Toshiba drives all went through the same process, with significantly lower failure rates.
>
> The fact that they are requesting addl funding to replace Seagate drives is probably worse than I expected.
>
> He said he would contact me for when we can analyze the drives.

Frank

On Tue, Sep 23, 2014 at 2:33 PM, Ramin Esmailzadeh <ramin.esmailzadeh@seagate.com> wrote:

Hi Chris,

This afternoon at 3:30pm works best for me to get on a call with the team for a strategy call.

Please let me know if this time works?

Thanks,
Ramin
Ramin Esmailzadeh  |  Director, Customer Technical Support  |  Seagate, Cupertino CA
Ramin.Esmailzadeh@Seagate.com  |  Office: (408) 658-1135  |  Cell: (408) 605-5750

On Tue, Sep 23, 2014 at 2:26 PM, Chris Lym <chris.lym@seagate.com> wrote:

Adding Jan Jitze to this email as well, as he is our SE resource on the CSS side, out of SoCal.

Chris

On Tue, Sep 23, 2014 at 2:23 PM, Chris Lym <chris.lym@seagate.com> wrote:

Hi Ramin,

Would you have time this afternoon for a strategy conference call with Frank and Julie?  (All internal.)

Say, 3PM?

Thanks,
Chris

On Tue, Sep 23, 2014 at 2:04 PM, Chris Lym <chris.lym@seagate.com> wrote:

Hi Frank,

Maybe we should take advantage of Ramin's local Southern CA sales engineering resource to get ahold of these drives sooner rather than having them be shipped somewhere.  I will let Ramin engage and coordinate with you on that.

I've also added Julie to this email string so that she can help queue up an eval when you're ready to move forward.  If I may also help, please let me know!

(Removing Hanish and Neil from this email chain for now so that they don't get flooded.)

Chris

On Tue, Sep 23, 2014 at 12:47 PM, Frank Hanehan <frank.hanehan@seagate.com> wrote:

Ramin, Chris,

This is the response back from UC Irvine.

They acquired Seagate Barracuda 3TB disks: Model *ST3000DM001-9YN166 and ST3000NC002-1DY166 from Advanced HPC.*

**I had not yet confirmed this, but in Harry's e-mail, he did indicate that they advised all members of the UC Research Computing list not to use Seagate drives.**

**I asked Harry via phone if Seagate could get some of the drives for testing and he mentioned that he might be able to send us 16 or so.  Do we want to arrange to test these?**

**I am looking to install a CP-2584 JBOD enclosure, but need to get them detail on a SAS/RAID controller for installation in a ZFS server.**

**Frankj**

---------- Forwarded message ----------
From: **harry mangalam** <hjmangalam@gmail.com>
Date: Tue, Sep 23, 2014 at 12:18 PM
Subject: Re: Seagate follow up
To: Frank Hanehan <frank.hanehan@seagate.com>

CONFIDENTIAL

On Tuesday, September 23, 2014 09:01:26 AM Frank Hanehan wrote:
> I have been collecting information about our drive products and am working
> to get the right people to schedule a meeting with you and UC Irvine IT
> folks at the appropriate time. Will keep you updated on timing and topics
> for the meeting.
>
> As follow up items that we discussed:
>
> 1.  Could you send me any detail you have on failure rates and drives types
> of Seagate drives?  You had mentioned a specific system having 110 failures
> out of 150 drives that have since been replaced with HGST drives.  You
> explained the drives were crushed, but do you have the age and model # of
> the drives and how they were acquired (vendor).

This was the Gluster system. We bought 144 disks in 4 SuperMicro chassis, with 12 or 16 spares.
The disks were Barracuda 3TB disks: Model *ST3000DM001-9YN166*
*When they started failing, we RMA'ed them and got back 're-certified' disks (which usually failed very quickly, no surprise)*
*and kept going. When they ran out of warranty, we kept on buying more of them (eventually upgrading to the*
*ST3000NC002-1DY166 model), certain that we must have had a bad batch and that the new ones would be much better.*
*Fool me once...*

*We had already started ordering Hitachi disks when the Backblaze post came out, and after that, we alerted everyone on the*
*UC-Research-Computing list that there was an issue and rec'ed that everyone stop using Seagates.*

*Of the 144 disks currently in production in the storage servers, we have*
*31 HGST HDN724030ALE640 <- replacements*
*2 ST3000DM001-1CH166 <- replacements*
*90 ST3000DM001-9YN166 <- original model supplied by Vendor,*
*many replaced with the same model during*
*warranty*
*21 ST3000NC002-1DY166 <- replacements*

*The Vendor was Advanced HPC, and they did rec going with more expensive disks, but we decided to go with the cheaper*
*disks due to cost differential and apparent small differences in longevity based on the studies by google and UMD:*
*<http://static.googleusercontent.com/media/research.google.com/en/us/archive/disk_failures.pdf>*
*<http://www.calce.umd.edu/whats_new/2003/1203.pdf>*
*Our fault for that mistake.*


> 2.  The drives from the Gluster file system were also Seagate drives (150)
> and you are looking to replace these.  They were in a 3U 36 drive Super
> Micro enclosure?Do you have the drive types for this system?  How old,
> model #?

