**EXHIBIT BB**

[REDACTED]



# ▮▮▮▮▮▮▮▮ Lombard 4TB DT Claim

Channel CTS | Oct 20th 2015

CONFIDENTIAL

FED_SEAG0072039

FED_SEAG0072040-0072041
FILED UNDER SEAL

# GrenadaBP and Lombard Field Performance

## All Customer Data, Includes ▮ GrenadaBP 3TB Recall Returns



- ▮ recall returns resulting in huge spikes on GrenadaBP 3TB
- Grenada 1, 2TB, and Lombard 4TB actually performing well in the field – both pre/post CA
- Post CA Grenada vintages performing better
- Lombard pre/post CA perform equally well

| Est. ARR | Pre CA | Post CA |
|---|---|---|
| GrenadaBP 3TB | 5.14% | 0.49% |
| GrenadaBP 2TB | 0.60% | 0.27% |
| GrenadaBP 1TB | 0.68% | 0.34% |
| Lombard 4TB | 0.39% | 0.41% |

▮ did not ship pre-CA Lombard and only 2.7K post CA Lombard. Lombard data is not skewed by Apple

Seagate Confidential    4