# EXHIBIT CC

## [REDACTED]



SEAGATE
Lombard 4TB DT Claim
Channel CTS | Oct 21th 2015

CONFIDENTIAL

FED_SEAG0072015

# FED_SEAG0072016-0072017
# FILED UNDER SEAL



# OEM GrenadaBP and Lombard Field Performance

Cum Rate
8.00%
7.00%
6.00%
5.00%
4.00%
3.00%
2.00%
1.00%
0.00%
0 2 4 6 8 10 12 14 16 18 20 22 24 26 28 30 32 34 36
MONTH From Ship
GRENADABP/1TB AND 2TB/OEM/Post June 2013
GRENADABP/1TB AND 2TB/OEM/Pre June 2013
GRENADABP/3TB OEM/Post June 2013
GRENADABP/3TB OEM/Pre June 2013
LOMBARD/3TB and 4TB/OEM/Post June 2013
LOMBARD/3TB and 4TB/OEM/Pre June 2013

- GrenadaBP 3TB Pre CA is worst in OEM customers
- Post CA vintages perform better than Pre CA for both products
- OEM performs better than Disti – see next page

| Product | Capacity | Pre/Post CA | Shipments |
|---|---|---|---|
| GRENADABP | 1TB AND 2TB | Post June 2013 | 12,077,371 |
| GRENADABP | 1TB AND 2TB | Pre June 2013 | 4,837,761 |
| GRENADABP | 3TB | Post June 2013 | 1,203,758 |
| GRENADABP | 3TB | Pre June 2013 | 421,251 |
| LOMBARD | 3TB and 4TB | Post June 2013 | 2,102,140 |
| LOMBARD | 3TB and 4TB | Pre June 2013 | 70,264 |

Seagate Confidential 4

CONFIDENTIAL FED_SEAG0072018

# Disti GrenadaBP and Lombard Field Performance

- GrenadaBP 3TB Pre CA is worst in Disti
- Post CA vintages perform better than Pre CA for both products
- Lombard pre/post CA field performance is similar

| Product | Capacity | Pre/Post CA | Shipments |
|---|---|---|---|
| GRENADABP | 1TB AND 2TB | Post June 2013 | 14,837,884 |
| GRENADABP | 1TB AND 2TB | Pre June 2013 | 8,710,887 |
| GRENADABP | 3TB | Post June 2013 | 2,321,432 |
| GRENADABP | 3TB | Pre June 2013 | 1,640,244 |
| LOMBARD | 3TB and 4TB | Post June 2013 | 2,666,168 |
| LOMBARD | 3TB and 4TB | Pre June 2013 | 308,839 |

# OEM/Disti GrenadaBP and Lombard Field Performance

Cum Rate
8.00%
7.00%
6.00%
5.00%
4.00%
3.00%
2.00%
1.00%
0.00%
0 2 4 6 8 10 12 14 16 18 20 22 24 26 28 30 32 34 36
MONTH From Ship
GRENADABP/1TB AND 2TB/DIST/Post June 2013
GRENADABP/1TB AND 2TB/DIST/Pre June 2013
GRENADABP/1TB AND 2TB/OEM/Post June 2013
GRENADABP/1TB AND 2TB/OEM/Pre June 2013
GRENADABP/3TB and 4TB/DIST/Post June 2013
GRENADABP/3TB and 4TB/DIST/Pre June 2013
GRENADABP/3TB and 4TB/OEM/Post June 2013
GRENADABP/3TB and 4TB/OEM/Pre June 2013
LOMBARD/3TB and 4TB/DIST/Post June 2013
LOMBARD/3TB and 4TB/DIST/Pre June 2013
LOMBARD/3TB and 4TB/OEM/Post June 2013
LOMBARD/3TB and 4TB/OEM/Pre June 2013

- GrenadaBP 3TB Pre CA is worst in OEM and Disti
- Post CA vintages perform better than Pre CA for both products
- OEM performs better than Disti

Seagate Confidential 6

CONFIDENTIAL FED_SEAG0072020