# EXHIBIT 11
[UNREDACTED in the PUBLIC RECORD]

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5    IN RE SEAGATE TECHNOLOGY, LLC
     LITIGATION,
6    _____ No. 3:16-cv-00523 JCS

7    CONSOLIDATED ACTION

8    _____

9

10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

12       Videotape Deposition of Andrew Hospodor,

13   Ph.D., taken at Four Embarcadero Center, 17th

14   Floor, San Francisco, California, on Friday,

15   December 15, 2017 at 9:48 a.m.

16

17

18

19

20

21

22   REPORTED BY:

23   Mary Hogan CSR No. 05386

24

25

49

```
 1              MS. SCARLETT:  Objection to form.

 2         Q    (By Ms. Rodewald) Do you know the

 3    serial number of the drive?

 4              MS. SCARLETT:  Objection, form.

 5              THE WITNESS:  Not off the top my head.

 6    I haven't memorized it.

 7         Q    (By Ms. Rodewald) In this action, in

 8    your report, your declaration, you do not opine

 9    that the ST3000DM001 drives had any specific

10    defect, do you?

11              MS. SCARLETT:  Objection to form.

12              THE WITNESS:  In my report I provide

13    exemplary information of a number of different

14    defects.

15         Q    (By Ms. Rodewald) Did you identify any

16    specific defect that you opine is common to the

17    ST3000DM001 drives at issue in this litigation?

18              MS. SCARLETT:  Objection to form.

19              THE WITNESS:  So my role in this was

20    not to identify a common defect.

21              There certainly are things that appear

22    over and over again as issues in the production of

23    the Seagate ST drives.

24              My role here was to identify whether

25    or not the annualized failure rates, or AFR, was
```

Hospodor, Andrew - 12-15-2017

50

1    actually within Seagate's claim of being less than

2    1 percent or less than .3 percent as they

3    advertised in their marketing materials.

4        Q    (By Ms. Rodewald) What percentage of ST

5    drives sold to consumers failed?

6            MS. SCARLETT:  Objection to form.

7            THE WITNESS:  I don't know.

8        Q    (By Ms. Rodewald) But it is your

9    opinion that they had a higher failure rate than 1

10   percent?

11       A    The data that I've reviewed indicates

12   that from the beginning of the production process

13   Seagate knew that this drive had an annualized

14   failure rate of more than .34 and more than

15   1 percent.

16       Q    Is it your opinion that the ST drives

17   in consumers' hands failed at a higher rate than 1

18   percent?

19           MS. SCARLETT:  Objection to form.

20           THE WITNESS:  So I don't -- I can't

21   opine on what is in consumers' hands.  I have not

22   seen the data for consumers' hands.

23       Q    (By Ms. Rodewald) Is it your opinion

24   that the ST drives for the entire period from 2011

25   to 2016 had the same failure rate?

Hospodor, Andrew - 12-15-2017

51

```
 1              MS. SCARLETT:  Objection to form.
 2              THE WITNESS:  It is my opinion that
 3    they did not.
 4        Q    (By Ms. Rodewald) And what were the
 5    differences?  Did the failure rate vary over time?
 6              MS. SCARLETT:  Objection to form.
 7              THE WITNESS:  During the time and the
 8    data that I examined, the failure rate was
 9    constantly increasing and it was above 1 percent.
10        Q    (By Ms. Rodewald) What do you mean by
11    "constantly increasing"?
12        A    Let's go into my expert report and
13    I'll show you.  Please, let's do it.
14        Q    Hold on.  I think this is a very
15    simple question.
16        A    I wanted to answer you accurately.
17        Q    When you say "constantly increasing,"
18    do you mean that hard drives manufactured in 2014
19    had a higher failure rate than hard drives
20    manufactured in 2011?
21        A    I'm going to answer you out of my
22    expert report.
23              So in projecting AFR, Seagate -- I'm
24    on paragraph 90 of my declaration.  In projecting
25    the AFR, Seagate utilized a Weibull,
```

52

1   W-E-I-B-U-L-L, Beta value that reflected the

2   assumption that the failure rate of the drive

3   would decrease with time, but the failure rate

4   actually increased from an AFR of 2.34 percent to

5   2.61 percent to 3.36 percent within just eight

6   months after the start of mass production.

7        Q     Are you saying in this paragraph that

8   hard drives manufactured eight months after the

9   start of production had a higher failure rate than

10  hard drives manufactured at the beginning of the

11  start of production?

12       A     That is exactly what this is saying.

13  Okay.

14       Q     Okay.  Is it your opinion that, by

15  extension, hard drives manufactured a year later

16  had a higher failure rate?

17             MS. SCARLETT:  Objection, form.

18             THE WITNESS:  I don't have any data.

19  You asked me whether or not over a period the

20  drives had increased or decreased, and I'm showing

21  you that during the period you had asked for the

22  drives had increased.

23             The data that I have is just this

24  data.  It's meant to be exemplary, not

25  comprehensive.

