# EXHIBIT 12
[UNREDACTED in the PUBLIC RECORD]

1

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   No. 5:16-cv-00523-RMW

4   _____

5   30(b)(6) DEPOSITION OF SEAGATE TECHNOLOGY, LLC
    AS GIVEN BY:  PATRICK DEWEY
6   September 7, 2017

7   _____

8   IN RE SEAGATE TECHNOLOGY, LLC

9   LITIGATION
    _____

10

11  APPEARANCES:

12      AXLER GOLDICH, LLC
            By Marc A. Goldich, Esq.
13              Matthew Strout, Esq.
                1520 Locust Street, Suite 301
14              Philadelphia, Pennsylvania 19102
                267.534.7400
15              mgoldich@axgolaw.com
                mstrout@axgolaw.com
16                  Appearing on behalf of Plaintiffs

17      SHEPPARD MULLIN
            By Anna S. McLean, Esq.
18              Four Embarcadero Center, 17th Floor
                San Francisco, California 94111-4109
19              415.434.9100
                amclean@sheppardmullin.com
20                  and
                Mukund Sharma, Esq.
21              379 Lytton Avenue
                Palo Alto, California 94301-1479
22              msharma@sheppardmullin.com
                    Appearing on behalf of Seagate
23                  Technology, LLC

24

25

87

1    where there is not a Gen 3 because the drive was

2    mature and capable in the Gen 2 phase.  And so you

3    could -- you can eliminate a phase if the drive

4    matures and demonstrates all of its metrics and specs

5    and meets expectations, and you would go right to CTU

6    phase.

7        Q    Which is a release phase, right?

8        A    CTU is a phase where you release test

9    units to customers, but it is not released for

10   revenue shipments.

11       Q    Right.

12       A    That would be SAD.

13       Q    And SAD would be subsequent to the CTU?

14       A    It could be at the same time or it could

15   be later.

16       Q    Okay.  But typically it's not before,

17   right?

18       A    Never before.

19       Q    Okay.  You said "mat testing."  Do you --

20   is that short for maturity testing?

21       A    I think so, yeah.

22       Q    Okay.

23       A    Yeah.  It's part of the Reli suite of

24   tests.  You'll find a lot of different names used

25   describing that.

88

1      Q      Okay.  And so those are the kinds of tests

2    that are performed during development to -- to assess

3    whether a drive has reached certain goals; is that

4    correct?

5      A      Yes.

6      Q      Okay.  And just correct me if I -- if I

7    have this right based on what you just said, that

8    depending on the results of mat testing, you could

9    actually move up the development or even eliminate

10   certain stages of development of a drive?

11     A      You can.

12     Q      Okay.  It actually means you're ahead of

13   schedule, right?

14     A      You can -- I've been on programs where we

15   have not had to have all of the phases because you

16   are ahead, yes.

17     Q      Well, that must -- yeah, you're probably

18   happy when that happens, right?

19            MS. MCLEAN:  Objection, beyond the scope,

20   calls for speculation, overbroad.

21     A      As a development team, yes.

22     Q      (BY MR. GOLDICH)  Because you're meeting

23   your goal, but you're not just meeting it, you're

24   meeting it ahead of schedule.

25            MS. MCLEAN:  Beyond the scope, calls for

135

1         A      Yes.

2         Q      Okay.  And some of those tests are related

3    to something referred to as AFR, right?

4         A      We get a measurement of AFR out of tests

5    that are done in the development phase.

6         Q      Okay.  And there's also tests related to

7    MTBF, right?

8         A      Yes.

9         Q      And that's the mean time between failure,

10   right?

11        A      Yes.

12        Q      And then there's tests related to DPPM,

13   right?

14        A      Correct.

15        Q      And that's defective parts per million,

16   right?

17        A      Yes.

18        Q      Okay.  Other than those three, what --

19   what sort of tests are performed on the drives during

20   development?

21        A      A series of tests that measure the drive

22   against specifications.  It's referred to in our

23   language as DMT, and it's design maturity testing.

24   So in those tests we look at things like power

25   consumption, acoustics, the thermal map of the drive,

136

1    how it reacts in shock and vibe, and verifying that

2    it meets specs to those events.  So a lot of the spec

3    verification beyond the AFR and MTBF and DPPM.

4         Q     And you answered my next question, which

5    was going to be, are those tests performed to assess

6    whether the drive is meeting the specifications that

7    are contemplated by the core team contract?

8         A     Yes.

9         Q     Okay.

10         A     It's repeated many times.

11         Q     Meaning the tests are repeated many times?

12         A     The test measurement.  As I described the

13    run/break/fix cycle, each time we subject them

14    against its specs and its MTBF and DPPM, and that

15    gives us the feedback to mature.

16         Q     And then ultimately specifications of a

17    drive make their way into something called a product

18    manual, right?

19         A     Yes.

20              MS. MCLEAN:  Objection, beyond the scope.

21         Q     (BY MR. GOLDICH)  Are those specifications

22    derived from the core team contract?

23              MS. MCLEAN:  Objection, beyond the scope.

24              You can answer to the extent of your

25    personal knowledge.

1      A     Yes, sir.

2      Q     Okay.  And there's a -- there's some

3  bullets under the words "Key Message."

4           Do you see that?

5      A     Yes, I do.

6      Q     And then there's the first sentence there

7  says, "Added 692 drives (Mat 2.0) with CA's and PCO

8  8.1 and at an average of 433 hours."

9           Do you see that?

10     A     Yes, I do.

11     Q     Okay.  So there's a reference here to Mat

12  2.0, right?

13     A     Yes, sir.

14     Q     So that's a maturity test?

15     A     Yes.

16     Q     And this was a -- not the first maturity

17  test, right?

18     A     No.

19     Q     So this was one where additional testing

20  had to be performed, right?

21     A     Yes.

22     Q     Okay.  Do you recall why more testing

23  needed to be done?

24     A     Yes, and certainly refreshed by looking at

25  this.  I will refer you to where it says, "Drive

1    Development Phase:  Gen 2."

2        Q    Yes.

3        A    That's a reference to that life cycle of

4    the development.  And if you look at the graph right

5    below it, it lists essentially from Phase 0 through

6    many of the generations or stages.  And then you can

7    see its proximity to CTU, Disty, and OEM approval, is

8    what is being referred to there.

9            So as we mature the drive, we make a

10   measure of how it's performing against the specs and

11   the MTBF, AFR, DPPM.  And at that phase, Gen 2, we

12   were less than a CTU, Disty, and OEM level of

13   performance for MTBF.

14           So what I was communicating from this

15   document was a weekly review with our executive team

16   that we had put more drives into a regression test

17   with improvements in the test process in an effort to

18   learn are we making improvements and strides towards

19   improving those.

20           So this is before any ship approval.  This

21   is as we were maturing the drive.

22       Q    But this is a ship approval for the

23   Seagate Branded Solutions drives, right?

24       A    Yes, and this slide or portion here speaks

25   to the entire Grenada status.  I include it because

252

```
1    STATE OF COLORADO)

2                    )   ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Pamela J. Hansen, do hereby certify that

5    I am a Registered Professional Reporter and Notary

6    Public within the State of Colorado; that previous to

7    the commencement of the examination, the deponent was

8    duly sworn to testify to the truth.

9         I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14        I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18        In witness whereof, I have affixed my

19   signature this 18th day of September, 2017.

20        My commission expires September 3, 2018.

21

22        _____
          Pamela J. Hansen, CRR, RPR, RMR
23        216 - 16th Street, Suite 600
          Denver, Colorado  80202
24

25
```