# EXHIBIT 13
[UNREDACTED in the PUBLIC RECORD]

1

1        UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
         CALIFORNIA SAN JOSE DIVISION
2        CASE NO. 5:16-cv-00523-RMW

3        _____
         30(b)(6) DEPOSITION OF SEAGATE          July 26, 2017
         TECHNOLOGY, LLC BY GLEN ALMGREN
4        _____
         IN RE SEAGATE TECHNOLOGY, LLC LITIGATION
5        _____
         APPEARANCES:
6             AXLER GOLDICH, LLC
                   By Marc A. Goldich, Esq.
7                            and
                      Matthew Strout, Esq.
8                      1520 Locust Street, Suite 301
                       Philadelphia, Pennsylvania 19102
9                        Appearing on behalf of Plaintiffs.
              SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
10                 By Anna S. McLean, Esq.
                             and
11                    Mukund Sharma, Esq.
                      Four Embarcadero Center, 17th Floor
12                    San Francisco, California 94111-4109
                         Appearing on behalf Defendants.
13            ELITE LITIGATION SOLUTIONS, LLC
                1518 Walnut Street, Suite 300
14            Philadelphia, Pennsylvania 19102
              www.elitelsllc.com ~ 215.563.3703
15                                                     2

1    accelerated life testing in connection with

2    calculating AFRs?

3         A    Yes.  That's had reason that our test is

4    run at elevated temperature.

5         Q    So what accelerated life testing is

6    performed in particular?

7         A    In addition to the six-week demonstration

8    reliability testing, that test is extended out past

9    six weeks.  The six-week number is what we use to

10   calculate our AFRs, but we keep the testing running

11   out past that and out past what customers will

12   ultimately test to to do exactly that, to -- it's a

13   long-term accelerated test that we use to ensure that

14   we don't have failure modes that exist even out past

15   the six-week test.

16        Q    So -- so initially, there's a six-week

17   test period; is that right?

18        A    Correct.

19        Q    At a temperature, did you say it was 60

20   degrees Celsius?

21        A    Yes.

22        Q    And based on that test, you come up with

23   the AFR; is that right?

24        A    That is right.

89

1     Q      And then you extend the test past the six

2  weeks for purposes of accelerated life; is that

3  correct?

4     A      Yeah.

5     Q      How long do you -- do you run those tests,

6  those extended life tests?

7     A      We run it at a minimum of nine weeks.

8  There can be -- there can be testing extended past

9  that, but it's typically nine weeks.

10    Q      What sort of circumstances would there be

11 for a drive to need to do more than a nine-week

12 extension test?

13            MS. MCLEAN:  Objection.  Beyond the scope,

14 calls for speculation.

15    A      Relative to Grenada?

16    Q     (By Mr. Goldich)  First, in general.

17            MS. MCLEAN:  Same objections.

18    A      In general, we do -- we do longer testing

19 for our Enterprise test drives because of the

20 environment they're in and the longer warranty period

21 of Enterprise drives versus Desktop drives.

22    Q      (By Mr. Goldich)  So typically for a

23 Desktop drive, you would do a nine-week accelerated

24 life beyond the six-week test, and you wouldn't

90

1    extend beyond that nine weeks, correct?

2        A    We wouldn't extend beyond -- beyond the

3    nine weeks as a whole, typically would not.

4        Q    Did you extend beyond nine weeks with

5    Grenada?

6        A    I don't recall.

7        Q    So what is six weeks in testing equivalent

8    to in realtime?

9            MS. MCLEAN:  You're talking about the AFR

10   calculation?

11       Q    (By Mr. Goldich)  For the AFR calculation.

12       A    Well, we -- we use the AFR -- the data for

13   those calculations to assume at a minimum of the

14   one-year field performance.  Testing itself from a

15   right read through put standpoint actually

16   demonstrates three to five years' worth of an end

17   user's actual usage of the drive.

18       Q    So the six weeks is intended to simulate a

19   minimum of one year, and potentially three to five?

20       A    Correct.

21       Q    Do you perform thermal surveys in

22   connection with your AFR testing?

23       A    What do you mean, thermal surveys?

24       Q    To test the temperature of certain parts

143

1          Q      And were the tests ongoing at the time of

2    this writing?

3          A      Yes.

4          Q      Okay.  So it's 433 hours out of how many?

5          A      We'll run for six weeks or 1,008 hours.

6          Q      So it was almost halfway finished?

7          A      Correct.

8          Q      All right.  What about this next sentence

9    here?

10         A      "The key learning from this regression

11   will be the reduction of degrade readers and new

12   media defects."

