# EXHIBIT 19
[UNREDACTED in the PUBLIC RECORD]





# VOC/FQR Review

CTS Consumer Support
25 July 2014

Seagate Confidential

FED_SEAG0026135

HIGHLY CONFIDENTIAL

# Open Actions from Previous Meetings

| Action | Status | Owner | Due Date |
|---|---|---|---|
| What is the current volume from customers regarding the Dashboard 3.0 headline? | No contacts regarding Dashboard 3.0 headline issue in the past week. | Ryan Tam | Completed |
| Provide details on Expansion Desk ARR | Sent July 8th. 3TB does have a higher return rate on older vintages, but newer vintages aren't showing a problem and the reviews for DOA were June/July. | Eric Lueb | Completed |
| Collect DOA Saker and Saker Desk drives for analysis to verify NTF rate | Collected 17 drives that had failed testing. ALL 17 were fraud (WD, Hitachi or older Seagate drives inside). Escalated to fraud teams. | Eric Lueb | Ongoing |
| When is Redmine bug# 24053 going to be addressed on Fuel? *(Engineers are working on fixing the WiFi loss, drive not detected issue. Redmine bug#24053 - June FQR)* | There is a combination of issues that are causing the WiFi disconnect issue on Mobility products. Fixed in FW 4.3 Gemini: 24096, 19377, 22596, 21717, 10516, 11628, 10512, 23507 Working on: 24053, 20595, 23064, 22548, 23120 | Bhawna Mundotia | Ongoing |
| How many forum views/posts have we seen on the Fuel connection issue? | Still gathering data, should have it by next meeting | Bhawna Mundotia | 8/22/2014 |
| Investigate why email took 3 days to respond to and why the survey was sent to the customer 3 days after contact instead of the normal 7 days. *(Wintel NPS Review)* | 1) Thu 6/4 = Customer contacted APJ - Esc to ANP team 2) Mon 6/8 = Paul See tried to contact & closed case (survey trigger started) 3) Fri 6/12 = Paul See created new case and contacted customer 4) Thu 6/18 = Customer contacted APJ - Esc to ANP team 5) Fri 6/19 = Customer receives survey from 6/8 case closure 6) Mon 6/22 = Paul See contacts customer & closes case<br><br>Actions: Research lenth of time between customer contact and escalation call-back (Alex/Shane) | Troy Beaty Alex Chin | 8/15/2014 |

Seagate Confidential

FED_SEAG0026137

HIGHLY CONFIDENTIAL

# Direct Attached Storage

## Eric Lueb

| Product | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|
| Backup Plus Slim | 4.5 | 4.2 | 0.57% | 36% | 0 | 0 | 1.65% |
| Backup Plus Desk | 4.2 | 3.6 | 1.50% | 34% | 0 | 0 | 9.14% |
| Backup Plus FAST HDD | 4.2 | 4.4 | 2.00% | 22% | 0 | 0 | N/A |
| Backup Plus FAST SDD | 5.0 (15) | N/A | 2.70% | N/A | 0 | 0 | N/A |
| Goal | >4.0 | >4.0 | <1.7% | >13% | 0 | 0 | <5% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| Backup Plus Fast | High contact ratios - Due to low shipment volumes. Fast SSD is not going to ship volume, EOL planning in progress. Fast HDD volume has picked up and ratio is starting to come down. A total of 7 contacts on Fast SSD. | N/A | N/A |
| Backup Plus Desk | High ARR - Investigating. | Eric Lueb | 7/31/2014 |

Seagate Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0026138

# Direct Attached Storage

## Eric Lueb

| Product | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---------|-------------|------------------|--------------------------|-----|------------|----------------|-----------|
| Expansion | Falcon | 4.3 | 4.2 | 0.26% | 20% | 0 | 0 | 1.58% |
| Expansion Desk | Falcon Desk | 4.0 | 4.3 | 0.65% | 16% | 0 | 0 | 2.52% |
| Expansion Plus | Saker | 5.0 (2) | N/A | 1.48% | 30% | 0 | 0 | 7.63% |
| Expansion Plus Desk | Saker Desk | N/A | N/A | 2.14% | 12% (33) | 0 | 0 | 12.15% |
| Goal | | >4.0 | >4.0 | <1.7% | >13% | 0 | 0 | <5% |

