# EXHIBIT H

**[UNREDACTED in the PUBLIC RECORD]**

| | |
|---|---|
| **From:** | Markita Britton <markita.britton@seagate.com> |
| **Sent:** | Wednesday, September 17, 2014 6:50 AM |
| **To:** | Kimberly Hazelwood <kimberly.hazelwood@seagate.com> |
| **Subject:** | Fwd: SRS warranty replacement process proposal |
| **Attach:** | HDD, SSD & Flash Physical movement of case in-lab.pdf; SRS Warranty Process - Draft vs 17th Sept 2014.pdf; physical receiving.pdf; SRS Warranty Replenishment Process - Draft.pdf; Physical shipping.pdf; SRS Warranty report (sample).csv |

Kim,
Take a look at this proposal and tell me what you think...


---------- Forwarded message ----------
From: **Kees C Nielen** <kees.c.nielen@seagate.com>
Date: Wed, Sep 17, 2014 at 7:49 AM
Subject: SRS warranty replacement process proposal
To: Troy Beaty <Troy.D.Beaty@seagate.com>, Gerald G Whitby <gerald.g.whitby@seagate.com>, Markita Britton <markita.britton@seagate.com>, Ronald E Sterling <ronald.e.sterling@seagate.com>
Cc: Nate Nally <nate.nally@seagate.com>, Melvin Plak <melvin.plak@seagate.com>, Craig T Jones <craig.t.jones@seagate.com>, Jon Brownlee <jon.brownlee@seagate.com>, Daniel J Tschudi <daniel.j.tschudi@seagate.com>, Shane W Wilson <shane.w.wilson@seagate.com>, Paul A Steele <paul.a.steele@seagate.com>


Markita, gentlemen,

As promised a proposal for dealing with the warranty aspects of our data recovery service.

The aim is to:

- check warranty status
- assign / use replacement devices and issue those to as many customers as possible in order to offer a one-touch service for clients dealing with us.
- Cover Private end-users only (no partners)

This means that we will most likely be able to deal with most consumer clients ourselves for all desktop- & external drives. we will also be able to take substantial cost out of our recovery process.

As we are struggling a bit to deal with warranty claims in a satisfactory manner at present we would like to launch this process as soon as is practical. I am hoping for 3 weeks from now (October 13). Please let me know if this is feasible. Troy; this will probably not leave you enough time to finalize an automated solution to cancel warranty rights; however perhaps a manual process will be acceptable until then.

Data will be returned on a Back-up plus external drive (500GB, 1,2,3,4 TB); clients who submit a n internal drive will receive their data back on a suitable media type matching the size of the recovered data and will receive from us an internal drive that will replace their in-warranty desktop drive (same size).

At this time we cannot deal with NAS boxes as we cannot identify faulty- and healthy devices in SF (and therefore in the attached draft report); we will list a refinement in QC and as soon as we have this up and running we will be able to include consumer NAS boxes as well. Please note that we will not handle warranty exchange of the enclosures, just the media inside.

Enterprise Drives will be out of scope.

For all private end-users submitting claims for media that is not in-scope we will create RMA requests as normal and leave replacement to the CTO team.

Attached flow charts of our processes; the replenishment process (for credits) and the warranty process itself. Also enclosed a sample report; please let me know what details (if any) you would be missing.

To agree upon:

- the process
- the reporting and frequency (or these can be accessed by the people concerned)
- the credit process
- replacement models, i.e. which models will we stock to serve as replacement
- a start date
- whether to award the client with limited warranty (remaining warranty term left on the original device) or with new build consumer warranty. This item was left as an open point needing further study as to what is preferred/easier.

I will organize a Webex meeting with you early next week to follow up.


Kind regards,
 Kees


Kees Nielen
Director of Operations
Recovery & Data Forensics
Seagate Technology

kees.nielen@seagate.com
http://services.seagate.com
www.seagate.com

T +31 (0)20 354 8109
M +31 (0)615 835 105


Tupolevlaan 109 * 1119 PA * Schiphol-Rijk * The Netherlands

CONFIDENTIAL                                                                                                              FED_SEAG0035506