# EXHIBIT L

[UNREDACTED in the PUBLIC RECORD]

| | |
|---|---|
| **From:** | Jonathan Porterfield <jonathan.porterfield@seagate.com> |
| **Sent:** | Thursday, March 10, 2016 4:37 PM |
| **To:** | Barbara J Craig <barbara.j.craig@seagate.com> |
| **Cc:** | Chris Deardorff <chris.deardorff@seagate.com>; Jennifer L Bradfield <jennifer.l.bradfield@seagate.com>; Brent T Manago <brent.t.manago@seagate.com>; Jason Bonoan <jason.bonoan@seagate.com>; Aubrey Muhlach <aubrey.muhlach@seagate.com> |
| **Subject:** | Re: PDP Specs Tab Redesign |

Right, Barbara you have the really tough ones. The products with 40+ skus will continue to be a challenge regardless of the design.
One suggestion that came up this week was adding the ability to filter by an attribute like capacity. That's not built into the current design, but is very feasible for a future release if we decide that's a good route.

-J

On Thu, Mar 10, 2016 at 4:27 PM, Barbara J Craig <barbara.j.craig@seagate.com> wrote:

> Brent, Jonathan & Team,
> I think this is much better than previous versions. (although I'd like to see how Enterprise Capacity 3.5 HDD lays out).
>
> I'm assuming we'll all be able to identify the top 5 categories of info for each product as appropriate? (If I only get 5, I'd like to be able to select those by product)
>
> Considering the list of models for the enterprise (Nearline HDDs) will be massive extending the # of pages .... is there any way to prompt with some sort options? ie: a repeat of the configurator from page 1 and a search field that would allow customers to see all models within a certain field - (for instance, all 8TB models or all SAS models or all SED models, etc)
>
> Thanks for moving forward on making this a simpler process.
> Barb



HIGHLY CONFIDENTIAL
FED_SEAG0084329

**Barbara J. Craig**
Sr. Product Marketing Mgr.
Enterprise Products
952-402-2804 office
612-483-7238 mobile


On Thu, Mar 10, 2016 at 3:29 PM, Jonathan Porterfield
<jonathan.porterfield@seagate.com> wrote:

> Hi Chris,
> I'll try to answer your question. I say I'll try because as much as we've wanted to determine how we would objectively measure the effectiveness of the Specs tab on the website, we haven't found a good way to do that.
>
> So, then we end up with subjective measures on a spectrum of
>     "I really like it"  >>  "It's okay"  >>  "Wow that stinks"
>
> We go for the left side of the spectrum as much as possible and appreciate the feedback as we make changes.
>
> Most of the feedback on the specs tab that's in production today trends more to the right. That doesn't mean anyone is wrong or right. More specifically, the feedback we get is that it's complicated, hides too much information, and there's lots of redundant information so its difficult to see what is the difference between products.
>
> So, the goal of this new design is to simplify the experience by distilling the default display to attributes that are most important in understanding the differences between products. Then provide easy access to more detailed information in the DS.
>
> We definitely have some unique challenges. In particular, we have a lot of variations on products that show up on our Marketing pages, especially when have bare drives, kits, and SRS bundles. Hopefully this provides an easier way for people to get to the information that will help make a decision in favor of us.
>
> We're looking for your feedback for sure. We're also looking at ways we might be able to measure this change in production. For example, with an A/B test or a feedback button.
>
> Cheers,
> -J
>
>
> On Thu, Mar 10, 2016 at 2:24 PM, Chris Deardorff <chris.deardorff@seagate.com> wrote:

HIGHLY CONFIDENTIAL
FED_SEAG0084330

Hey Brent,
I have mixed feelings about the specs tab for Laptop/Mobile. While I like that you can see everything without scrolling, aesthetically the layout doesn't look as good in my opinion.

Can you advise on the objective behind the changes to the table?

Thanks

Chris

On Tue, Mar 8, 2016 at 8:43 AM, Jennifer L Bradfield <jennifer.l.bradfield@seagate.com> wrote:

> Hi Brent.
>
> I can't get the specs tab to work on any of these, so can't answer the specific question you asked about.
>
> Also, I can't speak for the Consumer products, but sure would like a whack at rewriting the SSHD bullets.
>
> So far as layout is concerned for these examples, I like the SSHD and Backup Plus layouts better than the Biz Storage one because you can start reading about the product without having to scroll below the fold.
>
> Once below the fold, I personally prefer what you've done w/ NAS vs what you've done w/ Backup...it feels more coherent, even if it isn't full-bleed across the page.
>
> Jen B.
>
>
> On Mon, Mar 7, 2016 at 5:53 PM, Brent T Manago <brent.t.manago@seagate.com> wrote:
>
>> Hi team,
>> Kwai has been working on some design variations for the PDP specs tab and we'd like to get your feedback to make sure we're on the right track. Can you please review the pages below, and let me know your thoughts, or if you have any suggestions.
>>
>> Mobile & Laptop SSHD
>> http://wwwdevedit.seagate.com/internal-hard-drives/solid-state-hybrid/laptop-solid-state-hybrid-drive/?vgnextrefresh=1#specs

HIGHLY CONFIDENTIAL                                                                                          FED_SEAG0084331

Business Storage 8-Bay Rackmount NAS
http://wwwdevedit.seagate.com/external-hard-drives/network-storage/business/business-storage-8-bay-rackmount-nas/?vgnextrefresh=1#specs

Backup Plus Desktop Drive for Mac
http://wwwdevedit.seagate.com/external-hard-drives/desktop-hard-drives/backup-plus-desk-mac/?vgnextrefresh=1#specs

Thanks,
Brent

--

Brent Manago
Seagate Technology

Office: (408) 658-1276
Mobile: (408) 206-0680


**Chris Deardorff** | Senior Product Marketing Manager | Global Marketing
Seagate Technology LLC
Tel: 720-684-2158 | Mobile: 720-351-3708
Email: chris.deardorff@seagate.com



CES Innovations 2014 Design and Engineering Award Honoree - 2014
Fortune's "World's Most Admired Companies" - 2014
Thomson Reuters Top 100 Global Innovators - 2014


# Jonathan Porterfield

Director, Web & eCommerce
Global Marketing | Seagate Technology
10200 S. De Anza Blvd.
Cupertino, CA 95014
(408) 658-1377 (w) | (831) 227-7689 (c)

HIGHLY CONFIDENTIAL                                                      FED_SEAG0084332

--
**Jonathan Porterfield**
Director, Web & eCommerce
Global Marketing | Seagate Technology
10200 S. De Anza Blvd.
Cupertino, CA 95014
(408) 658-1377 (w) | (831) 227-7689 (c)

HIGHLY CONFIDENTIAL

FED_SEAG0084333