**EXHIBIT 14**

[REDACTED]

**No image available for this record.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FED_SEAG0093489

# FED_SEAG0093489
## Metadata

| | | |
|---|---|---|
| Attach Counts | 0 | ORIGINAL |
| AUTHOR | 366434 | ORIGINAL |
| Confidentiality | Highly Confidential - Attorneys' Eyes Only | USER |
| Custodian | Sterling_Ronald | ORIGINAL |
| Custodian Other | Sterling_Ronald | ORIGINAL |
| DATECREATED | 12/7/2006 | ORIGINAL |
| DATELASTMOD | 9/20/2013 | ORIGINAL |
| DOCEXT | xlsx | ORIGINAL |
| DOCTYPE | MS Excel 2007-2010 Spreadsheet (Open XM | ORIGINAL |
| FED_BEGATTACH | FED_SEAG0093453 | ORIGINAL |
| FED_ENDATTACH | FED_SEAG0093489 | ORIGINAL |
| FileName | Corporate_Log_20-Sept2013.xlsx | ORIGINAL |
| FILESIZE | 851849 | ORIGINAL |
| MD5 Hash | AAC147651118D0D162ECD782D1A5AB76 | ORIGINAL |
| OrgFolder | \Stering_Ronald\Ronald.E.Sterling@seagate.com-2\Ronald.E.Sterling@seagate.com_ronald.e.sterling@seagate.com_1.mbox\Ronald.E.Sterling@seagate.com_ronald.e.sterling@seagate.com_1.mbox\ | ORIGINAL |
| Parent_ID | SG_CTRL0173905 | ORIGINAL |
| RecordType | E-MAIL ATTACHMENT | ORIGINAL |
| Relativity Native Time Zone Offset | -8.00 | ORIGINAL |
| TIMECREATED | 3:02 PM | ORIGINAL |
| TimeLastMod | 8:59 AM | ORIGINAL |

| Date Escalated | Days Aged | First Contact | Date Resolved | Resolved By | Escalation Reason | Owner | Department | Source | Customer Name | Status | Cust Phone | RMA Number | STX/MXO | Make or Model | Region | Fault | Notes | Escalation Reason Subcategory | Int/Ext Product | Last Contact Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/13 12:55 PM | 14 128 | 3/25/13 1:10 PM | 4/8/13 4:00 PM | Customer | Data Recovery | B Stoops | CSO | Krista Topping | | Expansion drive 3TB failed and needs data recovered from the drive. Recovery quoted as too expensive 3000 dollars | | SalesForce 03298562 | STX | Expansion Desk | Americas | No Fault | Hi Team - John received call today from [redacted] explained that her back-up drive failed. She spoke to customer service re: the Warranty - which she understands will replace her drive (it is a couple months old) however in order to get her data off the drive - that will end up costing her upwards of $3,000. She is freaking out (her words) because of the valuable photos on this drive (family members who have passed away). She does not have $3,000 to recover these photos. Please review her case and help where possible. Thank you! Krista | Data Recovery | Ext | 4/8 Drive was dropped off by Fedex... Closing case. 4/3 Cindy came back saying the drive can't be recovered. Damage to heads and platters, shavings in the filter etc. Wants to know how to proceed. Sent an update to Alan C and management that |

Source: FED_SEAG0093489