# EXHIBIT 25

## [REDACTED]



## Set Up Thailand Head Reliability Test

### May 8, 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055922

© Seagate Confidential

# Set Up Thailand Head Electrical Reliability Test

**Purpose:  We would like to discuss how to set up Head Electrical Reliability Test in Thailand.**



- **Concerns**
  - Thailand has no test capability, need to have LCO Reliability test team develop the test script and support the set up.
  - Can perform only product that build HGSA and drive in Korat
- **Cost**
  - Very high cost of additional space for all products from HSA to drive assembly capability in Korat and all supporting resources for ███████████



Q4 FY12
May 2012

© Seagate Confidential

Page 2



HIGHLY CONFIDENTIAL

FED_SEAG0055923

# Set Up Thailand HGSA Electrical Reliability Test

© Seagate Confidential







Q4 FY12
May 2012

© Seagate Confidential

Page 3



HIGHLY CONFIDENTIAL

FED_SEAG0055924

# Set Up Thailand HGSA Electrical Reliability Test

© Seagate Confidential




HIGHLY CONFIDENTIAL

FED_SEAG0055925

© Seagate Confidential

# Thank You



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055926

© Seagate Confidential

# Back Up



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055927

# Grenada RDT Pie Chart







HIGHLY CONFIDENTIAL

FED_SEAG0055928

# Grenada TVM Pie Chart







HIGHLY CONFIDENTIAL

FED_SEAG0055929

© Seagate Confidential

# Grenada Head Related failure rate trend Chart

### Grenada Head Related Failure Trend from RDT test bed by DOM Week(12 Weeks)

| | WW1231 | WW1232 | WW1233 | WW1234 | WW1235 | WW1236 | WW1237 | WW1238 | WW1239 | WW1240 | WW1241 | WW1242 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head Instability | | 1 | | | | 2 | 1 | 1 | 1 | | 1 | |
| Head Crash | | | | 1 | | | | | | | | |
| Degraded Head | | | 4 | 1 | | | | | 2 | 1 | 1 | |
| Grand Total | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

Legend:
- Head Instability
- Head Crash
- Degraded Head
- Grand Total



Suzhou CEE Weekly • FW 1243    04.5X12  May 2012

9



HIGHLY CONFIDENTIAL

FED_SEAG0055930

# Grenada ORT Failures Proposed Screen

© Seagate Confidential

| SN | PFL# | Failing Head | Symptom | ttf (hrs) | HD_SN | Proposed Screening Location | Proposed Screen(s) | Yield Impact at Location | Cut-In Date (Tentative) |
|---|---|---|---|---|---|---|---|---|---|
| S1D0HH3Y | PFL-3305 | 1 | Head Instability | 53.7 | AL50BIF0V1 | ET | WIJITA(15 max)+SGRNH_F3(1700 max) | 0.08% | Expect STTH cut-in on Feb 7 |
| S1F04WRR | PFL-3299 | 5 | Head Instability | 62.6 | AL50MFHJL0 | | | | |
| W1D0C9W4 | PFL-3355 | 1 | Head Instability | 295.3 | AL509CQBI1 | | | | |
| W1D09BNP | PFL-2954 | 1 | Degraded Head | 297.2 | AL507PHKJ1 | ET | TP_NLUMP(20 max) | 0.07% | Expect STTH cut-in on Feb 7 |
| | | | | | | Drive CERT | RAW_ERROR_RATE<2.1 | ~1% | Paper Sort + PCO17.4 |
| W1D0CA1T | PFL-3388 | 1 | Degraded Head | 162.3 | AL50EF73X1 | ISI | SMAN_AMP_MAX > 1700 and SMANMAX_MAX_MAX > 2100 | 0.39% | Expect PNG cut-in by Feb 9 |
| | | | | | | Drive CERT | RAW_ERROR_RATE<2.1 | ~1% | Paper Sort + PCO17.4 |
| W1E04V4X | PFL-3125 | 1 | Degraded Head | 151.5 | AL50PNYTH1 | ET | TP_PLUMP(-2min) + CTQ_NORM_NSE(0.13max) | 0.38% | Expect STTH cut-in on Feb 7 |
| | | | | | | Drive CERT | RAW_ERROR_RATE<2.1 | ~1% | Paper Sort + PCO17.4 |
| Z1F0CSDK | PFL-3162 | 5 | Degraded Head | 411.8 | AL506GQ9J1 | ET | TP_PLUMP(-2min) + TCO_SLN (2.2 max) | 0.23% | Expect STTH cut-in on Feb 7 |
| | | | | | | Drive ADG | Possibly prevent reCERT for EC10504 along with other potential ECs | None | Drive PE Team working issue |
| Z1F0CM95 | PFL-3094 | 2 | Degraded Head | 98.7 | AL50GA1IT1 | Drive CERT | MAX_JUMP>140 in P13S_AGC_BASELINE_JUMP for ACTIVE_HEATER=W | ~1% | Paper Sort + PCO17.4 |
| Z1F0ELHT | PFL-3232 | 1 | Degraded BER | 56.0 | AL50I2ASZ1 | Drive CERT | DELTA_BURNISH_CHECK>-5 in P_AFH_DH_BURNISH_CHECK for ACTIVE_HEATER=R and STATE_NAME=AFH3 and TEST_TYPE=BURNISH | ~0.19% head-level drive fallout | Paper Sort + PCO17.4 |



Q4 FY12
May 2012

© Seagate Confidential

Page 10



HIGHLY CONFIDENTIAL

FED_SEAG0055931

# How Much Head Related Issue on ODT/ORT

© Seagate Confidential

**ODT:** 4 weeks MAV DPPM to ww39

- Airwalker: 69 DPPM (1/7172 root cause is CND/NTF and 1/10544, root cause is CND/NTF )
- Mantaray NL: 0 DPPM (1/6943 high noise and glitch instability, root cause is KAG)

**ORT:** AFR trend ww43

- Airwalker 1.30% (MTBF 670,813 hrs)
  - 9/1300 ww14-26   11% (1 unit)  Head failure, root cause is PM/FL
  - 11/1500 ww27-43  18% (2 units) Head failure, FA in progress
- Compass 10.37%
  - 24/1200 ww27-39  79% (19 units) are Head failures, FA in progress
  - 5/400 ww40-43   FA in progress
- Muskie Plus 0.97%
  - 8/1200 ww15-26   25% (2 units) are Head failures, root cause is one KAG and the other is Base line switching
  - 12/1500 ww27-40   8% (1 unit) is Head failure, root cause is CND





# Is There ORT In Penang And RHO ?

© Seagate Confidential

**RHO:** Helen Liang



**Penang:** TeeYu Choo



Q4 FY12
May 2012

© Seagate Confidential

Page 12

Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0055933

# Is There ORT In TDK And Competitor ?

© Seagate Confidential

## Competitor:

❏ They use ISI tester for Reliability test at HGA level with hot and ambient temp condition.

**SAE / TDK:** Juan Sifontes

❏



Q4 FY12
May 2012

© Seagate Confidential

Page 13



HIGHLY CONFIDENTIAL

FED_SEAG0055934

# AMA Test Capability

© Seagate Confidential









HIGHLY CONFIDENTIAL

FED_SEAG0055935

# AMA Test Capability (Cont.)

© Seagate Confidential





Q4 FY12
May 2012

© Seagate Confidential

Page 15



HIGHLY CONFIDENTIAL

FED_SEAG0055936



# MUSKIE PLUS L-ODT DPPM, Head Related

© Seagate Confidential

| Failure Pareto | WW11 | WW12 | WW13 | WW14 | WW15 | WW16 | WW17 | WW18 | WW19 | WW28 | WW29 | WW30 | WW31 | WW32 | WW33 | WW34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head Related | 125 | 0 | 0 | 0 | 146 | 232 | 267 | 0 | 160 | 0 | 0 | 422 | 0 | 122 | 175 | 0 |
| Media Related | 0 | 0 | 0 | 0 | 0 | 0 | 133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCBA Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NMD | 125 | 480 | 507 | 277 | 291 | 232 | 133 | 0 | 320 | 296 | 424 | 422 | 0 | 244 | 0 | 246 |
| GMD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weak Write | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skip Write | 0 | 0 | 0 | 0 | 0 | 116 | 0 | 388 | 160 | 0 | 0 | 0 | 133 | 122 | 0 | 0 |
| Write in MOD | 125 | 96 | 0 | 0 | 146 | 116 | 0 | 0 | 160 | 148 | 0 | 141 | 0 | 122 | 0 | 0 |
| Missed Defect | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Defect Syn Mark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Write in MOD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Erasure | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Others | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UnderFA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Quantity | 7986 | 10410 | 5921 | 7215 | 6872 | 8620 | 7493 | 5152 | 6251 | 6759 | 7079 | 7113 | 7510 | 8211 | 5718 | 8122 |
| Failure | 3 | 6 | 3 | 2 | 4 | 6 | 4 | 2 | 5 | 3 | 3 | 7 | 1 | 5 | 1 | 2 |
| ODT DPPM | 376 | 576 | 507 | 277 | 582 | 696 | 534 | 388 | 800 | 444 | 424 | 984 | 133 | 609 | 175 | 246 |
| 4Weeks MAV ODT | 363 | 392 | 441 | 444 | 493 | 524 | 530 | 569 | 618 | 444 | 434 | 620 | 492 | 535 | 490 | 304 |

KORAT MK PLUS ODT DPPM (By Oran K.)
May 2013
(Strictly for Seagate internal use only , sharing to customer with discretion)

Page 16

HIGHLY CONFIDENTIAL

FED_SEAG0055937

© Seagate Confidential

# Muskie PLUS Head Related Failures list

| WW | Int | Serial # | P/N | EC | Type | Failure cause | hd_num | SBR# |
|----|-----|----------|-----|-----|------|---------------|--------|------|
| 11 | SAS | Z1N0A03W | 9YZ264-035 | EC10398 | NBR | Degraded Head - | | SBQAXL |
| 15 | SAS | Z1P0MAVA | 9YZ268-035 | EC10507 | NBP | Asymmetry Head - | hd 4 | SBQAXL |
| 16 | SATA | Z1P0MZ67 | 9YZ168-001 | EC13110 | RWR | Digital AMing - | hd 7 | SBQAXL |
| 16 | SAS | Z1N0F9GD | 9YZ264-035 | EC10005 | NB | Baseline Noise - | hd 3 | SBQAXL |
| 17 | SATA | Z1N0G0C7 | 9YZ164-035 | EC13117 | RW | Degraded Head - | | SBQAXL |
| 17 | SATA | Z1P0Q6Z8 | 9YZ168-177 | EC13110 | NBR | Digital AMing - | hd 3 | SBQAXL |
| 19 | SATA | Z1P0VC80 | 9YZ168-001 | EC13114 | RW | Digital AMing - | hd 5 | SBQAXL |
| 30 | SAS | Z1P150W4 | 9YZ268-035 | EC10507 | RW | Asymmetry head - | hd 2 | SBQAXL |
| 30 | SAS | Z1P12QB7 | 9YZ268-035 | EC10010 | RWR | Degraded head - | hd 1 | SBQAXL |
| 30 | SAS | Z1P11FE6 | 9YZ268-035 | EC10496 | RWR | Degraded head - | hd 1 | SBQAXL |
| 32 | SATA | Z1P138BB | 9YZ168-035 | EC13114 | RW | Degraded head - | hd 6 | SBQAXL |
| 33 | SATA | Z1N0V1X2 | 9YZ164-196 | EC13116 | RW | Asymmetry head | | SBQAXL |



