# EXHIBIT 28

**[REDACTED]**

| | |
|---|---|
| **From:** | Joni J Clark <joni.j.clark@seagate.com> |
| **Sent:** | Friday, May 22, 2015 9:46 AM |
| **To:** | John M Paulsen <john.m.paulsen@seagate.com> |
| **Cc:** | Erin Sun <erin.sun@seagate.com>; Michael Busselen <michael.busselen@seagate.com>; Clive J Over <clive.j.over@seagate.com>; Kimberly Myers <kimberly.myers@seagate.com>; Aubrey Muhlach <aubrey.muhlach@seagate.com>; Chris Deardorff <chris.deardorff@seagate.com> |
| **Subject:** | Re: Two Great Stories that can be used to change the conversation around BackBlaze article. |

Agree with you John.  We are working on this now.
j


*Joni Clark | Seagate Technology*
*Global NAS Segment Manager*
*720-684-1145 | joni.j.clark@seagate.com*

This e-mail message and any files transmitted with it are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


On Fri, May 22, 2015 at 10:38 AM, John M Paulsen <john.m.paulsen@seagate.com> wrote:

> I'm glad to write blogs and post articles, but I can't make the strategic decision whether doing so fits corporate objectives.
>
> I think we need a decision agreed to by all Seagate strategic communications leads (PR and marketing). I know Michael is working on a public statement regarding this drive in relation to the Apple recall.
>
> There are possible downsides to proactively posting these articles.
> - It's possible much of the consumer world is unaware of Backblaze's conclusions. Every time we proactively post a rebuttal or defensive article, we run the risk of bringing new, additional attention to Backblaze's conclusions, and we can't be sure how many opinions will be swayed in our direction, versus how many will become newly wary of the Seagate brand because they're now aware of what Backblaze says (or worse, assume we are merely being defensive).
> - We also now face the Apple recall of these same drives. If this becomes public, that could serve to further devalue Seagate's defensive position. We may ourselves look even worse if we're publicly trying to defend a drive when evidence is mounting that the drive is indeed bad.
>
> So, while it's good the Tweaktown and The Register articles dismiss Backblaze's conclusions, we need to decide whether we should proactively present them to audiences as a message from Seagate.
>
> Michael and Clive?
>
>
> On Thu, May 21, 2015 at 8:14 PM, Erin Sun <erin.sun@seagate.com> wrote:

Thanks John! Can we make it happen to re-post these 2 articles on Seagate social media platforms? We need to show Synology that we are doing our best to utilize every possible marketing outlet to defend ourselves. We are given a list of action items in spreadsheet to track our efforts and status. Is it OK to say that we are re-post those articles on Seagate blog, FB, Twitter, Spicework...etc.?

BTW, thanks for the recommendations you made last week!

**Erin Sun**
Senior Manager | Americas Marketing | Seagate Technology
(408) 658-1839 (w) |

On Wed, May 20, 2015 at 3:56 PM, John M Paulsen <john.m.paulsen@seagate.com> wrote:

> The problem going proactive with that argument is that the competitors' drives Backblaze used here also desktop drives. So the logical consumer reaction to this angle is: "I understand this was not an appropriate use for these drives, but the results still provide evidence that Seagate's are the least reliable among desktop drives."
>
> It still may be valid and useful for us to find more ways to spread the Tweaktown and Register articles (though perhaps not with a very overt statement like "Seagate says here's the proof Backblaze is wrong about our drives"). If nothing else the articles can raise doubt about taking any conclusions from Backblaze.
>
> On Wed, May 20, 2015 at 3:05 PM, Joni J Clark <joni.j.clark@seagate.com> wrote:
>
>> No they are not baseless. But that does not mean that they were right either. Putting a desktop drive in a enterprise situation is not good but....that drive did have contamination issues that caused them to fail much faster and more.
>> j
>>
>> *Joni Clark | Seagate Technology*
>> Global NAS Segment Manager
>> 720-684-1145 | joni.j.clark@seagate.com
>>
>> This e-mail message and any files transmitted with it are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact

CONFIDENTIAL                                                                                                   FED_SEAG0006072

the sender by reply e-mail and destroy all copies of the original message.

