**EXHIBIT 50**

**[REDACTED]**

| | |
|---|---|
| **From:** | Tom Barrett <tom.barrett@seagate.com> |
| **Sent:** | Wednesday, April 22, 2015 8:05 AM |
| **To:** | Allen Ng <allen.ng@seagate.com> |
| **Subject:** | Fwd: [ACTION] Public response (Urgent) Re: Backblaze New Article |

---------- Forwarded message ----------
From: **Ronald E Lane** <ronald.e.lane@seagate.com>
Date: Tue, Apr 21, 2015 at 9:54 PM
Subject: Re: [ACTION] Public response (Urgent) Re: Backblaze New Article
To: Tom Barrett <tom.barrett@seagate.com>


Tom - will forward my evening, but Craig should have the charts, as he is the one who sent to me. From a data standpoint, we need to keep it very, very high level, with no individual product delineation, and only at segment level. There is one good line chart that Craig put together that just has one line for each segment, with each line representing 10's of millions of drives. We can talk live, but message needs to be that when you use the right drives in the right use cases, then performance is excellent, as the data shows. But if you take a DT drive with a one year warranty, and put it in a 24/7 enterprise workload application, then you shouldn't be surprised when it starts failing in year 3 or 4. FYI, Legal will frown on putting individual product performance into the public domain, as it will open us up to crack lawsuits, no matter what the data says. Also want to stay away from vintage, or anything else other than huge buckets of drives.

Thanks,
Ron



Sent from my iPad

On Apr 22, 2015, at 7:50 AM, Tom Barrett <tom.barrett@seagate.com> wrote:

Ron,
Thanks. Talked to Clive this afternoon and seems he has been tasked to get together some response that I thought they had already been working on when we had Craig put the initial info together. Anyway, will work it with him and I also asked Allen to help since he is good at the charts and I can have live conversations with him. If you have something you can forward today, I will look at it to use and maybe even refresh if needed. Another thing Allen and I were discussing is maybe trying to show our quality with a look and feel using bar type charts like our friends from BackBlaze use since that

user is our target audience. Also we may want to leverage the data we have that we recently used to raise our MTBF on our near line product since this is real data. Anyway, these are some intial discussions we had today and I also still say we need to stay away from any defense on the older drives since we have no great defense in that area. Should stick to current generations and the quality data we have.

Thanks,
Tom

On Tue, Apr 21, 2015 at 4:52 PM, Ronald E Lane <ronald.e.lane@seagate.com> wrote:

> Tom - yes, this is the package Craig put together. I had it open, and was in the process of forwarding late last night, when the internet crashed again (for about 4th time). I gave up and went to bed. Will forward today sometime,,, and really, it is only the first couple of pages that you need, if you get it from Craig....
>
> And things going really well here. Will talk to you live at some point....
>
> Ron
>
> Sent from my iPad
>
> On Apr 21, 2015, at 11:40 PM, Tom Barrett <tom.barrett@seagate.com> wrote:
>
>> Ron,
>> Hope you are doing well, things here are under control, just the normal bunch of issues we have. Is this the chart we had Craig do? Please forward so I have it.
>>
>> Thanks,
>> Tom
>>
>>
>> On Tue, Apr 21, 2015 at 7:26 AM, Ronald E Lane <ronald.e.lane@seagate.com> wrote:
>>
>>> Clive - I am on a six week assignment in Ops in Asia. Tom Barrett is covering CTS while I am out. I will forward the general reliability chart I showed you to Tom, and then please work the response/blog with him. Tom would have been working this anyway. I do want to make sure that anything that goes into the public domain is reviewed by Legal first.
>>>
>>> Thanks,
>>> Ron
>>>
>>> Sent from my iPhone

On Apr 21, 2015, at 12:30 AM, Clive J Over <clive.j.over@seagate.com> wrote:

> Hi Ron,
> Lets make sure to cover this during our meeting at noon.
> Best
> Clive
>
> On Mon, Apr 20, 2015 at 10:23 AM, Michael Busselen <michael.busselen@seagate.com> wrote:
>
>> Dave Mosley and I spend a few minutes on this topic last week as we prepared his remarks and responses for earnings. He is frustrated that we keep getting beaten about the head by competitors (and BackBlaze) and haven't come up with a good story on quality. He didn't have a quick answer either but I told him we are making this a priority and he agreed that if we don't tell the story no one else will.
>>
>> Ron, if you can help us understand the progress we have made then we can help boil things down and communicate them. Together I'm confident we can come up with the right script.
>>
>> Michael
>>
>> **From:** Clive J Over [mailto:clive.j.over@seagate.com]
>> **Sent:** Monday, April 20, 2015 8:23 AM
>> **To:** Alan Gilda
>> **Cc:** Ronald E Sterling; John M Paulsen; Michael Busselen; Jon V Piazza; Jonathan S Long; Kirsten M Roob; Fernando Silva; Said ElBahri; Ronald E Lane
>> **Subject:** Re: [ACTION] Public response (Urgent) Re: Backblaze New Article
>>
>> Thank for heads up JP and Alan
>>
>> I'm getting with Ron Lane to discuss this asap.
>>
>> Will come back to you with next steps.
>>
>> Best

