# EXHIBIT 44

# [REDACTED]

| | |
|---|---|
| **From:** | Tom Barrett <tom.barrett@seagate.com> |
| **Sent:** | Tuesday, June 23, 2015 9:15 AM |
| **To:** | Matthew C Brown <matthew.c.brown@seagate.com>; Alan W Clark <Alan.W.Clark@seagate.com> |
| **Cc:** | Allen Ng <allen.ng@seagate.com> |
| **Subject:** | Re: Fwd: CTS Americas Weekly Status FW51 2015 |

Alan,
Can we get Matt's Backup Plus drive for analysis? Would like to understand what happened to this and if it is related to what we know about Grenada BP early vintage.

Thanks,
Tom

On Mon, Jun 22, 2015 at 2:56 PM, Matthew C Brown <matthew.c.brown@seagate.com> wrote:

> Thanks Allen, I do not know how to get the s/n on the iMac. I tried "about this mac etc.", but it won't list it. Let me know how and I'll get you the info.
>
> I'm going to need to call on the NAS unit. The backup plus just failed hard, so I'll submit a RMA request on line.
>
> Matt
>
> On Mon, Jun 22, 2015 at 3:38 PM, Allen Ng <allen.ng@seagate.com> wrote:
>
>> Matt,
>> For your iMac, my team should be able to help. Can you provide the SN of the iMac drive? Let me know if you need help locating it.
>>
>> For the Backup+ and NAS, Alan's team should be able to confirm.
>>
>>
>> Allen Ng
>> Director Customer Technical Support
>> Seagate Technology
>> Office #: (408) 658-1336
>> Cell: (408) 564-2967
>> email: allen.ng@seagate.com
>>
>> On Fri, Jun 19, 2015 at 5:44 PM, Tom Barrett <tom.barrett@seagate.com> wrote:
>>
>>> Matt,

Hope you have the later vintage, we should be able to check.

Tom

Tom Barrett
Sent from cell phone.

On Jun 19, 2015 4:30 PM, "Matthew C Brown&q uot;
<matthew.c.brown@seagate.com> wrote:

> Guys,
>
> I must have hit the Jackpot with STX Products.
>
> Anyway I can find out if my HDDs are suspect? I have the following:
>
> - Apple iMac purchased late 2012 with a 3TB ST3000DM001 Drive
> - 3TB Seagate Backup+ Drive (already replaced once) s/n:NA5R15SZ
> - Seagate NAS 2-Bay 8TB s/n: NA6C2166
>
> Thanks,
> Matt

---------- Forwarded message ----------
From: **Tom Barrett** <tom.barrett@seagate.com>
Date: Fri, Jun 19, 2015 at 3:19 PM
Subject: CTS Americas Weekly Status FW51 2015
To: CTS Weekly Status Report <cts.weekly.status.report@seagate.com>

# Americas OEM:

| Customer | Products | Executive Summary | JIRA_ID |
|---|---|---|---|
| ▇ | GrenadaBP 3TB | **High Return Rate on ▇ GrenadaBP 3TB ▇**<br>▇ is seeing high return rate of 6% on GrenadaBP 1.0 (3TB only) on their ▇ platform. Issue is related to ABS design similar to BacallBP issues seen by some CE customers. Affected vintage is pre-June 2013 shipments, i.e. majority of D8. Proposed FW mitigation to shorten the Dither time from 1min to 15sec is deemed ineffective and Apple will likely to issue a field recall. CTS completed technical portion of decision brief. Input from Sales pending. | CTS-126<br>Sust |

