```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        npopovic@sheppardmullin.com
              amclean@sheppardmullin.com
              trodewald@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MARCH 1, 2019 CASE MANAGEMENT CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

This Joint Stipulation is made by and between Plaintiffs and Seagate Technology LLC ("Seagate," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, with reference to the following facts:

## RECITALS

1. WHEREAS, Plaintiffs filed a renewed motion for class certification ("Motion") on October 15, 2018 (Dkt. 189);

2. WHEREAS, the Court denied Plaintiffs' Motion on January 22, 2019 (Dkt. 200);

3. WHEREAS, the Court instructed the parties "to meet and confer regarding a plan to resolve or try Plaintiffs' individual claims."

4. WHEREAS the Court ordered the parties to file a joint case management statement ("Joint CMC Statement") no later than February 22, 2019 (*id.*);

5. WHEREAS, the Court further ordered that a case management conference ("CMC") be held on March 1, 2019 at 2:00 pm (*id.*);

6. WHEREAS, the parties have arranged to meet and confer on February 28, 2019 regarding potential resolution of Plaintiffs' individual claims, and therefore require additional time to prepare and submit the Joint CMC Statement and prepare for the CMC;

7. WHEREAS, the Parties have agreed, subject to the Court's approval and availability, that the CMC be continued until March 15, 2019, or the earliest available date thereafter; and

8. WHEREAS, the Parties have agreed, subject to the Court's approval, that the deadline to file the Joint CMC Statement be extended until March 8, 2019.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval and availability:

(1) the Case Management Conference presently calendared for March 1, 2019 at 2:00 pm be continued until March 15, 2019 at 2:00 pm; and

(2) the deadline for the parties to file a joint case management statement be extended until March 8, 2019.

Dated: February 21, 2019						SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

								By  /s/ Neil A.F. Popović
								     NEIL A.F. POPOVIĆ

								Attorneys for Defendant
								SEAGATE TECHNOLOGY LLC

I, Neil A.F. Popović, whose user ID and password are used to efile this document, hereby attests that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated: February 21, 2019						HAGENS BERMAN SOBOL SHAPIRO LLP

								By  /s/
								     STEVE W. BERMAN

								Attorneys for Plaintiffs

Dated: February 21, 2019						AXLER GOLDICH LLC

								By  /s/
								     MARC A. GOLDICH (*Pro Hac Vice*)

								Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 21, 2019						_____
								The Honorable Joseph C,. Spero
								Chief Magistrate Judge