1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3  ANNA S. McLEAN, Cal. Bar No. 142233
   TENAYA RODEWALD, Cal. Bar No. 248563
4  JOY O. SIU, Cal. Bar No. 307610
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947
   Email:        npopovic@sheppardmullin.com
7                amclean@sheppardmullin.com
                 trodewald@sheppardmullin.com
8                jsiu@sheppardmullin.com

9  Attorneys for Defendant,
   SEAGATE TECHNOLOGY LLC
10

11                       UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14  | IN RE SEAGATE TECHNOLOGY LLC LITIGATION | Case No. 3:16-cv-00523-JCS |
    |---|---|
    | CONSOLIDATED ACTION | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MARCH 15, 2019 CASE MANAGEMENT CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

24      This Joint Stipulation is made by and between Plaintiffs and Seagate Technology LLC

25  ("Seagate," and together with Plaintiffs, the "Parties"), by and through their respective

26  undersigned counsel of record, with reference to the following facts:

27

28

**RECITALS**

1. WHEREAS, Plaintiffs filed a renewed motion for class certification ("Motion") on October 15, 2018 (Dkt. 189);

2. WHEREAS, the Court denied Plaintiffs' Motion on January 22, 2019 (Dkt. 200);

3. WHEREAS, the Court instructed the parties "to meet and confer regarding a plan to resolve or try Plaintiffs' individual claims."

4. WHEREAS the Court had ordered the parties to file a joint case management statement ("Joint CMC Statement") no later than February 22, 2019 (*id.*);

5. WHEREAS, the Court had further ordered that a case management conference ("CMC") be held on March 1, 2019 at 2:00 pm (*id.*);

6. WHEREAS, on February 21, 2019, pursuant to a stipulation of the Parties, the Court ordered that the CMC be continued until March 15, 2019 at 2:00 pm and the deadline for the parties to file the Joint CMC Statement be extended until March 8, 2019 (Dkt. 210);

7. WHEREAS the parties are working diligently to negotiate a potential resolution of Plaintiffs' individual claims, and therefore require additional time to prepare and submit the Joint CMC Statement and prepare for the CMC;

8. WHEREAS, the Parties have agreed, subject to the Court's approval and availability, that the CMC be continued until March 29, 2019, or the earliest available date thereafter; and

9. WHEREAS, the Parties have agreed, subject to the Court's approval, that the deadline to file the Joint CMC Statement be extended until March 22, 2019.

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval and availability:

(1) the Case Management Conference presently calendared for March 15, 2019 at 2:00 pm be continued until March 29, 2019 at 2:00 pm; and

(2) the deadline for the parties to file a joint case management statement be extended until March 22, 2019.

Dated: March 7, 2019                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        By       */s/ Neil A.F. Popović*
                                                    NEIL A.F. POPOVIĆ

                                            Attorneys for Defendant
                                            SEAGATE TECHNOLOGY LLC

I, Neil A.F. Popović, whose user ID and password are used to efile this document, hereby attests that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated: March 7, 2019                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                        By           */s/*
                                                 STEVE W. BERMAN

                                            Attorneys for Plaintiffs

Dated: March 7, 2019                    AXLER GOLDICH LLC

                                        By           */s/*
                                            MARC A. GOLDICH (*Pro Hac Vice*)

                                            Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                      _____
                                            The Honorable Joseph C,. Spero
                                            Chief Magistrate Judge