1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2       Including Professional Corporations
    NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
3   ANNA S. McLEAN, Cal. Bar No. 142233
    TENAYA RODEWALD, Cal. Bar No. 248563
4   JOY O. SIU, Cal. Bar No. 307610
    Four Embarcadero Center, 17th Floor
5   San Francisco, California 94111-4109
    Telephone:    415.434.9100
6   Facsimile:    415.434.3947
    Email:    npopovic@sheppardmullin.com
7           amclean@sheppardmullin.com
            trodewald@sheppardmullin.com
8           jsiu@sheppardmullin.com

9   Attorneys for Defendant,
    SEAGATE TECHNOLOGY LLC
10

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14  IN RE SEAGATE TECHNOLOGY LLC        Case No. 3:16-cv-00523-JCS
    LITIGATION
15                                       **JOINT STIPULATION AND [PROPOSED]
    CONSOLIDATED ACTION                  ORDER TO CONTINUE THE MARCH 15,
16                                       2019 CASE MANAGEMENT
                                         CONFERENCE AND EXTEND THE
17                                       DEADLINE TO FILE A JOINT CASE
                                         MANAGEMENT STATEMENT**
18

19

20

21

22

23

24          This Joint Stipulation is made by and between Plaintiffs and Seagate Technology LLC

25  ("Seagate," and together with Plaintiffs, the "Parties"), by and through their respective

26  undersigned counsel of record, with reference to the following facts:

27

28

## RECITALS

1.      WHEREAS, Plaintiffs filed a renewed motion for class certification ("Motion") on October 15, 2018 (Dkt. 189);

2.      WHEREAS, the Court denied Plaintiffs' Motion on January 22, 2019 (Dkt. 200);

3.      WHEREAS, the Court instructed the parties "to meet and confer regarding a plan to resolve or try Plaintiffs' individual claims."

4.      WHEREAS the Court had ordered the parties to file a joint case management statement ("Joint CMC Statement") no later than February 22, 2019  (*id.*);

5.      WHEREAS, the Court had further ordered that a case management conference ("CMC") be held on March 1, 2019 at 2:00 pm (*id.*);

6.      WHEREAS, on February 21, 2019, pursuant to a stipulation of the Parties, the Court ordered that the CMC be continued until March 15, 2019 at 2:00 pm and the deadline for the parties to file the Joint CMC Statement be extended until March 8, 2019 (Dkt. 210);

7.      WHEREAS the parties are working diligently to negotiate a potential resolution of Plaintiffs' individual claims, and therefore require additional time to prepare and submit the Joint CMC Statement and prepare for the CMC;

8.      WHEREAS, the Parties have agreed, subject to the Court's approval and availability, that the CMC be continued until March 29, 2019, or the earliest available date thereafter; and

9.      WHEREAS, the Parties have agreed, subject to the Court's approval, that the deadline to file the Joint CMC Statement be extended until March 22, 2019.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval and availability:

(1) the Case Management Conference presently calendared for March 15, 2019 at 2:00 pm be continued until March 29, 2019 at 2:00 pm; and

(2) the deadline for the parties to file a joint case management statement be extended until March 22, 2019.

1

2    Dated:  March 7, 2019                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                    By_____/s/ Neil A.F. Popović_____
                                                    NEIL A.F. POPOVIĆ
5
                                            Attorneys for Defendant
6                                          SEAGATE TECHNOLOGY LLC

7    I, Neil A.F. Popović, whose user ID and password are used to efile this document, hereby attests
     that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the
8    other Signatories, in lieu of each's signature.

9

10   Dated:  March 7, 2019                    HAGENS BERMAN SOBOL SHAPIRO LLP

11

12                                   By_____/s/_____
                                                    STEVE W. BERMAN
13
                                            Attorneys for Plaintiffs
14

15

16   Dated:  March 7, 2019                    AXLER GOLDICH LLC

17

18                                   By_____/s/_____
                                            MARC A. GOLDICH (*Pro Hac Vice*)
19
                                            Attorneys for Plaintiffs
20

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24   Dated:  March 12, 2019

25                                    _____
                                            The Honorable Joseph C. Spero
                                            Chief Magistrate Judge
26

27

28