SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
ANNA S. McLEAN, Cal. Bar No. 142233
TENAYA RODEWALD, Cal. Bar No. 248563
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    npopovic@sheppardmullin.com
    amclean@sheppardmullin.com
    trodewald@sheppardmullin.com
    jsiu@sheppardmullin.com

Attorneys for Defendant,
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | Case No. 3:16-cv-00523-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MARCH 29, 2019 CASE MANAGEMENT CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

This Joint Stipulation is made by and between Plaintiffs and Seagate Technology LLC ("Seagate," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, with reference to the following facts:

**RECITALS**

1. WHEREAS, Plaintiffs filed a renewed motion for class certification ("Motion") on October 15, 2018 (Dkt. 189);

2. WHEREAS, the Court denied Plaintiffs' Motion on January 22, 2019 (Dkt. 200);

3. WHEREAS, the Court instructed the parties "to meet and confer regarding a plan to resolve or try Plaintiffs' individual claims."

4. WHEREAS the Court had ordered the parties to file a joint case management statement ("Joint CMC Statement") no later than February 22, 2019 (*id.*);

5. WHEREAS, the Court had further ordered that a case management conference ("CMC") be held on March 1, 2019 at 2:00 pm (*id.*);

6. WHEREAS, on February 21, 2019, pursuant to a stipulation of the Parties, the Court ordered that the CMC be continued until March 15, 2019 at 2:00 pm and the deadline for the parties to file the Joint CMC Statement be extended until March 8, 2019 (Dkt. 210);

7. WHEREAS, on March 12, 2019, pursuant to a stipulation of the Parties, the Court ordered that the CMC be continued until March 29, 2019 at 2:00 pm and the deadline for the parties to file the Joint CMC Statement be extended until March 22, 2019 (Dkt. 212);

8. WHEREAS the parties have reached an agreement in principle to resolve the litigation, subject to documentation;

9. WHEREAS, the Parties have agreed, subject to the Court's approval and availability, that the CMC be continued until April 12, 2019, or the earliest available date thereafter; and

10. WHEREAS, the Parties have agreed, subject to the Court's approval, that the deadline to file the Joint CMC Statement be extended until April 5, 2019.

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that, subject to the Court's approval and availability:

(1) the Case Management Conference presently calendared for March 29, 2019 at 2:00 pm be continued until April 12, 2019 at 2:00 pm; and

(2) the deadline for the parties to file a joint case management statement be extended until April 5, 2019.

Dated:  March 22, 2019                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Neil A.F. Popović*
NEIL A.F. POPOVIĆ

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

I, Neil A.F. Popović, whose user ID and password are used to efile this document, hereby attests that, pursuant to Local Rule 5.1(i)(3), concurrence in this filing was obtained from each of the other Signatories, in lieu of each's signature.

Dated:  March 22, 2019                                HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/*
STEVE W. BERMAN

Attorneys for Plaintiffs

Dated:  March 22, 2019                                AXLER GOLDICH LLC

By  */s/*
MARC A. GOLDICH (*Pro Hac Vice*)

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  

The Honorable Joseph C,. Spero
Chief Magistrate Judge