Shana Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>FURTHER JOINT CASE MANAGEMENT STATEMENT<br><br>DATE:    April 12, 2019<br>TIME:    10:00 a.m.<br>DEPT:    Hon. Joseph C. Spero<br>　　　　　Courtroom G, 15th Floor<br><br>Complaint filed: May 9, 2016 |

The parties submit this further joint case management statement pursuant to the Standing Order for Judges of the Northern District of California and Civil Local Rule 16-9. A case management conference is scheduled in this matter on April 12, 2019.

## I.      JOINT CASE MANAGEMENT STATEMENT

**1.    Jurisdiction and Service**

There are no outstanding issues regarding jurisdiction and service.

**2.    Facts**

The parties have extensively discussed the facts in the prior motions for class certification and do not repeat them here.

**3.    Legal Issues**

The parties have extensively discussed the legal issues in the prior motions for class certification and do not repeat them here.

**4.    Motions**

There are no outstanding motions at this time.

**5.    Amendment of Pleadings**

The parties do not expect to amend pleadings at this time.

**6.    Evidence Preservation**

Plaintiffs are unaware of any issues relating to evidence preservation at this time.

**7.    Disclosures**

Both parties have complied with the initial disclosure requirements of Federal Rule of Civil Procedure 26.

**8.    Discovery**

The parties do not expect to undergo any additional discovery at this time.

**9.    Class Actions**

The court has denied class certification in this matter and plaintiffs are proceeding to resolve their individual claims.

**10.    Related Cases**

As previously reported by the parties, a putative class action containing similar allegations about Seagate's 3TB hard drives is currently pending in San Francisco Superior Court, *Pozar v. Seagate Technology LLC*, No. CGC-15-547787 (filed September 4, 2015) (alleging California class). Judge Karnow certified a California class under UCL and CLRA based on omissions.

**11.    Relief**

Plaintiffs seek damages based on Seagate's failure to disclose the unreliability of its drives.

**12.    Settlement and ADR**

The parties have reached a settlement in principle and are in the process of obtaining final approval to a drafted agreement. Because the parties have agreed to a settlement in principle, Plaintiffs expect to file a motion for dismissal in the next fourteen (14) days.

**13.    Consent to Magistrate Judge for All Purposes**

The parties have consented to a Magistrate Judge for all purposes.

**14.    Other References**

The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

The parties are not aware of issues that can be narrowed by agreement or motion at this time.

**16.    Expedited Trial Procedure**

The parties do not believe that this case can be handled under the Expedited Trial Procedure of General Order 64.

**17.    Scheduling**

Because the parties are in the process of finalizing a settlement agreement, Plaintiffs anticipate filing a motion to dismiss within the next fourteen (14) days.

**18.    Trial**

The parties have reached a settlement in principle and do not expect to proceed to trial.

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

1

**19.     Disclosure of Non-Party Interested Entities or Persons**

2

Plaintiffs are unaware of any non-parties who have either (i) a financial interest in the subject

3

matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be

4

substantially affected by the outcome of the proceeding.

5

**20.     Professional Conduct**

6

The parties have reviewed the Guidelines for Professional Conduct for the Northern District

7

of California.

8

**21.     Other**

9

The parties are unaware of any other matters that may facilitate the just, speedy and

10

inexpensive disposition of this matter.

11

DATED: April 5, 2019                    HAGENS BERMAN SOBOL SHAPIRO LLP

12

13

By     s/ Shana E. Scarlett
          SHANA E. SCARLETT

14

715 Hearst Avenue, Suite 202

15

Berkeley, California 94710
Telephone: (510) 725-3000

16

Facsimile: (510) 725-3001
shanas@hbsslaw.com

17

Steve W. Berman (*pro hac vice*)

18

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000

19

Seattle, Washington 98101
Telephone: (206) 623-7292

20

Facsimile: (206) 623-0594
steve@hbsslaw.com

21

Noah Axler (*pro hac vice*)

22

Marc A. Goldich (pro hac vice)
AXLER GOLDICH, LLC

23

1520 Locust Street, Suite 301
Philadelphia, PA 19102

24

Telephone: (267) 534-7400
Facsimile: (267) 534-7407

25

mgoldich@axgolaw.com
naxler@axgolaw.com

26

*Attorneys for Plaintiffs*

27

28

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

-3-

1

DATED:  April 5, 2019

SHEPPARD, MULLIN, RICHTER
2
  & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
3

4

By     s/ Anna S. McLean
    ANNA S. McLEAN, Cal. Bar No. 142233
5

NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
6
npopovic@sheppardmullin.com
amclean@sheppardmullin.com
7
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
8
Telephone: 415.434.9100
Facsimile: 415.434.3947
9

10

*Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Shana E. Scarlett, am the ECF User whose identification and password are being used to file this Further Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

s/ Shana E. Scarlett<br>
SHANA E. SCARLETT