Shana Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>FURTHER JOINT CASE MANAGEMENT STATEMENT<br><br>DATE: May 3, 2019<br>TIME: 2:00 p.m.<br>DEPT: Hon. Joseph C. Spero<br>       Courtroom G, 15th Floor<br><br>Complaint filed: May 9, 2016 |

The parties submit this further joint case management statement pursuant to the Standing Order for Judges of the Northern District of California and Civil Local Rule 16-9. A case management conference is scheduled in this matter on May 3, 2019.

### I. JOINT CASE MANAGEMENT STATEMENT

**1. Jurisdiction and Service**

There are no outstanding issues regarding jurisdiction and service.

**2. Facts**

The parties have extensively discussed the facts in the prior motions for class certification and do not repeat them here.

**3. Legal Issues**

The parties have extensively discussed the legal issues in the prior motions for class certification and do not repeat them here.

**4. Motions**

There are no outstanding motions at this time.

**5. Amendment of Pleadings**

The parties do not expect to amend pleadings at this time.

**6. Evidence Preservation**

Plaintiffs are unaware of any issues relating to evidence preservation at this time.

**7. Disclosures**

Both parties have complied with the initial disclosure requirements of Federal Rule of Civil Procedure 26.

**8. Discovery**

The parties do not expect to undergo any additional discovery at this time.

**9. Class Actions**

The court has denied class certification in this matter and plaintiffs are proceeding to resolve their individual claims.

**10. Related Cases**

As previously reported by the parties, a putative class action containing similar allegations about Seagate's 3TB hard drives is currently pending in San Francisco Superior Court, *Pozar v. Seagate Technology LLC*, No. CGC-15-547787 (filed September 4, 2015) (alleging California class). Judge Karnow certified a California class under UCL and CLRA based on omissions.

**11. Relief**

Plaintiffs seek damages based on Seagate's failure to disclose the unreliability of its drives.

**12. Settlement and ADR**

The parties have documented the terms of a settlement, and are gathering signatures on a settlement agreement. Because the parties have agreed to a settlement that resolves the case in its entirety, Plaintiffs expect to file a motion for dismissal in the next ten days.

**13. Consent to Magistrate Judge for All Purposes**

The parties have consented to a Magistrate Judge for all purposes.

**14. Other References**

The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties are not aware of issues that can be narrowed by agreement or motion at this time.

**16. Expedited Trial Procedure**

The parties do not believe that this case can be handled under the Expedited Trial Procedure of General Order 64.

**17. Scheduling**

Because the parties are in the process of finalizing a settlement agreement, Plaintiffs anticipate filing a motion to dismiss within the next fourteen days.

**18. Trial**

The parties have reached a settlement in principle and do not expect to proceed to trial.

**19. Disclosure of Non-Party Interested Entities or Persons**

Plaintiffs are unaware of any non-parties who have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

**20. Professional Conduct**

The parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21. Other**

The parties are unaware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

| | |
|---|---|
| DATED: April 26, 2019 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By    /s/ Shana E. Scarlett<br>      SHANA E. SCARLETT |
| | 715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com |
| | Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com |
| | AXLER GOLDICH, LLC |
| DATED: April 26, 2019 | By    /s/ Marc A. Goldich<br>      MARC A. GOLDICH (*pro hac vice*) |

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

-3-

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Noah Axler (*pro hac vice*) |
|   |   | AXLER GOLDICH, LLC |
|   |   | 1520 Locust Street, Suite 301 |
| 3 |   | Philadelphia, PA 19102 |
|   |   | Telephone: (267) 534-7400 |
| 4 |   | Facsimile: (267) 534-7407 |
|   |   | mgoldich@axgolaw.com |
| 5 |   | naxler@axgolaw.com |
| 6 |   | *Attorneys for Plaintiffs* |
| 7 | DATED: April 26, 2019 | SHEPPARD, MULLIN, RICHTER |
|   |   |  & HAMPTON LLP |
| 8 |   | A Limited Liability Partnership |
|   |   | Including Professional Corporations |
| 9 |   |   |
| 10 |   | By  /s/ Anna S. McClean |
|   |   |     ANNA S. McLEAN, Cal. Bar No. 142233 |
| 11 |   |   |
| 12 |   | NEIL A.F. POPOVIĆ, Cal. Bar No. 132403 |
|   |   | npopovic@sheppardmullin.com |
| 13 |   | amclean@sheppardmullin.com |
|   |   | Four Embarcadero Center, 17th Floor |
| 14 |   | San Francisco, California 94111-4109 |
|   |   | Telephone: 415.434.9100 |
| 15 |   | Facsimile: 415.434.3947 |
| 16 |   | *Attorneys for Defendant* |

FURTHER JOINT CASE MANAGEMENT
STATEMENT – Case No.: 3:16-cv-00523-JCS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Shana E. Scarlett, am the ECF User whose identification and password are being used to file this Further Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

                                                                /s/ Shana E. Scarlett
                                                                 SHANA E. SCARLETT