Shana Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
Noah Axler (*pro hac vice*)
AXLER GOLDICH, LLC
1520 Locust Street, Suite 301
Philadelphia, PA 19102
Telephone: (267) 534-7400
Facsimile: (267) 534-7407
mgoldich@axgolaw.com
naxler@axgolaw.com

*Attorneys for Plaintiffs*

Neil A.F. Popović, Cal. Bar No. 132403
Anna S. McLean, Cal. Bar No. 142233
Liên H. Payne, Cal. Bar No. 291569
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
amclean@sheppardmullin.com
npopovic@sheppardmullin.com
lpayne@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>Complaint filed: May 9, 2016 |
|---|---|

010581-11 1122785 v1

Plaintiffs Christopher Nelson, Dennis Crawford, Joshuah Enders, David Schechner, Chadwick Hauff, James Hagey, Nikolas Manak, and, Dudley Lane Dortch IV (collectively "Plaintiffs"), through counsel, hereby give notice of their voluntary dismissal with prejudice of this action as to Seagate Technology, LLC, pursuant to Fed. Civ. P. Rule 41(a)(1)(A)(ii).  Each party has agreed to bear its own costs.

DATED: May 2, 2019                     HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By     /s/ Shana E. Scarlett
                                            SHANA E. SCARLETT

                                       715 Hearst Avenue, Suite 202
                                       Berkeley, California 94710
                                       Telephone: (510) 725-3000
                                       Facsimile: (510) 725-3001
                                       shanas@hbsslaw.com

                                       Steve W. Berman (*pro hac vice*)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1301 2nd Avenue, Suite 2000
                                       Seattle, Washington 98101
                                       Telephone: (206) 623-7292
                                       Facsimile: (206) 623-0594
                                       steve@hbsslaw.com

                                       AXLER GOLDICH, LLC

DATED: May 2, 2019                     By     /s/ Marc A. Goldich
                                            MARC A. GOLDICH (*pro hac vice*)

                                       Noah Axler (*pro hac vice*)
                                       AXLER GOLDICH, LLC
                                       1520 Locust Street, Suite 301
                                       Philadelphia, PA 19102
                                       Telephone: (267) 534-7400
                                       Facsimile: (267) 534-7407
                                       mgoldich@axgolaw.com
                                       naxler@axgolaw.com

                                       *Attorneys for Plaintiffs*

                                       DATED: May 2, 2019

| | | |
|---|---|---|
| 1 | DATED: May 2, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | A Limited Liability Partnership Including Professional Corporations |
| 4 | | By  /s/ Neil A.F. Popovic |
| 5 | | NEIL A.F. POPOVIC, Cal. Bar No. 132403 |
| 6 | | ANNA S. McLEAN, Cal. Bar No. 142233 |
| 7 | | npopovic@sheppardmullin.com<br>amclean@sheppardmullin.com |
| 8 | | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 |
| 9 | | Telephone: 415.434.9100<br>Facsimile: 415.434.3947 |
| 10 | | *Attorneys for Defendant* |

NOTICE OF VOLUNTARY DISMISSAL –
Case No.: 3:16-cv-00523-JCS

-2-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Shana E. Scarlett, am the ECF User whose identification and password are being used to file this Further Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

              /s/ Shana E. Scarlett
              SHANA E. SCARLETT