| | |
|---|---|
| Shana Scarlett (217895)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>Marc A. Goldich (*pro hac vice*)<br>Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 534-7400<br>Facsimile: (267) 534-7407<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com<br><br>*Attorneys for Plaintiffs* | Neil A.F. Popović, Cal. Bar No. 132403<br>Anna S. McLean, Cal. Bar No. 142233<br>Liên H. Payne, Cal. Bar No. 291569<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br>amclean@sheppardmullin.com<br>npopovic@sheppardmullin.com<br>lpayne@sheppardmullin.com<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEAGATE TECHNOLOGY LLC LITIGATION<br><br>CONSOLIDATED ACTION | No. 3:16-cv-00523-JCS<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>Complaint filed: May 9, 2016 |

010581-11 1122785 v1

Plaintiffs Christopher Nelson, Dennis Crawford, Joshuah Enders, David Schechner, Chadwick Hauff, James Hagey, Nikolas Manak, and, Dudley Lane Dortch IV (collectively "Plaintiffs"), through counsel, hereby give notice of their voluntary dismissal with prejudice of this action as to Seagate Technology, LLC, pursuant to Fed. Civ. P. Rule 41(a)(1)(A)(ii).  Each party has agreed to bear its own costs.

| | |
|---|---|
| DATED: May 2, 2019 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By ___/s/ Shana E. Scarlett___<br>  SHANA E. SCARLETT |
| | 715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com |
| | Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com |
| | AXLER GOLDICH, LLC |
| DATED: May 2, 2019 | By ___/s/ Marc A. Goldich___<br>  MARC A. GOLDICH (*pro hac vice*) |
| | Noah Axler (*pro hac vice*)<br>AXLER GOLDICH, LLC<br>1520 Locust Street, Suite 301<br>Philadelphia, PA 19102<br>Telephone: (267) 534-7400<br>Facsimile: (267) 534-7407<br>mgoldich@axgolaw.com<br>naxler@axgolaw.com |
| | *Attorneys for Plaintiffs* |
| | DATED: May 2, 2019 |

| | | |
|---|---|---|
| 1 | DATED: May 2, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | A Limited Liability Partnership Including Professional Corporations |
| 3 | | |
| 4 | | By /s/ Neil A.F. Popovic |
| 5 | | NEIL A.F. POPOVIC, Cal. Bar No. 132403 |
| 6 | | ANNA S. McLEAN, Cal. Bar No. 142233 |
| 7 | | npopovic@sheppardmullin.com amclean@sheppardmullin.com |
| 8 | | Four Embarcadero Center, 17th Floor San Francisco, California 94111-4109 |
| 9 | | Telephone: 415.434.9100 Facsimile: 415.434.3947 |
| 10 | | *Attorneys for Defendant* |
| 12 | Dated: May 2, 2019 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Joseph C. Spero

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I, Shana E. Scarlett, am the ECF User whose identification and password are being used to |
| 3 | file this Further Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I |
| 4 | hereby attest that all signatories have concurred in this filing. |

                                                                /s/ Shana E. Scarlett
                                                                SHANA E. SCARLETT