This is the same group as in 1. above.
>
> 3.  Seagate would like to install an evaluation unit onsite at UC Irvine for
> your testing.  The 5U 84 enclosure houses 84 drives with 4TB SATA or SAS
> drives.  Can we discuss the process for an evaluation system?

I'll have to get back to you on whether we could use this effectively as a JBOD. What kind of test period do you
envision?

hjm

---
Harry Mangalam - Research Computing, OIT, Rm 225 MSTB, UC Irvine
[m/c 2225] / 92697 Google Voice Multiplexer: (949) 478-4487
415 South Circle View Dr, Irvine, CA, 92697 [shipping]
MSTB Lat/Long: (33.642025,-117.844414) (paste into Google Maps)
---

CONFIDENTIAL



--
Firstname Lastname · Title on my.seagate.com
Seagate Technology, LLC
office: +CC (0)0000 000000 · mobile: +CC (0)0000 000000
www.seagate.com

--
Firstname Lastname · Title on my.seagate.com
Seagate Technology, LLC
office: +CC (0)0000 000000 · mobile: +CC (0)0000 000000
www.seagate.com

--
Firstname Lastname · Title on my.seagate.com
Seagate Technology, LLC
office: +CC (0)0000 000000 · mobile: +CC (0)0000 000000
www.seagate.com

# EXHIBIT 69

**From:**     Tom Barrett <tom.barrett@seagate.com>
**Subject:**  Re: [ACTION] Public response (Urgent) Re: Backblaze New Article
**To:**       Ronald E Lane <ronald.e.lane@seagate.com>

Ron,
Hope you are doing well, things here are under control, just the normal bunch of issues
we have.  Is this the chart we had Craig do?   Please forward so I have it.

Thanks,
Tom


On Tue, Apr 21, 2015 at 7:26 AM, Ronald E Lane <ronald.e.lane@seagate.com> wrote:

> Clive - I am on a six week assignment in Ops in Asia. Tom Barrett is covering CTS while I
> am out. I will forward the general reliability chart I showed you to Tom, and then please
> work the response/blog with him. Tom would have been working this anyway. I do want to
> make sure that anything that goes into the public domain is reviewed by Legal first.
>
> Thanks,
> Ron
>
> Sent from my iPhone
>
> On Apr 21, 2015, at 12:30 AM, Clive J Over <clive.j.over@seagate.com> wrote:
>
>> Hi Ron,
>> Lets make sure to cover this during our meeting at noon.
>> Best
>> Clive
>>
>> On Mon, Apr 20, 2015 at 10:23 AM, Michael Busselen
>> <michael.busselen@seagate.com> wrote:
>>
>>> Dave Mosley and I spend a few minutes on this topic last week as we prepared
>>> his remarks and responses for earnings.  He is frustrated that we keep getting
>>> beaten about the head by competitors (and BackBlaze) and haven't come up with
>>> a good story on quality.  He didn't have a quick answer either but I told him we
>>> are making this a priority and he agreed that if we don't tell the story no one else
>>> will.
>>>
>>>
>>> Ron, if you can help us understand the progress we have made then we can help
>>> boil things down and communicate them.  Together I'm confident we can come
>>> up with the right script.

CONFIDENTIAL                                                                  FED_SEAG0071957

Michael

**From:** Clive J Over [mailto:clive.j.over@seagate.com]
**Sent:** Monday, April 20, 2015 8:23 AM
**To:** Alan Gilda
**Cc:** Ronald E Sterling; John M Paulsen; Michael Busselen; Jon V Piazza; Jonathan S Long; Kirsten M Roob; Fernando Silva; Said ElBahri; Ronald E Lane
**Subject:** Re: [ACTION] Public response (Urgent) Re: Backblaze New Article

Thank for heads up JP and Alan

I'm getting with Ron Lane to discuss this asap.

Will come back to you with next steps.

Best

Clive

Sent from my iPhone

On Apr 20, 2015, at 8:04 AM, Alan Gilda <alan.gilda@seagate.com> wrote:

> I had the following feedback from a customer on our boilerplate response to the BackBlaze article. Would we have anything to say to respond to his follow up concerns? I think this guy is looking for specific data from Seagate that refutes the BackBlaze claims.

> ▮▮▮▮▮▮▮▮▮

> Apr 18th, 5:16pm

> Greetings. Not trying to be difficult but I'm an engineer and as the say data talks ... The article just points out The flaws in the analysis but is only speculation. Has Seagate done any analyst on the drives to confirm the speculations. There are too many drives and too public a form for Seagate

CONFIDENTIAL

to remain mute and not refute the claims with some data of their own would seem prudent.


On Fri, Apr 17, 2015 at 11:30 AM, Alan Gilda <alan.gilda@seagate.com> wrote:

> Will do. I also wanted to note that the latest BackBlaze article is also spawning more articles, such as the following:


> http://www.extremetech.com/computing/203478-backblaze-pulls-3tb-seagate-ssds-from-service-details-post-mortem-failure-rates


> On Fri, Apr 17, 2015 at 11:20 AM, Ronald E Sterling <ronald.e.sterling@seagate.com> wrote:

>> Team,

>> Below is the most recent official response that we received from the PR Team.  Please use this same response to any Social Media Posts referencing the BackBlaze article.