54

```
 1    report and flush them out, but I'm not sure off

 2    the top my head if the eight months is referring

 3    to the start of mass production for the -- for the

 4    SBS drives or the bare drives, so I -- I would

 5    have to go back and review my report to see that.

 6         Q    Okay.

 7         A    And I'm trying to answer you --

 8         Q    No.

 9         A    -- as factually as I can.

10         Q    I understand.  And we can look at some

11    documents later, you know, later in the

12    deposition.

13              I'm trying to get some general

14    overview now and trying to understand some

15    concepts, and then we'll go back and tie down some

16    of these things.

17              Okay.  Do you know what percentage of

18    the named plaintiffs' drives failed?

19              MS. SCARLETT:  Objection to form.

20              THE WITNESS:  I'm sorry.  The named

21    plaintiffs being the parties who brought the suit?

22         Q    (By Ms. Rodewald) Correct.

23         A    I do not, but I can assume that they

24    wouldn't bring suit unless their drives had

25    failed.
```

Hospodor, Andrew - 12-15-2017

1        Q      But you don't know what percentage?

2               MS. SCARLETT:   Objection, form.

3               THE WITNESS:   I don't know how many

4    drives they had, when they failed, or how many

5    failed.

6        Q      (By Ms. Rodewald) Okay.   Do you want to

7    go for a little further before we take a break?

8        A      No.   We can keep going.

9        Q      Is it your understanding that in the

10   hard drive industry hard drives are produced for

11   different intended uses?

12       A      So I'm -- I'm not really sure I

13   understand what you're asking.

14       Q      Well, let me ask you this:   Do hard

15   drive manufacturers such as Western Digital or

16   Seagate or -- I forget Hitachi's current name.

17   It's HG --

18       A      -- ST.

19       Q      HGST.   Is it your understanding that

20   they manufacture some hard drives to be used

21   inside desktop computers, they manufacture other

22   hard drives to be used in what are called

23   enterprise or mission critical applications, and

24   other hard drives to be used inside DVRs and

25   TiVos, or to be used inside laptops?

1          A     I can take a look though back at the

2     previous page on 56263, and there is a product

3     here at about 15 months in the lefthand side

4     called MANTARAY where it looks like it's going

5     near verticle.

6               You can see the blue dots in the

7     background there are starting to go straight up

8     and that to me would be indicative of something

9     that could be problematic.

10          Q     Going back to 56264, if the graph on

11    the right reaches the cumulative return rate and

12    if CRR reaches the cumulative return rate, can you

13    make any -- do you have any thoughts about whether

14    or not the lines in this graph on the right side

15    are consistent or inconsistent with a Beta of less

16    than 1?

17               MS. SCARLETT:  Objection to form.

18               THE WITNESS:  So looking at the

19    desktop storage, saying that you've got over a

20    period of 12 months, which is one year, you have a

21    cumulative rate here of about 5.8 percent, so this

22    looks like it's accumulating failures at a -- you

23    know, at an increasing rate almost.

24               It's -- it's -- well, it's at a linear

25    rate here, meaning that the failures will continue

1    to accumulate over time.

2              So I would say it's unlikely that you

3    would be able to achieve an AFR of only 1 percent

4    if you have 5.8 percent of the drives being

5    returned from desktop, which would -- I'm taking

6    to mean consumer storage, running a tool like

7    SeaTools.  That would -- you know, that would say

8    that --

9         Q    (By Ms. Rodewald) Okay.  Sorry.  Maybe

10   I wasn't clear.

11             I'm not asking about the AFR.  I'm

12   asking about the Beta parameter of the Weibull

13   distribution.

14             MS. SCARLETT:  Objection.  Is there a

15   question?

16             MS. RODEWALD:  Yes.  So let me restate

17   the question with that clarification in mind.

18        Q    (By Ms. Rodewald) Do you have any

19   thoughts about whether or not the lines in this

20   graph on the right-hand side are consistent or

21   inconsistent with a Beta parameter of the Weibull

22   distribution of less than 1?

23             MS. SCARLETT:  Objection, form.

24             THE WITNESS:  So in looking at these

25   with the cumulative rates here, we would have to

Hospodor, Andrew - 12-15-2017

90

1    take a look at the probability density functions

2    and do some -- do a little bit more work than just

3    looking at this.

4                    I would say, though, that the Moose

5    desktop storage is highly suspicious, and the

6    statements down here seem to think that they are

7    looking at increasing the warranty terms from

8    three years -- from two years to three years.

9                    That that's going to increase their

10   Beta and make it more difficult to keep the Beta

11   less than 1.

12                   However, I'll note that in everything

13   I've reviewed in here the Beta was set originally

14   at .55 and they actually reduced the Beta in some

15   of the early failure analysis testing for the --

16   for the ST3000DM001.

17       Q    (By Ms. Rodewald) Let's just take one

18   line here.

19                   The Nighthawk here, the gold-colored

20   line there, is that cumulative failure rate

21   line -- do you have any thoughts on whether or not

22   that line would be consistent or inconsistent with

23   a Beta of less than 1?

24                   MS. SCARLETT:  Objection to form.

25                   THE WITNESS:  So part of it will

1    depend upon the expected lifetime of the product,

2    and in looking at the Nighthawk, the slope here

3    flattens out to less than 3 percent.

4               And so what you see there is that

5    the -- the cumulative return rate starts to

6    flatten out, and that would be consistent with a

7    Beta that's less than 1, if those were due to

8    failures.

9        Q    (By Ms. Rodewald) Okay.  And that is

10   because the return rate is getting -- apparently

11   getting smaller over time; is that correct?

12              MS. SCARLETT:  Objection to form.

13              THE WITNESS:  The cumulative return

14   rate is increasing slowly over time, but the new

15   returns are diminishing.