13         Q      Okay.  So what -- what does this mean?

14         A      What this means, there was -- excuse

15   me -- what this means, there was a need to

16   demonstrate an improvement for degrade readers, and

17   then also for new media defects.  So those would have

18   been two failure modes that would have been

19   encountered in testing prior to MAT 2.0.

20         Q      The next sentence says, "Currently demo

21   101k MTBF and potential of 167k," right?

22         A      Correct.

23         Q      And what does that mean?

24         A      What that means is where the product is

Almgren, Glen - 07-26-2017

144

1   currently demonstrating 101k or 101,000 hours.  So

2   101,000 is basically the number -- the MTBF, the

3   units are in time.  So this is saying it's 101,000

4   MTBF.  That's what's being demonstrated, and then

5   there's a projection or a potential of 167,000 hours.

6       Q     Okay.  So -- so the drives were currently

7   demonstrating 101,000 mean time between failures,

8   correct?

9       A     Correct.

10      Q     And a potential of 167,000 mean time

11  between failure, correct?

12      A     Correct.

13      Q     And the potential is a -- is an estimation

14  based on what exactly?

15      A     It's an estimation based on fixes that are

16  upcoming, but may not be validated yet.

17      Q     Okay.  So you identify problems, for

18  instance in this case, degrade readers and new media

19  defects, right?

20      A     Correct.

21      Q     You propose a corrective action or fix,

22  correct?

23      A     Correct.

24      Q     And then you calculate the change and the

145

1    mean time between failure after the corrective action

2    is implemented?

3         A    Yes.  When the corrective action is

4    implemented and demonstrated, that's that 101k MTBF

5    number.

6         Q    Oh, I see.  So the corrective action was

7    actually implemented to get the 101,000 mean time

8    before failure?

9         A    Correct.  Right.

10         Q    And the potential is if all the corrective

11    actions work?

12         A    No.  No.  The -- the corrective actions

13    work to get to that 101k number.  The potential is --

14    the way to think of that is if there was something

15    that is coming in two weeks, for example, but it's

16    not -- it's not there, but it's coming, and we know

17    that it's going to provide an improvement.  It's

18    really just that.  It's really just a projection of

19    maybe the next -- the next step function up --

20         Q    Okay.

21         A    -- in reliability.

22         Q    I think I understand.

23              MS. MCLEAN:  Let's try not to step on each

24    other's questions and answers.

162

1        A      Yes.

2        Q      Okay.  Now, under this MTBF chart, we have

3    the word demo, which means demonstrated, right?

4        A      Yes.

5        Q      And then it says, "Validated end

6    potential," and earlier ewe were discussing validated

7    end potential in terms of corrective action, right?

8        A      Yes.

9        Q      Okay.  So is it correct that the

10   demonstrated mean time before failure on April 27,

11   2011 was 101,000, right?

12       A      Correct.

13       Q      And that was after certain corrective

14   actions were taken?

15       A      Correct.

16       Q      And the potential, as we saw in the

17   Executive Summary, was calculated to be 167,000?

18       A      Correct.

19       Q      Under there, we have the word goal, and

20   again, we have some columns that relate to phases,

21   right?

22       A      Yes.

23       Q      Okay. So we have the GEN2 phase, and that

24   states 50k, right?

182

1    percent of your population fall out.

2        Q    Why 63.2 percent?

3        A    That's just the characteristic of the

4    math.  It's the distribution, you know.  It's nothing

5    that is related to our testing or anything within

6    Seagate.  It's the characteristic of the Weibull

7    distribution itself.

8        Q    Do you know why Seagate uses the Weibull

9    distribution as opposed to an exponential

10   distribution or some other reliability model?  I

11   believe there are four of them, Weibull being one.

12       A    It's ultimately been the distribution that

13   has fit the data the best.

14       Q    Any reason why it fits best?

15       A    What it does, with typical hard drives,

16   you have -- if you've heard of the bathtub curve,

17   it's not just with hard drives, it's with anything

18   reliability-focused.  There are -- there can be

19   distinct phases of, you know, infant mortality versus

20   kind of a reduced failure rate versus a wear-out

21   mechanism, and the Weibull distribution is able to

22   model those very well.

23       Q    Does Seagate test all of its drives with

24   the Weibull beta that's .608098?

183

1        A      No.  That number is based on the data of

2   this test bed that we are looking at right here.

3        Q      How do you come to that figure for the

4   Weibull beta?

5        A      Well, you need a few pieces of data.  You

6   need to know the number of units in the test, which

7   you have at 1651; you need to know the test time for

8   the population; and then you need to know the time of

9   failure for any individual serial number that is in

10  this.