| Product | Issue/Status | Owner | Due Date |
|---------|--------------|-------|----------|
| Expansion Plus Desk | Target market is brick and mortar stores (Walmart and Target only). No distribution market to offset high NTF returns. We cid discover 17 fraud cases with Expansion Plus Desk drives that had failed testing (that was 100% of the failures we had captured).  Escalated to Sean Dykstra (fraud/tamper lead). Copied Brian Cowan and Anthony Leimas also. | Eric Lueb | 7/23/2014 |
| | Spike in the  number of complaints of DOA on 3TB Expansion Desk drives on Amazon in June/July. Confirmed no change in drives recently. No spike in returns with recent vintage(see backup). Attempting to capture a few DOAs for FA via technical support. (None came in week of 7/18) | | |
| Expansion Desk | DOA complaints on Expansion Desk on Amazon US in June/ early July.<br>4 TB :  1<br>3 TB :  23<br>2 TB :  5<br>1 TB :  2 | Eric Lueb | 7/29/2014 |

Seagate Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0026139

# Direct Attached Storage (Pro)

## Alan Maricle

| Product | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|
| LaCie Little Big Disk Thunderbolt 2 | LBDv2 | 4.7 (6) | N/A | N/A | - 100% | N/A | N/A | N/A |
| LaCie 8big Thunderbolt 2 | 8big | 2.0 (1) | N/A | N/A | N/A | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | <1.7% | >13% | 0 | 0 | <5% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| 8big | Complaints:<br>-8big is too big<br>-8big is too noisy<br>-8big RAID degraded twice. 4 Seagate drives and 4 WD drives in the 8big.<br><br>There is nothing we can do about any of these items. | Alan Maricle | N/A |

Seagate Confidential

HIGHLY CONFIDENTIAL

# Mobility & Simple NAS

## Bhawna Mundotia

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDMI Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| LaCie FUEL | Fuel | 3.2 | 3.1 | N/A | - 33% | N/A | N/A | N/A |
| Wireless Plus | Gemini | 3.3 | 3.3 | 4.90% | 22% | N/A | N/A | N/A |
| Goal | | > 4.0 | > 4.0 | < 5% | > 13% | 0 | 0 | < 10% |

| | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDMI Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| Central | Cirrus | 3.5 | 3.2 | 12.80% | 5% | 0 | 0 | 6.93% |
| Goal | | > 3.5 | > 3.5 | < 9% | > 13% | 0 | 0 | < 10% |

| Product | Issue/Status | Owner | Due Date |
|---|---|---|---|
| Fuel | Star rating due to format not supported by app (platform limitation of iOS/tablets), app not robust. WiFi disconnect - bugs being worked on for WiFi disconnect issue. New app (8/4) will help with this as well. | Bhawna Mundotia | 8/4/2014 |
| Gemini | Low star rating due to Paragon driver and app crashes - new app (8/4) will help with this and new QSG will cover Paragon installation. A vine will be done on Gemini following the app launch. | Bhawna Mundotia | 8/4/2014 |
| Central | CIB contacts same as last month. ▮▮▮▮▮ New User Manual to help with minimizing contacts is being translated currently and will be launched in August. | Bhawna Mundotia | 8/22/2014 |

HIGHLY CONFIDENTIAL

# Business NAS
## Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| BS 1-Bay NAS | Sentinel | 2.6 | 3.9 | 19.02% | 9% | N/A | N/A | 6.19% |
| BS 2-Bay NAS | Half Dome | 3.1 | 3.9 | 21.42% | - 8% | N/A | N/A | 5.75% |
| BS 4-Bay NAS | El Capitan | 2.7 | 3.9 | 43.52% | -12% | N/A | N/A | 6.91% |
| BS 4-Bay Rackmount | Charger | N/A | N/A | 70.06% | 71% (7) | N/A | N/A | N/A |
| BS 8-Bay Rackmount | Challenger | N/A | N/A | 65.12% | 13% (8) | N/A | N/A | N/A |
| BS Win Server 4-Bay | Wintel | 4.4 (14) | N/A | 41.44% | -13% (8) | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

| Product | Issue/Status | Owner | Date |
|---|---|---|---|
| Rackmounts (4-Bay / 8-Bay) | Actions: ▬▬▬▬<br>1. Update the products to Seagate NAS OS 4 in August. Adds new features (NVR) and creates synergy with marketing of other NAS OS 4 products.<br>2. Dedicated Sales team with new incentives / commissions to push BizNAs products. | Nathalie Crouzet | Q1'15 |
| Wintel | Low NPS score investigation.  Recap can be found here. | Dustin Lopez | Completed |