Q4FMR
May 2012
KORAT MK PLUS ODT DPPM (By Oran K.)
(Strictly for Seagate internal use only , sharing to customer with discretion)     Page 17     Seagate

HIGHLY CONFIDENTIAL                                                    FED_SEAG0055938

# AirWalker ODT DPPM, Head Related

© Seagate Confidential





| Overall | SAD WW18 | SAD WW19 | SAD WW20 | SAD WW21 | SAD WW22 | SAD WW23 | SAD WW24 | SAD WW25 | SAD WW26 | SAD WW27 | SAD WW28 | SAD WW29 | SAD WW30 | SAD WW31 | SAD WW32 | SAD WW33 | SAD WW34 | 4wks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Failure Pareto | | | | | | | | | | | | | | | | | | |
| Head Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 344 | 344 | 0 | 0 | 0 | 69 |
| Media Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCBA Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NMD | 0 | 344 | 0 | 0 | 0 | 0 | 0 | 344 | 0 | 688 | 344 | 0 | 0 | 344 | 0 | 1032 | 344 | 309 |
| Weak Write | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skip Write/ VDW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contact Modulation/FHM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 344 | 344 | 0 | 0 | 0 | 69 |
| Abort/ Offtrack Write/SWOT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Erasure | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EAW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SDOD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DNR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GMD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Written in Modulation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 344 | 0 | 0 | 344 | 0 | 0 | 69 |
| Encroachment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Missed defect | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Track Spacing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NRRO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Glist escape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UnderFA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Quantity | 13069 | 7919 | 2949 | 1328 | 2624 | 4882 | 3627 | 2643 | 0 | 3012 | 5041 | 7172 | 10544 | 11733 | 5717 | 8766 | 2906 | 29122 |
| Failure | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 1 | 2 | 3 | 1 | 3 | 1 | 8 |
| Total DPPM | 0 | 126 | 0 | 0 | 0 | 0 | 0 | 378 | 0 | 664 | 198 | 139 | 190 | 256 | 175 | 342 | 344 | 275 |
| 4Weeks MAV | 127 | 118 | 64 | 40 | 67 | 0 | | 73 | 90 | 323 | 374 | 263 | 233 | 203 | 199 | 245 | 275 | |
| Trigger Limit | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | |

HIGHLY CONFIDENTIAL                                    FED_SEAG0055939

# AirWalker Head Related Failures list

© Seagate Confidential

| Work Week | Model S/No. | P/N | Run Type | Failure Mode | Time To Failure | FA Analysis | Corrective Actions | Submission Date | Completion Date | Personnel in-charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 1230-1 | 9XG122HD | 9RZ168-065 | NBP | Degraded head | 7 h 47 m | EFA : Degraded head on hd 1<br>Failure analysis data :<br>1) From SM2, the drive has reported 39 G-list on surface 1.<br>2) Scope trace show poor signal on failing head .<br>3) BER by zone shows poor on head 1.<br>4) There are 54 TA count on failing surface.<br>ISI Result :<br><br>The failed head Hd 1 shows slightly asymmetry on transfer curve and SMAN noise is slightly high Max noise Amp but not obvious.<br>MFA :  Degraded head<br>**Head FA : NPF ( Bark Jump)** | Pending CA | TBD | TBD | HAS |
| 1231-1 | 9XF0XHH4 | 9RZ264-039 | RW | Degraded Head | 19 h 58 m | EFA : Degraded head (reader) on head 3<br>Failure analysis data :<br>1) The drive failed for 01:18xx EC10496 Wt Rd Err Rate-Too Many Rec Errors@ Test 9: Fullpack Sequential Read.<br>2) From ODT log, The drive has been reported on LBA:0x2898672O(681076512) to Cyl:0xB7D1(47057) Hd:0x5(5) Sec:0xC(12).<br>3) Scope trace shows sign of head instability on head 3.<br>4) Track profile and scope sector profile looks poor.<br>5) Poor BER by zone on surface 3.<br>6) Media plot look clean.<br>7) P135 Final contact shows normal as comparison between PRE2 and retest on bench.<br>8) ISI test can capture sign of instability head.<br>MFA :  Degraded head (reader) on head 3<br>**Head FA : Uniform DLC with scratch angle about (-7) degree on pole tips** | The following figure showed the whole distribution of BER ( at fail proc ) & BER spc id 1513 based on all of TAs failure since PCO#0127 onwards.<br>Product team collected all of TAs failure almost 1K , and we will have delta b~ ( spc id 513 - 333 ) < 1.4 around 8x heads , 0.1% approximately of total head qty<br> | WW35 | WW36 | Suwaree |

KORAT MK PLUS ODT DPPM (By Oran K.)
QA-FMA
May 2013
(Strictly for Seagate internal use only , sharing to customer with discretion)
Page 19

HIGHLY CONFIDENTIAL
FED_SEAG0055940

© Seagate Confidential

# Mantaray L-ODT DPPM, Head Related

### Mantaray NL L ODT (Combine) DPPM Weekly



| | Week | W18 | W19 | W20 | W21 | W22 | W23 | W24 | W25 | W26 | W27 | W28 | W29 | W30 | W31 | W32 | W33 | W34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HDD | Abort Write | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Contact Modulation/FHM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | NMD-PIS-DHDI/scratch | 0 | 152 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 156 | 174 | 0 | 899 | 158 | 308 | 320 |
| | DNR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Skip Write | 0 | 0 | 154 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Under FA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Head | Asymmetry Head | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Degraded Head/Unstable Head | 144 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Media | RMU related - FA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCBA Related | PCBA Problem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Motor Related | Motor Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Qty Tested (Combined) | 6943 | 6585 | 6474 | 3611 | 1654 | 260 | 82 | 0 | 523 | 2343 | 6425 | 5744 | 5309 | 7785 | 6335 | 6504 | 6241 |
| | No. of Failures | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 7 | 1 | 2 | 2 |
| | WK DPPM | 144 | 152 | 154 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 156 | 174 | 0 | 899 | 158 | 308 | 320 |
| | 4 Week MAV DPPM | 263 | 255 | 111 | 127 | 109 | 83 | 0 | 0 | 0 | 0 | 108 | 133 | 101 | 356 | 358 | 386 | 447 |

KORAT MK PLUS ODT DPPM (By Oran K.)
May 2013
(Strictly for Seagate Internal use only , sharing to customer with discretion)

Page 20

Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0055941

# Mantaray Head Related Failures list

© Seagate Confidential

| Work Week | Model S/No. | Failure Mode | Time To Failure | FA Analysis | Corrective Actions |
|---|---|---|---|---|---|
| 1218_01 | Z2918MPN | Degraded Head | 29 h 47 m | **Degrade Head**<br>1) From Log CST2, the drive has been reported 1 defect count at LBA: F6C1CCD1(CHS : 2CE4F.6.10) Head 6, Zone 8.<br>2 )Scope signal show noise on signal all Surface, The defect can be recovered after overwritten but low BER (BER = 16).<br>3) ISI test Shown high noise on head 6.<br>4) Defect map has not shown defect nearby failing location.<br>5) OTC normal Shown poor full track.<br>MFA :No mechanical damage found inside the drive.<br>Head FA : Head degraded; High noise & Glitch Instability | Pending CA from Product Engineer during studying to Optimize Spec of Max(UNVFYD_ERRS) @ P109_SUM_HD_ZONE;FNC2 |



04FMR
KORAT MR PLUS ODT DPPM (By Oran K.)
May 2013
(Strictly for Seagate internal use only , sharing to customer with discretion)
Page 21
HIGHLY CONFIDENTIAL
FED_SEAG0055942



© Seagate Confidential

# Airwalker ORT AFR Trend Chart
## WW1243 : AFR 1.30% (MTBF 670,813 hrs)





HIGHLY CONFIDENTIAL

FED_SEAG0055943

© Seagate Confidential

# Airwalker ORT Failure % Chart by Sampling Week – (WW1242)



- DOM29 Onward test at Korat.



© Seagate Confidential

# Airwalker ORT Failure Pareto



## Airwalker ORT Failure Pareto (FY12Q2)

| Sampling Week | Qty Tested | ORT TVM Failures | | Stress ORT Failure |
|---|---|---|---|---|
| | | Hot/Ambient Failures | Cold Failures | |
| FW1214 - FW1226 | 1,300 | 0 | 0 | 9 |
| Total | 1,300 | 0 | | 9 |

## Airwalker ORT Failure Pareto (FY12Q3-FY12Q4)

| Sampling Week | Qty Tested | ORT TVM Failures | | Stress ORT Failure |
|---|---|---|---|---|
| | | Hot/Ambient Failures | Cold Failures | |
| FW1227 - FW1241 | 1,500 | 0 | 0 | 11 |
| Total | 1,500 | 0 | | 11 |



1x  buried defect
**Further Action**
Change out SS tank
RMO Cut in time -13 Oct

1x  VDW - Hot Failure
**Further Action**
E-Coat action

**2x  NMD - Hot Failure**
**Further Action**
Plate to cover holes at DSI m/c cut in time FW1222

**1x  Degraded head- Hot Failure**
**Further Action**
HMRB9.6 for instability improvement. cutin date was postpone to WW23

1x  FHM@17KHZ - Hot Failure
**Further Action**
E-Coat action

**1x  Written in modulation- Hot Failure**
**Further Action**
Move DIP clean station to HAS process backend on 11/21

1x  NTF- Hot Failure
**Further Action**

1x  CND- Hot Failure
**Further Action--Retest**

1x  VDW (Retest) - Hot Failure
**Further Action**
Retest Pass

1x  Degraded Head (Retest) - Hot Failure
**Further Action**
Screen out

1x  Weak Write (Retest) - Hot Failure
**Further Action**
E-Coat action

**2x  Written in modulation - Hot Failure**
**Further Action**
Big Cleaning on 20-Feb.

1x  NMD - Hot Failure
**Further Action**
AKL MG Modification

**4x  NMD - Hot Failure**
**Further Action**
Cleaning Clamp Pick up tool & Spacer load tool procedure.

1x  Written in modulation - Hot Failure
**Further Action**
Screening out.