On Wed, May 20, 2015 at 4:00 PM, John M Paulsen <john.m.paulsen@seagate.com> wrote:

> If you and PR believe either of these articles is a bullet-proof argument that Backblaze's results are baseless, let me know. If so, and if PR thinks appropriate, we could do a blog post highlighting the shortest logical route (using the articles) to reach that conclusion, then proactively spread that post widely.
>
> On Wed, May 20, 2015 at 2:45 PM, Joni J Clark <joni.j.clark@seagate.com> wrote:
>
>> Team,
>>
>> What can we do immediately with these 3rd party stories?
>>
>> Joni
>>
>> http://www.tweaktown.com/articles/6028/dispelling-backblaze-s-hdd-reliability-myth-the-real-story-covered/index.html
>>
>> http://www.theregister.co.uk/2014/02/17/backblaze_how_not_to_evaluate_disk_reliability/
>>
>> *Joni Clark | Seagate Technology*
>> *Global NAS Segment Manager*
>> *720-684-1145 | joni.j.clark@seagate.com*
>>
>> This e-mail message and any files transmitted with it are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--
John Paulsen
Manager, Blogs and Social Media
Seagate Technology
10200 S. De Anza Blvd., Cupertino CA 95014
blog.seagate.com
facebook.com/Seagate
twitter.com/Seagate
linkedin.com/company/seagate-technology

--
John Paulsen
Manager, Blogs and Social Media
Seagate Technology
10200 S. De Anza Blvd., Cupertino CA 95014
blog.seagate.com

facebook.com/Seagate
twitter.com/Seagate
linkedin.com/company/seagate-technology


--
John Paulsen
Manager, Blogs and Social Media
Seagate Technology
10200 S. De Anza Blvd., Cupertino CA 95014
blog.seagate.com
facebook.com/Seagate
twitter.com/Seagate
linkedin.com/company/seagate-technology

CONFIDENTIAL
FED_SEAG0006074

# FED_SEAG0006071

## Metadata

| Attach Counts | 0 | ORIGINAL |
|---|---|---|
| CC | Erin Sun <erin.sun@seagate.com>;Michael Busselen <michael.busselen@seagate.com>;Clive J Over <clive.j.over@seagate.com>;Kimberly Myers <kimberly.myers@seagate.com>;Aubrey Muhlach <aubrey.muhlach@seagate.com>;Chris Deardorff <chris.deardorff@seagate.com> | ORIGINAL |
| Confidentiality | Confidential | USER |
| Custodian | Muhlach_Aubrey | ORIGINAL |
| DATERECEIVED | 5/22/2015 | ORIGINAL |
| DATESENT | 5/22/2015 | ORIGINAL |
| DOCEXT | mht | ORIGINAL |
| DOCTYPE | Internet Message (MIME) | ORIGINAL |
| FED_BEGATTACH | FED_SEAG0006071 | ORIGINAL |
| FED_ENDATTACH | FED_SEAG0006074 | ORIGINAL |
| FileName | Re  Two Great Stories that can be used to change the conversation around BackBlaze article..eml | ORIGINAL |
| FILESIZE | 27476 | ORIGINAL |
| FROM | Joni J Clark <joni.j.clark@seagate.com> | ORIGINAL |
| MD5 Hash | 94EE4E338BE83E681045E83F8632AFCC | ORIGINAL |
| Message_ID | <CAKHRSd+w=p1qRvXbYCT8--38g1dAcRGHgL_fmYkiJPPvLK5JAw@mail.gmail.com> | ORIGINAL |
| OrgFolder | Muhlach_Aubrey\Aubrey_Muhlach-2\Aubrey_Muhlach_aubrey.muhlach@seagate.com_1.mbox\Muhlach_Aubrey\Aubrey_Muhlach-2\ | ORIGINAL |
| RecordType | E-MAIL | ORIGINAL |
| Relativity Image Count | 4 | ORIGINAL |
| Relativity Native Time Zone Offset | -8.00 | ORIGINAL |
| TIMERECEIVED | 9:46 AM | ORIGINAL |
| TIMESENT | 9:46 AM | ORIGINAL |
| TO | John M Paulsen <john.m.paulsen@seagate.com> | ORIGINAL |