Clive

Sent from my iPhone

On Apr 20, 2015, at 8:04 AM, Alan Gilda <alan.gilda@seagate.com> wrote:

> I had the following feedback from a customer on our boilerplate response to the BackBlaze article. Would we have anything to say to respond to his follow up concerns? I think this guy is looking for specific data from Seagate that refutes the BackBlaze claims.
>
> Paul Cramer
>
> Apr 18th, 5:16pm
>
> Greetings. Not trying to be difficult but I'm an engineer and as the say data talks ... The article just points out The flaws in the analysis but is only speculation. Has Seagate done any analyst on the drives to confirm the speculations. There are too many drives and too public a form for Seagate to remain mute and not refute the claims with some data of their own would seem prudent.
>
> On Fri, Apr 17, 2015 at 11:30 AM, Alan Gilda <alan.gilda@seagate.com> wrote:
>
>> Will do. I also wanted to note that the latest BackBlaze article is also spawning more articles, such as the following:
>>
>> http://www.extremetech.com/computing/203478-backblaze-pulls-3tb-seagate-ssds-from-service-details-post-mortem-failure-rates
>>
>> On Fri, Apr 17, 2015 at 11:20 AM, Ronald E Sterling <ronald.e.sterling@seagate.com> wrote:
>>
>>> Team,
>>>
>>> Below is the most recent official response that we received

CONFIDENTIAL   FED_SEAG0010076

from the PR Team. Please use this same response to any Social Media Posts referencing the BackBlaze article.

*We always value our customers' feedback and take it very seriously. It appears that Backblaze is reporting data from the same sample of drives from last year, which continues to be inconsistent with data received from other customers, and our large OEM installed base. We absolutely stand behind the quality of our products with a best-in-class warranty, and we relentlessly test our drives for the workloads they were designed to support. We highly recommend that our enterprise and data center customers use the appropriate class of product to handle the workloads of enterprise environments. Yet, as with previous data reported by Backblaze, desktop-class drives and some external drives were purchased and used in enterprise-class workloads – which they were NOT designed for nor tested to support. Therefore, we agree with Backblaze's previous comment that "It may be that those drives are less well-suited to the data center environment. Or it could be that getting them by drive farming and removing them from external USB enclosures caused problems."*

*We have and will continue to work closely with Backblaze directly to provide technical support and product analysis.*

*For more on the Backblaze hard drive report, please see this in-depth analysis from Tweaktown.* [http://www.tweaktown.com/articles/6028/dispelling-backblaze-s-hdd-reliability-myth-the-real-story-covered/index.html](http://www.tweaktown.com/articles/6028/dispelling-backblaze-s-hdd-reliability-myth-the-real-story-covered/index.html)

*Regards,*

*Ron Sterling*

*Customer Service Supervisor*
*Global Seacare Solutions*

*(405)324-4468*

On Fri, Apr 17, 2015 at 10:50 AM, Clive J Over <[clive.j.over@seagate.com](mailto:clive.j.over@seagate.com)> wrote:

    Hi JP,

We do not have a newer statement regarding Backblaze. We're working with Ron Lane to gather data to do this.

Currently we recommend sticking to the current response that you have been using.

Best

Clive

Sent from my iPhone

On Apr 16, 2015, at 11:40 AM, John M Paulsen <john.m.paulsen@seagate.com> wrote:

> Hi PR cohorts —
>
> Is there a newer, approved public comment about Backblaze's conclusions?
>
> (Of course, it being social media, answering this particular comment only makes sense today or at worst tomorrow.)
>
> Of course, any comment dismissing Backblaze's results as "not representative" would ideally include some proof or teeth stating Seagate's actual in-the-field failure rate is equal to all other manufacturers. :)
>
>
> On Thu, Apr 16, 2015 at 11:24 AM, Said ElBahri <said.elbahri@seagate.com> wrote:
>
>> Hi Jon,
>>
>> One customer posted the new Backblaze article link on the Timeline and demanding a comment from us on the claims in the article. Backblase concludes this time that our 3TB drives were affected by the Thailand flood, which led to low quality and high failure rates.