| | | | |
|---|---|---|---|
| | | ▇▇ did announce the replacement program on 6/19 - link: ▇▇ Did not mention any reference to Seagate. Owner: Veena Chengalnaidu. JIRA: CTS-126 | |
| | GrenadaBP | **▇▇GrenadaBP 3TB ▇▇ high field return rate issue**<br>▇▇ potential field excursion alert: ▇▇ was seeing a ~ 5% return rate (5,423 returns out of 129,780 till Apr 15) on GrenadaBP 1.0 (3TB only) on ▇▇ which may resulting a potential of >100K systems recall in ▇▇ field (pre CA vintage with drive DOM before May 13). Pending ▇▇ mentioned that a formal decision. | CTS-505 Sust |
| | Compass Compass 600GB / 300GB | **▇▇ reporting 12% fail rate ▇▇**<br>▇▇ reporting ~12% cum failure rate on ~61K Compass drives at 4 datacenters. STX 5 yr. Weibull is predicting 76% fail rate for 600 GB (31K remaining in field) and 37% fail rate for 300 GB (21K remaining in field), 47% total population CFR. Root cause is PFPE outgassing from breather filter patch. Outgassing is accelerated by the population running a mean temperature of 50C. ▇▇ has submitted a compensation claim on 5/15 that requires full site replacement along with compensation for replacing the balance of the original 61K Compass drives. (Larry/Paul) | CTS-141 Sust |
| | Megalodon 4TB SATA | **▇▇Shanghai Megalodon SATA DNR**<br>Megalodon (3TB / 4TB SATA) DNR fail rates of 0.5% - 3% within 1-4 month reported at multiple ▇▇ customers sites in China. Prior to failure, all drives were in Idle state awaiting system deployment. All failures through MFA reveal head crashes. Exec level awareness at ▇▇ due to potential loss of business at affected sites. The issue is due to ▇▇ unique Idle A power mode settings along with system idle heartbeat sequence that is creating a dwell condition at ID, that results in head crash on certain drives. Along with Megalodon, data was provided to ▇▇ for what other ESG programs that might be at risk for dwell during idle. | CTS-229 Sust |
| | YarraX | **YarraX restricted in ▇▇**<br>YarraX is restricted from ▇▇ systems) due to return rate >1% after 217 days in field (competitor < 0.4%). Business impact: 12K units/qtr. Root cause is SATA signal integrity issue as a result of ▇▇ changing system DTLE (Discrete Time Linear Equalization) setting in their system BIOS. Owner, Daniel Wu, FC Lim. | CTS-285 Sust |
| | YarraX | **YarraX may be restricted in ▇▇**<br>YarraX may be restricted from ▇▇ line) due to return rate >0.5% after 161 days in field (competitor < 0.15%). Potential Business Impact: 39K units/Qtr. Root cause is impedance mismatch between drive and system causing marginal signal integrity. New Firmware that adds ▇▇ pre-emphasis ▇▇ feature resolves the issue and has started regression testing. Next Step: 1) Complete firmware regression test - target June 15th. Owner: Daniel Wu, FC Lim | CTS-287 Sust |
| | YarraR | **Yarra 3.3% integration failure. May restrict from ▇▇**<br>Slow transfer rate integration failure on 30 of 900 systems (3.3%) on newly launched ▇▇ G2 indicates all other competitive drives seeing similar issue in this system. (TTL TAM ~4K/month). Root-cause is System-Drive impedance mismatch. | CTS-290 Sust |
| | Lombard SATA 4TB | **▇▇Lombard Weak Write Issue**<br>Lombard Weak Write failure rate at 13%- Failure occurred at Seagate factory during TVM testing. Investigation has shown problem follows SEMCO Korat MBA built in Korat only. As a result, STX factory stopped building Lombard with SEMCO MBA and continue supply with Nidec MBA. CTS has triggered purge from ▇▇ mfg site in China ▇▇ | CTS-482 Sust |