>> *We always value our customers' feedback and take it very seriously. It appears that Backblaze is reporting data from the same sample of drives from last year, which continues to be inconsistent with data received from other customers, and our large OEM installed base.  We absolutely stand behind the quality of our products with a best-in-class warranty, and we relentlessly test our drives for the workloads they were designed to support. We highly recommend that our enterprise and data center customers use the appropriate class of product to handle the workloads of enterprise environments. Yet, as with previous data reported by Backblaze, desktop-class drives and some external drives were purchased and used in enterprise-class workloads – which they were NOT designed for nor tested to support. Therefore, we agree with Backblaze's previous comment that "It may be that those drives are less well-suited to the data center environment. Or it could be that getting them by drive farming and removing them from external USB enclosures caused problems."*

>> *We have and will continue to work closely with Backblaze directly to provide technical support and product analysis.*

CONFIDENTIAL

FED_SEAG0071959

*For more on the Backblaze hard drive report, please see this in-depth analysis from Tweaktown.* http://www.tweaktown.com/articles/6028/dispelling-backblaze-s-hdd-reliability-myth-the-real-story-covered/index.html

*Regards,*

*Ron Sterling*

*Customer Service Supervisor*
*Global Seacare Solutions*

*(405)324-4468*

On Fri, Apr 17, 2015 at 10:50 AM, Clive J Over <clive.j.over@seagate.com> wrote:

> Hi JP,
>
> We do not have a newer statement regarding Backblaze.
> We're working with Ron Lane to gather data to do this.
>
> Currently we recommend sticking to the current response that
> you have been using.
>
> Best
>
> Clive
>
> Sent from my iPhone
>
> On Apr 16, 2015, at 11:40 AM, John M Paulsen <john.m.paulsen@seagate.com> wrote:
>
>> Hi PR cohorts —
>>
>> Is there a newer, approved public comment about
>> Backblaze's conclusions?
>>
>> (Of course, it being social media, answering this
>> particular comment only makes sense today or at worst

CONFIDENTIAL

FED_SEAG0071960

tomorrow.)

Of course, any comment dismissing Backblaze's results as "not representative" would ideally include some proof or teeth stating Seagate's actual in-the-field failure rate is equal to all other manufacturers.  :)

On Thu, Apr 16, 2015 at 11:24 AM, Said ElBahri <said.elbahri@seagate.com> wrote:

Hi Jon,

One customer posted the new Backblaze article link on the Timeline and demanding a comment from us on the claims in the article. Backblase concludes this time that our 3TB drives were affected by the Thailand flood, which led to low quality and high failure rates.

Please let us know if there is an official response to this new article, or should we just use the previous PR official response that was provided after the appearance of the last article from a couple of months ago. Here is the article:

https://www.backblaze.com/blog/3tb-hard-drive-failure/

 **Seagate**

46 mins ·

I have always purchased seagate drives for home and work as I have always had excellent experiences with them. This morning I read an article on Seagate 3Tb drives "https://www.backblaze.com/blog/3tb-hard-drive-failure/" and the extreemly high failure rate.

Does Seagate have any insights into why these drives failed at such a exceptional rate as compared to other drives.

CONFIDENTIAL



## Dissecting 3TB Hard Drive Failure Rates

Beginning in January 2012, Backblaze deployed 4,829
Seagate 3TB hard drives, model ST3000DM001, into
Backblaze Storage Pods. In our experience, 80% of the hard
drives we deploy will function at least 4 years. As of March 31,
2015,...

BACKBLAZE.COM

Like · Comment · Share

--

Said El Bahri
Seagate Social Media Support


--

John Paulsen
Manager, B2B Social Media Content
Seagate Technology
10200 S. De Anza Blvd., Cupertino CA 95014
media.seagate.com
facebook.com/SeagateCreative
facebook.com/Seagate
twitter.com/Seagate

--

Regards,

Alan Gilda
Social Media Support

@AskSeagate on Twitter

Seagate Support on Facebook

Seagate Support on Google +

http://forums.seagate.com/ Seagate Community Forums

Online Review Support

--

Regards,

Alan Gilda
Social Media Support

@AskSeagate on Twitter

Seagate Support on Facebook

Seagate Support on Google +

http://forums.seagate.com/ Seagate Community Forums

CONFIDENTIAL

Online Review Support

--
Clive Over | Director
Seagate | Corporate Communications
10200 South DeAnza Blvd.| Cupertino | CA | 95014

v: (408) 658-1617
m: (415) 971-1110

http://www.seagate.com
http://media.seagate.com
~~~~~~~~~~~~~~~~~~
twitter.com/seagate
seagate.com/facebook
instagram.com/seagate
youtube.com/seagatetechnology



--
*Tom Barrett*
**Seagate Technology**
**Sr. Director Customer Technical Support**
**America's / Global OEM's**
tom.barrett@seagate.com
**(o) 408-658-1185**
**(c) 925-980-6286**

CONFIDENTIAL