16              So if that's representative of a

17   reduction in failure over time, that would

18   indicate a Beta of less than 1.

19       Q    (By Ms. Rodewald) Okay.  And that's

20   because this line is sort of generally curved --

21   curved in a sort of -- a sort of hump, right?

22              It's curving downwards, not curving up

23   from the straight.  It's curving down from the

24   straight, correct?

25              MS. SCARLETT:  Objection to form.

1        Q    (By Ms. Rodewald) So that's showing

2    that generally, if you take the difference between

3    any two points of time, it seems to be getting

4    smaller.

5              MS. SCARLETT:  Objection to form.

6              THE WITNESS:  So I would represent

7    that curve in the Nighthawk desktop storage as

8    flattening out and approaching a level where it

9    doesn't appear -- I can't tell, really, but, you

10   know, if it was continued with that slope, it

11   would appear to be able to stay below 3 percent,

12   where the Moose, on the other hand, within 12

13   months has gone -- is approaching close to

14   6 percent in a much shorter period of time.

15             That does not look like it's going to

16   be, you know, flattening out at all, and that

17   would -- for me, I would study that and see

18   whether or not data -- that Beta was actually less

19   than 1 or possibly greater than 1.

20       Q    (By Ms. Rodewald) Okay.  Are you

21   comfortable making conclusions about Beta just

22   based on looking at this graph?

23             MS. SCARLETT:  Objection to form.

24             THE WITNESS:  So if we're talking

25   about Beta with respect to AFR, we need some more

93

1    information.

2         Q    (By Ms. Rodewald) Okay.  So, for

3    example, if we went from the gold line to the red

4    line to the black line, would you be comfortable

5    saying that Beta was increasing for each of those?

6              MS. SCARLETT:  Objection, form.

7              THE WITNESS:  So, again, we don't know

8    what the actual percentage of failures are there.

9         Q    (By Ms. Rodewald) Okay.

10        A    Because these involve OEM drives, so

11   Beta is represented and looking at the Weibull

12   function modeling the actual failure rates, we

13   would have to separate out which of these would

14   actually be due to real failures.

15             But to me they're looking like there

16   is a problem with the Nighthawk because it's

17   flattening out, but I would be suspicious of the

18   Moose with the straight line going up, and I would

19   want to examine that and find some more

20   information about it.

21        Q    But would you be comfortable saying --

22   going from the gold line to the red line to the

23   black line, would you be comfortable making any

24   conclusions about whether or not Beta is

25   increasing between each of those?

1              MS. SCARLETT:  Objection, form.

2              THE WITNESS:  I think this is good

3    evidence that suggests it should be studied.

4              I don't think you can draw an

5    exemplary conclusion just by looking at this data,

6    although I will note this is very similar to

7    Andrei Khurshudov's examining the actual failure

8    rates.

9              He had some similar graphs that were

10   presented and showing that over time the Beta was

11   approaching 1, and even suggested that Seagate

12   rethink a Beta value other than what it had been

13   using in the past, which I believe was .55.

14        Q    (By Ms. Rodewald) Okay.  So you believe

15   that Andrei was looking at actual failure rates in

16   his report?

17        A    I believe --

18              MS. SCARLETT:  Objection to form.

19              THE WITNESS:  I believe he was, but we

20   can take a look at it.

21        Q    (By Ms. Rodewald) And do you

22   believe -- if these were failure rates, would you

23   be comfortable drawing a conclusion about Beta,

24   whether Beta was increasing from the gold to the

25   red to the black, just by looking at the data?

95

1              MS. SCARLETT:  Objection to form.

2         Q    (By Ms. Rodewald) On just by looking at

3    the graph and assuming this is a failure rate

4    instead of a return rate, would you be comfortable

5    just eyeballing that and saying that it is

6    increasing?

7              MS. SCARLETT:  Objection to form.

8              THE WITNESS:  When you're saying red,

9    I'm looking here on the lefthand side of --

10        Q    (By Ms. Rodewald) I'm talking about

11   going from the Nighthawk to the Galaxy to the

12   Super Hawk, and we can even add in the Brink, so

13   gold, red, black, green.

14        A    Yeah.  And again, there isn't enough

15   data there to see whether or not those curves are

16   going to be flattening out.

17        Q    Okay.  But just by eyeballing this,

18   can you make any conclusions about whether or not

19   the Beta parameter is changing in any direction?

20        A    So my --

21             MS. SCARLETT:  Objection to form.

22             THE WITNESS:  My conclusion here would

23   be this warranted some more investigation.

24        Q    (By Ms. Rodewald) Can I take that as a

25   no, you're not comfortable making a conclusion

1    about whether or not Beta is increasing between

2    those lines just by eyeballing the graph?

3                MS. SCARLETT:  Objection to form.

4                THE WITNESS:  No.  My -- my conclusion

5    is that I would need to actually study the data

6    and we need to see where these graphs flatten out.

7                I can't just simply eyeball this and

8    tell you whether Beta is approaching 1 or less

9    than 1, right.  We need to do a little bit more

10   work.

11        Q    (By Ms. Rodewald) And can you make a

12   conclusion, just by looking at this, whether, for

13   example, the Beta of the black line's greater than

14   the Beta of the gold line?