11       Q      What's a gamma distribution?

12       A      What's a gamma distribution?

13       Q      Yeah.

14              MS. MCLEAN:  And where are you referring

15  to?

16       Q      (By Mr. Goldich)  I'm just asking what a

17  gamma distribution is, if you know, related to the

18  reliability testing.

19              MS. MCLEAN:  I'm going to object to lacks

20  foundation.

21       A      I don't know.  I don't know.

22       Q      (By Mr. Goldich)  What about chi squared?

23              MS. MCLEAN:  Objection.  Lacks foundation.

24       A      What about chi squared?

185

1          Q      So you're referring to the additional

2    testing beyond the six weeks?

3          A      Yes, correct.

4          Q      Has the Weibull ever been set to 1 or

5    greater than 1 for -- for AFR testing of drives at

6    Seagate?

7          A      For Grenada drives?

8          Q      Let's start with Grenada.

9          A      Not to my knowledge.  I don't believe

10   we've ever had a Weibull beta or greater.  We don't

11   set it.  It's calculated from the data.

12         Q      Right.

13         A      Right.

14         Q      Has anyone ever suggested that -- that the

15   data that Seagate's collected about its drives would

16   support having a Weibull of 1 or greater than 1 for

17   its reliability testing?

18                MS. MCLEAN:  Objection.  Vague, lacks

19   foundation.

20         Q      (By Mr. Goldich)  Do you know?

21         A      For Grenada?

22         Q      For reliability testing generally.

23         A      That we should set the beta to 1 or

24   greater?

186

1      Q      Yes.

2           MS. MCLEAN:  Objection.  Vague, lacks

3    foundation, overbroad.

4      A      No.  We wouldn't -- we wouldn't

5    specifically set the beta to anything.  We would let

6    the beta come out of the data.

7      Q      (By Mr. Goldich)  Do you use field data

8    to -- to do reliability testing?

9           MS. MCLEAN:  Objection.  Vague, lacks

10   foundation.

11     A      Not to go to do reliability testing.  Do

12   we look at field data?  Yes.

13     Q      (By Mr. Goldich)  When do you look at

14   field data in connection with reliability in general?

15          MS. MCLEAN:  Objection.  Mischaracterizes

16   testimony.

17     A      We look at field data.  One of the groups

18   earlier in that that I mentioned, they look at field

19   data.  I'm not involved in that as much from a field

20   standpoint, but Seagate does look at field data.

21     Q      (By Mr. Goldich)  That's because you're

22   pre-release, right?

23     A      Correct.

24     Q      So there would be ongoing reliability

194

1   testing itself even before it comes to reliability

2   testing.

3       Q       Gotcha.  "Fixed validation.  Validation

4   based MAT 1.2, 1.3  BTC failure rate the first 180

5   hours versus MAT 2.0."  Is this stating that this

6   corrective action was -- was confirmed as a fix

7   during these tests?

8       A       Yes, more specifically in the MAT 2.0

9   test.

10      Q       And there were 23 of these head

11  instability failures, right?

12      A       Correct.

13      Q       And it says here that the percent of

14  failure is 1.243 percent, right?

15      A       Correct.

16      Q       What's the -- how -- what's the 1.243

17  percent of?  Is it of 1651 drives?

18      A       It's 1.243 percent of the -- that's that

19  relative component of the 7.006 percent in the top

20  left.

21      Q       Okay.

22      A       So of that 7.006 percent raw number, that

23  mode we're saying it is making up 1.24 of that.

24      Q       Okay.  Next to that, it says,

Almgren, Glen - 07-26-2017

266

```
 1    STATE OF COLORADO).

 2                    ss).              REPORTER'S CERTIFICATE

 3    COUNTY OF DENVER ).

 4            I, Brittany D. Leis, do hereby certify that

 5    I am a Court Reporter and Notary Public within the

 6    State of Colorado; that previous to the commencement

 7    of the examination, the deponent was duly sworn to

 8    testify to the truth.

 9            I further certify that this deposition was

10    taken in shorthand by me at the time and place herein

11    set forth, that it was thereafter reduced to

12    typewritten form, and that the foregoing constitutes

13    a true and correct transcript.

14            I further certify that I am not related to,

15    employed by, nor of counsel for any of the parties or

16    attorneys herein, nor otherwise interested in the

17    result of the within action.

18            In witness whereof, I have affixed my

19    signature this 4th day of August, 2017.

20            My commission expires December 13, 2017.

21

22
                    _____
23                  Brittany D. Leis
                    216 - 16th Street, Suite 600
24                  Denver, Colorado 80202
```