HIGHLY CONFIDENTIAL

# Business NAS

## Dustin Lopez

| Product | | Star Rating | First 20 Reviews | Contacts to Install Base | NPS | Excursions | JDM Line Stops | Field ARR |
|---|---|---|---|---|---|---|---|---|
| Seagate NAS 2-Bay | Dart 2B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS 4-Bay | Dart 4B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 2-Bay | Superbee 2B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 4-Bay | Superbee 4B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seagate NAS Pro 6-Bay | Superbee 6B | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Goal | | > 3.5 | > 3.5 | < 35% | > 13% | 0 | 0 | < 10% |

Seagate Confidential

HIGHLY CONFIDENTIAL



Seagate

# BACK UP

FED_SEAG0026144

HIGHLY CONFIDENTIAL



# Backup Plus Desk (Udon Desk)

Cum Return Rate Comparison



FED_SEAG0026145

HIGHLY CONFIDENTIAL

Seagate Confidential

# Backup Plus FAST HDD (Mars2)

Contacts to Install Base



Seagate Confidential

FED_SEAG0026146

HIGHLY CONFIDENTIAL

# Backup Plus FAST SSD (Saleen)

## Contacts to Install Base



**Lifetime Contacts** — 6

**Lifetime contacts/drive** — 2.70%

**Google Chart - CIB% Trend**

Contacts to Install Base Percentage

14W40, 14W41, 14W42, 14W43, 14W44, 14W45, 14W46, 14W47, 14W48, 14W49, 14W50, 14W51, 14W52, 15W01, 15W02, 15W03

Seagate Confidential

HIGHLY CONFIDENTIAL

AMER EMEA

2TB

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV2000100 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Wilcoxon p = <.0001
Cum Rate
SHIP_CALENDAR_MONTH

| PRDCT PRODUCT ST MODEL NUM | CSTMR SHP ARR CUSTOMER TYPE 1 | Total in Sample | Total Fails in Sample |
|---|---|---|---|
| STBV2000100 | DIST | 386,446 | 4,920 |
| STBV2000200 | DIST | 1,023,390 | 13,076 |

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV2000200 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Log-Rank p = <.0001
Cum Rate
SHIP_CALENDAR_MONTH

3TB

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV3000100 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Log-Rank p = <.0001
Cum Rate
SHIP_CALENDAR_MONTH

| PRDCT PRODUCT ST MODEL NUM | CSTMR SHP ARR CUSTOMER TYPE 1 | Total in Sample | Total Fails in Sample |
|---|---|---|---|
| STBV3000100 | DIST | 407,782 | 6,998 |
| STBV3000200 | DIST | 378,818 | 5,383 |

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV3000200 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Wilcoxon p = <.0001
Cum Rate
SHIP_CALENDAR_MONTH

4TB

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV4000100 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Log-Rank p = 0.0003
Cum Rate
SHIP_CALENDAR_MONTH

| PRDCT PRODUCT ST MODEL NUM | CSTMR SHP ARR CUSTOMER TYPE 1 | Total in Sample | Total Fails in Sample |
|---|---|---|---|
| STBV4000100 | DIST | 137,435 | 867 |
| STBV4000200 | DIST | 139,611 | 1,612 |

Cum Return Rate - Trend Charts by 1 MONTH Interval
PRDCT_PRODUCT_ST_MODEL_NUM:STBV4000200 CSTMR_SHP_ARR_CUSTOMER_TYPE_1:DIST
TOTAL > 100
Wilcoxon p = <.0001
Cum Rate
SHIP_CALENDAR_MONTH

eCube E1010802 Created: 19JUN14 11:36 **Note: Incomplete Data Points have been excluded**

eCube E1010802 Created: 19JUN14 11:36 **Note: Incomplete Data Points have been excluded**