1x  NMD - Hot Failure
**Further Action**

1x  FHM - Hot Failure
**Further Action**

HDD 0%
Head 25%
PCBA 0%
Media 75%
SQE (Elect/Mech /Motor) 0%

© Seagate Confidential

Seagate

© Seagate Confidential

# Factory Quality Issues (ORT) – Airwalker Suzhou/Korat

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| | | **Hot /Ambient Failures** | | | |
| CTF6-1<br>9XF0ZNR9<br>03f1I00<br>TTF: 539hrs.<br>Drive loaded<br>(FW1239) | FHM | FHM(~17 kHz) on surface 2, zone 0<br>**Failure analysis data :**<br>FHM(~17 kHz) on surface 2, zone 0<br>Failure analysis data :<br>1)The drive was failed 03f1Iss at Step 33 - Sequential Reads starting at MD.<br>2)From UDS log, the drive has been reported 1 failing location on LBA: 0x0001e5e88 Cylinder: 359 Head: 2 Sector: 1781.<br>3)Scope trace shows sign of FHM(~17 kHz) at failing location.<br>4)Signal can be recovered by overwrite.<br>5)No CERT mapped defect nearby failing location.<br>6)Retest T105 Final contact shows high delta CLR all heads as comparison to P135 at PRE2.<br><br>**MFA status comment :**<br>No anomalies found on retention torque reading during HSA tear down.<br>On HSA inspection under low magnification, No contamination was observed on ABS and no mechanical defect found.<br><br>From EFA report, scope signal show drop at failing location. Scope signal shown sign of modulation around failing location.<br>From MFA finding, both of surfaces found lube ripple along failing track, OD, and ID zone. All of this potentially induced by contamination.<br>By summary, root cause of drive failure was due to contamination. With evidence from both EFA and MFA, major cause was due to contamination. | | | Open |





HIGHLY CONFIDENTIAL

FED_SEAG0055946



© Seagate Confidential



HIGHLY CONFIDENTIAL    FED_SEAG0055947

© Seagate Confidential

# Factory Quality Issues (ORT) – Airwalker Suzhou/Korat

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| | | **Hot /Ambient Failures** | | | |
| CTF5-8 9XF103PS 0110300 TTF: 22hrs. Drive loaded (FW1237) | Written in mod | **EFA**<br>Written in modulation (3.18 kHz) on surface 3, zone 19<br>Failure analysis data :<br>1) The drive was failed 0410300 08 Write Servo unsafe fault during Step 10, Butterfly In writes.<br>2) From UDS, the drive has been reported sense key 0 4-0300-08 Write Servo unsafe fault on Cyl.0x29750( 169816) Hd.0x3(3) Sec.0x0(0).<br>3) Scope trace shows sign of modulation(3.18 kHz).<br>4) Track profile and SSP shows sign of written in modulation.<br>5) No CERT mapped defect nearby failing location.<br>6) PES from uds shows high position error on failing track during write.<br>7) P135 Final contact(retest) shows normal write and read contact DAC as comparison to P135@PRE2 but observed high delta write and read contact DAC on surface 1 | Written in Mod | | Open |




© Seagate Confidential

# Factory Quality Issues (ORT) – Airwalker Suzhou/Korat

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| | | **Hot /Ambient Failures** | | | |
| CTF5-7 9XG13M27 031100 TTF: 772 hrs. Drive loaded (FW1232) | NMD | **EFA** NMD on surface 0, Zone 21 Failure analysis data : 1) From UDS, The drive has been reported 1 failing location on CHS:158004 0.812. 2) Scope trace shows amplitude signal dip at failing location. 3) Amplitude signal can not be recovered by overwrite. 4) No CERT mapped defect nearby failing location. 5) Normal CLR. **MFA status comment :** On visual inspection on external, there's no mechanical damage found outside the drive. After open top cover, no broken part or mechanical damage found inside the drive.     - Scratch at PCC stiffener     No anomalies found on retention torque reading during HSA tear down.     On HSA inspection under low magnification, No contamination was observed on ABS and no mechanical defect found.     Magnetic stress damage was found at NMD failing location (R"0.579") via Candela.     No other anomalies observed around failing surface and other surfaces. **AFM-MFM analysis:** -------------------------------- Magnetic stress damage was found at NMD failing location.     Size of Magnetic stress damage at failing location is 0.711nm depth and 93.750nm width. | NMD | | Open |





© Seagate Confidential

# Factory Quality Issues (ORT) – Airwalker Suzhou/Korat

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| | | **Hot /Ambient Failures** | | | |
| CTF5-6 9XE03VE3 031100 TTF: 34 hrs. Drive loaded (FW1235) | Weak Write | **EFA** Weak write on surface 0, zone 1<br>1) The drive was failed for sense key 43-1100 81 @Step 15, Random Reads.<br>2) The drive has been reported 1 failing location on CHS: 10617 0 1714<br>3) Scope trace shows amplitude signal dip about 3 sectors on failing location.<br>4) Track profile and scope sector profile shows sign of weak write.<br>5) Amplitude signal can be recoverable by overwrite.<br>6) No CERT mapped defect nearby failing location.<br>7) BER by zone shows poor on surface 0 (write read BER looks poor than read only BER).<br>8) P135 Final contact shows high delta both WRT and RD DAC on surface 0 as comparison to PRE2 and retest on bench data.<br>**MFA result :**<br>No anomalies found on retention torque reading during HSA tear down.<br>On HSA inspection under low magnification, No contamination was observed on ABS and no mechanical defect found. There was no obvious mechanical defect found on MBA.<br>Lube modulation found all over data zone (ID/MD/OD) of failing surface and also at data zone of another surface of the disc. Lube modulation was found severe at extreme OD, ID and MD zone. There was no signature of mishandling nor load scratch found on this drive.Potential cause is due to contamination.<br>**MSL**<br>- FESEM/EDX analysis found a lot of O/O/F/Si on ABS and O/Al/O/Si on flexure of both fail and control heads. SST400 was additional observation. It is suspected both heads were contaminated by Al base cast with e-coat material resulted in head poor flyability as sign of lube pick up finally cause Weak write failure on failing location.<br>HDA: Hd0 Weak write, Contamination (e-coat) related | Weak Write | | open |





© Seagate Confidential

# Factory Quality Issues (ORT) – Airwalker Suzhou/Korat

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| | | **Hot /Ambient Failures** | | | |
| CTF5-5 9XF0VGN9 011802 TTF: 180 hrs. Drive loaded (FW1233) | Degraded Head on Head 0 | **EFA** Degraded head on hd 0 Failure analysis data : - From SM2, the drive has reported 291 G-list on surface 0. - BER by zone shows poor on head 0. - DC over written can not show sign of defect and can recovered by over write. - MR resistance is normal. - No CERT mapped defect nearby failing location. - ISI result, The failed head (Hd 0) shows normal on transfer curve but SMAN noise is high Max noise Amp. - The observed heads,Hd 0 shows SMAN noise is high Max noise Amp **MFA** After open top cover, no broken part or mechanical damage found inside the drive. Media 30x VMI, No severe defect was found on top surface. | Degraded Head | | Open |
| CTF5-4 9XG1032E 011300 TTF: 708 hrs. Drive loaded (FW1230) | Written in mod 18KHz | **EFA** Written in modulation ( ~18kHz) on surface 3, Zone 0 Failure analysis data : 1) From ORT log, The drive has been reported sense key 0103 on Cylinder: 3208 Head: 3  Sector: 230. 2) Scope trace shows sign of modulation write ~18 kHz. 3) Track profile looks poor. 4) No CERT mapped defect nearby failing location. 5) P135 Final contact(retest) shows high delta write and read contact DAC (Decreasing) as comparison to P135@PRE2. - There was Airwalker drive, 9XG1032E with SORT WW35 failure submitted to **MSL for further analysis.** - EFA reported Written in modulation ( ~18 kHz) failure on surface 3, zone 0.  No CERT mapped defect nearby failing location.  P135 Final contact(retest) shows high delta write and read contact DAC (Decreasing) as comparison to P135@PRE2. - This failure drive was suspected to be related to contamination thus, HDA was passed through MSL for failure and tear down analysis. - Lube ripple on whole surface and along failing track was found on failing surface S3 while another passing surface was cleaned. - Talcum contamination was found on pole tip area on failed headHd3.  Another head was cleaned. - Particle analysis result on 9XG1032E was shown in the below table (green column).  2 and 1 Talcum particles were found on HSA coil and base deck areas respectively. HDA: Hd3 Written in modulation, Contamination (Talcum) related | Written in Mod | | Open |

HIGHLY CONFIDENTIAL                                                                                     FED_SEAG0055951

© Seagate Confidential

## Muskie Plus ORT Failure 12 Week Rolling AFR Chart





Q4 FY12
May 2012

HIGHLY CONFIDENTIAL



FED_SEAG0055952

© Seagate Confidential

## Muskie Plus ORT Failure % Chart by Sampling Week





Q4 FY12
May 2012

HIGHLY CONFIDENTIAL



## MuskiePlus ORT Failure Pareto (FY12Q1 – FY12Q3)

© Seagate Confidential



### MuskiePlus  SORT Failure Pareto (FY12Q2)

| Sampling Week | Qty Tested | Steady State ORT Failure |
|---|---|---|
| FW1215 - FW1226 | 1,200 | 8 |
| | | |
| Total | 1,200 | 8 |



| 2x **OTW** [Closed]. | 2x **NMD** [Closed] ,[Closed] |
|---|---|
| 1x **Digital AM'ing** [Closed]. | 2x **CND** [Closed]. |
| 1x **Baseline switching** [Closed]. | |

### MuskiePlus  SORT Failure Pareto (FY12Q3-FY12Q4)

| Sampling Week | Qty Tested | Steady State ORT Failure |
|---|---|---|
| FW1227-FW1240 | 1,500 | 12 |
| | | |
| Total | 1,500 | 12 |



| 2x **FHM** [Closed]. | 2x **VDW** [Closed], [Open]._ |
|---|---|
| 3x **CND** [Closed]. | 2x **OTW** [Closed]. |
| 1x **Degraded Head** [Open]._ | 2x **Pending FA** [Open]._ |



Q4 FY12
May 2012

Seagate

HIGHLY CONFIDENTIAL

FED_SEAG0055954

© Seagate Confidential

## Factory Quality Issues (ORT) – MuskieNL

**(Strictly for Seagate Internal Consumption only)**

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| PFL-0291<br>Z1P1LLZA<br>10407<br>TTF: 712.5 hrs<br>WWF: 1241<br>RW<br>(CRX Passed):<br>24/2/2012<br>(FW1234)<br>DOM<br>(FW1236) | | **FA Conclusion:**<br><br>Failure analysis data : | | Root Cause<br><br><br>Corrective Action | Open |

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| PFL-0292<br>Z1N13E8X<br>Code 8<br>TTF: 407.7 hrs<br>WWF: 1241<br>RW<br>(CRX Passed):<br>8/3/2012<br>(FW1237)<br>DOM<br>(FW1238) | VDW | **FA Conclusion:**<br>VDW (Fly over CERT mapped defect – TA) on surface 0, Zone 1<br>**Failure analysis data :**<br>-The drive was failed for Port Fault Code: 8 - Excess soft errors; Code = 19<br>-From UDS, The drive has been reported 01/18/07 on CHS:28096.0.328 and 3 G-list observed.<br>-Scope trace shows amplitude signal dip at failing location.<br>-Disc scope shows CERT mapped defect – TA (Amp width =312) nearby failing location (~219 tracks).<br>- Signal canbe recovered by overwrite.<br>- Normal CLR. | | Root Cause<br><br><br>Corrective Action | Open |

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| PFL-0294<br>Z1N185GY<br>10704<br>TTF: 183 hrs<br>WWF: 1242<br>NB<br>(CRX Passed):<br>21/03/2012<br>(FW1239)<br>DOM<br>(FW1240) | | **FA Conclusion:**<br><br>Failure analysis data : | | Root Cause<br><br><br>Corrective Action | Open |