Please let us know if there is an official response to this new article, or should we just use the previous PR official response that was provided after the appearance of the last article from a couple of months ago. Here is the article:

https://www.backblaze.com/blog/3tb-hard-drive-failure/

**Paul CramerSeagate**

46 mins

I have always purchased seagate drives for home and work as I have always had excellent experiences with them. This morning I read an article on Seagate 3Tb drives "https://www.backblaze.com/blog/3tb-hard-drive-failure/" and the extreemly high failure rate.

Does Seagate have any insights into why these drives failed at such a exceptional rate as compared to other drives.



Dissecting 3TB Hard Drive Failure Rates

> Beginning in January 2012, Backblaze deployed 4,829 Seagate 3TB hard drives, model ST3000DM001, into Backblaze Storage Pods. In our experience, 80% of the hard drives we deploy will function at least 4 years. As of March 31, 2015,...
>
> BACKBLAZE.COM
>
> Like · Comment · Share

--

Said El Bahri
Seagate Social Media Support


--

John Paulsen
Manager, B2B Social Media Content
Seagate Technology
10200 S. De Anza Blvd., Cupertino CA 95014
media.seagate.com
facebook.com/SeagateCreative
facebook.com/Seagate
twitter.com/Seagate




--

Regards,

Alan Gilda
Social Media Support

@AskSeagate on Twitter

Seagate Support on Facebook

Seagate Support on Google +

http://forums.seagate.com/ Seagate Community Forums

Online Review Support

--

Regards,

Alan Gilda
Social Media Support

@AskSeagate on Twitter

Seagate Support on Facebook

Seagate Support on Google +

http://forums.seagate.com/ Seagate Community Forums

Online Review Support

--
Clive Over | Director
Seagate | Corporate Communications
10200 South DeAnza Blvd.| Cupertino | CA | 95014

v: (408) 658-1617
m: 

CONFIDENTIAL

http://www.seagate.com
http://media.seagate.com
~~~~~~~~~~~~~~~~~~~
twitter.com/seagate
seagate.com/facebook
instagram.com/seagate
youtube.com/seagatetechnology



--
*Tom Barrett*
**Seagate Technology**
**Sr. Director Customer Technical Support**
**America's / Global OEM's**
tom.barrett@seagate.com
(o) 408-658-1185
(c) 925-980-6286

--
*Tom Barrett*
**Seagate Technology**
**Sr. Director Customer Technical Support**
**America's / Global OEM's**
tom.barrett@seagate.com
(o) 408-658-1185
(c) 925-980-6286

--
*Tom Barrett*
**Seagate Technology**
**Sr. Director Customer Technical Support**
**America's / Global OEM's**
tom.barrett@seagate.com
(o) 408-658-1185
(c) 925-980-6286

# FED_SEAG0010073
## Metadata

| Attach Counts | 0 | ORIGINAL |
|---|---|---|
| Confidentiality | Confidential | USER |
| Custodian | Barrett_Tom | ORIGINAL |
| Custodian Other | Barrett_Tom | ORIGINAL |
| DATERECEIVED | 4/22/2015 | ORIGINAL |
| DATESENT | 4/22/2015 | ORIGINAL |
| DOCEXT | mht | ORIGINAL |
| DOCTYPE | Internet Message (MIME) | ORIGINAL |
| FED_BEGATTACH | FED_SEAG0010073 | ORIGINAL |
| FED_ENDATTACH | FED_SEAG0010082 | ORIGINAL |
| FileName | Fwd  [ACTION] Public response (Urgent) Re  Backblaze New Article.eml | ORIGINAL |
| FILESIZE | 50376 | ORIGINAL |
| FROM | Tom Barrett <tom.barrett@seagate.com> | ORIGINAL |
| MD5 Hash | B60195AD24CD28B872FB43B38D1BDA5B | ORIGINAL |
| Message_ID | <CADaVA9hO5QAKAhG-af==9ggLK37Rsd=nO-itTXbDOfY9D+ZE5w@mail.gmail.com> | ORIGINAL |
| OrgFolder | Barrett_Tom\Tom_Barrett_tom.barrett@seagate.com_1.mbox\Barrett_Tom\ | ORIGINAL |
| RecordType | E-MAIL | ORIGINAL |
| Relativity Image Count | 10 | ORIGINAL |
| Relativity Native Time Zone Offset | -8.00 | ORIGINAL |
| TIMERECEIVED | 8:04 AM | ORIGINAL |
| TIMESENT | 8:04 AM | ORIGINAL |
| TO | Allen Ng <allen.ng@seagate.com> | ORIGINAL |