| | | | |
|---|---|---|---|
| | | 5,749 Lombard drives affected. | |
| | Eagle Eagle SAS, 300GB / 600GB | ▇ reporting increasing FIR (Field Incident Rate) for CY2013 (3%), CY2014 (1%) for ▇<br>▇ reporting increasing FIR (Field Incident Rate) for CY2013 (3%), CY2014 (1%) for ▇ No specific issue / failure mode being reported. Increase observed in all ▇ ES LOBs (Lines of Business) and regions.  Owner: Ricci | CTS-486 Sust |
| | M8BP2 | **M8BP2 1TB on hold on ▇ platform due to 7% Integration fail rate**<br>M8BP2 1TB on hold on ▇ platform due to 7% Integration fail rate for  Red Screen   at ▇ The hold results in a COS issue for ▇, this urgent resolution is required. | CTS-487 Sust |
| | GrenadaBP2 | **Grenada BP2 hang performing OS download during system Pilot**<br>GrenadaBP2 during 5/12 pilot run in ▇ system, drive hang during OS download.  Owner: Daniel Wu / Don Lilly. | CTS-488 Sust |
| | YarraX | **YarraX during NPI DVT pilot run in ▇ system, 100% failed Win10 OS download** | CTS-490 Sust |
| | | | |
| | Most EMC products | ▇ **High NTF Rate**<br>Investigation into high NTF rate continues. Considerable effort to understand factory and field NTF rates and associated costs. | CTS-243 Task |
| | Eagle | ▇ **Good Vintage   DPPM increasing at EMC VNX system.**<br>▇ Good Vintage DPPM increasing at VNX. Ongoing internal understanding ongoing on ▇ field performance. ▇ concerned with 600G and with population post 2012. ▇ reporting 2013 and 2014 vintages declining, however our data (CRR and DIF data from ▇) and ▇ s data does not match. Teams continue to meet to ensure our data aligns. ▇ has indicated they will purge the entire Eagle Seiko pivot population. Our recent data mining indicates that Seiko with HSA NMB is running as well as NMB pivot config s. and the overall Seiko pivot pop continues to be driven by HSA Rev L. | CTS-244 Sust |
| | Not Specified | ▇**Communication issues**<br>▇ has been complaining about transparency in our communication process and feels recent process changes warrant an ECN. Reviewed a Lessons learned deck at the ▇ Quality Summit on 5/13. Discussion went well, and teams will continue to work together on a forward plan that suits both companies. | CTS-270 Sust |
| | Multiple: Ironman Megalodon Makara ValkyrieBP Lightningbug Avenger | ▇ **Data Integrity Issues on** ▇<br>▇ has been informed on the 6 data integrity issues affecting Della and Della2 products. 3 issues found at ▇ (JIRA issue CTS-214). 3 issues are related to the Intermediate Super Parity (ISP) feature. White paper for ▇ 6/1. No risk on scenario 3 for ▇ Thinkserver. | CTS-415 Sust |
| | Multiple: Makara Airwalker | ▇ **New Tab Incorrect Firmware**<br>▇ 155 new tab firmware incorrect. ECR for new tab firmware was marked as phase in allowing drives to be built and shipped with incorrect firmware. Current exposure quantities are 664 Edison, 1800 Makara and 153 Airwalker. Airwalker drive contained in Korat, Internal Stop ship issued with drives contained. This issue has caused a line down and shortage for ▇ on Makara. Recovery plan closed. Hub stock available for 4TB to ship 6/5, rework in process at ▇ China on | CTS-479 Sust |

| | | | |
|---|---|---|---|
| | | 6TB. No impact to FQ4-15 for STX. Next steps: monitor rework flow to expedite conversion (CTS China), Post Mortem scheduled 6/8 (John W.), 8D s issued (Team)<br>CLOSED on 2015-06-09 | |
| Multiple: | Multiple:<br>Valkyrie<br>Thunderbolt<br>Megalodon<br>Makara<br>Lightningbug<br>Avenger<br>ValkyrieBP<br>Ironman | **Parity Inconsistency Issue, General Data Integrity Issue**<br>█████ experienced increase in system Parity mismatches on primarily Megalodon and Lightning since Jan. 2015 at multiple customers. Deep dive F/A resulted in uncovering 1 known issue on older code and 2 new data integrity issues with existing F/W. These issues impact multiple █ divisions on existing and qualification F/W revisions across █████ and █████ products. Priority for firmware release is given to reduce impact to shipping products and qualifications for FQ4-15. TCO team releasing multiple F/W revisions with all C/As across multiple products started 6/2 for high priority products affecting FQ4-15 revenue and qualification releases and lower priority products by 6/15. █████ will not be doing a stop ship. | CTS-214<br>Sust |