15               MS. SCARLETT:  Objection, form.

16               THE WITNESS:  So I can't -- I can't

17   see what the black line's doing over time here, so

18   I can't provide you with that opinion.

19        Q    (By Ms. Rodewald) Okay.  And just

20   looking up to thirty months, without even just

21   stopping at thirty months, can you make any

22   conclusions about whether or not the Beta for the

23   black line is greater than the Beta for the gold

24   line?

25               MS. SCARLETT:  Objection, form.

105

1    phase referred to as pilot exit.

2        Q    Okay.

3        A    And accordingly, Seagate test drives

4    pre-release, as well as post-release, so it's

5    right there where the drive is released that

6    Seagate will be collecting and analyzing field

7    data to spot trend and determine whether a drive

8    is meeting its anticipated rate of field returns.

9        Q    So after this release it's your

10   understanding that the drive is continued -- hard

11   drive companies in general and Seagate included

12   continue to put the drives through ongoing

13   testing; is that correct?

14       A    Yes.

15       Q    Okay.  And is it your understanding

16   that Seagate called that ongoing activity ongoing

17   reliability testing or ORT?

18            MS. SCARLETT:  Objection, form.

19            THE WITNESS:  I have seen the term ORT

20   and there may be some other testing that they've

21   done as well.

22            Once the drive does go into

23   manufacturing, it would typically use the same

24   components that were qualified on the drive at the

25   time it was being designed and before it was being

106

1    handed off from the pilot exit and the quality

2    exit.

3                  So what was unusual here is that even

4    though the drive was in mass production, some of

5    the major components appeared to still be designed

6    or redesigned or being replaced.

7                  So at the time that they were in the

8    ramp and certainly at the time that they were

9    producing a lot of drives they were still

10   qualifying some of the parts.

11       Q    (By Ms. Rodewald) Have you ever been

12   involved in the production of a hard drive that

13   was produced in volume of millions?

14       A    Yes.

15       Q    And when was that?

16       A    That was at Quantum.

17       Q    Okay.

18       A    In the 1980s -- sorry, 1990s as well.

19       Q    And those being hard drive --

20   particular models of the hard drives were being

21   produced in millions of numbers a year?

22       A    Yes.

23       Q    And were those being produced at a

24   number of factories in a number of different

25   countries as well?

Hospodor, Andrew - 12-15-2017

107

```
1        A     No.  I believe we had one major

2   manufacturing facility.

3        Q     Was it Quantum's practice at the time

4   to qualify multiple sources for components?

5        A     Yes.  Quantum would qualify multiple

6   sources before the mass production of the drive

7   began.

8        Q     Before they started ramping production

9   they would qualify multiple sources?

10        A     Yes.

11        Q     And is it possible that a company

12   would qualify multiple sources during the ramp

13   phase?

14             MS. SCARLETT:  Objection, form.

15             THE WITNESS:  It not something that

16   I've ever seen.

17        Q     (By Ms. Rodewald) How many drives have

18   you been involved with taking from design through

19   approval for sale through a ramp?

20        A     Dozens.

21        Q     And was that all at Quantum?

22        A     That was primarily at Quantum, and

23   then I had also done consulting work where I

24   assisted other disk drive companies.

25        Q     When was that?
```

108

```
 1        A     In the back of my resume, I think it
 2    was '83 to '86.  Let's see.  It may have been
 3    earlier or later.
 4              So when I was at I/O Xel, '86 to 1990,
 5    and so I worked with companies like Quantum,
 6    Prium, Maxtor and Iomega and assisted them in
 7    taking their product through this process.
 8        Q     And you were involved in qualifying
 9    component suppliers?
10        A     I actually at the time developed
11    something called the SCSI benchmark tester and
12    that was the first patent that I received, and
13    these companies used the tester to evaluate some
14    of the suppliers of some of their components.
15        Q     So you're saying that it's not -- it's
16    not standard practice to continue qualifying new
17    suppliers of parts during the ramp phase of
18    production?
19              MS. SCARLETT:  Objection, form.
20              THE WITNESS:  I'm not familiar with
21    that, and I would think it's somewhat dangerous.
22        Q     (By Ms. Rodewald) Why?
23        A     Because you're about to start building
24    millions of things with parts that you don't
25    really know very much about.
```

1        Q      That's the purpose of the
2   qualification process, isn't it?
3              MS. SCARLETT:  Objection, form.
4              THE WITNESS:  That's why I believe the
5   qualification process should occur before the mass
6   production.
7        Q      (By Ms. Rodewald) During ongoing
8   reliability testing or whatever you want to call
9   it -- let me see.
10             Have you ever been involved in that
11  process, the process of either doing or
12  supervising, directly supervising, ongoing
13  reliability testing?
14       A      Yes.
15             MS. SCARLETT:  Objection to form.
16             THE WITNESS:  Sorry.  Yes.
17       Q      (By Ms. Rodewald) When was that?
18       A      That was again at Quantum.
19       Q      And can you please explain what your
20  role was with regard to ongoing reliability
21  testing?
22       A      So at Quantum we were very interested
23  in what the failure rates were, and my group in
24  systems engineering was responsible, as I said,
25  for drives that were targeted for streaming

1      Q     Okay.  So you're saying that

2   head-related failures -- you are grouping them all

3   together as being common; is that correct?

4      A     No, that is not what I'm saying.

5      Q     Okay.  So why would it matter whether

6   or not something is called a head-related failure?