Saker Captures

FED_SEAG0026149

HIGHLY CONFIDENTIAL

# List SNs, PNs, Error code and info shipment and excel file

Microsoft Excel Worksheet

| No | CP | PN | SN | Product | Error For DIAG | DF TESTER RESULT | OTC REMARK | Shipment No | Min Weight | Max Weight | Weight for tamper Drive | Weighting result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | US | 1HVAP3-500 | NA4W09W7 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 760 | Fail |
| 2 | US | 1HVAP2-500 | NA4W0D0A | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106470532 | 850.64 | 885.36 | 840 | Fail |
| 3 | US | 1HVAP3-500 | NA4W06GY | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 825 | Fail |
| 4 | US | 1HVAP3-500 | NA4W0D56 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 855 | Pass |
| 5 | US | 1HVAP2-500 | NA4W05LY | Saker 3.5" | DNR | Cannot checking this drive | Bare Drive Capacity is lower then EDA Capacity | 106485143 | 850.64 | 885.36 | 865 | Pass |
| 6 | US | 1HVAP3-500 | NA4W06CW | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 851.62 | 886.38 | 680 | Fail |
| 7 | US | 1HVAP2-500 | NA4W0E06 | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106470532 | 850.64 | 885.36 | 680 | Fail |
| 8 | US | 1HVAP2-500 | NA4W0D36 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106470532 | 850.64 | 885.36 | 850 | Fail |
| 9 | US | 1HVAP3-500 | NA4W0254 | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 720 | Fail |
| 10 | US | 1HVAP2-500 | NA4W0GYS | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106472141 | 850.64 | 885.36 | 760 | Fail |
| 11 | US | 1HVAP2-500 | NA4W0HA3 | Saker 3.5" | DNR | Fraud/tamper drive | WD | 106471606 | 850.64 | 885.36 | 675 | Fail |
| 12 | US | 1HVAP2-500 | NA4W0KY8 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106472141 | 850.64 | 885.36 | 680 | Fail |
| 13 | US | 1HVAP2-500 | NA4W0E1S | Saker 3.5" | DNR | Cannot checking this drive | WD | 106471606 | 850.64 | 885.36 | 840 | Fail |
| 14 | US | 1HVAP2-500 | NA4W032N | Saker 3.5" | DNR | Cannot checking this drive | Non Seagate Drive | 106485143 | 850.64 | 885.36 | 825 | Fail |
| 15 | US | 1HVAP2-500 | NA4W00A5 | Saker 3.5" | DNR | Cannot checking this drive | WD | 106485143 | 850.64 | 885.36 | 700 | Fail |
| 16 | US | 1HVAP3-500 | NA4W0C9B | Saker 3.5" | DNR | Cannot checking this drive | Maxtor | 106485143 | 851.62 | 886.38 | 755 | Fail |
| 17 | US | 1HVAP2-500 | NA4W0G04 | Saker 3.5" | DNR | Cannot checking this drive | Hitachi | 106435467 | 850.64 | 885.36 | 725 | Fail |

Seagate Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0026150



Marked customer opened top cover



Seagate Confidential

FED_SEAG0026151

HIGHLY CONFIDENTIAL



Marked customer opened top cover





Seagate Confidential

FED_SEAG0026152

HIGHLY CONFIDENTIAL



Customer removed label



Seagate Confidential

FED_SEAG0026153

HIGHLY CONFIDENTIAL



WD drive inside(NA4W00A5)



FED_SEAG0026154

Seagate Confidential

HIGHLY CONFIDENTIAL



## WD drive inside(NA4W0E1S)



FED_SEAG0026155

Seagate Confidential

HIGHLY CONFIDENTIAL



WD drive inside(NA4W06CW)

FED_SEAG0026156

HIGHLY CONFIDENTIAL

Seagate Confidential

WD drive inside(NA4W0D0A)



FED_SEAG0026157

Seagate Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0026158



# WD drive inside(NA4W0E06)



Seagate Confidential

HIGHLY CONFIDENTIAL



WD drive inside(NA4W09W7)



FED_SEAG0026159

HIGHLY CONFIDENTIAL

Seagate Confidential



WD drive inside(NA4W0D36)



FED_SEAG0026160

HIGHLY CONFIDENTIAL

Seagate Confidential



WD drive inside(NA4W0HA3)



FED_SEAG0026161

HIGHLY CONFIDENTIAL

Seagate Confidential



FED_SEAG0026162

WD drive inside(NA4W0DS6)



Seagate Confidential

HIGHLY CONFIDENTIAL



# WD drive inside(NA4W0KY8)



Seagate Confidential

FED_SEAG0026163

HIGHLY CONFIDENTIAL



## Hitachi drive inside(NA4W0G04)



FED_SEAG0026164

Seagate Confidential

HIGHLY CONFIDENTIAL



Maxtor drive inside(NA4W0C9B)



Seagate Confidential

FED_SEAG0026165

HIGHLY CONFIDENTIAL



## Maxtor drive inside(NA4W0GYS)



FED_SEAG0026166

Seagate Confidential

HIGHLY CONFIDENTIAL



Maxtor drive inside(NA4W06GY)