Q4 FY12
May 2012



© Seagate Confidential

## Factory Quality Issues (ORT) – MuskieNL
### (Strictly for Seagate Internal Consumption only)

| Drive Info. | Failure Mode | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|---|
| PFL-0286 Z1N11A99 10407 TTF: 306.4 hrs WWF: 1239 NB (CRX Passed): 5/3/2012 (FW1236) DOM (FW1237) | Degraded head | **FA Conclusion:** Degraded head on head 3 **Failure analysis data :** -The drive aborted at LBA#62CC4FCD CHS: 02C883.3.0133. -Scope signal show normal amplitude. -Error rate on bench showed marginal hd_3. -OTC plot show un-recovered read. -No CERT mapped defect close to the failing location.   MR resistance on bench, the result show increase (40 ohms) when compare with process test. ISI test: ISI result show high Pk-Pk Amp on head 3. | Degraded head | Root Cause - Head degraded; high amplitude and nonlinear on Transverse Curve. Corrective Action - Flat PTR Heads / Cut in WW37 - Spike Noise screen / Cut in WW37 | Close |



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

© Seagate Confidential

## Muskie Plus PDMT Test Status Update (FW1240~FW1252)

| No. | Test Description | Test Conditions | Specifications | Qty Tested | Test Results | Last Quarter Test Results | Current Quarter Issues |
|---|---|---|---|---|---|---|---|
| 1 | Ambient Load UnLoad Soft (ALULS 600K) | Room Ambient Nominal Voltage | 600K Cycles with no unrecoverable Errors | 65 | In Progress | 65x Passed | None |
| 2 | Side Track Erasure (STE) | Room Ambient Nominal Voltage | Spec: 100K Writes Margin: over 100k Writes No unrecoverable errors | 104 | In Progress | 103x Passed 1x Failure | None |
| 3 | Weekly Acoustic Monitor (WAM) | Room Ambient Nominal Voltage | FC / SAS: 2D / 4HD (LDD) , 3D/ 6HD (LD), 4D/ 8HD (LP) ; Performance Seek Mode (Bels) : 3.8bels Idle (typ): 2.3 bels | 130 | In Progress | 130x Passed | None |
| 4 | Altitude Audit (ALTA) | Room Ambient Nominal Voltage | 10K feet operating No unrecoverable errors | 39 | In Progress | 39x Passed | None |
| 5 | Non Operating Shock (NOS) | Room Ambient Nominal Voltage | Spec: 300G 2ms half sine Beyond Spec: 350G 2ms half sine | 27 | In Progress | 27x Passed | None |
| 6 | Rotational Operating Vibration (RROV) | Room Ambient Nominal Voltage | RROV Spec: (21 rad/s2 RMS) : 10-1500 Hz w/20% perf reduction | 6 | In Progress | 6x Passed | None |
| 7 | Operating Vibration Random (OVR) | Room Ambient Nominal Voltage | OVR Spec: 10-300Hz (1.0Grms) 300 - 500Hz (0.5Grms) | 9 | In Progress | 9x Passed | None |
| 8 | Topple Drop (TD) | Room Ambient Nominal Voltage | 3 axes' drops in 4 orientations. No permanent physical damage on drive or data corruption. | 9 | In Progress | 9x Passed | None |
| 9 | Corrosion 21 days (Corr21D) | Soak @60C / 80%RH | No unrecoverable errors after soak | 30 | In Progress | 10x Passed | None |
| 10 | Thermal Voltage Margin (TVM) | 3 Cold/Hot cycles Temp: 0°C to 60°C Voltage Margin: 5V +/- 5%, 12V +/- 5% | Temp Spec: 5°C to 55°C Voltage Margin: 5V +/- 5%, 12V +/- 5% Recovered Data: Less than 10 errors in 1012 bits transferred Unrecovered Data: No error | 48 | In Progress | 48x Passed | None |
| 11 | Transit Storage Environment (TSE) | Temp: -40°C to 70°C Humidity: 5% to 95% RH | No unrecoverable errors after soak | 10 | In Progress | 10x Passed | None |
| 12 | Single Head Sequential Stress Test(SHST) | Temp: 65°C Nominal Voltage | No burnish related failures. Failure analysis is peformed if there is an unrecoverable error or the delta BER exceeds 0.62 or 1.0 depending on products. | 96 | In Progress | 94x Passed 2x Failure | None |

Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055957

© Seagate Confidential

## Muskie Plus PDMT : FA Summary

| FW | Sent to FA Date | Product | Test Item | Serial Number | Fail Code Description | Fail Sequence | TTF | Temp | OWNER | EFA | Head FA / MSL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FW 1219 | 2011/12/21 | Muskie Plus | SHST | Z1M082SD | N/A | dBER > 0.62 decade | N/A | 65C | Saranyu Laopa | BER degradation on surface 0 | NPF |
| FW 1222 | 2012/01/17 | Muskie Plus | SHST | Z1M07Z1W | 03/1100 | 30 min random write/read at 65C on OD 1/6 of cylinders | 190.9Hrs | 65C | Saranyu Laopa | VDW(fly over CERT mapped defect – TA) on surface 0, zone 0 | Particle Scratch was found at failing location. Size of defect is height~13.572 nm and width~429.69 nm. |
| FW 1222 | 2012/02/03 | Muskie Plus | SHST | Z1M07Z1V | N/A | dBER > 0.62 decade | N/A | 65C | Saranyu Laopa | BER degradation on surface 0 | Head degraded; high noise. |
| FW 1227 | 2012/02/27 | Muskie Plus | SHST | Z1P0ZA5Q | N/A | dBER > 0.62 decade | N/A | 65C | Saranyu Laopa | BER degradation on surface 0 | Uniform DLC wear and light scratch with angle ~13-14 degrees. |
| FW 1234 | 2012/3/13 | Muskie Plus | STE | Z1N0XHKX | 03/11FF | SEQ FWD RD AFTER MULTIPLE ZONE TEST (STEP 11) | 175 Hrs | 20C | Saranyu Laopa | CND | / |
| FW 1232 | 2012/03/28 | Muskie Plus | SHST | Z1N0Q7M4 | 04/0300 | Sequential writing at 65C | 615 Hrs | 65C | Saranyu Laopa | Written in modulation (8.6 kHz) on head 0,zone 0, high RV in the same time that failed un-recovered write. suspect external vibration. | / |

Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

© Seagate Confidential

## Muskie Plus - FE Table          04/20/12

| AFR (1st Year Veibull): | 2.37% | From all fails Veibull MLE | | | | | | 0 | Integration Hours |
| MTBF (1st Year Veibull): | 365K | | | | | | | 8760 | POH/Year |
| Minimum AFR: | | 0.16% | From zero fail Veibull @ 50% CL | | | | | 0.5448 | Veibull Beta |
| | | | | | | | | | Average Test Hours |

| Issue | Corrective Action | Fix Validation (TTF in Hours) | # of Failures | % Fail Attributed to | Eff. Factors Validated | Eff. Factors Potential | AFR Reduced By Validated | AFR Reduced By Potential |
|---|---|---|---|---|---|---|---|---|
| PFL-294 Pending FA, S/N Z1N185GY | | (PFL/TTF: 294/163) | 1 | 0.20% | 0% | 0% | 0.00% | 0.00% |
| PFL-292 VDV, S/N Z1N13E6X | | (PFL/TTF: 292/407.7) | 1 | 0.20% | 0% | 0% | 0.00% | 0.00% |
| PFL-291 Pending FA, S/N Z1P1LLZA | | (PFL/TTF: 291/712.5) | 1 | 0.20% | 0% | 0% | 0.00% | 0.00% |
| SPPL-026, Degraded head , S/N Z1N11A99 | Flat PTR Heads/Spike Noise screen. | (PFL/TTF: 286/306.4) | 1 | 0.20% | 75% | 100% | 0.15% | 0.20% |
| SPPL-016: Offtrack write | Need to retest to verify | Reran pass at 3X TTF (PFL/TTF: 274/239.38) | 1 | 0.20% | 100% | 100% | 0.20% | 0.20% |
| SPPL-025, S/N Z1P1BSM4 | Manual DSP loading tools implementation, Eliminate Blue Mat. | (PFL/TTF: 270/8.32) | 1 | 0.20% | 50% | 100% | 0.10% | 0.20% |
| SPPL-004: CND - Hard error code | Need to retest to verify | Reran pass at 3X TTF (PFL/TTF: 257/283.3) | 1 | 0.20% | 100% | 100% | 0.20% | 0.20% |
| SPPL-004: CND - Hard error code | Need to retest to verify | Reran pass at 3X TTF (PFL/TTF: 255/265.3) | 1 | 0.20% | 100% | 100% | 0.20% | 0.20% |
| SPPL-001: Aborted Command to be CND | Need to retest to verify | Reran pass (PFL/TTF: 253/931.7) | 1 | 0.20% | 100% | 100% | 0.20% | 0.20% |
| SPPL-016: Offtrack write | Need to retest to verify | Reran pass at 3X TTF (PFL/TTF: 252/19.1) | 1 | 0.20% | 100% | 100% | 0.20% | 0.20% |
| SPPL-024: VDV | beat-up(OD) 5 loop and random write and read. | (PFL/TTF: 251/128.14) | 1 | 0.20% | 75% | 100% | 0.15% | 0.20% |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | Total Failures | 11 | | Reduced AFR | 0.967% | 0.77% |
| | | | | | Corresponding MTBF | 901,727 | 1139K |



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

# Compass ORT Failure % Chart by Sampling Week For Stress – (FW1243)



© Seagate Confidential

© Seagate Confidential

# Compass ORT AFR Trend Chart – (FW1243)



## Compass ORT Failure Pareto (FY12Q3/FY12Q4)

© Seagate Confidential

### Compass ORT Failure Pareto (FY12Q3/FY12Q4) – 1st Quarter into Production (SAD in

| Sampling Week | Qty Tested | ORT TVM Failures | | Steady State ORT Failure |
|---|---|---|---|---|
| | | Hot/Ambient Failures | Cold Failures | |
| FW1227–FW1239 | 1.200 | | | 24 |
| Stress ORT From FW1214 | | | | 3xNMD<br>12xHead Degraded<br>3xNMD<br>2xHead degraded<br>2xNMD<br>1xHead Instability<br>1xError 01/1807<br>4xHead degraded |
| Total | 1.200 | | | 24 |

| Sampling Week | Qty Tested | ORT TVM Failures | | Steady State ORT Failure |
|---|---|---|---|---|
| | | Hot/Ambient Failures | Cold Failures | |
| FW1240–FW1243 | 400 | | | 5 |
| Stress ORT From FW1214 | | | | 1xNMD<br>3x03/1100<br>1x01/1807 |
| Total | 400 | | | 5 |