# Americas Cloud:

| Customer | Products | Executive Summary | JIRA_I |
|---|---|---|---|
| | All Products | **FA Tool Request**<br>In-System FA Tool: Current Status: Provided █████ with a sample output from the tool on 6/3. Owner: Michael Arias | CTS-181<br>Sust |
| | All Products | **Virtual Return**<br>Owner: Michael Arias | CTS-511<br>Sust |
| | Makara | **6TB SAS PHY Reset Counter Issue**<br>█████ noticed that the PHY reset counter (log page 18h) was incrementing after every powercycle. CTS captured bus traces on 5/18 and it was determined that the █████████████ expander does not participate in SNW-1 (Speed Negotiation Window 1) at 1.5Gbps. Owner: Alex Beatty | CTS-425<br>Task |
| | Lombard | **Lombard Weak Write Issue**<br>Lombard DOM FW44 TVM trigger due to Weak Write issues at cold temp (0-15C). Configuration analysis linked to SEMCO Korat motor lot code FW41. Factory stopped loading SEMCO and moved to 100% Nidec. 3,856 Lombard drives have already shipped to █████ with this MBA lot code or later but these drives are currently going through █████ s integration process and have not been released into their data center. CTS communicated the issue to Facebook on 5/29. We are currently working with █████ to understand when the affected drives will arrive at Hyve (integration site). The replacement drives are available and will be arriving at Hyve on 6/17. All affected drives to arrive at Hyve no later than 6/27. Owner: Michael Ponce | CTS-475<br>Sust |
| | Mantaray | **Project to Collect SM2/UDS in █████ Data Centers (Mantaray 3TB)**<br>Support █████ in developing a staggered roll-out strategy to provide drive logs from various data centers back to Seagate. The Seagate tools team has updated the tool to only pull logs from Seagate drives. Owner: Michael Arias | CTS-127<br>Task |

# Americas Channel:

| Customer | Products | Executive Summary | JIRA_ID |
|---|---|---|---|
| | Avenger | **Avenger Qualification**<br>▇▇▇ is qualifying our Avenger 2TB and 1TB. Avenger 2TB was a success with no issues during qual and now testing the 1TB. | CTS-254<br>Qual |
| | Multiple:<br>GrenadaBP<br>Lombard | **▇▇▇ GrenadaBP and Lombard Field - High Fallout**<br>CSS team leading negotiations with ▇▇▇.<br>CSS continues to meet with ▇▇▇, details of comp package expected 6-19. | CTS-260<br>Sust |
| | Lamarr 8TB | **▇▇▇Lamarr 8TB Performance**<br>▇▇▇s qualification of Lamarr 8TB is exhibiting issues with sequential write performance due to write cache disabled. FW team is using information from discussion with ▇▇▇ during the Lamarr Design Review to target issues in next firmware release. | CTS-281<br>Qual |
| | Makara | **Makara plus CDU sample request**<br>Makara plus CDU sample request. | CTS-283<br>Qual |
| | Compass 600 & 900GB | **▇▇▇ Compass FIPG Fallout**<br>Compass FIPG reliability question on 2 ▇▇▇ programs. Drives of C1, C2 & C3 vintage are all to be replaced; Total 736 3M 4302 FIPG ID ▇d out of 4423 installed. | CTS-108<br>Sust |
| | Thunderbolt 1.8TB SED FIPS | **▇▇▇Thunderbolt 1.8TB SED FIPS 4KN in qualification 5/18/15**<br>▇▇▇Thunderbolt 1.8TB SED FIPS 4KN in qualification 6/2, with estimated completion of 7/8.. | CTS-264<br>Qual |
| | Makara | **▇▇▇ Makara Qualification**<br>▇▇▇ has a short window of qualification opening for us on March/April time period. We are in a process of getting the CTUs according to their needs to start their qualification process for our Makara drives. | CTS-256<br>Qual |
| | Makara | **G list criteria**<br>▇▇▇ returns drives reporting any G list entries. Seagate recommends companies allow 10 G list entries during integration testing. ▇▇▇ is willing to raise this criteria given sufficient data. A meeting is scheduled to present data. | CTS-496<br>Sust |
| | Thunderbolt | **▇▇▇ Thunderbolt Qualification**<br>▇▇▇ successfully qualified 1.8TB Thunderbolt 4K drives. These drives will go into their sales catalog for their sales reps to pick when they find their price points. | CTS-255<br>Qual |
| | Makara | **▇▇▇ Makara Qualification**<br>Qualification is progressing, no issues at the moment. | CTS-257<br>Qual |
| | Makara | **▇▇▇ - Makara 512e SAS**<br>▇▇▇ - Makara 512e SAS qual in process, eta for completion is 6/15..<br>CLOSED on 2015-06-08 | CTS-276<br>Qual |
| | Thunderbolt | **▇▇▇ - Thunderbolt 4kN in qualification**<br>Thunderbolt 4kN in qualification; . | CTS-485<br>Qual |