7           It sounds to me like you're saying

8   just because something is called a head-related

9   failure you cannot make a conclusion one way or

10  another whether it has anything in common with a

11  different head-related failure; is that correct?

12          MS. SCARLETT:  Objection, form.

13          THE WITNESS:  Okay.  So I didn't

14  understand your first question and I definitely

15  don't understand your second question.

16     Q     (By Ms. Rodewald) Okay.

17     A     So if you could rephrase them for

18  me --

19     Q     Just because two things are called

20  head-related failure, can you make a conclusion

21  about whether or not those two failures have

22  anything in common?

23          MS. SCARLETT:  Objection, form.

24          THE WITNESS:  So you would look for a

25  common reason for those two heads to fail and if

Hospodor, Andrew - 12-15-2017

1    they both had the PFPE lubricant piling up on

2    them, then I would say you've got a common root

3    cause for these failures.

4            Q    (By Ms. Rodewald) But you have to look

5    for the root cause, correct?

6            A    That's always the best way to do

7    failure analysis.

8            Q    So just because two things, two

9    failures happen to be head related does not mean

10    they have a common root cause, correct?

11                MS. SCARLETT:  Objection, form.

12                THE WITNESS:  I think I previously

13    testified that you can have random failures where

14    there is absolutely no correlation between the two

15    different types of failures and you can have

16    different types of failures within heads, but

17    Seagate wasn't there.  I mean, sure, they were

18    there.  They were the background.

19                What was overshadowing Seagate's

20    failure process were all these other problems from

21    the drive being immature at the time it was

22    introduced in the mass production.

23                Changing the parts, having problems

24    with lubricants, having contamination, they were

25    very, very far away from testing random failure

127

1    modes because they hadn't eliminated the other

2    failures yet.

3         Q    (By Ms. Rodewald) Are you saying that

4    the head-related failures that Seagate saw were

5    all connected to each other somehow?

6              MS. SCARLETT:  Objection, form.

7              THE WITNESS:  I'm not making blanket

8    statements about every head failure.

9         Q    (By Ms. Rodewald) Okay.  What

10   percentage of the head-related failures that

11   Seagate saw were somehow connected to each other?

12             MS. SCARLETT:  Objection, form.

13             THE WITNESS:  We can review that and

14   look through -- in their own documents they say

15   what percentage of the failures related to things

16   like head instability, what percentage were

17   related to contaminants, what percentage were

18   related to each of the problems that they had

19   identified.

20        Q    (By Ms. Rodewald) Okay.  But let's say

21   if -- are all problems related to head instability

22   related to each other?

23        A    I wouldn't --

24             MS. SCARLETT:  Objection, form.

25             THE WITNESS:  I wouldn't go so far,

128

1    saying that.

2        Q    (By Ms. Rodewald) Okay.  So did you do

3    an analysis of how many, what percentage of the

4    head instability issues Seagate encountered were

5    related to each other or to a common cause?

6            MS. SCARLETT:  Objection, form.

7            THE WITNESS:  So I did not perform

8    such a comprehensive analysis.

9            My role in drafting this declaration

10   was to provide exemplary evidence of what was

11   going wrong and what impact that would have on

12   consumers and whether or not Seagate could

13   actually meet their 1 percent AFR that was going

14   out to -- in their consumer information.

15       Q    (By Ms. Rodewald) And you previously

16   said that the actual failure rate of the drives

17   was not the same from 2011 to 2016, correct?

18           MS. SCARLETT:  Objection, form.

19           THE WITNESS:  No, I didn't say that.

20   What I said was I had looked at the present

21   failure rate of the drive and had data from the

22   period of 2011 to late 2012, possibly early 2013.

23       Q    (By Ms. Rodewald) Okay.  So have you

24   made any conclusion about the actual failure rates

25   of the drive beyond the beginning of 2013?

129

1          A      I don't believe that I have.  I think

2     that we were looking at just the numbers we

3     obtained from Seagate because we don't have these

4     numbers, and I would be happy to provide a

5     conclusion on that when we have that data.

6          Q     What you reviewed -- you reviewed the

7     documents Seagate produced; is that correct?

8               MS. SCARLETT:  Objection, form.

9               THE WITNESS:  I reviewed a lot of

10    Seagate documents.  Which are you talking about?

11         Q     (By Ms. Rodewald) Why are you saying

12    you don't have the data?

13              MS. SCARLETT:  Objection to form.

14              THE WITNESS:  Because I did not review

15    any data based on customer failures in the file.

16    Seagate did not produce that in this case.

17         Q     (By Ms. Rodewald) So Paragraph 34, you

18    go on to state, "The data used to calculate AFR

19    and MTBF is usually obtained by conducting

20    accelerated life testing equivalents of running a

21    large population of drives 24 hours per day and

22    seven days per week for at least 30 days in

23    special test chambers which subject the drives to

24    extreme conditions, such as temperature and

25    voltage levels above and below the values listed

1    manufacturer and has their brand on it is that if

2    they are manufacturing disk drives and their disk

3    drives are either 2400 power-on hours or 8760

4    power-on hours, that the disk drive that's inside

5    the enclosure that I buy from them will either be

6    2400 power-on hours per year or 8760 power-on

7    hours per year.

8                    I have never seen any piece of

9    information that suggests that customers should

10   only use their Seagate branded storage solutions

11   for less than 2400 hours a year, never seen it.