FED_SEAG0026167

HIGHLY CONFIDENTIAL

Seagate Confidential



Maxtor drive inside(NA4W0254)



FED_SEAG0026168

Seagate Confidential

HIGHLY CONFIDENTIAL



## Wrong Capacity NA4W05LY(only 300GB)



FED_SEAG0026169

Seagate Confidential

HIGHLY CONFIDENTIAL



Non label on top cover(NA4W032N)



FED_SEAG0026170

HIGHLY CONFIDENTIAL

# Expansion Plus Desk (Saker Desk)

## Contacts to Install Base



| Lifetime Contacts | Lifetime contacts/drive |
|---|---|
| 389 | 2.14% |

**Expansion Plus Desk - CIB% Trend**

Contacts to Install Base Percentage

14W12, 14W14, 14W16, 14W18, 14W20, 14W22, 14W24, 14W26, 14W28, 14W30, 14W32, 14W34, 14W36, 14W38, 14W40, 14W42, 14W44, 14W46, 14W48, 14W50, 14W52

Seagate Confidential

FED_SEAG0026171

HIGHLY CONFIDENTIAL

# LaCie Fuel
## Star Rating



**Rating Distribution**



- Connection (didn't appear on network)
- Media playback
- General setup difficult
- Slow transfer rate
- Didn't like software



**Rating Trend**

Seagate Confidential

FED_SEAG0026172

HIGHLY CONFIDENTIAL

# Wireless Plus (Gemini)

## Star Rating



**Rating Distribution**



- Connection (didn't appear on network)
- Media playback
- General setup difficult
- Slow transfer rate
- Didn't like software



**Rating Trend**

Seagate Confidential

FED_SEAG0026173

HIGHLY CONFIDENTIAL

# Central (Cirrus)
## Contacts to Install Base



**Lifetime Contacts** 25,235

**CIB%** 12.80%

- Non-Installation Issues
  - Setup Assistance
  - Backup creates excessive number of files
  - Discovery tool doesn't see drive
  - Not seen on network
- Instructions Not Clear
  - Restore assistance
  - The drive backs itself up onto itself
  - Unsure how to access the drive
  - Setup assistance
- Tappin
  - Unsure how to use remote access
  - Unsure how remote access works
  - Setup assistance

Central - CIB% Trend

Seagate Confidential

FED_SEAG0026174

HIGHLY CONFIDENTIAL

# BS 1-Bay NAS (Whitney-Sentinel)

## Star Rating



- Connection
- Slow transfer rate
- Documentation
- Difficult to setup

Seagate Confidential

# BS 2-Bay NAS (Whitney-Half Dome)

## Star Rating



Seagate Confidential

FED_SEAG0026176

HIGHLY CONFIDENTIAL

# BS 4-Bay NAS (Whitney-El Capitan)

## Star Rating



- Documentation
- Slow transfer rate
- Software
- Connection



Seagate Confidential

FED_SEAG0026177

HIGHLY CONFIDENTIAL

# BS 4-Bay NAS (Whitney-El Capitan)

## Contacts to Install Base



**Lifetime Contacts**

6120

**Lifetime contacts/drive**

43.52%

**Business Storage 4-Bay NAS - CEB% Trend**

Seagate Confidential

FED_SEAG0026178

HIGHLY CONFIDENTIAL



# BS 4-Bay Rackmount NAS (Charger)

Contacts to Install Base

FED_SEAG0026179

HIGHLY CONFIDENTIAL

Seagate Confidential

# BS 8-Bay Rackmount NAS (Challenger)

## Contacts to Install Base



Seagate Confidential

HIGHLY CONFIDENTIAL



# BS Windows Server 4-Bay NAS (Wintel)

## Contacts to Install Base



FED_SEAG0026181

HIGHLY CONFIDENTIAL

Seagate Confidential



# BS 2-Bay NAS (Whitney-Half Dome)
## Net Promoter Score



FED_SEAG0026182

Seagate Confidential

HIGHLY CONFIDENTIAL



# BS 4-Bay NAS (Whitney-El Capitan)
Net Promoter Score



FED_SEAG0026183

Seagate Confidential

HIGHLY CONFIDENTIAL



# BS Windows Server 4-Bay NAS (Wintel)

## Net Promoter Score



Seagate Confidential

FED_SEAG0026184

HIGHLY CONFIDENTIAL

FED_SEAG0026185

Seagate Confidential

HIGHLY CONFIDENTIAL