Head 0%
HDD 100%

| 1x NMD<br>FA In progress | 1x Head Degraded<br>FA In progress | 3x03/1100<br>FA In progress |
|---|---|---|
| 1x NMD<br>FA In progress | 1x Head Degraded<br>FA In progress | |
| 1x NMD<br>FA In progress | 1x Head Degraded<br>FA In progress | 1x01/1807<br>FA In progress |
| 1x Head Degraded<br>FA In progress | 1x Head Degraded<br>FA In progress | |
| 1x Head Degraded<br>FA In progress | 1x Head Degraded<br>FA In progress | 1xNMD<br>FA In progress |
| 1x Head Degraded<br>FA In progress | 1x Head Degraded<br>FA In progress | |
| 1x Head Degraded<br>FA In progress | 1x Head Degraded<br>FA In progress | |
| 1x NMD<br>FA In progress | 2x NMD<br>FA In progress | |



Seagate

HIGHLY CONFIDENTIAL     FED_SEAG0055962

© Seagate Confidential

## Factory Quality Issues (ORT) – Compass Suzhou

## Due to CFT4-25~CTF4-36, All drives still pending in FA. So no details formation can be updated.





© Seagate Confidential

## Factory Quality Issues (ORT) – Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| | Hot /Ambient Failures | | | |
| CTF4-24 <br><br> 6XP2FV04 <br><br> TTF: 589hrs <br><br> RW <br><br> DOM (FW1238) | Suzhou Elect FA <br><br> 1,Writing different patterns on both heads.Head1 signal shows lower amplitude comparing with hd0. <br><br> 2,Measured resistance on bench ,both heads' resistance no obvious change. <br><br> 3,No TA and cert defect are closed to failing location. <br><br> 4,EFA Conclusion: Hd1 Degraded | Hd1 Degraded | Pending in Mech FA | Open |

HIGHLY CONFIDENTIAL

FED_SEAG0055964

© Seagate Confidential

## Factory Quality Issues (ORT) – Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| | Hot /Ambient Failures | | | |
| CTF4-23<br><br>6XP2H2OV<br><br>TTF: 617hrs<br><br>RW<br><br>DOM<br><br>(FW1237) | Suzhou Elect FA<br><br>1, Track profile also confirm weak write on failing track.<br><br>2,H0 was observed amplitude baseline shift by scope.<br><br>3,H0 Fly Height was comparable with PRE2 RD/WRT HEAT DAC.<br><br>4,No TA near by failing location.<br><br>5,EFA Conclusion: H0_Degraded | H0_Degraded | Pending in Mech FA | Open |

© Seagate Confidential

## Factory Quality Issues (ORT) — Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| Hot /Ambient Failures | | | | |
| CTF4-22<br><br>6XR27ECK<br><br>TTF: 317hrs<br><br>RW<br><br>DOM (FW1238) | Suzhou Elect FA<br><br>No amplitude loss observed @ the failing location via scope & track profile.<br>Normal CLR in Pre 2.<br>The failing location is not the Plist related.<br>EFA Conclusion: H3_Degraded | Hd3 Degraded | Pending in Mech FA | Open |

HIGHLY CONFIDENTIAL

FED_SEAG0055966

© Seagate Confidential

## Factory Quality Issues (ORT) — Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| **Hot /Ambient Failures** | | | | |
| CTF4-22<br><br>6XR27ECK<br><br>TTF: 317hrs<br><br>RW<br><br>DOM (FW1238) | Suzhou Elect FA<br><br>No amplitude loss observed @ the failing location via scope & track profile.<br><br>Normal CLR in Pre 2.<br><br>The failing location is not the Plist related.<br><br>EFA Conclusion: H3_Degraded | Hd3 Degraded | Pending in Mech FA | Open |



HIGHLY CONFIDENTIAL

FED_SEAG0055967

© Seagate Confidential

## Factory Quality Issues (ORT) — Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| | **Hot /Ambient Failures** | | | |
| CTF4-21<br><br>6XS20GYA<br><br>TTF: 351hrs<br><br>RW<br><br>DOM (FW1236) | **Suzhou Elect FA**<br><br>**1.**No anomaly observed by scope.<br>2.Hd5 poor bench BER.<br>3.No anomaly observed in T135 clearance.<br>4.No anomaly observed in media plot.<br>5.EFA conclusion: Hd5 Degraded<br><br>**Suzhou Mech FA**<br><br>No anomalies found. | H5 Degraded | Pending in Head FA | Open |

HIGHLY CONFIDENTIAL

FED_SEAG0055968

© Seagate Confidential

## Factory Quality Issues (ORT) – Compass Suzhou

| Drive Info. | FA Findings | Root Cause | CA | Remarks |
|---|---|---|---|---|
| **Hot /Ambient Failures** | | | | |
| CTF4-20 6XR1Z2W3 03/1100/81 TTF: 720hrs RW DOM ( VMI ) (FW1233) | **Suzhou Elect FA** <br> **1,** Build Type :RW . Line: 106, SBR:STD, No anomaly observed by VMI. <br> 2,03/11 can be reported while reading failing location and its adjacent track 171181. Amplitude drop can be observed @ CHS :171180,2,380 BFl:517681,wedge:432 It can't be recovered after overwriting. <br> 3,No anomaly observed in PRE2 clearance data. <br> 4,No TA and cert defect are closed to failing location. <br> 5,EFA Conclusion: NMD_S2_Zn30. <br> **Suzhou Mech FA** <br> MSD <br> **MSL** <br> MSD | NMD | **Corrective Action** <br> **1,** Supplier perform spacer double washing in ww32 <br> 2,Add 4hrs (2xlooper) sequence readylwrite verify in CUT2 <br> 3.Add 0.5hr random writelread  in FIN2 <br> 4,Increase CSS looper from 25x to 50x in MQM2 <br> 5,Add Full pack Sequential verify in MQM2 Done by FW1236 | Closed |

© Seagate Confidential

## Slider Reliability Test (ESD stress)
### Elaborated with Boulder Platform's Baseline data.

HonSeng Chan





Q4 FY12
May 2012

# Test Description and Results

© Seagate Confidential

**Goal:**  To determine Boulder platform ESD $V_{fail}$ baseline using CDM, VZAP, HBM and MM module.

**Parts used for experiment:**

**Test Method:**

**Test Criteria:**

**Results**

HIGHLY CONFIDENTIAL                                    FED_SEAG0055971

# ESD Test Algorithm

© Seagate Confidential



# ESD Test Algorithm

© Seagate Confidential





Q4 FY12
May 2012



FED_SEAG0055973

# Boulder ESD Results Tables:

© Seagate Confidential

**C D M — Fail V = Combo**

| CWG2 | Vfail1 R | Vfail1 Ampl. | Vfail1 Pol. | Vfail1 Popcorn | Vfail1 SNR | Vfail1 Kink | Vfail1 Combo |
|---|---|---|---|---|---|---|---|
| count | 10 | 20 | 0 | 62 | 62 | 0 | 120 |
| initial passers | | | | 121 | | | |
| fraction | 8% | 17% | 0% | 51% | 51% | 0% | 99% |
| avg | 3.96 | 3.68 | #### | 3.32 | 3.36 | #### | 3.351 |
| std | 0.46 | 0.47 | #### | 0.64 | 0.64 | #### | 0.841 |
| max | 4.8 | 4.8 | 0 | 4.7 | 4.6 | 0 | 4.8 |
| min | 3.3 | 3 | 0 | 0.6 | 0.8 | 0 | 0.6 |
| avg - 3 std | 2.57 | 2.29 | #### | 1.4 | 1.45 | #### | 1.418 |
| Tested | | | | 175 | | | |

Avg. Res  277.81 ohm
Avg. Amp  7601.34 uV

**V Z A P — Fail V = Combo**

| VZAP | Vfail1 R | Vfail1 Ampl. | Vfail1 Pol. | Vfail1 Popcorn | Vfail1 SNR | Vfail1 Kink | Vfail1 Combo |
|---|---|---|---|---|---|---|---|
| count | 50 | 48 | 4 | 43 | 66 | 0 | 127 |
| initial passers | | | | 128 | | | |
| fraction | 39% | 38% | 3% | 34% | 52% | 0% | 99% |
| avg | 1.72 | 1.73 | 1.88 | 1.37 | 1.58 | #### | 1.529 |
| std | 0.2 | 0.21 | 0.1 | 0.38 | 0.25 | #### | 0.312 |
| max | 2.2 | 2.2 | 2 | 1.9 | 2.2 | 0 | 2.2 |
| min | 1.3 | 1.3 | 1.8 | 0.3 | 1.1 | 0 | 0.3 |
| avg - 3 std | 1.13 | 1.11 | 1.59 | 0.21 | 0.83 | #### | 0.594 |
| Tested | | | | 173 | | | |

Avg. Res  272.80 ohm
Avg. Amp  7587.11 uV

**H B M — Fail V = Combo**

| WBH | Vfail1 R | Vfail1 Ampl. | Vfail1 Pol. | Vfail1 Popcorn | Vfail1 SNR | Vfail1 Kink | Vfail1 Combo |
|---|---|---|---|---|---|---|---|
| count | 99 | 96 | 47 | 10 | 95 | 0 | 113 |
| initial passers | | | | 113 | | | |
| fraction | 88% | 85% | 42% | 9% | 84% | 0% | 100% |
| avg | 14.5 | 14.6 | 16.2 | 4.75 | 14.7 | #### | 13.52 |
| std | 5.67 | 5.75 | 5.86 | 4.04 | 5.79 | #### | 6.171 |
| max | 30 | 30 | 29 | 14 | 30 | 0 | 30 |
| min | 7 | 7 | 7.5 | 0.5 | 7 | 0 | 0.5 |
| avg - 3 std | -2.5 | -2.7 | -1.4 | -7.4 | -2.7 | #### | -5 |
| Tested | | | | 171 | | | |

Avg. Res  269.18 ohm
Avg. Amp  10167.52 uV

**M M — Fail V = Combo**

| MM | Vfail1 R | Vfail1 Ampl. | Vfail1 Pol. | Vfail1 Popcorn | Vfail1 SNR | Vfail1 Kink | Vfail1 Combo |
|---|---|---|---|---|---|---|---|
| count | 85 | 87 | 44 | 8 | 83 | 0 | 99 |
| initial passers | | | | 100 | | | |
| fraction | 85% | 87% | 44% | 8% | 83% | 0% | 99% |
| avg | 6.49 | 6.63 | 7.15 | 4.19 | 6.74 | #### | 6.399 |
| std | 2.85 | 2.97 | 3.19 | 4.01 | 3.04 | #### | 3.174 |
| max | 15.5 | 15.5 | 15.5 | 12.5 | 15.5 | 0 | 15.5 |
| min | 3 | 3 | 0.5 | 1 | 1 | 0 | 0.5 |
| avg - 3 std | -2.1 | -2.3 | -2.4 | -7.8 | -2.4 | #### | -3.12 |
| Tested | | | | 159 | | | |