|  | 4kN |  |  |
|---|---|---|---|

# Americas Multiple:

| Customer | Products | Executive Summary | JIRA_ID |
|---|---|---|---|
|  | Multiple: Kahuna Lombard Pharaoh Grenada | : One Star Reviews<br>A fairly large number of reviews, 13.1% of DT reviews and 4.1% of NB reviews are getting 1 star in | CTS-253<br>Sust |

# Americas Consumer Electronics:

| Customer | Products | Executive Summary | JIRA_ID |
|---|---|---|---|
|  | Bacall BP2 | - BacallBP2 discrepant material sort | CTS-504<br>Sust |

# Seagate Confidential
Generated 2015-06-18 19:59:02

--



Tom Barrett, Sr. Engineering Director
CTS Customer Advocacy
Seagate Technology plc
O: 408-658-1185
M:

--
Thx - Matt
-----

Matthew C. Brown | Vice President | Supply Chain Operations & Services | (720) 684-1151 (Office) | (Mobile)

--
Thx - Matt

---

Matthew C. Brown | Vice President | Supply Chain Operations & Services | (720) 684-1151 (Office) | ▮ (Mobile)


--



Tom Barrett, Sr. Engineering Director
CTS Customer Advocacy
Seagate Technology plc
O: 408-658-1185
M: ▮

# FED_SEAG0002673

## Metadata

| Attach Counts | 0 | ORIGINAL |
|---|---|---|
| CC | Allen Ng <allen.ng@seagate.com> | ORIGINAL |
| Confidentiality | Confidential | USER |
| Custodian | Clark_Alan | ORIGINAL |
| DATERECEIVED | 6/23/2015 | ORIGINAL |
| DATESENT | 6/23/2015 | ORIGINAL |
| DOCEXT | mht | ORIGINAL |
| DOCTYPE | Internet Message (MIME) | ORIGINAL |
| FED_BEGATTACH | FED_SEAG0002673 | ORIGINAL |
| FED_ENDATTACH | FED_SEAG0002680 | ORIGINAL |
| FileName | Re  Fwd  CTS Americas Weekly Status FW51 2015.eml | ORIGINAL |
| FILESIZE | 91784 | ORIGINAL |
| FROM | Tom Barrett <tom.barrett@seagate.com> | ORIGINAL |
| MD5 Hash | A5066B1E4949F38B3EFF7A909446D2EE | ORIGINAL |
| Message_ID | <CADaVA9jycJkb9zmbEkr9G3agYqw2Gpsm45xa_yRmw+sKgZobnA@mail.gmail.com> | ORIGINAL |
| OrgFolder | Clark_Alan\Alan_Clark-1\Alan_Clark_alan.w.clark@seagate.com_0.mbox\Clark_Alan\Alan_Clark-1\ | ORIGINAL |
| RecordType | E-MAIL | ORIGINAL |
| Relativity Image Count | 8 | ORIGINAL |
| Relativity Native Time Zone Offset | -8.00 | ORIGINAL |
| TIMERECEIVED | 9:15 AM | ORIGINAL |
| TIMESENT | 9:14 AM | ORIGINAL |
| TO | Matthew C Brown <matthew.c.brown@seagate.com>;Alan W Clark <Alan.W.Clark@seagate.com> | ORIGINAL |