12   This is the first time today.

13        Q    (By Ms. Rodewald) And you have no idea

14   how long the average consumer uses an external USB

15   drive, correct?

16        A    I don't think that matters.

17                MS. SCARLETT:  Objection to form.

18                THE WITNESS:  I don't think that

19   matters.

20                MS. RODEWALD:  I think we're up to

21   Exhibit 10.

22                (Exhibit 10 marked.)

23        Q    (By Ms. Rodewald) This is the Grenada

24   BP ECQ Approved Final from June 5th, 2012,

25   correct?

Hospodor, Andrew - 12-15-2017

192

1          A      This is what it says on the cover,

2     from the Grenada Core Team.

3          Q      And what is your understanding of this

4     document?

5          A      This document is another version of

6     Grenada Block Point, Grenada BP, and on 26753

7     there are a number of the changes that were made,

8     including the Luxor chip, which was a rewrite

9     channel margin.

10              I believe this was pre-amp chip, a

11     new motor controller chip, changes to the printed

12     circuit board, changes to the firmware, and then

13     considering again a second source media supplier

14     for supply flexibility.

15              This is after the Grenada Classic went

16     into production in April 2011, so 18 months later

17     they are looking at qualifying another supplier

18     for one of the most important pieces of the media.

19          Q      This is the Grenada BP though,

20     correct?

21          A      This is the Grenada Block Point --

22     these are the changes to make it the ECQ listed on

23     Page 26753.

24              So the Block Point changes are what

25     took it from Grenada Block Point to Grenada ECQ,

224

1        Q    (By Ms. Rodewald) Didn't he say that

2    there is a correlation between the amount of

3    workload stress and the product's propensity to

4    show constant failure rate or wear-out?

5             MS. SCARLETT:  Objection, form.

6             THE WITNESS:  He did say that.

7        Q    (By Ms. Rodewald) Okay.  So that would

8    mean that the higher workload products are the

9    ones that have -- are correlated with this

10   propensity to show Beta equals greater than 1,

11   correct?

12            MS. SCARLETT:  Objection, form.

13            THE WITNESS:  I don't think that's

14   what he said.

15       Q    (By Ms. Rodewald) Okay.  So it's

16   correct that one of your opinions is that the

17   ST3000DM001 drives had a failure rate that

18   increased over time, correct?

19       A    During the period that I reported in

20   this report from April of 2011 through

21   October 2011 to April 2012, it was increasing.

22       Q    Do you have an opinion about whether

23   it was increasing outside of that window?

24       A    I haven't -- I have not accurately

25   studied the data.

225

1          I did look through the data that you

2    presented me here today and found that the drives

3    did not continue to meet their expectation for the

4    performance goals that were set in terms of AFR.

5          Q    So are all of the bases for your

6    opinions that Seagate did not use the right Beta

7    value stated in your report?

8               MS. SCARLETT:  Objection, form.

9               THE WITNESS:  I think there are lots

10   of opinions that are floating around in my head,

11   some of which are scattered, some of which may or

12   may not make sense.

13          I tried to write a report that was not

14   comprehensive but one that was exemplary and

15   explained the basis for my opinions and provided

16   the evidence that I had for Seagate not reaching

17   their AFR target of 1 percent.

18          Q    (By Ms. Rodewald) Do you know of any

19   evidence, sitting here today, that you did not

20   include in your report?

21               MS. SCARLETT:  Objection, form.

22               THE WITNESS:  In the back of my report

23   here you will see a long list of numbers.

24          I didn't print every single one of

25   these, and I didn't actually cite every single one

Hospodor, Andrew - 12-15-2017

231

1     drives into mass production in Japan.

2           Quantum designed the drives and then

3     would send teams of manufacturing engineers to

4     Japan to implement the production of the drives,

5     do the preproduction builds, bring the

6     preproduction drives back for testing in Milpitas,

7     California, calculate things like AFR, look at

8     what the yield would be, and when the drive was

9     deemed sufficiently mature, it would go into mass

10    production.

11          And one of the levels was -- you know,

12    is the drive going to be able to achieve a

13    first-pass yield at the start of mass production.

14    Q     You are not one of the manufacturing

15    engineers, correct?

16    A     I was not a manufacturing engineer,

17    but I had more than enough friends in

18    manufacturing engineering, so I got to hear all

19    the relevant stories, and by the time I was done

20    at Quantum, I was in the management ranks, so I

21    regularly got updates about what was going on and

22    what was on the critical path, what types of

23    problems we're seeing, what we're going to do to

24    get the yield up prior to mass production.

25    Q     But Quantum was not responsible for

232

1    getting the yield up, was it?

2         A       Quantum was.   Quantum acted hand in

3    hand with MKE to identify and correct any issues

4    prior to mass production, so once the drive went

5    into mass production, it was being cranked out by

6    the millions.

7              And this is at a time before the

8    internet, so we didn't have the ability to issue

9    firmware updates twice a year or three times a

10   year like Seagate was doing during the life of the

11   Grenada product.

12             We had to get it right the first time,

13   and we qualified all of our vendors before we went

14   into mass production.

15             We built prototype drives with

16   combinations of each of the vendors' components to

17   make sure that they all worked together.

18             We did our AFR life-cycle testing.  We

19   did all of -- I'm sorry, the accelerated

20   life-cycle testing for AFR.

21             We did all these things prior to

22   getting the drive into production, and it was only

23   when both Quantum and MKE were satisfied with the

24   results that the drive was actually released into

25   mass pro.