Avg. Res  269.18 ohm
Avg. Amp  9685.30 uV






© Seagate Confidential

# ESD Results: V$_{fail}$ vs Resistance

**V$_{fail}$ does not appear to be strongly resistance-dependent**



Q4 FY12
May 2012

Seagate Confidential     54



HIGHLY CONFIDENTIAL

FED_SEAG0055975

# ESD Overall-V$_{fail}$ Level Module

© Seagate Confidential



## Means and Std Deviations

| Level | Number | Mean | Std Dev | Std Err Mean | Lower 95% | Upper 95% |
|---|---|---|---|---|---|---|
| CDM | 120 | 3.3508 | 0.64417 | 0.05880 | 3.234 | 3.467 |
| HBM | 113 | 13.5177 | 6.17126 | 0.58054 | 12.367 | 14.668 |
| MM | 99 | 6.3990 | 3.17434 | 0.31903 | 5.766 | 7.032 |
| VZAP | 127 | 1.5291 | 0.31171 | 0.02766 | 1.474 | 1.584 |




# V$_{fail}$ Level by Res/Amp or Stability

© Seagate Confidential



Seagate

HIGHLY CONFIDENTIAL                                    FED_SEAG0055977

© Seagate Confidential

**Summary of Extensive Discussion:**

•**RHO: Alan Johnston, Chad Barry, Elzbieta Haftek, Helen Liang, Hongtao Zhu, Jay Loven, Kristin Duxstad, Mark Re, Mohammed Patwari, Scott Stokes, Wayne Bernard, Yonghua Chen**

•**TCO: Ghassan Abdelnour, Carmen Guinta**

•**Asia Engineering: Chaiyut Pongtrongjit, CingSiong Lim, Jeff Nygaard, KeanCheong Oh, Peerapong Pimolphan, Roong Sivaratana, Sirirat Euaypadung, Sombat Pongtirasuwan, Supot Soommat, TeeYu Choo, ZeeYee Chew**



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055978

© Seagate Confidential

# Head Instability Improvement Strategy

- <u>Near Term – Released Products Instability Issue Containment</u>
- Improving Testing and Control Process – to effectively assess and manage the existing design margin
  - Testing: where & what to test
  - Control: managing unwanted stressors
- <u>Longer Term – Development Products on Stability Margin Improvement</u>
- Improving Development Process – ultimately to improve the design margin
  - Technical: effective learning and feedback process to design
  - Business Process: focused ownership to deliver design margin that meets the product head stability requirements **during development stage**





HIGHLY CONFIDENTIAL

FED_SEAG0055979

© Seagate Confidential

## Near Term on Release Product Instability Containment – Improving Testing and Control Process

- Priority:
    1. Contain the issues
    2. Explore more efficient way to contain the issue
- Testing: where & what to test






Instability Improvement Strategy
May 2012

59

# Head Instability Issue & Strategy

© Seagate Confidential



Strategy Proposal

**Notes:**

➢ It is known that HSA level tests or screening has cost / capacity concerns. This effort should eventually lead a more effective way in component level screening

➢ Bar level ISI tests / screening vs drive tests correlation has been explored multiple times and shown limited effectiveness due to too many process steps in between the two stages.

➢ There has been observations of changed reader metrics after BAR level ISI testing which indicating reader stressors exist in current component processes



Instability Improvement Strategy
May 2012

60



# Establishing HSA Level Stability Test Control

© Seagate Confidential



**Notes:**
- QST (Quasi Static Testing, ISI + SMAN) providing fundamental physics based reader quality characterization will be used as the primary tool for reader instability assessment.
- HSA ISI proposal here can be served either as a bridge to establish the better screening at bar ISI & HGA ET or as a permanent tool to contain instability issues at component level.
- **6-Sigma black belt support will be needed to finalize the plan here**



Instability Improvement Strategy
May 2012

61



# HSA Level Stability Issues Flow Down

© Seagate Confidential



 Instability Improvement Strategy
May 2012

62



FED_SEAG0055983

# Component Stability Tests Optimization

© Seagate Confidential







Instablity Improvement Strategy
May 2012

63



HIGHLY CONFIDENTIAL

FED_SEAG0055984

© Seagate Confidential

# Longer Term on New Product Design Margin Improvement – Improving Development Process

- Technical: effective learning and feedback process to transducer design
  - Design component level full evaluation
  - Drive FA
- Business Process:
  - Goal has to be providing sufficient head instability margin **during development stages**
  - Enhance RHO development team's **sense of ownership** on head instability during the development stages



Instability Improvement Strategy
May 2012

64



HIGHLY CONFIDENTIAL

FED_SEAG0055985

© Seagate Confidential

## Transducer Reader Design Feedback Process



Instability Improvement Strategy
May 2012

65

HIGHLY CONFIDENTIAL

FED_SEAG0055986

# Reader Development Related Business Process

© Seagate Confidential







Instability Improvement Strategy
May 2012

66



HIGHLY CONFIDENTIAL

FED_SEAG0055987

© Seagate Confidential

# Backup





HIGHLY CONFIDENTIAL

FED_SEAG0055988

# ISI: Production vs. FDB vs. Stress Test

© Seagate Confidential



HIGHLY CONFIDENTIAL

© Seagate Confidential

# Upstream Test Detection (UTD) Study
## - Electronic components and PCBA

**IngMing Ooi, Chris Farnell, Yue Ma**



Q4 FY12
May 2012

HIGHLY CONFIDENTIAL



We turn on ideas

FED_SEAG0055990

© Seagate Confidential

## Goal

- Establish good correlation between component and drive level test.
- Detect more latent issues in upstream test, finding and solving problems in earlier stage.
- Involve suppliers to further control component quality

## Project Proposal:

- Review component tests to find gap between component and drive level test

- Improve current or develop new component level test for better simulating drive usage in field

- Work with suppliers to implement  the new test routine in upstream



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055991

# Test items reviewed

© Seagate Confidential

- **Power management**
  - Power margining
  - Power cycling
- **Servo control**
  - Seek (Long Seek, Random Seek)
  - LUL/CSS
- **Write/Read operation**
  - Head Switching
  - Heater Protrusion
  - Multiple WR
  - Write Pattern
- **Environment impact**
  - Temperature
  - Humidity
  - Altitude
  - Shock & Vib



Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055992

© Seagate Confidential

# Power Management:





Q4 FY12
May 2012



HIGHLY CONFIDENTIAL

FED_SEAG0055993

© Seagate Confidential

# Servo Control:





Q4 FY12
May 2012



## Write/Read operation:

© Seagate Confidential





Q4 FY12
May 2012



© Seagate Confidential

# Environment impact:





Q4 FY12
May 2012



HIGHLY CONFIDENTIAL                                FED_SEAG0055996

© Seagate Confidential

# Thoughts on supplier reliability test







© Seagate Confidential

# STX consign wafer- Grenada MRR package

SAEBU4 PE/QA

Mar,2-2012



Q4 FY12
May 2012

77



© Seagate Confidential

→ **OBA (Outgoing Bag/Box Audit)**
→ **ORT Cleanliness**
→ **Reliability**
→ **Process Cpk**
→ **GR&R and Correlation**



Q4 FY12
May 2012



78

© Seagate Confidential

# → OBA (Outgoing Bag/Box Audit)





HIGHLY CONFIDENTIAL

© Seagate Confidential

# OBA RULE

QA is responsible for OBA;

All parts can not be shipped to customer without passing OBA;

The whole lot must be sorted or scrapped once failed OBA;

SAE sends OBA trend data to customer on weekly basis.



Q4 FY12
May 2012



80

FED_SEAG0056001

© Seagate Confidential

# OBA – Grenada

## OBA Summary

| Program | | Grenada Consign wafer | | | |
|---|---|---|---|---|---|
| OBA | | Wk48_UP | Wk48_DN | Wk49_UP | Wk49_DN |
| VMI | Lot Inspect | 1 | 1 | 1 | 1 |
| | Lot Reject | 0 | 0 | 0 | 0 |
| | Reject | 0 | 0 | 0 | 0 |
| | DPPM | 0 | 0 | 0 | 0 |
| LG | Lot Inspect | 1 | 1 | 1 | 1 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 2.477 |
| PSA | | | | | 1 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 1.420 |
| RSA | Lot Inspect | | | | 1 |
| | Lot Reject | 0 | 0 | 0 | 0 |
| | Reject | 0 | 0 | 0 | 0 |
| | DPPM | 0 | 0 | 0 | 0 |
| | CPK | 2.632 | 2.639 | 2.438 | 2.619 |

Q4 FY12
May 2012

Seagate  81

HIGHLY CONFIDENTIAL

FED_SEAG0056002

© Seagate Confidential

# OBA – Grenada

## OBA Mechanical Spec

| OBA spec | LSL | USL | Target |
|----------|-----|-----|--------|
| LG | 2.30 | 2.70 | 2.50 |
| PSA | 87 | 165 | 126.00 |
| RSA | -39 | 39 | 0.00 |



Q4 FY12
May 2012



82

HIGHLY CONFIDENTIAL

FED_SEAG0056003

© Seagate Confidential

# OBA RESULT – Grenada OBA Visual

## Visual

**Grenada HGA OBA Visual Inspection DPPM Trend chart**

| Lot No. | | Wk48_UP | Wk48_DN | Wk49_UP | Wk49_DN |
|---|---|---|---|---|---|
| Inspected Q'ty | | 1 | 1 | 1 | 1 |
| Rejected Q'ty | | 0 | 0 | 0 | 0 |
| Lot Rejected | | | | | |
| Failure Description | Contamination on slider side wall | | | | |
| | Contamination on suspension | | | | |
| | | | | | |
| | | | | | 0 |
| | | | | | |

— DPPM Target

(Chart with y-axis: 3000, 2500, 2000, 1500, 1000, 500, 0; x-axis categories: Wk48_UP, Wk48_DN, Wk49_UP, Wk49_DN)

Q4 FY12
May 2012

Seagate 83

HIGHLY CONFIDENTIAL

© Seagate Confidential

# OBA RESULT – Grenada OBA LG

## LG:

### Grenada consign wafer OBA LG data trend chart

| Lot No. | Wk48 | Wk49 |
|---|---|---|
| Mean_UP | 2.501 | 2.504 |
| Sigma_UP | 0.026 | 0.024 |
| Max_UP | 2.560 | 2.550 |
| Min_UP | 2.440 | 2.450 |
| Cpk | 2.526 | 2.720 |
| Mean_DN | 2.502 | 2.500 |
| Sigma_DN | 0.020 | 0.027 |
| Max_DN | 2.540 | 2.580 |
| Min_DN | 2.440 | 2.430 |
| Cpk | 3.274 | 2.477 |
| LSL(g) | 2.3 | 2.3 |
| USL(g) | 2.7 | 2.7 |









© Seagate Confidential

# OBA RESULT – Grenada OBA LG Distribution

## LG

 




© Seagate Confidential

# OBA RESULT – Grenada OBA PSA

## PSA:

**Grenada consign wafer OBA Pitch data trend chart**

| Lot No. | Wk48 | Wk49 |
|---|---|---|
| Mean_UP | 113.860 | 113.257 |
| Sigma_UP | 6.465 | 6.308 |
| Max_UP | 123.770 | 128.400 |
| Min_UP | 100.750 | 100.010 |
| Cpk | 1.385 | 1.388 |
| Mean_DN | 112.357 | 114.325 |
| Sigma_DN | 6.253 | 6.413 |
| Max_DN | 129.200 | 128.330 |
| Min_DN | 95.210 | 100.730 |
| Cpk | 1.352 | 1.420 |
| LSL(g) | 87 | 87 |
| USL(g) | 165 | 165 |