233

1          We would never change or try to put a

2    new part on a drive that wasn't already

3    qualified --

4        Q    Okay.

5        A    -- once it went into mass pro.

6        Q    So you never changed -- after the

7    drive went into mass production, you never

8    qualified new suppliers for parts?

9          MS. SCARLETT:  Objection, form.

10          THE WITNESS:  We didn't -- as far as I

11   know, we used the suppliers that were qualified

12   during the design phase and used their parts to

13   make the product, and we made sure that those

14   parts were interchangeable with other parts from

15   other manufacturers.

16          So we avoided swapping out a part in

17   the middle of production with a new part that

18   hadn't been qualified with all the other parts.

19          A disk drive has a tremendous amount

20   of parts inside of it.  It's a complicated device.

21          We did, however, take new suppliers

22   and look at qualifying them into the production to

23   the next production run of a follow-on product.

24          So if we had a bump in aerial density,

25   if we were going to add some new heads, if we were

234

1      going to do something different or target a

2      different market, we would use that as an

3      opportunity to qualify a new vendor, knowing that

4      the original drive, in the case of something like

5      a classic drive, was already solid and stable.

6                    We would take a look at what we could

7      do in the next generation to add different

8      components into that, get some more capacity out

9      of it, get a little more performance, maybe some

10     more reliability.

11          Q      (By Ms. Rodewald) And how -- you said

12     the drives were brought back to California for the

13     accelerated reliability testing -- or accelerated

14     life testing, sorry.

15                    How was the AFR calculated from the

16     data?

17                    MS. SCARLETT:  Objection, form.

18                    THE WITNESS:  So the drives were put

19     into a similar type of a system where you had

20     four-corners testing, where you are looking at

21     elevated voltages, elevated temperatures, reduced

22     voltages, reduced temperatures to cover all four

23     corners of the specification, and they were run

24     24-7.

25                    They had diagnostic software running

236

1        Q      Okay.  And do you know what techniques

2   they used to fit the Weibull distribution to the

3   failure data?

4        A      You know, I don't know off the top my

5   head, but I can tell you the tools that were

6   pretty popular at Quantum were MATLAB and Excel.

7        Q      Okay.

8        A      Both of those have Weibull

9   distributions as a function.

10       Q      And was yield data used to calculate

11  either the Weibull parameters or the AFR?

12       A      I don't think the yield was used to do

13  either of those.

14              The yield was -- coming out of the

15  first pass was whether or not the drives worked as

16  soon as they were built.

17              So that was the -- the yield tells

18  you, hey, is this drive functional when it gets to

19  the end of the manufacturing line.

20              The AFR data applies to the drives

21  that go into ovens and environmental chambers so

22  that we can do the life-cycle testing on them, so

23  generally there are two slightly different

24  concepts.

25              I mean, obviously a drive has to work

248

```
 1      generating two or more engineering change requests

 2      every single day and that's enough to overwhelm an

 3      organization.

 4           Q    (By Ms. Rodewald) So I have a pretty

 5      simple question here.  I hope we can figure it out

 6      together.

 7                You don't cite any documents in

 8      connection with Figures 19 and 20, and so I'm

 9      wondering if you can tell me what the actual

10      documents are that you got the data from.

11           A    So the documents are the documents

12      like this FED SEAG0002724, and all of these

13      documents that represent the monthly engineering

14      change request -- they are called the engineering

15      change request logs.

16           Q    Okay.

17           A    And it's either this document with a

18      lot of tabs or it's this document and the

19      subsequent documents.

20           Q    So I'm pretty sure that that document

21      only had one tab, so that would mean that there

22      are a bunch more of those, but you didn't cite the

23      Bates numbers in connection with these two

24      figures.

25           A    We can go back and do that if you need
```

Hospodor, Andrew - 12-15-2017

249

```
 1    that.

 2              I'm sorry.  That would have been an

 3    oversight, and you know, I hope that we included

 4    those in the disclosure in the back --

 5        Q    Okay.

 6        A    -- of all the Bates numbers, but if we

 7    need to, we can pull those out and get them for

 8    you individually.

 9        Q    Yeah.  We were just really trying to

10    figure out how you made these pretty pictures.

11    Couldn't figure it out.

12              Now you've mentioned customer code

13    ECRs, and what does that mean?

14        A    So a customer code, my understanding

15    is that would be a change that was implemented at

16    the request of a specific customer.

17        Q    And what might those be?

18        A    It's too loud.  It's -- you know, it's

19    got the wrong color sticker on it, it doesn't

20    accept this vendor unique command that we want.

21        Q    Okay.

22        A    We wanted a blue LED instead of a red

23    LED.  It's that kind of stuff when you're dealing

24    with customers.

25              But primarily the customer codes are
```

1    have any knowledge about the information that was

2    provided to me.

3          Q    (By Ms. Rodewald) And if, in fact, no

4    other OEM reported a high return rate, would that

5    change any of your opinions in this report?

6          A    No.  This report, as I said before,

7    was not meant to be comprehensive.

8               This report was meant to be exemplary,

9    and so I think you have one good example of Apple

10   having to issue a recall based on a contamination

11   issue of the ST3000DM001.

12         Q    And what about the counter example of

13   the other OEMs that apparently did not report a

14   high return rate and did not issue a recall?  Did

15   you consider those counter examples?