© Seagate Confidential

# OBA RESULT – Grenada OBA RSA

## RSA:

**Grenada consign wafer OBA Roll data trend chart**

| Lot No. | Wk48 | Wk49 | | |
|---|---|---|---|---|
| Mean_UP | -12.705 | -10.728 | | |
| Sigma_UP | 3.331 | 3.865 | | |
| Max_UP | -4.980 | -3.950 | | |
| Min_UP | -20.760 | -18.240 | | |
| Cpk | 2.632 | 2.438 | | |
| Mean_DN | -11.360 | -11.428 | | |
| Sigma_DN | 3.492 | 3.509 | | |
| Max_DN | -4.800 | -3.140 | | |
| Min_DN | -18.140 | -20.050 | | |
| Cpk | 2.639 | 2.619 | | |
| LSL(min) | -39 | -39 | -39 | -39 |
| USL(min) | 39 | 39 | 39 | 39 |









© Seagate Confidential

# OBA RESULT – Grenada OBA PSA/RSA Dist.

**PSA**





**RSA**







Q4 FY12
May 2012

HIGHLY CONFIDENTIAL



88

© Seagate Confidential

# ORT – Cleanliness
## → Seagate Method [HGA]





Q4 FY12
May 2012

Seagate 89
TDK/SAE Confidential

© Seagate Confidential

## ORT DATA SUMMARY – Seagate Method [HGA]



**Using Seagate Method, HGA ORT Cleanliness (IC, LPC, NVR-FTIR, and DHS-Outgassing), Grenada passed specification.**

| Seagate Method | Sample Build | IC | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | F | Cl | NO2 | Br | NO3 | PO4 | SO4 | Total | Li | Na | NH4 | K | Mg | Ca | Total |
| Program | Spec | 0.02 ug/cm² | 0.07 ug/cm² | 0.05 ug/cm² | 0.02 ug/cm² | NA | 0.05 ug/cm² | 0.3 ug/cm² | 0.35 ug/cm² | NA | 0.4 ug/cm² | 0.2 ug/cm² | 0.5 ug/cm² | 0.15 ug/cm² | 0.10 ug/cm² | 0.70 ug/cm² |
| Grenada | | ND | 0.001 | <0.001 | ND | ND | ND | 0.012 | 0.013 | ND | ND | 0.001 | ND | ND | ND | 0.001 |

| Seagate Method | Sample Buil | LPC-# of particles (cts/Sq.cm) | | | NVR/FTIR - ug/cm² | | | DHS Outgassing - ng/part |
|---|---|---|---|---|---|---|---|---|
| | | 0.3um | 0.5um | 2.0un | NVR | FTIR | | Total |
| Program | Spec-> | Seagate spec is 50k for 0.3 (Note: Only dip the head) | | | NA | Silicone Oil< or =0.02 | Hydrocarbon | <2500 |
| Grenada | | 7104 | 1988 | 25 | 0.89 | ND | 0.017 | 121.6 |





© Seagate Confidential

# ORT DATA SUMMARY – Seagate Method [HGA]



**Using Seagate Method, HGA Seatape Grenada passed specification.**

| HPA | Total | Al/Mg/O | Al/O | Al/Ti/O | Si carbide /nitrite | Ti C/B/N | Ti/O | W/C | Cr/O | Zr/O |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Semi-hard | Total | Ni/P | Ni base | Fe/Cr(SST 400s) | Fe/Cr/Ni(SST 300s) | Fe base |
|---|---|---|---|---|---|---|
| | 0.2 | 0 | 0 | 0 | 0.2 | 0 |

| Magnetic | Total | Magnetic : Nd | Magnetic : Nd/Fe | Magnetic : Sm | Magnetic : Sm/Co |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |

| Other | Total | Al/Si/O | Nb | Silver | Sn | Sn/Pb solder | talc | Al/Ni/O | Cu/Zn brass |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 0 | 0 | 0 | 0 | 0.2 | 0 | 0 |
| | 0.2 | sulphur base | Ca base | Na base | K base | Zn | Cu base | Cl base | Anodised Al |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |




© Seagate Confidential

# ORT DATA SUMMARY – Seagate Method [HGA]



**Using Seagate Method, HGA LPC-HPA Grenada passed specification.**

| Hard Particles | Total | AlMgO | AlO | AlOTiC | CrO | NbB | SiC | SiO | TiB | TiC | TiO | TiSn | TiV | WC | ZrC | ZrO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3.00 | | 3.00 | | | | | | | | | | | | | |

| Magnetic Particles | Total | Nd based | Sm based | Sr based |
|---|---|---|---|---|
| | 0.00 | | | |

| SST Particles | Total | SST300s | SST400s |
|---|---|---|---|
| | 2.00 | 2.00 | |

| Metal Particles | Total | Ag based | Al based | Au based | Ca based | Cu based | Fe based | FeO | AlFeO |
|---|---|---|---|---|---|---|---|---|---|
| | 7.00 | | 5.00 | 2.00 | | | | | |
| | | MnCrS | Ni based | NiP | Pt based | Pb based | Sn based | SnPb | Zn based |

| Other Particles | Total | AlNiO | AlSiO | Cl based | FeMgSiO | MgCaO | MgSiO | Mixed Silicates | S based |
|---|---|---|---|---|---|---|---|---|---|
| | 1.00 | | | 1.00 | | | | | |





© Seagate Confidential

→**Reliability**
**HGA Grenada**



Q4 FY12
May 2012



93
TDK/SAE Confidential

© Seagate Confidential

# RELIABILITY – HGA Grenada Summary

### Grenada HGA Reliability Qualification

| Item | Requiremnt | Method | Criteria | Sample size | Results |
|------|-----------|--------|----------|-------------|---------|
| 1 | Thermal shock=> 30 mins @ -40°C, 30 mins @ 125°C 100/300/500 cycles | MRR/MWR check | D-MRR<5% D-MWR<1ohm | 50 sets | Passed |
| | | 200x Visual check | no crack/delam | 50 sets | Passed |
| | | SBB SEM | no crack/delam | 10 sets | Passed |
| | | SBB X-section and SEM | no crack/delam | 10 sets | Passed |
| | | SBB shear strength | Pass spec | 10 sets per cycle stop | Passed |
| | | Potting shear strength | Pass spec | 10 sets per cycle stop | Passed |
| 2 | Chamber- High temperature and humidity =>85°C & 85% RH 100/300/500 hours | 200x Visual check, Pole area-1500x corrosion | no crack/delam, no corrosion | 50 sets | Passed |
| | | QST MRR/Amp check | D-MRR<5% D-Amp<20% | 50 sets | Passed |
| | | MRR/MWR check | D-MRR<5% D-MWR<1ohm | 50 sets | Passed |
| | | SBB SEM | no crack/delam | 10 sets | Passed |
| | | SBB X-section and SEM | no crack/delam | 10 sets | Passed |
| | | SBB shear strength | Pass spec | 10 sets per hours stop | Passed |
| | | Potting shear strength | Pass spec | 10 sets per hours stop | Passed |
| 3 | 10x AQ wash | 200x Visual check | no crack/delam | 50 sets | Passed |
| | | MRR/MWR check | D-MRR<5% D-MWR<1ohm | 50 sets | Passed |



Q4 FY12
May 2012



94

HIGHLY CONFIDENTIAL

© Seagate Confidential

# RELIABILITY – HGA Grenada

## Thermal Shock Test: MRR/MWR

| Thermal shock | Before reliability | | After 100cycles | | After 300cycles | | After 500cycles | | Detla | |
|---|---|---|---|---|---|---|---|---|---|---|
| | MRR | MWR | MRR | MWR | MRR | MWR | MRR | MWR | MRR | MWR |
| Mean | 289.15 | 7.19 | 287.84 | 7.37 | 290.32 | 7.37 | 289.10 | 7.37 | 0.02% | -0.025 |
| Sigma | 31.52 | 0.21 | 29.82 | 0.22 | 32.45 | 0.21 | 31.58 | 0.22 | 0.00 | -0.03 |
| Max | 366.30 | 7.70 | 373.20 | 7.90 | 362.90 | 7.90 | 359.20 | 7.90 | 1.94% | -0.026 |
| Min | 220.30 | 6.50 | 218.90 | 6.60 | 222.20 | 6.70 | 216.40 | 6.70 | 1.77% | -0.031 |
| Disposition | | | | | | | | | Passed | Passed |

Spec: Delta MRR < 5%, Delta MWR <0.5ohm

### All samples PASSED

## Thermal Shock Test: 200x Visual

### No crack, no delam, no abnormal, PASSED



Q4 FY12
May 2012



95

© Seagate Confidential

# RELIABILITY – HGA Grenada

Thermal Shock Test: SBB SEM

No crack, no delam, no abnormal, PASSED




Q4 FY12
May 2012

Seagate 96

© Seagate Confidential

# RELIABILITY – HGA Grenada

**Thermal Shock Test: X-section and SEM**

No crack, no delam, no abnormal, PASSED

Before thermal shock 

After thermal shock 



Q4 FY12
May 2012

 97

© Seagate Confidential

# RELIABILITY – HGA Grenada

## Thermal Shock Test: SBB Shear Strength

| Thermal shock | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 57.65 | 56.75 | | 55.55 | 54.55 | | 53.8 | 54.15 | | 52.6 | 54.6 | |
| Sigma | 8.83 | 8.70 | 100% | 8.77 | 8.25 | 100% | 6.72 | 7.45 | 100% | 7.85 | 8.61 | 100% |
| Max | 71 | 72 | | 69 | 71 | | 65 | 71 | | 64 | 79 | |
| Min | 43 | 45 | | 44 | 42 | | 38 | 43 | | 37 | 43 | |

No sample fail in SBB shear strength test and all can meet SBB spec; Passed

Spec: Minimum 20

All samples PASSED



Q4 FY12
May 2012



98

© Seagate Confidential

# RELIABILITY – HGA Grenada

## Thermal Shock Test: Potting Shear Strength

| Thermal shock | Pad2 | Pad5 | A&B mode% | Pad2 | Pad5 | A&B mode% | Pad2 | Pad5 | A&B mode% | Pad2 | Pad5 | A&B mode% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 290 | 288.3 | | 287.8 | 286.55 | | 281.8 | 280.85 | | 276.1 | 273.05 | |
| Sigma | 35.25 | 35.99 | 100% | 37.41 | 59.52 | 100% | 36.39 | 51.02 | 100% | 48.70 | 39.05 | 100% |
| Max | 355 | 380 | | 364 | 391 | | 388 | 411 | | 368 | 352 | |
| Min | 208 | 230 | | 216 | 187 | | 208 | 190 | | 193 | 162 | |

No sample fail in Potting shear strength test and all can meet Potting spec; Passed