16              MS. SCARLETT:  Objection, form.

17              THE WITNESS:  Again, I didn't think

18   that they were necessary because I think that this

19   was meant to be something that was exemplary, and

20   whether someone chose to issue a recall or issue a

21   stop ship or simply not take the product, I didn't

22   think that really mattered.

23         Q    (By Ms. Rodewald) Well, here with Apple

24   they were talking about drives that apparently

25   were returned several years after they were

1   originally manufactured, so to your knowledge, was

2   there any other problem like that with any other

3   OEM?

4              MS. SCARLETT:  Objection, form.

5              THE WITNESS:  So I think the issue

6   there, as I said in Paragraph 188, is that Seagate

7   knew about the contamination as early as 2013, but

8   did not disclose it to Apple for approximately two

9   years, which explains why Apple had these drives

10  for two years before they were returned.

11              I didn't spend a significant amount of

12  effort looking for other examples of recalls

13  because, as I said, this was meant to be an

14  exemplary declaration and not a comprehensive

15  declaration of all the issues and all the problems

16  with all the OEMs.

17       Q    (By Ms. Rodewald) Okay.  But if it

18  turns out that there weren't other issues with

19  other OEMs, would that change any of your

20  opinions?

21              MS. SCARLETT:  Objection, form.

22              THE WITNESS:  If given the opportunity

23  to examine all the data, I would certainly

24  reconsider my opinions, but the fact that there is

25  one major OEM that had to recall 135,000 products,

315

1          MS. SCARLETT:  Objection to form.

2          THE WITNESS:  I cited this document as

3   an AFR of 0.34.

4          I don't believe I said it was the only

5   document Seagate had ever produced, but, again,

6   I'm presenting exemplary information here, not

7   comprehensive information.

8      Q    (By Ms. Rodewald) Right now do you know

9   of any other evidence that Seagate published an

10  AFR of 0.34 percent in April 2011?

11         MS. SCARLETT:  Objection to form.

12         THE WITNESS:  Off the top of my head,

13  I do not, but I seem to remember advertising

14  different numbers for the AFRs.

15         So the data sheets at some point said

16  0.34 percent, and that was here on Paragraph 53

17  and 54.

18         So I'm sorry, the data sheet remained

19  unchanged, but Seagate continued to advertise the

20  AFR of the ST3000DM001 on its website as 0.34,

21  less than 1 percent, until at least January 2013.

22     Q    (By Ms. Rodewald) Do you think it

23  requires your expertise to review the Seagate

24  website and determine what it said about AFR?

25         MS. SCARLETT:  Objection to form.

Hospodor, Andrew - 12-15-2017

316

1           THE WITNESS:  I'm sorry.  I don't

2    understand your question.

3           Q    (By Ms. Rodewald) Do you think it

4    requires your expertise to look at Seagate's

5    website and determine what it said about AFR?

6           A    I think --

7           MS. SCARLETT:  Objection to form.

8           THE WITNESS:  I think that any person

9    could look at Seagate's website and see what it

10   says about AFR.

11          Q    (By Ms. Rodewald) Okay.  Do you think

12   that an ordinary consumer could look at Seagate's

13   website and understand what the AFR meant?

14          A    So Seagate changed from MTBF to AFR to

15   make it easier for consumers to understand what it

16   meant, because consumers had a hard time

17   understanding what meantime between failure was on

18   a large population of drives, and they had an

19   easier time of understanding what annual failure

20   rate meant.

21          Q    But you think that an ordinary

22   consumer could look at Seagate's website and

23   understand the information presented there?

24          A    I don't see any reason why they

25   couldn't.

317

1          Q     And what about with regard to the
2     product manual and the data sheets that you cite
3     in your report?
4                 Is this something that requires your
5     expertise to understand?
6                 MS. SCARLETT:  Objection to form.
7                 THE WITNESS:  I think that the product
8     manuals and the data sheets are written to be as
9     simplistic as possible.
10         Q     (By Ms. Rodewald) Okay.
11         A     So I would say no, they don't require
12    a Ph.D. in computer engineering to understand
13    them.
14                MS. RODEWALD:  Okay.  I believe that's
15    all I have for now.
16                It seems that you have reserved the
17    right to add to your opinions and we definitely
18    reserve the right to continue the deposition of
19    Mr. Hospodor if he revises or adds to his
20    opinions.
21                I would like to mark this transcript
22    as confidential, please.
23                MS. SCARLETT:  No questions from the
24    Plaintiffs.
25                THE VIDEOGRAPHER:  This marks the end

319

1

2              I, the undersigned, a Certified Shorthand

3       Reporter for the State of California, do hereby

4       certify that the witness in the foregoing

5       deposition was by me first duly sworn to testify

6       to the truth in the cause herein entitled; that

7       said deposition was taken at the time and place

8       herein stated; that the testimony of said witness

9       was reported by me and thereafter transcribed

10      under my direction into typewriting; that the

11      foregoing is a full, complete and true record of

12      said testimony;

13              I further certify that I am not of

14      counsel or attorney for either or any of the

15      parties in the foregoing matter, nor in any way

16      interested in the outcome of the cause herein

17      named.

18              IN WITNESS WHEREOF, I have hereunto

19      set my hand this 17th day of December, 2017.

20

21              _____

22              MARY HOGAN, CSR NO. 05386

23

24

25