Spec: Minimum 100

All samples PASSED



Q4 FY12
May 2012



99

# RELIABILITY – HGA Grenada

© Seagate Confidential



No crack, no delam, no abnormal, PASSED

No pole corrosion, PASSED





© Seagate Confidential

# RELIABILITY – HGA Grenada

| Chamber | MRR | Amp | MRR | Amp | MRR | Amp | MRR | Amp | Delta MRR | Delta Amp |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 293.58 | 8807.89 | 294.59 | 8710.54 | 295.54 | 8762.27 | 291.44 | 8642.33 | 0.73% | 1.9% |
| Sigma | 44.08 | 2609.04 | 44.15 | 2720.01 | 43.80 | 2557.35 | 44.87 | 2718.97 | -1.80% | -4.2% |
| Max | 424.8 | 18075.7 | 429.6 | 18999.7 | 426.5 | 20392.3 | 433.8 | 18417.1 | -2.13% | -1.9% |
| Min | 205.4 | 4079.5 | 201.4 | 3857.4 | 206.5 | 3762.4 | 203.8 | 3870.3 | 0.77% | 5.1% |
| Disposition | | | | | | | | | Passed | Passed |

Spec. Delta MRR <5%, Delta Amplitude <20%

All samples PASSED



Q4 FY12
May 2012



101

© Seagate Confidential

# RELIABILITY – HGA Grenada

## Chamber Test: MRR/MWR

MR-R/MWR

| Chamber | MRR | MWR | MRR | MWR | MRR | MWR | MRR | MWR | Delta MRR | Delta MWR |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----------|-----------|
| Mean | 301.867 | 7.201 | 301.318 | 7.38 | 302.152 | 7.365 | 299.811 | 7.382 | 0.68% | -0.025 |
| Sigma | 30.434 | 0.177 | 31.591 | 0.186 | 29.917 | 0.186 | 31.052 | 0.178 | -0.02 | -0.01 |
| Max | 380.3 | 7.6 | 381.9 | 7.8 | 371.2 | 7.8 | 376.5 | 7.8 | 1.00% | -0.026 |
| Min | 233 | 6.8 | 227.6 | 7 | 239.4 | 6.9 | 228.3 | 7 | 2.02% | -0.029 |
| Disposition | | | | | | | | | Passed | Passed |

Spec: Delta MRR <5%, Delta MWR <0.5ohm

All samples PASSED



Q4 FY12
May 2012

HIGHLY CONFIDENTIAL



102

# RELIABILITY – HGA Grenada

© Seagate Confidential



No crack, no delam, no abnormal, PASSED

   



Q4 FY12
May 2012

Seagate 103

HIGHLY CONFIDENTIAL

FED_SEAG0056024

© Seagate Confidential

# RELIABILITY – HGA Grenada

Chamber Test: X-section and SEM

No crack, no delam, no abnormal, PASSED

Before chamber test 

After chamber test 



Q4 FY12
May 2012

 104

© Seagate Confidential

# RELIABILITY – HGA Grenada

## Chamber Test: SBB Shear Strength

SBB Shear Strength-Chamber

| Chamber | Normal | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% | Pad2 | Pad7 | A&B mode% |
| Mean | 57.05 | 58.05 | | 55.80 | 54.75 | | 53.10 | 53.55 | | 54.85 | 53.25 | |
| Sigma | 8.74 | 9.02 | 100% | 8.44 | 8.12 | 100% | 8.01 | 8.22 | 100% | 8.63 | 7.59 | 100% |
| Max | 74.00 | 71.00 | | 71.00 | 70.00 | | 65.00 | 72.00 | | 72.00 | 66.00 | |
| Min | 42.00 | 45.00 | | 37.00 | 44.00 | | 37.00 | 40.00 | | 43.00 | 41.00 | |

No sample fail in SBB shear strength test and all can meet SBB spec; Passed

Spec: Minimum 20

All samples PASSED





© Seagate Confidential

# RELIABILITY – HGA Grenada

## Chamber test: Potting Shear Strength

| Chamber | Normal | | | | | | | | | | | |
|---------|------|------|---------|------|------|---------|------|------|---------|------|------|---------|
| | UP | DN | A&B mode% | UP | DN | A&B mode% | UP | DN | A&B mode% | UP | DN | A&B mode% |
| Mean | 291.25 | 294.05 | | 285.85 | 287.05 | | 283.00 | 280.25 | | 273.65 | 273.95 | |
| Sigma | 44.16 | 33.61 | 100% | 45.38 | 40.59 | 100% | 30.66 | 42.49 | 100% | 49.51 | 41.88 | 100% |
| Max | 377.00 | 357.00 | | 378.00 | 364.00 | | 344.00 | 352.00 | | 354.00 | 379.00 | |
| Min | 204.00 | 217.00 | | 210.00 | 222.00 | | 216.00 | 198.00 | | 178.00 | 208.00 | |

No sample fail in Potting shear strength test and all can meet Potting spec; Passed

Spec: Minimum 100

All samples PASSED



Q4 FY12
May 2012


106

© Seagate Confidential

# RELIABILITY – HGA Grenada

███████████████

No crack, no delam, no abnormal, PASSED

████████████████████

| | Before reliability | | After reliability | | Delta | |
|---|---|---|---|---|---|---|
| ██████ | MRR | MWR | MRR | MWR | MRR | MWR |
| Mean | 304.566 | 7.2001 | 303.485 | 7.3787 | 0.35% | -0.025 |
| Sigma | 29.943 | 0.211 | 30.740 | 0.206 | -2.66% | 0.020 |
| Max | 376.4 | 7.76 | 373.7 | 7.94 | 0.72% | -0.023 |
| Min | 199.1 | 6.76 | 203.4 | 6.95 | -2.16% | -0.028 |
| Disposition | | | | | Passed | Passed |

Spec: Delta MRR < 5%, Delta MWR <0.5ohm

All samples PASSED



Q4 FY12
May 2012


107

HIGHLY CONFIDENTIAL

© Seagate Confidential

# →Reliability
**Slider** Grenada





108
TDK/SAE Confidential

HIGHLY CONFIDENTIAL

FED_SEAG0056029

# RELIABILITY – Slider Summary

© Seagate Confidential



### Seagate program - Grenada slider reliability qualification summary

| Item | Requirement | method | Criteria | Sample si | Results: Reject | Disposition |
|------|-------------|--------|----------|-----------|-----------------|-------------|
| 1 | | A - Serious type | < 5% | 20pcs | 0% | Passed |
| | | B - Slight type | < 20% | | 0% | Passed |
| | | C - Scratch | < 2% | | 0% | Passed |
| | | D - Pinhole | < 30% | | 0% | Passed |
| 2 | | Corroson % | No corrosion under 1500x | 20pcs | 0% | Passed |
| | | MRR shift rate % | < 5% | | 0% | Passed |
| | | MFPP Drop rate % | < 20% | | 0% | Passed |



**Slider reliability is passed**

| Slider Chamber | Before reliability | | After reliability | | Delta | |
|----------------|------|------|------|------|------|------|
| | MRR | MFPP | MRR | MFPP | MRR | MFPP |
| Mean | 266.0 | 9263.6 | 266.0 | 9245.6 | 0.02% | -0.002 |
| Sigma | 36.2 | 3342.7 | 37.0 | 3344.0 | 2.11% | 0.005 |
| Max | 360.1 | 18507.0 | 359.3 | 18551.4 | 3.99% | 0.006 |
| Min | 176.5 | 3796.9 | 178.2 | 3783.5 | -3.94% | -0.012 |
| Disposition | | | | | Passed | Passed |

# AFA Korat Head FA Pareto – TK ODT Head related

© Seagate Confidential



FW1217 – 134 DPPM (1x) ; smearing contamination
FW1230 – 95 DPPM (1x) ; NPF
FW1231 – 85 DPPM (1x) ; HDI

FW1217 – 267 DPPM (2x) ; KAG and HDI
FW1219 – 160 DPPM (1x) ; KAG
FW1230 – 422 DPPM (3x) ; KAG (2x), transverse hysteresis (1x)
FW1232 – 122 DPPM (1x) ; Asymmetry
FW1233 – 175 DPPM (1x) ; Asymmetry

FW1212 – 53 DPPM (1x) ; SAF/AFM
FW1216 – 150 DPPM (2x) ; HDI
FW1217 – 79 DPPM (1x) ; SAF/AFM

FW1221 – 150 DPPM (2x) ; SAF/AFM
FW1223 – 55 DPPM (1x) ; HDI
FW1224 – 242 DPPM (1x) ; SAF/AFM
FW1232 – 160 DPPM (1x) ; Lapping scratch

FW1227 – 584 DPPM (1x) ; NPF
FW1229 – 138 DPPM (1x) ; NPF
FW1230 – 355 DPPM (3x) ; SAF/AFM
FW1232 – 368 DPPM (2x) ; (1x)PM/FL, (1x) SAF/AFM
FW1233 – 212 DPPM (1x) ; SAF/AFM

Q4 FY12
May 2012





© Seagate Confidential

| DVT Test | Metrics | Stressors | Failure Root Cause |
|---|---|---|---|
| ISI Transverse Field Stress * | Kink / KAG, SMAN | Field | PM/FL, SAF (polarity) |
| ISI Cross Track Field Stress * | Amplitude, ASY, Kink, SMAN | Field | Shield, PM |
| ISI Heater Stress * | Amp, Asy, SMAN,  FDG, Bark_Jump, polarity reversal | Thermal | SAF/AFM |
| ISI ESD Stress / CDM | Res, Amp, Popcorn, SNR | ESD | Barrier, SAF/AFM |
| ISI HGA High Field * | Pinning strength, TC hump, Shield and SAF saturation field, PM switching | Stray field, Super high field | Shield, SAF/AFM, PM |
| ISI Corrosion DVT | Res, Amp, Asy, SMAN, Polarity | Chemical corrosion | AFM, PM, stack |
| Vermit HGA Life DVT | Res, Amplitude | Voltage + temp + time | Barrier |
| Spin-stand Stray Field | Res, Amplitude, Asy, noise | Stray field | Shield |
| Spin-stand MIED DVT | Resistance, Amplitude, Asy, noise | Mechanic stress + temp + time | SAF (polarity) |





© Seagate Confidential

| DVT Test | Stressors & Levels | Sample Size |
|---|---|---|
| ISI Transverse Field Stress | Field, 3,5kOe, 1.5T | 10 bars/wafer x 2 wafers |
| ISI Cross Track Field Stress | Field, -500Oe | 10 bars/wafer x 2 wafers |
| ISI Heater Stress | Temp, 100 – 200C (heater power 20 mw – 80mW) | 10 bars/wafer x 2 wafers |
| ISI ESD Stress / CDM | Voltage stress | 10 bars/wafer x 2 wafers |
| ISI Corrosion DVT | Chemical corrosion | 10 bars/wafer x 2 wafers |
| ISI HGA High Field | transverse & x-track 15kOe, 3,5kOe TCs and 200-500Oe stray fields | 20 HGA/wafer x 2 wafers (ET passers) |
| Vermit HGA Life DVT | Voltage (200-350mv) + 85C + 400 hours | 128 HGAs (ET sort 6 and up) |
| Spin-stand Stray Field | Stray fields 0-500Oe | 20 HGA/wafer x 2 wafers |
| Spin-stand MIED DVT | L/UL + interference | 50 HGA/wafer x 2 wafers |


Q4 FY12
May 2012

HIGHLY CONFIDENTIAL


Seagate
EDVT Confidential
113

FED_SEAG0056034